# IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF MISSISSIPPI NORTHERN DIVISION

MISSISSIPPI STATE CONFERENCE OF THE §
NATIONAL ASSOCIATION FOR THE §
ADVANCEMENT OF COLORED PEOPLE; §
DR. ANDREA WESLEY; DR. JOSEPH §
WESLEY; ROBERT EVANS; GARY §
FREDERICKS; PAMELA HAMMER, §
§
        *Plaintiffs*, §
§
vs. §     3:22-cv-734-DPJ-FKB
§
STATE BOARD OF ELECTION §
COMMISSIONERS; TATE REEVES, *in his* §
*official capacity as Governor of Mississippi*; §
LYNN FITCH, *in her official capacity as* §
*Attorney General of Mississippi*; MICHAEL §
WATSON, *in his official capacity as Secretary* §
*of State of Mississippi*; DAN EUBANKS *in his* §
*official capacity as Ranking House Member of* §
*the Standing Joint Legislative Committee on* §
*Reapportionment and Redistricting*; and DEAN §
KIRBY, *in his official capacity as Vice* §
*Chairman of the Standing Joint Legislative* §
*Committee on Reapportionment and* §
*Redistricting*. §
§
        *Defendants*. §

## ORDER CONSTITUTING THREE-JUDGE COURT

This suit challenges the constitutionality of the apportionment of Mississippi state legislative districts. Chief Judge Daniel Jordan has requested, pursuant to 28 U.S.C. § 2284(b), that a three-judge court be convened. I hereby designate a Circuit Judge and a District Judge to serve with Chief Judge Jordan. The members of the three-judge district court convened under 28 U.S.C. § 2284 are:

        Judge Leslie H. Southwick
        Circuit Judge
        United States Court of Appeals for the Fifth Circuit

Chief Judge Daniel Jordan
United States District Judge
Southern District of Mississippi

Judge Sul Ozerden
United States District Judge
Southern District of Mississippi

**SIGNED** on December 20, 2022

_____
PRISCILLA RICHMAN
CHIEF JUDGE
UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT