AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:22-cv-00734-DPJ-FKB

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* State Board of Election Commissioners
was received by me on *(date)* 12-21-2022.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Brandi Mitchell, who is designated by law to accept service of process on behalf of *(name of organization)* MS Secretary of State on *(date)* 12-21-2022; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ 60.00 for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: 12-21-2022

*Server's signature*

Darrell Coat — Server
*Printed name and title*

P.O. Box 23821, Jxn, MS
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:22-cv-00734-DPJ-FKB

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Dan Eubanks__
was received by me on *(date)* __12-21-2022__.

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* __Andrew Ketchings__, who is designated by law to accept service of process on behalf of *(name of organization)* __MS Congress__ on *(date)* __12-21-2022__ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ __60.00__ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: __12-21-2022__

__[signature]__
Server's signature

__Darell Corey    Server__
Printed name and title

__P.O. Box 23821, Jxn MS__
Server's address

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:22-CV-00734-DPJ-FKB

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Lynn Fitch
was received by me on *(date)* 12-21-2022.

☒ I personally served the summons on the individual at *(place)* 550 High Street, Jackson MS on *(date)* 12-21-2022 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ 60.00 for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 12-21-2022

_____
Server's signature

Darrell Cost   Server
_____
Printed name and title

P.O. Box 23821, Jtn, MS
_____
Server's address

Additional information regarding attempted service, etc:



March 20, 2020

## Notice

## Service of Process Upon the Office of the Attorney General During the COVID-19 State of Emergency

The 12th floor lobby of the Attorney General's Office is closed to the public. As of March 20, 2020, and until further notice, Attorney General Lynn Fitch has designated the lockbox located at the Capitol Police desk in the lobby of the Walter Sillers State Office Building at 550 High Street, Jackson, Mississippi as the location for the Attorney General to receive service of process pursuant to Mississippi Rule of Civil Procedure 4(d)(5) and Federal Rule of Civil Procedure 4(j)(2)(B). Summonses and subpoenas to be served on the Attorney General's Office Should be placed in this lockbox.

The Capitol Police will <u>not</u> provide an acknowledgment of service. However, you may take a copy of this notice and the accompanying Attorney General's Office business card for your files.

As a reminder, subpoenas seeking documents in the possession, custody, or control of a state agency other than the Attorney General's Office must be served directly on that agency. Placing those subpoenas in this lockbox is not legally sufficient service of process.

The lockbox will be checked once a day. If the matter requires immediate attention, or if you have a question about service of process, please call or email Assistant Attorney Ge____ 601-359-5654 or **doug.miracle@ago.ms.go**

<u>Summons Receipt</u>

Received Date: _12-21-_ 2022   Time: _3:15pm_

Capitol Police: _L. Lumpkin_

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:22-cv-00734-DPJ-FKB

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Dean Kirby__
was received by me on *(date)* __12-21-2022__.

☒ I personally served the summons on the individual at *(place)* __400 High Street, Jackson, MS__ on *(date)* __12-21-2022__ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ __60.00__ for services, for a total of $ __0.00__.

I declare under penalty of perjury that this information is true.

Date: __12-21-2022__

_____
Server's signature

__Darell Cart__   Server
Printed name and title

__P.O. Box 23821, Jxn, MS__
Server's address

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:22-cv-00734-DPJ-FKB

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Tate Reeves
was received by me on *(date)* 12-21-2022.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Lynn Fitch, who is designated by law to accept service of process on behalf of *(name of organization)* Tate Reeves on *(date)* 12-21-2022 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ 60.00 for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: 12-21-2022

*Server's signature*

Darrell Carey    Server
*Printed name and title*

P.O. Box 23821, Jxn MS
*Server's address*

Additional information regarding attempted service, etc:



March 20, 2020

## Notice

## Service of Process Upon the Office of the Attorney General During the COVID-19 State of Emergency

The 12th floor lobby of the Attorney General's Office is closed to the public. As of March 20, 2020, and until further notice, Attorney General Lynn Fitch has designated the lockbox located at the Capitol Police desk in the lobby of the Walter Sillers State Office Building at 550 High Street, Jackson, Mississippi as the location for the Attorney General to receive service of process pursuant to Mississippi Rule of Civil Procedure 4(d)(5) and Federal Rule of Civil Procedure 4(j)(2)(B). Summonses and subpoenas to be served on the Attorney General's Office Should be placed in this lockbox.

The Capitol Police will <u>not</u> provide an acknowledgment of service. However, you may take a copy of this notice and the accompanying Attorney General's Office business card for your files.

As a reminder, subpoenas seeking documents in the possession, custody, or control of a state agency other than the Attorney General's Office must be served directly on that agency. Placing those subpoenas in this lockbox is not legally sufficient service of process.

The lockbox will be checked once a day. If the matter requires immediate attention, or if you have a question about service of process, please call or email Assistant Attorney Ge[neral...] 601-359-5654 or **doug.miracle@ago.ms.gov**

Summons Receipt

Received Date: 12-21- 2022 Time: 3:16pm

Capitol Police: _Lumpkin_

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:22-cv-00734-DPS-FKB

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Michael Watson, Secretary of State of MS
was received by me on *(date)* 12-21-2022.

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* Brandi Mitchell, who is designated by law to accept service of process on behalf of *(name of organization)* Secretary of State of MS on *(date)* 12-21-2022 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ 60.00 for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: 12-21-2022

*Server's signature*

Darrell Cory     Server
*Printed name and title*

P.O. Box 23821, Jxn MS
*Server's address*

Additional information regarding attempted service, etc: