AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
SOUTHERN DISTRICT OF MISSISSIPPI

MISSISSIPPI STATE CONFERENCE OF THE NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE; DR. ANDREA WESLEY; DR. JOSEPH WESLEY;
)
)
)
)
)
*Plaintiff(s)*
)
v.
)
Civil Action No. 3:22-cv-00734 DPJ-FKB
)
STATE BOARD OF ELECTION COMMISSIONERS; TATE REEVES, in his official capacity as Governor of Mississippi; LYNN FITCH, in her official capacity as Attorney General of Mississippi; MICHAEL
)
)
)
)
*Defendant(s)*
)

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* STATE BOARD OF ELECTION COMMISSIONERS
Care of Michael Watson, Secretary of State
Secretary of State's Office, 125 S. Congress St., Jackson, MS 39201

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Joshua Tom, MS Bar No. 105392
ACLU of Mississippi
101 S. Congress St.
Jackson, MS 39201

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

ARTHUR JOHNSTON
CLERK OF COURT

Date: December 20, 2022

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:22-cv-00734-DPJ-FKB

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* State Board of Elections Commissioners

was received by me on *(date)* 12-21-2022

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Brandi Mitchell, who is designated by law to accept service of process on behalf of *(name of organization)* MS Secretary of State on *(date)* 12-21-2022 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ 60.00 for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: 12-21-2022

_____
Server's signature

Darrell Cont   Server
Printed name and title

P.O. Box 23821, Jxn MS
Server's address

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| MISSISSIPPI STATE CONFERENCE OF THE NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE; DR. ANDREA WESLEY; DR. JOSEPH WESLEY; *Plaintiff(s)* <br> v. <br> STATE BOARD OF ELECTION COMMISSIONERS; TATE REEVES, in his official capacity as Governor of Mississippi; LYNN FITCH, in her official capacity as Attorney General of Mississippi; MICHAEL *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 3:22-cv-00734-DPJ-FKB |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* DAN EUBANKS in his official capacity as Ranking House Member of the Standing Joint Legislative Committee on Reapportionment and Redistricting
501 North West St., Suite 301-A, Jackson, MS 39201

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Joshua Tom, MS Bar No. 105392
ACLU of Mississippi
101 S. Congress St.
Jackson, MS 39201

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

ARTHUR JOHNSTON
CLERK OF COURT

Date: December 20, 2022

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:22-cv-00734-DPJ-FKB

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Dan Eubanks
was received by me on *(date)* 12-21-2022.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Andreus Ketchings , who is
designated by law to accept service of process on behalf of *(name of organization)* MS
Congress on *(date)* 12-21-2022 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ 60.00 for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 12-21-2022           *Server's signature*

              Darell Corey        Server
                   *Printed name and title*


           P.O. Box 23821, Jtm MS
                   *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
SOUTHERN DISTRICT OF MISSISSIPPI

MISSISSIPPI STATE CONFERENCE OF THE NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE; DR. ANDREA WESLEY; DR. JOSEPH WESLEY;
*Plaintiff(s)*

v.

STATE BOARD OF ELECTION COMMISSIONERS; TATE REEVES, in his official capacity as Governor of Mississippi; LYNN FITCH, in her official capacity as Attorney General of Mississippi; MICHAEL
*Defendant(s)*

Civil Action No. 3:22-cv-00734-DPJ-FKB

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* LYNN FITCH in her official capacity as Attorney General of Mississippi
550 High St., Jackson, MS 39201

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Joshua Tom, MS Bar No. 105392
ACLU of Mississippi
101 S. Congress St.
Jackson, MS 39201

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

ARTHUR JOHNSTON
CLERK OF COURT

Date: December 20, 2022

*Signature of Clerk or Deputy Clerk*

Civil Action No. 3:22-cv-00734-DPJ-FKB

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Lynn Fitch

was received by me on *(date)* 12-21-2022.

☑ I personally served the summons on the individual at *(place)* 550 High Street, Jackson MS on *(date)* 12-21-2022 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ 60.00 for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 12-21-2022

Darrell Cox                                       Server's signature

Darrell Cox                           Server
                *Printed name and title*

P.O. Box 23521, Jtn, MS
        *Server's address*

Additional information regarding attempted service, etc:



March 20, 2020

## Notice

## Service of Process Upon the Office of the Attorney General During the COVID-19 State of Emergency

The 12th floor lobby of the Attorney General's Office is closed to the public. As of March 20, 2020, and until further notice, Attorney General Lynn Fitch has designated the lockbox located at the Capitol Police desk in the lobby of the Walter Sillers State Office Building at 550 High Street, Jackson, Mississippi as the location for the Attorney General to receive service of process pursuant to Mississippi Rule of Civil Procedure 4(d)(5) and Federal Rule of Civil Procedure 4(j)(2)(B). Summonses and subpoenas to be served on the Attorney General's Office Should be placed in this lockbox.

The Capitol Police will _not_ provide an acknowledgment of service. However, you may take a copy of this notice and the accompanying Attorney General's Office business card for your files.

As a reminder, subpoenas seeking documents in the possession, custody, or control of a state agency other than the Attorney General's Office must be served directly on that agency. Placing those subpoenas in this lockbox is not legally sufficient service of process.

The lockbox will be checked once a day. If the matter requires immediate attention, or if you have a question about service of process, please call or email Assistant Attorney Ge 601-359-5654 or **doug.miracle@ago.ms.go**

Summons Receipt

Received Date: 12-21- 2022   Time: 3:15pm

Capitol Police: _L. Lumpkin_

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
SOUTHERN DISTRICT OF MISSISSIPPI

| | | |
|---|---|---|
| MISSISSIPPI STATE CONFERENCE OF THE NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE; DR. ANDREA WESLEY; DR. JOSEPH WESLEY; *Plaintiff(s)* | ) ) ) ) ) ) | |
| v. | ) | Civil Action No. 3:22-cv-00734-DPJ-FKB |
| STATE BOARD OF ELECTION COMMISSIONERS; TATE REEVES, in his official capacity as Governor of Mississippi; LYNN FITCH, in her official capacity as Attorney General of Mississippi; MICHAEL *Defendant(s)* | ) ) ) ) ) ) | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* DEAN KIRBY, in his official capacity as Vice Chairman of the Standing Joint Legislative Committee on Reapportionment and Redistricting
501 North West St., Suite 301-A, Jackson, MS 39201

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Joshua Tom, MS Bar No. 105392
ACLU of Mississippi
101 S. Congress St.
Jackson, MS 39201

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

ARTHUR JOHNSTON
CLERK OF COURT

Date: December 20, 2022

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 3:22-cv- 00734 -DPJ- FKB

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Dean Kirby

was received by me on *(date)* 12-21-2022.

☒ I personally served the summons on the individual at *(place)* 400 High Street, Jackson, MS on *(date)* 12-21-2022 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ 60.00 for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 12-21-2022

Server's signature

Darrell Cast        Server
*Printed name and title*

P.O. Box 23821, Jtn, MS
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
SOUTHERN DISTRICT OF MISSISSIPPI

MISSISSIPPI STATE CONFERENCE OF THE NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE; DR. ANDREA WESLEY; DR. JOSEPH WESLEY;
)
)
)
)
)

*Plaintiff(s)*

v.

STATE BOARD OF ELECTION COMMISSIONERS; TATE REEVES, in his official capacity as Governor of Mississippi; LYNN FITCH, in her official capacity as Attorney General of Mississippi; MICHAEL
)
)
)
)
)
)

*Defendant(s)*

Civil Action No. 3:22-cv-00734-DPJ-FKB

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* TATE REEVES, in his official capacity as Governor of Mississippi
550 High St., Jackson, MS 39201

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Joshua Tom, MS Bar No. 105392
ACLU of Mississippi
101 S. Congress St.
Jackson, MS 39201

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

ARTHUR JOHNSTON
CLERK OF COURT

Date: December 20, 2022

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 3:22-cv-00734-DPJ-FKB

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Tate Reeves

was received by me on *(date)* 12-21-2022.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Lynn Fitch, who is designated by law to accept service of process on behalf of *(name of organization)* Tate Reeves on *(date)* 12-21-2022 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ 60.00 for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 12-21-2022

Jerrell Corey
*Server's signature*

Darrell Corey         Server
*Printed name and title*

P.O. Box 23921, Jtn MS
*Server's address*

Additional information regarding attempted service, etc:



March 20, 2020

Notice

## Service of Process Upon the Office of the Attorney General During the COVID-19 State of Emergency

The 12th floor lobby of the Attorney General's Office is closed to the public. As of March 20, 2020, and until further notice, Attorney General Lynn Fitch has designated the lockbox located at the Capitol Police desk in the lobby of the Walter Sillers State Office Building at 550 High Street, Jackson, Mississippi as the location for the Attorney General to receive service of process pursuant to Mississippi Rule of Civil Procedure 4(d)(5) and Federal Rule of Civil Procedure 4(j)(2)(B). Summonses and subpoenas to be served on the Attorney General's Office Should be placed in this lockbox.

The Capitol Police will <u>not</u> provide an acknowledgment of service. However, you may take a copy of this notice and the accompanying Attorney General's Office business card for your files.

As a reminder, subpoenas seeking documents in the possession, custody, or control of a state agency other than the Attorney General's Office must be served directly on that agency. Placing those subpoenas in this lockbox is not legally sufficient service of process.

The lockbox will be checked once a day. If the matter requires immediate attention, or if you have a question about service of process, please call or email Assistant Attorney General 601-359-5654 or **doug.miracle@ago.ms.gov**

Summons Receipt

Received Date: 12-21- 2022  Time: 3:16pm

Capitol Police: _[signature]_

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
SOUTHERN DISTRICT OF MISSISSIPPI

MISSISSIPPI STATE CONFERENCE OF THE NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE; DR. ANDREA WESLEY; DR. JOSEPH WESLEY;
)
)
)
)
)

*Plaintiff(s)*

v.

Civil Action No. 3:22-cv-00734-DPJ-FKB

STATE BOARD OF ELECTION COMMISSIONERS; TATE REEVES, in his official capacity as Governor of Mississippi; LYNN FITCH, in her official capacity as Attorney General of Mississippi; MICHAEL
)
)
)
)
)
)

*Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* MICHAEL WATSON in his official capacity as Secretary of State of Mississippi
125 S. Congress St., Jackson, MS 39201

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Joshua Tom, MS Bar No. 105392
ACLU of Mississippi
101 S. Congress St.
Jackson, MS 39201

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

ARTHUR JOHNSTON
CLERK OF COURT

Date: December 20, 2022

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:22-cv-00734-DPJ-FKB

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Michael Watson, Secretary of State of MS
was received by me on *(date)* 12-21-2022.

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* Brandi Mitchell , who is designated by law to accept service of process on behalf of *(name of organization)* Secretary of State of MS on *(date)* 12-21-2022 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ 60.00 for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: 12-21-2022

Server's signature

Darrell Cant    Server
Printed name and title

P.O. Box 23821, Jxn MS
Server's address

Additional information regarding attempted service, etc: