## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| MISSISSIPPI STATE CONFERENCE OF THE NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE; DR. ANDREA WESLEY; DR. JOSEPH WESLEY; ROBERT EVANS; GARY FREDERICKS; PAMELA HAMMER,<br><br>*Plaintiffs*,<br><br>vs.<br><br>STATE BOARD OF ELECTION COMMISSIONERS; TATE REEVES, *in his official capacity as Governor of Mississippi*; LYNN FITCH, *in her official capacity as Attorney General of Mississippi*; MICHAEL WATSON, *in his official capacity as Secretary of State of Mississippi*; DAN EUBANKS *in his official capacity as Ranking House Member of the Standing Joint Legislative Committee on Reapportionment and Redistricting*; and DEAN KIRBY, *in his official capacity as Vice Chairman of the Standing Joint Legislative Committee on Reapportionment and Redistricting*.<br><br>*Defendants*. | 3:22-cv-734-DPJ-HSO-LHS |

1

## APPLICATION FOR ADMISSION PRO HAC VICE

(A)  Name: John Lavelle, Jr.

Firm Name: Morgan, Lewis & Bockius LLP

Office Address: 1701 Market Street - 12th Floor

City: Philadelphia   State: PA   Zip: 19103

Telephone: 215.963.4824   Fax: 215.963.5001

E-Mail: John.Lavelle@morganlewis.com

(B)  Client(s): MISSISSIPPI STATE CONFERENCE NAACP

Address: 1072 J. R. LYNCH STREET - SUITE 10

City: JACKSON   State: MS   Zip: 39203

Telephone: 601.353.8452   Fax: _____

The following information is optional:

2

FORM 6 (ND/SD MISS. DEC. 2016)

Have you had a prior or continuing representation in other matters of one or more of the clients you propose to represent, and is there a relationship between those other matter(s) and the proceeding for which you seek admission?

Do you have any special experience, expertise, or other factor that you believe makes it particularly desirable that you be permitted to represent the client(s) you propose to represent in this case?

(C)   I am admitted to practice in the:

   [X]   State of  Pennsylvania - Licensed December 14, 1988  - Bar No. 54279

   [ ]   District of Columbia

and I am currently in good standing with that Court. A certificate to that effect, issued by the appropriate licensing authority within ninety days of the date of this Application, is enclosed; the physical address, telephone number and website/email address for that admitting Court are:

Supreme Court of Pennsylvania
Pennsylvania Judicial Center
601 Commonwealth Avenue
Suite 1500
Harrisburg, PA  17120

717.231.3380

https://www.pacourts.us/courts/supreme-court/

All other courts before which I have been admitted to practice:

3

FORM 6 (ND/SD MISS. DEC. 2016)

| Jurisdiction | Period of Admission |
|---|---|
| U.S. Supreme Court | 1998 – Present |
| U.S. Court of Appeals, Third Circuit | 1990 – Present |
| U.S. Court of Appeals, Fourth Circuit | 2002 – Present |
| U.S. District Court, Eastern District of Pennsylvania | January 18, 1989 – Present |
| U.S. District Court, Middle District of Pennsylvania | May 19, 1995 - Present |
| U.S. District Court, Western District of Pennsylvania | 2003 – Present |
| U.S. District Court, District of New Jersey | June 1, 1989 – Present |
| Supreme Court of Pennsylvania | December 14, 1988 – Present |
| Supreme Court of New Jersey | 1989 - Present |

(D) Have you been denied admission pro hac vice in this state? Yes ◯ No ●

Have you had admission pro hac vice revoked in this state? Yes ◯ No ●

Has Applicant been formally disciplined or sanctioned by any court in this state in the last five years? Yes ◯ No ●

If the answer was "yes," describe, as to each such proceeding, the nature of the allegations, the name of the person or authority bringing such proceedings; the dates the proceedings were initiated and finally concluded; the style of the proceedings; and the findings made and actions taken in connection with those proceedings:

(E) Has any formal, written disciplinary proceeding ever been brought against you by a disciplinary authority in any other jurisdiction within the last five years? Yes ◯ No ●

4

FORM 6 (ND/SD MISS. DEC. 2016)

If the answer was "yes," describe, as to each such proceeding, the nature of the allegations; the name of the person or authority bringing such proceedings; the date the proceedings were initiated and finally concluded; the style of the proceedings; and the findings made and actions taken in connection with those proceedings.

|  |  | Yes | No |
|---|---|---|---|
| (F) | Have you been formally held in contempt or otherwise sanctioned by any court in a written order in the last five years for disobeying its rules or orders? | ○ | ⦿ |

If the answer was "yes," describe, as to each such order, the nature of the allegations, the name of the court before which such proceedings were conducted; the date of the contempt order or sanction, the caption of the proceedings, and the substances of the court's rulings (a copy of the written order or transcript of the oral rulings must be attached to the application).

(G)   Please identify each proceeding in which you have filed an application to proceed pro hac vice in this state within the preceding two years, as follows:

| Name and Address of Court | Date of Application | Outcome of Application |
|---|---|---|

5

FORM 6 (ND/SD MISS. DEC. 2016)

(H) Please identify each case in which you have appeared as counsel pro hac vice in this state within the immediately preceding twelve months, are presently appearing as counsel pro hac vice, or have pending applications for admission to appear pro hac vice, as follows:

| Name and Address of Court | Style of Case |
|---|---|
| | |

(I) Have you read and become familiar with all the LOCAL UNIFORM CIVIL RULES OF THE UNITED STATES DISTRICT COURTS FOR THE NORTHERN AND SOUTHERN DISTRICTS OF MISSISSIPPI?  **Yes** ● No ○

Have you read and become familiar with the MISSISSIPPI RULES OF PROFESSIONAL CONDUCT?  **Yes** ● No ○

(J) Please provide the following information about the resident attorney who has been associated for this case:

Name and Bar Number: Joshua F. Tom - MS Bar #105392

Firm Name: ACLU of Mississippi

Office Address: P. O. Box 2242

City: Jackson    State: MS    Zip: 39225

Telephone: 601.354.3408    Fax: 601.355.6465

Email address: jtom@aclu-ms.org

6

FORM 6 (ND/SD MISS. DEC. 2016)

(K)     The undersigned resident attorney certifies that he/she agrees to the association with Applicant in this matter and to the appearance as attorney of record with Applicant.

/s:/ Joshua Tom
———————————————
Resident Attorney

I certify that the information provided in this Application is true and correct.

1/17/23
————
Date

*[Applicant's handwritten signature]*
———————————————
Applicant's Handwritten Signature

Unless exempted by Local Rule 83.1(d)(5), the application fee established by this Court must be enclosed with this Application.

### CERTIFICATE OF SERVICE

The undersigned Resident Attorney certifies that a copy of this Application for Admission Pro Hac Vice has been mailed or otherwise served on this date on all parties who have appeared in this case.

This the __3rd__ day of __February__, 20__23__.

/s:/Joshua Tom
———————————————
Resident Attorney

7



### Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

*John P. Lavelle Jr., Esq.*

**DATE OF ADMISSION**

*December 14, 1988*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



Witness my hand and official seal
Dated:  January 9, 2023

*Patricia Johnson*

Patricia A. Johnson
Chief Clerk