

## Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

### John P. Lavelle Jr., Esq.

**DATE OF ADMISSION**

*December 14, 1988*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



Witness my hand and official seal
Dated: January 9, 2023

*Patricia Johnson*

Patricia A. Johnson
Chief Clerk