**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

MISSISSIPPI STATE CONFERENCE OF THE
NATIONAL ASSOCIATION FOR THE
ADVANCEMENT OF COLORED PEOPLE;
DR. ANDREA WESLEY; DR. JOSEPH
WESLEY; ROBERT EVANS; GARY
FREDERICKS; PAMELA HAMMER,

      *Plaintiffs,*

      vs.

STATE BOARD OF ELECTION
COMMISSIONERS; TATE REEVES, *in his*
*official capacity as Governor of Mississippi;*
LYNN FITCH, *in her official capacity as*
*Attorney General of Mississippi;* MICHAEL
WATSON, *in his official capacity as Secretary*
*of State of Mississippi;* DAN EUBANKS *in his*
*official capacity as Ranking House Member of*
*the Standing Joint Legislative Committee on*
*Reapportionment and Redistricting;* and DEAN
KIRBY, *in his official capacity as Vice*
*Chairman of the Standing Joint Legislative*
*Committee on Reapportionment and*
*Redistricting.*

      *Defendants.*

3:22-cv-734-DPJ-HSO-LHS

## APPLICATION FOR ADMISSION PRO HAC VICE

(A)  Name:                   DREW CLEARY JORDAN

Firm Name:              MORGAN LEWIS & BOCKIUS LLP

Office Address:        1111 PENNSYLVANIA AVENUE, NW

City:                        WASHINGTON          State    DC          Zip  20004-2541

Telephone:               202.739.5962              Fax:     202.739.3001

E-Mail:                    DREW.JORDAN@MORGANLEWIS.COM


(B)  Client(s):            MISSISSIPPI STATE CONFERENCE NAACP

Address:                  1072 J. R. LYNCH STREET - SUITE 10

City:                        JACKSON               State    MS           Zip    39203

Telephone:               601.353.8452              Fax:

The following information is optional:



FORM 6 (ND/SD MISS. DEC. 2016)

Have you had a prior or continuing representation in other matters of one or more of the clients you propose to represent, and is there a relationship between those other matter(s) and the proceeding for which you seek admission?

Do you have any special experience, expertise, or other factor that you believe makes it particularly desirable that you be permitted to represent the client(s) you propose to represent in this case?

(C)     I am admitted to practice in the:



State of  NEW JERSEY - Licensed December 7, 2012 - Bar No. 900492012

District of Columbia  - Licensed June 3, 2013  - Bar No. 1011856

and I am currently in good standing with that Court.  A certificate to that effect, issued by the appropriate licensing authority within ninety days of the date of this Application, is enclosed; the physical address, telephone number and website/email address for that admitting Court are:

> H. Carl Moultrie Courthouse
> 500 Indiana Ave NW
> Washington, DC 20001
> (202) 879-1010
> https://www.dccourts.gov/
> https://www.dcbar.org/

All other courts before which I have been admitted to practice:

Form 6 (ND/SD Miss. Dec. 2016)

| Jurisdiction | Period of Admission |
|---|---|
| New Jersey District Court | March 17, 2015 to Present |
| Third Circuit Court of Appeals | May 25, 2017 to Present |

|  |  | Yes | No |
|---|---|---|---|
| (D) | Have you been denied admission pro hac vice in this state? | ○ | ⦿ |
|  | Have you had admission pro hac vice revoked in this state? | ○ | ⦿ |
|  | Has Applicant been formally disciplined or sanctioned by any court in this state in the last five years? | ○ | ⦿ |

If the answer was "yes," describe, as to each such proceeding, the nature of the allegations, the name of the person or authority bringing such proceedings; the dates the proceedings were initiated and finally concluded; the style of the proceedings; and the findings made and actions taken in connection with those proceedings:

|  |  | Yes | No |
|---|---|---|---|
| (E) | Has any formal, written disciplinary proceeding ever been brought against you by a disciplinary authority in any other jurisdiction within the last five years? | ○ | ⦿ |

FORM 6 (ND/SD MISS. DEC. 2016)

If the answer was "yes," describe, as to each such proceeding, the nature of the allegations; the name of the person or authority bringing such proceedings; the date the proceedings were initiated and finally concluded; the style of the proceedings; and the findings made and actions taken in connection with those proceedings.

|  |  | Yes | No |
|---|---|---|---|
| (F) | Have you been formally held in contempt or otherwise sanctioned by any court in a written order in the last five years for disobeying its rules or orders? | ○ | ◉ |

If the answer was "yes," describe, as to each such order, the nature of the allegations, the name of the court before which such proceedings were conducted; the date of the contempt order or sanction, the caption of the proceedings, and the substances of the court's rulings (a copy of the written order or transcript of the oral rulings must be attached to the application).

(G)     Please identify each proceeding in which you have filed an application to proceed pro hac vice in this state within the preceding two years, as follows:

Name and Address of Court                    Date of                 Outcome of Application
                                              Application

FORM 6 (ND/SD MISS. DEC. 2016)

(H)    Please identify each case in which you have appeared as counsel pro hac vice in
       this state within the immediately preceding twelve months, are presently appearing
       as counsel pro hac vice, or have pending applications for admission to appear pro
       hac vice, as follows:

Name and Address of Court              Style of Case

_____

                                                                    Yes         No

(I)    Have you read and become familiar with all the LOCAL
       UNIFORM CIVIL RULES OF THE UNITED STATES DISTRICT
       COURTS FOR THE NORTHERN AND SOUTHERN DISTRICTS OF            ⦿          ○
       MISSISSIPPI?

       Have you read and become familiar with the MISSISSIPPI RULES
       OF PROFESSIONAL CONDUCT?                                     ⦿          ○

(J)    Please provide the following information about the resident attorney who has been
       associated for this case:

Name and Bar Number        Joshua F. Tom  - MS Bar #105392

Firm Name:                 ACLU of Mississippi

Office Address:            P. O. Box 2242

                City:    Jackson           State: MS      Zip:  39225

                Telephone:  601.354.3408   Fax:   601.355.6465

Email address:             jtom@aclu-ms.org

6

FORM 6 (ND/SD MISS. DEC. 2016)

(K)    The undersigned resident attorney certifies that he/she agrees to the association with Applicant in this matter and to the appearance as attorney of record with Applicant.

/s:/Joshua Tom
Resident Attorney

I certify that the information provided in this Application is true and correct.

02/01/2023
Date

Applicant's Handwritten Signature

Unless exempted by Local Rule 83.1(d)(5), the application fee established by this Court must be enclosed with this Application.

### CERTIFICATE OF SERVICE

The undersigned Resident Attorney certifies that a copy of this Application for Admission Pro Hac Vice has been mailed or otherwise served on this date on all parties who have appeared in this case.

This the ___3rd___ day of ___February___, 20_23_

/s:/Joshua Tom
Resident Attorney

7



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals,
the District of Columbia Bar does hereby certify that

## Drew Jordan

*was duly qualified and admitted on June 3, 2013 as an attorney and counselor entitled to
practice before this Court; and is, on the date indicated below, an Active member in good
standing of this Bar.*

**In Testimony Whereof,
I have hereunto subscribed my
name and affixed the seal of this
Court at the City of
Washington, D.C., on January 31, 2023.**

**JULIO A. CASTILLO
Clerk of the Court**

Issued By:

David Chu - Director, Membership
District of Columbia Bar Membership

*For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email
memberservices@dcbar.org.*