**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**NORTHERN DIVISION**

**MISSISSIPPI STATE CONFERENCE OF THE**                                    **PLAINTIFFS**
**NATIONAL ASSOCIATION FOR THE**
**ADVANCEMENT OF COLORED PEOPLE;**
**DR. ANDREA WESLEY; DR. JOSEPH**
**WESLEY; ROBERT EVANS; GARY**
**FREDERICKS; PAMELA HAMMER**

**VS.**                                    **CIVIL ACTION NO. 3:22-cv-734-DPJ-HSO-LHS**

**STATE BOARD OF ELECTION**
**COMMISSIONERS; TATE REEVES,** *in his*
*official capacity as Governor of Mississippi*;
**LYNN FITCH,** *in her official capacity as*
*Attorney General of Mississippi*; **MICHAEL**
**WATSON,** *in his official capacity as Secretary*
*of State of Mississippi*; **DAN EUBANKS,** *in his*
*official capacity as Ranking House Member of*
*the Standing Joint Legislative Committee on*
*Reapportionment and Redistricting*; **and DEAN**
**KIRBY,** *in his official capacity as Vice*
*Chairman of the Standing Joint Legislative*
*Committee on Reapportionment and*
*Redistricting*                                    **DEFENDANTS**

## NOTICE OF APPEARANCE

COMES NOW, B. Parker Berry of the law firm of Butler Snow LLP, and enters his

appearance on behalf of Defendants STATE BOARD OF ELECTION COMMISSIONERS;

TATE REEVES, *in his official capacity as Governor of Mississippi*; LYNN FITCH, *in her official*

*capacity as Attorney General of Mississippi*; MICHAEL WATSON, *in his official capacity as*

*Secretary of State of Mississippi*; DAN EUBANKS, *in his official capacity as a Member of the*

*Standing Joint Legislative Committee on Reapportionment and Redistricting*;  and DEAN KIRBY,

*in his official capacity as Vice Chairman of the Standing Joint Legislative Committee on*

*Reapportionment and Redistricting* (collectively "Defendants"), and requests service of all filings

and communications in this action.

THIS the 13th day of February, 2023.

/s/ B. Parker Berry
B. Parker Berry (MB #104251)

*COUNSEL FOR DEFENDANTS*

OF COUNSEL:

Tommie S. Cardin (MB #5863)
P. Ryan Beckett (MB #99524)
B. Parker Berry (MB #104251)
**BUTLER SNOW LLP**
1020 Highland Colony Parkway, Suite 1400
Ridgeland, MS 39157
P.O. Box 6010, Ridgeland, MS 39158-6010
Phone: 601.948.5711
Fax:    601.985.4500
tommie.cardin@butlersnow.com
ryan.beckett@butlersnow.com
parker.berry@butlersnow.com

Rex M. Shannon III (MB #102974)
**STATE OF MISSISSIPPI**
**OFFICE OF THE ATTORNEY GENERAL**
**CIVIL LITIGATION DIVISION**
Post Office Box 220
Jackson, Mississippi 39205-0220
Tel.: (601) 359-4184
Fax: (601) 359-2003
rex.shannon@ago.ms.gov

## CERTIFICATE OF SERVICE

I, B. Parker Berry, do hereby certify that I have this day electronically filed the foregoing document with the Clerk of the Court using the ECF system, which sent notification of such filing to all counsel of record.

This the 13th day of February, 2023.

/s/ B. Parker Berry
B. Parker Berry

67902568.v1

3