UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI

Miss. State Conf NAACP, et al.

Plaintiff

v.

State Bd. of Election Comm'rs, et al.

CIVIL ACTION NO. 3:22-cv-00734-DPJ-HSO-LHS

Defendant

APPLICATION FOR ADMISSION PRO HAC VICE

(A) Name: Jon Greenbaum

Firm Name: Lawyers' Committee for Civil Rights Under Law

Office Address: 1500 K Street NW, Suite 400

City: Washington   State DC   Zip 20005

Telephone: (202) 662-8315   Fax: (202) 307-2767

E-Mail: jgreenbaum@lawyerscommitee.org

(B) Client(s): Miss. NAACP. et al. c/o ACLU of Mississippi

Address: 101 South Congress Street

City: Jackson   State MS   Zip 39201

Telephone: (601) 473-5113   Fax:

The following information is optional:

1

FORM 6 (ND/SD MISS. DEC. 2016)

Have you had a prior or continuing representation in other matters of one or more of the clients you propose to represent, and is there a relationship between those other matter(s) and the proceeding for which you seek admission?

Do you have any special experience, expertise, or other factor that you believe makes it particularly desirable that you be permitted to represent the client(s) you propose to represent in this case?

Yes, I previously served as co-lead counsel in Thomas v. Bryant, which was a challenge under Section 2 of the Voting Rights Act to last decade's redistricting plan in the Mississippi Senate.

(C)   I am admitted to practice in the:

   __X__      State of California

   _____     District of Columbia

and I am currently in good standing with that Court.  A certificate to that effect, issued by the appropriate licensing authority within ninety days of the date of this Application, is enclosed; the physical address, telephone number and website/email address for that admitting Court are:

The State Bar of California
180 Howard Street
San Francisco, California 94105
AttorneyRegulation@calbar.ca.gov

All other courts before which I have been admitted to practice:

   Jurisdiction                                              Period of Admission

| Name of State or Federal Bar | State Bar Number | Date Admitted | Active? |
|---|---|---|---|
| California | 166733 | 12/6/93 | Yes |
| District of Columbia | 489887 | 11/12/04 | Yes |

2

FORM 6 (ND/SD MISS. DEC. 2016)

| Court | | Date | Admitted |
|---|---|---|---|
| United States Supreme Court | | 10/12/99 | Yes |
| United States Court of Appeals for the First Circuit | | 12/15/03 | Yes |
| United States District Court for the Second Circuit | | 9/3/20 | Yes |
| United States Court of Appeals for the Third Circuit | | 6/13/17 | Yes |
| United States Court of Appeals for the Fourth Circuit | | 7/21/15 | Yes |
| United States Court of Appeals for the Fifth Circuit | | 10/1/12 | Yes |
| United States Court of Appeals for the Sixth Circuit | | 3/12/06 | Yes |
| United States Court of Appeals for the Seventh Circuit | | 12/11/20 | Yes |
| United States Court of Appeals for the Eighth Circuit | | 4/5/18 | Yes |
| United States Court of Appeals for the Ninth Circuit | | 12/6/93 | Yes |
| United States Court of Appeals for the Tenth Circuit | | 4/22/20 | Yes |
| United States Court of Appeals for the Eleventh Circuit | | 6/14/17 | Yes |
| United States Court of Appeals for the District of Columbia Circuit | | 3/15/11 | Yes |
| United States District Court for the Central District of California | | 12/6/93 | Yes |
| United States District Court for the Eastern District of California | | 12/6/93 | Yes |

| | | | |
|---|---|---|---|
| United States District Court for the Northern District of California | | 6/9/17 | Yes |
| United States District Court for the Northern District of Ohio | | 10/25/06 | Yes |
| United States District Court for the District of Columbia | | 9/11/06 | Yes |
| United States District for the Southern District of California | | 10/26/17 | Yes |
| United States District Court for the Eastern District of Arkansas | | 8/18/17 | Yes |
| United States District Court for the Western District of Arkansas | | 8/18/17 | Yes |
| United States District Court for Eastern District of Wisconsin | | 11/16/20 | Yes |
| United States District Court for the Western District of Michigan | | 11/13/20 | Yes |
| United States District Court for the Eastern District of Michigan | | 12/2/20 | Yes |
| United States District Court for the Northern District of Illinois | | 10/15/21 | Yes |
| United States District Court for the Eastern District of Texas | | 11/15/22 | Yes |

| | | Yes | No |
|---|---|---|---|
| (D) | Have you been denied admission pro hac vice in this state? | | X |
| | Have you had admission pro hac vice revoked in this state? | | X |
| | Has Applicant been formally disciplined or sanctioned by any court in this state in the last five years? | | X |

If the answer was "yes," describe, as to each such proceeding, the nature of the allegations, the name of the person or authority bringing such proceedings; the dates the proceedings were initiated and finally concluded; the style of the proceedings; and the findings made and actions taken in connection with those proceedings:  N/A

FORM 6 (ND/SD MISS. DEC. 2016)

|  |  | Yes | No |
|---|---|---|---|
| (E) | Has any formal, written disciplinary proceeding ever been brought against you by a disciplinary authority in any other jurisdiction within the last five years? |  | X |

If the answer was "yes," describe, as to each such proceeding, the nature of the allegations; the name of the person or authority bringing such proceedings; the date the proceedings were initiated and finally concluded; the style of the proceedings; and the findings made and actions taken in connection with those proceedings.

|  |  | Yes | No |
|---|---|---|---|
| (F) | Have you been formally held in contempt or otherwise sanctioned by any court in a written order in the last five years for disobeying its rules or orders? |  | X |

If the answer was "yes," describe, as to each such order, the nature of the allegations, the name of the court before which such proceedings were conducted; the date of the contempt order or sanction, the caption of the proceedings, and the substances of the court's rulings (a copy of the written order or transcript of the oral rulings must be attached to the application).

(G)   Please identify each proceeding in which you have filed an application to proceed pro hac vice in this state within the preceding two years, as follows:

| Name and Address of Court | Date of Application | Outcome of Application |
|---|---|---|

5

FORM 6 (ND/SD MISS. DEC. 2016)

    None in the last two years

(H)    Please identify each case in which you have appeared as counsel pro hac vice in this state within the immediately preceding twelve months, are presently appearing as counsel pro hac vice, or have pending applications for admission to appear pro hac vice, as follows:

| Name and Address of Court | Style of Case |
|---|---|

**None in the last twelve months**

|  |  | Yes | No |
|---|---|---|---|
| (I) | Have you read and become familiar with all the LOCAL UNIFORM CIVIL RULES OF THE UNITED STATES DISTRICT COURTS FOR THE NORTHERN AND SOUTHERN DISTRICTS OF MISSISSIPPI? | X |  |
|  | Have you read and become familiar with the MISSISSIPPI RULES OF PROFESSIONAL CONDUCT? | X |  |

(J)    Please provide the following information about the resident attorney who has been associated for this case:

Name and Bar Number:    Joshua Tom, MSB 10592

Firm Name:    ACLU of Mississippi

Office Address:    101 S. Congress Street

    City: Jackson    State: MS    Zip: 39201

FORM 6 (ND/SD MISS. DEC. 2016)

Telephone: (601) 354-3408         Fax:

Email address:        jtom@aclu-ms.org

(K)   The undersigned resident attorney certifies that he/she agrees to the association with Applicant in this matter and to the appearance as attorney of record with Applicant.

/s:/Joshua Tom
Resident Attorney

I certify that the information provided in this Application is true and correct.

2/13/23
Date

Applicant's Handwritten Signature

Unless exempted by Local Rule 83.1(d)(5), the application fee established by this Court must be enclosed with this Application.

## CERTIFICATE OF SERVICE

The undersigned Resident Attorney certifies that a copy of this Application for Admission Pro Hac Vice has been mailed or otherwise served on this date on all parties who have appeared in this case.

This the 17th day of February, 2023.

/s:/Joshua Tom
Resident Attorney

7