# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

| | |
|---|---|
| MISSISSIPPI STATE CONFERENCE OF THE NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE; DR. ANDREA WESLEY; DR. JOSEPH WESLEY; ROBERT EVANS; GARY FREDERICKS; PAMELA HAMNER,<br><br>*Plaintiffs*,<br><br>vs.<br><br>STATE BOARD OF ELECTION COMMISSIONERS; TATE REEVES *in his official capacity as Governor of Mississippi*; LYNN FITCH *in her official capacity as Attorney General of Mississippi*; MICHAEL WATSON *in his official capacity as Secretary of State of Mississippi*; DAN EUBANKS *in his official capacity as Ranking House Member of the Standing Joint Legislative Committee on Reapportionment and Redistricting*; DEAN KIRBY *in his official capacity as Vice Chairman of the Standing Joint Legislative Committee on Reapportionment and Redistricting*.<br><br>*Defendants*. | CIVIL ACTION NO.<br>3:22-cv-00734-DPJ-HSO-LHS |

**NOTICE OF DISMISSAL WITHOUT PREJUDICE**

1.  Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs Mississippi State Conference of the National Association for the

Advancement of Colored People, *et al.*, hereby voluntarily dismiss all the claims asserted against Defendants Dan Eubanks and Dean Kirby without prejudice, with each party to bear its own attorneys' fees and costs. Defendants Dan Eubanks and Dean Kirby have not served an answer or a motion for summary judgment.

2. The Plaintiffs' claims against the remaining Defendants, who have answered the Complaint, are not affected by this dismissal.

Dated: February 17, 2023

Respectfully submitted,

/s/ *Joshua Tom*
Joshua Tom, MSB 105392
*jtom@aclu-ms.org*
ACLU OF MISSISSIPPI
101 South Congress Street
Jackson, MS 39201
(601) 354-3408

Robert B. McDuff, MSB 2532
*rbm@mcdufflaw.com*
MISSISSIPPI CENTER FOR JUSTICE
767 North Congress Street
Jackson, MS 39202
(601) 969-0802

Carroll Rhodes, MSB 5314
Law Offices of Carroll Rhodes
*crhodes6@bellsouth.net*
PO Box 588
Hazlehurst, MS 39083
(601) 894-1464

John P. Lavelle, Jr.*
MORGAN, LEWIS & BOCKIUS LLP

Ari J. Savitzky*
*asavitzky@aclu.org*
Kelsey Miller*
*kmiller1@aclu.org*
Ming Cheung*
mcheung@aclu.org
ACLU FOUNDATION
125 Broad Street, 18th Floor
New York, New York 10004
(212) 549-2500

Patricia Yan*
*pyan@aclu.org*
ACLU FOUNDATION
915 15th Street NW
Washington, DC 20005
(202) 457-0800

Ezra D. Rosenberg*
*erosenberg@lawyerscommittee.org*
Jennifer Nwachukwu*
*jnwachukwu@lawyerscommittee.org*
David Rollins-Boyd*
*drollins-boyd@lawyerscommittee.org*

1701 Market Street
Philadelphia, PA 19103-2921
Telephone: +1.202.739.3000
Facsimile: +1.202.739.3001
*john.lavelle@morganlewis.com*

Drew C. Jordan*
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Ave. NW
Washington, DC 20004-2541
Telephone: +1.713.890.5000
Facsimile: +1.713.890.5001
*drew.jordan@morganlewis.com*

James A. Nortey*
MORGAN, LEWIS & BOCKIUS LLP
1000 Louisiana, Suite 4000
Houston, Texas 77002
Telephone: +1.713.890.5000
Facsimile: +1.713.890.5001
*james.nortey@morganlewis.com*

*\* admitted pro hac vice*

LAWYERS' COMMITTEE FOR CIVIL RIGHTS UNDER LAW
1500 K Street NW Suite 900
Washington, DC 20005
(202) 662-8600

*Attorneys for Plaintiffs*

## **CERTIFICATION OF SERVICE**

    I, Joshua Tom, hereby certify that on February 17, 2023, a true and correct copy of the foregoing was electronically filed using the CM/ECF filing system, which automatically transmits email notifications to all counsel of record.

                                                          */s/ Joshua Tom*
                                                          Joshua Tom