IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**MISSISSIPPI STATE CONFERENCE OF THE
NATIONAL ASSOCIATION FOR THE
ADVANCEMENT OF COLORED PEOPLE, ET AL.,**

    **Plaintiffs,**

v.        No. 3;22-cv-00734

**STATE BOARD OF ELECTION COMMISSIONERS,
ET AL.,**

    **Defendants**

## ENTRY OF APPEARANCE

    The undersigned, who is a member of the Bar of this Court, hereby enters his appearance as Counsel for Plaintiffs.

        Respectfully Submitted,

        s/ Robert B. McDuff
        ROBERT B. MCDUFF
        MS Bar No. 2532
        MISSISSIPPI CENTER FOR JUSTICE
        767 North Congress Street
        Jackson, MS 39202
        rbm@mcdufflaw.com
        601-259-8484

        *Counsel for Plaintiffs*

CERTIFICATE OF SERVICE

The undersigned hereby certifies that he has filed the foregoing using the ECF system which caused it to be served on all counsel of record on this 4th day of April, 2023.

s/ Robert B. McDuff