# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### NORTHERN DISTRICT

| | |
|---|---|
| MISSISSIPPI STATE CONFERENCE OF THE NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE; DR. ANDREA WESLEY; DR. JOSEPH WESLEY; ROBERT EVANS; GARY FREDRICKS; PAMELA HAMNER; BARBARA FINN; OTHO BARNES; SHIRLINDA ROBERTSON; SANDRA SMITH; DEBORAH HJULITT; RODESTA TUMBLIN; DR. KIA JONES; ANGELA GRAYSON; MARCHELEAN ARRINGTON; AND VICTORIA ROBERTSON | PLAINTIFFS |
| VS. | CIVIL ACTION NO. 3:22-CV-734-DPJ-HSO-LHS |
| STATE BOARD OF ELECTION COMMISSIONERS; TATE REEVES, *in his official capacity as Governor of Mississippi*; LYNN FITCH, *in her official capacity as Attorney General of Mississippi*; MICHAEL WATSON, *in his official capacity as Secretary of State of Mississippi* | DEFENDANTS |

## NOTICE OF APPEARANCE

Please take notice that Charles E. Cowan hereby enters his appearance as counsel of record for the Mississippi Republican Party Executive Committee, which has requested to intervene as a defendant [Dkt. #32] in the above styled cause.

RESPECTFULLY SUBMITTED, this the 16th day of May, 2023.

        MISSISSIPPI REPUBLICAN PARTY
        EXECUTIVE COMMITTEE

    By:   */s/ Charles E. Cowan*
            CHARLES E. COWAN (MSB #104478)

**OF COUNSEL:**

Michael B. Wallace (MSB #6904)
Charles E. Cowan (MSB #104478)
WISE CARTER CHILD & CARAWAY, P.A.
Post Office Box 651
Jackson, Mississippi 39205-0651
Ph: (601) 968-5500
Fax: (601) 968-5519
mbw@wisecarter.com
cec@wisecarter.com

## CERTIFICATE OF SERVICE

I, Charles E. Cowan, one of the attorneys for the Mississippi Republican Party Executive Committee, do hereby certify that I have this date filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record with ECF.

**SO CERTIFIED**, this the 16th day of May, 2023.

>*/s/ Charles E. Cowan*
>CHARLES E. COWAN