**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION**

**MISSISSIPPI STATE CONFERENCE OF THE
NATIONAL ASSOCIATION FOR THE
ADVANCEMENT OF COLORED PEOPLE;
DR. ANDREA WESLEY; DR. JOSEPH
WESLEY; ROBERT EVANS; GARY
FREDERICKS; PAMELA HAMMER
BARBARA FINN; ORHO BARNES;
SHIRLINDA ROBERTSON; SANDRA
SMITH; DEBORAH HULITT; RODESTA
TUMBLIN; DR. KIA JONES; ANGELA
GRAYSON; MARCELEAN ARRINGTON;
VICTORIA ROBERTSON**                                                                                  **PLAINTIFFS**

**VS.**                                        **CIVIL ACTION NO. 3:22-cv-734-DPJ-HSO-LHS**

**STATE BOARD OF ELECTION
COMMISSIONERS; TATE REEVES,** *in his
official capacity as Governor of Mississippi*;
**LYNN FITCH,** *in her official capacity as
Attorney General of Mississippi*; **MICHAEL
WATSON,** *in his official capacity as Secretary
of State of Mississippi*                                                                   **DEFENDANTS**

## NOTICE OF SERVICE OF INITIAL DISCLOSURES

NOTICE is hereby given that Defendants State Board of Election Commissioners ("SBEC"), Governor Tate Reeves, Attorney General Lynn Fitch, and Secretary of State Michael Watson (hereinafter collectively "Defendants"), pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure, have served their Initial Disclosures upon all counsel of record in the above-styled action.

THIS the 26th day of May, 2023.

        STATE BOARD OF ELECTION COMMISSIONERS; TATE REEVES, IN HIS OFFICIAL CAPACITY AS GOVERNOR OF MISSISSIPPI; LYNN FITCH, IN HER OFFICIAL CAPACITY AS ATTORNEY GENERAL OF MISSISSIPPI; MICHAEL WATSON, IN HIS OFFICIAL CAPACITY AS SECRETARY OF STATE, DEFENDANTS

        */s/ P. Ryan Beckett*
        P. Ryan Beckett (MB #99524)

        *COUNSEL FOR DEFENDANTS*

OF COUNSEL:

Tommie S. Cardin (MB #5863)
P. Ryan Beckett (MB #99524)
B. Parker Berry (MB #104251)
**BUTLER SNOW LLP**
1020 Highland Colony Parkway, Suite 1400
Ridgeland, MS 39157
P.O. Box 6010, Ridgeland, MS 39158-6010
Phone: 601.948.5711
Fax:    601.985.4500
tommie.cardin@butlersnow.com
ryan.beckett@butlersnow.com
parker.berry@butlersnow.com

Rex M. Shannon III (MB #102974)
**STATE OF MISSISSIPPI**
**OFFICE OF THE ATTORNEY GENERAL**
**CIVIL LITIGATION DIVISION**
Post Office Box 220
Jackson, Mississippi 39205-0220
Tel.: (601) 359-4184
Fax: (601) 359-2003
rex.shannon@ago.ms.gov

## **CERTIFICATE OF SERVICE**

  I, P. Ryan Beckett, do hereby certify that I have this day electronically filed the foregoing document with the Clerk of the Court using the ECF system, which sent notification of such filing to all counsel of record.

  This the 26th day of May, 2023.

*/s/ P. Ryan Beckett*
P. Ryan Beckett

69514924.v1