IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DISTRICT

MISSISSIPPI STATE CONFERENCE OF THE
NATIONAL ASSOCIATION FOR THE
ADVANCEMENT OF COLORED PEOPLE;
DR. ANDREA WESLEY; DR. JOSEPH
WESLEY; ROBERT EVANS; GARY FREDRICKS;
PAMELA HAMNER; BARBARA FINN; OTHO BARNES;
SHIRLINDA ROBERTSON; SANDRA SMITH;
DEBORAH HJULITT; RODESTA TUMBLIN;
DR. KIA JONES; ANGELA GRAYSON;
MARCHELEAN ARRINGTON; AND
VICTORIA ROBERTSON                                                                                      PLAINTIFFS

VS.                                                CIVIL ACTION NO.  3:22-CV-734-DPJ-HSO-LHS

STATE BOARD OF ELECTION
COMMISSIONERS; TATE REEVES, *in his
official capacity as Governor of Mississippi*;
LYNN FITCH, *in her official capacity as
Attorney General of Mississippi*; MICHAEL
WATSON, *in his official capacity as Secretary of
State of Mississippi*                                                                                      DEFENDANTS

AND

MISSISSIPPI STATE REPUBLICAN
EXECUTIVE COMMITTEE                                                              INTERVENOR-DEFENDANT

### JOINDER OF MISSISSIPPI REPUBLICIAN EXECUTIVE COMMITTEE

COMES NOW the Intervenor-Defendant Mississippi State Republican Executive Committee and respectfully joins the motion to set deadlines filed by the remaining original defendants, the State Board of Election Commissions, Governor Tate Reeves, Attorney General Lynn Fitch, and Mississippi Secretary of State Michael White.

This the 26th day of May, 2023.

1

RESPECTFULLY SUBMITTED, this the 26th day of May, 2023.

**MISSISSIPPI REPUBLICAN
EXECUTIVE COMMITTEE**

By:   */s/ Charles E. Cowan*
       CHARLES E. COWAN

**OF COUNSEL:**

Michael B. Wallace (MSB #6904)
Charles E. Cowan (MSB #104478)
WISE CARTER CHILD & CARAWAY, P.A.
Post Office Box 651
Jackson, Mississippi 39205-0651
Ph: (601) 968-5500
Fax: (601) 968-5519
mbw@wisecarter.com
cec@wisecarter.com

**CERTIFICATE OF SERVICE**

I, Charles E. Cowan, one of the attorneys for the Mississippi Republican Party Executive Committee, do hereby certify that I have this date filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record with ECF.

**SO CERTIFIED**, this the 26th day of May, 2023.

*/s/ Charles E. Cowan*
CHARLES E. COWAN