# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

MISSISSIPPI STATE CONFERENCE OF
THE NATIONAL ASSOCIATION FOR
THE ADVANCEMENT OF COLORED
PEOPLE; DR. ANDREA WESLEY; DR.
JOSEPH WESLEY; ROBERT EVANS;
GARY FREDERICKS; PAMELA
HAMNER; BARBARA FINN; OTHO
BARNES; SHIRLINDA ROBERTSON;
SANDRA SMITH; DEBORAH HULITT;
RODESTA TUMBLIN; DR. KIA JONES;
ANGELA GRAYSON; MARCELEAN            CIVIL ACTION NO.
ARRINGTON; VICTORIA ROBERTSON,       3:22-cv-734-DPJ-HSO-LHS

*Plaintiffs*,

vs.

STATE BOARD OF ELECTION
COMMISSIONERS; TATE REEVES, *in his
official capacity as Governor of Mississippi*;
LYNN FITCH, *in her official capacity as
Attorney General of Mississippi*; MICHAEL
WATSON, *in his official capacity as
Secretary of State of Mississippi*.

*Defendants*.

## NOTICE OF SERVICE

NOTICE IS HEREBY GIVEN that the Plaintiffs, Mississippi State Conference of the

National Association for the Advancement of Colored People, et al., by and through counsel,

have this date served via email to all Defendants, through their counsel, the following:

1. *Plaintiffs' Initial Disclosures*

The undersigned retains the originals of the above-referenced documents as custodian thereof.

THIS the 26th day of May, 2023.

Respectfully submitted,

/s/ *Joshua Tom*
Joshua Tom, MSB 105392
*jtom@aclu-ms.org*
**ACLU OF MISSISSIPPI**
101 South Congress Street
Jackson, MS 39201
(601) 354-3408

Robert B. McDuff, MSB 2532
*rbm@mcdufflaw.com*
**MISSISSIPPI CENTER FOR JUSTICE**
767 North Congress Street
Jackson, MS 39202
(601) 969-0802

Carroll Rhodes, MSB 5314
**LAW OFFICES OF CARROLL RHODES**
*crhodes6@bellsouth.net*
PO Box 588
Hazlehurst, MS 39083
(601) 894-1464

John P. Lavelle, Jr.*
**MORGAN, LEWIS & BOCKIUS LLP**
1701 Market Street
Philadelphia, PA 19103-2921
Telephone:    +1.202.739.3000
Facsimile:     +1.202.739.3001
*john.lavelle@morganlewis.com*

Drew C. Jordan*
**MORGAN, LEWIS & BOCKIUS LLP**
1111 Pennsylvania Ave. NW
Washington, DC 20004-2541
Telephone:    +1.713.890.5000
Facsimile:     +1.713.890.5001
*drew.jordan@morganlewis.com*

James A. Nortey*
**MORGAN, LEWIS & BOCKIUS LLP**
1000 Louisiana, Suite 4000

Ari J. Savitzky*
*asavitzky@aclu.org*
Kelsey Miller*
*kmiller1@aclu.org*
Ming Cheung*
*mcheung@aclu.org*
Sophia Lin Lakin**
*slakin@aclu.org*
**ACLU FOUNDATION**
125 Broad Street
New York, New York 10004
(212) 549-2500

Patricia Yan*
*pyan@aclu.org*
**ACLU FOUNDATION**
915 15th Street NW
Washington, DC 20005
(202) 457-0800

Ezra D. Rosenberg*
*erosenberg@lawyerscommittee.org*
Jennifer Nwachukwu*
*jnwachukwu@lawyerscommittee.org*
David Rollins-Boyd*
*drollins-boyd@lawyerscommittee.org*
Jon Greenbaum*
*jgreenbaum@lawyerscommittee.org*
**LAWYERS' COMMITTEE FOR CIVIL RIGHTS UNDER LAW**
1500 K Street NW Suite 900
Washington, DC 20005
(202) 662-8600

Houston, Texas 77002
Telephone:        +1.713.890.5000
Facsimile:         +1.713.890.5001
*james.nortey@morganlewis.com*

*\* admitted pro hac vice*
*\*\* application for pro hac vice forthcoming*

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I, Joshua Tom, hereby certify that on May 26, 2023, I filed the forgoing Notice with the Clerk of the Court using the ECF system which sent notification of such filing to all parties on file with the Court.

/s/: Joshua Tom_____
Joshua Tom, MSB # 105392