**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**NORTHERN DIVISION**

MISSISSIPPI STATE CONFERENCE OF THE NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE; DR. ANDREA WESLEY; DR. JOSEPH WESLEY; ROBERT EVANS; GARY FREDERICKS; PAMELA HAMNER; BARBARA FINN; OTHO BARNES; SHIRLINDA ROBERTSON; SANDRA SMITH; DEBORAH HULITT; RODESTA TUMBLIN; DR. KIA JONES; ANGELA GRAYSON; MARCELEAN ARRINGTON; VICTORIA ROBERTSON,

Plaintiffs,

v.

STATE BOARD OF ELECTION COMMISSIONERS; TATE REEVES, *in his official capacity as Governor of Mississippi*; LYNN FITCH, *in her official capacity as Attorney General of Mississippi*; MICHAEL WATSON, *in his official capacity as Secretary of State of Mississippi*,

Defendants.

**CIVIL ACTION NO.**
**3:22-cv-734-DPJ-HSO-LHS**

**MOTION TO WITHDRAW**

Pursuant to L.U.Civ.R. 83.1(b)(3), the undersigned counsel for Plaintiffs Mississippi State Conference of the National Association for the Advancement of Colored People, Dr. Andrea Wesley, Dr. Joseph Wesley, Robert Evans, Gary Fredericks, Pamela Hamner, Barbara Finn, Otho Barnes, Shirlinda Robertson, Sandra Smith, Deborah Hulitt, Rodesta Tumblin, Dr. Kia Jones, Angela Grayson, Marcelean Arrington, Victoria Robertson (collectively "Plaintiffs"), respectfully move this Court for an order allowing the withdrawal of James A. Nortey of Morgan Lewis, LLP as counsel of record for Plaintiffs in the above-styled case. Plaintiffs will continue to be

represented in this litigation by Morgan, Lewis & Bockius, LLP, Mississippi Center for Justice, Law Offices of Carroll Rhodes, the American Civil Liberties of Union of Mississippi, American Civil Liberties Union Foundation, and Lawyers' Committee for Civil Rights Under Law whose names and addresses are listed below. The requested withdrawal will not affect the Plaintiffs or Defendants in this matter. Defendants' counsel have been made aware of the relief requested in this Motion and advised that they have no objection to the same.

DATED: May 26, 2023

Respectfully submitted,

/s/ *James Nortey*
Joshua Tom, MSB 105392
*jtom@aclu-ms.org*
**ACLU OF MISSISSIPPI**
101 South Congress Street
Jackson, MS 39201
(601) 354-3408

Robert B. McDuff, MSB 2532
*rbm@mcdufflaw.com*
**MISSISSIPPI CENTER FOR JUSTICE**
767 North Congress Street
Jackson, MS 39202
(601) 969-0802

Carroll Rhodes, MSB 5314
**LAW OFFICES OF CARROLL RHODES**
*crhodes6@bellsouth.net*
PO Box 588
Hazlehurst, MS 39083
(601) 894-1464

John P. Lavelle, Jr.*
**MORGAN, LEWIS & BOCKIUS LLP**
1701 Market Street
Philadelphia, PA 19103-2921
Telephone: +1.202.739.3000
Facsimile: +1.202.739.3001
*john.lavelle@morganlewis.com*

Drew C. Jordan*

Ari J. Savitzky*
*asavitzky@aclu.org*
Kelsey Miller*
*kmiller1@aclu.org*
Ming Cheung*
mcheung@aclu.org
**ACLU FOUNDATION**
125 Broad Street
New York, New York 10004
(212) 549-2500

Patricia Yan*
*pyan@aclu.org*
**ACLU FOUNDATION**
915 15th Street NW
Washington, DC 20005
(202) 457-0800

Ezra D. Rosenberg*
*erosenberg@lawyerscommittee.org*
Jennifer Nwachukwu*
*jnwachukwu@lawyerscommittee.org*
David Rollins-Boyd*
*drollins-boyd@lawyerscommittee.org*
**LAWYERS' COMMITTEE FOR CIVIL RIGHTS UNDER LAW**
1500 K Street NW Suite 900
Washington, DC 20005
(202) 662-8600

**MORGAN, LEWIS & BOCKIUS LLP**
1111 Pennsylvania Ave. NW
Washington, DC 20004-2541
Telephone: +1.713.890.5000
Facsimile: +1.713.890.5001
*drew.jordan@morganlewis.com*

James A. Nortey*
**MORGAN, LEWIS & BOCKIUS LLP**
1000 Louisiana, Suite 4000
Houston, Texas 77002
Telephone: +1.713.890.5000
Facsimile: +1.713.890.5001
*james.nortey@morganlewis.com*

** admitted pro hac vice*

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I, James A. Nortey, hereby certify that a true and correct copy of the foregoing document has been served on May 26, 2023, via the Court's ECF filing system, which sent notification of such filing to all counsel of record.

/s/James A. Nortey II
JAMES A. NORTEY