**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION**

| | |
|---|---|
| **MISSISSIPPI STATE CONFERENCE OF THE NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE; DR. ANDREA WESLEY; DR. JOSEPH WESLEY; ROBERT EVANS; GARY FREDERICKS; PAMELA HAMMER BARBARA FINN; ORHO BARNES; SHIRLINDA ROBERTSON; SANDRA SMITH; DEBORAH HULITT; RODESTA TUMBLIN; DR. KIA JONES; ANGELA GRAYSON; MARCELEAN ARRINGTON; VICTORIA ROBERTSON** | **PLAINTIFFS** |
| VS. | CIVIL ACTION NO. 3:22-cv-734-DPJ-HSO-LHS |
| **STATE BOARD OF ELECTION COMMISSIONERS; TATE REEVES,** *in his official capacity as Governor of Mississippi*; **LYNN FITCH,** *in her official capacity as Attorney General of Mississippi*; **MICHAEL WATSON,** *in his official capacity as Secretary of State of Mississippi* | **DEFENDANTS** |

<u>**NOTICE OF SERVICE OF DISCOVERY**</u>

NOTICE is hereby given that Defendants State Board of Election Commissioners ("SBEC"), Governor Tate Reeves, Attorney General Lynn Fitch, and Secretary of State Michael Watson (hereinafter collectively "Defendants"), by and through its undersigned counsel of record, has served the following upon all counsel of record in the above-styled action:

1. Defendants' *Amended* First Set of Interrogatories to Plaintiffs; and

2. Defendants' *Amended* First Set of Requests for Production of Documents to Plaintiffs.

The undersigned counsel will retain the originals of said documents.

THIS the 18th day of July, 2023.

        STATE BOARD OF ELECTION COMMISSIONERS; TATE REEVES, IN HIS OFFICIAL CAPACITY AS GOVERNOR OF MISSISSIPPI; LYNN FITCH, IN HER OFFICIAL CAPACITY AS ATTORNEY GENERAL OF MISSISSIPPI; MICHAEL WATSON, IN HIS OFFICIAL CAPACITY AS SECRETARY OF STATE, DEFENDANTS

        */s/ P. Ryan Beckett*
        P. Ryan Beckett (MB #99524)

        *COUNSEL FOR DEFENDANTS*

OF COUNSEL:

Tommie S. Cardin (MB #5863)
P. Ryan Beckett (MB #99524)
B. Parker Berry (MB #104251)
**BUTLER SNOW LLP**
1020 Highland Colony Parkway, Suite 1400
Ridgeland, MS 39157
P.O. Box 6010, Ridgeland, MS 39158-6010
Phone: 601.948.5711
Fax:    601.985.4500
tommie.cardin@butlersnow.com
ryan.beckett@butlersnow.com
parker.berry@butlersnow.com

Rex M. Shannon III (MB #102974)
**STATE OF MISSISSIPPI**
**OFFICE OF THE ATTORNEY GENERAL**
**CIVIL LITIGATION DIVISION**
Post Office Box 220
Jackson, Mississippi 39205-0220
Tel.: (601) 359-4184
Fax: (601) 359-2003
rex.shannon@ago.ms.gov

3

## CERTIFICATE OF SERVICE

I, P. Ryan Beckett, do hereby certify that I have this day electronically filed the foregoing document with the Clerk of the Court using the ECF system, which sent notification of such filing to all counsel of record.

This the 18th day of July, 2023.

/s/ P. Ryan Beckett
P. Ryan Beckett

80915531.v1