**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN  DISTRICT OF MISSISSIPPI**
**NORTHERN DIVISION**

| | |
|---|---|
| MISSISSIPPI STATE CONFERENCE OF THE NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE; DR. ANDREA WESLEY; DR. JOSEPH WESLEY; ROBERT EVANS; GARY FREDERICKS; PAMELA HAMNER; BARBARA FINN; OTHO BARNES; SHIRLINDA ROBERTSON; SANDRA SMITH; DEBORAH HULITT; RODESTA TUMBLIN; DR. KIA JONES; ANGELA GRAYSON; MARCELEAN ARRINGTON; VICTORIA ROBERTSON, | **3:22-CV-734-DPJ-HSO-LHS** |
| PLAINTIFFS, | |
| V. | |
| STATE BOARD OF ELECTION COMMISSIONERS; TATE REEVES, *IN HIS OFFICIAL CAPACITY AS GOVERNOR OF MISSISSIPPI*; LYNN FITCH, *IN HER OFFICIAL CAPACITY AS ATTORNEY GENERAL OF MISSISSIPPI*; MICHAEL WATSON, *IN HIS OFFICIAL CAPACITY AS SECRETARY OF STATE OF MISSISSIPPI*, | **NOTICE OF ENTRY OF APPEARANCE** |
| DEFENDANTS. | |

NOTICE IS HEREBY GIVEN THAT THE UNDERSIGNED COUNSEL, CARROLL RHODES, ESQ., HEREBY ENTERS HIS APPEARANCE AS ONE OF THE COUNSEL FOR THE PLAINTIFF, MISSISSIPPI STATE CONFERENCE OF THE NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE. PLEASE INCLUDE THE UNDERSIGNED COUNSEL, CARROLL RHODES,  ON ALL CORRESPONDENCE, PLEADINGS,

1

AND OTHER MATTERS ADDRESSED TO COUNSEL IN THIS CASE.

THIS THE 18TH DAY OF JULY, 2023.

RESPECTFULLY SUBMITTED,

/S/ CARROLL RHODES
CARROLL RHODES, ESQ.

CARROLL RHODES, ESQ., MSB # 5314
LAW OFFICES OF CARROLL RHODES
POST OFFICE BOX 588
HAZLEHURST, MISSISSIPPI 39083
TELEPHONE: (601) 894-4323
FACSIMILE: (601) 894-1464
E-MAIL: CRHODE@BELLSOUTH.NET

Joshua Tom, Esq., MSB 105392
jtom@aclu-ms.org
ACLU OF MISSISSIPPI
101 South Congress Street
Jackson, MS 39201
(601) 354-3408

Robert B. McDuff, Esq., MSB 2532
rbm@mcdufflaw.com
MISSISSIPPI CENTER FOR JUSTICE
767 North Congress Street
Jackson, MS 39202
(601) 969-0802

John P. Lavelle, Jr., Esq.
**MORGAN, LEWIS & BOCKIUS LLP**
1701 Market Street
Philadelphia, PA 19103-2921

Telephone:       +1.202.739.3000
Facsimile:       +1.202.739.3001
*john.lavelle@morganlewis.com*

Drew C. Jordan, Esq.
**MORGAN, LEWIS & BOCKIUS LLP**
1111 Pennsylvania Ave. NW
Washington, DC 20004-2541
Telephone:       +1.713.890.5000
Facsimile:       +1.713.890.5001
*drew.jordan@morganlewis.com*

James A. Nortey, Esq.
**MORGAN, LEWIS & BOCKIUS LLP**
1000 Louisiana, Suite 4000
Houston, Texas 77002
Telephone:       +1.713.890.5000
Facsimile:       +1.713.890.5001
*james.nortey@morganlewis.com*

Ari J. Savitzky, Esq.
*asavitzky@aclu.org*
Kelsey Miller
*kmiller1@aclu.org*
Ming Cheung
mcheung@aclu.org
ACLU FOUNDATION
125 Broad Street, 18th Floor
New York, New York 10004
(212) 549-2500

Patricia Yan, Esq.
*pyan@aclu.org*
ACLU FOUNDATION
915 15th Street NW
Washington, DC 20005

(202) 457-0800

Ezra D. Rosenberg, Esq.
*erosenberg@lawyerscommittee.org*
Jennifer Nwachukwu
*jnwachukwu@lawyerscommittee.org*
David Rollins-Boyd
*drollins-boyd@lawyerscommittee.org*
LAWYERS' COMMITTEE FOR CIVIL RIGHTS UNDER LAW
1500 K Street NW Suite 900
Washington, DC 20005
(202) 662-8600

\\*Attorneys for Plaintiffs*

### CERTIFICATE OF SERVICE

I, CARROLL RHODES, ONE OF THE ATTORNEYS FOR THE PLAINTIFF, MISSISSIPPI STATE CONFERENCE OF THE NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, DO HEREBY CERTIFY THAT I HAVE THIS DAY FILED THE FOREGOING PLEADING WITH THE CLERK OF COURT USING THE CM/ECF SYSTEM WHICH SENT NOTIFICATION OF SUCH FILING TO ALL COUNSEL OF RECORD.

THIS, THE 18TH DAY OF JULY, 2023.020.

/S/ CARROLL RHODES
CARROLL RHODES