# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

| | |
|---|---|
| MISSISSIPPI STATE CONFERENCE OF THE NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE; DR. ANDREA WESLEY; DR. JOSEPH WESLEY; ROBERT EVANS; GARY FREDERICKS; PAMELA HAMNER; BARBARA FINN; OTHO BARNES; SHIRLINDA ROBERTSON; SANDRA SMITH; DEBORAH HULITT; RODESTA TUMBLIN; DR. KIA JONES; ANGELA GRAYSON; MARCELEAN ARRINGTON; VICTORIA ROBERTSON, <br><br> *Plaintiffs*, <br><br> vs. <br><br> STATE BOARD OF ELECTION COMMISSIONERS; TATE REEVES, *in his official capacity as Governor of Mississippi*; LYNN FITCH, *in her official capacity as Attorney General of Mississippi*; MICHAEL WATSON, *in his official capacity as Secretary of State of Mississippi*. <br><br> *Defendants*. | **CIVIL ACTION NO. 3:22-cv-734-DPJ-HSO-LHS** <br><br> **NOTICE OF SERVICE** |

**TO:** All Counsel of Record

Pursuant to L.U.CIV.R. 5(d)(3), notice is hereby given that on the date entered below I served the following discovery device(s):

(✔) Check as appropriate:

| | | |
|---|---|---|
| ____ | Interrogatories to: | _____ |
| ____ | Requests for Production of Documents to: | _____ |
| ____ | Requests for Admissions to: | _____ |
| ____ | Responses to Interrogatories of: | _____ |
| ✔ | Responses to Requests for Production of Documents of: | All Defendants |
| ____ | Responses to Requests for Admissions of: | _____ |

Pursuant to L.U.Civ.R. 5(d)(3), I acknowledge my responsibilities as the custodian of the original(s) of the documents(s) identified above.

Dated: August 24, 2023

/s/Joshua Tom
Joshua Tom, MSB 105392
*jtom@aclu-ms.org*
ACLU OF MISSISSIPPI
101 South Congress Street
Jackson, MS 39201
(601) 354-3408

Robert B. McDuff, MSB 2532
*rbm@mcdufflaw.com*
MISSISSIPPI CENTER FOR JUSTICE
767 North Congress Street
Jackson, MS 39202
(601) 969-0802

Carroll Rhodes, MSB 5314 Law Offices of Carroll Rhodes
*crhodes6@bellsouth.net*
PO Box 588
Hazlehurst, MS 39083
(601) 894-1464

Ari J. Savitzky*
*asavitzky@aclu.org*
Kelsey Miller*
*kmiller1@aclu.org*
Ming Cheung*
*mcheung*@aclu.org
ACLU FOUNDATION
125 Broad Street, 18th Floor
New York, New York 10004
(212) 549-2500

Patricia Yan*
*pyan@aclu.org*
ACLU FOUNDATION
915 15th Street NW
Washington, DC 20005
(202) 457-0800

Ezra D. Rosenberg*
*erosenberg@lawyerscommittee.org*
Jennifer Nwachukwu*

John P. Lavelle, Jr.
*john.lavelle@morganlewis.com*
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103-2921
Telephone: (202) 739-3000
Facsimile:  (202) 739-3001
Drew C. Jordan
*drew.jordan@morganlewis.com*
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Ave. NW
Washington, DC 20004-2541
Telephone: (713) 890-5000
Facsimile:  (713) 890-5001

*jnwachukwu@lawyerscommittee.org*
David Rollins-Boyd\*
*drollins-boyd@lawyerscommittee.org*
LAWYERS' COMMITTEE FOR
CIVIL RIGHTS UNDER LAW
1500 K Street NW Suite 900
Washington, DC 20005
(202) 662-8600

 \* Admitted *pro hac vice*
Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

I, Joshua Tom, hereby certify that on August 24, 2023, I filed the forgoing Notice with the Clerk of the Court using the ECF system which sent notification of such filing to all parties on file with the Court.

/s/: Joshua Tom_____
Joshua Tom, MSB # 105392