**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION**

| | |
|---|---|
| MISSISSIPPI STATE CONFERENCE OF THE NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE; DR. ANDREA WESLEY; DR. JOSEPH WESLEY; ROBERT EVANS; GARY FREDERICKS; PAMELA HAMNER; BARBARA FINN; OTHO BARNES; SHIRLINDA ROBERTSON; SANDRA SMITH; DEBORAH HULITT; RODESTA TUMBLIN; DR. KIA JONES; ANGELA GRAYSON; MARCELEAN ARRINGTON; VICTORIA ROBERTSON, <br><br>*Plaintiffs*, <br><br>vs. <br><br>STATE BOARD OF ELECTION COMMISSIONERS; TATE REEVES, *in his official capacity as Governor of Mississippi*; LYNN FITCH, *in her official capacity as Attorney General of Mississippi*; MICHAEL WATSON, *in his official capacity as Secretary of State of Mississippi*, <br><br>*Defendants*, <br><br>AND <br><br>MISSISSIPPI REPUBLICAN EXECUTIVE COMMITTEE, <br><br>*Intervenor-Defendant.* | No. 3:22-CV-734-DPJ-HSO-LHS <br><br>**NOTICE OF SERVICE OF PLAINTIFFS' EXPERT REPORTS** |

**TO:    All Counsel of Record**

NOTICE IS HEREBY GIVEN that the Plaintiffs, Mississippi State Conference of the

National Association for the Advancement of Colored People, Dr. Andrea Wesley, Dr. Joseph

Wesley, Robert Evans, Gary Fredericks, Pamela Hamner, Barbara Finn, Otho Barnes, Shirlinda

Robertson, Sandra Smith, Deborah Hulitt, Rodesta Tumblin, Dr. Kia Jones, Angela Grayson, Marcelean Arington and Victoria Robertson (hereinafter collectively "Plaintiffs") by and through counsel, have this date served the following on all Defendants through their Counsel:

1.  *Plaintiffs' Expert Reports.*

The undersigned retains the originals of the above-referenced papers as custodian thereof.

This the 28th day of August, 2023

/s/Joshua Tom
Joshua Tom, MSB 105392
*jtom@aclu-ms.org*
ACLU OF MISSISSIPPI
101 South Congress Street
Jackson, MS 39201
(601) 354-3408

Robert B. McDuff, MSB 2532
*rbm@mcdufflaw.com*
MISSISSIPPI CENTER FOR JUSTICE
767 North Congress Street
Jackson, MS 39202
(601) 969-0802

Carroll Rhodes, MSB 5314 Law Offices of Carroll Rhodes
*crhodes6@bellsouth.net*
PO Box 588
Hazlehurst, MS 39083
(601) 894-1464

John P. Lavelle, Jr.
*john.lavelle@morganlewis.com*
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103-2921
Telephone: (202) 739-3000
Facsimile:  (202) 739-3001
Drew C. Jordan
*drew.jordan@morganlewis.com*

Ari J. Savitzky*
*asavitzky@aclu.org*
Kelsey Miller*
*kmiller1@aclu.org*
Ming Cheung*
*mcheung@*aclu.org
ACLU FOUNDATION
125 Broad Street, 18th Floor
New York, New York 10004
(212) 549-2500

Patricia Yan*
*pyan@aclu.org*
ACLU FOUNDATION
915 15th Street NW
Washington, DC 20005
(202) 457-0800

Ezra D. Rosenberg*
*erosenberg@lawyerscommittee.org*
Jennifer Nwachukwu*
*jnwachukwu@lawyerscommittee.org*
David Rollins-Boyd*
*drollins-boyd@lawyerscommittee.org*
LAWYERS' COMMITTEE FOR CIVIL RIGHTS UNDER LAW
1500 K Street NW Suite 900
Washington, DC 20005
(202) 662-8600

MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Ave. NW
Washington, DC 20004-2541
Telephone: (713) 890-5000
Facsimile:  (713) 890-5001

\* Admitted *pro hac vice*
*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

     I, Joshua Tom, hereby certify that on August 28, 2023, I filed the forgoing Notice with the Clerk of the Court using the ECF system which sent notification of such filing to all parties on file with the Court.

/s/: Joshua Tom_____  
Joshua Tom, MSB # 105392
