# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

| | |
|---|---|
| MISSISSIPPI STATE CONFERENCE OF THE NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE; DR. ANDREA WESLEY; DR. JOSEPH WESLEY; ROBERT EVANS; GARY FREDERICKS; PAMELA HAMNER; BARBARA FINN; OTHO BARNES; SHIRLINDA ROBERTSON; SANDRA SMITH; DEBORAH HULITT; RODESTA TUMBLIN; DR. KIA JONES; ANGELA GRAYSON; MARCELEAN ARRINGTON; VICTORIA ROBERTSON, <br><br> *Plaintiffs*, <br><br> vs. <br><br> STATE BOARD OF ELECTION COMMISSIONERS; TATE REEVES, in his official capacity as Governor of Mississippi; LYNN FITCH, in her official capacity as Attorney General of Mississippi; MICHAEL WATSON, in his official capacity as Secretary of State of Mississippi. <br><br> *Defendants*. | **CIVIL ACTION NO.** <br> **3:22-cv-734-DPJ-HSO-LHS** |

APPLICATION FOR ADMISSION PRO HAC VICE

(A) Name: Jeremy B. Esterkin, CA Bar # 268530

Firm Name: Morgan, Lewis & Bockius LLP

Office Address: 300 South Grand Avenue Twenty-Second

City: Los Angeles     State: CA     Zip: 90071

Telephone: (213) 612-2500     Fax: (213) 612-2501

E-Mail: jeremy.esterkin@morganlewis.com

(B) Client(s): MISSISSIPPI STATE CONFERENCE NAACP

Address: 1072 J.R. LYNCH STREET - SUITE 10

City: JACKSON     State: MS     Zip: 39203

Telephone: (801) 353-8452     Fax:

The following information is optional:

1

Have you had a prior or continuing representation in other matters of one or more of the clients you propose to represent, and is there a relationship between those other matter(s) and the proceeding for which you seek admission?

Do you have any special experience, expertise, or other factor that you believe makes it particularly desirable that you be permitted to represent the client(s) you propose to represent in this case?

(C)   I am admitted to practice in the:



☑   State of California     Bar #268530 Admitted: 12/28/2009

☐   District of Columbia

and I am currently in good standing with that Court.  A certificate to that effect, issued by the appropriate licensing authority within ninety days of the date of this Application, is enclosed; the physical address, telephone number and website/email address for that admitting Court are:

The State Bar of California, 180 Howard St., San Francisco, CA 94105 (415) 538-2000
https://www.calbar.ca.gov/

California Supreme Court, 350 McAllister Street, Room 1295, San Francisco, CA 94102
(415) 865-7000
https://supreme.courts.ca.gov/

All other courts before which I have been admitted to practice:

FORM 6 (ND/SD MISS. DEC. 2016)

| Jurisdiction | Period of Admission |
|---|---|
| State of California, Bar #268530 | 12/28/2009 - Present |
| U.S. Court of Appeals, Ninth Circuit | 02/14/2023 - Present |
| California Central District Court | 05/21/2010 - Present |
| California Eastern District Court | 04/01/2022 - Present |
| California Northern District Court | 10/27/2020 - Present |

(D) Have you been denied admission pro hac vice in this state? **No**

Have you had admission pro hac vice revoked in this state? **No**

Has Applicant been formally disciplined or sanctioned by any court in this state in the last five years? **No**

If the answer was "yes," describe, as to each such proceeding, the nature of the allegations, the name of the person or authority bringing such proceedings; the dates the proceedings were initiated and finally concluded; the style of the proceedings; and the findings made and actions taken in connection with those proceedings:

(E) Has any formal, written disciplinary proceeding ever been brought against you by a disciplinary authority in any other jurisdiction within the last five years? **No**

3

FORM 6 (ND/SD MISS. DEC. 2016)

If the answer was "yes," describe, as to each such proceeding, the nature of the allegations; the name of the person or authority bringing such proceedings; the date the proceedings were initiated and finally concluded; the style of the proceedings; and the findings made and actions taken in connection with those proceedings.

                                                                                                    Yes    No

(F) Have you been formally held in contempt or otherwise sanctioned by any court in a written order in the last five years for disobeying its rules or orders?   ◯  ⬤

If the answer was "yes," describe, as to each such order, the nature of the allegations, the name of the court before which such proceedings were conducted; the date of the contempt order or sanction, the caption of the proceedings, and the substances of the court's rulings (a copy of the written order or transcript of the oral rulings must be attached to the application).

(G) Please identify each proceeding in which you have filed an application to proceed pro hac vice in this state within the preceding two years, as follows:

| Name and Address of Court | Date of Application | Outcome of Application |
|---|---|---|

4

FORM 6 (ND/SD MISS. DEC. 2016)

(H)  Please identify each case in which you have appeared as counsel pro hac vice in this state within the immediately preceding twelve months, are presently appearing as counsel pro hac vice, or have pending applications for admission to appear pro hac vice, as follows:

Name and Address of Court        Style of Case

|  |  |
|---|---|
|  |  |

                                                                                   Yes    No

(I)  Have you read and become familiar with all the LOCAL UNIFORM CIVIL RULES OF THE UNITED STATES DISTRICT COURTS FOR THE NORTHERN AND SOUTHERN DISTRICTS OF MISSISSIPPI?  ● ○

Have you read and become familiar with the MISSISSIPPI RULES OF PROFESSIONAL CONDUCT?  ● ○

(J)  Please provide the following information about the resident attorney who has been associated for this case:

Name and Bar Number    Joshua F. Tom - MS Bar #105392

Firm Name:   ACLU of Mississippi

Office Address:   P.O. Box 2242

City: Jackson          State: MS    Zip: 39225

Telephone: (601) 354-3408    Fax: (601) 355-6465

Email address:  jtom@aclu-ms.org

5

(K)   The undersigned resident attorney certifies that he/she agrees to the association with Applicant in this matter and to the appearance as attorney of record with Applicant.

_____
Resident Attorney

I certify that the information provided in this Application is true and correct.

9/12/2023
Date

_____
Applicant's Handwritten Signature

Unless exempted by Local Rule 83.1(d)(5), the application fee established by this Court must be enclosed with this Application.

## CERTIFICATE OF SERVICE

The undersigned Resident Attorney certifies that a copy of this Application for Admission Pro Hac Vice has been mailed or otherwise served on this date on all parties who have appeared in this case.

This the ___13th___ day of ___September___, 20_23_.

_____
Resident Attorney

# THE STATE BAR OF CALIFORNIA
# CERTIFICATE OF STANDING

September 12, 2023

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, JEREMY BLAKE ESTERKIN, #268530 was admitted to the practice of law in this state by the Supreme Court of California on December 28, 2009 and has been since that date, and is at date hereof, an ACTIVE licensee of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Alex Calderon
Custodian of Records