# UNITED STATES DISTRICT COURT
## District of Massachusetts

**CERTIFICATE OF GOOD STANDING**

I, Robert M. Farrell, Clerk of this Court, certify that **Celina Antonellis**, Bar **708904**, was duly admitted to practice in this Court on **March 15, 2022**, and is in good standing as a member of the Bar of this Court.

Dated at Boston, Massachusetts on **September 11, 2023**



_____          _____
Robert M. Farrell
**CLERK**