# EXHIBIT D

FORM 4 (ND/SD MISS. DEC. 2011)

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF MISSISSIPPI

Mississippi State Conference of
the NAACP, et al.

                      Plaintiff

v.                                  CIVIL ACTION
                                  NO. 3:22-cv-734-DPJ-HSO-LHS

State Board of Election
Commissioners, et al.

                      Defendant

## GOOD FAITH CERTIFICATE

All counsel certify that they have conferred in good faith to resolve the issues in question and that it is necessary to file the following motion:

Counsel further certify that:

✔ as appropriate:

☐ 1. The motion is unopposed by all parties.

☐ 2. The motion is unopposed by:

✔ 3. The motion is opposed by: All Third-Party Legislators / Subpoena Recipients

✔ 4. The parties agree that replies and rebuttals to the motion will be submitted to the magistrate judge in accordance with the time limitations stated in L.U.Civ.P. 7(b)(4).

FORM 4 (ND/SD MISS. DEC. 2011)

This the  19  day of  September  2023

_____
Signature of Plaintiff's Attorney

Joshua Tom, MS Bar No 105392
Typed Name and Bar Number

_____
Signature of Defendant's Attorney

P. Ryan Beckett, MS Bar No. 99524
Typed Name and Bar Number