IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | |
|---|---|
| MISSISSIPPI STATE CONFERENCE OF THE NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE; DR. ANDREA WESLEY; DR. JOSEPH WESLEY; ROBERT EVANS; GARY FREDERICKS; PAMELA HAMNER; BARBARA FINN; OTHO BARNES; SHIRLINDA ROBERTSON; SANDRA SMITH; DEBORAH HULITT; RODESTA TUMBLIN; DR. KIA JONES; ANGELA GRAYSON; MARCELEAN ARRINGTON; VICTORIA ROBERTSON, <br><br>      *Plaintiffs*, <br><br>      vs. <br><br>STATE BOARD OF ELECTION COMMISSIONERS; TATE REEVES, *in his official capacity as Governor of Mississippi*; LYNN FITCH, *in her official capacity as Attorney General of Mississippi*; MICHAEL WATSON, *in his official capacity as Secretary of State of Mississippi*, <br><br>      *Defendants,* <br> AND <br><br>MISSISSIPPI REPUBLICAN EXECUTIVE COMMITTEE, <br><br>      *Intervenor-Defendant.* | **CIVIL ACTION NO.** <br> **3:22-cv-734-DPJ-HSO-LHS** |

**JOINT MOTION TO MODIFY BRIEFING SCHEDULE RE:
PLAINTIFFS' MOTION TO COMPEL LEGISLATIVE SUBPOENA
RECIPIENTS' PRODUCTION OF A PRIVILEGE LOG**

Plaintiffs the Mississippi State Conference of the National Association for the

Advancement of Colored People, Dr. Andrea Wesley, Dr. Joseph Wesley, Robert Evans, Gary

Fredericks, Pamela Hamner, Barbara Finn, Otho Barnes, Shirlinda Robertson, Sandra Smith,

1

Deborah Hulitt, Rodesta Tumblin, Dr. Kia Jones, Angela Grayson, Marcelean Arrington, and Victoria Robertson (collectively, "Plaintiffs"); and the Mississippi Standing Joint Legislative Committee on Reapportionment and Redistricting, Ben Collins, Representative Dan Eubanks, Senator Dean Kirby, Representative Charles "Jim" Beckett (fmr.), James F. Booth, Representative Philip Gunn, Neal Smith, Nathan Upchurch, and Lieutenant Governor Delbert Hosemann (collectively, "Legislative Subpoena Recipients"), respectfully move this Court for an order modifying the briefing schedule for Plaintiffs' Motion to Compel Legislative Subpoena Recipients' Production of a Privilege Log ("Motion to Compel") as follows:

| **ITEM** | **DUE DATE** |
| --- | --- |
| Plaintiffs' Motion to Compel | September 22, 2023 |
| Legislative Subpoena Recipients' Opposition to Plaintiffs' Motion to Compel | September 29, 2023 |
| Plaintiffs' Reply to Legislative Subpoena Recipients' Opposition to Plaintiffs' Motion to Compel | October 4, 2023 |

In support of this motion, Plaintiffs and the Legislative Subpoena Recipients state as follows:

1. On September 15, 2023, Plaintiffs and the Legislative Subpoena Recipients attended a telephonic conference with the Court regarding Plaintiffs' request to file the Motion to Compel. *See* ECF No. 35. The Court granted Plaintiffs permission to file both the Motion to Compel and a separate motion to expedite the briefing schedule of the Motion to Compel.

2. Following the telephonic conference, counsel for Plaintiffs and the Legislative Subpoena Recipients met and conferred regarding the briefing schedule for Plaintiffs' Motion to Compel, and agree to the schedule set forth above.

2

WHEREFORE, Plaintiffs and the Legislative Subpoena Recipients respectfully request that the Court grant this motion and order a modified briefing schedule for Plaintiffs' Motion to Compel, as indicated above.

Respectfully submitted,

**FOR PLAINTIFFS**

Dated:  September 22, 2023

/s/ *Joshua Tom*
Joshua Tom, MSB 105392
*jtom@aclu-ms.org*
ACLU OF MISSISSIPPI
101 South Congress Street
Jackson, MS 39201
(601) 354-3408

Robert B. McDuff, MSB 2532
*rbm@mcdufflaw.com*
MISSISSIPPI CENTER FOR JUSTICE
767 North Congress Street
Jackson, MS 39202
(601) 969-0802

Carroll Rhodes, MSB 5314
Law Offices of Carroll Rhodes
*crhodes6@bellsouth.net*
PO Box 588
Hazlehurst, MS 39083
(601) 894-1464

John P. Lavelle, Jr.
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103-2921
Telephone: +1.202.739.3000
Facsimile: +1.202.739.3001
*john.lavelle@morganlewis.com*

Drew C. Jordan
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Ave. NW
Washington, DC 20004-2541
Telephone: +1.713.890.5000
Facsimile: +1.713.890.5001
*drew.jordan@morganlewis.com*

Ari J. Savitzky
*asavitzky@aclu.org*
Ming Cheung
mcheung@aclu.org
Casey Smith
csmith@aclu.org
ACLU FOUNDATION
125 Broad Street, 18th Floor
New York, New York 10004
(212) 549-2500

Patricia Yan
*pyan@aclu.org*
ACLU FOUNDATION
915 15th Street NW
Washington, DC 20005
(202) 457-0800

Ezra D. Rosenberg
*erosenberg@lawyerscommittee.org*
Jennifer Nwachukwu
*jnwachukwu@lawyerscommittee.org*
David Rollins-Boyd
*drollins-boyd@lawyerscommittee.org*
LAWYERS' COMMITTEE FOR CIVIL RIGHTS UNDER LAW
1500 K Street NW Suite 900
Washington, DC 20005
(202) 662-8600

*Attorneys for Plaintiffs*

**FOR LEGISLATIVE SUBPOENA RECIPIENTS**

Dated:  September 22, 2023

*/s/ P. Ryan Beckett*
P. Ryan Beckett, MSB 99524
Tommie S. Cardin, MSB 5863
B. Parker Berry, MSB 104251
BUTLER SNOW LLP
1020 Highland Colony Parkway, Suite 1400
Ridgeland, MS 39157
P.O. Box 6010, Ridgeland, MS 39158-6010
Phone: 601.948.5711
Fax: 601.985.4500
tommie.cardin@butlersnow.com
ryan.beckett@butlersnow.com
parker.berry@butlersnow.com

*Attorneys for Legislative Subpoena Recipients*

## **CERTIFICATE OF SERVICE**

      I, Joshua Tom, do certify that on this day I caused to be served a true and correct copy of the foregoing by electronic mail to all counsel of record.

      This the 22nd day of September, 2023.

                                                     /s/ *Joshua Tom*
                                                     Joshua Tom