IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

MISSISSIPPI STATE CONFERENCE OF THE
NAACP, *et al.*,

    *Plaintiffs*,

vs.

STATE BOARD OF ELECTION COMMISSIONERS,
*et al.*,

    *Defendants,*
AND

MISSISSIPPI REPUBLICAN EXECUTIVE
COMMITTEE,

*Intervenor-Defendant.*

CIVIL ACTION NO.:
3:22-cv-734-DPJ-HSO-LHS

**ORDER**

This matter is before the Court on the motion [83] to dismiss party Angela Grayson, filed by Plaintiffs. The Court having considered the motion and noting agreement of counsel, finds that the motion [83] is well taken and should be granted.

IT IS, THEREFORE, ORDERED that Angela Grayson is hereby removed as a Plaintiff in this action, without prejudice.

The District Court Clerk is directed to remove Angela Grayson from the docket in this matter.

SO ORDERED on the 28th day of September, 2023.

                /s/ F. Keith Ball
                UNITED STATES MAGISTRATE JUDGE