IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

MISSISSIPPI STATE CONFERENCE OF THE
NATIONAL ASSOCIATION FOR THE
ADVANCEMENT OF COLORED PEOPLE;
DR. ANDREA WESLEY; DR. JOSEPH
WESLEY; ROBERT EVANS; GARY
FREDERICKS; PAMELA HAMNER;
BARBARA FINN; OTHO BARNES;
SHIRLINDA ROBERTSON; SANDRA
SMITH; DEBORAH HULITT; RODESTA
TUMBLIN; DR. KIA JONES; ANGELA
GRAYSON; MARCELEAN ARRINGTON;
VICTORIA ROBERTSON                                                                              PLAINTIFFS

VS.                                                       CIVIL ACTION NO. 3:22-cv-734-DPJ-HSO-LHS

STATE BOARD OF ELECTION
COMMISSIONERS; TATE REEVES, *in his
official capacity as Governor of Mississippi*;
LYNN FITCH, *in her official capacity as
Attorney General of Mississippi*; MICHAEL
WATSON, *in his official capacity as Secretary
of State of Mississippi*                                                                         DEFENDANTS

## NOTICE OF SERVICE

NOTICE IS HEREBY GIVEN that Defendants State Board of Election Commissioners, Lynn Fitch, in her official capacity as Attorney General of Mississippi, and Michael Watson, in his official capacity as Secretary of State of Mississippi, by and through counsel, have this date served the following:

1. *Responses of Defendant State Board of Election Commissioners to Plaintiffs' First Set of Interrogatories*;

2. *Responses of Defendant State Board of Election Commissioners to Plaintiffs' First Set of Requests for Production of Documents*;

1

3. *Responses of Defendant Lynn Fitch, in Her Official Capacity as Attorney General of Mississippi, to Plaintiffs' First Set of Interrogatories*;

4. *Responses of Defendant Lynn Fitch, in Her Official Capacity as Attorney General of Mississippi, to Plaintiffs' First Set of Requests for Production of Documents*;

5. *Responses of Defendant Michael Watson, in His Official Capacity as Secretary of State of Mississippi, to Plaintiffs' First Set of Interrogatories*; and

6. *Responses of Defendant Michael Watson, in His Official Capacity as Secretary of State of Mississippi, to Plaintiffs' First Set of Requests for Production of Documents.*

The undersigned retains the originals of the above-referenced papers as custodian thereof.

THIS the 2nd day of October, 2023.

Respectfully submitted,

STATE BOARD OF ELECTION COMMISSIONERS, LYNN FITCH, IN HER OFFICIAL CAPACITY AS ATTORNEY GENERAL OF MISSISSIPPI, AND MICHAEL WATSON, IN HIS OFFICIAL CAPACITY AS SECRETARY OF STATE OF MISSISSIPPI, DEFENDANTS

By:  LYNN FITCH, ATTORNEY GENERAL
     STATE OF MISSISSIPPI

By:  s/Rex M. Shannon III
     REX M. SHANNON III (MB #102974)
     Special Assistant Attorney General

REX M. SHANNON III (MB #102974)
STATE OF MISSISSIPPI
OFFICE OF THE ATTORNEY GENERAL
CIVIL LITIGATION DIVISION
Post Office Box 220
Jackson, Mississippi  39205-0220
Tel.:  (601) 359-4184
Fax:  (601) 359-2003
rex.shannon@ago.ms.gov

TOMMIE S. CARDIN (MB #5863)
P. RYAN BECKETT (MB #99524)

        B. PARKER BERRY (MB #104251)
        BUTLER SNOW LLP
        Post Office Box 6010
        Ridgeland, Mississippi  39158-6010
        Tel.:  (601) 985-4570
        Fax:  (601) 985-4500
        tommie.cardin@butlersnow.com
        ryan.beckett@butlersnow.com
        parker.berry@butlersnow.com

        ATTORNEYS FOR DEFENDANTS STATE BOARD OF ELECTION COMMISSIONERS, TATE REEVES, IN HIS OFFICIAL CAPACITY AS GOVERNOR OF MISSISSIPPI, LYNN FITCH, IN HER OFFICIAL CAPACITY AS ATTORNEY GENERAL OF MISSISSIPPI, AND MICHAEL WATSON, IN HIS OFFICIAL CAPACITY AS SECRETARY OF STATE OF MISSISSIPPI

## CERTIFICATE OF SERVICE

I, Rex M. Shannon III, Special Assistant Attorney General and one of the attorneys for the above-named defendants, do hereby certify that I have this date caused to be filed with the Clerk of the Court a true and correct copy of the above and foregoing via the Court's ECF filing system, which sent notification of such filing to all counsel of record.

THIS the 2nd day of October, 2023.

        s/Rex M. Shannon III
        REX M. SHANNON III