IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

MISSISSIPPI STATE CONFERENCE OF THE
NATIONAL ASSOCIATION FOR THE
ADVANCEMENT OF COLORED PEOPLE;
DR. ANDREA WESLEY; DR. JOSEPH
WESLEY; ROBERT EVANS; GARY
FREDERICKS; PAMELA HAMNER;
BARBARA FINN; OTHO BARNES;
SHIRLINDA ROBERTSON; SANDRA
SMITH; DEBORAH HULITT; RODESTA
TUMBLIN; DR. KIA JONES; ANGELA
GRAYSON; MARCELEAN ARRINGTON;
VICTORIA ROBERTSON                                              PLAINTIFFS

VS.                                       CIVIL ACTION NO. 3:22-cv-734-DPJ-HSO-LHS

STATE BOARD OF ELECTION
COMMISSIONERS; TATE REEVES, *in his
official capacity as Governor of Mississippi*;
LYNN FITCH, *in her official capacity as
Attorney General of Mississippi*; MICHAEL
WATSON, *in his official capacity as Secretary
of State of Mississippi*                                         DEFENDANTS

## NOTICE OF SERVICE

NOTICE IS HEREBY GIVEN that Defendants State Board of Election Commissioners, Lynn Fitch, in her official capacity as Attorney General of Mississippi, and Michael Watson, in his official capacity as Secretary of State of Mississippi, by and through counsel, have this date served the following:

1. *Responses of Defendant State Board of Election Commissioners to Plaintiffs' First Set of Interrogatories*;

2. *Responses of Defendant State Board of Election Commissioners to Plaintiffs' First Set of Requests for Production of Documents*;

1

3.  *Responses of Defendant Lynn Fitch, in Her Official Capacity as Attorney General of Mississippi, to Plaintiffs' First Set of Interrogatories*;

4.  *Responses of Defendant Lynn Fitch, in Her Official Capacity as Attorney General of Mississippi, to Plaintiffs' First Set of Requests for Production of Documents*;

5.  *Responses of Defendant Michael Watson, in His Official Capacity as Secretary of State of Mississippi, to Plaintiffs' First Set of Interrogatories*; and

6.  *Responses of Defendant Michael Watson, in His Official Capacity as Secretary of State of Mississippi, to Plaintiffs' First Set of Requests for Production of Documents.*

The undersigned retains the originals of the above-referenced papers as custodian thereof.

THIS the 2nd day of October, 2023.

        Respectfully submitted,

        STATE BOARD OF ELECTION COMMISSIONERS, LYNN FITCH, IN HER OFFICIAL CAPACITY AS ATTORNEY GENERAL OF MISSISSIPPI, AND MICHAEL WATSON, IN HIS OFFICIAL CAPACITY AS SECRETARY OF STATE OF MISSISSIPPI, DEFENDANTS

        By:    LYNN FITCH, ATTORNEY GENERAL
                  STATE OF MISSISSIPPI

        By:    <u>s/Rex M. Shannon III</u>
                  REX M. SHANNON III (MB #102974)
                  Special Assistant Attorney General

        REX M. SHANNON III (MB #102974)
        STATE OF MISSISSIPPI
        OFFICE OF THE ATTORNEY GENERAL
        CIVIL LITIGATION DIVISION
        Post Office Box 220
        Jackson, Mississippi  39205-0220
        Tel.:  (601) 359-4184
        Fax:  (601) 359-2003
        rex.shannon@ago.ms.gov

        TOMMIE S. CARDIN (MB #5863)
        P. RYAN BECKETT (MB #99524)

        B. PARKER BERRY (MB #104251)
BUTLER SNOW LLP
Post Office Box 6010
Ridgeland, Mississippi  39158-6010
Tel.:  (601) 985-4570
Fax:  (601) 985-4500
tommie.cardin@butlersnow.com
ryan.beckett@butlersnow.com
parker.berry@butlersnow.com

ATTORNEYS FOR DEFENDANTS STATE BOARD OF ELECTION COMMISSIONERS, TATE REEVES, IN HIS OFFICIAL CAPACITY AS GOVERNOR OF MISSISSIPPI, LYNN FITCH, IN HER OFFICIAL CAPACITY AS ATTORNEY GENERAL OF MISSISSIPPI, AND MICHAEL WATSON, IN HIS OFFICIAL CAPACITY AS SECRETARY OF STATE OF MISSISSIPPI

## CERTIFICATE OF SERVICE

I, Rex M. Shannon III, Special Assistant Attorney General and one of the attorneys for the above-named defendants, do hereby certify that I have this date caused to be filed with the Clerk of the Court a true and correct copy of the above and foregoing via the Court's ECF filing system, which sent notification of such filing to all counsel of record.

THIS the 2nd day of October, 2023.

        s/Rex M. Shannon III
REX M. SHANNON III