IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

MISSISSIPPI STATE CONFERENCE OF THE
NATIONAL ASSOCIATION FOR THE
ADVANCEMENT OF COLORED PEOPLE;
DR. ANDREA WESLEY; DR. JOSEPH
WESLEY; ROBERT EVANS; GARY FREDRICKS;
PAMELA HAMNER; BARBARA FINN; OTHO BARNES;
SHIRLINDA ROBERTSON; SANDRA SMITH;
DEBORAH HJULITT; RODESTA TUMBLIN;
DR. KIA JONES; ANGELA GRAYSON;
MARCHELEAN ARRINGTON; AND
VICTORIA ROBERTSON                                                                PLAINTIFFS

 VS.                                     CIVIL ACTION NO.  3:22-CV-734-DPJ-HSO-LHS

STATE BOARD OF ELECTION
COMMISSIONERS; TATE REEVES, *in his
official capacity as Governor of Mississippi*;
LYNN FITCH, *in her official capacity as
Attorney General of Mississippi*; MICHAEL
WATSON, *in his official capacity as Secretary of
State of Mississippi*                                                              DEFENDANTS

and

MISSISSIPPI STATE REPUBLICAN
EXECUTIVE COMMITTEE                                           INTERVENOR-DEFENDANT

NOTICE OF SERVICE

NOTICE IS HEREBY GIVEN that Intervenor-Defendant Mississippi State Republican Executive Committee has this day served the following upon the parties in this case:

1. *Responses to Plaintiffs' First Set of Requests for Production*; and

2. *Responses to Plaintiffs' First Set of Interrogatories*.

1

This the 2nd day of October, 2023.

                **MISSISSIPPI STATE REPUBLICAN EXECUTIVE COMMITTEE**

            By:    */s/ Charles E. Cowan*
                      CHARLES E. COWAN

**OF COUNSEL:**

Michael B. Wallace (MSB #6904)
Charles E. Cowan (MSB #104478)
WISE CARTER CHILD & CARAWAY, P.A.
Post Office Box 651
Jackson, Mississippi 39205-0651
Ph: (601) 968-5500
Fax: (601) 968-5519
mbw@wisecarter.com
cec@wisecarter.com

### CERTIFICATE OF SERVICE

I, Charles E. Cowan, one of the attorneys for the Mississippi State Republican Party Executive Committee, do hereby certify that I have this date filed the foregoing with the ECF system, which sent notification of such filing to all counsel of record with the ECF.

**SO CERTIFIED**, this the 2nd day of October, 2023.

                */s/ Charles E. Cowan*
                CHARLES E. COWAN