# EXHIBIT A

**032922 Senate**
**April 20, 2022**

All depositions & exhibits are available for downloading at
<www.brookscourtreporting.com>
Please call or e-mail depo@brookscourtreporting.com if you need  a
**Username** and **Password.**



**Mississippi - Louisiana - Tennessee - New York**
**1-800-245-3376**

032922 Senate 4/20/2022

TRANSCRIPT OF VIDEO PROCEEDINGS

Mississippi Senate
March 29, 2022

TRANSCRIBED BY:

GINGER H. BROOKS, CCR #1165
CRR, RPR, CRC, CCR, CLR, RSA

032922 Senate 4/20/2022

1          (Announcements.)

2          MR. PRESIDENT:  Okay, we'll go to the

3     calendar, Senator Kirby.

4          SENATOR KIRBY:  Thank you,

5     Mr. President.  I'd like to pass and retain

6     Items 1 through 36.  And as they retain their

7     place on the calendar.  And I want to take up

8     Item 37 and ask the title be read.

9          MR. PRESIDENT:  Items 1 through 36

10     retain their place upon the calendar.  Item

11     37, Mr. Clerk, please read your title.

12          MR. CLERK:  Joint Resolution Number 202,

13     Mississippi Senate Reapportion.

14          SENATOR KIRBY:  Make a usual motion,

15     Mr. President.

16          MR. PRESIDENT:  The senator makes a

17     usual motion.  All in favor signify by saying

18     "aye."  Opposed?  "No."  The "ayes" have it.

19          Please proceed, Senator Kirby.

20          SENATOR KIRBY:  Thank you,

21     Mr. President.

22          Ladies and gentlemen of the Senate, I'm

23     honored to stand before you today to talk

24     about the reapportionment.  And the first

25     thing I want to do is thank each and every

032922 Senate 4/20/2022

1   one of you for working with me on this.  It's
2   not an easy chore, as you know.
3        But I want to start out by just giving a
4   general overview and then to let you know of
5   some things that happened and why the map
6   ended up like it was.
7        So all of you know the statewide
8   population decreased by 6,018 people.  There
9   are 52 Senate districts of the state, and
10  based on our 2020 population, the ideal size
11  for a Senate district is 56,948.
12       Now, there were significant shifts in
13  the population throughout the state, and one
14  of the more significant shifts was the fact
15  that 65 or, really, over 65,000 people in the
16  Delta area either moved to another part of
17  the state or left the state.  And I would
18  hope that most of them just moved to other
19  parts of the state.
20       Southwest Mississippi also lost a lot of
21  population, as did the city of Jackson and
22  the Hinds County area.  And then you had --
23  in addition to that, you had the DeSoto,
24  Rankin, Madison area and the coastal counties
25  had significant gains in population.  They

032922 Senate 4/20/2022

1    grew way more than people had thought.
2         Because of these population changes,
3    there had to be shifts in the Senate
4    boundaries, extend the district boundaries.
5    And in one of those areas, a district had to
6    be moved to another area of the state.  With
7    this overview in mind, let's go back and
8    outline how we got to this point.
9         And the first thing we did, I want to
10   talk to you about is public hearings and
11   initial work.
12        In the fall of '21, we held nine
13   hearings, nine public hearings all across the
14   state, and then let the members comment, as
15   well as all the people attending the hearing
16   give us their ideas on what the State should
17   do.
18        We received the population data from the
19   census later after we had had a few meetings.
20   They were late getting it to us, and, of
21   course, all that was related to COVID.  But
22   we got it a little bit late.  We actually got
23   it in September of '21 before we got to
24   census data.
25        So we'd had a few meetings, and then

032922 Senate 4/20/2022

```
 1    right in the middle of those nine meetings,
 2    we get the census data, but I guess
 3    unexpected to us was the fact that all these
 4    hearings, they really didn't want to talk
 5    about congressional districts and they
 6    really -- most of them -- and they did not
 7    want to talk about Senate or House districts.
 8    They wanted to talk about their supervisor
 9    districts, and they wanted to talk about
10    their aldermen.  And so Representative
11    Beckett did a really good job, I thought, of
12    explaining why we were there and what our
13    responsibilities were.
14         Well, anyway, after the hearings, we
15    started receiving all this other data, and
16    our staff put together -- or began the
17    process of loading the data onto our systems
18    and fitting everything up so we can begin
19    looking at the changes in population
20    throughout the state.  After we'd finished
21    the congressional, we started on the other.
22    And, of course, it was very important that we
23    do the congressional first.
24         The first order of business for the
25    standard committee was the development plan.
```

032922 Senate 4/20/2022

```
 1   Plan for redrawing the congressional
 2   districts, which we did.  And that plan was
 3   presented in January or early part of
 4   January, as you know, and the Legislature
 5   adopted a plan on, I think, it was January
 6   the 12th.  It was signed by the governor on
 7   January 25th.  The congressional plan had to
 8   be adopted first, like I say, for the main
 9   reason of qualified deadline of March 1 for
10   congressional elections for this year.
11        After -- after doing that plan, the
12   congressional plan, then the standing
13   committee turned its attention to the
14   development of the House and Senate plans.
15        And so, here we go.  We had -- we also
16   had criteria that we had to go by.  The
17   standard committee adopted criteria to follow
18   the redrawing of both the House and the
19   Senate district.  The criteria was we stay
20   within the plus or minus 5 percent deviation
21   from the ideal size in each district to
22   comply with the one person, one vote
23   requirement of the Constitution.  And the
24   other things, districts had to be contiguous,
25   and we had to comply with all the state and
```

032922 Senate 4/20/2022

1    federal laws including Section 2 of the
2    Voting Rights Act and all state laws and the
3    State Constitution.  We have done that.  Our
4    plan complies with all the state and federal
5    and constitutional criteria.
6         Next we, of course, in the criteria, we
7    said one person, one vote.  As I said, we had
8    a 5 percent deviation up or down either way.
9    And we've done that.
10        When drawing the Senate districts, the
11   Supreme Court has held that the district
12   population should be as equal as practical.
13   The Court has interpreted this to mean that a
14   single legislature -- that a single state
15   legislator has some leeway of 5 percent up or
16   down.  In our plan, the Hinds deviation size
17   over the ideal size was for 4.95.  And I
18   think the lowest deviation is the ideal size
19   of minus 4.98.
20        So you can see all of them meet
21   constitutional and state requirements that
22   resulted in a maximum overall deviation of 10
23   percent.  Now, the law requires that it be
24   less than 10, and we are.
25        Due to the population changes, we had to

032922 Senate 4/20/2022

1   collapse the district in southwest

2   Mississippi, District 36, move to Smith and

3   Rankin County area, which saw significant

4   changes in population with population growth.

5   The results in pairing incumbents,

6   unfortunately, the only one I think the House

7   has four pairs, we have one.  And, by the

8   way, that's not uncommon.  We pretty much

9   have one every 10 years.  That's not anything

10   new.  People move.

11        But anyways, Senator Sojourner and

12   Senator Butler both were paired -- they were

13   paired against each other.  In doing this, we

14   maintain both Districts 37 and 38

15   majority-minority districts to ensure

16   compliance with the Section 2 Voting Rights

17   Act which we have to comply with.

18        Next, we had on the criteria -- I think

19   we had to make sure that we had contiguous

20   districts or precincts and districts.  So we

21   did all that.  We have done that with your

22   help and with good committee work and with

23   the help of peer, and, of course, a lot of

24   people, especially peer helped us with our

25   maps.  Matter of fact, they helped everyone

032922 Senate 4/20/2022

```
 1    that wanted to go over there with their maps.
 2    They were very easy to work with and very,
 3    very nice to each and every one as far as I
 4    know.
 5         The next thing we had to do is -- or the
 6    third thing was to comply with the Section 2
 7    of the Voting Rights Act.  We've done that.
 8    You know, majority districts in the 2012
 9    plan, there were 15 minority districts and
10    under our plan, there's 15 minority
11    districts, so it's the same.  In all minority
12    districts -- and some people argue that
13    point, but that is exactly what it is.
14         In all our minority districts, the
15    minority voting strength is sufficient to
16    afford the minority citizens an opportunity
17    to elect the candidate of their choice.  And
18    that is very important in what we do.  And
19    for the State Senate, we're in compliance
20    with Section 2 of that with this map and this
21    bill.
22         State law, in traditional redistricting
23    principle, state law calls for us to try and
24    draw compact districts to cross country and
25    precinct lines the least number of times
```

032922 Senate 4/20/2022

```
 1    that's possible.  We've done that.  We've
 2    done our absolute best to follow these
 3    principles in our plan.
 4        Compactness is a big issue.  Compactness
 5    is a real big issue as far as getting a map
 6    approved.  The proposed plan maintains
 7    compact districts in comparison to the
 8    existing districts.  We had to use the
 9    existing districts quite a bit.
10        By the way, I will -- while I'm telling
11    you, there was one senator whose district did
12    not change, and that was Senator Parks.  Her
13    district remained the same.  Everyone else
14    had to change because of the population
15    shifts.
16        Next county and precinct splits.  The
17    proposed plan keeps close to the same number
18    of whole counties as the last.  It's 39
19    versus 43.  And as close as the same
20    number -- it's also very close to the same
21    number of split precincts.  So we tried not
22    to.  There's all kind of things that you have
23    to go by, and that was one of them.
24        There's also traditional redistricting
25    principles, which factor in, and all of you
```

032922 Senate 4/20/2022

```
 1    need to know, and with one of those things
 2    being respect to the incumbents.  And we did
 3    do everything we could to show total respect
 4    for all incumbents, and we tried to respect
 5    everyone as best we could.
 6         An important consideration in developing
 7    the proposed plan was maintaining the
 8    political performance in each district.  I
 9    think we've done that.  The proposed plan
10    maintains consistent Republican and
11    Democratic performance throughout the state.
12         So I guess I've said all that to say all
13    this.  The proposed plan meets the
14    redistricting criteria adopted by the
15    committee.  It complies with the one person,
16    one vote requirement of the Constitution and
17    all the districts are contiguous.  It
18    complies with Section 2 of the Voting Rights
19    Act and adheres as closely as possible to the
20    neutral redistricting principles in state
21    law.
22         I think it's a really good plan.  I
23    think it's something that will if -- and it
24    will -- I'm sure will end up in court.  They
25    always do.  I feel like we probably will
```

032922 Senate 4/20/2022

```
 1    again.  And, friends, let me tell you.  I was
 2    here -- when I came in the first year, I was
 3    running for office immediately.  We had two
 4    years back-to-back elections because a map
 5    was thrown together very quickly, and because
 6    of that fact, we had to have back-to-back
 7    elections.
 8         Now. If you think running for office is
 9    hard, try doing it two years in a row.  It's
10    not very much fun.  Matter of fact, I've
11    wondered several times if I should even do it
12    again.  I put my heart, like all of you do,
13    into the first time that I did, and thanks to
14    the people, I was reelected.
15         I wanted to make sure, I wanted to try
16    to protect all of you all I could and so did
17    the committee.  And with a lot of help from
18    all of you, we put together, I think, a
19    really good map.  You do not, you do not, I
20    promise you unless you're just a lot
21    different from most, you do not want to run
22    two years in a row.
23         So, Mr. President, I guess that's
24    probably about all I can say.  I've got --
25    I'll be happy -- I understand there may be
```

032922 Senate 4/20/2022

```
 1   some amendments.  So I'm yielding for
 2   amendments or questions.
 3          MR. PRESIDENT:  First, is Senator
 4   Simmons.  For what purpose, sir?
 5          SENATOR SIMMONS:  Thank you,
 6   Mr. President.  At the appropriate time, I
 7   have an amendment at the desk.
 8          MR. PRESIDENT:  Thank you.
 9          It's at the desk already, Senator
10   Simmons?
11          SENATOR SIMMONS:  Yes, Mr. President.
12          MR. PRESIDENT:  Thank you.  Thank you,
13   Senator Simmons.  We'll get to the
14   amendments.
15          Senator McDaniel, for what purpose, sir?
16          SENATOR McDANIEL:  Series of questions,
17   Mr. President.
18          MR. PRESIDENT:  Questions for you,
19   Senator Kirby.  Will you yield?
20          SENATOR KIRBY:  I yield.
21          MR. PRESIDENT:  Senator McDaniel is
22   recognized.
23          SENATOR McDANIEL:  Thank you,
24   Mr. President.  Senator Kirby, Mr. Chairman,
25   I appreciate you yielding.
```

032922 Senate 4/20/2022

```
 1          And I, likewise, appreciate the work
 2     you've conducted on this now.  And I very
 3     much enjoyed struggling with you for an
 4     awfully long time, so I appreciate it.  But I
 5     have some questions, and it's going to take a
 6     few minutes.  And I think you're the only one
 7     I can ask because it's my understanding that
 8     you drew these maps, right?
 9          SENATOR KIRBY:  Well, me and all of you
10     and the committee.
11          SENATOR McDANIEL:  Well, I want to get
12     to that in a second because it was my
13     impression, reading things in the press and
14     reading comments, that it was our -- what I
15     was told was that you were solely responsible
16     for the maps.
17          SENATOR KIRBY:  Well, I --
18          SENATOR McDANIEL:  That's not correct?
19          SENATOR KIRBY:  I was not solely
20     responsible by any means, and I'll be glad to
21     tell you why I say that.
22          First off, I'm not solely responsible
23     because we have a committee that I involved
24     quite a bit.
25          Second thing is we sent this after the
```

032922 Senate 4/20/2022

```
 1    maps were finished about three weeks ago, I
 2    would say.  We sent the maps over to a law
 3    firm that hired experts, the same ones has
 4    done it for the last several times.  And
 5    after the firm looks over it, then the
 6    experts looked over it to make sure that we
 7    were in compliance in every way.
 8         So yeah, I can't say -- I can't take the
 9    credit and I can't take all the blame because
10    there were --
11         SENATOR McDANIEL:  Yes, sir.
12         SENATOR KIRBY:  Every senator, Senator,
13    every senator was talked to and shown a map,
14    and we asked them for their wish list of what
15    they wanted and what they did not want.  And
16    knowing that we had the 65,000 people that we
17    had to do -- over 65,000 that we had to do
18    something with in the Delta, plus we knew
19    that some other areas had really grown, and
20    we knew that the city of Jackson, as an
21    example, had lost so many people, we knew
22    that there was going to have to be a shift.
23    And as I said earlier, that's not anything
24    new, as you know.  You've been here, I think,
25    through a portion of a reinforcement.
```

032922 Senate 4/20/2022

```
 1          And it's just really difficult to try to
 2     do the best you can for everyone to make
 3     everyone happy. There's absolutely no way,
 4     but I promise you that the committee and I
 5     with the help of peer and others, you know,
 6     we did all we could to make it fair -- fair,
 7     but something that would stand up in court.
 8          SENATOR McDANIEL:  Yes, sir, here's the
 9     thing.  The full committee -- it's my
10     understanding, and you tell me if I'm wrong,
11     but it's my understanding the full committee
12     did not see the completed map until just two
13     days ago.  Is that an accurate answer or no?
14          SENATOR KIRBY:  That's not an accurate
15     answer.
16          SENATOR McDANIEL:  Okay, so you're
17     telling me the committee -- so you're telling
18     me the committee, the 10 members of the
19     committee or however many members, that they
20     had an ongoing active role in drafting the
21     final map, they saw it the whole time, helped
22     you draft it?
23          SENATOR KIRBY:  No.
24          SENATOR McDANIEL:  Okay.  Then --
25          SENATOR KIRBY:  I've been doing this for
```

032922 Senate 4/20/2022

```
 1    a year -- almost a year, and there is no way
 2    that I was going to ask them to come up here
 3    in the summer.
 4          SENATOR McDANIEL:  Right.
 5          SENATOR KIRBY:  There was no way when
 6    we're not in session.  But we did have nine
 7    hearings.  We got all of them's opinion.  We
 8    got everyone's opinion in this chamber as to
 9    what they wanted and what they thought would
10    be fair.
11          SENATOR McDANIEL:  Yes, sir.
12          SENATOR KIRBY:  As far as the committee,
13    I would have them over one at a time several
14    times. I had them over, like, two or three
15    days ago, maybe three days ago.  I can't
16    remember now.  It's all run together.
17          And to be honest with you, no, I didn't
18    have them all at once because I was afraid
19    that someone would say that the subcommittee,
20    which I don't think would have been against
21    the law, but didn't have an open hearing and
22    didn't do all these things.  So I had them
23    over two or three at a time.  One time, it
24    was four at a time.  I was trying to go
25    strictly by the law to make sure there wasn't
```

032922 Senate 4/20/2022

```
 1   any problems.
 2        And then, they all knew, every one of
 3   them knew when we went into the meeting
 4   exactly what the map was.  There wasn't a
 5   single member that did not know what was on
 6   that map.
 7        SENATOR McDANIEL:  Yes, sir.  So just so
 8   I'm clear, if committee members told me that
 9   they only saw the final map two days ago,
10   then they told me something that was
11   mistaken.  They have misled me.  Is that what
12   you're suggesting?
13        SENATOR KIRBY:  I'm not saying anyone
14   misled you, by any means.  I'm just -- I
15   can't think of any time -- every time any of
16   them asked -- well, no, every time anyone in
17   this chamber asked me to look at a map, I
18   showed it to them.
19        There were -- there were members that
20   asked me about their precincts and theirs,
21   but I didn't tell them everything because I
22   didn't think they had any business knowing
23   until the proper time.  I wanted the
24   committee to look at it first.  All committee
25   members have seen it.  I asked each and every
```

032922 Senate 4/20/2022

```
 1   one of them did they have a problem and would
 2   they support the map.
 3         SENATOR McDANIEL:  Okay.
 4         SENATOR KIRBY:  And so, no, I didn't
 5   have them all at once.  I had them over a few
 6   at a time.  Whether it was two or three days.
 7   ago, I can't remember that.  I mean, at
 8   different times.  Some of them before two or
 9   three days ago, and some, possibly a couple
10   of them, two or three days ago.
11         SENATOR McDANIEL:  Yes, sir.
12         SENATOR KIRBY:  But then, I was asking
13   them, are you happy with this, and every one
14   of them said yes.
15         SENATOR McDANIEL:  Well, I get that.
16   I'm just trying to understand the
17   discrepancies I seem to be hearing from the
18   chamber.  I'm hearing from quite a few of my
19   colleagues they did not see the completed map
20   until two days ago, and you're saying now
21   that is not the case.  And if that's the
22   answer, we'll move on to the next questions.
23   But that is not what I've been told.  That's
24   not what I've been told.
25         SENATOR KIRBY:  Okay.  Well, each and
```

032922 Senate 4/20/2022

```
 1   every one had the opportunity any time they
 2   wanted to to see it.
 3          SENATOR McDANIEL:  Yes, sir.
 4          I'm curious.  A few more questions.  Did
 5   the lieutenant governor have any input in
 6   drawing these maps?
 7          SENATOR KIRBY:  No.
 8          SENATOR McDANIEL:  None whatsoever?
 9          SENATOR KIRBY:  The lieutenant governor
10   actually came over when we first got started
11   to see the process.  He came over, and we
12   showed him -- at that time, we were on the
13   small screen, and thanks to Senator O'Brien,
14   who suggested we put it on a large screen.
15   He came over then in the very beginning
16   before we actually started doing any of the
17   work.  He came over again later, maybe in
18   January, first of February, I can't remember.
19   And, at that time, he just wanted to know how
20   we were coming.  He did not suggest any
21   changes to anything at that time.  And then,
22   he came after we finished.  Well, not really.
23   We were almost finished.  I changed
24   something.  He did not.
25          He didn't -- to my knowledge, didn't
```

032922 Senate 4/20/2022

```
 1    suggest any changes to this map.  And to
 2    blame the lieutenant governor of this is
 3    totally wrong.
 4         SENATOR McDANIEL:  Okay.
 5         SENATOR KIRBY:  He did not -- if you're
 6    trying to do that, you're out of line because
 7    he did not.  And I don't know who told you
 8    that, but they lied to you.
 9         SENATOR McDANIEL:  Well, maybe I am, but
10    it's my understanding that his staff and the
11    lieutenant governor did have some influence
12    on the map, and you seem to have conceded
13    that just a moment ago when you said he did
14    not make any suggestions at that time.  Then
15    you backtracked and told me, "Well,
16    nevermind, he didn't make any."  So you're
17    telling me -- and I just want to be clear.
18    If the answer is he didn't --
19         SENATOR KIRBY:  No.
20         SENATOR McDANIEL:  -- I'm okay with
21    that.  But did he not have any influence on
22    this map whatsoever?
23         SENATOR KIRBY:  No.
24         SENATOR McDANIEL:  Okay.
25         SENATOR KIRBY:  And you asked me about
```

032922 Senate 4/20/2022

```
 1   staff and I'll --
 2        SENATOR McDANIEL:  Okay.  That's fine.
 3   If that's your answer, I'm fine with that.
 4        SENATOR KIRBY:  Let me tell you the
 5   answer to that is we had several senators
 6   that went to our Chief of Staff, most all,
 7   and recommended some changes.  And he told me
 8   those changes that they had recommended, and
 9   most of them they had already told me anyway.
10        SENATOR McDANIEL:  Okay.  Well, I guess
11   it's fair to say, then, that the buck stops
12   with you and the committee.  Is that fair?
13        SENATOR KIRBY:  Well, no, the buck stops
14   with the district courts.
15        SENATOR McDANIEL:  When it comes to
16   redistricting.  Okay.
17        SENATOR KIRBY:  And especially it will
18   stop with the courts if anyone files suit,
19   and I expect that.  It always has to happen,
20   and I think it will again.
21        SENATOR McDANIEL:  Well, then, if that's
22   the case, I do have some questions about the
23   map.  How many --
24        SENATOR KIRBY:  We put it right there
25   beside you so you can see.
```

032922 Senate 4/20/2022

```
 1            SENATOR McDANIEL:  Yes, sir, I know.
 2    I'm familiar.  I'm familiar.
 3            (Laughter.)
 4            SENATOR McDANIEL:  How many
 5    majority-minority districts does this map
 6    contain?
 7            SENATOR KIRBY:  Well, we had 15 and we
 8    still have 15.  In the 2012 plan, we had 15
 9    and we still have 15.  But that's minority,
10    but that's not necessarily all the
11    Republicans.  We have a couple -- I know of
12    one district in particular that has a
13    Democrat that the minority is the minority.
14    I mean, the minority -- I'm sorry, the
15    majority, has more votes than the minority in
16    a Democratic district.
17            SENATOR McDANIEL:  I'm sorry.  I was
18    having a hard time hearing you at the end.  I
19    apologize.
20            SENATOR KIRBY:  Okay.  We have one
21    particular district in Northeast Mississippi,
22    where there are -- where the percentage of
23    minority for this Democrat is in the
24    minority.  In other words, there are more
25    people that aren't minority in that district
```

032922 Senate 4/20/2022

1  than there are majority.  But he's a

2  Democrat.

3        SENATOR McDANIEL:  Right.  Well, let's

4  just -- let me just -- so we understand it

5  from the standpoint of the Voting Rights Act.

6  Presently, today we have in this map 15

7  majority-minority districts; is that correct?

8        SENATOR KIRBY:  That's correct.

9        SENATOR McDANIEL:  Okay.  Ten years ago,

10  when we went through this process, just prior

11  to going through that process, we only had 13

12  majority-minority districts, correct?

13        SENATOR KIRBY:  I'm not sure about that.

14  I can tell you that in the last few years, we

15  picked up three more Republican districts.

16        SENATOR McDANIEL:  No, I'm not talking

17  about Republican districts.  I'm talking

18  about just majority-minority districts.  We

19  had 13 prior to the 2010 redrawing.

20        SENATOR KIRBY:  I'm not sure about that.

21  I can ask.

22        SENATOR McDANIEL:  Okay.  I understand.

23  That's okay.

24        SENATOR KIRBY:  But all I know is in

25  2012, we had 15, today we have 15 on this

032922 Senate 4/20/2022

```
 1   map.
 2        SENATOR McDANIEL:  Right.  The point is,
 3   is that if we did increase by two on one of
 4   our last justice precleared maps, if justice
 5   said at one point that 13 majority-minority
 6   districts were sufficient, then why wouldn't
 7   14 be sufficient with this map?
 8        SENATOR KIRBY:  Well, you know, what --
 9   you're talking about in population or are you
10   talking about election?
11        SENATOR McDANIEL:  No, sir.  Just
12   basically the number of majority-minority
13   districts on the Senate side.
14        SENATOR KIRBY:  And all I've been
15   told -- and I'll be glad to ask, but we had
16   15 in 2012 and we have 15 today.
17        SENATOR McDANIEL:  All right.  Why must
18   we have 15 majority-minority districts?
19        SENATOR KIRBY:  I've been told that once
20   a minority district, it has to continue to be
21   a minority district.
22        SENATOR McDANIEL:  Are there no
23   exceptions to that?
24        SENATOR KIRBY:  Not to my knowledge.
25        SENATOR McDANIEL:  So in each of those
```

032922 Senate 4/20/2022

1   districts, and I just want to be clear about

2   this --

3       SENATOR KIRBY:  I mean, well, there is

4   an exception.  It can change.

5       SENATOR McDANIEL:  Right.

6       SENATOR KIRBY:  A Republican can win it.

7       SENATOR McDANIEL:  There are 15, and in

8   each of those districts, then, we set --

9   we -- I'm sure we had to have set some sort

10  of racial target, correct?

11      SENATOR KIRBY:  You mean as far as

12  number or percentage?  What are you talking

13  about?

14      SENATOR McDANIEL:  Yes, sir.  In each of

15  those 15 majority-minority districts, the

16  state of Mississippi, it appears to be

17  setting a racial target in those districts.

18      Is that accurate?

19      SENATOR KIRBY:  Well, we have some that

20  have very low BVAPs, if that's what you're

21  asking, yes.

22      SENATOR McDANIEL:  So we

23  intentionally -- we had a racial target to

24  increase that BVAP number to a certain

25  number, correct?

032922 Senate 4/20/2022

```
 1          SENATOR KIRBY:  We had to get it so that
 2     it was a minority district.  That's correct.
 3          SENATOR McDANIEL:  Right.  But what's
 4     the target number?
 5          SENATOR KIRBY:  I don't -- well, that's
 6     hard to say, but I can tell you that we've
 7     got -- okay, I'm just told there were no
 8     targets.
 9          SENATOR McDANIEL:  I'm sorry?
10          SENATOR KIRBY:  There are no targets.
11     When we were putting this map together, it
12     had to be more than 50 percent.
13          SENATOR McDANIEL:  All right.
14          SENATOR KIRBY:  And that's what we did.
15     We've got one minority district that's 54.
16          SENATOR McDANIEL:  Okay.  I know you're
17     getting whispered at.  I know that can be
18     confusing.
19          SENATOR KIRBY:  Well, now, it's the
20     truth.
21          SENATOR McDANIEL:  I'm not trying to
22     confuse you.  It's a simple question.  There
23     are 15 majority-minority districts.
24          SENATOR KIRBY:  Yes.  There are.
25          SENATOR McDANIEL:  And it's my
```

032922 Senate 4/20/2022

```
 1    understanding we set in those districts some
 2    form of racial target.
 3         SENATOR KIRBY:  50 percent.
 4         SENATOR McDANIEL:  Okay.  So the racial
 5    target in each of those districts is 50
 6    percent, correct?
 7         SENATOR KIRBY:  That's what we looked
 8    at, yes.
 9         SENATOR McDANIEL:  Okay.
10         SENATOR KIRBY:  It had to continue to be
11    a minority district.
12         SENATOR McDANIEL:  But why 50 percent in
13    each of those 15 districts?
14         SENATOR KIRBY:  Because we -- the
15    federal government -- I'll ask.
16         Okay.  The attorney tells me there was
17    no target.  We had to comply with Section 2.
18    And that's all we're trying to do.  There was
19    no target, but we tried if it was a minority
20    district to make sure they had above 50
21    percent.
22         SENATOR McDANIEL:  So a minute ago,
23    there was a target of 50 plus one.  The
24    attorney gets up and now there's not a target
25    of 50 plus one.  Is that the answer?
```

032922 Senate 4/20/2022

```
 1          SENATOR KIRBY:  Well, we were -- what he
 2     was telling me is we didn't -- when we first
 3     started putting this map together, that we
 4     looked at -- well, when we first started
 5     looking, we looked at the Delta area because
 6     they lost -- all the river counties pretty
 7     much lost population.  And we were trying to
 8     maintain those districts.
 9          SENATOR McDANIEL:  Fifty plus one was
10     your answer earlier.  That was your target
11     answer, 50 plus one.
12          SENATOR KIRBY:  That was my personal.
13          SENATOR McDANIEL:  Okay.
14          SENATOR KIRBY:  That's not --
15          SENATOR McDANIEL:  Well, you're the one
16     that helped draft the map.
17          SENATOR KIRBY:  I did have --
18          SENATOR McDANIEL:  Fifty plus one is the
19     target answer.
20          SENATOR KIRBY:  And I'm very proud
21     of that.
22          SENATOR McDANIEL:  So just --
23          SENATOR KIRBY:  And I think every
24     minority as well as all but a handful of the
25     majority.
```

032922 Senate 4/20/2022

```
 1          SENATOR McDANIEL:  Just so I'm clear,
 2    those 15 districts were sorted.
 3          Senator Kirby, just so I'm clear, those
 4    15 districts were sorted on the basis of
 5    race, were they not?
 6          SENATOR KIRBY:  Once a minority
 7    district, we tried to maintain it as a
 8    minority district.
 9          SENATOR McDANIEL:  So they were sorted
10    based on race, correct?
11          SENATOR KIRBY:  Once a minority
12    district, we tried to keep them as a minority
13    district.
14          SENATOR McDANIEL:  I'm going to take
15    that as a yes, Senator Kirby, and I
16    appreciate that.
17          Did you run a statistical analysis on
18    any of those districts to determine the
19    degree of racially polarized voting?
20          SENATOR KIRBY:  Yes, there was analysis
21    by our experts, yes, to make sure that we
22    were in compliance with all the criteria.
23          SENATOR McDANIEL:  So there was analysis
24    ran by your experts as to those 15
25    majority-minority districts, and that
```

032922 Senate 4/20/2022

```
 1    analysis took into consideration the degree
 2    of racially polarized voting.
 3         SENATOR KIRBY:  The experts looked at
 4    the map and studied it -- not expert, but
 5    experts -- to make sure we were in
 6    compliance, yes.
 7         SENATOR McDANIEL:  Can we see it?  The
 8    attorney is right behind you.  I'm sure he
 9    has it at some point.  I'd like to see that
10    if possible.
11         SENATOR KIRBY:  I'm not sure what you're
12    asking for.
13         SENATOR McDANIEL:  He just told you they
14    conducted a study trying to demonstrate or
15    document the racially polarized voting
16    patterns of these 15 majority-minority
17    districts.  Now he seems to be indicating he
18    doesn't have the study.  I'm just trying to
19    get a copy of it.
20         SENATOR KIRBY:  Do not have it with us,
21    but we certainly do have it, he says.
22         SENATOR McDANIEL:  When can I see it?
23         SENATOR KIRBY:  I don't know that.  Hold
24    on, I'll have to ask.  I have no idea.
25         SENATOR McDANIEL:  It's a big deal.
```

032922 Senate 4/20/2022

```
 1    It's a big issue.  I think this body is
 2    entitled to see that right now.
 3         SENATOR KIRBY:  I'm told after the
 4    process is over, you'll be welcome to see it.
 5         SENATOR McDANIEL:  You mean after we
 6    vote --
 7         SENATOR KIRBY:  That's right.
 8         SENATOR McDANIEL:  -- and after it's set
 9    in stone, then we get to see the data that
10    can be conclusive --
11         SENATOR KIRBY:  Well, we've got the --
12    we've got all that.
13         SENATOR McDANIEL:  No, sir, you do not.
14         SENATOR KIRBY:  You're not going to see
15    it.  Now you're asking about what the
16    expert --
17         SENATOR McDANIEL:  I just want to see
18    the data.
19         SENATOR KIRBY:  I didn't talk to the
20    experts.  I don't even know who the experts
21    are.  I just know that they -- that the law
22    firm hired experts that do maps all over the
23    country.  And they're very reputable and
24    they're supposedly what I'm told done a good
25    job.  And did a good job.  And, obviously,
```

032922 Senate 4/20/2022

```
 1   they thought that we did because there wasn't
 2   really any recommendations.  They thought
 3   that our map was so well done that it would
 4   stand up in court.
 5        SENATOR McDANIEL:  I'm going to have to
 6   assume that study doesn't exist.
 7        SENATOR KIRBY:  Well, it definitely
 8   does.
 9        SENATOR McDANIEL:  Okay.
10        SENATOR KIRBY:  I don't think our
11   attorneys and peer would lie to me.
12        SENATOR McDANIEL:  I think the
13   attorneys --
14        SENATOR KIRBY:  I don't think they would
15   lie to you either.  I don't think they would
16   lie to anyone.
17        SENATOR McDANIEL:  I'm not saying people
18   are lying, but lawyers have different ways of
19   answering questions, as you know, and I'm
20   suggesting he knows exactly what I'm talking
21   about.  And we need to see that data.  We
22   need to see that data.
23        SENATOR KIRBY:  As soon as the process
24   is over, Senator, you're welcome to it.
25        SENATOR McDANIEL:  A few more questions,
```

032922 Senate 4/20/2022

```
 1   which, by the way, I understand that.  But
 2   once we vote (inaudible), it's not going to
 3   be very beneficial to this body.
 4        SENATOR KIRBY:  Okay.
 5        SENATOR McDANIEL:  As to population
 6   trends in the state, I'm curious.  The
 7   African-American population in Mississippi,
 8   has the population increased or decreased
 9   over the last 10 years?
10        SENATOR KIRBY:  You know, I didn't add
11   it all up, but I know it has increased.  I
12   just don't know the percentage.
13        SENATOR McDANIEL:  Any idea where those
14   primary decreases occurred?
15        SENATOR KIRBY:  Where they -- I mean, as
16   far as -- you're talking about births or
17   moving or what are you talking about?
18        SENATOR McDANIEL:  I'm just talking
19   about the population as a whole.  If we're
20   talking about the minority population in this
21   state, specifically African-Americans,
22   whether it has decreased the last 10 years or
23   increased over the last 10 years.
24        SENATOR KIRBY:  I'm told it pretty much
25   stayed the same.  Senator, the reason I
```

032922 Senate 4/20/2022

```
 1    didn't know the answer to that is because I
 2    wasn't looking at the whole state when I
 3    first did it.  I was looking at each area,
 4    making sure that we're complying with Section
 5    2, voting rights.
 6         SENATOR McDANIEL:  Right.  But the
 7    attorney's answer is that the minority
 8    population stayed about --
 9         SENATOR KIRBY:  Stayed about the same.
10         SENATOR McDANIEL:  Stayed the same.
11         SENATOR KIRBY:  And that makes sense
12    because we had 15 in 2012 in districts and we
13    have 15 today.
14         SENATOR McDANIEL:  All right.  Let's
15    talk specifically for a few minutes about
16    District 37.  Your position was earlier when
17    explaining the bill that District 37 had to
18    be collapsed.
19         SENATOR KIRBY:  Had no choice.
20         SENATOR McDANIEL:  Right.
21         SENATOR KIRBY:  The best of my
22    knowledge, and the best with talking to
23    members as well as the committee, they all
24    agreed when I talked to them about it.
25         SENATOR McDANIEL:  So the position of
```

032922 Senate 4/20/2022

1    the committee, your position was that

2    District 37 had to be collapsed.

3        Let me ask you specifically though, not

4    just the conversations with the committee

5    members.  Why?  Why did it have to be

6    collapsed?

7        SENATOR KIRBY:  As I -- you heard the

8    opening statements, and I told you that all

9    of the river counties lost population.  So

10   when you lose -- when you lose population in

11   the Delta, over 65,000 people, you gain -- on

12   the other side of the state, you gained in,

13   like, Oxford, in Lafayette County.  And you

14   gain in other counties.  And then you had a

15   few that lost.  When you -- and Jackson had

16   lost so much population they had to move --

17   some moved south, even some had to go up into

18   Madison County a little to maintain those

19   districts.

20       And so when you did that funnel, it

21   actually went to Southwest Mississippi.  I

22   mean, Rankin County area or the Jackson metro

23   area grew so much.  To maintain, to make --

24   to maintain the majority-minority in those 15

25   districts, that's the only way we could do

032922 Senate 4/20/2022

1    it.  And I wasn't happy about that.  On my
2    first time there I said I wish that no one
3    would have to run against each other.
4         Senator, when I was telling you earlier
5    about when I came here that year, we had
6    three good senators that sit back in the back
7    that ran against each other.  We had -- I
8    think it was a total of eight pairings, all
9    ended up being defeated before it was over
10   because we let the judges or the courts draw
11   the maps instead of ourselves.  And I told
12   them, that's what I want to make sure of.  I
13   want to make sure that if we can -- that we
14   don't have a lot of senators running against
15   each other.  I want to make sure that it's
16   fair and meets all the guidelines and I think
17   we've done that.  But when you did the
18   funnel, it went to the southwest part of the
19   state.
20        SENATOR McDANIEL:  So based on the
21   answer I just heard, you're suggesting that
22   it would be impossible to retain the present
23   configuration of District 37?
24        SENATOR KIRBY:  Oh, I'm sure -- no, I
25   didn't say that. I didn't say that at all.

032922 Senate 4/20/2022

1      SENATOR McDANIEL:  So it would be
2  possible to retain it.
3      SENATOR KIRBY:  Well, you could.  Now,
4  you may lose your district when we do or he
5  may lose his or someone else.  But I'm not
6  saying that.
7      SENATOR McDANIEL:  I'm curious then --
8      SENATOR KIRBY:  But the way it numbered
9  and the way the flow was of the population
10  shifts, we didn't have any choice.
11      SENATOR McDANIEL:  And I'm curious about
12  that because you mentioned earlier that this
13  was not a pleasant experience, that you did
14  not like this, and you mentioned that it
15  would be difficult.  But if I were able to
16  show you a map here in a few minutes that
17  retained these members and their BVAPs and
18  retained all --
19      SENATOR KIRBY:  For all senators --
20      SENATOR McDANIEL:  And did -- yes.
21      SENATOR KIRBY:  For all senators?
22      SENATOR McDANIEL:  Yes.  Throughout
23  District 37, would you --
24      SENATOR KIRBY:  Well, can I ask you a
25  question?

032922 Senate 4/20/2022

```
1          SENATOR McDANIEL:  Would you --
2          SENATOR KIRBY:  How long did it take you
3    to draw that map?  Can I ask that?
4          SENATOR McDANIEL:  Yeah, you can.  I
5    don't mind answering that.  I took the data
6    that was there and we drew a map.
7          SENATOR KIRBY:  The data from the old?
8          SENATOR McDANIEL:  No, sir.  We decided
9    to go with everything that you did.
10         SENATOR KIRBY:  Then you've only had it
11   two days, then.
12         SENATOR McDANIEL:  We drew a map --
13         SENATOR KIRBY:  You've only had it two
14   days because it's only been two days ago.
15         SENATOR McDANIEL:  I'm going to show you
16   the map later.  The point is we were able to
17   secure District 37, maintain the BVAPs of
18   every Republican in the state.  I maintained
19   consistency of all the districts in the
20   state.
21         SENATOR KIRBY:  I'm telling you
22   according to everyone that I worked with and
23   the experts, there is no way that you can
24   draw a map like you're talking about in two
25   days and some of these people not be running
```

032922 Senate 4/20/2022

```
 1    against each other.  There is no way.
 2         SENATOR McDANIEL:  Well, here's the
 3    thing.  We already have people in here
 4    running against each other.  What if I
 5    suggest --
 6         SENATOR KIRBY:  We have one.
 7         SENATOR McDANIEL:  Right.  And what if I
 8    told you --
 9         SENATOR KIRBY:  So you don't want that
10    one.  You want somebody else running against
11    him.
12         SENATOR McDANIEL:  Well, just so we're
13    clear, no, sir.  No, sir.  Hey, we'll talk
14    about that.
15         The question is this, if I can show you
16    that map at some point during the course of
17    this debate --
18         SENATOR KIRBY:  I would vote against it.
19         SENATOR McDANIEL:  Okay.  I thought so.
20         SENATOR KIRBY:  I will vote against it
21    because of the fact that it hasn't been
22    cleared.  It hasn't been through the expert.
23    And I don't think you know more than the
24    experts that do it all --
25         SENATOR McDANIEL:  Maybe not.  Maybe
```

032922 Senate 4/20/2022

```
 1   not.  Maybe not.  I don't want to be trading
 2   resumés, but I've been down this path a few
 3   times.  We'll talk about that later as well.
 4        Now, speaking as to District 37, I'm
 5   curious.  The -- your experts, do they do an
 6   analysis --
 7        SENATOR KIRBY:  Yes.
 8        SENATOR McDANIEL:  -- of -- no, no, of
 9   racial voting patterns in the territory that
10   now comprises District 37?
11        SENATOR KIRBY:  Yes.
12        SENATOR McDANIEL:  Okay.  Do they --
13   tell me what they found as far as the
14   characteristics of racially polarized voting.
15   What were the findings?
16        SENATOR KIRBY:  I haven't seen that.
17   I'm just knowing what they told me.  I told
18   you I haven't seen it nor has anyone else.
19   He says we had a high degree of polarized
20   racial voting.
21        SENATOR McDANIEL:  What percentage?
22        SENATOR KIRBY:  Very high.
23        SENATOR McDANIEL:  Okay.  So the present
24   configuration of District 37 has never, ever,
25   as I understand it, been in an election
```

1  because it's a brand new district.  So I
2  guess your experts would have had to drill
3  down to local elections and municipalities
4  and cities and counties to determine this
5  lack of -- or this racial polarization.  So I
6  really need to see that data on 37, if
7  possible.
8      SENATOR KIRBY:  Well, I don't have it
9  with me, but I can assure you that what they
10  have recommended and what the committee has
11  recommended is a very good map that meets all
12  guidelines.
13      SENATOR McDANIEL:  District 37 now has a
14  black voting age population of 61 percent.
15  Before --
16      SENATOR KIRBY:  Can I interrupt you
17  there and say that's true?  Of course, that
18  district you're talking about 36 or 37, in
19  the last 44 years was a Democratic district.
20  It's one of the weakest Republican-held
21  districts that we have at this time, as you
22  know.
23      SENATOR McDANIEL:  Senator Kirby, if
24  that's the case, then there will not be any
25  data of racially polarized voting power.

032922 Senate 4/20/2022

```
 1          SENATOR KIRBY:  No, that's based on past
 2     elections.  I'm not talking about the future.
 3     You're twisting things and you're not --
 4          SENATOR McDANIEL:  No, sir.
 5          SENATOR KIRBY:  -- getting anywhere.
 6          SENATOR McDANIEL:  The data is based on
 7     past election.  So that's why I asked you had
 8     there been any studies on racially polarized
 9     voting in this district.
10          SENATOR KIRBY:  Yes, yes.
11          SENATOR McDANIEL:  Yes.  And he claims
12     yes, and it's really, really bad.
13          SENATOR KIRBY:  Yes.
14          SENATOR McDANIEL:  But you can't see it.
15     And then you claim the African-American
16     candidates have had great success in this
17     district for the last 37 years.
18          So help me understand how the
19     racially --
20          SENATOR KIRBY:  I didn't say the last 37
21     years.
22          SENATOR McDANIEL:  Okay.  The last
23     several decades, whatever you said, they've
24     been very successful.
25          SENATOR KIRBY:  I didn't say that
```

032922 Senate 4/20/2022

1   either.

2        SENATOR McDANIEL:  Okay.  You tell me
3   what you said.

4        SENATOR KIRBY:  What I said was that
5   district has been one of the weakest --

6        SENATOR McDANIEL:  For Republicans.

7        SENATOR KIRBY:  -- as far as for the
8   Republicans.

9        SENATOR McDANIEL:  And one of the
10  strongest for Democrats.

11       SENATOR KIRBY:  You're talking about the
12  district that we moved to Rankin County and
13  Smith County?

14       SENATOR McDANIEL:  No, sir, we're
15  talking about the relative strength of the
16  Democrats --

17       SENATOR KIRBY:  I want to make sure
18  we're talking about the same thing.

19       SENATOR McDANIEL:  The relative strength
20  of the Democrats in newly created District
21  37, which has a BVAP of 61 percent, right?

22       SENATOR KIRBY:  I'd have to look at see.
23  I've got it.  If you want me to show it to
24  you, I'll be glad to.

25       SENATOR McDANIEL:  Before the maps were

032922 Senate 4/20/2022

```
 1   drawn, District 37 had a BVAP of 37 percent.
 2        SENATOR KIRBY:  I'm sorry.  Go ahead.
 3   What was your question?
 4        SENATOR McDANIEL:  Okay.  What --
 5        SENATOR KIRBY:  What do you want?
 6        SENATOR McDANIEL:  Okay.  All right.
 7   We'll go back.  District 37 presently has a
 8   BVAP of 61 percent.
 9        SENATOR KIRBY:  Yeah.
10        SENATOR McDANIEL:  Before the --
11        SENATOR KIRBY:  I think that maybe
12   dropped to 60.01 or 60.1.
13        SENATOR McDANIEL:  It's over 60.
14        SENATOR KIRBY:  It's 60.
15        SENATOR McDANIEL:  Okay.  We'll say 60.
16   That's fine.  It has a BVAP of 60 percent.
17   Prior to it being erased or redrawn or
18   whatever, it had to be a BVAP of 37 percent,
19   correct?
20        SENATOR KIRBY:  Hold on.  I may have
21   that.  District 37, which was Jefferson,
22   Copiah, Claiborne -- you're talking about new
23   numbers, old numbers?
24        SENATOR McDANIEL:  Yes, sir.  Yes, sir.
25   Just comparing the two, where it was.
```

032922 Senate 4/20/2022

```
 1          SENATOR KIRBY:  I think that was --
 2    we're looking at a --
 3          SENATOR McDANIEL:  This is going to take
 4    a long time.  I want to ask the lawyer.
 5          SENATOR KIRBY:  Okay, I'm sorry.  I
 6    didn't have those numbers with me.
 7          SENATOR McDANIEL:  That's fine.  That's
 8    fine.
 9          SENATOR KIRBY:  36 in a benchmark, the
10    old plan.  36 was 62.88 and 37 was 37.6.
11          SENATOR McDANIEL:  Yes, sir.  So just so
12    I'm clear.  37 percent prior to this map, and
13    this map increases the BVAP to 60 percent?
14          SENATOR KIRBY:  60 percent.  Yeah, it
15    does and what -- is that what you're asking
16    me?
17          SENATOR McDANIEL:  I'm getting there.
18    I'm getting there.  But you can go ahead.
19          SENATOR KIRBY:  Well, I'll be glad to
20    tell you.
21          When you look at the areas around and
22    what happened and all the others that came
23    down, we had no choice as I told you before.
24    Where are you going to put those people?  We
25    had to do it.
```

032922 Senate 4/20/2022

```
 1          SENATOR McDANIEL:  And now you've got --
 2          SENATOR KIRBY:  We had no choice.
 3          SENATOR McDANIEL:  That had absolutely
 4   no choice?
 5          SENATOR KIRBY:  Not that I could find.
 6          SENATOR McDANIEL:  Okay.  All right.
 7   And that choice would be under the criteria
 8   that you have to have a black voting age
 9   district or a majority-minority district
10   there, correct?
11          SENATOR KIRBY:  That district -- not
12   number, but the district had to have a
13   majority-minority district.
14          SENATOR McDANIEL:  Yes, sir.
15          SENATOR KIRBY:  It had to maintain the
16   15 that we had.  We're not just -- when you
17   look at this, you need to look at more than
18   one district or two districts or 10
19   districts.
20          SENATOR McDANIEL:  Yes, sir.
21          SENATOR KIRBY:  You need to look at the
22   whole state.
23          SENATOR McDANIEL:  Yes, sir.
24          SENATOR KIRBY:  And make sure that
25   you're complying with all the laws.
```

032922 Senate 4/20/2022

```
 1          SENATOR McDANIEL:  But I just want to be
 2    clear as to District 37, once again, we had a
 3    racial target as to District 37, and the
 4    target was it had to have a BVAP in excess of
 5    50 percent.  That's correct, right?
 6          SENATOR KIRBY:  That's --
 7          SENATOR McDANIEL:  Oh, my goodness.
 8          SENATOR KIRBY:  And I've been told this
 9    several times.  There was absolutely no
10    target, and then we only had to comply with
11    Section 2 of the Voting Rights Act.  And
12    that's what we were trying to do.
13          SENATOR McDANIEL:  So just so I
14    understand the lawyer's testimony, there's no
15    target whatsoever, but we still have to have
16    50 plus one to be a --
17          SENATOR KIRBY:  But there's no --
18          (Simultaneous crosstalk.)
19          SENATOR KIRBY:  I would think you would
20    have to --
21          SENATOR McDANIEL:  There is a target.
22    The target is 50 plus one, correct?
23          SENATOR KIRBY:  There's no target is
24    what I'm told by the attorneys.
25          SENATOR McDANIEL:  Okay.  Well, if
```

032922 Senate 4/20/2022

```
 1    there's no target, then I don't guess it
 2    would be a problem if we reduced that
 3    district's BVAP down to, say, 46, would it?
 4         SENATOR KIRBY:  To maintain the 15, yes.
 5         SENATOR McDANIEL:  Why do you think that
 6    you have to have a 50 plus one district to
 7    have a majority-minority under the VRA?  In
 8    other words, as long --
 9         SENATOR KIRBY:  I don't know where you
10    went to school.
11         SENATOR McDANIEL:  No, I can tell you --
12         SENATOR KIRBY:  Less than 50 --
13         SENATOR McDANIEL:  I'll read it to you.
14         In fairness, I always appreciate those
15    comments in here, and it doesn't bother me.
16    I did go to school, and I know this area very
17    well.  And I can tell you right now I'm
18    looking at a copy of the Voting Rights Act.
19    And I'm also looking at a Supreme Court
20    decision from just four days ago where the
21    court once again is making it clear that
22    racial gerrymandering, that racial
23    gerrymandering is unconstitutional.  And
24    that's precisely what this body is attempting
25    to do with District 37.  So, yes, I've been
```

032922 Senate 4/20/2022

```
 1  to school, which explains why your lawyer
 2  keeps popping up here every five seconds.
 3       SENATOR KIRBY:  Well, first off, we did
 4  no racial gerrymandering, and then what the
 5  attorney just told me, we have complied, and
 6  you have to comply with Section 2, and we did
 7  that.
 8       SENATOR McDANIEL:  I will read Section 2
 9  to this body in just a few minutes if that's
10  your position, and we will see whether or not
11  common sense applies and whether or not your
12  lawyer's advice is accurate.  So, yeah, I've
13  been to school.
14       SENATOR KIRBY:  No, I didn't say have
15  you been to school.
16       SENATOR McDANIEL:  Yes, sir, I
17  understand.  I understand.
18       SENATOR KIRBY:  I said I don't know
19  where you went to school, but where I went to
20  school --
21       SENATOR McDANIEL:  I understand.
22       SENATOR KIRBY:  -- above 50 is the
23  majority --
24       SENATOR McDANIEL:  I understand.
25       SENATOR KIRBY:  -- and below 50 is
```

032922 Senate 4/20/2022

```
 1   minority.
 2        SENATOR McDANIEL:  The bottom line here
 3   just like the other 15 majority-minority
 4   districts, District 37 was sorted on the
 5   basis of race.  Isn't that right, Senator
 6   Kirby?
 7        SENATOR KIRBY:  Repeat your question.
 8        SENATOR McDANIEL:  Just like the other
 9   15 districts that are majority-minority
10   districts, District 37 was sorted on the
11   basis of race.  Isn't that correct, Senator
12   Kirby?
13        SENATOR KIRBY:  No.
14        SENATOR McDANIEL:  All right, I get it.
15   So we have to have 15 districts of 50 plus
16   one, but 50 plus one isn't the target.
17        SENATOR KIRBY:  We don't have a target.
18        SENATOR McDANIEL:  The bottom line here
19   as to every one of these districts' race was
20   the predominant factor in drawing the 15
21   majority-minority districts, wasn't it?
22   Wouldn't it have to be?
23        SENATOR KIRBY:  No.
24        SENATOR McDANIEL:  You want to just go
25   ahead and plead the Fifth?
```

032922 Senate 4/20/2022

```
1          SENATOR KIRBY:  I can do that.

2          SENATOR McDANIEL:  Maybe Tommy could

3    come up here and testify?

4          SENATOR KIRBY:  No, but you're welcome

5    to talk to him later.

6          SENATOR McDANIEL:  I get it.  It's okay.

7          SENATOR KIRBY:  That's why we have an

8    attorney to make sure that we're doing things

9    properly.

10          SENATOR McDANIEL:  Yes, sir, I

11    understand.  I understand.

12          Listen, I don't blame you for a second.

13    I understand.  I really do.  You're a good

14    man and I understand.

15          You said earlier that these maps always

16    end up in court, right?

17          SENATOR KIRBY:  Seems like every time

18    since I've been here.

19          SENATOR McDANIEL:  Yes, sir.  And I

20    think you're right about that.  And that's

21    probably why the attorneys back there, this

22    map is probably going to end up in court one

23    way or the other, correct?

24          SENATOR KIRBY:  Probably one way or the

25    other.  They usually do.
```

032922 Senate 4/20/2022

```
 1        SENATOR McDANIEL:  Okay.  One more quick
 2   question and then we'll move to the
 3   amendments because this could go on forever,
 4   and I don't want to -- I know we're both
 5   getting tired, and I'm sorry.
 6        SENATOR KIRBY:  You're welcome to speak
 7   on it.
 8        SENATOR McDANIEL:  Yes, sir.  Yes, sir,
 9   I will.
10        You mentioned compactness being a really
11   big issue.
12        SENATOR KIRBY:  It is.
13        SENATOR McDANIEL:  In fact, compactness
14   is one of the issues that the Voting Rights
15   Act looks at to determine whether or not a
16   district is permissible.
17        Senator Kirby, if you don't mind, the
18   issue of compactness, I'm looking at District
19   37.
20        SENATOR KIRBY:  Yeah.
21        SENATOR McDANIEL:  You would agree with
22   me that's the least compact district on the
23   entire map, isn't it?
24        SENATOR KIRBY:  No.  No.
25        SENATOR McDANIEL:  From a geographical
```

032922 Senate 4/20/2022

```
 1   standpoint, just based on the eye test, it
 2   looks like 37 is the biggest district on the
 3   map.
 4        Is that not the case?
 5        SENATOR KIRBY:  No.
 6        SENATOR McDANIEL:  Okay.  Maybe we can
 7   take a better look at that later, but it
 8   looks like it is to me.
 9        SENATOR KIRBY:  It may be second or
10   third or fourth.
11        SENATOR McDANIEL:  Okay.  I'll rest
12   my -- I'll reserve questions for the
13   amendments and debate at the proper time.  I
14   appreciate your patience with me, Senator
15   Kirby.
16        SENATOR KIRBY:  Thank you.
17        MR. PRESIDENT:  Thank you, Senator
18   McDaniel.
19        Senator Wiggins, for what purpose, sir?
20        SENATOR WIGGINS:  A few questions.
21        MR. PRESIDENT:  Senator Kirby, will you
22   yield for questions?
23        SENATOR KIRBY:  I yield.
24        MR. PRESIDENT:  Senator Wiggins, you are
25   recognized.
```

032922 Senate 4/20/2022

```
 1          SENATOR WIGGINS:  Thank you, Mr.
 2  President, Chairman Kirby.
 3          With respect to my friend, Senator
 4  McDaniel, I just wanted to ask a couple of
 5  questions on the process.
 6          SENATOR KIRBY:  Yes, sir.
 7          SENATOR WIGGINS:  So the joint committee
 8  was appointed when, last year?
 9          SENATOR KIRBY:  Yeah.  I can't remember
10  the exact month.  June, maybe.
11          SENATOR WIGGINS:  And there were -- and
12  there were hearings all across the state,
13  were there not?
14          SENATOR KIRBY:  We had nine hearings all
15  across the state from the north to the south?
16          SENATOR WIGGINS:  Okay.  And those
17  hearings were open to anybody, correct?
18          SENATOR KIRBY:  That's correct.  And we
19  had them on the internet for people to see as
20  well, those that couldn't make it.
21          SENATOR WIGGINS:  Which if I'm not
22  mistaken, it's probably the first time that's
23  ever been done.
24          SENATOR KIRBY:  It is.
25          SENATOR WIGGINS:  And at those hearings,
```

1    anybody could sign up, correct, to speak to

2    the committee?

3        SENATOR KIRBY:  Anyone that wanted to

4    speak was welcome to speak.  And, we told

5    them at that time, anyone that wants to make

6    any recommendations, do any maps, do anything

7    they want to do, we gave them the number to

8    call and to talk to you and where to submit

9    any information they may have that would

10   help.

11       SENATOR WIGGINS:  And was it not

12   explained that any member of the public in

13   the state of Mississippi could make an

14   appointment with the peer staff to go over

15   and develop maps?

16       SENATOR KIRBY:  That's correct.

17       SENATOR WIGGINS:  So if you're Joe Blow

18   from District 52 -- which by the way, is my

19   district.

20       SENATOR KIRBY:  It's a good one.

21       SENATOR WIGGINS:  You could come up, you

22   can make an appointment, sit down with the

23   staff --

24       SENATOR KIRBY:  Yes.

25       SENATOR WIGGINS:  -- draw your own

032922 Senate 4/20/2022

```
 1   map --
 2        SENATOR KIRBY:  Yes.
 3        SENATOR WIGGINS:  -- provide the
 4   information that you want for that to be
 5   considered; is that right?
 6        SENATOR KIRBY:  That's correct.  Or any
 7   of your constituents, as far as that goes.
 8        SENATOR WIGGINS:  Okay.
 9        SENATOR KIRBY:  Yes.
10        SENATOR WIGGINS:  And those meetings
11   were held in -- and I'm just going off of
12   memory -- Gulfport, Hattiesburg, DeSoto
13   County, Southwest Mississippi, correct?
14        SENATOR KIRBY:  They were.  You left
15   Hattiesburg out and some others, but that's
16   true.  All over the state.
17        SENATOR WIGGINS:  So those meetings were
18   held across the state.  And then at the end
19   of last year, the redistricting committee
20   met, I think in December.
21        SENATOR KIRBY:  That's correct.
22        SENATOR WIGGINS:  Where that was open to
23   the public as well, correct?
24        SENATOR KIRBY:  It was.  And also on TV,
25   if you want to watch it over the internet.
```

032922 Senate 4/20/2022

1          SENATOR WIGGINS:  And also any member of
2     the legislature, correct?
3          SENATOR KIRBY:  That's correct.
4          SENATOR WIGGINS:  Okay.  And that
5     committee actually is formed by, if I'm not
6     mistaken, two members from the congressional
7     districts.  So there's representation
8     throughout the state; is that correct?
9          SENATOR KIRBY:  That's correct.
10          SENATOR WIGGINS:  Both on the House and
11     the Senate?
12          SENATOR KIRBY:  That's correct.
13          SENATOR WIGGINS:  Okay.  And so, then,
14     any member starting in January could go and
15     meet with the peer staff to go over any map
16     that they felt was important.
17          SENATOR KIRBY:  Yes, sir.
18          SENATOR WIGGINS:  And that was four
19     months ago.
20          SENATOR KIRBY:  Yes, sir.
21          SENATOR WIGGINS:  Now, when you're
22     drawing the maps, and I didn't hear this in
23     any of the questions, in addition to the
24     majority-minority, there's other things such
25     as communities of interest, is that correct,

032922 Senate 4/20/2022

```
 1   that you had to look at?
 2        SENATOR KIRBY:  That's right.
 3        SENATOR WIGGINS:  Can you please explain
 4   what that means?
 5        SENATOR KIRBY:  Well, choice of a
 6   candidate.  We tried to draw districts so
 7   that the people in that area would have the
 8   choice of candidate and still comply with the
 9   Voting Rights Act.
10        SENATOR WIGGINS:  But also you had
11   communities of interest that you had to look
12   at, and also you had to -- there's boundaries
13   that you had to recognize; is that right?
14        SENATOR KIRBY:  That's right.
15        SENATOR WIGGINS:  Okay.  And those are
16   all actually dictated by law by precedents
17   that -- years in the making, correct?
18        SENATOR KIRBY:  That's correct.
19        SENATOR WIGGINS:  Okay.  And correct me
20   if I'm wrong, but I don't envy you and the
21   peer staff, but when you move one district,
22   is it safe to say it affects everything else?
23        SENATOR KIRBY:  Well, not everything
24   else, but it affects a lot.
25        SENATOR WIGGINS:  A lot.
```

032922 Senate 4/20/2022

```
 1          SENATOR KIRBY:  You can move one
 2    district in DeSoto County and it can go to
 3    Biloxi.  I mean, it's possible.  When you
 4    start moving districts, then you -- you have
 5    problems.
 6          SENATOR WIGGINS:  So it's not just you
 7    can pick and choose.  It's like if you move
 8    one, you have to address the other things
 9    surrounding it and so forth.
10          SENATOR KIRBY:  All of those and all
11    those that surround them, and so forth and so
12    on.
13          SENATOR WIGGINS:  So let's talk about
14    the populations.
15          So the numbers represent that actually
16    in, let's just say the Delta area, that Delta
17    area lost close to 18 percent of the
18    population, correct?
19          SENATOR KIRBY:  They lost over 65,000
20    people.
21          SENATOR WIGGINS:  65,000 people.  Okay.
22          And then -- and I'll take my area, the
23    Coast, increased population, the bottom three
24    counties, by around 20 percent; is that
25    correct?
```

032922 Senate 4/20/2022

```
1          SENATOR KIRBY:  That's right.
2          SENATOR WIGGINS:  And then the DeSoto
3     County area also grew; is that right?
4          SENATOR KIRBY:  That's correct.
5          SENATOR WIGGINS:  And I seem to recall
6     10 years ago that DeSoto County actually
7     gained a Senate seat because of the
8     population increase.
9          SENATOR KIRBY:  Absolutely, Senator.  If
10    you'll look at the map right now, you see
11    District 1 and District 19, District 2
12    because of that.
13         SENATOR WIGGINS:  And so 10 years ago,
14    the same, I guess, calculations had to be
15    made.
16         SENATOR KIRBY:  That's right.
17         SENATOR WIGGINS:  And there were
18    districts that had to be moved.
19         SENATOR KIRBY:  That's correct.
20         SENATOR WIGGINS:  And that's all a
21    function of the population shifts in the
22    state of Mississippi; is that right?
23         SENATOR KIRBY:  That's right.  And that
24    happens every 10 years, not just 10 years
25    ago.  But I think if you go back in history,
```

032922 Senate 4/20/2022

1    you'll see it every time.

2        SENATOR WIGGINS:  And, again, my friend,

3    Senator McDaniel, talked a lot about

4    majority-minority districts.  If we weren't

5    following the law of that, what would be the

6    ramifications?

7        SENATOR KIRBY:  Well, as I said earlier,

8    what'll happen, you can go to court, the

9    courts rule in their favor, and we'll --

10   courts will draw a map if you could be --

11   well, I don't know if it should be run

12   against your deskmate because that's me --

13   but you might be running against the guy

14   behind you or in front of you or wherever.

15   Yeah, you do not want to run two years in a

16   row.  You do not want the courts drawing a

17   map.

18       SENATOR WIGGINS:  So we put it in the

19   hands of an unelected judiciary appointed by

20   presidents of the United States?

21       SENATOR KIRBY:  Yes.

22       SENATOR WIGGINS:  And, in fact, as I

23   think Senator Bryan who's been a -- familiar

24   with redistricting for a long time, pointed

25   out that the maps that form the basis going

032922 Senate 4/20/2022

```
 1    back years was actually done by the courts;
 2    is that right?
 3         SENATOR KIRBY:  That's correct.
 4         SENATOR WIGGINS:  So we've dealt with
 5    being in front of the courts for years.
 6         SENATOR KIRBY:  That's correct.
 7         SENATOR WIGGINS:  And is it not better
 8    for the legislature to draw our own things?
 9         SENATOR KIRBY:  No doubt about it.  No
10    doubt about it.  And that's why we've made
11    every effort to make sure that what we have
12    will stand up in court.  And we're told that
13    it will.
14         SENATOR WIGGINS:  And we've already seen
15    a couple -- and I think there's actually
16    more -- of states across the country, their
17    redistricting has gone to the Supreme Court
18    and in one way or another, it's been
19    rejected.  Have you seen that?
20         SENATOR KIRBY:  I heard of a statement.
21    I didn't know it was a couple.
22         SENATOR WIGGINS:  Okay.  So have you
23    heard any from the -- let me -- let me ask it
24    this way:  From what the map that you have,
25    based on the experts and the data and the
```

032922 Senate 4/20/2022

```
1    people that you've worked with and the peer
2    committee has worked with, are you satisfied
3    that this map will sustain -- will survive
4    legal scrutiny?
5         SENATOR KIRBY:  I am told that it will
6    by the experts, by the attorneys, by a peer
7    committee, by everyone that should know.  The
8    map experts say this is a good map that
9    should uphold.
10        SENATOR WIGGINS:  And the -- I'm sorry,
11   I lost my train of thought.  If it should go
12   to court, then I guess the point I was making
13   was it would be upheld, this map, because of
14   everything that's been put into it.
15        SENATOR KIRBY:  I'm told that it will.
16   It will.  It will be.
17        SENATOR WIGGINS:  Okay.
18        SENATOR KIRBY:  I feel sure it will be.
19   We made every effort to make sure it would
20   be.  Every effort.
21        SENATOR WIGGINS:  Okay.
22        SENATOR KIRBY:  And that's why we had
23   the experts.  If we were not, we wanted to
24   know.  Whatever we needed to change to have
25   this a solid plan, we wanted to make sure
```

032922 Senate 4/20/2022

```
 1    that it was.
 2         SENATOR WIGGINS:  And just -- my last
 3    question is on the committee that has adopted
 4    this and spent pretty much a year on this,
 5    you had Democrats, you had Republicans, and
 6    you had peer committees.  And you had all
 7    this -- and you had the House and the Senate
 8    members.
 9         SENATOR KIRBY:  Yes.
10         SENATOR WIGGINS:  Okay.
11         SENATOR KIRBY:  Yes.
12         SENATOR WIGGINS:  Speaking of the House,
13    we're talking about a district in the Senate
14    here that I guess two members are going
15    against each other.  But, in fact, there's
16    two in the House plan that are not yet before
17    us, but in the House plan, they've been
18    collapsed as well; is that right?
19         SENATOR KIRBY:  Yes, I think there are
20    eight that are running against each other
21    that are paired in the House.
22         SENATOR WIGGINS:  Okay.  And, in fact,
23    on the House plan, because of the population
24    shifts -- in fact, Harrison County gained a
25    new seat, right?
```

1        SENATOR KIRBY:  I was told it did.  I
2   haven't seen -- I really haven't studied
3   their map.
4        SENATOR WIGGINS:  And I know we're not
5   on that, but I'm making the comparison
6   because --
7        SENATOR KIRBY:  Oh, yeah.
8        SENATOR WIGGINS:  -- it was pointed out
9   in committee yesterday that I think Chairman
10  Beckett said you -- they had to move a House
11  district to compensate down on the Coast in
12  Harrison County.
13       SENATOR KIRBY:  That's right.
14       SENATOR WIGGINS:  So the same thing had
15  to be done, and you had to account for those
16  things?
17       SENATOR KIRBY:  That's right.
18       SENATOR WIGGINS:  Okay.  Well,
19  Mr. Chairman, I appreciate the work that you
20  put into this and the peer committee and
21  everybody else that participated in this.
22  Thank you.
23       SENATOR KIRBY:  Thank you.
24       MR. PRESIDENT:  Senator Wiggins.
25  Senator Sojourner, for what purpose, ma'am?

032922 Senate 4/20/2022

```
 1          SENATOR SOJOURNER:  Just a couple of
 2    questions.
 3          MR. PRESIDENT:  Senator, will you yield
 4    for questions?
 5          SENATOR KIRBY:  I yield.
 6          MR. PRESIDENT:  Senator Sojourner,
 7    you're recognized.
 8          SENATOR SOJOURNER:  Thank you,
 9    Mr. President.  Thank you, Chairman Kirby.
10    And I promise to keep this much shorter.
11          I just want to -- a couple of things.  I
12    remember I met with you and Mr. Booth a few
13    weeks back when you, you know, allowed us to
14    come over and look at the current district
15    that we previously ran under.
16          SENATOR KIRBY:  That's right.
17          SENATOR SOJOURNER:  What the changes
18    were and if we had any suggestions.
19          SENATOR KIRBY:  Correct.
20          SENATOR SOJOURNER:  At that time, in the
21    district I currently ran under, y'all showed
22    me that I moved from 34 percent BVAP to 37.6
23    percent BVAP.
24          SENATOR KIRBY:  Well, that was -- what
25    we showed you, we hadn't changed the map.
```

032922 Senate 4/20/2022

```
 1          SENATOR SOJOURNER:  That's what I'm --
 2          SENATOR KIRBY:  We were just looking at
 3     your --
 4          SENATOR SOJOURNER:  That's right.
 5          SENATOR KIRBY:  -- existing district.
 6          SENATOR SOJOURNER:  That's right.  In
 7     the existing district --
 8          SENATOR KIRBY:  And asked you for your
 9     wish list at that time.
10          SENATOR SOJOURNER:  That's right.
11          SENATOR KIRBY:  And what could we do.
12          SENATOR SOJOURNER:  Yeah.  The point I'm
13     trying to make here is that in the current
14     district I ran in, not your new proposed
15     district, that the BVAP went from 34 to 37.6
16     in those boundaries.
17          SENATOR KIRBY:  That's what I
18     understand.
19          SENATOR SOJOURNER:  And also it's
20     important to know that those numbers were
21     within the population deviation that is
22     required.
23          SENATOR KIRBY:  That's right.
24          SENATOR SOJOURNER:  Okay.  And my
25     comment was, "Well, if that's the case, then
```

032922 Senate 4/20/2022

 1    I would like to not change."
 2         SENATOR KIRBY:  And I understand that.
 3         SENATOR SOJOURNER:  However --
 4         SENATOR KIRBY:  And we had probably 10,
 5    15, no more than that that said the same
 6    thing.  "My district is perfect.  I don't
 7    need to change my district.  Just leave it
 8    like it is."
 9         SENATOR SOJOURNER:  But do you remember
10    me also stating to you and Mr. Booth, that I
11    understood that some population changes to my
12    north and south may require me to change
13    marginally?  I wanted to do it without moving
14    my numbers greatly.  Do you remember that?
15         SENATOR KIRBY:  I do not, but that's
16    because I've talked to 52 Senators, and I've
17    talked to some of them as many as five times
18    over there.
19         SENATOR SOJOURNER:  I understand.
20         SENATOR KIRBY:  So I can't remember
21    everything everyone said.
22         SENATOR SOJOURNER:  And that's why I
23    wanted to clarify it before you today.
24         Just a couple of other quick things.
25         You stated previously that District 37

1   for a while has been one of the weakest

2   Republican-held districts in the state.

3         SENATOR KIRBY:  Based on the elections.

4         SENATOR SOJOURNER:  Not based on --

5         SENATOR KIRBY:  Based on elections

6   they've had 36, 37 out of the last 44 years.

7         SENATOR SOJOURNER:  So let's talk about

8   that.  What do you think statistically makes

9   a weak Republican district?

10         SENATOR KIRBY:  Well, I would think that

11   the -- make a weak one would be -- being in a

12   majority-minority district would make it

13   weaker.  Also, having a candidate that people

14   don't like, I guess, would make it weak.  I

15   don't know.  There's lots of reasons that a

16   district could be weak.

17         SENATOR SOJOURNER:  Because it is true,

18   we do have districts in the state where

19   Republicans win at 40 percent.  We have

20   several of those.

21         SENATOR KIRBY:  Yes.

22         SENATOR SOJOURNER:  There are members in

23   this chamber at 40 percent plus BVAP and win

24   as Republicans.

25         So statistically, it is not one of the

032922 Senate 4/20/2022

 1   weakest Republican.

 2        SENATOR KIRBY:  Well, I don't know what

 3   that says other than 37 of the last 44 years

 4   that one --

 5        SENATOR SOJOURNER:  Would you say with

 6   me, though, that the previous Democrat that

 7   held the seat was in office for nearly 40

 8   years, and I think we all will agree was a

 9   holdover from the old Democrat train of

10   thought?  We'll leave that there.

11        SENATOR KIRBY:  Yeah, you don't want me

12   commenting on that one.

13        SENATOR SOJOURNER:  No, I --

14        SENATOR KIRBY:  You don't want to say

15   that.

16        SENATOR SOJOURNER:  He was an

17   institution in himself.

18        SENATOR KIRBY:  You don't want me to

19   give you the answer to that.

20        SENATOR SOJOURNER:  I will -- he was an

21   institution in himself.  I am strictly

22   speaking to the statistical data that 37 is

23   not one of the weakest Republican districts

24   in the state.

25        I'll move on.  I've got two more

032922 Senate 4/20/2022

```
 1   questions.
 2        You stated a moment ago that the Delta
 3   had lost 65,000 people in population.
 4        SENATOR KIRBY:  I think it's over 65.
 5        SENATOR SOJOURNER:  So that is a little
 6   greater than a Senate district.
 7        SENATOR KIRBY:  Yes.
 8        SENATOR SOJOURNER:  So one would think
 9   if there was a need to collapse a district in
10   the state, then it would probably occur in
11   the area of the state where we lost 65,000
12   people.  Why was that not considered?
13        SENATOR KIRBY:  I thought that's what we
14   did.
15        SENATOR SOJOURNER:  District 37 is not
16   in the Delta.
17        SENATOR KIRBY:  I'm sorry.  It's a river
18   county.
19        SENATOR SOJOURNER:  Well, there's a
20   difference in the Delta and the river
21   counties.  And the Delta lost 65.
22        SENATOR KIRBY:  I can't remember.  I
23   don't have the numbers here.  But have you --
24   well, okay.  Go ahead.
25        SENATOR SOJOURNER:  So the Delta lost
```

1   65,000.

2        SENATOR KIRBY:  That's right.

3        SENATOR SOJOURNER:  But it was not

4   considered to collapse the district in the

5   Delta.

6        SENATOR KIRBY:  Again, we were going by

7   Section 2 Voting Rights Act and the numbers

8   and we had to retain the 15.  And if you'll

9   notice, most of those are.

10       SENATOR SOJOURNER:  Would you agree with

11  me that sitting in this particular seat might

12  could be a curse a lot of times?

13       SENATOR KIRBY:  Maybe.

14       SENATOR SOJOURNER:  However, for today's

15  debate, it has allowed me to participate in

16  the hearing range of a lot of conversations.

17       Legal counsel -- Senator Kirby, I'm

18  asking you if this is correct.  Legal counsel

19  repeatedly at times today has come to you and

20  said there was no target, that we only looked

21  at race to comply with Section 2.

22       Is that the advice that you received

23  multiple times today from counsel?

24       SENATOR KIRBY:  He told me -- he said

25  there -- absolutely, there was no target, but

032922 Senate 4/20/2022

1    we have to comply with Section 2 of the
2    Voting Rights Act and give the people their
3    choice of candidates.
4          SENATOR SOJOURNER:  And that you had to
5    look at race to comply was the advice that
6    counsel has given.
7          SENATOR KIRBY:  I think that would be
8    important.
9          SENATOR SOJOURNER:  The right -- I'm
10   just asking, that's what counsel has said --
11         SENATOR KIRBY:  Okay.
12         SENATOR SOJOURNER:  -- several times to
13   you today.
14         My last question.  Senator Wiggins
15   mentioned the House plan.  It is true that
16   they did collapse a district that involves a
17   Republican.  Do you know why that was done?
18         SENATOR KIRBY:  I did not draw the --
19         SENATOR SOJOURNER:  It was done because
20   that Republican told the Speaker he was not
21   running for office again.
22         I'll leave my further questions for a
23   later time.  Thank you for your time.
24         SENATOR KIRBY:  Thank you.
25         If no further questions, ready for

032922 Senate 4/20/2022

```
 1   amendments.
 2        MR. PRESIDENT:  One moment, please,
 3   Senator.  I think we have two.
 4        Senator McDaniel, you're recognized for
 5   what purpose, sir?
 6        SENATOR McDANIEL:  Couple of follow-ups,
 7   Mr. President.
 8        MR. PRESIDENT:  Will you yield, Senator?
 9        SENATOR KIRBY:  Yes, sir.
10        SENATOR McDANIEL:  Thank you,
11   Mr. President.
12        MR. PRESIDENT:  Senator McDaniel is
13   recognized.
14        SENATOR McDANIEL:  Mr. Chairman, Senator
15   Wiggins earlier was discussing the
16   possibility that litigation could be
17   forthcoming, but we already established that
18   litigation is more than likely going to
19   happen in any event, correct?
20        SENATOR KIRBY:  Well, I think the point
21   was that we're probably going to have
22   litigation and his question was, do we have a
23   plan that will hold up in court and so the
24   courts don't have to draw the map.  And I
25   agreed with him on that, that we do have.
```

032922 Senate 4/20/2022

```
 1          SENATOR McDANIEL:  Ten years ago, they
 2    told us we had a plan that would hold up in
 3    court and that didn't work out too well, did
 4    it?
 5          SENATOR KIRBY:  Well, 10 years ago, I'm
 6    not sure about 10 years ago.  Twenty years
 7    ago.
 8          Okay.  Since I wasn't involved in that,
 9    I needed to ask.  And the answer to that is
10    10 years ago, it did hold up in court, our
11    plan.
12          SENATOR McDANIEL:  Right.  But --
13          SENATOR KIRBY:  Ultimately, it did.
14          SENATOR McDANIEL:  The litigation
15    stands.
16          SENATOR KIRBY:  Yeah.
17          SENATOR McDANIEL:  When Senator Clark's
18    District 22 was challenged, those changes
19    were made as the result of litigation,
20    correct?
21          SENATOR KIRBY:  That's correct.
22          SENATOR McDANIEL:  So just a point.
23    Legal counsel told us then it was going to be
24    okay, too, but it still wasn't.  And that
25    goes to show the ebb and the flow of this
```

032922 Senate 4/20/2022

1   area of law.

2        SENATOR KIRBY:  Yeah.

3        SENATOR McDANIEL:  Now, to my next

4   point, we don't have to go through the

5   preclearance requirement ever again.  And the

6   reason for that is the Supreme Court has

7   invalidated that part of the Voting Rights

8   Act.  So we don't have to worry about justice

9   vetting our map, do we?  That's correct,

10  isn't it?

11       SENATOR KIRBY:  I'm not sure about that.

12       SENATOR McDANIEL:  I will represent to

13  you that it is correct.  So the concerns of

14  somehow this map is going to find its way in

15  a long battle that could somehow impact every

16  single district is very, very unlikely

17  because the Justice Department is no longer

18  requiring a pre-clearance issue.

19       And just lastly --

20       SENATOR KIRBY:  I think we have a very

21  solid plan that will hold up in court.

22       SENATOR McDANIEL:  Yes, sir.  I think

23  there's going to be quite a few amendments

24  that might actually improve that plan in

25  court, and I plan to offer them here in just

032922 Senate 4/20/2022

```
 1   a bit.  Thank you.
 2        SENATOR KIRBY:  Thank you.
 3        MR. PRESIDENT:  Okay, thank you, Senator
 4   McDaniel.
 5        Senator Parker, for what purpose, sir?
 6        SENATOR PARKER:  Just a few questions.
 7        MR. PRESIDENT:  Senator Kirby, will you
 8   yield for questions?
 9        SENATOR KIRBY:  Yes, sir.
10        MR. PRESIDENT:  Senator Parker is
11   recognized.
12        SENATOR PARKER:  Thank you, Mr.
13   President and thank you, Mr. Chairman on
14   this.  I appreciate your help.
15        And last time I was not here when we
16   took this vote.  But I just want to kind of
17   share kind of -- just kind of my personal
18   observation.  I had the opportunity to serve
19   with you on the redistricting committee on
20   this.
21        SENATOR KIRBY:  And I appreciate your
22   help.
23        SENATOR PARKER:  And after we got the
24   map a few days ago in a printout form, I hung
25   it up on the wall in my office, and I've had
```

032922 Senate 4/20/2022

```
 1    a few people come in, just to give an idea of
 2    what the process is like.  And they've come
 3    in and they've looked at the map.  And what
 4    I've found is that everyone, when they come
 5    in and look at the map, their eyes
 6    immediately go to their area.  So when I look
 7    at the map, my eyes go to DeSoto County.
 8    When someone from the Coast looks at it,
 9    their eyes go there.  So I think it's a
10    natural kind of thing.
11         So as you go through this process, it's
12    very difficult because it's easy to
13    understand your area, but you have to be
14    looking at the map as a whole.
15         SENATOR KIRBY:  That's correct.
16         SENATOR PARKER:  When I first ran for
17    office, I ran in a special election.  There
18    was some redistricting that had been done,
19    but had not been applied yet.  And so -- are
20    you aware that when I first ran for office,
21    the population of the district that I was
22    running to serve was over 100,000 people at
23    that time?  Would that surprise you?
24         SENATOR KIRBY:  Not in DeSoto County,
25    no, sir.  It's one of the fastest growing
```

```
 1   counties, if not the fastest, in the state.
 2        SENATOR PARKER:  And so shortly after I
 3   was elected, the map that a previous body had
 4   voted on went into effect.  And a good
 5   portion of my district was changed and a new
 6   district was added up in DeSoto County.
 7        SENATOR KIRBY:  That's correct.
 8        SENATOR PARKER:  And so as a result of
 9   that, at the next election, DeSoto County
10   added, basically, a third senator that
11   touched that district.  That was one of my
12   colleagues, Senator Blackwell.
13        And so as we've gone through the process
14   this time, DeSoto County has again grown, and
15   from the maps I've seen here, it looks like
16   this time there will now be four Senators
17   that touched DeSoto County.
18        And so my point on this is that the
19   reason we go through the process of
20   redistricting is that as population shifts
21   occur throughout the state, the reason to
22   redistrict is driven by the fact that in the
23   Senate we have 52 senators, and our goal is
24   to try to have each one of us 52 senators
25   represent the same number of people.
```

032922 Senate 4/20/2022

```
 1    Wouldn't that be a correct --
 2         SENATOR KIRBY:  As close as possible.
 3    It has to be as close as possible.
 4         SENATOR PARKER:  And, to that point, if
 5    you have DeSoto adding a number of people or
 6    the Coast or Rankin County adding, you have
 7    to find a way to navigate that; is that
 8    correct?
 9         SENATOR KIRBY:  That's a true statement.
10         SENATOR PARKER:  And so as you look at
11    just the district map in the northern part,
12    which is, again, the part I understand, and
13    you look and you see in your new proposed
14    map, you know, where number one is and number
15    two is and number three is, those numbers,
16    there's a 19 up there in that area.
17         SENATOR KIRBY:  Yes, sir.
18         SENATOR PARKER:  So my understanding of
19    that is at some point in time for a 19 to pop
20    up in the area where all the ones, twos, and
21    threes are, the 19 had to have come from
22    somewhere.  Is that a correct --
23         SENATOR KIRBY:  That came from -- that
24    was Senator Tim Johnson, a Republican.  And
25    if you'll notice, Senator, while you're
```

1   looking at the maps, all the way down, you --
2   I mean, the one north of me, I'm 30.  The one
3   north of me just touching mine is 20.  The
4   one right above him is 25.  So over the
5   years, they've done that.  And that's because
6   of population shifts.  That's population --
7       SENATOR PARKER:  And to your point on
8   that, when we get to the very kind of most
9   southern, southeastern kind of tip over
10  there, that's where the 51s and 52s are.  I
11  can't see from here, but I think --
12      SENATOR KIRBY:  Yes.
13      SENATOR PARKER:  And the only reason I
14  bring this up is to just share that with
15  people, because I've gotten a number of
16  e-mails from people who have asked me why do
17  we do redistricting?  Why are we doing this?
18  Do we have to do this?  And I just wanted to
19  bring that to the attention of the body here.
20      And so in my role in serving on this
21  committee, I want to share with the body that
22  before the ability to go over to peer was
23  available, I started at home to do some work
24  and look at numbers and look at things like
25  that and come up with some ideas. And then as

032922 Senate 4/20/2022

1    that ability became apparent, I was able

2    to -- over to peer many, many times on my

3    own.  I met with the staff over there.  I

4    worked to prepare different maps, and I tried

5    to look at different areas of the state.  And

6    I had the opportunity, too, to go over with

7    you and do the same.  And I found it most

8    difficult on my part to do areas of the state

9    that I don't represent.

10        And so, from the makeup of the committee

11   standpoint, I'm very happy that the

12   lieutenant governor put people geographically

13   from across the state on the committee.

14   Because what I found was that some of the

15   things that anecdotally I might think the

16   Coast might want, you know, someone from the

17   Coast who understands that area and

18   understood a little bit more.

19        And so, again, my questions are just to

20   kind of bring more attention to the process

21   of this.  And I just want to share that I

22   appreciate your time and effort on this, and

23   that there were a number of meetings, there

24   were a number of things that we worked with

25   individuals, collectively to try to move

032922 Senate 4/20/2022

1    this forward. Yeah, and this process is not a
2    personal process.
3        And I do want to mention one last thing
4    here.  Just -- this is a personal comment,
5    but there was a mention earlier that a
6    previous senator had been a holdover from a
7    different time.  And that holdover was my
8    deskmate for four years.  And sat over here,
9    was not in the same party with me, and to
10   hear that word for a member of this body is
11   very disheartening to me, but I appreciate
12   your work.
13       SENATOR KIRBY:  Well, thank you.  And,
14   Senator, you reminded me of something.  None
15   of us have a district.  The districts belong
16   to the people, and that's exactly what you're
17   saying.
18       MR. PRESIDENT:  Thank you, Senator
19   Parker.
20       Senator Chism, for what purpose, ma'am?
21       SENATOR CHISM:  Friendly question,
22   Mr. President.
23       MR. PRESIDENT:  Will you yield for a
24   question, Senator Kirby?
25       SENATOR KIRBY:  Yes, I yield.

032922 Senate 4/20/2022

```
 1          SENATOR CHISM:  Thank you.  It's a very
 2     friendly question.  Just a couple questions
 3     that I have.  I've never been through this
 4     process.
 5          Once you had this map finished, then it
 6     was sent to the lawyers; is that correct?
 7          SENATOR KIRBY:  Yes.
 8          SENATOR CHISM:  Can you tell me what
 9     date it was sent to the lawyers?
10          SENATOR KIRBY:  I don't know the date,
11     but it was at least three weeks ago?
12          SENATOR CHISM:  If it was three weeks
13     ago -- I would really like to have the date,
14     because if it was three weeks ago, we're
15     looking at March somewhere around the 8th.
16     Is this correct?
17          SENATOR KIRBY:  Probably.  I probably
18     could go back on my calendar and see.  But I
19     was say it was at least three weeks ago.
20          SENATOR CHISM:  Okay.  I really would
21     like to have a date.  But once it's sent to
22     the lawyers, then this map has not been
23     changed, has it?  It's just like it was when
24     it was sent to the lawyers.
25          SENATOR KIRBY:  No, I actually changed
```

032922 Senate 4/20/2022

```
 1    one precinct in a minority district.
 2         SENATOR CHISM:  And could you tell me
 3    which precinct that was?
 4         SENATOR KIRBY:  I can't think of the
 5    name of it.  The district number was 21.  It
 6    was Senator Blackmon's district.  I needed
 7    to -- what happened was when they printed the
 8    map, they made a mistake, so we corrected it.
 9         SENATOR CHISM:  So it was District 21?
10         SENATOR KIRBY:  Yeah.
11         SENATOR CHISM:  And that was the only
12    one.
13         I really would like for the lawyers or
14    whoever to tell me when -- when this map was
15    sent over there before I carry on with the
16    rest of my questioning.
17         SENATOR KIRBY:  Do you know the date?
18         SENATOR CHISM:  Surely they have that.
19         SENATOR KIRBY:  He'd have to look up the
20    date.  He doesn't have the date with him, but
21    he said I was approximately correct.
22         SENATOR CHISM:  So we're going to say
23    approximately March the 8th?
24         SENATOR KIRBY:  Approximately, yes.
25         SENATOR CHISM:  Okay.
```

032922 Senate 4/20/2022

```
 1        SENATOR KIRBY:  I can't give you the
 2   exact date.  When we thought it was ready,
 3   then we released it to them.
 4        SENATOR CHISM:  Okay.  I went over and
 5   met with you over there and let you know
 6   where I would like for my district to be,
 7   which I'm very happy with my district that
 8   you have given to me.
 9        SENATOR KIRBY:  Thank you.
10        SENATOR CHISM:  If I had my druthers, I
11   would probably -- well, I know for sure, I
12   would keep the constituents I had because
13   they're close to me.
14        SENATOR KIRBY:  Sure.
15        SENATOR CHISM:  A lot of them are
16   family.
17        SENATOR KIRBY:  I feel the same way.
18        SENATOR CHISM:  But I understand.  I
19   understand, and I'm happy with my district,
20   and I appreciate all your hard work.
21        SENATOR KIRBY:  Well, thank you.  And I
22   feel the same way you do about my district.
23   I've gained some and lost some that I really
24   didn't want to.  But, like I say, every
25   district --
```

```
 1          SENATOR CHISM:  Absolutely.
 2          SENATOR KIRBY:  -- except Rita Parks',
 3     Senator Parks' did not change.
 4          SENATOR CHISM:  But I would like to say
 5     this.  I just want this said for the record.
 6     This map was sent over, and there's a lot of
 7     circulation going around that before we voted
 8     on the 1509 bill that it was --
 9          SENATOR KIRBY:  I can answer that.  It
10     was sent over there before that --
11          SENATOR CHISM:  It was sent before that
12     date?
13          SENATOR KIRBY:  It was sent before that
14     date.
15          SENATOR CHISM:  That's what I'm looking
16     for.
17          SENATOR KIRBY:  That, I can tell you.
18          SENATOR CHISM:  Okay.  That's what I'm
19     looking for.
20          SENATOR KIRBY:  Because I kept hearing
21     that, too, and I'm telling (inaudible), we've
22     already sent the maps over.  No.
23          SENATOR CHISM:  Okay.  The map was sent
24     over before we voted on 1509, the vaccine
25     bill.
```

032922 Senate 4/20/2022

```
 1          SENATOR KIRBY:  That's it.
 2          SENATOR CHISM:  Thank you.
 3          And you'll testify to that?
 4          SENATOR KIRBY:  Yes.
 5          SENATOR CHISM:  Thank you.
 6          Okay.  This is the point that I'm trying
 7     to make, and it's a friendly point.  I went
 8     back over there on March the 10th, and that's
 9     when I was shown my proposed map --
10          SENATOR KIRBY:  Right.
11          SENATOR CHISM:  -- that was going to be
12     shown here two days ago.
13          SENATOR KIRBY:  Yeah.  That's probably
14     true.  Because we were -- you'd asked to see
15     it, number one, to show it to you, and that's
16     what we had already done.
17          SENATOR CHISM:  That's right.
18          SENATOR KIRBY:  And if you had a major
19     problem, then we wanted to know it.
20          SENATOR CHISM:  That's right.
21          SENATOR KIRBY:  Yes.
22          SENATOR CHISM:  Okay.  I have a picture
23     of my map that day.
24          SENATOR KIRBY:  Good.
25          SENATOR CHISM:  And on -- thank you.
```

032922 Senate 4/20/2022

1   And on that picture, I still had Ingomar, but

2   I did not have districts in Marshall County.

3   And two days ago when I saw this map, now I

4   don't have Ingomar, but I have three boxes in

5   Holly Springs or in Marshall County that I

6   didn't have on the 10th.  And I just want to

7   make a point that the map was changed after

8   March the 9th when we had the vote on the

9   1509 bill, the vaccine.

10      SENATOR KIRBY:  Well, how many times did

11  you go over there, Senator?

12      SENATOR CHISM:  How many times what?

13      SENATOR KIRBY:  Did you go over to peer?

14      SENATOR CHISM:  Two times.

15      SENATOR KIRBY:  Are you sure that map

16  wasn't from the first time?

17      SENATOR CHISM:  The first time I went

18  over was to tell you what I'd like to have.

19      The second time I went over was to show

20  me what my district was going to be, which

21  was -- I have a picture of it on my phone.

22  And I know that's good.  So on my phone, the

23  picture I have does not correspond with that

24  picture.

25      SENATOR KIRBY:  I don't have an

032922 Senate 4/20/2022

```
 1    explanation for that other than we worked on
 2    that map several times, and you may have been
 3    looking at one that wasn't the latest.
 4         SENATOR CHISM:  Well, I understand that.
 5    I was just wanting to know if that map had
 6    been changed after it went to the lawyers,
 7    which was before --
 8         SENATOR KIRBY:  Your district did not
 9    change.
10         SENATOR CHISM:  -- March the 10th.
11         SENATOR KIRBY:  Your district did not
12    change after that.
13         SENATOR CHISM:  But it did, mine did.
14    And I have proof on my phone.  I have a
15    picture on March the 10th --
16         SENATOR KIRBY:  Well, it may, and you
17    may have proof of a map, but it probably --
18    like I say, we worked the map several times,
19    and what you were looking at maybe was not
20    the most current one we had.
21         SENATOR CHISM:  Well, I guess I need to
22    go have eye surgery again or something.  I
23    don't know.  But it's different.  It was
24    changed.  And that's the only point I wanted
25    to make that it had been changed after the
```

032922 Senate 4/20/2022

```
 1   map went to the lawyers.  Thank you.
 2        SENATOR KIRBY:  All right.  We turned
 3   those maps -- I can't even tell you how many
 4   plans we had.  So it may be that it wasn't
 5   the latest of the plan at that time.  I don't
 6   know.  But I know that that was sent to the
 7   attorneys before that vote.
 8        SENATOR CHISM:  Thank you.
 9        SENATOR KIRBY:  Okay.  Thank you.
10        MR. PRESIDENT:  Thank you, Senator
11   Chism.
12        Senator Norwood, for what purpose, sir?
13        SENATOR NORWOOD:  Thank you,
14   Mr. President.  President, at the appropriate
15   time, I'd like an introduction out of order
16   at the appropriate time.
17        MR. PRESIDENT:  That will be good so he
18   can catch his breath here.
19        Please proceed, Senator Norwood.
20        (Introduction.)
21        MR. PRESIDENT:  All right.  We have
22   Senator Sojourner.  For what purpose, ma'am?
23        SENATOR SOJOURNER:  Just one follow up.
24        MR. PRESIDENT:  Okay.  Please proceed,
25   and I'll get to you Senator Parker next.
```

032922 Senate 4/20/2022

```
 1   Thank you very much.
 2        Senator Sojourner, you're recognized for
 3   what purpose, ma'am?
 4        SENATOR SOJOURNER:  Thank you,
 5   Mr. President.  Thank you, Chairman Kirby.
 6   Just one follow up.
 7        I know you mentioned earlier that the
 8   maps had gone to the lawyers and had, you
 9   know, been cleared.  You previously mentioned
10   that you would not support a map that had not
11   been cleared; is that correct?  That had not
12   gone to the lawyers?
13        SENATOR KIRBY:  That's right, yes.
14        SENATOR SOJOURNER:  Okay.  But according
15   to the line of questioning of Senator Chism,
16   it sounds like that it is very likely, or it
17   is likely that the map that went to the
18   lawyers has changed because of what's
19   presented on the floor was not the
20   previous -- so my question is, then this map
21   has not been cleared by your lawyers?
22        SENATOR KIRBY:  This map has been
23   cleared.
24        SENATOR SOJOURNER:  Even if a senator on
25   this floor has a picture of her district
```

1   that --
2        SENATOR KIRBY:  Well, as I told her, she
3   probably didn't have the most current map,
4   which was a mistake on our part.  But it
5   didn't really -- I'm going to try to cut
6   y'all's questions a little short.  The
7   lieutenant governor, nor me, nor anyone else,
8   none of us, changed anything because of that
9   vote.
10       SENATOR SOJOURNER:  Oh, yes, sir.  I'm
11  not concerned with that.  Yes, sir.  I do
12  think for legal, it's very, very important
13  that we do get the exact date that this map
14  was voted on.
15       SENATOR KIRBY:  Why would that matter?
16  If it doesn't matter --
17       SENATOR SOJOURNER:  Well, it would
18  matter if it's changed.
19       SENATOR KIRBY:  Okay.  Well --
20       SENATOR SOJOURNER:  Thank you.
21       MR. PRESIDENT:  Senator Parker, for what
22  purpose?  Thank you, Senator.  Senator
23  Parker?
24       SENATOR PARKER:  Sorry, Mr. President, I
25  was trying to catch you for an introduction

032922 Senate 4/20/2022

```
 1   at the appropriate time.
 2        MR. PRESIDENT:  Please proceed.
 3        (Introduction.)
 4        MR. PRESIDENT:  Okay.  We're at Senator
 5   McMahon.
 6        SENATOR McMAHON:  A question.
 7        MR. PRESIDENT:  Will you yield for a
 8   question, Senator Kirby?
 9        SENATOR KIRBY:  Yes, sir.
10        MR. PRESIDENT:  Senator McMahon, you're
11   recognized.
12        SENATOR McMAHON:  Senator Kirby, thanks
13   for your work on this.  I appreciate you and
14   the committee going all over the state for
15   almost a year getting public input.
16        I actually attended the public hearing
17   in Tupelo.
18        SENATOR KIRBY:  You did?
19        SENATOR McMAHON:  Yeah, I appreciate it.
20   Y'all took a lot of questions from
21   different -- from different groups and
22   individuals and I appreciate that.
23        For the record, you know, there's --
24   does Delbert Hosemann have a -- does the
25   lieutenant governor have a vote in this room?
```

032922 Senate 4/20/2022

```
 1        SENATOR KIRBY:  No, sir.
 2        SENATOR McMAHON:  Except unless the
 3   chambers have a tie.
 4        SENATOR KIRBY:  In case of a tie.
 5        SENATOR McMAHON:  Unless we're in a tie,
 6   right?
 7        SENATOR KIRBY:  That's right.
 8        SENATOR McMAHON:  Does the lieutenant
 9   governor have a vote on the committee?
10        SENATOR KIRBY:  Does not.
11        SENATOR McMAHON:  Were you in any way
12   coerced to change a map or do anything?
13        SENATOR KIRBY:  No.
14        SENATOR McMAHON:  Okay.  There's a
15   notion that the lieutenant governor has taken
16   reciprocity or has been angry with people,
17   and that's the furthest thing from the truth,
18   wouldn't you agree?
19        SENATOR KIRBY:  I agree.  I agree.
20        SENATOR McMAHON:  As a matter of fact,
21   the only thing that I have experienced with
22   him is after we took the vote that another
23   senator mentioned, he came over to my house
24   two days later and we cooked hamburgers.
25   And, to be quite honest with you, he took the
```

032922 Senate 4/20/2022

```
 1   bigger burger, so I don't even know if he
 2   realized he got the larger burger.  I wanted
 3   that one myself.
 4        But the lieutenant governor is a man of
 5   integrity, and I just want to state for the
 6   record in no way have you been coerced in any
 7   way, have you?
 8        SENATOR KIRBY:  No.
 9        SENATOR McMAHON:  Okay.  My district map
10   changed as well, and you took my
11   consideration, but I didn't get the map that
12   I wanted, I got the map that was convenient
13   for everyone else.  Would you agree?
14        SENATOR KIRBY:  I agree with that.  Same
15   with me.
16        SENATOR McMAHON:  Senator Kirby, I
17   really appreciate your work.  I know this is
18   not easy, and it cannot be an easy process.
19   I'm glad I was not on that committee, but
20   thank you for your work, and I appreciate the
21   committee's work.  And I appreciate y'all --
22   the transparency, and that you took an entire
23   year to go all over the state.
24        SENATOR KIRBY:  Thank you.
25        SENATOR McMAHON:  Thank you.
```

032922 Senate 4/20/2022

1        MR. PRESIDENT:  Okay, seeing no further
2    questions.  Thank you, Senator McMahon.
3        Senator Simmons, you're recognized for
4    an amendment.
5        SENATOR SIMMONS:  May I proceed,
6    Mr. President?
7        MR. PRESIDENT:  Yes, please proceed,
8    Senator Simmons.
9        SENATOR SIMMONS:  Thank you,
10   Mr. President.  Thank you, Senator Kirby for
11   your work on this joint resolution.
12        This is a Senate alternative to the map
13   just presented by Senator Kirby.  And it's
14   illustrated on your screens as well, also on
15   the side over here.
16        And what I will say about this map is
17   that we received input from several advocacy
18   groups and community groups that are
19   concerned that black Mississippians are
20   vastly underrepresented in the State Senate.
21   In fact, the map that is on your screen, and
22   also as I indicated that is actually
23   illustrated over here, is proof that there
24   can be an additional four majority-minority
25   districts in the State Senate.  And I can

032922 Senate 4/20/2022

1    tell you by talking to Senate Democrats, they

2    have even sacrificed their individual

3    interests to put forth a map that more

4    accurately reflects the state's population

5    and comply with the U.S. Constitution and the

6    Voting Rights Act.  And so there are a lot of

7    Senate Democrats based upon the map that's

8    before you who do not even like their

9    individual districts.

10        A map that maintains the status quo

11   simply dilutes black voting strength in

12   Mississippi.

13        Mr. President, I yield the podium, and I

14   ask for adoption of the amendment.

15        MR. PRESIDENT:  Senator Kirby, you're

16   recognized to respond.

17        SENATOR KIRBY:  Thank you, Mr.

18   President, ladies and gentlemen of the

19   Senate, as you can see, this is not a map

20   that this state needs.  I don't know what

21   kind of test it's been through or anything

22   else.  So I am going to ask that you vote

23   against the amendment.

24        MR. PRESIDENT:  Okay.  We have an

25   amendment on the floor.  All in favor signify

032922 Senate 4/20/2022

```
 1   by saying "Aye."

 2        (Aye.)

 3        MR. PRESIDENT:  Opposed, "No."

 4        (No.)

 5        MR. PRESIDENT:  The "Noes" have it.

 6        Okay.  We're on -- any other amendments,

 7   Mr. Clerk?

 8        MR. CLERK:  We have four.

 9        MR. PRESIDENT:  One moment, please.

10   Okay.  Are we on the screen, sir?  Okay.

11        Senator McDaniel, you're recognized for

12   an amendment.  Amendment Number 2.

13        SENATOR McDANIEL:  Thank you,

14   Mr. President.  They are in the process of

15   displaying it as we speak.  I guess while

16   that's occurring, I'd be asked to be

17   recognized to explain the amendment.

18        MR. PRESIDENT:  Senator McDaniel, you're

19   recognized to explain the amendment.

20        SENATOR McDANIEL:  Thank you,

21   Mr. President.

22        What we see there is a possibility that

23   we were told could not exist.  And what this

24   possibility does, it restores in part

25   District 37 and brings the BVAP down to 49 --
```

032922 Senate 4/20/2022

```
 1    or 46.9 percent.  The other changes are
 2    minimal.  The only BVAP changes would involve
 3    District 39, a three point increase in BVAP
 4    to 31 percent.  District 35 will stay the
 5    same.  And 41 would increase only by two
 6    percentage points.  Everything else remains
 7    the same.
 8         Here's the distinction.  Senator
 9    Sojourner would share the district with
10    Senator Kelvin Butler with a BVAP that's not
11    sorted by race and gives each candidate a
12    chance to be successful.  That's precisely
13    what the Voting Rights Act demands, is a
14    chance to be successful.
15         That's, basically, what the amendment
16    does.
17         I'm open for questions, Mr. President,
18    whenever someone has one.
19         MR. PRESIDENT:  Any questions for
20    Senator McDaniel on the amendment?  Any
21    questions.  One moment, please.
22         Senator Simmons, for what purpose, sir?
23         SENATOR SIMMONS:  One question,
24    Mr. President.
25         MR. PRESIDENT:  Will you yield, Senator
```

032922 Senate 4/20/2022

1    McDaniel?

2         SENATOR McDANIEL:  Yes, Mr. President.

3         MR. PRESIDENT:  Senator Simmons, you're

4    recognized.

5         SENATOR SIMMONS:  Thank you,

6    Mr. President.

7         Senator, could you explain what happened

8    in the Delta with your map?

9         SENATOR McDANIEL:  Yes, sir.  There's

10   not going to be substantial changes at all,

11   if any, up there.  Basically, what happens,

12   it takes 37, and 37, that is Sojourner and

13   Senator Kelvin Butler, are now unified in 37

14   with a BVAP that at least gives both parties

15   a fighting chance.  In other words, it's not

16   sorted heavily on race.  It still puts her at

17   over 46 percent, but it makes the district

18   fair for the purposes of the Voting Rights

19   Act.

20        SENATOR SIMMONS:  But there are less

21   districts in the Delta on your map, wouldn't

22   you agree?

23        SENATOR McDANIEL:  No.  There's no

24   changes.  No changes in the Delta.

25        SENATOR SIMMONS:  I just looked at the

032922 Senate 4/20/2022

```
 1   map.
 2        SENATOR McDANIEL:  Let's take a look at
 3   it.
 4        SENATOR SIMMONS:  Okay.
 5        SENATOR McDANIEL:  Unless there's a
 6   mistake, I'm serious, the only thing that
 7   changed was that part down there next to 37.
 8        SENATOR SIMMONS:  Thank you.
 9        SENATOR McDANIEL:  And you're going to
10   see her morph into Kelvin Butler, and they'll
11   share that district at a 46.8 percent BVAP.
12        SENATOR SIMMONS:  Thank you.
13        MR. PRESIDENT:  Thank you, Senator
14   Simmons.
15        Senator Chism, for what purpose, ma'am?
16        SENATOR CHISM:  Thank you,
17   Mr. President.  I would like to speak on the
18   amendment at the proper time.
19        MR. PRESIDENT:  One moment, please.
20   Other questions from Senator McMahon.  For
21   what purpose, sir?
22        SENATOR McMAHON:  Just a couple of
23   questions.
24        MR. PRESIDENT:  Senator, will you yield
25   for a couple of questions?
```

032922 Senate 4/20/2022

```
 1          SENATOR McDANIEL:  Yes, sir.
 2          MR. PRESIDENT:  Senator McMahon is
 3     recognized.
 4          SENATOR McMAHON:  Senator McDaniel, I
 5     went over and looked at the map.  I hadn't
 6     seen this map -- who drew this map?
 7          SENATOR McDANIEL:  It was drawn as an
 8     amendment.  I helped draw it.
 9          SENATOR McMAHON:  You helped draw it?
10          SENATOR McDANIEL:  Yes, sir.
11          SENATOR McMAHON:  Has this map -- did
12     you have public hearings and go around the
13     state and discuss it?
14          SENATOR McDANIEL:  No, sir.
15     Unfortunately, we didn't have time, and
16     here's why.  I wasn't allowed to see the
17     whole map until just a couple of days ago.
18     It would have been impossible to create
19     amendments on a map that I could not see.  So
20     that would have been impossible, practically
21     speaking.
22          SENATOR McMAHON:  Has your map gone
23     through the attorneys that this body hired to
24     review the maps so that there would be -- so
25     that we would have some good legal standing
```

```
 1   on a map?

 2        SENATOR McDANIEL:  No, sir, but it has

 3   been reviewed by attorneys.  And there are

 4   different law firms that do different type

 5   work, naturally.  It could be at some point

 6   adversarial.  So naturally, these attorneys

 7   would not have been the ones to --

 8        SENATOR McMAHON:  If I were to vote on

 9   this map, would I not, in fact, be voting on

10   a map that was drawn in secret behind closed

11   doors that there has been no public vetting?

12        SENATOR McDANIEL:  No, sir.  We had no

13   chance to do anything other than what we've

14   done because of the secrecy in this chamber.

15        Let me be real clear.  We asked to see

16   the whole map, begged to see the whole map.

17   We weren't allowed to see the whole map.

18        And so what you're suggesting is that we

19   could have made changes to a map that we had

20   never, ever seen before.  That is not a

21   possibility.

22        In fact, the first time my eyes were

23   laid on this map was the day the committee

24   started just a couple of days ago.  So there

25   was no time for any of that.
```

032922 Senate 4/20/2022

```
 1        SENATOR McMAHON:  Yeah.  I understand.
 2    I just was trying to -- I mean, I appreciate
 3    what you're trying to do here, but the fact
 4    that there's been no public hearing and y'all
 5    didn't have any public input or public --
 6    there was no time for y'all to go around the
 7    state.  You're a chairman.  You could have
 8    had a hearing on this or even issued
 9    subpoenas, correct?
10        SENATOR McDANIEL:  Well, let me answer
11    your question real quick, and then I'll
12    answer that.
13        SENATOR McMAHON:  Sure.  Yes, sir.
14        SENATOR McDANIEL:  Every other aspect of
15    the map is what was vetted.  So you're
16    literally talking about that one relatively
17    small fraction in 37.  Every other part was
18    the part vetted by the law firm, by the
19    public, by everyone else.  That all remains
20    unchanged.
21        SENATOR McMAHON:  Okay.  So there's two
22    districts that were drawn without public --
23    you know, without going through the public
24    process.
25        SENATOR McDANIEL:  No, sir.  No, sir.
```

032922 Senate 4/20/2022

```
1    What happened, 37 as configured presently was
2    just slightly moved.
3         SENATOR McMAHON:  Okay.
4         SENATOR McDANIEL:  I'll give you an
5    example.  Right now, if you'll look on the
6    big map, you'll see 37 is really suffering
7    from the issue of compactness.  It's a really
8    big district now because they're literally
9    stretching across the state trying to keep
10   majority-minority status for the district,
11   which is not permissible, but we'll get to
12   that later.
13        What this does, it brings the map back
14   to a more compact nature and draws Senator
15   Sojourner into Senator Butler's district.
16        There was a reason for that.  There was
17   a reason for that.  By drawing it south
18   instead of north, there was no ripple effect,
19   and that was what we were trying to avoid.
20   We didn't want the rest of the body being
21   hurt, so she drew it south toward the end of
22   the border where there would be almost no
23   ripple effect.
24        SENATOR McMAHON:  I didn't know who the
25   two senators were.
```

032922 Senate 4/20/2022

1          SENATOR McDANIEL:  Yeah.

2          SENATOR McMAHON:  So it's Senator

3     Sojourner and Senator Butler?

4          SENATOR McDANIEL:  Kelvin Butler.

5          SENATOR McMAHON:  Kelvin Butler?

6          SENATOR McDANIEL:  Yes, sir.  In 37

7     presently, they have her running against

8     Albert Butler.

9          SENATOR McMAHON:  Okay.  Oh, in this

10    one.

11         SENATOR McDANIEL:  No, in the proposed

12    one.  Remember, in the proposed map, the big

13    one up here --

14         SENATOR McMAHON:  Okay.

15         SENATOR McDANIEL:  -- they presently

16    have her running against Albert Butler, okay,

17    in a BVAP of 61 percent, which is unwinnable

18    because of the racial target that was set in

19    the district.

20         In this one you see such a small morph

21    where now she and Kelvin Butler share the

22    district, and they will contend against one

23    another for reelection in a BVAP that is fair

24    for both parties.

25         SENATOR McMAHON:  So Senator Sojourner

032922 Senate 4/20/2022

```
 1   is currently the senator of District 36; is
 2   that correct?
 3        SENATOR McDANIEL:  No, sir.
 4        SENATOR McMAHON:  37.
 5        SENATOR McDANIEL:  37, yes.
 6        SENATOR McMAHON:  37 is the one that
 7   might be moving, but not in this map.
 8        SENATOR McDANIEL:  No, in the map -- the
 9   amendment.  The amendment.  It's not that
10   it's, like, changing roughly.  It's morphing
11   slightly to the south.  Does that make sense?
12        SENATOR McMAHON:  How many Republicans
13   have ever been elected from District 37
14   currently?
15        SENATOR McDANIEL:  Republicans in 37?
16   Only one.
17        SENATOR McMAHON:  Only one ever, since
18   Reconstruction?
19        SENATOR McDANIEL:  That's my
20   understanding.  Mr. Dearing had it for an
21   awfully long time.  He might recall.
22        SENATOR McMAHON:  Yes.
23        SENATOR McDANIEL:  And so, yeah, since
24   Reconstruction, Senator Sojourner is the only
25   Republican that's held that seat.
```

032922 Senate 4/20/2022

```
 1          SENATOR McMAHON:  So Senator Sojourner
 2     won an election against a Democrat in that
 3     district, and then that senator came back and
 4     defeated her, which she contested that
 5     election in 2016.  I was here, and we had to
 6     put it to this body.  So she contested it
 7     then.
 8          SENATOR McDANIEL:  That's right.
 9          SENATOR McMAHON:  And then she came back
10     and won that district --
11          SENATOR McDANIEL:  That's right.
12          SENATOR McMAHON:  -- after that four
13     years.
14          SENATOR McDANIEL:  That's right.
15          SENATOR McMAHON:  And that's the
16     district we're trying to maintain?
17          SENATOR McDANIEL:  Maintain, yes, but
18     also make it fair for VRA purposes.
19          What happens here, okay, under the new
20     law as it's evolving, if you create a
21     district that does more than give equal
22     opportunity -- in other words, a district
23     that's so one-sided as to guarantee the
24     result, you run afoul of the equal protection
25     clause of the Constitution, and that's what
```

032922 Senate 4/20/2022

1    District 37 is doing as it morphs all the way
2    up toward Hinds County.
3        What this one does, it comes farther
4    down, puts Senator Sojourner and Senator
5    Kelvin Butler in a district.  It puts the
6    BVAP in a range where they both can be
7    competitive at over 46 percent.  This is an
8    equitable plan.  It's an equitable map under
9    constitutional standards and under just
10   fairness standards.
11       And that's all we're asking is for a
12   fair chance to retain --
13       SENATOR McMAHON:  Who printed the map?
14   Who printed it?
15       SENATOR McDANIEL:  I suppose the
16   individuals over there at the map were.  Ted
17   Booth and those guys.
18       SENATOR McMAHON:  And so you asked them
19   to put this map together, and they gladly put
20   it together so you could present it?
21       SENATOR McDANIEL:  Yes, sir.  I think
22   that's accurate.
23       SENATOR McMAHON:  Thank you.  Thank you,
24   Senator.  Thank you for answering my
25   questions.

032922 Senate 4/20/2022

```
 1          SENATOR McDANIEL:  I appreciate it.
 2          MR. PRESIDENT:  Thank you, Senator.
 3          Senator Sparks, for what purpose, sir?
 4          SENATOR SPARKS:  Question.
 5          MR. PRESIDENT:  Will you yield for a
 6     question, Senator McDaniel?
 7          SENATOR McDANIEL:  Of course.
 8          MR. PRESIDENT:  Senator Sparks, you're
 9     recognized.
10          SENATOR SPARKS:  Thank you,
11     Mr. President.  Thank you, Mr. Chairman.
12          I'm sort of like Zacchaeus.  I needed a
13     tree to crawl up in and see over everybody.
14          (Laughter.)
15          SENATOR SPARKS:  So I hadn't really had
16     a chance to look at the map, but I'm looking
17     at what's up on the screen, and it says that
18     this is your amendment, the McDaniel
19     amendment.
20          SENATOR McDANIEL:  Yes, sir.
21          SENATOR SPARKS:  Is that the proper map
22     before the body?
23          SENATOR McDANIEL:  We believe it is.
24     There could be a discrepancy with what's
25     being displayed, but this is Amendment 1.
```

032922 Senate 4/20/2022

```
 1          SENATOR SPARKS:  Well, I mean, you're
 2   putting a draft up there, and I don't know
 3   how many amendments you got in your pocket.
 4          SENATOR McDANIEL:  Right.
 5          SENATOR SPARKS:  I don't know how good
 6   your vision is, but from here I can read
 7   that's not the McDaniel amendment.
 8          SENATOR McDANIEL:  No, no.  It's not,
 9   but it's --
10          SENATOR SPARKS:  Well, what does that
11   say?
12          SENATOR McDANIEL:  Sojourner amendment.
13          SENATOR SPARKS:  Okay.  So where is
14   the -- no.  Where is the McDaniel amendment
15   map?
16          SENATOR McDANIEL:  Right there.
17          SENATOR SPARKS:  No, sir, it's not.
18   What does it say?
19          SENATOR McDANIEL:  That's my amendment.
20          SENATOR SPARKS:  That's your amendment,
21   I agree with you.
22          SENATOR McDANIEL:  Right.
23          SENATOR SPARKS:  Where's your map that
24   goes with that amendment?
25          SENATOR McDANIEL:  They named it that
```

1   for purposes of qualifying --

2        SENATOR SPARKS:  Well, who named it?

3        SENATOR McDANIEL:  Ted Booth and those

4   individuals.

5        SENATOR SPARKS:  Well, let's not bring

6   lawyers into it.  You didn't want their

7   comment earlier.

8        SENATOR McDANIEL:  What lawyers?  Here's

9   what happened.  Here's what happened.  Let me

10  answer.

11       SENATOR SPARKS:  All right.

12       SENATOR McDANIEL:  When we went over

13  there, the idea was they have to have a name

14  for design purposes.  That's not my district,

15  so they couldn't call it McDaniel Proposed

16  District.  So for design purposes, that's

17  the -- that's the map.  That's the amendment.

18  They coincide.

19       SENATOR SPARKS:  Well, I'm asking a

20  legitimate question because you've got the

21  McDaniel amendment.  This says Sojourner

22  amendment.  I don't know how many amendments

23  that are prepared today.

24       SENATOR McDANIEL:  Right.

25       SENATOR SPARKS:  I just want to make

032922 Senate 4/20/2022

```
1    sure you're up there talking about a man, and
2    you're not inadvertently referring to your
3    map.
4         SENATOR McDANIEL:  No, let me explain it
5    again.
6         SENATOR SPARKS:  Okay.
7         SENATOR McDANIEL:  For purposes of
8    drafting, they had to have a name for the
9    district that was being changed.  So the
10   district being changed here primarily was her
11   amendment, the Sojourner map.  That was for
12   purposes of drafting.  For purposes of the
13   amendment, you'll see my name is up there,
14   but they do coincide.  It is the same.
15        SENATOR SPARKS:  I'm just making sure
16   we're looking at the same map.  Before I go
17   to my questions, I had to make sure we're
18   looking at the right map.
19        SENATOR McDANIEL:  Now, I will say this:
20   If there's a discrepancy in what you're
21   seeing via the language in here, that's just
22   an error that we're making now with the wrong
23   amendment being placed here as opposed to
24   there.  But we can fix that pretty simply.
25        SENATOR SPARKS:  Okay.  Now, I
```

032922 Senate 4/20/2022

1   understood you to say that -- maybe you

2   didn't say this, but several people have

3   said, "I didn't see the whole map."

4        Is that one of your contentions that we

5   need this plan because you weren't able to

6   see the whole map?

7        SENATOR McDANIEL:  Not necessarily.  I

8   think that based on seeing the whole map and

9   the way it went down, that's one concern.

10   But it's not the contention for this.  This

11   is a whole different argument.

12        SENATOR SPARKS:  Okay.  But you do agree

13   with me there's been a lot of people say, "I

14   didn't get to see the whole map"?

15        SENATOR McDANIEL:  There's been quite a

16   few, I think, yes.

17        SENATOR SPARKS:  All right.  Now, I'll

18   submit to you --

19        SENATOR McDANIEL:  But that's not my

20   primary concern here.

21        SENATOR SPARKS:  Okay.

22        SENATOR McDANIEL:  My concern here is

23   about the district.

24        SENATOR SPARKS:  Well, I'll submit to

25   you that I did go over, per request, to look

032922 Senate 4/20/2022

```
 1   at my district.  I looked at it, I made
 2   suggestions, or I made my -- I guess you
 3   would say your wish, or you just say what I'd
 4   like my district to be.  And it's not the
 5   plan that's before us.  But I didn't ask to
 6   see the Delta.
 7        SENATOR McDANIEL:  Right.
 8        SENATOR SPARKS:  I didn't ask to see the
 9   Coast.
10        SENATOR McDANIEL:  Right.
11        SENATOR SPARKS:  Now, I might have been
12   interested in the districts that join me, but
13   I got no business getting in Coast business
14   about how they draw their lines down there.
15        SENATOR McDANIEL:  No, I get that.
16        The reason it was important if you see
17   the whole map, it was impossible to make
18   adjustments without seeing it because of the
19   ripple effect.  So before we were shown the
20   map, they literally could not draw because
21   they had no starting point upon which to base
22   it.
23        In other words, they could have shown
24   Senator Sojourner her individual map, but
25   once those adjustments are made, you could
```

032922 Senate 4/20/2022

1    have a ripple.  And until we see the whole
2    map and how that ripple affects it, it made
3    it impossible to draft the amendment.
4         SENATOR SPARKS:  Okay.  And so the
5    primary purpose of this map is to retain the
6    district in which -- there's three districts
7    in that geographic area currently, three
8    Senate districts.
9         SENATOR McDANIEL:  That's fair.  That's
10   fair.
11        SENATOR SPARKS:  And you're trying to
12   maintain three Senate districts in that
13   geographic area.
14        SENATOR McDANIEL:  Well, it's more like
15   this.  It's not so much maintain as to give
16   her a fighting chance, to give the Senator a
17   fighting chance.
18        SENATOR SPARKS:  I understand a fighting
19   chance, but the question is there are
20   currently three senate districts in that
21   geographic region.
22        SENATOR McDANIEL:  Actually, two based
23   on the present proposal, right?
24        SENATOR SPARKS:  No, no, I'm talking
25   about as we sit here today.

032922 Senate 4/20/2022

```
 1          SENATOR McDANIEL:  As we sit here.  As
 2    we sit here.
 3          SENATOR SPARKS:  There are three
 4    senators that represent that geographic
 5    region.
 6          SENATOR McDANIEL:  Prior to us voting,
 7    yes.
 8          SENATOR SPARKS:  All right.  The plan
 9    that was presented to this body that you're
10    attempting to amend leaves two seats for
11    those three people.
12          SENATOR McDANIEL:  That's right.
13          SENATOR SPARKS:  All right.  Your plan
14    leaves three seats for those three people.
15          SENATOR McDANIEL:  That's right.
16          SENATOR SPARKS:  All right.
17          SENATOR McDANIEL:  No, no.  Wait.  No.
18    Not three seats, two seats.  Same thing.
19          Remember, instead of drafting the map
20    where she's in Albert Butler's district,
21    which is the one to the north, she goes down
22    to Kelvin Butler's district to the south.  So
23    that standpoint doesn't change the number of
24    districts.  It just gives a chance --
25          SENATOR SPARKS:  So where is your new
```

032922 Senate 4/20/2022

1   district?

2        SENATOR McDANIEL:  Oh, it's the same

3   thing.  It's Rankin County.  Nothing changed

4   about that.

5        SENATOR SPARKS:  All right.  I'm just

6   making sure.

7        SENATOR McDANIEL:  None of that changed.

8   That's still in Rankin County.

9        SENATOR SPARKS:  No, I believe you said

10  you've had no opportunity to show this map.

11  You were asked a question, I think --

12       SENATOR McDANIEL:  To show this map?

13       SENATOR SPARKS:  Yes, sir.

14       SENATOR McDANIEL:  Yes, sir, that's

15  correct.

16       SENATOR SPARKS:  You're standing here in

17  this body today saying with a straight face,

18  you've had no chance to show this map?

19       SENATOR McDANIEL:  That map was drafted

20  yesterday.  All the amendments we have were

21  drafted yesterday.

22       SENATOR SPARKS:  Have you ever heard of

23  Facebook?

24       SENATOR McDANIEL:  I'm afraid so.

25       SENATOR SPARKS:  Okay.  E-mail?

032922 Senate 4/20/2022

```
 1          SENATOR McDANIEL:  Here's the thing.
 2          SENATOR SPARKS:  When was this map
 3    drafted?
 4          SENATOR McDANIEL:  Yesterday.
 5          SENATOR SPARKS:  Like, what time?
 6          SENATOR McDANIEL:  It was late.
 7          SENATOR SPARKS:  Sir?
 8          SENATOR McDANIEL:  It was late.  It's
 9    hard to say exactly what time.  What, 9:00?
10    Okay.  Gotcha.  Throughout the day each of
11    the amendments were probably completed at
12    about -- in the evening.  I don't know what
13    time exactly.
14          SENATOR SPARKS:  Well, you could have
15    posted it last night.
16          SENATOR McDANIEL:  Well, I could have.
17          SENATOR SPARKS:  You could have done a
18    video.
19          SENATOR McDANIEL:  Sure.
20          SENATOR SPARKS:  You could have told
21    everybody in Tishomingo County why this map
22    is important.
23          SENATOR McDANIEL:  Absolutely.
24          SENATOR SPARKS:  Because I've gotten
25    about 800, 900 e-mails telling us what's
```

032922 Senate 4/20/2022

```
 1   coming.
 2        SENATOR McDANIEL:  Right.
 3        SENATOR SPARKS:  So it's a little
 4   disingenuous when you say, "I just haven't
 5   had time to show you."
 6        Today's the first chance we've had a
 7   chance to see it, but yet I've heard about it
 8   for several days.
 9        SENATOR McDANIEL:  Right.  Well --
10        SENATOR SPARKS:  And, by the way -- no,
11   let me finish.
12        SENATOR McDANIEL:  Okay.
13        SENATOR SPARKS:  And, by the way, I'm
14   not hearing from real people because I try to
15   answer those in those e-mails.  And when I
16   click on it, it says, "No reply."  And it's
17   funny, one of those guys lives across the
18   street from me.
19        SENATOR McDANIEL:  Right.
20        SENATOR SPARKS:  He can literally walk
21   across the street and say, "Hey, Daniel, I'm
22   worried about this Senate District 37."
23        SENATOR McDANIEL:  I get it.
24        SENATOR SPARKS:  He hadn't heard about
25   it, either.
```

032922 Senate 4/20/2022

```
1          SENATOR McDANIEL:  Back to your first
2   question.  Can I answer that first one?
3          SENATOR SPARKS:  Sure.
4          SENATOR McDANIEL:  Address it first?
5   Remember, the question is, why wasn't it made
6   whole or made public last night late.
7          SENATOR SPARKS:  Well, no, you just
8   said, "I've had no opportunity to show this
9   map."  I want to be clear.
10         SENATOR McDANIEL:  But remember, you're
11  seeing a map that everybody has already seen
12  99 percent of which.  Remember, that slight
13  change at the bottom southwest corner did not
14  impact the rest of the map.  That's all it
15  was.  So the point is, everybody's already
16  seen their districts.  Everybody seems to be
17  relatively satisfied in some respects.
18  That's the only little tweak that occurred,
19  and you're seeing it now.  And it changes
20  almost nothing except the BVAP of the
21  district and affects almost no one in the
22  state with a ripple effect.  So you can see
23  it just, essentially, there and be completely
24  up to speed.
25         SENATOR SPARKS:  Well, I made the
```

032922 Senate 4/20/2022

```
 1    statement that I went and looked at the map
 2    to draw my district, and I didn't ask to see
 3    regions of the state that were so far away
 4    from me.  I didn't ask.  But, today, now, you
 5    want me to look at it.  You're asking me to
 6    vote on it.  So you just said you didn't need
 7    to show me the map because it really doesn't
 8    affect my district, but now you (inaudible).
 9          SENATOR McDANIEL:  Bear in mind, you've
10    already seen all of that map with just the
11    small exception of those few precincts that
12    were changed in Southwest Mississippi.
13    Everything else is retained as is with the
14    current proposed plan.  There are no changes.
15    That's it.
16          SENATOR SPARKS:  I just want to make
17    sure that we understand that -- for instance,
18    I'm a member of the Republican Party elected
19    to this district.  I am the first Republican
20    that's elected in my -- my district is a
21    Democratic district.
22          SENATOR McDANIEL:  Right.
23          SENATOR SPARKS:  You know, J.P. Wilemon
24    had 16 years before me.  John White before
25    him.  One interruption in there and a special
```

032922 Senate 4/20/2022

```
 1   when Senator White retired.  Mr. Walden
 2   served for a short period of time.
 3        So, you know, I'm in a Democratic
 4   district.  What did you do for me?  How are
 5   you -- how are you preserving my ability to
 6   get reelected?  Do you know how I preserve my
 7   ability to get --
 8        SENATOR McDANIEL:  Hold on.
 9        SENATOR SPARKS:  Go ahead.  Tell me how
10   you're going to help me get reelected.
11        SENATOR McDANIEL:  Here it is.  Here's
12   the way.  It's not about helping people get
13   elected all the time.  And I'll explain why.
14        SENATOR SPARKS:  Not all the time.  When
15   is it?
16        SENATOR McDANIEL:  No, listen.  I'm
17   going to -- let me explain.  We'll get to it.
18   I'll answer all your questions.  Just let me
19   finish my train of thought here.
20        What you have here in getting that BVAP
21   over 60 percent eliminates the possibility of
22   election for a Republican.  That's what the
23   data shows, which is why I asked the
24   questions earlier about polarized voting in
25   those areas.
```

032922 Senate 4/20/2022

1          What you're seeing here is a target set

2     to effectively eliminate a Republican senator

3     via the BVAP mechanism.  That is the

4     majority-minority mechanism.  If that's the

5     case, that's a violation of the Equal

6     Protection Clause.

7          In your particular area, I don't know

8     what your BVAP is.  But it's not so high as

9     to guarantee your defeat, which is why you've

10    been able to maintain some degree of success

11    as a Republican.  But, as you know, the

12    higher that BVAP gets, the less likely you're

13    going to be elected.  That's why I focused

14    solely on 37 because that's where the abuse

15    was.  You went from 37 percent BVAP to 61,

16    roughly, percent BVAP.  That was the abused

17    area.  I didn't see your area or others as

18    abused in that fashion.

19         SENATOR SPARKS:  I'll be honest, the

20    first time somebody asked me what BVAP was, I

21    didn't know what they meant.  What I'm asking

22    you is, you're talking about Republican,

23    Democrat.  I don't see anywhere on my ballot

24    it says "BVAP."  It says "R" and "D."

25         SENATOR McDANIEL:  I know.  I know.

032922 Senate 4/20/2022

```
1        SENATOR SPARKS:  So you can lose a race
2    in a historically Democrat district that may
3    have a high or low BVAP, but my question is
4    as it relates to Senate District 5, have you
5    done anything to ensure I come back as a
6    Republican, because that seems to be your
7    concern?  I know you're not trying to elect a
8    white person or a black person.  You're
9    trying to elect Republicans is the purpose of
10   your plan, I assume.
11       SENATOR McDANIEL:  It's Republicans in
12   part, but it's just a fair district.  In
13   other words, BVAP titled up to 60 percent
14   makes it inherently unfair.  I don't think --
15   I'm pretty certain your BVAP doesn't go up to
16   60 percent, neither does mine or the
17   Republicans in this room.  And so they are,
18   if you find yourself in one of those
19   districts, inherently behind.  You have been
20   targeted, and you are going to lose that
21   race.  That's what the data shows, which is
22   why I looked at 37 and not the other
23   Republican districts.
24       SENATOR SPARKS:  All right.
25       SENATOR McDANIEL:  I didn't make changes
```

032922 Senate 4/20/2022

```
 1    to mine either because the BVAP in mine was

 2    basically where it was, and it wasn't over a

 3    certain percentage as to guarantee my

 4    elimination.

 5         SENATOR SPARKS:  But we're talking about

 6    BVAP, but we're talking about Republicans

 7    because Senate District 5 is a flip seat.

 8         SENATOR McDANIEL:  Right.

 9         SENATOR SPARKS:  I'm a Republican.  I

10    was preceded by a Democrat.  There is a

11    district on the Coast that is a flip seat.

12         SENATOR McDANIEL:  Right.

13         SENATOR SPARKS:  So did we do anything

14    to ensure that?

15         SENATOR McDANIEL:  What --

16         SENATOR SPARKS:  Let me finish.

17         SENATOR McDANIEL:  Okay.

18         SENATOR SPARKS:  Senator Suber is a flip

19    seat.

20         SENATOR McDANIEL:  Right.

21         SENATOR SPARKS:  Senator Whaley is a

22    flip seat.

23         SENATOR McDANIEL:  Right.

24         SENATOR SPARKS:  I can go through about

25    five or six.
```

032922 Senate 4/20/2022

```
 1          SENATOR McDANIEL:  Sure.
 2          SENATOR SPARKS:  So if you're talking --
 3     and I want to make sure what we're talking
 4     about because this is my first trip through
 5     this road.  But if we're in a position where
 6     your position is we need to make fair
 7     districts for Republicans, I'm curious of the
 8     five people in here who are in recently
 9     flipped districts.
10          SENATOR McDANIEL:  Right.
11          SENATOR SPARKS:  Which the 37 is also a
12     recently flipped district, so that's number
13     six.
14          SENATOR McDANIEL:  It is.  I agree.
15          SENATOR SPARKS:  You have brought a plan
16     to the table to try to protect 37 for the
17     Republican Party.  You have been instrumental
18     in a media campaign saying some people are
19     trying to make districts not competitive for
20     Republicans, and I'm giving you a chance to
21     push back on that because you could have
22     protected me or Ben Suber or Mike Thompson or
23     Neal Whaley, and I don't hear any of that.
24     And potentially, your movements may impact
25     them.  But that's where my problem is.
```

032922 Senate 4/20/2022

```
 1          SENATOR McDANIEL:  They don't.  The
 2    movements don't impact at all.
 3          Again, going back to the issue of why
 4    the correction is needed.  Once you get that
 5    BVAP over 60 percent, the data shows there's
 6    no way for the Republican candidate to win.
 7    That's the only district in the state
 8    affected like that, which makes it important
 9    that's why the changes are being made.
10          In fact, to not make this change, we'll
11    openly -- perhaps open this up to a
12    constitutional challenge.  And the reason for
13    that is, you've got to be about so high as to
14    not allow minority participation but to
15    guarantee minority success.  That's the
16    distinction.  And that's the only district
17    where that occurred, which explains why I had
18    concerns and, likewise, explains why I have
19    the amendment as to that district.
20          SENATOR SPARKS:  Okay.  And so to go
21    back to what you've said, you, basically,
22    shifted Sandra Sojourner into Kelvin Butler's
23    district instead of Albert Butler's district.
24          SENATOR McDANIEL:  That's right.
25          SENATOR SPARKS:  And you got your BVAP.
```

032922 Senate 4/20/2022

1    And you have a new district in Rankin County,
2    which I would submit to you is probably a
3    Republican district.
4        SENATOR McDANIEL:  Everything else is
5    there.
6        SENATOR SPARKS:  Okay.
7        SENATOR McDANIEL:  Right.
8        SENATOR SPARKS:  So how are you not
9    going from 36 Republican districts to 37?
10   How are you not eliminating a Democratic
11   district?
12       You're going from 16 to 15 because
13   you're changing a district that currently is
14   represented by a Democrat.
15       SENATOR McDANIEL:  Well, here's the
16   thing.
17       SENATOR SPARKS:  Because you took a
18   Republican seat --
19       SENATOR McDANIEL:  No, but hold on.
20       SENATOR SPARKS:  -- and put it in Rankin
21   County.
22       SENATOR McDANIEL:  But you're not
23   guaranteeing the Democrat or the Republican
24   success by raising that BVAP to 46.  You're
25   giving each party a fighting chance to

032922 Senate 4/20/2022

```
 1    prevail.  It's not a guaranteed flip.  It
 2    just gives a fighting chance to the flip.
 3    Anything over 60 guarantees the loss.
 4         SENATOR SPARKS:  But the narrative over
 5    the last few days has been that there are
 6    forces that be that are weakening Republican
 7    districts to make them more competitive for
 8    Democrats, and I'm not seeing that on our
 9    map.
10         SENATOR McDANIEL:  That's what happens
11    in 37.
12         SENATOR SPARKS:  I'm not seeing it on
13    the first map.
14         SENATOR McDANIEL:  No, no.  That's
15    exactly what happens in 37.  You take a
16    Republican who once had a 37 percent BVAP and
17    merge that Republican now into a district
18    that has 61 percent BVAP.  That Republican
19    cannot compete in that district.  It is by
20    virtue of that an elimination of a Republican
21    seat, which is why I raised the alarm.
22         SENATOR SPARKS:  Which is -- I see what
23    you're saying there, but you're discounting
24    the shift of population that requires either
25    Rankin County or DeSoto County, who are the
```

032922 Senate 4/20/2022

1    growing areas, end up -- you drew a new

2    Senate seat in Rankin County because you

3    recognize the population shift.

4          SENATOR McDANIEL:  No, I didn't.

5          SENATOR SPARKS:  Do you not?

6          SENATOR McDANIEL:  What I did, I took

7    the old map because I recognized this line of

8    questions was going to be coming.  I took the

9    old map exactly as it was.

10         SENATOR SPARKS:  When you say "old map,"

11   I'm sorry, are you talking about --

12         SENATOR McDANIEL:  The one that -- the

13   big one right here.

14         SENATOR SPARKS:  The map that was --

15   okay.

16         SENATOR McDANIEL:  The one that --

17         SENATOR SPARKS:  Thank you.

18         SENATOR McDANIEL:  So I took that whole

19   map recognizing these questions were coming.

20   I was concerned.  I didn't want to hurt

21   through a ripple effect unnecessarily.  The

22   idea was to go as far south as we could and

23   not have that ripple effect break out and

24   hurt other people.  That's exactly what we

25   did.

032922 Senate 4/20/2022

```
 1          So to your point, we didn't change
 2     anything else about the proposed map before
 3     the body.  It's all still there.  We didn't
 4     want to mess with that.  We were just trying
 5     to make sure there was a fair election in
 6     District 37.
 7          SENATOR SPARKS:  Okay.  But you do agree
 8     that you took the map that has been presented
 9     by the committee who spent the year going
10     around the state, doing all this, it was
11     voted, put together, and it's now before the
12     body, did put a new district in Rankin
13     County, which is traditionally a Republican
14     stronghold.
15          SENATOR McDANIEL:  It's still there,
16     yeah.
17          SENATOR SPARKS:  Okay.
18          SENATOR McDANIEL:  Right.
19          SENATOR SPARKS:  So that's my point is
20     that I'm not an expert in election law by any
21     stretch of the imagination.  But I'm dealing
22     with the reality of the transmission of
23     communications that are going into Senate
24     District 5 about Senate District 37, getting
25     my folks stirred up, wanting them to write a
```

032922 Senate 4/20/2022

```
 1   letter supporting this, and my question to
 2   you is -- and you have not answered to any
 3   way, form, or fashion.  You've assured more
 4   of a chance for me to return in reelection
 5   for the first time since Reconstruction as a
 6   Republican for Senate District 5.  So I don't
 7   know why Tishomingo County Republican Club
 8   won't write a letter of support.
 9        SENATOR McDANIEL:  Well, I can answer
10   that, I think.  I think.  The Republican
11   Party in this state has fought for
12   generations to gain a majority in the
13   Legislature.  I've been a part of that fight
14   since I was 13 years old.  I'm very, very
15   serious about that fight.  We are adversaries
16   to our friends on the Democratic aisle.  It
17   doesn't make them bad people, but we're
18   fighting for ideas and we're fighting for the
19   future of the state.
20        I have fought my tail off for the
21   Republican Party.  I've done everything in my
22   power to make sure we hold seats in the
23   chamber.
24        And when I see a fellow Republican,
25   whether it's Senator Sojourner or whoever
```

032922 Senate 4/20/2022

```
 1    else directly targeted by a BVAP that
 2    guarantees their defeat, I do take offense at
 3    that, serious offense at that, because we
 4    work too hard to build these majorities, too
 5    hard to pass the legislation we're trying to
 6    pass to allow it to be taken away by a
 7    redistricting plan that, yes, targets a
 8    Republican senator.  I just think that's
 9    unacceptable.
10        So I think -- look, I think there are
11    Republicans like that in the state.  No
12    matter where you are -- and the way I see it,
13    an attack on any one of us like this -- which
14    this isn't just a redraw where she may or may
15    not prevail, this is an elimination.  An
16    attack on one of us in my mind, is an attack
17    on all of us.  That's just the way I see it.
18        SENATOR SPARKS:  And I appreciate your
19    willingness to defend.  That's what we do
20    professionally when we're not legislatures,
21    we defend people.
22        SENATOR McDANIEL:  That's right.
23        SENATOR SPARKS:  But in all fairness, to
24    say we are changing the number of Republican
25    districts in this state if we adopt the first
```

032922 Senate 4/20/2022

```
 1   plan that's presented is simply untrue.
 2   There will still be 36 and 16.
 3        Unfortunately -- and I might be standing
 4   there making this same argument if it was my
 5   district.  And, by the way, I want to be very
 6   clear.  When I've asked you what you need to
 7   do for me to ensure reelection, the proper
 8   answer is nothing.  You know who that's
 9   responsible --
10        SENATOR McDANIEL:  That's yours.
11        SENATOR SPARKS:  That's on me.
12        SENATOR McDANIEL:  That's right.
13        SENATOR SPARKS:  And I'm not asking for
14   somebody to come in here and do something.  I
15   show up every day.
16        SENATOR McDANIEL:  That's right.
17        SENATOR SPARKS:  I sit right over there.
18   I sit right here.  I watch Alcorn State get
19   celebrated.  I watch a World War II veteran
20   be celebrated.  And one of the things he said
21   today, and I wish you were here to hear it.
22        SENATOR McDANIEL:  I was.
23        SENATOR SPARKS:  He said --
24        SENATOR McDANIEL:  I heard it.
25        SENATOR SPARKS:  You heard it?
```

032922 Senate 4/20/2022

```
 1        SENATOR McDANIEL:  I heard every bit of
 2   it.  I sure did.  And I thought what was
 3   amazing about him was his willingness to
 4   sacrifice for his friend.  His friend was
 5   laying there dying.
 6        SENATOR SPARKS:  I'm proud you heard
 7   that.
 8        SENATOR McDANIEL:  I thought it was
 9   pretty credible as well that when he was
10   possibly about to escape that, they told him
11   that if you did escape, 10 of your colleagues
12   would be killed or executed.  And he said, "I
13   couldn't go then."  That's the kind of
14   selflessness and sacrifice that I did hear
15   about this morning.  And it's the type of
16   sacrifice and selflessness that I hope our
17   party would display today as to other members
18   who are about to have their careers
19   eliminated.
20        So, yeah, I heard every word of it.
21        SENATOR SPARKS:  Well, you know, you
22   heard it through a speaker.  I saw it come
23   out of his mouth.  It's like saying I
24   listened to an Elvis CD or I saw him in
25   person.
```

032922 Senate 4/20/2022

```
 1          SENATOR McDANIEL:  I get it.
 2          SENATOR SPARKS:  It was real.  It was
 3     palpable.  It was impressive.  And I'm going
 4     to tell you something else he said.
 5          SENATOR McDANIEL:  Go ahead.
 6          SENATOR SPARKS:  He said about the
 7     enemy, "I knew they were lying, but it
 8     sounded so good, I wanted it to be true."
 9          SENATOR McDANIEL:  I remember that.
10          SENATOR SPARKS:  That's what I'm
11     hearing.
12          SENATOR McDANIEL:  I remember that.
13          SENATOR SPARKS:  When I see information
14     in our districts that stir up our people on
15     erroneous information, we've got a problem,
16     because people want it to be true, but it may
17     not be.
18          SENATOR McDANIEL:  Here's the thing.  If
19     you are attempting to eliminate a Republican
20     seat by virtue of 61 percent BVAP, give that
21     Republican no chance whatsoever at successful
22     election.  You are eliminating a Republican
23     from this chamber.  We should be picking up
24     two seats, not just balancing it out with the
25     supermajority that we've got here.  That's
```

032922 Senate 4/20/2022

```
 1   the (inaudible) of it.  So I don't know how
 2   else to see it.
 3        SENATOR SPARKS:  And I think to be fair,
 4   in the district as it stood for the past
 5   several years, it has been a Democratic
 6   district by representation.
 7        SENATOR McDANIEL:  Which one, 37?
 8        SENATOR SPARKS:  37.
 9        SENATOR McDANIEL:  Yeah.
10        SENATOR SPARKS:  It's been a Democratic
11   district by representation.  A razor thin
12   margin in both 12 and 16 --
13        SENATOR McDANIEL:  Yes, sir.  Can I
14   answer that real quick?
15        SENATOR SPARKS:  Sure.
16        SENATOR McDANIEL:  That's why I think
17   it's so imperative to find a way to reduce
18   the BVAP, and here's why.  The suggestion is
19   that Democrats can compete.  That community
20   of interest is already there.  That's the
21   argument that the courts are going to hear.
22   There's no reason to increase the BVAP to
23   60-plus percent unless it is just a political
24   assassination.
25        So when you hear about Democratic
```

032922 Senate 4/20/2022

```
 1   strength in that territory, the argument is,
 2   yes, this community of interest.  Yes, they
 3   can compete.  And they can do very well even
 4   at numbers less than 46, which is why the 46
 5   number is going to pass constitutional
 6   muster.  This is a better plan
 7   constitutionally than the one before the body
 8   because it gives each candidate a fighting
 9   chance in a traditionally held Democratic
10   district.
11        If you go the other route, you
12   assassinate the Republican via a 61 percent
13   BVAP, using race to do that.  Government
14   can't use race in that fashion.  It's
15   impermissible under the Voting Rights Act and
16   under the 14th Amendment to the Constitution.
17   So that's a problem.  And that's what we're
18   trying to correct.
19        To pass this amendment, it just simply
20   reduces that BVAP to a fair area where both
21   parties can compete.  That's the type of
22   colorblind society that Thomas has been
23   working for, and the Supreme Court over the
24   last several years.  And it gives each party
25   a chance, which is what the Voting Rights Act
```

032922 Senate 4/20/2022

```
 1   demands.  It doesn't say "guaranteed
 2   victory."  It says an equal chance to
 3   participate in the election.  That's exactly
 4   what the amendment does.  It strengthens it.
 5        SENATOR SPARKS:  Thank you for taking my
 6   questions.
 7        SENATOR McDANIEL:  You're welcome.
 8        MR. PRESIDENT:  Senator McMann, you're
 9   recognized.
10        SENATOR McMAHON:  Introduction out of
11   order.
12        MR. PRESIDENT:  Please proceed.
13        (Introductions.)
14        MR. PRESIDENT:  Senator Polk, for what
15   purpose, sir?
16        SENATOR POLK:  Question, Mr. President.
17        MR. PRESIDENT:  Will you yield, Senator
18   McDaniel?
19        SENATOR McDANIEL:  Yes, sir.
20        MR. PRESIDENT:  Senator Polk is
21   recognized for a question.
22        SENATOR POLK:  Thank you, Mr. President.
23   Thank you, Senator.
24        SENATOR McDANIEL:  You're welcome.
25        SENATOR POLK:  I want to go back for
```

032922 Senate 4/20/2022

```
 1   some clarification.
 2        You said your map was printed about 9:00
 3   last night.
 4        SENATOR McDANIEL:  That's when I
 5   received it.  I'm not sure when it was
 6   actually printed.  I have no idea when they
 7   printed it.
 8        SENATOR POLK:  Okay.
 9        SENATOR McDANIEL:  That's when we were
10   able to collect them all.  And this morning I
11   actually have another one that just arrived.
12        SENATOR POLK:  Okay.  So that map is
13   a -- is an illustration of your amendment.
14        SENATOR McDANIEL:  That's what it's
15   supposed to be, yes.
16        SENATOR POLK:  When was your amendment
17   written?
18        SENATOR McDANIEL:  Practically the same
19   time.  What happens if you go over to the map
20   room and you're able to sit there and begin
21   to kind of pound through these numbers, the
22   amendment then -- I guess it's just
23   translated over to (inaudible), and he writes
24   the amendment, but I can't answer your
25   question as to those details.
```

032922 Senate 4/20/2022

1         SENATOR POLK:  So would a good answer be
2    from you that it was probably around 9:00
3    that would -- at the time that your amendment
4    was finalized?
5         SENATOR McDANIEL:  I have no idea.  All
6    I can tell you is we went over there with a
7    computer, we went through --
8         SENATOR POLK:  Was it last night?
9         SENATOR McDANIEL:  It was all day
10   yesterday off and on, yes.  And so what
11   happened --
12        SENATOR POLK:  When it ended, was it
13   last night?
14        SENATOR McDANIEL:  I can't answer what
15   time they printed it.  I have no idea.
16        SENATOR POLK:  I tell you what to do.
17   Give me the latest time that you could
18   possibly give me that it was finished.
19        SENATOR McDANIEL:  I have no idea
20   because what I did, I gave them what I wanted
21   to see.  And then I let the computer guys
22   work.  I left.  I let them work as best they
23   could.  When they actually finished putting
24   all that stuff together, I have no idea.  I
25   can't answer the question.

032922 Senate 4/20/2022

```
 1          SENATOR POLK:  Okay.  So when did you
 2    leave them?
 3          SENATOR McDANIEL:  I was over there off
 4    and on most of the day.  I can't answer that.
 5    Maybe in the afternoon.  I don't know.
 6          SENATOR POLK:  Late afternoon?
 7          SENATOR McDANIEL:  I don't know.  It was
 8    getting dark.
 9          SENATOR POLK:  Here's where I'm headed.
10          SENATOR McDANIEL:  Yeah.
11          SENATOR POLK:  You earlier during
12    Senator McMahon's questioning said that you
13    had lawyers view -- look at your amendment.
14          SENATOR McDANIEL:  Right.
15          SENATOR POLK:  So if they -- you didn't
16    finish until, let's say, 5:00 last night.
17          SENATOR McDANIEL:  Right.
18          SENATOR POLK:  That was a pretty quick
19    review they had to do.
20          SENATOR McDANIEL:  Right.
21          SENATOR POLK:  How many lawyers did you
22    have review it?
23          SENATOR McDANIEL:  Two.
24          SENATOR POLK:  And who were they?
25          SENATOR McDANIEL:  My law firm.  Me,
```

032922 Senate 4/20/2022

```
 1   yeah, and one other in north Mississippi.

 2        SENATOR POLK:  Okay.  Two lawyers?

 3        SENATOR McDANIEL:  A total of three, but

 4   two in my firm.

 5        SENATOR POLK:  Okay.  Give me their

 6   names, please.

 7        SENATOR McDANIEL:  Me and Brett

 8   Robinson.

 9        SENATOR POLK:  Say again.

10        SENATOR McDANIEL:  Me and Brett

11   Robinson.

12        SENATOR POLK:  You just said there were

13   three.

14        SENATOR McDANIEL:  Pat Krueger (sic).

15        SENATOR POLK:  Okay.

16        SENATOR McDANIEL:  She's an attorney in

17   north Mississippi.  She took a look at it,

18   and she's been sending me information pretty

19   much all day on her perception, her opinion.

20        SENATOR POLK:  Okay.  And they are

21   experts in --

22        SENATOR McDANIEL:  As much as any lawyer

23   is.

24        SENATOR POLK:  Well --

25        SENATOR McDANIEL:  Well, let me tell
```

1   you --

2         SENATOR POLK:  -- let me ask you this.

3         SENATOR McDANIEL:  Hold on one second.

4         SENATOR POLK:  Does she have -- I'm

5   going to ask --

6         SENATOR McDANIEL:  Hold on.

7         SENATOR POLK:  I'm still asking the same

8   question, sir.

9         SENATOR McDANIEL:  You said, "Are they

10  experts?"

11        SENATOR POLK:  Is she as good of an

12  expert as our experts that have been hired by

13  the contract?

14        SENATOR McDANIEL:  There's absolutely no

15  way to answer that.  Lawyers have different

16  specialties.

17        I can tell you from my perspective only.

18  I have exercised and I have worked in this

19  arena.  I helped redraw the last maps we did.

20  As a federal law clerk, I was able to review

21  maps constantly that were coming through for

22  screenings.  And I worked with our Fifth

23  Circuit quite a bit on that as well.

24        So, I mean, I've got extensive

25  experience in it, and I'm sure they have some

032922 Senate 4/20/2022

```
 1    as well.  But I can't answer as to who has
 2    more or who has less.
 3         SENATOR POLK:  Well, I'm a layman, and
 4    I'm standing here having to depend on you to
 5    tell me why I should vote for your map.
 6         SENATOR McDANIEL:  Yes, sir.
 7         SENATOR POLK:  And it's very important
 8    to me as to who you have employed or through
 9    friendship had to review maps.
10         SENATOR McDANIEL:  Yes, sir.
11         SENATOR POLK:  And I need to compare
12    their experience in this as opposed to peer
13    and the contract lawyers that have had years
14    of experience and have proven that they can
15    draw maps that the state of Mississippi
16    doesn't end up in trouble with the federal
17    courts.
18         SENATOR McDANIEL:  Well, but to your
19    point right there, the last time we went
20    through this process, there was a lawsuit.
21    And despite the fact we were told it was rock
22    solid and it would not be challenged, Senator
23    Clark's district was, essentially, reversed.
24    So they weren't right.
25         The point is lawyers aren't perfect.  We
```

032922 Senate 4/20/2022

1   do the best job we can under tough
2   circumstances.  Courts can change.
3   Appointments to those judges can change over
4   time.  But the knowledge as to how to get
5   from point A to point B in litigation, most
6   of us share that.
7       So it's not as though this is a
8   perfectly specialized area like patent law.
9   This is an area one can research.  It's
10  federal law.  And we all had federal
11  jurisdiction in law school, and we've all
12  gone through federal civil procedures, and
13  we've all probably tried cases in federal
14  court.  So this is not inherently complex.
15  The law is very clear in this arena.  And
16  it's evolving every day getting better.
17      SENATOR POLK:  So you're telling me, so
18  I'll understand, that you had three lawyers
19  look at your amendment after 5:00 yesterday,
20  and they're confident that we will not get in
21  any trouble with this map and your amendment?
22      SENATOR McDANIEL:  They're as confident
23  as the lawyers were 10 years ago that said we
24  would.  That's all lawyers can offer you is
25  an educated opinion on what they believe is

032922 Senate 4/20/2022

```
 1    going to happen.  There's no way to predict
 2    what the court is going to do, nor is there
 3    another way to understand how the panel is
 4    going to be selected once you go up.
 5         I will tell you this, too --
 6         SENATOR POLK:  You're giving me way too
 7    long of answers to my questions.
 8         SENATOR McDANIEL:  No.  No, sir.
 9         SENATOR POLK:  We can move this along.
10         SENATOR McDANIEL:  This does matter.
11    You've asked, and I have a right to answer.
12         If you have a court or a jurisdiction
13    where a federal judge that could perhaps see
14    this map was appointed by a Democrat, then
15    naturally -- Barack Obama, Bill Clinton,
16    whomever -- naturally, their orientation and
17    view of the law is going to be different than
18    a Republican judge that's been appointed.
19         So what occurs, naturally, there will be
20    steps.  You may go to the district court
21    level and have some problems there.  But on
22    appeal with the Fifth Circuit is mostly
23    Republican-appointed lawyers, you may have
24    some success there.
25         You're asking for a guarantee.  Lawyers
```

```
 1   can't give you a guarantee.
 2        SENATOR POLK:  Yes or no, three lawyers
 3   reviewed this after 5:00 p.m. yesterday?
 4        SENATOR McDANIEL:  Yes.
 5        SENATOR POLK:  Thank you.
 6        MR. PRESIDENT:  Thank you, Senators.
 7        Senator Blount, for what purpose do you
 8   seek recognition, sir?
 9        Senator Blount passes.
10        Senator England, for what purpose do you
11   seek recognition, sir?
12        SENATOR ENGLAND:  I have a few
13   questions, Mr. President.
14        MR. PRESIDENT:  Senator McDaniel, will
15   you yield for questions?
16        SENATOR McDANIEL:  Yes, of course.
17        MR. PRESIDENT:  Senator England, you're
18   recognized.
19        SENATOR ENGLAND:  Thank you, Senator
20   McDaniel, and I appreciate you taking my
21   questions.  I know we're getting deep into
22   the lunchtime hour now, and I found a diet
23   for me in Jackson is just to engage in debate
24   and not go eat lunch.  So I appreciate you
25   taking my questions and giving me this good
```

032922 Senate 4/20/2022

```
 1   opportunity to miss a lunch today.
 2       I don't like to talk partisan politics
 3   in the chamber.
 4       SENATOR McDANIEL:  Right.
 5       SENATOR ENGLAND:  You know, we're
 6   elected Republicans and Democrats, and -- but
 7   we've talked about it a lot today.  You know,
 8   these type of topics just bring that into the
 9   discussion.  You'd agree?
10       SENATOR McDANIEL:  Yeah, it's
11   uncomfortable, but it happens.
12       SENATOR ENGLAND:  Right.  It happens.
13   But since we're here and since we're talking
14   about partisan politics, I just wanted to
15   mention to you why it is that I'm a
16   Republican.  I'm going to ask do you agree.
17   I think you do.  We're both of the Republican
18   Party.  And before I do, I'd say that I'm a
19   Republican because I agree with the platform.
20   I don't agree with the platform because I
21   wanted to run for an election and be a
22   Republican.  Is that the same thing as --
23       SENATOR McDANIEL:  I think that's fair.
24       SENATOR ENGLAND:  Okay.  And our
25   platform -- and I know I may leave some
```

032922 Senate 4/20/2022

```
 1   things out, but I know that we're for small
 2   government.  We're for low taxes.  You know,
 3   we love our small businesses and our
 4   businesses in general in Mississippi.  We
 5   want it -- the government to get out of the
 6   way.  We don't want our government picking
 7   winners and losers in the state.  We want
 8   people to stand and believe in capitalism.
 9        Did I state our party platform in a very
10   general sense?
11        SENATOR McDANIEL:  Yeah, that's fair.  I
12   mean, that's a fair assessment.  There are,
13   obviously, some differences between
14   Republicans, you know, from the Mitt Romneys
15   of the world all the way to the Ted Cruzes of
16   the world.  But, yeah, that's a fair
17   generalization.
18        SENATOR ENGLAND:  That's right.
19        Well, there was a time when Republican
20   politics in the state were pretty much
21   nonexistent.  Would you agree with me there?
22        SENATOR McDANIEL:  They once told me
23   they could put them in a phone booth when
24   they met.  I don't know if that's true.  That
25   was before my time.  But, yeah, it was a
```

032922 Senate 4/20/2022

```
 1   while back.
 2        SENATOR ENGLAND:  And I love history,
 3   and having the World War II veteran today,
 4   man, I was in tears over here listening to
 5   it.  I just love history all over the place.
 6        But our state history, there was a long
 7   time where if you weren't running as a
 8   Democrat, you weren't going to get elected in
 9   this state is my understanding.
10        Is that your understanding?
11        SENATOR McDANIEL:  Partially, yes.  I
12   mean, particularly in the '60s and '70s.
13   Yeah, you saw that especially in local races
14   with sheriffs and judges -- well, not judges,
15   but supervisors.  So, yeah, absolutely.  That
16   was the case for a long time.
17        SENATOR ENGLAND:  Okay.  Now, as we sit
18   in here, we do sit in a Republican
19   supermajority here in this body; is that
20   right?
21        SENATOR McDANIEL:  Yes, our party --
22        SENATOR ENGLAND:  Has apparently made
23   great strides from those times where you
24   couldn't run as a Republican and get elected.
25        Would you agree?
```

032922 Senate 4/20/2022

1          SENATOR McDANIEL:  From a numerical
2     standpoint, it has, yes.
3          SENATOR ENGLAND:  Okay.  And from what I
4     can tell, and what I hope to be true, and
5     what I believe to be true, is that we have
6     seen great strides among our party in this
7     and in the body across the hall over there
8     across the building.  Those strides have
9     taken place because we've talked about our
10    platform so much that we've made people see,
11    that, look, I think that's smart government
12    the Republican Party has there.  I'm going to
13    vote for the Republican candidate that's
14    going to stand for that platform.
15         Is that how you understand how we got
16    here today?
17         SENATOR McDANIEL:  Well, in part, yes;
18    in part, no.  It would just depend on the
19    candidate and how they were campaigning.
20         You mentioned that you are a Republican
21    because of the platform, not to just use it
22    to get elected.  And there are some -- you
23    know how it is, some will use the platform to
24    get elected, but then, perhaps, don't share
25    those values.

1        SENATOR ENGLAND:  Yeah, I understand

2    that.  Now, look, whether I agree with that

3    or not, I'm a Republican because of the

4    platform we have.  I support the platform.

5        SENATOR McDANIEL:  That's right.

6        SENATOR ENGLAND:  Now, I heard a while

7    ago you said that if you have a BVAP, which

8    is, again, black voting age population, if

9    you have it above 60 percent in a certain

10    district, that you're -- I believe you said

11    it's a political assassination.  Is that --

12        SENATOR McDANIEL:  Yeah, the data shows

13    it's just almost impossible in a state like

14    ours to overcome that disparity.

15        SENATOR ENGLAND:  Okay.

16        SENATOR McDANIEL:  The data shows that

17    as you reduce it down close to low 50s, and

18    then in the 40s, that both parties have a

19    more fair chance.

20        Now, there will always be an exception

21    or two somewhere, I suppose.  But that's what

22    the data seems to indicate, that it pretty

23    much puts an end to the GOP candidate.

24        SENATOR ENGLAND:  Well, Senator

25    McDaniel, I'll tell you currently I represent

032922 Senate 4/20/2022

```
 1    District 51.  And District 51 has the great
 2    city of Moss Point in my district.  It's a
 3    majority-minority city.  It may be the only
 4    one on the Coast.  I'm not sure.
 5         But like my friend, Senator Sparks over
 6    here, I had not really paid attention or even
 7    knew what BVAP meant until we got into this
 8    redistricting process.  And I don't think I
 9    got many votes out of Moss Point.  But my
10    goal when I saw those numbers was, how do I
11    go -- how do I try to get votes out of Moss
12    Point, Republican votes?
13         SENATOR McDANIEL:  Yeah.
14         SENATOR ENGLAND:  And the only way I saw
15    to do that, Senator McDaniel, was to come up
16    here and stand on the platform that I know
17    works for good government.  Take votes based
18    on that platform and go back and tell folks
19    at home, "Look, our state is doing better
20    because of this platform and these votes that
21    I'm taking."
22         SENATOR McDANIEL:  Right.
23         SENATOR ENGLAND:  Do you think that's
24    maybe a good way to help the Republican Party
25    in Mississippi?
```

032922 Senate 4/20/2022

```
 1        SENATOR McDANIEL:  It's a good start for
 2   sure.
 3        SENATOR ENGLAND:  Okay.  Well, the
 4   reason I say that is based on -- you know, I
 5   had a dinner -- and I don't know if you had a
 6   chance to have one of these dinners, but
 7   Senator Sparks and I went to dinner with
 8   Senator Albert Butler, Senator Sampson
 9   Jackson, who was here with us last year, and
10   Senator John Horhn.  We had a great dinner
11   last year at Char where we sat around the
12   table and we talked about challenges in our
13   state, and we talked about goals in our
14   state, where we want to see our kids have a
15   better state one day, or our grandkids and
16   how we want to get there.
17        And I'll tell you what I found, Senator
18   McDaniel.  We all had the same goal.
19        SENATOR McDANIEL:  Yeah.
20        SENATOR ENGLAND:  We just have a
21   different ideology and a different
22   philosophical way of maybe getting there.
23        SENATOR McDANIEL:  That's right.  I
24   agree with that.
25        SENATOR ENGLAND:  Okay.  Well, that
```

032922 Senate 4/20/2022

```
 1   dinner was very important to me, because it
 2   set me out on a challenge that if I want us
 3   to help reach those goals -- and I believe my
 4   philosophy and my ideological platform of
 5   getting there is the best way to do it --
 6   I've got to talk to my fellow Democrats to
 7   get to that point, right?
 8        SENATOR McDANIEL:  Yeah, that makes
 9   sense.
10        SENATOR ENGLAND:  Okay.  And, look, I
11   know I may be rambling, but we're getting
12   into partisan a bunch more.  I love Senator
13   Blackmon here.  She gets loud sometimes,
14   that's great.
15        But the point I'm trying to make is,
16   Senator McDaniel, you're a great orator.  I
17   enjoy every time you stand up and ask
18   questions.  I enjoy it whenever you talk from
19   the well.  And one of my favorite things that
20   you've said when you were speaking of your
21   late father, you would say, "When I wake up
22   in the morning" -- your father told you,
23   "When you wake up in the morning and you hear
24   the sound of battle, run to that battle,"
25   right?
```

032922 Senate 4/20/2022

```
 1         SENATOR McDANIEL:  Yes.
 2         SENATOR ENGLAND:  Well, I would say that
 3   the Republican Party may be making a mistake
 4   pretending that BVAP is our enemy.
 5         SENATOR McDANIEL:  Yeah.
 6         SENATOR ENGLAND:  It's a challenge, no
 7   doubt.  But why don't we wake up and run to
 8   that challenge and look at BVAP as something
 9   we could work with?  Do you think we could
10   maybe do that?
11         SENATOR McDANIEL:  Yeah, I can answer
12   that.  I think that, naturally, I wish the
13   state wasn't as polarized as it is sometimes
14   and has been in the past.
15         I think another core Republican
16   principle, and I think people sometimes
17   forget about this is that you reject
18   collectivism.  And collectivism is a
19   dangerous component.  It can be a centralized
20   government.  It can be a centralized
21   corporate authority.  But, more importantly,
22   people tend to separate themselves among race
23   and gender and things of that nature when the
24   most valuable thing we have are just
25   individuals.
```

032922 Senate 4/20/2022

```
 1          And I've always tried to conduct myself,
 2     tried to recognize and appreciate the dignity
 3     of each individual, as opposed to the
 4     collectiveness lens that we tend to see
 5     ourselves through.
 6          Unfortunately, because of the nature of
 7     politics in this state and the past, a lot of
 8     people still see it through those
 9     collectiveness lens, through those lens of
10     race or gender or whatever the case may be.
11          And we should -- everything that we can
12     do as Republicans reach out and try to
13     convince people that it's the individual that
14     matters most.
15          But in many respects you're arguing
16     against history and against social and
17     cultural norms, and it creates complexities.
18     And, I agree, it should not be our enemy.  I
19     would love to see the day where people all
20     over this state appreciated those values you
21     discussed, but it just so happens from the
22     Justice Department standpoint, from the
23     Voting Rights Act standpoint -- remember, I
24     didn't create the term "BVAP," they did.  The
25     feds did that.  That was their way to try to
```

1    determine what was going to be permissible in
2    states and not permissible in states.  And
3    they did that based on the data.
4         So when we're talking about BVAP being
5    an enemy, we don't want it to be, but the
6    data shows that it certainly can be in
7    general elections.
8         And so as we work as people to begin to
9    put away those old ways and focus on
10   individualism and focus on the dignity of
11   individuals, you may see that changed one
12   day.  But, unfortunately, we're still in an
13   era where that's not happening just yet.
14        SENATOR ENGLAND:  So it's definitely we
15   have a lot of things that need to be looked
16   at in this map.  We've got BVAP, we've got
17   split -- you know, split precincts that we
18   look at.  We try to prevent that.  We look at
19   communities.
20        There's a lot of things to look at and
21   that comes down from the feds, it comes down
22   from our own rulings and our own precedents.
23        There's a lot to look at; is that right?
24        SENATOR McDANIEL:  It can be.  The key
25   there, you do your best to use those

032922 Senate 4/20/2022

1   guidelines.

2           SENATOR ENGLAND:  Okay.

3           SENATOR McDANIEL:  But when it becomes

4   constitutionally problematic is when the

5   guidelines focus on race.  It's one thing for

6   the Voting Rights Act to try to recognize

7   people's opportunity.  It's quite another for

8   Republican or Democratic legislatures to pass

9   Voting Rights Act amendments under that

10  pretext that then discriminates by virtue of

11  the passage.  And both parties have been

12  guilty of that.

13          What this amendment does, it eliminates

14  that component.  We're not allowing race to

15  be used to, basically, predict the outcome of

16  a race.  We're trying to get it down to a

17  level where both sides have a fighting

18  chance.

19          SENATOR ENGLAND:  Well, let me say one

20  thing that I think -- and this is a point --

21  I hate to ask these, you know, "would you

22  agree" questions, but I'm going to do it

23  here.

24          You know, I didn't see -- I didn't see

25  any committee meetings dealing with this map.

032922 Senate 4/20/2022

```
 1   And I didn't get to deal with -- I didn't --
 2   the first time I saw this map was this
 3   morning.  But I did see Senator Dean Kirby
 4   and the committee here and the committee from
 5   the House had many, many meetings where they
 6   debated things just like what you're
 7   mentioning right here.
 8        SENATOR McDANIEL:  That's right.
 9        SENATOR ENGLAND:  And they've come up
10   with a product with all of those things in
11   mind.
12        SENATOR McDANIEL:  That's right.
13        SENATOR ENGLAND:  And I appreciate the
14   work they've done.  I think that they're
15   smarter than me when it comes to this kind of
16   thing.
17        But I think we're focusing on the wrong
18   things.  I don't like the impression that I'm
19   getting in here that we're trying to draw
20   certain districts to be better for one party
21   or the other.  I don't like that.  I think
22   that that's not what we need to be focusing
23   on.
24        I think that if our platform is the
25   right winner, and if our ideology works, and
```

Case 3:22-cv-00734-DPJ-HSO-LHS   Document 93-1   Filed 10/04/23   Page 167 of 196

Page 165

032922 Senate 4/20/2022

```
 1    if our political beliefs work, that's what we
 2    need to stand on, and that's what we need to
 3    work towards.
 4         Would you agree with that?
 5         SENATOR McDANIEL:  I understand your
 6    position.
 7         SENATOR ENGLAND:  Do you agree with
 8    that?
 9         SENATOR McDANIEL:  Well, yes and no,
10    because there's a slight caveat.
11         Yes, the short answer is in a perfect
12    world where we weren't divided like we are --
13         SENATOR ENGLAND:  Well, we don't have a
14    perfect world.  We understand that.  We're
15    not going to have a perfect map, obviously,
16    either.
17         SENATOR McDANIEL:  But remember, we
18    start with a premise established in large
19    part by federal legislation here because of
20    our imperfect world.  So now we have to act
21    under that legislation, recognizing the
22    imperfections, which is what we have here,
23    which is why BVAP is so important.
24         Should it be?  No.
25         In a better world, would it be?  No.
```

Jackson                Brooks Court Reporting              Meridian
Gulfport                  1-800-245-3376                 New Orleans

032922 Senate 4/20/2022

```
 1          SENATOR ENGLAND:  Well, let's make it a
 2     better world, right?  Let's go forward and
 3     make it a better world.  If it's not
 4     currently, let's do what we can without doing
 5     it with blinds on a map.  Let's go make it a
 6     better world and accept the challenges that
 7     we have before us as a party, right?
 8          SENATOR McDANIEL:  And if that's the
 9     case -- and I agree with you.  If that's the
10     case, then why do we need a single
11     majority-minority district in the state?  Why
12     should it be required?
13          SENATOR ENGLAND:  Well, look.
14     Apparently, the lawyers will tell you that,
15     you know, we have requirements we have to
16     look at.
17          SENATOR McDANIEL:  Yeah.
18          SENATOR ENGLAND:  And, look, I don't
19     want to take any districts away.  I don't
20     want any communities to be left out of any
21     feeling they have on this.  But there's no
22     law that prevents a Republican from going and
23     running in those districts either and trying
24     to convince the people that, look, this is
25     where we need to be.  We can hold town halls,
```

032922 Senate 4/20/2022

```
 1    we can hold Facebook videos that are focused
 2    in those areas and talk about what works.
 3         But I think what we're doing right now
 4    is a disservice to all of us in here by
 5    making this such a contentious point that's
 6    not even based on ideology or policy.
 7         SENATOR McDANIEL:  It's a contentious
 8    point because the Justice Department is
 9    demanding it be.  It's trying to take those
10    actions.
11         Think of it this way, to your point, if
12    your point is taken to its logical extreme,
13    which I hope one day it is, then naturally
14    the result should be no mandated
15    majority-minority districts.  They shouldn't
16    exist because you're using race as a target
17    in those districts and you're forming them.
18         The question is why are we --
19         SENATOR ENGLAND:  Does your map do that?
20         SENATOR McDANIEL:  No, no.  That's just
21    it.  The map does nothing different than
22    what --
23         SENATOR ENGLAND:  So your map --
24         SENATOR McDANIEL:  Hold on.
25         SENATOR ENGLAND:  I'm sorry.  So I got
```

032922 Senate 4/20/2022

```
 1   you one district.
 2        SENATOR McDANIEL:  Hold on.  Hold on.
 3        SENATOR ENGLAND:  You said you did that
 4   on one district.  Did it do it in all the
 5   other ones?
 6        SENATOR McDANIEL:  No.  Hold on for a
 7   second.  Hold on.  You didn't let me finish.
 8        Here's the thing.  Remember, the
 9   question is, if we are moving toward that
10   better world, then, naturally, I would hope
11   the Justice Department, I would hope the feds
12   would see that.  Naturally, I think they
13   would understand that mandating
14   majority-minority districts will be
15   unnecessary.
16        And in the world you described, it would
17   be unnecessary.  But that's not the world we
18   have.  We have federal courts and the Voting
19   Rights Act trying to somehow balance what
20   they consider to be inequalities or
21   inequities in the system.
22        SENATOR ENGLAND:  So why the focus on
23   this one district?
24        SENATOR McDANIEL:  Because when you go
25   over 61, it's no longer about providing
```

```
 1   fairness.  It's about providing a guaranteed
 2   victory.  And that's the distinction the
 3   courts have made.
 4        SENATOR ENGLAND:  Are there other
 5   districts with greater than 61?
 6        SENATOR McDANIEL:  Other districts in
 7   this map?
 8        SENATOR ENGLAND:  Yes.
 9        SENATOR McDANIEL:  Yes.
10        SENATOR ENGLAND:  Well, what did you do
11   with those?
12        SENATOR McDANIEL:  That's just it.  They
13   don't comprise a target which is a Republican
14   senator.  That's why this district matters.
15        Here's another reason.  Here's another
16   reason.
17        SENATOR ENGLAND:  Well, that district
18   had a Democrat senator before 2019, correct?
19        SENATOR McDANIEL:  Every time we make a
20   change -- you asked why we didn't take them.
21   Every time we make a change, you have this
22   massive ripple effect, and we're still under
23   the guidance of the Voting Rights Act.
24        So remember, if you start repealing back
25   every single majority-minority district,
```

032922 Senate 4/20/2022

1    there would be a violation.  But if you bring

2    back one, right, into a more fair standards

3    and you compare it to where we were 10 years

4    ago, where we picked up two, essentially,

5    we're back to the number 14, which would be

6    perfectly fair to all parties involved under

7    the VRA.

8         SENATOR ENGLAND:  So we don't have a

9    perfect world.  We don't have a perfect map.

10   We don't have a perfect state.  But what

11   you're trying to create here is one perfect

12   district; is that right?

13        SENATOR McDANIEL:  It's not a perfect

14   district.  It's a district that is

15   competitive on both sides.  It satisfies both

16   sides of the equation.

17        If you bring the BVAP to the district

18   too low, it is tilted toward the Republican.

19   If you put it up there in the high 40s,

20   there's a balance there, and both sides have

21   a fighting chance to win.  With the same

22   ideas you've expressed, they can now go

23   across, they can talk, and they can win the

24   day based on those closer numbers.

25        SENATOR ENGLAND:  Well, I don't think

032922 Senate 4/20/2022

```
 1   you would disagree with this.  I'm not
 2   worried about being an underdog at any point
 3   in time.  I don't think you are either.
 4        SENATOR McDANIEL:  That's right.
 5        SENATOR ENGLAND:  So, you know, if
 6   there's a challenge let's take some advice
 7   from a great man that once said, you know,
 8   "Rise and run towards a challenge," and let's
 9   do it that way.  We're not going to draw
10   perfect battles on everything.  Let's look at
11   what we've got, and let's go with it.
12        I'm happy with what our attorneys and
13   what Senator Kirby and his committee has come
14   up with, and I plan to support theirs today.
15   I appreciate what you've done.
16        But another question I would ask you
17   before I sit down is, you know, will you help
18   me bring our message to areas where maybe
19   it's not being heard or being as accepted as
20   it is for whatever reason so that maybe we
21   don't have to worry about that anymore?  We
22   can just talk about philosophy and ideology.
23        SENATOR McDANIEL:  Anywhere, anytime.
24        SENATOR ENGLAND:  Okay.  Thank you, sir.
25        SENATOR McDANIEL:  Anywhere, anytime.
```

032922 Senate 4/20/2022

```
 1          MR. PRESIDENT:  Okay.  Senator Whaley.

 2          SENATOR WHALEY:  Question, please.

 3          MR. PRESIDENT:  Yes, you're recognized,

 4     Senator.  For what purpose, sir?

 5          SENATOR WHALEY:  For a question, please.

 6          MR. PRESIDENT:  Please proceed.

 7          SENATOR WHALEY:  Thank you,

 8     Mr. President.

 9          Senator, you know, I heard your

10     statement about the amendment and when it was

11     drawn up, and you had been conferring with

12     several attorneys, and I heard you mention a

13     name that resounds with me and it may not

14     resound with many other people besides

15     myself, you, Senator Sojourner, Senator

16     Sparks.

17          We all know Ms. Pat Krueger very well.

18     She happens to be a constituent of mine.

19          SENATOR McDANIEL:  Right.

20          SENATOR WHALEY:  And you said that y'all

21     had been conferring about this.

22          SENATOR McDANIEL:  She's been texting

23     all morning.

24          SENATOR WHALEY:  And yesterday as well.

25     You stated yesterday.
```

032922 Senate 4/20/2022

```
 1          SENATOR McDANIEL:  All morning she's
 2   been texting.  The question was how many have
 3   reviewed it, and that was this morning.
 4   There's been three total.
 5          SENATOR WHALEY:  You just began to
 6   review today?
 7          SENATOR McDANIEL:  No, she's been
 8   texting this morning.  I can show you the
 9   text.
10          SENATOR WHALEY:  You know, we have a
11   point here.  You know, Ms. Pat, she's a woman
12   that you can put a lot of pronouns about.
13   She's a very intelligent lady.  She's a very
14   vocal lady.
15          SENATOR McDANIEL:  Yeah.
16          SENATOR WHALEY:  But I've never known
17   her to be dishonest.  And she and I, we've
18   been talking as well.
19          SENATOR McDANIEL:  Yeah.
20          SENATOR WHALEY:  And I have not heard
21   anything from her about this issue.
22          SENATOR McDANIEL:  I can show you the
23   text.
24          SENATOR WHALEY:  And she and I -- well,
25   you should have showed it to me before.  And
```

032922 Senate 4/20/2022

```
 1    that's the thing --
 2         SENATOR McDANIEL:  But you didn't ask
 3    until then.  But I can show you the text.
 4         SENATOR WHALEY:  You know, she's --
 5    Senator, that comes back to a previous made
 6    point as well about going into people's
 7    district with this amendment.  You've had
 8    this amendment, and previous times in the
 9    past, you've put out an amendment that was
10    important on Facebook so that everybody in
11    the world could see.
12         SENATOR McDANIEL:  Yeah.
13         SENATOR WHALEY:  You've taken time to go
14    back and put out to your followers, and which
15    a lot of them are my followers, and we've all
16    been sent these e-mail chains that we
17    absolutely cannot answer.  And I try to
18    answer my e-mails.  I try to answer my phone
19    call.  I try to answer my text messages.
20         SENATOR McDANIEL:  Right.
21         SENATOR WHALEY:  And I understand that
22    you answer every single one of those, and I'm
23    not quite sure how you do it.  I guess you
24    don't never sleep or you've got somebody on
25    the payroll because I can't do it.
```

032922 Senate 4/20/2022

```
1            And I think that the phrase earlier was
2    disingenuous information, and I'm just going
3    to say it's dishonest information.  Because
4    I'm not a fancy lawyer.  I don't have a
5    thesaurus full of pronouns to describe words.
6    So I'm just going to call it like it is
7    because that's where I come from, small town
8    Mississippi.
9            SENATOR McDANIEL:  Right.
10           SENATOR WHALEY:  And I think that what
11   you've done here is dishonest.
12           SENATOR McDANIEL:  Okay.
13           SENATOR WHALEY:  And if you wanted us to
14   follow this amendment and work with us on
15   this amendment, you should have been honest
16   with us.  You should have worked with us
17   instead of springing it on us at the last
18   minute.
19           SENATOR McDANIEL:  Listen, I get that,
20   and I'll answer the question.  I understand
21   all these items are tense, and they're going
22   to be tense from time to time.  I'm a
23   conservative.  I told you that.  I'm going to
24   fight for the things I believe in, and I
25   trust you will as well.  We could not make
```

032922 Senate 4/20/2022

```
 1   amendments to the map at all until we
 2   actually saw the whole map.  The reason is
 3   there was no place to even start.  And this
 4   was one of several that we made.
 5        But remember, the reason it was delayed
 6   even a little bit was because of that.  Until
 7   we saw the map, there was no way to even
 8   begin the amendment process.  And that was
 9   because of the secrecy for whatever reason
10   that was existing.
11        So the point was, I would have loved to
12   have done this a week ago or two weeks ago.
13   It was just practically logistically
14   impossible to do.
15        But now, to your other points -- and I
16   don't know how to really say this.  I'm not
17   trying to hurt you or Ms. Pat or anybody
18   else.  I'm going to fight for the same things
19   I've been fighting for for 15 years.  And you
20   can go back on Facebook or whatever for 15
21   years.  I haven't changed my message.  This
22   is the same issues I believe strongly about.
23   I don't anticipate I'll ever change the way I
24   see these issues.  I'm not trying to hurt
25   anybody, I'm just trying to fight for what I
```

032922 Senate 4/20/2022

```
 1   believe in.
 2        SENATOR WHALEY:  Let me make this other
 3   question.
 4        SENATOR McDANIEL:  Yeah.
 5        SENATOR WHALEY:  If you have a group of
 6   constituents that come to you, say, "Will you
 7   support Senator So-and-so's amendment,"" how
 8   do you answer that?
 9        SENATOR McDANIEL:  It would depend.
10        SENATOR WHALEY:  No, no, no.  It
11   wouldn't depend.
12        SENATOR McDANIEL:  It does depend.
13        SENATOR WHALEY:  It depends on the point
14   of whether you have seen the amendment or
15   not.  If you have not seen the amendment, how
16   would you answer it?
17        SENATOR McDANIEL:  That's why it
18   depends.  That was not part of your first
19   question.
20        If I've not seen the amendment,
21   naturally, I would say I'd have to see the
22   amendment first.
23        SENATOR WHALEY:  Wonderful point.
24        SENATOR McDANIEL:  Yeah.
25        SENATOR WHALEY:  So why do you
```

032922 Senate 4/20/2022

```
 1   continually put these messages out to support
 2   your amendments when we haven't seen the damn
 3   amendments?
 4       SENATOR McDANIEL:  Because the message I
 5   put out was absolutely accurate.  There was
 6   nothing inaccurate about the message at all.
 7       We know unequivocally that a Republican
 8   senator is having her BVAP raised to 61
 9   percent.  We know the data demonstrates that
10   will end her career.  That's exactly what I
11   said, and what I've been saying, and it was
12   honest.  It's right there in black and white
13   and the colors up there.
14       SENATOR WHALEY:  And we honestly
15   don't -- at the point of time when you
16   started this, we didn't know if anybody
17   else's district was affected, correct?
18       SENATOR McDANIEL:  Are we --
19       SENATOR WHALEY:  Your district could be
20   gone.  My district could have been gone.  We
21   didn't know, right?
22       SENATOR McDANIEL:  Let's talk about that
23   for a second.
24       SENATOR WHALEY:  No, let's --
25       SENATOR McDANIEL:  No, no.  I'm going to
```

032922 Senate 4/20/2022

```
 1   answer your question.  I'm going to answer
 2   your question.
 3         You might recall that there were quite a
 4   few senators in here that were concerned
 5   about their districts.
 6         SENATOR WHALEY:  I believe the message
 7   was that three female Republican senators had
 8   been drawn out; is that correct?
 9         SENATOR McDANIEL:  Not from my mouth.
10   That was my message.
11         SENATOR WHALEY:  No.  I'm talking about
12   the message that was put forward to us when
13   we were bombarded with the e-mals.
14         SENATOR McDANIEL:  Not three.  Three
15   female senators?  I didn't say that.
16         My position has always been something
17   seems odd. The transparency is not here.
18   There's an awful lot of secrecy.
19         We got wind, because as you know, there
20   aren't many secrets in this Capitol.  We got
21   wind of the true elimination of one.  And you
22   can see it right there as we speak.  The
23   district is gone.  That's just -- that's the
24   truth of the matter.  It's gone.  Everything
25   I said was accurate.  Every word.
```

032922 Senate 4/20/2022

```
 1          SENATOR WHALEY:  You know, I'm going to
 2     have to disagree with you, and I'm going to
 3     have to go back and listen to it.
 4          SENATOR McDANIEL:  Good.
 5          SENATOR WHALEY:  I came into this body,
 6     and I respected you.  I'm a little
 7     disappointed, I'll say that.  But I really
 8     wish that in the future you consider holding
 9     your messages about amendments until you
10     actually let people in the body see them.
11          SENATOR McDANIEL:  My message was
12     accurate.  I tell you something else.  The
13     idea --
14          MR. PRESIDENT:  Thank you, Senator.
15          SENATOR McDANIEL:  I'll finish answering
16     the question, unless it wasn't a question.
17          Senator, I appreciate your position, and
18     I respect you as well.  But I came here to
19     fight for conservatives, and I'm going to do
20     it the rest of my life.  And I know you did
21     as well.  I'm not saying otherwise.  But
22     these are the things I believe.  And I'm not
23     trying to hurt anybody.  I'm just doing the
24     best I can to fight for what I believe in.
25     That's all.
```

032922 Senate 4/20/2022

```
 1          SENATOR WHALEY:  I've never questioned
 2     fighting for conservatives.  I fully support
 3     that as well.  I'm just saying that I want to
 4     fight the damn lies.
 5          SENATOR McDANIEL:  It's not a lie.  It's
 6     right -- it's right there on the map.  Her
 7     district is eliminated.  And that's what I
 8     said was going to happen.  Her district is
 9     eliminated.  Whether it's a lie or not, the
10     people can clearly see that District 37 as
11     configured, the one she ran in, is gone.
12     That's not a lie.  That's the truth.
13          MR. PRESIDENT:  Thank you.  Senator
14     Jordan, for what purpose do you seek
15     recognition, sir?
16          SENATOR JORDAN:  I have a question,
17     Mr. President.
18          MR. PRESIDENT:  Please proceed.
19          Senator McDaniel, will you yield for a
20     question?
21          SENATOR McDANIEL:  Yes, sir.
22          MR. PRESIDENT:  Senator Jordan, you're
23     recognized.
24          SENATOR JORDAN:  Thank you very much,
25     Mr. President.
```

032922 Senate 4/20/2022

```
1          Senator McDaniel, you and I disagree
2     many times.  But I hope you'll agree with me
3     now.  We all are Mississippians, and all of
4     us ought to be fighting for to make our state
5     better in all ways.  It has great potential.
6          SENATOR McDANIEL:  Yes, sir.
7          SENATOR JORDAN:  If you were stuck on an
8     elevator out there, wouldn't make any
9     difference whether it was a Democrat or
10    Republican got the doggone thing open so you
11    could get out, would it?  You could wait
12    until a Republican comes from across town to
13    get you out of there and said, "Democrats, we
14    don't want you to help.  I want to stay in
15    this elevator."  What would be your --
16         SENATOR McDANIEL:  There's no individual
17    regardless of party that I wouldn't try to
18    help in that instance.
19         SENATOR JORDAN:  Yeah.  I love everybody
20    in here, Democrats or Republicans, doesn't
21    matter to me.  I'm a Mississippian.  And when
22    I taught public school, I integrated the
23    classes.  It didn't matter who came to that
24    class because I'm interested in teaching a
25    subject matter.
```

032922 Senate 4/20/2022

```
 1        We ought to be interested in moving our
 2   state forward regardless of Republican or a
 3   Democrat because Mississippi comes first.
 4        Won't you agree with that?
 5        SENATOR McDANIEL:  Yeah.
 6        SENATOR JORDAN:  We're getting bogged
 7   down in your paralysis of analysis.
 8        Wouldn't you agree with that?
 9        SENATOR McDANIEL:  No.  Well, there's
10   two questions.
11        As to the first one, I agree that
12   Mississippi should come first.  I absolutely
13   do.  But remember, political parties have
14   vastly different ideas as to how to get us to
15   first.
16        SENATOR JORDAN:  Well, you said 61
17   percent.  I'm a conservative.  I wear these
18   suspenders because I don't trust a belt
19   anymore.  That's conservative.  But you can't
20   stand there and say that with 61 percent what
21   a person can't win.  You can argue that.  I'm
22   not a lawyer, but you don't know.
23        SENATOR McDANIEL:  It's just what the
24   data shows.  There's no way to --
25        SENATOR JORDAN:  And data can be wrong.
```

032922 Senate 4/20/2022

```
 1          SENATOR McDANIEL:  Yes, sir.  There's no
 2  way to predict everything with perfection.
 3          SENATOR JORDAN:  There you go.
 4          SENATOR McDANIEL:  But the data does
 5  demonstrate that.
 6          SENATOR JORDAN:  You have just answered
 7  it.  There's no way to predict everything.  I
 8  think your prediction could be wrong.  Thank
 9  you.
10          SENATOR McDANIEL:  Under the data, it's
11  probably not, but anything's possible.  I
12  mean, anything in the world could happen, but
13  the data demonstrates --
14          SENATOR JORDAN:  No, I'm personally
15  talking about priorities.  That's our state.
16  Let's move our state forward.
17          SENATOR McDANIEL:  Yes, sir.
18          SENATOR JORDAN:  You can't do it when
19  you're polarizing the system.
20          SENATOR McDANIEL:  The system was
21  polarized well before I got here.
22          SENATOR JORDAN:  It doesn't mean that
23  you should continue to polarize it.
24          SENATOR McDANIEL:  I'm just fighting for
25  the things I believe in.  That's all.
```

032922 Senate 4/20/2022

```
 1          SENATOR JORDAN:  Well, you may -- it may
 2   be as wrong as two left shoes, but be able to
 3   realize that we all are Mississippi.  We all
 4   love this state.  This state belongs to all
 5   of us.
 6          If we went to war tomorrow, all of us of
 7   age would have to go regardless of race,
 8   creed or color.  So we don't have time to be
 9   debating party issues.  Let's do justice and
10   love mercy, walk humbly with our God.  That's
11   what we need to do and move our state
12   forward.
13          Thank you, Mr. President.  Thank you.
14          MR. PRESIDENT:  Thank you, Senators.
15   Thank you, Senator McDaniel.
16          Senator Blackmon, for what purpose,
17   ma'am?
18          SENATOR BLACKMON:  Are there any people
19   after me for questions?
20          MR. PRESIDENT:  Yes, ma'am.  Yes, ma'am.
21          SENATOR BLACKMON:  I'd like to make a
22   motion, if I'm recognized.
23          MR. PRESIDENT:  You're recognized,
24   ma'am.
25          SENATOR BLACKMON:  I move the previous
```

032922 Senate 4/20/2022

```
 1   question and all pending matters.
 2         MR. PRESIDENT:  One moment, please.
 3         Okay, Senators, I think we were right
 4   the first time.
 5         We have a motion on the previous
 6   question.  All in favor signify by saying
 7   "Aye."
 8         (Aye.)
 9         MR. PRESIDENT:  All opposed, "No."
10         (No.)
11         MR. PRESIDENT:  The "Ayes" have it.
12         We have five minutes, Senator McDaniel.
13   I think you're first, sir.
14         SENATOR McDANIEL:  As far as opposing?
15         MR. PRESIDENT:  Yes, sir.  It's five
16   minutes on your amendment.
17         SENATOR McDANIEL:  I think -- Kathy, do
18   you want to speak?
19         MR. PRESIDENT:  Right.  The previous
20   question, I think took precedent.  One
21   moment.
22         Senator, you can yield some of your five
23   minutes if you'd like.
24         Senator Chism, are you going to speak on
25   the amendment?  We're going to start the --
```

032922 Senate 4/20/2022

1   we're going to start the clock.

2         SENATOR McDANIEL:  I will yield part of

3   my five minutes to Senator Chism.

4         MR. PRESIDENT:  Please proceed, Senator

5   Chism.

6         SENATOR CHISM:  Thank you, Mr.President.

7   Thank you, Senator McDaniel.  I'll be very

8   quick.

9         I want everybody in here to know when I

10  went to my camper last night, I spent a lot

11  of time praying.  I called my prayer warriors

12  back in my district, and I did my best to jot

13  down some things to say to you.  Please

14  listen.

15        First of all, Mr. Kirby, thank you for

16  everything that you have done.  I know you've

17  worked hard.  I can't imagine what all you

18  went through during the past year.

19        But, first, let me say that I'm pleased

20  with my district.  I said that before.  There

21  are parts of it that I would like to keep.  I

22  didn't get to keep them.  I'm trying to be

23  generous with the ones around me and work

24  with the ones around me.

25        But as a Republican, I am concerned

032922 Senate 4/20/2022

```
 1    about the districts that had a significant
 2    increase of BVAP.  As Republicans, we should
 3    all be concerned, and we should unite to save
 4    every Republican district in this state.
 5         As all of you know, District 37 has had
 6    a BVAP of about 36 or 37 percent, and now it
 7    will have a BVAP of more than 60 percent.
 8    That makes a Republican pro-life district
 9    vulnerable to becoming a pro-choice Democrat
10    district.  As a Republican, this is very
11    troubling to me, and I pray it is also
12    troubling -- a troubling concern to every
13    Republican senator in this chamber.
14         It is time we lay aside our personal
15    interest, our personal feelings.  It is time
16    we stand as Republicans for Republican
17    principles and as Republicans for each other.
18    Republicans, we need to unit together.
19         I reached out to my prayer warriors last
20    night, as I told you a while ago, and we
21    spent many hours praying and God gave me the
22    answer I was looking for.  He said, "Child, I
23    sent you to Jackson to stand for what's
24    right.  I sent you as a Republican."  And I'm
25    here to stand for the Republicans, and I pray
```

032922 Senate 4/20/2022

1    that y'all will stand with me and try to

2    preserve our Republican district.  Thank you.

3         MR. PRESIDENT:  Thank you, Senator

4    Chism.

5         Senator McDaniel, you're recognized to

6    speak on the motion.

7         SENATOR McDANIEL:  It's my understanding

8    I only have a couple of minutes because of

9    time constraints, but I want to be clear

10   about my perception of what this means to the

11   body.

12        Yes, in my mind, this is a political

13   assassination of a Republican.  There's a

14   dozen -- no, a thousand ways to draw these

15   maps.  Those lines can twist and turn a

16   million different ways in a million different

17   directions.  They did not have to twist and

18   turn to put a Republican incumbent senator in

19   a district where race was the predominant

20   consideration.  They did not have to twist

21   and turn where race is going to be used to

22   eliminate a person.

23        We want to move past those days, not

24   embrace those days.  This is a violation of

25   the equal protection clause of the United

032922 Senate 4/20/2022

```
 1   States Constitution.  It's a violation of
 2   just common sense.
 3        And to say that somehow this isn't going
 4   to harm someone?  Tell it to Senator
 5   Sojourner.  Her district, her political
 6   career, it's on the line.  All the amendment
 7   does was bring the BVAP down to a place where
 8   she can compete.  That's all it does.  It
 9   makes the map more fair, not less fair.  It
10   gives us a better chance to be seen as a
11   better state that doesn't let race make these
12   types of determinations.  Just give her a
13   fighting chance, because to do otherwise, you
14   are eliminating one of your own.  Why not
15   give them both a fighting chance?  They're
16   both good people.
17        And to Jeremy England's points earlier,
18   yes, we have a right to talk to each other,
19   to work with each other, and, hopefully,
20   change hearts and minds.  But you can't do it
21   when the BVAP is so out of whack where a
22   person has been targeted by race and race
23   being the predominant consideration.
24        It's not good for Mississippi.  It's not
25   good these districts be mandated.  We have to
```

032922 Senate 4/20/2022

```
 1    move past it.  And all this amendment does is
 2    give us one step in the right direction.
 3    That's all it does.
 4         I ask you to support the amendment.
 5         MR. PRESIDENT:  Thank you, Senator
 6    McDaniel.
 7         Senator Kirby, you're recognized.
 8         SENATOR KIRBY:  Thank you, Mr.
 9    President.  I know everyone is hungry and
10    irritable right now, but, first off, I'm
11    going to ask you to vote against the
12    amendment.  And the reason we need to vote
13    against the amendment is every one of you had
14    time to look at your map.  Every one of
15    you -- we have been -- I mean, almost
16    everyone says, "I'm satisfied with my map,"
17    and the committee, of course, the overall
18    map.
19         All I need to say is we've been very
20    transparent.  This is a last-minute deal.
21    Everyone is confused.  I ask that you vote
22    against the amendment.
23         MR. PRESIDENT:  Okay.  Senator, do we
24    have a motion?  The motion is the adoption of
25    the amendment.  We need six.  We have one --
```

032922 Senate 4/20/2022

```
 1   please stand if you're going to be counted.
 2   One, two, three, four, five.  Do you have
 3   five, sir?
 4        Okay.  We do not have division.
 5        All in favor signify by saying "Aye."
 6        (Aye.)
 7        MR. PRESIDENT:  Opposed, "No."
 8        (No.)
 9        MR. PRESIDENT:  The "Noes" have it.
10   Thank you.
11        Senator, we're on the final passage,
12   sir.
13        Senator Kirby, you're on final passage,
14   sir.
15        SENATOR KIRBY:  Closing with another --
16        MR. PRESIDENT:  No, it's final passage.
17        SENATOR KIRBY:  Okay.  Ladies and
18   gentlemen, I know you're hungry as I said.
19   You've heard all sides.  You know what you
20   got.
21        MR. PRESIDENT:  Senator, this is just a
22   motion here.  It's just a motion now,
23   Senator.  It's time to vote, so it's just a
24   motion.
25        SENATOR KIRBY:  I ask we use the morning
```

032922 Senate 4/20/2022

```
 1   roll call for final passage.
 2        MR. PRESIDENT:  The Senator has
 3   requested utilization of the morning roll
 4   call.  Anyone object to the procedure?
 5   (Inaudible) is voting no.  Object to the
 6   procedure.
 7        All right.  Mr. Clerk, please call the
 8   roll.
 9        (Roll called.)
10        (Announcements.)
11        MR. PRESIDENT:  Mr. Clerk, have you got
12   the vote, please, sir?
13        By a vote of 45 yeas, 7 nays, the Bill
14   passes.  Thank you, Senator Kirby.
15        (End of video.)
16
17
18
19
20
21
22
23
24
25
```

032922 Senate 4/20/2022

```
 1              CERTIFICATE OF COURT REPORTER

 2              I, Ginger H. Brooks, Court Reporter and

 3     Notary Public, in and for the State of

 4     Mississippi, hereby certify that the foregoing

 5     contains a true and correct transcript of the

 6     video provided to me and reduced to typewritten

 7     form under my supervision.

 8              I further certify that, to the best of

 9     my knowledge, I am not in the employ of or related

10     to any party in this matter and have no interest,

11     monetary or otherwise, in the final outcome of

12     this matter.

13              Witness my signature and seal this the

14     14th day of June, 2022.

15

16                          _____

17                          GINGER H. BROOKS, #1165
                            CRR, RPR, CCR
       My Commission Expires:
18     September 18, 2025

19

20

21

22

23

24

25
```