# Ryan Beckett

**From:** Ryan Beckett
**Sent:** Wednesday, October 4, 2023 1:34 PM
**To:** 'Joshua Tom'
**Cc:** Tommie Cardin; Parker Berry
**Subject:** Subpoena to Charles Taylor [IWOV-BUTLERSNOW.FID7560002]

Josh,

We served a Subpoena on Charles Taylor on August 11, 2023 with a return date of August 21, 2023. Mr. Taylor has failed to respond in any way. Mr. Taylor is listed on the NAACP's privilege log. Do you or any other counsel for the Plaintiffs represent Mr. Taylor in connection with the Subpoena served on him?

You previously confirmed that you were not representing Senator Simmons or Representative Johnson. Unless you tell me otherwise, I am going to operate on that previous representation. Thank you.

P. Ryan Beckett
Butler Snow LLP

D: (601) 985-4557 | F: (601) 985-4500
1020 Highland Colony Parkway, Suite 1400, Ridgeland, MS 39157
P.O. Box 6010, Ridgeland, MS 39158-6010
Ryan.Beckett@butlersnow.com | vCard | Bio

Twitter | LinkedIn | Facebook | YouTube



EXHIBIT A