**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**NORTHERN DIVISION**

**MISSISSIPPI STATE CONFERENCE OF THE NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE; DR. ANDREA WESLEY; DR. JOSEPH WESLEY; ROBERT EVANS; GARY FREDERICKS; PAMELA HAMMER BARBARA FINN; ORHO BARNES; SHIRLINDA ROBERTSON; SANDRA SMITH; DEBORAH HULITT; RODESTA TUMBLIN; DR. KIA JONES; ANGELA GRAYSON; MARCELEAN ARRINGTON; VICTORIA ROBERTSON** **PLAINTIFFS**

**VS.** **CIVIL ACTION NO. 3:22-cv-734-DPJ-HSO-LHS**

**STATE BOARD OF ELECTION COMMISSIONERS; TATE REEVES,** ***in his official capacity as Governor of Mississippi*****; LYNN FITCH,** ***in her official capacity as Attorney General of Mississippi*****; MICHAEL WATSON,** ***in his official capacity as Secretary of State of Mississippi*** **DEFENDANTS**

**AND**

**MISSISSIPPI REPUBLICAN EXECUTIVE COMMITTEE** **INTERVENOR-DEFENDANT**

---

**DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF DEFENDANTS' DEADLINE TO DESIGNATE EXPERT WITNESSES**

---

Defendants State Board of Election Commissioners, Governor Tate Reeves, Attorney General Lynn Fitch, and Secretary of State Michael Watson (collectively, "Defendants") respectfully submit this unopposed motion for a seven (7) day extension of Defendants' deadline to designate expert witnesses. In support. Defendants would show as follows:

1. Pursuant to this Court's scheduling Order for this matter, Defendants' deadline to designate expert witnesses is October 16, 2023. (Doc. 44).

2. In order to have adequate time to prepare reports, Defendants respectfully request a seven (7) day extension of Defendants' deadline to designate expert witnesses, up to and including, October 23, 2023.

3. Counsel for Defendants has conferred with counsel for Plaintiffs. Counsel for Plaintiffs has represented that there is no objection to the seven (7) day extension of Defendants' current expert deadline.

4. Due to the straightforward nature of the relief sought by this motion, Defendants respectfully requests that they not be required to submit a separate memorandum in support of this motion as required by Local Uniform Civil Rule 7(b)(4).

WHEREFORE, Defendants respectfully requests that the court enter an amended scheduling Order extending Defendants' deadline to designate expert witnesses by seven (7) days, up to and including, October 23, 2023.

This the 16th day of October, 2023.

Respectfully submitted,

STATE BOARD OF ELECTION COMMISSIONERS; TATE REEVES, IN HIS OFFICIAL CAPACITY AS GOVERNOR OF MISSISSIPPI; LYNN FITCH, IN HER OFFICIAL CAPACITY AS ATTORNEY GENERAL OF MISSISSIPPI; MICHAEL WATSON, IN HIS OFFICIAL CAPACITY AS SECRETARY OF STATE, DEFENDANTS

By: */s/ P. Ryan Beckett*
P. Ryan Beckett (MB #99524)
ONE OF THEIR COUNSEL

OF COUNSEL:

Tommie S. Cardin (MB #5863)
P. Ryan Beckett (MB #99524)
B. Parker Berry (MB #104251)
**BUTLER SNOW LLP**
1020 Highland Colony Parkway, Suite 1400
Ridgeland, MS 39157
P.O. Box 6010, Ridgeland, MS 39158-6010
Phone: 601.948.5711
Fax: 601.985.4500
tommie.cardin@butlersnow.com
ryan.beckett@butlersnow.com
parker.berry@butlersnow.com

Rex M. Shannon III (MB #102974)
**STATE OF MISSISSIPPI**
**OFFICE OF THE ATTORNEY GENERAL**
**CIVIL LITIGATION DIVISION**
Post Office Box 220
Jackson, Mississippi 39205-0220
Tel.: (601) 359-4184
Fax: (601) 359-2003
rex.shannon@ago.ms.gov

**CERTIFICATE OF SERVICE**

I, P. Ryan Beckett, one of the attorneys for the Defendants, do hereby certify that I have this day filed the above and foregoing document with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record.

This the 16th day of October, 2023.

*/s/ P. Ryan Beckett*
P. Ryan Beckett

83639990.v1