# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### Northern Division

| | |
|---|---|
| MISSISSIPPI STATE CONFERENCE OF THE NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE; DR. ANDREA WESLEY; DR. JOSEPH WESLEY; ROBERT EVANS; GARY FREDERICKS; PAMELA HAMNER; BARBARA FINN; OTHO BARNES; SHIRLINDA ROBERTSON; SANDRA SMITH; DEBORAH HULITT; RODESTA TUMBLIN; DR. KIA JONES; MARCELEAN ARRINGTON; VICTORIA ROBERTSON,<br><br>*Plaintiffs*,<br><br>vs.<br><br>STATE BOARD OF ELECTION COMMISSIONERS; TATE REEVES, *in his official capacity as Governor of Mississippi*; LYNN FITCH, *in her official capacity as Attorney General of Mississippi*; MICHAEL WATSON, *in his official capacity as Secretary of State of Mississippi*,<br><br>*Defendants,*<br>AND<br><br>MISSISSIPPI REPUBLICAN EXECUTIVE COMMITTEE,<br><br>*Intervenor-Defendant.* | **CIVIL ACTION NO. 3:22-cv-734-DPJ-HSO-LHS**<br><br>**NOTICE OF INTENT TO SERVE SUBPOENA FOR DEPOSITIONS** |

**PLAINTIFFS' NOTICE OF INTENT TO SERVE SUBPOENAS FOR DEPOSITIONS**

YOU ARE HEREBY NOTIFIED, pursuant to Rule 45 of the Federal Rules of Civil Procedure, that Plaintiffs intend to serve subpoenas for depositions upon the following:

1. Ben Collins
2. Dean Kirby
3. Ted Booth

1

4. Charles "Jim" Beckett

Copies of the subpoenas are attached as Exhibits hereto. Counsel for the parties intend to meet and confer on appropriate date, place, and time of depositions.

DATED: October 26, 2023

Respectfully submitted,

/*s/Joshua Tom*/　　　　　　　　　　　　　　Ari J. Savitzky
Joshua Tom, MSB 105392　　　　　　　　　*asavitzky@aclu.org*
*jtom@aclu-ms.org*　　　　　　　　　　　　Kelsey Miller
ACLU OF MISSISSIPPI　　　　　　　　　　*kmiller1@aclu.org*
101 South Congress Street　　　　　　　　Ming Cheung
Jackson, MS 39201　　　　　　　　　　　　mcheung@aclu.org
(601) 354-3408　　　　　　　　　　　　　Casey Smith
　　　　　　　　　　　　　　　　　　　　csmith@aclu.org
Robert B. McDuff, MSB 2532　　　　　　　ACLU FOUNDATION
*rbm@mcdufflaw.com*　　　　　　　　　　125 Broad Street, 18th Floor
MISSISSIPPI CENTER FOR JUSTICE　　　　New York, New York 10004
767 North Congress Street　　　　　　　　(212) 549-2500
Jackson, MS 39202
(601) 969-0802　　　　　　　　　　　　　Patricia Yan
　　　　　　　　　　　　　　　　　　　　*pyan@aclu.org*
Carroll Rhodes, MSB 5314　　　　　　　　ACLU FOUNDATION
Law Offices of Carroll Rhodes　　　　　　915 15th Street NW
*crhodes6@bellsouth.net*　　　　　　　　 Washington, DC 20005
PO Box 588　　　　　　　　　　　　　　　(202) 457-0800
Hazlehurst, MS 39083
(601) 894-1464　　　　　　　　　　　　　Ezra D. Rosenberg
　　　　　　　　　　　　　　　　　　　　*erosenberg@lawyerscommittee.org*
John P. Lavelle, Jr.　　　　　　　　　　　Jennifer Nwachukwu
**MORGAN, LEWIS & BOCKIUS LLP**　　　　 *jnwachukwu@lawyerscommittee.org*
1701 Market Street　　　　　　　　　　　David Rollins-Boyd
Philadelphia, PA 19103-2921　　　　　　　*drollins-boyd@lawyerscommittee.org*
Direct:　　　+1.215.963.4824　　　　　　LAWYERS' COMMITTEE FOR CIVIL RIGHTS
Telephone:　+1.215.963.5000　　　　　　UNDER LAW
Facsimile:　+1.202.739.3001　　　　　　1500 K Street NW Suite 900
*john.lavelle@morganlewis.com*　　　　　 Washington, DC 20005
　　　　　　　　　　　　　　　　　　　　(202) 662-8600
Drew C. Jordan
**MORGAN, LEWIS & BOCKIUS LLP**
1111 Pennsylvania Ave. NW
Washington, DC 20004-2541
Direct:　　　+1.202.739.5962
Telephone:　+1.202.739.3000
Facsimile:　+1.202.739.3001
*drew.jordan@morganlewis.com*　　　　　*Attorneys for Plaintiffs*

3

**CERTIFICATE OF SERVICE**

I, Joshua Tom, do certify that on this day I caused to be served a true and correct copy of the foregoing by electronic mail to all counsel of record.

This the 26th day of October, 2023.

/s/ Joshua Tom
Joshua Tom