# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### NORTHERN DIVISION

MISSISSIPPI STATE CONFERENCE OF
THE NATIONAL ASSOCIATION FOR
THE ADVANCEMENT OF COLORED
PEOPLE; DR. ANDREA WESLEY; DR.
JOSEPH WESLEY; ROBERT EVANS;
GARY FREDERICKS; PAMELA
HAMNER; BARBARA FINN; OTHO
BARNES; SHIRLINDA ROBERTSON;
SANDRA SMITH; DEBORAH HULITT;
RODESTA TUMBLIN; DR. KIA JONES;
MARCELEAN ARRINGTON; VICTORIA
ROBERTSON,

        *Plaintiffs*,

        vs.

STATE BOARD OF ELECTION
COMMISSIONERS; TATE REEVES, *in his
official capacity as Governor of Mississippi*;
LYNN FITCH, *in her official capacity as
Attorney General of Mississippi*; MICHAEL
WATSON, *in his official capacity as
Secretary of State of Mississippi*,

        *Defendants*,

AND

MISSISSIPPI REPUBLICAN EXECUTIVE
COMMITTEE,

*Intervenor-Defendant.*

**CIVIL ACTION NO.
3:22-cv-734-DPJ-HSO-LHS**

**<u>NOTICE OF SERVICE</u>**

**TO:**    **All Counsel of Record**

Pursuant to L.U.CIV.R. 5(d)(3), notice is hereby given that on the date entered below I served the
following discovery device(s):

(✔) Check as appropriate:

_____ Interrogatories to: _____

✔ Requests for Production of
Documents to:                        Michael Watson, MS Secretary of State
_____

_____ Requests for Admissions to: _____

_____ Responses to Interrogatories of: _____

_____ Responses to Requests for
Production of Documents of: _____

_____ Responses to Requests for
Admissions of: _____

Pursuant to L.U.Cɪᴠ.R. 5(d)(3), I acknowledge my responsibilities as the custodian of the original(s) of the documents(s) identified above.

Dated: October 30, 2023

_/s/Joshua Tom_
Joshua Tom, MSB 105392
_jtom@aclu-ms.org_
ACLU OF MISSISSIPPI
101 South Congress Street
Jackson, MS 39201
(601) 354-3408

Robert B. McDuff, MSB 2532
_rbm@mcdufflaw.com_
MISSISSIPPI CENTER FOR JUSTICE
767 North Congress Street
Jackson, MS 39202
(601) 969-0802

Carroll Rhodes, MSB 5314 Law Offices
of Carroll Rhodes
_crhodes6@bellsouth.net_
PO Box 588
Hazlehurst, MS 39083
(601) 894-1464

Ari J. Savitzky*
_asavitzky@aclu.org_
Kelsey Miller*
_kmiller1@aclu.org_
Ming Cheung*
_mcheung@aclu.org_
ACLU FOUNDATION
125 Broad Street, 18th Floor
New York, New York 10004
(212) 549-2500

Patricia Yan*
_pyan@aclu.org_
ACLU FOUNDATION
915 15th Street NW
Washington, DC 20005
(202) 457-0800

Ezra D. Rosenberg*
_erosenberg@lawyerscommittee.org_
Jennifer Nwachukwu*
_jnwachukwu@lawyerscommittee.org_

John P. Lavelle, Jr.
*john.lavelle@morganlewis.com*
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103-2921
Telephone: (202) 739-3000
Facsimile:  (202) 739-3001
Drew C. Jordan
*drew.jordan@morganlewis.com*
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Ave. NW
Washington, DC 20004-2541
Telephone: (713) 890-5000
Facsimile:  (713) 890-5001

David Rollins-Boyd*
*drollins-boyd@lawyerscommittee.org*
LAWYERS' COMMITTEE FOR
CIVIL RIGHTS UNDER LAW
1500 K Street NW Suite 900
Washington, DC 20005
(202) 662-8600

 * Admitted *pro hac vice*
*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I, Joshua Tom, hereby certify that on October 30, 2023, I filed the forgoing Notice with the Clerk of the Court using the ECF system which sent notification of such filing to all parties on file with the Court.

/s/: Joshua Tom_____
Joshua Tom, MSB # 105392