AO 88A (Rev. 12/20) Subpoena to Testify at a Deposition in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi

| MISSISSIPPI NAACP et. al | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 3:22 -cv-734-DPJ-HSO-LHS |
| STATE BOARD OF ELECTION COMMISSIONERS, et. al | ) | |
| *Defendant* | ) | |

**SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION**

To: Senator Dean Kirby
1020 Highland Colony Parkway, Suite 1400, Ridgeland, Mississippi 39157

*(Name of person to whom this subpoena is directed)*

☑ **Testimony:** YOU ARE COMMANDED to appear at the time, date, and place set forth below to testify at a deposition to be taken in this civil action. If you are an organization, you must promptly confer in good faith with the party serving this subpoena about the following matters, or those set forth in an attachment, and you must designate one or more officers, directors, or managing agents, or designate other persons who consent to testify on your behalf about these matters:

| Place: ACLU of Mississippi, 101 S. Congress St, Jackson, MS 39201 | Date and Time: 11/19/2023 9:00 am |
|---|---|

The deposition will be recorded by this method: Veritext Videographer

☐ *Production:* You, or your representatives, must also bring with you to the deposition the following documents, electronically stored information, or objects, and must permit inspection, copying, testing, or sampling of the material:

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 11/1/2023

*CLERK OF COURT*

OR

_____     _____
*Signature of Clerk or Deputy Clerk*     *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* Mississippi NAACP et. al , who issues or requests this subpoena, are:
Joshua Tom, Mississippi ACLU, 101 S Congress St., Jackson, MS 39201, jtom@aclu.ms.org

**Notice to the person who issues or requests this subpoena**

If this subpoena commands the production of documents, electronically stored information, or tangible things before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88B  (Rev.  12/13) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No. 3:22-cv-734-DPJ-HSO-LHS

# PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* Dean Kirby
on *(date)* 11/1/23

☑ I served the subpoena by delivering a copy to the named person as follows:   via email to Ryan Beckett, Esq. Ryan.Beckett@butlersnow.com

on *(date)* 11/1/23 ; or

☐ I returned the subpoena unexecuted because:

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ 

My fees are $ 0.00 for travel and $ _____ for services, for a total of $ 0

I declare under penalty of perjury that this information is true.

Date: 11/2/23

Server's signature

Joshua Tom, Esq.
*Printed name and title*

101 S. Congress Street
Jackson, MS 39201
*Server's address*

Additional information regarding attempted service, etc.: