IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

MISSISSIPPI STATE CONFERENCE OF THE
NATIONAL ASSOCIATION FOR THE
ADVANCEMENT OF COLORED PEOPLE;
DR. ANDREA WESLEY; DR. JOSEPH
WESLEY; ROBERT EVANS; GARY
FREDERICKS; PAMELA HAMNER;
BARBARA FINN; OTHO BARNES;
SHIRLINDA ROBERTSON; SANDRA SMITH;
DEBORAH HULITT; RODESTA TUMBLIN;
DR. KIA JONES; ANGELA GRAYSON; MARCELEAN
ARRINGTON; VICTORIA ROBERTSON,                            PLAINTIFFS

VS.                            CIVIL ACTION NO. 3:22-cv-734-DPJ-HSO-LHS

STATE BOARD OF ELECTION
COMMISSIONERS; TATE REEVES, *in his
official capacity as Governor of Mississippi*;
LYNN FITCH, *in her official capacity as
Attorney General of Mississippi*; MICHAEL
WATSON, *in his official capacity as Secretary
of State of Mississippi*,                                  DEFENDANTS

AND

MISSISSIPPI REPUBLICAN
EXECUTIVE COMMITTEE                              INTERVENOR-DEFENDANT

**LEGISLATIVE SUBPOENA RECIPIENTS' MOTION TO QUASH SUBPOENAS**

Comes now Representative Charles "Jim" Beckett (fmr.), Senator Dean Kirby, James F. "Ted" Booth and Ben Collins (collectively, the "Legislative Subpoena Recipients") and file this, their Motion to Quash Subpoenas as to the Deposition Subpoenas served on them by the Plaintiffs. In support of this motion, the Legislative Subpoena Recipients would show as follows:

1

1.      These legislators and their staff are shielded from being compelled to testify regarding their legislative activities and intentions by the doctrine of legislative privilege. Courts have long recognized that legislators and their staff members cannot be subject to compulsory process for testimony in civil litigation regarding their motives and actions done within the sphere of legislative activity or with the regular course of legitimate legislative activity.

2.      In support of this motion, the Legislative Subpoena Recipients incorporate their supporting Memorandum of Authorities being filed simultaneously with this motion.

WHEREFORE, PREMISES CONSIDERED, the Legislative Subpoena Recipients respectfully request the Court grant this motion and enter an order quashing the Deposition Subpoenas served on them by the Plaintiffs. The Legislative Subpoena Recipients further request all such other, further and additional relief as to which they may be entitled.

THIS the 10th day of November, 2023.

Respectfully submitted,

LEGISLATIVE SUBPOENA RECIPIENTS
CHARLES "JIM" BECKETT, DEAN KIRBY,
JAMES F. "TED" BOOTH AND BEN COLLINS

By: */s/ P. Ryan Beckett*
    P. Ryan Beckett (MB #99524)

ONE OF THEIR COUNSEL

OF COUNSEL:

Tommie S. Cardin (MB #5863)
P. Ryan Beckett (MB #99524)
B. Parker Berry (MB #104251)
**BUTLER SNOW LLP**
1020 Highland Colony Parkway, Suite 1400
Ridgeland, MS 39157
P.O. Box 6010, Ridgeland, MS 39158-6010
Phone: 601.948.5711
Fax:     601.985.4500
tommie.cardin@butlersnow.com
ryan.beckett@butlersnow.com
parker.berry@butlersnow.com

**CERTIFICATE OF SERVICE**

I, P. Ryan Beckett, one of the attorneys for the Legislative Subpoena Recipients, do hereby certify that I have this day filed the above and foregoing document with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record.

This the 10th day of November, 2023.

                                                  */s/ P. Ryan Beckett*
                                                  P. Ryan Beckett

84382952.v1