| | |
|---|---|
| **From:** | Joshua Tom <JTom@aclu-ms.org> |
| **Sent:** | Tuesday, October 3, 2023 4:46 PM |
| **To:** | Ryan Beckett |
| **Cc:** | Tommie Cardin; Parker Berry; Rex Shannon; Cindy Grantham; 'Mike Wallace'; Charles Cowan; 'Esterkin, Jeremy B.'; erosenberg@lawyerscommittee.org; jnwachukwu@lawyerscommittee.org; David Rollins-Boyd; Ari Savitzky; Ming Cheung; Robert B. McDuff; Carroll Rhodes; Lavelle, Jr., John P.; Jordan, Drew Cleary; Bhamdeo, Benjamin; Antonellis, Celina |
| **Subject:** | MS NAACP v. SBEC - Plaintiffs' privilege logs |
| **Attachments:** | MS NAACP Privilege Log FINAL.xlsx; Gary Fredericks Privilege Log FINAL.xlsx; Pam Hamner Privilege Log FINAL.xlsx; Andrea Wesley Privilege Log FINAL.xlsx; Joseph Wesley Privilege Log FINAL.xlsx; Barbara Finn Privilege Log FINAL.xlsx |

Dear Ryan:

Please find attached privilege logs from Plaintiffs The Mississippi State Conference of the NAACP, Gary Fredericks, Pam Hamner, Andrea Wesley, Joseph Wesley, and Barbara Finn.

All the best,

Josh

> **Joshua F. Tom**
> Pronouns: he/him/his
> Legal Director
> American Civil Liberties Union of Mississippi
> 101 South Congress St., Jackson, MS 39201
> 601.354.3408 ext. 112 | jtom@aclu-ms.org
> aclums.org 
>
> 

*This message may contain information that is confidential or legally privileged. If you are not the intended recipient, please immediately advise the sender by reply email that this message has been inadvertently transmitted to you and delete this email from your system.*



EXHIBIT C

| Begin Bates | End Bates | Date | Attachment | Filename/Subject | Author / From | To / Recipients | CC | BCC | Document Type | Privilege Basis | Privilege Description |
|---|---|---|---|---|---|---|---|---|---|---|---|
| MSNAACP_0000016 | MSNAACP_0000016 | 8/2/2023 | No | Attorney Client Privileged Discovery Responses in MS Legislative Redistricting | Ari Savitzky | Plaintiffs and Co-Counsel | | | Email | Attorney Client Privilege | Confidential communication between counsel and plaintiffs with counsel providing legal advice as to redistricting litigation discovery requests |
| MSNAACP_0000017 | MSNAACP_0000017 | 3/21/2023 | No | Hold Notice for MS NAACP | Ari Savitzky | Plaintiffs and Co-Counsel | | | Email | Attorney Client Privilege | Confidential communication between counsel and plaintiffs with counsel providing legal advice as to appropriate litigation holds |
| MSNAACP_0000018 | MSNAACP_0000018 | 2/14/2023 | Yes | MS State Legislative Districts - Identifying | Ari Savitzky | Plaintiffs and Co-Counsel | | | Email | Attorney Client Privilege | Confidential communication between counsel and plaintiffs with counsel providing legal advice as to how lawsuit affects clients' members |
| MSNAACP_0000019 | MSNAACP_0000019 | 2/14/2023 | Attachment to "MS State Legislative Districts - Identifying affected voters" | 2.14 MS Leg Districts Voter Search Memo - Confidential | Ari Savitzky | Plaintiffs and Co-Counsel | | | Email | Attorney Client Privilege | Confidential communication between counsel and plaintiffs with counsel providing legal advice as to how lawsuit affects clients' members |
| MSNAACP_0000020 | MSNAACP_0000020 | NO DATE | No | Mississippi State Legislature - Close-to-Final Complaint for NAACP Review | Ari Savitzky | Plaintiffs and Co-Counsel | | | Email | Attorney Client Privilege | Confidential communication between counsel and plaintiffs with counsel providing a draft complaint |
| MSNAACP_0000021 | MSNAACP_0000021 | 12/13/2022 | No | MS State Leg Filing - Communications | Ari Savitzky | Plaintiffs and Co-Counsel | | | Email | Attorney Client Privilege | Confidential communication between counsel and plaintiffs with counsel providing a draft complaint |
| MSNAACP_0000022 | MSNAACP_0000022 | 11/15/2022 | No | Redistricting Case: Template for reaching out to NAACP | Ari Savitzky | Plaintiffs and Co-Counsel | | | Email | Attorney Client Privilege and First Amendment / Associational Privilege | Confidential communication between counsel and plaintiffs with counsel providing legal advice as to how lawsuit affects clients' members. Also involves internal strategic communications protected by the First Amendment. |
| MSNAACP_0000023 | MSNAACP_0000023 | NO DATE | No | State Legislative Districting Matter | Ari Savitzky | Plaintiffs and Co-Counsel | | | Email | Attorney Client Privilege | Confidential communication between counsel and plaintiffs with counsel providing legal advice as to how lawsuit affects clients' members and discussing retainer agreement |
| MSNAACP_0000024 | MSNAACP_0000024 | 10/6/2022 | Yes | Engagement Letter from Rev James | Ari Savitzky | Plaintiffs and Co-Counsel | | | Email | Attorney Client Privilege | Confidential communication between counsel and plaintiffs with counsel providing legal advice as to how lawsuit affects clients' members and discussing retainer agreement |
| MSNAACP_0000025 | MSNAACP_0000025 | 10/6/2022 | Attachment to "Engagement Letter from Rev James" | 221006_ACLU, ACLU MS, NAACP Engagement (fully executed) | Ari Savitzky | Plaintiffs and Co-Counsel | | | Email | Attorney Client Privilege | Confidential communication between counsel and plaintiffs with counsel providing legal advice as to how lawsuit affects clients' members and discussing retainer agreement |
| MSNAACP_0000026 | MSNAACP_0000026 | 3/15/2022 | Yes | Legislative Redistricting Challenge - | Ari Savitzky | Plaintiffs and Co-Counsel | | | Email | Attorney Client Privilege | Confidential communication between counsel and plaintiffs discussing retainer agreement review |
| MSNAACP_0000027 | MSNAACP_0000027 | 3/15/2022 | Attachment to "Potential State Legislative Redistricting Challenge - | Engagement Agreement | Ari Savitzky | Plaintiffs and Co-Counsel | | | Email | Attorney Client Privilege | Confidential communication between counsel and plaintiffs discussing retainer agreement review |
| MSNAACP_0000028 | MSNAACP_0000028 | 3/4/2023 | No | Mississippi Legislative Redistricting Case | Carroll Rhodes | NAACP Board Members | | | Email | Attorney Client Privilege and First Amendment / Associational Privilege | Confidential internal strategic communication sent by counsel regarding MS NAACP's advocacy and litigation strategy related to redistricting, including copy of litigation documents as protected by the First Amendment and the attorney client privilege. |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| MSNAACP_0000029 | MSNAACP_0000029 | 3/28/2022 | Yes | | Analysis of Proposed MS Legislative Maps | Charles Taylor | NAACP leadership and staff, consultants, counsel, and members involved in the redistricting | | Email | Attorney Client Privilege and First Amendment / Associational Privilege | Confidential communication between NAACP leadership and staff, consultants, counsel, and members involved in the redistricting process regarding advocacy activities and strategy, including potential litigation strategy, with respect to redistricting in exercise of First Amendment speech and associational rights. |
| MSNAACP_0000030 | MSNAACP_0000030 | 3/28/2022 | | Attachment to "Analysis of Proposed MS Legislative Maps" | HPM1_1_Full_Report | Charles Taylor | and staff, consultants, counsel, and members involved in the redistricting process | | Email | Attorney Client Privilege and First Amendment / Associational Privilege | Confidential communication between NAACP leadership and staff, consultants, counsel, and members involved in the redistricting process regarding advocacy activities and strategy, including potential litigation strategy, with respect to redistricting in exercise of First Amendment speech and associational rights. |
| MSNAACP_0000031 | MSNAACP_0000031 | 8/5/2022 | No | | FWD: MS NAACP | Jarvis Dortch | Charles Taylor | | Email | Attorney Client Privilege | Confidential communication between counsel, plaintiffs, and staff of plaintiff organizations discussing retainer agreement |
| MSNAACP_0000032 | MSNAACP_0000032 | 9/13/2022 | Yes | | MS NAACP State Leg Redistricting Engagement Letter Updated | Ari Savitzky | Charles Taylor | NAACP Board Members | Email | Attorney Client Privilege | Confidential communication between counsel, plaintiffs, and staff of plaintiff organizations discussing retainer agreement |
| MSNAACP_0000033 | MSNAACP_0000033 | 9/13/2022 | | NAACP State Leg Redistricting Engagement Letter Updated 9.13" | Leg Redistricting Engagement Letter Updated | Ari Savitzky | Charles Taylor | NAACP Board Members | Email | Attorney Client Privilege | Confidential communication between counsel, plaintiffs, and staff of plaintiff organizations discussing retainer agreement |
| MSNAACP_0000034 | MSNAACP_0000034 | 7/13/2022 | Yes | | Matters to Mississippians Article Edits and New Version | Brenda Hyde | NAACP Board Members and strategic partners | | Email | First Amendment / Associational Privilege | Confidential communication between MS NAACP and strategic partners regarding joint advocacy activities and strategy with respect to redistricting in exercise of First Amendment speech and associational rights. |
| MSNAACP_0000035 | MSNAACP_0000035 | 7/13/2022 | | Attachment to "Why Redistricting Matters to Mississippians Article Edits and New Version" | Why Redistricting Matters to Mississippians (3) Draft | Brenda Hyde | NAACP Board Members and strategic partners | | Email | First Amendment / Associational Privilege | Confidential communication between MS NAACP and strategic partners regarding joint advocacy activities and strategy with respect to redistricting in exercise of First Amendment speech and associational rights. |
| MSNAACP_0000036 | MSNAACP_0000036 | 5/27/2022 | No | | Redistricting Messaging | Aisha Carson | Charles Taylor | | Email | First Amendment / Associational Privilege | regarding joint advocacy activities and strategy with respect to redistricting in exercise of First Amendment speech and associational rights. |
| MSNAACP_0000037 | MSNAACP_0000037 | 3/15/2022 | No | | Potential State Legislative Redistricting Challenge - | Jarvis Dortch | Ari Savitzky, Charles Taylor | | Email | Attorney Client Privilege | Confidential communication between counsel, plaintiffs, and staff for plaintiffs discussing retainer agreement and possible representation |
| MSNAACP_0000038 | MSNAACP_0000038 | NO DATE | No | | USM Public Hearing Statement | MS NAACP | | | PDF | First Amendment / Associational Privilege | Internal strategic communication regarding draft of MS NAACP's planned communications regarding redistricting in exercise of First Amendment speech and associational rights. |

| Begin Bates | Date | Attachment | Filename/Subject | Author / From | To / Recipients | CC | BCC | Document Type | Privilege Basis | Privilege Description |
|---|---|---|---|---|---|---|---|---|---|---|
| FredericksG_0000022 | 1/9/2023 | No | MS Redistricting - data protection | Gary Fredericks | Strategic partners(s) | | | Email | First Amendment Privilege / Attorney Client Privilege | Confidential communication regarding the associational plans or strategies of Plaintiff and allied association(s) regarding redistricting. The document also contains confidential communications with counsel providing legal advice as to document retention. |
| FredericksG_0000023 | 11/15/2022 | No | State legislative redistricting | Gary Fredericks | Strategic partners(s) | | | Email | First Amendment Privilege / Attorney Client Privilege | Confidential communication regarding the associational plans or strategies of Plaintiff and allied association(s) regarding redistricting. The document also contains confidential communications with counsel providing legal advice as to document retention. |
| FredericksG_0000021 | 2/1/2021 | No | Harrison County Redistricting | Strategic Partner | Gary Fredericks; Strategic partners(s) | | | Email | First Amendment Privilege | Confidential communication regarding the associational plans or strategies of Plaintiff and allied association(s) regarding redistricting. |

| Begin Bates | Date | Attachment | Filename/Subject | Author / From | To / Recipients | CC | BCC | Document Type | Privilege Basis | Privilege Description |
|---|---|---|---|---|---|---|---|---|---|---|
| HamnerP_0000029 | 4/10/2023 | No | Timeline for Redistricting | Pam Hamner | Strategic Partner(s) | | | Email | First Amendment | Confidential communication regarding the associational plans or strategies of Plaintiff and allied association(s) regarding redistricting. |
| HamnerP_00000026 | 8/3/2023 | No | Redistricting Desoto County 2021 | Pam Hamner | Counsel | | | Email | Attorney Client Privilege | Confidential communication between counsel and plaintiff about discovery request |

| Begin Bates | End Bates | Date | Attachment | Filename/Subject | Custodian | Author / From | To / Recipients | CC | BCC | Document Type | Privilege Basis | Privilege Description |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| WesleyA_0000002 | WesleyA_0000003 | 7/29/2021 | No | 7.29.2021 Political Action Committee Report | Andrea Wesley | | | | | PDF | First Amendment Privilege | Confidential communication regarding the associational plans or strategies of the MS NAACP Plaintiffs and allied associations regarding redistricting and voting in MS. |
| WesleyA_0000004 | WesleyA_0000005 | 8/12/2021 | No | 8.12.2021 Political Action Committee Report | Andrea Wesley | | | | | PDF | First Amendment Privilege | Confidential communication regarding the associational plans or strategies of the MS NAACP Plaintiffs and allied associations regarding redistricting and voting in MS. |

| Begin Bates | End Bates | Date | Attachment | Filename/Subject | Custodian | Author / From | To / Recipients | CC | BCC | Document Type | Privilege Basis | Privilege Description |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| WesleyJ_0000002 | WesleyJ_0000003 | 7/29/2021 | No | 7.29.2021 Political Action Committee Report | Joseph Wesley | | | | | PDF | First Amendment Privilege | Confidential communication regarding the associational plans or strategies of the MS NAACP Plaintiffs and allied associations regarding redistricting and voting in MS. |
| WesleyJ_0000004 | WesleyJ_0000005 | 8/12/2021 | No | 8.12.2021 Political Action Committee Report | Joseph Wesley | | | | | PDF | First Amendment Privilege | Confidential communication regarding the associational plans or strategies of the MS NAACP Plaintiffs and allied associations regarding redistricting and voting in MS. |

| Begin Bates | Date | Attachment | Filename/Subject | Author / From | To / Recipients | CC | BCC | Document Type | Privilege Basis | Privilege Description |
|---|---|---|---|---|---|---|---|---|---|---|
| FinnB_0000001 | 8/12/2023 | Yes | Revised Report from the Political Action Report | Strategic Partner | Barbara Finn; Strategic Partner | | | Email | First Amendment Privilege | Confidential communication regarding the associational plans or strategies of Plaintiff Finn and allied association(s) regarding redistricting and voting in MS. |
| FinnB_0000002 | 8/12/2023 | Attachment to "Revised Report from the Political Action Report" | 2023 Primary ElectionSummary8.pdf | Strategic Partner | Barbara Finn; Strategic Partner | | | PDF | First Amendment Privilege | Confidential communication regarding the associational plans or strategies of Plaintiff Finn and allied association(s) regarding redistricting and voting in MS. |
| FinnB_0000003 | 8/12/2023 | Attachment to "Revised Report from the Political Action Report" | August 2023 Revised Report of the [Redacted to preserve First Amendment privilege] | Strategic Partner | Barbara Finn; Strategic Partner | | | .docx | First Amendment Privilege | Confidential communication regarding the associational plans or strategies of Plaintiff Finn and allied association(s) regarding redistricting and voting in MS. |