IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

MISSISSIPPI STATE CONFERENCE OF THE
NATIONAL ASSOCIATION FOR THE
ADVANCEMENT OF COLORED PEOPLE;
DR. ANDREA WESLEY; DR. JOSEPH
WESLEY; ROBERT EVANS; GARY
FREDERICKS; PAMELA HAMNER;
BARBARA FINN; OTHO BARNES;
SHIRLINDA ROBERTSON; SANDRA
SMITH; DEBORAH HULITT; RODESTA
TUMBLIN; DR. KIA JONES; ANGELA
GRAYSON; MARCELEAN ARRINGTON;
VICTORIA ROBERTSON                                                                      PLAINTIFFS

VS.                                                   CIVIL ACTION NO. 3:22-cv-734-DPJ-HSO-LHS

STATE BOARD OF ELECTION
COMMISSIONERS; TATE REEVES, *in his
official capacity as Governor of Mississippi*;
LYNN FITCH, *in her official capacity as
Attorney General of Mississippi*; MICHAEL
WATSON, *in his official capacity as Secretary
of State of Mississippi*                                                                 DEFENDANTS

**ORDER GRANTING DEFENDANT SECRETARY OF STATE MICHAEL WATSON'S
UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS'
SECOND SET OF INTERROGATORIES AND SECOND SET OF
REQUESTS FOR PRODUCTION OF DOCUMENTS**

This matter is before the Court on *Defendant Secretary of State Michael Watson's Unopposed Motion for Extension of Time to Respond to Plaintiffs' Second Set of Interrogatories and Second Set of Requests for Production of Documents* [115]. The Court having considered the motion [115] and noting agreement of counsel, finds that the motion [115] should be granted.

IT IS, THEREFORE, ORDERED AND ADJUDGED that *Defendant Secretary of State Michael Watson's Unopposed Motion for Extension of Time to Respond to Plaintiffs' Second Set*

1

*of Interrogatories and Second Set of Requests for Production of Documents* [115] is granted, and Defendant Secretary of State Michael Watson shall have until and including December 15, 2023, to serve his objections and responses to Plaintiffs' second set of interrogatories and Plaintiffs' second set of requests for production of documents.

      SO ORDERED on the 13th day of November, 2023.

                              /s/ F. Keith Ball
                              UNITED STATES MAGISTRATE JUDGE