**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION**

| | |
|---|---|
| **MISSISSIPPI STATE CONFERENCE OF THE NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE; DR. ANDREA WESLEY; DR. JOSEPH WESLEY; ROBERT EVANS; GARY FREDERICKS; PAMELA HAMMER BARBARA FINN; ORHO BARNES; SHIRLINDA ROBERTSON; SANDRA SMITH; DEBORAH HULITT; RODESTA TUMBLIN; DR. KIA JONES; ANGELA GRAYSON; MARCELEAN ARRINGTON; VICTORIA ROBERTSON** | **PLAINTIFFS** |
| **VS.** | **CIVIL ACTION NO. 3:22-cv-734-DPJ-HSO-LHS** |
| **STATE BOARD OF ELECTION COMMISSIONERS; TATE REEVES,** *in his official capacity as Governor of Mississippi*; **LYNN FITCH,** *in her official capacity as Attorney General of Mississippi*; **MICHAEL WATSON,** *in his official capacity as Secretary of State of Mississippi* | **DEFENDANTS** |
| **AND** | |
| **MISSISSIPPI REPUBLICAN EXECUTIVE COMMITTEE** | **INTERVENOR-DEFENDANT** |

## NOTICE OF DEPOSITION OF DR. LISA HANDLEY

PLEASE TAKE NOTICE that Defendants State Board of Election Commissioners, Governor Tate Reeves, Attorney General Lynn Fitch, and Secretary of State Michael Watson (collectively, "Defendants"), pursuant to Fed. R. Civ. P. 30, will take the deposition of **Dr. Lisa Handley** on Friday, December 8, 2023 at 9:00 a.m. at MORGAN, LEWIS & BOCKIUS LLP, 1111 Pennsylvania Ave. NW, Washington, DC 20004.

The deposition will be taken stenographically before a notary public, or some other officer authorized to administer oaths for the purpose of discovery, or for use as evidence at the trial of this action, or for both purposes, pursuant to the Federal Rules of Civil Procedure or any other applicable law.

This the 28th day of November, 2023.

Respectfully submitted,

STATE BOARD OF ELECTION
COMMISSIONERS; TATE REEVES, IN HIS
OFFICIAL CAPACITY AS GOVERNOR OF
MISSISSIPPI; LYNN FITCH, IN HER OFFICIAL
CAPACITY AS ATTORNEY GENERAL OF
MISSISSIPPI; MICHAEL WATSON, IN HIS
OFFICIAL CAPACITY AS SECRETARY OF
STATE, DEFENDANTS

By: */s/ Tommie S. Cardin*
   Tommie S. Cardin (MB #5863)

ONE OF THEIR COUNSEL

OF COUNSEL:

Tommie S. Cardin (MB #5863)
P. Ryan Beckett (MB #99524)
B. Parker Berry (MB #104251)
**BUTLER SNOW LLP**
1020 Highland Colony Parkway, Suite 1400
Ridgeland, MS 39157
P.O. Box 6010, Ridgeland, MS 39158-6010
Phone: 601.948.5711
Fax:    601.985.4500
tommie.cardin@butlersnow.com
ryan.beckett@butlersnow.com
parker.berry@butlersnow.com

Rex M. Shannon III (MB #102974)
**STATE OF MISSISSIPPI**
**OFFICE OF THE ATTORNEY GENERAL**
**CIVIL LITIGATION DIVISION**
Post Office Box 220
Jackson, Mississippi 39205-0220
Tel.: (601) 359-4184
Fax: (601) 359-2003
rex.shannon@ago.ms.gov

## CERTIFICATE OF SERVICE

I, Tommie S. Cardin, one of the attorneys for the Defendants, do hereby certify that I have this day filed the above and foregoing document with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record.

This the 28th day of November, 2023.

/s/ Tommie S. Cardin
Tommie S. Cardin

84692336.v1