# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

| | |
|---|---|
| MISSISSIPPI STATE CONFERENCE OF THE NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE; DR. ANDREA WESLEY; DR. JOSEPH WESLEY; ROBERT EVANS; GARY FREDERICKS; PAMELA HAMNER; BARBARA FINN; OTHO BARNES; SHIRLINDA ROBERTSON; SANDRA SMITH; DEBORAH HULITT; RODESTA TUMBLIN; DR. KIA JONES; MARCELEAN ARRINGTON; VICTORIA ROBERTSON, | CIVIL ACTION NO. 3:22-cv-734-DPJ-HSO-LHS |
| *Plaintiffs*, | |
| vs. | |
| STATE BOARD OF ELECTION COMMISSIONERS; TATE REEVES, *in his official capacity as Governor of Mississippi*; LYNN FITCH, *in her official capacity as Attorney General of Mississippi*; MICHAEL WATSON, *in his official capacity as Secretary of State of Mississippi*. | |
| *Defendants*, and | |
| MISSISSIPPI REPUBLICAN EXECUTIVE COMMITTEE | |
| *Intervenor-Defendants*. | |

## NOTICE OF SERVICE

NOTICE IS HEREBY GIVEN that the Plaintiffs, Mississippi State Conference of the National Association for the Advancement of Colored People, et al., by and through counsel, have this date served via email to all Defendants, through their counsel, the following:

1. *Plaintiffs' First Supplemental Initial Disclosures.*

The undersigned retains the originals of the above-referenced documents as custodian thereof.

THIS the 4th day of December, 2023.

| | |
|---|---|
| /s/ *Joshua Tom* <br> Joshua Tom, MSB 105392 <br> *jtom@aclu-ms.org* <br> ACLU OF MISSISSIPPI <br> 101 South Congress Street <br> Jackson, MS 39201 <br> (601) 354-3408 | Ari J. Savitzky <br> *asavitzky@aclu.org* <br> Ming Cheung <br> *mcheung@aclu.org* <br> Casey Smith <br> *csmith@aclu.org* <br> ACLU FOUNDATION <br> 125 Broad Street, 18th Floor <br> New York, New York 10004 <br> (212) 549-2500 |
| Robert B. McDuff, MSB 2532 <br> *rbm@mcdufflaw.com* <br> MISSISSIPPI CENTER FOR JUSTICE <br> 767 North Congress Street <br> Jackson, MS 39202 <br> (601) 969-0802 | Patricia Yan <br> *pyan@aclu.org* <br> ACLU FOUNDATION <br> 915 15th Street NW <br> Washington, DC 20005 <br> (202) 457-0800 |
| Carroll Rhodes, MSB 5314 <br> Law Offices of Carroll Rhodes <br> *crhodes6@bellsouth.net* <br> PO Box 588 <br> Hazlehurst, MS 39083 <br> (601) 894-1464 | Ezra D. Rosenberg <br> *erosenberg@lawyerscommittee.org* <br> Jennifer Nwachukwu <br> *jnwachukwu@lawyerscommittee.org* <br> David Rollins-Boyd <br> *drollins-boyd@lawyerscommittee.org* <br> LAWYERS' COMMITTEE FOR CIVIL RIGHTS UNDER LAW <br> 1500 K Street NW Suite 900 <br> Washington, DC 20005 <br> (202) 662-8600 |
| John P. Lavelle, Jr. <br> MORGAN, LEWIS & BOCKIUS LLP <br> 1701 Market Street <br> Philadelphia, PA 19103-2921 <br> Telephone:  +1. 215.963.5000 <br> Facsimile:  +1. 215.963.5001 <br> *john.lavelle@morganlewis.com* | |
| Drew C. Jordan <br> MORGAN, LEWIS & BOCKIUS LLP <br> 1111 Pennsylvania Ave. NW <br> Washington, DC 20004-2541 <br> Telephone:  +1. 202.739.3000 <br> Facsimile:  +1. 202.739.3001 <br> *drew.jordan@morganlewis.com* | |

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

    I, Joshua Tom, hereby certify that on December 4, 2023, I filed the forgoing Notice with the Clerk of the Court using the ECF system which sent notification of such filing to all parties on file with the Court.

                                                  /s/: Joshua Tom
                                                  Joshua Tom, MSB # 105392