IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

| | |
|---|---|
| MISSISSIPPI STATE CONFERENCE OF THE NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE; DR. ANDREA WESLEY; DR. JOSEPH WESLEY; ROBERT EVANS; GARY FREDERICKS; PAMELA HAMMER BARBARA FINN; ORHO BARNES; SHIRLINDA ROBERTSON; SANDRA SMITH; DEBORAH HULITT; RODESTA TUMBLIN; DR. KIA JONES; ANGELA GRAYSON; MARCELEAN ARRINGTON; VICTORIA ROBERTSON | PLAINTIFFS |
| VS. | CIVIL ACTION NO. 3:22-cv-734-DPJ-HSO-LHS |
| STATE BOARD OF ELECTION COMMISSIONERS; TATE REEVES, *in his official capacity as Governor of Mississippi*; LYNN FITCH, *in her official capacity as Attorney General of Mississippi*; MICHAEL WATSON, *in his official capacity as Secretary of State of Mississippi* | DEFENDANTS |
| AND | |
| MISSISSIPPI REPUBLICAN EXECUTIVE COMMITTEE | INTERVENOR-DEFENDANT |

**PROOF OF SERVICE**

I, P. Ryan Beckett, counsel for Defendants State Board of Election Commissioners, Governor Tate Reeves, Attorney General Lynn Fitch, and Secretary of State Michael Watson (collectively, "Defendants"), certify that the Court's Order of December 1, 2023 [Doc. 146] was served on the Subpoenaed Non-Parties on December 4, 2023, as follows:

**VIA U.S. MAIL**
Charles Taylor c/o Peyton Strategies, LLC
American Civil Liberties Union of Mississippi Foundation
223 East Capitol Street
Jackson, MS 39201

Charles Taylor c/o Peyton Strategies, LLC
Mississippi State Conference NAACP
1072 W. Lynch Street, Suite 10
Jackson, MS 39203

**VIA U.S. MAIL AND E-MAIL**
Senator Derrick T. Simmons
Simmons & Simmons, PLLC
207 Main Street
Greenville, MS 38701
dtsimmons@simmonspllc.com

Representative Robert L. Johnson, III
P.O. Box 1678
Natchez, MS 39121
Rlj3law@bellsouth.net


This the 4th day of December, 2023.

                                                  Respectfully submitted,

                                                  STATE BOARD OF ELECTION
                                                  COMMISSIONERS; TATE REEVES, IN HIS
                                                  OFFICIAL CAPACITY AS GOVERNOR OF
                                                  MISSISSIPPI; LYNN FITCH, IN HER OFFICIAL
                                                  CAPACITY AS ATTORNEY GENERAL OF
                                                  MISSISSIPPI; MICHAEL WATSON, IN HIS
                                                  OFFICIAL CAPACITY AS SECRETARY OF
                                                  STATE, DEFENDANTS

                                      By: */s/ P. Ryan Beckett*
                                             P. Ryan Beckett (MB #99524)

                                             ONE OF THEIR COUNSEL

OF COUNSEL:

Tommie S. Cardin (MB #5863)
P. Ryan Beckett (MB #99524)
B. Parker Berry (MB #104251)
**BUTLER SNOW LLP**
1020 Highland Colony Parkway, Suite 1400
Ridgeland, MS 39157
P.O. Box 6010, Ridgeland, MS 39158-6010
Phone: 601.948.5711
Fax:    601.985.4500
tommie.cardin@butlersnow.com
ryan.beckett@butlersnow.com
parker.berry@butlersnow.com


Rex M. Shannon III (MB #102974)
**STATE OF MISSISSIPPI**
**OFFICE OF THE ATTORNEY GENERAL**
**CIVIL LITIGATION DIVISION**
Post Office Box 220
Jackson, Mississippi 39205-0220
Tel.: (601) 359-4184
Fax: (601) 359-2003
rex.shannon@ago.ms.gov

## CERTIFICATE OF SERVICE

I, P. Ryan Beckett, one of the attorneys for the Defendants, do hereby certify that I have this day filed the above and foregoing document with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record.

This the 4th day of December, 2023.

                                                    /s/ P. Ryan Beckett
                                                    P. Ryan Beckett

84790721.v1