IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

MISSISSIPPI STATE CONFERENCE OF THE
NATIONAL ASSOCIATION FOR THE
ADVANCEMENT OF COLORED PEOPLE; DR.
ANDREA WESLEY; DR. JOSEPH WESLEY;
ROBERT EVANS; GARY FREDERICKS; PAMELA
HAMNER; BARBARA FINN; OTHO BARNES;
SHIRLINDA ROBERTSON; SANDRA SMITH;
DEBORAH HULITT; RODESTA TUMBLIN; DR.
KIA JONES; MARCELEAN ARRINGTON;
VICTORIA ROBERTSON,

  *Plaintiffs*,

  vs.

STATE BOARD OF ELECTION COMMISSIONERS;
TATE REEVES, *in his official capacity as Governor of Mississippi*; LYNN FITCH, *in her official capacity as Attorney General of Mississippi*; MICHAEL WATSON, *in his official capacity as Secretary of State of Mississippi*,

  *Defendants,*
AND

MISSISSIPPI REPUBLICAN EXECUTIVE
COMMITTEE,

*Intervenor-Defendant.*

CIVIL ACTION NO.
3:22-cv-734-DPJ-HSO-LHS

**PLAINTIFFS' FIRST NOTICE OF DEPOSITION OF DR. THOMAS BRUNELL**

PLEASE TAKE NOTICE that, pursuant to Rules 26 and 30 of the Federal Rules of Civil Procedure, counsel for Plaintiffs Mississippi State Conference of the National Association for the Advancement of Colored People, Dr. Andrea Wesley, Dr. Joseph Wesley, Robert Evans, Gary Fredericks, Pamela Hamner, Barbara Finn, Otho Barnes, Shirlinda Robertson, Sandra Smith, Deborah Hulitt, Rodesta Tumblin, Dr. Kia Jones, Marcelean Arrington, and Victoria Robertson

2

will proceed to take the deposition of Dr. Thomas Brunell.  The deposition will be held on Friday, January 5, 2024, at 9:00 am at Butler Snow LLP, 2911 Turtle Creek Blvd # 1400, Dallas, TX 75219.

Details regarding the court reporter service will be emailed to those participating once all arrangements are finalized.  The deposition shall be taken before a Notary Public or some other officer authorized by law to administer oaths for use at trial.  The deposition will be taken by oral examination with a written and/or sound and visual record made thereof (e.g., videotape, LiveNote, etc.).  The deposition will be taken for the purposes of cross-examination, discovery, and for all other purposes permitted under the Federal Rules of Civil Procedure or any other applicable law.

Dated: December 6, 2023.

| | |
|---|---|
| /s/ Joshua F. Tom<br>Joshua Tom, MSB 105392<br>*jtom@aclu-ms.org*<br>**ACLU OF MISSISSIPPI**<br>101 South Congress Street<br>Jackson, MS 39201<br>(601) 354-3408<br><br>Robert B. McDuff, MSB 2532<br>*rbm@mcdufflaw.com*<br>**MISSISSIPPI CENTER FOR JUSTICE**<br>767 North Congress Street<br>Jackson, MS 39202<br>(601) 969-0802<br><br>Carroll Rhodes, MSB 5314<br>**Law Offices of Carroll Rhodes**<br>*crhodes6@bellsouth.net*<br>PO Box 588<br>Hazlehurst, MS 39083<br>(601) 894-1464<br><br>John P. Lavelle, Jr.<br>**MORGAN, LEWIS & BOCKIUS LLP**<br>1701 Market Street<br>Philadelphia, PA 19103-2921<br>Telephone:     +1.202.739.3000<br>Facsimile:      +1.202.739.3001<br>*john.lavelle@morganlewis.com*<br><br>Drew C. Jordan<br>**MORGAN, LEWIS & BOCKIUS LLP**<br>1111 Pennsylvania Ave. NW<br>Washington, DC 20004-2541<br>Telephone:     +1.713.890.5000<br>Facsimile:      +1.713.890.5001<br>*drew.jordan@morganlewis.com* | Ari J. Savitzky<br>*asavitzky@aclu.org*<br>Ming Cheung<br>*mcheung@aclu.org*<br>Casey Smith<br>*csmith@aclu.org*<br>**ACLU FOUNDATION**<br>125 Broad Street, 18th Floor<br>New York, New York 10004<br>(212) 549-2500<br><br>Patricia Yan<br>*pyan@aclu.org*<br>**ACLU FOUNDATION**<br>915 15th Street NW<br>Washington, DC 20005<br>(202) 457-0800<br><br>Ezra D. Rosenberg<br>*erosenberg@lawyerscommittee.org*<br>Jennifer Nwachukwu<br>*jnwachukwu@lawyerscommittee.org*<br>David Rollins-Boyd<br>*drollins-boyd@lawyerscommittee.org*<br>**LAWYERS' COMMITTEE FOR CIVIL RIGHTS UNDER LAW**<br>1500 K Street NW Suite 900<br>Washington, DC 20005<br>(202) 662-8600 |

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I, Joshua Tom, hereby certify that on December 6, 2023, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all parties on file with the Court.

/s/ Joshua Tom
Joshua Tom