**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**NORTHERN DIVISION**

**MISSISSIPPI STATE CONFERENCE OF THE**
**NATIONAL ASSOCIATION FOR THE**
**ADVANCEMENT OF COLORED PEOPLE;**
**DR. ANDREA WESLEY; DR. JOSEPH**
**WESLEY; ROBERT EVANS; GARY**
**FREDERICKS; PAMELA HAMNER;**
**BARBARA FINN; OTHO BARNES;**
**SHIRLINDA ROBERTSON; SANDRA**
**SMITH; DEBORAH HULITT; RODESTA**
**TUMBLIN; DR. KIA JONES; ANGELA**
**GRAYSON; MARCELEAN ARRINGTON;**
**VICTORIA ROBERTSON**                                          **PLAINTIFFS**

**VS.**                                          **CIVIL ACTION NO. 3:22-cv-734-DPJ-HSO-LHS**

**STATE BOARD OF ELECTION**
**COMMISSIONERS; TATE REEVES,** *in his*
*official capacity as Governor of Mississippi*;
**LYNN FITCH,** *in her official capacity as*
*Attorney General of Mississippi*; **MICHAEL**
**WATSON,** *in his official capacity as Secretary*
*of State of Mississippi*                                          **DEFENDANTS**

---

**NOTICE OF SERVICE**

---

NOTICE IS HEREBY GIVEN that Defendant Michael Watson, in his official capacity as

Secretary of State of Mississippi, by and through counsel, has this date served the following:

1.   *Responses of Defendant Michael Watson, in His Official Capacity as Secretary of*
     *State of Mississippi, to Plaintiffs' Second Set of Interrogatories*; and

2.   *Responses of Defendant Michael Watson, in His Official Capacity as Secretary of*
     *State of Mississippi, to Plaintiffs' Second Set of Requests for Production of*
     *Documents.*

The undersigned retains the originals of the above-referenced papers as custodian thereof.

1

THIS the 15th day of December, 2023.

Respectfully submitted,

MICHAEL WATSON, IN HIS OFFICIAL
CAPACITY AS SECRETARY OF STATE OF
MISSISSIPPI, DEFENDANT

By:     LYNN FITCH, ATTORNEY GENERAL
        STATE OF MISSISSIPPI

By:     s/Rex M. Shannon III
        REX M. SHANNON III (MB #102974)
        Special Assistant Attorney General

REX M. SHANNON III (MB #102974)
STATE OF MISSISSIPPI
OFFICE OF THE ATTORNEY GENERAL
CIVIL LITIGATION DIVISION
Post Office Box 220
Jackson, Mississippi  39205-0220
Tel.:  (601) 359-4184
Fax:  (601) 359-2003
rex.shannon@ago.ms.gov

TOMMIE S. CARDIN (MB #5863)
P. RYAN BECKETT (MB #99524)
B. PARKER BERRY (MB #104251)
BUTLER SNOW LLP
Post Office Box 6010
Ridgeland, Mississippi  39158-6010
Tel.:  (601) 985-4570
Fax:  (601) 985-4500
tommie.cardin@butlersnow.com
ryan.beckett@butlersnow.com
parker.berry@butlersnow.com

ATTORNEYS FOR DEFENDANTS STATE
BOARD OF ELECTION COMMISSIONERS,
TATE REEVES, IN HIS OFFICIAL CAPACITY
AS GOVERNOR OF MISSISSIPPI, LYNN
FITCH, IN HER OFFICIAL CAPACITY AS
ATTORNEY GENERAL OF MISSISSIPPI, AND
MICHAEL WATSON, IN HIS OFFICIAL
CAPACITY AS SECRETARY OF STATE OF
MISSISSIPPI

**CERTIFICATE OF SERVICE**

        I, Rex M. Shannon III, Special Assistant Attorney General and one of the attorneys for the above-named defendants, do hereby certify that I have this date caused to be filed with the Clerk of the Court a true and correct copy of the above and foregoing via the Court's ECF filing system, which sent notification of such filing to all counsel of record.

        THIS the 15th day of December, 2023.

s/Rex M. Shannon III<br>
REX M. SHANNON III