UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

CHIEF JUDGE DANIEL P. JORDAN III
-------------------------------------------------------------------

The following non-jury case in the Northern Division of this District is set for a bench trial and will be heard beginning **February 26, 2024,** Fifth Floor East, Courtroom No. 5A, THAD COCHRAN UNITED STATES COURTHOUSE, 501 East Court Street, Jackson, Mississippi**,** before a three-judge panel.  Chief Judge Daniel P. Jordan III will handle all administrative responsibilities including scheduling.

Attorneys are instructed to keep in touch with the Chief Judge's office during the session to ascertain the status of the calendar.  All counsel, witnesses, and clients are also expected to appear in Court and be ready for trial on reasonable notice.  All orders of continuance must be granted by Chief Judge Jordan.

Pursuant to Local Uniform Civil Rule 16(j)(1), a pretrial conference before Chief Judge Daniel P. Jordan III and United States District Judge Sul Ozerden is hereby ordered in this case on **January 25, 2024 at 10:00 AM**, Fifth Floor East, Courtroom 5A, Jackson, MS.  United States Court of Appeals Judge Leslie Southwick will be unable to attend due to conflicting settings.  The parties are reminded that subject to Local Rule 16(j)(6)(A), **all trial counsel must attend** and must have full settlement authority.  The Court further orders the parties to have a representative of their client with settlement authority available by telephone.

## PLEASE TAKE NOTICE:

1. **Motions Deadlines:**  The time for filing of motions has been established by scheduling orders.  No motions will be considered which are filed out of time as set forth in the scheduling order of the particular case.

2. **Motions *in Limine*:** Other than motions challenging another party's expert, motions *in limine* must be filed no later than fourteen calendar days before the pretrial conference, and all responses must be filed no later than seven calendar days before the pretrial conference.

3. **Pretrial Order: No later than noon the day before the pretrial conference**, counsel for the parties are to prepare and e-mail to the Court a proposed joint pretrial order.  In cases where a pretrial conference has been held and a pretrial order submitted, you are expected to bring the Court up to date as to any additional suggested amendments to the previous pretrial order.  Please note Local Rule 16(j) governing pretrial conferences and use Official Form No. 3 for the format of all pretrial orders.  **In particular, pursuant to Local Rule 16(j)(2) and (4)(A), prior to the pretrial conference, "Counsel . . . must exchange with counsel for all other parties true copies of all exhibits proposed to be offered in evidence, other than those to be used for impeachment purposes only."**

4. **Witness and Exhibit Lists:** In addition to the lists of witnesses and exhibits contained in the pretrial order, the parties shall e-mail their exhibit and witness lists to the Court on the same date their jury instructions are submitted. **Sample copies are attached.**

5. **Jury Instructions:** A date for submitting proposed jury instructions will be established at the pretrial conference for all jury cases. When due, the parties must email a copy of their instructions to the Court and copy all counsel of record. All instructions should include a list of authorities supporting the instruction on an attached page.

6. **Bench Trials:** All parties trying bench trials must submit proposed findings of fact and conclusions of law no later than three (3) days before the trial.

7. **Courtroom Technology:** Judge Jordan's Northern Division courtroom is equipped with a document camera. There is no PC at the lectern, and parties wishing to use electronic document presentation software must bring it on their own laptops. Flat-screen monitors are provided for the witness, jurors, parties, and the Court. Parties intending to use electronic document presentation are encouraged to schedule a visit to the courtroom the week before trial to consider logistics. Visits may be scheduled through Shone Powell at (601) 608-4120, or Patrick Watson at (601) 608-4046. Access to the courtroom is available when trials are not in session, and other conflicts may exist, so please do not wait until the day before trial to request a visit. Finally, use of courtroom presentation software does not eliminate the need to provide hard copies of pre-marked trial exhibits for the record.

8. **E-mailing Chambers:** All documents referenced in this notice that must be emailed to the Court should be addressed to: Jordan_Chambers@mssd.uscourts.gov. Attachments must be in Word format; the subject line must include the civil action number of the case; and all counsel of record should receive a copy.

9. **Failure to Appear:** Should a party or his attorney fail to appear or to comply with the directions set out herein, an ex parte hearing may be held and a judgment entered or sanctions imposed.

ARTHUR JOHNSTON, CLERK

s/ Shone Powell
Shone Powell, Courtroom Deputy

Jackson, MS

## BENCH TRIAL BEGINNING FEBRUARY 26, 2024

PRETRIAL CONFERENCE
January 25, 2024

**10:00 AM**     **NJ**     Mississippi State Conference of the National Association for the Advancement of Colored People, et al. v. State Board of Election Commissioners, et al.

**NOTE:  If you have any questions, please call Shone Powell at (601) 608-4120.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
_____ DIVISION

_____ PLAINTIFF(S)

VS.   CIVIL ACTION NO._____

_____ DEFENDANT(S)

P's or D's EXHIBITS

| NUMBER (DESCRIPTION) | SPONSOR | ID. | EVID. |
|---|---|---|---|
| Ex.   P-1   **Briefly describe each exhibit**<br>           or<br>       D-1   **Double space between exhibits** | **Do not type into this section** | leave blank | leave blank |

**NOTE: THE SECOND PAGE OF THIS FORM DOES NOT NEED THE STYLE OF THE CASE, NOR DOES IT NEED A CERTIFICATE OF SERVICE.**

# **THIS INSTRUMENT IS A SAMPLE ONLY**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
_____DIVISION

_____  PLAINTIFF(S)

VS.                           CIVIL ACTION NO._____

_____  DEFENDANT(S)

P's or D's WITNESS LIST

NAME                                                 ADDRESS

1.

2.

## **THIS INSTRUMENT IS A SAMPLE ONLY**

NOTE: THE 2nd PAGE OF THIS FORM DOES NOT NEED THE STYLE OF THE CASE, NOR DOES IT NEED A CERTIFICATE OF SERVICE.