# **EXHIBIT C**

| | |
|---|---|
| **From:** | Cindy Grantham |
| **To:** | Joshua Tom; Ari Savitzky; Ming Cheung; erosenberg@lawyerscommittee.org; jnwachukwu@lawyerscommittee.org; David Rollins-Boyd; "Robert B. McDuff"; "Carroll Rhodes"; Lavelle, Jr., John P.; Jordan, Drew Cleary; "michael.keramidas@morganlewis.com"; Bhamdeo, Benjamin |
| **Cc:** | Ryan Beckett; Tommie Cardin; Parker Berry; "Rex Shannon"; "Mike Wallace"; "Charles Cowan" |
| **Subject:** | MS NAACP v. SBEC, No. 3:22-cv-00734-DPJ-HSO-LHS (S.D. Miss.) - Morrison Supplemental Report [IWOV-BUTLERSNOW.FID7560002] |
| **Date:** | Monday, December 11, 2023 4:54:15 PM |
| **Attachments:** | Morrison Supplemental Expert Report 12.11.2023.pdf |

**This Message Is From an External Sender**
This message came from outside your organization.

Counsel,

Attached please find the Supplemental Expert Report of Peter A. Morrison, Ph.D. regarding the above-referenced matter. The only substantive changes to Dr. Morrison's report are as follows:

- Addition of FN 11; and
- Appendix C.

The Notice of Service for same will be served shortly via ECF notification from the Court.

Thank you.

**Cindy Grantham**
*Paralegal*
**Butler Snow LLP**

D: (601) 985-4326 | F: (601) 985-4500
1020 Highland Colony Parkway, Suite 1400, Ridgeland, MS 39157
P.O. Box 6010, Ridgeland, MS 39158-6010
Cindy.Grantham@butlersnow.com | vCard

Twitter | LinkedIn | Facebook | YouTube

CONFIDENTIALITY NOTE: This e-mail and any attachments may be confidential and protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the e-mail or any attachment is prohibited. If you have received this e-mail in error, please notify us immediately by replying to the sender and deleting this copy and the reply from your system. Thank you for your cooperation.