# EXHIBIT E

RE: Dr. Morrison Supplemental Report [IWOV-BUTLERSNOW.FID7560002]

Parker Berry <Parker.Berry@butlersnow.com>

Fri 12/22/2023 9:52 AM

To:Ari Savitzky <asavitzky@aclu.org>;Tommie Cardin <Tommie.Cardin@butlersnow.com>
Cc:Casey Smith <csmith@aclu.org>;Ming Cheung <MCheung@aclu.org>

**This Message Is From an External Sender**
This message came from outside your organization.

Ari,
Regarding the below, for #1 there is no file, and the answer is no to both in #2.

Thx,

**B. Parker Berry**
**Butler Snow LLP**

D: (601) 985-4402 | F: (601) 985-4500
1020 Highland Colony Parkway, Suite 1400, Ridgeland, MS 39157
P.O. Box 6010, Ridgeland, MS 39158-6010
Parker.Berry@butlersnow.com | vCard | Bio

Twitter | LinkedIn | Facebook | YouTube

---

**From:** Ari Savitzky <asavitzky@aclu.org>
**Sent:** Thursday, December 21, 2023 1:42 PM
**To:** Parker Berry <Parker.Berry@butlersnow.com>; Tommie Cardin <Tommie.Cardin@butlersnow.com>
**Cc:** Casey Smith <csmith@aclu.org>; Ming Cheung <MCheung@aclu.org>
**Subject:** RE: Dr. Morrison Supplemental Report [IWOV-BUTLERSNOW.FID7560002]

Hi Parker,

Thanks for the below.  A few follow up questions.

(1) Can you provide a file which links the cluster assignments for the K-Means test (i.e., outputs of the analysis) to the respective election years?

(2) Did Dr. Morrison, or the individuals working for him, run K-Means cluster analysis on voter turnout rates? Or Fisher's exact test on voter registration rates? If so, please provide the results for those tests.

Thanks,

Ari

**Ari Savitzky**
Senior Staff Attorney, Voting Rights Project
American Civil Liberties Union
125 Broad St., New York, NY 10004
212.549.2681 | 401.529.3982 (cell) | asavitzky@aclu.org
*Pronouns: he, him, his*

aclu.org



*This message may contain information that is confidential or legally privileged. If you are not the intended recipient, please immediately advise the sender by reply email that this message has been inadvertently transmitted to you and delete this email from your system.*

---

**From:** Parker Berry <Parker.Berry@butlersnow.com>
**Sent:** Friday, December 15, 2023 1:13 PM
**To:** Casey Smith <csmith@aclu.org>
**Cc:** Tommie Cardin <Tommie.Cardin@butlersnow.com>
**Subject:** Dr. Morrison Supplemental Report [IWOV-BUTLERSNOW.FID7560002]

Casey,

For Dr. Morrison's Supplemental Report, we are advised that there is no "code" for the K-Means Cluster Procedure. NCSS uses "boxes" and "point and click" to run procedures, which are listed in the output as "commands." The URL to the NCSS "K-means cluster analysis" (https://www.ncss.com/wp-content/themes/ncss/pdf/Procedures/NCSS/K-Means_Clustering.pdf ) sets forth how the K-means cluster procedure operates in NCSS, along with a copy of the attached NCSS output which shows the "commands" on the last page.

The same is true for the Fisher's exact test. It is implemented as a point-and-click procedure in SPSS 25. Below is a link on how to do the test in SPSS
https://ezspss.com/how-to-do-fisher-exact-test-in-spss/

**B. Parker Berry**
**Butler Snow LLP**

D: (601) 985-4402 | F: (601) 985-4500
1020 Highland Colony Parkway, Suite 1400, Ridgeland, MS 39157
P.O. Box 6010, Ridgeland, MS 39158-6010
Parker.Berry@butlersnow.com | vCard | Bio

Twitter | LinkedIn | Facebook | YouTube

CONFIDENTIALITY NOTE: This e-mail and any attachments may be confidential and protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the e-mail or any attachment is prohibited. If you have received this e-mail in error, please notify us immediately by replying to the sender and deleting this copy and the reply from your system. Thank you for your cooperation.

CONFIDENTIALITY NOTE: This e-mail and any attachments may be confidential and protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the e-mail or any attachment is prohibited. If you have received this e-mail in error, please notify us immediately by replying to the sender and deleting this copy and the reply from your system. Thank you for your cooperation.