IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

MISSISSIPPI STATE CONFERENCE OF
THE NATIONAL ASSOCIATION FOR
THE ADVANCEMENT OF COLORED
PEOPLE; DR. ANDREA WESLEY; DR.
JOSEPH WESLEY; ROBERT EVANS;
GARY FREDERICKS; PAMELA
HAMNER; BARBARA FINN; OTHO
BARNES; SHIRLINDA ROBERTSON;
SANDRA SMITH; DEBORAH HULITT;
RODESTA TUMBLIN; DR. KIA JONES;
MARCELEAN ARRINGTON; VICTORIA
ROBERTSON,

        CIVIL ACTION NO.
        3:22-cv-734-DPJ-HSO-LHS

    *Plaintiffs*,

    vs.

STATE BOARD OF ELECTION
COMMISSIONERS; TATE REEVES, *in his
official capacity as Governor of Mississippi*;
LYNN FITCH, *in her official capacity as
Attorney General of Mississippi*; MICHAEL
WATSON, *in his official capacity as
Secretary of State of Mississippi*.

    *Defendants*, and

MISSISSIPPI REPUBLICAN EXECUTIVE
COMMITTEE

    *Intervenor-Defendants.*

## NOTICE OF SERVICE

NOTICE IS HEREBY GIVEN that the Plaintiffs, Mississippi State Conference of the National Association for the Advancement of Colored People, et al., by and through counsel, have this date served via email to all Defendants, through their counsel, the following:

1. *Plaintiff Barbara Finn's Responses and Objections to Defendants' First Set of Requests for Admission.*

The undersigned retains the originals of the above-referenced documents as custodian thereof.

THIS the 12th day of January, 2024.

| | |
|---|---|
| /s/ *Joshua Tom* <br> Joshua Tom, MSB 105392 <br> *jtom@aclu-ms.org* <br> ACLU OF MISSISSIPPI <br> 101 South Congress Street <br> Jackson, MS 39201 <br> (601) 354-3408 <br><br> Robert B. McDuff, MSB 2532 <br> *rbm@mcdufflaw.com* <br> MISSISSIPPI CENTER FOR JUSTICE <br> 767 North Congress Street <br> Jackson, MS 39202 <br> (601) 969-0802 <br><br> Carroll Rhodes, MSB 5314 <br> Law Offices of Carroll Rhodes <br> *crhodes6@bellsouth.net* <br> PO Box 588 <br> Hazlehurst, MS 39083 <br> (601) 894-1464 <br><br> John P. Lavelle, Jr. <br> MORGAN, LEWIS & BOCKIUS LLP <br> 1701 Market Street <br> Philadelphia, PA 19103-2921 <br> Telephone:    +1. 215.963.5000 <br> Facsimile:    +1. 215.963.5001 <br> *john.lavelle@morganlewis.com* <br><br> Drew C. Jordan <br> MORGAN, LEWIS & BOCKIUS LLP <br> 1111 Pennsylvania Ave. NW <br> Washington, DC 20004-2541 <br> Telephone:    +1. 202.739.3000 <br> Facsimile:    +1. 202.739.3001 <br> *drew.jordan@morganlewis.com* | Ari J. Savitzky <br> *asavitzky@aclu.org* <br> Ming Cheung <br> *mcheung@aclu.org* <br> Casey Smith <br> *csmith@aclu.org* <br> ACLU FOUNDATION <br> 125 Broad Street, 18th Floor <br> New York, New York 10004 <br> (212) 549-2500 <br><br> Patricia Yan <br> *pyan@aclu.org* <br> ACLU FOUNDATION <br> 915 15th Street NW <br> Washington, DC 20005 <br> (202) 457-0800 <br><br> Ezra D. Rosenberg <br> *erosenberg@lawyerscommittee.org* <br> Jennifer Nwachukwu <br> *jnwachukwu@lawyerscommittee.org* <br> David Rollins-Boyd <br> *drollins-boyd@lawyerscommittee.org* <br> LAWYERS' COMMITTEE FOR CIVIL RIGHTS UNDER LAW <br> 1500 K Street NW Suite 900 <br> Washington, DC 20005 <br> (202) 662-8600 |

*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

    I, Joshua Tom, hereby certify that on January 12, 2024, I filed the forgoing Notice with the Clerk of the Court using the ECF system which sent notification of such filing to all parties on file with the Court.

    /s/: Joshua Tom  
    Joshua Tom, MSB # 105392