# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

| | |
|---|---|
| MISSISSIPPI STATE CONFERENCE OF THE NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, ET AL. | PLAINTIFFS |
| v. | **CIVIL ACTION NO. 3:22-CV-734-DPJ-HSO-LHS** |
| STATE BOARD OF ELECTION COMMISSIONERS, ET AL. | DEFENDANTS |
| and | |
| MISSISSIPPI REPUBLICAN EXECUTIVE COMMITTEE | INTERVENOR-DEFENDANT |

## ENTRY OF APPEARANCE

Please take notice that the undersigned, who is a member of the Mississippi Bar, hereby enters her appearance as counsel for Plaintiffs.

Dated: January 18, 2024

Respectfully Submitted,

/s/ Paloma Wu
Paloma Wu (Miss. Bar No. 105464)
MISSISSIPPI CENTER FOR JUSTICE
210 E. Capitol Street, Ste 1800
Jackson, MS 39201
pwu@mscenterforjustice.org

*Counsel for the Plaintiffs*

## **CERTIFICATE OF SERVICE**

  The undersigned hereby certifies that she electronically filed the foregoing with the Clerk of the Court using the ECF system, which caused it to be served on all counsel of record this 18th day of January, 2024.

/s/ Paloma Wu
Paloma Wu