

### Supreme Court of Pennsylvania

# CERTIFICATE OF GOOD STANDING

*Jaclyn Unis Simon Whittaker, Esq.*

**DATE OF ADMISSION**

*October 30, 2013*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.

Witness my hand and official seal
Dated:  January 18, 2024

_____
Steven Rothermel, Esq.
Deputy Prothonotary