# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

| | |
|---|---|
| MISSISSIPPI STATE CONFERENCE OF THE NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE; DR. ANDREA WESLEY; DR. JOSEPH WESLEY; ROBERT EVANS; GARY FREDERICKS; PAMELA HAMNER; BARBARA FINN; OTHO BARNES; SHIRLINDA ROBERTSON; SANDRA SMITH; DEBORAH HULITT; RODESTA TUMBLIN; DR. KIA JONES; MARCELEAN ARRINGTON; VICTORIA ROBERTSON, | CIVIL ACTION NO. 3:22-cv-734-DPJ-HSO-LHS |

      *Plaintiffs*,

      vs.

STATE BOARD OF ELECTION COMMISSIONERS; TATE REEVES, *in his official capacity as Governor of Mississippi*; LYNN FITCH, *in her official capacity as Attorney General of Mississippi*; MICHAEL WATSON, *in his official capacity as Secretary of State of Mississippi*.

      *Defendants*, and

MISSISSIPPI REPUBLICAN EXECUTIVE COMMITTEE

      *Intervenor-Defendants*.

## **NOTICE OF APPEARANCE**

COMES NOW the undersigned and enters her appearance as counsel on behalf of Plaintiffs, Mississippi State Conference of the National Association for the Advancement of Colored People, et al., and requests service of all filings and communications in this action.

    Respectfully submitted this the 25th day of January, 2024.

1

/s/ *McKenna Raney-Gray*
McKenna Raney-Gray MSB 106330
mraney-gray@aclu-ms.org
**ACLU OF MISSISSIPPI**
101 South Congress Street
Jackson, MS 39201

Joshua Tom, MSB 105392
*jtom@aclu-ms.org*
**ACLU OF MISSISSIPPI**
101 South Congress Street
Jackson, MS 39201
(601) 354-3408

Robert B. McDuff, MSB 2532
*rbm@mcdufflaw.com*
**MISSISSIPPI CENTER FOR JUSTICE**
767 North Congress Street
Jackson, MS 39202
(601) 969-0802

Carroll Rhodes, MSB 5314
**LAW OFFICES OF CARROLL RHODES**
*crhodes6@bellsouth.net*
PO Box 588
Hazlehurst, MS 39083
(601) 894-1464

John P. Lavelle, Jr.*
**MORGAN, LEWIS & BOCKIUS LLP**
1701 Market Street
Philadelphia, PA 19103-2921
Telephone:	+1.202.739.3000
Facsimile:	+1.202.739.3001
*john.lavelle@morganlewis.com*

Drew C. Jordan*
**MORGAN, LEWIS & BOCKIUS LLP**
1111 Pennsylvania Ave. NW
Washington, DC 20004-2541
Telephone:	+1.713.890.5000
Facsimile:	+1.713.890.5001
*drew.jordan@morganlewis.com*

James A. Nortey*
**MORGAN, LEWIS & BOCKIUS LLP**
1000 Louisiana, Suite 4000

Ari J. Savitzky*
*asavitzky@aclu.org*
Kelsey Miller*
*kmiller1@aclu.org*
Ming Cheung*
*mcheung@aclu.org*
Sophia Lin Lakin**
*slakin@aclu.org*
**ACLU FOUNDATION**
125 Broad Street
New York, New York 10004
(212) 549-2500

Patricia Yan*
*pyan@aclu.org*
**ACLU FOUNDATION**
915 15th Street NW
Washington, DC 20005
(202) 457-0800

Ezra D. Rosenberg*
*erosenberg@lawyerscommittee.org*
Jennifer Nwachukwu*
*jnwachukwu@lawyerscommittee.org*
David Rollins-Boyd*
*drollins-boyd@lawyerscommittee.org*
Jon Greenbaum*
*jgreenbaum@lawyerscommittee.org*
**LAWYERS' COMMITTEE FOR CIVIL RIGHTS UNDER LAW**
1500 K Street NW Suite 900
Washington, DC 20005
(202) 662-8600

**CERTIFICATE OF SERVICE**

  I, McKenna Raney-Gray, do hereby certify that on this date I electronically filed the foregoing document with the Clerk of this Court using the ECF system sent notification of such filing to all counsel of record.

This the 25th day of January, 2024.

                 _/s/: McKenna Raney-Gray_____
                 McKenna Raney-Gray MS Bar No. 106330