**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**NORTHERN DIVISION**

MISSISSIPPI STATE CONFERENCE OF
THE NATIONAL ASSOCIATION FOR
THE ADVANCEMENT OF COLORED
PEOPLE; DR. ANDREA WESLEY; DR.
JOSEPH WESLEY; ROBERT EVANS;
GARY FREDERICKS; PAMELA
HAMNER; BARBARA FINN; OTHO
BARNES; SHIRLINDA ROBERTSON;
SANDRA SMITH; DEBORAH HULITT;
RODESTA TUMBLIN; DR. KIA JONES;
MARCELEAN ARRINGTON; VICTORIA
ROBERTSON,

          *Plaintiffs*,

          vs.

STATE BOARD OF ELECTION
COMMISSIONERS; TATE REEVES, *in his*
*official capacity as Governor of Mississippi*;
LYNN FITCH, *in her official capacity as*
*Attorney General of Mississippi*; MICHAEL
WATSON, *in his official capacity as*
*Secretary of State of Mississippi*.

          *Defendants*, *and*

MISSISSIPPI REPUBLICAN EXECUTIVE
COMMITTEE

          *Intervenor-Defendants.*

**CIVIL ACTION NO.**
**3:22-cv-734-DPJ-HSO-LHS**

---

## <u>NOTICE OF SERVICE</u>

      NOTICE IS HEREBY GIVEN that the Plaintiffs, Mississippi State Conference of the

National Association for the Advancement of Colored People, et al., by and through counsel,

have this date served via email to all Defendants, through their counsel, the following:

     *1. Expert Rebuttal Report of Dr. Jordan Ragusa*

The undersigned retains the originals of the above-referenced documents as custodian thereof.

THIS the 29th day of January, 2024.

/s/ *Joshua Tom*
Joshua Tom, MSB 105392
*jtom@aclu-ms.org*
ACLU OF MISSISSIPPI
101 South Congress Street
Jackson, MS 39201
(601) 354-3408

Robert B. McDuff, MSB 2532
*rbm@mcdufflaw.com*
MISSISSIPPI CENTER FOR JUSTICE
767 North Congress Street
Jackson, MS 39202
(601) 969-0802

Carroll Rhodes, MSB 5314
Law Offices of Carroll Rhodes
*crhodes6@bellsouth.net*
PO Box 588
Hazlehurst, MS 39083
(601) 894-1464

John P. Lavelle, Jr.
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103-2921
Telephone:      +1. 215.963.5000
Facsimile:      +1. 215.963.5001
*john.lavelle@morganlewis.com*

Drew C. Jordan
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Ave. NW
Washington, DC 20004-2541
Telephone:      +1. 202.739.3000
Facsimile:      +1. 202.739.3001
*drew.jordan@morganlewis.com*

Ari J. Savitzky
*asavitzky@aclu.org*
Ming Cheung
*mcheung@aclu.org*
Casey Smith
*csmith@aclu.org*
ACLU FOUNDATION
125 Broad Street, 18th Floor
New York, New York 10004
(212) 549-2500

Patricia Yan
*pyan@aclu.org*
ACLU FOUNDATION
915 15th Street NW
Washington, DC 20005
(202) 457-0800

Ezra D. Rosenberg
*erosenberg@lawyerscommittee.org*
Jennifer Nwachukwu
*jnwachukwu@lawyerscommittee.org*
David Rollins-Boyd
*drollins-boyd@lawyerscommittee.org*
LAWYERS' COMMITTEE FOR CIVIL RIGHTS
UNDER LAW
1500 K Street NW Suite 900
Washington, DC 20005
(202) 662-8600

***Attorneys for Plaintiffs***

## **CERTIFICATE OF SERVICE**

I, Joshua Tom, hereby certify that on January 29, 2024, I filed the forgoing Notice with the Clerk of the Court using the ECF system which sent notification of such filing to all parties on file with the Court.

/s/: Joshua Tom
Joshua Tom, MSB # 105392