IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

| | |
|---|---|
| MISSISSIPPI STATE CONFERENCE OF THE NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE; DR. ANDREA WESLEY; DR. JOSEPH WESLEY; ROBERT EVANS; GARY FREDERICKS; PAMELA HAMMER BARBARA FINN; ORHO BARNES; SHIRLINDA ROBERTSON; SANDRA SMITH; DEBORAH HULITT; RODESTA TUMBLIN; DR. KIA JONES; ANGELA GRAYSON; MARCELEAN ARRINGTON; VICTORIA ROBERTSON | PLAINTIFFS |
| VS. | CIVIL ACTION NO. 3:22-cv-734-DPJ-HSO-LHS |
| STATE BOARD OF ELECTION COMMISSIONERS; TATE REEVES, *in his official capacity as Governor of Mississippi*; LYNN FITCH, *in her official capacity as Attorney General of Mississippi*; MICHAEL WATSON, *in his official capacity as Secretary of State of Mississippi* | DEFENDANTS |
| AND | |
| MISSISSIPPI REPUBLICAN EXECUTIVE COMMITTEE | INTERVENOR-DEFENDANT |

**DEFENDANTS' NOTICE OF WITHDRAWAL OF EXPERT WITNESS
PETER A. MORRISON, Ph.D.**

Defendants State Board of Election Commissioners, Governor Tate Reeves, Attorney General Lynn Fitch, and Secretary of State Michael Watson (collectively, "Defendants") hereby withdraw Peter A. Morrison, Ph.D. as an expert witness in this action. Defendants disclosed Dr. Morrison as a Rule 26(a)(2) expert witness on October 16, 2023 [Doc. 98] and December 11, 2023 [Doc. 158]. Defendants do not intend to introduce Dr. Morrison's expert testimony for trial

1

or for any other evidentiary purposes in this case and withdraw his expert reports served on October 16, 2023 and December 11, 2023.

or for any other evidentiary purposes in this case and withdraw his expert reports served on October 16, 2023 and December 11, 2023.

This the 5th day of February, 2024.

Respectfully submitted,

*/s/ Tommie S. Cardin*
Tommie S. Cardin (MB #5863)

COUNSEL FOR DEFENDANTS

OF COUNSEL:

Tommie S. Cardin (MB #5863)
P. Ryan Beckett (MB #99524)
B. Parker Berry (MB #104251)
J. Dillon Pitts (MB #106399)
**BUTLER SNOW LLP**
1020 Highland Colony Parkway, Suite 1400
Ridgeland, MS 39157
P.O. Box 6010, Ridgeland, MS 39158-6010
Phone: 601.948.5711
Fax:    601.985.4500
tommie.cardin@butlersnow.com
ryan.beckett@butlersnow.com
parker.berry@butlersnow.com
dillon.pitts@butlersnow.com

Rex M. Shannon III (MB #102974)
**STATE OF MISSISSIPPI**
**OFFICE OF THE ATTORNEY GENERAL**
**CIVIL LITIGATION DIVISION**
Post Office Box 220
Jackson, Mississippi 39205-0220
Tel.: (601) 359-4184
Fax: (601) 359-2003
rex.shannon@ago.ms.gov

## **CERTIFICATE OF SERVICE**

      I, Tommie S. Cardin, do hereby certify that I have this day filed the above and foregoing document with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record.

      This the 5th day of February, 2024.

                                             */s/ Tommie S. Cardin*
                                             Tommie S. Cardin

85745167.v1