# EXHIBIT G

Table 4. Reported Voting and Registration, by Sex, Race, and Hispanic Origin, for States: November 1998

Source: U.S. Census Bureau
Internet Release Date: July 19, 2000

(In thousands)

| STATE | | Population 18 and over | Total citizen | Percent citizen | Standard error | Total registered | Percent registered | Standard error | Total voted | Percent voted | Standard error |
|---|---|---|---|---|---|---|---|---|---|---|---|
| UNITED STATES | Total | 198,228 | 183,451 | 92.5 | 0.11 | 123,104 | 62.1 | 0.20 | 83,098 | 41.9 | 0.20 |
| | Male | 95,187 | 87,713 | 92.1 | 0.16 | 57,659 | 60.6 | 0.29 | 39,391 | 41.4 | 0.29 |
| | Female | 103,042 | 95,738 | 92.9 | 0.14 | 65,445 | 63.5 | 0.27 | 43,706 | 42.4 | 0.28 |
| | N-H White | 146,501 | 143,651 | 98.1 | 0.07 | 99,510 | 67.9 | 0.22 | 68,068 | 46.5 | 0.24 |
| | N-H Black | 22,603 | 21,613 | 95.6 | 0.30 | 13,773 | 60.9 | 0.71 | 9,044 | 40.0 | 0.71 |
| | N-H API | 7,327 | 4,344 | 59.3 | 1.31 | 2,133 | 29.1 | 1.21 | 1,404 | 19.2 | 1.05 |
| | Hispanic | 20,321 | 12,395 | 61.0 | 0.97 | 6,843 | 33.7 | 0.94 | 4,068 | 20.0 | 0.80 |
| | White | 165,821 | 155,369 | 93.7 | 0.11 | 105,985 | 63.9 | 0.21 | 71,871 | 43.3 | 0.22 |
| | Black | 23,305 | 22,074 | 94.7 | 0.32 | 14,031 | 60.2 | 0.70 | 9,223 | 39.6 | 0.70 |
| ALABAMA | Total | 3,252 | 3,212 | 98.8 | 0.35 | 2,398 | 73.7 | 1.40 | 1,665 | 51.2 | 1.59 |
| | Male | 1,559 | 1,538 | 98.7 | 0.53 | 1,127 | 72.3 | 2.06 | 796 | 51.0 | 2.30 |
| | Female | 1,693 | 1,674 | 98.9 | 0.47 | 1,272 | 75.1 | 1.91 | 869 | 51.4 | 2.21 |
| | N-H White | 2,355 | 2,353 | 99.9 | 0.12 | 1,755 | 74.5 | 1.63 | 1,223 | 51.9 | 1.87 |
| | N-H Black | 833 | 829 | 99.6 | 0.50 | 618 | 74.2 | 3.34 | 428 | 51.4 | 3.81 |
| | N-H API | 33 | 9 | (B) | (B) | 9 | (B) | (B) | 4 | (B) | (B) |
| | Hispanic | 26 | 16 | (B) | (B) | 11 | (B) | (B) | 8 | (B) | (B) |
| | White | 2,379 | 2,366 | 99.5 | 0.27 | 1,763 | 74.1 | 1.63 | 1,228 | 51.6 | 1.86 |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Black | 835 | 832 | 99.6 | 0.50 | 621 | 74.3 | 3.33 | 431 | 51.6 | 3.81 |
| ALASKA | Total | 413 | 402 | 97.3 | 0.56 | 299 | 72.3 | 1.54 | 222 | 53.8 | 1.72 |
| | Male | 208 | 203 | 97.3 | 0.79 | 148 | 70.8 | 2.21 | 109 | 52.1 | 2.42 |
| | Female | 204 | 199 | 97.3 | 0.80 | 151 | 73.9 | 2.15 | 114 | 55.6 | 2.44 |
| | N-H White | 324 | 318 | 98.2 | 0.52 | 241 | 74.3 | 1.70 | 181 | 55.9 | 1.93 |
| | N-H Black | 11 | 11 | (B) | (B) | 6 | (B) | (B) | 3 | (B) | (B) |
| | N-H API | 17 | 15 | (B) | (B) | 11 | (B) | (B) | 8 | (B) | (B) |
| | Hispanic | 12 | 9 | (B) | (B) | 6 | (B) | (B) | 5 | (B) | (B) |
| | White | 335 | 327 | 97.5 | 0.60 | 247 | 73.7 | 1.68 | 186 | 55.4 | 1.90 |
| | Black | 11 | 11 | (B) | (B) | 6 | (B) | (B) | 3 | (B) | (B) |
| ARIZONA | Total | 3,362 | 2,971 | 88.4 | 0.99 | 1,719 | 51.1 | 1.54 | 1,135 | 33.8 | 1.45 |
| | Male | 1,581 | 1,358 | 85.9 | 1.56 | 779 | 49.3 | 2.24 | 529 | 33.5 | 2.11 |
| | Female | 1,780 | 1,613 | 90.6 | 1.23 | 940 | 52.8 | 2.11 | 606 | 34.0 | 2.00 |
| | N-H White | 2,307 | 2,261 | 98.0 | 0.52 | 1,422 | 61.6 | 1.80 | 956 | 41.4 | 1.83 |
| | N-H Black | 113 | 113 | 100.0 | 0 | 41 | 36.6 | 9.77 | 32 | 27.9 | 9.10 |
| | N-H API | 71 | 48 | (B) | (B) | 27 | (B) | (B) | 19 | (B) | (B) |
| | Hispanic | 818 | 496 | 60.6 | 4.79 | 206 | 25.2 | 4.25 | 120 | 14.7 | 3.47 |
| | White | 3,090 | 2,735 | 88.5 | 1.02 | 1,622 | 52.5 | 1.60 | 1,073 | 34.7 | 1.53 |
| | Black | 121 | 118 | 97.7 | 2.95 | 41 | 34.2 | 9.32 | 32 | 26.1 | 8.62 |
| ARKANSAS | Total | 1,855 | 1,835 | 98.9 | 0.34 | 1,172 | 63.2 | 1.56 | 786 | 42.4 | 1.59 |
| | Male | 886 | 878 | 99.0 | 0.46 | 529 | 59.7 | 2.29 | 364 | 41.1 | 2.30 |
| | Female | 969 | 957 | 98.8 | 0.49 | 642 | 66.3 | 2.11 | 422 | 43.5 | 2.21 |
| | N-H White | 1,506 | 1,501 | 99.7 | 0.21 | 999 | 66.3 | 1.69 | 684 | 45.4 | 1.78 |
| | N-H Black | 318 | 318 | 100 | 0 | 165 | 51.8 | 4.71 | 99 | 31.1 | 4.37 |
| | N-H API | 10 | 2 | (B) | (B) | . | (B) | (B) | . | | |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| (B) | (B) | Hispanic | 16 | 9 | (B) | (B) | 3 | (B) | (B) | 1 |
| (B) | (B) | White | 1,523 | 1,511 | 99.2 | 0.31 | 1,003 | 65.9 | 1.69 | 685 |
| 45.0 | 1.77 | Black | 318 | 318 | 100 | 0 | 165 | 51.8 | 4.71 | 99 |
| 31.1 | 4.37 | | | | | | | | | |
| CALIFORNIA | | Total | 23,696 | 19,016 | 80.2 | 0.53 | 12,356 | 52.1 | 0.67 | 9,593 |
| 40.5 | 0.66 | Male | 11,649 | 9,347 | 80.2 | 0.76 | 5,924 | 50.9 | 0.95 | 4,594 |
| 39.4 | 0.93 | Female | 12,047 | 9,669 | 80.3 | 0.75 | 6,431 | 53.4 | 0.93 | 4,999 |
| 41.5 | 0.92 | N-H White | 12,950 | 12,492 | 96.5 | 0.33 | 8,675 | 67.0 | 0.85 | 6,925 |
| 53.5 | 0.9 | N-H Black | 1,551 | 1,494 | 96.4 | 1.18 | 956 | 61.7 | 3.07 | 664 |
| 42.8 | 3.13 | N-H API | 2,706 | 1,657 | 61.2 | 2.43 | 854 | 31.6 | 2.32 | 587 |
| 21.7 | 2.06 | Hispanic | 6,264 | 3,154 | 50.4 | 2.04 | 1,749 | 27.9 | 1.83 | 1,338 |
| 21.4 | 1.67 | White | 19,121 | 15,582 | 81.5 | 0.58 | 10,383 | 54.3 | 0.74 | 8,225 |
| 43.0 | 0.74 | Black | 1,579 | 1,505 | 95.3 | 1.33 | 962 | 60.9 | 3.06 | 669 |
| 42.4 | 3.09 | | | | | | | | | |
| COLORADO | | Total | 2,954 | 2,769 | 93.8 | 0.78 | 2,024 | 68.5 | 1.49 | 1,540 |
| 52.1 | 1.60 | Male | 1,465 | 1,371 | 93.6 | 1.12 | 971 | 66.3 | 2.15 | 742 |
| 50.6 | 2.28 | Female | 1,489 | 1,398 | 93.9 | 1.08 | 1,053 | 70.7 | 2.06 | 798 |
| 53.6 | 2.26 | N-H White | 2,384 | 2,337 | 98.0 | 0.50 | 1,772 | 74.3 | 1.56 | 1,385 |
| 58.1 | 1.76 | N-H Black | 107 | 100 | 93.1 | 5.19 | 46 | 42.8 | 10.11 | 30 |
| 28.0 | 9.17 | N-H API | 63 | 22 | (B) | (B) | 15 | (B) | (B) | 9 |
| (B) | (B) | Hispanic | 366 | 277 | 75.8 | 6.15 | 173 | 47.2 | 7.16 | 104 |
| 28.4 | 6.47 | White | 2,722 | 2,587 | 95.0 | 0.73 | 1,922 | 70.6 | 1.52 | 1,471 |
| 54.1 | 1.67 | Black | 107 | 100 | 93.1 | 5.19 | 46 | 42.8 | 10.11 | 30 |
| 28.0 | 9.17 | | | | | | | | | |
| CONNECTICUT | | Total | 2,438 | 2,347 | 96.3 | 0.70 | 1,625 | 66.6 | 1.73 | 1,106 |
| 45.4 | 1.82 | Male | 1,176 | 1,147 | 97.5 | 0.82 | 764 | 64.9 | 2.52 | 552 |
| 46.9 | 2.63 | Female | 1,262 | 1,200 | 95.1 | 1.10 | 861 | 68.2 | 2.37 | 554 |
| 43.9 | 2.53 | | | | | | | | | |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | N-H White | 1,987 | 1,947 | 98.0 | 0.57 | 1,406 | 70.7 | 1.85 | 985 | 49.6 | 2.03 |
| | N-H Black | 186 | 168 | 90.0 | 4.81 | 106 | 56.6 | 7.95 | 62 | 33.5 | 7.57 |
| | N-H API | 23 | 16 | (B) | (B) | 2 | (B) | (B) | 2 | (B) | (B) |
| | Hispanic | 229 | 206 | 89.9 | 5.66 | 103 | 45.2 | 9.36 | 49 | 21.4 | 7.71 |
| | White | 2,194 | 2,131 | 97.1 | 0.65 | 1,503 | 68.5 | 1.79 | 1,034 | 47.1 | 1.93 |
| | Black | 208 | 189 | 91.1 | 4.34 | 112 | 53.9 | 7.58 | 62 | 30.0 | 6.97 |
| DELAWARE | Total | 555 | 538 | 96.8 | 0.63 | 339 | 61.1 | 1.76 | 203 | 36.5 | 1.73 |
| | Male | 274 | 264 | 96.5 | 0.94 | 160 | 58.4 | 2.53 | 99 | 36.0 | 2.46 |
| | Female | 281 | 273 | 97.1 | 0.85 | 179 | 63.7 | 2.43 | 104 | 36.9 | 2.44 |
| | N-H White | 424 | 419 | 98.9 | 0.43 | 275 | 64.8 | 1.97 | 169 | 39.8 | 2.02 |
| | N-H Black | 105 | 98 | 93.3 | 2.49 | 54 | 51.5 | 5.00 | 27 | 25.6 | 4.37 |
| | N-H API | 10 | 6 | (B) | (B) | 5 | (B) | (B) | 2 | (B) | (B) |
| | Hispanic | 13 | 12 | (B) | (B) | 4 | (B) | (B) | 3 | (B) | (B) |
| | White | 435 | 429 | 98.6 | 0.48 | 278 | 64.0 | 1.95 | 171 | 39.4 | 1.99 |
| | Black | 108 | 101 | 93.5 | 2.44 | 55 | 51.1 | 4.95 | 28 | 25.8 | 4.33 |
| DISTRICT OF COLUMBIA | Total | 392 | 364 | 92.8 | 0.95 | 256 | 65.1 | 1.74 | 178 | 45.4 | 1.82 |
| | Male | 173 | 155 | 89.9 | 1.66 | 107 | 62.2 | 2.67 | 73 | 42.1 | 2.72 |
| | Female | 220 | 209 | 95.0 | 1.06 | 148 | 67.4 | 2.29 | 106 | 48.0 | 2.44 |
| | N-H White | 114 | 106 | 92.9 | 1.74 | 72 | 63.4 | 3.26 | 50 | 44.1 | 3.36 |
| | N-H Black | 248 | 243 | 97.9 | 0.80 | 175 | 70.4 | 2.54 | 123 | 49.7 | 2.78 |
| | N-H API | 10 | 4 | (B) | (B) | 2 | (B) | (B) | . | (B) | (B) |
| | Hispanic | 17 | 9 | (B) | (B) | 6 | (B) | (B) | 4 | (B) | (B) |
| | White | 132 | 115 | 87.6 | 2.08 | 78 | 59.3 | 3.10 | 54 | 41.2 | 3.11 |
| | Black | 248 | 243 | 97.9 | 0.80 | 175 | 70.4 | 2.54 | 123 | 49.7 | 2.78 |
| FLORIDA | Total | 11,275 | 10,033 | 89.0 | 0.53 | 6,653 | 59.0 | 0.83 | 4,403 | | |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | 39.0 | 0.82 |
| Male | 5,301 | 4,646 | 87.6 | 0.81 | 3,011 | 56.8 | 1.21 | 1,994 | 37.6 | 1.19 |
| Female | 5,974 | 5,388 | 90.2 | 0.69 | 3,641 | 61.0 | 1.12 | 2,409 | 40.3 | 1.13 |
| N-H White | 7,740 | 7,565 | 97.7 | 0.30 | 5,183 | 67.0 | 0.95 | 3,468 | 44.8 | 1.01 |
| N-H Black | 1,345 | 1,142 | 84.9 | 2.11 | 693 | 51.5 | 2.94 | 454 | 33.8 | 2.78 |
| N-H API | 224 | 115 | 51.4 | 7.51 | 59 | 26.2 | 6.61 | 25 | 11.2 | 4.74 |
| Hispanic | 1,917 | 1,162 | 60.6 | 3.13 | 687 | 35.8 | 3.07 | 439 | 22.9 | 2.69 |
| White | 9,568 | 8,675 | 90.7 | 0.53 | 5,843 | 61.1 | 0.89 | 3,882 | 40.6 | 0.89 |
| Black | 1,417 | 1,178 | 83.1 | 2.15 | 714 | 50.4 | 2.87 | 473 | 33.4 | 2.70 |
| GEORGIA | | | | | | | | | | |
| Total | 5,581 | 5,417 | 97.1 | 0.48 | 3,462 | 62.0 | 1.39 | 2,090 | 37.4 | 1.39 |
| Male | 2,605 | 2,530 | 97.1 | 0.70 | 1,592 | 61.1 | 2.04 | 995 | 38.2 | 2.04 |
| Female | 2,977 | 2,887 | 97.0 | 0.67 | 1,869 | 62.8 | 1.90 | 1,095 | 36.8 | 1.89 |
| N-H White | 3,665 | 3,597 | 98.2 | 0.47 | 2,313 | 63.1 | 1.71 | 1,377 | 37.6 | 1.71 |
| N-H Black | 1,716 | 1,684 | 98.1 | 0.85 | 1,094 | 63.8 | 3.01 | 676 | 39.4 | 3.06 |
| N-H API | 71 | 43 | (B) | (B) | 8 | (B) | (B) | 4 | (B) | (B) |
| Hispanic | 127 | 89 | 70.7 | 13.62 | 43 | 34.3 | 14.20 | 32 | 25.5 | 13.04 |
| White | 3,762 | 3,658 | 97.2 | 0.57 | 2,332 | 62.0 | 1.69 | 1,385 | 36.8 | 1.68 |
| Black | 1,744 | 1,712 | 98.2 | 0.83 | 1,118 | 64.1 | 2.98 | 700 | 40.2 | 3.04 |
| HAWAII | | | | | | | | | | |
| Total | 855 | 766 | 89.6 | 1.12 | 463 | 54.1 | 1.82 | 411 | 48.1 | 1.83 |
| Male | 396 | 362 | 91.5 | 1.50 | 222 | 56.2 | 2.67 | 202 | 50.9 | 2.69 |
| Female | 459 | 404 | 88.0 | 1.62 | 240 | 52.4 | 2.50 | 210 | 45.7 | 2.49 |
| N-H White | 171 | 165 | 97.0 | 1.41 | 108 | 63.2 | 3.95 | 90 | 52.6 | 4.09 |
| N-H Black | 7 | 7 | (B) | (B) | 6 | (B) | (B) | 5 | (B) | (B) |
| N-H API | 645 | 563 | 87.2 | 1.78 | 332 | 51.5 | 2.66 | 301 | 46.6 | 2.66 |
| Hispanic | 28 | 27 | (B) | (B) | 13 | (B) | (B) | 13 | (B) | (B) |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | White | 192 | 187 | 97.3 | 1.25 | 117 | 60.7 | 3.77 | 98 | 50.9 | 3.86 |
| | Black | 7 | 7 | (B) | (B) | 6 | (B) | (B) | 5 | (B) | (B) |
| IDAHO | Total | 881 | 833 | 94.5 | 0.72 | 528 | 60.0 | 1.55 | 396 | 45.0 | 1.58 |
| | Male | 450 | 423 | 94.1 | 1.04 | 259 | 57.6 | 2.19 | 189 | 42.1 | 2.19 |
| | Female | 431 | 409 | 95.0 | 0.99 | 269 | 62.5 | 2.19 | 207 | 48.1 | 2.26 |
| | N-H White | 787 | 781 | 99.2 | 0.29 | 513 | 65.2 | 1.60 | 385 | 49.0 | 1.68 |
| | N-H Black | 3 | 3 | (B) | (B) | 1 | (B) | (B) | 1 | (B) | (B) |
| | N-H API | 7 | 6 | (B) | (B) | 2 | (B) | (B) | . | (B) | (B) |
| | Hispanic | 72 | 31 | (B) | (B) | 8 | (B) | (B) | 7 | (B) | (B) |
| | White | 859 | 812 | 94.5 | 0.73 | 521 | 60.6 | 1.57 | 392 | 45.6 | 1.60 |
| | Black | 3 | 3 | (B) | (B) | 1 | (B) | (B) | 1 | (B) | (B) |
| ILLINOIS | Total | 8,659 | 8,009 | 92.5 | 0.51 | 5,530 | 63.9 | 0.93 | 3,857 | 44.5 | 0.97 |
| | Male | 4,187 | 3,834 | 91.6 | 0.78 | 2,598 | 62.0 | 1.36 | 1,821 | 43.5 | 1.39 |
| | Female | 4,472 | 4,175 | 93.4 | 0.67 | 2,932 | 65.6 | 1.29 | 2,036 | 45.5 | 1.35 |
| | N-H White | 6,411 | 6,251 | 97.5 | 0.35 | 4,402 | 68.7 | 1.05 | 3,009 | 46.9 | 1.13 |
| | N-H Black | 1,153 | 1,141 | 98.9 | 0.67 | 820 | 71.1 | 2.92 | 647 | 56.1 | 3.20 |
| | N-H API | 310 | 178 | 57.5 | 6.42 | 63 | 20.4 | 5.23 | 34 | 10.9 | 4.04 |
| | Hispanic | 755 | 412 | 54.6 | 5.15 | 229 | 30.3 | 4.76 | 156 | 20.7 | 4.19 |
| | White | 7,130 | 6,633 | 93.0 | 0.55 | 4,623 | 64.8 | 1.02 | 3,162 | 44.3 | 1.06 |
| | Black | 1,179 | 1,161 | 98.4 | 0.79 | 828 | 70.2 | 2.92 | 650 | 55.1 | 3.17 |
| INDIANA | Total | 4,377 | 4,318 | 98.7 | 0.37 | 2,702 | 61.7 | 1.56 | 1,751 | 40.0 | 1.57 |
| | Male | 2,098 | 2,069 | 98.6 | 0.54 | 1,272 | 60.7 | 2.27 | 811 | 38.6 | 2.26 |
| | Female | 2,279 | 2,250 | 98.7 | 0.50 | 1,429 | 62.7 | 2.15 | 940 | 41.2 | 2.19 |
| | N-H White | 3,912 | 3,885 | 99.3 | 0.28 | 2,465 | 63.0 | 1.64 | 1,596 | 40.8 | 1.67 |
| | N-H Black | 306 | 306 | 100.0 | 0 | 187 | 61.3 | 7.17 | 138 | | |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | 45.1 | 7.32 |
| | N-H API | 65 | 48 | (B) | (B) | 15 | (B) | (B) | 8 | (B) | (B) |
| | Hispanic | 83 | 68 | (B) | (B) | 34 | (B) | (B) | 9 | (B) | (B) |
| | White | 3,983 | 3,941 | 99.0 | 0.34 | 2,500 | 62.8 | 1.63 | 1,605 | 40.3 | 1.65 |
| | Black | 313 | 313 | 100.0 | 0 | 187 | 59.8 | 7.13 | 138 | 44.0 | 7.22 |
| IOWA | Total | 2,102 | 2,063 | 98.2 | 0.45 | 1,562 | 74.3 | 1.45 | 1,084 | 51.6 | 1.66 |
| | Male | 1,017 | 993 | 97.7 | 0.72 | 737 | 72.5 | 2.14 | 510 | 50.1 | 2.39 |
| | Female | 1,085 | 1,070 | 98.6 | 0.54 | 825 | 76.0 | 1.98 | 574 | 52.9 | 2.31 |
| | N-H White | 2,007 | 1,994 | 99.4 | 0.27 | 1,511 | 75.3 | 1.47 | 1,068 | 53.2 | 1.70 |
| | N-H Black | 21 | 21 | (B) | (B) | 14 | (B) | (B) | 4 | (B) | (B) |
| | N-H API | 28 | 13 | (B) | (B) | 10 | (B) | (B) | 2 | (B) | (B) |
| | Hispanic | 24 | 13 | (B) | (B) | 9 | (B) | (B) | . | (B) | (B) |
| | White | 2,031 | 2,007 | 98.8 | 0.36 | 1,520 | 74.9 | 1.47 | 1,068 | 52.6 | 1.69 |
| | Black | 21 | 21 | (B) | (B) | 14 | (B) | (B) | 4 | (B) | (B) |
| KANSAS | Total | 1,868 | 1,799 | 96.3 | 0.64 | 1,191 | 63.8 | 1.62 | 749 | 40.1 | 1.65 |
| | Male | 898 | 871 | 96.9 | 0.84 | 562 | 62.6 | 2.36 | 360 | 40.1 | 2.39 |
| | Female | 969 | 928 | 95.7 | 0.95 | 629 | 64.9 | 2.24 | 389 | 40.1 | 2.30 |
| | N-H White | 1,645 | 1,633 | 99.3 | 0.31 | 1,134 | 68.9 | 1.66 | 725 | 44.1 | 1.79 |
| | N-H Black | 87 | 87 | (B) | (B) | 31 | (B) | (B) | 12 | (B) | (B) |
| | N-H API | 52 | 22 | (B) | (B) | . | (B) | (B) | . | (B) | (B) |
| | Hispanic | 71 | 44 | (B) | (B) | 19 | (B) | (B) | 8 | (B) | (B) |
| | White | 1,708 | 1,673 | 98.0 | 0.49 | 1,150 | 67.3 | 1.66 | 733 | 42.9 | 1.75 |
| | Black | 91 | 91 | (B) | (B) | 34 | (B) | (B) | 12 | (B) | (B) |
| KENTUCKY | Total | 2,956 | 2,905 | 98.3 | 0.41 | 1,921 | 65.0 | 1.52 | 1,311 | 44.4 | 1.59 |
| | Male | 1,445 | 1,429 | 98.9 | 0.48 | 937 | 64.9 | 2.18 | 652 | 45.1 | 2.27 |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Female | 1,511 | 1,476 | 97.7 | 0.67 | 984 | 65.1 | 2.13 | 659 | 43.6 | 2.21 |
| N-H White | 2,736 | 2,712 | 99.1 | 0.31 | 1,825 | 66.7 | 1.56 | 1,255 | 45.9 | 1.65 |
| N-H Black | 175 | 165 | 94.5 | 3.63 | 78 | 44.6 | 7.90 | 51 | 29.1 | 7.22 |
| N-H API | 17 | 10 | (B) | (B) | 8 | (B) | (B) | . | (B) | (B) |
| Hispanic | 21 | 10 | (B) | (B) | 5 | (B) | (B) | . | (B) | (B) |
| White | 2,757 | 2,723 | 98.8 | 0.36 | 1,831 | 66.4 | 1.56 | 1,255 | 45.5 | 1.65 |
| Black | 175 | 165 | 94.5 | 3.63 | 78 | 44.6 | 7.90 | 51 | 29.1 | 7.22 |
| LOUISIANA | | | | | | | | | | |
| Total | 3,114 | 3,073 | 98.7 | 0.36 | 2,261 | 72.6 | 1.41 | 1,193 | 38.3 | 1.54 |
| Male | 1,508 | 1,486 | 98.5 | 0.55 | 1,097 | 72.7 | 2.02 | 592 | 39.2 | 2.22 |
| Female | 1,606 | 1,587 | 98.8 | 0.48 | 1,165 | 72.5 | 1.96 | 601 | 37.4 | 2.13 |
| N-H White | 2,000 | 1,995 | 99.8 | 0.19 | 1,513 | 75.6 | 1.69 | 724 | 36.2 | 1.90 |
| N-H Black | 980 | 972 | 99.2 | 0.61 | 681 | 69.5 | 3.14 | 450 | 46.0 | 3.40 |
| N-H API | 50 | 29 | (B) | (B) | 18 | (B) | (B) | . | (B) | (B) |
| Hispanic | 66 | 58 | (B) | (B) | 41 | (B) | (B) | 14 | (B) | (B) |
| White | 2,066 | 2,053 | 99.4 | 0.30 | 1,554 | 75.2 | 1.68 | 738 | 35.7 | 1.86 |
| Black | 980 | 972 | 99.2 | 0.61 | 681 | 69.5 | 3.14 | 450 | 46.0 | 3.40 |
| MAINE | | | | | | | | | | |
| Total | 938 | 932 | 99.4 | 0.28 | 704 | 75.0 | 1.55 | 450 | 47.9 | 1.79 |
| Male | 458 | 456 | 99.6 | 0.31 | 333 | 72.7 | 2.29 | 212 | 46.2 | 2.56 |
| Female | 480 | 476 | 99.1 | 0.47 | 371 | 77.2 | 2.11 | 238 | 49.6 | 2.51 |
| N-H White | 919 | 914 | 99.4 | 0.27 | 692 | 75.3 | 1.57 | 441 | 48.0 | 1.81 |
| N-H Black | 4 | 4 | (B) | (B) | 1 | (B) | (B) | . | (B) | (B) |
| N-H API | 5 | 4 | (B) | (B) | 4 | (B) | (B) | 4 | (B) | (B) |
| Hispanic | 3 | 3 | (B) | (B) | 3 | (B) | (B) | 2 | (B) | (B) |
| White | 922 | 917 | 99.4 | 0.27 | 695 | 75.4 | 1.56 | 443 | 48.1 | 1.81 |
| Black | 4 | 4 | (B) | (B) | 1 | (B) | (B) | . | | |

(B) (B)

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| MARYLAND | Total | 3,861 | 3,555 | 92.1 | 0.92 | 2,331 | 60.4 | 1.67 | 1,825 | 47.3 | 1.71 |
| | Male | 1,842 | 1,711 | 92.9 | 1.27 | 1,100 | 59.7 | 2.43 | 874 | 47.5 | 2.47 |
| | Female | 2,019 | 1,844 | 91.3 | 1.33 | 1,231 | 61.0 | 2.31 | 950 | 47.1 | 2.36 |
| | N-H White | 2,658 | 2,581 | 97.1 | 0.69 | 1,713 | 64.5 | 1.97 | 1,309 | 49.2 | 2.06 |
| | N-H Black | 906 | 862 | 95.1 | 1.84 | 549 | 60.6 | 4.18 | 470 | 51.9 | 4.27 |
| | N-H API | 162 | 50 | 30.9 | 9.75 | 39 | 24.2 | 9.04 | 25 | 15.6 | 7.67 |
| | Hispanic | 131 | 58 | 44.5 | 14.50 | 25 | 19.3 | 11.51 | 21 | 15.7 | 10.61 |
| | White | 2,758 | 2,625 | 95.2 | 0.87 | 1,738 | 63.0 | 1.95 | 1,329 | 48.2 | 2.02 |
| | Black | 931 | 876 | 94.0 | 2.00 | 549 | 58.9 | 4.15 | 470 | 50.5 | 4.22 |
| MASSACHUSETTS | Total | 4,594 | 4,234 | 92.2 | 0.65 | 2,947 | 64.2 | 1.15 | 2,124 | 46.2 | 1.20 |
| | Male | 2,229 | 2,042 | 91.6 | 0.96 | 1,425 | 63.9 | 1.66 | 1,059 | 47.5 | 1.72 |
| | Female | 2,365 | 2,192 | 92.7 | 0.87 | 1,522 | 64.3 | 1.60 | 1,065 | 45.0 | 1.67 |
| | N-H White | 4,072 | 3,899 | 95.7 | 0.51 | 2,787 | 68.5 | 1.19 | 2,017 | 49.5 | 1.28 |
| | N-H Black | 206 | 164 | 79.6 | 5.54 | 89 | 43.0 | 6.80 | 65 | 31.7 | 6.39 |
| | N-H API | 94 | 51 | (B) | (B) | 22 | (B) | (B) | 10 | (B) | (B) |
| | Hispanic | 217 | 117 | 53.8 | 8.66 | 47 | 21.6 | 7.15 | 30 | 13.6 | 5.96 |
| | White | 4,282 | 4,011 | 93.7 | 0.61 | 2,830 | 66.1 | 1.18 | 2,042 | 47.7 | 1.24 |
| | Black | 213 | 168 | 79.2 | 5.49 | 93 | 43.8 | 6.71 | 70 | 32.8 | 6.35 |
| MICHIGAN | Total | 7,227 | 7,029 | 97.3 | 0.33 | 5,217 | 72.2 | 0.92 | 3,590 | 49.7 | 1.03 |
| | Male | 3,491 | 3,386 | 97.0 | 0.50 | 2,470 | 70.8 | 1.34 | 1,689 | 48.4 | 1.48 |
| | Female | 3,736 | 3,644 | 97.5 | 0.44 | 2,747 | 73.5 | 1.26 | 1,901 | 50.9 | 1.43 |
| | N-H White | 5,927 | 5,843 | 98.6 | 0.27 | 4,371 | 73.7 | 1.00 | 3,020 | 51.0 | 1.13 |
| | N-H Black | 986 | 967 | 98.1 | 0.91 | 708 | 71.8 | 3.03 | 496 | 50.3 | 3.36 |
| | N-H API | 90 | 38 | (B) | (B) | 19 | (B) | (B) | 12 | (B) | (B) |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Hispanic | 196 | 156 | 79.6 | 7.88 | 108 | 55.0 | 9.74 | 52 | 26.3 | 8.61 |
| White | 6,108 | 5,987 | 98.0 | 0.31 | 4,469 | 73.2 | 0.99 | 3,070 | 50.3 | 1.12 |
| Black | 997 | 979 | 98.1 | 0.90 | 716 | 71.8 | 3.01 | 496 | 49.7 | 3.35 |
| MINNESOTA | | | | | | | | | | |
| Total | 3,443 | 3,356 | 97.5 | 0.51 | 2,787 | 80.9 | 1.28 | 2,212 | 64.2 | 1.56 |
| Male | 1,740 | 1,700 | 97.7 | 0.69 | 1,394 | 80.1 | 1.82 | 1,098 | 63.1 | 2.21 |
| Female | 1,703 | 1,657 | 97.3 | 0.75 | 1,393 | 81.8 | 1.78 | 1,114 | 65.4 | 2.20 |
| N-H White | 3,200 | 3,182 | 99.4 | 0.25 | 2,720 | 85.0 | 1.20 | 2,175 | 68.0 | 1.57 |
| N-H Black | 58 | 51 | (B) | (B) | 23 | (B) | (B) | 14 | (B) | (B) |
| N-H API | 87 | 58 | (B) | (B) | 21 | (B) | (B) | 14 | (B) | (B) |
| Hispanic | 69 | 36 | (B) | (B) | 11 | (B) | (B) | 8 | (B) | (B) |
| White | 3,266 | 3,216 | 98.5 | 0.41 | 2,730 | 83.6 | 1.24 | 2,182 | 66.8 | 1.57 |
| Black | 61 | 53 | (B) | (B) | 23 | (B) | (B) | 14 | (B) | (B) |
| MISSISSIPPI | | | | | | | | | | |
| Total | 1,975 | 1,958 | 99.2 | 0.30 | 1,446 | 73.2 | 1.44 | 793 | 40.2 | 1.60 |
| Male | 886 | 875 | 98.8 | 0.53 | 630 | 71.1 | 2.21 | 329 | 37.2 | 2.35 |
| Female | 1,089 | 1,083 | 99.4 | 0.33 | 816 | 75.0 | 1.90 | 464 | 42.6 | 2.17 |
| N-H White | 1,255 | 1,254 | 99.9 | 0.16 | 951 | 75.8 | 1.75 | 516 | 41.1 | 2.01 |
| N-H Black | 670 | 670 | (B) | (B) | 478 | 71.3 | 3.06 | 271 | 40.4 | 3.32 |
| N-H API | 23 | 12 | (B) | (B) | 3 | (B) | (B) | . | (B) | (B) |
| Hispanic | 22 | 18 | (B) | (B) | 8 | (B) | (B) | 4 | (B) | (B) |
| White | 1,277 | 1,271 | 99.5 | 0.27 | 960 | 75.2 | 1.75 | 520 | 40.7 | 1.99 |
| Black | 670 | 670 | (B) | (B) | 478 | 71.3 | 3.06 | 271 | 40.4 | 3.32 |
| MISSOURI | | | | | | | | | | |
| Total | 3,967 | 3,879 | 97.8 | 0.50 | 2,848 | 71.8 | 1.51 | 1,816 | 45.8 | 1.68 |
| Male | 1,857 | 1,805 | 97.2 | 0.81 | 1,302 | 70.1 | 2.25 | 838 | 45.1 | 2.45 |
| Female | 2,110 | 2,073 | 98.3 | 0.60 | 1,547 | 73.3 | 2.04 | 978 | 46.4 | 2.30 |
| N-H White | 3,512 | 3,481 | 99.1 | 0.34 | 2,566 | 73.1 | 1.59 | 1,666 | | |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 47.4 | 1.78 | | | | | | | | | |
| | | N-H Black | 335 | 335 | (B) | (B) | 232 | 69.2 | 6.47 | 117 |
| 34.9 | 6.68 | | | | | | | | | |
| | | N-H API | 50 | 30 | (B) | (B) | 26 | (B) | (B) | 15 |
| (B) | (B) | | | | | | | | | |
| | | Hispanic | 66 | 29 | (B) | (B) | 20 | (B) | (B) | 14 |
| (B) | (B) | | | | | | | | | |
| | | White | 3,575 | 3,510 | 98.2 | 0.47 | 2,586 | 72.3 | 1.58 | 1,680 |
| 47.0 | 1.77 | | | | | | | | | |
| | | Black | 339 | 335 | 98.9 | 1.42 | 232 | 68.5 | 6.47 | 117 |
| 34.5 | 6.62 | | | | | | | | | |
| MONTANA | | Total | 654 | 647 | 99.0 | 0.31 | 472 | 72.3 | 1.42 | 349 |
| 53.3 | 1.58 | | | | | | | | | |
| | | Male | 322 | 318 | 98.8 | 0.49 | 227 | 70.3 | 2.06 | 168 |
| 52.2 | 2.25 | | | | | | | | | |
| | | Female | 331 | 329 | 99.2 | 0.38 | 246 | 74.1 | 1.95 | 180 |
| 54.4 | 2.21 | | | | | | | | | |
| | | N-H White | 596 | 592 | 99.3 | 0.28 | 443 | 74.2 | 1.45 | 331 |
| 55.5 | 1.65 | | | | | | | | | |
| | | N-H Black | 1 | 1 | (B) | (B) | 1 | (B) | (B) | . |
| (B) | (B) | | | | | | | | | |
| | | N-H API | 4 | 2 | (B) | (B) | 2 | (B) | (B) | 1 |
| (B) | (B) | | | | | | | | | |
| | | Hispanic | 8 | 7 | (B) | (B) | 5 | (B) | (B) | 2 |
| (B) | (B) | | | | | | | | | |
| | | White | 604 | 599 | 99.2 | 0.29 | 448 | 74.1 | 1.44 | 333 |
| 55.2 | 1.64 | | | | | | | | | |
| | | Black | 1 | 1 | (B) | (B) | 1 | (B) | (B) | . |
| (B) | (B) | | | | | | | | | |
| NEBRASKA | | Total | 1,193 | 1,153 | 96.6 | 0.62 | 790 | 66.2 | 1.61 | 540 |
| 45.3 | 1.69 | | | | | | | | | |
| | | Male | 575 | 553 | 96.2 | 0.93 | 365 | 63.6 | 2.35 | 248 |
| 43.2 | 2.42 | | | | | | | | | |
| | | Female | 619 | 600 | 96.9 | 0.81 | 424 | 68.6 | 2.19 | 292 |
| 47.2 | 2.35 | | | | | | | | | |
| | | N-H White | 1,094 | 1,087 | 99.3 | 0.29 | 758 | 69.3 | 1.64 | 522 |
| 47.7 | 1.77 | | | | | | | | | |
| | | N-H Black | 30 | 30 | (B) | (B) | 18 | (B) | (B) | 13 |
| (B) | (B) | | | | | | | | | |
| | | N-H API | 22 | 13 | (B) | (B) | 2 | (B) | (B) | 1 |
| (B) | (B) | | | | | | | | | |
| | | Hispanic | 47 | 23 | (B) | (B) | 11 | (B) | (B) | 3 |
| (B) | (B) | | | | | | | | | |
| | | White | 1,141 | 1,109 | 97.2 | 0.57 | 769 | 67.4 | 1.63 | 526 |
| 46.1 | 1.73 | | | | | | | | | |
| | | Black | 30 | 30 | (B) | (B) | 18 | (B) | (B) | 13 |
| (B) | (B) | | | | | | | | | |
| NEVADA | | Total | 1,298 | 1,160 | 89.4 | 1.03 | 606 | 46.7 | 1.66 | 429 |
| 33.1 | 1.57 | | | | | | | | | |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Male | 654 | 577 | 88.3 | 1.51 | 291 | 44.5 | 2.33 | 203 | 31.1 | 2.17 |
| Female | 644 | 582 | 90.4 | 1.39 | 315 | 49.0 | 2.36 | 226 | 35.1 | 2.26 |
| N-H White | 932 | 914 | 98.0 | 0.55 | 520 | 55.8 | 1.95 | 382 | 40.9 | 1.93 |
| N-H Black | 88 | 84 | (B) | (B) | 40 | (B) | (B) | 25 | (B) | (B) |
| N-H API | 65 | 42 | (B) | (B) | 14 | (B) | (B) | 6 | (B) | (B) |
| Hispanic | 201 | 109 | 54.0 | 6.62 | 28 | 14.0 | 4.61 | 14 | 7.1 | 3.42 |
| White | 1,128 | 1,020 | 90.4 | 1.05 | 547 | 48.5 | 1.79 | 396 | 35.1 | 1.71 |
| Black | 88 | 84 | (B) | (B) | 40 | (B) | (B) | 25 | (B) | (B) |
| NEW HAMPSHIRE | | | | | | | | | | |
| Total | 874 | 853 | 97.6 | 0.57 | 563 | 64.4 | 1.81 | 357 | 40.9 | 1.85 |
| Male | 422 | 409 | 97.0 | 0.93 | 274 | 64.9 | 2.59 | 170 | 40.3 | 2.66 |
| Female | 452 | 444 | 98.2 | 0.69 | 290 | 64.0 | 2.52 | 187 | 41.4 | 2.58 |
| N-H White | 837 | 828 | 99.0 | 0.39 | 550 | 65.7 | 1.83 | 349 | 41.7 | 1.90 |
| N-H Black | 6 | 4 | (B) | (B) | 1 | (B) | (B) | 1 | (B) | (B) |
| N-H API | 11 | 6 | (B) | (B) | 5 | (B) | (B) | 2 | (B) | (B) |
| Hispanic | 15 | 10 | (B) | (B) | 3 | (B) | (B) | 2 | (B) | (B) |
| White | 852 | 839 | 98.4 | 0.47 | 553 | 64.9 | 1.82 | 351 | 41.2 | 1.88 |
| Black | 6 | 4 | (B) | (B) | 1 | (B) | (B) | 1 | (B) | (B) |
| NEW JERSEY | | | | | | | | | | |
| Total | 6,059 | 5,455 | 90.0 | 0.63 | 3,638 | 60.1 | 1.03 | 2,152 | 35.5 | 1.01 |
| Male | 2,877 | 2,588 | 900. | 0.92 | 1,655 | 57.5 | 1.51 | 1,038 | 36.1 | 1.47 |
| Female | 3,182 | 2,867 | 90.1 | 0.87 | 1,984 | 62.3 | 1.41 | 1,114 | 35.0 | 1.39 |
| N-H White | 4,362 | 4,168 | 95.6 | 0.51 | 2,852 | 65.4 | 1.18 | 1,654 | 37.9 | 1.20 |
| N-H Black | 831 | 756 | 91.0 | 1.97 | 456 | 54.9 | 3.42 | 315 | 37.9 | 3.34 |
| N-H API | 230 | 115 | 50.1 | 6.83 | 64 | 27.6 | 6.10 | 35 | 15.1 | 4.89 |
| Hispanic | 630 | 413 | 65.5 | 4.88 | 265 | 42.1 | 5.06 | 148 | 23.4 | 4.34 |
| White | 4,932 | 4,538 | 92.0 | 0.63 | 3,091 | 62.7 | 1.13 | 1,785 | | |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 36.2 | 1.12 | | | | | | | | | |
| | | Black | 886 | 797 | 89.9 | 2.01 | 480 | 54.1 | 3.32 | 328 |
| 37.0 | 3.22 | | | | | | | | | |
| NEW MEXICO | | Total | 1,253 | 1,172 | 93.5 | 0.8. | 756 | 60.4 | 1.58 | 604 |
| 48.2 | 1.62 | | | | | | | | | |
| | | Male | 615 | 573 | 93.2 | 1.16 | 359 | 58.4 | 2.27 | 289 |
| 46.9 | 2.30 | | | | | | | | | |
| | | Female | 638 | 599 | 93.9 | 1.09 | 397 | 62.2 | 2.20 | 315 |
| 49.4 | 2.27 | | | | | | | | | |
| | | N-H White | 587 | 581 | 98.9 | 0.49 | 400 | 68.2 | 2.20 | 325 |
| 55.3 | 2.35 | | | | | | | | | |
| | | N-H Black | 15 | 15 | (B) | (B) | 7 | (B) | (B) | 3 |
| (B) | (B) | | | | | | | | | |
| | | N-H API | 16 | 10 | (B) | (B) | 5 | (B) | (B) | 4 |
| (B) | (B) | | | | | | | | | |
| | | Hispanic | 535 | 467 | 87.3 | 2.59 | 276 | 51.5 | 3.89 | 210 |
| 39.3 | 3.80 | | | | | | | | | |
| | | White | 1,099 | 1,027 | 93.4 | 0.85 | 662 | 60.3 | 1.69 | 523 |
| 47.6 | 1.72 | | | | | | | | | |
| | | Black | 16 | 16 | (B) | (B) | 9 | (B) | (B) | 3 |
| (B) | (B) | | | | | | | | | |
| NEW YORK | | Total | 13,440 | 11,545 | 85.9 | 0.51 | 7,656 | 57.0 | 0.73 | 5,568 |
| 41.4 | 0.73 | | | | | | | | | |
| | | Male | 6,487 | 5,506 | 84.9 | 0.76 | 3,581 | 55.2 | 1.05 | 2,635 |
| 40.6 | 1.04 | | | | | | | | | |
| | | Female | 6,953 | 6,039 | 86.9 | 0.69 | 4,075 | 58.6 | 1.01 | 2,934 |
| 42.2 | 1.01 | | | | | | | | | |
| | | N-H White | 8,912 | 8,459 | 94.9 | 0.40 | 5,919 | 66.4 | 0.85 | 4,370 |
| 49.0 | 0.90 | | | | | | | | | |
| | | N-H Black | 1,811 | 1,483 | 81.9 | 1.87 | 885 | 48.9 | 2.43 | 630 |
| 34.8 | 2.31 | | | | | | | | | |
| | | N-H API | 692 | 377 | 54.6 | 4.09 | 134 | 19.3 | 3.24 | 87 |
| 12.5 | 2.71 | | | | | | | | | |
| | | Hispanic | 1,984 | 1,191 | 60.0 | 2.95 | 699 | 35.2 | 2.88 | 465 |
| 23.4 | 2.55 | | | | | | | | | |
| | | White | 10,598 | 9,464 | 89.3 | 0.51 | 6,498 | 61.3 | 0.81 | 4,745 |
| 44.8 | 0.82 | | | | | | | | | |
| | | Black | 2,082 | 1,665 | 79.9 | 1.81 | 1,006 | 48.3 | 2.26 | 720 |
| 34.6 | 2.15 | | | | | | | | | |
| NORTH CAROLINA | | Total | 5,536 | 5,392 | 97.4 | 0.37 | 3,468 | 62.7 | 1.14 | 2,180 |
| 39.4 | 1.15 | | | | | | | | | |
| | | Male | 2,664 | 2,600 | 97.6 | 0.52 | 1,620 | 60.8 | 1.66 | 1,044 |
| 39.2 | 1.66 | | | | | | | | | |
| | | Female | 2,872 | 2,792 | 97.2 | 0.54 | 1,848 | 64.3 | 1.57 | 1,136 |
| 39.6 | 1.60 | | | | | | | | | |
| | | N-H White | 3,981 | 3,944 | 99.1 | 0.27 | 2,664 | 66.9 | 1.31 | 1,651 |
| 41.5 | 1.37 | | | | | | | | | |
| | | N-H Black | 1,276 | 1,273 | 99.8 | 0.27 | 732 | 57.4 | 2.94 | 487 |
| 38.2 | 2.89 | | | | | | | | | |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| N-H API | 82 | 39 | (B) | (B) | 15 | (B) | (B) | 8 | (B) | (B) |
| Hispanic | 112 | 51 | 45.7 | 12.97 | 14 | 12.2 | 8.51 | 3 | 2.6 | 4.17 |
| White | 4,081 | 3,987 | 97.7 | 0.41 | 2,677 | 65.6 | 1.30 | 1,654 | 40.5 | 1.35 |
| Black | 1,276 | 1,273 | 99.8 | 0.27 | 732 | 57.4 | 2.94 | 487 | 38.2 | 2.89 |
| NORTH DAKOTA | | | | | | | | | | |
| Total | 460 | 456 | 99.2 | 0.30 | 416 | 90.5 | 0.99 | 262 | 57.0 | 1.67 |
| Male | 226 | 224 | 99.3 | 0.41 | 203 | 89.9 | 1.45 | 129 | 57.2 | 2.38 |
| Female | 234 | 232 | 99.1 | 0.44 | 213 | 91.0 | 1.35 | 133 | 56.8 | 2.34 |
| N-H White | 436 | 435 | 99.6 | 0.21 | 395 | 90.6 | 1.01 | 250 | 57.3 | 1.71 |
| N-H Black | 0 | . | (B) | (B) | . | (B) | (B) | . | (B) | (B) |
| N-H API | 3 | 2 | (B) | (B) | 1 | (B) | (B) | 1 | (B) | (B) |
| Hispanic | 1 | 1 | (B) | (B) | 1 | (B) | (B) | . | (B) | (B) |
| White | 438 | 436 | 99.6 | 0.21 | 396 | 90.5 | 1.01 | 250 | 57.1 | 1.71 |
| Black | 0 | . | (B) | (B) | . | (B) | (B) | . | (B) | (B) |
| OHIO | | | | | | | | | | |
| Total | 8,263 | 8,123 | 98.3 | 0.26 | 5,266 | 63.7 | 0.97 | 3,685 | 44.6 | 1.00 |
| Male | 3,887 | 3,819 | 98.2 | 0.38 | 2,460 | 63.3 | 1.41 | 1,708 | 43.9 | 1.45 |
| Female | 4,376 | 4,304 | 98.4 | 0.35 | 2,806 | 64.1 | 1.32 | 1,977 | 45.2 | 1.37 |
| N-H White | 7,221 | 7,155 | 99.1 | 0.20 | 4,658 | 64.5 | 1.03 | 3,252 | 45.0 | 1.07 |
| N-H Black | 812 | 795 | 98.0 | 1.10 | 518 | 63.9 | 3.73 | 378 | 46.6 | 3.87 |
| N-H API | 113 | 59 | 52.3 | 10.86 | 36 | 31.9 | 10.14 | 24 | 21.4 | 8.92 |
| Hispanic | 98 | 94 | (B) | (B) | 37 | (B) | (B) | 26 | (B) | (B) |
| White | 7,310 | 7,240 | 99.0 | 0.21 | 4,689 | 64.1 | 1.02 | 3,272 | 44.8 | 1.06 |
| Black | 821 | 804 | 98.0 | 1.08 | 525 | 63.9 | 3.71 | 384 | 46.8 | 3.85 |
| OKLAHOMA | | | | | | | | | | |
| Total | 2,426 | 2,390 | 98.5 | 0.38 | 1,556 | 64.1 | 1.51 | 973 | 40.1 | 1.54 |
| Male | 1,177 | 1,158 | 98.4 | 0.57 | 715 | 60.7 | 2.20 | 477 | 40.5 | 2.21 |
| Female | 1,249 | 1,232 | 98.6 | 0.51 | 841 | 67.3 | 2.05 | 496 | | |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 39.7 | 2.14 | | | | | | | | | |
| | | N-H White | 1,921 | 1,906 | 99.2 | 0.31 | 1,268 | 66.0 | 1.67 | 817 |
| 42.5 | 1.74 | | | | | | | | | |
| | | N-H Black | 213 | 213 | (B) | (B) | 129 | 60.3 | 6.27 | 68 |
| 31.8 | 5.97 | | | | | | | | | |
| | | N-H API | 25 | 19 | (B) | (B) | 5 | (B) | (B) | 5 |
| (B) | (B) | | | | | | | | | |
| | | Hispanic | 74 | 57 | (B) | (B) | 29 | (B) | (B) | 11 |
| (B) | (B) | | | | | | | | | |
| | | White | 1,988 | 1,957 | 98.4 | 0.43 | 1,295 | 65.1 | 1.65 | 828 |
| 41.6 | 1.71 | | | | | | | | | |
| | | Black | 213 | 213 | (B) | (B) | 129 | 60.3 | 6.27 | 68 |
| 31.8 | 5.97 | | | | | | | | | |
| OREGON | | Total | 2,474 | 2,304 | 93.1 | 0.85 | 1,635 | 66.1 | 1.60 | 1,163 |
| 47.0 | 1.68 | | | | | | | | | |
| | | Male | 1,225 | 1,121 | 91.5 | 1.34 | 763 | 62.3 | 2.32 | 562 |
| 45.9 | 2.39 | | | | | | | | | |
| | | Female | 1,250 | 1,183 | 94.7 | 1.07 | 871 | 69.7 | 2.18 | 601 |
| 48.1 | 2.37 | | | | | | | | | |
| | | N-H White | 2,152 | 2,108 | 98.0 | 0.51 | 1,527 | 71.0 | 1.64 | 1,104 |
| 51.3 | 1.81 | | | | | | | | | |
| | | N-H Black | 38 | 38 | (B) | (B) | 28 | (B) | (B) | 16 |
| (B) | (B) | | | | | | | | | |
| | | N-H API | 74 | 50 | (B) | (B) | 30 | (B) | (B) | 19 |
| (B) | (B) | | | | | | | | | |
| | | Hispanic | 180 | 77 | 42.6 | 9.72 | 34 | 19.0 | 7.71 | 15 |
| 8.3 | 5.41 | | | | | | | | | |
| | | White | 2,310 | 2,175 | 94.1 | 0.82 | 1,562 | 67.6 | 1.63 | 1,119 |
| 48.4 | 1.74 | | | | | | | | | |
| | | Black | 38 | 38 | (B) | (B) | 28 | (B) | (B) | 16 |
| (B) | (B) | | | | | | | | | |
| PENNSYLVANIA | | Total | 8,942 | 8,694 | 97.2 | 0.31 | 5,452 | 61.0 | 0.91 | 3,503 |
| 39.2 | 0.92 | | | | | | | | | |
| | | Male | 4,136 | 4,013 | 97.0 | 0.47 | 2,569 | 62.1 | 1.34 | 1,658 |
| 40.1 | 1.35 | | | | | | | | | |
| | | Female | 4,806 | 4,681 | 97.4 | 0.41 | 2,884 | 60.0 | 1.25 | 1,845 |
| 38.4 | 1.24 | | | | | | | | | |
| | | N-H White | 7,750 | 7,658 | 98.8 | 0.22 | 4,856 | 62.7 | 0.97 | 3,163 |
| 40.8 | 0.99 | | | | | | | | | |
| | | N-H Black | 757 | 732 | 96.8 | 1.37 | 462 | 61.0 | 3.81 | 288 |
| 38.1 | 3.79 | | | | | | | | | |
| | | N-H API | 167 | 67 | 40.4 | 8.52 | 23 | 13.8 | 6.00 | 7 |
| 4.5 | 3.58 | | | | | | | | | |
| | | Hispanic | 245 | 215 | 87.7 | 5.85 | 107 | 43.7 | 8.82 | 41 |
| 16.7 | 6.63 | | | | | | | | | |
| | | White | 7,966 | 7,848 | 98.5 | 0.24 | 4,957 | 62.2 | 0.96 | 3,203 |
| 40.2 | 0.97 | | | | | | | | | |
| | | Black | 784 | 755 | 96.3 | 1.44 | 469 | 59.8 | 3.76 | 288 |
| 36.8 | 3.70 | | | | | | | | | |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| RHODE ISLAND | Total | 726 | 668 | 91.9 | 1.00 | 478 | 65.9 | 1.74 | 352 | 48.5 | 1.84 |
| | Male | 334 | 312 | 93.2 | 1.37 | 223 | 66.8 | 2.55 | 168 | 50.2 | 2.71 |
| | Female | 392 | 356 | 90.8 | 1.44 | 255 | 65.0 | 2.39 | 184 | 46.9 | 2.50 |
| | N-H White | 648 | 621 | 95.8 | 0.78 | 456 | 70.4 | 1.78 | 339 | 52.2 | 1.94 |
| | N-H Black | 34 | 23 | (B) | (B) | 15 | (B) | (B) | 9 | (B) | (B) |
| | N-H API | 7 | 3 | (B) | (B) | 2 | (B) | (B) | 2 | (B) | (B) |
| | Hispanic | 36 | 19 | (B) | (B) | 5 | (B) | (B) | 2 | (B) | (B) |
| | White | 682 | 638 | 93.6 | 0.93 | 460 | 67.4 | 1.78 | 340 | 49.9 | 1.90 |
| | Black | 37 | 26 | (B) | (B) | 16 | (B) | (B) | 9 | (B) | (B) |
| SOUTH CAROLINA | Total | 2,817 | 2,793 | 99.2 | 0.31 | 1,907 | 67.7 | 1.60 | 1,328 | 47.1 | 1.71 |
| | Male | 1,328 | 1,320 | 99.4 | 0.39 | 852 | 64.1 | 2.39 | 593 | 44.7 | 2.48 |
| | Female | 1,489 | 1,473 | 99.0 | 0.48 | 1,055 | 70.9 | 2.14 | 734 | 49.3 | 2.36 |
| | N-H White | 2,032 | 2,024 | 99.6 | 0.24 | 1,391 | 68.4 | 1.87 | 1,001 | 49.3 | 2.02 |
| | N-H Black | 741 | 741 | 100 | 0 | 504 | 68.0 | 3.77 | 317 | 42.8 | 4.00 |
| | N-H API | 20 | 12 | (B) | (B) | 7 | (B) | (B) | 7 | (B) | (B) |
| | Hispanic | 24 | 16 | (B) | (B) | 6 | (B) | (B) | 3 | (B) | (B) |
| | White | 2,056 | 2,040 | 99.2 | 0.35 | 1,397 | 67.9 | 1.87 | 1,004 | 48.8 | 2.00 |
| | Black | 741 | 741 | 100 | 0 | 504 | 68.0 | 3.77 | 317 | 42.8 | 4.00 |
| SOUTH DAKOTA | Total | 529 | 527 | 99.5 | 0.22 | 364 | 68.7 | 1.50 | 268 | 50.7 | 1.62 |
| | Male | 269 | 268 | 99.4 | 0.34 | 183 | 68.0 | 2.12 | 138 | 51.4 | 2.27 |
| | Female | 260 | 259 | 99.6 | 0.28 | 181 | 69.5 | 2.13 | 130 | 50.1 | 2.31 |
| | N-H White | 494 | 494 | 99.9 | 0.10 | 349 | 70.6 | 1.53 | 261 | 52.7 | 1.68 |
| | N-H Black | 2 | 2 | (B) | (B) | . | (B) | (B) | . | (B) | (B) |
| | N-H API | 5 | 5 | (B) | (B) | 1 | (B) | (B) | 1 | (B) | (B) |
| | Hispanic | 4 | 3 | (B) | (B) | 3 | (B) | (B) | 2 | | |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | (B) | (B) |
| | White | 498 | 497 | 99.7 | 0.18 | 351 | 70.4 | 1.53 | 262 | 52.6 | 1.67 |
| | Black | 2 | 2 | (B) | (B) | . | (B) | (B) | . | (B) | (B) |
| TENNESSEE | Total | 4,080 | 4,050 | 99.3 | 0.28 | 2,607 | 63.9 | 1.57 | 1,478 | 36.2 | 1.58 |
| | Male | 1,940 | 1,923 | 99.2 | 0.43 | 1,212 | 62.5 | 2.30 | 708 | 36.5 | 2.29 |
| | Female | 2,140 | 2,127 | 99.4 | 0.36 | 1,395 | 65.2 | 2.16 | 769 | 35.9 | 2.17 |
| | N-H White | 3,404 | 3,375 | 99.1 | 0.33 | 2,177 | 63.9 | 1.72 | 1,225 | 36.0 | 1.72 |
| | N-H Black | 635 | 635 | 100.0 | 0 | 411 | 64.8 | 4.81 | 248 | 39.0 | 4.91 |
| | N-H API | 11 | 11 | (B) | (B) | 3 | (B) | (B) | . | (B) | (B) |
| | Hispanic | 20 | 20 | (B) | (B) | 10 | (B) | (B) | . | (B) | (B) |
| | White | 3,425 | 3,395 | 99.1 | 0.33 | 2,187 | 63.9 | 1.72 | 1,225 | 35.8 | 1.72 |
| | Black | 635 | 635 | 100.0 | 0 | 411 | 64.8 | 4.81 | 248 | 39.0 | 4.91 |
| TEXAS | Total | 14,080 | 12,528 | 89.0 | 0.53 | 8,301 | 59.0 | 0.83 | 4,636 | 32.9 | 0.79 |
| | Male | 6,691 | 5,865 | 87.7 | 0.80 | 3,825 | 57.2 | 1.20 | 2,150 | 32.1 | 1.14 |
| | Female | 7,389 | 6,663 | 90.2 | 0.69 | 4,476 | 60.6 | 1.13 | 2,487 | 33.7 | 1.09 |
| | N-H White | 8,058 | 7,908 | 98.1 | 0.30 | 5,594 | 69.4 | 1.02 | 3,415 | 42.4 | 1.10 |
| | N-H Black | 1,537 | 1,529 | 99.5 | 0.43 | 990 | 64.4 | 2.94 | 564 | 36.7 | 2.96 |
| | N-H API | 362 | 160 | 44.1 | 6.56 | 64 | 17.8 | 5.06 | 20 | 5.6 | 3.03 |
| | Hispanic | 4,057 | 2,864 | 70.6 | 2.24 | 1,609 | 39.7 | 2.40 | 623 | 15.3 | 1.77 |
| | White | 12,019 | 10,724 | 89.2 | 0.56 | 7,176 | 59.7 | 0.89 | 4,020 | 33.5 | 0.86 |
| | Black | 1,614 | 1,559 | 96.6 | 1.08 | 1,003 | 62.1 | 2.91 | 572 | 35.5 | 2.87 |
| UTAH | Total | 1,408 | 1,335 | 94.8 | 0.70 | 788 | 55.9 | 1.57 | 562 | 39.9 | 1.55 |
| | Male | 671 | 636 | 94.9 | 1.01 | 373 | 55.6 | 2.28 | 266 | 39.6 | 2.24 |
| | Female | 738 | 698 | 94.7 | 0.98 | 415 | 56.2 | 2.17 | 296 | 40.1 | 2.14 |
| | N-H White | 1,279 | 1,256 | 98.2 | 0.45 | 753 | 58.9 | 1.63 | 542 | 42.3 | 1.64 |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| N-H Black | 5 | 5 | (B) | (B) | 2 | (B) | (B) | . | (B) | (B) |
| N-H API | 34 | 13 | (B) | (B) | 7 | (B) | (B) | 3 | (B) | (B) |
| Hispanic | 86 | 57 | (B) | (B) | 25 | (B) | (B) | 17 | (B) | (B) |
| White | 1,365 | 1,313 | 96.2 | 0.61 | 778 | 57.0 | 1.59 | 558 | 40.9 | 1.58 |
| Black | 5 | 5 | (B) | (B) | 2 | (B) | (B) | . | (B) | (B) |
| VERMONT | | | | | | | | | | |
| Total | 444 | 434 | 97.9 | 0.52 | 316 | 71.2 | 1.65 | 229 | 51.6 | 1.82 |
| Male | 219 | 214 | 97.7 | 0.78 | 153 | 69.7 | 2.38 | 110 | 50.2 | 2.59 |
| Female | 225 | 220 | 98.1 | 0.70 | 163 | 72.6 | 2.28 | 119 | 53.0 | 2.55 |
| N-H White | 434 | 427 | 98.4 | 0.47 | 312 | 71.8 | 1.66 | 226 | 52.0 | 1.84 |
| N-H Black | 0 | 0 | (B) | (B) | 0 | (B) | (B) | 0 | (B) | (B) |
| N-H API | 5 | 3 | (B) | (B) | 2 | (B) | (B) | 2 | (B) | (B) |
| Hispanic | 2 | 2 | (B) | (B) | 1 | (B) | (B) | 1 | (B) | (B) |
| White | 436 | 429 | 98.4 | 0.47 | 313 | 71.8 | 1.65 | 227 | 52.0 | 1.84 |
| Black | 0 | 0 | (B) | (B) | 0 | (B) | (B) | 0 | (B) | (B) |
| VIRGINIA | | | | | | | | | | |
| Total | 4,969 | 4,786 | 96.3 | 0.59 | 2,996 | 60.3 | 1.53 | 1,496 | 30.1 | 1.43 |
| Male | 2,345 | 2,262 | 96.5 | 0.84 | 1,339 | 57.1 | 2.25 | 719 | 30.7 | 2.10 |
| Female | 2,624 | 2,524 | 96.2 | 0.82 | 1,657 | 63.2 | 2.07 | 777 | 29.6 | 1.96 |
| N-H White | 3,666 | 3,621 | 98.8 | 0.40 | 2,371 | 64.7 | 1.74 | 1,219 | 33.3 | 1.71 |
| N-H Black | 1,046 | 1,007 | 96.3 | 1.56 | 565 | 54.1 | 4.11 | 251 | 24.0 | 3.52 |
| N-H API | 132 | 83 | 62.9 | 11.72 | 31 | 23.3 | 10.26 | 19 | 14.6 | 8.57 |
| Hispanic | 107 | 57 | 52.9 | 16.69 | 18 | 17.2 | 12.63 | . | (B) | (B) |
| White | 3,765 | 3,674 | 97.6 | 0.55 | 2,389 | 63.5 | 1.73 | 1,219 | 32.4 | 1.68 |
| Black | 1,054 | 1,010 | 95.9 | 1.63 | 565 | 53.6 | 4.09 | 251 | 23.8 | 3.49 |
| WASHINGTON | | | | | | | | | | |
| Total | 4,179 | 3,895 | 93.2 | 0.85 | 2,622 | 62.8 | 1.64 | 1,905 | 45.6 | 1.69 |
| Male | 2,076 | 1,929 | 92.9 | 1.23 | 1,236 | 59.5 | 2.36 | 897 | | |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | 43.2 | 2.39 |
| Female | 2,102 | 1,965 | 93.5 | 1.18 | 1,386 | 65.9 | 2.27 | 1,008 | 47.9 | 2.39 |
| N-H White | 3,587 | 3,483 | 97.1 | 0.61 | 2,393 | 66.7 | 1.73 | 1,779 | 49.6 | 1.83 |
| N-H Black | 81 | 81 | (B) | (B) | 40 | (B) | (B) | 16 | (B) | (B) |
| N-H API | 237 | 154 | 64.9 | 8.60 | 75 | 31.5 | 8.38 | 59 | 24.8 | 7.78 |
| Hispanic | 182 | 85 | 46.7 | 12.74 | 64 | 34.9 | 12.17 | 31 | 16.8 | 9.54 |
| White | 3,766 | 3,565 | 94.7 | 0.80 | 2,456 | 65.2 | 1.70 | 1,810 | 48.1 | 1.79 |
| Black | 81 | 81 | (B) | (B) | 40 | (B) | (B) | 16 | (B) | (B) |
| WEST VIRGINIA | | | | | | | | | | |
| Total | 1,401 | 1,399 | 99.8 | 0.12 | 880 | 62.8 | 1.46 | 503 | 35.9 | 1.45 |
| Male | 655 | 655 | 100.0 | 0 | 392 | 59.8 | 2.16 | 228 | 34.8 | 2.10 |
| Female | 745 | 743 | 99.7 | 0.22 | 488 | 65.5 | 1.97 | 274 | 36.8 | 2.00 |
| N-H White | 1,365 | 1,365 | (B) | (B) | 858 | 62.9 | 1.48 | 489 | 35.9 | 1.47 |
| N-H Black | 22 | 22 | (B) | (B) | 11 | (B) | (B) | 8 | (B) | (B) |
| N-H API | 8 | 7 | (B) | (B) | 7 | (B) | (B) | 3 | (B) | (B) |
| Hispanic | 5 | 3 | (B) | (B) | 1 | (B) | (B) | 1 | (B) | (B) |
| White | 1,369 | 1,368 | 99.9 | 0.09 | 859 | 62.8 | 1.48 | 491 | 35.8 | 1.46 |
| Black | 22 | 22 | (B) | (B) | 11 | (B) | (B) | 8 | (B) | (B) |
| WISCONSIN | | | | | | | | | | |
| Total | 3,790 | 3,739 | 98.6 | 0.38 | 2,602 | 68.7 | 1.51 | 1,905 | 50.3 | 1.63 |
| Male | 1,840 | 1,816 | 98.7 | 0.53 | 1,225 | 66.6 | 2.21 | 912 | 49.6 | 2.34 |
| Female | 1,950 | 1,922 | 98.6 | 0.54 | 1,377 | 70.6 | 2.07 | 994 | 51.0 | 2.27 |
| N-H White | 3,464 | 3,456 | 99.8 | 0.17 | 2,443 | 70.5 | 1.55 | 1,826 | 52.7 | 1.70 |
| N-H Black | 187 | 183 | 97.9 | 2.55 | 104 | 55.5 | 8.82 | 66 | 35.4 | 8.49 |
| N-H API | 74 | 38 | (B) | (B) | 21 | (B) | (B) | . | (B) | (B) |
| Hispanic | 25 | 22 | (B) | (B) | 14 | (B) | (B) | 7 | (B) | (B) |
| White | 3,489 | 3,478 | 99.7 | 0.19 | 2,457 | 70.4 | 1.55 | 1,833 | 52.5 | 1.70 |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Black | 187 | 183 | 97.9 | 2.55 | 104 | 55.5 | 8.82 | 66 | 35.4 | 8.49 |
| WYOMING | Total | 346 | 341 | 98.7 | 0.38 | 227 | 65.6 | 1.60 | 188 | 54.3 | 1.68 |
| | Male | 175 | 173 | 98.9 | 0.50 | 113 | 64.8 | 2.26 | 93 | 53.2 | 2.36 |
| | Female | 171 | 168 | 98.5 | 0.58 | 114 | 66.5 | 2.26 | 95 | 55.4 | 2.38 |
| | N-H White | 319 | 318 | 99.5 | 0.24 | 216 | 67.5 | 1.64 | 178 | 55.9 | 1.74 |
| | N-H Black | 4 | 4 | (B) | (B) | 0 | (B) | (B) | 0 | (B) | (B) |
| | N-H API | 6 | 5 | (B) | (B) | 2 | (B) | (B) | 2 | (B) | (B) |
| | Hispanic | 13 | 12 | (B) | (B) | 6 | (B) | (B) | 5 | (B) | (B) |
| | White | 332 | 329 | 99.2 | 0.31 | 221 | 66.6 | 1.62 | 183 | 55.2 | 1.71 |
| | Black | 4 | 4 | (B) | (B) | 0 | (B) | (B) | 0 | (B) | (B) |

Note: The symbol B means that the base is too small to show the derived measure.
N-H represents Non-Hispanic.
API includes Asian and Pacific Islander.
Hispanics may be of any race.