# EXHIBIT H

Table 4a.  Reported Voting and Registration of the Total Voting-Age Population, by Sex, Race, and Hispanic Origin, for States: November 2000

Source:  U.S. Census Bureau

Internet Release date:  February 27, 2002

(In thousands)

| STATE | | Population 18 and over | Total citizen | Percent citizen | Confidence interval | Total registered | Percent registered (18+) | Confidence interval | Total voted | Percent voted (18+) | Confidence interval |
|---|---|---|---|---|---|---|---|---|---|---|---|
| UNITED STATES | Total | 202,609 | 186,366 | 92.0 | 0.2 | 129,549 | 63.9 | 0.3 | 110,826 | 54.7 | 0.3 |
| | Male | 97,087 | 88,758 | 91.4 | 0.3 | 60,356 | 62.2 | 0.5 | 51,542 | 53.1 | 0.5 |
| | Female | 105,523 | 97,608 | 92.5 | 0.2 | 69,193 | 65.6 | 0.4 | 59,284 | 56.2 | 0.5 |
| | N-H White | 148,035 | 144,731 | 97.8 | 0.1 | 103,588 | 70.0 | 0.4 | 89,469 | 60.4 | 0.4 |
| | N-H Black | 23,587 | 22,409 | 95.0 | 0.5 | 15,156 | 64.3 | 1.1 | 12,749 | 54.1 | 1.2 |
| | API | 8,041 | 4,718 | 58.7 | 2.1 | 2,470 | 30.7 | 1.9 | 2,045 | 25.4 | 1.8 |
| | Hispanic | 21,598 | 13,159 | 60.9 | 1.6 | 7,546 | 34.9 | 1.5 | 5,934 | 27.5 | 1.4 |
| | White | 168,733 | 157,291 | 93.2 | 0.2 | 110,773 | 65.6 | 0.3 | 95,098 | 56.4 | 0.4 |
| | Black | 24,132 | 22,753 | 94.3 | 0.5 | 15,348 | 63.6 | 1.1 | 12,917 | 53.5 | 1.2 |
| ALABAMA | Total | 3,278 | 3,233 | 98.6 | 0.6 | 2,411 | 73.6 | 2.3 | 1,953 | 59.6 | 2.6 |
| | Male | 1,507 | 1,481 | 98.3 | 1.0 | 1,084 | 72.0 | 3.5 | 886 | 58.8 | 3.8 |
| | Female | 1,771 | 1,752 | 98.9 | 0.7 | 1,326 | 74.9 | 3.1 | 1,067 | 60.2 | 3.5 |
| | N-H White | 2,370 | 2,360 | 99.6 | 0.4 | 1,776 | 74.9 | 2.7 | 1,448 | 61.1 | 3.0 |
| | N-H Black | 853 | 841 | 98.6 | 1.5 | 613 | 71.9 | 5.6 | 485 | 56.9 | 6.1 |
| | API | 15 | 4 | (B) | (B) | 2 | (B) | (B) | 2 | (B) | (B) |
| | Hispanic | 27 | 15 | (B) | (B) | 12 | (B) | (B) | 10 | (B) | (B) |
| | White | 2,391 | 2,370 | 99.1 | 0.6 | 1,783 | 74.5 | 2.7 | 1,453 | 60.8 | 3.0 |
| | Black | 859 | 846 | 98.6 | 1.5 | 619 | 72.0 | 5.5 | 491 | 57.2 | 6.1 |
| ALASKA | Total | 412 | 399 | 96.8 | 1.0 | 299 | 72.5 | 2.6 | 270 | 65.5 | 2.7 |
| | Male | 202 | 197 | 97.4 | 1.3 | 148 | 73.4 | 3.6 | 133 | 65.7 | 3.9 |
| | Female | 210 | 202 | 96.3 | 1.5 | 150 | 71.6 | 3.6 | 137 | 65.4 | 3.8 |
| | N-H White | 316 | 309 | 97.7 | 1.0 | 240 | 75.9 | 2.8 | 222 | 70.1 | 3.0 |
| | N-H Black | 13 | 13 | (B) | (B) | 7 | (B) | (B) | 7 | (B) | (B) |
| | API | 15 | 9 | (B) | (B) | 7 | (B) | (B) | 5 | (B) | (B) |
| | Hispanic | 12 | 11 | (B) | (B) | 6 | (B) | (B) | 5 | (B) | (B) |
| | White | 327 | 319 | 97.5 | 1.0 | 245 | 75.0 | 2.8 | 227 | 69.3 | 3.0 |
| | Black | 13 | 13 | (B) | (B) | 7 | (B) | (B) | 7 | (B) | (B) |
| ARIZONA | Total | 3,524 | 3,129 | 88.8 | 1.6 | 1,879 | 53.3 | 2.5 | 1,644 | 46.7 | 2.5 |
| | Male | 1,734 | 1,528 | 88.1 | 2.3 | 885 | 51.0 | 3.5 | 773 | 44.6 | 3.5 |
| | Female | 1,789 | 1,601 | 89.5 | 2.1 | 994 | 55.5 | 3.4 | 871 | 48.7 | 3.5 |
| | N-H White | 2,315 | 2,280 | 98.5 | 0.7 | 1,477 | 63.8 | 2.9 | 1,319 | 57.0 | 3.0 |
| | N-H Black | 106 | 103 | 97.5 | 5.4 | 51 | 47.9 | 17.2 | 35 | 32.7 | 16.2 |
| | API | 132 | 68 | 51.6 | 16.1 | 21 | 15.9 | 11.8 | 17 | 12.8 | 10.8 |
| | Hispanic | 910 | 616 | 67.7 | 7.1 | 304 | 33.4 | 7.2 | 247 | 27.1 | 6.8 |
| | White | 3,205 | 2,881 | 89.9 | 1.6 | 1,773 | 55.3 | 2.6 | 1,560 | 48.7 | 2.6 |
| | Black | 114 | 111 | 97.7 | 5.0 | 53 | 46.2 | 16.6 | 36 | 32.1 | 15.5 |
| ARKANSAS | Total | 1,893 | 1,851 | 97.8 | 0.8 | 1,125 | 59.4 | 2.6 | 936 | 49.4 | 2.6 |
| | Male | 897 | 869 | 96.9 | 1.3 | 513 | 57.2 | 3.8 | 423 | 47.2 | 3.8 |
| | Female | 996 | 982 | 98.5 | 0.9 | 612 | 61.4 | 3.5 | 512 | 51.4 | 3.6 |
| | N-H White | 1,489 | 1,486 | 99.8 | 0.3 | 911 | 61.2 | 2.9 | 752 | 50.5 | 3.0 |
| | N-H Black | 331 | 329 | 99.3 | 1.2 | 199 | 60.0 | 7.4 | 173 | 52.2 | 7.6 |
| | API | 13 | 11 | (B) | (B) | 8 | (B) | (B) | 6 | (B) | (B) |
| | Hispanic | 51 | 16 | (B) | (B) | 5 | (B) | (B) | 3 | (B) | (B) |
| | White | 1,540 | 1,502 | 97.5 | 0.9 | 916 | 59.5 | 2.9 | 755 | 49.0 | 2.9 |
| | Black | 331 | 329 | 99.3 | 1.2 | 199 | 60.0 | 7.4 | 173 | 52.2 | 7.6 |
| CALIFORNIA | Total | 24,749 | 19,837 | 80.2 | 0.9 | 13,061 | 52.8 | 1.1 | 11,489 | 46.4 | 1.1 |
| | Male | 11,932 | 9,554 | 80.1 | 1.2 | 6,170 | 51.7 | 1.5 | 5,463 | 45.8 | 1.5 |
| | Female | 12,817 | 10,283 | 80.2 | 1.2 | 6,891 | 53.8 | 1.5 | 6,027 | 47.0 | 1.5 |
| | N-H White | 13,362 | 12,659 | 94.7 | 0.7 | 8,979 | 67.2 | 1.4 | 8,071 | 60.4 | 1.4 |
| | N-H Black | 1,651 | 1,590 | 96.3 | 1.9 | 1,032 | 62.5 | 4.9 | 867 | 52.5 | 5.0 |
| | API | 3,027 | 1,908 | 63.0 | 3.7 | 1,007 | 33.3 | 3.7 | 848 | 28.0 | 3.5 |
| | Hispanic | 6,514 | 3,489 | 53.6 | 3.3 | 1,919 | 29.5 | 3.0 | 1,597 | 24.5 | 2.8 |
| | White | 19,770 | 16,060 | 81.2 | 0.9 | 10,839 | 54.8 | 1.2 | 9,618 | 48.7 | 1.2 |
| | Black | 1,678 | 1,606 | 95.7 | 2.0 | 1,039 | 61.9 | 4.8 | 873 | 52.0 | 5.0 |
| COLORADO | Total | 3,049 | 2,854 | 93.6 | 1.3 | 1,954 | 64.1 | 2.5 | 1,633 | 53.6 | 2.6 |
| | Male | 1,514 | 1,383 | 91.3 | 2.1 | 959 | 63.4 | 3.5 | 805 | 53.1 | 3.7 |
| | Female | 1,535 | 1,471 | 95.9 | 1.5 | 995 | 64.8 | 3.5 | 829 | 54.0 | 3.6 |
| | N-H White | 2,377 | 2,346 | 98.7 | 0.7 | 1,666 | 70.1 | 2.7 | 1,412 | 59.4 | 2.9 |
| | N-H Black | 115 | 110 | 95.7 | 6.5 | 74 | 64.2 | 15.5 | 54 | 46.8 | 16.2 |
| | API | 53 | 24 | (B) | (B) | 6 | (B) | (B) | 2 | (B) | (B) |

(In thousands)

| STATE | | Population 18 and over | Total citizen | Percent citizen | Confidence interval | Total registered | Percent registered (18+) | Confidence interval | Total voted | Percent voted (18+) | Confidence interval |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Hispanic | 478 | 349 | 72.9 | 9.1 | 199 | 41.5 | 10.1 | 158 | 33.0 | 9.7 |
| | White | 2,838 | 2,678 | 94.4 | 1.2 | 1,853 | 65.3 | 2.6 | 1,559 | 54.9 | 2.7 |
| | Black | 116 | 112 | 95.8 | 6.5 | 74 | 63.3 | 15.5 | 54 | 46.1 | 16.0 |
| CONNECTICUT | Total | 2,415 | 2,239 | 92.7 | 1.6 | 1,510 | 62.5 | 2.9 | 1,332 | 55.2 | 3.0 |
| | Male | 1,146 | 1,054 | 92.0 | 2.4 | 682 | 59.5 | 4.3 | 605 | 52.8 | 4.4 |
| | Female | 1,268 | 1,184 | 93.4 | 2.1 | 828 | 65.3 | 4.0 | 727 | 57.3 | 4.1 |
| | N-H White | 1,894 | 1,838 | 97.0 | 1.2 | 1,274 | 67.3 | 3.2 | 1,124 | 59.4 | 3.4 |
| | N-H Black | 308 | 253 | 82.2 | 7.9 | 158 | 51.3 | 10.3 | 133 | 43.1 | 10.2 |
| | API | 63 | 20 | (B) | (B) | 9 | (B) | (B) | 9 | (B) | (B) |
| | Hispanic | 139 | 120 | 86.4 | 13.6 | 64 | 45.8 | 19.8 | 61 | 44.0 | 19.7 |
| | White | 2,020 | 1,951 | 96.6 | 1.2 | 1,331 | 65.9 | 3.1 | 1,178 | 58.3 | 3.3 |
| | Black | 317 | 256 | 80.7 | 8.0 | 161 | 50.6 | 10.1 | 135 | 42.7 | 10.0 |
| DELAWARE | Total | 567 | 543 | 95.9 | 1.2 | 385 | 67.9 | 2.7 | 352 | 62.2 | 2.9 |
| | Male | 267 | 253 | 94.7 | 1.9 | 173 | 64.8 | 4.1 | 155 | 57.9 | 4.2 |
| | Female | 299 | 290 | 96.9 | 1.4 | 211 | 70.6 | 3.7 | 197 | 66.0 | 3.8 |
| | N-H White | 424 | 412 | 97.3 | 1.1 | 305 | 72.1 | 3.1 | 277 | 65.4 | 3.2 |
| | N-H Black | 110 | 109 | 98.6 | 1.9 | 67 | 60.9 | 7.9 | 64 | 57.9 | 8.0 |
| | API | 9 | 3 | (B) | (B) | 3 | (B) | (B) | 3 | (B) | (B) |
| | Hispanic | 20 | 15 | (B) | (B) | 8 | (B) | (B) | 8 | (B) | (B) |
| | White | 443 | 427 | 96.4 | 1.2 | 313 | 70.7 | 3.0 | 284 | 64.1 | 3.2 |
| | Black | 111 | 109 | 98.7 | 1.9 | 68 | 61.2 | 7.8 | 64 | 58.2 | 7.9 |
| DISTRICT OF COLUMBI | Total | 407 | 373 | 91.5 | 1.7 | 295 | 72.4 | 2.7 | 267 | 65.6 | 2.8 |
| | Male | 191 | 173 | 90.6 | 2.6 | 130 | 67.8 | 4.1 | 114 | 59.8 | 4.3 |
| | Female | 216 | 200 | 92.4 | 2.2 | 165 | 76.6 | 3.5 | 153 | 70.8 | 3.7 |
| | N-H White | 120 | 111 | 92.5 | 2.9 | 97 | 80.5 | 4.4 | 88 | 73.4 | 4.9 |
| | N-H Black | 254 | 249 | 98.1 | 1.2 | 188 | 74.1 | 4.0 | 170 | 66.9 | 4.3 |
| | API | 8 | 4 | (B) | (B) | 3 | (B) | (B) | 3 | (B) | (B) |
| | Hispanic | 26 | 9 | (B) | (B) | 7 | (B) | (B) | 6 | (B) | (B) |
| | White | 140 | 117 | 83.7 | 3.8 | 102 | 72.5 | 4.6 | 92 | 65.7 | 4.8 |
| | Black | 258 | 251 | 97.2 | 1.5 | 190 | 73.6 | 4.0 | 172 | 66.6 | 4.3 |
| FLORIDA | Total | 11,633 | 10,081 | 86.7 | 0.9 | 7,043 | 60.5 | 1.3 | 6,006 | 51.6 | 1.4 |
| | Male | 5,533 | 4,749 | 85.8 | 1.4 | 3,228 | 58.3 | 1.9 | 2,740 | 49.5 | 2.0 |
| | Female | 6,100 | 5,332 | 87.4 | 1.2 | 3,816 | 62.6 | 1.8 | 3,266 | 53.5 | 1.9 |
| | N-H White | 7,789 | 7,515 | 96.5 | 0.6 | 5,391 | 69.2 | 1.5 | 4,658 | 59.8 | 1.6 |
| | N-H Black | 1,406 | 1,147 | 81.6 | 3.7 | 761 | 54.1 | 4.7 | 607 | 43.2 | 4.7 |
| | API | 223 | 111 | 49.6 | 12.4 | 71 | 31.7 | 11.6 | 50 | 22.4 | 10.4 |
| | Hispanic | 2,162 | 1,265 | 58.5 | 4.9 | 802 | 37.1 | 4.8 | 678 | 31.4 | 4.6 |
| | White | 9,886 | 8,754 | 88.6 | 0.9 | 6,176 | 62.5 | 1.4 | 5,320 | 53.8 | 1.5 |
| | Black | 1,467 | 1,169 | 79.7 | 3.7 | 773 | 52.7 | 4.6 | 620 | 42.3 | 4.6 |
| GEORGIA | Total | 5,775 | 5,553 | 96.1 | 0.9 | 3,528 | 61.1 | 2.3 | 2,827 | 49.0 | 2.3 |
| | Male | 2,697 | 2,584 | 95.8 | 1.4 | 1,609 | 59.7 | 3.3 | 1,270 | 47.1 | 3.4 |
| | Female | 3,078 | 2,969 | 96.5 | 1.2 | 1,919 | 62.3 | 3.1 | 1,557 | 50.6 | 3.2 |
| | N-H White | 3,601 | 3,557 | 98.8 | 0.6 | 2,198 | 61.0 | 2.9 | 1,787 | 49.6 | 2.9 |
| | N-H Black | 1,929 | 1,878 | 97.3 | 1.6 | 1,293 | 67.0 | 4.6 | 1,007 | 52.2 | 4.9 |
| | API | 72 | 45 | (B) | (B) | 7 | (B) | (B) | 4 | (B) | (B) |
| | Hispanic | 169 | 69 | 41.0 | 21.0 | 26 | 15.6 | 15.5 | 26 | 15.6 | 15.5 |
| | White | 3,743 | 3,612 | 96.5 | 1.1 | 2,221 | 59.3 | 2.8 | 1,810 | 48.3 | 2.9 |
| | Black | 1,956 | 1,892 | 96.7 | 1.7 | 1,296 | 66.3 | 4.6 | 1,010 | 51.6 | 4.8 |
| HAWAII | Total | 855 | 771 | 90.1 | 1.8 | 402 | 47.0 | 3.0 | 340 | 39.7 | 3.0 |
| | Male | 413 | 372 | 90.0 | 2.6 | 183 | 44.3 | 4.3 | 154 | 37.3 | 4.2 |
| | Female | 442 | 399 | 90.2 | 2.5 | 219 | 49.5 | 4.2 | 186 | 42.0 | 4.2 |
| | N-H White | 193 | 183 | 94.7 | 2.8 | 110 | 57.0 | 6.3 | 99 | 51.1 | 6.4 |
| | N-H Black | 16 | 16 | (B) | (B) | 7 | (B) | (B) | 2 | (B) | (B) |
| | API | 618 | 548 | 88.7 | 2.8 | 273 | 44.1 | 4.5 | 230 | 37.3 | 4.4 |
| | Hispanic | 29 | 24 | (B) | (B) | 13 | (B) | (B) | 10 | (B) | (B) |
| | White | 216 | 201 | 93.1 | 3.1 | 121 | 56.0 | 6.0 | 106 | 49.1 | 6.0 |
| | Black | 16 | 16 | (B) | (B) | 7 | (B) | (B) | 2 | (B) | (B) |
| IDAHO | Total | 927 | 892 | 96.1 | 1.0 | 569 | 61.4 | 2.4 | 500 | 53.9 | 2.5 |
| | Male | 447 | 426 | 95.3 | 1.5 | 265 | 59.3 | 3.6 | 232 | 51.9 | 3.6 |
| | Female | 480 | 465 | 96.9 | 1.2 | 304 | 63.3 | 3.4 | 268 | 55.8 | 3.5 |
| | N-H White | 839 | 833 | 99.4 | 0.4 | 551 | 65.7 | 2.5 | 489 | 58.3 | 2.6 |
| | N-H Black | 4 | 4 | (B) | (B) | - | (B) | (B) | - | (B) | (B) |
| | API | 14 | 7 | (B) | (B) | 3 | (B) | (B) | 2 | (B) | (B) |
| | Hispanic | 58 | 35 | (B) | (B) | 10 | (B) | (B) | 7 | (B) | (B) |
| | White | 896 | 867 | 96.8 | 0.9 | 561 | 62.6 | 2.5 | 496 | 55.3 | 2.5 |
| | Black | 4 | 4 | (B) | (B) | - | (B) | (B) | - | (B) | (B) |

(In thousands)

| STATE | | Population 18 and over | Total citizen | Percent citizen | Confidence interval | Total registered | Percent registered (18+) | Confidence interval | Total voted | Percent voted (18+) | Confidence interval |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ILLINOIS | Total | 8,859 | 8,118 | 91.6 | 0.9 | 5,911 | 66.7 | 1.5 | 5,030 | 56.8 | 1.6 |
| | Male | 4,207 | 3,812 | 90.6 | 1.3 | 2,726 | 64.8 | 2.2 | 2,310 | 54.9 | 2.3 |
| | Female | 4,652 | 4,306 | 92.6 | 1.1 | 3,185 | 68.5 | 2.0 | 2,720 | 58.5 | 2.1 |
| | N-H White | 6,434 | 6,228 | 96.8 | 0.7 | 4,564 | 70.9 | 1.7 | 3,842 | 59.7 | 1.8 |
| | N-H Black | 1,334 | 1,305 | 97.8 | 1.4 | 995 | 74.6 | 4.3 | 894 | 67.0 | 4.6 |
| | API | 306 | 170 | 55.8 | 10.7 | 75 | 24.4 | 9.2 | 65 | 21.1 | 8.8 |
| | Hispanic | 771 | 400 | 51.9 | 8.4 | 262 | 34.0 | 8.0 | 218 | 28.3 | 7.6 |
| | White | 7,174 | 6,603 | 92.0 | 0.9 | 4,810 | 67.0 | 1.6 | 4,043 | 56.4 | 1.7 |
| | Black | 1,342 | 1,313 | 97.8 | 1.4 | 998 | 74.4 | 4.3 | 897 | 66.9 | 4.6 |
| INDIANA | Total | 4,380 | 4,303 | 98.3 | 0.7 | 3,000 | 68.5 | 2.5 | 2,564 | 58.5 | 2.6 |
| | Male | 2,157 | 2,121 | 98.3 | 1.0 | 1,424 | 66.0 | 3.6 | 1,217 | 56.4 | 3.7 |
| | Female | 2,223 | 2,183 | 98.2 | 1.0 | 1,576 | 70.9 | 3.4 | 1,347 | 60.6 | 3.6 |
| | N-H White | 3,958 | 3,921 | 99.1 | 0.5 | 2,777 | 70.2 | 2.5 | 2,368 | 59.8 | 2.7 |
| | N-H Black | 286 | 286 | 100.0 | 0.0 | 168 | 58.7 | 12.3 | 148 | 52.0 | 12.5 |
| | API | 35 | 14 | (B) | (B) | 11 | (B) | (B) | 11 | (B) | (B) |
| | Hispanic | 79 | 61 | (B) | (B) | 29 | (B) | (B) | 21 | (B) | (B) |
| | White | 4,037 | 3,982 | 98.6 | 0.6 | 2,807 | 69.5 | 2.5 | 2,389 | 59.2 | 2.7 |
| | Black | 286 | 286 | 100.0 | 0.0 | 168 | 58.7 | 12.3 | 148 | 52.0 | 12.5 |
| IOWA | Total | 2,110 | 2,008 | 95.2 | 1.2 | 1,524 | 72.2 | 2.5 | 1,353 | 64.1 | 2.6 |
| | Male | 1,049 | 992 | 94.5 | 1.8 | 733 | 69.9 | 3.6 | 650 | 62.0 | 3.8 |
| | Female | 1,061 | 1,017 | 95.8 | 1.5 | 790 | 74.5 | 3.4 | 703 | 66.3 | 3.6 |
| | N-H White | 1,920 | 1,905 | 99.2 | 0.5 | 1,460 | 76.1 | 2.4 | 1,301 | 67.7 | 2.7 |
| | N-H Black | 81 | 72 | (B) | (B) | 42 | (B) | (B) | 34 | (B) | (B) |
| | API | 20 | 2 | (B) | (B) | - | (B) | (B) | - | (B) | (B) |
| | Hispanic | 89 | 29 | (B) | (B) | 22 | (B) | (B) | 19 | (B) | (B) |
| | White | 2,009 | 1,934 | 96.3 | 1.1 | 1,482 | 73.8 | 2.5 | 1,320 | 65.7 | 2.7 |
| | Black | 81 | 72 | (B) | (B) | 42 | (B) | (B) | 34 | (B) | (B) |
| KANSAS | Total | 1,908 | 1,861 | 97.5 | 0.9 | 1,293 | 67.7 | 2.6 | 1,148 | 60.2 | 2.7 |
| | Male | 927 | 904 | 97.5 | 1.2 | 600 | 64.7 | 3.8 | 528 | 57.0 | 3.9 |
| | Female | 981 | 958 | 97.6 | 1.2 | 693 | 70.6 | 3.5 | 620 | 63.2 | 3.7 |
| | N-H White | 1,707 | 1,699 | 99.5 | 0.4 | 1,198 | 70.2 | 2.7 | 1,066 | 62.5 | 2.8 |
| | N-H Black | 103 | 103 | (B) | (B) | 72 | 70.3 | 13.1 | 63 | 60.9 | 14.0 |
| | API | 29 | 11 | (B) | (B) | 5 | (B) | (B) | 5 | (B) | (B) |
| | Hispanic | 50 | 28 | (B) | (B) | 8 | (B) | (B) | 7 | (B) | (B) |
| | White | 1,757 | 1,727 | 98.3 | 0.7 | 1,206 | 68.7 | 2.7 | 1,073 | 61.1 | 2.8 |
| | Black | 103 | 103 | (B) | (B) | 72 | 70.3 | 13.1 | 63 | 60.9 | 14.0 |
| KENTUCKY | Total | 2,996 | 2,918 | 97.4 | 0.8 | 2,087 | 69.7 | 2.4 | 1,645 | 54.9 | 2.6 |
| | Male | 1,398 | 1,356 | 97.0 | 1.3 | 963 | 68.8 | 3.5 | 760 | 54.3 | 3.8 |
| | Female | 1,597 | 1,562 | 97.8 | 1.1 | 1,125 | 70.4 | 3.3 | 886 | 55.5 | 3.6 |
| | N-H White | 2,668 | 2,642 | 99.1 | 0.5 | 1,911 | 71.6 | 2.5 | 1,498 | 56.2 | 2.7 |
| | N-H Black | 230 | 230 | (B) | (B) | 141 | 61.2 | 11.1 | 121 | 52.8 | 11.4 |
| | API | 17 | 9 | (B) | (B) | 7 | (B) | (B) | 4 | (B) | (B) |
| | Hispanic | 71 | 26 | (B) | (B) | 19 | (B) | (B) | 17 | (B) | (B) |
| | White | 2,738 | 2,669 | 97.4 | 0.9 | 1,930 | 70.5 | 2.5 | 1,515 | 55.3 | 2.7 |
| | Black | 230 | 230 | (B) | (B) | 141 | 61.2 | 11.1 | 121 | 52.8 | 11.4 |
| LOUISIANA | Total | 3,143 | 3,091 | 98.4 | 0.7 | 2,369 | 75.4 | 2.2 | 2,030 | 64.6 | 2.5 |
| | Male | 1,434 | 1,401 | 97.7 | 1.1 | 1,049 | 73.2 | 3.4 | 903 | 63.0 | 3.7 |
| | Female | 1,709 | 1,690 | 98.9 | 0.7 | 1,320 | 77.2 | 2.9 | 1,127 | 66.0 | 3.3 |
| | N-H White | 2,142 | 2,134 | 99.6 | 0.4 | 1,670 | 78.0 | 2.6 | 1,442 | 67.3 | 2.9 |
| | N-H Black | 884 | 884 | 100.0 | 0.0 | 647 | 73.3 | 5.2 | 555 | 62.8 | 5.7 |
| | API | 44 | 11 | (B) | (B) | 3 | (B) | (B) | 3 | (B) | (B) |
| | Hispanic | 61 | 50 | (B) | (B) | 38 | (B) | (B) | 22 | (B) | (B) |
| | White | 2,194 | 2,176 | 99.1 | 0.6 | 1,700 | 77.5 | 2.6 | 1,456 | 66.4 | 2.9 |
| | Black | 892 | 892 | 100.0 | 0.0 | 656 | 73.5 | 5.2 | 564 | 63.2 | 5.7 |
| MAINE | Total | 979 | 966 | 98.7 | 0.7 | 786 | 80.3 | 2.3 | 677 | 69.2 | 2.7 |
| | Male | 465 | 461 | 99.1 | 0.8 | 374 | 80.4 | 3.3 | 315 | 67.7 | 3.9 |
| | Female | 514 | 505 | 98.3 | 1.0 | 412 | 80.3 | 3.2 | 362 | 70.5 | 3.6 |
| | N-H White | 962 | 949 | 98.7 | 0.7 | 775 | 80.6 | 2.3 | 667 | 69.4 | 2.7 |
| | N-H Black | 6 | 6 | (B) | (B) | 4 | (B) | (B) | 4 | (B) | (B) |
| | API | 5 | 5 | (B) | (B) | 3 | (B) | (B) | 3 | (B) | (B) |
| | Hispanic | 4 | 4 | (B) | (B) | 4 | (B) | (B) | 3 | (B) | (B) |
| | White | 966 | 953 | 98.7 | 0.7 | 779 | 80.7 | 2.3 | 670 | 69.4 | 2.7 |
| | Black | 6 | 6 | (B) | (B) | 4 | (B) | (B) | 4 | (B) | (B) |
| MARYLAND | Total | 3,812 | 3,565 | 93.5 | 1.4 | 2,499 | 65.6 | 2.7 | 2,178 | 57.1 | 2.8 |
| | Male | 1,838 | 1,681 | 91.5 | 2.3 | 1,129 | 61.4 | 4.0 | 970 | 52.8 | 4.1 |
| | Female | 1,974 | 1,883 | 95.4 | 1.6 | 1,371 | 69.5 | 3.6 | 1,208 | 61.2 | 3.8 |

(In thousands)

| STATE | | Population 18 and over | Total citizen | Percent citizen | Confidence interval | Total registered | Percent registered (18+) | Confidence interval | Total voted | Percent voted (18+) | Confidence interval |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | N-H White | 2,461 | 2,408 | 97.9 | 1.0 | 1,661 | 67.5 | 3.3 | 1,432 | 58.2 | 3.5 |
| | N-H Black | 1,125 | 1,043 | 92.7 | 3.3 | 765 | 68.0 | 5.9 | 679 | 60.4 | 6.2 |
| | API | 83 | 59 | (B) | (B) | 27 | (B) | (B) | 27 | (B) | (B) |
| | Hispanic | 131 | 38 | 29.1 | 21.8 | 30 | 22.9 | 20.2 | 30 | 22.9 | 20.2 |
| | White | 2,549 | 2,425 | 95.1 | 1.5 | 1,673 | 65.6 | 3.3 | 1,444 | 56.7 | 3.4 |
| | Black | 1,165 | 1,065 | 91.4 | 3.5 | 784 | 67.3 | 5.8 | 698 | 59.9 | 6.1 |
| MASSACHUSETTS | Total | 4,614 | 4,246 | 92.0 | 1.1 | 3,244 | 70.3 | 1.8 | 2,772 | 60.1 | 1.9 |
| | Male | 2,212 | 2,009 | 90.8 | 1.6 | 1,519 | 68.7 | 2.6 | 1,296 | 58.6 | 2.8 |
| | Female | 2,403 | 2,237 | 93.1 | 1.4 | 1,725 | 71.8 | 2.5 | 1,476 | 61.4 | 2.7 |
| | N-H White | 3,979 | 3,793 | 95.3 | 0.9 | 2,973 | 74.7 | 1.9 | 2,566 | 64.5 | 2.0 |
| | N-H Black | 275 | 220 | 80.0 | 7.9 | 144 | 52.5 | 9.8 | 131 | 47.7 | 9.8 |
| | API | 109 | 55 | 50.3 | 16.3 | 23 | 21.5 | 13.4 | 23 | 21.5 | 13.4 |
| | Hispanic | 251 | 175 | 69.7 | 12.3 | 103 | 41.0 | 13.1 | 51 | 20.4 | 10.7 |
| | White | 4,189 | 3,930 | 93.8 | 1.0 | 3,047 | 72.7 | 1.8 | 2,590 | 61.8 | 2.0 |
| | Black | 311 | 256 | 82.3 | 7.0 | 173 | 55.8 | 9.2 | 158 | 50.8 | 9.2 |
| MICHIGAN | Total | 7,231 | 6,963 | 96.3 | 0.6 | 4,996 | 69.1 | 1.6 | 4,343 | 60.1 | 1.7 |
| | Male | 3,517 | 3,387 | 96.3 | 0.9 | 2,387 | 67.9 | 2.3 | 2,057 | 58.5 | 2.4 |
| | Female | 3,713 | 3,576 | 96.3 | 0.9 | 2,609 | 70.3 | 2.1 | 2,287 | 61.6 | 2.3 |
| | N-H White | 6,024 | 5,920 | 98.3 | 0.5 | 4,280 | 71.1 | 1.7 | 3,731 | 61.9 | 1.8 |
| | N-H Black | 877 | 867 | 98.9 | 1.2 | 621 | 70.9 | 5.3 | 534 | 60.9 | 5.7 |
| | API | 161 | 61 | 38.0 | 13.9 | 33 | 20.4 | 11.5 | 30 | 19.0 | 11.2 |
| | Hispanic | 156 | 103 | 65.6 | 17.1 | 51 | 32.8 | 16.9 | 40 | 25.5 | 15.7 |
| | White | 6,156 | 6,005 | 97.5 | 0.6 | 4,325 | 70.3 | 1.7 | 3,767 | 61.2 | 1.8 |
| | Black | 891 | 874 | 98.1 | 1.6 | 621 | 69.8 | 5.3 | 534 | 59.9 | 5.7 |
| MINNESOTA | Total | 3,506 | 3,407 | 97.2 | 0.9 | 2,688 | 76.7 | 2.2 | 2,376 | 67.8 | 2.5 |
| | Male | 1,721 | 1,661 | 96.5 | 1.4 | 1,257 | 73.0 | 3.3 | 1,119 | 65.0 | 3.6 |
| | Female | 1,785 | 1,746 | 97.8 | 1.1 | 1,431 | 80.2 | 3.0 | 1,257 | 70.4 | 3.4 |
| | N-H White | 3,245 | 3,227 | 99.5 | 0.4 | 2,583 | 79.6 | 2.2 | 2,296 | 70.8 | 2.5 |
| | N-H Black | 95 | 91 | (B) | (B) | 54 | (B) | (B) | 41 | (B) | (B) |
| | API | 81 | 34 | (B) | (B) | 26 | (B) | (B) | 18 | (B) | (B) |
| | Hispanic | 50 | 19 | (B) | (B) | 9 | (B) | (B) | 9 | (B) | (B) |
| | White | 3,296 | 3,247 | 98.5 | 0.7 | 2,592 | 78.6 | 2.2 | 2,305 | 69.9 | 2.5 |
| | Black | 95 | 91 | (B) | (B) | 54 | (B) | (B) | 41 | (B) | (B) |
| MISSISSIPPI | Total | 2,029 | 2,001 | 98.6 | 0.6 | 1,465 | 72.2 | 2.4 | 1,213 | 59.8 | 2.6 |
| | Male | 943 | 929 | 98.6 | 0.9 | 655 | 69.5 | 3.6 | 535 | 56.8 | 3.8 |
| | Female | 1,086 | 1,072 | 98.7 | 0.8 | 809 | 74.5 | 3.1 | 678 | 62.4 | 3.5 |
| | N-H White | 1,371 | 1,361 | 99.3 | 0.5 | 995 | 72.6 | 2.9 | 849 | 61.9 | 3.1 |
| | N-H Black | 611 | 611 | 100.0 | 0.0 | 450 | 73.7 | 5.1 | 357 | 58.5 | 5.7 |
| | API | 16 | 4 | (B) | (B) | 4 | (B) | (B) | - | (B) | (B) |
| | Hispanic | 25 | 19 | (B) | (B) | 13 | (B) | (B) | 4 | (B) | (B) |
| | White | 1,394 | 1,378 | 98.9 | 0.7 | 1,006 | 72.2 | 2.9 | 854 | 61.2 | 3.1 |
| | Black | 611 | 611 | 100.0 | 0.0 | 450 | 73.7 | 5.1 | 357 | 58.5 | 5.7 |
| MISSOURI | Total | 4,066 | 3,987 | 98.1 | 0.8 | 3,023 | 74.3 | 2.4 | 2,659 | 65.4 | 2.6 |
| | Male | 1,902 | 1,872 | 98.4 | 1.0 | 1,386 | 72.9 | 3.6 | 1,217 | 64.0 | 3.8 |
| | Female | 2,165 | 2,115 | 97.7 | 1.1 | 1,637 | 75.6 | 3.2 | 1,442 | 66.6 | 3.5 |
| | N-H White | 3,494 | 3,467 | 99.2 | 0.5 | 2,639 | 75.5 | 2.5 | 2,314 | 66.2 | 2.8 |
| | N-H Black | 442 | 433 | 97.9 | 2.8 | 337 | 76.1 | 8.6 | 302 | 68.2 | 9.4 |
| | API | 88 | 55 | (B) | (B) | 34 | (B) | (B) | 30 | (B) | (B) |
| | Hispanic | 38 | 27 | (B) | (B) | 13 | (B) | (B) | 13 | (B) | (B) |
| | White | 3,526 | 3,488 | 98.9 | 0.6 | 2,649 | 75.1 | 2.5 | 2,324 | 65.9 | 2.8 |
| | Black | 449 | 439 | 98.0 | 2.8 | 340 | 75.7 | 8.6 | 305 | 67.9 | 9.3 |
| MONTANA | Total | 658 | 650 | 98.9 | 0.5 | 461 | 70.0 | 2.4 | 409 | 62.2 | 2.5 |
| | Male | 329 | 327 | 99.4 | 0.6 | 224 | 68.0 | 3.4 | 198 | 60.1 | 3.6 |
| | Female | 329 | 323 | 98.3 | 0.9 | 237 | 72.1 | 3.3 | 212 | 64.3 | 3.5 |
| | N-H White | 608 | 603 | 99.2 | 0.5 | 430 | 70.8 | 2.4 | 385 | 63.3 | 2.6 |
| | N-H Black | - | - | (B) | (B) | - | (B) | (B) | - | (B) | (B) |
| | API | 3 | 1 | (B) | (B) | 1 | (B) | (B) | 1 | (B) | (B) |
| | Hispanic | 13 | 12 | (B) | (B) | 9 | (B) | (B) | 8 | (B) | (B) |
| | White | 620 | 615 | 99.1 | 0.5 | 439 | 70.8 | 2.4 | 392 | 63.3 | 2.6 |
| | Black | - | - | (B) | (B) | - | (B) | (B) | - | (B) | (B) |
| NEBRASKA | Total | 1,205 | 1,176 | 97.6 | 0.8 | 865 | 71.8 | 2.5 | 710 | 58.9 | 2.7 |
| | Male | 579 | 567 | 97.9 | 1.1 | 394 | 68.1 | 3.7 | 331 | 57.2 | 3.9 |
| | Female | 626 | 609 | 97.3 | 1.2 | 471 | 75.2 | 3.3 | 379 | 60.5 | 3.7 |
| | N-H White | 1,078 | 1,075 | 99.7 | 0.3 | 800 | 74.2 | 2.6 | 661 | 61.3 | 2.8 |
| | N-H Black | 46 | 46 | (B) | (B) | 30 | (B) | (B) | 23 | (B) | (B) |
| | API | 14 | 13 | (B) | (B) | 8 | (B) | (B) | 7 | (B) | (B) |

(In thousands)

| STATE | | Population 18 and over | Total citizen | Percent citizen | Confidence interval | Total registered | Percent registered (18+) | Confidence interval | Total voted | Percent voted (18+) | Confidence interval |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Hispanic | 56 | 32 | (B) | (B) | 20 | (B) | (B) | 15 | (B) | (B) |
| | White | 1,133 | 1,106 | 97.6 | 0.9 | 820 | 72.3 | 2.5 | 675 | 59.6 | 2.8 |
| | Black | 46 | 46 | (B) | (B) | 30 | (B) | (B) | 23 | (B) | (B) |
| NEVADA | Total | 1,377 | 1,229 | 89.3 | 1.6 | 720 | 52.3 | 2.7 | 641 | 46.5 | 2.6 |
| | Male | 693 | 623 | 89.9 | 2.3 | 349 | 50.3 | 3.7 | 310 | 44.7 | 3.7 |
| | Female | 683 | 606 | 88.7 | 2.4 | 371 | 54.2 | 3.8 | 331 | 48.4 | 3.8 |
| | N-H White | 945 | 932 | 98.6 | 0.7 | 578 | 61.2 | 3.1 | 525 | 55.6 | 3.2 |
| | N-H Black | 105 | 101 | 96.0 | 4.6 | 51 | 48.8 | 11.6 | 41 | 39.0 | 11.4 |
| | API | 92 | 66 | (B) | (B) | 25 | (B) | (B) | 18 | (B) | (B) |
| | Hispanic | 220 | 113 | 51.5 | 10.4 | 53 | 23.9 | 8.9 | 45 | 20.4 | 8.4 |
| | White | 1,144 | 1,033 | 90.2 | 1.7 | 625 | 54.6 | 2.9 | 563 | 49.2 | 2.9 |
| | Black | 112 | 108 | 96.2 | 4.3 | 55 | 49.0 | 11.3 | 44 | 39.8 | 11.0 |
| NEW HAMPSHIRE | Total | 902 | 857 | 95.0 | 1.3 | 628 | 69.6 | 2.8 | 571 | 63.3 | 2.9 |
| | Male | 442 | 421 | 95.3 | 1.9 | 301 | 68.1 | 4.1 | 271 | 61.3 | 4.2 |
| | Female | 461 | 437 | 94.8 | 1.9 | 327 | 70.9 | 3.9 | 300 | 65.2 | 4.1 |
| | N-H White | 848 | 824 | 97.2 | 1.0 | 607 | 71.6 | 2.8 | 551 | 65.0 | 3.0 |
| | N-H Black | 13 | 13 | (B) | (B) | 10 | (B) | (B) | 9 | (B) | (B) |
| | API | 23 | 10 | (B) | (B) | 4 | (B) | (B) | 4 | (B) | (B) |
| | Hispanic | 14 | 6 | (B) | (B) | 4 | (B) | (B) | 4 | (B) | (B) |
| | White | 862 | 830 | 96.2 | 1.2 | 610 | 70.8 | 2.8 | 555 | 64.3 | 3.0 |
| | Black | 13 | 13 | (B) | (B) | 10 | (B) | (B) | 9 | (B) | (B) |
| NEW JERSEY | Total | 6,109 | 5,458 | 89.3 | 1.1 | 3,859 | 63.2 | 1.7 | 3,374 | 55.2 | 1.7 |
| | Male | 2,919 | 2,598 | 89.0 | 1.6 | 1,820 | 62.4 | 2.4 | 1,602 | 54.9 | 2.5 |
| | Female | 3,190 | 2,860 | 89.7 | 1.4 | 2,039 | 63.9 | 2.3 | 1,772 | 55.5 | 2.4 |
| | N-H White | 4,492 | 4,302 | 95.8 | 0.8 | 3,151 | 70.1 | 1.8 | 2,760 | 61.4 | 2.0 |
| | N-H Black | 753 | 680 | 90.3 | 3.5 | 405 | 53.9 | 5.9 | 356 | 47.3 | 5.9 |
| | API | 278 | 126 | 45.5 | 10.2 | 87 | 31.5 | 9.5 | 77 | 27.6 | 9.1 |
| | Hispanic | 583 | 346 | 59.5 | 8.6 | 212 | 36.3 | 8.4 | 179 | 30.7 | 8.1 |
| | White | 5,033 | 4,621 | 91.8 | 1.0 | 3,346 | 66.5 | 1.8 | 2,926 | 58.1 | 1.9 |
| | Black | 787 | 702 | 89.2 | 3.6 | 422 | 53.6 | 5.8 | 369 | 46.9 | 5.8 |
| NEW MEXICO | Total | 1,261 | 1,188 | 94.3 | 1.2 | 750 | 59.5 | 2.6 | 647 | 51.3 | 2.6 |
| | Male | 591 | 559 | 94.7 | 1.7 | 332 | 56.1 | 3.8 | 286 | 48.3 | 3.8 |
| | Female | 670 | 629 | 93.9 | 1.7 | 419 | 62.5 | 3.5 | 361 | 53.9 | 3.6 |
| | N-H White | 592 | 580 | 97.9 | 1.1 | 435 | 73.4 | 3.4 | 392 | 66.1 | 3.6 |
| | N-H Black | 29 | 29 | (B) | (B) | 15 | (B) | (B) | 9 | (B) | (B) |
| | API | 7 | 5 | (B) | (B) | 2 | (B) | (B) | 2 | (B) | (B) |
| | Hispanic | 484 | 426 | 88.1 | 4.3 | 239 | 49.4 | 6.7 | 191 | 39.5 | 6.5 |
| | White | 1,064 | 995 | 93.5 | 1.4 | 670 | 62.9 | 2.8 | 581 | 54.6 | 2.9 |
| | Black | 36 | 36 | (B) | (B) | 18 | (B) | (B) | 9 | (B) | (B) |
| NEW YORK | Total | 13,725 | 11,877 | 86.5 | 0.8 | 8,047 | 58.6 | 1.2 | 7,004 | 51.0 | 1.2 |
| | Male | 6,613 | 5,689 | 86.0 | 1.2 | 3,710 | 56.1 | 1.7 | 3,251 | 49.2 | 1.7 |
| | Female | 7,112 | 6,189 | 87.0 | 1.1 | 4,337 | 61.0 | 1.6 | 3,753 | 52.8 | 1.7 |
| | N-H White | 9,115 | 8,686 | 95.3 | 0.6 | 6,155 | 67.5 | 1.4 | 5,393 | 59.2 | 1.4 |
| | N-H Black | 1,989 | 1,683 | 84.6 | 2.8 | 1,078 | 54.2 | 3.8 | 950 | 47.7 | 3.8 |
| | API | 908 | 424 | 46.7 | 5.9 | 209 | 23.0 | 5.0 | 157 | 17.3 | 4.5 |
| | Hispanic | 1,706 | 1,077 | 63.1 | 5.2 | 603 | 35.3 | 5.1 | 502 | 29.4 | 4.9 |
| | White | 10,602 | 9,635 | 90.9 | 0.8 | 6,696 | 63.2 | 1.3 | 5,845 | 55.1 | 1.4 |
| | Black | 2,181 | 1,791 | 82.1 | 2.8 | 1,133 | 51.9 | 3.6 | 996 | 45.7 | 3.6 |
| NORTH CAROLINA | Total | 5,629 | 5,335 | 94.8 | 0.9 | 3,720 | 66.1 | 1.8 | 2,995 | 53.2 | 1.9 |
| | Male | 2,626 | 2,442 | 93.0 | 1.4 | 1,693 | 64.5 | 2.7 | 1,361 | 51.8 | 2.8 |
| | Female | 3,003 | 2,893 | 96.3 | 1.0 | 2,026 | 67.5 | 2.5 | 1,633 | 54.4 | 2.6 |
| | N-H White | 3,895 | 3,831 | 98.4 | 0.6 | 2,784 | 71.5 | 2.1 | 2,296 | 58.9 | 2.3 |
| | N-H Black | 1,310 | 1,308 | 99.8 | 0.4 | 827 | 63.1 | 4.7 | 626 | 47.7 | 4.8 |
| | API | 77 | 23 | (B) | (B) | 8 | (B) | (B) | 2 | (B) | (B) |
| | Hispanic | 255 | 84 | 32.8 | 13.3 | 31 | 12.1 | 9.3 | 22 | 8.4 | 7.9 |
| | White | 4,143 | 3,910 | 94.4 | 1.0 | 2,812 | 67.9 | 2.1 | 2,317 | 55.9 | 2.2 |
| | Black | 1,315 | 1,310 | 99.6 | 0.6 | 827 | 62.9 | 4.7 | 626 | 47.6 | 4.8 |
| NORTH DAKOTA | Total | 449 | 445 | 99.0 | 0.6 | 409 | 91.1 | 1.6 | 313 | 69.8 | 2.6 |
| | Male | 222 | 219 | 98.9 | 0.8 | 202 | 91.0 | 2.3 | 155 | 69.7 | 3.7 |
| | Female | 228 | 226 | 99.2 | 0.7 | 208 | 91.2 | 2.3 | 159 | 69.8 | 3.7 |
| | N-H White | 422 | 419 | 99.2 | 0.5 | 388 | 91.9 | 1.6 | 302 | 71.5 | 2.6 |
| | N-H Black | 2 | 2 | (B) | (B) | 2 | (B) | (B) | 1 | (B) | (B) |
| | API | 2 | 2 | (B) | (B) | 1 | (B) | (B) | - | (B) | (B) |
| | Hispanic | 3 | 3 | (B) | (B) | 2 | (B) | (B) | - | (B) | (B) |
| | White | 425 | 422 | 99.1 | 0.6 | 389 | 91.5 | 1.6 | 303 | 71.1 | 2.6 |
| | Black | 2 | 2 | (B) | (B) | 2 | (B) | (B) | 1 | (B) | (B) |

(In thousands)

| STATE | | Population 18 and over | Total citizen | Percent citizen | Confidence interval | Total registered | Percent registered (18+) | Confidence interval | Total voted | Percent voted (18+) | Confidence interval |
|---|---|---|---|---|---|---|---|---|---|---|---|
| OHIO | Total | 8,301 | 8,143 | 98.1 | 0.5 | 5,561 | 67.0 | 1.6 | 4,823 | 58.1 | 1.6 |
| | Male | 3,916 | 3,836 | 98.0 | 0.7 | 2,559 | 65.4 | 2.3 | 2,201 | 56.2 | 2.4 |
| | Female | 4,385 | 4,307 | 98.2 | 0.6 | 3,002 | 68.5 | 2.1 | 2,622 | 59.8 | 2.2 |
| | N-H White | 7,147 | 7,077 | 99.0 | 0.4 | 4,869 | 68.1 | 1.7 | 4,239 | 59.3 | 1.8 |
| | N-H Black | 931 | 904 | 97.1 | 2.0 | 598 | 64.2 | 5.7 | 500 | 53.7 | 6.0 |
| | API | 96 | 53 | (B) | (B) | 32 | (B) | (B) | 27 | (B) | (B) |
| | Hispanic | 106 | 87 | 82.7 | 17.4 | 47 | 44.7 | 22.9 | 43 | 41.0 | 22.6 |
| | White | 7,250 | 7,161 | 98.8 | 0.4 | 4,913 | 67.8 | 1.7 | 4,280 | 59.0 | 1.7 |
| | Black | 934 | 907 | 97.1 | 2.0 | 601 | 64.3 | 5.7 | 502 | 53.8 | 6.0 |
| OKLAHOMA | Total | 2,457 | 2,400 | 97.7 | 0.8 | 1,679 | 68.3 | 2.4 | 1,431 | 58.3 | 2.5 |
| | Male | 1,155 | 1,124 | 97.3 | 1.2 | 761 | 65.9 | 3.5 | 653 | 56.5 | 3.7 |
| | Female | 1,302 | 1,276 | 98.0 | 1.0 | 918 | 70.5 | 3.2 | 778 | 59.8 | 3.4 |
| | N-H White | 2,102 | 2,084 | 99.2 | 0.5 | 1,483 | 70.6 | 2.5 | 1,269 | 60.4 | 2.7 |
| | N-H Black | 115 | 115 | 100.0 | 0.0 | 66 | 57.4 | 14.1 | 51 | 44.5 | 14.2 |
| | API | 38 | 22 | (B) | (B) | 16 | (B) | (B) | 14 | (B) | (B) |
| | Hispanic | 76 | 47 | (B) | (B) | 26 | (B) | (B) | 21 | (B) | (B) |
| | White | 2,169 | 2,129 | 98.1 | 0.7 | 1,507 | 69.5 | 2.5 | 1,287 | 59.3 | 2.7 |
| | Black | 115 | 115 | 100.0 | 0.0 | 66 | 57.4 | 14.1 | 51 | 44.5 | 14.2 |
| OREGON | Total | 2,515 | 2,295 | 91.3 | 1.6 | 1,714 | 68.2 | 2.6 | 1,529 | 60.8 | 2.7 |
| | Male | 1,219 | 1,106 | 90.7 | 2.3 | 806 | 66.1 | 3.7 | 712 | 58.4 | 3.9 |
| | Female | 1,296 | 1,189 | 91.7 | 2.1 | 908 | 70.1 | 3.5 | 817 | 63.0 | 3.7 |
| | N-H White | 2,181 | 2,129 | 97.6 | 0.9 | 1,605 | 73.6 | 2.6 | 1,444 | 66.2 | 2.8 |
| | N-H Black | 34 | 34 | (B) | (B) | 20 | (B) | (B) | 17 | (B) | (B) |
| | API | 85 | 39 | (B) | (B) | 25 | (B) | (B) | 21 | (B) | (B) |
| | Hispanic | 193 | 70 | 36.4 | 15.0 | 48 | 25.0 | 13.5 | 33 | 17.1 | 11.7 |
| | White | 2,372 | 2,198 | 92.7 | 1.5 | 1,652 | 69.6 | 2.6 | 1,477 | 62.3 | 2.7 |
| | Black | 34 | 34 | (B) | (B) | 20 | (B) | (B) | 17 | (B) | (B) |
| PENNSYLVANIA | Total | 8,950 | 8,687 | 97.1 | 0.5 | 5,847 | 65.3 | 1.5 | 4,988 | 55.7 | 1.5 |
| | Male | 4,287 | 4,154 | 96.9 | 0.8 | 2,836 | 66.1 | 2.1 | 2,373 | 55.4 | 2.2 |
| | Female | 4,663 | 4,533 | 97.2 | 0.7 | 3,011 | 64.6 | 2.0 | 2,615 | 56.1 | 2.1 |
| | N-H White | 7,805 | 7,703 | 98.7 | 0.4 | 5,170 | 66.2 | 1.6 | 4,414 | 56.6 | 1.6 |
| | N-H Black | 746 | 723 | 96.9 | 2.2 | 524 | 70.2 | 5.9 | 457 | 61.3 | 6.3 |
| | API | 137 | 65 | 47.5 | 15.7 | 42 | 30.7 | 14.5 | 37 | 27.1 | 14.0 |
| | Hispanic | 248 | 182 | 73.5 | 12.8 | 99 | 39.8 | 14.2 | 68 | 27.3 | 12.9 |
| | White | 8,015 | 7,868 | 98.2 | 0.4 | 5,269 | 65.7 | 1.5 | 4,482 | 55.9 | 1.6 |
| | Black | 764 | 734 | 96.0 | 2.5 | 524 | 68.6 | 5.9 | 457 | 59.9 | 6.3 |
| RHODE ISLAND | Total | 729 | 690 | 94.6 | 1.4 | 508 | 69.7 | 2.8 | 438 | 60.1 | 3.0 |
| | Male | 339 | 322 | 95.0 | 1.9 | 230 | 67.7 | 4.1 | 193 | 56.8 | 4.4 |
| | Female | 390 | 368 | 94.4 | 1.9 | 279 | 71.5 | 3.7 | 245 | 62.9 | 4.0 |
| | N-H White | 649 | 633 | 97.6 | 1.0 | 483 | 74.5 | 2.8 | 415 | 64.0 | 3.1 |
| | N-H Black | 38 | 30 | (B) | (B) | 14 | (B) | (B) | 13 | (B) | (B) |
| | API | 9 | 6 | (B) | (B) | 4 | (B) | (B) | 3 | (B) | (B) |
| | Hispanic | 30 | 17 | (B) | (B) | 4 | (B) | (B) | 4 | (B) | (B) |
| | White | 670 | 645 | 96.3 | 1.2 | 488 | 72.7 | 2.8 | 419 | 62.5 | 3.0 |
| | Black | 38 | 30 | (B) | (B) | 14 | (B) | (B) | 13 | (B) | (B) |
| SOUTH CAROLINA | Total | 2,929 | 2,897 | 98.9 | 0.6 | 1,993 | 68.0 | 2.6 | 1,725 | 58.9 | 2.7 |
| | Male | 1,355 | 1,336 | 98.7 | 0.9 | 869 | 64.2 | 3.9 | 752 | 55.5 | 4.0 |
| | Female | 1,575 | 1,561 | 99.1 | 0.7 | 1,124 | 71.4 | 3.4 | 973 | 61.8 | 3.7 |
| | N-H White | 2,171 | 2,160 | 99.5 | 0.5 | 1,516 | 69.8 | 2.9 | 1,303 | 60.0 | 3.1 |
| | N-H Black | 662 | 657 | 99.3 | 1.2 | 454 | 68.6 | 6.5 | 402 | 60.7 | 6.9 |
| | API | 23 | 23 | (B) | (B) | 10 | (B) | (B) | 10 | (B) | (B) |
| | Hispanic | 62 | 46 | (B) | (B) | 7 | (B) | (B) | 7 | (B) | (B) |
| | White | 2,233 | 2,206 | 98.8 | 0.7 | 1,524 | 68.2 | 2.9 | 1,310 | 58.7 | 3.1 |
| | Black | 662 | 657 | 99.3 | 1.2 | 454 | 68.6 | 6.5 | 402 | 60.7 | 6.9 |
| SOUTH DAKOTA | Total | 530 | 525 | 99.1 | 0.5 | 376 | 70.9 | 2.4 | 311 | 58.7 | 2.6 |
| | Male | 263 | 260 | 98.8 | 0.8 | 184 | 69.8 | 3.5 | 149 | 56.6 | 3.8 |
| | Female | 266 | 264 | 99.3 | 0.6 | 192 | 72.1 | 3.4 | 162 | 60.7 | 3.7 |
| | N-H White | 495 | 494 | 99.9 | 0.1 | 355 | 71.9 | 2.5 | 297 | 60.0 | 2.7 |
| | N-H Black | 5 | 3 | (B) | (B) | 2 | (B) | (B) | 1 | (B) | (B) |
| | API | 2 | 1 | (B) | (B) | - | (B) | (B) | - | (B) | (B) |
| | Hispanic | 4 | 3 | (B) | (B) | 2 | (B) | (B) | 1 | (B) | (B) |
| | White | 498 | 497 | 99.8 | 0.2 | 357 | 71.7 | 2.5 | 298 | 59.8 | 2.7 |
| | Black | 5 | 3 | (B) | (B) | 2 | (B) | (B) | 1 | (B) | (B) |
| TENNESSEE | Total | 4,173 | 4,067 | 97.4 | 0.8 | 2,590 | 62.1 | 2.6 | 2,183 | 52.3 | 2.7 |
| | Male | 2,036 | 1,960 | 96.3 | 1.4 | 1,239 | 60.8 | 3.7 | 1,042 | 51.2 | 3.8 |
| | Female | 2,137 | 2,107 | 98.6 | 0.9 | 1,351 | 63.2 | 3.6 | 1,142 | 53.4 | 3.7 |

(In thousands)

| STATE | | Population 18 and over | Total citizen | Percent citizen | Confidence interval | Total registered | Percent registered (18+) | Confidence interval | Total voted | Percent voted (18+) | Confidence interval |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | N-H White | 3,422 | 3,379 | 98.7 | 0.7 | 2,149 | 62.8 | 2.8 | 1,825 | 53.3 | 2.9 |
| | N-H Black | 658 | 654 | 99.4 | 1.3 | 427 | 64.9 | 7.8 | 344 | 52.3 | 8.1 |
| | API | 23 | 6 | (B) | (B) | 3 | (B) | (B) | 3 | (B) | (B) |
| | Hispanic | 67 | 26 | (B) | (B) | 11 | (B) | (B) | 11 | (B) | (B) |
| | White | 3,489 | 3,404 | 97.6 | 0.9 | 2,160 | 61.9 | 2.8 | 1,836 | 52.6 | 2.9 |
| | Black | 658 | 654 | 99.4 | 1.3 | 427 | 64.9 | 7.8 | 344 | 52.3 | 8.1 |
| TEXAS | Total | 14,533 | 12,937 | 89.0 | 0.9 | 8,929 | 61.4 | 1.3 | 7,005 | 48.2 | 1.4 |
| | Male | 7,079 | 6,222 | 87.9 | 1.3 | 4,189 | 59.2 | 1.9 | 3,305 | 46.7 | 1.9 |
| | Female | 7,454 | 6,715 | 90.1 | 1.1 | 4,740 | 63.6 | 1.8 | 3,700 | 49.6 | 1.9 |
| | N-H White | 8,223 | 8,101 | 98.5 | 0.4 | 5,901 | 71.8 | 1.6 | 4,761 | 57.9 | 1.8 |
| | N-H Black | 1,380 | 1,361 | 98.7 | 1.2 | 958 | 69.4 | 4.9 | 798 | 57.8 | 5.3 |
| | API | 451 | 235 | 52.0 | 9.8 | 135 | 30.0 | 8.9 | 120 | 26.5 | 8.6 |
| | Hispanic | 4,414 | 3,173 | 71.9 | 3.5 | 1,905 | 43.2 | 3.8 | 1,300 | 29.5 | 3.5 |
| | White | 12,572 | 11,224 | 89.3 | 0.9 | 7,771 | 61.8 | 1.4 | 6,042 | 48.1 | 1.5 |
| | Black | 1,397 | 1,378 | 98.7 | 1.2 | 971 | 69.5 | 4.9 | 803 | 57.5 | 5.3 |
| UTAH | Total | 1,472 | 1,378 | 93.6 | 1.2 | 953 | 64.7 | 2.4 | 829 | 56.3 | 2.5 |
| | Male | 724 | 677 | 93.5 | 1.8 | 453 | 62.5 | 3.5 | 386 | 53.3 | 3.6 |
| | Female | 748 | 701 | 93.7 | 1.7 | 500 | 66.9 | 3.4 | 443 | 59.3 | 3.5 |
| | N-H White | 1,313 | 1,292 | 98.4 | 0.7 | 913 | 69.5 | 2.5 | 798 | 60.8 | 2.6 |
| | N-H Black | 4 | 4 | (B) | (B) | 4 | (B) | (B) | 4 | (B) | (B) |
| | API | 46 | 34 | (B) | (B) | 9 | (B) | (B) | 7 | (B) | (B) |
| | Hispanic | 104 | 43 | 41.2 | 14.9 | 24 | 23.3 | 12.8 | 20 | 19.5 | 12.0 |
| | White | 1,414 | 1,332 | 94.2 | 1.2 | 934 | 66.1 | 2.5 | 815 | 57.7 | 2.6 |
| | Black | 4 | 4 | (B) | (B) | 4 | (B) | (B) | 4 | (B) | (B) |
| VERMONT | Total | 458 | 451 | 98.5 | 0.7 | 330 | 72.0 | 2.7 | 290 | 63.3 | 2.8 |
| | Male | 221 | 216 | 98.1 | 1.2 | 152 | 68.8 | 3.9 | 131 | 59.1 | 4.2 |
| | Female | 238 | 235 | 98.8 | 0.9 | 178 | 74.9 | 3.6 | 159 | 67.1 | 3.9 |
| | N-H White | 451 | 448 | 99.3 | 0.5 | 328 | 72.6 | 2.7 | 288 | 63.8 | 2.9 |
| | N-H Black | 1 | - | (B) | (B) | - | (B) | (B) | - | (B) | (B) |
| | API | 2 | - | (B) | (B) | - | (B) | (B) | - | (B) | (B) |
| | Hispanic | 3 | 2 | (B) | (B) | 2 | (B) | (B) | 2 | (B) | (B) |
| | White | 454 | 450 | 99.0 | 0.6 | 329 | 72.6 | 2.6 | 290 | 63.8 | 2.9 |
| | Black | 1 | - | (B) | (B) | - | (B) | (B) | - | (B) | (B) |
| VIRGINIA | Total | 5,177 | 4,912 | 94.9 | 1.1 | 3,317 | 64.1 | 2.4 | 2,962 | 57.2 | 2.5 |
| | Male | 2,431 | 2,305 | 94.8 | 1.6 | 1,512 | 62.2 | 3.6 | 1,344 | 55.3 | 3.7 |
| | Female | 2,745 | 2,608 | 95.0 | 1.5 | 1,805 | 65.8 | 3.3 | 1,619 | 59.0 | 3.4 |
| | N-H White | 3,719 | 3,645 | 98.0 | 0.8 | 2,568 | 69.1 | 2.7 | 2,300 | 61.8 | 2.9 |
| | N-H Black | 1,003 | 982 | 97.9 | 2.0 | 583 | 58.2 | 6.8 | 529 | 52.7 | 6.9 |
| | API | 205 | 126 | 61.5 | 15.6 | 59 | 28.9 | 14.5 | 42 | 20.7 | 13.0 |
| | Hispanic | 234 | 144 | 61.2 | 18.1 | 106 | 45.0 | 18.5 | 90 | 38.5 | 18.1 |
| | White | 3,930 | 3,769 | 95.9 | 1.1 | 2,658 | 67.6 | 2.7 | 2,375 | 60.4 | 2.8 |
| | Black | 1,010 | 989 | 97.9 | 2.0 | 586 | 58.0 | 6.8 | 532 | 52.7 | 6.9 |
| WASHINGTON | Total | 4,314 | 4,078 | 94.5 | 1.2 | 2,852 | 66.1 | 2.6 | 2,527 | 58.6 | 2.7 |
| | Male | 2,053 | 1,936 | 94.3 | 1.8 | 1,361 | 66.3 | 3.8 | 1,196 | 58.3 | 3.9 |
| | Female | 2,261 | 2,142 | 94.8 | 1.7 | 1,491 | 66.0 | 3.6 | 1,331 | 58.9 | 3.7 |
| | N-H White | 3,734 | 3,651 | 97.8 | 0.9 | 2,589 | 69.3 | 2.7 | 2,346 | 62.8 | 2.9 |
| | N-H Black | 123 | 101 | 82.3 | 15.0 | 62 | 50.8 | 19.7 | 39 | 31.5 | 18.3 |
| | API | 213 | 141 | 66.2 | 14.8 | 90 | 42.0 | 15.4 | 60 | 28.2 | 14.1 |
| | Hispanic | 167 | 109 | 65.0 | 20.9 | 71 | 42.4 | 21.7 | 59 | 35.0 | 20.9 |
| | White | 3,890 | 3,756 | 96.6 | 1.1 | 2,656 | 68.3 | 2.7 | 2,400 | 61.7 | 2.8 |
| | Black | 123 | 101 | 82.3 | 15.0 | 62 | 50.8 | 19.7 | 39 | 31.5 | 18.3 |
| WEST VIRGINIA | Total | 1,405 | 1,397 | 99.4 | 0.4 | 886 | 63.1 | 2.4 | 732 | 52.1 | 2.5 |
| | Male | 654 | 651 | 99.5 | 0.5 | 412 | 62.9 | 3.5 | 341 | 52.2 | 3.6 |
| | Female | 750 | 746 | 99.4 | 0.5 | 475 | 63.2 | 3.3 | 390 | 52.0 | 3.4 |
| | N-H White | 1,349 | 1,346 | 99.7 | 0.3 | 856 | 63.4 | 2.4 | 708 | 52.5 | 2.5 |
| | N-H Black | 45 | 45 | (B) | (B) | 29 | (B) | (B) | 22 | (B) | (B) |
| | API | 4 | 2 | (B) | (B) | - | (B) | (B) | - | (B) | (B) |
| | Hispanic | 7 | 5 | (B) | (B) | 1 | (B) | (B) | 1 | (B) | (B) |
| | White | 1,355 | 1,349 | 99.6 | 0.3 | 857 | 63.2 | 2.4 | 709 | 52.3 | 2.5 |
| | Black | 45 | 45 | (B) | (B) | 29 | (B) | (B) | 22 | (B) | (B) |
| WISCONSIN | Total | 3,884 | 3,755 | 96.7 | 0.9 | 2,970 | 76.5 | 2.2 | 2,632 | 67.8 | 2.5 |
| | Male | 1,912 | 1,822 | 95.3 | 1.6 | 1,420 | 74.3 | 3.3 | 1,266 | 66.2 | 3.6 |
| | Female | 1,972 | 1,932 | 98.0 | 1.0 | 1,551 | 78.6 | 3.0 | 1,367 | 69.3 | 3.4 |
| | N-H White | 3,503 | 3,471 | 99.1 | 0.5 | 2,784 | 79.5 | 2.3 | 2,469 | 70.5 | 2.5 |
| | N-H Black | 147 | 139 | 94.5 | 7.5 | 105 | 71.5 | 14.9 | 91 | 62.0 | 16.0 |
| | API | 48 | 39 | (B) | (B) | 30 | (B) | (B) | 30 | (B) | (B) |

| (In thousands) | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Population 18 and over | Total citizen | Percent citizen | Confidence interval | Total registered | Percent registered (18+) | Confidence interval | Total voted | Percent voted (18+) | Confidence interval |
| STATE | Hispanic | 159 | 78 | 48.8 | 20.5 | 34 | 21.6 | 16.9 | 31 | 19.4 | 16.2 |
| | White | 3,653 | 3,543 | 97.0 | 0.9 | 2,815 | 77.1 | 2.3 | 2,496 | 68.3 | 2.5 |
| | Black | 147 | 139 | 94.5 | 7.5 | 105 | 71.5 | 14.9 | 91 | 62.0 | 16.0 |
| WYOMING | Total | 350 | 348 | 99.3 | 0.4 | 240 | 68.6 | 2.5 | 219 | 62.5 | 2.6 |
| | Male | 176 | 175 | 99.4 | 0.6 | 118 | 67.4 | 3.6 | 105 | 59.7 | 3.8 |
| | Female | 175 | 173 | 99.2 | 0.7 | 122 | 69.8 | 3.6 | 114 | 65.2 | 3.7 |
| | N-H White | 324 | 324 | 99.9 | 0.2 | 228 | 70.2 | 2.6 | 211 | 64.9 | 2.7 |
| | N-H Black | 1 | 1 | (B) | (B) | 1 | (B) | (B) | 1 | (B) | (B) |
| | API | - | - | (B) | (B) | - | (B) | (B) | - | (B) | (B) |
| | Hispanic | 19 | 17 | (B) | (B) | 9 | (B) | (B) | 6 | (B) | (B) |
| | White | 342 | 340 | 99.5 | 0.4 | 236 | 69.1 | 2.6 | 217 | 63.4 | 2.7 |
| | Black | 1 | 1 | (B) | (B) | 1 | (B) | (B) | 1 | (B) | (B) |

Note:  The symbol B means that the base is too small to show the derived measure.

N-H represents Non-Hispanic.  API includes Asian and Pacific Islander.

Hispanics may be of any race.

- Represents zero or rounds to zero.