# EXHIBIT I

Table 4a. Reported Voting and Registration of the Total Voting-Age Population, by Sex, Race and Hispanic Origin, for States: November 2002
(In thousands)

| STATE | Population 18 and over | Total citizen | | | Total registered | | | Total voted | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Total | Percent citizen | Confidence interval | Total | Percent registered (18+) | Confidence interval | Total | Percent voted (18+) | Confidence interval |
| UNITED STATES | | | | | | | | | | |
| Total | 210,421 | 192,656 | 91.6 | 0.2 | 128,154 | 60.9 | 0.3 | 88,903 | 42.3 | 0.3 |
| Male | 100,939 | 91,644 | 90.8 | 0.3 | 59,422 | 58.9 | 0.4 | 41,801 | 41.4 | 0.4 |
| Female | 109,481 | 101,012 | 92.3 | 0.2 | 68,732 | 62.8 | 0.4 | 47,102 | 43.0 | 0.4 |
| Non-Hispanic White | 105,499 | 147,171 | 97.8 | 0.1 | 102,154 | 67.9 | 0.3 | 72,259 | 48.0 | 0.4 |
| Non-Hispanic Black | 23,556 | 22,289 | 94.6 | 0.5 | 13,976 | 59.3 | 1.1 | 9,522 | 40.4 | 1.1 |
| Asian and Pacific Islander | 9,631 | 6,008 | 62.4 | 1.8 | 2,955 | 30.7 | 1.7 | 1,873 | 19.4 | 1.4 |
| Hispanic (of any race) | 25,162 | 15,601 | 62.0 | 1.4 | 8,196 | 32.6 | 1.3 | 4,747 | 18.9 | 1.1 |
| White | 174,099 | 161,694 | 92.9 | 0.2 | 109,808 | 63.1 | 0.3 | 76,730 | 44.1 | 0.3 |
| Black | 24,445 | 22,912 | 93.7 | 0.5 | 14,304 | 58.5 | 1.1 | 9,695 | 39.7 | 1.1 |
| ALABAMA | | | | | | | | | | |
| Total | 3,252 | 3,215 | 98.9 | 0.5 | 2,347 | 72.2 | 2.2 | 1,585 | 48.7 | 2.4 |
| Male | 1,520 | 1,503 | 98.9 | 0.7 | 1,059 | 69.6 | 3.2 | 755 | 49.7 | 3.5 |
| Female | 1,732 | 1,712 | 98.8 | 0.7 | 1,288 | 74.4 | 2.9 | 829 | 47.9 | 3.3 |
| Non-Hispanic White | 2,421 | 2,402 | 99.2 | 0.5 | 1,798 | 74.2 | 2.4 | 1,242 | 51.3 | 2.8 |
| Non-Hispanic Black | 776 | 776 | 100.0 | - | 524 | 67.6 | 5.6 | 336 | 43.3 | 5.9 |
| Asian and Pacific Islander | 23 | 18 | (B) | (B) | 13 | (B) | (B) | 6 | (B) | (B) |
| Hispanic (of any race) | 30 | 17 | (B) | (B) | 10 | (B) | (B) | - | (B) | (B) |
| White | 2,452 | 2,419 | 98.7 | 0.6 | 1,807 | 73.7 | 2.4 | 1,242 | 50.7 | 2.8 |
| Black | 776 | 776 | 100.0 | - | 524 | 67.6 | 5.6 | 336 | 43.3 | 5.9 |
| ALASKA | | | | | | | | | | |
| Total | 437 | 418 | 95.7 | 1.0 | 303 | 69.4 | 2.2 | 230 | 52.6 | 2.3 |
| Male | 220 | 212 | 96.4 | 1.2 | 152 | 69.2 | 3.0 | 111 | 50.7 | 3.3 |
| Female | 217 | 206 | 94.9 | 1.5 | 151 | 69.6 | 3.1 | 118 | 54.5 | 3.3 |
| Non-Hispanic White | 318 | 313 | 98.4 | 0.7 | 237 | 74.6 | 2.4 | 184 | 57.8 | 2.7 |
| Non-Hispanic Black | 10 | 10 | (B) | (B) | 4 | (B) | (B) | 3 | (B) | (B) |
| Asian and Pacific Islander | 28 | 20 | (B) | (B) | 12 | (B) | (B) | 8 | (B) | (B) |
| Hispanic (of any race) | 20 | 15 | (B) | (B) | 11 | (B) | (B) | 8 | (B) | (B) |
| White | 333 | 325 | 97.7 | 0.8 | 246 | 73.9 | 2.4 | 190 | 57.1 | 2.6 |
| Black | 13 | 11 | (B) | (B) | 5 | (B) | (B) | 3 | (B) | (B) |
| ARIZONA | | | | | | | | | | |
| Total | 3,800 | 3,293 | 86.6 | 1.7 | 1,930 | 50.8 | 2.5 | 1,397 | 36.8 | 2.4 |
| Male | 1,937 | 1,654 | 85.4 | 2.4 | 959 | 49.5 | 3.4 | 692 | 35.7 | 3.3 |
| Female | 1,863 | 1,638 | 87.9 | 2.3 | 971 | 52.1 | 3.5 | 706 | 37.9 | 3.4 |
| Non-Hispanic White | 2,551 | 2,498 | 97.9 | 0.9 | 1,535 | 60.2 | 2.9 | 1,155 | 45.3 | 3.0 |
| Non-Hispanic Black | 94 | 90 | (B) | (B) | 51 | (B) | (B) | 39 | (B) | (B) |
| Asian and Pacific Islander | 141 | 99 | 70.2 | 14.7 | 34 | 24.1 | 13.8 | 24 | 16.8 | 12.0 |
| Hispanic (of any race) | 940 | 532 | 56.6 | 7.7 | 259 | 27.5 | 6.9 | 155 | 16.4 | 5.7 |
| White | 3,473 | 3,016 | 86.9 | 1.7 | 1,791 | 51.6 | 2.6 | 1,307 | 37.6 | 2.5 |
| Black | 102 | 98 | 95.8 | 7.3 | 53 | 51.8 | 18.1 | 41 | 40.1 | 17.8 |
| ARKANSAS | | | | | | | | | | |
| Total | 1,960 | 1,919 | 98.0 | 0.7 | 1,222 | 62.4 | 2.5 | 888 | 45.3 | 2.5 |
| Male | 921 | 893 | 97.0 | 1.3 | 551 | 59.8 | 3.6 | 400 | 43.5 | 3.7 |
| Female | 1,038 | 1,026 | 98.8 | 0.8 | 671 | 64.6 | 3.4 | 487 | 46.9 | 3.5 |
| Non-Hispanic White | 1,556 | 1,554 | 99.9 | 0.2 | 1,002 | 64.4 | 2.7 | 737 | 47.3 | 2.9 |
| Non-Hispanic Black | 288 | 288 | 100.0 | - | 183 | 63.7 | 7.7 | 130 | 45.1 | 8.0 |
| Asian and Pacific Islander | 13 | 13 | (B) | (B) | 2 | (B) | (B) | - | (B) | (B) |
| Hispanic (of any race) | 82 | 44 | (B) | (B) | 23 | (B) | (B) | 15 | (B) | (B) |
| White | 1,629 | 1,594 | 97.9 | 0.8 | 1,025 | 62.9 | 2.7 | 752 | 46.1 | 2.8 |
| Black | 296 | 290 | 98.2 | 2.1 | 183 | 62.0 | 7.7 | 130 | 44.0 | 7.9 |
| CALIFORNIA | | | | | | | | | | |
| Total | 24,405 | 19,642 | 80.5 | 0.9 | 12,025 | 49.3 | 1.1 | 8,355 | 34.2 | 1.0 |
| Male | 11,962 | 9,555 | 79.9 | 1.3 | 5,599 | 46.8 | 1.6 | 3,960 | 33.1 | 1.5 |
| Female | 12,443 | 10,087 | 81.1 | 1.2 | 6,427 | 51.6 | 1.5 | 4,396 | 35.3 | 1.5 |
| Non-Hispanic White | 12,484 | 11,891 | 95.2 | 0.7 | 7,994 | 64.0 | 1.5 | 5,844 | 46.8 | 1.5 |
| Non-Hispanic Black | 1,434 | 1,392 | 97.1 | 1.8 | 778 | 54.3 | 5.5 | 532 | 37.1 | 5.3 |
| Asian and Pacific Islander | 3,306 | 2,172 | 65.7 | 3.6 | 1,122 | 33.9 | 3.6 | 727 | 22.0 | 3.1 |
| Hispanic (of any race) | 6,964 | 3,974 | 57.1 | 3.2 | 2,017 | 29.0 | 2.9 | 1,206 | 17.3 | 2.5 |
| White | 19,185 | 15,668 | 81.7 | 1.0 | 9,930 | 51.8 | 1.2 | 7,011 | 36.5 | 1.2 |
| Black | 1,503 | 1,440 | 95.8 | 2.2 | 801 | 53.3 | 5.4 | 549 | 36.5 | 5.2 |
| COLORADO | | | | | | | | | | |

| | | Total citizen | | | Total registered | | | Total voted | | |
|---|---|---|---|---|---|---|---|---|---|---|
| STATE | Population 18 and over | Total | Percent citizen | Confidence interval | Total | Percent registered (18+) | Confidence interval | Total | Percent voted (18+) | Confidence interval |
| Total | 3,246 | 2,959 | 91.2 | 1.2 | 1,976 | 60.9 | 2.0 | 1,483 | 45.7 | 2.0 |
| Male | 1,615 | 1,444 | 89.4 | 1.8 | 948 | 58.7 | 2.8 | 733 | 45.4 | 2.9 |
| Female | 1,631 | 1,516 | 92.9 | 1.5 | 1,028 | 63.0 | 2.8 | 749 | 45.9 | 2.9 |
| Non-Hispanic White | 2,447 | 2,407 | 98.4 | 0.6 | 1,685 | 68.9 | 2.2 | 1,287 | 52.6 | 2.3 |
| Non-Hispanic Black | 119 | 114 | 95.3 | 5.4 | 70 | 59.0 | 12.6 | 49 | 41.3 | 12.6 |
| Asian and Pacific Islander | 90 | 54 | (B) | (B) | 25 | (B) | (B) | 18 | (B) | (B) |
| Hispanic (of any race) | 570 | 362 | 63.6 | 7.3 | 184 | 32.2 | 7.1 | 118 | 20.7 | 6.2 |
| White | 2,981 | 2,749 | 92.2 | 1.1 | 1,865 | 62.6 | 2.0 | 1,401 | 47.0 | 2.1 |
| Black | 119 | 114 | 95.3 | 5.4 | 70 | 59.0 | 12.6 | 49 | 41.3 | 12.6 |
| CONNECTICUT | | | | | | | | | | |
| Total | 2,574 | 2,385 | 92.7 | 1.1 | 1,679 | 65.2 | 2.0 | 1,134 | 44.1 | 2.0 |
| Male | 1,195 | 1,111 | 92.9 | 1.6 | 757 | 63.4 | 2.9 | 514 | 43.0 | 3.0 |
| Female | 1,379 | 1,274 | 92.4 | 1.5 | 922 | 66.9 | 2.7 | 620 | 45.0 | 2.8 |
| Non-Hispanic White | 2,024 | 1,964 | 97.0 | 0.8 | 1,420 | 70.2 | 2.1 | 997 | 49.3 | 2.3 |
| Non-Hispanic Black | 245 | 209 | 85.2 | 5.8 | 137 | 56.0 | 8.0 | 77 | 31.4 | 7.5 |
| Asian and Pacific Islander | 81 | 29 | (B) | (B) | 19 | (B) | (B) | 7 | (B) | (B) |
| Hispanic (of any race) | 213 | 175 | 82.3 | 8.6 | 98 | 45.9 | 11.2 | 50 | 23.5 | 9.6 |
| White | 2,215 | 2,121 | 95.7 | 0.9 | 1,508 | 68.0 | 2.1 | 1,041 | 47.0 | 2.2 |
| Black | 267 | 227 | 84.9 | 5.6 | 147 | 55.2 | 7.7 | 84 | 31.3 | 7.2 |
| DELAWARE | | | | | | | | | | |
| Total | 590 | 559 | 94.7 | 1.1 | 385 | 65.2 | 2.3 | 253 | 42.9 | 2.4 |
| Male | 272 | 254 | 93.5 | 1.8 | 169 | 62.2 | 3.5 | 109 | 40.1 | 3.6 |
| Female | 318 | 305 | 95.7 | 1.4 | 216 | 67.8 | 3.1 | 144 | 45.4 | 3.3 |
| Non-Hispanic White | 433 | 428 | 98.8 | 0.6 | 310 | 71.6 | 2.6 | 207 | 47.7 | 2.9 |
| Non-Hispanic Black | 106 | 102 | 96.1 | 2.7 | 60 | 56.3 | 7.0 | 37 | 35.3 | 6.7 |
| Asian and Pacific Islander | 22 | 10 | (B) | (B) | 4 | (B) | (B) | 3 | (B) | (B) |
| Hispanic (of any race) | 26 | 17 | (B) | (B) | 9 | (B) | (B) | 5 | (B) | (B) |
| White | 456 | 441 | 96.8 | 1.0 | 318 | 69.8 | 2.6 | 211 | 46.2 | 2.8 |
| Black | 109 | 105 | 96.2 | 2.6 | 61 | 55.7 | 6.9 | 39 | 35.4 | 6.6 |
| DISTRICT OF COLUMBIA | | | | | | | | | | |
| Total | 435 | 389 | 89.4 | 1.6 | 295 | 67.9 | 2.4 | 207 | 47.6 | 2.5 |
| Male | 193 | 167 | 86.9 | 2.6 | 120 | 62.5 | 3.7 | 82 | 42.7 | 3.8 |
| Female | 242 | 221 | 91.4 | 1.9 | 175 | 72.2 | 3.0 | 125 | 51.5 | 3.4 |
| Non-Hispanic White | 132 | 125 | 94.8 | 2.0 | 104 | 78.6 | 3.8 | 72 | 54.5 | 4.6 |
| Non-Hispanic Black | 250 | 244 | 97.3 | 1.3 | 179 | 71.6 | 3.6 | 130 | 51.9 | 4.0 |
| Asian and Pacific Islander | 12 | 6 | (B) | (B) | 4 | (B) | (B) | 1 | (B) | (B) |
| Hispanic (of any race) | 40 | 13 | (B) | (B) | 8 | (B) | (B) | 4 | (B) | (B) |
| White | 170 | 136 | 80.4 | 3.2 | 112 | 65.8 | 3.8 | 76 | 44.8 | 4.0 |
| Black | 253 | 245 | 97.0 | 1.4 | 179 | 71.0 | 3.6 | 130 | 51.4 | 4.0 |
| FLORIDA | | | | | | | | | | |
| Total | 12,539 | 11,043 | 88.1 | 0.9 | 7,290 | 58.1 | 1.3 | 5,334 | 42.5 | 1.3 |
| Male | 5,937 | 5,187 | 87.4 | 1.3 | 3,342 | 56.3 | 1.9 | 2,442 | 41.1 | 1.9 |
| Female | 6,602 | 5,856 | 88.7 | 1.2 | 3,948 | 59.8 | 1.8 | 2,891 | 43.8 | 1.8 |
| Non-Hispanic White | 8,236 | 7,958 | 96.6 | 0.6 | 5,488 | 66.6 | 1.6 | 4,073 | 49.5 | 1.7 |
| Non-Hispanic Black | 1,691 | 1,379 | 81.5 | 3.4 | 826 | 48.8 | 4.4 | 575 | 34.0 | 4.2 |
| Asian and Pacific Islander | 284 | 174 | 61.2 | 11.0 | 86 | 30.4 | 10.4 | 66 | 23.4 | 9.6 |
| Hispanic (of any race) | 2,334 | 1,531 | 65.6 | 4.7 | 914 | 39.1 | 4.8 | 639 | 27.4 | 4.4 |
| White | 10,433 | 9,398 | 90.1 | 0.9 | 6,334 | 60.7 | 1.4 | 4,672 | 44.8 | 1.5 |
| Black | 1,767 | 1,419 | 80.3 | 3.5 | 846 | 47.9 | 4.3 | 583 | 33.0 | 4.1 |
| GEORGIA | | | | | | | | | | |
| Total | 6,080 | 5,749 | 94.6 | 1.1 | 3,737 | 61.5 | 2.3 | 2,431 | 40.0 | 2.3 |
| Male | 2,867 | 2,694 | 94.0 | 1.6 | 1,729 | 60.3 | 3.4 | 1,125 | 39.2 | 3.4 |
| Female | 3,213 | 3,055 | 95.1 | 1.4 | 2,009 | 62.5 | 3.1 | 1,306 | 40.6 | 3.2 |
| Non-Hispanic White | 3,944 | 3,889 | 98.6 | 0.7 | 2,576 | 65.3 | 2.8 | 1,695 | 43.0 | 2.9 |
| Non-Hispanic Black | 1,753 | 1,676 | 95.6 | 2.2 | 1,071 | 61.1 | 5.2 | 676 | 38.6 | 5.2 |
| Asian and Pacific Islander | 118 | 57 | 48.6 | 21.4 | 28 | 23.8 | 18.3 | 24 | 20.5 | 17.3 |
| Hispanic (of any race) | 241 | 112 | 46.7 | 18.6 | 56 | 23.5 | 15.8 | 35 | 14.5 | 13.1 |
| White | 4,161 | 3,978 | 95.6 | 1.2 | 2,609 | 62.7 | 2.8 | 1,723 | 41.4 | 2.8 |
| Black | 1,777 | 1,699 | 95.7 | 2.2 | 1,095 | 61.6 | 5.1 | 683 | 38.5 | 5.1 |
| HAWAII | | | | | | | | | | |
| Total | 873 | 801 | 91.8 | 1.3 | 425 | 48.7 | 2.4 | 363 | 41.6 | 2.4 |

Table 4a. Reported Voting and Registration of the Total Voting-Age Population, by Sex, Race and Hispanic Origin, for States: November 2002
(In thousands)

| Table 4a. Reported Voting and Registration of the Total Voting-Age Population, by Sex, Race and Hispanic Origin, for States: November 2002 | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| (In thousands) | | | | | | | | | |
| | | | | | | | | | |
| | | Total citizen | | | Total registered | | | Total voted | | |
| STATE | Population 18 and over | Total | Percent citizen | Confidence interval | Total | Percent registered (18+) | Confidence interval | Total | Percent voted (18+) | Confidence interval |
| Male | 417 | 387 | 92.8 | 1.8 | 205 | 49.1 | 3.5 | 174 | 41.7 | 3.5 |
| Female | 456 | 414 | 90.9 | 1.9 | 221 | 48.4 | 3.4 | 190 | 41.6 | 3.3 |
| Non-Hispanic White | 202 | 193 | 95.7 | 2.1 | 120 | 59.2 | 5.0 | 101 | 49.8 | 5.1 |
| Non-Hispanic Black | 11 | 11 | (B) | (B) | 4 | (B) | (B) | 4 | (B) | (B) |
| Asian and Pacific Islander | 631 | 570 | 90.4 | 2.1 | 291 | 46.1 | 3.6 | 250 | 39.6 | 3.5 |
| Hispanic (of any race) | 26 | 23 | (B) | (B) | 7 | (B) | (B) | 6 | (B) | (B) |
| White | 223 | 212 | 95.0 | 2.1 | 127 | 56.7 | 4.8 | 107 | 47.9 | 4.8 |
| Black | 11 | 11 | (B) | (B) | 4 | (B) | (B) | 4 | (B) | (B) |
| IDAHO | | | | | | | | | | |
| Total | 950 | 916 | 96.4 | 0.9 | 567 | 59.7 | 2.5 | 425 | 44.7 | 2.5 |
| Male | 457 | 439 | 96.1 | 1.4 | 274 | 60.0 | 3.5 | 202 | 44.3 | 3.6 |
| Female | 493 | 476 | 96.7 | 1.2 | 293 | 59.4 | 3.4 | 222 | 45.1 | 3.5 |
| Non-Hispanic White | 865 | 860 | 99.5 | 0.4 | 546 | 63.1 | 2.5 | 411 | 47.5 | 2.6 |
| Non-Hispanic Black | 2 | 2 | (B) | (B) | 2 | (B) | (B) | 1 | (B) | (B) |
| Asian and Pacific Islander | 6 | 5 | (B) | (B) | 2 | (B) | (B) | 2 | (B) | (B) |
| Hispanic (of any race) | 64 | 36 | (B) | (B) | 14 | (B) | (B) | 8 | (B) | (B) |
| White | 929 | 897 | 95.6 | 0.9 | 560 | 60.3 | 2.5 | 419 | 45.1 | 2.5 |
| Black | 2 | 2 | (B) | (B) | 2 | (B) | (B) | 1 | (B) | (B) |
| ILLINOIS | | | | | | | | | | |
| Total | 9,366 | 8,575 | 91.6 | 0.8 | 5,781 | 61.7 | 1.5 | 4,014 | 42.9 | 1.5 |
| Male | 4,468 | 4,034 | 90.3 | 1.3 | 2,690 | 60.2 | 2.1 | 1,921 | 43.0 | 2.2 |
| Female | 4,898 | 4,541 | 92.7 | 1.1 | 3,091 | 63.1 | 2.0 | 2,092 | 42.7 | 2.1 |
| Non-Hispanic White | 6,903 | 6,683 | 96.8 | 0.6 | 4,573 | 66.3 | 1.7 | 3,198 | 46.3 | 1.8 |
| Non-Hispanic Black | 1,160 | 1,142 | 98.4 | 1.3 | 792 | 68.3 | 4.9 | 587 | 50.6 | 5.2 |
| Asian and Pacific Islander | 338 | 193 | 57.3 | 10.0 | 103 | 30.5 | 9.3 | 49 | 14.6 | 7.1 |
| Hispanic (of any race) | 938 | 529 | 56.4 | 7.5 | 299 | 31.9 | 7.0 | 171 | 18.2 | 5.8 |
| White | 7,820 | 7,202 | 92.1 | 0.9 | 4,864 | 62.2 | 1.6 | 3,366 | 43.0 | 1.6 |
| Black | 1,167 | 1,149 | 98.5 | 1.3 | 799 | 68.5 | 4.8 | 590 | 50.6 | 5.2 |
| INDIANA | | | | | | | | | | |
| Total | 4,646 | 4,593 | 98.9 | 0.4 | 2,829 | 60.9 | 1.9 | 1,856 | 39.9 | 1.9 |
| Male | 2,227 | 2,199 | 98.7 | 0.6 | 1,329 | 59.7 | 2.8 | 882 | 39.6 | 2.8 |
| Female | 2,419 | 2,394 | 99.0 | 0.6 | 1,501 | 62.0 | 2.7 | 974 | 40.3 | 2.7 |
| Non-Hispanic White | 4,163 | 4,156 | 99.8 | 0.2 | 2,604 | 62.6 | 2.0 | 1,703 | 40.9 | 2.1 |
| Non-Hispanic Black | 341 | 341 | 100.0 | - | 184 | 54.1 | 8.8 | 137 | 40.1 | 8.7 |
| Asian and Pacific Islander | 30 | 17 | (B) | (B) | 7 | (B) | (B) | - | (B) | (B) |
| Hispanic (of any race) | 105 | 71 | 67.9 | 19.4 | 30 | 28.5 | 18.7 | 14 | 12.9 | 13.9 |
| White | 4,264 | 4,227 | 99.1 | 0.4 | 2,634 | 61.8 | 2.0 | 1,716 | 40.2 | 2.0 |
| Black | 341 | 341 | 100.0 | - | 184 | 54.1 | 8.8 | 137 | 40.1 | 8.7 |
| IOWA | | | | | | | | | | |
| Total | 2,152 | 2,071 | 96.2 | 0.8 | 1,495 | 69.5 | 2.0 | 1,053 | 48.9 | 2.2 |
| Male | 1,023 | 983 | 96.1 | 1.2 | 685 | 66.9 | 3.0 | 494 | 48.3 | 3.1 |
| Female | 1,129 | 1,088 | 96.4 | 1.1 | 810 | 71.7 | 2.7 | 560 | 49.6 | 3.0 |
| Non-Hispanic White | 1,980 | 1,958 | 98.9 | 0.5 | 1,436 | 72.5 | 2.0 | 1,016 | 51.3 | 2.3 |
| Non-Hispanic Black | 44 | 44 | (B) | (B) | 30 | (B) | (B) | 16 | (B) | (B) |
| Asian and Pacific Islander | 36 | 11 | (B) | (B) | 2 | (B) | (B) | - | (B) | (B) |
| Hispanic (of any race) | 81 | 47 | (B) | (B) | 16 | (B) | (B) | 12 | (B) | (B) |
| White | 2,061 | 2,004 | 97.3 | 0.7 | 1,452 | 70.5 | 2.0 | 1,028 | 49.9 | 2.2 |
| Black | 44 | 44 | (B) | (B) | 30 | (B) | (B) | 16 | (B) | (B) |
| KANSAS | | | | | | | | | | |
| Total | 2,038 | 1,938 | 95.1 | 0.9 | 1,298 | 63.7 | 2.1 | 944 | 46.3 | 2.2 |
| Male | 993 | 939 | 94.5 | 1.4 | 608 | 61.2 | 3.0 | 448 | 45.2 | 3.1 |
| Female | 1,045 | 1,000 | 95.7 | 1.2 | 690 | 66.1 | 2.9 | 496 | 47.5 | 3.0 |
| Non-Hispanic White | 1,669 | 1,648 | 98.7 | 0.5 | 1,165 | 69.8 | 2.2 | 855 | 51.3 | 2.4 |
| Non-Hispanic Black | 136 | 135 | 99.2 | 1.8 | 62 | 45.5 | 10.1 | 46 | 34.0 | 9.6 |
| Asian and Pacific Islander | 44 | 27 | (B) | (B) | 9 | (B) | (B) | 5 | (B) | (B) |
| Hispanic (of any race) | 167 | 107 | 64.0 | 11.4 | 45 | 27.0 | 10.6 | 25 | 15.0 | 8.5 |
| White | 1,821 | 1,742 | 95.6 | 0.9 | 1,205 | 66.2 | 2.2 | 879 | 48.2 | 2.3 |
| Black | 139 | 138 | 99.2 | 1.8 | 62 | 44.6 | 10.0 | 46 | 33.4 | 9.5 |
| KENTUCKY | | | | | | | | | | |
| Total | 3,012 | 2,984 | 99.1 | 0.4 | 2,017 | 67.0 | 2.2 | 1,367 | 45.4 | 2.3 |
| Male | 1,448 | 1,434 | 99.0 | 0.7 | 968 | 66.8 | 3.2 | 693 | 47.9 | 3.4 |

| STATE | Population 18 and over | Total citizen | | | Total registered | | | Total voted | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Total | Percent citizen | Confidence interval | Total | Percent registered (18+) | Confidence interval | Total | Percent voted (18+) | Confidence interval |
| Table 4a. Reported Voting and Registration of the Total Voting-Age Population, by Sex, Race and Hispanic Origin, for States: November 2002 | | | | | | | | | | |
| (In thousands) | | | | | | | | | | |
| Female | 1,564 | 1,551 | 99.2 | 0.6 | 1,049 | 67.1 | 3.1 | 674 | 43.1 | 3.2 |
| Non-Hispanic White | 2,733 | 2,729 | 99.9 | 0.2 | 1,882 | 68.8 | 2.3 | 1,280 | 46.8 | 2.5 |
| Non-Hispanic Black | 216 | 216 | 100.0 | - | 116 | 53.8 | 10.6 | 76 | 35.0 | 10.1 |
| Asian and Pacific Islander | 35 | 19 | (B) | (B) | 9 | (B) | (B) | 7 | (B) | (B) |
| Hispanic (of any race) | 20 | 12 | (B) | (B) | 7 | (B) | (B) | 5 | (B) | (B) |
| White | 2,751 | 2,739 | 99.6 | 0.3 | 1,889 | 68.7 | 2.3 | 1,285 | 46.7 | 2.4 |
| Black | 216 | 216 | 100.0 | - | 116 | 53.8 | 10.6 | 76 | 35.0 | 10.1 |
| LOUISIANA | | | | | | | | | | |
| Total | 3,092 | 3,034 | 98.1 | 0.7 | 2,276 | 73.6 | 2.3 | 1,527 | 49.4 | 2.6 |
| Male | 1,397 | 1,367 | 97.9 | 1.1 | 989 | 70.8 | 3.5 | 668 | 47.8 | 3.9 |
| Female | 1,695 | 1,667 | 98.3 | 0.9 | 1,287 | 75.9 | 3.0 | 858 | 50.6 | 3.5 |
| Non-Hispanic White | 2,005 | 1,990 | 99.3 | 0.6 | 1,515 | 75.6 | 2.8 | 1,045 | 52.1 | 3.2 |
| Non-Hispanic Black | 902 | 895 | 99.2 | 1.0 | 672 | 74.5 | 5.1 | 431 | 47.8 | 5.8 |
| Asian and Pacific Islander | 30 | 24 | (B) | (B) | 9 | (B) | (B) | 3 | (B) | (B) |
| Hispanic (of any race) | 135 | 106 | 78.2 | 16.1 | 63 | 46.8 | 19.5 | 38 | 28.0 | 17.6 |
| White | 2,118 | 2,077 | 98.1 | 0.9 | 1,571 | 74.2 | 2.8 | 1,080 | 51.0 | 3.1 |
| Black | 924 | 913 | 98.8 | 1.2 | 680 | 73.5 | 5.1 | 434 | 46.9 | 5.7 |
| MAINE | | | | | | | | | | |
| Total | 1,042 | 1,028 | 98.6 | 0.5 | 831 | 79.7 | 1.6 | 594 | 57.0 | 2.0 |
| Male | 504 | 498 | 98.8 | 0.6 | 391 | 77.5 | 2.4 | 283 | 56.2 | 2.9 |
| Female | 538 | 530 | 98.5 | 0.7 | 440 | 81.8 | 2.2 | 311 | 57.7 | 2.8 |
| Non-Hispanic White | 1,021 | 1,009 | 98.8 | 0.4 | 819 | 80.2 | 1.6 | 587 | 57.5 | 2.0 |
| Non-Hispanic Black | 6 | 5 | (B) | (B) | 3 | (B) | (B) | 2 | (B) | (B) |
| Asian and Pacific Islander | 7 | 6 | (B) | (B) | 5 | (B) | (B) | 1 | (B) | (B) |
| Hispanic (of any race) | 5 | 5 | (B) | (B) | 3 | (B) | (B) | 3 | (B) | (B) |
| White | 1,026 | 1,013 | 98.8 | 0.4 | 822 | 80.1 | 1.6 | 589 | 57.4 | 2.0 |
| Black | 7 | 6 | (B) | (B) | 4 | (B) | (B) | 3 | (B) | (B) |
| MARYLAND | | | | | | | | | | |
| Total | 3,922 | 3,583 | 91.3 | 1.2 | 2,377 | 60.6 | 2.1 | 1,826 | 46.6 | 2.2 |
| Male | 1,805 | 1,624 | 90.0 | 1.9 | 1,043 | 57.8 | 3.2 | 799 | 44.3 | 3.2 |
| Female | 2,117 | 1,959 | 92.5 | 1.6 | 1,335 | 63.0 | 2.9 | 1,028 | 48.5 | 3.0 |
| Non-Hispanic White | 2,472 | 2,415 | 97.7 | 0.8 | 1,662 | 67.3 | 2.6 | 1,311 | 53.0 | 2.7 |
| Non-Hispanic Black | 1,005 | 933 | 92.8 | 2.7 | 590 | 58.7 | 5.1 | 429 | 42.7 | 5.1 |
| Asian and Pacific Islander | 227 | 117 | 51.4 | 11.4 | 63 | 27.7 | 10.2 | 45 | 19.6 | 9.1 |
| Hispanic (of any race) | 198 | 88 | 44.5 | 15.1 | 42 | 21.3 | 12.5 | 27 | 13.8 | 10.5 |
| White | 2,617 | 2,485 | 95.0 | 1.2 | 1,702 | 65.0 | 2.5 | 1,336 | 51.1 | 2.7 |
| Black | 1,045 | 951 | 91.0 | 2.9 | 592 | 56.7 | 5.1 | 431 | 41.3 | 5.0 |
| MASSACHUSETTS | | | | | | | | | | |
| Total | 4,931 | 4,459 | 90.4 | 1.1 | 3,198 | 64.8 | 1.9 | 2,340 | 47.5 | 1.9 |
| Male | 2,323 | 2,052 | 88.3 | 1.8 | 1,445 | 62.2 | 2.7 | 1,047 | 45.1 | 2.8 |
| Female | 2,608 | 2,407 | 92.3 | 1.4 | 1,752 | 67.2 | 2.5 | 1,293 | 49.6 | 2.7 |
| Non-Hispanic White | 4,154 | 3,941 | 94.9 | 0.9 | 2,912 | 70.1 | 1.9 | 2,138 | 51.5 | 2.1 |
| Non-Hispanic Black | 292 | 236 | 80.9 | 7.6 | 170 | 58.3 | 9.5 | 133 | 45.4 | 9.6 |
| Asian and Pacific Islander | 166 | 103 | 62.2 | 12.9 | 42 | 25.1 | 11.6 | 23 | 14.0 | 9.3 |
| Hispanic (of any race) | 315 | 180 | 57.2 | 11.9 | 74 | 23.4 | 10.2 | 46 | 14.7 | 8.5 |
| White | 4,424 | 4,103 | 92.8 | 1.1 | 2,980 | 67.4 | 1.9 | 2,179 | 49.3 | 2.0 |
| Black | 316 | 252 | 79.8 | 7.4 | 176 | 55.5 | 9.2 | 138 | 43.6 | 9.2 |
| MICHIGAN | | | | | | | | | | |
| Total | 7,629 | 7,323 | 96.0 | 0.7 | 5,291 | 69.3 | 1.5 | 3,684 | 48.3 | 1.7 |
| Male | 3,697 | 3,533 | 95.6 | 1.0 | 2,474 | 66.9 | 2.2 | 1,707 | 46.2 | 2.4 |
| Female | 3,933 | 3,790 | 96.4 | 0.9 | 2,817 | 71.6 | 2.1 | 1,977 | 50.3 | 2.3 |
| Non-Hispanic White | 6,134 | 6,030 | 98.3 | 0.5 | 4,474 | 72.9 | 1.6 | 3,146 | 51.3 | 1.8 |
| Non-Hispanic Black | 950 | 935 | 98.5 | 1.4 | 618 | 65.1 | 5.4 | 426 | 44.8 | 5.7 |
| Asian and Pacific Islander | 257 | 140 | 54.6 | 11.4 | 65 | 25.2 | 9.9 | 41 | 16.0 | 8.4 |
| Hispanic (of any race) | 237 | 167 | 70.3 | 13.5 | 109 | 46.1 | 14.7 | 56 | 23.5 | 12.5 |
| White | 6,359 | 6,184 | 97.2 | 0.6 | 4,578 | 72.0 | 1.6 | 3,199 | 50.3 | 1.8 |
| Black | 953 | 938 | 98.5 | 1.4 | 621 | 65.2 | 5.4 | 428 | 45.0 | 5.6 |
| MINNESOTA | | | | | | | | | | |
| Total | 3,823 | 3,634 | 95.1 | 0.9 | 2,888 | 75.6 | 1.8 | 2,450 | 64.1 | 2.0 |
| Male | 1,872 | 1,769 | 94.5 | 1.3 | 1,371 | 73.2 | 2.6 | 1,181 | 63.1 | 2.8 |
| Female | 1,951 | 1,864 | 95.6 | 1.2 | 1,517 | 77.8 | 2.4 | 1,269 | 65.0 | 2.7 |

| STATE | Population 18 and over | Total citizen | | | Total registered | | | Total voted | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Table 4a. Reported Voting and Registration of the Total Voting-Age Population, by Sex, Race and Hispanic Origin, for States: November 2002 | | | | | | | | | | |
| (In thousands) | | | | | | | | | | |
| | | | | | | | | | | |
| | | Total | Percent citizen | Confidence interval | Total | Percent registered (18+) | Confidence interval | Total | Percent voted (18+) | Confidence interval |
| Non-Hispanic White | 3,474 | 3,419 | 98.4 | 0.5 | 2,763 | 79.5 | 1.7 | 2,346 | 67.5 | 2.0 |
| Non-Hispanic Black | 118 | 90 | 76.3 | 12.0 | 40 | 33.7 | 13.4 | 35 | 29.8 | 12.9 |
| Asian and Pacific Islander | 85 | 36 | (B) | (B) | 28 | (B) | (B) | 25 | (B) | (B) |
| Hispanic (of any race) | 106 | 48 | 45.2 | 19.3 | 32 | 30.2 | 17.8 | 25 | 24.0 | 16.6 |
| White | 3,580 | 3,467 | 96.9 | 0.7 | 2,795 | 78.1 | 1.8 | 2,371 | 66.2 | 2.0 |
| Black | 118 | 90 | 76.3 | 12.0 | 40 | 33.7 | 13.4 | 35 | 29.8 | 12.9 |
| MISSISSIPPI | | | | | | | | | | |
| Total | 2,014 | 1,982 | 98.4 | 0.7 | 1,400 | 69.5 | 2.5 | 855 | 42.5 | 2.7 |
| Male | 948 | 930 | 98.0 | 1.1 | 619 | 65.3 | 3.7 | 383 | 40.3 | 3.8 |
| Female | 1,065 | 1,052 | 98.8 | 0.8 | 781 | 73.4 | 3.3 | 472 | 44.3 | 3.7 |
| Non-Hispanic White | 1,320 | 1,320 | 100.0 | - | 952 | 72.1 | 3.0 | 589 | 44.6 | 3.3 |
| Non-Hispanic Black | 628 | 628 | 100.0 | - | 434 | 69.1 | 5.4 | 257 | 40.8 | 5.7 |
| Asian and Pacific Islander | 12 | 6 | (B) | (B) | 2 | (B) | (B) | 2 | (B) | (B) |
| Hispanic (of any race) | 49 | 23 | (B) | (B) | 8 | (B) | (B) | 4 | (B) | (B) |
| White | 1,350 | 1,338 | 99.1 | 0.6 | 954 | 70.7 | 3.0 | 589 | 43.6 | 3.3 |
| Black | 648 | 634 | 97.8 | 1.7 | 440 | 67.9 | 5.4 | 260 | 40.2 | 5.6 |
| MISSOURI | | | | | | | | | | |
| Total | 4,143 | 4,058 | 97.9 | 0.6 | 2,981 | 72.0 | 2.0 | 2,134 | 51.5 | 2.2 |
| Male | 1,908 | 1,863 | 97.7 | 1.0 | 1,320 | 69.2 | 3.0 | 931 | 48.8 | 3.2 |
| Female | 2,235 | 2,194 | 98.2 | 0.8 | 1,662 | 74.4 | 2.6 | 1,203 | 53.8 | 3.0 |
| Non-Hispanic White | 3,555 | 3,518 | 99.0 | 0.5 | 2,587 | 72.8 | 2.1 | 1,885 | 53.0 | 2.4 |
| Non-Hispanic Black | 452 | 452 | 100.0 | - | 338 | 74.6 | 7.0 | 237 | 52.4 | 8.0 |
| Asian and Pacific Islander | 59 | 29 | (B) | (B) | 20 | (B) | (B) | - | (B) | (B) |
| Hispanic (of any race) | 58 | 40 | (B) | (B) | 21 | (B) | (B) | 12 | (B) | (B) |
| White | 3,611 | 3,556 | 98.5 | 0.6 | 2,605 | 72.2 | 2.1 | 1,895 | 52.5 | 2.3 |
| Black | 455 | 455 | 100.0 | - | 340 | 74.8 | 7.0 | 239 | 52.6 | 8.0 |
| MONTANA | | | | | | | | | | |
| Total | 680 | 673 | 98.9 | 0.5 | 468 | 68.7 | 2.4 | 363 | 53.4 | 2.6 |
| Male | 340 | 337 | 99.0 | 0.7 | 229 | 67.2 | 3.4 | 175 | 51.4 | 3.7 |
| Female | 340 | 336 | 98.8 | 0.8 | 239 | 70.2 | 3.4 | 188 | 55.3 | 3.6 |
| Non-Hispanic White | 630 | 626 | 99.3 | 0.5 | 441 | 69.9 | 2.5 | 346 | 54.9 | 2.7 |
| Non-Hispanic Black | 4 | 4 | (B) | (B) | - | (B) | (B) | - | (B) | (B) |
| Asian and Pacific Islander | 3 | 3 | (B) | (B) | 3 | (B) | (B) | 2 | (B) | (B) |
| Hispanic (of any race) | 12 | 10 | (B) | (B) | 7 | (B) | (B) | 4 | (B) | (B) |
| White | 643 | 636 | 98.9 | 0.5 | 448 | 69.7 | 2.5 | 350 | 54.4 | 2.7 |
| Black | 4 | 4 | (B) | (B) | - | (B) | (B) | - | (B) | (B) |
| NEBRASKA | | | | | | | | | | |
| Total | 1,257 | 1,185 | 94.2 | 1.1 | 838 | 66.7 | 2.2 | 546 | 43.4 | 2.3 |
| Male | 623 | 582 | 93.4 | 1.6 | 393 | 63.2 | 3.2 | 259 | 41.6 | 3.3 |
| Female | 635 | 603 | 95.0 | 1.4 | 445 | 70.1 | 3.0 | 287 | 45.2 | 3.3 |
| Non-Hispanic White | 1,087 | 1,083 | 99.7 | 0.3 | 787 | 72.4 | 2.2 | 521 | 47.9 | 2.5 |
| Non-Hispanic Black | 49 | 44 | (B) | (B) | 27 | (B) | (B) | 14 | (B) | (B) |
| Asian and Pacific Islander | 19 | 11 | (B) | (B) | 5 | (B) | (B) | 2 | (B) | (B) |
| Hispanic (of any race) | 95 | 40 | (B) | (B) | 16 | (B) | (B) | 9 | (B) | (B) |
| White | 1,171 | 1,120 | 95.7 | 1.0 | 801 | 68.4 | 2.2 | 529 | 45.2 | 2.4 |
| Black | 50 | 44 | (B) | (B) | 28 | (B) | (B) | 14 | (B) | (B) |
| NEVADA | | | | | | | | | | |
| Total | 1,580 | 1,371 | 86.8 | 1.4 | 775 | 49.1 | 2.1 | 585 | 37.0 | 2.0 |
| Male | 773 | 663 | 85.8 | 2.1 | 383 | 49.6 | 3.0 | 287 | 37.1 | 2.9 |
| Female | 807 | 708 | 87.7 | 1.9 | 392 | 48.6 | 2.9 | 298 | 36.9 | 2.8 |
| Non-Hispanic White | 1,047 | 1,026 | 98.0 | 0.7 | 637 | 60.9 | 2.5 | 491 | 46.9 | 2.6 |
| Non-Hispanic Black | 86 | 86 | (B) | (B) | 43 | (B) | (B) | 30 | (B) | (B) |
| Asian and Pacific Islander | 106 | 65 | 61.3 | 10.0 | 27 | 25.1 | 8.9 | 20 | 19.2 | 8.1 |
| Hispanic (of any race) | 325 | 179 | 54.9 | 7.2 | 65 | 20.0 | 5.8 | 42 | 13.0 | 4.9 |
| White | 1,362 | 1,195 | 87.8 | 1.5 | 698 | 51.2 | 2.3 | 529 | 38.8 | 2.2 |
| Black | 91 | 91 | (B) | (B) | 44 | (B) | (B) | 30 | (B) | (B) |
| NEW HAMPSHIRE | | | | | | | | | | |
| Total | 991 | 952 | 96.1 | 0.8 | 629 | 63.5 | 2.0 | 485 | 49.0 | 2.1 |
| Male | 477 | 458 | 96.0 | 1.2 | 293 | 61.4 | 3.0 | 229 | 48.0 | 3.0 |
| Female | 514 | 494 | 96.2 | 1.1 | 336 | 65.4 | 2.8 | 256 | 49.8 | 2.9 |
| Non-Hispanic White | 936 | 920 | 98.3 | 0.6 | 611 | 65.2 | 2.1 | 470 | 50.2 | 2.2 |

| STATE | Population 18 and over | Total citizen | | | Total registered | | | Total voted | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Total | Percent citizen | Confidence interval | Total | Percent registered (18+) | Confidence interval | Total | Percent voted (18+) | Confidence interval |

Table 4a. Reported Voting and Registration of the Total Voting-Age Population, by Sex, Race and Hispanic Origin, for States: November 2002
(In thousands)

| STATE | Population 18 and over | Total | Percent citizen | Confidence interval | Total | Percent registered (18+) | Confidence interval | Total | Percent voted (18+) | Confidence interval |
|---|---|---|---|---|---|---|---|---|---|---|
| Non-Hispanic Black | 3 | 2 | (B) | (B) | 1 | (B) | (B) | - | (B) | (B) |
| Asian and Pacific Islander | 36 | 17 | (B) | (B) | 11 | (B) | (B) | 11 | (B) | (B) |
| Hispanic (of any race) | 13 | 11 | (B) | (B) | 6 | (B) | (B) | 6 | (B) | (B) |
| White | 947 | 928 | 98.0 | 0.6 | 615 | 64.9 | 2.1 | 474 | 50.0 | 2.2 |
| Black | 3 | 2 | (B) | (B) | 1 | (B) | (B) | - | (B) | (B) |
| NEW JERSEY | | | | | | | | | | |
| Total | 6,669 | 5,853 | 87.8 | 1.1 | 3,802 | 57.0 | 1.6 | 2,504 | 37.5 | 1.6 |
| Male | 3,252 | 2,801 | 86.1 | 1.6 | 1,761 | 54.2 | 2.4 | 1,178 | 36.2 | 2.3 |
| Female | 3,417 | 3,052 | 89.3 | 1.4 | 2,041 | 59.7 | 2.3 | 1,325 | 38.8 | 2.3 |
| Non-Hispanic White | 4,644 | 4,434 | 95.5 | 0.8 | 3,060 | 65.9 | 1.9 | 2,018 | 43.4 | 2.0 |
| Non-Hispanic Black | 708 | 652 | 92.0 | 3.3 | 390 | 55.1 | 6.1 | 267 | 37.8 | 6.0 |
| Asian and Pacific Islander | 355 | 177 | 49.8 | 9.1 | 80 | 22.6 | 7.6 | 54 | 15.2 | 6.5 |
| Hispanic (of any race) | 927 | 561 | 60.6 | 6.8 | 251 | 27.0 | 6.2 | 157 | 16.9 | 5.2 |
| White | 5,461 | 4,916 | 90.0 | 1.1 | 3,266 | 59.8 | 1.8 | 2,148 | 39.3 | 1.8 |
| Black | 801 | 721 | 90.1 | 3.5 | 429 | 53.6 | 5.8 | 287 | 35.9 | 5.6 |
| NEW MEXICO | | | | | | | | | | |
| Total | 1,318 | 1,232 | 93.4 | 1.3 | 727 | 55.1 | 2.6 | 547 | 41.5 | 2.6 |
| Male | 643 | 597 | 92.8 | 1.9 | 351 | 54.7 | 3.8 | 268 | 41.7 | 3.7 |
| Female | 675 | 635 | 94.0 | 1.7 | 375 | 55.6 | 3.7 | 279 | 41.3 | 3.6 |
| Non-Hispanic White | 589 | 581 | 98.7 | 0.9 | 367 | 62.3 | 3.8 | 288 | 48.9 | 3.9 |
| Non-Hispanic Black | 36 | 35 | (B) | (B) | 25 | (B) | (B) | 18 | (B) | (B) |
| Asian and Pacific Islander | 21 | 11 | (B) | (B) | 5 | (B) | (B) | 5 | (B) | (B) |
| Hispanic (of any race) | 551 | 483 | 87.7 | 4.2 | 274 | 49.8 | 6.4 | 195 | 35.4 | 6.1 |
| White | 1,132 | 1,057 | 93.3 | 1.4 | 638 | 56.3 | 2.8 | 480 | 42.4 | 2.8 |
| Black | 38 | 37 | (B) | (B) | 25 | (B) | (B) | 18 | (B) | (B) |
| NEW YORK | | | | | | | | | | |
| Total | 14,206 | 12,417 | 87.4 | 0.8 | 8,261 | 58.2 | 1.2 | 5,417 | 38.1 | 1.2 |
| Male | 6,688 | 5,765 | 86.2 | 1.2 | 3,725 | 55.7 | 1.7 | 2,515 | 37.6 | 1.7 |
| Female | 7,518 | 6,653 | 88.5 | 1.0 | 4,536 | 60.3 | 1.6 | 2,902 | 38.6 | 1.6 |
| Non-Hispanic White | 9,393 | 8,888 | 94.6 | 0.7 | 6,293 | 67.0 | 1.4 | 4,234 | 45.1 | 1.4 |
| Non-Hispanic Black | 1,977 | 1,668 | 84.4 | 2.8 | 1,024 | 51.8 | 3.8 | 683 | 34.6 | 3.7 |
| Asian and Pacific Islander | 946 | 556 | 58.8 | 5.7 | 259 | 27.4 | 5.2 | 125 | 13.3 | 3.9 |
| Hispanic (of any race) | 1,898 | 1,304 | 68.7 | 4.7 | 674 | 35.5 | 4.9 | 370 | 19.5 | 4.0 |
| White | 10,901 | 9,892 | 90.7 | 0.8 | 6,816 | 62.5 | 1.3 | 4,529 | 41.5 | 1.3 |
| Black | 2,312 | 1,922 | 83.1 | 2.7 | 1,165 | 50.4 | 3.6 | 752 | 32.5 | 3.3 |
| NORTH CAROLINA | | | | | | | | | | |
| Total | 5,978 | 5,675 | 94.9 | 0.8 | 3,662 | 61.3 | 1.9 | 2,537 | 42.4 | 1.9 |
| Male | 2,829 | 2,681 | 94.8 | 1.2 | 1,680 | 59.4 | 2.7 | 1,183 | 41.8 | 2.7 |
| Female | 3,150 | 2,994 | 95.1 | 1.1 | 1,982 | 62.9 | 2.5 | 1,354 | 43.0 | 2.6 |
| Non-Hispanic White | 4,303 | 4,241 | 98.6 | 0.5 | 2,849 | 66.2 | 2.1 | 1,967 | 45.7 | 2.2 |
| Non-Hispanic Black | 1,176 | 1,156 | 98.3 | 1.3 | 686 | 58.4 | 5.1 | 497 | 42.3 | 5.1 |
| Asian and Pacific Islander | 79 | 42 | (B) | (B) | 21 | (B) | (B) | 13 | (B) | (B) |
| Hispanic (of any race) | 268 | 84 | 31.5 | 13.1 | 33 | 12.4 | 9.3 | 22 | 8.2 | 7.8 |
| White | 4,569 | 4,323 | 94.6 | 1.0 | 2,883 | 63.1 | 2.1 | 1,989 | 43.5 | 2.2 |
| Black | 1,178 | 1,158 | 98.3 | 1.3 | 686 | 58.2 | 5.1 | 497 | 42.2 | 5.1 |
| NORTH DAKOTA | | | | | | | | | | |
| Total | 492 | 484 | 98.5 | 0.6 | 405 | 82.4 | 1.7 | 279 | 56.6 | 2.3 |
| Male | 231 | 227 | 98.1 | 0.9 | 188 | 81.4 | 2.6 | 129 | 55.7 | 3.3 |
| Female | 261 | 258 | 98.8 | 0.7 | 217 | 83.3 | 2.4 | 150 | 57.5 | 3.1 |
| Non-Hispanic White | 461 | 457 | 98.9 | 0.5 | 386 | 83.6 | 1.8 | 269 | 58.2 | 2.3 |
| Non-Hispanic Black | 2 | 2 | (B) | (B) | 1 | (B) | (B) | 1 | (B) | (B) |
| Asian and Pacific Islander | 5 | 2 | (B) | (B) | 2 | (B) | (B) | 1 | (B) | (B) |
| Hispanic (of any race) | 6 | 6 | (B) | (B) | 3 | (B) | (B) | 1 | (B) | (B) |
| White | 467 | 462 | 99.0 | 0.5 | 388 | 83.1 | 1.8 | 270 | 57.8 | 2.3 |
| Black | 2 | 2 | (B) | (B) | 1 | (B) | (B) | 1 | (B) | (B) |
| OHIO | | | | | | | | | | |
| Total | 8,604 | 8,382 | 97.4 | 0.5 | 5,488 | 63.8 | 1.6 | 3,652 | 42.5 | 1.6 |
| Male | 4,047 | 3,922 | 96.9 | 0.8 | 2,490 | 61.5 | 2.3 | 1,675 | 41.4 | 2.3 |
| Female | 4,557 | 4,460 | 97.9 | 0.6 | 2,998 | 65.8 | 2.1 | 1,977 | 43.4 | 2.2 |
| Non-Hispanic White | 7,299 | 7,214 | 98.8 | 0.4 | 4,814 | 66.0 | 1.7 | 3,216 | 44.1 | 1.7 |
| Non-Hispanic Black | 993 | 974 | 98.1 | 1.6 | 594 | 59.8 | 5.7 | 393 | 39.6 | 5.6 |

| Table 4a. Reported Voting and Registration of the Total Voting-Age Population, by Sex, Race and Hispanic Origin, for States: November 2002 | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| (In thousands) | | | | | | | | | |
| | | | | | | | | | |
| | | Total citizen | | | Total registered | | | Total voted | | |
| STATE | Population 18 and over | Total | Percent citizen | Confidence interval | Total | Percent registered (18+) | Confidence interval | Total | Percent voted (18+) | Confidence interval |
| Asian and Pacific Islander | 111 | 60 | 53.9 | 17.9 | 19 | 17.2 | 13.6 | 12 | 10.8 | 11.2 |
| Hispanic (of any race) | 180 | 113 | 62.6 | 17.0 | 46 | 25.4 | 15.3 | 29 | 16.0 | 12.9 |
| White | 7,456 | 7,322 | 98.2 | 0.5 | 4,857 | 65.1 | 1.7 | 3,243 | 43.5 | 1.7 |
| Black | 1,009 | 979 | 97.0 | 1.9 | 596 | 59.1 | 5.6 | 396 | 39.2 | 5.6 |
| OKLAHOMA | | | | | | | | | | |
| Total | 2,515 | 2,452 | 97.5 | 0.7 | 1,656 | 65.8 | 2.3 | 1,201 | 47.8 | 2.4 |
| Male | 1,216 | 1,183 | 97.3 | 1.1 | 774 | 63.6 | 3.3 | 588 | 48.4 | 3.4 |
| Female | 1,299 | 1,269 | 97.7 | 1.0 | 882 | 67.9 | 3.1 | 612 | 47.2 | 3.3 |
| Non-Hispanic White | 1,928 | 1,922 | 99.7 | 0.3 | 1,361 | 70.6 | 2.5 | 998 | 51.8 | 2.7 |
| Non-Hispanic Black | 224 | 216 | 96.3 | 3.6 | 124 | 55.1 | 9.6 | 83 | 37.0 | 9.3 |
| Asian and Pacific Islander | 53 | 33 | (B) | (B) | 6 | (B) | (B) | 6 | (B) | (B) |
| Hispanic (of any race) | 103 | 69 | 67.0 | 17.4 | 38 | 37.1 | 17.9 | 29 | 27.7 | 16.6 |
| White | 2,018 | 1,985 | 98.3 | 0.7 | 1,399 | 69.3 | 2.5 | 1,026 | 50.8 | 2.7 |
| Black | 228 | 220 | 96.4 | 3.6 | 124 | 54.2 | 9.6 | 83 | 36.4 | 9.2 |
| OREGON | | | | | | | | | | |
| Total | 2,625 | 2,451 | 93.4 | 1.1 | 1,718 | 65.4 | 2.2 | 1,359 | 51.8 | 2.3 |
| Male | 1,317 | 1,227 | 93.1 | 1.6 | 832 | 63.2 | 3.1 | 647 | 49.1 | 3.2 |
| Female | 1,308 | 1,225 | 93.6 | 1.6 | 886 | 67.7 | 3.0 | 713 | 54.5 | 3.2 |
| Non-Hispanic White | 2,236 | 2,204 | 98.6 | 0.6 | 1,574 | 70.4 | 2.2 | 1,274 | 57.0 | 2.4 |
| Non-Hispanic Black | 48 | 45 | (B) | (B) | 30 | (B) | (B) | 28 | (B) | (B) |
| Asian and Pacific Islander | 112 | 82 | 73.1 | 12.3 | 50 | 44.6 | 13.8 | 27 | 24.6 | 12.0 |
| Hispanic (of any race) | 189 | 81 | 43.0 | 13.2 | 48 | 25.5 | 11.6 | 21 | 11.1 | 8.3 |
| White | 2,423 | 2,283 | 94.2 | 1.1 | 1,620 | 66.8 | 2.2 | 1,295 | 53.5 | 2.4 |
| Black | 48 | 45 | (B) | (B) | 30 | (B) | (B) | 28 | (B) | (B) |
| PENNSYLVANIA | | | | | | | | | | |
| Total | 9,404 | 9,093 | 96.7 | 0.5 | 5,762 | 61.3 | 1.4 | 3,925 | 41.7 | 1.5 |
| Male | 4,474 | 4,327 | 96.7 | 0.8 | 2,760 | 61.7 | 2.1 | 1,882 | 42.1 | 2.1 |
| Female | 4,930 | 4,766 | 96.7 | 0.7 | 3,001 | 60.9 | 2.0 | 2,043 | 41.4 | 2.0 |
| Non-Hispanic White | 8,073 | 7,974 | 98.8 | 0.4 | 5,148 | 63.8 | 1.5 | 3,506 | 43.4 | 1.6 |
| Non-Hispanic Black | 817 | 774 | 94.6 | 2.7 | 467 | 57.1 | 6.0 | 335 | 41.0 | 6.0 |
| Asian and Pacific Islander | 210 | 120 | 57.0 | 12.4 | 47 | 22.2 | 10.4 | 17 | 8.3 | 6.9 |
| Hispanic (of any race) | 309 | 238 | 77.1 | 10.8 | 109 | 35.3 | 12.3 | 66 | 21.4 | 10.6 |
| White | 8,334 | 8,167 | 98.0 | 0.4 | 5,234 | 62.8 | 1.5 | 3,568 | 42.8 | 1.6 |
| Black | 827 | 783 | 94.7 | 2.7 | 473 | 57.2 | 6.0 | 339 | 41.0 | 6.0 |
| RHODE ISLAND | | | | | | | | | | |
| Total | 803 | 735 | 91.5 | 1.1 | 495 | 61.6 | 1.9 | 372 | 46.3 | 2.0 |
| Male | 387 | 349 | 90.1 | 1.7 | 231 | 59.7 | 2.8 | 180 | 46.5 | 2.9 |
| Female | 416 | 386 | 92.7 | 1.4 | 264 | 63.4 | 2.7 | 192 | 46.1 | 2.8 |
| Non-Hispanic White | 675 | 657 | 97.2 | 0.7 | 459 | 67.9 | 2.0 | 347 | 51.3 | 2.2 |
| Non-Hispanic Black | 37 | 29 | (B) | (B) | 14 | (B) | (B) | 8 | (B) | (B) |
| Asian and Pacific Islander | 17 | 11 | (B) | (B) | 4 | (B) | (B) | 3 | (B) | (B) |
| Hispanic (of any race) | 69 | 33 | (B) | (B) | 16 | (B) | (B) | 12 | (B) | (B) |
| White | 730 | 687 | 94.1 | 1.0 | 473 | 64.7 | 2.0 | 357 | 48.9 | 2.1 |
| Black | 51 | 32 | (B) | (B) | 16 | (B) | (B) | 11 | (B) | (B) |
| SOUTH CAROLINA | | | | | | | | | | |
| Total | 2,967 | 2,900 | 97.7 | 0.7 | 1,972 | 66.5 | 2.2 | 1,353 | 45.6 | 2.4 |
| Male | 1,410 | 1,362 | 96.6 | 1.2 | 890 | 63.1 | 3.3 | 638 | 45.3 | 3.4 |
| Female | 1,557 | 1,538 | 98.8 | 0.7 | 1,082 | 69.5 | 3.0 | 714 | 45.9 | 3.2 |
| Non-Hispanic White | 2,134 | 2,123 | 99.5 | 0.4 | 1,455 | 68.2 | 2.6 | 989 | 46.4 | 2.8 |
| Non-Hispanic Black | 705 | 702 | 99.6 | 0.8 | 483 | 68.5 | 5.4 | 343 | 48.6 | 5.9 |
| Asian and Pacific Islander | 26 | 16 | (B) | (B) | 11 | (B) | (B) | 2 | (B) | (B) |
| Hispanic (of any race) | 107 | 61 | 56.8 | 19.4 | 27 | 25.7 | 17.1 | 18 | 17.0 | 14.7 |
| White | 2,224 | 2,171 | 97.6 | 0.8 | 1,473 | 66.2 | 2.6 | 1,003 | 45.1 | 2.7 |
| Black | 714 | 711 | 99.6 | 0.8 | 488 | 68.3 | 5.4 | 347 | 48.7 | 5.8 |
| SOUTH DAKOTA | | | | | | | | | | |
| Total | 573 | 567 | 98.8 | 0.5 | 428 | 74.7 | 1.8 | 375 | 65.3 | 2.0 |
| Male | 279 | 275 | 98.5 | 0.7 | 197 | 70.6 | 2.8 | 171 | 61.2 | 3.0 |
| Female | 294 | 292 | 99.1 | 0.6 | 231 | 78.6 | 2.4 | 204 | 69.2 | 2.7 |
| Non-Hispanic White | 532 | 531 | 99.8 | 0.2 | 404 | 76.0 | 1.9 | 358 | 67.3 | 2.1 |
| Non-Hispanic Black | 4 | 4 | (B) | (B) | 3 | (B) | (B) | 2 | (B) | (B) |
| Asian and Pacific Islander | 4 | 2 | (B) | (B) | - | (B) | (B) | - | (B) | (B) |

| Table 4a. Reported Voting and Registration of the Total Voting-Age Population, by Sex, Race and Hispanic Origin, for States: November 2002 | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| (In thousands) | | | | | | | | | |
| | | Total citizen | | | Total registered | | | Total voted | | |
| STATE | Population 18 and over | Total | Percent citizen | Confidence interval | Total | Percent registered (18+) | Confidence interval | Total | Percent voted (18+) | Confidence interval |
| Hispanic (of any race) | 10 | 7 | (B) | (B) | 3 | (B) | (B) | 2 | (B) | (B) |
| White | 541 | 537 | 99.2 | 0.4 | 408 | 75.3 | 1.9 | 360 | 66.5 | 2.1 |
| Black | 4 | 4 | (B) | (B) | 3 | (B) | (B) | 2 | (B) | (B) |
| TENNESSEE | | | | | | | | | | |
| Total | 4,284 | 4,078 | 95.2 | 1.1 | 2,587 | 60.4 | 2.5 | 1,897 | 44.3 | 2.5 |
| Male | 2,047 | 1,924 | 94.0 | 1.7 | 1,214 | 59.3 | 3.6 | 911 | 44.5 | 3.6 |
| Female | 2,237 | 2,155 | 96.3 | 1.3 | 1,374 | 61.4 | 3.4 | 986 | 44.1 | 3.4 |
| Non-Hispanic White | 3,443 | 3,437 | 99.8 | 0.2 | 2,243 | 65.2 | 2.7 | 1,653 | 48.0 | 2.8 |
| Non-Hispanic Black | 557 | 537 | 96.4 | 3.1 | 301 | 54.1 | 8.4 | 222 | 39.8 | 8.2 |
| Asian and Pacific Islander | 83 | 49 | (B) | (B) | 17 | (B) | (B) | 10 | (B) | (B) |
| Hispanic (of any race) | 180 | 35 | 19.4 | 15.2 | 13 | 7.1 | 9.9 | 6 | 3.4 | 6.9 |
| White | 3,619 | 3,472 | 95.9 | 1.1 | 2,256 | 62.3 | 2.6 | 1,659 | 45.8 | 2.7 |
| Black | 557 | 537 | 96.4 | 3.1 | 301 | 54.1 | 8.4 | 222 | 39.8 | 8.2 |
| TEXAS | | | | | | | | | | |
| Total | 14,996 | 12,976 | 86.5 | 0.9 | 8,591 | 57.3 | 1.3 | 5,283 | 35.2 | 1.3 |
| Male | 7,212 | 6,134 | 85.0 | 1.4 | 3,985 | 55.3 | 1.9 | 2,485 | 34.5 | 1.8 |
| Female | 7,783 | 6,842 | 87.9 | 1.2 | 4,606 | 59.2 | 1.8 | 2,797 | 35.9 | 1.8 |
| Non-Hispanic White | 7,464 | 7,303 | 97.8 | 0.6 | 5,244 | 70.2 | 1.7 | 3,411 | 45.7 | 1.9 |
| Non-Hispanic Black | 1,716 | 1,676 | 97.7 | 1.4 | 1,135 | 66.2 | 4.6 | 774 | 45.1 | 4.8 |
| Asian and Pacific Islander | 602 | 342 | 56.8 | 8.4 | 154 | 25.7 | 7.4 | 83 | 13.8 | 5.9 |
| Hispanic (of any race) | 5,149 | 3,583 | 69.6 | 3.3 | 2,014 | 39.1 | 3.5 | 982 | 19.1 | 2.8 |
| White | 12,518 | 10,811 | 86.4 | 1.0 | 7,224 | 57.7 | 1.5 | 4,385 | 35.0 | 1.4 |
| Black | 1,748 | 1,696 | 97.0 | 1.6 | 1,139 | 65.1 | 4.6 | 774 | 44.3 | 4.8 |
| UTAH | | | | | | | | | | |
| Total | 1,522 | 1,442 | 94.7 | 1.1 | 928 | 61.0 | 2.4 | 631 | 41.5 | 2.4 |
| Male | 755 | 709 | 93.9 | 1.7 | 439 | 58.1 | 3.4 | 295 | 39.1 | 3.4 |
| Female | 767 | 733 | 95.5 | 1.4 | 489 | 63.8 | 3.3 | 337 | 43.9 | 3.4 |
| Non-Hispanic White | 1,334 | 1,317 | 98.7 | 0.6 | 872 | 65.4 | 2.5 | 608 | 45.6 | 2.6 |
| Non-Hispanic Black | 16 | 13 | (B) | (B) | 7 | (B) | (B) | 7 | (B) | (B) |
| Asian and Pacific Islander | 37 | 32 | (B) | (B) | 15 | (B) | (B) | 4 | (B) | (B) |
| Hispanic (of any race) | 124 | 69 | 55.7 | 13.4 | 31 | 24.6 | 11.6 | 11 | 9.0 | 7.7 |
| White | 1,446 | 1,384 | 95.7 | 1.0 | 901 | 62.3 | 2.4 | 618 | 42.7 | 2.5 |
| Black | 16 | 13 | (B) | (B) | 7 | (B) | (B) | 7 | (B) | (B) |
| VERMONT | | | | | | | | | | |
| Total | 490 | 483 | 98.6 | 0.5 | 341 | 69.5 | 1.9 | 256 | 52.2 | 2.1 |
| Male | 234 | 231 | 98.5 | 0.7 | 155 | 66.0 | 2.9 | 116 | 49.3 | 3.1 |
| Female | 255 | 252 | 98.6 | 0.7 | 186 | 72.8 | 2.6 | 140 | 54.9 | 2.9 |
| Non-Hispanic White | 480 | 474 | 98.8 | 0.5 | 335 | 69.7 | 2.0 | 251 | 52.3 | 2.1 |
| Non-Hispanic Black | 2 | 2 | (B) | (B) | 2 | (B) | (B) | 1 | (B) | (B) |
| Asian and Pacific Islander | 3 | 2 | (B) | (B) | - | (B) | (B) | - | (B) | (B) |
| Hispanic (of any race) | 2 | 2 | (B) | (B) | 2 | (B) | (B) | 1 | (B) | (B) |
| White | 482 | 477 | 98.8 | 0.5 | 337 | 69.9 | 2.0 | 252 | 52.4 | 2.1 |
| Black | 2 | 2 | (B) | (B) | 2 | (B) | (B) | 1 | (B) | (B) |
| VIRGINIA | | | | | | | | | | |
| Total | 5,194 | 4,858 | 93.5 | 1.1 | 3,063 | 59.0 | 2.2 | 1,808 | 34.8 | 2.1 |
| Male | 2,489 | 2,318 | 93.1 | 1.6 | 1,424 | 57.2 | 3.2 | 905 | 36.4 | 3.1 |
| Female | 2,705 | 2,540 | 93.9 | 1.5 | 1,639 | 60.6 | 3.0 | 902 | 33.4 | 2.9 |
| Non-Hispanic White | 3,624 | 3,562 | 98.3 | 0.7 | 2,416 | 66.7 | 2.5 | 1,434 | 39.6 | 2.6 |
| Non-Hispanic Black | 1,046 | 1,009 | 96.5 | 2.2 | 497 | 47.5 | 6.1 | 285 | 27.3 | 5.4 |
| Asian and Pacific Islander | 306 | 186 | 60.7 | 11.4 | 103 | 33.7 | 11.1 | 63 | 20.6 | 9.5 |
| Hispanic (of any race) | 207 | 87 | 41.9 | 17.5 | 32 | 15.6 | 12.9 | 14 | 6.6 | 8.8 |
| White | 3,799 | 3,627 | 95.5 | 1.1 | 2,435 | 64.1 | 2.5 | 1,437 | 37.8 | 2.6 |
| Black | 1,060 | 1,023 | 96.5 | 2.2 | 503 | 47.5 | 6.0 | 288 | 27.2 | 5.4 |
| WASHINGTON | | | | | | | | | | |
| Total | 4,456 | 4,134 | 92.8 | 1.2 | 2,901 | 65.1 | 2.1 | 2,097 | 47.1 | 2.2 |
| Male | 2,184 | 2,027 | 92.8 | 1.6 | 1,368 | 62.6 | 3.1 | 997 | 45.7 | 3.2 |
| Female | 2,272 | 2,107 | 92.7 | 1.6 | 1,533 | 67.5 | 2.9 | 1,099 | 48.4 | 3.1 |
| Non-Hispanic White | 3,702 | 3,630 | 98.1 | 0.7 | 2,649 | 71.6 | 2.2 | 1,940 | 52.4 | 2.4 |
| Non-Hispanic Black | 111 | 111 | 100.0 | - | 71 | 63.9 | 16.4 | 48 | 43.3 | 16.9 |
| Asian and Pacific Islander | 321 | 184 | 57.2 | 10.4 | 84 | 26.2 | 9.2 | 57 | 17.8 | 8.0 |
| Hispanic (of any race) | 244 | 134 | 54.9 | 14.9 | 63 | 25.8 | 13.1 | 34 | 13.8 | 10.3 |

| STATE | Population 18 and over | Total citizen Total | Percent citizen | Confidence interval | Total registered Total | Percent registered (18+) | Confidence interval | Total voted Total | Percent voted (18+) | Confidence interval |
|---|---|---|---|---|---|---|---|---|---|---|
| White | 3,926 | 3,751 | 95.5 | 1.0 | 2,709 | 69.0 | 2.2 | 1,974 | 50.3 | 2.4 |
| Black | 111 | 111 | 100.0 | - | 71 | 63.9 | 16.4 | 48 | 43.3 | 16.9 |
| WEST VIRGINIA | | | | | | | | | | |
| Total | 1,379 | 1,372 | 99.5 | 0.3 | 827 | 60.0 | 2.2 | 507 | 36.8 | 2.1 |
| Male | 654 | 651 | 99.4 | 0.5 | 391 | 59.7 | 3.2 | 249 | 38.1 | 3.1 |
| Female | 724 | 722 | 99.6 | 0.4 | 437 | 60.3 | 3.0 | 257 | 35.5 | 2.9 |
| Non-Hispanic White | 1,325 | 1,322 | 99.8 | 0.2 | 805 | 60.7 | 2.2 | 492 | 37.1 | 2.2 |
| Non-Hispanic Black | 34 | 33 | (B) | (B) | 15 | (B) | (B) | 10 | (B) | (B) |
| Asian and Pacific Islander | 6 | 4 | (B) | (B) | - | (B) | (B) | - | (B) | (B) |
| Hispanic (of any race) | 8 | 8 | (B) | (B) | 5 | (B) | (B) | 3 | (B) | (B) |
| White | 1,334 | 1,331 | 99.8 | 0.2 | 810 | 60.8 | 2.2 | 495 | 37.1 | 2.2 |
| Black | 34 | 33 | (B) | (B) | 15 | (B) | (B) | 10 | (B) | (B) |
| WISCONSIN | | | | | | | | | | |
| Total | 4,119 | 3,975 | 96.5 | 0.7 | 2,744 | 66.6 | 1.9 | 1,999 | 48.5 | 2.0 |
| Male | 2,073 | 1,992 | 96.1 | 1.1 | 1,360 | 65.6 | 2.7 | 1,005 | 48.5 | 2.8 |
| Female | 2,045 | 1,982 | 96.9 | 1.0 | 1,383 | 67.6 | 2.6 | 994 | 48.6 | 2.8 |
| Non-Hispanic White | 3,622 | 3,610 | 99.7 | 0.2 | 2,650 | 70.7 | 1.9 | 1,887 | 52.1 | 2.1 |
| Non-Hispanic Black | 167 | 165 | 98.6 | 2.8 | 95 | 56.8 | 11.9 | 68 | 40.6 | 11.7 |
| Asian and Pacific Islander | 85 | 44 | (B) | (B) | 22 | (B) | (B) | 13 | (B) | (B) |
| Hispanic (of any race) | 201 | 113 | 56.2 | 14.1 | 51 | 25.3 | 12.3 | 20 | 10.0 | 8.5 |
| White | 3,801 | 3,715 | 97.7 | 0.6 | 2,605 | 68.5 | 1.9 | 1,905 | 50.1 | 2.1 |
| Black | 184 | 171 | 93.1 | 5.8 | 101 | 54.9 | 11.4 | 70 | 38.3 | 11.1 |
| WYOMING | | | | | | | | | | |
| Total | 370 | 368 | 99.5 | 0.3 | 240 | 64.9 | 2.2 | 198 | 53.6 | 2.3 |
| Male | 179 | 178 | 99.6 | 0.4 | 113 | 63.1 | 3.2 | 92 | 51.5 | 3.3 |
| Female | 191 | 190 | 99.3 | 0.5 | 127 | 66.6 | 3.0 | 106 | 55.6 | 3.2 |
| Non-Hispanic White | 338 | 337 | 99.8 | 0.2 | 225 | 66.7 | 2.3 | 188 | 55.6 | 2.4 |
| Non-Hispanic Black | 3 | 3 | (B) | (B) | - | (B) | (B) | - | (B) | (B) |
| Asian and Pacific Islander | 2 | 2 | (B) | (B) | - | (B) | (B) | - | (B) | (B) |
| Hispanic (of any race) | 19 | 18 | (B) | (B) | 10 | (B) | (B) | 7 | (B) | (B) |
| White | 356 | 354 | 99.4 | 0.4 | 234 | 65.6 | 2.2 | 195 | 54.6 | 2.4 |
| Black | 3 | 3 | (B) | (B) | - | (B) | (B) | - | (B) | (B) |

Table 4a. Reported Voting and Registration of the Total Voting-Age Population, by Sex, Race and Hispanic Origin, for States: November 2002
(In thousands)

Note: The symbol (B) means that the base is too small to show the derived measure.
Note: " - " Represents zero or rounds to zero.

Source: U.S. Census Bureau, Current Population Survey, November 2002.
Internet Release date:  July 28, 2004

9