# Exhibit B

**SAMPLE Official Election Ballot**

**STATE OF MISSISSIPPI**

**6/23/2020 Special Election House District 88**

**Tuesday, June 23, 2020**

TO VOTE: YOU MUST DARKEN THE OVAL(●) COMPLETELY. USE ONLY A #2 PENCIL OR A DARK PEN.

Do not use a red pen, felt tip pen or a red pencil!

Do not cross out or erase - If you make a mistake, you may request a new ballot.

**For State House Of Rep 88**
**District 88**
**Vote for ONE**

○ Jason H. Dykes
○ Robin Robinson
○ Michael Walker
○ _____
   **Write-in**

3:22-cv-734

PTX-122

**END OF BALLOT**

**PTX-122-001**