# Exhibit D

**Official Recapitulation**
**Special District Election**

The County Election Commission will prepare three (3) Official Recapitulation Sheets containing the vote of the entire county by precinct. They will forward one copy to Michael Watson, Secretary of State, 401 MISSISSIPPI ST. JACKSON MS 39201, file one copy with the Circuit Clerk of the County and keep the third copy for their records.

Votes cast in the County of Jasper, Mississippi on the 23rd day of June 2020

We, the undersigned Election Commission, hereby certify that the foregoing is a true and complete recapitulation and statement of the results of a Special District Election held on the 23rd day of June 2020, in the County of Jasper, Mississippi, and that the foregoing correctly shows the votes cast for each person and for the office set opposite the respective names at said election.

In testimony whereof, witness our hands this _23_ day of June 2020.

The County of Jasper, Mississippi.

District 1 - Election Commissioner

District 2 - Election Commissioner

District 3 - Election Commissioner

District 4 - Election Commissioner

District 5 - Election Commissioner



| Official Recapitulation 6/23/2020 Special Election House District 88 | The County Election Commission will prepare three (3) Official Recapitulation Sheets containing the vote of the entire county by precinct. They will forward one copy to Michael Watson, Secretary of State, 401 MISSISSIPPI ST. JACKSON MS 39201, file one copy with the Circuit Clerk of the County and keep the third copy for their records. | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Names of Election Precincts | | | | | | | | | | |
| Votes cast in the County of Jasper, Mississippi on the 23rd day of June 2020 | Stringer | TOTAL | | | | | | | | | |
| **State House Of Rep 88-District 88** | | | | | | | | | | | |
| Jason H. Dykes | 1 | 1 | | | | | | | | | |
| Robin Robinson | 56 | 56 | | | | | | | | | |
| Michael Walker | 42 | 42 | | | | | | | | | |

JONES CO CIRCUIT CLK

6013994774

06/26/2020 15:12

**Official Recapitulation**
Special District Election

Votes cast in the County of Jones, Mississippi on the 23rd day of June 2020

The County Election Commission will prepare three (3) Official Recapitulation Sheets containing the vote of the entire county by precinct. They will forward one copy to Michael Watson, Secretary of State, 401 MISSISSIPPI ST, JACKSON MS 39201, file one copy with the Circuit Clerk of the County and keep the third copy for their records.

We, the undersigned Election Commission, hereby certify that the foregoing is a true and complete recapitulation and statement of the results of a Special District Election held on the 23rd day of June 2020, in the County of Jones, Mississippi, and that the foregoing correctly shows the votes cast for each person and for the office set opposite the respective names at said election.

In testimony whereof, witness our hands this 26th day of June 2020.

The County of Jones, Mississippi.

District 1 - Election Commissioner

District 2 - Election Commissioner

District 3 - Election Commissioner

District 4 - Election Commissioner

District 5 - Election Commissioner



RECEIVED
JUN 2 9 2020
ELECTIONS DIVISION

Statewide Election Management System

Page : 2

PAGE 03/04

JONES CO CIRCUIT CLK

6013994774

15:12

06/26/2020

| **Official Recapitulation**<br>6/23/2020 Special Election House District 88 | The County Election Commission will prepare three (3) Official Recapitulation Sheets containing the vote of the entire county by precinct. They will forward one copy to Michael Watson, Secretary of State, 401 MISSISSIPPI ST. JACKSON MS 39201, file one copy with the Circuit Clerk of the County and keep the third copy for their records. | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|

Names of Election Precincts

| Votes cast in the County of Jones, Mississippi on the 23rd day of June 2020<br><br>State House Of Rep 88–District 88 | ANTIOCH | BIG CREEK | BLACKWELL | CENTERVILLE | CURRIE | GITANO | GLADE | HEBRON | JOHNSON | LANDRUM | MOSELLE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Jason H. Dykes | 1 | 0 | 2 | 1 | 4 | 3 | 5 | 0 | 0 | 0 | 1 |
| Robin Robinson | 69 | 43 | 31 | 12 | 16 | 24 | 130 | 31 | 19 | 56 | 72 |
| Michael Walker | 21 | 33 | 13 | 12 | 17 | 23 | 60 | 36 | 11 | 28 | 45 |

Statewide Election Management System

PAGE 04/04

JONES CO CIRCUIT CLK

6013994774

15:12

06/26/2020

| **Official Recapitulation**<br>6/23/2020 Special Election House District 88 | The County Election Commission will prepare three (3) Official Recapitulation Sheets containing the vote of the entire county by precinct. They will forward one copy to Michael Watson, Secretary of State, 401 MISSISSIPPI ST. JACKSON MS 39201, file one copy with the Circuit Clerk of the County and keep the third copy for their records. | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Votes cast in the County of Jones, Mississippi on the 23rd day of June 2020 | Names of Election Precincts | | | | | | | | | | |
| State House Of Rep 88-District 88 | MYRICK | OVETT | POWERS | RAINEY | RUSTIN | SAND HILL | SHELTON | SOSO | TUCKERS | UNION | TOTAL |
| Jason H. Dykes | 2 | 4 | 4 | 2 | 0 | 2 | 5 | 3 | 3 | 0 | 42 |
| Robin Robinson | 199 | 68 | 122 | 62 | 79 | 92 | 35 | 51 | 143 | 61 | 1415 |
| Michael Walker | 65 | 26 | 43 | 45 | 29 | 39 | 38 | 57 | 37 | 25 | 703 |

Statewide Election Management System

**Official Recapitulation**
**Special Election Election**

The County Election Commission will prepare three (3) Official Recapitulation Sheets containing the vote of the entire county by precinct. They will forward one copy to Michael Watson, Secretary of State, 401 MISSISSIPPI ST. JACKSON MS 39201, file one copy with the Circuit Clerk of the County and keep the third copy for their records.

Votes cast in the County of Choctaw, Mississippi
on the 22nd day of September 2020

We, the undersigned Election Commission, hereby certify that the foregoing is a true and complete recapitulation and statement of the results of a Special Election Election held on the 22nd day of September 2020, in the County of Choctaw, Mississippi, and that the foregoing correctly shows the votes cast for each person and for the office set opposite the respective names at said election.

In testimony whereof, witness our hands this 30th day of September 2020.

The County of Choctaw, Mississippi.



_____
District 1 - Election Commissioner

_____
District 2 - Election Commissioner

_____
District 3 - Election Commissioner

_____
District 4 - Election Commissioner

_____
District 5 - Election Commissioner

| **Official Recapitulation** **September 22, 2020 Special Election for Senate 15** | The County Election Commission will prepare three (3) Official Recapitulation Sheets containing the vote of the entire county by precinct. They will forward one copy to Michael Watson, Secretary of State, 401 MISSISSIPPI ST. JACKSON MS 39201, file one copy with the Circuit Clerk of the County and keep the third copy for their records. | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Votes cast in the County of Choctaw, Mississippi on the 22nd day of September 2020 | Names of Election Precincts | | | | | | | | | | |
| | Bywy | Chester | District 5 | East Weir | Fentress | French Camp | Hebron | Kenego | Panhandle | Reform | Sherwood |
| **State Senate 15-District 15** | | | | | | | | | | | |
| Bricklee Miller | 19 | 14 | 63 | 2 | 13 | 24 | 9 | 16 | 16 | 22 | 19 |
| Levon Murphy Jr. | 20 | 24 | 63 | 98 | 24 | 21 | 3 | 4 | 27 | 26 | 2 |
| Bart Williams | 17 | 45 | 134 | 25 | 33 | 56 | 38 | 36 | 35 | 58 | 95 |
| Joyce Meek Yates | 36 | 43 | 134 | 9 | 28 | 55 | 50 | 36 | 9 | 25 | 30 |

| Official Recapitulation<br>September 22, 2020 Special Election for Senate 15 | The County Election Commission will prepare three (3) Official Recapitulation Sheets containing the vote of the entire county by precinct. They will forward one copy to Michael Watson, Secretary of State, 401 MISSISSIPPI ST. JACKSON MS 39201, file one copy with the Circuit Clerk of the County and keep the third copy for their records. | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Votes cast in the County of Choctaw, Mississippi on the 22nd day of September 2020 | Names of Election Precincts | | | | | | | | | | |
|  | Southwest Ackerman | West Weir | TOTAL | | | | | | | | |
| **State Senate 15-District 15** | | | | | | | | | | | |
| Bricklee Miller | 12 | 25 | 254 | | | | | | | | |
| Levon Murphy Jr. | 122 | 31 | 465 | | | | | | | | |
| Bart Williams | 7 | 47 | 626 | | | | | | | | |
| Joyce Meek Yates | 9 | 11 | 475 | | | | | | | | |

**Official Recapitulation**
**Special Election Election**

Votes cast in the County of Montgomery, Mississippi on the 22nd day of September 2020

The County Election Commission will prepare three (3) Official Recapitulation Sheets containing the vote of the entire county by precinct. They will forward one copy to Michael Watson, Secretary of State, 401 MISSISSIPPI ST. JACKSON MS 39201, file one copy with the Circuit Clerk of the County and keep the third copy for their records.

We, the undersigned Election Commission, hereby certify that the foregoing is a true and complete recapitulation and statement of the results of a Special Election Election held on the 22nd day of September 2020, in the County of Montgomery, Mississippi, and that the foregoing correctly shows the votes cast for each person and for the office set opposite the respective names at said election.

In testimony whereof, witness our hands this _30_ day of September 2020.

The County of Montgomery, Mississippi.

_Beth Austin_
District 1 - Election Commissioner

_Jeanette Flynn_
District 2 - Election Commissioner

_Tracy Campbell_
District 3 - Election Commissioner

_Katie B. Burns_
District 4 - Election Commissioner

_Orman Knox_
District 5 - Election Commissioner

**RECEIVED**
**SEP 3 0 2020**
**ELECTIONS DIVISION**

| **Official Recapitulation** September 22, 2020 Senate 15 Race | The County Election Commission will prepare three (3) Official Recapitulation Sheets containing the vote of the entire county by precinct. They will forward one copy to Michael Watson, Secretary of State, 401 MISSISSIPPI ST. JACKSON MS 39201, file one copy with the Circuit Clerk of the County and keep the third copy for their records. | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Votes cast in the County of Montgomery, Mississippi on the 22nd day of September 2020 | Names of Election Precincts | | | | | | | | | | |
| | EAST WINONA | KILMICHAEL | Lodi | NORTH KILMICHAEL | Nations | Poplar Creek | Stewart | TOTAL | | | |
| **State Senate 15-District 15** | | | | | | | | | | | |
| Bricklee Miller | 25 | 62 | 6 | 6 | 18 | 13 | 21 | 151 | | | |
| Levon Murphy Jr. | 21 | 20 | 25 | 9 | 4 | 2 | 1 | 82 | | | |
| Bart Williams | 3 | 17 | 1 | 6 | 22 | 8 | 10 | 67 | | | |
| Joyce Meek Yates | 30 | 38 | 14 | 2 | 30 | 13 | 8 | 135 | | | |

**Official Recapitulation**
**Special Election Election**

The County Election Commission will prepare three (3) Official Recapitulation Sheets containing the vote of the entire county by precinct. They will forward one copy to Michael Watson, Secretary of State, 401 MISSISSIPPI ST. JACKSON MS 39201, file one copy with the Circuit Clerk of the County and keep the third copy for their records.

Votes cast in the County of Webster, Mississippi on the 22nd day of September 2020

We, the undersigned Election Commission, hereby certify that the foregoing is a true and complete recapitulation and statement of the results of a Special Election Election held on the 22nd day of September 2020, in the County of Webster, Mississippi, and that the foregoing correctly shows the votes cast for each person and for the office set opposite the respective names at said election.

In testimony whereof, witness our hands this ⟨signature⟩ day of September 2020.

The County of Webster, Mississippi.

_____
District 1 - Election Commissioner

_____
District 2 - Election Commissioner

_____
District 3 - Election Commissioner

_____
District 4 - Election Commissioner

_____
District 5 - Election Commissioner



P. 002/004

(FAX)

17:12

10/06/2020

P. 003/004

(FAX)

10/06/2020   17:12

| Official Recapitulation<br>Senate 15 - Special Election | The County Election Commission will prepare three (3) Official Recapitulation Sheets containing the vote of the entire county by precinct. They will forward one copy to Michael Watson, Secretary of State, 401 MISSISSIPPI ST. JACKSON MS 39201, file one copy with the Circuit Clerk of the County and keep the third copy for their records. | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Votes cast in the County of Webster, Mississippi on the 22nd day of September 2020 | Names of Election Precincts | | | | | | | | | | |
| State Senate 15-District 15 | Bellefontaine | Big Black | Bluff Springs | Cadaretta | Clarkson | Cumberland | Eupora No. 1 | Eupora No. 2 | Eupora No. 3 | Fame | Fay |
| Bricklee Miller | 15 | 16 | 4 | 12 | 27 | 30 | 47 | 21 | 17 | 19 | 24 |
| Levon Murphy Jr. | 1 | 3 | 8 | 1 | 1 | 10 | 54 | 4 | 14 | 0 | 0 |
| Bart Williams | 27 | 45 | 6 | 5 | 79 | 72 | 48 | 39 | 20 | 30 | 8 |
| Joyce Meek Yates | 92 | 36 | 33 | 49 | 27 | 46 | 276 | 71 | 83 | 54 | 38 |

| Official Recapitulation Senate 15 - Special Election | The County Election Commission will prepare three (3) Official Recapitulation Sheets containing the vote of the entire county by precinct. They will forward one copy to Michael Watson, Secretary of State, 401 MISSISSIPPI ST. JACKSON MS 39201, file one copy with the Circuit Clerk of the County and keep the third copy for their records. | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Votes cast in the County of Webster, Mississippi on the 22nd day of September 2020 | Names of Election Precincts | | | | | | | | | | |
| State Senate 15–District 15 | Grady | Maben | Mantee | Mathiston | Tomnolen | Walthall | TOTAL | | | | |
| Bricklee Miller | 24 | 27 | 28 | 34 | 35 | 24 | 404 | | | | |
| Levon Murphy Jr. | 6 | 12 | 7 | 13 | 11 | 5 | 150 | | | | |
| Bart Williams | 25 | 138 | 66 | 141 | 33 | 30 | 812 | | | | |
| Joyce Meek Yates | 60 | 36 | 56 | 94 | 97 | 145 | 1293 | | | | |

P. 004/004

(FAX)

17:12   10/06/2020

**Official Recapitulation**
**Special Runoff Election**

The County Election Commission will prepare three (3) Official Recapitulation Sheets containing the vote of the entire county by precinct. They will forward one copy to Michael Watson, Secretary of State, 401 MISSISSIPPI ST. JACKSON MS 39201, file one copy with the Circuit Clerk of the County and keep the third copy for their records.

Votes cast in the County of Choctaw, Mississippi
on the 13th day of October 2020

We, the undersigned Election Commission, hereby certify that the foregoing is a true and complete recapitulation and statement of the results of a Special Runoff Election held on the 13th day of October 2020, in the County of Choctaw, Mississippi, and that the foregoing correctly shows the votes cast for each person and for the office set opposite the respective names at said election.

In testimony whereof, witness our hands this 22nd day of October 2020.

The County of Choctaw, Mississippi.

District 1 - Election Commissioner

District 2 - Election Commissioner

District 3 - Election Commissioner

District 4 - Election Commissioner

District 5 - Election Commissioner

RECEIVED
OCT 22 2020
ELECTIONS DIVISION

| **Official Recapitulation** Run Off Election 10/13/2020 for 'September 22, 2020 Special Election for Senate 15' | The County Election Commission will prepare three (3) Official Recapitulation Sheets containing the vote of the entire county by precinct. They will forward one copy to Michael Watson, Secretary of State, 401 MISSISSIPPI ST. JACKSON MS 39201, file one copy with the Circuit Clerk of the County and keep the third copy for their records. | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Votes cast in the County of Choctaw, Mississippi on the 13th day of October 2020 | Names of Election Precincts | | | | | | | | | |
| **State Senate 15-District 15** | Bywy | Chester | District 5 | East Weir | Fentress | French Camp | Hebron | Kenego | Panhandle | Reform | Sherwood |
| Bart Williams | 41 | 44 | 165 | 36 | 44 | 62 | 52 | 51 | 52 | 70 | 93 |
| Joyce Meek Yates | 51 | 48 | 165 | 69 | 31 | 85 | 50 | 38 | 27 | 43 | 55 |

| **Official Recapitulation**<br>**Run Off Election 10/13/2020 for 'September 22, 2020 Special Election for Senate 15'** | The County Election Commission will prepare three (3) Official Recapitulation Sheets containing the vote of the entire county by precinct. They will forward one copy to Michael Watson, Secretary of State, 401 MISSISSIPPI ST. JACKSON MS 39201, file one copy with the Circuit Clerk of the County and keep the third copy for their records. | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Names of Election Precincts | | | | | | | | | |
| Votes cast in the County of Choctaw, Mississippi on the 13th day of October 2020 | Southwest Ackerman | West Weir | TOTAL | | | | | | | |
| **State Senate 15-District 15** | | | | | | | | | | |
| Bart Williams | 29 | 61 | 800 | | | | | | | |
| Joyce Meek Yates | 38 | 25 | 725 | | | | | | | |

**Official Recapitulation**
**Special Runoff Election**

The County Election Commission will prepare three (3) Official Recapitulation Sheets containing the vote of the entire county by precinct. They will forward one copy to Michael Watson, Secretary of State, 401 MISSISSIPPI ST. JACKSON MS 39201, file one copy with the Circuit Clerk of the County and keep the third copy for their records.

Votes cast in the County of Montgomery, Mississippi on the 13th day of October 2020

We, the undersigned Election Commission, hereby certify that the foregoing is a true and complete recapitulation and statement of the results of a Special Runoff Election held on the 13th day of October 2020, in the County of Montgomery, Mississippi, and that the foregoing correctly shows the votes cast for each person and for the office set opposite the respective names at said election.

In testimony whereof, witness our hands this __21__ day of October 2020.

The County of Montgomery, Mississippi.

_____
District 1 - Election Commissioner

_____
District 2 - Election Commissioner

_____
District 3 - Election Commissioner

_____
District 4 - Election Commissioner

_____
District 5 - Election Commissioner

RECEIVED
OCT 21 2020
ELECTIONS DIVISION



| **Unofficial Recapitulation**<br>**Run Off Election 10/13/2020 for 'September 22, 2020 Senate 15 Race'** | The County Election Commission will prepare three (3) UnOfficial Recapitulation Sheets containing the vote of the entire county by precinct. They will forward one copy to Michael Watson, Secretary of State, 401 MISSISSIPPI ST. JACKSON MS 39201, file one copy with the Circuit Clerk of the County and keep the third copy for their records. | | | | | | | | | | |

| Votes cast in the County of Montgomery, Mississippi on the 13th day of October 2020 | Names of Election Precincts | | | | | | | | | | |
| | EAST WINONA | KILMICHAEL | Lodi | NORTH KILMICHAEL | Nations | Poplar Creek | Stewart | TOTAL | | | |
| **State Senate 15-District 15** | | | | | | | | | | | |
| Bart Williams | 13 | 38 | 14 | 9 | 28 | 12 | 17 | 131 | | | |
| Joyce Meek Yates | 36 | 73 | 24 | 8 | 43 | 25 | 23 | 232 | | | |

| **Official Recapitulation** Run Off Election 10/13/2020 for 'September 22, 2020 Senate 15 Race' | The County Election Commission will prepare three (3) Official Recapitulation Sheets containing the vote of the entire county by precinct. They will forward one copy to Michael Watson, Secretary of State, 401 MISSISSIPPI ST. JACKSON MS 39201, file one copy with the Circuit Clerk of the County and keep the third copy for their records. | | | | | | | | | | |

| Votes cast in the County of Montgomery, Mississippi on the 13th day of October 2020 | Names of Election Precincts | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | EAST WINONA | KILMICHAEL | Lodi | NORTH KILMICHAEL | Nations | Poplar Creek | Stewart | TOTAL | | | |
| **State Senate 15-District 15** | | | | | | | | | | | |
| Bart Williams | 13 | 38 | 14 | 9 | 28 | 12 | 17 | 131 | | | |
| Joyce Meek Yates | 36 | 73 | 24 | 8 | 43 | 25 | 23 | 232 | | | |

**Official Recapitulation**
**Special Runoff Election**

The County Election Commission will prepare three (3) Official Recapitulation Sheets containing the vote of the entire county by precinct. They will forward one copy to Michael Watson, Secretary of State, 401 MISSISSIPPI ST. JACKSON MS 39201, file one copy with the Circuit Clerk of the County and keep the third copy for their records.

Votes cast in the County of Oktibbeha, Mississippi on the 13th day of October 2020

We, the undersigned Election Commission, hereby certify that the foregoing is a true and complete recapitulation and statement of the results of a Special Runoff Election held on the 13th day of October 2020, in the County of Oktibbeha, Mississippi, and that the foregoing correctly shows the votes cast for each person and for the office set opposite the respective names at said election.

In testimony whereof, witness our hands this _____ day of October 2020.

The County of Oktibbeha, Mississippi.

District 1 - Election Commissioner

District 2 - Election Commissioner

District 3 - Election Commissioner

District 4 - Election Commissioner

District 5 - Election Commissioner

RECEIVED

OCT 27 2020

ELECTIONS DIVISION

| **Official Recapitulation** Run Off Election 10/13/2020 for 'September 22,2020 Special Election' | The County Election Commission will prepare three (3) Official Recapitulation Sheets containing the vote of the entire county by precinct. They will forward one copy to Michael Watson, Secretary of State, 401 MISSISSIPPI ST. JACKSON MS 39201, file one copy with the Circuit Clerk of the County and keep the third copy for their records. | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Names of Election Precincts | | | | | | | | | | |
| Votes cast in the County of Oktibbeha, Mississippi on the 13th day of October 2020 | Central Starkville | Craig Springs | Double Springs | East Starkville | Hickory Grove | Maben | Needmore Community Center | North Adaton | North Longview | North Starkville District 3 | South Adaton |
| **State Senate 15-District 15** | | | | | | | | | | | |
| Bart Williams | 79 | 70 | 146 | 20 | 37 | 62 | 27 | X | 180 | 8 | 87 |
| Joyce Meek Yates | 43 | 32 | 54 | 8 | 25 | 28 | 22 | X | 48 | 7 | 46 |
| **State House Of Rep 37-District 37** | | | | | | | | | | | |
| David Michael Chism | X | X | 110 | X | X | 45 | X | 31 | X | X | X |
| Lynn Wright | X | X | 82 | X | X | 42 | X | 25 | X | X | X |

| **Official Recapitulation** Run Off Election 10/13/2020 for 'September 22,2020 Special Election' | The County Election Commission will prepare three (3) Official Recapitulation Sheets containing the vote of the entire county by precinct. They will forward one copy to Michael Watson, Secretary of State, 401 MISSISSIPPI ST. JACKSON MS 39201, file one copy with the Circuit Clerk of the County and keep the third copy for their records. | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Names of Election Precincts | | | | | | | | | | |
| Votes cast in the County of Oktibbeha, Mississippi on the 13th day of October 2020 | South Longview | South Starkville | Sturgis | West Starkville | TOTAL | | | | | | |
| **State Senate 15-District 15** | | | | | | | | | | | |
| Bart Williams | 48 | 854 | 185 | 314 | 2117 | | | | | | |
| Joyce Meek Yates | 8 | 449 | 97 | 188 | 1055 | | | | | | |
| **State House Of Rep 37-District 37** | | | | | | | | | | | |
| David Michael Chism | X | X | X | X | 186 | | | | | | |
| Lynn Wright | X | X | X | X | 149 | | | | | | |

**Official Recapitulation**
**Special Runoff Election**

The County Election Commission will prepare three (3) Official Recapitulation Sheets containing the vote of the entire county by precinct. They will forward one copy to Michael Watson, Secretary of State, 401 MISSISSIPPI ST. JACKSON MS 39201, file one copy with the Circuit Clerk of the County and keep the third copy for their records.

Votes cast in the County of Webster, Mississippi
on the 13th day of October 2020

We, the undersigned Election Commission, hereby certify that the foregoing is a true and complete recapitulation and statement of the results of a Special Runoff Election held on the 13th day of October 2020, in the County of Webster, Mississippi, and that the foregoing correctly shows the votes cast for each person and for the office set opposite the respective names at said election.

In testimony whereof, witness our hands this 21st day of October 2020.

The County of Webster, Mississippi.

District 1 - Election Commissioner

District 2 - Election Commissioner

District 3 - Election Commissioner

District 4 - Election Commissioner

District 5 - Election Commissioner



RECEIVED
OCT 26 2020
ELECTIONS DIVISION

| Official Recapitulation<br>Run Off Election 10/13/2020 for 'Senate 15 - Special Election' | The County Election Commission will prepare three (3) Official Recapitulation Sheets containing the vote of the entire county by precinct. They will forward one copy to Michael Watson, Secretary of State, 401 MISSISSIPPI ST. JACKSON MS 39201, file one copy with the Circuit Clerk of the County and keep the third copy for their records. | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Votes cast in the County of Webster, Mississippi on the 13th day of October 2020 | Names of Election Precincts | | | | | | | | | | |
| | Bellefontaine | Big Black | Bluff Springs | Cadaretta | Clarkson | Cumberland | Eupora No. 1 | Eupora No. 2 | Eupora No. 3 | Fame | Fay |
| **State Senate 15-District 15** | | | | | | | | | | | |
| Bart Williams | 47 | 55 | 13 | 17 | 96 | 84 | 83 | 46 | 36 | 48 | 18 |
| Joyce Meek Yates | 105 | 49 | 45 | 40 | 40 | 65 | 322 | 100 | 92 | 58 | 35 |

| **Official Recapitulation**<br>**Run Off Election 10/13/2020 for 'Senate 15 - Special Election'** | The County Election Commission will prepare three (3) Official Recapitulation Sheets containing the vote of the entire county by precinct. They will forward one copy to Michael Watson, Secretary of State, 401 MISSISSIPPI ST. JACKSON MS 39201, file one copy with the Circuit Clerk of the County and keep the third copy for their records. | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Names of Election Precincts | | | | | | | | | | |
| **Votes cast in the County of Webster, Mississippi on the 13th day of October 2020** | Grady | Maben | Mantee | Mathiston | Tomnolen | Walthall | TOTAL | | | | |
| **State Senate 15-District 15** | | | | | | | | | | | |
| Bart Williams | 51 | 141 | 70 | 166 | 40 | 38 | 1049 | | | | |
| Joyce Meek Yates | 70 | 61 | 65 | 120 | 116 | 160 | 1543 | | | | |

**Official Recapitulation**
**Special Election Election**

Votes cast in the County of Copiah, Mississippi
on the 22nd day of September 2020

The County Election Commission will prepare three (3) Official Recapitulation Sheets containing the vote of the entire county by precinct. They will forward one copy to Michael Watson, Secretary of State, 401 MISSISSIPPI ST. JACKSON MS 39201, file one copy with the Circuit Clerk of the County and keep the third copy for their records.

We, the undersigned Election Commission, hereby certify that the foregoing is a true and complete recapitulation and statement of the results of a Special Election Election held on the 22nd day of September 2020, in the County of Copiah, Mississippi, and that the foregoing correctly shows the votes cast for each person and for the office set opposite the respective names at said election.

In testimony whereof, witness our hands this _29_ day of September 2020.

The County of Copiah, Mississippi.

_Wilhelmina Jones_
District 1 - Election Commissioner

_Travers Sayh_
District 2 - Election Commissioner

_Ernest Munn_
District 3 - Election Commissioner

_Lydia C. Allen_
District 4 - Election Commissioner

_Beverly Wood_
District 5 - Election Commissioner

RECEIVED
OCT 0 2 2020
ELECTIONS DIVISION

| Official Recapitulation<br>Special Election | The County Election Commission will prepare three (3) Official Recapitulation Sheets containing the vote of the entire county by precinct. They will forward one copy to Michael Watson, Secretary of State, 401 MISSISSIPPI ST. JACKSON MS 39201, file one copy with the Circuit Clerk of the County and keep the third copy for their records. | | | | | | | | | |

| Votes cast in the County of Copiah, Mississippi on the 22nd day of September 2020 | Georgetown South | Shady Grove | Stronghope Union | Wesson | TOTAL | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **State Senate 39-District 39** | | | | | | | | | | |
| Jason Barrett | 34 | 70 | 36 | 51 | 191 | | | | | |
| Beth Brown | 5 | 5 | 22 | 43 | 75 | | | | | |
| Cindy S. Bryan | 21 | 3 | 9 | 8 | 41 | | | | | |
| Mike Campbell | 3 | 2 | 2 | 1 | 8 | | | | | |
| Josh Davis | 0 | 0 | 0 | 3 | 3 | | | | | |
| Ben Johnson | 3 | 10 | 5 | 9 | 27 | | | | | |
| Michael Smith | 7 | 12 | 0 | 5 | 24 | | | | | |
| Prentiss Smith | 7 | 1 | 11 | 19 | 38 | | | | | |
| Bill Sones | 13 | 19 | 51 | 78 | 161 | | | | | |

Names of Election Precincts

**Official Recapitulation**
**Special Election Election**

The County Election Commission will prepare three (3) Official Recapitulation Sheets containing the vote of the entire county by precinct. They will forward one copy to Michael Watson, Secretary of State, 401 MISSISSIPPI ST. JACKSON MS 39201, file one copy with the Circuit Clerk of the County and keep the third copy for their records.

Votes cast in the County of Lawrence, Mississippi on the 22nd day of September 2020

We, the undersigned Election Commission, hereby certify that the foregoing is a true and complete recapitulation and statement of the results of a Special Election Election held on the 22nd day of September 2020, in the County of Lawrence, Mississippi, and that the foregoing correctly shows the votes cast for each person and for the office set opposite the respective names at said election.

In testimony whereof, witness our hands this _30th_ day of September 2020.

The County of Lawrence, Mississippi

District 1 - Election Commissioner

District 2 - Election Commissioner

District 3 - Election Commissioner

District 4 - Election Commissioner

District 5 - Election Commissioner

**RECEIVED**
**OCT 1 3 2020**
**ELECTIONS DIVISION**

Statewide Election Management System

| **Official Recapitulation** **Senate 39 Special Election** | The County Election Commission will prepare three (3) Official Recapitulation Sheets containing the vote of the entire county by precinct. They will forward one copy to Michael Watson, Secretary of State, 401 MISSISSIPPI ST. JACKSON MS 39201, file one copy with the Circuit Clerk of the County and keep the third copy for their records. | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Votes cast in the County of Lawrence, Mississippi on the 22nd day of September 2020 | Names of Election Precincts | | | | | | | | | | |
| | Arm | Armory | Center | Coopers Creek (A-Z) | Courthouse A-Z | Grange | Hooker | Jayess | Monticello-Beat 5 | New Hebron | Nola |
| **State Senate 39-District 39** | | | | | | | | | | | |
| Jason Barrett | 61 | 25 | 25 | 88 | 281 | 28 | 19 | 68 | 4 | 33 | 7 |
| Beth Brown | 6 | 0 | 9 | 15 | 23 | 4 | 2 | 26 | 0 | 2 | 10 |
| Cindy S. Bryan | 9 | 2 | 1 | 19 | 27 | 22 | 5 | 12 | 1 | 124 | 0 |
| Mike Campbell | 3 | 0 | 4 | 12 | 13 | 0 | 2 | 3 | 1 | 2 | 3 |
| Josh Davis | 2 | 3 | 2 | 20 | 8 | 1 | 2 | 46 | 0 | 0 | 0 |
| Ben Johnson | 1 | 0 | 0 | 4 | 10 | 1 | 1 | 6 | 1 | 2 | 4 |
| Michael Smith | 55 | 5 | 1 | 1 | 24 | 1 | 26 | 1 | 28 | 12 | 0 |
| Prentiss Smith | 15 | 4 | 3 | 4 | 19 | 3 | 7 | 8 | 2 | 1 | 1 |
| Bill Sones | 8 | 9 | 2 | 20 | 48 | 10 | 3 | 27 | 1 | 21 | 4 |

| Official Recapitulation<br>Senate 39 Special Election | The County Election Commission will prepare three (3) Official Recapitulation Sheets containing the vote of the entire county by precinct. They will forward one copy to Michael Watson, Secretary of State, 401 MISSISSIPPI ST. JACKSON MS 39201, file one copy with the Circuit Clerk of the County and keep the third copy for their records. |

Names of Election Precincts

| Votes cast in the County of Lawrence, Mississippi on the 22nd day of September 2020 | Nola 91 | Oakvale | Oma | Peyton Town | Silver Creek | Sontag | Stringer/N Pleasant Hill | Tilton | Topeka | Wanilla | Wanilla 91 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **State Senate 39-District 39** | | | | | | | | | | | |
| Jason Barrett | 1 | 23 | 15 | 9 | 30 | 62 | 11 | 23 | 30 | 24 | 4 |
| Beth Brown | 2 | 3 | 9 | 5 | 4 | 14 | 9 | 3 | 20 | 1 | 0 |
| Cindy S. Bryan | 1 | 15 | 5 | 4 | 19 | 5 | 27 | 3 | 2 | 1 | 0 |
| Mike Campbell | 0 | 2 | 5 | 1 | 0 | 1 | 2 | 2 | 5 | 0 | 0 |
| Josh Davis | 0 | 1 | 5 | 0 | 1 | 2 | 0 | 6 | 11 | 1 | 1 |
| Ben Johnson | 0 | 4 | 3 | 0 | 4 | 7 | 0 | 6 | 4 | 0 | 0 |
| Michael Smith | 7 | 2 | 94 | 36 | 38 | 28 | 62 | 5 | 0 | 3 | 9 |
| Prentiss Smith | 4 | 2 | 4 | 8 | 11 | 7 | 4 | 6 | 0 | 2 | 3 |
| Bill Sones | 1 | 4 | 5 | 1 | 9 | 13 | 13 | 1 | 11 | 2 | 2 |

| **Official Recapitulation** **Senate 39 Special Election** | The County Election Commission will prepare three (3) Official Recapitulation Sheets containing the vote of the entire county by precinct. They will forward one copy to Michael Watson, Secretary of State, 401 MISSISSIPPI ST. JACKSON MS 39201, file one copy with the Circuit Clerk of the County and keep the third copy for their records. | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Names of Election Precincts | | | | | | | | | | |
| Votes cast in the County of Lawrence, Mississippi on the 22nd day of September 2020 | West District 1 | West Monticello (A-Z) | TOTAL | | | | | | | | |
| **State Senate 39-District 39** | | | | | | | | | | | |
| Jason Barrett | 49 | 100 | 1020 | | | | | | | | |
| Beth Brown | 12 | 11 | 190 | | | | | | | | |
| Cindy S. Bryan | 5 | 13 | 322 | | | | | | | | |
| Mike Campbell | 3 | 3 | 67 | | | | | | | | |
| Josh Davis | 3 | 1 | 116 | | | | | | | | |
| Ben Johnson | 1 | 0 | 59 | | | | | | | | |
| Michael Smith | 1 | 62 | 501 | | | | | | | | |
| Prentiss Smith | 2 | 18 | 138 | | | | | | | | |
| Bill Sones | 4 | 20 | 239 | | | | | | | | |

**Official Recapitulation**
**Special Election Election**

The County Election Commission will prepare three (3) Official Recapitulation Sheets containing the vote of the entire county by precinct. They will forward one copy to Michael Watson, Secretary of State, 401 MISSISSIPPI ST. JACKSON MS 39201, file one copy with the Circuit Clerk of the County and keep the third copy for their records.

Votes cast in the County of Lincoln, Mississippi
on the 22nd day of September 2020

We, the undersigned Election Commission, hereby certify that the foregoing is a true and complete recapitulation and statement of the results of a Special Election Election held on the 22nd day of September 2020, in the County of Lincoln, Mississippi, and that the foregoing correctly shows the votes cast for each person and for the office set opposite the respective names at said election.

In testimony whereof, witness our hands this ___29TH___ day of September 2020.

The County of Lincoln, Mississippi.

District 1 - Election Commissioner

District 2 - Election Commissioner

District 3 - Election Commissioner

District 4 - Election Commissioner

District 5 - Election Commissioner

**Dustin R. Bairfield**
Lincoln County Circuit Clerk
301 S. First Street, Rm 205
Brookhaven, MS 39601

RECEIVED
SEP 2 9 2020
ELECTIONS DIVISION

| **Official Recapitulation** September 22, 2020 Special Election | The County Election Commission will prepare three (3) Official Recapitulation Sheets containing the vote of the entire county by precinct. They will forward one copy to Michael Watson, Secretary of State, 401 MISSISSIPPI ST. JACKSON MS 39201, file one copy with the Circuit Clerk of the County and keep the third copy for their records. | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Votes cast in the County of Lincoln, Mississippi on the 22nd day of September 2020 | Names of Election Precincts | | | | | | | | | | |
| | Alexander | Arlington | Big Springs | Bogue Chitto | Brignal / Rogers Circle | Caseyville | City Hall | East Lincoln | Enterprise | Fair River | Forrestry |
| **State Senate 39-District 39** | | | | | | | | | | | |
| Jason Barrett | 8 | 50 | 14 | 37 | 27 | 41 | 30 | 25 | 80 | 29 | 32 |
| Beth Brown | 6 | 37 | 32 | 23 | 39 | 35 | 13 | 27 | 111 | 29 | 51 |
| Cindy S. Bryan | 0 | 1 | 0 | 1 | 2 | 0 | 0 | 0 | 1 | 4 | 2 |
| Mike Campbell | 2 | 6 | 8 | 11 | 10 | 1 | 4 | 12 | 23 | 13 | 10 |
| Josh Davis | 0 | 3 | 2 | 4 | 1 | 1 | 0 | 3 | 25 | 3 | 0 |
| Ben Johnson | 3 | 14 | 21 | 8 | 5 | 13 | 6 | 36 | 46 | 9 | 30 |
| Michael Smith | 118 | 15 | 8 | 23 | 81 | 39 | 15 | 1 | 0 | 2 | 43 |
| Prentiss Smith | 46 | 9 | 6 | 10 | 53 | 4 | 20 | 10 | 21 | 4 | 20 |
| Bill Sones | 15 | 56 | 16 | 33 | 50 | 83 | 50 | 28 | 100 | 36 | 82 |

| **Official Recapitulation** September 22, 2020 Special Election | The County Election Commission will prepare three (3) Official Recapitulation Sheets containing the vote of the entire county by precinct. They will forward one copy to Michael Watson, Secretary of State, 401 MISSISSIPPI ST. JACKSON MS 39201, file one copy with the Circuit Clerk of the County and keep the third copy for their records. | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Votes cast in the County of Lincoln, Mississippi on the 22nd day of September 2020 | Names of Election Precincts | | | | | | | | | | |
| | Governmental Complex | Halbert Heights | Heucks Retreat | High School | Johnson | Johnson Grove | Lipsey | Little Bahala | Loyd Star | Montgomery | New Sight |
| **State Senate 39-District 39** | | | | | | | | | | | |
| Jason Barrett | 7 | 177 | 54 | 8 | 54 | 62 | 34 | 12 | 75 | 44 | 70 |
| Beth Brown | 5 | 62 | 42 | 18 | 32 | 61 | 29 | 14 | 97 | 16 | 56 |
| Cindy S. Bryan | 1 | 11 | 1 | 0 | 1 | 8 | 0 | 0 | 2 | 0 | 6 |
| Mike Campbell | 8 | 18 | 15 | 4 | 5 | 3 | 17 | 10 | 8 | 3 | 7 |
| Josh Davis | 1 | 5 | 6 | 0 | 2 | 12 | 2 | 2 | 3 | 0 | 6 |
| Ben Johnson | 6 | 48 | 23 | 1 | 9 | 12 | 26 | 26 | 28 | 17 | 49 |
| Michael Smith | 99 | 39 | 14 | 41 | 0 | 26 | 26 | 9 | 31 | 19 | 45 |
| Prentiss Smith | 40 | 81 | 22 | 40 | 2 | 10 | 54 | 2 | 20 | 10 | 44 |
| Bill Sones | 8 | 386 | 87 | 16 | 59 | 71 | 92 | 17 | 123 | 49 | 173 |

| Official Recapitulation September 22, 2020 Special Election | The County Election Commission will prepare three (3) Official Recapitulation Sheets containing the vote of the entire county by precinct. They will forward one copy to Michael Watson, Secretary of State, 401 MISSISSIPPI ST. JACKSON MS 39201, file one copy with the Circuit Clerk of the County and keep the third copy for their records. | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Votes cast in the County of Lincoln, Mississippi on the 22nd day of September 2020 | Names of Election Precincts | | | | | | | | | | |
|  | Norfield | Old Brook | Old Red Star | PEARLHAVEN | Ruth | Vaughn | West Lincoln | Zetus | TOTAL | | |
| **State Senate 39-District 39** | | | | | | | | | | | |
| Jason Barrett | 31 | 103 | 53 | 7 | 59 | 34 | 85 | 60 | 1402 | | |
| Beth Brown | 20 | 59 | 37 | 12 | 28 | 25 | 66 | 27 | 1109 | | |
| Cindy S. Bryan | 0 | 2 | 0 | 0 | 3 | 0 | 4 | 3 | 53 | | |
| Mike Campbell | 2 | 22 | 3 | 4 | 5 | 3 | 10 | 8 | 255 | | |
| Josh Davis | 0 | 1 | 0 | 1 | 55 | 4 | 5 | 0 | 147 | | |
| Ben Johnson | 1 | 30 | 14 | 3 | 23 | 14 | 16 | 26 | 563 | | |
| Michael Smith | 10 | 14 | 23 | 76 | 2 | 24 | 5 | 17 | 865 | | |
| Prentiss Smith | 5 | 36 | 7 | 30 | 4 | 13 | 7 | 10 | 640 | | |
| Bill Sones | 29 | 238 | 89 | 22 | 45 | 76 | 114 | 97 | 2340 | | |

**Official Recapitulation**
**Special Election Election**

Votes cast in the County of Walthall, Mississippi
on the 22nd day of September 2020

The County Election Commission will prepare three (3) Official Recapitulation Sheets containing the vote of the entire county by precinct. They will forward one copy to Michael Watson, Secretary of State, 401 MISSISSIPPI ST. JACKSON MS 39201, file one copy with the Circuit Clerk of the County and keep the third copy for their records.

We, the undersigned Election Commission, hereby certify that the foregoing is a true and complete recapitulation and statement of the results of a Special Election Election held on the 22nd day of September 2020, in the County of Walthall, Mississippi, and that the foregoing correctly shows the votes cast for each person and for the office set opposite the respective names at said election.

In testimony whereof, witness our hands this _8th_ day of September 2020.
OCTOBER

The County of Walthall, Mississippi.

District 1 - Election Commissioner

District 2 - Election Commissioner

District 3 - Election Commissioner

District 4 - Election Commissioner

District 5 - Election Commissioner

RECEIVED
OCT 08 2020
ELECTIONS DIVISION

Statewide Election Management System

Page : 1

| **Official Recapitulation**<br>**September 22, 2020 Special Election** | The County Election Commission will prepare three (3) Official Recapitulation Sheets containing the vote of the entire county by precinct. They will forward one copy to Michael Watson, Secretary of State, 401 MISSISSIPPI ST. JACKSON MS 39201, file one copy with the Circuit Clerk of the County and keep the third copy for their records. | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Votes cast in the County of Walthall, Mississippi on the 22nd day of September 2020 | Names of Election Precincts | | | | | | | | | |
| | 4th District West Tylertown | 4th District Tylertown | Darbun | East Tylertown | Enon | Hope | Sartinsville | Varnel | West Tylertown | TOTAL |
| **State Senate 39-District 39** | | | | | | | | | | |
| Jason Barrett | 43 | 28 | 10 | 4 | 10 | 3 | 21 | 19 | 7 | 145 |
| Beth Brown | 49 | 9 | 7 | 0 | 17 | 2 | 4 | 2 | 1 | 91 |
| Cindy S. Bryan | 0 | 4 | 5 | 2 | 0 | 0 | 2 | 3 | 0 | 16 |
| Mike Campbell | 3 | 5 | 0 | 0 | 1 | 0 | 1 | 1 | 6 | 17 |
| Josh Davis | 13 | 0 | 0 | 0 | 10 | 1 | 0 | 0 | 1 | 25 |
| Ben Johnson | 6 | 0 | 2 | 1 | 2 | 0 | 3 | 9 | 3 | 26 |
| Michael Smith | 1 | 4 | 2 | 0 | 1 | 31 | 0 | 0 | 1 | 40 |
| Prentiss Smith | 2 | 1 | 0 | 0 | 4 | 8 | 4 | 3 | 0 | 22 |
| Bill Sones | 8 | 22 | 13 | 8 | 11 | 5 | 7 | 29 | 4 | 107 |

**Official Recapitulation**
**Special Runoff Election**

The County Election Commission will prepare three (3) Official Recapitulation Sheets containing the vote of the entire county by precinct. They will forward one copy to Michael Watson, Secretary of State, 401 MISSISSIPPI ST. JACKSON MS 39201, file one copy with the Circuit Clerk of the County and keep the third copy for their records.

Votes cast in the County of Copiah, Mississippi
on the 13th day of October 2020

We, the undersigned Election Commission, hereby certify that the foregoing is a true and complete recapitulation and statement of the results of a Special Runoff Election held on the 13th day of October 2020, in the County of Copiah, Mississippi, and that the foregoing correctly shows the votes cast for each person and for the office set opposite the respective names at said election.

In testimony whereof, witness our hands this _20_ day of October 2020.

The County of Copiah, Mississippi,

_Wilhelmina Jones_

District 1 - Election Commissioner

_Frances Jost_

District 2 - Election Commissioner

_Ernest Munn_

District 3 - Election Commissioner

_____

District 4 - Election Commissioner

_Brunly Head_

District 5 - Election Commissioner

RECEIVED

OCT 23 2020

ELECTIONS DIVISION

| **Official Recapitulation** <br> **Run Off Election 10/13/2020 for 'Special Election'** | The County Election Commission will prepare three (3) Official Recapitulation Sheets containing the vote of the entire county by precinct. They will forward one copy to Michael Watson, Secretary of State, 401 MISSISSIPPI ST. JACKSON MS 39201, file one copy with the Circuit Clerk of the County and keep the third copy for their records. | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Names of Election Precincts | | | | | | | | | |
| Votes cast in the County of Copiah, Mississippi on the 13th day of October 2020 | Georgetown South | Shady Grove | Stronghope Union | Wesson | TOTAL | | | | | |
| **State Senate 39-District 39** | | | | | | | | | | |
| Jason Barrett | 46 | 87 | 67 | 78 | 278 | | | | | |
| Bill Sones | 18 | 17 | 44 | 79 | 158 | | | | | |

**Official Recapitulation**
**Special Runoff Election**

The County Election Commission will prepare three (3) Official Recapitulation Sheets containing the vote of the entire county by precinct. They will forward one copy to Michael Watson, Secretary of State, 401 MISSISSIPPI ST. JACKSON MS 39201, file one copy with the Circuit Clerk of the County and keep the third copy for their records.

Votes cast in the County of Lawrence, Mississippi
on the 13th day of October 2020

We, the undersigned Election Commission, hereby certify that the foregoing is a true and complete recapitulation and statement of the results of a Special Runoff Election held on the 13th day of October 2020, in the County of Lawrence, Mississippi, and that the foregoing correctly shows the votes cast for each person and for the office set opposite the respective names at said election.

In testimony whereof, witness our hands this _____ day of October 2020.

The County of Lawrence, Mississippi.

_____
District 1 - Election Commissioner

_____
District 2 - Election Commissioner

_____
District 3 - Election Commissioner

_____
District 4 - Election Commissioner

_____
District 5 - Election Commissioner

RECEIVED
OCT 27 2020
ELECTIONS DIVISION

| **Official Recapitulation**<br>**Run Off Election 10/13/2020 for 'Senate 39 Special Election'** | The County Election Commission will prepare three (3) Official Recapitulation Sheets containing the vote of the entire county by precinct. They will forward one copy to Michael Watson, Secretary of State, 401 MISSISSIPPI ST. JACKSON MS 39201, file one copy with the Circuit Clerk of the County and keep the third copy for their records. | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Votes cast in the County of Lawrence, Mississippi on the 13th day of October 2020 | Names of Election Precincts | | | | | | | | | | |
| | Arm | Armory | Center | Coopers Creek (A-Z) | Courthouse A-Z | Grange | Hooker | Jayess | Monticello-Beat 5 | New Hebron | Nola |
| **State Senate 39-District 39** | | | | | | | | | | | |
| Jason Barrett | 85 | 35 | 46 | 113 | 332 | 39 | 31 | 109 | 30 | 72 | 19 |
| Bill Sones | 13 | 6 | 1 | 17 | 53 | 12 | 9 | 31 | 4 | 22 | 4 |

| Official Recapitulation<br>Run Off Election 10/13/2020 for 'Senate 39 Special Election' | The County Election Commission will prepare three (3) Official Recapitulation Sheets containing the vote of the entire county by precinct. They will forward one copy to Michael Watson, Secretary of State, 401 MISSISSIPPI ST. JACKSON MS 39201, file one copy with the Circuit Clerk of the County and keep the third copy for their records. | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Votes cast in the County of Lawrence, Mississippi on the 13th day of October 2020 | Names of Election Precincts | | | | | | | | | | |
| | Nola 91 | Oakvale | Oma | Peyton Town | Silver Creek | Sontag | Stringer/N Pleasant Hill | Tilton | Topeka | Wanilla | Wanilla 91 |
| **State Senate 39-District 39** | | | | | | | | | | | |
| Jason Barrett | 16 | 34 | 95 | 36 | 77 | 90 | 65 | 31 | 53 | 29 | 20 |
| Bill Sones | 1 | 7 | 5 | 3 | 8 | 19 | 12 | 6 | 13 | 4 | 2 |

| **Official Recapitulation**<br>**Run Off Election 10/13/2020 for 'Senate 39 Special Election'** | The County Election Commission will prepare three (3) Official Recapitulation Sheets containing the vote of the entire county by precinct. They will forward one copy to Michael Watson, Secretary of State, 401 MISSISSIPPI ST. JACKSON MS 39201, file one copy with the Circuit Clerk of the County and keep the third copy for their records. | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Names of Election Precincts | | | | | | | | | |
| Votes cast in the County of Lawrence, Mississippi on the 13th day of October 2020 | West District 1 | West Monticello (A-Z) | TOTAL | | | | | | | |
| **State Senate 39-District 39** | | | | | | | | | | |
| Jason Barrett | 62 | 158 | 1677 | | | | | | | |
| Bill Sones | 13 | 21 | 286 | | | | | | | |

**Official Recapitulation**
**Special Runoff Election**

The County Election Commission will prepare three (3) Official Recapitulation Sheets containing the vote of the entire county by precinct. They will forward one copy to Michael Watson, Secretary of State, 401 MISSISSIPPI ST. JACKSON MS 39201, file one copy with the Circuit Clerk of the County and keep the third copy for their records.

Votes cast in the County of Lincoln, Mississippi
on the 13th day of October 2020

We, the undersigned Election Commission, hereby certify that the foregoing is a true and complete recapitulation and statement of the results of a Special Runoff Election held on the 13th day of October 2020, in the County of Lincoln, Mississippi, and that the foregoing correctly shows the votes cast for each person and for the office set opposite the respective names at said election.

In testimony whereof, witness our hands this __20__ day of October 2020.

The County of Lincoln, Mississippi,

District 1 - Election Commissioner

District 2 - Election Commissioner

District 3 - Election Commissioner

District 4 - Election Commissioner

District 5 - Election Commissioner

Dustin R. Bairfield
Lincoln County Circuit Clerk
301 S. First Street, Rm 305
Brookhaven, MS 39601



BAIRFIELD, CIRCUIT
DUSTIN R.
OCT 20 2020
CLERK
BY_____ D.C.

RECEIVED
OCT 20 2020
ELECTIONS DIVISION

| **Official Recapitulation** Run Off Election 10/13/2020 for 'September 22, 2020 Special Election' | The County Election Commission will prepare three (3) Official Recapitulation Sheets containing the vote of the entire county by precinct. They will forward one copy to Michael Watson, Secretary of State, 401 MISSISSIPPI ST. JACKSON MS 39201, file one copy with the Circuit Clerk of the County and keep the third copy for their records. | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Names of Election Precincts | | | | | | | | | | |
| Votes cast in the County of Lincoln, Mississippi on the 13th day of October 2020 | Alexander | Arlington | Big Springs | Bogue Chitto | Brignal / Rogers Circle | Caseyville | City Hall | East Lincoln | Enterprise | Fair River | Forrestry |
| **State Senate 39-District 39** | | | | | | | | | | | |
| Jason Barrett | 27 | 96 | 41 | 68 | 63 | 60 | 44 | 59 | 180 | 69 | 87 |
| Bill Sones | 88 | 55 | 27 | 43 | 106 | 92 | 74 | 47 | 128 | 51 | 123 |

Statewide Election Management System

| **Official Recapitulation** Run Off Election 10/13/2020 for 'September 22, 2020 Special Election' | The County Election Commission will prepare three (3) Official Recapitulation Sheets containing the vote of the entire county by precinct. They will forward one copy to Michael Watson, Secretary of State, 401 MISSISSIPPI ST. JACKSON MS 39201, file one copy with the Circuit Clerk of the County and keep the third copy for their records. | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Votes cast in the County of Lincoln, Mississippi on the 13th day of October 2020 | **Names of Election Precincts** | | | | | | | | | | |
| | Governmental Complex | Halbert Heights | Heucks Retreat | High School | Johnson | Johnson Grove | Lipsey | Little Bahala | Loyd Star | Montgomery | New Sight |
| **State Senate 39-District 39** | | | | | | | | | | | |
| Jason Barrett | 29 | 266 | 111 | 28 | 93 | 123 | 77 | 46 | 148 | 55 | 139 |
| Bill Sones | 51 | 480 | 121 | 62 | 51 | 109 | 158 | 26 | 150 | 57 | 238 |

| **Official Recapitulation** Run Off Election 10/13/2020 for 'September 22, 2020 Special Election' | The County Election Commission will prepare three (3) Official Recapitulation Sheets containing the vote of the entire county by precinct. They will forward one copy to Michael Watson, Secretary of State, 401 MISSISSIPPI ST. JACKSON MS 39201, file one copy with the Circuit Clerk of the County and keep the third copy for their records. | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Votes cast in the County of Lincoln, Mississippi on the 13th day of October 2020 | **Names of Election Precincts** | | | | | | | | | | |
| | Norfield | Old Brook | Old Red Star | PEARLHAVEN | Ruth | Vaughn | West Lincoln | Zetus | TOTAL | | |
| **State Senate 39-District 39** | | | | | | | | | | | |
| Jason Barrett | 53 | 170 | 94 | 30 | 115 | 60 | 142 | 91 | 2664 | | |
| Bill Sones | 36 | 262 | 91 | 53 | 47 | 92 | 117 | 114 | 3149 | | |

**Official Recapitulation**
**Special Runoff Election**

The County Election Commission will prepare three (3) Official Recapitulation Sheets containing the vote of the entire county by precinct. They will forward one copy to Michael Watson, Secretary of State, 401 MISSISSIPPI ST. JACKSON MS 39201, file one copy with the Circuit Clerk of the County and keep the third copy for their records.

Votes cast in the County of Walthall, Mississippi
on the 13th day of October 2020

We, the undersigned Election Commission, hereby certify that the foregoing is a true and complete recapitulation and statement of the results of a Special Runoff Election held on the 13th day of October 2020, in the County of Walthall, Mississippi, and that the foregoing correctly shows the votes cast for each person and for the office set opposite the respective names at said election.

In testimony whereof, witness our hands this __15th__ day of October 2020.

The County of Walthall, Mississippi.

_Beth Cowart_
District 1 - Election Commissioner

_Cindy Dawker_
District 2 - Election Commissioner

_William Ratliff_
District 3 - Election Commissioner

_____
District 4 - Election Commissioner

_____
District 5 - Election Commissioner

**RECEIVED**
**OCT 20 2020**
**ELECTIONS DIVISION**

| Official Recapitulation<br>Run Off Election 10/13/2020 for 'September 22, 2020 Special Election' | The County Election Commission will prepare three (3) Official Recapitulation Sheets containing the vote of the entire county by precinct. They will forward one copy to Michael Watson, Secretary of State, 401 MISSISSIPPI ST. JACKSON MS 39201, file one copy with the Circuit Clerk of the County and keep the third copy for their records. | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Votes cast in the County of Walthall, Mississippi on the 13th day of October 2020 | Names of Election Precincts | | | | | | | | | | |
| | 4th District West Tylertown | 4th District Tylertown | Darbun | East Tylertown | Enon | Hope | Sartinsville | Varnel | West Tylertown | TOTAL | |
| State Senate 39-District 39 | | | | | | | | | | | |
| Jason Barrett | 97 | 39 | 18 | 4 | 37 | 4 | 24 | 33 | 9 | 265 | |
| Bill Sones | 13 | 15 | 15 | 4 | 13 | 1 | 12 | 27 | 5 | 105 | |

**Official Recapitulation**
**Special Election Election**

The County Election Commission will prepare three (3) Official Recapitulation Sheets containing the vote of the entire county by precinct. They will forward one copy to Michael Watson, Secretary of State, 401 MISSISSIPPI ST. JACKSON MS 39201, file one copy with the Circuit Clerk of the County and keep the third copy for their records.

Votes cast in the County of Clay, Mississippi on the 22nd day of September 2020

We, the undersigned Election Commission, hereby certify that the foregoing is a true and complete recapitulation and statement of the results of a Special Election Election held on the 22nd day of September 2020, in the County of Clay, Mississippi, and that the foregoing correctly shows the votes cast for each person and for the office set opposite the respective names at said election.

In testimony whereof, witness our hands this _3 0_ day of September 2020.

The County of Clay, Mississippi.

**RECEIVED**
**OCT 0 5 2020**
**ELECTIONS DIVISION**

District 1 - Election Commissioner

District 2 - Election Commissioner

District 3 - Election Commissioner

District 4 - Election Commissioner

District 5 - Election Commissioner

| **Official Recapitulation** **Special House District 37** | The County Election Commission will prepare three (3) Official Recapitulation Sheets containing the vote of the entire county by precinct. They will forward one copy to Michael Watson, Secretary of State, 401 MISSISSIPPI ST. JACKSON MS 39201, file one copy with the Circuit Clerk of the County and keep the third copy for their records. | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Votes cast in the County of Clay, Mississippi on the 22nd day of September 2020 | Names of Election Precincts | | | | | | | | | |
| | Cedar Bluff | Central-West Point | East-West Point | Pheba | Siloam | South-West Point | Tibbee | West-West Point | TOTAL | |
| **State House Of Rep 37-District 37** | | | | | | | | | | |
| David Michael Chism | 28 | 45 | 102 | 59 | 18 | 9 | 21 | 0 | 282 | |
| Vicky Rose | 3 | 50 | 49 | 54 | 8 | 23 | 1 | 0 | 188 | |
| Lynn Wright | 14 | 31 | 78 | 30 | 9 | 13 | 3 | 0 | 178 | |

**Official Recapitulation**
**Special Election Election**

The County Election Commission will prepare three (3) Official Recapitulation Sheets containing the vote of the entire county by precinct. They will forward one copy to Michael Watson, Secretary of State, 401 MISSISSIPPI ST. JACKSON MS 39201, file one copy with the Circuit Clerk of the County and keep the third copy for their records.

Votes cast in the County of Lowndes, Mississippi
on the 22nd day of September 2020

We, the undersigned Election Commission, hereby certify that the foregoing is a true and complete recapitulation and statement of the results of a Special Election Election held on the 22nd day of September 2020, in the County of Lowndes, Mississippi, and that the foregoing correctly shows the votes cast for each person and for the office set opposite the respective names at said election.

In testimony whereof, witness our hands this _____ day of September 2020.

The County of Lowndes, Mississippi.

_____
District 1 - Election Commissioner

_____
District 2 - Election Commissioner

_____
District 3 - Election Commissioner

_____
District 4 - Election Commissioner

_____
District 5 - Election Commissioner

RECEIVED
SEP 3 0 2020
ELECTIONS DIVISION

| Official Recapitulation<br>Special House District 37 | The County Election Commission will prepare three (3) Official Recapitulation Sheets containing the vote of the entire county by precinct. They will forward one copy to Michael Watson, Secretary of State, 401 MISSISSIPPI ST. JACKSON MS 39201, file one copy with the Circuit Clerk of the County and keep the third copy for their records. | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Names of Election Precincts | | | | | | | | | | |
| Votes cast in the County of Lowndes, Mississippi on the 22nd day of September 2020 | Immanuel | New Hope | Plum Grove | Rural Hill | Southside Church | Steens | West Lowndes | TOTAL | | | |
| **State House Of Rep 37-District 37** | | | | | | | | | | | |
| David Michael Chism | 23 | 194 | 0 | 150 | 17 | 46 | 19 | 449 | | | |
| Vicky Rose | 17 | 78 | 0 | 55 | 27 | 11 | 24 | 212 | | | |
| Lynn Wright | 33 | 741 | 0 | 196 | 64 | 75 | 39 | 1148 | | | |

**Official Recapitulation**
**Special Election Election**

The County Election Commission will prepare three (3) Official Recapitulation Sheets containing the vote of the entire county by precinct. They will forward one copy to Michael Watson, Secretary of State, 401 MISSISSIPPI ST. JACKSON MS 39201, file one copy with the Circuit Clerk of the County and keep the third copy for their records.

Votes cast in the County of Oktibbeha, Mississippi on the 22nd day of September 2020

We, the undersigned Election Commission, hereby certify that the foregoing is a true and complete recapitulation and statement of the results of a Special Election Election held on the 22nd day of September 2020, in the County of Oktibbeha, Mississippi, and that the foregoing correctly shows the votes cast for each person and for the office set opposite the respective names at said election.

In testimony whereof, witness our hands this _____7_____ day of September 2020.

The County of Oktibbeha, Mississippi.

_____
District 1 - Election Commissioner

_____
District 2 - Election Commissioner

_____
District 3 - Election Commissioner

_____
District 4 - Election Commissioner

_____
District 5 - Election Commissioner

RECEIVED
OCT 07 2020
ELECTIONS DIVISION

| **Official Recapitulation** September 22, 2020 Special Election | The County Election Commission will prepare three (3) Official Recapitulation Sheets containing the vote of the entire county by precinct. They will forward one copy to Michael Watson, Secretary of State, 401 MISSISSIPPI ST. JACKSON MS 39201, file one copy with the Circuit Clerk of the County and keep the third copy for their records. | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Votes cast in the County of Oktibbeha, Mississippi on the 22nd day of September 2020 | Names of Election Precincts | | | | | | | | | | |
| | Central Starkville | Craig Springs | Double Springs | East Starkville | Hickory Grove | Maben | Needmore Community Center | North Adaton | North Longview | North Starkville District 3 | South Adaton |
| **State Senate 15-District 15** | | | | | | | | | | | |
| Bricklee Miller | 48 | 62 | 57 | 15 | 30 | 12 | 30 | X | 55 | 8 | 50 |
| Levon Murphy Jr. | 89 | 3 | 10 | 10 | 5 | 10 | 17 | X | 28 | 3 | 22 |
| Bart Williams | 46 | 43 | 124 | 10 | 20 | 49 | 17 | X | 145 | 7 | 73 |
| Joyce Meek Yates | 29 | 17 | 35 | 5 | 17 | 23 | 9 | X | 26 | 5 | 16 |
| **State House Of Rep 37-District 37** | | | | | | | | | | | |
| David Michael Chism | X | X | 110 | X | X | 38 | X | 41 | X | X | X |
| Vicky Rose | X | X | 57 | X | X | 26 | X | 48 | X | X | X |
| Lynn Wright | X | X | 41 | X | X | 27 | X | 17 | X | X | X |

| Official Recapitulation<br>September 22,2020 Special Election | The County Election Commission will prepare three (3) Official Recapitulation Sheets containing the vote of the entire county by precinct. They will forward one copy to Michael Watson, Secretary of State, 401 MISSISSIPPI ST. JACKSON MS 39201, file one copy with the Circuit Clerk of the County and keep the third copy for their records. | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Votes cast in the County of Oktibbeha, Mississippi on the 22nd day of September 2020 | Names of Election Precincts | | | | | | | | | | |
| | South Longview | South Starkville | Sturgis | West Starkville | TOTAL | | | | | | |
| **State Senate 15-District 15** | | | | | | | | | | | |
| Bricklee Miller | 20 | 660 | 131 | 183 | 1361 | | | | | | |
| Levon Murphy Jr. | 8 | 151 | 41 | 128 | 525 | | | | | | |
| Bart Williams | 39 | 519 | 129 | 241 | 1462 | | | | | | |
| Joyce Meek Yates | 5 | 225 | 43 | 102 | 557 | | | | | | |
| **State House Of Rep 37-District 37** | | | | | | | | | | | |
| David Michael Chism | X | X | X | X | 189 | | | | | | |
| Vicky Rose | X | X | X | X | 131 | | | | | | |
| Lynn Wright | X | X | X | X | 85 | | | | | | |

**Official Recapitulation**
**Special Runoff Election**

The County Election Commission will prepare three (3) Official Recapitulation Sheets containing the vote of the entire county by precinct. They will forward one copy to Michael Watson, Secretary of State, 401 MISSISSIPPI ST. JACKSON MS 39201, file one copy with the Circuit Clerk of the County and keep the third copy for their records.

Votes cast in the County of Clay, Mississippi on the 13th day of October 2020

We, the undersigned Election Commission, hereby certify that the foregoing is a true and complete recapitulation and statement of the results of a Special Runoff Election held on the 13th day of October 2020, in the County of Clay, Mississippi, and that the foregoing correctly shows the votes cast for each person and for the office set opposite the respective names at said election.

In testimony whereof, witness our hands this _____ day of October 2020.

The County of Clay, Mississippi.

District 1 - Election Commissioner

District 2 - Election Commissioner

District 3 - Election Commissioner

District 4 - Election Commissioner

District 5 - Election Commissioner

RECEIVED

OCT 27 2020

ELECTIONS DIVISION

| **Official Recapitulation**<br>Run Off Election 10/13/2020 for 'Special<br>House District 37' | The County Election Commission will prepare three (3) Official Recapitulation Sheets containing the vote of the entire county by precinct. They will forward one copy to Michael Watson, Secretary of State, 401 MISSISSIPPI ST. JACKSON MS 39201, file one copy with the Circuit Clerk of the County and keep the third copy for their records. | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Names of Election Precincts | | | | | | | | | | |
| Votes cast in the County of Clay, Mississippi on the 13th day of October 2020 | Cedar Bluff | Central-West Point | East-West Point | Pheba | Siloam | South-West Point | Tibbee | West-West Point | TOTAL | | |
| **State House Of Rep 37-District 37** | | | | | | | | | | | |
| David Michael Chism | 17 | 44 | 72 | 45 | 17 | 14 | 11 | 1 | 221 | | |
| Lynn Wright | 29 | 34 | 108 | 51 | 13 | 12 | 6 | 1 | 254 | | |

**Official Recapitulation**
**Special Runoff Election**

The County Election Commission will prepare three (3) Official Recapitulation Sheets containing the vote of the entire county by precinct. They will forward one copy to Michael Watson, Secretary of State, 401 MISSISSIPPI ST. JACKSON MS 39201, file one copy with the Circuit Clerk of the County and keep the third copy for their records.

Votes cast in the County of Lowndes, Mississippi
on the 13th day of October 2020

We, the undersigned Election Commission, hereby certify that the foregoing is a true and complete recapitulation and statement of the results of a Special Runoff Election held on the 13th day of October 2020, in the County of Lowndes, Mississippi, and that the foregoing correctly shows the votes cast for each person and for the office set opposite the respective names at said election.

In testimony whereof, witness our hands this _22nd_ day of October 2020.

The County of Lowndes, Mississippi.

District 1 - Election Commissioner

District 2 - Election Commissioner

District 3 - Election Commissioner

District 4 - Election Commissioner

District 5 - Election Commissioner

RECEIVED
OCT 22 2020
ELECTIONS DIVISION

| **Official Recapitulation** Run Off Election 10/13/2020 for 'Special House District 37' | The County Election Commission will prepare three (3) Official Recapitulation Sheets containing the vote of the entire county by precinct. They will forward one copy to Michael Watson, Secretary of State, 401 MISSISSIPPI ST. JACKSON MS 39201, file one copy with the Circuit Clerk of the County and keep the third copy for their records. | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Names of Election Precincts | | | | | | | | | | |
| Votes cast in the County of Lowndes, Mississippi on the 13th day of October 2020 | Immanuel | New Hope | Plum Grove | Rural Hill | Southside Church | Steens | West Lowndes | TOTAL | | | |
| **State House Of Rep 37-District 37** | | | | | | | | | | | |
| David Michael Chism | 24 | 212 | 0 | 172 | 15 | 61 | 18 | 502 | | | |
| Lynn Wright | 29 | 779 | 0 | 203 | 55 | 74 | 33 | 1173 | | | |

**Official Recapitulation**
**Special Runoff Election**

The County Election Commission will prepare three (3) Official Recapitulation Sheets containing the vote of the entire county by precinct. They will forward one copy to Michael Watson, Secretary of State, 401 MISSISSIPPI ST. JACKSON MS 39201, file one copy with the Circuit Clerk of the County and keep the third copy for their records.

Votes cast in the County of Oktibbeha,
Mississippi on the 13th day of October 2020

We, the undersigned Election Commission, hereby certify that the foregoing is a true and complete recapitulation and statement of the results of a Special Runoff Election held on the 13th day of October 2020, in the County of Oktibbeha, Mississippi, and that the foregoing correctly shows the votes cast for each person and for the office set opposite the respective names at said election.

In testimony whereof, witness our hands this _____ day of October 2020.

The County of Oktibbeha, Mississippi.

District 1 - Election Commissioner

District 2 - Election Commissioner

District 3 - Election Commissioner

District 4 - Election Commissioner

District 5 - Election Commissioner

RECEIVED

OCT 27 2020

ELECTIONS DIVISION

| **Official Recapitulation** Run Off Election 10/13/2020 for 'September 22,2020 Special Election' | The County Election Commission will prepare three (3) Official Recapitulation Sheets containing the vote of the entire county by precinct. They will forward one copy to Michael Watson, Secretary of State, 401 MISSISSIPPI ST. JACKSON MS 39201, file one copy with the Circuit Clerk of the County and keep the third copy for their records. | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Names of Election Precincts | | | | | | | | | | |
| Votes cast in the County of Oktibbeha, Mississippi on the 13th day of October 2020 | Central Starkville | Craig Springs | Double Springs | East Starkville | Hickory Grove | Maben | Needmore Community Center | North Adaton | North Longview | North Starkville District 3 | South Adaton |
| **State Senate 15-District 15** | | | | | | | | | | | |
| Bart Williams | 79 | 70 | 146 | 20 | 37 | 62 | 27 | X | 180 | 8 | 87 |
| Joyce Meek Yates | 43 | 32 | 54 | 8 | 25 | 28 | 22 | X | 48 | 7 | 46 |
| **State House Of Rep 37-District 37** | | | | | | | | | | | |
| David Michael Chism | X | X | 110 | X | X | 45 | X | 31 | X | X | X |
| Lynn Wright | X | X | 82 | X | X | 42 | X | 25 | X | X | X |

| **Official Recapitulation**<br>**Run Off Election 10/13/2020 for 'September 22,2020 Special Election'** | The County Election Commission will prepare three (3) Official Recapitulation Sheets containing the vote of the entire county by precinct. They will forward one copy to Michael Watson, Secretary of State, 401 MISSISSIPPI ST. JACKSON MS 39201, file one copy with the Circuit Clerk of the County and keep the third copy for their records. | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Names of Election Precincts | | | | | | | | | |
| Votes cast in the County of Oktibbeha, Mississippi on the 13th day of October 2020 | South Longview | South Starkville | Sturgis | West Starkville | TOTAL | | | | | |
| **State Senate 15-District 15** | | | | | | | | | | |
| Bart Williams | 48 | 854 | 185 | 314 | 2117 | | | | | |
| Joyce Meek Yates | 8 | 449 | 97 | 188 | 1055 | | | | | |
| **State House Of Rep 37-District 37** | | | | | | | | | | |
| David Michael Chism | X | X | X | X | 186 | | | | | |
| Lynn Wright | X | X | X | X | 149 | | | | | |

**Official Recapitulation**
**Special Election Election**

Votes cast in the County of Hinds, Mississippi on the 22nd day of September 2020

The County Election Commission will prepare three (3) Official Recapitulation Sheets containing the vote of the entire county by precinct. They will forward one copy to Michael Watson, Secretary of State, 401 MISSISSIPPI ST. JACKSON MS 39201, file one copy with the Circuit Clerk of the County and keep the third copy for their records.

We, the undersigned Election Commission, hereby certify that the foregoing is a true and complete recapitulation and statement of the results of a Special Election Election held on the 22nd day of September 2020, in the County of Hinds, Mississippi, and that the foregoing correctly shows the votes cast for each person and for the office set opposite the respective names at said election.

In testimony whereof, witness our hands this 25th day of September 2020.

The County of Hinds, Mississippi.

District 1 - Election Commissioner

District 2 - Election Commissioner

District 3 - Election Commissioner

District 4 - Election Commissioner

District 5 - Election Commissioner

RECEIVED
SEP 25 2020
ELECTIONS DIVISION

| Official Recapitulation<br>September 22, 2020 Special Election | The County Election Commission will prepare three (3) Official Recapitulation Sheets containing the vote of the entire county by precinct. They will forward one copy to Michael Watson, Secretary of State, 401 MISSISSIPPI ST. JACKSON MS 39201, file one copy with the Circuit Clerk of the County and keep the third copy for their records. | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Votes cast in the County of Hinds, Mississippi on the 22nd day of September 2020 | Names of Election Precincts | | | | | | | | | | |
| | Springridge | Terry 2 | Utica 2 | TOTAL | | | | | | | |
| **State House Of Rep 66-District 66** | | | | | | | | | | | |
| Gregory L. Divinity | 16 | 11 | 157 | 457 | | | | | | | |
| Robert C. 'Bob' Lee Jr. | 40 | 90 | 10 | 494 | | | | | | | |
| Fabian Nelson | 1 | 3 | 0 | 33 | | | | | | | |
| Kathryn Orey Perry | 1 | 2 | 0 | 45 | | | | | | | |
| De'Keither A. Stamps | 49 | 50 | 18 | 762 | | | | | | | |
| Calvin B. Williams | 1 | 5 | 67 | 116 | | | | | | | |

**Official Recapitulation**
**Special Runoff Election**

The County Election Commission will prepare three (3) Official Recapitulation Sheets containing the vote of the entire county by precinct. They will forward one copy to Michael Watson, Secretary of State, 401 MISSISSIPPI ST. JACKSON MS 39201, file one copy with the Circuit Clerk of the County and keep the third copy for their records.

Votes cast in the County of Hinds, Mississippi on the 13th day of October 2020

We, the undersigned Election Commission, hereby certify that the foregoing is a true and complete recapitulation and statement of the results of a Special Runoff Election held on the 13th day of October 2020, in the County of Hinds, Mississippi, and that the foregoing correctly shows the votes cast for each person and for the office set opposite the respective names at said election.

In testimony whereof, witness our hands this 21st day of October 2020.

The County of Hinds, Mississippi

District 1 - Election Commissioner

District 2 - Election Commissioner

District 3 - Election Commissioner

District 4 - Election Commissioner

District 5 - Election Commissioner

RECEIVED

OCT 21 2020

ELECTIONS DIVISION

| Official Recapitulation<br>Run Off Election 10/13/2020 for 'September 22, 2020 Special Election' | The County Election Commission will prepare three (3) Official Recapitulation Sheets containing the vote of the entire county by precinct. They will forward one copy to Michael Watson, Secretary of State, 401 MISSISSIPPI ST. JACKSON MS 39201, file one copy with the Circuit Clerk of the County and keep the third copy for their records. | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Votes cast in the County of Hinds, Mississippi on the 13th day of October 2020 | Names of Election Precincts | | | | | | | | | |
| | Byram 2 | Chapel Hill | Dry Grove | Learned | Precinct 69 | Precinct 74 | Precinct 91 | Precinct 92 | Precinct 93 | Precinct 94 | Raymond 2 |
| State House Of Rep 66-District 66 | | | | | | | | | | |
| Robert C. 'Bob' Lee Jr. | 143 | 32 | 110 | 51 | 1 | 4 | 0 | 17 | 15 | 37 | 14 |
| De'Keither A. Stamps | 49 | 93 | 60 | 15 | 13 | 22 | 9 | 121 | 39 | 300 | 3 |

| **Official Recapitulation** Run Off Election 10/13/2020 for 'September 22, 2020 Special Election' | The County Election Commission will prepare three (3) Official Recapitulation Sheets containing the vote of the entire county by precinct. They will forward one copy to Michael Watson, Secretary of State, 401 MISSISSIPPI ST. JACKSON MS 39201, file one copy with the Circuit Clerk of the County and keep the third copy for their records. | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Names of Election Precincts | | | | | | | | | |
| Votes cast in the County of Hinds, Mississippi on the 13th day of October 2020 | Springridge | Terry 2 | Utica 2 | TOTAL | | | | | | |
| **State House Of Rep 66-District 66** | | | | | | | | | | |
| Robert C. 'Bob' Lee Jr. | 45 | 87 | 16 | 572 | | | | | | |
| De'Keither A. Stamps | 39 | 57 | 92 | 912 | | | | | | |