# Exhibit E

# Clarion **Ledger**

POLITICS

# Mississippi voters head to polls Tuesday to fill four open legislative seats

*Voters in House districts 66 and 37, and Senate districts 15 and 39, need to pick new lawmakers to represent them in Jackson for the next three years*



**Luke Ramseth**
Mississippi Clarion Ledger

Published 5:00 a.m. CT Sept. 19, 2020 | Updated 9:03 a.m. CT Sept. 19, 2020

Voters in four Mississippi legislative districts head to the polls Tuesday for a special election to replace several state lawmakers who recently resigned.

Gov. Tate Reeves called the special election — just six weeks before the Nov. 3 presidential election — after multiple veteran lawmakers departed their posts early, some for health reasons and others to accept new jobs.

The open seats are in House District 66, previously held by Democrat Jarvis Dortch of Raymond; and District 37, previously held by Republican Gary Chism of Columbus. In the Senate, open seats are District 15, previously held by Republican Gary Jackson of French Camp; and District 39, previously held by Republican Sally Doty of Brookhaven.

A fifth special election to fill vacant House District 87 is scheduled for Nov. 3.

Every special election contest is nonpartisan, meaning party affiliation won't be listed on the ballot. The winner of each race will serve the remaining three years of the departing legislator's term.

The polls are open from 7 a.m. to 7 p.m., and any voter in line at 7 p.m. is entitled to cast a ballot. To find out where your polling place is located, visit sos.ms.gov/pollingplace. Voters must present a form of government photo identification at their polling place, such as a driver's license, passport, or military photo ID. A sample ballot and other voter information, including COVID-19 information, is at sos.ms.gov/elections-voting.

The special election will be an early test of state and county coronavirus protocols at polling places. Mississippi continues to report hundreds of new virus cases each day, though total counts have been trending downward in recent weeks.

**Absentee voting lawsuit:** Mississippi absentee ballot rules challenged amid pandemic

Mississippi secretary of state spokeswoman Kendra James said, unlike for the general election, state officials have not been able to provide hand sanitizer and other protective equipment for poll workers for Tuesday's special election.

"But we have encouraged each county to provide COVID-19 safety materials for each precinct," she said.

**For general election:** Absentee voting begins Sept. 21 in Mississippi. What you need to know

James said while voters are encouraged to wear masks, they are not mandated to enter a polling place, and a voter cannot be denied entry for not wearing one.

Here's a rundown of each race and who's running:

## House District 66

This seat, which covers parts of southwest Jackson and rural Hinds County, was vacated in early July by Dortch after he accepted a job as the new state director of the American Civil Liberties Union. Here are the candidates:

**Gregory Divinity** — Divinity is a real estate investor and says on his website he has "worked to improve the community by establishing a preschool, afterschool (and) tutorial programs and at-risk neighborhood programs." He also touts his military and federal law enforcement experience.

**Robert "Bob" Lee Jr.** — Lee says in an online voter guide he is a former teacher who said he supports a pay increase for teachers. He says improving education is the way to improve economic opportunities in the state. He also says he backs equal pay legislation for women and criminal justice reform "to see equitable sentencing regardless of sex or race."

**Fabian Nelson** — Nelson, a real estate broker, says on his website a top priority would be improving health care access in the district — especially amidst the pandemic. He also says

2/20/24, 11:47 AM
What to know about Tuesday's special legislative elections in Mississippi
Case 3:22-cv-00734-DPJ-HSO-LHS Document 196-5 Filed 02/22/24 Page 4 of 7

he would focus on affordable housing in rural areas, supporting small business and education parity.

**Kathryn Orey Perry** — Perry, a preacher, pledges to focus on bringing jobs to the area, improving the education system, and argues Hinds Community College should one day become a university.

**De'Keither Stamps** — Stamps has been a Jackson city councilman for Ward 4 since 2013. "We're pro-education," he recently told WJTV-TV. "Our education system is vitally important and pro-economy. We believe Mississippi should be doing business all over the world to a higher degree."

**Calvin Williams** — Williams is a Utica councilman. On his Facebook page, he discusses focusing on improving education and raising teacher pay, as well as enacting policies that "will be beneficial for all people regardless of demographic and socio-economic status."

## House District 37

Chism, of Columbus, departed this seat, which covers areas around Columbus and Starkville, in June to take care of his wife as she faces health issues. He had served since 2000. Here are the candidates:

**David Chism** — David Chism is Gary Chism's cousin and owns a Lowndes County pool service, according to The Commercial Dispatch. The self-described fiscal conservative says on his website two of his top priorities are expanding broadband access in rural parts of the state and "low taxes and low regulation."

**Vicky Rose** — Rose, a Libertarian, says she would advocate for "less intrusive" state government. "The job is about protecting your dollars and protecting your right to live in a self-responsible way that we have enjoyed since the founding of our nation and applying these protections to everyone," she wrote on her website.

**Lynn Wright** — Wright is a former Lowndes County School District superintendent and has said education issues would be a top priority. "I had a reputation with superintendents in the state because of the hours that I logged. I was the hardest-working superintendent in the state," he said at a recent campaign event, according to The Dispatch.

## Senate District 15

Jackson, of French Camp, who served since 2004, resigned due to health concerns in June. The district is in Choctaw, Montgomery, Oktibbeha and Webster counties. Here are the candidates:

**Bricklee Miller** — Miller is an Oktibbeha County supervisor and the longtime director of the Mississippi Horse Park. She cites strengthening the education system, job growth and "protecting the unborn" as among her top priorities.

**Levon Murphy Jr.** — Murphy owns Murphy Motors in Ackerman. He said his top priorities are improving education, economic development and criminal justice reform.

**Bart Williams** — Williams is a Starkville businessman who says he'd advocate for small business tax cuts, education, as well as cultural and diversity training for law enforcement, according to The Dispatch.

**Joyce Meek Yates** — Yates has a background in higher education as a professor and director in health studies. Education would be a top priority, as would improving health care in the state and supporting small businesses.

## Senate District 39

Doty of Brookhaven served in the Senate for nine years, but resigned in July to accept her appointment by Gov. Tate Reeves to lead the state's Public Utilities Staff. The district is in Copiah, Lawrence, Lincoln and Walthall counties. Here are the candidates:

**Jason Barrett** — Barrett is an attorney, small business owner and former teacher. He describes himself as a "conservative Republican who believes government should be run from the citizens up, not bureaucracy down."

**Beth Brown** — Brown is a nurse practitioner who operates health care clinics and also ran for the seat last year. "Mississippi still ranks #50 in healthcare in the U.S.," she wrote on Facebook. "We need the experience and knowledge of healthcare in our State Senate to be able to lead our State forward."

**Cindy Bryan** — Bryan is the mayor of the town of New Hebron. "We need someone who is committed to fighting for our public education, for conservative measures in our state

budget, to support our law enforcement, and for our rural health care in our state," she said in a recent commercial.

**Mike Campbell** — Campbell has worked in law enforcement and as a respiratory therapist. He touts his diverse professional experience and Christian faith on his campaign Facebook page.

**Josh Davis** — Davis, the owner of A&J Pool Service, also ran for the seat last year. He says improving the region's education system, and fixing the teacher shortage, are his top priorities, and he also frequently discusses job creation on his campaign Facebook page.

**Ben Johnson** — Johnson is a consultant who served in the U.S. Navy for many years. "I will focus on educational improvements for our educators and developing economic growth opportunities throughout the district," he wrote. "I will work to ease government regulations for economic prosperity and promote healthcare reform while protecting rural hospitals."

**Michael Smith** — Smith is a Lincoln County firefighter and has also worked as a lobbyist. He lists of a series of priorities including environmental stewardship, protecting worker's rights, protecting the Second Amendment and fully funding the state's education system.

**Prentiss Smith** — Smith is general manager at Toyota of Brookhaven. On social media and elsewhere, he often discusses education issues, including fully funding schools, raising teacher pay and similar topics. He also advocates for fixing the district's roads and bridges and improving the state's health care system and access to care.

**Bill Sones** — Sones is a businessman who founded Bank of Brookhaven. "I've always been committed to recruiting new business and industry to our area, fighting for our hospitals and medical communities, supporting our city and county public schools, and generously backing many local charities," he said in announcing his run in July.

*Contact Luke Ramseth at 601-961-7050 or lramseth@gannett.com. Follow @lramseth on Twitter.*