# Exhibit F

# SAMPLE Official Election Ballot
## STATE OF MISSISSIPPI

### September 22, 2020 Special Elections

### Tuesday, September 22, 2020

TO VOTE: YOU MUST DARKEN THE OVAL(⬤) COMPLETELY USING A BLACK OR BLUE PEN.

Do not use a red pen, felt tip pen or any type of pencil.

Do not cross out or erase - If you make a mistake, you may request a new ballot.

---

**For State Senate 15**
**District 15**
**Vote for ONE**

◯ Bricklee Miller
◯ Levon Murphy Jr.
◯ Bart Williams
◯ Joyce Meek Yates
◯ _____
   **Write-in**

**For State Senate 39**
**District 39**
**Vote for ONE**

◯ Jason Barrett
◯ Beth Brown
◯ Cindy S. Bryan
◯ Mike Campbell
◯ Josh Davis
◯ Ben Johnson
◯ Michael Smith
◯ Prentiss Smith
◯ Bill Sones
◯ _____
   **Write-in**

**For State House Of Rep 37**
**District 37**
**Vote for ONE**

◯ David Michael Chism
◯ Vicky Rose
◯ Lynn Wright
◯ _____
   **Write-in**

**For State House Of Rep 66**
**District 66**
**Vote for ONE**

◯ Gregory L. Divinity
◯ Robert C. 'Bob' Lee Jr.
◯ Fabian Nelson
◯ Kathryn Orey Perry
◯ De'Keither A. Stamps
◯ Calvin B. Williams
◯ _____
   **Write-in**

---

**END OF BALLOT**