# Exhibit G

**PageVault**

| | |
|---|---|
| Document title: | Democrat Abe Hudson resigning from Mississippi House \| AP News |
| Capture URL: | https://apnews.com/article/mississippi-e3ea8a91a7bee565c711e06047fe365e |
| Page loaded at (UTC): | Fri, 09 Feb 2024 13:54:09 GMT |
| Capture timestamp (UTC): | Fri, 09 Feb 2024 13:54:41 GMT |
| Capture tool: | 10.41.1 |
| Collection server IP: | 54.157.181.49 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/118.0.5993.159 Safari/537.36 |
| Operating system: | Windows_NT (Node 18.17.1) |
| PDF length: | 2 |
| Capture ID: | 1tG1a3L5sz6utvddhLiXD7 |
| User: | ml-admin |

3:22-cv-734

**PTX-124**

PDF REFERENCE #:     9aeP2qqL99mRDNyLYKY1P8

**PTX-0124-001**



Israel-Hamas war • Special counsel report on Biden • Nevada caucuses • Kobe statue unveiled • NFL Honor Awards

Published 9:02 PM UTC, August 28, 2021

Share

JACKSON, Miss. (AP) — A Democratic member of the Mississippi House says he is resigning the seat he has held the past five years.

Rep. Abe Hudson Jr. of Shelby posted a Facebook video on Friday, saying that Monday will be his last day in office.

He represents a district in Bolivar and Sunflower counties.





"Serving in this capacity has been one of the highest honors and proudest accomplishments of my life," Hudson said.

"I believe that my transition will allow both the Mississippi Delta and I to grow," he said. "Furthermore, it will allow someone with a fresh perspective to lead our area out of many of the challenges that we've aggressively started to address."

Republicans have a wide majority in the 122-member House, and Hudson's departure will not affect the partisan balance. Gov. Tate Reeves will set a special election to fill the District 29 seat. The four-year term ends in January 2024.

Suggested For You — by Taboola

### Suggested For You — by Taboola



**I'll No Longer Be Going to Casinos, This Is The Reason Why.**
Advertisement: Buzzdaily Winners



**Uncontrolled Blood Sugar? Try This In The Morning.**
Advertisement: Type2 Diabetes - HNT    Learn More



**The Truth About Keeping Muscle Mass After Age 50**
Advertisement: primenutritionsecrets.com




Medical examiner rules death of baby decapitated during delivery was a...


Man who diverted national park river to ease boat access on Lake Michigan...

