# Exhibit H

# STATE OF MISSISSIPPI
## *Office of the Governor*

**WRIT OF ELECTION**

**TO THE ELECTION COMMISSIONERS OF
KEMPER, LAUDERDALE, NOXUBEE AND WINSTON COUNTIES, MISSISSIPPI:**

A vacancy exists in District 32 of the Mississippi Senate due to the resignation of Sampson Jackson II on June 30, 2021.

Therefore, pursuant to Article 4, Section 77 of the Mississippi Constitution of 1890 and Miss. Code Ann. § 23-15-851, I, Tate Reeves, Governor of the State of Mississippi, do hereby issue this Writ of Election, and hereby declare that the special election to fill the vacancy in Senate District 32, as such district existed for the 2020 legislative elections, shall be held on Tuesday, November 2, 2021. This special election shall be held and notice thereof shall be given in accordance with Miss. Code Ann. §§ 23-15-851 and 23-15-833.

Pursuant to Miss. Code Ann. § 23-15-851, the qualifying deadline shall be Monday, September 13, 2021. Candidates shall qualify pursuant to Miss. Code Ann. § 23-15-359.

If no candidate receives a majority of the votes cast in the special election, then a runoff election shall be held on Tuesday, November 23, 2021, in accordance with Miss. Code Ann. § 23-15-833.

All other relevant state laws not in conflict with the terms of this Writ of Election shall further apply.

The Election Commissioners of Kemper, Lauderdale, Noxubee and Winston Counties shall govern themselves accordingly.



IN WITNESS WHEREOF, I have hereunto set my hand and caused the Great Seal of the State of Mississippi to be affixed.

DONE at the Capitol, in the City of Jackson, this the 14th day of July in the year of our Lord, two thousand twenty-one, and of the Independence of the United States of America, the two hundred and forty-sixth.

*Tate Reeves*

TATE REEVES
Governor

BY THE GOVERNOR

*Michael Watson*

MICHAEL WATSON
SECRETARY OF STATE

3:22-cv-734

**PTX-125**