# Exhibit I



### State Board of Election Commissioners

The State Board of Election Commissioners met in a regular meeting on September 14th, 2021, at 11:00 a.m. Members present included Governor Tate Reeves, Secretary of State Michael Watson, and Deputy Attorney General Whitney Lipscomb.

In accordance with Mississippi Code Ann. §23-15-837, we the State Board of Election Commissioners, in finding that only one person has duly qualified to be a candidate in the special election for State House of Representatives District 29, hereby dispense with the November 2, 2021, Special Election. A certified copy of this finding and certification shall be filed with the Governor, who shall appoint Mr. Robert Sanders, of Bolivar County, to fill the unexpired term.

_Michael Watson_ made a motion to make a finding and determination of the fact that Mr. Robert Sanders is the only duly qualified candidate for House of Representatives District 29 and, pursuant to Miss. Code Ann. §23-15-837, the special election for this office shall be dispensed with. The motion was duly seconded by _Whitney Lipscomb_; all in favor and the motion carried.

Given under our hand and seal of office this the 14$^h$ day of September 2021.

_____
Governor Tate Reeves

_____
Secretary of State Michael Watson

_____
Attorney General Lynn Fitch  _for AG Fitch_

3:22-cv-734

**PTX-121**

**PTX-121-001**