# Exhibit J

The Wayback Machine - https://web.archive.org/web/20211010163454/https://www.enterprise-tocsin.com/local-news-politics-state-top-stories/abe-hudson-resigns-house-seat-sp…



**Abe Hudson**

# ABE HUDSON RESIGNS FROM HOUSE SEAT, SPECIAL ELECTION SET FOR NOV. 2

Wed, 09/01/2021 - 4:42 PM, **1,507 Reads**

District 29 House Rep. Abe Hudson has resigned.

According to a writ of election signed by Gov. Tate Reeves and Mississippi Secretary of State Michael Watson addressed to the Bolivar County and Sunflower County election commissioners, Hudson resigned on August 30. No reason for the resignation was given in the document.

Hudson, a Democrat, represented portions of Bolivar and Sunflower counties in the Mississippi Legislature since 2016.

The Hollandale native served on several committees, including Ports, Harbors and Airports (vice chair), Agriculture, Drug Policy, Tourism, Transportation and Wildlife, Fisheries & Parks, according to the former legislator's profile.

A special election to fill the vacant spot will be held on November 2, 2021.

The qualifying deadline for this election will be September 13, 2021.

If no candidate receives a majority of the votes on Nov. 2, a runoff will be held on Nov. 23.

Hudson is expected to speak with The E-T later this week about his decision to resign and his plans for the future.

‹ Previous (/web/20211010163454/https://www.enterprise-tocsin.com/local-news-obituaries/terrance-gerald-jr)

Next › (/web/20211010163454/https://www.enterprise-tocsin.com/schools-state/some-schools-look-hybrid-schedules-stem-cc…

tumblr

# TOP STORIES (/WEB/20211010163454/HTTPS://WWW.ENTERPRISE-TOCSIN.COM/TOP-STORIES-0)


(/web/20211010163454/https://www.enterprise-tocsin.com/local-news-politics-top-stories-videos/case-you-missed-tuesday-nights-debate-watch-it-here)

**In Case You Missed Tuesday Night's Debate, Watch It Here (/web/20211010163454/https://www.enterprise-tocsin.com/local-news-politics-top-stories-videos/case-you-missed-tuesday-nights-debate-watch-it-here)**
During Tuesday night's mayoral debate between incumbent Steve Rosenthal and mayoral hopeful…
**READ MORE (/web/20211010163454/https://www.enterprise-tocsin.com/local-news-politics-top-stories-videos/case-you-missed-tuesday-nights-debate-watch-it-here)**

IPD Investigating Curtis Street Shooting That Left One Man Injured Monday (/web/20211010163454/https://www.enterprise-tocsin.com/crime-local-news-top-stories/ipd-investigating-curtis-street-shooting-left-one-man-injured-monday)

VIDEO: B.B. King Biography Talks New Book Ahead of Oct. 5 Release (/web/20211010163454/https://www.enterprise-tocsin.com/entertainment-local-news-national-state-top-stories-videos/new-bb-king-biography-set-oct-5-0)

New B.B. King Biography Set For Oct. 5 Release, Author Returns To The Delta Next Thursday (/web/20211010163454/https://www.enterprise-tocsin.com/entertainment-local-news-national-state-top-stories-videos/new-bb-king-biography-set-oct-5-release)

"Gearing Up For Success": MDCC Announces New Strategic Plan (/web/20211010163454/https://www.enterprise-tocsin.com/local-news-schools-state-top-stories/gearing-success-mdcc-announces-new-strategic-plan)

Sunflower County Passes $31 Million School Bond Issue (/web/20211010163454/https://www.enterprise-tocsin.com/local-news-schools-state-top-stories/sunflower-county-passes-31-million-school-bond-issue)

# COMMUNITY POLL (/WEB/20211010163454/HTTPS://WWW.ENTERPRISE-TOCSIN.COM/POLLS)

Submit Your Poll (/web/20211010163454/https://www.enterprise-tocsin.com/user/login?destination=poll/add)     View All Polls (/web/20211010163454/https://www.enterprise-tocsin.com/polls)

**No polls found.**

# MOST READ NEWS ARTICLE (HTTPS://WEB.ARCHIVE.ORG/WEB/20211010163454/HTTP://WWW.ENTERPRISE-TOCSIN.COM/MOST-READ-0)

Week (/web/20211010163454/https://www.enterprise-tocsin.com/quicktabs/nojs/ent_most_read_headline/0)    Month (/web/20211010163454/https://www.enterprise-


(/web/20211010163454/https://www.enterprise-tocsin.com/crime-local-news/update-monday-morning-shooting)

**Update on Monday morning shooting (/web/20211010163454/https://www.enterprise-tocsin.com/crime-local-news/update-monday-morning-shooting)**
Indianola police are still investigating a Monday morning shooting that left one man injured and…
**READ MORE (/web/20211010163454/https://www.enterprise-tocsin.com/crime-local-news/update-monday-morning-shooting)**

In Case You Missed Tuesday Night's Debate, Watch It Here (/web/20211010163454/https://www.enterprise-tocsin.com/local-news-politics-top-stories-videos/case-you-missed-tuesday-nights-debate-watch-it-here)

IPD Investigating Curtis Street Shooting That Left One Man Injured Monday (/web/20211010163454/https://www.enterprise-tocsin.com/crime-local-news-top-stories/ipd-investigating-curtis-street-shooting-left-one-man-injured-monday)

Sweet Sensations opens (/web/20211010163454/https://www.enterprise-tocsin.com/local-news/sweet-sensations-opens)

Kimbrell, Armstrong to wed (/web/20211010163454/https://www.enterprise-tocsin.com/local-news-weddingsengagements/kimbrell-armstrong-wed)

Tyyona Collins (/web/20211010163454/https://www.enterprise-tocsin.com/local-news-obituaries/tyyona-collins)

# MOST RECENT (/WEB/20211010163454/HTTPS://WWW.ENTERPRISE-TOCSIN.COM/MOST-RECENT-NEWS)


(/web/20211010163454/https://www.enterprise-tocsin.com/columns-opinion-top-stories/how-disincentivize-work-0-616101795d0ed)

**How to disincentivize work (/web/20211010163454/https://www.enterprise-tocsin.com/columns-opinion-top-stories/how-disincentivize-work-0-616101795d0ed)**
Most of the wrangling in Congress about President Biden's push for dramatically more social…
**READ MORE (/web/20211010163454/https://www.enterprise-tocsin.com/columns-opinion-top-stories/how-disincentivize-work-0-616101795d0ed)**

**They took welfare money to turn ugly produce into meals, but fed no one (/web/20211010163454/https://www.enterprise-tocsin.com/state-social/they-took-welfare-money-turn-ugly-produce-meals-fed-no-one-616090f9d00fe)**

**Schools, state slowly spending federal COVID-19 money (/web/20211010163454/https://www.enterprise-tocsin.com/state-schools/schools-state-slowly-spending-federal-covid-19-money-6160720a6b8b5)**

**Medical marijuana rallies planned across state. No word from Gov. Reeves on session (/web/20211010163454/https://www.enterprise-tocsin.com/state-politics/medical-marijuana-rallies-planned-across-state-no-word-gov-reeves-session-616054823b150)**

**Mississippi Covid-19 Update : October 08, 2021 (/web/20211010163454/https://www.enterprise-tocsin.com/documents-state-press-releases/mississippi-covid-19-update-october-08-2021-6160504a360e7)**

**Back in the win column: Tigers head to Humphreys after knocking off Elzy (/web/20211010163454/https://www.enterprise-tocsin.com/local-news-local-sports/back-win-column-tigers-head-humphreys-after-knocking-elzy)**

# SECTIONS

(/web/20211010163454/https://www.enterprise-tocsin.com/)

(/web/20211010163454/https://www.enterprise-tocsin.com/user/reader-dashboard)

(/web/20211010163454/https://www.enterprise-tocsin.com/top-stories-0)

(/web/20211010163454/https://www.enterprise-tocsin.com/most-recent-news)

(https://web.archive.org/web/20211010163454/http://www.enterprise-tocsin.com/most-read-0)

(/web/20211010163454/https://www.enterprise-tocsin.com/news-4)

(/web/20211010163454/https://www.enterprise-tocsin.com/state-news-0)

(/web/20211010163454/https://www.enterprise-tocsin.com/national-0)

()

(/web/20211010163454/https://www.enterprise-tocsin.com/sports-news)

(/web/20211010163454/https://www.enterprise-tocsin.com/e-editions)

(/web/20211010163454/https://www.enterprise-tocsin.com/opinion-1)

(/web/20211010163454/https://www.enterprise-tocsin.com/obituaries-1)

(/web/20211010163454/https://www.enterprise-tocsin.com/social-1)

(/web/20211010163454/https://www.enterprise-tocsin.com/submit-news-0)

(/web/20211010163454/https://www.enterprise-tocsin.com/calendar)

(/web/20211010163454/https://www.enterprise-tocsin.com/schools-1)

(/web/20211010163454/https://www.enterprise-tocsin.com/comics-page-1)

(/web/20211010163454/https://www.enterprise-tocsin.com/games-1)

(https://web.archive.org/web/20211010163454/http://www.enterprise-tocsin.com/under-construction-0)

(https://web.archive.org/web/20211010163454/http://www.enterprise-tocsin.com/user/et-subscription)

(/web/20211010163454/https://www.enterprise-tocsin.com/advertise-ENT)

(https://web.archive.org/web/20211010163454/http://www.enterprise-tocsin.com/archives-0)

## SERVICES

(https://web.archive.org/web/20211010163454/http://www.enterprise-tocsin.com/about-us-0)

(https://web.archive.org/web/20211010163454/http://www.enterprise-tocsin.com/under-construction-0)

(https://web.archive.org/web/20211010163454/http://www.enterprise-tocsin.com/under-construction-0)

(/web/20211010163454/https://www.enterprise-tocsin.com/subscribe-0)

(/web/20211010163454/https://www.enterprise-tocsin.com/contact-us-0)

(https://web.archive.org/web/20211010163454/http://www.enterprise-tocsin.com/under-construction-0)

(https://web.archive.org/web/20211010163454/http://www.enterprise-tocsin.com/our-staff-0)

(/web/20211010163454/https://www.enterprise-tocsin.com/submit-news-0)

## CONTACT INFORMATION

**The Enterprise-Tocsin**

114 Main St.- Indianola

MS 38751

Phone: (662)-887-2222

Email:

bdavis@enterprise-tocsin.com (https://web.archive.org/web/20211010163454/mailto:bdavis@enterprise-tocsin.com)

## FOLLOW US

© Copyright 2021 The Enterprise-Tocsin (/web/20211010163454/https://www.enterprise-tocsin.com/), 114 Main St.- Indianola, MS 38751  | Terms of Use (/web/20211010163454/https://www.enterprise-tocsin.com/terms-of-service) | Privacy Policy (/web/20211010163454/https://www.enterprise-tocsin.com/privacy-policy-2)