# Exhibit K



## Mississippi Secretary of State's Office
## Elections Division
## (800) 829-6786
### www.sos.ms.gov

# 2021 ELECTIONS CALENDAR

**\* Updated – February 12, 2021 \***

**This calendar is provided for planning purposes only. Dates are subject to change. Please refer to the proper citation in the Mississippi Code, the Mississippi Constitution, the federal law and other cited sources for more complete legal requirements of the calendar entries posted below. Contact the Secretary of State's Office for updates or further information.**

**Mississippi election officials are required by State and Federal law to perform certain duties. This calendar is intended to serve only as an informational tool for election officials and the general public. Omission of any date does not relieve local election officials of their obligations to perform those duties as required by law.**

- Calendar entries pertaining to Campaign Finance deadlines are printed in green.

# JANUARY

**1st**  **HOLIDAY**

**4th**  **Qualifying Period Begins**. First day candidates may file petitions and/or qualifying statements and pay qualifying fees for municipal offices. (Miss. Code Ann. §§ 23-15-299, 23-15-309)

**5th**  **Legislative Session Begins**. (Miss. Const. 1890 §36 and Miss. Code Ann. § 5-1-7)

**8th**  **Campaign Finance Deadline, 5:00 p.m.**: Periodic Report (October 1, 2020 through December 31, 2020) due for judicial candidates and judicial committees only in the appropriate office. (Miss. Code Ann. § 23-15-807(b)(ii))

**12th**  **Mandatory Voter Roll Maintenance**: County Election Commissioners meet to purge rolls. (Miss. Code Ann. § 23-15-153(1)(a))

18th     HOLIDAY

29th     **Campaign Finance Deadline, 5:00 p.m.**: Annual Reports (January 1, 2020 through December 31, 2020) due for all candidates and political committees in the appropriate office. (Miss. Code Ann. § 23-15-807(b)(iii))

# FEBRUARY

5th     **Qualifying Deadline, 5:00 p.m.**: Party primary and independent candidates for municipal office. (Miss. Code Ann. § 23-15-309)

    **Absentee Ballot Applications**: Applications for the Primary Election must be available in the Municipal Clerk's Office.

    **Permanently Disabled Voters List**: Deadline for Municipal Clerk Offices to deliver to the Election Commission the list of permanently disabled voters who receive absentee ballots automatically for the April 6th, 2021 Primary Elections to purge ineligible voters. (Miss. Code Ann. § 23-15-629(3))

15th     HOLIDAY

20th     **Statement of Economic Interest**: Candidates must file a Statement of Economic Interest with the Mississippi Ethics Commission within fifteen (15) days of qualifying for office. Incumbents must file a Statement of Economic Interest with the Mississippi Ethics Commission on or before May 1, 2021. (Miss. Code Ann. § 25-4-29)

    **Permanently Disabled Voter List**: Municipal Election Commission returns the updated list to the Municipal Clerk's Office. (Miss. Code Ann. § 23-15-629(3))

    **First UOCAVA Absentee Ballot Transmitted**: Municipal Clerks' Offices send absentee ballots for the first and second Primary Elections to UOCAVA (Uniformed and Overseas Citizens) voters who requested an absentee ballot this calendar year, i.e., since Jan. 1, 2021. (Miss. Code Ann. § 23-15-685)

22nd     **Required Issuance of TVIC**: Circuit Clerks' Offices issue Temporary Miss. Voter ID cards (TVIC) to voters who apply and are eligible for the Miss. Voter ID card through the date of the General Election.

    **Absentee Ballots Available**: Earliest day to vote by an absentee ballot in the Municipal Clerk's Office in the Primary Election. (Miss. Code Ann. § 23-15-715)

25th     **Permanently Disabled Absentee Voters**: Municipal Clerks' Offices mail absentee ballots to voters on the permanently disabled list. (Miss. Code Ann. § 23-15-629(4))

# MARCH

1st **Voter Registration**:  Municipal Clerks' Offices may remain open from 8:00 a.m. until 7:00 p.m., including the noon hour.  (Miss. Code Ann. § 23-15-37)

2nd **Voter Registration**:  Municipal Clerks' Offices may remain open from 8:00 a.m. until 7:00 p.m., including the noon hour.  (Miss. Code Ann. § 23-15-37)

3rd **Voter Registration**:  Municipal Clerks' Offices may remain open from 8:00 a.m. until 7:00 p.m., including the noon hour.  (Miss. Code Ann. § 23-15-37)

4th **Voter Registration**:  Municipal Clerks' Offices may remain open from 8:00 a.m. until 7:00 p.m., including the noon hour.  (Miss. Code Ann. § 23-15-37)

5th **Voter Registration**:  Municipal Clerks' Offices may remain open from 8:00 a.m. until 7:00 p.m., including the noon hour.  (Miss. Code Ann. § 23-15-37)

6th **Voter Registration**:  Municipal Clerks' Offices MUST be open from 8:00 a.m. until 12:00 p.m. for voter registration. (Miss. Code Ann. § 23-15-37(2))

8th **Primary Election Voter Registration Deadline**: Applicants who register in-person in the Circuit or Municipal Clerk's Office today and those who mail registration applications postmarked no later than today are eligible to vote in the April 6, 2021 Primary Elections. (Miss. Code Ann. § 23-15-47)

23rd **Appointment of Poll Managers**: Deadline by which Municipal Election Officials appoint poll managers for the Primary Election. (Miss. Code Ann. § 23-15-265)

**Publication of Notice of Poll Worker Training**:  Municipal Election Officials must post notice of the time and location of poll manager training at the city/town/village hall and publish the same in a newspaper at least five (5) days prior to the date of the training. (Miss. Code Ann. § 23-15-239(1)(4))

27th **Absentee Voting**: Municipal Clerks' Office must be open from 8:00 a.m. until 12:00 p.m. (Miss. Code Ann. § 23-15-653)

**UOCAVA Voter Registration Deadline**: To be eligible to vote in the upcoming Primary Election, Municipal Clerks' Offices must be in actual receipt of a completed FPCA from a UOCAVA voter. (Miss. Code Ann. § 23-15-677)

29th **Primary Runoff Election Voter Registration Deadline**: Applicants who register in-person in the Circuit or Municipal Clerk's Office today and those who mail registration applications postmarked no later than today are eligible to vote in the April 27, 2021 Primary Runoff Election. (Miss. Code Ann. § 23-15-47)

**Publication of Notice of L&A Testing**: Municipal Election Officials must provide public notice of the time and location of L&A testing at least five (5) days prior to the date of the testing. Candidates, candidate representatives, political parties, news media and the public are permitted to observe L&A testing. (Miss. Code Ann. § 23-15-531.6(3)(b))

**30th** **Campaign Finance Deadline, 5:00 p.m.**: All Municipal Primary Election candidates who are opposed in the primary election on April 6, 2021, and political committees which have received contributions or made expenditures in support of or in opposition to candidates must file the March 30th Primary Pre-Election Report with the Municipal Clerk. The reporting period covers January 1, 2021 through March 27, 2021. (Miss. Code Ann. § 23-15-807)

# APRIL

**1st** **Poll Manager Training Deadline**: No poll manager or resolution board member may serve in the Primary Election unless he/she has received training within the twelve (12) months immediately preceding the date of the election. (Miss. Code Ann. § 23-15-239(1)(a))

**Deadline for Public Notice of Meeting of Resolution Board to Process Absentee Ballots**: Notice must be posted at the Municipal Clerk's Office, the meeting place of the election commission, on the wall of each polling place on Election Day, and any other place deemed appropriate. The notice must include the date, time, location, and purposed of the Resolution Board's meeting. (Miss. Code R. § 17-000-003.1)

**3rd** **In-Person Absentee Voting Deadline, 12:00 p.m.**: Municipal Clerks' Offices MUST remain open from 8:00 a.m. until 12:00 p.m. for absentee voting. (Miss. Code Ann. § 23-15-653)

**4th** **L&A Testing Deadline.** (Miss. Code Ann. § 23-15-631.6(3)(a))

**Legislative Session Ends:** Sine Die. (Miss. Const. 1890 §36)

**6th** **PRIMARY ELECTION DAY**: Polling places must be open from 7:00 a.m. until 7:00 p.m. (Miss Code Ann. § 23-15-541)

**Postmark Deadline**: Absentee ballots returned by mail MUST be postmarked on or before Election Day and received by the Municipal Clerk's Office within five (5) business days.

**UOCAVA Absentee Ballot Deadline, 7:00 p.m.**: Absentee ballots received by the Circuit Clerks' Offices by 7:00 p.m. from only UOCAVA voters by email or fax are timely, and must be delivered to the Resolution Board for processing. (Miss. Code Ann. § 23-15-699(6))

**9th**  **Absentee Ballot Applications for Municipal General Election Available**: Absentee ballot applications are available in the Municipal Clerks' Office for the June 8, 2021 General Election. Absentee ballots will not be available at this time. (Miss. Code Ann. § 23-15-625)

**Permanently Disabled Voters List**: Deadline for Municipal Clerk Offices to deliver to the Election Commission the list of permanently disabled voters who receive absentee ballots automatically for the June 8, 2021 General Elections to purge ineligible voters. (Miss. Code Ann. § 23-15-629(3))

**13th**  **Absentee Ballots Returned by Mail Receipt Deadline, 5:00 p.m.**: Municipal Clerks' Offices must be in actual receipt of absentee ballots returned by mail for ballots to be timely. Ballots returned by mail must be postmarked on or before Election Day. (Miss. Code Ann. § 23-15-637)

**Primary Election Voter ID Affidavit Ballot Deadline, 5:00 p.m.**: Last day voters who cast an affidavit ballot by reason of voter photo ID may present an acceptable form of photo ID or complete an affidavit of religious objection in the Municipal Clerks' Offices. (Miss. Const. 1890 § 249-A)

**Canvass of Returns Deadline**: Municipal Executive Committees must meet no later than today to canvass the returns. (Miss. Code Ann. §§ 23-15-597, 23-15-599)

**Appointment of Poll Managers**: Deadline by which Municipal Election Officials appoint poll managers for the Primary Runoff Election. (Miss. Code Ann. § 23-15-265)

**Publication of Notice of Poll Worker Training**: Municipal Election Officials must post notice of the time and location of poll manager training at the city/town/village hall and publish the same in a newspaper at least five (5) days prior to the date of the training. (Miss. Code Ann. § 23-15-239(1)(4))

**14th**  **Late Received Absentee Ballots**: The applications and unopened absentee ballot envelopes received by the Municipal Clerks' Office after the applicable deadlines must be stamped with the date and hour of receipt and retained for four (4) months. (Miss. Code Ann. §§ 23-15-647, 23-15-645)

**16th**  **Delivery of Certified Results**: Municipal Executive Committee shall certify the Primary Election Results and forward certified results to the MSOS. (Miss. Code Ann. § 23-15-597)

**17th**  **UOCAVA Voter Registration Deadline**: To be eligible to vote in the upcoming Primary Runoff Election, Municipal Clerks' Offices must be in actual receipt of a completed FPCA from a UOCAVA voter. (Miss. Code Ann. § 23-15-677)

**Runoff Absentee Voting**: Municipal Clerks' Offices must be open from 8:00 a.m. until 12:00 p.m. (Miss. Code Ann. § 23-15-653).

       **Primary Runoff Election Permanently Disabled Absentee Voters**: Municipal Clerks' Office must mail an absentee ballot to all voters on the permanently disabled voters list and to those voters who complete an absentee ballot application before Primary Runoff Election absentee ballots are available. (Miss. Code Ann. §§ 23-15-629(4), 23-15-715)

**20th**    **Campaign Finance Deadline, 5:00 p.m.**: All Municipal Primary Runoff Election candidates seeking election this year, and political committees which have received contributions or made expenditures in support of or in opposition to candidates must file the April 20th Primary Runoff Pre-Election Report with the Municipal Clerk. (Miss. Code Ann. § 23-15-807)

       **Publication of Notice of L&A Testing**: Municipal Election Officials must provide public notice of the time and location of L&A testing at least five (5) days prior to the date of the testing. Candidates, candidate representatives, political parties, news media and the public are permitted to observe L&A testing. (Miss. Code Ann. § 23-15-531.6(3)(b))

**22nd**    **Poll Manager Training Deadline for Runoff Election**: No poll manager or resolution board member may serve in the Primary Runoff Election unless he/she has received training within the twelve (12) months immediately preceding the date of the election. (Miss. Code Ann. § 23-15- 239(1)(a))

       **Deadline for Public Notice of Meeting of Resolution Board to Process Absentee Ballots**: Notice must be posted at the Municipal Clerk's Office, the meeting place of the election commission, on the wall of each polling place on Election Day, and any other place deemed appropriate. The notice must include the date, time, location, and purposed of the Resolution Board's meeting. (Miss. Code R. § 17-000-003.1)

**24th**    **Runoff Election In-Person Absentee Deadline:** Municipal Clerks' Offices must be open from 8:00 a.m. until 12:00 p.m. (Miss. Code Ann. § 23-15-653).

       **Permanently Disabled Voter List**: Municipal Election Commission returns the updated list to the Municipal Clerk's Office for the June 8, 2021 General Election. (Miss. Code Ann. § 23-15-629(3))

**25th**    **L&A Testing Deadline for Primary Runoff Election.** (Miss. Code Ann. § 23-15-531.6(3)(a))

**26th**    **STATE HOLIDAY**

**27th**    **PRIMARY RUNOFF ELECTION DAY:** Polling places must be open from 7:00 a.m. until 7:00 p.m. (Miss Code Ann. § 23-15-541).

       **Postmark Deadline**: Absentee ballots returned by mail MUST be postmarked on or before Election Day and received by the Municipal Clerk's Office within five (5) business days.

**UOCAVA Absentee Ballot Deadline, 7:00 p.m.**: Absentee ballots received by the Circuit Clerks' Offices by 7:00 p.m. from only UOCAVA voters by email or fax are timely, and must be delivered to the Resolution Board for processing. (Miss. Code Ann. § 23-15-699(6))

**Required Issuance of TVIC**: Circuit Clerks' Offices issue Temporary Miss. Voter ID cards (TVIC) to voters who apply and are eligible for the Miss. Voter ID card through the date of the General Election.

**Absentee Ballots Available (if no Primary Runoff Election)**: Earliest day to vote by an absentee ballot in the Municipal Clerk's Office in the General Election. IF BALLOTS ARE NOT AVAILABLE DUE TO RUNOFF, the ballots shall be made available as soon as possible after the runoff election is certified. (Miss. Code Ann. § 23-15-715)

**29th**  **General Election Permanently Disabled Absentee Voters**: Municipal Clerks' Office must mail an absentee ballot to all voters on the county's permanently disabled voters list and to those voters who complete an absentee ballot application before General Election absentee ballots are available. (Miss. Code Ann. §§ 23-15-629(4), 23-15-715)

# MAY

**1st**  **Statement of Economic Interest**: Incumbents must file a Statement of Economic Interest with the Mississippi Ethics Commission on or before May 1, 2021. (Miss. Code Ann. § 25-4-29)

**3rd**  **Voter Registration**: Municipal Clerks' Offices may remain open from 8:00 a.m. until 7:00 p.m., including the noon hour, for voter registration. (Miss. Code Ann. § 23-15-37(2))

**4th**  **Absentee Ballots Returned by Mail Receipt Deadline, 5:00 p.m.**: Municipal Clerks' Offices must be in actual receipt of absentee ballots returned by mail for ballots to be timely. Ballots returned by mail must be postmarked on or before Election Day. (Miss. Code Ann. § 23-15-637)

**Primary Runoff Election Voter ID Affidavit Ballot Deadline, 5:00 p.m.**: Last day voters who cast an affidavit ballot by reason of voter photo ID may present an acceptable form of photo ID or complete an affidavit of religious objection in the Municipal Clerks' Offices. (Miss. Const. 1890 § 249-A)

**Canvass of Returns Deadline**: Municipal Executive Committees must meet no later than today to canvass the returns. (Miss. Code Ann. §§ 23-15-597, 23-15-599)

**Voter Registration**: Municipal Clerks' Offices may remain open from 8:00 a.m. until 7:00 p.m., including the noon hour, for voter registration. (Miss. Code Ann. § 23-15-37(2))

**5th**  **Primary Runoff Late Received Absentee Ballots**: The applications and unopened absentee ballot envelopes received by the Municipal Clerks' Office after the applicable deadlines must be stamped with the date and hour of receipt and retained for four (4) months. (Miss. Code Ann. §§ 23-15-647, 23-15-645)

      **Voter Registration**: Municipal Clerks' Offices may remain open from 8:00 a.m. until 7:00 p.m., including the noon hour, for voter registration. (Miss. Code Ann. § 23-15-37(2))

**6th**    **Voter Registration**: Municipal Clerks' Offices may remain open from 8:00 a.m. until 7:00 p.m., including the noon hour, for voter registration. (Miss. Code Ann. § 23-15-37(2))

**7th**    **Delivery of Certified Results**: Municipal Executive Committee shall certify the Primary Runoff Election Results and forward certified results to the MSOS. (Miss. Code Ann. § 23-15-597)

      **Voter Registration**: Municipal Clerks' Offices may remain open from 8:00 a.m. until 7:00 p.m., including the noon hour, for voter registration. (Miss. Code Ann. § 23-15-37(2))

**8th**    **Voter Registration**: Municipal Clerks' Offices MUST remain open from 8:00 a.m. until 12:00 p.m. for voter registration for the Municipal General Election. (Miss. Code Ann. § 23-15-37(2))

**10th**   **Voter Registration Deadline**: Applicants who register in-person in the Circuit or Municipal Clerk's Office today and those who mail registration applications postmarked no later than today are eligible to vote in the June 8, 2021 General Election. (Miss. Code Ann. § 23-15-47)

**24th**   **Publication of Notice of Poll Worker Training**: Municipal Election Officials must post notice of the time and location of poll manager training at the city/town/village hall and publish the same in a newspaper at least five (5) days prior to the date of the training. (Miss. Code Ann. § 23-15-239(1)(4))

**29th**   **UOCAVA Voter Registration Deadline**: To be eligible to vote in the upcoming General Election, Municipal Clerks' Offices must be in actual receipt of a completed FPCA from a UOCAVA voter. (Miss. Code Ann. § 23-15-677(2))

      **Absentee Voting**: Municipal Clerks' Offices must be open from 8:00 a.m. until 12:00 p.m. (Miss. Code Ann. § 23-15-653).

**31st**   **STATE AND FEDERAL HOLIDAY**

      **Publication of Notice of L&A Testing**: Municipal Election Officials must provide public notice of the time and location of L&A testing at least five (5) days prior to the date of the testing. Candidates, candidate representatives, political parties, news media and the public are permitted to observe L&A testing. (Miss. Code Ann. § 23-15-531.6(3)(b))

# JUNE

**1st**  **Campaign Finance Deadline, 5:00 p.m.**: All opposed Municipal General Election candidates seeking election this year, and political committees which have received contributions or made expenditures in support of or in opposition to candidates must file the June 1st General Pre-Election Report with the Municipal Clerk. (Miss. Code Ann. § 23-15-807)

**3rd**  **Poll Manager Training Deadline for General Election**: No poll manager or resolution board member may serve in the General Election unless he/she has received training within the twelve (12) months immediately preceding the date of the election. (Miss. Code Ann. § 23-15- 239(1)(a))

**Deadline for Public Notice of Meeting of Resolution Board to Process Absentee Ballots**: Notice must be posted at the Municipal Clerk's Office, the meeting place of the election commission, on the wall of each polling place on Election Day, and any other place deemed appropriate. The notice must include the date, time, location, and purposed of the Resolution Board's meeting. (Miss. Code R. § 17-000-003.1)

**5th**  **In-Person Absentee Voting Deadline, 12:00 p.m.**: Municipal Clerks' Offices MUST remain open from 8:00 a.m. until 12:00 p.m. for absentee voting. (Miss. Code Ann. § 23-15-653)

**6th**  **L&A Testing Deadline for General Election.** (Miss. Code Ann. § 23-15- 531.6(3)(a))

**8th**  **GENERAL ELECTION DAY:** Polling places must be open from 7:00 a.m. until 7:00 p.m.

**Postmark Deadline**: Absentee ballots returned by mail MUST be postmarked on or before Election Day and received by the Municipal Clerk's Office within five (5) business days.

**UOCAVA Absentee Ballot Deadline, 7:00 p.m.**: Absentee ballots received by the Circuit Clerks' Offices by 7:00 p.m. from only UOCAVA voters by email or fax are timely, and must be delivered to the Resolution Board for processing. (Miss. Code Ann. § 23-15-699(6))

**15th**  **Absentee Ballots Returned by Mail Receipt Deadline, 5:00 p.m.**: Municipal Clerks' Offices must be in actual receipt of absentee ballots returned by mail for ballots to be timely. Ballots returned by mail must be postmarked on or before Election Day. (Miss. Code Ann. § 23-15-637)

**General Election Voter ID Affidavit Ballot Deadline, 5:00 p.m.**: Last day voters who cast an affidavit ballot by reason of voter photo ID may present an acceptable form of photo ID or complete an affidavit of religious objection in the Municipal Clerks' Offices. (Miss. Const. 1890 § 249-A)

**16th**  **General Election Late Received Absentee Ballots**: The applications and unopened absentee ballot envelopes received by the Municipal Clerks' Office after the applicable deadlines must be stamped with the date and hour of receipt and retained for four (4) months. (Miss. Code Ann. §§ 23-15-647, 23-15-645)

**18th**  **Delivery of Certified Results**: Municipal Election Commissioners shall certify the General Election Results and forward certified results to the MSOS. (Miss. Code Ann. § 23-15-597)

# JULY

**1st**  **Municipal Officers' Terms Begin**. (Miss. Code Ann. §§ 21-15-1, 21-15-39)

**5th**  **HOLIDAY OBSERVED**

# AUGUST

**4th**  **Qualifying Period Begins**: Candidates for Consolidated/Consolidated Line School District Trustee, Municipal Separate School District Trustee and Special Municipal Separate School District Trustee. (Miss. Code Ann. §§ 37-7-211, 37-7-225 and 37-7-711)

# SEPTEMBER

**3rd**  **Qualifying Period Deadline, 5:00 p.m.**: Candidates for County Special Elections, Consolidated/Consolidated Line School District Trustee, Municipal Separate School District Trustee and Special Municipal Separate School District Trustee. (Miss. Code Ann. §§ 23-15-839 37-7-211, 37-7-225 and 37-7-711)

**Permanently Disabled Voters List**: Circuit Clerks deliver the permanently disabled voter list to the Election Commission for purging prior to the Special Election. (Miss. Code Ann. § 23-15-629)

**Absentee Ballot Applications**: Absentee ballot applications are available in the Circuit Clerks' Office for the November 2, 2021 General/Special Election. Absentee ballots will not be available at this time. (Miss. Code Ann. § 23-15-625)

**6th**  **HOLIDAY**

**13th**  **Mandatory Voter Roll Maintenance**: County Election Commissioners meet to purge rolls. (Miss. Code Ann. § 23-15-153(1)(d))

**18th**  **UOCAVA Absentee Ballot Transmitted**: Circuit Clerks' Offices send absentee ballots for the General/Special Election (and any possible runoff election) to UOCAVA voters who requested an absentee ballot this calendar year, i.e., since Jan. 1, 2021. (Miss. Code Ann. § 23-15-685)

**Permanently Disabled Voter List**: County Election Commission returns the updated list to the Circuit Clerk's Office. (Miss. Code Ann. § 23-15-629(3))

**20th**   **Absentee Ballots Available**: Earliest day to vote by an absentee ballot in the Circuit Clerk's Office in the General/Special Election.  (Miss. Code Ann. § 23-15-715)

**Required Issuance of TVIC**: Circuit Clerks' Offices issue Temporary Miss. Voter ID cards (TVIC) to voters who apply and are eligible for the Miss. Voter ID card through the date of the General Election.

**23rd**   **Permanently Disabled Absentee Voters**: Circuit Clerks' Offices mail absentee ballots to voters on the permanently disabled list. (Miss. Code Ann. § 23-15-629(4))

# OCTOBER

**4th**   **General/Special Election Voter Registration Deadline**: Applicants who register in-person in the Circuit Clerk's Office today and those who mail registration applications post-marked no later than today are eligible to vote in the General Election. (Miss. Code Ann. § 23-15-47)

**11th**   **FEDERAL HOLIDAY**

**18th**   **Publication of Notice of Poll Worker Training**: County Election Officials must post notice of the time and location of poll manager training at the Courthouse and publish the same in a newspaper at least five (5) days prior to the date of the training. (Miss. Code Ann. § 23-15-239(1)(4))

**23rd**   **UOCAVA Voter Registration Deadline**: To be eligible to vote in the upcoming General Election, Circuit Clerks' Offices must be in actual receipt of a completed FPCA from a UOCAVA voter. (Miss. Code Ann. § 23-15-677(2))

**Absentee Voting:** Circuit Clerks' Office must be open from 8:00 a.m. until 12:00 p.m. (Miss. Code Ann. § 23-15-653)

**25th**   **General/Special Election Runoff Voter Registration Deadline**: Applicants who register in-person in the Circuit Clerk's Office today and those who mail registration applications post-marked no later than today are eligible to vote in the General/Special Election. (Miss. Code Ann. § 23-15-47)

**Publication of Notice of L&A Testing**: County Election Officials must provide public notice of the time and location of L&A testing at least five (5) days prior to the date of the testing.  Candidates, candidate representatives, political parties, news media and the public are permitted to observe L&A testing. (Miss. Code Ann. § 23-15-531.6(3)(b))

26th   **<span style="color:green">Campaign Finance Deadline, 5:00 p.m.</span>**:   <span style="color:green">All opposed general and special election candidates seeking election this year, and political committees which have accepted contributions or made expenditures in support of or in opposition to a candidate on the ballot must file the Pre-Election Report with the appropriate office.  (Miss. Code Ann. § 23-15-807(b)(i))</span>

28th   **Poll Manager Training Deadline**:  No poll manager or resolution board member may serve in the General Election unless he/she has received training within the twelve (12) months immediately preceding the date of the election.  (Miss. Code Ann. § 23-15-239(1)(a))

**Deadline for Public Notice of Meeting of Resolution Board to Process Absentee Ballots**: Notice must be posted the Circuit Clerk's Office, at the meeting place of the election commission, on the wall of each polling place on Election Day, and any other place deemed appropriate. The notice must include the time, location, and purposed of the Resolution Board's meeting. (Miss. Code R. § 17-000-003.1)

30th   **In-Person Absentee Voting Deadline, 12:00 p.m.**:  Circuit Clerks' Offices must be open from 8:00 a.m. until 12:00 p.m.  (Miss. Code Ann. § 23-15-653)

31st   **L&A Testing Deadline**.  (Miss. Code Ann. § 23-15-531.6(3)(a))

# NOVEMBER

2nd   **<span style="color:red">GENERAL/SPECIAL ELECTION DAY</span>**:  <span style="color:red">Polls must be open at 7:00 a.m. and close at 7:00 p.m.  (Miss. Code Ann. § 23-15-833)</span>

**UOCAVA Absentee Ballot Deadline, 7:00 p.m.**:  Absentee ballots received by the Circuit Clerks' Offices by 7:00 p.m. from <span style="color:red">only</span> UOCAVA voters by email or fax are timely, and must be delivered to the Resolution Board for processing.  (Miss. Code Ann. § 23-15-699(6))

8th   **Publication of Notice of Poll Worker Training**:  County Election Officials must post notice of the time and location of poll manager training at the Courthouse and publish the same in a newspaper at least five (5) days prior to the date of the training.  (Miss. Code Ann. § 23-15-239(1)(4))

9th   **Voter ID Affidavit Ballot Deadline, 5:00 p.m.**:  Last day voters who cast an affidavit ballot by reason of voter photo ID may present an acceptable form of photo ID or complete an affidavit of religious objection in the Circuit Clerks' Offices. (Miss. Const. 1890 § 249-A)

**Absentee Ballots Returned by Mail Receipt Deadline, 5:00 p.m.:** Circuit Clerks' Offices must be in actual receipt of absentee ballots returned by mail for ballots to be timely. Ballots returned by mail must be postmarked on or before Election Day. (Miss. Code Ann. § 23-15-637)

10th     **Late Received Absentee Ballots**:  The applications and unopened absentee ballot envelopes received by the Circuit Clerks' Office after the applicable deadlines must be stamped with the date and hour of receipt and retained for four (4) months.  (Miss. Code Ann. §§ 23-15-647, 23-15-733)

11th     **HOLIDAY**

12th     **Delivery of Returns**:  Deadline for County Election Commissions to transmit to the Secretary of State their counties' General Election returns, including their certified recap sheets and the total number of votes cast in the county for each candidate.  (Miss. Code Ann. §§ 23-15-601, 23-15-603)

13th     **Absentee Voting:**  Circuit Clerks' Office must be open from 8:00 a.m. until 12:00 p.m.  (Miss. Code Ann. § 23-15-653)

**UOCAVA Absentee Ballot Deadline**:  Circuit Clerks' Offices send absentee ballots for the General Runoff Election to UOCAVA voters who requested an absentee ballot this calendar year, i.e., since Jan. 1, 2021.  (Miss. Code Ann. § 23-15-685)

**Absentee Ballots for Permanently Disabled Voters**:  Circuit Clerks' Offices mail absentee ballots to voters on the permanently disabled list. (Miss. Code Ann. § 23-15-629(4))

15th     **Publication of Notice of L&A Testing**:  County Election Officials must provide public notice of the time and location of L&A testing at least five (5) days prior to the date of the testing.  Candidates, candidate representatives, political parties, news media and the public are permitted to observe L&A testing.  (Miss. Code Ann. § 23-15-531.6(3)(b))

16th     **Campaign Finance Deadline, 5:00 p.m.**:  All general and special runoff election candidates seeking election this year, and political committees which have accepted contributions or made expenditures in support of or in opposition to a candidate on the ballot must file the Pre-Runoff Report with the appropriate office.  (Miss. Code Ann. § 23-15-807(b)(i))

18th     **Poll Manager Training Deadline**:  No poll manager or resolution board member may serve in the General Runoff Election unless he/she has received training within the twelve (12) months immediately preceding the date of the election.  (Miss. Code Ann. § 23-15-239(1)(a))

**Deadline for Public Notice of Meeting of Resolution Board to Process Absentee Ballots**: Notice must be posted the Circuit Clerk's Office, at the meeting place of the election commission, on the wall of each polling place on Election Day, and any other place deemed appropriate. The notice must include the time, location, and purposed of the Resolution Board's meeting. (Miss. Code R. § 17-000-003.1)

**20th**   **In-Person Absentee Voting Deadline, 12:00 p.m.**:  Circuit Clerks' Offices must be open from 8:00 a.m. until 12:00 p.m.  (Miss. Code Ann. § 23-15-653)

**21st**   **L&A Testing Deadline**.  (Miss. Code Ann. § 23-15-531.6(3)(a))

**23rd**   <span style="color:red">**GENERAL and SPECIAL RUNOFF ELECTION DAY**:  Polls open at 7:00 a.m. and close at 7:00 p.m.  (Miss. Code Ann. § 23-15-833)</span>

**UOCAVA Absentee Ballot Deadline, 7:00 p.m.**:  Absentee ballots received by the Circuit Clerks' Offices by 7:00 p.m. from <span style="color:red">only</span> UOCAVA voters by email or fax are timely and must be delivered to the Resolution Board for processing.  (Miss. Code Ann. § 23-15-699(6))

**25th**   **STATE HOLIDAY**

**26th**   **STATE HOLIDAY**

# DECEMBER

**2nd**   **Voter ID Affidavit Ballot Deadline, 5:00 p.m.**:  Last day voters who cast an affidavit ballot by reason of voter photo ID may present an acceptable form of photo ID or complete an affidavit of religious objection in the Circuit Clerks' Offices. (Miss. Const. 1890 § 249-A)

**Absentee Ballots Returned by Mail Receipt Deadline, 5:00 p.m.:**  Circuit Clerks' Offices must be in actual receipt of absentee ballots returned by mail for ballots to be timely. Ballots returned by mail must be postmarked on or before Election Day. (Miss. Code Ann. § 23-15-637)

**3rd**   **Late Received Absentee Ballots**:  The applications and unopened absentee ballot envelopes received by the Circuit Clerks' Office after the applicable deadlines must be stamped with the date and hour of receipt and retained for four (4) months.  (Miss. Code Ann. §§ 23-15-647, 23-15-733)

**3rd**   **Delivery of Returns**:  Deadline for County Election Commissions to transmit to the Secretary of State their counties' General Election returns, including their certified recap sheets and the total number of votes cast in the county for each candidate.  (Miss. Code Ann. §§ 23-15-601, 23-15-603)

**24th**   **HOLIDAY**

**31st**   **HOLIDAY**