# Exhibit L



# MISSISSIPPI'S PLANNING & DEVELOPMENT DISTRICTS

# 2022 DIRECTORY

**MISSISSIPPI ASSOCIATION OF PLANNING AND DEVELOPMENT DISTRICTS**

1020 CENTRE POINTE BOULEVARD
PEARL, MS 39208
*www.mspdds.com*

PTX-003-001

3:22-cv-734
PTX-003

PTX-003-002

# Mississippi's Planning and Development Districts

# 2022 Directory



**Mississippi Association of Planning & Development Districts**
1020 Centre Pointe Blvd  -  Pearl, MS 39208
*www.mspdds.com*

PTX-003-003

The Directory of Mississippi's Planning and Development Districts is a publication of the Mississippi Association of Planning and Development Districts.

---

This document may contain material to which the Mississippi Association of Planning and Development Districts maintains copyright protection.  No part of this document shall be copied without the advance written permission of this Association.

# PLANNING & DEVELOPMENT DISTRICTS

## Central MS PDD



Michael Monk
Chief Executive Officer
1020 Centre Pointe Boulevard
Pearl, MS 39208
Tel: (601) 981-1511
Fax: (601) 981-1515
mmonk@cmpdd.org

## East Central PDD



Mike Blount
Executive Director
PO Box 499
Newton, MS 39345
Tel: (601) 683-2007
Fax: (601) 683-7873
mail@ecpdd.org

## Golden Triangle PDD

Rupert "Rudy" Johnson
Executive Director
PO Box 828
Starkville, MS 39759
Tel: (662) 324-7860
Fax: (662) 324-7328
rjohnson@gtpdd.com

## North Central PDD



Steve Russell
Executive Director
28 Industrial Park Boulevard
Winona, MS 38967-8709
Tel: (662) 283-2675
Fax: (662) 283-5875
srussell@ncpdd.org

## North Delta PDD



James Curcio
Executive Director
PO Box 1488
Batesville, MS 38606
Tel: (662) 561-4100
Fax: (662) 561-4112
jcurcio@ndpdd.com

## Northeast MS PDD



Sharon Gardner
Executive Director
PO Box 600
Booneville, MS 38829
Tel: (662) 728-6248
Fax: (662) 728-2417
sgardner@nempdd.com

## South Delta PDD



Thomas "Tommy" Goodwin
Executive Director
PO Box 1776
Greenville, MS 38702
Tel: (662) 378-3831
Fax: (662) 378-3834
sdpdd@bellsouth.net

## Southern MS PDD



Leonard Bentz, II
Executive Director
10441 Corporate Drive, Ste 1
Gulfport, MS 39503
Tel: (228) 868-2311
Fax: (228) 868-7094
lbentz@smpdd.com

## Southwest MS PDD



Wirt L. Peterson
Executive Director
100 S. Wall St.
Natchez, MS 39120
Tel: (601) 446-6044
Fax: (601) 446-6071
wpeterson1@bellsouth.net

## Three Rivers PDD



Vernon R. "Randy" Kelley
Executive Director
PO Box 690
Pontotoc, MS 38863
Tel: (662) 489-2415
Fax: (662) 489-6815
vrk@trpdd.com





**PTX-003-006**

# 2022 DISTRICT DIRECTORY

Narrative ................................................................. 2

Services .................................................................6

Central Mississippi PDD ...........................................8

East Central PDD .....................................................12

Golden Triangle PDD ...............................................15

North Central PDD .................................................. 19

North Delta PDD ..................................................... 22

Northeast Mississippi PDD .......................................26

South Delta PDD ..................................................... 29

Southern Mississippi PDD ....................................... 32

Southwest Mississippi PDD ...................................... 37

Three Rivers PDD ....................................................40

# OVER 50 YEARS OF SERVICE TO LOCAL GOVERNMENTS

## History

The ten Planning and Development Districts in Mississippi were created to assist local governments in the late 1960s in an attempt to address problems and issues on a multi–jurisdictional basis.  In creating these organizations, technical assistance was provided by the then Office of Federal State Programs under the administration of Governor John Bell Williams, as well as other business development organizations. There were also federal matching grant incentives to the Districts, as well as to the local governments, if they met and maintained certain eligibility criteria, especially in the area of economic development.  In 1971, in an effort to standardize regional economic development and planning boundaries, Governor Williams issued Executive Order 81, designating the Planning and Development Districts as Mississippi's official sub-state regions.  This order also designated the Districts as the agencies to help ensure that projects and programs within the respective regions were developed according to a long range, continuous planning process. While largely voluntary, the Districts were given the responsibility to increase information and coordination, therefore eliminating duplication and waste.



## Organization

Each Planning and Development District is an independent organization governed by a Board of Directors appointed by local leadership. The Governing Board of a District is composed of members from each county who are appointed by local officials.  These appointments are comprised of elected local officials, business or industrial leaders, and representatives of the minority community.

Most Districts operate through an active committee system which may involve many other persons, not necessarily members of the Board of Directors.  The Districts are managed by an Executive Director who is responsible to the Board of Directors, and the Districts are staffed not only by administrative and clerical personnel, but also by specialists in such areas as planning, geographic information systems, economic development, community development, grant writing, job training, social services, transportation, data processing, and gerontology.

## Programs and Services

Since each District represents a distinctly different region of the state, its activities, projects, and programs are somewhat different. There are, however, many common functions provided in a very similar manner by each District.

### ECONOMIC DEVELOPMENT

One of the principal functions of each Planning and Development District is economic development.  Each District is designated by either the Economic Development Administration of the Department of Commerce or the Appalachian Regional Commission as the federally recognized organization to perform economic development, planning, and



other related functions.  The USDA Rural Development Administration is another major source of economic development assistance and most recently, the Delta Regional Authority was created using the same sub-state structure.  Unlike some organizations which view economic development in a limited or specific manner, the Districts attempt to promote long-term job creation in the broadest sense.

Each District develops annually a Comprehensive Economic Development Strategy which is essential in maintaining eligibility for various federally funded programs.  These programs primarily aid local communities with such public facilities as streets, water and sewer systems, and other infrastructure necessary to promote business and industrial growth.  The vast majority of industrial parks in this state were developed with some form of federal assistance provided through Planning and Development Districts. Maintaining eligibility for funding also provides an opportunity to receive technical assistance grants and various types of loans.

While they may vary from region to region, there are numerous other economic development activities provided by the Districts.  For example, the Districts provide statistical and economic information and analysis to potential business and industrial

ventures. They also furnish information and assistance to cities and counties to aid them in being competitive and in building capacity so  they can assist with economic growth. The Planning and Development Districts were the first organizations in Mississippi to integrate geographic information systems into their routine data management and mapping procedures.

### LOAN PROGRAMS

All Districts have an active Revolving Loan Program.  This program consists of grants, made to the Districts through a variety of federal agencies, to be loaned (usually in conjunction with other public or private financing) to businesses and industries to help in start ups or expansions. These loans are made at very attractive rates and when they are repaid, the funds are then loaned again to other businesses for commercial and/or industrial development activities. The money, therefore, stays in the area and continues to be a very viable economic development tool.

Another loan program available to the Planning and Development Districts is the Small Business Administration 504 Loan Program.  Each District, acting as a Certified Development Company or acting through another Certified Development Company, is authorized to make loans (for a period of time not to exceed 20 years) to small businesses

for land, buildings, and other fixed assets. These loans also are designed to create jobs and to stimulate business growth and are made in conjunction with private lending institutions which assume responsibility for approximately half the amount loaned. These loans have fixed and attractive rates, and the District's portion is guaranteed by the Small Business Administration in the event of default.  Other loan programs available through the State of Mississippi include the Mississippi Minority Business Enterprise Loan Program and the Mississippi Small Business Assistance Loan Program.  The former is specifically for minority owned businesses, including females, and the latter is for any Mississippi owned small business.

## COMMUNITY DEVELOPMENT

Community development is an additional area in which most Districts are very involved. The Community Development Block Grant Program is funded through the Department of Housing and Urban Development and administered by the Mississippi Development Authority. This is a very competitive program that funds various types of public facilities, economic development, and housing activities.  Most Districts provide technical assistance to their cities and counties to help them select projects, prepare applications, and further document needs. Many Districts also are active at varying levels in actually administering projects and programs once they are funded.  Moreover, the Districts sometimes assist communities with loans and grants through the USDA Rural Development Administration, with the development of parks through the Department of Interior, the development of trails through the Federal Highway Administration, both parks and trails grant programs are administered by the Mississippi Department of Wildlife, Fisheries and Parks, small municipalities and limited population counties grants, and small grants to rural volunteer fire departments.

## TECHNICAL  ASSISTANCE

In addition to providing federal and state financial aid for community development, the Districts offer varying types of technical assistance to help governments provide

better management.  Aid is available in such areas as personnel administration, financial management, budgeting, and capital improvements.  Many Districts have computerized demographic analysis capabilities which they use to assist with the redistricting of political subdivisions. Also, computer mapping and geographic information systems are provided in some areas.   Certain Districts have extensive involvement with technology communication systems, which further expand computer networks. If a District does not have the specific expertise on staff, it can link its local community with the proper person in state or federal government, or the District  might possibly work with another District in a joint venture.



## PLANNING ASSISTANCE

In varying capacities, the Districts provide communities with local and regional planning assistance.  Maintenance of a regional planning process is a federal requirement for some programs, and the Districts maintain this process to insure eligibility for their local areas.  Certain areas of the state are more active in planning and growth management than other areas  depending on the level of expertise at each District. For example, in metropolitan areas which receive federal funding for transportation, a metropolitan planning process is required. In these areas, the District administers this process and requires that all state and federal construction dollars are expended

in accordance with the plans developed by the District and approved by the local governments representing the area.

Another example of a District's involvement in local planning is the preparation of comprehensive plans for cities and counties. Many Districts prepare and administer zoning ordinances and subdivision regulations for their various communities

## HUMAN RESOURCE DEVELOPMENT

Another area in which the Districts are increasingly involved is human resource development. It is generally felt that improving physical resources is of little value if it does not benefit human development. One of the major aspects of human resource development, which has significant economic development implications, is job training. Multi-county regions, as required as part of the Workforce Investment Act, include the Planning and Development Districts. The Districts are active in assessing the needs of their respective areas, developing annual training plans, and assisting in funding activities to carry out these plans. This program is funded through the Department of Labor and administered through the Mississippi Department of Employment Security. The business and industrial community provides significant input into the local planning process.

Another major program in this area relates to the elderly. Acting as the Area Agencies on Aging, the Districts provide an annual areawide plan which directs where federal dollars for the elderly are to be spent for the upcoming year. This plan is based upon needs assessments, demographics, national priorities, and input from the public. Once the plan is adopted, it directs the comprehensive aging activities in its service area for the next year. Traditional activities funded under this plan include congregate and home delivered meals, information and referral services, long-term care programs, and elder abuse prevention services.

In recent years, major efforts have been made to keep the elderly active in their own homes. As a result, there are various



support programs available to assist with this endeavor. These include homemaker and care service programs, adult day care, employment opportunities, transportation programs and case management, as well as other long-term community based activities. One of the most important aspects is the use of the federal Medicaid Waiver program for long-term community based care, which allows patients to stay in their homes versus entering a nursing home. Medicaid payments are used to secure these services for the home-bound patient while saving money and providing a higher quality of life. Recognizing that it is not possible for all the elderly to remain in their homes, all Districts have ombudsman programs providing trained professionals who call on patients in nursing homes.

# The Future

Activities of the Districts have changed significantly over the past five decades and these changes are expected to continue as the Districts reflect the needs and issues of their respective regions. The future of the Planning and Development Districts appears bright, because of their diversity and flexible nature. The Districts use business practices in providing regional, governmental functions. This makes them very diverse organizations responsible for programs ranging from meals on wheels to major infrastructure construction.

# PLANNING & DEVELOPMENT DISTRICTS SERVICES

## GRANT PROGRAMS

Appalachian Regional Commission
Community Development Block Grant
Delta Regional Authority
Department of Justice
Department of Environmental Quality
Department of Public Safety
Department of Wildlife Fisheries & Parks
Economic Development Administration
Federal Emergency Management Agency
Home Investment Partnership Program
USDA Rural Development
Mississippi Development Authority

## ECONOMIC DEVELOPMENT

Infrastructure Development
Job Creation
Tourism Development
Job Training

## PLANNING ASSISTANCE

Community Facilities
Comprehensive Planning
Economic Development
Hazard Mitigation
Homeland Security
Solid Waste Management
Strategic Planning
Subdivision Regulations
Tourism Development
Transportation Planning
Zoning Ordinances

## LOAN PROGRAMS

Appalachian Regional Commission
Economic Development Administration
Capital Improvements (CAP Loan)
Community Development Block Grant
Minority Business Enterprise
USDA Rural Development
Small Business Assistance
US Small Business Administration



## TECHNICAL ASSISTANCE

Census Data Affiliate
Clearinghouse Coordinator
Demographic Data Center
Grant Writing
Housing
Redistricting
Survey Assistance

## MAPPING SERVICES

Addressing E-911
Geographic Information Systems
Industrial Parks
Land Use
Redistricting
Zoning

## COMPUTER SERVICES

Automation

Fiscal Management

Imaging

Internet Services

Networking

Solid Waste Billing

Web Site Design and Hosting

## WORKFORCE DEVELOPMENT

Counseling

Employment Preparation

Job Creation

Job Placement

Job Search Skills Training

Job Training

Literacy Training

Youth Programs

WIN Job Centers

## AREA AGENCY ON AGING

Adult Day Care

Aging Resource Center

Chronic Disease and Self Management
  Program

Congregate and Home Delivered Meals

Elder Abuse Prevention

Emergency Services

Fall Prevention Program

Homemaker Services

Information, Referral, and Outreach

Insurance Counseling

Legal Assistance

Ombudsman Program

Mississippi Access to Care

Respite Services

Senior Employment Services

Transportation Services

## MEDICAID WAIVER PROGRAM

Bridge to Independence

Case Management

Community Navigators

Home and Community Based Services



**Not all services are offered by
all Districts.   Services vary from
District to District.**

# CENTRAL MISSISSIPPI
# Planning and Development District

**Copiah County**
- Beauregard
- Crystal Springs
- Georgetown
- Hazlehurst
- Wesson

**Hinds County**
- Bolton
- Byram
- Clinton
- Edwards
- Jackson
- Learned
- Raymond
- Terry
- Utica

**Madison County**
- Canton
- Flora
- Gluckstadt
- Madison
- Ridgeland

**Rankin County**
- Brandon
- Florence
- Flowood
- Pearl
- Pelahatchie
- Puckett
- Richland

**Simpson County**
- Braxton
- D'Lo
- Magee
- Mendenhall

**Warren County**
- Vicksburg

**Yazoo County**
- Bentonia
- Eden
- Satartia
- Yazoo City



**CHIEF EXECUTIVE OFFICER**
Michael Monk

1020 Centre Pointe Blvd.
Pearl, MS 39208
Phone: (601) 981-1511
Fax: (601) 981-1515

Website: www.cmpdd.org

Established: 1968
Area: 6,102 square miles
2020 Population: 619,700



## NEWSLETTERS
Central Update, quarterly

## PUBLICATIONS
Annual Report
Comprehensive Economic Development Strategy
2045 Jackson Urbanized Area Transportation Plan
Transportation Improvement Program
Transportation Unified Planning Work Program
CMPDD Annual Work Program
Mid-Year Report

# CMPDD Board of Directors

TERM OF OFFICE
FOR OFFICERS:
Two Years

*Regular meetings are held quarterly in March, June, September, and December.*

**STEERING COMMITTEE**

Isla Tullos
President

William Banks
Vice President

Sally Garland
Secretary Treasurer

Les Childress
Immediate Past President

Cobie Collins

Walter Redd

**OTHER BOARD MEMBERS**

| | |
|---|---|
| David Archie | Brian Kennedy |
| David Berry | Angelique Lee |
| Todd Booth | Chokwe Lumumba |
| Pat Brown | Michael Mayfield |
| Patrick Brown | Daryl McMillian, Sr. |
| Credell Calhoun | Jared Morrison |
| Brandon Comer | Daisy Price |
| Diane Delaware | Mildred Smith |
| Linda Fondren | Gerald Steen |
| Steve Gaines | Pat Sullivan |
| Jerry Hall | Wendell Stringer |
| Dan Hart | Mat Thomas, Jr. |
| John Hughes | |

## COMMITTEES

Board of Directors
Steering Committee
South Central MS Works Local Workforce
  Investment Board
South Central MS Works Youth Council
Revolving Loan Fund Review Committee
Aging Advisory Committee

Metropolitan Planning Policy Committee
Intermodal Technical  Committee
Central MS Development Company
MS Small Business Loan Review Board
Comprehensive Economic Development
  Strategy Committee

# CMPDD Staff

Michael Monk
Chief Executive Officer

Sonya Banes
District Accountant

Cyndy Berg, RN
Medicaid Waiver Case Mgr.

Katie Bilbro, LSW
Medicaid Waiver Supervisor

Lisa Blanton, LSW
Medicaid Waiver Case Mgr.

Kalen Brantley
Planning Technician

Thomas Brewer
GIS Analyst

Mary Broadway, RN
Medicaid Waiver Case Mgr.

Scott Burge
Senior Transportation
Analyst

Lesley Callender
Senior Transportation Planner

Chuck Carr
Director of Planning and
Management

Aviance Caston, RN
Medicaid Waiver Case Mgr.

Karla Craine
Human Services Assistant

Chelsea Crittle, Ph.D.
Aging Program Director

Sharon Dallis
Nutrition Activity Coord.

Justice Dinkins, RN
Medicaid Waiver Case Mgr.

Jason Duff
IT Systems Analyst

Cathy Duke
Director of Finance

Jane Foster
Executive Assistant

Robin Greer, RN
Medicaid Waiver Case Mgr.

Katherine Hardy, LSW
Medicaid Waiver Case Mgr.

Chi Harper
Medicaid Waiver Office
Assistant

Jessica Harper, RN
Medicaid Waiver Case Mgr.

Angela Harris, LSW
Medicaid Waiver Case Mgr.

Clorese Harris, RN
Medicaid Waiver Case Mgr.

Delicia Harrison
MAC Center Supervisor

Debra Hartfield, PHR
HR Manager

Lynn Head
District Accountant

Fenicia Hill, LSW
Medicaid Waiver Case Mgr.

Patricia Hollins
Resource Specialist

Tyanne Hubbard
Outreach Specialist

Tia Hudson
Aging Program Assistant

Vickie Hughes
Help Me Grow Resource
Specialist

Angel Idowu, LSW
Medicaid Waiver Case Mgr.

Leslie Ivers, RN
Medicaid Waiver Case Mgr.

Dylan Johnson
Operations Technician

Carla Jones, RN
Medicaid Waiver Case Mgr.

Jace Jones
Data Entry Specialist

Rena Jones, RN
Medicaid Waiver Case Mgr.

Tara Jones-Cooper
Program Specialist

Brenda Knott
Program Coordinator

Clarissa Leflore, LSW
Medicaid Waiver Case Mgr.

Makleisha Logan-Hite, Ph.D.
Ombudsman/Insurance
Counselor

Jay McCarthy
Community & Economic
Development Coordinator

Shane McIntyre
District Accountant

Martha McPhail
Office Manager

Michelle McVey, LSW
Medicaid Waiver Case Mgr.

Deanna McWilliams, RN
Medicaid Waiver Case Mgr.

Tom Meek
Workforce System Coord. II

Jill Middleton, RN
Medicaid Waiver Case Mgr.

Linda Mitchell, RN
Medicaid Waiver Case Mgr.

Evelyn Morris, LSW
Medicaid Waiver Case Mgr.

Darlene Morton, LSW
Medicaid Waiver Case Mgr.

PTX-003-016

# CMPDD Staff

Angela Neal, RN
Medicaid Waiver Case Mgr.

Janice Neal, LMSW
Medicaid Waiver Case Mgr.

Pastina Newlon, RN
Medicaid Waiver Case Mgr.

Gray Ouzts, AICP
Principal Planner

Robin Parker, Ph.D.
Workforce Coordinator

Roxanne Pendleton, LSW
Medicaid Waiver Case Mgr.

Corita Perkins, RN
Medicaid Waiver Case Mgr.

Dwayne Perkins
Loan Program Director

Regina Phillips, RN
Medicaid Waiver Case Mgr.

Emma Powell
Social Worker/Ombudsman

Mary Powers
Workforce Director

Dominique Ramsey, LSW
Medicaid Waiver Case Mgr.

TreOnna Readus
Social Worker/Ombudsman

Sonja Riptoe
Community Navigator

Michelle Rutledge, RN
Medicaid Waiver Case Mgr.

Rose Scott, RN
Medicaid Waiver Case Mgr.

Lindsay Sellers
Community & Economic
Development Coordinator

Christina Shores
Receptionist

Teresa Shoto, RN
Case Management Director

Johnathan Simon
GIS & IT Manager

Amy E. Smith
Community & Economic
Development Specialist

Anita Smith, RN
Medicaid Waiver Case Mgr.

Caroline Smith, LSW
Medicaid Waiver Case Mgr.

Don Smith
Graphic Designer

Mike Smith
Monitoring Specialist

Rodrick Smith
Aging Case Manager

Dionne Taylor, LSW
Medicaid Waiver Case Mgr.

Laverne Thigpen, LSW
Medicaid Waiver Case Mgr.

Tracy Thompson, LSW
Medicaid Waiver Case Mgr.

Tina Tolar
Workforce Program Tech.
Specialist

Demarius Tolliver
Insurance Counselor

Angela Travis, LSW
Medicaid Waiver Case Mgr.

Taisha Travis, RN
Medicaid Waiver Case Mgr.

David Wade, AICP
Principal Planner

Jay Wadsworth
Regional Data Analyst

Demetria Washington, RN
Medicaid Waiver Case Mgr.

Paris Wheaton, RN
Medicaid Waiver Case Mgr.

Barbara White, LSW
Medicaid Waiver Case Mgr.

LaSharon Williams
Resource Specialist

Patricia Williams, LSW
Medicaid Waiver Case Mgr.

Tiesha Williams, RN
Medicaid Waiver Case Mgr.

Valencia Wilson
Help Me Grow Resource
Specialist

Tony Wonch
Senior GIS Planner

LouSonya Woodland
Workforce Program Manager

Trisha Worthy, LSW
Medicaid Waiver Case Mgr.

# EAST CENTRAL
# Planning and Development District

**Clarke County**
Enterprise
Pachuta
Quitman
Shubuta
Stonewall

**Jasper County**
Bay Springs
Heidelberg
Louin
Montrose

**Kemper County**
DeKalb
Scooba

**Lauderdale County**
Marion
Meridian

**Leake County**
Carthage
Lena
Walnut Grove

**Neshoba County**
Philadelphia
Mississippi Band of
Choctaw Indians

**Newton County**
Chunky
Decatur
Hickory
Newton
Union

**Scott County**
Forest
Lake
Morton
Sebastopol

**Smith County**
Mize
Polkville
Raleigh
Sylvarena
Taylorsville

Established: 1968
Area: 5,822 square miles
2020 Population: 227,806

**EXECUTIVE DIRECTOR**
Mike Blount

280 Commercial Drive
Post Office Box 499
Newton, MS 39345
Phone: (601) 683-2007
Fax: (601) 683-7873

Website: www.ecpdd.org





"Assisting local units of government"

**PUBLICATIONS**
Annual Report
Comprehensive Economic Development Strategy

PTX-003-018

# ECPDD Board of Directors

TERM OF OFFICE:
One Year

*Regular meetings are held quarterly and on-called basis. An Annual Meeting is held the 2nd Tuesday in March.*

### EXECUTIVE COMMITTEE

Wilson Hallman
President

Curtis Gray, Sr.
Vice President

Paul Mosley
Treasurer

Dot Merchant
Secretary

Perry E. Duckworth

Hilda Nickey

### OTHER BOARD MEMBERS

| | |
|---|---|
| Loriann Ahshapanek | Gerald Keeton |
| Billy Frank Alford | Keith Lillis |
| Cindy Austin | Vernell Lofton |
| Nancy Chambers | Robert Miles |
| James Granger | Joe Norwood |
| Ricky Harrison | Annie Owens |

### COMMITTEES

Board of Directors
Executive Committee
ECPDD County Committees
Revolving Loan Fund Review Committee
Aging Advisory Council
Comprehensive Economic Development Strategy Committee

# ECPDD Staff

Mike Blount
Executive Director

Patsy Blalock, RN
Medicaid Waiver Case Mgr.

Todd Blount
Fiscal Officer

Daphne Bridges, LSW
Medicaid Waiver Case Mgr.

Jenifer Buford
Economic & Community
Development Director

Levera Chapman
Executive Secretary

Jo Ann Cole, LSW
Medicaid Waiver Case Mgr.

Rosie Coleman
Aging Division Director

Lynnetta Cooksey
Project Developer

Doug Daly
Business Loan Officer

Alice Dawkins-Hopson
Medicaid Waiver Supervisor

Sylvia Dean
Supportive Services
Coordinator

Cynthia Ellis, RN
Medicaid Waiver Case Mgr.

Malithia Ford, LSW
Medicaid Waiver Case Mgr.

Damien Franklin
Program Coordinator

Dorothy Graves
Medicaid Waiver Secretary

Hope Greer, RN
Medicaid Waiver Case Mgr.

Nicole Hamilton
District Ombudsman

Stephanie Harris, LSW
Medicaid Waiver Case Mgr.

Shekelia Holliday, RN
Medicaid Waiver Case Mgr.

Tori Houston, RN
Medicaid Waiver Case Mgr.

Tammy Howse, RN
Medicaid Waiver Case Mgr.

Rosalind Jones
I&R/SHIP Coordinator

Tanya King, LSW
Medicaid Waiver Case Mgr.

Monica Logan
Bookkeeper/Program Aide

Kawana McCary
Assistant Director

Betty McGowan, LSW
Medicaid Waiver Case Mgr.

Ida McReynolds, LSW
Medicaid Waiver Case Mgr.

Jennifer Morgan, LSW
Medicaid Waiver Case Mgr.

Paula Myers
Bookkeeper

Shirley Nash
Office Clerk

Monickala Nicholoson, RN
Medicaid Waiver Case Mgr.

Susie Parker, LSW
Medicaid Waiver Case Mgr.

Clarrissa Robinson, LSW
Medicaid Waiver Case Mgr.

Josie Robinson
Nutrition Coordinator

Lisa Robinson
Case Manager

Remonica Thurmand, RN
Medicaid Waiver Case Mgr.

Latorria Towner, RN
Medicaid Waiver Case Mgr.

Breuna Townsend
Receptionist

Teresa Tullos, RN
Medicaid Waiver Case Mgr.

Louise Wallace, RN
Medicaid Waiver Case Mgr.

Ginny Watkins, LSW
Medicaid Waiver Case Mgr.

Annie Lois Wilson
Janitorial

# GOLDEN TRIANGLE
# Planning and Development District

**EXECUTIVE DIRECTOR**
Rupert L. "Rudy" Johnson

106 Miley Drive
Post Office Box 828
Starkville, MS 39759
Phone: (662) 324-7860
Fax: (662) 324-7328

Website: www.gtpdd.com

Established: 1971
Area: 3,543 square miles
2020 Population: 175,474

**Choctaw County**
Ackerman
French Camp
Weir

**Clay County**
West Point

**Lowndes County**
Artesia
Caledonia
Columbus
Crawford

**Noxubee County**
Brooksville
Macon
Shuqualak

**Oktibbeha County**
Maben
Starkville
Sturgis

**Webster County**
Eupora
Mantee
Mathiston
Walthall

**Winston County**
Louisville
Noxapater





## PUBLICATIONS
Comprehensive Economic Development Strategy
GTPDD Newsletter

# GTPDD Board of Directors

TERM OF OFFICE:
Four Years

*Regular Meetings are held quarterly in March, June, September, and December.*

*An Annual Meeting is held in July.*

**EXECUTIVE COMMITTEE**

Robert "Bob" Boykin
President

R. B. Davis
Vice President

Jimmy Oliver
Secretary Treasurer

Paul Crowley

Luke Lummus

Ralph McLain

John Shumaker

Gloria Turnipseed

Steven Woodruff

**OTHER BOARD MEMBERS**

| | |
|---|---|
| Bruce Brooks | Marion Jordan |
| Leroy Brooks | Sharon Livingston |
| Shelton Deanes | Chris McIntire |
| Larry Duran | Floyd McKee |
| Greg Fondren | Bricklee Miller |
| John Holliman | Curtis Morris |
| Lynn Horton | Luke Parkes |
| Marvell Howard | Jeff Smith |
| Ernie Jones | Russ Turner |

**COMMITTEES**

Area Agency on Aging
Executive Committee
Comprehensive Economic Development Strategy Committee
Revolving Loan Committee

# GTPDD Staff

Rupert L. "Rudy" Johnson
Executive Director

Leah Agnew, RN
Case Manager

Dave Alexander
GIS Analyst

Jon Bauer
APS Investigator

Brittany Bell
Solid Waste Billing Clerk

Melody Bensend
Nutrition Coordinator

Phylis W. Benson
Project Analyst

Christina Bland, LSW
Case Manager

Jennifer Bridges, LSW
Case Manager

Spencer Broocks
Chief Financial Officer

Latasha Carr
PCA Supervisor

Tammy Castle, RN
Case Manager

Angel Coggins
Medicaid Waiver Clerk

Jon Coker
GIS Analyst

G.H. Crawford, III
District Planner

Lena Davis
Respite

Katy Douglas
Solid Waste Billing Clerk

Sharon Duke
SHIP Coordinator

Marissa Durning
PCA Clerk

Stacy Elkins, RN
Case Manager

Jean Mosley Ellis
Pharmacy Technician

Bobby Gann
Director AAA

Martie Gibson
Ombudsman

Queenzella Gibson
Respite

Tina Gill, RN
Case Manager

Tiffany Gilliland
Health Information Tech

Ethel Goss
PCA Field Supervisor

Diana Granger
Respite

Jenny Grantham, LSW
Case Manager

Carla Guyton
Sr. Activity Ctr. Coordinator

Myra Halford
WIOA Case Manager

Alyssa Harris, LSW
Case Manager

Michelle Harris, RN
Medicaid Waiver Supervisor

Tim Heard, Jr.
Computer Systems Analyst

Jami Hubbard, RN
Case Manager

Kallie Hubbard, LSW
Case Manager

Kaylee Hunt, LSW
Case Manager

Keith Jeffries
WIOA Case Manager

Tricia Jones
Administrative Assistant

Anna Lancaster
Pharmacist

Mitzi Lawrence
WIOA Programs Director

Minnie Lindsey
PCA/Respite Supervisor

Lindsey Marsh, RN
Case Manager

Jade McMinn
Pharmacy Clerk

Tina McWhorter, RN
Case Manager

PTX-003-023

# GTPDD Staff

Kim Mills, RN
Case Manager

Wendy Murphree
Staff Account

Jennifer Odom
Solid Waste Billing
Supervisor

Kenny Orr
Certified Public Accountant

Mitzi Phelps, RN
Case Manager

Robin Prier, RN
Case Manager

Regina Rambus
PCA Field Supervisor

Cindy Reese, RN
Case Manager

Jared Riley
Nutrition Assistant

Jessica Rodgers, LSW
Case Manager

Amy Sanford
Aging Program & B2I
Coordinator

Toby Sanford
GIS Manager

Angelia Sansing, LSW
Case Manager

Andrea Scott
Pharmacy Technician

Tennie Simpson, LSW
Case Manager

Helen Smith, RN
Case Manager

Lauren Smith, LSW
Case Manager

Scott Stewart
Network Specialist

Krystal Taylor, RN
Case Manager

Sydney Thompson, RN
Case Manager

Landen Upchurch
PCA Clerk

Keisha Warren
PCA Supervisor

Lesa Wilson, LSW
Case Manager

Sheila Winters
Nutrition Assistant

Lisa Woods, LSW
Case Manager

# NORTH CENTRAL
# Planning and Development District

**EXECUTIVE DIRECTOR**
Steve Russell, AICP

28 Industrial Park Boulevard
Winona, MS 38967
Phone: (662) 283-2675
Fax: (662) 283-5875

Website: www.ncpdd.org

Established: 1969
Area: 4,042 square miles
2020 Population: 117,158

**Attala County**
Ethel
Kosciusko
McCool
Sallis

**Carroll County**
Carrollton
North Carrollton
Vaiden

**Holmes County**
Cruger
Durant
Goodman
Lexington
Pickens
Tchula
West

**Grenada County**
Grenada

**Leflore County**
Greenwood
Itta Bena
Morgan City
Schlater
Sidon

**Montgomery County**
Duck Hill
Kilmichael
Winona

**Yalobusha County**
Coffeeville
Oakland
Water Valley





## PUBLICATIONS
NCPDD District Report - Quarterly
Comprehensive Economic Development Strategy (CEDS)

# NCPDD Board of Directors

TERM OF OFFICE:
One Year

*Regular meetings are held quarterly.*

**EXECUTIVE COMMITTEE**

James A. Neill, Jr.
President

Anjuan Brown
Vice President

James Young
Immediate Past President

Bobby Lindsay

Keith McGee

Amy McMinn

Darrell Robinson

## OTHER BOARD MEMBERS

| | |
|---|---|
| Sam Abraham | Eddie Harris |
| Taylor Casey | Matthew Harrison |
| Robert Collins | Johnny Hayward |
| Rickie Corley | Joshua Hurst |
| Claude Fluker | Leroy Johnson |
| Johnny Gary, Jr. | Tim Kyle |
| Talmadge "Tee" Golding | Michael Lott |
| Steven Goss | Reginald Moore |
| Dora Greer | Tim Pinkard |
| Chad Gray | Kenneth Rogers |
| Donald Gray | Willie Townsend, Jr. |
| Joseph Guess | Edward Dill Tucker |
| Leonard Hampton | Ronald White |
| Kenneth Harmon | Ryan Wood |

## COMMITTEES

Revolving Loan Fund Committee
Area Agency on Aging
Executive Committee
Comprehensive Economic Development Strategy Committee

# NCPDD Staff

Steve Russell, AICP
Executive Director

Darlena Allen
Aging Director

Eric Armstrong
IT Technician

Angie Branch
Program Coordinator II

Kedydra Brooks
WIOA Career Pathways
Counselor

Veronica Brooks
WIOA Career Pathways
Counselor

Lenon Butts
Assistant Finance Clerk

Beth Cannon, RN
Medicaid Waiver Case Mgr.

Teresa Carpenter, LSW
Medicaid Waiver Case Mgr.

Barbara Chambley
Assistant Fiscal Officer/
Office Manager

Jimmy Chesteen
IT/GIS Technician - Contract

Cynthia Collins, LSW
Medicaid Waiver Case Mgr.

Cherry Daves, LSW
Medicaid Waiver Case Mgr.

Gwen Davis
Medicaid Waiver Technician

John Davis
IT Technician

Rachelle Deaton, RN
Medicaid Waiver Case Mgr.

Greg Drake
IT Technician

Beth Estes, RN
Medicaid Waiver Case Mgr.

Loralee Fletcher
Case Manager

Tony Green
Fiscal Officer/Gov. Specialist

Vontella Purnell Green
Case Manager

McKenzie Hathcock, LSW
Medicaid Waiver Case Mgr.

Carla Hedgepeth, RN
Medicaid Waiver Case Mgr.

Virginia "Grace" Jefcoat, RN
Medicaid Waiver Case Mgr.

Terry Jones, RN
Medicaid Waiver Case Mgr.

Jana Lewis, LSW
Medicaid Waiver Case Mgr.

Ivory McCain
Secretary-Receptionist

Shirley McLaurin
Program Coordinator

Lorene M. Miller
Program Coordinator IV

LaDonna Moss, LSW
Medicaid Waiver Case Mgr.
Supervisor

Cynthia Perkins
Program Coordinator III

Chris Pope
Planner

Jeanette B. Ringo
WIOA Program Director

Reggie Ross
Planner

Ravean Seals
WIOA Career Pathways
Counselor

Andrea Scaife, RN
Medicaid Waiver Case Mgr.

Ashley Silas
Nutrition Coordinator

Jacqueline Skinner
WIOA Program Assistant

Jessica Simmons
Chief Financial Clerk

Angie Smith, RN
Medicaid Waiver Case Mgr.

Mary Smith
Ombudsman

Tammy Staten, LSW
Medicaid Waiver Case Mgr.

Isaiah Stewart
Program Coordinator V

Josh Stuckey
RLF Loan Officer

Paula Sudduth, LSW
Medicaid Waiver Case Mgr.

Julie Taylor, LSW
Medicaid Waiver Case Mgr.

Christopher Weathers
Assistant Executive Director/
Information Technology Mgr.

Sandra Welch, RN
Medicaid Waiver Case Mgr.

John Wiggers
Planner

Denise Wiley, LSW
Medicaid Waiver Case Mgr.

Suzy Winstead
Medicaid Waiver Case Mgr.

PTX-003-027

# NORTH DELTA
# Planning and Development District

**Coahoma County**
    Clarksdale
    Coahoma
    Friars Point
    Jonestown
    Lula
    Lyon

**Desoto County**
    Hernando
    Horn Lake
    Olive Branch
    Southaven
    Walls

**Panola County**
    Batesville
    Como
    Courtland
    Crenshaw
    Pope
    Sardis

**Quitman County**
    Crowder
    Falcon
    Lambert
    Marks
    Sledge

**Tallahatchie County**
    Charleston
    Glendora
    Sumner
    Tutwiler
    Webb

**Tate County**
    Coldwater
    Senatobia

**Tunica County**
    Tunica



Established: 1967
Area: 3,657 square miles
2020 Population: 296,649

**EXECUTIVE DIRECTOR**
James Curcio

220 Power Drive
Post Office Box 1488
Batesville, MS 38606-1488
Phone: (662) 561-4100
Fax: (662) 561-4112

Website: www.ndpdd.com



## PUBLICATIONS
NDPDD Resource Directory
Comprehensive Economic Development Strategy

# NDPDD Board of Directors

TERM OF OFFICE:
One Year

*Regular meetings are held in January, March, May, July, September, and November.*

**EXECUTIVE COMMITTEE**

James B. Sowell
President

Vernice Avant
Vice President

Jesse Ellis

Anita Greenwood

Vanessa Lynchard

Paul Pearson

Phillis Williams

**OTHER BOARD MEMBERS**

| | |
|---|---|
| James Birge | Teddy Morrow |
| Lorine Cady | Johnny Newson |
| Lee Caldwell | Henry Nickson |
| Mike Campbell | Donald Phelps |
| Pat Davis, Jr. | Charlie Reese |
| Jimmy Edwards | Tony Sandridge |
| Robert Gipson | Diane Shipp |
| Dr. Greg Graves | Derrell Washington |
| Valerie Hartsfield | Bernard White |
| Mark Hudson | |
| Manuel Killebrew | |

## COMMITTEES

AAA Advisory Council

Comprehensive Economic  Development
Strategy Committee

Revolving Loan Review Committee

# NDPDD Staff

James Curcio
Executive Director

Rita Aldison, RN
Medicaid Waiver Case Mgr.
Tate County

Cicely Allen, LSW
Medicaid Waiver Case Mgr.
Coahoma County

Kris Atkinson
Aging Outreach Coordinator

Mary Beck
DeSoto County Homemaker

Brittany Broadnax
AAA Services Coordinator

Arnetta Brown, LSW
Medicaid Waiver Case Mgr.
Coahoma County

Kathy Brown, RN
Medicaid Waiver Case Mgr.
Coahoma County

Diane Buck, RN
Medicaid Waiver Case Mgr.
DeSoto County

Misty Burrows, RN
Medicaid Waiver Case Mgr.
Panola County

Aimee Burton, RN
Medicaid Waiver Case Mgr.
Tunica County

Meg Busby, RN
Medicaid Waiver Case Mgr.
Coahoma County

Linda Clark, LSW
Medicaid Waiver Case Mgr.
Panola County

Elgalene Close, MLSW
Ombudsman

Bertha Collins
Receptionist

Kimberlee Corso, RN
Medicaid Waiver Case Mgr.
Coahoma County

Janet Crawford, RN
Medicaid Waiver Case Mgr.
DeSoto County

Cheryl Davis
DeSoto County Homemaker

Sarah Davis
DeSoto County Homemaker

Darrell Dixon
Program Specialist

Kathryn Faucher
Staff Accountant

Ronnie Ford
DeSoto County Transportation Driver

Shonna Ford, RN
Medicaid Waiver Case Mgr.
Tallahatchie County

Patty Geraci
Office Assistant

Joanne Gibson
Receptionist

Roderick Gordon
Director, Area Agency on Aging

Kristi Grosjean, LSW
Medicaid Waiver Case Mgr.
DeSoto County

Trey Hamby
Assistant Executive Director

# NDPDD Staff

Delois Hardiman, LSW
Director, Medicaid Waiver

Cheryl James
Aging Assistant, Nutrition Coordinator

Debra Jones, RN
Medicaid Waiver Case Mgr.
Quitman County

Romona Jones, LSW
Medicaid Waiver Case Mgr.
Tunica County

Julie Ledbetter, LSW
Medicaid Waiver Case Mgr.
Quitman County

Sonya Lishman, RN
Medicaid Waiver Case Mgr.
Tate County

Brent Manning
Program Specialist

Angela McCachren, LSW
Medicaid Waiver Case Mgr.
Panola County

Emily McConnell, LSW
Medicaid Waiver Case Mgr.
Tate County

Ashley Pettit, LSW
Medicaid Waiver Case Mgr.
Panola County

Emily Purdy, LSW
Medicaid Waiver Case Mgr.
Panola County

Michelle Shegog, RN
Medicaid Waiver Case Mgr.
Panola County

Granville Sherman
Program Specialist

Bill Singuefield
DeSoto County Transportation Driver

Kendria Strowder, LSW
Medicaid Waiver Case Mgr.
DeSoto County

Amanda Taylor, LSW
Medicaid Waiver Case Mgr.
Tallahatchie County

Vivian Thomas
Office Assistant

Shannon Thompson, RN
Medicaid Waiver Case Mgr.
DeSoto County

Amy Ward, LSW
Medicaid Waiver Case Mgr.
DeSoto County

Christy White, RN
Medicaid Waiver Case Mgr.
Panola County

Don Wilkerson, CPA
Chief Fiscal Officer

# NORTHEAST MISSISSIPPI
# Planning and Development District

**Alcorn County**
- Corinth
- Farmington
- Glen
- Kossuth
- Rienzi

**Benton County**
- Ashland
- Hickory Flat
- Snow Lake Shores

**Marshall County**
- Byhalia
- Holly Springs
- Potts Camp

**Prentiss County**
- Baldwyn
- Booneville
- Jumpertown
- Marietta

**Tippah County**
- Blue Mountain
- Dumas
- Falkner
- Ripley
- Walnut

**Tishomingo County**
- Belmont
- Burnsville
- Golden
- Iuka
- Paden
- Tishomingo

### EXECUTIVE DIRECTOR

Sharon Gardner

619 East Parker Drive
Post Office Box 600
Booneville, MS 38829
Phone: (662) 728-6248
Fax: (662) 728-2417

Website: www.nempdd.com

*NEMPDD*

Established: 1970
Area: 2,827 square miles
2020 Population: 141,811





NORTHEAST MISSISSIPPI PLANNING & DEVELOPMENT DISTRICT

## PUBLICATIONS

NEMPDD Resource Directory
Comprehensive Economic Development Strategy
Area Agency on Aging Plan Update
Newsletter

# NEMPDD Board of Directors

TERM OF OFFICE:
One to Four Years

*Regular meetings are held
on the first Monday night
of alternate months,
beginning in February.*

### EXECUTIVE COMMITTEE

Thomas M. Coleman
President

R. C. Anderson
1st Vice President

Jimmy Gunn
2nd Vice President

James "Bubba" Griffin
3rd Vice President

Windell Southward
4th Vice President

Mike Kesler
Secretary Treasurer

## OTHER BOARD MEMBERS

| | |
|---|---|
| Robert Botts | Marlene McKenzie |
| Michael Don Busby | Nicky McRae |
| Mary Childs | Tim Mitchell |
| Rex Coggins | Matt Murphy |
| Eddie Dixon | Melvin Oatis |
| Brandon Grissom | Ricky Pipkin |
| Greg Harrell | Keith Taylor |
| J.C. Hill | Chuck Thomas |
| Margie James | Jimmy Tate Waldon |

## COMMITTEES

Area Agency on Aging Advisory Council
Comprehensive Economic Development Strategy Committee
Management Committee
Revolving Loan Fund Review Committee
Revolving Loan Fund Committee
NEMPDD Foundation, Inc.

# NEMPDD Staff

Sharon Gardner
Executive Director

Tuesday Barnes, RN
Medicaid Waiver Case Mgr.

Audrey Bullard, RN
Medicaid Waiver Case Mgr.

Wanda Christian, AAED
Economic & Community
Development Coordinator

Leah DePriest, LSW
Medicaid Waiver Case Mgr.

Charlotte Derrick, LSW
Division Director
Medicaid Waiver

Janet Dixon, LSW
Medicaid Waiver Case Mgr.

Angie Duvall
Economic & Community
Development Coordinator

Orber Dye
Nutrition Coordinator

Bessie Greer
Ombudsman/EEO Officer

Jennifer Greer, RN
Medicaid Waiver Case Mgr.

Amy Gresham, RN
Medicaid Waiver Case Mgr.

Beverly Haley, LSW
Medicaid Waiver Case Mgr.

Martha Hall
Fiscal Officer

Rick Hargett
Division Director
Computer Services

Dana Harrell, RN
Medicaid Waiver Case Mgr.

Jenny Hatfield
Executive Assistant
Purchasing/Fleet

Erica Hopkins, SW
Area Agency on Aging Case
Manager

Jenna Hopper, LMSW
Medicaid Waiver Case Mgr.

Amy Ivy
Executive Assistant/GIS

Leann Jones, LSW
Medicaid Waiver Case Mgr.

Teresa Jordan, RN
Medicaid Waiver Case Mgr.

Jessica Kebodeaux, LSW
Medicaid Waiver Case Mgr.

Irene Keller
Medicaid Waiver Assistant

Lisa King, RN
Medicaid Waiver Case Mgr.

Anna Lee, LSW
Medicaid Waiver Case Mgr.

Jamie McCoy
Division Director RLF

Celita Miller
Fiscal Officer

Lisa Mitchell
Assistant Fiscal Officer

Melissa Morton, RN
Medicaid Waiver Case Mgr.

Lori Murry, LMSW
Medicaid Waiver Case Mgr.

Carla Newman, LSW
Division Director
Area Agency on Aging

Karen Patrick, RN
Medicaid Waiver Case Mgr.

Jonathan Riddle
Economic & Community
Development Coordinator

Jessica Shook, RN
Medicaid Waiver Case Mgr.

Leah Smith, LSW
Medicaid Waiver Case Mgr.

Melissa South, LSW
Medicaid Waiver Case Mgr.

Paula Tice, LSW
Medicaid Waiver Case Mgr.

Diana Wall, RN
Medicaid Waiver Case Mgr.

Bridget Webster, LSW
Medicaid Waiver Case Mgr.

April Whitehead, RN, BSN
Medicaid Waiver Case Mgr.

Monica Wildmon
Lead Billing Clerk
Medicaid Waiver

Martha Yates, RN
Aging Services Specialist

# SOUTH DELTA
# Planning and Development District

**EXECUTIVE DIRECTOR**

Thomas "Tommy" Goodwin

1427 S. Main Street
Post Office Box 1776
Greenville, MS 38702
Phone: (662) 378-3831
Fax: (662) 378-3834

Website: www.sdpdd.com



Established: 1967
Area: 3,602 square miles
2020 Population: 114,801



## PUBLICATIONS
Business Plans
Comprehensive Economic Development Strategy
Workforce Plans

**Bolivar County**
Alligator
Benoit
Beulah
Boyle
Cleveland
Duncan
Gunnison
Merigold
Mound Bayou
Pace
Renova
Rosedale
Shaw
Shelby
Winstonville

**Humphreys County**
Belzoni
Isola
Louise
Silver City

**Issaquena County**
Mayersville

**Sharkey County**
Anguilla
Cary
Rolling Fork

**Sunflower County**
Doddsville
Drew
Indianola
Inverness
Moorhead
Ruleville
Sunflower

**Washington County**
Arcola
Greenville
Hollandale
Leland
Metcalfe

# SDPDD Board of Directors

TERM OF OFFICE:
Three Years

*Regular meetings are held
quarterly as needed.
The Executive Committee
meets monthly.*

**EXECUTIVE
COMMITTEE**

Henry Reed, Jr.
President

Billy Nowell
Vice President

Marilyn Hansell
Secretary

George Holland

Dennis Holmes

Will Hooker

Helen M. Johnson

Michael Parker, Sr.

**OTHER BOARD MEMBERS**

| | |
|---|---|
| Clanton Beamon | Mark Seard |
| Barry W. Bryant | Errick D. Simmons |
| Cora Burnside | Willie Simmons |
| William Carpenter | Willie Smith |
| Cary Estes | Richard D. Stevens |
| Oscar Griffin | Russell Stewart |
| Eddie Holcomb, III | Judson Thigpen, II |
| Henry Phillips, Jr. | Frederick L. Washington |

## COMMITTEES

Comprehensive Economic Development Strategy Committee
Regional Aging Advisory Committee
Revolving Loan Fund Committee
Development Task Force
Citizen's Advisory - Housing Committee
Small Business Assistance Loan Review
Delta Workforce Investment Board (WIA)
Local Elected Officials Board (LEO)

PTX-003-036

# SDPDD Staff

Thomas "Tommy" L. Goodwin
Executive Director

Cheryl Beck, LSW
Medicaid Waiver Case Mgr.

Amber Blocker, LSW
Medicaid Waiver Case Mgr.

Angela Carter, LSW
Medicaid Waiver Case Mgr.

Danette Clark, LSW
Medicaid Waiver Case Mgr.

Cornealious Collins, RN
Medicaid Waiver Case Mgr.

Victoria Cork
MICAP Coordinator

Penne Davis, LSW
Medicaid Waiver Case Mgr.

Allyson Denson, Director
Community Development

Cathy Dickerson, RN
Medicaid Waiver Case Mgr.

Jackie Finley
WIOA Adult Programs Coord.

Michael Floyd, Director
Information Technology

Kenneth Gines
TANF Program Coordinator

Eddie Hall, RN
Medicaid Waiver Case Mgr.

Melissa Hazlewood, Director
Accounting

Chuck Herring
SBC Consultant

Barbara Humphrey
WIOA Youth Coordinator

Sheri Ingram, LSW
Medicaid Waiver Case Mgr.

Kimberly Jackson, LSW
Medicaid Waiver Case Mgr.

Delores Johnson, RN
Medicaid Waiver Case Mgr.

Sharon Johnson
WIOA Executive Secretary

Sponjetta Jones
MAC Center Manager

Sharon Kent, RN
Medicaid Waiver Case Mgr.

Neal Kimbrell, LSW
APS Case Manager

Randall Lauderdale, Director
Housing & Special Projects

Wanda Ledford, RN
Medicaid Waiver Case Mgr.

Clara Martin, LSW
Medicaid Waiver Case Mgr.

Jane McCarty, RN
Medicaid Waiver Case Mgr.

Sonya McKinley
Ombudsman

Gail Mevers
Program Dev. Coordinator

Jana McKellar Meyer, LSW
Medicaid Waiver Case Mgr.

Nickie Moore
Chief Financial Officer

Tammy Mullen
Accounting Clerk

Patricia Plummer, RN
Medicaid Waiver Case Mgr.

Irene Pope, LSW
Medicaid Waiver Case Mgr.

Gwendolyn Raper, RN
Medicaid Waiver Case Mgr.

Daryl Richards, Director
Area Agency on Aging

Samantha Sanders
MIS/Evaluation Specialist

Kamesa Sibley
Program Management Asst.

Vescia Smith, RN
MW Adm/Supervisor

Brittany Stone, LSW
Medicaid Waiver Case Mgr.

Jacquelyn Thigpen, LSW
Medicaid Waiver Case Mgr.

Karmen Thomas, LSW
Medicaid Waiver Case Mgr.

Nikesha Tillman
Medicaid Waiver

Jonathan L. Troyka
Community Developer

Nelda Weaver, RN
Medicaid Waiver Case Mgr.

Marcie Williams, RN
Medicaid Waiver Case Mgr.

Robin Williams, RN
Medicaid Waiver Case Mgr.

Mitzi Woods
WIOA Director

# SOUTHERN MISSISSIPPI
# Planning and Development District

**Covington County**
　　Collins
　　Mt. Olive
　　Seminary
**Forrest County**
　　Hattiesburg
　　Petal
**George County**
　　Lucedale
**Greene County**
　　Leakesville
　　McLain
**Hancock County**
　　Bay St. Louis
　　Diamondhead
　　Waveland
**Harrison County**
　　Biloxi
　　D'Iberville
　　Gulfport
　　Long Beach
　　Pass Christian
**Jackson County**
　　Gautier
　　Moss Point
　　Ocean Springs
　　Pascagoula
**Jefferson Davis County**
　　Bassfield
　　Prentiss
**Jones County**
　　Ellisville
　　Laurel
　　Sandersville
　　Soso
**Lamar County**
　　Lumberton
　　Purvis
　　Sumrall
**Marion County**
　　Columbia
**Pearl River County**
　　Picayune
　　Poplarville
**Perry County**
　　Beaumont
　　New Augusta
　　Richton
**Stone County**
　　Wiggins
**Wayne County**
　　State Line
　　Waynesboro



Established: 1967
Area: 8,818 square miles
2020 Population: 805,302

**EXECUTIVE DIRECTOR**
Leonard Bentz, II

10441 Corporate Drive, Ste 1
Gulfport, MS 39503
Phone: (228) 868-2311
Fax: (228) 868-7094

Website: www.smpdd.com

<u>HATTIESBURG OFFICE</u>
914 Sullivan Drive
Hattiesburg, MS 39401
Phone:  (601) 545-2137
Fax: (601) 545-2164



*Gulfport Office*



*Hattiesburg Office*

## PUBLICATIONS
Comprehensive Economic Development Strategy
Governor's Workforce Annual Report
Local Workforce Plan
Quarterly Connection - SMPDD Newsletter

# SMPDD Board of Directors

TERM OF OFFICE:
Four Years

*Regular meetings are
held quarterly.*

**EXECUTIVE
COMMITTEE**

Lynn Cartlidge
President

Calvin Newsom
First Vice President

David Hogan
Second Vice President

Scott Strickland
Secretary

Bobby Bolton
Treasurer

**OTHER BOARD MEMBERS**

| | |
|---|---|
| Wayne Barrow | Darrin Ladner |
| Larry Bolton | J. Patrick Lee |
| Demarrio Booth | Jim Lukes |
| Mitch Brent | Beverly Martin |
| Phillip Carlisle | Larry McDonald |
| Eric Chambless | Lance Pearson |
| Sterling Craft | Troy Ross |
| Tommy Dews | Bobby Rushing |
| Marshall Eleuterius | David Scruggs |
| Sedgie Foxworth | Steve Seymour |
| Donald Hart | Jesse Smith |
| Billy Hewes | Paul Walley |
| Jerry Hutto | Ray Wesson |
| Rick Hux | Roderick Woullard |
| John Johnson | |

## COMMITTEES
Board of Directors
Revolving Loan Fund Committee
Area Agency on Aging Advisory Council
Comprehensive Economic Development Strategy Committee
Twin Districts Local Elected Officials  Board
Twin Districts Local Workforce Investment Board

# SMPDD Staff

Leonard Bentz, II
Executive Director

Sheree Adams
EWD Program Specialist

Sonya Allen
Medicaid Waiver Program
Specialist

Thania Averett
Aging Dept. Head

James Avery
Career Coach

Anicia Barnes
Case Manager II

Jen Barrett
SCSEP Receptionist

KaTasha Barron
Information & Referral
Specialist

Carolyn Bates
Medicaid Waiver Supervisor

Kara W. Benefield
Finance Supervisor

Elleecia Brand
Case Manager III

Ashley Briscoe
Marketing Manager

Sandra Brock
MAC Program Specialist

Karen Broom
Case Manager I

Celeste Brown
FGP Program Manager

Susan Brown
Case Manager I

Jimmy Bullock
SCSEP Program Assistant

John Burton
Consumer Directed Care
Coordinator

Vicki Carpenter
Case Manager I

Amy Chabert
Case Manager

Maggie Chapman
Case Manager III

Jacqulin D. Clark
Medicaid Waiver Supervisor

Savannah Clark
Case Manager II

Artimise Clemons
SCSEP Receptionist

Tammy Cook
Administrative Assistant

Lisa Counts
Case Manager III

Elsie Cranford
Office Administrator

Stacey Cuevas
Case Manager II

RoShanda Culberson
AAA Caregiver Counseling
Coordinator

Anita Davis
EWD Program Specialist

Lydia C. Davis
MAC Center Dept. Head

Ashlee Dearman
Preventative Health
Coordinator

Jaqueline Dedeaux
EWD, Region Care Navigator

Susan Denham
Case Manager I

Andrea C. Dexter
Case Manager III

Natalia Diaz
Project Manager

Caroline Dickerson
Case Manager I

Marvin Dickey
Special Projects Manager

Sharline D. Dixon
Case Manager IV

Jennifer Douglas
Case Manager

Shekela Shonta Duncan
WIOA Youth Programs
Admin.

Phyllis Ealey
AAA Outreach

Ronald Emile
Loan Program Manager

Andria Entrekin
Case Manager

Jennifer Evans
Case Manager III

Melody Fick
Case Manager

Michael Fitts
Groundskeeper/Maintenance

Teretha Flowers
Case Manager I

Tammy Fowler
Case Manager

Sandra Gallaspy
EWD Program Specialist

# SMPDD Staff

Monique Galloway
Career Coach

Tosshia Gandy
Case Manager

Terri Gavin
Case Manager

Laura L. Gillissie
Case Manager III

William Glass
AAA Outreach

Laura Gottschalck
Case Manager

Molly Graham
Case Manager I

Brittney Green
AAA Outreach

Jena Greer
Case Manager I

Kristyn Gunter
Director, Special Projects
Divsion

Janice A. Hale
SCSEP Dept. Head

Lorri Hall
Case Manager II

Kaylen Hardy
Finance Specialist

Jasmin Hardy
Case Manager

Chasity Harrison
Medicaid Waiver Program
Specialist

Stacey Harter
Case Manager I

Patricia Harvey
AAA Case Aide

Allison Hawkins
EWD Division Director

Jennifer Herndon
Ombudsman

Tonya Hill
Case Manager II

Tina Hinkle
Case Manager III

Linda S. Hubbard
Senior Case Manager

Lisa Hughes
Case Manager I

PeggyLynne Hyatt
SCSEP Program Specialist

Laurie L. Hyde
Sr. Services Fiscal Officer

Emlyn Jackson
EWD Manager

Tiffney Jackson
Case Manager II

Tracy James
Case Manager

Kenneth W. Jett
EWD Program Specialist

Victoria Johnson-Lewis
Case Manager I

Jaquilla Jones
Case Manager III

Jon Jones
MAC Program Specialist

Cindy Kinard
Executive Asst. to Director

Chrissy Klein
AAA Program Coordinator

Elizabeth C. Ladner
Human Resources Manager

Mary LaRosa, CPA/CIA
Chief Financial Officer

Shirley Leggett
Medicaid Waiver Dept. Head

Jennifer R. Livingston
Career Coach, Out of School
Youth Program

Jonathon Lukes
IT Analyst

Mary Martin
Case Manager II

Nicole Mathis
MAC Program Specialist

Tasha McCon
Case Manager

Latonya McCullum
Information Referral Clerk

Ethel B. McDonald
Case Manager IV

Lisa McGruder
Case Manager II

Regan McKnight
Office Assistant

Michelle Miller
MAC Program Specialist

Sherry Mills
Case Manager III

Linda Millsap
Medicaid Waiver Supervisor

Marilyn Minor
WIA Programs Administrator

Andrea Mitchell
Medicaid Waiver Supervisor

# SMPDD Staff

Brenda Mitchell
Case Manager I

Jenna Mitchener
Senior Finance Specialist

Theresa Moody
Office Assistant

Robert P. Moore
Sr. Services Division Director

Alexandra Moreno
Case Manager

Rasheeda Morris
EWD Program Specialist

Patricia Morrison
EWD Manager

Tina F. Mozingo
AAA Outreach

Ronda M. Mullins
AAA Nutrition Coordinator

Ken Mustered
Building & Fleet Operations
Mgr.

Jeffery Nicholson
Municipal Advisors of MS

Stephen O'Mara
Business & Government
Finance Director

Cecellia Parker
AAA, SHIP Coordinator

David Parker
Special Projects

Penny Patterson
Project Manager

Gregory Payne
Ombudsman

Lois Payton
Case Manager

Ruby Phillips-Moody
Case Manager

Shakia Pittman
Case Manager

Irene Powers
Case Manager

Thomas Rainey
Case Manager II

Margaret Roberts
Case Manager II

Kelsey Robinson
Fiscal Analyst

Annette Sandifer
Case Manager I

Victoria L. Sanford
Case Manager III

Mary M. Shelton
Case Manager IV

Auntra Singleton
APS Case Worker

Cassandra Smith
Career Coach

Misty Smith
Case Manager III

Patricia C. Smith
Case Manager IV

Brenda Spencer
EWD Program Specialist

Tammy Stiglet
Case Manager

Marlee Stiglets
AAA, FMS & CDC Coordinator

Catherine Suddeth
Case Manager II

Tonya Summers
Case Manager III

Jason Thomas
Municipal Advisors of MS

Denise V. Virgil
Case Manager IV

Anecia Walker
Case Manager III

Tara Walker
Case Manager

Grant Wesley
Office Assistant

Shari H. White
EWD Fiscal Officer

Annette M. Wiley
Ombudsman Supervisor

Constance Wilson
Case Manager III

Kathy Yard
SCSEP Job Developer

Paige Kennedy Zachary
APS/Hattiesburg Manager

Amy Zeeck
Case Manager III

April Ziegler
Case Manager

# SOUTHWEST MISSISSIPPI
# Planning and Development District

**Adams County**
   Natchez

**Amite County**
   Crosby
   Gloster
   Liberty

**Claiborne County**
   Port Gibson

**Franklin County**
   Bude
   Meadville
   Roxie

**Jefferson County**
   Fayette

**Lawrence County**
   Monticello
   New Hebron
   Silver Creek

**Lincoln County**
   Brookhaven

**Pike County**
   Magnolia
   McComb
   Osyka
   Summit

**Walthall County**
   Tylertown

**Wilkinson County**
   Centreville
   Woodville



**EXECUTIVE DIRECTOR**
Wirt L. Peterson

100 South Wall Street
Natchez, MS 39120
Phone: (601) 446-6044
Fax: (601) 446-6071

Website:
www.swmpdd.com



Established: 1975
Area: 5,284 square miles
2020 Population: 176,046

## PUBLICATIONS
Comprehensive Economic Development Strategy

# SWMPDD Board of Directors

TERM OF OFFICE:
Four Years

*Regular meetings are held quarterly on the second Tuesday of the last month in the quarter.*

*An Annual Meeting is held on the third Tuesday in September.*

**EXECUTIVE COMMITTEE**

Helen Hunter
President

Nolan Williamson
Vice President

Robert Jones
Secretary Treasurer

Angela Hutchins

Diana Gillard

## OTHER BOARD MEMBERS

| | |
|---|---|
| Robert Accardo | Larry Montgomery |
| Marcus Alsworth | Amos Newman |
| Amile Ashley | Earnest Newman |
| Jimmie Bass | Dave Nichols |
| Tazwell Bowsky | Clifton Parker |
| Eddie Brown | Morgan Poore |
| Jill Busby | Eddie Stebbins |
| Marie Clark | Marvin Tolliver |
| Kenneth Davis | Anthony Walton |
| Warren Gaines | Samuel White |
| Rickey Gray | Jackie Whittington |
| Johnny Hughes | Mayor Barry Williams |
| Kenyon Jackson | Jerry Wilson |
| Bobby Wayne Johnson, Jr. | |
| Mike Lazarus | |
| Warren Leake | |

## COMMITTEES

Comprehensive Economic Development
Strategy Committee

# SWMPDD Staff

Wirt Peterson
Executive Director

Tammy Anderson
Medicaid Waiver Case Mgr.

Lauren Bairfield
Medicaid Waiver Case Mgr.

Jeannie Ballew
Program Coordinator

Mary Bass
Medicaid Waiver Case Mgr.

Yolanda Campbell
Aging Director

Cleopatra Carradine
Medicaid Waiver Case Mgr.

Mary Davis
Program Specialist

Pat Domin
Service Coordinator

Brynna Dowling
Medicaid Waiver Case Mgr.

Manfred Eidt
Medicaid Waiver Case Mgr.

Jason Ford
Ombudsman

LaShandra Grady
Medicaid Waiver Case Mgr.

Connie Harrell
Medicaid Waiver Case Mgr.

Allison Hoeniges
Medicaid Waiver Case Mgr.

LeeAnn Holmes
Medicaid Waiver Case Mgr.

Sophronia Hughes
Fiscal Officer

Betty Jones
Bookkeeper

Sheri Kammerdeiner
Medicaid Waiver Case Mgr.

MaKeshia Kees
Medicaid Waiver Case Mgr.

Tamekia Kees
Medicaid Waiver Case Mgr.

Allen Laird
Planner

Ginger Lambert
Medicaid Waiver Case Mgr.

Rhonda Love
Medicaid Waiver Nurse

Bessie Lovett
Administrative Assistant

Cynthia Magee
Medicaid Waiver Case Mgr.

Carla McLemore
Receptionist

LeeAnn Milligan
Loan Officer

Tracy Moak
Medicaid Waiver Case Mgr.

Kacy Nelson
MCW Billing Clerk B2ICN

Heather Peeples
Medicaid Waiver Case Mgr.

Anna Pickett
Medicaid Waiver Case Mgr.

LaQuanda Pittman
Medicaid Waiver Case Mgr.

Jessica Pounds
Medicaid Waiver Case Mgr.

Amanda Russell
Medicaid Waiver Case Mgr.

Kimberly Simpson
Medicaid Waiver Case Mgr.

Michell Singleton
Program Coordinator

Lynette Smith
Planner

Christina Spell
Medicaid Waiver Case Mgr.

Ruthie Stampley
Case Manager

Sandy Terrell
Receptionist

Chad Thomas
Case Manager

Martha Tomlinson
Medicaid Waiver Case Mgr.

Sara Travis
Medicaid Waiver Case Mgr.

Lacanvas Walker
Medicaid Waiver Support

Roslyn Wallace
Medicaid Waiver Case Mgr.

Cynthia Williams
Medicaid Waiver Case Mgr.

Shannon Williams
Medicaid Waiver Case Mgr.

Judy Wilson
Medicaid Waiver Case Mgr.

Nova York
Medicaid Waiver Supervisor

Bobbi Young
Accountant

Jessica Zeigler
Medicaid Waiver Case Mgr.

Nichelle Zion
Medicaid Waiver Case Mgr.

# THREE RIVERS
# Planning and Development District

**EXECUTIVE
DIRECTOR**
Vernon R. Kelley, III

75 South Main Street
Post Office Drawer 690
Pontotoc, MS 38863
Phone: (662) 489-2415
Fax: (662) 489-6815

Website: www.trpdd.com

Established: 1971
Area: 4,379 square miles
2020 Population: 286,532

**Calhoun County**
Big Creek
Bruce
Calhoun City
Derma
Pittsboro
Slate Springs
Vardaman

**Chickasaw County**
Houston
New Houlka
Okolona
Woodland

**Itawamba County**
Fulton
Mantachie
Tremont

**Lafayette County**
Abbeville
Oxford
Taylor

**Lee County**
Baldwyn
Guntown
Nettleton
Plantersville
Saltillo
Shannon
Tupelo
Verona

**Monroe County**
Aberdeen
Amory
Gattman
Hatley
Smithville

**Pontotoc County**
Algoma
Ecru
Pontotoc
Sherman
Thaxton
Toccopola

**Union County**
Blue Springs
Myrtle
New Albany





**THREE RIVERS**
PARTNERING IN ECONOMIC & COMMUNITY DEVELOPMENT

**PUBLICATIONS**
Three Rivers PDD Annual Report
WIOA Local Plan
Comprehensive Economic Development Strategy
Regional Solid Waste Plan

# TRPDD Board of Directors

TERM OF OFFICE:  Five Years

*Regular meetings
are held on the third
Monday of each month.*

**EXECUTIVE COMMITTEE**

Mike Roberts, Chairman

Robert Blackmon

Hosea Bogan

Sheila Freely

John Herrod, Jr.

Danny Holley

Eric Hughes

Tommie Lee Ivy

Tim Kent

Anderson McFarland

Early McKinney

Phil Morgan

Randy Owen

Wayne Stokes

Barney Wade

Fulton Ware

**OTHER BOARD MEMBERS**

| | |
|---|---|
| Jason Bailey | Jim Owen |
| Bill Blissard | Bob Peeples |
| Russell Brooks | Emily Quinn |
| Lena Chewe | Joseph Richardson |
| Chad Coffey | David Rikard |
| Marshall Coleman | Charles Scott |
| John Darden | Shelton Shannon |
| Cliff Easley | Cleavon Smith |
| Romona Edge | Mike Smith |
| Carolyn Estes | Patti Watkins |
| Ike Johnson | Steve Watson |
| Chad McLarty | Ernie Wright |
| Tony Morgan | |

## COMMITTEES

TRPDD Board of Directors
TRPDD Investment Corp. Board of Directors
Local Development Co. Board of Directors
Revolving Loan Fund Review Committee
MS Small Business Assist. Loan Review Comm.
P.U.L. Alliance Board of Directors
Three Rivers Solid Waste Mgmt. Authority
CDE Board of Directors
CDE Advisory Committee
TRPDD Court System Mgmt. Committee

Area Agency on Aging Advisory Council
Ombudsman Advisory Committee
Comprehensive Economic Development Strategy Committee
G.M. & O. Rails to Trails Board
CARE Transition Committee
MS Partnership Workforce Innovation and Opportunity Board
MS Partnership Workforce Innovation and Opportunity Act CEO
Enhance MS Board of Directors

# TRPDD Staff

Vernon R. Kelley, III
Executive Director

Shelley Adams
Project Manager

Michael Baker
Landfill Gas Technician

Autumn Beckley
Fee Billing Clerk

Abbie Bell
Project Manager

Ronnie Bell
Div. Director Gov. Functions

Suzy Bishop
Project Manager

Crissy Bland
Project Manager

Bethany Bonner
Career STEP Coach

Stephanie Bramlett, RN
Medicaid Waiver Case Mgr.

Rebecca Brantley
WIOA Adult Program Coord.

Margaret Brim, LSW
Director, Medicaid Waiver

Bridget Brown
Aging Fiscal Officer

Hannah Bruce, LMSW
Medicaid Waiver Case Mgr.

Judy Butler
WIOA MIS Coordinator

John Byers
Community & Economic
Development Director

Gary Chandler
Regional Economic
Developer

Bonnie Childs
Project Manager

Shelia Clay, RN
Medicaid Waiver Case Mgr.

Cindy Collums
Ombudsman

Jon Conn
System/Programmer Analyst

Cecelia Crawford, RN
Medicaid Waiver Case Mgr.

Dawn Crawford
Payroll Mgr./Fringe Benefits
Coordinator

Justin Criddle
Landfill Gas Technician

Minnie Croft, RN, BC, BSN
Medicaid Waiver Case Mgr.

Donna Cruse, LSW
Medicaid Waiver Case Mgr.

Michelle Daily, RN
Medicaid Waiver Case Mgr.

Yolanda Davis, LSW, MSW
Medicaid Waiver Case Mgr.

Jeremy Epting, CPA
Fiscal Director

Cindy Farris
Nutrition Coordinator

Penny Ferrell, LSW
Medicaid Waiver Case Mgr.

Shannon Fulford, RN
Medicaid Waiver Case Mgr.

Kim Gassaway, LSW
Medicaid Waiver Case Mgr.

Gary Golden
Human Services Division
Director

Georganna Goode, LSW
Medicaid Waiver Case Mgr.

Cynthia Griffin, RN
Medicaid Waiver Case Mgr.

Michael Harmon
Computer Systems
Technician

Frieda Harrison
Loans Administrative Asst.

Karen Heintze
Rails to Trails/IT Project Mgr.

Rony Herring
TangleFoot Trail
Superintendent

Brooke Holladay, RN
Medicaid Waiver Case Mgr.

Kim Holmes, LSW
Medicaid Waiver Case Mgr.

Amanda Johnson
Career STEP Coach

Mike Johnson
Network Administrator

Freda Jones
Career STEP Coach

Bonnie J. Kelley
Office Manager
Administrative Assistant

Reagan Kirby, RN
Medicaid Waiver Case Mgr.

# TRPDD Staff

Dave Kitchens
Workforce Services Specialist

Mattox Koon
CDE Manager/Loan Division
Director

Maggie Kyle
Fiscal Officer

Molly Lovorn
Loan Officer

Kandi Marshall
WIOA Program Specialist

Tabatha Mathews, RN
Medicaid Waiver Case Mgr.

Courtney Maxey
Assistant Fiscal Director

Misty McCaffrey
Career STEP Coach

Meghann McCarver
Fiscal Officer

MacKenzie McCollum
Outreach Coordinator

Jon McDonald
Landfill Gas-Genset-
Evaporator Superintendent

Jana Montgomery, LSW
Medicaid Waiver Case Mgr.

Kayla Moore
Fee Billing Clerk

Beth Payne, LSW
Medicaid Waiver Case Mgr.

Kimberly Porter, LSW
Medicaid Waiver Case Mgr.

Courtney Rackley
Director of Workforce
Operations

Monica Redwine, LSW
Medicaid Waiver Case Mgr.

Susan Reid
Fee Billing Clerk

Kelleigh Riddle, LSW
Aging Division Director

Kelley Robbins, RN
Medicaid Waiver Case Mgr.

Vickie Roberts
MAC Specialist/Nutrition
Coordinator Assistant

Lisa Schmitz
Career STEP Coach

Perry Sewell
Sr. Medicare Patrol/SHIP
Coordinator

Dana Shaw, RN
Medicaid Waiver Case Mgr.

Tonya Shirley
Fee Billing Division Director

Abby Stafford
Title V Coord./Aging
Administrative Assistant

Josh Sullivan
IT Technician

Wesley Swan
Landfill Gas Technician

Banji Taylor, LSW
Medicaid Waiver Case Mgr.

Meg Thomas
Career STEP Coach

Terry Treadaway
Director of Workforce
Development

Phil Tutor
Legal Counselor

Angela Vaughn
Fee Billing Clerk

Shelly Waldo
Accounts Payable Clerk

Lathe Ward
Assistant Programmer
Analyst

Karen Washington
Receptionist

Darla Webb
Business Retention &
Expansion Manager

Mindy Wells
Fiscal Officer

Lisa White
Fee Billing Clerk

Hannah Whitehead, RN
Medicaid Waiver Case Mgr.

Doug Wiggins
Solid Waste Specialist

Emily Wiggins, LSW
Medicaid Waiver Case Mgr.

Willistein Williams
MAC Center Manager

# Notes

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____



MISSISSIPPI ASSOCIATION OF
PLANNING AND DEVELOPMENT DISTRICTS