# Exhibit N

Page 1

```
 1              UNITED STATES DISTRICT COURT
              SOUTHERN DISTRICT OF MISSISSIPPI
 2                    NORTHERN DIVISION
 3    MISSISSIPPI STATE CONFERENCE OF THE      PLAINTIFFS
      NATIONAL ASSOCIATION FOR THE
 4    ADVANCEMENT OF COLORED PEOPLE; DR.
      ANDREA WESLEY; DR. JOSEPH WESLEY;
 5    ROBERT EVANS; GARY FREDERICKS;
      PAMELA HAMNER; BARBARA FINN; OTHO
 6    BARNES; SHIRLINDA ROBERTSON; SANDRA
      SMITH; DEBORAH HULITT; RODESTA
 7    TUMBLIN; DR. KIA JONES; MARCELEAN
      ARRINGTON; VICTORIA ROBERTSON
 8
      VS.                  No. 3:22-cv-734-DPJ-HSO-LHS
 9
      STATE BOARD OF ELECTION                  DEFENDANTS
10    COMMISSIONERS; TATE REEVES, in his
      official capacity as Governor of
11    Mississippi; LYNN FITCH, in her
      official capacity as Attorney
12    General of Mississippi; MICHAEL
      WATSON, in his official capacity as
13    Secretary of State of Mississippi
      AND
14    MISSISSIPPI REPUBLICAN EXECUTIVE         INTERVENOR-
      COMMITTEE                                DEFENDANT
15    ****************************************************
                        VIDEO DEPOSITION OF
16            THE MISSISSIPPI SECRETARY OF STATE
                 WITNESS:  KYLE KIRKPATRICK
17    ****************************************************
         Taken at the instance of the Plaintiffs at the
18      offices of Butler Snow, 1020 Highland Colony
            Parkway, Ridgeland, Mississippi, on
19                  December 20, 2023,
           beginning at approximately 9:01 a.m.
20
                   (APPEARANCES NOTED HEREIN)
21
22
23                     * * * * * * * *
24
                  Reported Stenographically by:
25                Julie Brown, RPR, CCR 1587
```

3:22-cv-734

PTX-115

Page 102

1  candidates, they prepare and approve the ballots.
2  That election is built in SEMS. Data is transmitted
3  to the local election officials and they go about
4  doing all their preparations necessary to conduct
5  the election in their county or counties, if it's a
6  multicounty district.
7      Q.  Are absentee ballots available for voters
8  to use in the circumstance of special elections like
9  this?
10     A.  Yes.
11     Q.  And when are those absentee ballots
12 prepared?
13     A.  45 days.
14     Q.  You said earlier that 60 days was the
15 time frame typically given. Does that mean you're
16 able to qualify and determine who the candidates
17 will be within two weeks?
18         MR. BECKETT: Object to the form.
19         THE WITNESS: Yes, we are able to do
20 that. Largely because these are normally isolated
21 events, it makes it a lot easier to handle. It's
22 normally not set during a major election time when
23 candidates have already been qualified so it makes
24 it easier to focus on the handful of candidates that
25 may have qualified for a single vacancy race.

Page 103

1  BY MR. LAVELLE:
2      Q.  What role, if any, does your office play
3  in getting things ready for a state legislative
4  special election?
5      A.  So we will build the election in SEMS, as
6  I previously mentioned. Candidates will qualify
7  with our office. We will do an initial review of
8  the qualifications and look for anything that we see
9  as a potential issue to highlight to the SBEC. If
10 we see something, we will send a letter to the
11 candidate letting them know that we see a potential
12 issue but that's not a final determination. We
13 provide materials to the State Board of Election
14 Commissioners so that we can meet and rule on
15 candidate qualifications and approve the sample
16 ballot so that an election can finally be pushed
17 down to local election officials.
18     Q.  And who is involved in that process that
19 you just described from your office?
20     A.  It will be myself; Laura Courtney, senior
21 attorney; Madalan Lennep; and Logan Witcher, our
22 elections compliance officer.
23     Q.  Section B of the Topic 4 is "The State's
24 experience and procedures for implementing newly
25 drawn state legislative maps and for conducting

Page 104

1  special legislative elections during election cycles
2  after 1990, including for implementing state
3  legislative maps drawn in response to a court
4  order."
5         Do you see that?
6      A.  Yes, sir.
7      Q.  All right. And you're familiar with this
8  area of questioning?
9      A.  I'm aware that we have had to have some
10 specially drawn maps in Mississippi and implement
11 elections for those.
12     Q.  You're aware there has been a history
13 here in Mississippi of electoral districts having to
14 be redrawn; is that correct?
15         MR. BECKETT: Object to the form.
16         THE WITNESS: Yes.
17 BY MR. LAVELLE:
18     Q.  That's happened in previous election
19 cycles where a court has required electoral
20 districts to be redrawn; correct?
21     A.  Yes.
22     Q.  That's happened on multiple occasions, in
23 fact; right?
24     A.  I believe so.
25     Q.  Do you have a special set of procedures

Page 105

1  in the Secretary of State's office as to how to
2  implement newly drawn state legislative maps if
3  ordered by a court?
4      A.  No. Once again, we don't implement the
5  lines, that will be up to the county circuit clerks
6  and the county election officials. The local county
7  election officials actually implement whatever
8  court-drawn maps may be provided.
9      Q.  Did your office provide guidance or
10 training to county officials in connection with
11 those newly drawn state legislative maps by court
12 order?
13     A.  I'm not aware if any specific guidance
14 was given around the time of those redistricting
15 lines for those specially drawn maps.
16     Q.  You would expect the counties to know
17 what to do and they would be able to do it based on
18 the training you provide on a regular basis; isn't
19 that fair?
20     A.  Yes. Counties are provided with training
21 on how to conduct redistricting. From a general
22 sense, yes, sir.
23     Q.  And if county officials don't do what
24 they are required to do, your office doesn't have
25 any enforcement capacity; is that fair?

27 (Pages 102 - 105)

## Page 150

```
 1       CERTIFICATE OF COURT REPORTER
 2       I, Julie Brown, Court Reporter and Notary
 3  Public, in and for the State of Mississippi, do
 4  hereby certify that the above and foregoing 150
 5  pages, including this page, contain a true and
 6  accurate transcription of the testimony of Kyle
 7  Kirkpatrick contain a full, true and correct
 8  transcript of the proceedings had in the aforenamed
 9  case at the time and place indicated, which
10  proceedings were recorded by me to the best of my
11  skill and ability, remotely via videoconference.
12       I also certify that I placed the witness under
13  oath to tell the truth and that all answers were
14  given under that oath.
15       I certify that the witness has chosen his
16  right to the reading and signing of the deposition.
17  I certify that I have no interest, monetary or
18  otherwise, in the outcome of this case.
19       Witness my signature and seal this day,
20  January 5, 2024.
21
22       [signature: Julie Brown]
23  JULIE BROWN,
    RPR, CCR 1587
24  My Commission Expires:
    April 6, 2024
25
```

## Page 151

```
 1  P. Ryan Beckett, Esq.
 2  Ryan.Beckett@butlersnow.com
 3          January 5, 2024
 4  Mississippi NAACP v. State Board Of Election Commissioners Et Al
 5  12/20/2023, Kyle Kirkpatrick (#6326668)
 6     The above-referenced transcript is available for
 7  review.
 8     Within the applicable timeframe, the witness should
 9  read the testimony to verify its accuracy. If there are
10  any changes, the witness should note those with the
11  reason, on the attached Errata Sheet.
12     The witness should sign the Acknowledgment of
13  Deponent and Errata and return to the deposing attorney.
14  Copies should be sent to all counsel, and to Veritext at
15  cs-ny@veritext.com.
16
17   Return completed errata within 30 days from
18  receipt of testimony.
19    If the witness fails to do so within the time
20  allotted, the transcript may be used as if signed.
21
22       Yours,
23       Veritext Legal Solutions
24
25
```

## Page 152

```
 1  Mississippi NAACP v. State Board Of Election Commissioners Et Al
 2  Kyle Kirkpatrick (#6326668)
 3          E R R A T A   S H E E T
 4  PAGE_____ LINE_____ CHANGE_____
 5  _____
 6  REASON_____
 7  PAGE_____ LINE_____ CHANGE_____
 8  _____
 9  REASON_____
10  PAGE_____ LINE_____ CHANGE_____
11  _____
12  REASON_____
13  PAGE_____ LINE_____ CHANGE_____
14  _____
15  REASON_____
16  PAGE_____ LINE_____ CHANGE_____
17  _____
18  REASON_____
19  PAGE_____ LINE_____ CHANGE_____
20  _____
21  REASON_____
22
23  _____  _____
24  Kyle Kirkpatrick              Date
25
```

## Page 153

```
 1  Mississippi NAACP v. State Board Of Election Commissioners Et Al
 2  Kyle Kirkpatrick (#6326668)
 3          ACKNOWLEDGEMENT OF DEPONENT
 4     I, Kyle Kirkpatrick, do hereby declare that I
 5  have read the foregoing transcript, I have made any
 6  corrections, additions, or changes I deemed necessary as
 7  noted above to be appended hereto, and that the same is
 8  a true, correct and complete transcript of the testimony
 9  given by me.
10
11  _____  _____
12  Kyle Kirkpatrick              Date
13  *If notary is required
14       SUBSCRIBED AND SWORN TO BEFORE ME THIS
15       _____ DAY OF _____, 20___.
16
17
18       _____
19       NOTARY PUBLIC
20
21
22
23
24
25
```