IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

MISSISSIPPI STATE CONFERENCE OF THE
NATIONAL ASSOCIATION FOR THE
ADVANCEMENT OF COLORED PEOPLE;
DR. ANDREA WESLEY; DR. JOSEPH
WESLEY; ROBERT EVANS; GARY
FREDERICKS; PAMELA HAMMER
BARBARA FINN; OTHO BARNES;
SHIRLINDA ROBERTSON; SANDRA
SMITH; DEBORAH HULITT; RODESTA
TUMBLIN; DR. KIA JONES; ANGELA
GRAYSON; MARCELEAN ARRINGTON;
VICTORIA ROBERTSON                                                        PLAINTIFFS

VS.                               CIVIL ACTION NO. 3:22-cv-734-DPJ-HSO-LHS

STATE BOARD OF ELECTION
COMMISSIONERS; TATE REEVES, *in his
official capacity as Governor of Mississippi*;
LYNN FITCH, *in her official capacity as
Attorney General of Mississippi*; MICHAEL
WATSON, *in his official capacity as Secretary
of State of Mississippi*                                                  DEFENDANTS

AND

MISSISSIPPI REPUBLICAN
EXECUTIVE COMMITTEE                                           INTERVENOR-DEFENDANT

**DEFENDANTS' RESPONSE IN OPPOSITION
TO PLAINTIFFS' MOTION FOR JUDICIAL NOTICE**

Defendants State Board of Election Commissioners, Governor Tate Reeves, Attorney General Lynn Fitch, and Secretary of State Michael Watson (collectively, "Defendants") respectfully request that this Court deny Plaintiffs' Motion for Judicial Notice.

1. Plaintiffs seek judicial notice of non-adjudicative facts relating to special elections and alleged facts about planning and development districts that are not generally known within the Court's jurisdiction. [Dkt. # 197].

2. Plaintiffs are not entitled to a remedy and any facts in relation to a remedy are not adjudicative. *See* Advisory Committee Notes to FED. R. EVID. 201(b). The alleged facts in relation to special elections are non-adjudicative because they are not relevant to Plaintiffs' challenge to Mississippi's 2022 redistricting plans for the State Senate and State House. Further, the merits of Plaintiffs' claims have not been adjudicated. *See Dr. Orly Taitz, Esq. v. Democrat Party of Mississippi*, No. 3:12-CV-280-HTW, 2015 WL 11005020, at *14 (S.D. Miss. Mar. 31, 2015).

3. The facts Plaintiffs seek to admit as to the planning and development districts are inappropriate for judicial notice as they are not generally known within the Court's jurisdiction. *See* FED. R. EVID. 201(b)(1). Planning and development districts were created "to 'designate and recognize' certain geographic areas and jurisdictions as Districts having the functions of both economic development districts and planning commission districts. MS AG Op., *Noble* (Nov. 29, 1983) (quoting Executive Order No. 81). Each district was "created as a non-profit corporation under the Mississippi non-profit corporation law." *Id.*

4. Because the alleged facts about the planning and development districts are not generally known within the Court's jurisdiction and the facts relating to special elections are non-adjudicative, the requested facts are not judicially noticeable under Federal Rule of Evidence 201.

**WHEREFORE, PREMISES CONSIDERED,** the Defendants respectfully request the Court deny Plaintiffs' Motion for Judicial Notice.

**THIS** the 24th day of February, 2024.

        Respectfully submitted,

        STATE BOARD OF ELECTION COMMISSIONERS; TATE REEVES, IN HIS OFFICIAL CAPACITY AS GOVERNOR OF MISSISSIPPI; LYNN FITCH, IN HER OFFICIAL CAPACITY AS ATTORNEY GENERAL OF MISSISSIPPI; MICHAEL WATSON, IN HIS OFFICIAL CAPACITY AS SECRETARY OF STATE, DEFENDANTS

By: */s/ Tommie S. Cardin*
    Tommie S. Cardin (MB #5863)
    ONE OF THEIR COUNSEL

OF COUNSEL:

Tommie S. Cardin (MB #5863)
P. Ryan Beckett (MB #99524)
B. Parker Berry (MB #104251)
J. Dillon Pitts (MB #106399)
**BUTLER SNOW LLP**
1020 Highland Colony Parkway, Suite 1400
Ridgeland, MS 39157
Phone: 601.948.5711
Fax:    601.985.4500
tommie.cardin@butlersnow.com
ryan.beckett@butlersnow.com
parker.berry@butlersnow.com
dillon.pitts@butlersnow.com

Rex M. Shannon III (MB #102974)
**STATE OF MISSISSIPPI**
**OFFICE OF THE ATTORNEY**
**GENERAL CIVIL LITIGATION**
**DIVISION**
Post Office Box 220
Jackson, Mississippi 39205-0220
Tel.: (601) 359-4184
Fax: (601) 359-2003
rex.shannon@ago.ms.gov

## CERTIFICATE OF SERVICE

      I, Tommie S. Cardin, one of the attorneys for the Defendants, do hereby certify that I have this day filed the above and foregoing document with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record.

      This the 24th day of February, 2024.

                                          */s/ Tommie S. Cardin*
                                          Tommie S. Cardin

86131235.v1