**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION**

MISSISSIPPI STATE CONFERENCE OF THE NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE; DR. ANDREA WESLEY; DR. JOSEPH WESLEY; ROBERT EVANS; GARY FREDERICKS; PAMELA HAMNER; BARBARA FINN; OTHO BARNES; SHIRLINDA ROBERTSON; SANDRA SMITH; DEBORAH HULITT; RODESTA TUMBLIN; DR. KIA JONES; MARCELEAN ARRINGTON; VICTORIA ROBERTSON,

*Plaintiffs*,

vs.

STATE BOARD OF ELECTION COMMISSIONERS; TATE REEVES, *in his official capacity as Governor of Mississippi*; LYNN FITCH, *in her official capacity as Attorney General of Mississippi*; MICHAEL WATSON, *in his official capacity as Secretary of State of Mississippi*,

*Defendants,*

AND

MISSISSIPPI REPUBLICAN EXECUTIVE COMMITTEE,

*Intervenor-Defendant.*

**CIVIL ACTION NO.
3:22-cv-734-DPJ-HSO-LHS**

**PLAINTIFFS' UNOPPOSED MOTION TO REDACT THE TRIAL TRANSCRIPTS**

Plaintiffs Mississippi State Conference of the National Association for the Advancement of Colored People, Dr. Andrea Wesley, Dr. Joseph Wesley, Robert Evans, Gary Fredericks, Pamela Hamner, Barbara Finn, Otho Barnes, Shirlinda Robertson, Sandra Smith, Deborah Hulitt, Rodesta Tumblin, Dr. Kia Jones, Marcelean Arrington, and Victoria Robertson move for this Court to permit redaction of certain information from the trial transcripts filed in the above-captioned

case, specifically the home addresses of the testifying Plaintiffs and witnesses at the following citations:

| Document # of Transcript | Page | Line(s) | Proposed Redaction Requested |
|---|---|---|---|
| 022724_NAACP_V2 | 232 | 21 | I live in Okolona, **[REDACTED]**. |
| 022824_NAACP_V3 | 664 | 19 | **[REDACTED]**, Hattiesburg, Mississippi. |
| 022824_NAACP_V3 | 685 | 14 | **[REDACTED]** |
| 022824_NAACP_V3 | 711-712 | 711:25 – 712:4 | Okay, so I live right at **[REDACTED]**, which is that street right there, and I live probably off of **[REDACTED]**, which it's named **[REDACTED]** for all the churches, probably about right there. Give or take some, but I can't -- but that's probably where I live, at **[REDACTED]**. |
| 030124_NAACP_V5 | 918 | 15-16 | **[REDACTED]**, Ridgeland, Mississippi **[REDACTED]**. |
| 030124_NAACP_V5 | 919 | 15-16 | **[REDACTED]**, Ridgeland, Mississippi **[REDACTED]**. |
| 030124_NAACP_V5 | 918-919 | 918:25 – 919:1 | My current address is **[REDACTED]**, Jackson, Mississippi **[REDACTED]**. |
| 030124_NAACP_V5 | 923 | 17-20 | Well, as you can see, the blue area in this map is where Northpointe Village is actually listed off of Old Canton Road, as well as the area in the purple is where I currently live at **[REDACTED]**. |

2

| | | | |
|---|---|---|---|
| 030124_NAACP_V5 | 927 | 14-15 | Where it's **[REDACTED]**, is actually on the street to turn off of **[REDACTED]** |

Plaintiffs request that home addresses be removed from the transcript because they are traditionally private information and have no bearing on the ultimate issues in the case.

Defendants have indicated that they do not oppose this Motion.

WHEREFORE, Plaintiffs respectfully request the Court grant this Motion and permit the above-mentioned redactions of the trial transcript.

This the 25th day of March, 2024.

*s/Joshua Tom*_____
Joshua Tom, MSB 105392
*jtom@aclu-ms.org*
ACLU OF MISSISSIPPI
101 South Congress Street
Jackson, MS 39201
(601) 354-3408

Robert B. McDuff, MSB 2532
*rbm@mcdufflaw.com*
MISSISSIPPI CENTER FOR JUSTICE
767 North Congress Street
Jackson, MS 39202
(601) 969-0802

Carroll Rhodes, MSB 5314
Law Offices of Carroll Rhodes
*crhodes6@bellsouth.net*
PO Box 588
Hazlehurst, MS 39083
(601) 894-1464

John P. Lavelle, Jr.
MORGAN, LEWIS & BOCKIUS LLP
2222 Market Street
Philadelphia, PA 19103-2921
Telephone:      +1.215.963.4824
Facsimile:       +1.215.963.5001
*john.lavelle@morganlewis.com*

Drew C. Jordan
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Ave. NW
Washington, DC 20004-2541
Telephone:      +1.202.739.5962
Facsimile:       +1.202.739.3001
*drew.jordan@morganlewis.com*

*Attorneys for Plaintiffs*

Ari J. Savitzky
*asavitzky@aclu.org*
Ming Cheung
*mcheung@aclu.org*
Casey Smith
*csmith@aclu.org*
Garrett Muscatel
*gmuscatel@aclu.org*
ACLU FOUNDATION
125 Broad Street, 18th Floor
New York, New York 10004
(212) 549-2500

Ezra D. Rosenberg
*erosenberg@lawyerscommittee.org*
Jennifer Nwachukwu
*jnwachukwu@lawyerscommittee.org*
David Rollins-Boyd
*drollins-boyd@lawyerscommittee.org*
Javon Davis
*jdavis@lawyerscommittee.org*
LAWYERS' COMMITTEE FOR CIVIL RIGHTS UNDER LAW
1500 K Street NW Suite 900
Washington, DC 20005
(202) 662-8600

## **CERTIFICATE OF SERVICE**

I, Joshua Tom, do certify that on this day I caused to be served a true and correct copy of the foregoing by electronic mail to all counsel of record.

This the 25th of March, 2024.

s/*Joshua Tom*
Joshua Tom
