**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION**

MISSISSIPPI STATE CONFERENCE OF THE NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE; DR. ANDREA WESLEY; DR. JOSEPH WESLEY; ROBERT EVANS; GARY FREDERICKS; PAMELA HAMNER; BARBARA FINN; OTHO BARNES; SHIRLINDA ROBERTSON; SANDRA SMITH; DEBORAH HULITT; RODESTA TUMBLIN; DR. KIA JONES; MARCELEAN ARRINGTON; VICTORIA ROBERTSON,

    *Plaintiffs*,

vs.

STATE BOARD OF ELECTION COMMISSIONERS; TATE REEVES, *in his official capacity as Governor of Mississippi*; LYNN FITCH, *in her official capacity as Attorney General of Mississippi*; MICHAEL WATSON, *in his official capacity as Secretary of State of Mississippi,*

    *Defendants,*
AND

MISSISSIPPI REPUBLICAN EXECUTIVE COMMITTEE,

*Intervenor-Defendant.*

**CIVIL ACTION NO.
3:22-cv-734-DPJ-HSO-LHS**

**JOINT EXHIBIT LIST**

1

| Ex. No. | Document Description | Sponsor | ID. | EVID. |
|---|---|---|---|---|
| JTX-001 *(2-26-2024)* | PL 94-171 File | — | | X |
| JTX-002 *(2-26-2024)* | Benchmark Senate Plan Block Equivalency Files | — | | X |
| JTX-003 *(2-26-2024)* | Benchmark House Plan Block Equivalency Files | — | | X |
| JTX-004 *(2-26-2024)* | Enacted Senate Plan Block Equivalency Files | — | | X |
| JTX-005 *(2-26-2024)* | Enacted House Plan Block Equivalency Files | — | | X |
| JTX-006 *(2-26-2024)* | Illustrative Senate Plan Block Equivalency Files | — | | X |
| JTX-007 *(2-26-2024)* | Illustrative House Plan Block Equivalency Files | — | | X |
| JTX-008 *(2-26-2024)* | SDT-SJLCRR-001393- Redistricting Criteria of the Joint Committee | — | | X |
| JTX-009 *(2-26-2024)* | SDT-SJLCRR-002125-SDT-SJLCRR-002134 - List of Incumbent Addresses | — | | X |
| JTX-010 *(2-26-2024)* | Transcript of Legislative Debate, Mississippi House of Representatives March 29, 2022 | — | | X |
| JTX-011 *(2-26-2024)* | Transcript of Legislative Debate, Mississippi Senate March 29, 2022 | — | | X |
| JTX-012 *(2-26-2024)* | Notice, Agenda, Minutes from June 30, 2021 for the Standing Joint Legislative Committee on Reapportionment and Standing Joint Congressional Redistricting Committee (SDT-SJLCRR-000451-59) | — | | X |
| JTX-013 *(2-26-2024)* | Notice, Agenda, Minutes from November 19, 2021 for the Standing Joint Legislative | — | | X |

| Ex. No. | Document Description | Sponsor | ID. | EVID. |
|---|---|---|---|---|
|  | Committee on Reapportionment and Standing Joint Congressional Redistricting Committee. (SDT-SJLCRR-000463-72) |  |  |  |
| JTX-014 | Notice, Agenda, Minutes from December 15, 2021 for the Standing Joint Legislative Committee on Reapportionment and Standing Joint Congressional Redistricting Committee. (SDT-SJLCRR-000473-80) | ___ |  | X  2-26-2024 |
| JTX-015 | Agenda, Minutes from March 27, 2022 for the Standing Joint Legislative Committee on Reapportionment and Standing Joint Congressional Redistricting Committee (House Subcommittee) (SDT-SJLCRR-000489-91) | ___ |  | X  2-26-2024 |
| JTX-016 | Agenda, Minutes from March 27, 2022 for the Standing Joint Legislative Committee on Reapportionment and Standing Joint Congressional Redistricting Committee (Senate Subcommittee) (SDT-SJLCRR-000492-93) | ___ |  | X  2-26-2024 |
| JTX-017 | Agenda, Minutes from March 27, 2022 for the Standing Joint Legislative Committee on Reapportionment and Standing Joint Congressional Redistricting Committee (SDT-SJLCRR-000494-99) | ___ |  | X  2-26-2024 |
| JTX-018 | Proposed House Districts Data (Census PL94-171) (SDT-SJLCRR-000500-563) | ___ |  | X  2-26-2024 |
| JTX-019 | Proposed Senate Districts Data (Census PL94-171) (SDT-SJLCRR-000564-601) | ___ |  | X  2-26-2024 |

| Ex. No. | Document Description | Sponsor | ID. | EVID. |
|---|---|---|---|---|
| JTX-020 | Memo and Schedule for Nine Public Hearing Meetings. (SDT-SJLCRR-000460-62) | ——— | | X  2-26-2024 |
| JTX-021 | 2012 Senate Block Equivalency Files | ——— | | X  2-26-2024 |
| JTX-022 | Transcript of Audio Recorded Public Hearing of the SJCRC - August 5, 2021 - Meridian | ——— | | X  2-26-2024 |
| JTX-023 | Transcript of Audio Recorded Public Hearing of the SJCRC - August 6, 2021 - Tupelo | ——— | | X  2-26-2024 |
| JTX-024 | Transcript of Audio Recorded Public Hearing of the SJCRC - August 8, 2021 - Gulfport | ——— | | X  2-26-2024 |
| JTX-025 | Transcript of Audio Recorded Public Hearing of the SJCRC - August 9, 2021 - Senatobia | ——— | | X  2-26-2024 |
| JTX-026 | Transcript of Audio Recorded Public Hearing of the SJCRC - August 11, 2021 - Itta Bena | ——— | | X  2-26-2024 |
| JTX-027 | Transcript of Audio Recorded Public Hearing of the SJCRC - August 12, 2021 - Starkville | ——— | | X  2-26-2024 |
| JTX-028 | Transcript of Audio Recorded Public Hearing of the SJCRC - August 16, 2021 - Natchez | ——— | | X  2-26-2024 |
| JTX-029 | Transcript of Audio Recorded Public Hearing of the SJCRC - August 19, 2021 - Hattiesburg | ——— | | X  2-26-2024 |
| JTX-030 | Transcript of Audio Recorded Public Hearing of the SJCRC - August 23, 2021 - Jackson | ——— | | X  2-26-2024 |
| JTX-031 | Exhibit 16 of Deposition of Madalan Lennep, Email with Booth and Lennep re: Reports, 1/15/19, REL0000000071 | ——— | | X  2-26-2024 |
| JTX-032 | Exhibit 17 of Deposition of Madalan Lennep, 2019 Primary Turnout Report, REL0000000071.0001 | ——— | | X  2-26-2024 |
| JTX-033 | Exhibit 19 of Deposition of Madalan Lennep, Email with Booth and Lennep re: Data | ——— | | X  2-26-2024 |

| Ex. No. | Document Description | Sponsor | ID. | EVID. |
|---|---|---|---|---|
| | Request, 11/21/19, REL0000000089 | | | |
| JTX-034 | Exhibit 26 of Deposition of Madalan Lennep, Emails with Collins and Lennep re: Precinct Election Results, 1/25/21, MS00000340 | ———— | | X <br> 2-26-2024 |
| JTX-035 | Exhibit 27 of Deposition of Madalan Lennep, 2020 U.S. Senate Precinct-Level Election Results, MS00000340.0001 | ———— | | X <br> 2-26-2024 |
| JTX-036 | Exhibit 29 of Deposition of Madalan Lennep, Emails with Collins and Lennep re: 2019 Gov Race Results, 6/17/21, MS00000254 | ———— | | X <br> 2-26-2024 |
| JTX-037 | Exhibit 31 of Deposition of Madalan Lennep, Emails with Collins, Lennep, Booth, and Kirkpatrick re: Precinct Election Results, 7/9/21, MS00000342 | ———— | | X <br> 2-26-2024 |
| JTX-038 | Exhibit 32 of Deposition of Madalan Lennep, 2019 Attorney General Precinct - Level Election Results, MS00000342.0001 | ———— | | X <br> 2-26-2024 |
| JTX-039 | Exhibit 34 of Deposition of Madalan Lennep, Emails with Collins and Lennep re: 2019 Gov Race Turnout, 7/26/21, MS00000344 | ———— | | X <br> 2-26-2024 |
| JTX-040 | Exhibit 35 of Deposition of Madalan Lennep, Emails with Collins and Lennep re: 2018 Senate Turnout Data, 7/26/21, MS00000003 | ———— | | X <br> 2-26-2024 |
| JTX-041 | Exhibit 36 of Deposition of Madalan Lennep, Emails with Collins and Lennep re: 2020 Senate Race Turnout, 7/26/21, MS00000343 | ———— | | X <br> 2-26-2024 |

| Ex. No. | Document Description | Sponsor | ID. | EVID. |
|---|---|---|---|---|
| JTX-042 | Exhibit 37 of Deposition of Madalan Lennep, Emails with Collins and Lennep re: 2019 Attorney General Turnout Data, 7/29/21, MS00000170 | ——— | | X (2-26-2024) |
| JTX-043 | JR 201, Regular Session 2012 plan as amended by JR 202, Regular Session 2019 (Effective April 3, 2019), MARIS, https://maris.mississippi.edu/MARISdata1/Redistricting/Benchmark2010/Senate/MS2010SenateDist/Senate_2019_Statewide.pdf | ——— | | X (2-26-2024) |
| JTX-044 | Adopted MS House Districts May 2, 2012, MARIS, https://maris.mississippi.edu/MARISdata1/Redistricting/Benchmark2010/House/MS2010HouseDist/House_May2_2012.pdf | ——— | | X (2-26-2024) |
| JTX-045 | Full Report for Adopted Senate Plan: JR 202_2019, MARIS, https://maris.mississippi.edu/MARISdata1/Redistricting/Benchmark2010/Senate/MS2010SenateDist/JR202_2019-LongReport.pdf | ——— | | X (2-26-2024) |
| JTX-046 | Full Report for Mississippi House Plan (2012), MARIS, https://maris.mississippi.edu/MARISdata1/Redistricting/Benchmark2010/House/MS2010HouseDist/Concert1c_ver1.3.Longreport.pdf | ——— | | X (2-26-2024) |
| JTX-047 | Mississippi Senate Districts JR202 as Adopted on March 29, 2022 (with insets), MARIS, https://maris.mississippi.edu/MARISdata1/Redistricting/Benchmark2020/Senate/MS_SenateDists_Mar2022.pdf | ——— | | X (2-26-2024) |

| Ex. No. | Document Description | Sponsor | ID. | EVID. |
|---|---|---|---|---|
| JTX-048 | Mississippi House Districts JR1 as Amended on March 29, 2022 (with insets), MARIS, https://maris.mississippi.edu/MARISdata1/Redistricting/Benchmark2020/House/MS_HouseDists_Mar2022.pdf | ——— | | X (2-26-2024) |
| JTX-049 | Full Report Senate Plan-Mississippi (JR202), MARIS, https://maris.mississippi.edu/MARISdata1/Redistricting/Benchmark2020/Senate/JR202FullReport_032822.pdf | ——— | | X (2-26-2024) |
| JTX-050 | Short Report Senate Plan-Mississippi (JR 202), MARIS, https://maris.mississippi.edu/MARISdata1/Redistricting/Benchmark2020/Senate/JR202ShortReport.pdf | ——— | | X (2-26-2024) |
| JTX-051 | Full Report House Plan-Mississippi (JR1), MARIS, https://maris.mississippi.edu/MARISdata1/Redistricting/Benchmark2020/House/JR1_FullReport_033122.pdf | ——— | | X (2-26-2024) |
| JTX-052 | Short Report House Plan-Mississippi (JR 1), MARIS, https://maris.mississippi.edu/MARISdata1/Redistricting/Benchmark2020/House/JR1ShortReport.pdf | ——— | | X (2-26-2024) |
| JTX-053 | Benchmark Senate Data (SDT-Upchurch-000011) | ——— | | X (2-26-2024) |
| JTX-054 | SJC Handout at Public Hearing (SDT-SJLCRR-002057-2070) | ——— | | X (2-26-2024) |
| JTX-055 | Joint Stipulated Facts for Trial | ——— | | X (2-26-2024) |