UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

MISSISSIPPI STATE CONFERENCE OF
THE NATIONAL ASSOCIATION FOR
THE ADVANCEMENT OF COLORED
PEOPLE; DR. ANDREA WESLEY;
DR. JOSEPH WESLEY; ROBERT EVANS;
GARY FREDERICKS; PAMELA HAMNER;
BARBARA FINN; OTHO BARNES;
SHIRLINDA ROBERTSON; SANDRA SMITH;
DEBORAH HULITT; RODESTA TUMBLIN;
DR. KIA JONES; MARCELEAN ARRINGTON;
VICTORIA ROBERTSON                                                                  PLAINTIFFS

V.                                       CIVIL ACTION NO. 3:22-cv-734-DPJ-HSO-LHS

STATE BOARD OF ELECTION COMMISSIONERS;
TATE REEVES, *in his official capacity as Governor
of Mississippi*; LYNN FITCH, *in her official capacity
as Attorney General of Mississippi*; MICHAEL WATSON,
*in his official capacity as Secretary of State of Mississippi*          DEFENDANTS

AND

MISSISSIPPI REPUBLICAN EXECUTIVE COMMITTEE    INTERVENOR-DEFENDANT

COURT'S EXHIBIT LIST

| NO. | DESCRIPTION | SPONSOR | ID. | EVID. |
|---|---|---|---|---|
| C1 | Madalan Lennep and Kyle Kirkpatrick Deposition Designations with Objections and Court Rulings | ———— | | X |


2-28-2024