UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

| | |
|---|---|
| MISSISSIPPI STATE CONFERENCE OF THE NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE; DR. ANDREA WESLEY; DR. JOSEPH WESLEY; ROBERT EVANS; GARY FREDERICKS; PAMELA HAMNER; BARBARA FINN; OTHO BARNES; SHIRLINDA ROBERTSON; SANDRA SMITH; DEBORAH HULITT; RODESTA TUMBLIN; DR. KIA JONES; ANGELA GRAYSON; MARCELEAN ARRINGTON; VICTORIA ROBERTSON,<br><br>Plaintiffs,<br><br>v.<br><br>STATE BOARD OF ELECTION COMMISSIONERS; TATE REEVES, *in his official capacity as Governor of Mississippi*; LYNN FITCH, *in her official capacity as Attorney General of Mississippi*; MICHAEL WATSON, *in his official capacity as Secretary of State of Mississippi*,<br><br>Defendants. | 3:22-cv-734-DPJ-HSO-LHS<br><br><br><br><u>**(PROPOSED) ORDER GRANTING LEAVE TO WITHDRAW AS COUNSEL OF RECORD**</u> |

      Before the Court is Plaintiffs' Motion to permit Jon M. Greenbaum to withdraw as counsel of record for Plaintiffs. Upon due consideration, it is hereby ORDERED that the motion is GRANTED and Jon M. Greenbaum is permitted to withdraw as counsel for Plaintiffs.

Dated: _____, 2024            SO ORDERED:

                                                                    _____

                                                                    Hon. Judge Andrew S. Harris
                                                                    United States Magistrate Judge

Exhibit A