# IN THE UNITED STATES DISTRICT COURT FOR
# THE SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

| | |
|---|---|
| MISSISSIPPI STATE CONFERENCE OF THE NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, et al.,<br><br>*Plaintiffs*,<br><br>vs.<br><br>STATE BOARD OF ELECTION COMMISSIONERS; TATE REEVES *in his official capacity as Governor of Mississippi*; LYNN FITCH *in her official capacity as Attorney General of Mississippi*; MICHAEL WATSON *in his official capacity as Secretary of State of Mississippi*.<br><br>*Defendants*. | NO. 3:22-cv-734-DPJ-HSO-LHS<br><br>MOTION TO WITHDRAW AS PLAINTIFFS' COUNSEL |

PLEASE TAKE NOTICE that I, Kelsey Miller, am hereby withdrawing my appearance as counsel for Plaintiffs MISSISSIPPI STATE CONFERENCE OF THE NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, et al., as I am no longer associated with the American Civil Liberties Union Foundation. Other attorneys from the ACLU of Mississippi, ACLU, Morgan, Lewis & Bockius LLP, and Lawyers' Committee for Civil Rights Under Law will continue to represent Plaintiffs as counsel of record in this matter.

Respectfully submitted this the 10th day of June, 2024.

| /s/ *Joshua F. Tom* | /s/ *Kelsey Miller* |
|---|---|
| Joshua F. Tom | Kelsey Miller* |
| Miss. Bar No. 105392 | NY Bar No. 5932637 |
| ACLU of Mississippi | 3828 Georgia Avenue NW |
| P.O. Box 2242 | Washington, DC 20011 |
| Jackson, MS 39225 | (240) 435-2002 |
| (601) 354-3408 | kmiller@jd21.law.harvard.edu |
| jtom@aclu-ms.org | |
| | *admitted pro hac vice* |

## CERTIFICATE OF SERVICE

      I, Joshua Tom, hereby certify that on June 10th, 2024, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all parties on file with the Court.

      /s/ *Joshua F. Tom*
Joshua F. Tom
Miss. Bar No. 105392
ACLU of Mississippi
P.O. Box 2242
Jackson, MS 39225
(601) 354-3408
jtom@aclu-ms.org