### SAMPLE Official Election Ballot
### STATE OF MISSISSIPPI
### Statewide General Election

#### Tuesday, November 7, 2023

TO VOTE: YOU MUST DARKEN THE OVAL (●) COMPLETELY USING A BLACK OR BLUE PEN.
Do not use a red pen, felt tip pen or any type of pencil.
Do not cross out or erase - If you make a mistake, you may request a new ballot.

---

**For State Of Mississippi**
**Governor**
**Vote for ONE**

○ Brandon Presley — Democrat
○ Tate Reeves — Republican
○ Gwendolyn Gray — Independent
○ _____ Write-in

**For State Of Mississippi**
**Lieutenant Governor**
**Vote for ONE**

○ D. Ryan Grover — Democrat
○ Delbert Hosemann — Republican
○ _____ Write-in

**For State Of Mississippi**
**Secretary Of State**
**Vote for ONE**

○ Ty Pinkins — Democrat
○ Michael Watson — Republican
○ _____ Write-in

**For State Of Mississippi**
**Attorney General**
**Vote for ONE**

○ Lynn Fitch — Republican
○ Greta Kemp Martin — Democrat
○ _____ Write-in

---

**For State Of Mississippi**
**State Auditor**
**Vote for ONE**

○ Larry Bradford — Democrat
○ Shad White — Republican
○ _____ Write-in

**For State Of Mississippi**
**State Treasurer**
**Vote for ONE**

○ Addie L. Green — Democrat
○ David McRae — Republican
○ _____ Write-in

**For State Of Mississippi**
**Commissioner Of Agriculture & Commerce**
**Vote for ONE**

○ Robert 'Brad' Bradford Sr. — Democrat
○ Andy Gipson — Republican
○ _____ Write-in

**For State Of Mississippi**
**Commissioner Of Insurance**
**Vote for ONE**

○ Bruce Burton — Democrat
○ Mike Chaney — Republican
○ _____ Write-in

---

**TURN BALLOT OVER TO CONTINUE VOTING**

EXHIBIT 1

**For Public Service Commissioner**
**Central District**
**Vote for ONE**

○ Brent Bailey — Republican
○ DeKeither A. Stamps — Democrat
○ _____
  Write-in

**For Public Service Commissioner**
**Northern District**
**Vote for ONE**

○ Chris Brown — Republican
○ _____
  Write-in

**For Public Service Commissioner**
**Southern District**
**Vote for ONE**

○ Nelson Wayne Carr — Republican
○ _____
  Write-in

**For Transportation Commissioner**
**Central District**
**Vote for ONE**

○ Ricky Pennington Jr. — Republican
○ Willie Simmons — Democrat
○ _____
  Write-in

**For Transportation Commissioner**
**Northern District**
**Vote for ONE**

○ John Caldwell — Republican
○ _____
  Write-in

**For Transportation Commissioner**
**Southern District**
**Vote for ONE**

○ Charles Busby — Republican
○ Steven Brian Griffin — Independent
○ _____
  Write-in

**For District Attorney 01**
**District 01**
**Vote for ONE**

○ John Weddle — Republican
○ _____
  Write-in

**For District Attorney 02**
**District 02**
**Vote for ONE**

○ W. Crosby Parker — Republican
○ _____
  Write-in

**For District Attorney 03**
**District 03**
**Vote for ONE**

○ Ben Creekmore — Republican
○ _____
  Write-in

**For District Attorney 04**
**District 04**
**Vote for ONE**

○ W. Dewayne Richardson — Democrat
○ _____
  Write-in

**For District Attorney 05**
**District 05**
**Vote for ONE**

○ Adam Hopper — Republican
○ _____
  Write-in

**For District Attorney 06**
**District 06**
**Vote for ONE**

○ Shameca S. Collins — Democrat
○ Tim Cotton — Independent
○ _____
  Write-in

**For District Attorney 07**
**District 07**
**Vote for ONE**

○ Jody E. Owens II — Democrat
○ Darla Palmer — Independent
○ _____
  Write-in

**For District Attorney 08**
**District 08**
**Vote for ONE**

○ Steven S. Kilgore — Republican
○ _____
  Write-in

**TURN BALLOT OVER TO CONTINUE VOTING**

**For District Attorney 09**
**District 09**
**Vote for ONE**

○ Richard 'Ricky' Smith Jr. — Democrat
○ _____
   Write-in

**For District Attorney 10**
**District 10**
**Vote for ONE**

○ Kassie Coleman — Republican
○ _____
   Write-in

**For District Attorney 11**
**District 11**
**Vote for ONE**

○ Brenda F. Mitchell — Democrat
○ _____
   Write-in

**For District Attorney 12**
**District 12**
**Vote for ONE**

○ Lin Carter — Republican
○ _____
   Write-in

**For District Attorney 13**
**District 13**
**Vote for ONE**

○ Chris Hennis — Republican
○ _____
   Write-in

**For District Attorney 14**
**District 14**
**Vote for ONE**

○ Brendon Adams — Republican
○ Patrick Earl Beasley — Democrat
○ _____
   Write-in

**For District Attorney 15**
**District 15**
**Vote for ONE**

○ Hal Kittrell — Republican
○ _____
   Write-in

**For District Attorney 16**
**District 16**
**Vote for ONE**

○ Scott Winston Colom — Democrat
○ J. Douglas 'Jase' Dalrymple II — Republican
○ _____
   Write-in

**For District Attorney 17**
**District 17**
**Vote for ONE**

○ Jay Hale — Republican
○ _____
   Write-in

**For District Attorney 18**
**District 18**
**Vote for ONE**

○ Brad R. Thompson — Republican
○ _____
   Write-in

**For District Attorney 19**
**District 19**
**Vote for ONE**

○ Angel Myers McIlrath — Republican
○ _____
   Write-in

**For District Attorney 20**
**District 20**
**Vote for ONE**

○ John K. 'Bubba' Bramlett — Republican
○ _____
   Write-in

**For District Attorney 21**
**District 21**
**Vote for ONE**

○ Akillie Malone Oliver — Democrat
○ _____
   Write-in

**For District Attorney 22**
**District 22**
**Vote for ONE**

○ Daniella M. Shorter — Democrat
○ _____
   Write-in

**TURN BALLOT OVER TO CONTINUE VOTING**

**For District Attorney 23**
**District 23**
**Vote for ONE**

○ Matthew Barton — Republican
○ _____
  Write-in

**For State Senate 01**
**District 01**
**Vote for ONE**

○ Michael W. McLendon — Republican
○ _____
  Write-in

**For State Senate 02**
**District 02**
**Vote for ONE**

○ Pam McKelvy Hamner — Democrat
○ David L. Parker — Republican
○ _____
  Write-in

**For State Senate 03**
**District 03**
**Vote for ONE**

○ Kathy Leath Chism — Republican
○ _____
  Write-in

**For State Senate 04**
**District 04**
**Vote for ONE**

○ Rita Potts Parks — Republican
○ Jon Newcomb — Independent
○ _____
  Write-in

**For State Senate 05**
**District 05**
**Vote for ONE**

○ Daniel H. Sparks — Republican
○ _____
  Write-in

**For State Senate 06**
**District 06**
**Vote for ONE**

○ Chad McMahan — Republican
○ _____
  Write-in

**For State Senate 07**
**District 07**
**Vote for ONE**

○ Hob Bryan — Democrat
○ Robert A. Mitchell — Republican
○ Lesley Smith — Libertarian
○ _____
  Write-in

**For State Senate 08**
**District 08**
**Vote for ONE**

○ Benjamin A. Suber — Republican
○ _____
  Write-in

**For State Senate 09**
**District 09**
**Vote for ONE**

○ Nicole Akins Boyd — Republican
○ _____
  Write-in

**For State Senate 10**
**District 10**
**Vote for ONE**

○ Andre R. DeBerry — Democrat
○ Neil S. Whaley — Republican
○ _____
  Write-in

**For State Senate 11**
**District 11**
**Vote for ONE**

○ Reginald D. Jackson — Democrat
○ _____
  Write-in

**For State Senate 12**
**District 12**
**Vote for ONE**

○ Derrick T. Simmons — Democrat
○ _____
  Write-in

**For State Senate 13**
**District 13**
**Vote for ONE**

○ Sarita M. Simmons — Democrat
○ _____
  Write-in

**TURN BALLOT OVER TO CONTINUE VOTING**

**For State Senate 14**
**District 14**
**Vote for ONE**

◯ Lydia Chassaniol — Republican
◯ _____
   Write-in

**For State Senate 15**
**District 15**
**Vote for ONE**

◯ Bart Williams — Republican
◯ _____
   Write-in

**For State Senate 16**
**District 16**
**Vote for ONE**

◯ Angela Turner Ford — Democrat
◯ _____
   Write-in

**For State Senate 17**
**District 17**
**Vote for ONE**

◯ Chuck Younger — Republican
◯ _____
   Write-in

**For State Senate 18**
**District 18**
**Vote for ONE**

◯ Jenifer Branning — Republican
◯ _____
   Write-in

**For State Senate 19**
**District 19**
**Vote for ONE**

◯ Kevin Blackwell — Republican
◯ Sandy S. Kerr — Democrat
◯ _____
   Write-in

**For State Senate 20**
**District 20**
**Vote for ONE**

◯ Josh Harkins — Republican
◯ _____
   Write-in

**For State Senate 21**
**District 21**
**Vote for ONE**

◯ Bradford J. Blackmon — Democrat
◯ _____
   Write-in

**For State Senate 22**
**District 22**
**Vote for ONE**

◯ Chastity May Magyar — Republican
◯ Joseph C. Thomas Sr. — Democrat
◯ _____
   Write-in

**For State Senate 23**
**District 23**
**Vote for ONE**

◯ Briggs Hopson — Republican
◯ _____
   Write-in

**For State Senate 24**
**District 24**
**Vote for ONE**

◯ Marty Evans Jr. — Republican
◯ David Jordan — Democrat
◯ Curressia M. Brown — Independent
◯ _____
   Write-in

**For State Senate 25**
**District 25**
**Vote for ONE**

◯ Walter Michel — Republican
◯ _____
   Write-in

**For State Senate 26**
**District 26**
**Vote for ONE**

◯ John Horhn — Democrat
◯ _____
   Write-in

**For State Senate 27**
**District 27**
**Vote for ONE**

◯ Hillman Terome Frazier — Democrat
◯ _____
   Write-in

**TURN BALLOT OVER TO CONTINUE VOTING**

**For State Senate 28
District 28
Vote for ONE**

○ Sollie B. Norwood — Democrat
○ _____
   Write-in

**For State Senate 29
District 29
Vote for ONE**

○ David Blount — Democrat
○ Michael Carson — Republican
○ _____
   Write-in

**For State Senate 30
District 30
Vote for ONE**

○ Dean Kirby — Republican
○ _____
   Write-in

**For State Senate 31
District 31
Vote for ONE**

○ Tyler McCaughn — Republican
○ _____
   Write-in

**For State Senate 32
District 32
Vote for ONE**

○ Rod Hickman — Democrat
○ _____
   Write-in

**For State Senate 33
District 33
Vote for ONE**

○ Jeff Tate — Republican
○ _____
   Write-in

**For State Senate 34
District 34
Vote for ONE**

○ Juan R. Barnett — Democrat
○ _____
   Write-in

**For State Senate 35
District 35
Vote for ONE**

○ Andy Berry — Republican
○ _____
   Write-in

**For State Senate 36
District 36
Vote for ONE**

○ Brian Rhodes — Republican
○ _____
   Write-in

**For State Senate 37
District 37
Vote for ONE**

○ Albert Butler — Democrat
○ _____
   Write-in

**For State Senate 38
District 38
Vote for ONE**

○ Gary Brumfield — Democrat
○ Kelvin E. Butler — Independent
○ Willye R. Powell — Independent
○ Trischell LaRice Veal — Libertarian
○ _____
   Write-in

**For State Senate 39
District 39
Vote for ONE**

○ Jason T. Barrett — Republican
○ _____
   Write-in

**For State Senate 40
District 40
Vote for ONE**

○ Angela Burks Hill — Republican
○ Thomas Lehr — Democrat
○ _____
   Write-in

**For State Senate 41
District 41
Vote for ONE**

○ Joey Fillingane — Republican
○ _____
   Write-in

**TURN BALLOT OVER TO CONTINUE VOTING**

**For State Senate 42**
**District 42**
**Vote for ONE**

○ Robin Robinson — Republican
○ _____
  Write-in

**For State Senate 43**
**District 43**
**Vote for ONE**

○ Dennis DeBar Jr. — Republican
○ _____
  Write-in

**For State Senate 44**
**District 44**
**Vote for ONE**

○ John A. Polk — Republican
○ _____
  Write-in

**For State Senate 45**
**District 45**
**Vote for ONE**

○ Chris Johnson — Republican
○ _____
  Write-in

**For State Senate 46**
**District 46**
**Vote for ONE**

○ Philman A. Ladner — Republican
○ _____
  Write-in

**For State Senate 47**
**District 47**
**Vote for ONE**

○ Joseph M. 'Mike' Seymour — Republican
○ George 'Tony' Uram — Independent
○ _____
  Write-in

**For State Senate 48**
**District 48**
**Vote for ONE**

○ Mike Thompson — Republican
○ Matthew Adams — Libertarian
○ _____
  Write-in

**For State Senate 49**
**District 49**
**Vote for ONE**

○ Joel R. Carter Jr. — Republican
○ Glen A. Lewis — Libertarian
○ _____
  Write-in

**For State Senate 50**
**District 50**
**Vote for ONE**

○ Scott Delano — Republican
○ _____
  Write-in

**For State Senate 51**
**District 51**
**Vote for ONE**

○ Jeremy England — Republican
○ Lynn M. Bowker — Libertarian
○ Artis R. Burney — Green
○ _____
  Write-in

**For State Senate 52**
**District 52**
**Vote for ONE**

○ Brice Wiggins — Republican
○ _____
  Write-in

**For State House Of Rep 01**
**District 01**
**Vote for ONE**

○ Lester E. "Bubba" Carpenter — Republican
○ _____
  Write-in

**For State House Of Rep 02**
**District 02**
**Vote for ONE**

○ Brad Mattox — Republican
○ _____
  Write-in

**For State House Of Rep 03**
**District 03**
**Vote for ONE**

○ William Tracy Arnold — Republican
○ Jimmy Wayne Russell — Democrat
○ _____
  Write-in

**TURN BALLOT OVER TO CONTINUE VOTING**

**For State House Of Rep 04**
**District 04**
**Vote for ONE**

○ Joseph F. 'Jody' Steverson — Republican
○ Donald Merle Scott — Libertarian
○ _____
  Write-in

**For State House Of Rep 05**
**District 05**
**Vote for ONE**

○ John Faulkner — Democrat
○ _____
  Write-in

**For State House Of Rep 06**
**District 06**
**Vote for ONE**

○ Michael Chandler — Democrat
○ Justin Keen — Republican
○ Amos A. Thompson — Libertarian
○ _____
  Write-in

**For State House Of Rep 07**
**District 07**
**Vote for ONE**

○ Gail Baptist Lyons — Democrat
○ Kimberly Remak — Republican
○ _____
  Write-in

**For State House Of Rep 08**
**District 08**
**Vote for ONE**

○ Trey Lamar — Republican
○ _____
  Write-in

**For State House Of Rep 09**
**District 09**
**Vote for ONE**

○ Cedric Burnett — Democrat
○ Randy Denton — Republican
○ _____
  Write-in

**For State House Of Rep 10**
**District 10**
**Vote for ONE**

○ Josh Hawkins — Republican
○ _____
  Write-in

**For State House Of Rep 11**
**District 11**
**Vote for ONE**

○ Lataisha M. Jackson — Democrat
○ _____
  Write-in

**For State House Of Rep 12**
**District 12**
**Vote for ONE**

○ Clay Deweese — Republican
○ Donna Niewiaroski — Democrat
○ _____
  Write-in

**For State House Of Rep 13**
**District 13**
**Vote for ONE**

○ Steve Massengill — Republican
○ _____
  Write-in

**For State House Of Rep 14**
**District 14**
**Vote for ONE**

○ Sam J. Creekmore IV — Republican
○ _____
  Write-in

**For State House Of Rep 15**
**District 15**
**Vote for ONE**

○ Beth Luther Waldo — Republican
○ _____
  Write-in

**For State House Of Rep 16**
**District 16**
**Vote for ONE**

○ Rickey W. Thompson — Democrat
○ _____
  Write-in

**For State House Of Rep 17**
**District 17**
**Vote for ONE**

○ Shane Aguirre — Republican
○ _____
  Write-in

**TURN BALLOT OVER TO CONTINUE VOTING**

**For State House Of Rep 18**
**District 18**
**Vote for ONE**

○ Jerry R. Turner — Republican
○ _____
  Write-in

**For State House Of Rep 19**
**District 19**
**Vote for ONE**

○ Randy P. Boyd — Republican
○ _____
  Write-in

**For State House Of Rep 20**
**District 20**
**Vote for ONE**

○ Rodney Hall — Republican
○ _____
  Write-in

**For State House Of Rep 21**
**District 21**
**Vote for ONE**

○ Donnie Bell — Republican
○ _____
  Write-in

**For State House Of Rep 22**
**District 22**
**Vote for ONE**

○ Jon Lancaster — Republican
○ _____
  Write-in

**For State House Of Rep 23**
**District 23**
**Vote for ONE**

○ Danny Lampley — Democrat
○ Andrew 'Andy' Stepp — Republican
○ Andy Clark — Independent
○ _____
  Write-in

**For State House Of Rep 24**
**District 24**
**Vote for ONE**

○ Jeffery S. Hale — Republican
○ David G. Olds — Democrat
○ _____
  Write-in

**For State House Of Rep 25**
**District 25**
**Vote for ONE**

○ Dan Eubanks — Republican
○ _____
  Write-in

**For State House Of Rep 26**
**District 26**
**Vote for ONE**

○ Orlando W. Paden — Democrat
○ _____
  Write-in

**For State House Of Rep 27**
**District 27**
**Vote for ONE**

○ Kenji L. Holloway — Democrat
○ _____
  Write-in

**For State House Of Rep 28**
**District 28**
**Vote for ONE**

○ W. I. 'Doc' Harris Jr. — Republican
○ _____
  Write-in

**For State House Of Rep 29**
**District 29**
**Vote for ONE**

○ Robert L. Sanders — Democrat
○ _____
  Write-in

**For State House Of Rep 30**
**District 30**
**Vote for ONE**

○ Tracey T. Rosebud — Democrat
○ _____
  Write-in

**For State House of Representatives**
**District 31**
**Vote for ONE**

○ Otis L. Anthony II — Democrat
○ _____
  Write-in

**For State House Of Rep 32**
**District 32**
**Vote for ONE**

○ Solomon Curtis Osborne — Democrat
○ _____
  Write-in

**TURN BALLOT OVER TO CONTINUE VOTING**

**For State House Of Rep 33**
**District 33**
**Vote for ONE**

◯ Jim Estrada — Republican
◯ _____ Write-in

**For State House Of Rep 34**
**District 34**
**Vote for ONE**

◯ Kevin Horan — Republican
◯ _____ Write-in

**For State House Of Rep 35**
**District 35**
**Vote for ONE**

◯ Joey Hood — Republican
◯ _____ Write-in

**For State House Of Rep 36**
**District 36**
**Vote for ONE**

◯ Karl Malinski Gibbs — Democrat
◯ _____ Write-in

**For State House Of Rep 37**
**District 37**
**Vote for ONE**

◯ Andy Boyd — Republican
◯ _____ Write-in

**For State House Of Rep 38**
**District 38**
**Vote for ONE**

◯ Cheikh A. Taylor — Democrat
◯ _____ Write-in

**For State House Of Rep 39**
**District 39**
**Vote for ONE**

◯ Dana Underwood McLean — Republican
◯ _____ Write-in

**For State House Of Rep 40**
**District 40**
**Vote for ONE**

◯ Jacob Hisaw — Republican
◯ Hester Jackson-McCray — Democrat
◯ _____ Write-in

**For State House Of Rep 41**
**District 41**
**Vote for ONE**

◯ Kabir Karriem — Democrat
◯ Claude Simpson — Libertarian
◯ _____ Write-in

**For State House Of Rep 42**
**District 42**
**Vote for ONE**

◯ Carl L. Mickens — Democrat
◯ Shantell Stevens — Libertarian
◯ _____ Write-in

**For State House Of Rep 43**
**District 43**
**Vote for ONE**

◯ Loyd B. 'Rob' Roberson II — Republican
◯ _____ Write-in

**For State House Of Rep 44**
**District 44**
**Vote for ONE**

◯ C. Scott Bounds — Republican
◯ Phillip E. Pope — Libertarian
◯ _____ Write-in

**For State House Of Rep 45**
**District 45**
**Vote for ONE**

◯ Michael Cassidy — Republican
◯ Keith Jackson — Democrat
◯ Trent Rickles — Independent
◯ _____ Write-in

**TURN BALLOT OVER TO CONTINUE VOTING**

| For State House Of Rep 46 District 46 Vote for ONE | For State House Of Rep 53 District 53 Vote for ONE |
|---|---|
| ○ Karl Oliver — Republican<br>○ _____ Write-in | ○ Vince Mangold — Republican<br>○ _____ Write-in |

| For State House Of Rep 47 District 47 Vote for ONE | For State House Of Rep 54 District 54 Vote for ONE |
|---|---|
| ○ Bryant W. Clark — Democrat<br>○ _____ Write-in | ○ Kevin Kilgore Ford — Republican<br>○ _____ Write-in |

| For State House Of Rep 48 District 48 Vote for ONE | For State House Of Rep 55 District 55 Vote for ONE |
|---|---|
| ○ Jason White — Republican<br>○ _____ Write-in | ○ Oscar Denton — Democrat<br>○ _____ Write-in |

| For State House Of Rep 49 District 49 Vote for ONE | For State House Of Rep 56 District 56 Vote for ONE |
|---|---|
| ○ Willie L. Bailey — Democrat<br>○ Stacey Smith — Libertarian<br>○ _____ Write-in | ○ Clay Mansell — Republican<br>○ Sharon Moman — Democrat<br>○ _____ Write-in |

| For State House Of Rep 50 District 50 Vote for ONE | For State House Of Rep 57 District 57 Vote for ONE |
|---|---|
| ○ John W. Hines — Democrat<br>○ _____ Write-in | ○ Lawrence Blackmon — Democrat<br>○ _____ Write-in |

| For State House Of Rep 51 District 51 Vote for ONE | For State House Of Rep 58 District 58 Vote for ONE |
|---|---|
| ○ Timaka James-Jones — Democrat<br>○ _____ Write-in | ○ Jonathan McMillan — Republican<br>○ _____ Write-in |

| For State House Of Rep 52 District 52 Vote for ONE | For State House Of Rep 59 District 59 Vote for ONE |
|---|---|
| ○ Dianne D. Black — Democrat<br>○ Bill Kinkade — Republican<br>○ _____ Write-in | ○ Brent Powell — Republican<br>○ _____ Write-in |

**TURN BALLOT OVER TO CONTINUE VOTING**

| For State House Of Rep 60 District 60 Vote for ONE | For State House Of Rep 67 District 67 Vote for ONE |
|---|---|
| ○ Fred Shanks — Republican<br>○ _____ Write-in | ○ Earle S. Banks — Democrat<br>○ _____ Write-in |

| For State House Of Rep 61 District 61 Vote for ONE | For State House Of Rep 68 District 68 Vote for ONE |
|---|---|
| ○ Gene Newman — Republican<br>○ _____ Write-in | ○ Zakiya Summers — Democrat<br>○ _____ Write-in |

| For State House Of Rep 62 District 62 Vote for ONE | For State House Of Rep 69 District 69 Vote for ONE |
|---|---|
| ○ Lance Varner — Republican<br>○ _____ Write-in | ○ Tamarra Grace Butler-Washington — Democrat<br>○ _____ Write-in |

| For State House Of Rep 63 District 63 Vote for ONE | For State House Of Rep 70 District 70 Vote for ONE |
|---|---|
| ○ Stephanie McKenzie Foster — Democrat<br>○ _____ Write-in | ○ William R. 'Bo' Brown — Democrat<br>○ _____ Write-in |

| For State House Of Rep 64 District 64 Vote for ONE | For State House Of Rep 71 District 71 Vote for ONE |
|---|---|
| ○ Amile Wilson — Republican<br>○ Shanda M. Yates — Independent<br>○ _____ Write-in | ○ Ronnie Crudup Jr. — Democrat<br>○ _____ Write-in |

| For State House Of Rep 65 District 65 Vote for ONE | For State House Of Rep 72 District 72 Vote for ONE |
|---|---|
| ○ Christopher M. Bell — Democrat<br>○ _____ Write-in | ○ Justis Gibbs — Democrat<br>○ _____ Write-in |

| For State House Of Rep 66 District 66 Vote for ONE | For State House Of Rep 73 District 73 Vote for ONE |
|---|---|
| ○ Fabian Nelson — Democrat<br>○ _____ Write-in | ○ Jill Ford — Republican<br>○ _____ Write-in |

| | For State House Of Rep 74 District 74 Vote for ONE |
|---|---|
| | ○ Lee Yancey — Republican<br>○ _____ Write-in |

**TURN BALLOT OVER TO CONTINUE VOTING**

**For State House Of Rep 75**
**District 75**
**Vote for ONE**

○ Celeste Hurst — Republican
○ Ryshonda Harper Beechem — Independent
○ _____
  Write-in

**For State House Of Rep 76**
**District 76**
**Vote for ONE**

○ Gregory L. Holloway — Democrat
○ Rickey Gene Smylie — Republican
○ _____
  Write-in

**For State House Of Rep 77**
**District 77**
**Vote for ONE**

○ Price Wallace — Republican
○ _____
  Write-in

**For State House Of Rep 78**
**District 78**
**Vote for ONE**

○ Randal 'Randy' Rushing — Republican
○ _____
  Write-in

**For State House Of Rep 79**
**District 79**
**Vote for ONE**

○ Mark K. Tullos — Republican
○ _____
  Write-in

**For State House Of Rep 80**
**District 80**
**Vote for ONE**

○ Omeria Scott — Democrat
○ _____
  Write-in

**For State House Of Rep 81**
**District 81**
**Vote for ONE**

○ Stephen A. 'Steve' Horne — Republican
○ _____
  Write-in

**For State House Of Rep 82**
**District 82**
**Vote for ONE**

○ Charles L. Young Jr. — Democrat
○ _____
  Write-in

**For State House Of Rep 83**
**District 83**
**Vote for ONE**

○ Billy Adam Calvert — Republican
○ _____
  Write-in

**For State House Of Rep 84**
**District 84**
**Vote for ONE**

○ Troy Smith — Republican
○ _____
  Write-in

**For State House of Representatives**
**District 85**
**Vote for ONE**

○ Jeffery Harness — Democrat
○ Michael Longenecker — Libertarian
○ _____
  Write-in

**For State House Of Rep 86**
**District 86**
**Vote for ONE**

○ Shane Barnett — Republican
○ Annita Bonner — Democrat
○ _____
  Write-in

**For State House Of Rep 87**
**District 87**
**Vote for ONE**

○ Joseph 'Bubba' Tubb — Republican
○ _____
  Write-in

**For State House Of Rep 88**
**District 88**
**Vote for ONE**

○ Charles 'Chuck' Blackwell — Republican
○ _____
  Write-in

**TURN BALLOT OVER TO CONTINUE VOTING**

| For State House Of Rep 89 | For State House Of Rep 96 |
|---|---|
| District 89 | District 96 |
| Vote for ONE | Vote for ONE |
| ○ Donnie Scoggin — Republican | ○ Angela Cockerham — Independent |
| ○ _____ Write-in | ○ _____ Write-in |

| For State House Of Rep 90 | For State House Of Rep 97 |
|---|---|
| District 90 | District 97 |
| Vote for ONE | Vote for ONE |
| ○ Noah Sanford — Republican | ○ Sam C. Mims V — Republican |
| ○ _____ Write-in | ○ Ben Thompson — Democrat |
|  | ○ _____ Write-in |

| For State House Of Rep 91 | For State House Of Rep 98 |
|---|---|
| District 91 | District 98 |
| Vote for ONE | Vote for ONE |
| ○ Bob Evans — Democrat | ○ Daryl L. Porter Jr. — Democrat |
| ○ Steve Moreman — Republican | ○ _____ Write-in |
| ○ _____ Write-in |  |

| For State House Of Rep 92 | For State House Of Rep 99 |
|---|---|
| District 92 | District 99 |
| Vote for ONE | Vote for ONE |
| ○ Becky Currie — Republican | ○ Bill Pigott — Republican |
| ○ _____ Write-in | ○ Gregory 'Todd' Fortenberry — Green |
|  | ○ _____ Write-in |

| For State House Of Rep 93 | For State House Of Rep 100 |
|---|---|
| District 93 | District 100 |
| Vote for ONE | Vote for ONE |
| ○ Timmy Ladner — Republican | ○ Ken Morgan — Republican |
| ○ _____ Write-in | ○ _____ Write-in |

| For State House Of Rep 94 | For State House Of Rep 101 |
|---|---|
| District 94 | District 101 |
| Vote for ONE | Vote for ONE |
| ○ Robert L. Johnson III — Democrat | ○ Kent McCarty — Republican |
| ○ _____ Write-in | ○ _____ Write-in |

| For State House Of Rep 95 | For State House Of Rep 102 |
|---|---|
| District 95 | District 102 |
| Vote for ONE | Vote for ONE |
| ○ Jay McKnight — Republican | ○ Missy Warren McGee — Republican |
| ○ _____ Write-in | ○ _____ Write-in |

**TURN BALLOT OVER TO CONTINUE VOTING**

**For State House Of Rep 103**
**District 103**
**Vote for ONE**

○ Percy W. Watson — Democrat
○ _____ Write-in

**For State House Of Rep 104**
**District 104**
**Vote for ONE**

○ Larry Byrd — Republican
○ Melissa D. Brady — Libertarian
○ _____ Write-in

**For State House Of Rep 105**
**District 105**
**Vote for ONE**

○ Elliot Burch — Republican
○ Matthew A. Daves — Democrat
○ _____ Write-in

**For State House Of Rep 106**
**District 106**
**Vote for ONE**

○ Jansen Owen — Republican
○ _____ Write-in

**For State House Of Rep 107**
**District 107**
**Vote for ONE**

○ Ronald Steven 'Steve' Lott — Republican
○ _____ Write-in

**For State House Of Rep 108**
**District 108**
**Vote for ONE**

○ Stacey Hobgood Wilkes — Republican
○ _____ Write-in

**For State House Of Rep 109**
**District 109**
**Vote for ONE**

○ Manly Barton — Republican
○ _____ Write-in

**For State House Of Rep 110**
**District 110**
**Vote for ONE**

○ Jeramey Anderson — Democrat
○ _____ Write-in

**For State House Of Rep 111**
**District 111**
**Vote for ONE**

○ Jimmy Fondren — Republican
○ _____ Write-in

**For State House Of Rep 112**
**District 112**
**Vote for ONE**

○ John O. Read — Republican
○ _____ Write-in

**For State House Of Rep 113**
**District 113**
**Vote for ONE**

○ Henry 'Hank' B. Zuber III — Republican
○ _____ Write-in

**For State House Of Rep 114**
**District 114**
**Vote for ONE**

○ Jeffrey S. 'Jeff' Guice — Republican
○ Casey Whitehead — Libertarian
○ _____ Write-in

**For State House Of Rep 115**
**District 115**
**Vote for ONE**

○ Zachary Grady — Republican
○ _____ Write-in

**For State House Of Rep 116**
**District 116**
**Vote for ONE**

○ Casey Eure — Republican
○ _____ Write-in

**TURN BALLOT OVER TO CONTINUE VOTING**

**For State House Of Rep 117**
**District 117**
**Vote for ONE**

○ Kevin W. Felsher                Republican

○ _____
  Write-in

**For State House Of Rep 118**
**District 118**
**Vote for ONE**

○ Greg Haney                      Republican

○ _____
  Write-in

**For State House Of Rep 119**
**District 119**
**Vote for ONE**

○ Jeffery Hulum III               Democrat

○ _____
  Write-in

**For State House Of Rep 120**
**District 120**
**Vote for ONE**

○ Richard Bennett                 Republican

○ Cameron Roberson                Libertarian

○ _____
  Write-in

**For State House Of Rep 121**
**District 121**
**Vote for ONE**

○ Carolyn Crawford                Republican

○ John W. DeDeaux                 Democrat

○ _____
  Write-in

**For State House Of Rep 122**
**District 122**
**Vote for ONE**

○ Brent David Anderson            Republican

○ Brice L. Phillips               Libertarian

○ _____
  Write-in

**END OF BALLOT**