**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**NORTHERN DIVISION**

MISSISSIPPI STATE CONFERENCE OF THE
NATIONAL ASSOCIATION FOR THE
ADVANCEMENT OF COLORED PEOPLE; DR.
ANDREA WESLEY; DR. JOSEPH WESLEY;
ROBERT EVANS; GARY FREDERICKS; PAMELA
HAMNER; BARBARA FINN; OTHO BARNES;
SHIRLINDA ROBERTSON; SANDRA SMITH;
DEBORAH HULITT; RODESTA TUMBLIN; DR.
KIA JONES; MARCELEAN ARRINGTON;
VICTORIA ROBERTSON,

   *Plaintiffs*,

   vs.

STATE BOARD OF ELECTION COMMISSIONERS;
TATE REEVES, *in his official capacity as Governor of Mississippi*; LYNN FITCH, *in her official capacity as Attorney General of Mississippi*; MICHAEL WATSON, *in his official capacity as Secretary of State of Mississippi*,

   *Defendants,*
AND

MISSISSIPPI REPUBLICAN EXECUTIVE
COMMITTEE,

*Intervenor-Defendant.*

**CIVIL ACTION NO.**
**3:22-cv-734-DPJ-HSO-LHS**

**PLAINTIFFS' MOTION FOR EXTENSION OF TIME**
**TO FILE MOTION FOR FEES AND BILL OF COSTS**

Pursuant to Rules 6 and 54(d) of the Federal Rules of Evidence, Plaintiffs submit this Motion for an extension of time to move for attorneys' fees, expenses, and costs. Specifically, Plaintiffs submit that the deadline to file any such motion should be reset to 30 days after the remedial process is complete or any appeal has been resolved, whichever of these is latest.

1

Plaintiffs conferred with Defendants prior to filing this Motion, and Defendants were not in a position to consent or oppose prior to this filing, but counsel stated that they have taken it under advisement.

As set forth in more detail in Plaintiffs' accompanying memorandum of law in support of this Motion, the Court has the discretion to alter these deadlines and, because Plaintiffs' counsel will have continued work on this litigation through any potential appeal and through the remedial actions, Plaintiffs submit that good cause exists, and judicial economy supports, granting the requested relief.

This the 2nd day of August, 2024.

| | |
|---|---|
| *s/ Joshua Tom* <br> Joshua Tom, MSB 105392 <br> *jtom@aclu-ms.org* <br> ACLU OF MISSISSIPPI <br> 101 South Congress Street <br> Jackson, MS 39201 <br> (601) 354-3408 <br><br> Robert B. McDuff, MSB 2532 <br> *rbm@mcdufflaw.com* <br> MISSISSIPPI CENTER FOR JUSTICE <br> 767 North Congress Street <br> Jackson, MS 39202 <br> (601) 969-0802 <br><br> Carroll Rhodes, MSB 5314 <br> Law Offices of Carroll Rhodes <br> *crhodes6@bellsouth.net* <br> PO Box 588 <br> Hazlehurst, MS 39083 <br> (601) 894-1464 <br><br> John P. Lavelle, Jr. <br> MORGAN, LEWIS & BOCKIUS LLP <br> 2222 Market Street <br> Philadelphia, PA 19103-2921 <br> Telephone:     +1.215.963.4824 <br> Facsimile:     +1.215.963.5001 <br> *john.lavelle@morganlewis.com* | Ari J. Savitzky <br> *asavitzky@aclu.org* <br> Ming Cheung <br> *mcheung@aclu.org* <br> Casey Smith <br> *csmith@aclu.org* <br> Garrett Muscatel <br> *gmuscatel@aclu.org* <br> ACLU FOUNDATION <br> 125 Broad Street, 18th Floor <br> New York, New York 10004 <br> (212) 549-2500 <br><br> Ezra D. Rosenberg <br> *erosenberg@lawyerscommittee.org* <br> Jennifer Nwachukwu <br> *jnwachukwu@lawyerscommittee.org* <br> David Rollins-Boyd <br> *drollins-boyd@lawyerscommittee.org* <br> Javon Davis <br> *jdavis@lawyerscommittee.org* <br> LAWYERS' COMMITTEE FOR CIVIL RIGHTS UNDER LAW <br> 1500 K Street NW Suite 900 <br> Washington, DC 20005 <br> (202) 662-8600 |

Drew C. Jordan
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Ave. NW
Washington, DC 20004-2541
Telephone:     +1.202.739.5962
Facsimile:      +1.202.739.3001
*drew.jordan@morganlewis.com*

*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I, Joshua Tom, do certify that on this day I caused to be served a true and correct copy of the foregoing by electronic mail to all counsel of record.

This the 2nd day of August, 2024.

s/ *Joshua Tom*
Joshua Tom