# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### NORTHERN DIVISION

| | |
|---|---|
| MISSISSIPPI STATE CONFERENCE OF THE NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE; DR. ANDREA WESLEY; DR. JOSEPH WESLEY; ROBERT EVANS; GARY FREDERICKS; PAMELA HAMNER; BARBARA FINN; OTHO BARNES; SHIRLINDA ROBERTSON; SANDRA SMITH; DEBORAH HULITT; RODESTA TUMBLIN; DR. KIA JONES; MARCELEAN ARRINGTON; VICTORIA ROBERTSON,<br><br>*Plaintiffs*,<br><br>vs.<br><br>STATE BOARD OF ELECTION COMMISSIONERS; TATE REEVES, *in his official capacity as Governor of Mississippi*; LYNN FITCH, *in her official capacity as Attorney General of Mississippi*; MICHAEL WATSON, *in his official capacity as Secretary of State of Mississippi*,<br><br>*Defendants,*<br>AND<br><br>MISSISSIPPI REPUBLICAN EXECUTIVE COMMITTEE,<br><br>*Intervenor-Defendant.* | CIVIL ACTION NO.<br>3:22-cv-734-DPJ-HSO-LHS |

## **DEFENDANTS' NOTICE OF NON-OPPOSITION**

Defendants State Board of Election Commissioners, Governor Tate Reeves, Attorney General Lynn Fitch, and Secretary of State Michael Watson and Intervenor Defendant, Mississippi Republican Executive Committee (collectively, "Defendants"), submit this Notice of Non-

opposition to Plaintiffs' Motion for Extension of Time to File Motion for Fees and Bill of Costs [230]. While reserving the right to oppose any future motion for attorneys' fees and costs, Defendants hereby notify the Court that they do not oppose the relief requested in the Motion [230].

This the 14th day of August, 2024.

Respectfully submitted,

STATE BOARD OF ELECTION COMMISSIONERS; TATE REEVES, IN HIS OFFICIAL CAPACITY AS GOVERNOR OF MISSISSIPPI; LYNN FITCH, IN HER OFFICIAL CAPACITY AS ATTORNEY GENERAL OF MISSISSIPPI; MICHAEL WATSON, IN HIS OFFICIAL CAPACITY AS SECRETARY OF STATE, DEFENDANTS

By: /s/ Tommie S. Cardin
Tommie S. Cardin (MB #5863)
ONE OF THEIR COUNSEL

OF COUNSEL:

Tommie S. Cardin (MB #5863)
P. Ryan Beckett (MB #99524)
B. Parker Berry (MB #104251)
J. Dillon Pitts (MB #106399)
**BUTLER SNOW LLP**
1020 Highland Colony Parkway, Suite 1400
Ridgeland, MS 39157
P.O. Box 6010, Ridgeland, MS 39158-6010
Phone: 601.948.5711
Fax: 601.985.4500
tommie.cardin@butlersnow.com
ryan.beckett@butlersnow.com
parker.berry@butlersnow.com
dillon.pitts@butlersnow.com

Rex M. Shannon III (MB #102974)
**STATE OF MISSISSIPPI**
**OFFICE OF THE ATTORNEY GENERAL**
**CIVIL LITIGATION DIVISION**
Post Office Box 220
Jackson, Mississippi 39205-0220
Tel.: (601) 359-4184
Fax: (601) 359-2003
rex.shannon@ago.ms.gov

                                       MISSISSIPPI REPUBLICAN EXECUTIVE COMMITTEE, INTERVENOR-DEFENDANT

                                       By: */s/ Michael B. Wallace*
                                             MICHAEL B. WALLACE (MB #6904)

OF COUNSEL:

Michael B. Wallace (MB #6904)
Charles E. Cowan (MB #104478)
**WISE CARTER CHILD & CARAWAY, P.A.**
401 East Capitol Street, Suite 600
P.O. Box 651, Jackson, MS 39201
Ph: (601) 968-5500
Fax: (601) 968-5519
mbw@wisecarter.com
cec@wisecarter.com

## CERTIFICATE OF SERVICE

        I, Tommie S. Cardin, one of the attorneys for the Defendants, do hereby certify that I have this day filed the above and foregoing document with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record.

        This the 14th day of August, 2024.

                                                 */s/ Tommie S. Cardin*
                                                 Tommie S. Cardin

89028199.v2