IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

| | |
|---|---|
| MISSISSIPPI STATE CONFERENCE OF THE NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, et al., *Plaintiffs*, vs. STATE BOARD OF ELECTION COMMISSIONERS; TATE REEVES *in his official capacity as Governor of Mississippi*; LYNN FITCH *in her official capacity as Attorney General of Mississippi*; MICHAEL WATSON *in his official capacity as Secretary of State of Mississippi*. *Defendants*. | NO. 3:22-cv-734-DPJ-HSO-LHS MOTION TO WITHDRAW AS PLAINTIFFS' COUNSEL |

PLEASE TAKE NOTICE that I, Casey Smith, am hereby withdrawing my appearance as counsel for Plaintiffs MISSISSIPPI STATE CONFERENCE OF THE NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, et al., as I am no longer associated with the American Civil Liberties Union Foundation as of September 6, 2024. Other attorneys from the ACLU of Mississippi, ACLU, Morgan, Lewis & Bockius LLP, and Lawyers' Committee for Civil Rights Under Law will continue to represent Plaintiffs as counsel of record in this matter.

Pursuant to Local Rule 83.1(b)(3), this Motion has been sent to all counsel of record and to all Plaintiffs, and a proposed order is being sent to Chambers via email.

Respectfully submitted this the 9th day of September, 2024.

| /s/ *Joshua F. Tom* | /s/ *Casey Smith* |
|---|---|
| Joshua F. Tom | Casey Smith* |
| Miss. Bar No. 105392 | NY Bar No. 6042345 |
| ACLU of Mississippi | 125 Broad Street, 18th Floor |
| P.O. Box 2242 | New York, NY 10004 |
| Jackson, MS 39225 | (919) 428-3074 |
| (601) 354-3408 | caseykcs@gmail.com |
| jtom@aclu-ms.org | |
| | *admitted pro hac vice* |

## CERTIFICATE OF SERVICE

      I, Joshua Tom, hereby certify that on September 9th, 2024, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all parties on file with the Court. On the same date, I also sent the foregoing to all of the Plaintiffs.

/s/ *Joshua F. Tom*
Joshua F. Tom
Miss. Bar No. 105392
ACLU of Mississippi
P.O. Box 2242
Jackson, MS 39225
(601) 354-3408
jtom@aclu-ms.org