# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

| | |
|---|---|
| MISSISSIPPI STATE CONFERENCE OF THE NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE; DR. ANDREA WESLEY; DR. JOSEPH WESLEY; ROBERT EVANS; GARY FREDERICKS; PAMELA HAMNER; BARBARA FINN; OTHO BARNES; SHIRLINDA ROBERTSON; SANDRA SMITH; DEBORAH HULITT; RODESTA TUMBLIN; DR. KIA JONES; MARCELEAN ARRINGTON; VICTORIA ROBERTSON,<br><br>Plaintiffs,<br><br>v.<br><br>STATE BOARD OF ELECTION COMMISSIONERS; TATE REEVES, *in his official capacity as Governor of Mississippi*; LYNN FITCH, *in her official capacity as Attorney General of Mississippi*; MICHAEL WATSON, *in his official capacity as Secretary of State of Mississippi*,<br><br>Defendants.<br><br>v.<br><br>Mississippi Republican Executive Committee,<br><br>Intervenor-Defendant. | CIVIL ACTION NO.<br>3:22-cv-734-DPJ-HSO-LHS<br><br><br><br>**MOTION TO WITHDRAW** |

Pursuant to L.U.Civ.R. 83.1(b)(3), the undersigned counsel for Plaintiffs Mississippi State Conference of the National Association for the Advancement of Colored People, Dr. Andrea Wesley, Dr. Joseph Wesley, Robert Evans, Gary Fredericks, Pamela Hamner, Barbara Finn, Otho Barnes, Shirlinda Robertson, Sandra Smith, Deborah Hulitt, Rodesta Tumblin, Dr. Kia Jones, Marcelean Arrington, Victoria Robertson (collectively "Plaintiffs"), respectfully move this Court for an order

1

allowing the withdrawal of Ezra D. Rosenberg as counsel of record for Plaintiffs in the above-styled case. Plaintiffs will continue to be represented in this litigation by Morgan, Lewis & Bockius, LLP, Mississippi Center for Justice, Law Offices of Carroll Rhodes, the American Civil Liberties Union of Mississippi, American Civil Liberties Union Foundation, and Lawyers' Committee for Civil Rights Under Law whose names and addresses are listed below. The requested withdrawal will not affect the Plaintiffs or Defendants in this matter.

DATED: January 27, 2025

Respectfully submitted,

/s/ *Joshua Tom*
Joshua Tom, MSB 105392
*jtom@aclu-ms.org*
**ACLU OF MISSISSIPPI**
101 South Congress Street
Jackson, MS 39201
(601) 354-3408

*Attorneys for Plaintiffs*

/s/Ezra Rosenberg
Ezra Rosenberg*
*erosenberg@lawyerscommittee.org*
**LAWYERS' COMMITTEE FOR CIVIL RIGHTS UNDER LAW**
1500 K Street NW, Suite 900
Washington, DC 20005
(202) 662-8600

* *admitted pro hac vice*

allowing the withdrawal of Ezra D. Rosenberg as counsel of record for Plaintiffs in the above-styled case. Plaintiffs will continue to be represented in this litigation by Morgan, Lewis & Bockius, LLP, Mississippi Center for Justice, Law Offices of Carroll Rhodes, the American Civil Liberties Union of Mississippi, American Civil Liberties Union Foundation, and Lawyers' Committee for Civil Rights Under Law whose names and addresses are listed below. The requested withdrawal will not affect the Plaintiffs or Defendants in this matter.

DATED: January 27, 2025

Respectfully submitted,

/s/ *Joshua Tom*
Joshua Tom, MSB 105392
*jtom@aclu-ms.org*
**ACLU OF MISSISSIPPI**
101 South Congress Street
Jackson, MS 39201
(601) 354-3408

*Attorneys for Plaintiffs*

/s/Ezra Rosenberg
Ezra Rosenberg*
*erosenberg@lawyerscommittee.org*
**LAWYERS' COMMITTEE FOR CIVIL RIGHTS UNDER LAW**
1500 K Street NW, Suite 900
Washington, DC 20005
(202) 662-8600

* *admitted pro hac vice*

**CERTIFICATE OF SERVICE**

    I, Joshua Tom, hereby certify that a true and correct copy of the foregoing document has been served on January 27, 2025, via the Court's ECF filing system, which sent notification of such filing to all counsel of record.

/s/Joshua Tom
JOSHUA TOM