**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION**

MISSISSIPPI STATE CONFERENCE OF THE NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE; DR. ANDREA WESLEY; DR. JOSEPH WESLEY; ROBERT EVANS; GARY FREDERICKS; PAMELA HAMNER; BARBARA FINN; OTHO BARNES; SHIRLINDA ROBERTSON; SANDRA SMITH; DEBORAH HULITT; RODESTA TUMBLIN; DR. KIA JONES; MARCELEAN ARRINGTON; VICTORIA ROBERTSON,

*Plaintiffs*,

vs.

STATE BOARD OF ELECTION COMMISSIONERS; TATE REEVES, *in his official capacity as Governor of Mississippi*; LYNN FITCH, *in her official capacity as Attorney General of Mississippi*; MICHAEL WATSON, *in his official capacity as Secretary of State of Mississippi*,

*Defendants,*
AND

MISSISSIPPI REPUBLICAN EXECUTIVE COMMITTEE,

*Intervenor-Defendant.*

**CIVIL ACTION NO.
3:22-cv-734-DPJ-HSO-LHS**

**NOTICE AND REQUEST FOR A BRIEFING SCHEDULE**

In its July 18, 2024 Remedial Order, the Court instructed that, "[s]hould the Mississippi Legislature adopt a new redistricting plan, we ORDER counsel to provide formal notice to the court of that action within seven days of its adoption." ECF No. 229, at 5.

On March 7, 2025, the Legislature formally enacted districting plans and a calendar for November 2025 special elections in response to this Court's 2024 Orders, via the passage of Joint Resolutions 1 and 202.[1]

Plaintiffs intend to file partial objections to certain aspects of the adopted plans. Consistent with the Court's July 18 Remedial Order, Plaintiffs in lodging their objections will be "prepared at that same time to present an alternative redistricting plan." ECF No. 229, at 5.

Plaintiffs request a briefing schedule for their partial objections, as well as for any responses and replies. Under the special election schedule adopted by the Legislature, the candidate qualifying period for elections under the new district lines begins on May 19, 2025. In light of the need for expedition in advance of the Legislature's adopted special election calendar,[2] Plaintiffs propose the following schedule, with any hearing or oral argument to follow:

*Objections (including alternative plans and supporting reports) filed by: March 14*

*Any Responses filed by: March 21*

*Any Replies filed by: March 26*

Plaintiffs submit that an even more compressed briefing schedule could also be appropriate.

---

[1] *See* Joint Resolution 202, https://billstatus.ls.state.ms.us/2025/pdf/history/JR/JR0202.xml; Joint Resolution 1, https://billstatus.ls.state.ms.us/2025/pdf/history/JR/JR0001.xml. The final vote on adopting the resolutions was held on March 5, 2025; the resolutions were thereafter enrolled and signed by each chamber on March 7, 2025.

[2] Plaintiffs reserve the right to seek modification of the special election schedule adopted by the Legislature in the interests of justice, as contemplated by the Court's July 18, 2024 Remedial Order. *See* ECF No. 229, at 5 ("The parties may present objections to the dates or any other details of the special elections ordered by the Mississippi Legislature.").

Defendants do not consent to the proposed briefing schedule.

WHEREFORE, Plaintiffs request that the Court set an expedited briefing schedule for Plaintiffs' forthcoming partial objections to the redistricting plans adopted by the Legislature.

Respectfully submitted,

This the 10th day of March 2025.

| | |
|---|---|
| Joshua Tom, MSB 105392<br>*jtom@aclu-ms.org*<br>ACLU OF MISSISSIPPI<br>101 South Congress Street<br>Jackson, MS 39201<br>(601) 354-3408<br><br>Robert B. McDuff, MSB 2532<br>*rbm@mcdufflaw.com*<br>MISSISSIPPI CENTER FOR JUSTICE<br>767 North Congress Street<br>Jackson, MS 39202<br>(601) 969-0802<br><br>Carroll Rhodes, MSB 5314<br>LAW OFFICES OF CARROLL RHODES<br>*crhodes6@bellsouth.net*<br>PO Box 588<br>Hazlehurst, MS 39083<br>(601) 894-1464<br><br>John P. Lavelle, Jr.<br>MORGAN, LEWIS & BOCKIUS LLP<br>2222 Market Street<br>Philadelphia, PA 19103-3007<br>Telephone:   +1.215.963.5000<br>Facsimile:    +1.215.963.5001<br>*john.lavelle@morganlewis.com* | /s/ *Ari J. Savitzky*<br>Ari J. Savitzky<br>*asavitzky@aclu.org*<br>Ming Cheung<br>*mcheung@aclu.org*<br>125 Broad Street, 18th Floor<br>New York, New York 10004<br>(212) 549-2500<br><br>Jennifer Nwachukwu<br>*jnwachukwu@lawyerscommittee.org*<br>David Rollins-Boyd<br>*drollins-boyd@lawyerscommittee.org*<br>Javon Davis<br>*jdavis@lawyerscommittee.org*<br>LAWYERS' COMMITTEE FOR CIVIL RIGHTS UNDER LAW<br>1500 K Street NW Suite 900<br>Washington, DC 20005<br>(202) 662-8600<br><br>Drew Cleary Jordan<br>MORGAN, LEWIS & BOCKIUS LLP<br>1111 Pennsylvania Ave. NW<br>Washington, DC 20004-2541<br>Telephone:   +1.202.739.3000<br>Facsimile:    +1.202.739.3001<br>*drew.jordan@morganlewis.com* |

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

      I, Ari Savitzky, do certify that on this day I caused to be served a true and correct copy of the foregoing by electronic mail to all counsel of record.

      This the 10th day of March 2025.

                                                /s/ *Ari J. Savitzky*
                                                Ari J. Savitzky