## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## NORTHERN DIVISION

MISSISSIPPI STATE CONFERENCE OF THE
NATIONAL ASSOCIATION FOR THE
ADVANCEMENT OF COLORED PEOPLE;
DR. ANDREA WESLEY; DR. JOSEPH
WESLEY; ROBERT EVANS; GARY FREDRICKS;
PAMELA HAMNER; BARBARA FINN; OTHO BARNES;
SHIRLINDA ROBERTSON; SANDRA SMITH;
DEBORAH HJULITT; RODESTA TUMBLIN;
DR. KIA JONES; ANGELA GRAYSON;
MARCHELEAN ARRINGTON; AND
VICTORIA ROBERTSON                                                      PLAINTIFFS

 VS.                                    CIVIL ACTION NO.  3:22-CV-734-DPJ-HSO-LHS

STATE BOARD OF ELECTION
COMMISSIONERS; TATE REEVES, *in his
official capacity as Governor of Mississippi*;
LYNN FITCH, *in her official capacity as
Attorney General of Mississippi*; MICHAEL
WATSON, *in his official capacity as Secretary of
State of Mississippi*                                                    DEFENDANTS

and

MISSISSIPPI STATE REPUBLICAN
EXECUTIVE COMMITTEE                           INTERVENOR-DEFENDANT

### INTERVENOR-DEFENDANT MISSISSIPPI REPUBLICAN
### EXECUTIVE COMMITTEE'S JOINDER IN DEFENDANTS' FORMAL
### NOTICE OF ADOPTION OF REMEDIAL REDISTRICTING PLANS

Intervenor-Defendant Mississippi Republican Executive Committee, through counsel, hereby joins Defendants State Board of Election Commissioners, Governor Tate Reeves, Attorney

General Lynn Fitch, and Secretary of State Michael Watson's formal notification of the Mississippi Legislature's adoption of remedial redistricting plans pursuant to the Court's order of July 18, 2024. *See* [Dkt. #241].

    Respectfully submitted this the 12th day of March, 2025.

                                            **MISSISSIPPI STATE REPUBLICAN EXECUTIVE COMMITTEE**

                              By:    */s/ Charles E. Cowan*
                                              CHARLES E. COWAN

**OF COUNSEL:**

Michael B. Wallace (MSB #6904)
Charles E. Cowan (MSB #104478)
WISE CARTER CHILD & CARAWAY, P.A.
Post Office Box 651
Jackson, Mississippi 39205-0651
Ph: (601) 968-5500
Fax: (601) 968-5519
mbw@wisecarter.com
cec@wisecarter.com

## **CERTIFICATE OF SERVICE**

I, Michael B. Wallace, one of the attorneys for the Mississippi State Republican Party Executive Committee, do hereby certify that I have this date filed the foregoing with the ECF system, which sent notification of such filing to all counsel of record with the ECF.

**SO CERTIFIED**, this the 12th day of March, 2025.

>  */s/ Charles E. Cowan*
> CHARLES E. COWAN