# Exhibit A

# Mississippi Legislature
## 2025 Regular Session

# Joint Resolution 202

House Calendar  |  Senate Calendar  |  Main Menu
Amendments  |  Additional Information

**Bill Text for All Versions**  Explanation
   |   |   As Passed the Senate
   |   |   As Introduced

**Description:** Mississippi State Senate; revise composition of Districts 1, 2, 10, 11, 19, 34, 41, 42, 44 and 45.

**Fiscal Note:**   No fiscal note conducted

**Background Information:**
   *Disposition:*   Adopted
   *Deadline:*   None
   *Revenue:*   No
   *Vote type required:*   Majority
   *Effective date:*   No Effective Date

**History of Actions:**
```
 1    02/25 (S) Referred To Rules
 2    02/25 (S) Title Suff Do Be Adopted
 3    02/26 (S) Adopted       {Vote}
 4    02/27 (S) Transmitted To House
 5    02/28 (H) Referred To Apportionment and Elections
 6    03/04 (H) Title Suff Do Be Adopted
 7    03/05 (H) Adopted       {Vote}
 8    03/05 (H) Motion to Reconsider Entered (Kinkade, Sanford, Tullos)
 9    03/05 (H) Motion to Reconsider W/Drawn
10    03/06 (H) Returned For Enrolling
11    03/07 (S) Enrolled Bill Signed
12    03/07 (H) Enrolled Bill Signed
```

**Amendments:**
   |   |   [S] Amendment No 1   **Lost**   *{Vote}*
   |   |   [S] Amendment No 2   **Lost**   *Voice Vote*

----- Additional Information -----

*Senate Committee:*   Rules
*House Committee:*   Apportionment and Elections

*Principal Author:*   Kirby

**Title:** A JOINT RESOLUTION TO AMEND CHAPTER 2150, LAWS OF 2022, TO REVISE THE COMPOSITION OF MISSISSIPPI STATE SENATE DISTRICTS 1, 2, 10, 11, 19, 34, 41, 42, 44 AND 45; AND FOR RELATED PURPOSES.

**Information pertaining to this measure was last updated on 03/09/2025 at 22:42**
*End Of Document*

# Mississippi Legislature
# 2025 Regular Session

# Joint Resolution 1

House Calendar  |  Senate Calendar  |  Main Menu
Additional Information

**Bill Text for All Versions** Explanation

📄 | 📄 | 📄  As Passed the House
📄 | 📄 | 📄  As Introduced

**Description:** MS House of Representatives; revise composition of Districts 16, 22, 36, 39 and 41.

**Fiscal Note:**   No fiscal note conducted

**Background Information:**
  *Disposition:*  Adopted
  *Deadline:*  None
  *Revenue:*  No
  *Vote type required:*  Majority
  *Effective date:*  ** See Text

**History of Actions:**
```
  1   02/04 (H) Referred To Apportionment and Elections
  2   02/05 (H) Title Suff Do Be Adopted
  3   02/06 (H) Adopted      {Vote}
  4   02/07 (H) Transmitted To Senate
  5   02/17 (S) Referred To Rules
  6   03/04 (S) Title Suff Do Be Adopted
  7   03/05 (S) Adopted      {Vote}
  8   03/06 (S) Returned For Enrolling
  9   03/07 (H) Enrolled Bill Signed
 10   03/07 (S) Enrolled Bill Signed
```

----- Additional Information -----

**House Committee:**  Apportionment and Elections
**Senate Committee:**  Rules

**Principal Author:**  Sanford

*Title:* A JOINT RESOLUTION TO AMEND CHAPTER 2149, LAWS OF 2022, TO REVISE THE COMPOSITION OF MISSISSIPPI HOUSE OF REPRESENTATIVE DISTRICTS 16, 22, 36, 39 AND 41.

**Information pertaining to this measure was last updated on 03/09/2025 at 21:05**
*End Of Document*