# Exhibit B

Video provided via USB Drive

Description: MS House Floor Video – 2/6/25

Video URL:

https://www.youtube.com/watch?v=SPptg5D1nVo