# Exhibit C

# Video provided via USB Drive

# Description: MS Senate Floor Video – 2/26/25

# Video URL:

# https://www.youtube.com/watch?v=A-MhE7SZQqM