# Exhibit D

Video provided via USB Drive

Description: MS Senate Hearing Video – 3/5/25

Video URL:

https://www.youtube.com/watch?v=9lp4MjihKcw