# Exhibit L

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### NORTHERN DIVISION

MISSISSIPPI STATE CONFERENCE OF THE NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE; DR. ANDREA WESLEY; DR. JOSEPH WESLEY; ROBERT EVANS; GARY FREDERICKS; PAMELA HAMNER; BARBARA FINN; OTHO BARNES; SHIRLINDA ROBERTSON; SANDRA SMITH; DEBORAH HULITT; RODESTA TUMBLIN; DR. KIA JONES; MARCELEAN ARRINGTON; VICTORIA ROBERTSON,

*Plaintiffs*,

vs.

STATE BOARD OF ELECTION COMMISSIONERS; TATE REEVES, *in his official capacity as Governor of Mississippi*; LYNN FITCH, *in her official capacity as Attorney General of Mississippi*; MICHAEL WATSON, *in his official capacity as Secretary of State of Mississippi*,

*Defendants,*
AND

MISSISSIPPI REPUBLICAN EXECUTIVE COMMITTEE,

*Intervenor-Defendant.*

CIVIL ACTION NO.
3:22-cv-734-DPJ-HSO-LHS

## DECLARATION OF SENATOR DERRICK T. SIMMONS

I, Derrick T. Simmons, hereby declare:

1. I am a lifelong resident of Greenville, Mississippi. I am over 18 years old. I am an attorney by profession.

2. I am a member of the Mississippi Senate. Since 2011, I have represented the 12th District, which includes Washington and portions of Bolivar and Coahoma Counties. Since 2017, I have served as the Minority Leader of the Mississippi Senate.

3. I am familiar with the remedial Mississippi Senate plan enacted by the Legislature this legislative session pursuant to Joint Resolution 202. I voted against the plan on February 26, 2025 and offered an unsuccessful amendment that would have altered the configuration of the district lines for the districts in the area in and around DeSoto County in North Mississippi. I proposed my amendment and ultimately opposed Joint Resolution 202 because I am deeply concerned that, as configured under that plan, Senate District 1, one of the Black-majority districts in the DeSoto County area, will not be a district where Black voters have a real opportunity to elect their preferred candidates.

4. Based on my experience in Mississippi electoral politics, I am very familiar with voter engagement and turnout efforts in northwest Mississippi, including the North Delta. Although under the plan set out in Joint Resolution 202 Senate District 1 is just over 50% Black voting age, the predominantly Black portions of the district are largely rural areas in the North Delta where there are significant barriers to organizing and turnout, including economic and educational inequality, lack of access to a vehicle, and proximity to polling locations. By contrast, the predominantly White portion of the district, around Hernando, is a more densely populated, relatively affluent, high-turnout area.

5. I am also familiar with Plaintiffs' alternative remedial Senate plans which are being submitted to the Court. Based on my knowledge and experience, those plans would provide Black voters in District 1 with a fair opportunity to elect candidates of their choice.

2

6. I understand that Plaintiffs' alternative remedial Senate plans alter the boundary between Senate District 1 and Senate District 12 in Coahoma County. I understand that, if Plaintiffs' alternate plans or something similar were adopted by the Court, I would be required to run for re-election in a special election contest this year. Although I would prefer not to have to run in a special election, I believe it would be worth doing in order to ensure a plan that remedies vote dilution by adding a new district where Black voters have a real opportunity to elect candidates of their choice, as required under the Voting Rights Act.

7. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Dated: March 10th, 2025

Greenville, Mississippi

_____
Derrick T. Simmons

PTS-REMEDY-EX.L-003