IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

MISSISSIPPI STATE CONFERENCE OF THE NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE; DR. ANDREA WESLEY; DR. JOSEPH WESLEY; ROBERT EVANS; GARY FREDERICKS; PAMELA HAMNER; BARBARA FINN; OTHO BARNES; SHIRLINDA ROBERTSON; SANDRA SMITH; DEBORAH HULITT; RODESTA TUMBLIN; DR. KIA JONES; MARCELEAN ARRINGTON; VICTORIA ROBERTSON,

   *Plaintiffs*,

vs.

STATE BOARD OF ELECTION COMMISSIONERS; TATE REEVES, *in his official capacity as Governor of Mississippi*; LYNN FITCH, *in her official capacity as Attorney General of Mississippi*; MICHAEL WATSON, *in his official capacity as Secretary of State of Mississippi*,

   *Defendants,*
AND

MISSISSIPPI REPUBLICAN EXECUTIVE COMMITTEE,

*Intervenor-Defendant.*

CIVIL ACTION NO.
3:22-cv-734-DPJ-HSO-LHS

**MOTION BY DESOTO COUNTY FOR LEAVE TO FILE AMICUS CURIAE BRIEF IN SUPPORT OF PLAINTIFFS' OBJECTIONS TO REMEDIAL REDISTRICTING PLANS**

  DeSoto County, Mississippi ("DeSoto County") respectfully requests leave to file an amicus curiae brief objecting to the remedial redistricting plans recently adopted by the Mississippi Legislature, stating the following in support:

1. DeSoto County is a political subdivision of the State of Mississippi and has a significant interest in maintaining constitutional representation for its citizens in the Mississippi Legislature.

2. With particular regard to DeSoto County, the Senate District 1 and Senate District 11 remedial maps dismantle communities of interest, disregard natural geographical boundaries, and distort commonsense cartography. It is apparent from the face of the maps for Districts 1 and 11 that the Legislature subordinated these traditional metrics of redistricting, and this amicus curiae brief is necessary to defend traditional districting principles and the rights of DeSoto County's citizens.

3. In support of this Motion, DeSoto County offers a supporting memorandum of law as well as the following exhibit: **Exhibit 1**, Proposed Amicus Curiae Brief.

For these reasons, and those more fully explained in its supporting memorandum, DeSoto County respectfully requests leave of this Court to file the attached Amicus Curiae Brief in support of Plaintiffs' objections to the Remedial Redistricting Plan.[1]

Dated: March 14, 2025.

Respectfully submitted,

**PHELPS DUNBAR LLP**

BY: _/s/ Nicholas F. Morisani_
Nicholas F. Morisani, (MSB 104970)
Sonya Dickson (MSB 106284)
1905 Community Bank Way, Suite 200
Flowood, Mississippi 39232
Telephone: 601-352-2300
Telecopier: 601-360-9777
Email: Nick.Morisani@phelps.com

---

[1] On March 12, Undersigned counsel contacted counsel for the parties in this case to request whether they would oppose this Motion for Leave. While counsel for Defendants could not determine whether Defendants would oppose this request for leave and reserved the right to oppose the request at a later date, counsel for Plaintiffs stated they would not oppose this request.

PD.48730900.1

Sonya.Dickson@phelps.com

*Attorneys for DeSoto County, Mississippi*

## CERTIFICATE OF SERVICE

I certify that on March 14, 2025, I electronically filed this document with the Clerk of the Court using the ECF system, which sent notification of such filing to all ECF counsel of record in this action:

Tommie S. Cardin
P. Ryan Beckett
B. Parker Berry
J. Dillon Pitts
BUTLER SNOW LLP
1020 Highland Colony Parkway, Suite 1400
Ridgeland, MS 39157
P.O. Box 6010, Ridgeland, MS 39158-6010
Phone: 601.948.5711
Fax: 601.985.4500
tommie.cardin@butlersnow.com
ryan.beckett@butlersnow.com
parker.berry@butlersnow.com
dillon.pitts@butlersnow.com

Rex M. Shannon III
STATE OF MISSISSIPPI
OFFICE OF THE ATTORNEY GENERAL
CIVIL LITIGATION DIVISION
Post Office Box 220
Jackson, Mississippi 39205-0220
Tel.: (601) 359-4184
Fax: (601) 359-2003
rex.shannon@ago.ms.gov

Joshua Tom, MSB 105392
jtom@aclu-ms.org
ACLU OF MISSISSIPPI
101 South Congress Street
Jackson, MS 39201
(601) 354-3408

Robert B. McDuff, MSB 2532
rbm@mcdufflaw.com
MISSISSIPPI CENTER FOR JUSTICE
767 North Congress Street
Jackson, MS 39202
(601) 969-0802
Carroll Rhodes, MSB 5314
LAW OFFICES OF CARROLL RHODES
crhodes6@bellsouth.net
PO Box 588
Hazlehurst, MS 39083
(601) 894-1464

John P. Lavelle, Jr.
MORGAN, LEWIS & BOCKIUS LLP
2222 Market Street
Philadelphia, PA 19103-3007
Telephone: +1.215.963.5000
Facsimile: +1.215.963.5001
john.lavelle@morganlewis.com

Ari J. Savitzky
asavitzky@aclu.org
Ming Cheung
mcheung@aclu.org
125 Broad Street, 18th Floor
New York, New York 10004
(212) 549-2500

Jennifer Nwachukwu
jnwachukwu@lawyerscommittee.org
David Rollins-Boyd
drollins-boyd@lawyerscommittee.org

<table>
<tr><td>

Javon Davis  
jdavis@lawyerscommittee.org  
LAWYERS' COMMITTEE FOR CIVIL RIGHTS UNDER LAW  
1500 K Street NW Suite 900  
Washington, DC 20005  
(202) 662-8600

</td><td>

Drew Cleary Jordan  
MORGAN, LEWIS & BOCKIUS LLP  
1111 Pennsylvania Ave. NW  
Washington, DC 20004-2541  
Telephone: +1.202.739.3000  
Facsimile: +1.202.739.3001  
drew.jordan@morganlewis.com

</td></tr>
</table>

                                                  */s/ Nicholas F. Morisani*  
                                                  Nicholas F. Morisani