IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

| | |
|---|---|
| MISSISSIPPI STATE CONFERENCE OF THE NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE; DR. ANDREA WESLEY; DR. JOSEPH WESLEY; ROBERT EVANS; GARY FREDERICKS; PAMELA HAMNER; BARBARA FINN; OTHO BARNES; SHIRLINDA ROBERTSON; SANDRA SMITH; DEBORAH HULITT; RODESTA TUMBLIN; DR. KIA JONES; MARCELEAN ARRINGTON; VICTORIA ROBERTSON, <br><br> *Plaintiffs*, <br><br> vs. <br><br> STATE BOARD OF ELECTION COMMISSIONERS; TATE REEVES, *in his official capacity as Governor of Mississippi*; LYNN FITCH, *in her official capacity as Attorney General of Mississippi*; MICHAEL WATSON, *in his official capacity as Secretary of State of Mississippi*, <br><br> *Defendants,* <br> AND <br><br> MISSISSIPPI REPUBLICAN EXECUTIVE COMMITTEE, <br><br> *Intervenor-Defendant.* | **CIVIL ACTION NO.** <br> **3:22-cv-734-DPJ-HSO-LHS** |

**MEMORANDUM IN SUPPORT OF MOTION BY
DESOTO COUNTY FOR LEAVE TO FILE AMICUS CURIAE BRIEF IN
SUPPORT OF PLAINTIFFS' OBJECTIONS TO REMEDIAL REDISTRICTING PLANS**

DeSoto County, Mississippi ("DeSoto"), requests leave to file an amicus curiae brief objecting to the remedial redistricting plans recently adopted by the Mississippi Legislature.

**ARGUMENT**

This Court has "inherent authority to appoint or deny amici which is derived from Rule 29 of the Federal Rules of Appellate Procedure." *Rowland v. GGNSC Ripley, LLC*, No. 3:13-cv-11, 2016 WL 4136486, at *4 (N.D. Miss. Aug. 3, 2016) (quoting *Jin v. Ministry of State Sec'y*, 557 F. Supp. 2d 131, 136 (D.D.C. 2008); *see also Republican Nat'l Comm. v. Wetzel*, No. 1:24-cv-25, No. 1:24-cv-37, 2024 WL 988383, at *5 (S.D. Miss. Mar. 7, 2024). District courts should "look to Federal Rule of Appellate Procedure 29 for guidance concerning the standards for filing an amicus brief." *Wetzel*, 2024 WL 988383, at *5. DeSoto respectfully requests the Court grant it leave to submit the attached "brief as an amicus curiae in order to assist the court in reaching a proper decision" on adopting the remedial redistricting plans. *Rowland*, 2016 WL 4136486, at *4; *see also* Proposed Amicus Curiae Brief, attached as **Exhibit 1**.

**AMICUS CURIAE INTEREST & REASONS FOR THIS BRIEF**

DeSoto County is a political subdivision of the State of Mississippi, established to more closely represent, govern, and be accountable to its constituents. This case involves whether Mississippi's redistricting maps adopted by the Legislature, particularly Senate Districts 1 and 11, are in accordance with traditional constitutional redistricting principles. DeSoto has a significant interest in maintaining constitutional representation for its citizens in the Mississippi Legislature. To achieve this representation, DeSoto has an interest in ensuring that neither Plaintiffs nor Defendants in this case subordinate traditional districting principles to other considerations. *See Alexander v. S.C. State Conf. of NAACP*, 602 U.S. 1, 17 (2024) (quoting *Miller v. Johnson*, 515 U.S. 900, 916 (1995)). When necessary, as is the case here, DeSoto will advocate and defend the constitutional rights of its constituents.

This brief is necessary because the proposed remedial redistricting map ("remedial maps") adopted by the Mississippi Legislature on March 7, 2025, violates traditional redistricting principles and places DeSoto residents' representative rights at risk. To be sure, DeSoto County has no doubt that the Legislature created these remedial maps in good faith and without any unlawful motive but in an effort to comply with this Court's orders. As will be discussed more fully, however, in DeSoto County in particular, the District 1 and District 11 Senate maps dismantle communities of interest, disregard natural geographical boundaries, and distort commonsense cartography. It is apparent from the face of Senate Districts 1 and 11 that the Legislature subordinated these traditional metrics of redistricting, and this amicus curiae brief is necessary to defend traditional districting principles and the rights of DeSoto County's citizens.

## CONCLUSION

For these reasons, DeSoto County request leave of this Court to file the attached Amicus Curiae Brief in support of Plaintiffs' objections to the Remedial Redistricting Plan.

Dated: March 14, 2025.

                                                      Respectfully submitted,

                                                     **PHELPS DUNBAR LLP**

                                                     BY:   */s/ Nicholas F. Morisani*
                                                     Nicholas F. Morisani, (MSB 104970)
                                                     Sonya Dickson (MSB 106284)
                                                     1905 Community Bank Way, Suite 200
                                                     Flowood, Mississippi 39232
                                                     Telephone: 601-352-2300
                                                     Telecopier: 601-360-9777
                                                     Email:  Nick.Morisani@phelps.com
                                                                 Sonya.Dickson@phelps.com

                                                     *Attorneys for DeSoto County, Mississippi*

PD.48730938.1

## CERTIFICATE OF SERVICE

I certify that on March 14, 2025, I electronically filed this document with the Clerk of the Court using the ECF system, which sent notification of such filing to all ECF counsel of record in this action:

Tommie S. Cardin
P. Ryan Beckett
B. Parker Berry
J. Dillon Pitts
BUTLER SNOW LLP
1020 Highland Colony Parkway, Suite 1400
Ridgeland, MS 39157
P.O. Box 6010, Ridgeland, MS 39158-6010
Phone: 601.948.5711
Fax: 601.985.4500
tommie.cardin@butlersnow.com
ryan.beckett@butlersnow.com
parker.berry@butlersnow.com
dillon.pitts@butlersnow.com

Rex M. Shannon III
STATE OF MISSISSIPPI
OFFICE OF THE ATTORNEY GENERAL
CIVIL LITIGATION DIVISION
Post Office Box 220
Jackson, Mississippi 39205-0220
Tel.: (601) 359-4184
Fax: (601) 359-2003
rex.shannon@ago.ms.gov

Joshua Tom, MSB 105392
jtom@aclu-ms.org
ACLU OF MISSISSIPPI
101 South Congress Street
Jackson, MS 39201
(601) 354-3408

Robert B. McDuff, MSB 2532
rbm@mcdufflaw.com
MISSISSIPPI CENTER FOR JUSTICE
767 North Congress Street
Jackson, MS 39202
(601) 969-0802

Carroll Rhodes, MSB 5314
LAW OFFICES OF CARROLL RHODES
crhodes6@bellsouth.net
PO Box 588
Hazlehurst, MS 39083
(601) 894-1464

John P. Lavelle, Jr.
MORGAN, LEWIS & BOCKIUS LLP
2222 Market Street
Philadelphia, PA 19103-3007
Telephone: +1.215.963.5000
Facsimile: +1.215.963.5001
john.lavelle@morganlewis.com

Ari J. Savitzky
asavitzky@aclu.org
Ming Cheung
mcheung@aclu.org
125 Broad Street, 18th Floor
New York, New York 10004
(212) 549-2500

Jennifer Nwachukwu
jnwachukwu@lawyerscommittee.org
David Rollins-Boyd
drollins-boyd@lawyerscommittee.org
Javon Davis
jdavis@lawyerscommittee.org
LAWYERS' COMMITTEE FOR CIVIL RIGHTS UNDER LAW
1500 K Street NW Suite 900
Washington, DC 20005
(202) 662-8600

Drew Cleary Jordan
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Ave. NW
Washington, DC 20004-2541
Telephone: +1.202.739.3000
Facsimile: +1.202.739.3001
drew.jordan@morganlewis.com

                                                */s/ Nicholas F. Morisani*
                                                Nicholas F. Morisani