**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION**

MISSISSIPPI STATE CONFERENCE OF THE NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE; DR. ANDREA WESLEY; DR. JOSEPH WESLEY; ROBERT EVANS; GARY FREDERICKS; PAMELA HAMNER; BARBARA FINN; OTHO BARNES; SHIRLINDA ROBERTSON; SANDRA SMITH; DEBORAH HULITT; RODESTA TUMBLIN; DR. KIA JONES; MARCELEAN ARRINGTON; VICTORIA ROBERTSON,

*Plaintiffs*,

vs.

STATE BOARD OF ELECTION COMMISSIONERS; TATE REEVES, *in his official capacity as Governor of Mississippi*; LYNN FITCH, *in her official capacity as Attorney General of Mississippi*; MICHAEL WATSON, *in his official capacity as Secretary of State of Mississippi,*

*Defendants,*

AND

MISSISSIPPI REPUBLICAN EXECUTIVE COMMITTEE,

*Intervenor-Defendant.*

**CIVIL ACTION NO.
3:22-cv-734-DPJ-HSO-LHS**

**PLAINTIFFS' UNOPPOSED MOTION TO ENLARGE PAGE LIMITATIONS**

PLAINTIFFS hereby move for an enlargement of page limitations, and in support of their motion state as follows:

1. On March 14, 2025, Plaintiffs filed their Partial Objections to the districting plans adopted earlier this month by the Legislature in response to this Court's 2024 Orders. *See* Notice of Partial Objections, ECF No. 243; *see also* Order, ECF No. 240 (ordering briefing schedule on objections). Defendants' response is due by March 21, with any reply due the following week. ECF No. 240.

2. Plaintiffs' memorandum setting forth their Partial Objections, styled for docketing purposes as a Notice, was 35 pages in length.

3. Plaintiffs are unsure whether their Partial Objections are subject to the provisions of Local Rule 7 setting forth the page limitations for motions, which provide that the combined total amount of pages allowed for a memorandum in support as well as for any reply is 35 pages. *See* L.R. 7(b)(5).

4. Accordingly, to the extent that the page limitations set forth in Local Rule 7 apply to the Partial Objections, Plaintiffs seek to enlarge the total amount of pages allowed by 10 pages, so that they may file a reply of up to 10 pages in length at the appropriate time addressing any issues raised in Defendants' response to the Partial Objections. Plaintiffs would not oppose a corresponding enlargement of Defendants' page limitations for their responsive filing.

5. State Defendants have consented to this request and Intervenor Defendant does not oppose it.

6. Due to the straightforward nature of the relief sought by this motion, the parties respectfully request that they not be required to submit a separate memorandum in support of this motion as otherwise required by L.R. 7(b)(4).

WHEREFORE, Plaintiffs respectfully request the Court grant them the requested ten-page enlargement.

Respectfully submitted,

This the 18th day of March 2025.

| | |
|---|---|
| | /s/ *Ari J. Savitzky* |
| Joshua Tom, MSB 105392 | Ari J. Savitzky |
| *jtom@aclu-ms.org* | *asavitzky@aclu.org* |
| ACLU OF MISSISSIPPI | Ming Cheung |
| 101 South Congress Street | *mcheung@aclu.org* |
| Jackson, MS 39201 | 125 Broad Street, 18th Floor |
| (601) 354-3408 | New York, New York 10004 |
| | (212) 549-2500 |
| Robert B. McDuff, MSB 2532 | |
| *rbm@mcdufflaw.com* | Jennifer Nwachukwu |
| MISSISSIPPI CENTER FOR JUSTICE | *jnwachukwu@lawyerscommittee.org* |
| 767 North Congress Street | David Rollins-Boyd |
| Jackson, MS 39202 | *drollins-boyd@lawyerscommittee.org* |
| (601) 969-0802 | Javon Davis |
| | *jdavis@lawyerscommittee.org* |
| Carroll Rhodes, MSB 5314 | LAWYERS' COMMITTEE FOR CIVIL RIGHTS |
| LAW OFFICES OF CARROLL RHODES | UNDER LAW |
| *crhodes6@bellsouth.net* | 1500 K Street NW Suite 900 |
| PO Box 588 | Washington, DC 20005 |
| Hazlehurst, MS 39083 | (202) 662-8600 |
| (601) 894-1464 | |
| | |
| John P. Lavelle, Jr. | Drew Cleary Jordan |
| MORGAN, LEWIS & BOCKIUS LLP | MORGAN, LEWIS & BOCKIUS LLP |
| 2222 Market Street | 1111 Pennsylvania Ave. NW |
| Philadelphia, PA 19103-3007 | Washington, DC 20004-2541 |
| Telephone:   +1.215.963.5000 | Telephone:   +1.202.739.3000 |
| Facsimile:   +1.215.963.5001 | Facsimile:   +1.202.739.3001 |
| *john.lavelle@morganlewis.com* | *drew.jordan@morganlewis.com* |

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I, Ari Savitzky, do certify that on this day I caused to be served a true and correct copy of the foregoing by electronic mail to all counsel of record.

This the 18th day of March 2025.

/s/ *Ari J. Savitzky*
Ari J. Savitzky