FORM 6 (ND/SD MISS. DEC. 2016)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI

Miss. State Conf. NAACP, et al.    Plaintiff

v.    CIVIL ACTION NO.    3:22-cv-734-DPJ-HSO-LHS

State Bd. of Election Comm'rs, et al.    Defendant

APPLICATION FOR ADMISSION PRO HAC VICE

(A)  Name: Sophia Lin Lakin

Firm Name: American Civil Liberties Union Foundation, Inc.

Office Address: 125 Broad Street, 18th Floor

City: New York    State: NY    Zip: 10004

Telephone: (212) 519-7836    Fax: (212) 549-2654

E-Mail: slakin@aclu.org

(B)  Client(s): Miss. NAACP, et al. c/o ACLU Mississippi Foundation

Address: 101 South Congress Street

City: Jackson    State: MS    Zip: 39201

Telephone: (601) 473-5113    Fax: N/A

The following information is optional:

1

Have you had a prior or continuing representation in other matters of one or more of the clients you propose to represent, and is there a relationship between those other matter(s) and the proceeding for which you seek admission?

Do you have any special experience, expertise, or other factor that you believe makes it particularly desirable that you be permitted to represent the client(s) you propose to represent in this case?

(C)  I am admitted to practice in the:



✓     State of  New York

☐     District of Columbia

and I am currently in good standing with that Court. A certificate to that effect, issued by the appropriate licensing authority within ninety days of the date of this Application, is enclosed; the physical address, telephone number and website/email address for that admitting Court are:

New York Supreme Court Appellate Division - First Department
27 Madison Avenue
New York, NY 10010-2201
(212) 340-0400
www.nycourts.gov/courts/ad1/

All other courts before which I have been admitted to practice:

2

FORM 6 (ND/SD MISS. DEC. 2016)

| Jurisdiction | Period of Admission |
|---|---|
| U.S. District Court, Eastern District of Wisconsin | May 11, 2015 - Present |
| U.S. Court of Appeals, First Circuit | Feb. 24, 2025 - Present |
| U.S. Court of Appeals, Third Circuit | Nov. 24, 2020 - Present |
| U.S. Court of Appeals, Fourth Circuit | Apr. 28, 2016 - Present |
| U.S. Court of Appeals, Fifth Circuit | May 22, 2017 - Present |
| U.S. Court of Appeals, Sixth Circuit | Apr. 6, 2017 - Present |
| U.S. Court of Appeals, Seventh Circuit | Jul. 13, 2018 - Present |
| U.S. Court of Appeals, Eighth Circuit | Nov. 4, 2016 - Present |
| U.S. Court of Appeals, Ninth Circuit | Aug. 19, 2024 - Present |
| U.S. Court of Appeals, Tenth Circuit | May 4, 2016 - Present |
| U.S. Court of Appeals, Eleventh Circuit | May 17, 2017 - Present |
| U.S. Supreme Court | June 12, 2017 - Present |

(D)  Have you been denied admission pro hac vice in this state?   Yes ☐   No ☒

Have you had admission pro hac vice revoked in this state?   Yes ☐   No ☒

Has Applicant been formally disciplined or sanctioned by any court in this state in the last five years?   Yes ☐   No ☒

If the answer was "yes," describe, as to each such proceeding, the nature of the allegations, the name of the person or authority bringing such proceedings; the dates the proceedings were initiated and finally concluded; the style of the proceedings; and the findings made and actions taken in connection with those proceedings:

(E)  Has any formal, written disciplinary proceeding ever been brought against you by a disciplinary authority in any other jurisdiction within the last five years?   Yes ☐   No ☒

3

FORM 6 (ND/SD MISS. DEC. 2016)

If the answer was "yes," describe, as to each such proceeding, the nature of the allegations; the name of the person or authority bringing such proceedings; the date the proceedings were initiated and finally concluded; the style of the proceedings; and the findings made and actions taken in connection with those proceedings.

|  |  | Yes | No |
|---|---|---|---|
| (F) | Have you been formally held in contempt or otherwise sanctioned by any court in a written order in the last five years for disobeying its rules or orders? | ◯ | ⬤ |

If the answer was "yes," describe, as to each such order, the nature of the allegations, the name of the court before which such proceedings were conducted; the date of the contempt order or sanction, the caption of the proceedings, and the substances of the court's rulings (a copy of the written order or transcript of the oral rulings must be attached to the application).

(G) Please identify each proceeding in which you have filed an application to proceed pro hac vice in this state within the preceding two years, as follows:

| Name and Address of Court | Date of Application | Outcome of Application |
|---|---|---|
| U.S. District Court, Northern District of Mississippi<br>911 Jackson Avenue East<br>Oxford, MS 38655 | June 9, 2022 | Approved |
| U.S. District Court, Southern District of Mississippi<br>Thad Cochran United States Courthouse<br>501 E. Court Street<br>Suite 2.500<br>Jackson, MS 39201 | June 21, 2023 | Approved |
| U.S. District Court, Southern District of Mississippi<br>Address listed above | February 22, 2024 | Approved |

(H)  Please identify each case in which you have appeared as counsel pro hac vice in this state within the immediately preceding twelve months, are presently appearing as counsel pro hac vice, or have pending applications for admission to appear pro hac vice, as follows:

| Name and Address of Court | Style of Case |
|---|---|
| U.S. District Court, Northern District of Mississippi<br>911 Jackson Avenue East<br>Oxford, MS 38655 | White v. State Board of Election Commissioners<br>4:22-cv-62 |
| U.S. District Court, Southern District of Mississippi<br>Thad Cochran United States Courthouse<br>501 E. Court Street<br>Suite 2.500<br>Jackson, MS 39201 | Disability Rights MS v. Fitch<br>3:23-cv-350<br><br>Republican National Committee v. Wetzel<br>1:24-cv-25 |

(I)  Have you read and become familiar with all the LOCAL UNIFORM CIVIL RULES OF THE UNITED STATES DISTRICT COURTS FOR THE NORTHERN AND SOUTHERN DISTRICTS OF MISSISSIPPI?    Yes ●  No ○

Have you read and become familiar with the MISSISSIPPI RULES OF PROFESSIONAL CONDUCT?    Yes ●  No ○

(J)  Please provide the following information about the resident attorney who has been associated for this case:

Name and Bar Number    Joshua Tom (Miss. Bar No. 105392)

Firm Name:    American Civil Liberties Union of Mississippi Foundation

Office Address:    101 South Congress Street

City: Jackson    State: MS    Zip: 39201

Telephone: (601) 354-3408    Fax: (601) 355-6465

Email address: JTom@aclu-ms.org

5

(K)    The undersigned resident attorney certifies that he/she agrees to the association with Applicant in this matter and to the appearance as attorney of record with Applicant.

_____
Resident Attorney

I certify that the information provided in this Application is true and correct.

03/13/2025
_____
Date

_____
Applicant's Handwritten Signature

Unless exempted by Local Rule 83.1(d)(5), the application fee established by this Court must be enclosed with this Application.

## CERTIFICATE OF SERVICE

The undersigned Resident Attorney certifies that a copy of this Application for Admission Pro Hac Vice has been mailed or otherwise served on this date on all parties who have appeared in this case.

This the  27th  day of  March , 20 25 .

_____
Resident Attorney