# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

MISSISSIPPI STATE CONFERENCE OF THE
NATIONAL ASSOCIATION FOR THE
ADVANCEMENT OF COLORED PEOPLE; DR.
ANDREA WESLEY; DR. JOSEPH WESLEY;
ROBERT EVANS; GARY FREDERICKS; PAMELA
HAMNER; BARBARA FINN; OTHO BARNES;
SHIRLINDA ROBERTSON; SANDRA SMITH;
DEBORAH HULITT; RODESTA TUMBLIN; DR.
KIA JONES; MARCELEAN ARRINGTON;
VICTORIA ROBERTSON,

      *Plaintiffs*,

vs.

STATE BOARD OF ELECTION COMMISSIONERS;
TATE REEVES, *in his official capacity as Governor of Mississippi*; LYNN FITCH, *in her official capacity as Attorney General of Mississippi*; MICHAEL WATSON, *in his official capacity as Secretary of State of Mississippi*,

      *Defendants,*
AND

MISSISSIPPI REPUBLICAN EXECUTIVE
COMMITTEE,

*Intervenor-Defendant.*

**CIVIL ACTION NO.
3:22-cv-734-DPJ-HSO-LHS**

## MOTION BY AMICUS CURIAE DESOTO COUNTY
## FOR LEAVE TO FILE LETTER BRIEF

DeSoto County, Mississippi ("DeSoto County" or "the County"), as amicus curiae, respectfully requests leave to file a letter brief addressing the relevance of traditional redistricting principles to remedying a Section 2 violation, stating the following in support:

PD.49210558.1

1.  DeSoto County is a political subdivision of the State of Mississippi and has a significant interest in maintaining constitutional representation for its citizens in the Mississippi Legislature.

2.  DeSoto County was previously granted leave to file its Brief of Amicus Curiae in support of Plaintiffs' objections to the remedial districting plans recently adopted by the Mississippi Legislature. *See* 3/21/2025 Text Only Order; *see also* Brief of Amicus Curiae [251].

3.  On April 15, 2025, this Court entered its Findings of Facts and Conclusions of Law [254], concluding, among other things, that the new maps drawn by the Mississippi Legislature remedied the Section 2 violations except as to the Senate districts in the DeSoto County interest area. The Court further ordered the parties to docket letter briefs on the relevance of traditional redistricting principles when imposing a remedy for a Section 2 violation. *Id.*; *see also* 4/17/2025 Text Only Order.

4.  DeSoto County's proposed Letter Brief is necessary to address the relevance of traditional redistricting principles to remedying a Section 2 violation in the County interest area and to ensure compliance with all state and federal laws.

5.  In support of this Motion, DeSoto County offers a supporting memorandum of law as well as the following exhibit: **Exhibit 1**, Proposed Letter Brief.

6.  Although it does not appear that leave is required for DeSoto County to file its proposed letter brief since it has already obtained leave to participate as amicus curiae, DeSoto County contacted counsel for the parties out of an abundance of caution to inquire whether they intended to oppose its request for leave. As of filing this motion, Plaintiffs do not intend to oppose

the County's request, but Defendants have not indicated whether they intend to oppose the request.[1]

For these reasons, and those more fully explained in its supporting memorandum, DeSoto County respectfully requests leave of this Court to file the attached Letter Brief.

Dated: April 22, 2025.

Respectfully submitted,

**PHELPS DUNBAR LLP**

BY: */s/ Nicholas F. Morisani*
Nicholas F. Morisani, (MSB 104970)
Sonya Dickson (MSB 106284)
1905 Community Bank Way, Suite 200
Flowood, Mississippi 39232
Telephone: 601-352-2300
Telecopier: 601-360-9777
Email: Nick.Morisani@phelps.com
         Sonya.Dickson@phelps.com

*Attorneys for DeSoto County, Mississippi*

---

[1] The State Board of Election Commissioners indicated it could not determine whether it intended to oppose the request until it had an opportunity to review the County's proposed letter brief.

# CERTIFICATE OF COMPLIANCE WITH TYPE-VOLUME LIMITATION, TYPEFACE REQUIREMENTS AND TYPE STYLE REQUIREMENTS

1. This brief complies with the type-volume limitation of Fed R. App. P. 29(b)(4) and Local Rule 7(b)(5) because, excluding the parts of the brief exempted by Fed. R. App. P. 32(f), it is 349 words.

2. This brief complies with the typeface requirements of Local Rule 7(b)(5) because it has been prepared in proportionally-spaced typeface, including serifs, using Word, in Times New Roman 12-point font, except for the footnotes, which are in proportionally-spaced typeface, including serifs, using Word in Times New Roman 11-point font.

Dated: April 22, 2025.

Respectfully submitted,

 */s/ Nicholas F. Morisani*
Nicholas F. Morsani

PD.49210558.1

**CERTIFICATE OF SERVICE**

I certify that on April 22, 2025, I electronically filed this document with the Clerk of the Court using the ECF system, which sent notification of such filing to all ECF counsel of record in this action:

Tommie S. Cardin
P. Ryan Beckett
B. Parker Berry
J. Dillon Pitts
BUTLER SNOW LLP
1020 Highland Colony Parkway, Suite 1400
Ridgeland, MS 39157
P.O. Box 6010, Ridgeland, MS 39158-6010
Phone: 601.948.5711
Fax: 601.985.4500
tommie.cardin@butlersnow.com
ryan.beckett@butlersnow.com
parker.berry@butlersnow.com
dillon.pitts@butlersnow.com

Rex M. Shannon III
STATE OF MISSISSIPPI
OFFICE OF THE ATTORNEY GENERAL
CIVIL LITIGATION DIVISION
Post Office Box 220
Jackson, Mississippi 39205-0220
Tel.: (601) 359-4184
Fax: (601) 359-2003
rex.shannon@ago.ms.gov

Joshua Tom, MSB 105392
jtom@aclu-ms.org
ACLU OF MISSISSIPPI
101 South Congress Street
Jackson, MS 39201
(601) 354-3408

Robert B. McDuff, MSB 2532
rbm@mcdufflaw.com
MISSISSIPPI CENTER FOR JUSTICE
767 North Congress Street
Jackson, MS 39202
(601) 969-0802

Carroll Rhodes, MSB 5314
LAW OFFICES OF CARROLL RHODES
crhodes6@bellsouth.net
PO Box 588
Hazlehurst, MS 39083
(601) 894-1464

John P. Lavelle, Jr.
MORGAN, LEWIS & BOCKIUS LLP
2222 Market Street
Philadelphia, PA 19103-3007
Telephone: +1.215.963.5000
Facsimile: +1.215.963.5001
john.lavelle@morganlewis.com

Ari J. Savitzky
asavitzky@aclu.org
Ming Cheung
mcheung@aclu.org
125 Broad Street, 18th Floor
New York, New York 10004
(212) 549-2500

Jennifer Nwachukwu
jnwachukwu@lawyerscommittee.org
David Rollins-Boyd
drollins-boyd@lawyerscommittee.org
Javon Davis
jdavis@lawyerscommittee.org
LAWYERS' COMMITTEE FOR CIVIL RIGHTS UNDER LAW
1500 K Street NW Suite 900
Washington, DC 20005
(202) 662-8600

Drew Cleary Jordan
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Ave. NW
Washington, DC 20004-2541
Telephone: +1.202.739.3000
Facsimile: +1.202.739.3001
drew.jordan@morganlewis.com


*/s/ Nicholas F. Morisani*
Nicholas F. Morisani