# Exhibit A

# Minutes of the Meeting of the Mississippi State Board of Election Commissioners

### Tuesday, April 22, 2025, 4:00PM

<u>In Attendance</u>

Governor Tate Reeves, Presiding

Secretary of State Michael Watson

Deputy Attorney General Whitney Lipscomb

Michelle Williams, Chief of Staff of the Attorney General's Office

Assistant Secretary of State Leigh Triche Janous

Assistant Secretary of State Kyle Kirkpatrick

Joseph Sclafani, Counsel, Governor's Office

Hawley Robertson, Policy Advisor, Lieutenant Governor's Office

    Governor Tate Reeves called the meeting to order.

    Governor Reeves introduced the proposed redistricting map and description of court order allowing for State Board of Election Commissioners to present an alternate map in the matter styled <u>Mississippi State Conf. of the NAACP v. State Bd. of Election Comm'rs.</u>, No. 3:22-CV-734.

    Governor Reeves called for a motion to approve the submission of the proposed redistricting map and supporting documentation to the three-judge panel in the matter of <u>NAACP v. SBEC</u>.

    After calling for the motion, Secretary Watson inquired as to the availability of additional proposed maps and additional proposed time due to the short nature of the Court's order and complexity of map making.

    Governor Reeves stated his understanding, which is based on advice from outside counsel, is that failure to submit a map will result in the adoption of one of two proposed maps of the NAACP.



Secretary Watson made a motion to approve the proposed redistricting map and supporting documentation. Governor Reeves seconded the motion.

Governor Reeves and Secretary Watson voted in favor of the motion, and Deputy Attorney General Lipscomb voted in opposition to the motion. The motion carried two to one.

Governor Reeves then adjourned the meeting.

SO APPROVED, this the 22nd day of April, 2025.

_____
TATE REEVES
Governor


_____
MICHAEL WATSON
Secretary of State


_____   *Whitney Lipscomb on behalf*
LYNN FITCH                           *of AG Lynn Fitch*
Attorney General



| SBEC Remedial Plan Office | Democratic Candidate Race | Year | Senate District 2 | | Senate District 11 | |
|---|---|---|---|---|---|---|
| | | | Dem. % | Dem. Win | Dem. % | Dem. Win |
| Governor | White | 2019 | 51.1% | 1 | 59.8% | 1 |
| Lt. Governor | White | 2019 | 46.8% | 0 | 54.0% | 1 |
| Attorney General | Black | 2019 | 48.4% | 0 | 55.9% | 1 |
| Treasurer | Black | 2019 | 46.0% | 0 | 53.4% | 1 |
| Agriculture | White | 2019 | 47.0% | 0 | 55.2% | 1 |
| Insurance Commissioner | Black | 2019 | 46.3% | 0 | 53.3% | 1 |
| Secretary of State | Black | 2019 | 47.5% | 0 | 55.5% | 1 |
| U.S. President | White | 2020 | 54.8% | 1 | 59.3% | 1 |
| U.S. Senate | Black | 2020 | 59.1% | 1 | 62.9% | 1 |
| Governor | White | 2023 | 57.6% | 1 | 64.1% | 1 |
| Lt. Governor | White | 2023 | 54.0% | 1 | 57.3% | 1 |
| Secretary of State | Black | 2023 | 53.1% | 1 | 56.2% | 1 |
| Attorney General | White | 2023 | 52.9% | 1 | 56.5% | 1 |
| Auditor | Black | 2023 | 53.7% | 1 | 56.5% | 1 |
| Treasurer | Black | 2023 | 53.8% | 1 | 58.8% | 1 |
| Agriculture | Black | 2023 | 54.6% | 1 | 59.7% | 1 |
| Insurance Commissioner | Black | 2023 | 53.1% | 1 | 57.3% | 1 |
| U.S. President | Black | 2024 | 53.2% | 1 | 55.8% | 1 |
| U.S. Senate | Black | 2024 | 53.0% | 1 | 54.5% | 1 |
| Average | | | 51.9% | | 57.2% | |
| Number of Democratic Wins | | | | 13 | | 19 |
| % of Democratic Wins | | | | 68% | | 100% |
| Black Dem. Candidate Average | | | 51.8% | | 56.7% | |
| Black Dem. Candidate # of Wins | | | | 8 | | 12 |
| Black Dem. Candidate % of Wins | | | | 67% | | 100% |

93380654.v1