# EXHIBIT A

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION**

| | |
|---|---|
| MISSISSIPPI STATE CONFERENCE OF THE NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE; DR. ANDREA WESLEY; DR. JOSEPH WESLEY; ROBERT EVANS; GARY FREDERICKS; PAMELA HAMNER; BARBARA FINN; OTHO BARNES; SHIRLINDA ROBERTSON; SANDRA SMITH; DEBORAH HULITT; RODESTA TUMBLIN; DR. KIA JONES; MARCELEAN ARRINGTON; VICTORIA ROBERTSON,<br><br>        *Plaintiffs*,<br><br>vs.<br><br>STATE BOARD OF ELECTION COMMISSIONERS; TATE REEVES, *in his official capacity as Governor of Mississippi*; LYNN FITCH, *in her official capacity as Attorney General of Mississippi*; MICHAEL WATSON, *in his official capacity as Secretary of State of Mississippi,*<br><br>        *Defendants,*<br>AND<br><br>MISSISSIPPI REPUBLICAN EXECUTIVE COMMITTEE,<br><br>*Intervenor-Defendant.* | **CIVIL ACTION NO. 3:22-cv-734-DPJ-HSO-LHS** |

**DECLARATION OF WILLIAM S. COOPER REGARDING THE SBEC PLAN**

WILLIAM S. COOPER, acting in accordance with 28 U.S.C. § 1746, Federal Rule of Civil Procedure 26(a)(2)(B), and Federal Rules of Evidence 702 and 703, does hereby declare and say:

## I. INTRODUCTION

1.      I filed a declaration in this lawsuit on March 14, 2025. The attorneys for the plaintiffs have asked me to prepare tables and accompanying exhibits comparing population statistics and redistricting metrics for the North Delta area under the remedial plan submitted by Defendants to the Court on April 22, 2025 ("SBEC Plan").  For comparison, I also include similar metrics and statistics for Plaintiffs' Plan A and Plaintiffs' Plan B presented in my March 14, 2025 Declaration and the Exhibits thereto, which I incorporate here by reference.

## II. SBEC PLAN

2.      As shown in the **Figure 1** map (on the next page), under the SBEC Plan, new Black-majority SD 2 and adjacent Black-majority SD 11 are identified as modified districts (red boxes) compared to the 2022 Enacted Plan.

3.      SBEC Plan District 2, along the Tennessee line with its population base in Horn Lake and Southaven, is located in the same general area as trial-stage Illustrative District 2 and Black-majority District 11 under the 2025 Legislative Plan and Plaintiffs' Plans A and B. However, unlike in those other plans, SBEC Plan District 2 includes a White incumbent, Sen. David Parker in Southaven.

4.      SBEC Plan Black-majority District 11 draws significant population from the rural North Delta, including Coahoma, Quitman, and Tunica Counties.  It is located in the same general area as Black-majority District 1 under the 2025 Legislative Plan and Plaintiffs' Plans A and B.

However, unlike 2025 Legislative Plan District 1, which extended from the North Delta into

Hernando in the southern portion of DeSoto County, SBEC Plan District 11 extends from the

North Delta, through Tunica County, and into central and northern DeSoto County, where it picks

up suburban precincts in Horn Lake and Southaven.

**Figure 1: SBEC Plan**



5.      In addition to SD 2 and SD 11, the boundaries for SBEC Plan Districts 1 and 19 are

modified, as compared to the 2022 Enacted Plan.

6.      The table in **Figure 2** breaks out population statistics, according to the 2020

Census, for the same six districts in and around DeSoto County examined in my population

analysis in my March 14 report—the four districts that change under the SBEC Plan from the

2022 Enacted Plan, plus SD 10 (modified in the 2025 Legislative Plan and Plaintiffs' Plans A and

B but not modified under the SBEC Plan) and SD 12 (modified around Clarksdale under

Plaintiffs' Plans A and B).  **Exhibit A** is a Maptitude-generated document that reports population

statistics for all 52 Senate districts under the SBEC Plan.

**Figure 2:  SBEC Plan – North Delta Demographics by District**

| District | Population | Deviation | % Deviation | 18+ Pop | % 18+ AP Black | % 18+ Latino | % 18+ NH White |
|---|---|---|---|---|---|---|---|
| 1 | 55633 | -1315 | -2.31% | 41344 | 14.90% | 3.39% | 77.40% |
| 2 | 55062 | -1886 | -3.31% | 40139 | 50.10% | 5.45% | 41.23% |
| 10 | 57208 | 260 | 0.46% | 44981 | 29.28% | 3.13% | 65.62% |
| 11 | 55403 | -1545 | -2.71% | 41667 | 53.49% | 3.38% | 40.73% |
| 12 | 54639 | -2309 | -4.05% | 42004 | 68.51% | 1.55% | 28.68% |
| 19 | 58078 | 1130 | 1.98% | 43764 | 27.54% | 3.99% | 63.74% |

7.    Maps depicting all 52 districts by plan (with accompanying statistics accessible via

a tab above the map) can be viewed on the *Dave's Redistricting Application* at the links below.[1]

**SBEC Plan**

https://davesredistricting.org/join/3d92c8e8-d9e8-45c4-9e42-9e19de275293

**2025 Legislative Plan**

https://davesredistricting.org/join/465e94b2-6677-4c16-93fd-4cf648282843

**Plaintiffs' Plan A**:

https://davesredistricting.org/join/9aa1854b-a5af-4e0a-ae1c-f2d81908f3d2

---

[1] For reference, the 2022 Enacted Plan can also be viewed on DRA at the link below.
https://davesredistricting.org/join/72917be8-dc92-4faa-95cd-0c686d5ab1ea

**Plaintiffs' Plan B**

https://davesredistricting.org/join/e38c0acb-2717-4cc5-a765-b983f5970b55

8.      The table in **Figure 3** compares key redistricting metrics associated with traditional redistricting principles for the same six districts displayed in **Figure 2** (SDs 1, 2, 10, 11, 12, and 19) under the SBEC Plan with the 2025 Legislative Plan, side-by-side with Plaintiffs' Plans A and B.  The Maptitude-generated reports in **Exhibit B-1** report these metrics by district for the relevant districts in the SBEC Plan.  My March 14, 2025 report included exhibits containing similar data for the other comparator plans.

**Figure 3: Redistricting Metrics – SDs 1, 2, 10, 11, 12, and 19**

|  | 2025 SBEC Plan | 2025 Legislative Plan | Plaintiffs' Senate Plan A | Plaintiffs' Senate Plan B |
|---|---|---|---|---|
| Total Split Counties | 8 | 8 | 8 | 8 |
| Total County Splits (populated) | 11 | 10 | 11 | 11 |
| VTD  Splits (populated) | 15 | 32 | 11 | 13 |
| Municipal Splits (populated) | 23 | 26 | 21 | 22 |
| Mean Reock Compactness* | .30 | .28 | .32 | .33 |
| Mean Polsby Popper Compactness* | .16 | .17 | .18 | .23 |
| DeSoto District BVAP (non-dilution) | 50.1% | 50.92% | 50.15% | 50.15% |
| North Delta District BVAP (non-dilution) | 53.49% | 52.46% | 57.23% | 57.14% |

* Higher is better

9.      The table in **Figure 4** compares key redistricting metrics associated with traditional redistricting principles, comparing the two Black-majority districts reconfigured by the SBEC Plan with the comparator districts in the 2025 Legislative Plan as well as Plaintiffs' Plans A and

5

B.  The Maptitude-generated reports in **Exhibit B-2** report these metrics by district for the relevant two Black-majority districts in the SBEC Plan.  My March 14, 2025 report included exhibits containing similar data for the other comparator plans.

**Figure 4: Redistricting Metrics – North Delta Black-Majority Districts**

|  | 2025 SBEC Plan | 2025 Legislative Plan | Plaintiffs' Senate Plan A | Plaintiffs' Senate Plan B |
|---|---|---|---|---|
| Total Split Counties | 4 | 4 | 5 | 4 |
| Total County Splits (populated) | 5 | 5 | 5 | 5 |
| VTD  Splits (populated) | 14 | 29 | 8 | 11 |
| Municipal Splits (populated) | 15 | 11 | 0 | 9 |
| Mean Reock Compactness* | .22 | .25 | .26 | .31 |
| Mean Polsby Popper Compactness* | .13 | .13 | .14 | .15 |
| DeSoto District BVAP (non-dilution) | 50.1% | 50.92% | 50.15% | 50.15% |
| North Delta District BVAP (non-dilution) | 53.49% | 52.46% | 57.23% | 57.06% |

\* Higher is better

10.    With respect to traditional redistricting principles, Plaintiffs' Plan A and Plaintiffs' Plan B are on par with or superior to the SBEC Plan.

11.    Maptitude-generated reports showing the allocation of counties and communities by population and race for the SBEC Plan are included in **Exhibit C-1** and **Exhibit C-2**.

# # #

I reserve the right to continue to supplement my declaration in light of additional facts, testimony and/or materials that may come to light.

6

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct according to the best of my knowledge, information and belief.

Executed on April 28, 2025

WILLIAM S. COOPER

# COOPER EXHIBIT A

User:
Plan Name: **2025_SBEC_Plan**
Plan Type: **Senate**

# Population Summary

Saturday, April 26, 2025                                                                                                                          9:39 AM

| District | Population | Deviation | % Devn. | [18+_Pop] | [NH18+_Wht] | [% NH18+_Wht] | [18+_AP_Blk] | [% 18+_AP_Blk] |
|---|---|---|---|---|---|---|---|---|
| 28001 | 55,633 | -1,315 | -2.31% | 41,344 | 32,001 | 77.4% | 6,160 | 14.9% |
| 28002 | 55,062 | -1,886 | -3.31% | 40,139 | 16,551 | 41.23% | 20,109 | 50.1% |
| 28003 | 59,005 | 2,057 | 3.61% | 45,381 | 31,159 | 68.66% | 11,609 | 25.58% |
| 28004 | 56,555 | -393 | -0.69% | 43,590 | 35,132 | 80.6% | 6,111 | 14.02% |
| 28005 | 58,670 | 1,722 | 3.02% | 45,880 | 40,641 | 88.58% | 3,293 | 7.18% |
| 28006 | 58,981 | 2,033 | 3.57% | 45,316 | 34,463 | 76.05% | 8,294 | 18.3% |
| 28007 | 56,427 | -521 | -0.91% | 43,252 | 24,312 | 56.21% | 17,335 | 40.08% |
| 28008 | 59,525 | 2,577 | 4.53% | 46,202 | 30,410 | 65.82% | 13,730 | 29.72% |
| 28009 | 58,854 | 1,906 | 3.35% | 47,932 | 33,966 | 70.86% | 9,881 | 20.61% |
| 28010 | 59,487 | 2,539 | 4.46% | 46,778 | 28,765 | 61.49% | 15,657 | 33.47% |
| 28011 | 55,403 | -1,545 | -2.71% | 41,667 | 16,972 | 40.73% | 22,289 | 53.49% |
| 28012 | 54,639 | -2,309 | -4.05% | 42,004 | 12,048 | 28.68% | 28,778 | 68.51% |
| 28013 | 54,387 | -2,561 | -4.50% | 42,273 | 13,025 | 30.81% | 27,545 | 65.16% |
| 28014 | 54,111 | -2,837 | -4.98% | 41,915 | 24,756 | 59.06% | 15,799 | 37.69% |
| 28015 | 54,122 | -2,826 | -4.96% | 44,109 | 30,118 | 68.28% | 11,501 | 26.07% |
| 28016 | 54,158 | -2,790 | -4.90% | 42,060 | 14,194 | 33.75% | 26,522 | 63.06% |
| 28017 | 54,117 | -2,831 | -4.97% | 42,630 | 27,893 | 65.43% | 12,569 | 29.48% |
| 28018 | 54,256 | -2,692 | -4.73% | 40,382 | 24,115 | 59.72% | 10,918 | 27.04% |
| 28019 | 58,078 | 1,130 | 1.98% | 43,764 | 27,895 | 63.74% | 12,051 | 27.54% |
| 28020 | 55,424 | -1,524 | -2.68% | 42,478 | 32,688 | 76.95% | 6,891 | 16.22% |
| 28021 | 54,626 | -2,322 | -4.08% | 41,243 | 13,628 | 33.04% | 26,168 | 63.45% |
| 28022 | 54,710 | -2,238 | -3.93% | 41,218 | 14,363 | 34.85% | 24,712 | 59.95% |
| 28023 | 54,789 | -2,159 | -3.79% | 42,488 | 22,660 | 53.33% | 18,117 | 42.64% |
| 28024 | 54,335 | -2,613 | -4.59% | 40,822 | 13,267 | 32.5% | 26,580 | 65.11% |
| 28025 | 54,273 | -2,675 | -4.70% | 41,790 | 28,231 | 67.55% | 10,317 | 24.69% |

## Population Summary

| District | Population | Deviation | % Devn. | [18+_Pop] | [NH18+_Wht] | [% NH18+_Wht] | [18+_AP_Blk] | [% 18+_AP_Blk] |
|---|---|---|---|---|---|---|---|---|
| 28026 | 57,722 | 774 | 1.36% | 44,813 | 12,185 | 27.19% | 30,233 | 67.46% |
| 28027 | 58,455 | 1,507 | 2.65% | 46,066 | 13,500 | 29.31% | 30,862 | 67% |
| 28028 | 57,247 | 299 | 0.53% | 43,618 | 5,943 | 13.63% | 36,378 | 83.4% |
| 28029 | 54,712 | -2,236 | -3.93% | 43,378 | 18,364 | 42.33% | 23,202 | 53.49% |
| 28030 | 55,711 | -1,237 | -2.17% | 43,139 | 28,258 | 65.5% | 12,077 | 28% |
| 28031 | 55,190 | -1,758 | -3.09% | 40,899 | 24,239 | 59.27% | 12,712 | 31.08% |
| 28032 | 54,397 | -2,551 | -4.48% | 41,037 | 12,698 | 30.94% | 27,061 | 65.94% |
| 28033 | 54,883 | -2,065 | -3.63% | 42,632 | 28,997 | 68.02% | 11,905 | 27.93% |
| 28034 | 55,833 | -1,115 | -1.96% | 42,118 | 17,397 | 41.31% | 22,447 | 53.3% |
| 28035 | 58,139 | 1,191 | 2.09% | 44,759 | 25,744 | 57.52% | 17,626 | 39.38% |
| 28036 | 58,619 | 1,671 | 2.93% | 44,613 | 34,369 | 77.04% | 8,142 | 18.25% |
| 28037 | 59,040 | 2,092 | 3.67% | 46,589 | 16,218 | 34.81% | 28,560 | 61.3% |
| 28038 | 59,405 | 2,457 | 4.31% | 46,096 | 16,603 | 36.02% | 28,324 | 61.45% |
| 28039 | 59,727 | 2,779 | 4.88% | 45,749 | 31,346 | 68.52% | 13,046 | 28.52% |
| 28040 | 59,417 | 2,469 | 4.34% | 45,874 | 36,284 | 79.09% | 6,090 | 13.28% |
| 28041 | 58,702 | 1,754 | 3.08% | 44,206 | 32,201 | 72.84% | 10,395 | 23.51% |
| 28042 | 59,320 | 2,372 | 4.17% | 44,908 | 38,398 | 85.5% | 3,757 | 8.37% |
| 28043 | 55,114 | -1,834 | -3.22% | 42,216 | 30,632 | 72.56% | 9,912 | 23.48% |
| 28044 | 58,028 | 1,080 | 1.90% | 44,223 | 35,084 | 79.33% | 6,587 | 14.89% |
| 28045 | 59,004 | 2,056 | 3.61% | 46,911 | 19,165 | 40.85% | 24,039 | 51.24% |
| 28046 | 59,647 | 2,699 | 4.74% | 45,969 | 38,229 | 83.16% | 3,827 | 8.33% |
| 28047 | 59,203 | 2,255 | 3.96% | 45,110 | 36,198 | 80.24% | 4,705 | 10.43% |
| 28048 | 58,933 | 1,985 | 3.49% | 45,511 | 27,740 | 60.95% | 13,382 | 29.4% |
| 28049 | 59,739 | 2,791 | 4.90% | 46,247 | 27,731 | 59.96% | 13,230 | 28.61% |
| 28050 | 59,591 | 2,643 | 4.64% | 45,272 | 27,463 | 60.66% | 10,089 | 22.29% |
| 28051 | 57,105 | 157 | 0.28% | 44,683 | 29,089 | 65.1% | 11,151 | 24.96% |
| 28052 | 58,769 | 1,821 | 3.20% | 44,306 | 28,123 | 63.47% | 10,405 | 23.48% |

Total Population:             2,961,279

Ideal District Population:    56,948

## Population Summary

**Summary Statistics:**

| | |
|---|---|
| Population Range: | 54,111 to 59,739 |
| Ratio Range: | 0.10 |
| Absolute Range: | -2,837 to 2,791 |
| Absolute Overall Range: | 5,628 |
| Relative Range: | -4.98% to 4.90% |
| Relative Overall Range: | 9.88% |
| Absolute Mean Deviation: | 1,954.79 |
| Relative Mean Deviation: | 3.43% |
| Standard Deviation: | 2,078.68 |

# COOPER EXHIBIT B-1a

User:
Plan Name: **2025_SBEC_Analysis_**
Plan Type: **Senate**

# Political Subdivision Splits Between Districts

Friday, April 25, 2025                                                                    3:23 PM

### Split Counts

| Number of subdivisions split into more than one district: | | Number of splits involving no population: | |
|---|---|---|---|
| County | 8 | County | 0 |
| Voting District | 17 | Voting District | 2 |

Number of times a subdivision is split into multiple districts:
| | |
|---|---|
| County | 11 |
| Voting District | 17 |

| County | Voting District | District | Population |
|---|---|---|---|
| *Split  Counties:* | | | |
| Bolivar MS | | 28012 | 5,982 |
| Coahoma MS | | 28011 | 17,655 |
| Coahoma MS | | 28012 | 3,735 |
| DeSoto MS | | 28001 | 52,144 |
| DeSoto MS | | 28002 | 49,916 |
| DeSoto MS | | 28011 | 25,176 |
| DeSoto MS | | 28019 | 58,078 |
| Lafayette MS | | 28010 | 2,358 |
| Marshall MS | | 28010 | 28,897 |
| Tate MS | | 28001 | 3,489 |
| Tate MS | | 28010 | 22,815 |
| Tate MS | | 28011 | 1,760 |
| Tunica MS | | 28002 | 5,146 |
| Tunica MS | | 28011 | 4,636 |
| Union MS | | 28010 | 5,417 |
| *Split  VTDs:* | | | |
| Coahoma MS | Clarksdale 5 | 28011 | 2,972 |
| Coahoma MS | Clarksdale 5 | 28012 | 254 |
| DeSoto MS | Elmore | 28011 | 4,140 |
| DeSoto MS | Elmore | 28019 | 0 |
| DeSoto MS | Greenbrook South | 28002 | 869 |
| DeSoto MS | Greenbrook South | 28019 | 6,785 |
| DeSoto MS | Horn Lake Central | 28002 | 1,018 |
| DeSoto MS | Horn Lake Central | 28011 | 2,499 |
| DeSoto MS | Horn Lake Intermediate School | 28002 | 2,676 |
| DeSoto MS | Horn Lake Intermediate School | 28011 | 2,227 |
| DeSoto MS | Horn Lake North | 28002 | 4,047 |
| DeSoto MS | Horn Lake North | 28011 | 1,538 |
| DeSoto MS | Lake Cormorant | 28002 | 318 |
| DeSoto MS | Lake Cormorant | 28011 | 848 |
| DeSoto MS | Mineral Wells | 28002 | 2,613 |

## Political Subdivision Splits Between Districts

2025_SBEC_Analysis_

| County | Voting District | District | Population |
|---|---|---|---|
| DeSoto MS | Mineral Wells | 28019 | 3,193 |
| DeSoto MS | Northwest Community College | 28002 | 936 |
| DeSoto MS | Northwest Community College | 28011 | 6,661 |
| DeSoto MS | Summershill | 28002 | 2,276 |
| DeSoto MS | Summershill | 28019 | 2,092 |
| DeSoto MS | Walls | 28002 | 2,957 |
| DeSoto MS | Walls | 28011 | 3,074 |
| Lafayette MS | Oxford 2 | 28010 | 141 |
| Marshall MS | N. Holly Springs Dist. 2 | 28010 | 371 |
| Tate MS | Strayhorn 1 | 28001 | 220 |
| Tate MS | Strayhorn 1 | 28011 | 946 |
| Tunica MS | New Sub | 28002 | 837 |
| Tunica MS | New Sub | 28011 | 329 |
| Tunica MS | Prichard | 28002 | 0 |
| Tunica MS | Prichard | 28011 | 583 |
| Tunica MS | Robinsonville | 28002 | 1,939 |
| Tunica MS | Robinsonville | 28011 | 7 |

# COOPER EXHIBIT B-1b

User:
Plan Name: **2025_SBEC_Analysis_**
Plan Type: **Senate**

# Communities of Interest (Condensed)

Friday, April 25, 2025                                                                                                    3:24 PM

**Whole City/Town : 289**
**City/Town Splits: 23**
**Zero Population City/Town Splits: 0**

| District | City/Town | Population | % Pop | District | City/Town | Population | % Pop |
|----------|-----------|-----------|-------|----------|-----------|-----------|-------|
| Unassigned | Crenshaw | 508 | 79.62% | | | | |
| Unassigned | Crowder | 251 | 43.80% | | | | |
| Unassigned | Holly Springs | 3,697 | 53.06% | | | | |
| 28001 | Senatobia | 11 | 0.13% | | | | |
| 28001 | Hernando | 17,025 | 99.34% | | | | |
| 28001 | Southaven | 9,120 | 16.69% | | | | |
| 28001 | Olive Branch | 1,756 | 4.42% | | | | |
| 28002 | Walls | 1,215 | 89.93% | | | | |
| 28002 | Horn Lake | 17,580 | 65.75% | | | | |
| 28002 | Southaven | 22,799 | 41.72% | | | | |
| 28002 | Olive Branch | 6,262 | 15.77% | | | | |
| 28010 | Senatobia | 8,343 | 99.87% | | | | |
| 28010 | Holly Springs | 3,271 | 46.94% | | | | |
| 28011 | Walls | 136 | 10.07% | | | | |
| 28011 | Horn Lake | 9,156 | 34.25% | | | | |
| 28011 | Southaven | 11,085 | 20.28% | | | | |
| 28011 | Clarksdale | 14,743 | 98.93% | | | | |
| 28011 | Crenshaw | 130 | 20.38% | | | | |
| 28011 | Crowder | 322 | 56.20% | | | | |
| 28012 | Clarksdale | 160 | 1.07% | | | | |
| 28019 | Hernando | 113 | 0.66% | | | | |
| 28019 | Southaven | 11,644 | 21.31% | | | | |
| 28019 | Olive Branch | 31,693 | 79.81% | | | | |

# COOPER EXHIBIT B-1c

User:
Plan Name: **2025_SBEC_Analysis_**
Plan Type: **Senate**

# Measures of Compactness Report

Friday, April 25, 2025                                                                                          3:23 PM

|        | Reock | Polsby-Popper |
|--------|-------|---------------|
| Sum      | N/A  | N/A  |
| Min      | 0.16 | 0.09 |
| Max      | 0.43 | 0.23 |
| Mean     | 0.30 | 0.16 |
| Std. Dev.| 0.11 | 0.06 |

| District | Reock | Polsby-Popper |
|----------|-------|---------------|
| 28001 | 0.43 | 0.22 |
| 28002 | 0.16 | 0.11 |
| 28010 | 0.37 | 0.23 |
| 28011 | 0.28 | 0.14 |
| 28012 | 0.20 | 0.09 |
| 28019 | 0.36 | 0.18 |

# Measures of Compactness Report

Measures of Compactness Summary

**Reock**           The measure is always between 0 and 1, with 1 being the most compact.
**Polsby-Popper**    The measure is always between 0 and 1, with 1 being the most compact.

# COOPER EXHIBIT B-2a

User:
Plan Name: **SBEC_BVAP_Analysis**
Plan Type: **Senate**

# Political Subdivision Splits Between Districts

Wednesday, April 23, 2025                                                                 4:23 PM

### Split Counts

| | | | |
|---|---|---|---|
| Number of subdivisions split into more than one district: | | Number of splits involving no population: | |
| County | 4 | County | 0 |
| Voting District | 15 | Voting District | 1 |

Number of times a subdivision is split into multiple districts:
| | |
|---|---|
| County | 5 |
| Voting District | 15 |

| County | Voting District | District | Population |
|---|---|---|---|
| *Split Counties:* | | | |
| Coahoma MS | | 28011 | 17,655 |
| DeSoto MS | | 28002 | 49,916 |
| DeSoto MS | | 28011 | 25,176 |
| Tate MS | | 28011 | 1,760 |
| Tunica MS | | 28002 | 5,146 |
| Tunica MS | | 28011 | 4,636 |
| *Split VTDs:* | | | |
| Coahoma MS | Clarksdale 5 | 28011 | 2,972 |
| DeSoto MS | Elmore | 28011 | 4,140 |
| DeSoto MS | Greenbrook South | 28002 | 869 |
| DeSoto MS | Horn Lake Central | 28002 | 1,018 |
| DeSoto MS | Horn Lake Central | 28011 | 2,499 |
| DeSoto MS | Horn Lake Intermediate School | 28002 | 2,676 |
| DeSoto MS | Horn Lake Intermediate School | 28011 | 2,227 |
| DeSoto MS | Horn Lake North | 28002 | 4,047 |
| DeSoto MS | Horn Lake North | 28011 | 1,538 |
| DeSoto MS | Lake Cormorant | 28002 | 318 |
| DeSoto MS | Lake Cormorant | 28011 | 848 |
| DeSoto MS | Mineral Wells | 28002 | 2,613 |
| DeSoto MS | Northwest Community College | 28002 | 936 |
| DeSoto MS | Northwest Community College | 28011 | 6,661 |
| DeSoto MS | Summershill | 28002 | 2,276 |
| DeSoto MS | Walls | 28002 | 2,957 |
| DeSoto MS | Walls | 28011 | 3,074 |
| Tate MS | Strayhorn 1 | 28011 | 946 |
| Tunica MS | New Sub | 28002 | 837 |
| Tunica MS | New Sub | 28011 | 329 |
| Tunica MS | Prichard | 28002 | 0 |
| Tunica MS | Prichard | 28011 | 583 |

## Political Subdivision Splits Between Districts

| County | Voting District | District | Population |
|---|---|---|---|
| Tunica MS | Robinsonville | 28002 | 1,939 |
| Tunica MS | Robinsonville | 28011 | 7 |

# COOPER EXHIBIT B-2b

User:
Plan Name: **SBEC_BVAP_Analysis**
Plan Type: **Senate**

# Communities of Interest (Condensed)

Wednesday, April 23, 2025                                                          4:24 PM

**Whole City/Town : 292**
**City/Town Splits: 15**
**Zero Population City/Town Splits: 0**

| District | City/Town | Population | % Pop | District | City/Town | Population | % Pop |
|----------|-----------|-----------:|------:|----------|-----------|-----------:|------:|
| Unassigned | Southaven | 20,764 | 38.00% | | | | |
| Unassigned | Clarksdale | 160 | 1.07% | | | | |
| Unassigned | Crenshaw | 508 | 79.62% | | | | |
| Unassigned | Crowder | 251 | 43.80% | | | | |
| Unassigned | Olive Branch | 33,449 | 84.23% | | | | |
| 28002 | Walls | 1,215 | 89.93% | | | | |
| 28002 | Horn Lake | 17,580 | 65.75% | | | | |
| 28002 | Southaven | 22,799 | 41.72% | | | | |
| 28002 | Olive Branch | 6,262 | 15.77% | | | | |
| 28011 | Walls | 136 | 10.07% | | | | |
| 28011 | Horn Lake | 9,156 | 34.25% | | | | |
| 28011 | Southaven | 11,085 | 20.28% | | | | |
| 28011 | Clarksdale | 14,743 | 98.93% | | | | |
| 28011 | Crenshaw | 130 | 20.38% | | | | |
| 28011 | Crowder | 322 | 56.20% | | | | |

# COOPER EXHIBIT B-2c

User:
Plan Name: **SBEC_BVAP_Analysis**
Plan Type: **Senate**

# Measures of Compactness Report

Wednesday, April 23, 2025                                                                                              4:23 PM

|        | Reock | Polsby-Popper |
|--------|-------|---------------|
| Sum    | N/A   | N/A           |
| Min    | 0.16  | 0.11          |
| Max    | 0.28  | 0.14          |
| Mean   | 0.22  | 0.13          |
| Std. Dev. | 0.08 | 0.02        |

| District | Reock | Polsby-Popper |
|----------|-------|---------------|
| 28002    | 0.16  | 0.11          |
| 28011    | 0.28  | 0.14          |

## Measures of Compactness Report

Measures of Compactness Summary

**Reock**          The measure is always between 0 and 1, with 1 being the most compact.
**Polsby-Popper**  The measure is always between 0 and 1, with 1 being the most compact.

# COOPER EXHIBIT C-1

User:
Plan Name: **2025_SBEC_Analysis_**
Plan Type: **Senate**

# Plan Components with Population Detail

Saturday, April 26, 2025                                                                 3:03 PM

| | Total Population | NH_Wht | [Hispanic Origin] | AP_Blk |
|---|---|---|---|---|
| **District 28001** | | | | |
| **County: DeSoto MS** | | | | |
| Total: | 52,144 | 39,881 | 2,157 | 7,732 |
| | | 76.48% | 4.14% | 14.83% |
| Voting Age | 38,673 | 29,960 | 1,335 | 5,659 |
| | | 77.47% | 3.45% | 14.63% |
| **County: Tate MS** | | | | |
| Total: | 3,489 | 2,616 | 128 | 670 |
| | | 74.98% | 3.67% | 19.20% |
| Voting Age | 2,671 | 2,041 | 66 | 501 |
| | | 76.41% | 2.47% | 18.76% |
| **District 28001 Total** | | | | |
| Total: | 55,633 | 42,497 | 2,285 | 8,402 |
| | | 76.39% | 4.11% | 15.10% |
| Voting Age | 41,344 | 32,001 | 1,401 | 6,160 |
| | | 77.40% | 3.39% | 14.90% |
| **District 28002** | | | | |
| **County: DeSoto MS** | | | | |
| Total: | 49,916 | 19,594 | 3,424 | 25,220 |
| | | 39.25% | 6.86% | 50.52% |
| Voting Age | 36,535 | 16,044 | 2,130 | 17,101 |
| | | 43.91% | 5.83% | 46.81% |
| **County: Tunica MS** | | | | |
| Total: | 5,146 | 559 | 72 | 4,475 |
| | | 10.86% | 1.40% | 86.96% |
| Voting Age | 3,604 | 507 | 57 | 3,008 |
| | | 14.07% | 1.58% | 83.46% |
| **District 28002 Total** | | | | |
| Total: | 55,062 | 20,153 | 3,496 | 29,695 |
| | | 36.60% | 6.35% | 53.93% |
| Voting Age | 40,139 | 16,551 | 2,187 | 20,109 |
| | | 41.23% | 5.45% | 50.10% |
| **District 28010** | | | | |
| **County: Lafayette MS** | | | | |
| Total: | 2,358 | 1,243 | 61 | 982 |
| | | 52.71% | 2.59% | 41.65% |
| Voting Age | 1,855 | 971 | 36 | 793 |
| | | 52.35% | 1.94% | 42.75% |
| **County: Marshall MS** | | | | |
| Total: | 28,897 | 15,335 | 1,499 | 11,546 |
| | | 53.07% | 5.19% | 39.96% |
| Voting Age | 23,071 | 12,736 | 950 | 8,953 |
| | | 55.20% | 4.12% | 38.81% |

**Maptitude**
For Redistricting

## Plan Components with Population Detail

| | Total Population | NH_Wht | [Hispanic Origin] | AP_Blk |
|---|---|---|---|---|
| **District 28010** | | | | |
| **County: Tate MS** | | | | |
| Total: | 22,815 | 14,004 | 616 | 7,757 |
| | | 61.38% | 2.70% | 34.00% |
| Voting Age | 17,763 | 11,326 | 397 | 5,701 |
| | | 63.76% | 2.23% | 32.09% |
| **County: Union MS** | | | | |
| Total: | 5,417 | 4,913 | 94 | 315 |
| | | 90.70% | 1.74% | 5.82% |
| Voting Age | 4,089 | 3,732 | 65 | 210 |
| | | 91.27% | 1.59% | 5.14% |
| **District 28010 Total** | | | | |
| Total: | 59,487 | 35,495 | 2,270 | 20,600 |
| | | 59.67% | 3.82% | 34.63% |
| Voting Age | 46,778 | 28,765 | 1,448 | 15,657 |
| | | 61.49% | 3.10% | 33.47% |
| **District 28011** | | | | |
| **County: Coahoma MS** | | | | |
| Total: | 17,655 | 2,891 | 238 | 14,414 |
| | | 16.37% | 1.35% | 81.64% |
| Voting Age | 12,971 | 2,477 | 160 | 10,239 |
| | | 19.10% | 1.23% | 78.94% |
| **County: DeSoto MS** | | | | |
| Total: | 25,176 | 13,550 | 1,872 | 8,712 |
| | | 53.82% | 7.44% | 34.60% |
| Voting Age | 19,042 | 11,071 | 1,132 | 6,038 |
| | | 58.14% | 5.94% | 31.71% |
| **County: Quitman MS** | | | | |
| Total: | 6,176 | 1,484 | 21 | 4,637 |
| | | 24.03% | 0.34% | 75.08% |
| Voting Age | 4,885 | 1,299 | 4 | 3,547 |
| | | 26.59% | 0.08% | 72.61% |
| **County: Tate MS** | | | | |
| Total: | 1,760 | 1,399 | 61 | 255 |
| | | 79.49% | 3.47% | 14.49% |
| Voting Age | 1,278 | 1,050 | 31 | 164 |
| | | 82.16% | 2.43% | 12.83% |
| **County: Tunica MS** | | | | |
| Total: | 4,636 | 1,294 | 119 | 3,190 |
| | | 27.91% | 2.57% | 68.81% |
| Voting Age | 3,491 | 1,075 | 80 | 2,301 |
| | | 30.79% | 2.29% | 65.91% |
| **District 28011 Total** | | | | |
| Total: | 55,403 | 20,618 | 2,311 | 31,208 |
| | | 37.21% | 4.17% | 56.33% |
| Voting Age | 41,667 | 16,972 | 1,407 | 22,289 |
| | | 40.73% | 3.38% | 53.49% |
| **District 28012** | | | | |

## Plan Components with Population Detail

2025_SBEC_Analysis_

| | Total Population | NH_Wht | [Hispanic Origin] | AP_Blk |
|---|---|---|---|---|
| **District 28012** | | | | |
| **County: Bolivar MS** | | | | |
| Total: | 5,982 | 1,792 | 212 | 3,952 |
| | | 29.96% | 3.54% | 66.06% |
| Voting Age | 4,783 | 1,530 | 169 | 3,047 |
| | | 31.99% | 3.53% | 63.70% |
| **County: Coahoma MS** | | | | |
| Total: | 3,735 | 1,394 | 112 | 2,176 |
| | | 37.32% | 3.00% | 58.26% |
| Voting Age | 2,944 | 1,163 | 89 | 1,644 |
| | | 39.50% | 3.02% | 55.84% |
| **County: Washington MS** | | | | |
| Total: | 44,922 | 11,180 | 584 | 32,601 |
| | | 24.89% | 1.30% | 72.57% |
| Voting Age | 34,277 | 9,355 | 393 | 24,087 |
| | | 27.29% | 1.15% | 70.27% |
| **District 28012 Total** | | | | |
| Total: | 54,639 | 14,366 | 908 | 38,729 |
| | | 26.29% | 1.66% | 70.88% |
| Voting Age | 42,004 | 12,048 | 651 | 28,778 |
| | | 28.68% | 1.55% | 68.51% |
| **District 28019** | | | | |
| **County: DeSoto MS** | | | | |
| Total: | 58,078 | 35,441 | 2,708 | 17,104 |
| | | 61.02% | 4.66% | 29.45% |
| Voting Age | 43,764 | 27,895 | 1,748 | 12,051 |
| | | 63.74% | 3.99% | 27.54% |
| **District 28019 Total** | | | | |
| Total: | 58,078 | 35,441 | 2,708 | 17,104 |
| | | 61.02% | 4.66% | 29.45% |
| Voting Age | 43,764 | 27,895 | 1,748 | 12,051 |
| | | 63.74% | 3.99% | 27.54% |

# COOPER EXHIBIT C-2

User:
Plan Name: **2025_SBEC_Analysis_**
Plan Type: **Senate**

# Communities of Interest (Landscape, 11x8.5)

Saturday, April 26, 2025                                                                                     3:00 PM

| City/Town | District | Population | % | NH_Wht | % | AP_Blk | % |
|---|---|---|---|---|---|---|---|
| Clarksdale | 28011 | 14,743 | 98.9 | 2,124 | 98.6 | 12,310 | 99.0 |
| Clarksdale | 28012 | 160 | 1.1 | 31 | 1.4 | 120 | 1.0 |
| Crenshaw | 28011 | 130 | 20.4 | 2 | 1.5 | 127 | 25.6 |
| Crenshaw | Unassigned | 508 | 79.6 | 135 | 98.5 | 369 | 74.4 |
| Crowder | 28011 | 322 | 56.2 | 191 | 98.5 | 124 | 33.6 |
| Crowder | Unassigned | 251 | 43.8 | 3 | 1.6 | 245 | 66.4 |
| Hernando | 28001 | 17,025 | 99.3 | 13,115 | 99.4 | 2,168 | 99.4 |
| Hernando | 28019 | 113 | 0.7 | 78 | 0.6 | 14 | 0.6 |
| Holly Springs | 28010 | 3,271 | 46.9 | 760 | 63.7 | 2,438 | 43.3 |
| Holly Springs | Unassigned | 3,697 | 53.1 | 433 | 36.3 | 3,198 | 56.7 |
| Horn Lake | 28002 | 17,580 | 65.8 | 5,651 | 56.0 | 10,124 | 73.7 |
| Horn Lake | 28011 | 9,156 | 34.3 | 4,447 | 44.0 | 3,622 | 26.4 |
| North Tunica | 28002 | 485 | 63.8 | 2 | 6.3 | 482 | 68.2 |
| North Tunica | 28011 | 275 | 36.2 | 30 | 93.8 | 225 | 31.8 |
| Olive Branch | 28001 | 1,756 | 4.4 | 1,012 | 4.7 | 595 | 4.1 |
| Olive Branch | 28002 | 6,262 | 15.8 | 2,657 | 12.3 | 3,170 | 21.8 |
| Olive Branch | 28019 | 31,693 | 79.8 | 17,969 | 83.0 | 10,748 | 74.1 |
| Pleasant Hill | 28001 | 505 | 27.1 | 426 | 27.2 | 23 | 20.2 |
| Pleasant Hill | 28019 | 1,358 | 72.9 | 1,143 | 72.9 | 91 | 79.8 |
| Senatobia | 28001 | 11 | 0.1 | 7 | 0.2 | 4 | 0.1 |
| Senatobia | 28010 | 8,343 | 99.9 | 4,460 | 99.8 | 3,504 | 99.9 |

## Communities of Interest (Landscape, 11x8.5)

| City/Town | District | Population | % | NH_Wht | % | AP_Blk | % |
|---|---|---|---|---|---|---|---|
| Southaven | 28001 | 9,120 | 16.7 | 5,857 | 20.1 | 2,296 | 11.8 |
| Southaven | 28002 | 22,799 | 41.7 | 10,190 | 34.9 | 10,165 | 52.3 |
| Southaven | 28011 | 11,085 | 20.3 | 5,834 | 20.0 | 3,912 | 20.1 |
| Southaven | 28019 | 11,644 | 21.3 | 7,283 | 25.0 | 3,060 | 15.8 |
| Strayhorn | 28001 | 230 | 81.0 | 216 | 85.7 | 8 | 44.4 |
| Strayhorn | 28011 | 54 | 19.0 | 36 | 14.3 | 10 | 55.6 |
| Walls | 28002 | 1,215 | 89.9 | 330 | 79.3 | 795 | 96.0 |
| Walls | 28011 | 136 | 10.1 | 86 | 20.7 | 33 | 4.0 |

## Communities of Interest (Landscape, 11x8.5)

| City/Town | -- Listed by District | | | | | |
|---|---|---|---|---|---|---|
| | Population | % | NH_Wht | % | AP_Blk | % |
| Crenshaw (part) | 508 | 79.6 | 135 | 98.5 | 369 | 74.4 |
| Crowder (part) | 251 | 43.8 | 3 | 1.6 | 245 | 66.4 |
| Holly Springs (part) | 3,697 | 53.1 | 433 | 36.3 | 3,198 | 56.7 |
| **District Unassigned Totals** | **1,407,117** | | **647,811** | | **644,984** | |
| Hernando (part) | 17,025 | 99.3 | 13,115 | 99.4 | 2,168 | 99.4 |
| Olive Branch (part) | 1,756 | 4.4 | 1,012 | 4.7 | 595 | 4.1 |
| Pleasant Hill (part) | 505 | 27.1 | 426 | 27.2 | 23 | 20.2 |
| Senatobia (part) | 11 | 0.1 | 7 | 0.2 | 4 | 0.1 |
| Southaven (part) | 9,120 | 16.7 | 5,857 | 20.1 | 2,296 | 11.8 |
| Strayhorn (part) | 230 | 81.0 | 216 | 85.7 | 8 | 44.4 |
| **District 28001 Totals** | **29,318** | | **21,211** | | **5,162** | |
| Horn Lake (part) | 17,580 | 65.8 | 5,651 | 56.0 | 10,124 | 73.7 |
| North Tunica (part) | 485 | 63.8 | 2 | 6.3 | 482 | 68.2 |
| Olive Branch (part) | 6,262 | 15.8 | 2,657 | 12.3 | 3,170 | 21.8 |
| Southaven (part) | 22,799 | 41.7 | 10,190 | 34.9 | 10,165 | 52.3 |
| Walls (part) | 1,215 | 89.9 | 330 | 79.3 | 795 | 96.0 |
| **District 28002 Totals** | **50,772** | | **19,321** | | **26,401** | |
| Holly Springs (part) | 3,271 | 46.9 | 760 | 63.7 | 2,438 | 43.3 |
| **District 28010 Totals** | **17,327** | | **8,243** | | **8,260** | |

## Communities of Interest (Landscape, 11x8.5)

|  | Population | % | NH_Wht | % | AP_Blk | % |
|---|---|---|---|---|---|---|
| Clarksdale (part) | 14,743 | 98.9 | 2,124 | 98.6 | 12,310 | 99.0 |
| Crenshaw (part) | 130 | 20.4 | 2 | 1.5 | 127 | 25.6 |
| Crowder (part) | 322 | 56.2 | 191 | 98.5 | 124 | 33.6 |
| Horn Lake (part) | 9,156 | 34.3 | 4,447 | 44.0 | 3,622 | 26.4 |
| North Tunica (part) | 275 | 36.2 | 30 | 93.8 | 225 | 31.8 |
| Southaven (part) | 11,085 | 20.3 | 5,834 | 20.0 | 3,912 | 20.1 |
| Strayhorn (part) | 54 | 19.0 | 36 | 14.3 | 10 | 55.6 |
| Walls (part) | 136 | 10.1 | 86 | 20.7 | 33 | 4.0 |
| **District 28011 Totals** | **44,954** | | **15,636** | | **26,229** | |
| Clarksdale (part) | 160 | 1.1 | 31 | 1.4 | 120 | 1.0 |
| **District 28012 Totals** | **42,858** | | **7,083** | | **34,941** | |
| Hernando (part) | 113 | 0.7 | 78 | 0.6 | 14 | 0.6 |
| Olive Branch (part) | 31,693 | 79.8 | 17,969 | 83.0 | 10,748 | 74.1 |
| Pleasant Hill (part) | 1,358 | 72.9 | 1,143 | 72.9 | 91 | 79.8 |
| Southaven (part) | 11,644 | 21.3 | 7,283 | 25.0 | 3,060 | 15.8 |
| **District 28019 Totals** | **47,089** | | **28,513** | | **14,019** | |

## Summary Statistics

| | |
|---|---|
| Number of City/Town not split | 413 |
| Number of City/Town split | 14 |
| Number of City/Town split in 2 | 12 |
| Number of City/Town split in 3 | 1 |
| Number of City/Town split in 4 | 1 |
| Total number of splits | 31 |