UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

MISSISSIPPI STATE CONFERENCE OF
THE NATIONAL ASSOCIATION FOR
THE ADVANCEMENT OF COLORED
PEOPLE, et al.                                                                                   PLAINTIFFS

V.                                                                       CIVIL NO. 3:22-CV-734-DPJ-HSO-LHS

STATE BOARD OF ELECTION
COMMISSIONERS, et al.                                                                        DEFENDANTS

Before Southwick, *Circuit Judge*, Ozerden, *Chief District Judge*, and Jordan, *District Judge*

FINAL JUDGMENT

The Court having resolved all of the claims and defenses in this case, this matter is due to be closed. Accordingly,

IT IS HEREBY ORDERED AND ADJUDGED that judgment is entered in favor of Plaintiffs and against Defendants, the Court retaining jurisdiction to consider appropriate post-judgment motions such as those seeking attorney fees.

**SO ORDERED AND ADJUDGED** this the 7th day of May, 2025.

ENTERED FOR THE PANEL:

s/ *Daniel P. Jordan III*
UNITED STATES DISTRICT JUDGE