IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

| | |
|---|---|
| MISSISSIPPI STATE CONFERENCE OF THE NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE; DR. ANDREA WESLEY; DR. JOSEPH WESLEY; ROBERT EVANS; GARY FREDERICKS; PAMELA HAMNER; BARBARA FINN; OTHO BARNES; SHIRLINDA ROBERTSON; SANDRA SMITH; DEBORAH HULITT; RODESTA TUMBLIN; DR. KIA JONES; MARCELEAN ARRINGTON; VICTORIA ROBERTSON | **PLAINTIFFS** |
| VS. | CIVIL ACTION NO. 3:22-cv-734-DPJ-HSO-LHS |
| STATE BOARD OF ELECTION COMMISSIONERS; TATE REEVES, *in his official capacity as Governor of Mississippi*; LYNN FITCH, *in her official capacity as Attorney General of Mississippi*; MICHAEL WATSON, *in his official capacity as Secretary of State of Mississippi* | **DEFENDANTS** |
| AND | |
| MISSISSIPPI REPUBLICAN EXECUTIVE COMMITTEE | **INTERVENOR DEFENDANT** |

## PROOF OF SERVICE OF NOTICE OF APPEAL

Defendants State Board of Election Commissioners, Tate Reeves, in his official capacity as Governor of Mississippi, Lynn Fitch, in her official capacity as Attorney General of Mississippi, and Michael Watson, in his official capacity as Secretary of State of Mississippi (collectively "Defendants"), by and through counsel, pursuant to U.S. Sup. Ct. R. 18 and R. 29, hereby certify that the undersigned counsel of record has caused to be served, via first-class United States Mail,

postage prepaid, a true and correct copy of Defendants' Notice of Appeal filed this day in the above-styled and numbered cause to the following counsel of record for Plaintiffs and Intervenor Defendant Mississippi Republican Executive Committee:

> Ari J. Savitzky, Esq.
> American Civil Liberties Union Foundation, Inc. – New York
> 125 Broad Street
> 17th Floor
> New York, New York 10004
> 212-549-2681
>
> Joshua F. Tom, Esq.
> ACLU of Mississippi – Jackson
> Post Office Box 2242
> Jackson, Mississippi 39225-2242
> 601-354-3408

ATTORNEYS FOR PLAINTIFFS

> Michael B. Wallace, Esq.
> Charles E. Cowan, Esq.
> Wise Carter Child & Caraway, P.A.
> Post Office Box 651
> Jackson, Mississippi 39205-0651
> 601-968-5500

ATTORNEYS FOR INTERVENOR DEFENDANT MISSISSIPPI REPUBLICAN EXECUTIVE COMMITTEE

The above-listed counsel of record, as well as all other counsel of record for Plaintiffs, have contemporaneously been served with Defendants' Notice of Appeal via electronic mail and via the Court's ECF filing system. All parties required to be served with Defendants' Notice of Appeal have been served.

*(Declaration of counsel on following page)*

## DECLARATION

Pursuant to 28 U.S.C. § 1746, I, Rex M. Shannon III, Special Assistant Attorney General, Mississippi Attorney General's Office, hereby certify under penalty of perjury under the laws of the United States of America that the facts set forth in the above and foregoing *Proof of Service of Notice of Appeal* are true and correct to the best of my knowledge and information at the time of this declaration.

Executed this the 3rd day of July, 2025.

REX M. SHANNON III,
SPECIAL ASSISTANT ATTORNEY GENERAL,
MISSISSIPPI ATTORNEY GENERAL'S OFFICE

THIS the 3rd day of July, 2025.

Respectfully submitted,

STATE BOARD OF ELECTION COMMISSIONERS, TATE REEVES, IN HIS OFFICIAL CAPACITY AS GOVERNOR OF MISSISSIPPI, LYNN FITCH, IN HER OFFICIAL CAPACITY AS ATTORNEY GENERAL OF MISSISSIPPI, AND MICHAEL WATSON, IN HIS OFFICIAL CAPACITY AS SECRETARY OF STATE OF MISSISSIPPI, DEFENDANTS

By: LYNN FITCH, ATTORNEY GENERAL
STATE OF MISSISSIPPI

By: s/Rex M. Shannon III
REX M. SHANNON III (MB #102974)
Special Assistant Attorney General

REX M. SHANNON III (MB #102974)
STATE OF MISSISSIPPI
OFFICE OF THE ATTORNEY GENERAL
CIVIL LITIGATION DIVISION
Post Office Box 220
Jackson, Mississippi 39205-0220
Tel.: (601) 359-4184
Fax: (601) 359-2003
rex.shannon@ago.ms.gov

TOMMIE S. CARDIN (MB #5863)
P. RYAN BECKETT (MB #99524)
B. PARKER BERRY (MB #104251)
BUTLER SNOW LLP
Post Office Box 6010
Ridgeland, Mississippi 39158-6010
Tel.: (601) 985-4570
Fax: (601) 985-4500
tommie.cardin@butlersnow.com
ryan.beckett@butlersnow.com
parker.berry@butlersnow.com

ATTORNEYS FOR DEFENDANTS STATE BOARD OF ELECTION COMMISSIONERS, TATE REEVES, IN HIS OFFICIAL CAPACITY AS GOVERNOR OF MISSISSIPPI, LYNN FITCH, IN HER OFFICIAL CAPACITY AS ATTORNEY GENERAL OF MISSISSIPPI, AND MICHAEL WATSON, IN HIS OFFICIAL CAPACITY AS SECRETARY OF STATE OF MISSISSIPPI

## CERTIFICATE OF SERVICE

I, Rex M. Shannon III, Special Assistant Attorney General and one of the attorneys for the above-named defendants, do hereby certify that I have this date caused to be filed with the Clerk of the Court a true and correct copy of the above and foregoing via the Court's ECF filing system, which sent notification of such filing to all counsel of record.

THIS the 3rd day of July, 2025.

s/Rex M. Shannon III
REX M. SHANNON III