IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DISTRICT

MISSISSIPPI STATE CONFERENCE OF THE
NATIONAL ASSOCIATION FOR THE
ADVANCEMENT OF COLORED PEOPLE;
DR. ANDREA WESLEY; DR. JOSEPH
WESLEY; ROBERT EVANS; GARY FREDRICKS;
PAMELA HAMNER; BARBARA FINN; OTHO BARNES;
SHIRLINDA ROBERTSON; SANDRA SMITH;
DEBORAH HJULITT; RODESTA TUMBLIN;
DR. KIA JONES; ANGELA GRAYSON;
MARCHELEAN ARRINGTON; AND
VICTORIA ROBERTSON                                                         PLAINTIFFS

 VS.                                    CIVIL ACTION NO.  3:22-CV-734-DPJ-HSO-LHS

STATE BOARD OF ELECTION
COMMISSIONERS; TATE REEVES, *in his
official capacity as Governor of Mississippi*;
LYNN FITCH, *in her official capacity as
Attorney General of Mississippi*; MICHAEL
WATSON, *in his official capacity as Secretary of
State of Mississippi*                                                       DEFENDANTS

And

MISSISSIPPI REPUBLICAN
EXECUTIVE COMMITTEE                                      INTERVENOR-DEFENDANT

PROOF OF SERVICE OF NOTICE OF APPEAL

Intervenor-defendant Mississippi Republican Executive Committee, by and through counsel, pursuant to U.S. Sup. Ct. R. 18 and 29, hereby certifies that the undersigned counsel of record has caused to be served, via first-class United States Mail, postage prepaid, a true and correct copy of intervenor-defendant's notice of appeal filed this day in the above-styled and numbered cause to the following counsel of record for plaintiffs and defendants:

1

Ari J. Savitzky, Esq.
American Civil Liberties Union Foundation, Inc. – New York
125 Broad Street
17th Floor
New York, NY 10004
212-549-2681

Joshua F. Tom, Esq.
ACLU of Mississippi – Jackson
Post Office Box 2242
Jackson, MS 39225-2242
601-354-3408

ATTORNEYS FOR PLAINTIFFS

Rex M. Shannon, Esq.
State of Mississippi, Office of the Attorney General
Civil Litigation Division
Post Office Box 220
Jackson, MS 39205-0220
601-359-4184

Tommie S. Cardin, Esq.
P. Ryan Beckett, Esq.
B. Parker Berry, Esq.
Butler Snow LLP
Post Office Box 6010
Ridgeland, MS 39158-6010
601-985-4570

ATTORNEYS FOR STATE BOARD OF ELECTION COMMISSIONERS, TATE REEVES, IN HIS OFFICIAL CAPACITY AS GOVERNOR OF MISSISSIPPI, LYNN FITCH, IN HER OFFICIAL CAPACITY AS ATTORNEY GENERAL OF MISSISSIPPI, AND MICHAEL WATSON, IN HIS OFFICIAL CAPACITY AS SECRETARY OF STATE OF MISSISSIPPI, DEFENDANTS

The above-listed counsel of record, as well as all other counsel of record, have contemporaneously been served with intervenor-defendant's notice of appeal via electronic mail and via the Court's ECF filing system. All parties required to be served with intervenor-defendant's notice of appeal have been served.

*(Declaration of counsel on following page)*

**DECLARATION**

Pursuant to 28 U.S.C. § 1746, I, Michael B. Wallace, one of the attorneys for the Mississippi Republican Party Executive Committee, hereby certifies under penalty of perjury under the laws of the United States of America that the facts set forth in the above and foregoing *Proof of Service of Notice of Appeal* are true and correct to the best of my knowledge and information at the time of this declaration.

Executed this the 3rd day of July, 2025.

|  |  |
|---|---|
|  | By:  */s/ Michael B. Wallace*<br>MICHAEL B. WALLACE<br>MISSISSIPPI REPUBLICAN EXECUTIVE COMMITTEE |
| THIS the 3rd day of July, 2025. |  |
|  | Respectfully submitted, |
|  | **MISSISSIPPI REPUBLICAN EXECUTIVE COMMITTEE** |
|  | By:  */s/ Michael B. Wallace*<br>      MICHAEL B. WALLACE |
|  | Michael B. Wallace (MSB #6904)<br>Charles E. Cowan (MSB #104478)<br>WISE CARTER CHILD & CARAWAY, P.A.<br>Post Office Box 651<br>Jackson, Mississippi 39205-0651<br>Ph: (601) 968-5500<br>Fax: (601) 968-5519<br>mbw@wisecarter.com<br>cec@wisecarter.com |

**CERTIFICATE OF SERVICE**

I, Michael B. Wallace, one of the attorneys for the Mississippi Republican Party Executive Committee, do hereby certify that I have this date caused to be filed with the Clerk of the Court a true and correct copy of the above and foregoing via the Court's ECF filing system, which sent notification of such filing to all counsel of record.

THIS, this the 3rd day of July, 2025.

>  */s/ Michael B. Wallace*
> MICHAEL B. WALLACE