IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

| | |
|---|---|
| MISSISSIPPI STATE CONFERENCE OF THE NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE; DR. ANDREA WESLEY; DR. JOSEPH WESLEY; ROBERT EVANS; GARY FREDERICKS; PAMELA HAMNER; BARBARA FINN; OTHO BARNES; SHIRLINDA ROBERTSON; SANDRA SMITH; DEBORAH HULITT; RODESTA TUMBLIN; DR. KIA JONES; MARCELEAN ARRINGTON; VICTORIA ROBERTSON | PLAINTIFFS |
| VS. | CIVIL ACTION NO. 3:22-cv-734-DPJ-HSO-LHS |
| STATE BOARD OF ELECTION COMMISSIONERS; TATE REEVES, *in his official capacity as Governor of Mississippi*; LYNN FITCH, *in her official capacity as Attorney General of Mississippi*; MICHAEL WATSON, *in his official capacity as Secretary of State of Mississippi* | DEFENDANTS |
| AND | |
| MISSISSIPPI REPUBLICAN EXECUTIVE COMMITTEE | INTERVENOR DEFENDANT |

### NOTICE OF APPEAL

Defendants State Board of Election Commissioners, Tate Reeves, in his official capacity as Governor of Mississippi, Lynn Fitch, in her official capacity as Attorney General of Mississippi, and Michael Watson, in his official capacity as Secretary of State of Mississippi, hereby appeal to the United States Supreme Court from the entirety of the Final Judgment [ECF #263] entered on

May 7, 2025, in the above-styled and numbered cause.  This appeal is taken pursuant to 28 U.S.C. § 1253 within the time for appeal permitted by 28 U.S.C. § 2101(b).

THIS the 3rd day of July, 2025.

Respectfully submitted,

STATE BOARD OF ELECTION COMMISSIONERS, TATE REEVES, IN HIS OFFICIAL CAPACITY AS GOVERNOR OF MISSISSIPPI, LYNN FITCH, IN HER OFFICIAL CAPACITY AS ATTORNEY GENERAL OF MISSISSIPPI, AND MICHAEL WATSON, IN HIS OFFICIAL CAPACITY AS SECRETARY OF STATE OF MISSISSIPPI, DEFENDANTS

By:    LYNN FITCH, ATTORNEY GENERAL
       STATE OF MISSISSIPPI

By:    s/Rex M. Shannon III
       REX M. SHANNON III (MB #102974)
       Special Assistant Attorney General

REX M. SHANNON III (MB #102974)
STATE OF MISSISSIPPI
OFFICE OF THE ATTORNEY GENERAL
CIVIL LITIGATION DIVISION
Post Office Box 220
Jackson, Mississippi  39205-0220
Tel.:  (601) 359-4184
Fax:  (601) 359-2003
rex.shannon@ago.ms.gov

TOMMIE S. CARDIN (MB #5863)
P. RYAN BECKETT (MB #99524)
B. PARKER BERRY (MB #104251)
BUTLER SNOW LLP
Post Office Box 6010
Ridgeland, Mississippi  39158-6010
Tel.:  (601) 985-4570
Fax:  (601) 985-4500
tommie.cardin@butlersnow.com
ryan.beckett@butlersnow.com
parker.berry@butlersnow.com

ATTORNEYS FOR DEFENDANTS STATE
BOARD OF ELECTION COMMISSIONERS,
TATE REEVES, IN HIS OFFICIAL CAPACITY
AS GOVERNOR OF MISSISSIPPI, LYNN
FITCH, IN HER OFFICIAL CAPACITY AS
ATTORNEY GENERAL OF MISSISSIPPI, AND
MICHAEL WATSON, IN HIS OFFICIAL
CAPACITY AS SECRETARY OF STATE OF
MISSISSIPPI

## **CERTIFICATE OF SERVICE**

I, Rex M. Shannon III, Special Assistant Attorney General and one of the attorneys for the above-named defendants, do hereby certify that I have this date caused to be filed with the Clerk of the Court a true and correct copy of the above and foregoing via the Court's ECF filing system, which sent notification of such filing to all counsel of record, and that I have this date caused to be served, via electronic mail, a true and correct copy of the above and foregoing to all counsel of record.

I further certify that I have this date caused to be served, via first-class United States Mail, postage prepaid, a true and correct copy of the above and foregoing to the following:

Ari J. Savitzky, Esq.
American Civil Liberties Union Foundation, Inc. – New York
125 Broad Street
17th Floor
New York, New York  10004
212-549-2681

Joshua F. Tom, Esq.
ACLU of Mississippi – Jackson
Post Office Box 2242
Jackson, Mississippi  39225-2242
601-354-3408

ATTORNEYS FOR PLAINTIFFS

Michael B. Wallace, Esq.
Charles E. Cowan, Esq.
Wise Carter Child & Caraway, P.A.
Post Office Box 651
Jackson, Mississippi  39205-0651
601-968-5500

ATTORNEYS FOR INTERVENOR DEFENDANT MISSISSIPPI REPUBLICAN EXECUTIVE COMMITTEE

THIS the 3rd day of July, 2025.

s/Rex M. Shannon III
REX M. SHANNON III
