IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DISTRICT

MISSISSIPPI STATE CONFERENCE OF THE
NATIONAL ASSOCIATION FOR THE
ADVANCEMENT OF COLORED PEOPLE;
DR. ANDREA WESLEY; DR. JOSEPH
WESLEY; ROBERT EVANS; GARY FREDRICKS;
PAMELA HAMNER; BARBARA FINN; OTHO BARNES;
SHIRLINDA ROBERTSON; SANDRA SMITH;
DEBORAH HJULITT; RODESTA TUMBLIN;
DR. KIA JONES; ANGELA GRAYSON;
MARCHELEAN ARRINGTON; AND
VICTORIA ROBERTSON                                                               PLAINTIFFS

VS.                                            CIVIL ACTION NO. 3:22-CV-734-DPJ-HSO-LHS

STATE BOARD OF ELECTION
COMMISSIONERS; TATE REEVES, *in his
official capacity as Governor of Mississippi*;
LYNN FITCH, *in her official capacity as
Attorney General of Mississippi*; MICHAEL
WATSON, *in his official capacity as Secretary of
State of Mississippi*                                                            DEFENDANTS

And

MISSISSIPPI REPUBLICAN
EXECUTIVE COMMITTEE                                                  INTERVENOR-DEFENDANT

### NOTICE OF APPEAL TO THE SUPREME COURT OF THE UNITED STATES

Notice is hereby given that the Mississippi Republican Executive Committee, the intervenor-defendant above named, hereby appeals to the Supreme Court of the United States from the entirety of the final judgment of the three-judge district court issued on May 7, 2025 [Dkt. #263].

1

This appeal is taken pursuant to 28 U.S.C. § 1253 within the time for appeal permitted by 28 U.S.C. § 2101(b).

**MISSISSIPPI REPUBLICAN**
**EXECUTIVE COMMITTEE**

By:   */s/ Michael B. Wallace*
      MICHAEL B. WALLACE

**OF COUNSEL:**

Michael B. Wallace (MSB #6904)
Charles E. Cowan (MSB #104478)
WISE CARTER CHILD & CARAWAY, P.A.
Post Office Box 651
Jackson, Mississippi 39205-0651
Ph: (601) 968-5500
Fax: (601) 968-5519
mbw@wisecarter.com
cec@wisecarter.com

**CERTIFICATE OF SERVICE**

I, Michael B. Wallace, one of the attorneys for the Mississippi Republican Executive Committee, do hereby certify that I have this date caused to filed with the Clerk of the Court a true and correct copy of the above and foregoing via the Court's ECF filing system, which sent notification of such filing to all counsel of record, and that I have this date caused to served, via electronic mail, a true and correct copy of the above and foregoing to all counsel of record.

I further certify that I have this dated caused to be served, via first-class United States Mail, postage prepaid, a true and correct copy of the above and foregoing to the following:

Ari J. Savitzky, Esq.
American Civil Liberties Union Foundation, Inc. – New York
125 Broad Street
17th Floor
New York, NY 10004
212-549-2681

Joshua F. Tom, Esq.
ACLU of Mississippi – Jackson
Post Office Box 2242
Jackson, MS 39225-2242
601-354-3408

ATTORNEYS FOR PLAINTIFFS

Rex M. Shannon, Esq.
State of Mississippi, Office of the Attorney General
Civil Litigation Division
Post Office Box 220
Jackson, MS 39205-0220
601-359-4184

Tommie S. Cardin, Esq.
P. Ryan Beckett, Esq.
B. Parker Berry, Esq.
Butler Snow LLP
Post Office Box 6010
Ridgeland, MS 39158-6010
601-985-4570

ATTORNEYS FOR STATE BOARD OF ELECTION COMMISSIONERS, TATE REEVES, IN HIS OFFICIAL CAPACITY AS GOVERNOR OF MISSISSIPPI, LYNN FITCH, IN HER OFFICIAL CAPACITY AS ATTORNEY GENERAL OF MISSISSIPPI, AND MICHAEL WATSON, IN HIS OFFICIAL CAPACITY AS SECRETARY OF STATE OF MISSISSIPPI, DEFENDANTS

**SO CERTIFIED,** this the 3rd day of July, 2025.

/s/ *Michael B. Wallace*
MICHAEL B. WALLACE