**UNITED STATES DISTRICT COURT**
OFFICE OF THE CLERK
SOUTHERN DISTRICT OF MISSISSIPPI
Jackson, Mississippi

ARTHUR JOHNSTON
CLERK OF COURT

Arthur_Johnston@mssd.uscourts.gov

501 E. Court St., Suite 2.500
Jackson, MS  39201

TELEPHONE
601-608-4010

July 8, 2025

*Divisions*

SOUTHERN at Gulfport
2012 15th St., Suite 403, Zip 39501

EASTERN at Hattiesburg
701 N. Main St., Suite 200, Zip 39401

JACKSON & WESTERN at Jackson
501 E. Court St., Suite 2.500 Zip 39201

Office of the Clerk
Supreme Court of the United States
One First Street, N.E.
Washington, DC 20543

Re:   Notice of Appeal
      3:22-cv-00734-DPJ-HSO-LHS

Dear Intake Clerk:

Our Court is enclosing a certified copy of the above referenced Notice of Appeal filed in our Court on 7/3/2025, along with a certified copy of our Docket Sheet. From my understanding, the attorneys will mail the filing fee to your office.

Please let us know if you need additional information.

Yours very truly,

Arthur Johnston, Clerk

L. Townsend
Deputy Clerk

Enclosures