CASE NO. 3:22cv734-DPJ-HSO-LHS

MS NAACP, et al.

VS. State Board of Election Commissioners, et al.

PLAINTIFF'S EXHIBIT JTX-001 – JTX-007 JTX-021, JTX-032, JTX-035 JTX-038

DATE _____ IDEN.

DATE 2-26-2024 EVID.

BY D. Powell

AO 386  Deputy Clerk

Candice Crane, CA

MISSISSIPPI STATE CONFERENCE OF THE NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE; et al., vs. STATE BOARD OF ELECTION COMMISSIONERS; et al.

CIVIL ACTION NO.
3:22-cv-734-DPJ-HSO-LHS

FLASH DRIVES

JTX Stamped Trial Exhibits

# JTX-006

# Provided in Native Format for Illustrative Senate Plan Block Equivalency Files

3:22-cv-734
JTX-006