CASE NO. 3:22CV734-DPJ-HSO-LHS
MS NAACP, et Al.
VS. State Board of Election Commissioners, et Al.
PLAINTIFF'S EXHIBIT JTX-001 – JTX-007 JTX-021, JTX-032, JTX-035
DATE JTX-038 IDEN.
DATE 2-26-2024 EVID.
BY D. Powell
AO 386  Deputy Clerk
Candice Crane, CD

MISSISSIPPI STATE CONFERENCE OF THE NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE; et al., vs. STATE BOARD OF ELECTION COMMISSIONERS; et al.

CIVIL ACTION NO.
3:22-cv-734-DPJ-HSO-LHS

FLASH DRIVES

JTX Stamped Trial Exhibits

# JTX-007

# Provided in Native Format for Illustrative House Plan Block Equivalency Files

3:22-cv-734
JTX-007