EXHIBIT NO. JTX-008 evid.
CAUSE NO. 3:22cv734-DPJ-HSO-LHS
WITNESS
CLERK: _____ SHONE POWELL

FEB 26 2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
Candice Crane, REPORTER

## Criteria for State Legislative Districts:

1. Each district's population should be less than 5% above or below the ideal population of the district.

2. Districts should be composed of contiguous territory.

3. The redistricting plan should comply with all applicable state and federal laws including Section 2 of the Voting Rights Act of 1965, as amended, and the Mississippi and United States Constitutions.

## Criteria for Congressional Districts:

1. District population should be as equal as practicable.

2. Districts should be composed of contiguous territory.

3. The redistricting plan should comply with all applicable state and federal laws including Section 2 of the Voting Rights Act of 1965, as amended, and the Mississippi and United States Constitutions.

4. The Committee should consider the neutral redistricting factors employed by the Court in *Smith v. Hosemann*, 852 F. Supp. 2d 757 (S.D. Miss. 2011).

62139403.v1

3:22-cv-734

JTX-008

SDT-SJLCRR-001393

JTX-008-001