EXHIBIT NO. JTX-009 evid.
CAUSE NO. 3:22cv734-DPJ-HSO-LHS
WITNESS
CLERK: _____ SHONE POWELL

FEB 26 2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
Candice Crane, REPORTER

| DISTRICT | FIRST_NAME | LAST_NAME | Tenure | Address1 | Address | City | State | Zip |
|---|---|---|---|---|---|---|---|---|
| 1 | Michael | McLendon | 1 | 2245 Memphis St. | | Hernando | MS | 38632 |
| 2 | Dr. David | Parker | 8 | 4889 Bobo Place | | Olive Branch | MS | 38654 |
| 3 | Kathy | Chism | 1 | 1506 Moss Hill Dr. | | New Albany | MS | 38652 |
| 4 | Rita | Parks | 9 | 150 County Road 632 | | Corinth | MS | 38834 |
| 5 | Daniel | Sparks | 1 | 1294 County Road 961 | | Belmont | MS | 38827 |
| 6 | Chad | McMahan | 5 | 1537 Hwy 145 | | Guntown | MS | 38849 |
| 7 | Hob | Bryan | 37 | 714 South Third Street | | Amory | MS | |
| 8 | Benjamin | Suber | 1 | | | | | |
| 9 | Nicole | Boyd | 1 | 113 Sivley Street | | Oxford | MS | 38655 |
| 10 | Neil | Whaley | 3 | 6685 Church Ave. | | Potts Camp | MS | 38659 |
| 11 | Robert | Jackson | 17 | | | | | |
| 12 | Derrick | Simmons | 10 | 15 West Lake Lee Rd. | | Greenville | MS | 38701 |
| 13 | Sarita | Simmons | 1 | | | | | |
| 14 | Lydia | Chassaniol | 14 | 846 South Church St. | | Winona | MS | 38967 |
| 15 | Bart | Williams | 1 | 508 New Hope Church Road | | Starkville | MS | 39759 |
| 16 | Angela | Ford | 8 | 398 Point Harbor Drive | | West Point | MS | 39773 |
| 17 | Charles | Younger | 7 | 1213 Younger Rd. | | Columbus | MS | 39701 |
| 18 | Jenifer | Branning | 5 | 235 West Beacon St. | | Philadelphia | MS | 39350 |
| 19 | Kevin | Blackwell | 5 | 4105 Jessica Dr. | | Southhaven | MS | 38672 |
| 20 | Josh | Harkins | 9 | 726 Inheritance Place | | Flowood | MS | 39232 |
| 21 | Barbara | Blackmon | 5 | 374 North West Street | | Canton | MS | 39046 |
| 22 | Joseph | Thomas | 5 | 820 Prentiss Ave. | | Yazoo City | MS | 39194 |
| 23 | W. Briggs | Hopson III | 13 | 3320 Indiana Ave | | Vicksburg | MS | 39180 |
| 24 | David | Jordan | 28 | | | | | |
| 25 | J. | Michel | 17 | 241 Richardson Road | | Ridgeland | MS | 39157 |
| 26 | John | Horhn | 28 | | | | | |
| 27 | Hillman | Frazier | 28 | 2066 Queensroad Ave | | Jackson | MS | 39213 |
| 28 | Sollie | Norwood | 8 | 2644 Hemingway Circle | | Jackson | MS | 39209 |
| 29 | David | Blount | 13 | 1305 Saint Mary St. | | Jackson | MS | 39202 |
| 30 | Dean | Kirby | 29 | 111 Brandon Blvd. | | Pearl | MS | 39208 |
| 31 | Tyler | McCaughn | 1 | 3574 HWY 80 | | Morton | MS | 39117 |
| 32 | | | 29 | | | | | |
| 33 | Jeff | Tate | 1 | 169 Springhill Rd | | Meridian | MS | 39301 |
| 34 | Juan | Barnett | 1 | | | | | |
| 35 | Chris | Caughman | 5 | 2656 Simpson Hwy 13 | | Mendenhall | MS | 39114 |
| 36 | Albert | Butler | 11 | | | | | |
| 37 | Melanie | Sojourner | 4 | 438 Upper Kingston Rd. | | Natchez | MS | 39120 |
| 38 | | | 5 | | | | | |
| 39 | Jason | Barrett | 1 | | | | | |
| 40 | Angela | Hill | 9 | 54 Watts Road | | Picayune | MS | 39466 |
| 41 | Joey | Fillingane | 14 | 8 Westbrook Drive | | Sumrall | MS | 39482 |
| 42 | Chris | McDaniel | 13 | | | | | |
| 43 | Dennis | DeBar, Jr. | 5 | 5501 Jernigan Rd | | Leakesville | MS | 39451 |
| 44 | John | Polk | 9 | 53 Timberlawn Rd. | | Hattiesburg | MS | 39402 |
| 45 | Chris | Johnson | 1 | 268 Timberton Dr. | | Hattiesburg | MS | 39401 |
| 46 | Phillip | Moran | 9 | 18403 Old Joe Moran Rd. | | Kiln | MS | 39566 |
| 47 | Joseph | Seymour | 5 | 15417 Indian Fork Rd. | | Vancleave | MS | 39565 |
| 48 | Mike | Thompson | 1 | 5574 Red Creek Rd. | | Long Beach | MS | 39560 |
| 49 | Joel | Carter, Jr. | 11 | 356 Goose Pointe Blvd | | Biloxi | MS | 39531 |
| 50 | Scott | DeLano | 1 | 964 Emily Dr. | | Biloxi | MS | 39532 |

JTX-009-001

3:22-cv-734
JTX-009

SDT-SJLCRR-002125

| 51 | Jeremy | England | 1 | 10005 Sanctuary Blvd. | Ocean Springs | MS | 39564 |
| 52 | Brice | Wiggins | 9 | 1201 Farnsworth Ave. | Pascagoula | MS | 39567 |

SDT-SJLCRR-002126

| District | NameInc | Address1 | Address2 | City | State | Zip |
|---|---|---|---|---|---|---|
| 28006 | Criswell | 10124 Loftin Drive | | Olive Branch | MS | 38654 |
| 28071 | Crudup | 103 Alta Woods Boulevard | | Jackson | MS | 39204 |
| 28118 | Haney | 104 45th Street | | Gulfport | MS | 39507 |
| 28015 | Huddleston | 104 East Oxford | | Pontotoc | MS | 38863 |
| 28069 | Clarke | 1053 Arbor Vista | | Jackson | MS | 39209 |
| 28060 | Shanks | 107 Lori Circle | | Brandon | | |
| 28051 | Straughter | 107 Van Buren Street | | Belzoni | MS | 39038 |
| 28086 | Barnett | 109 North East Timber Ridge Drive | | Waynesboro | MS | 39367 |
| 28043 | Roberson | 1108 Highway 182 West | | Starkville | MS | 39759 |
| 28045 | Evans | 1147 Mount Harmony Road | | Preston | MS | 39354 |
| 28076 | Holloway | 115 Edgewood Drive | | Hazlehurst | MS | 39083 |
| 28088 | Robinson | 1179 Township Road | | Laurel | MS | 39443 |
| 28102 | McGee | 118 Natalie Lane | | Hattiesburg | MS | 39402 |
| 28116 | Eure | 11839 Sleeping Deer Lane | | Saucier | MS | 39574 |
| 28063 | Foster | 120 Western Hills Drive | | Jackson | MS | 39212 |
| 28089 | Scoggin | 1203 Pine Street | | Ellisville | MS | 39437 |
| 28007 | Hopkins | 1205 Worthington Avenue | | Southhaven | MS | 38671 |
| 28114 | Guice | 1208 Iola Road | | Ocean Springs | MS | 39564 |
| 28107 | McLeod | 1211 Bexley Church Road | | Lucedale | MS | 39452 |
| 28034 | Horan | 1222 Hunter Run | | Grenada | MS | 38901 |
| 28072 | Gibbs | 1223 Hallmark Drive | | Jackson | MS | |
| 28077 | Wallace | 125 Price Wallace Drive | | Mendenhall | MS | 39114 |
| 28004 | Steverson | 125 Woodridge Drive | | Ripley | MS | 38863 |
| 28053 | Mangold | 1276 Wellman Dr South East | | Brookhaven | MS | 39601 |
| 28001 | Carpenter | 128 Jefferson Street | | Burnsville | MS | 38833 |
| 28018 | Turner | 1290 Carrollville Ave | | Baldwyn | MS | 38824 |
| 28101 | McCarty | 13 Leaf Lane | | Hattiesburg | MS | 39402 |
| 28014 | Creekmore | 1315 South Central Avenue | | New Albany | MS | 38652 |
| 28041 | Karriem | 1326 15th Street North | | Columbus | MS | 39701 |
| 28115 | Patterson | 1352 Kensington Drive | | Biloxi | MS | 39530 |
| 28091 | Evans | 1364 F. E. Sellers Highway | | Monticello | MS | 39654 |
| 28009 | Burnett | 1370 Beatline Road | | Tunica | MS | 38676 |
| 28002 | Bain | 1408 Pine Road | | Corinth | MS | 38834 |
| 28011 | Jackson | 1420 Alex Gates Rd. | | Marks | MS | 38646 |
| 28100 | Morgan | 1640 Highway 587 | | Morgantown | MS | 39483 |
| 28064 | Yates | 166 Glenway Drive | | Jackson | MS | 39216 |
| 28104 | Byrd | 17 Byrd Road | | Petal | MS | 39465 |
| 28033 | Reynolds | 1720 North Maine | | Water Valley | MS | 38965 |
| 28079 | Tullos | 17852 Highway 18 West | | Raleigh | MS | 39153 |
| 28073 | Ford | 180 Deer Haven Drive | | Madison | MS | 39110 |
| 28122 | Anderson | 19033 Highway 603 | | Kiln | MS | 39556 |
| 28016 | Thompson | 191 County Road 301 | | Shannon | MS | 38868 |
| 28048 | White | 191 Green Street | | West | MS | |
| 28037 | Wright | 1989 Lake Lowndes Road | | Columbus | MS | 39702 |
| 28059 | Powell | 201 East Lake Dr. | | Brandon | MS | 39047 |
| 28120 | Bennett | 20108 Daugherty Road | | Long Beach | MS | 39560 |
| 28094 | Johnson | 21 Vaughn Drive | | Natchez | MS | 39120 |
| 28090 | Sanford | 211 Pine Street | | Seminary | MS | 39479 |
| 28032 | Osborne | 216 Star Street | | Greenwood | MS | 38930 |
| 28095 | McKnight | 22160 Highway 53 | | Gulfport | MS | 39503 |
| 28067 | Banks | 2307 Martin Luther King Drive | | Jackson | MS | 39213 |
| 28121 | Crawford | 23155 Stablewood Circle | | Pass Christian | MS | 39571 |

SDT-SJLCRR-002127

| | | | | |
|---|---|---|---|---|
| 28087 | Tubb | 30 Pin Oak Lane | Purvis | MS | 39475 |
| 28003 | Arnold | 301 Wyninger Road | Booneville | MS | 38829 |
| 28082 | Young | 3120 15th Street | Meridian | MS | 39301 |
| 28084 | Smith | 320 Smith Ridge Lane | Enterprise | MS | 39330 |
| 28020 | Brown | 33112 US-45 | Nettleton | MS | 38858 |
| 28039 | McLean | 332 Williamsburg Road | Columbus | MS | 39705 |
| 28026 | Paden | 365 Florence Avenue | Clarksdale | MS | 38614 |
| 28035 | Hood | 3670 Crape Creek Road | Stewart | MS | 39767 |
| 28057 | Blackmon | 374 North West Street | Canton | MS | |
| 28083 | Calvert | 3778 Wilson Road | Bailey | MS | 39320 |
| 28062 | Weathersby | 3806 Highway 49 South | Florence | MS | 39073 |
| 28023 | Beckett | 402 Highway 9 North | Bruce | MS | 38915 |
| 28092 | Currie | 407 Oliver Drive | Brookhaven | MS | 39601 |
| 28110 | Anderson | 4219 Joseph Avenue | Moss Point | MS | 39563 |
| 28074 | Yancey | 423 Woodland Circle | Brandon | | 39047 |
| 28028 | Darnell | 4250 Green Village Drive | Hernando | MS | 38632 |
| 28117 | Felsher | 426 Sanlenay Court | Biloxi | MS | 39531 |
| 28044 | Bounds | 45 Carla Drive | Philadelphia | MS | |
| 28022 | Lancaster | 463 County Road 85 | Houston | MS | 38851 |
| 28019 | Boyd | 492 Sonny Road | Mantachie | MS | 38855 |
| 28012 | Deweese | 5006 Bluff Cove | Oxford | MS | 38655 |
| 28055 | Denton | 5024 Rollingwood Estate | Vicksburg | MS | 39180 |
| 28036 | Gibbs | 543 Georg Walker Road | West Point | MS | 39773 |
| 28081 | Horne | 5904 Causeyville Road | Meridian | MS | 39301 |
| 28027 | Walker | 598 Wiggins Loop Road | Carthage | MS | 39051 |
| 28093 | Ladner | 6 Michael D. Smith Road | Poplarville | MS | 39470 |
| 28097 | Mims | 605 Lakeshore Drive | McComb | MS | 39648 |
| 28025 | Eubanks | 612 Ginwood Cove | Walls | MS | 38680 |
| 28046 | Oliver | 648 Robinson Thompson Road | Winona | MS | 38967 |
| 28078 | Rushing | 672 North Eight Avenue | Decatur | MS | 39327 |
| 28013 | Massengill | 682 Massengill Road | Hickory Flat | MS | 38633 |
| 28042 | Mickens | 691 Grissom Road | Macon | Ms | 39341 |
| 28010 | Williamson | 7 County Road 140 | Oxford | MS | 38655 |
| 28017 | Aguirre | 709 Highland Circle | Tupelo | MS | 38804 |
| 28105 | Goodin | 72 Memorial Church Road | Richton | MS | 39476 |
| 28050 | Hines | 732 South Colorado St. | Greenville | MS | 38703 |
| 28109 | Barton | 7905 Pecan Ridge Drive | Moss Point | MS | 39562 |
| 28061 | Newman | 801 Country Place Drive | Pearl | MS | 39208 |
| 28021 | Bell | 836 Tucker Road | Fulton | MS | 38843 |
| 28108 | Wilkes | 9009 Cedar Court | Picayune | MS | 39466 |
| 28111 | Busby | 901 Beach Boulevard | Pascagoula | MS | 39567 |
| 28049 | Bailey | 902 Fairview | Greenville | MS | 38701 |
| 28099 | Pigott | 92 Pigott Easterling Rd. | Tylertown | MS | 39667 |
| 28103 | Watson | 920 North Main St. | Hattiesburg | MS | 39401 |
| 28005 | Faulkner | | | | |
| 28024 | Hale | | | | |
| 28029 | | | | | |
| 28031 | Anthony | | | | |
| 28038 | Taylor | | | | |
| 28040 | Jackson-McCray | | | | |
| 28047 | Clark | | | | |
| 28052 | Kinkade | | | | |
| 28054 | Ford | | | | |

**JTX-009-004**

SDT-SJLCRR-002128

28075  Miles
28080  Scott
28085  Harness
28098  Porter
28106  Owen
28113  Zuber
28119  Williams-Barnes

SDT-SJLCRR-002129

No Response 11-19-21

| House | | | Senate | |
|---|---|---|---|---|
| 28005 | Faulkner | | 8 | Suber |
| 28024 | Hale | | 11 | Jackson |
| 28029 | | | 13 | Simmons |
| 28031 | Anthony | | 24 | Jordan |
| 28038 | Taylor | | 26 | Horhn |
| 28040 | Jackson-McCray | | 32 | |
| 28047 | Clark | | 34 | Barnett |
| 28052 | Kinkade | | 36 | Butler |
| 28058 | Bomgar | | 38 | |
| 28065 | Bell | | 39 | Barrett |
| 28066 | Stamps | | 42 | McDaniel |
| 28068 | Summers | | | |
| 28075 | Miles | | | |
| 28080 | Scott | | | |
| 28085 | Harness | | | |
| 28098 | Porter | | | |
| 28106 | Owen | | | |
| 28113 | Zuber | | | |
| 28119 | Williams-Barnes | | | |

House No Response Nov 11,2021

| Dist | Name |
|------|------|
| 28005 | Faulkner |
| 28023 | Beckett |
| 28024 | Hale |
| 28029 | |
| 28030 | Rosebud |
| 28031 | Anthony |
| 28032 | Osborne |
| 28038 | Taylor |
| 28040 | Jackson-McCray |
| 28044 | Bounds |
| 28047 | Clark |
| 28049 | Bailey |
| 28051 | Straughter |
| 28052 | Kinkade |
| 28054 | Ford |
| 28056 | Gunn |
| 28057 | Blackmon |
| 28058 | Bomgar |
| 28065 | Bell |
| 28066 | Stamps |
| 28067 | Banks |
| 28068 | Summers |
| 28075 | Miles |
| 28080 | Scott |
| 28082 | Young |
| 28085 | Harness |
| 28093 | Ladner |
| 28098 | Porter |
| 28102 | McGee |
| 28106 | Owen |
| 28108 | Wilkes |
| 28113 | Zuber |
| 28119 | Williams-Barnes |
| 28120 | Bennett |
| 28121 | Crawford |

| Dist | Name |
|------|------|
| 7 | Bryan |
| 8 | Suber |
| 11 | Jackson |
| 13 | Simmons |
| 24 | Jordan |
| 26 | Horhn |
| 32 | Jackson II |
| 34 | Barnett |
| 36 | Butler |
| 38 | Witherspoon |
| 39 | Barrett |
| 42 | McDaniel |

SDT-SJLCRR-002132

No Response 10-22-21

| House | | Senate |
|---|---|---|
| 28001 | Carpenter | 4 Parks |
| 28004 | Steverson | 6 McMahan |
| 28005 | Faulkner | 7 Bryan |
| 28009 | Burnett | 8 Suber |
| 28015 | Huddleston | 9 Boyd |
| 28020 | Brown | 10 Whaley |
| 28021 | Bell | 11 Jackson |
| 28023 | Beckett | 13 Simmons |
| 28024 | Hale | 16 Ford |
| 28026 | Paden | 17 Younger |
| 28027 | Walker | 18 Branning |
| 28029 | | 20 Harkins |
| 28030 | Rosebud | 24 Jordan |
| 28031 | Anthony | 26 Horhn |
| 28032 | Osborne | 28 Norwood |
| 28033 | Reynolds | 31 McCaughn |
| 28034 | Horan | 32 Jackson II |
| 28036 | Gibbs | 34 Barnett |
| 28038 | Taylor | 36 Butler |
| 28039 | McLean | 37 Sojourner |
| 28040 | Jackson-McCray | 38 Witherspoon |
| 28042 | Mickens | 39 Barrett |
| 28043 | Roberson | 42 McDaniel |
| 28044 | Bounds | 43 DeBar, Jr. |
| 28047 | Clark | 46 Moran |
| 28048 | White | 47 Seymour |
| 28049 | Bailey | 48 Thompson |
| 28050 | Hines | 49 Carter, Jr. |
| 28051 | Straughter | |
| 28052 | Kinkade | |
| 28054 | Ford | |
| 28056 | Gunn | |
| 28057 | Blackmon | |
| 28058 | Bomgar | |
| 28060 | Shanks | |
| 28064 | Yates | |
| 28065 | Bell | |
| 28066 | Stamps | |
| 28067 | Banks | |
| 28068 | Summers | |
| 28069 | Clarke | |
| 28074 | Yancey | |
| 28075 | Miles | |
| 28076 | Holloway | |

**JTX-009-009**

SDT-SJLCRR-002133

| 28078 | Rushing |
| 28080 | Scott |
| 28082 | Young |
| 28085 | Harness |
| 28093 | Ladner |
| 28098 | Porter |
| 28102 | McGee |
| 28104 | Byrd |
| 28106 | Owen |
| 28108 | Wilkes |
| 28112 | Read |
| 28113 | Zuber |
| 28116 | Eure |
| 28119 | Williams-Barnes |
| 28120 | Bennett |
| 28121 | Crawford |

SDT-SJLCRR-002134