EXHIBIT NO. JTX-013 evid.
CAUSE NO: 3:22cv734-DPJ-HSO-LHS
WITNESS
CLERK: SHONE POWELL

FEB 26 2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
Candice Crane, REPORTER

,P.O. Box 722
Bruce, MS 38915
Office: (662)983-2451
Home: (662)983-7358

New Capitol Room 205-C
Office: (601)359-3335



**COMMITTEE ASSIGNMENTS:**

• Apportionment and Elections-Chairman
• Congressional Redistricting-Chairman
• Legislative Reapportionment-Chairman
• Appropriations
• Judiciary A
• Judiciary En Banc
• Public Utilities
• State Library

## Mississippi House of Representatives

### REP. JIM BECKETT
District 23
Calhoun, Grenada, Lafayette and Webster Counties

## MEMORANDUM

| | |
|---|---|
| To: | Members of the Joint Congressional Redistricting and Legislative Reapportionment Committees |
| From: | Chairman Jim Beckett |
| RE: | Scheduled Meeting |
| Date: | November 12, 2021 |

The Joint Congressional Redistricting and Legislative Reapportionment Committees will meet on Friday, November 19, 2021, at 10:00 a.m. in Committee Room 216 (The Old Supreme Court Chamber) in the New Capitol Building.

For your convenience, the attachments include the agenda and minutes. Please make every effort to attend this important meeting.

Thank you.

JB/TB/gt

**Attachments**

New Capitol • Post Office Box 1018 • Jackson, MS 39215-1018
Phone: 601.359.3335 • Fax: 601.359.3164 • Email: jbeckett@house.ms.gov

3:22-cv-734
JTX-013

JTX-013-001

SDT-SJLCRR-000463

**Standing Joint Legislative Committee on Reapportionment and the Standing Joint Congressional Redistricting Committee**

**Agenda: November 19, 2021**

1. Call to order
2. Roll call
3. Approval of the minutes for the June 30, 2021, meeting
4. Adoption of criteria for legislative redistricting
5. Adoption of criteria for congressional redistricting
6. Other business
7. Adjournment

Standing Joint Legislative Committee on Reapportionment and the Standing Joint Congressional Redistricting Committee

Meeting of June 30, 2021

The Standing Joint Legislative Committee on Reapportionment and the Standing Joint Congressional Redistricting Committee met at 3:30 p.m. on June 30, 2021, in Room 216 of the New Capitol Building in Jackson, Mississippi. The membership of the Committees is identical.

| Present | Absent |
|---|---|
| Representative Jim Beckett | Representative Ed Blackmon |
| Representative Bo Brown | |
| Representative Dan Eubanks | |
| Representative Kevin Ford | |
| Representative Vince Mangold | |
| Representative John Read | |
| Representative Fred Shanks | |
| Representative Cheikh Taylor | |
| Representative Jason White | |
| Senator Dean Kirby | |
| Senator Hob Bryan | |
| Senator Dennis DeBar | |
| Senator Josh Harkins* | |
| Senator Briggs Hopson | |
| Senator David Parker | |
| Senator Derrick Simmons | |
| Senator Jeff Tate | |
| Senator Angela Turner Ford | |
| Senator Brice Wiggins* | |

Also Present:

Speaker Philip Gunn
Lt. Governor Delbert Hosemann
(Hon.) Tommie Cardin
(Hon.) Parker Berry
(Hon) Drey Russell

Speaker of the House Philip Gunn called the meeting to order at 3:30 p.m. and determined that a quorum was present. At that time, the Speaker of the House opened the floor for motions to nominate a chairperson of the Committees. Senator Dean Kirby nominated Representative Jim Beckett to serve as the chair of both Committees. This motion was seconded by Representative Jason White. At that time the nominations were closed. Upon the motions of Senator Kirby, seconded by Representative White, Representative Beckett was unanimously elected chair of the Joint Committees.

Representative Beckett assumed the chair of the Committees and then called for nominations for the position of vice-chair of the Committees. Representative Jason White nominated Senator Dean Kirby to the position of vice-chair to both Committees. This motion was seconded by Senator Derrick Simmons. At that time, the nominations for the position of vice-chair were closed, and upon the motion of Representative Jason White, seconded by Senator Derrick Simmons, Senator Kirby was unanimously elected vice-chair of the Committees.

Representative Beckett called for nominations for the position of secretary to the Committees. Representative Read nominated Senator Jeff Tate to serve as secretary. This nomination was seconded by Senator Derrick Simmons. At this point the nominations

1

JTX-013-003

were closed. Upon the motions of Representative John Read, seconded by Senator Derrick Simmons, Senator Jeff Tate was unanimously elected Secretary to the Committees.

The Chair introduced the staff to the Committee. These persons were Ted Booth, Staff Counsel, Ben Collins, and Barton Norfleet.

The Chair then introduced Tommie Cardin of Butler Snow LLP as having represented the Committee as counsel for redistricting in the post 2000 and 2010 census redistricting activities. Senator Hob Bryan made a motion that the Committee hire Tommie Cardin and the Butler Snow LLP law firm to represent the Committees. Senator Kirby seconded the motion. The Committee voted unanimously to adopt the motion.

The Chair presented the Committee's access policy which sets out records that are public and those that are confidential, and further outlines the schedule for public access to the Committee's computer system for both congressional and legislative redistricting. A copy of the policy is attached to these minutes. Upon the motion of Representative Read, seconded by Representative White, the Committee unanimously adopted the policy.

The Chair appointed the House and Senate Subcommittees of the Standing Joint Legislative Committee on Reapportionment which shall be responsible for developing redistricting plans for their respective houses of the Legislature. Representative Beckett appointed himself to serve as chair of the House subcommittee comprised of all House members of the Joint Committee, and appointed Senator Kirby Chair of the Senate subcommittee comprised of all Senate members of the Joint Committee.

The Committee discussed the proposed schedule for the redistricting public hearings, including the desirability of live streaming all of the hearings if possible.

The Committees adjourned at 4:04 p.m.

_____

Representative Jim Beckett, Chair

_____

Senator Dean Kirby, Vice-Chair

_____

Senator Jeff Tate, Secretary

*Senators Harkins and Wiggins participated in the deliberations of the Committees via ZOOM.

2

JTX-013-004

SDT-SJLCRR-000466

Public Access Policy
Standing Joint Legislative Committee on Reapportionment and the Standing Joint
Congressional Redistricting Committee
June 30, 2021

Pursuant to MISS. CODE ANN. Sections 5-3-91 et seq. (1972) and Sections 5-3-121 et seq. (1972), the Joint Committees shall draw plans to redistrict congressional districts and state legislative districts. The Joint Committees have adopted the following procedures to afford all interested parties' reasonable access to public information.

A. General Public Access

1. Members of the general public may obtain public documents from the Joint Committees by submitting a written request to: James F. Booth, Staff Counsel, Mississippi Standing Joint Committee on Reapportionment, P.O. Box 1204, Jackson, MS 39215-1204
2. The Joint Committees may charge any member of the general public who submits a written request the cost of retrieving and copying the requested documents.
3. Public access for the Joint Committees' computer system for Congressional Redistricting may be booked one month after the receipt of the final PL-94-171 data from the United States Census Bureau. Public access availability shall be for a period of three weeks. Public access for Legislative redistricting shall commence one month after the final PL-94-171 data is made available to the state or January 1, 2022, whichever occurs later. Public access shall be available for one month thereafter. Members of the public wishing to use the Committees' computer system must be accompanied by a legislative staff member or contractor at all times who shall serve as an operator of the system. Persons seeking access to the computer system must call at least 24 hours in advance of the time when access is sought. Appointments will be made in three-hour blocks, and be arranged by contacting James F. Booth at 601-359-1226. Extensions may be arranged by the staff if time is available.
4. All public information will be made available on the Committees' website, msjrc.state.ms.us, or by contacting James F. Booth, at 601-359-1226.
5. Any citizen may submit written comments to the Joint Committees by sending them to ted.booth@peer.ms.gov, or by mailing them to James F. Booth, P.O. Box 1204, Jackson, MS 39215-1204

B. Documents Produced by the Public

1. Any citizen of the State of Mississippi may present a proposed plan to the Joint Committees at a public meeting or by submission in writing to the Joint Committee, P.O. Box 1204, Jackson, MS 39215-1204. All plans submitted by citizens shall be made part of the public record and made available in the same manner as other public documents of the Joint Committees.
2. Any proposed redistricting plan drafted for introduction may only be offered by a member of the Mississippi House of Representatives or the Mississippi Senate.
3. Any plan developed by anyone outside of the Legislature shall be:
   - depicted on a map or maps which follow 2020 census geographic boundaries;
   - accompanied by a statistical sheet listing population breakdown for each district and the census geography within such district;
   - identified as a complete statewide plan for redistricting or, if a partial plan, be capable of fitting into a plan which is to be modified; and,
   - in accordance with any other guidelines developed by the Joint Committees.

4. Any citizen may submit a proposed redistricting plan electronically to the Joint Committees by making such a plan an attachment to an email directed to

3

SDT-SJLCRR-000467

ted.booth@peer.ms.gov, or by providing a CD-ROM to James F. Booth, P.O. Box 1204, Jackson, MS 39215-1204. Any plans submitted electronically must be accompanied by paper materials meeting the requirements set out in Section B, paragraph 3.

C. <u>Documents Produced by Legislators, Staff, and Contractors</u>

1. Any redistricting plan or portion thereof or work product developed by, or at the request of, any member of the Mississippi House of Representatives or the Mississippi Senate, or the staff of the legislature or its contractors, shall be confidential, and shall not be released except without written permission of the member subject to the following paragraph.
2. Any proposed redistricting plan will become public information upon its presentation to the Joint Committees or upon its introduction as a bill in the legislative process.
3. All members of the Mississippi House of Representatives and the Mississippi Senate shall be allowed access to the Joint Committees computer system upon request to the staff. The Joint Committees shall make every effort to provide technical assistance to all members upon request subject to availability.
4. Any documents, files, electronic mail, or other communications in possession of the staff, its contractors, or members of the Joint Committees generated in the course and scope of carrying out redistricting activities shall be deemed confidential and not subject to public records release unless made public by this policy or by the Chair of the Joint Committees.

D. <u>Committee Meetings and Public Hearings</u>

1. All meetings of the Joint Committees shall be subject to the Open Meetings Act, (MISS. CODE ANN. Section 25-41-1 et seq.). Copies of minutes of all public meetings shall be available to the public upon their approval by the Joint Committee.
2. All public hearings shall be open to the public and written transcripts of all public hearings shall be made available to the public.

4

JTX-013-006

SDT-SJLCRR-000468

### Criteria for State Legislative Districts:

1. Each district's population should be less than 5% above or below the ideal population of the district.

2. Districts should be composed of contiguous territory.

3. The redistricting plan should comply with all applicable state and federal laws including Section 2 of the Voting Rights Act of 1965, as amended, and the Mississippi and United States Constitutions.

### Criteria for Congressional Districts:

1. District population should be as equal as practicable.

2. Districts should be composed of contiguous territory.

3. The redistricting plan should comply with all applicable state and federal laws including Section 2 of the Voting Rights Act of 1965, as amended, and the Mississippi and United States Constitutions.

4. The Committee should consider the neutral redistricting factors employed by the Court in *Smith v. Hosemann*, 852 F. Supp. 2d 757 (S.D. Miss. 2011).

62139403.v1

## Standing Joint Legislative Committee on Reapportionment and the Standing Joint Congressional Redistricting Committee

### Meeting of November 19, 2021

The Standing Joint Legislative Committee on Reapportionment and the Standing Joint Congressional Redistricting Committee met at 10:01 a.m. on November 19, 2021, in Room 216 of the New Capitol Building in Jackson, Mississippi. The membership of the Committees is identical.

| Present | Absent |
|---|---|
| Representative Jim Beckett | Representative Ed Blackmon |
| Representative Dan Eubanks | Representative Bo Brown |
| Representative Kevin Ford | Representative John Read |
| Representative Vince Mangold | Representative Cheikh Taylor |
| Representative Fred Shanks | |
| Representative Jason White | |
| Senator Dean Kirby | |
| Senator Hob Bryan | |
| Senator Dennis DeBar | |
| Senator Josh Harkins* | |
| Senator Briggs Hopson | |
| Senator David Parker | |
| Senator Derrick Simmons | |
| Senator Jeff Tate | |
| Senator Angela Turner Ford | |
| Senator Brice Wiggins | |

Also Present:

(Hon.) Tommie Cardin
(Hon.) Parker Berry
Ben Collins

After calling the meeting to order, Chairman Beckett recognized Senator Hopson for a motion to adopt the minutes of the June 30, 2021, meeting. The motion was seconded by Representative Shanks and adopted unanimously by the members present.

Chairman Beckett called upon Tommie Cardin of the Butler Snow law firm to explain the need for redistricting criteria to the Committees. Mr. Cardin also recommended criteria for both legislative and congressional redistricting, which are included as an attachment to these minutes.

After questions, Chairman Beckett called for a motion to adopt legislative redistricting criteria. The motion was offered by Representative White and seconded by Senator Parker. The members present unanimously adopted the recommended legislative redistricting criteria.

1

JTX-013-008

Chairman Beckett called for a motion to adopt the congressional redistricting criteria. The motion was offered by Senator Simmons and seconded by Representative Eubanks. The members present unanimously adopted the recommended congressional redistricting criteria.

With there being no further business to conduct, the Committees adjourned at 10:17 a.m.

_____
Representative Jim Beckett, Chair

_____
Senator Dean Kirby, Vice-Chair

_____
Senator Jeff Tate, Secretary


*Senator Harkins participated in the deliberations of the Committees via ZOOM.

2

### Criteria for State Legislative Districts:

1. Each district's population should be less than 5% above or below the ideal population of the district.

2. Districts should be composed of contiguous territory.

3. The redistricting plan should comply with all applicable state and federal laws including Section 2 of the Voting Rights Act of 1965, as amended, and the Mississippi and United States Constitutions.

### Criteria for Congressional Districts:

1. District population should be as equal as practicable.

2. Districts should be composed of contiguous territory.

3. The redistricting plan should comply with all applicable state and federal laws including Section 2 of the Voting Rights Act of 1965, as amended, and the Mississippi and United States Constitutions.

4. The Committee should consider the neutral redistricting factors employed by the Court in *Smith v. Hosemann*, 852 F. Supp. 2d 757 (S.D. Miss. 2011).

62139403.v1