EXHIBIT NO. JTX-014 evid.
CAUSE NO. 3:22cv734-DPJ-HSO-LHS
WITNESS
CLERK: SHONE POWELL

FEB 26 2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
Candice Crane, REPORTER

P.O. Box 722
Bruce, MS 38915
Office: (662)983-2451
Home: (662)983-7358

New Capitol Room 205-C
Office: (601)359-3335



**COMMITTEE ASSIGNMENTS:**

• Apportionment and Elections-Chairman
• Congressional Redistricting-Chairman
• Legislative Reapportionment-Chairman
• Appropriations
• Judiciary A
• Judiciary En Banc
• Public Utilities
• State Library

# Mississippi House of Representatives

### REP. JIM BECKETT
District 23
Calhoun, Grenada, Lafayette and Webster Counties

## MEMORANDUM

To: Members of the Joint Congressional Redistricting and Legislative Reapportionment Committees
From: Chairman Jim Beckett
RE: Scheduled Meeting
Date: December 7, 2021

---

The Joint Congressional Redistricting and Legislative Reapportionment Committees will meet on Wednesday, December 15, 2021, at 10:00 a.m. in Committee Room 216 (The Old Supreme Court Chamber) in the New Capitol Building.

For your convenience, the Agenda and Minutes of the November 19th meeting are included in the attachments. Please make every effort to attend this important meeting.

Thank you.

JB/TB/gt

Attachments

New Capitol • Post Office Box 1018 • Jackson, MS 39215-1018
Phone: 601.359.3335 • Fax: 601.359.3164 • Email: jbeckett@house.ms.gov

3:22-cv-734
JTX-014

JTX-014-001

SDT-SJLCRR-000473

**Standing Joint Legislative Committee on Reapportionment and the Standing Joint Congressional Redistricting Committee**

**Agenda: December 15, 2021**

1. Call to order

2. Roll call

3. Approval of the minutes for the November 19, 2021, meeting

4. Consideration/adoption of a Congressional redistricting plan per the provisions of MISS. CODE ANN. Section 5-3-121 et seq.

5. Other business

6. Adjournment

Standing Joint Legislative Committee on Reapportionment and the Standing Joint Congressional Redistricting Committee

Meeting of November 19, 2021

The Standing Joint Legislative Committee on Reapportionment and the Standing Joint Congressional Redistricting Committee met at 10:01 a.m. on November 19, 2021, in Room 216 of the New Capitol Building in Jackson, Mississippi. The membership of the Committees is identical.

| Present | Absent |
|---|---|
| Representative Jim Beckett | Representative Ed Blackmon |
| Representative Dan Eubanks | Representative Bo Brown |
| Representative Kevin Ford | Representative John Read |
| Representative Vince Mangold | Representative Cheikh Taylor |
| Representative Fred Shanks | |
| Representative Jason White | |
| Senator Dean Kirby | |
| Senator Hob Bryan | |
| Senator Dennis DeBar | |
| Senator Josh Harkins* | |
| Senator Briggs Hopson | |
| Senator David Parker | |
| Senator Derrick Simmons | |
| Senator Jeff Tate | |
| Senator Angela Turner Ford | |
| Senator Brice Wiggins | |

Also Present:

(Hon.) Tommie Cardin
(Hon.) Parker Berry
Ben Collins

After calling the meeting to order, Chairman Beckett recognized Senator Hopson for a motion to adopt the minutes of the June 30, 2021, meeting. The motion was seconded by Representative Shanks and adopted unanimously by the members present.

Chairman Beckett called upon Tommie Cardin of the Butler Snow law firm to explain the need for redistricting criteria to the Committees. Mr. Cardin also recommended criteria for both legislative and congressional redistricting, which are included as an attachment to these minutes.

After questions, Chairman Beckett called for a motion to adopt legislative redistricting criteria. The motion was offered by Representative White and seconded by Senator Parker. The members present unanimously adopted the recommended legislative redistricting criteria.

1

JTX-014-003

SDT-SJLCRR-000475

Chairman Beckett called for a motion to adopt the congressional redistricting criteria. The motion was offered by Senator Simmons and seconded by Representative Eubanks. The members present unanimously adopted the recommended congressional redistricting criteria.

With there being no further business to conduct, the Committees adjourned at 10:17 a.m.

_____
Representative Jim Beckett, Chair

_____
Senator Dean Kirby, Vice-Chair

_____
Senator Jeff Tate, Secretary

*Senator Harkins participated in the deliberations of the Committees via ZOOM.

2

### Criteria for State Legislative Districts:

1. Each district's population should be less than 5% above or below the ideal population of the district.

2. Districts should be composed of contiguous territory.

3. The redistricting plan should comply with all applicable state and federal laws including Section 2 of the Voting Rights Act of 1965, as amended, and the Mississippi and United States Constitutions.

### Criteria for Congressional Districts:

1. District population should be as equal as practicable.

2. Districts should be composed of contiguous territory.

3. The redistricting plan should comply with all applicable state and federal laws including Section 2 of the Voting Rights Act of 1965, as amended, and the Mississippi and United States Constitutions.

4. The Committee should consider the neutral redistricting factors employed by the Court in *Smith v. Hosemann*, 852 F. Supp. 2d 757 (S.D. Miss. 2011).

62139403.v1

## Standing Joint Legislative Committee on Reapportionment and the Standing Joint Congressional Redistricting Committee

### Meeting of December 15, 2021

The Standing Joint Legislative Committee on Reapportionment and the Standing Joint Congressional Redistricting Committee met at 10:03 a.m. on December 15, 2021, in Room 216 of the New Capitol Building in Jackson, Mississippi. The membership of the Committees is identical.

| Present | Absent |
|---|---|
| Representative Jim Beckett | Representative Ed Blackmon |
| Representative Bo Brown | Representative Cheikh Taylor |
| Representative Dan Eubanks | |
| Representative Kevin Ford | |
| Representative Vince Mangold | |
| Representative Fred Shanks | |
| Representative Jason White | |
| Senator Dean Kirby | |
| Senator Hob Bryan | |
| Senator Dennis DeBar | |
| Senator Josh Harkins | |
| Senator Briggs Hopson | |
| Senator David Parker | |
| Representative John Read | |
| Senator Derrick Simmons | |
| Senator Jeff Tate | |
| Senator Angela Turner Ford | |
| Senator Brice Wiggins | |

Also Present:

(Hon.) Tommie Cardin
(Hon.) Parker Berry
Ben Collins

After calling the meeting to order, Chairman Beckett recognized Senator Hopson for a motion to adopt the minutes of the November 19, 2021, meeting. The motion was seconded by Representative Ford and adopted unanimously by the members present.

Chairman Beckett recognized Representative Jason White to present a plan for the redistricting of Mississippi's congressional districts.

1

JTX-014-006

SDT-SJLCRR-000478

Representative White noted that the plan, called Magnolia One, addressed the shifts in state population which have resulted in growth in Mississippi's First, Third, and Fourth congressional districts, and a loss of approximately 65,000 persons from the Second Congressional District. Representative White proceeded to discuss the plan in light of the criteria adopted at the November 19, 2021, meeting of the Joint Committee.

The plan comports with the One-Person, One-Vote rule requiring the congressional districts be as close to equal in population as is practicable. Additionally, it is in compliance with the requirement of the Voting Rights Act of 1965. In parts of Mississippi, it follows district boundaries drawn by the United States District Court for the Southern District of Mississippi in *Smith v. Hosemann* (SD, Miss, 2011), and is composed entirely of contiguous territory. The plan also splits only four counties as was the case with the court plan. The plan takes into consideration the additional criteria offered by the court in *Smith v. Hosemann*, and maintains the political balance in the current plan by adopting three districts which tend to support Republican candidates and one district which tends to support Democratic candidates.

Following the presentation and questions, Representative White made a motion that the Committee adopt the Magnolia One plan. Representative Shanks seconded the motion. Chairman Beckett called for a vote on the plan. A roll call was taken.

The following members present voted "Yes":

Beckett;
Eubanks;
Ford;
Mangold;
Read;
Shanks;
White;
Kirby;
Bryan;
DeBar;
Harkins;
Hopson;
Parker;
Tate; and,
Wiggins.

The following members present voted "No":

Brown;
Simmons; and,
Turner-Ford.

With at least six members from each house voting in favor of the Magnolia One plan, the plan was adopted.

2

With no further business to conduct, the Committees adjourned at 10:17 a.m.

*[signature]*

Representative Jim Beckett, Chair

*[signature]*

Senator Dean Kirby, Vice-Chair

*[signature]*

Senator Jeff Tate, Secretary

3