EXHIBIT NO. JTX-015 evid.
CAUSE NO. 3:22cv734-DPJ-HSO-LHS
WITNESS
CLERK: SHONE POWELL

FEB 26 2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
Candice Crane, REPORTER

**Standing Joint Legislative Committee on Reapportionment and the Standing Joint Congressional Redistricting Committee**

**House Subcommittee**

**Agenda: March 27, 2022**

1. Call to order
2. Roll call
3. Consideration/adoption of a Mississippi House of Representatives plan developed per the provisions of MISS. CODE ANN. Section 5-3-91 et seq.
4. Adjournment

3:22-cv-734
JTX-015

JTX-015-001

SDT-SJLCRR-000489

**Standing Joint Legislative Committee on Reapportionment and the Standing Joint Congressional Redistricting Committee**
**House Subcommittee**

**Meeting of March 27, 2022**

The House Subcommittee of The Standing Joint Legislative Committee on Reapportionment met at 3:00 PM on March 27, 2022, in Room 216 of the New Capitol Building in Jackson, Mississippi.

| Present | Absent |
|---|---|
| Representative Jim Beckett | Representative Ed Blackmon |
| Representative Bo Brown | |
| Representative Dan Eubanks | |
| Representative Kevin Ford | |
| Representative Vince Mangold | |
| Representative John Read | |
| Representative Fred Shanks | |
| Representative Cheikh Taylor | |
| Representative Jason White | |

Also Present:

(Hon.) Tommie Cardin
(Hon.) Parker Berry
Ben Collins

After calling the meeting to order and determining the presence of a quorum, Chairman Becket presented a proposed plan to redistrict the Mississippi House of Representatives to the membership. The plan comports with the criteria the Joint Committee adopted at its November 12, 2021, meeting. Further, it has been reviewed by experts under contract to the Committee's attorneys. It creates four incumbent pairs, and moves two districts to areas where the state has experienced considerable population growth. District 20 has been moved from Northeast Mississippi to DeSoto county, and District 33 has been moved from the Grenada, Yalobusha, Tallahatchie County area to Harrison County.

The Chairman entertained questions from the membership.

Representative Brown asked if the maps accurately represented all 122 districts in the Mississippi House of Representatives. The Chairman answered that it did.

Representative Eubanks asked if the maps were available electronically. The Chairman stated that the maps would be on the Joint Committee's website when approved by the Joint Committee.

There being no further questions, the Chairman called for a motion to adopt the plan.

Representative Mangold made a motion to adopt the plan. The motion was seconded by Representative Read. The subcommittee approved the plan by a voice vote, with no member wishing to be recorded as voting no.

Representative Ford entered a motion to reconsider which was seconded by Representative Shanks.

1

SDT-SJLCRR-000490

Representative Shanks made a motion to table the motion to reconsider, which was seconded by Representative Ford. The motion to table was adopted with no member wishing to be recorded as voting no.

The House subcommittee adjourned at 3:16 PM.

*[signature]*
Representative Jim Beckett, Chair

2