EXHIBIT NO. JTX-016 evid.
CAUSE NO. 3:22cv734-DPJ-HSO-LHS
WITNESS
CLERK: SHONE POWELL

FEB 26 2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
Candice Crane, REPORTER

**Standing Joint Legislative Committee on Reapportionment and the Standing Joint Congressional Redistricting Committee**

**Senate Subcommittee**

**Agenda: March 27, 2022**

1. Call to order

2. Roll call

3. Consideration/adoption of a Mississippi State Senate plan developed per the provisions of MISS. CODE ANN. Section 5-3-91 et seq.

4. Adjournment

3:22-cv-734
JTX-016

JTX-016-001

SDT-SJLCRR-000492

### Standing Joint Legislative Committee on Reapportionment and the Standing Joint Congressional Redistricting Committee
### Senate Subcommittee

### Meeting of March 27, 2022

The Senate Subcommittee of The Standing Joint Legislative Committee on Reapportionment met at 3:30 PM on March 27, 2022, in Room 216 of the New Capitol Building in Jackson, Mississippi.

| Present | Absent |
|---|---|
| Senator Dean Kirby | Senator Angela Turner-Ford |
| Senator Hob Bryan | |
| Senator Dennis DeBar | |
| Senator Josh Harkins | |
| Senator Briggs Hopson | |
| Senator David Parker | |
| Senator Derrick Simmons | |
| Senator Jeff Tate | |
| Senator Angela Turner Ford | |
| Senator Brice Wiggins | |

Also Present:

(Hon.) Tommie Cardin
(Hon.) Parker Berry
Ben Collins

After calling the meeting to order and determining the presence of a quorum, Chairman Kirby presented a proposed plan to redistrict the Mississippi State Senate. Maps and reports were distributed to the membership. Senator Kirby explained to the Committee that the plan was developed in accordance with the criteria adopted by the Joint Committee at the November 12, 2021, meeting and reviewed by experts under contract to the Committee's attorneys.

There being no questions about the plan, upon the motion of Senator Parker, seconded by Senator Wiggins, the sub-committee approved the plan by a voice vote, with no member wishing to recorded as voting no.

The House subcommittee adjourned at 3:40 PM.

_____
Senator Dean Kirby, Chair

1

JTX-016-002

SDT-SJLCRR-000493