EXHIBIT NO. JTX-017 evid.
CAUSE NO. 3:22cv734-DPJ-HSO-LHS
WITNESS
CLERK: SHONE POWELL

FEB 26 2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
Candice Crane, REPORTER

**Standing Joint Legislative Committee on Reapportionment and the Standing Joint Congressional Redistricting Committee**

**Agenda: March 27, 2022**

1. Call to order

2. Roll call

3. Approval of the minutes for the December 15, 2021, meeting

4. Consideration/adoption of a Mississippi House of Representatives plan developed per the provisions of MISS. CODE ANN. Section 5-3-91 et seq.

5. Consideration/adoption of a Mississippi State Senate plan developed per the provisions of MISS. CODE ANN. Section 5-3-91 et seq.

6. Authorize the officers to sign the minutes of the March 27, 2022, meeting upon their preparation.

7. Adjournment

3:22-cv-734
JTX-017

JTX-017-001

SDT-SJLCRR-000494

**Standing Joint Legislative Committee on Reapportionment and the Standing Joint Congressional Redistricting Committee**

**Meeting of December 15, 2021**

The Standing Joint Legislative Committee on Reapportionment and the Standing Joint Congressional Redistricting Committee met at 10:03 a.m. on December 15, 2021, in Room 216 of the New Capitol Building in Jackson, Mississippi. The membership of the Committees is identical.

| Present | Absent |
|---|---|
| Representative Jim Beckett | Representative Ed Blackmon |
| Representative Bo Brown | Representative Cheikh Taylor |
| Representative Dan Eubanks | |
| Representative Kevin Ford | |
| Representative Vince Mangold | |
| Representative Fred Shanks | |
| Representative Jason White | |
| Senator Dean Kirby | |
| Senator Hob Bryan | |
| Senator Dennis DeBar | |
| Senator Josh Harkins | |
| Senator Briggs Hopson | |
| Senator David Parker | |
| Representative John Read | |
| Senator Derrick Simmons | |
| Senator Jeff Tate | |
| Senator Angela Turner Ford | |
| Senator Brice Wiggins | |

Also Present:

(Hon.) Tommie Cardin
(Hon.) Parker Berry
Ben Collins

After calling the meeting to order, Chairman Beckett recognized Senator Hopson for a motion to adopt the minutes of the November 19, 2021, meeting. The motion was seconded by Representative Ford and adopted unanimously by the members present.

Chairman Beckett recognized Representative Jason White to present a plan for the redistricting of Mississippi's congressional districts.

1

JTX-017-002

SDT-SJLCRR-000495

Representative White noted that the plan, called Magnolia One, addressed the shifts in state population which have resulted in growth in Mississippi's First, Third, and Fourth congressional districts, and a loss of approximately 65,000 persons from the Second Congressional District. Representative White proceeded to discuss the plan in light of the criteria adopted at the November 19, 2021, meeting of the Joint Committee.

The plan comports with the One-Person, One-Vote rule requiring the congressional districts be as close to equal in population as is practicable. Additionally, it is in compliance with the requirement of the Voting Rights Act of 1965. In parts of Mississippi, it follows district boundaries drawn by the United States District Court for the Southern District of Mississippi in *Smith v. Hosemann* (SD, Miss, 2011), and is composed entirely of contiguous territory. The plan also splits only four counties as was the case with the court plan. The plan takes into consideration the additional criteria offered by the court in *Smith v. Hosemann*, and maintains the political balance in the current plan by adopting three districts which tend to support Republican candidates and one district which tends to support Democratic candidates.

Following the presentation and questions, Representative White made a motion that the Committee adopt the Magnolia One plan. Representative Shanks seconded the motion. Chairman Beckett called for a vote on the plan. A roll call was taken.

The following members present voted "Yes":

Beckett;
Eubanks;
Ford;
Mangold;
Read;
Shanks;
White;
Kirby;
Bryan;
DeBar;
Harkins;
Hopson;
Parker;
Tate; and,
Wiggins.

The following members present voted "No":

Brown;
Simmons; and,
Turner-Ford.

With at least six members from each house voting in favor of the Magnolia One plan, the plan was adopted.

2

With no further business to conduct, the Committees adjourned at 10:17 a.m.

_____
Representative Jim Beckett, Chair

_____
Senator Dean Kirby, Vice-Chair

_____
Senator Jeff Tate, Secretary

JTX-017-004

SDT-SJLCRR-000497

## Standing Joint Legislative Committee on Reapportionment and the Standing Joint Congressional Redistricting Committee

### Meeting of March 27, 2022

The Standing Joint Legislative Committee on Reapportionment and the Standing Joint Congressional Redistricting Committee met at 5:00 p.m. on March 27, 2022, in Room 216 of the New Capitol Building in Jackson, Mississippi. The membership of the Committees is identical.

| Present | Absent |
|---|---|
| Representative Jim Beckett | Senator Angela Turner Ford |
| Representative Ed Blackmon | |
| Representative Bo Brown | |
| Representative Dan Eubanks | |
| Representative Kevin Ford | |
| Representative Vince Mangold | |
| Representative John Read | |
| Representative Cheikh Taylor | |
| Representative Fred Shanks | |
| Representative Jason White | |
| Senator Dean Kirby | |
| Senator Hob Bryan | |
| Senator Dennis DeBar | |
| Senator Josh Harkins | |
| Senator Briggs Hopson | |
| Senator David Parker | |
| Senator Derrick Simmons | |
| Senator Jeff Tate | |
| Senator Brice Wiggins | |

Also Present:

(Hon.) Tommie Cardin
(Hon.) Parker Berry
Ben Collins

After calling the meeting to order, Chairman Beckett recognized Senator Hopson for a motion to adopt the minutes of the December 15, 2021, meeting. The motion was seconded by Representative Read, with no member wishing to be reordered as voting no.

Chairman Becket presented a proposed plan to redistrict the Mississippi House of Representatives to the membership. The plan comports with the criteria the Joint Committee adopted at its November 12, 2021, meeting. Further, it has been reviewed by experts under contract to the Committee's attorneys. It creates four incumbent pairs, and moves two districts to areas where the state has experienced considerable population growth. District 20 has been moved from Northeast Mississippi to DeSoto County, and District 33 has been moved from the Grenada, Yalobusha, Tallahatchie County area to Harrison County.

Upon the motion of Representative Mangold, seconded by Representative Read, the Committee voted to approve the proposed House plan by voice vote, with no member wishing to be recorded as voting no.

Representative Ford entered a motion to reconsider, with Representative Shanks seconding the motion. Representative Shanks offered a motion to table the motion to reconsider, with Representative Ford seconding the motion. The Committee membership voted to table the motion to reconsider, with no member wishing to be recorded as voting no.

1

SDT-SJLCRR-000498

Senator Kirby next presented the proposed plan to redistrict the Mississippi State Senate. Senator Kirby explained to the Committee that the plan was developed in accordance with the criteria adopted by the Joint Committee at the November 12, 2021, meeting and reviewed by experts under contract to the Committee's attorneys.

Senator DeBar made a motion to approve the plan, with Senator Parker seconding the motion. The Committee voted to approve the proposed plan, by voice vote with no member being recorded as voting no.

Senator Harkins offered a motion to reconsider seconded by Senator Wiggins. Senator DeBar made a motion to table the motion to reconsider, with Senator Wiggins seconding the motion. The Committee voted to table the motion with no member wishing to be recorded as voting no.

Representative Ford made a motion to authorize the Committee officers to sign the minutes for the March 27, 2022, meeting without further Committee consideration. Representative Eubanks seconded the motion. The Committee voted in favor of the motion with no member wishing to be recorded as voting no.

The Joint Committee adjourned at 5:15 PM.

*[signature]*
Representative Jim Beckett, Chair

*[signature]*
Senator Dean Kirby, Vice-Chair

*[signature]*
Senator Jeff Tate, Secretary