EXHIBIT NO. JTX-020 evid.
CAUSE NO. 3:22cv734-DPJ-HSO-LHS
WITNESS: _____
CLERK: SHONE POWELL

FEB 26 2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
Candice Crane, REPORTER

P.O. Box 722  
Bruce, MS 38915  
Office: (662)983-2451  
Home: (662)983-7358  

New Capitol Room 205-C  
Office: (601)359-3335



**COMMITTEE ASSIGNMENTS:**

- Apportionment and Elections-Chairman
- Congressional Redistricting-Chairman
- Legislative Reapportionment-Chairman
- Appropriations
- Judiciary A
- Judiciary En Banc
- Public Utilities
- State Library

## Mississippi House of Representatives

### REP. JIM BECKETT
District 23  
Calhoun, Grenada, Lafayette and Webster Counties

## Memorandum

| | |
|---|---|
| To: | Members of the Standing Joint Legislative Committee on Reapportionment and the Standing Joint Congressional Redistricting Committee, the Legislature, and the Public |
| From: | Representative Jim Beckett  JB |
| RE: | Redistricting Hearings Schedule |
| Date: | July 12, 2021 |

Please find attached the schedule for the nine scheduled public hearings in which the upcoming Congressional and legislative redistricting efforts will be the subject for public comment and discussion. All members of the Legislature, the public and the press are welcome.

JB/TB/gt

New Capitol • Post Office Box 1018 • Jackson, MS 39215-1018  
Phone: 601.359.3335 • Fax: 601.359.3164 • Email: jbeckett@house.ms.gov

3:22-cv-734  
JTX-020

JTX-020-001

SDT-SJLCRR-000460

## Standing Joint Legislative Committee on Reapportionment and the Standing Joint Congressional Redistricting Committee

### Hearing Schedule

The Joint Committees will be conducting a series of public hearings to obtain citizen comments and suggestions on the redistricting efforts of the Mississippi Legislature. Following each census, the Legislature must redistrict both the state's Congressional districts, and the districts of the Mississippi House of Representatives and the Senate to comply with federal and state constitutional requirements. Members of the public are encouraged to attend and participate in these nine hearings which will be held throughout the state.

Additionally, these hearings will be live streamed on the Mississippi Legislature's YouTube Channel, which can be accessed through the Mississippi Legislature's website at http://www.legislature.ms.gov.

### Redistricting Hearing Schedule

| City | Venue | Congressional District | Date and Time* |
|---|---|---|---|
| Meridian | Meridian Community College, McCain Theater | Third | August 5 |
| Tupelo | Itawamba Community College, Belden Center | First | August 6 |
| Senatobia | North West Community College, Haraway Center | First | August 9 |
| Itta Bena | Mississippi Valley State University, William A. Butts Social Science Building | Second | August 11 |
| Starkville | Mississippi State University, Hunter Henry Center | Third | August 12 |
| Natchez | Alcorn State University, Business School Auditorium | Third | August 16 |

| Gulfport | Mississippi Gulf Coast Community College, Harrison County Campus, Fine Arts Auditorium | Fourth | August 18 |
| Hattiesburg | University of Southern Mississippi, Joe Paul Theater (Thad Cochran Center) | Fourth | August 19 |
| Jackson | New Capitol Building, Room 216 Jackson. MS | Second/Third | August 23 |

* All hearings start at 6:00 p.m.