CASE NO. 3:22CV734-DPJ-HSO-LHS

MS NAACP, et Al.

VS. State Board of Election Commissioners, et Al.

PLAINTIFF'S EXHIBIT JTX-001 – JTX-007 JTX-021, JTX-032, JTX-035

DATE _____ JTX-038 _____ IDEN.

DATE 2-26-2024 EVID.

BY D. Powell

AO 386   Deputy Clerk

Candice Crane, CL

MISSISSIPPI STATE CONFERENCE OF THE NATIONAL ASSOCIATION
FOR THE ADVANCEMENT OF COLORED PEOPLE; et al., vs. STATE
BOARD OF ELECTION COMMISSIONERS; et al.

CIVIL ACTION NO.
3:22-cv-734-DPJ-HSO-LHS

FLASH DRIVES

JTX Stamped Trial Exhibits

# JTX-021

# Provided in Native Format for 2012 Senate Plan Block Equivalency Files

3:22-cv-734

JTX-021