EXHIBIT NO. JTX-022 evid.
CAUSE NO. 3:22cv 734-DPJ-HSO-LHS
WITNESS
CLERK: _____ SHONE POWELL _____

FEB 26 2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
Candice Crane , REPORTER

STANDING JOINT CONGRESSIONAL REDISTRICTING COMMITTEE
Public Hearing on 08/05/2021

1

2

3

4

5

6

7

8          TRANSCRIPT OF AUDIO-RECORDED

9          PUBLIC HEARING OF THE

10    STANDING JOINT CONGRESSIONAL REDISTRICTING COMMITTEE

11          AUGUST 5, 2021

12

13          MERIDIAN, MISSISSIPPI

14

15

16

17

18

19

20

21

22

23

24

25

3:22-cv-734
JTX-022

SDT-SJLCRR-000001

```
1        MR. BECKETT: Well, thank you all for coming out
2   tonight. This is, uh, the first of our public hearings
3   that we're going to have on -- on redistricting and,
4   um, just -- just a little history, the joint committee
5   holds these public hearings to receive suggestions and
6   recommendations on how the Mississippi Legislature
7   should redistrict itself and its four Congressional
8   districts.
9        Uh, during the course of this -- this hearing,
10  uh, what's best of -- I mean, well all the members,
11  uh, are members of the public and will have the
12  opportunity to ask questions of the meeting, like
13  statements, um, to the meeting and about the upcoming
14  redistricting efforts.
15       By custom, we try to give members of the public a
16  pre-opportunity to say what they wish. Um, in cases
17  where it appears that there are going to be many
18  people who want to speak, um, we will have to limit
19  the time as -- as to what limits, uh, when posed, uh,
20  will be up to -- to my six chairmen, depending on how
21  many people want to speak.
22       And, uh -- and so that's kind of where we'll
23  start out. Uh, at this time, um, I will -- as
24  chairman, I'd like to call the -- the public hearing
25  for the Joint Reinforcement Committee and -- and Joint
```

SDT-SJLCRR-000002

JTX-022-002

```
1    Congressional Redistricting Committee to order and --
2    and ask, uh, Mr. Ted Booth to call roll.
3         MR. BOOTH:  Yes, sir.  Uh, from the House, Mr.
4    Beckett.
5         MR. BECKETT:  Here.
6         MR. BOOTH:  Blackmon, Brown, Eubanks, Ford --
7         MR. FORD:  Here.
8         MR. BOOTH:  -- Mangold.
9         MR. MANGOLD:  Here.
10        MR. BOOTH:  -- Read, Shanks --
11        MR. SHANKS:  Here.
12        MR. BOOTH:  -- Taylor and White. From the Senate,
13   Kirby --
14        MR. KIRBY:  Here.
15        MR. BOOTH:  -- Bryan --
16        MR. BRYAN:  Here.
17        MR. BOOTH:  -- DeBar, Harkins --
18        MR. HARKINS:  Here.
19        MR. BOOTH:  -- Hopson, Parker, Simmons, Tate --
20        MR. TATE:  Here.
21        MR. BOOTH:  -- Turner-Ford, Wiggins.
22        MR. BECKETT:  All right. Thank you. And I just
23   want to -- for -- for clarification purposes, we do
24   not have to have a quorum. This is not -- not a -- a
25   meeting where we -- where we would have to do that.
```

1        Uh, we set the [inaudible] for -- to document who

2    was present. Um, you know, I -- I -- I would like to,

3    uh -- Chair would like to -- to recognize any -- we

4    didn't have any members [inaudible], I don't think,

5    that were on the roll.

6        So we -- we'll dispense with that. Uh,

7    additionally, I would like to recognize, uh, any

8    legislatures -- legislators in the audience who are

9    not on the committee, if you would like to stand up

10   and introduce yourself, it would be fine if you do

11   that. [inaudible, laughter]

12       Sir, I know you're not going to miss the

13   opportunity to stand up. [laughter]

14       MALE 1:  [inaudible] personal preference. Good

15   evening, everyone. I think I know most of the people

16   that are here from the residents around the area.

17   Thank you all for coming and thank you for your level

18   of participation [inaudible].

19       MR. BECKETT:  All right. And [inaudible], I don't

20   think there's anybody else [inaudible]. All right.

21   [inaudible]. Um, [inaudible] is having this meeting

22   here and bringing community college in we --

23       I want to thank our folks for -- for the efforts

24   that they've gone to to, uh -- to make this available

25   to -- to the public and allowing us to use the

SDT-SJLCRR-000004

```
 1    facility and [inaudible] that he does not [inaudible]
 2    saying anything to you -- to you all at this time,
 3    but, uh, if he changes his mind, we will give him an
 4    opportunity to do that.
 5         Um, and so, um, the, uh -- uh, at this time, I
 6    would just ask any other member -- any members of the
 7    committee if -- if, uh -- then we'll give them the
 8    opportunity to say something here in a few minutes,
 9    but I want to remind you -- and [inaudible] the staff
10    has asked me to remind you that we need each person to
11    sign in.
12         Um, I think there -- there [inaudible] sign in as
13    you came in, but if you have not signed in, we would
14    love to have a record available [inaudible] the
15    hearing. So be -- be sure to do -- and do that. Um,
16    you know -- and, um, a great deal of effort has gone
17    into these hearings. We're going to have a series of
18    nine hearings across the state. This happens to be the
19    first one that we've had.
20         I -- I understand that there have been hearings
21    [inaudible]. Um, I believe it's very -- probably the
22    first time this has been [inaudible]. We'll get a
23    little further along each time. And I want to thank
24    the staff, because they go back through the
25    transcripts of -- of the fire hearings, especially the
```

SDT-SJLCRR-000005

1    ones [inaudible] in 2010 and they looked at -- at

2    different things that we need to cover in a meeting,

3    those questions I asked [inaudible] that.

4        So we've -- I want to touch on a few things that

5    are just common -- uh, common things I've been asking

6    at all the hearings that -- that the public needs to

7    understand about this process that -- that we're

8    entering into. And so, uh, just a few of the -- few of

9    the issues, you know, why -- why do we redistrict?

10       I -- I -- I have people that -- that ask that

11   question. They -- they seem to be fundamental to us

12   and we may understand all that, but -- but we need --

13   but we require that, uh -- to redistrict and I need to

14   point out that the Federal House [inaudible] require

15   that one person — 1 vote requires redistrict both the

16   Congressional districts and the Legislative districts

17   every 10 years following the census.

18       Additionally, Section 254 of our Constitution of

19   1890 requires that we redistrict the Legislative. So

20   we're not doing it because [inaudible] redistrict,

21   we're doing it because it's required that we would do

22   that. Uh, some people will ask, you know, when -- when

23   -- when would [inaudible] Wilkins [ph] commence

24   redistricting.

25       And so that's one thing I want to make clear that

SDT-SJLCRR-000006

STANDING JOINT CONGRESSIONAL REDISTRICTING COMMITTEE
Public Hearing on 08/05/2021                                    Page 7

1    officially, we are commencing redistricting denial. Uh

2    -- uh, at -- at this -- at this point -- at this point

3    and time, um, because of qualified deadlines next

4    year, our -- our efforts of Congressional

5    redistricting will come first and, uh -- and -- and

6    will occur during the -- during this fall.

7         Um, we will be working on -- on the Legislature

8    during -- during the months of 2022, uh, [inaudible]

9    session. Um, you know, why -- why would we need to

10   redistrict? Because the population [inaudible] will --

11   we're going to face challenges redistricting

12   [inaudible]. When you look at these maps, you --

13   you'll understand that our population has shifted a

14   lot with -- we have --

15        Most counties have gone down in population but

16   some have gone up right now and because of these one-

17   person, uh -- these -- these, uh -- these voting

18   requirements that we make [inaudible] -- we equalize

19   the districts. We're required to do this [inaudible]

20   makes it very difficult too. If you'll look at the

21   maps scattered around, um -- uh -- uh, that we bolted

22   here, you'll -- you'll see how the population's

23   changed.

24        The maps will show the 2020 census population

25   estimates for counties showing where the census bureau

SDT-SJLCRR-000007

JTX-022-007

1    projects gains and losses. Um, you know, there's --
2    there's going to be -- for this meeting -- I mean,
3    we're -- we're showing all of them, but for this
4    meeting, you all need to know that this portion of the
5    state lost population all -- in all of the counties in
6    this portion and the state lost [inaudible].
7         When -- when we go to [inaudible], but when we go
8    plus one and down four in [inaudible], we're going to
9    be -- have an [inaudible]. We're going to be dealing
10   with, uh, gains in population and both present
11   challenges. You know, the -- the exhibits, um, will
12   al- -- will also tell you the ideal size for a House
13   District is 24,273 people and that can be a -- a 5 --
14   5 to 7 deviation up and down.
15        The, uh -- the Senate ideal size is 56,948
16   allowing for the same type of deviation. So there is a
17   little room in the House and Senate Districts and
18   deviation. What you need to understand from the
19   Congressional districts, that is not the case and they
20   need to be as close to identical as possible.
21        Um, you know, why -- why are we presenting the
22   census estimates if the [inaudible] of the actual
23   data? It's because of the delays in reducing the
24   census data, the actual numbers, uh, we use in
25   redistricting are not yet available.

SDT-SJLCRR-000008

```
 1          So we don't have the actual numbers so that --
 2    and first set of data will be available in mid-August
 3    with a final official delivery occurring close to
 4    September -- close to the end -- uh, close to the end
 5    of September.
 6          Census estimates give us a good indication of --
 7    of where our challenges are and how to use the past
 8    years to assist the public in understanding the issues
 9    faced in redistricting. So I mean, there -- you can't
10    draw the districts, because we don't have the precinct
11    numbers, but you -- you know what parts to say you are
12    losing population.
13          And so your representation -- you're -- you're
14    representing, essentially by in large, areas that
15    they're representing on a [inaudible] and -- and where
16    the [inaudible] will be and, uh, you know, and how can
17    -- how can -- how many members of the public
18    participate in this process. So, you know, there's
19    several ways.
20          Um, about [inaudible] concerns of this meeting is
21    one way you can participate. We're -- we're here to
22    hear your concerns this evening, we will listen to --
23    to any matter that -- that you wish to bring to our
24    attention about how and where we will draw
25    Congressional and Legislative districts that, uh, we
```

SDT-SJLCRR-000009

1  need to let members of the public know that -- that

2  unless I have a card with their name on -- on --

3       Unless they're assigned a card with their name on

4  it, before we can make any call, uh, we -- we need to

5  know that for a couple reasons, one, so we know who

6  we're talking to, but also for any follow-ups. So

7  we'll need a -- we'll need a name. But, um, you know,

8  staff will be passing out the cards for anyone that --

9  that wants one.

10      Um, also, um, you can submit suggestions to the

11 committee in writing on my email and you can, uh -- by

12 taking advantage of the opportunity to see the

13 committee's public access and computer -- computer

14 terminals, our -- our, um -- our meeting denial is

15 going to be on the computer.

16      And so there is -- there is public access to

17 this. There are people who will be -- who will be

18 watching through that avenue and -- and you can -- the

19 other meetings might be too far away.

20      Uh, in a hearing, you know, what kinds of

21 concerns does committee need to hear from the public?

22 It is simply anything that is on your mind, um, is the

23 simple answer.

24      You know, in the past, we've heard things about

25 voting rights and some we've heard about flipped

SDT-SJLCRR-000010

```
 1   precincts, we've heard about splitting the
 2   municipalities, um, and, um, districts that are odd- -
 3   - odd-shaped. And so we've -- we'll -- we're -- we --
 4   we've heard most of the things that members have
 5   talked about.
 6        We talk about the same things that -- that -- a
 7   lot of the same issues that talk -- talk about
 8   denying, but, uh, just so you know the rules in the
 9   house will govern joint committees.
10        Um, we -- we -- we -- we will han- -- we will
11   handle such matters as the House would handle it and
12   another issue is how can members of the public contact
13   the meeting to provide information or to book time of
14   the public access computers?
15        Uh, members of the public shall be advised to
16   send, by U.S. Mail, to Ted Booth, that's Ted right
17   there, uh, staff counsel, Joint Reinforcement
18   Committee, P.O. Box 1204, Jackson, Mississippi and,
19   uh, we'll be glad to provide this address [inaudible].
20        We've got -- got an email address, uh,
21   tedbooth@peer.ms.gov and, you know, we just -- we need
22   you to be -- to please provide information for staff
23   follow-ups such as email address, uh, telephone number
24   and if some of this still seems like we [inaudible]
25   need to go over it in here like the address and
```

SDT-SJLCRR-000011

STANDING JOINT CONGRESSIONAL REDISTRICTING COMMITTEE
Public Hearing on 08/05/2021                                    Page 12

```
 1   things, just remember there are people who are going
 2   to be watching that are here right now that might not
 3   have [inaudible] to get an address from us afterwards.
 4        But, uh -- but public access for Congressional
 5   redistricting will -- will commence following the
 6   delivery of the final PL94-171 data which should
 7   arrive at the close of September. That -- that's what
 8   you need -- need to know is that -- is don't worry
 9   about the -- the number of the -- the information, but
10   we're going to receive the data -- the necessary data
11   end of September.
12        And so -- so that's when our Congressional time
13   will start and, um, the public access time will last
14   three weeks from the end of September. For
15   Legislative, it will occur after January 1, 2022 and
16   will last 3 weeks. Um, so at this time, I would like
17   to call any other member that might want to have
18   anything notable to add.
19        MALE 2:  Quickly, if I may. Um, first, thank you
20   for having us here in Meridian -- [inaudible] Meridian
21   and also [inaudible] and you're [inaudible]. So -- and
22   the others that are here. So, um, let -- let me say
23   that we have some Senators and some House members that
24   aren't here as well as the census [inaudible] here
25   and, um, sent me a message saying, we're watching
```

SDT-SJLCRR-000012

JTX-022-012

1    online and wish they could be here.

2         Uh, we're here tonight, uh, as, uh, represent- --

3    uh, [inaudible], we're here to hear you [inaudible].

4    So, uh, I hope you can ask some new questions and we

5    look forward to [inaudible] each and every one of you.

6         MALE 3:  Well, they aren't in my district, uh,

7    right here where we're sitting, but it's vacated right

8    now. So I will claim it for now. Um, so I just want to

9    say thank you to everybody for [inaudible]. Welcome to

10   Meridian, everybody. I look forward to hearing your

11   comments. Thank you.

12        MR. BECKETT:  All right. We thank you all for

13   those comments. At -- at this time, we want to open

14   the meeting up for the public to, um, take a card, ask

15   -- ask -- ask a question and, uh, I'll make a co- --

16   we'll make a comment, because this is really, uh --

17   we're -- we're -- we're not going to have the answers

18   to all of your all's questions, but, uh, we are here,

19   at the very beginning segments of this redistricting

20   process, to get input from the communities around

21   [inaudible].

22        So [inaudible]. Um, while he's doing that, I want

23   to take just a moment, um, to remind our speakers that

24   -- that the committee, uh, may call a time if the

25   [inaudible] you all, uh, Joint Committee is operating,

SDT-SJLCRR-000013

1   once again, under the House rules regarding time for -
2   - for speaking on a measure. At the last round of
3   hearings, um, the time was limited to five minutes,
4   but, you know, we're -- we -- we'll just operate and,
5   uh, go forward. You have some questions for us?
6       MALE 4:  I have a couple who would like to be
7   recognized. [inaudible] a few more minutes.
8       MR. BECKETT:  All right. All right. All right.
9   The first individual is, uh, Mr. Greg Snowden. And
10  this one we may have to [inaudible].
11  [laughter]
12      MR. SNOWDEN:  Well, that's -- you know, I -- I --
13  I'm used to that and I do apologize, I didn't expect
14  to be first. Uh, I do welcome you to [inaudible], you
15  [inaudible], most of you, uh, and, uh -- and I do
16  appreciate you being here and your interest, uh, in --
17  in East Mississippi. Um, I think what you said already
18  is of great importance to the folks here.
19      I don't think really it's understood that we have
20  lost quite a bit of population, uh, in this area and
21  not this [inaudible], but really the 12 counties
22  around. That's not unique. We had a -- a loss of
23  population in this area, uh, 10 years ago.
24      The [inaudible] were redistributed years ago and
25  actually, we did not lose a seat over here, uh,

SDT-SJLCRR-000014

1   primarily because of the creation of a new majority --
2   majority -- an [inaudible] majority district, uh,
3   [inaudible] in Kemper County and -- and, uh, I -- I
4   don't know if we can avoid that again this year.
5       We hope to do that and we want you to take a hard
6   look at that. We do think this area of the state
7   deserves, uh, representation, but other areas of the
8   state have grown. They're going to want, you know,
9   additional representatives and Senators as well. So we
10  would ask you to be careful here, um, for our area,
11  because that's -- that's very important.
12      Um, I -- I will say this, that, uh, 10 years ago
13  I was involved in a process, we -- we produced a
14  product that I think was, uh -- certainly was
15  acceptable to the Justice Department. Now, you do not
16  have a [inaudible] Department anymore, as you know,
17  uh, because the U.S. [inaudible] -- U.S. [inaudible],
18  but the civil rights law still applies.
19      Uh, you can't [inaudible] this. You can't
20  [inaudible]. You have to take minority and majority
21  districts [inaudible] districts, that's the law,
22  you've got to do that. Uh, state law, which does not
23  [inaudible], also states the things like compact
24  districts, contiguous districts, communities of
25  interest, uh, and -- and [inaudible].

SDT-SJLCRR-000015

JTX-022-015

1      I want to ask you to do two specific things for

2  this area of the state, I'm sure there are others, but

3  the two things that come to mind -- uh, and I will say

4  when I was first selected to the Legislature in 2000,

5  um, we had the local delegation of myself, a young

6  Republican representative [inaudible] of the House.

7      Uh, we had, uh, Chuck Young's father, uh, Charles

8  Young, Senior who, uh, was a Democrat and represented

9  Tommy Horne who is an independent. So we had a little

10  bit of everything and believe it or not we worked

11  together very well. I mean, Charles Young was a mentor

12  of mine, um, and it's helpful to have that kind of

13  representation where you can dip into both wells, so

14  to speak.

15      And I'm particularly concerned about the city of

16  Meridian. Um -- uh -- uh -- uh, we need to maintain,

17  um, a presence frankly of both parties in the city of

18  Meridian and that's something that I would ask you to

19  look at the priority here, because when these are

20  drawn, um -- uh, currently, District 83, which I --

21  and by the way, I have no intention of ever running

22  for anything again.

23      So, uh, it's not -- this is not partial, this is

24  a citizen [inaudible] in Meridian, but I was

25  [inaudible] represent District 83 20 years ago and,

SDT-SJLCRR-000016

1 um, it was remarkable how -- how we were able to work
2 together. If we needed a Democrat's help, we go to
3 Charles Young.
4    If we needed, uh, Republican help, sometimes they
5 would come to me and if we needed independent help, uh
6 -- well, if you needed most anything, you'd go to --
7 to Tom Horne and that continued under Chuck Young
8 who's doing an excellent job and I'm sure he works the
9 same way, uh, with our -- with our current delegation,
10 um, and I -- uh, that's important to -- to -- to have
11 that -- in my opinion, uh, to have that kind of
12 representation.
13    So I would ask you particularly -- not asking you
14 to maintain anything, because I understand how that
15 works, but particularly, uh, be conscious of that. I -
16 - I do think in the House, certainly those traditions
17 -- certainly, the truth is, uh, we need that as well,
18 that, uh -- with this, uh, Sampson Jackson current
19 representative of [inaudible], District 32 has got to
20 be maintained and it's got to have -- have an
21 influence and you all [inaudible] do that.
22    Second thing, for 30 years, I've been very close
23 to Clarke County. I've represented their board of
24 supervisors for years, town of Stonewall for years.
25 Until 10 years ago, Clarke County was divided in 5

1    different ways.

2        I mean, they just -- they was full of

3    [inaudible], uh, folks who live elsewhere and one of

4    the things I was proudest of in the 2- -- I guess it

5    was 2010, actually, when [inaudible] redistricting,

6    was that we were able to put Clarke County pretty much

7    together, again, as far as House representation and,

8    uh, representative Troy Smith now represents that

9    area.

10       He was represented by [inaudible] prior to that

11   and represented [inaudible] County prior to that, but

12   it -- it's contiguous and it represents most of Clarke

13   County. I would just urge you -- and I know Senator

14   Tate has a very strong [inaudible], because he

15   represents Clarke County, most of it. Uh, I guess, all

16   of it, but, uh, anyway, um, I would ask you please be

17   sensitive to that [inaudible].

18       And those are really the two main things I wanted

19   to emphasize. Folks don't understand, because folks

20   just don't, that we're looking at possibly --

21   hopefully not, but possibly losing a seat, uh, in the

22   House and maybe even in the Senate in this bottom

23   state. That's not something we want. Nobody wants

24   that, uh, but there's certainly [inaudible] look out

25   for.

SDT-SJLCRR-000018

```
 1          I'm speaking specifically Lauderdale County and

 2     Clarke and I would just urge you to keep those things

 3     on your mind. I do appreciate your time. It's good to

 4     see your faces again and, uh, we'll see you soon, I'm

 5     sure, over [inaudible]. Thank you.

 6          MR. BECKETT:  Thank you for your comments. Uh,

 7     Mr. Ted Gross [ph].

 8          MR. DEUTCH:  Good evening, Ted with [inaudible]

 9     to address this [inaudible]. Uh, [inaudible] I hate to

10     pass up that opportunity for him to speak, but it's --

11     it's very appropriate that I follow, uh, Mr. Snowden,

12     because he touched two things that I have a question

13     about, perhaps a comment, but more of a question,

14     black voting age population.

15          I served as the chairman of the Lauderdale County

16     Democratic Party. Of course, we don't represent just

17     black, uh, citizens, by far, it's not just black

18     folks, but black voting [inaudible] population could

19     explain how that figures into this -- this whole

20     redistricting thing and as Mr. Snowden said, that

21     affects counting the ballots and things and -- and

22     these Mississippi [inaudible] represented strictly by

23     the government or that we have a mix of Democrats in

24     there as well.

25          That question is black voting age population. The
```

SDT-SJLCRR-000019

1    other one is is there a watchdog that monitors how you

2    stick to the guidelines that have been laid out to

3    [inaudible]?

4         MR. BECKETT:  Ted, is that something that we need

5    to give a written response to?

6         MALE 4:  Uh, I -- I think we could if you wanted

7    to [inaudible].

8         MR. BECKETT:  Are you wanting to -- are you

9    wanting to ask his questions in general, uh -- uh,

10   about -- about who -- who would be -- who would be

11   monitoring that and -- and, uh, just --

12        MALE 4:  Well, who would be -- as for monitoring,

13   the monitoring will be coming from various members of

14   the committee who serve on the committee that would be

15   responsible for bringing redistricting plans to the

16   Congress and to the House and to the Senate.

17        It would be the members of the various committees

18   of the Legislature and the voting members would be

19   voting on these matters on the floor to determine

20   whether or not we have followed the criteria that

21   we're supposed to follow.

22        And finally, if that political process is

23   insufficient, persons may, if they so choose, file

24   suit in federal court challenging our redistricting if

25   they so desire. Those would be the -- the methods for

SDT-SJLCRR-000020

```
 1   oversight.
 2        MR. BECKETT:  All right. And I believe the first
 3   part of the question dealt with delusion of minority
 4   voting. And is that basically what you're con- --
 5   concerned about?
 6        MR. DEUTCH:  Yes.
 7        MR. BECKETT:  All right. Um, [inaudible]
 8   considered and [inaudible] districts I think that's
 9   really kind of getting at the jest of the question.
10        MALE 4:  Well, once again, um, the, uh, committee
11   has to abide by the Voting Rights Act of 1965, Section
12   2. The voting committee also has to abide by the
13   Protection Clause of the Constitution and the
14   committee has to consider both of those factors.
15        There can be no actual ironclad answer, because
16   in every case, when you're drawing a district,
17   different considerations will come into, uh, the, uh,
18   efforts of the committee when they're making -- when
19   they're drawing a district.
20        So I can't give you a general answer except to
21   know that [inaudible] -- to know that, uh, the members
22   of the committee are well aware of these legal
23   mandates with which they ha- -- under which they have
24   to operate. Members of the staff are very familiar --
25   Mr. [inaudible] and I have been working on the
```

```
 1   districting now for 20-plus years.

 2        So we're quite aware of the various laws under

 3   which we must operate when we're drawing the plans.

 4        MR. BECKETT:  All right.  Thank you for your

 5   thoughts. Uh, Ms. Payne.

 6        MS. CLARK-PAYNE:  Good evening.

 7        MR. BECKETT:  Thank you.

 8        MS. CLARK-PAYNE:  I'm Melba Clark-Payne. I am

 9   currently serving as the secretary of our Meridian

10   Lauderdale County NAACP and I also served as chairman

11   of the Lauderdale County Democratic Party for seven

12   years. My question has to do with the panel. The panel

13   does not seem to represent by race, the people that

14   are in this audience or in this district.

15        So who are the people that are here, how were you

16   selected and what would be your role in the

17   redistrict?

18        MR. BECKETT:  Well, I can answer some of that in

19   that we're -- it's, uh -- if you were the elections

20   chairman or vice-chairman, you were on the committee

21   in the House or the Senate, and -- and you were --

22   were diverse over the ge- -- geography of the state.

23        There are people from various Congressional

24   districts across the state, um, and as you know, there

25   are several members not here, uh, and there are 10
```

SDT-SJLCRR-000022

```
1    House members, there are 10 Senate members and it just

2    -- it just happens that our minority members aren't

3    here along with some of the other -- other members,

4    but the committee itself is more diverse than what --

5    what is here tonight, uh, and we can -- the committee,

6    they can provide you with an actual list of who's on

7    the committee here if you need that, but, uh -- but

8    it's not required that we have these hearings.

9         They're -- they're not required to be here, the

10   members aren't, and some choose to come to the ones

11   closer to where they live. Um, we actually have some

12   people that had other obligations. Uh, I know some --

13   some -- one person that's at another meeting and we

14   had two or three that are actually ill.

15        And so I'm not sure as to why every -- each

16   individual's reason for not being here, but the

17   committee is more diverse than the group that's here

18   [inaudible].

19        MS. CLARK-PAYNE:  And what -- what would be your

20   role in the actual, uh, drawing up the lines?

21        MR. BECKETT:  Yes, ma'am. The -- the Joint

22   Committee will work together. House and Senate work

23   together to draw the Congressional lines and then we

24   have two subcommittees, we have the Senate members and

25   the House members that will work on the districts in
```

```
 1    their chamber. So the House members will draw -- the
 2    House districts and the Senate members will draw the
 3    Senate districts and --
 4        MS. CLARK-PAYNE:  So -- so you're saying then
 5    that the fact that everybody here as white is not
 6    representative of who's on the committee?
 7        MR. BECKETT:  No, ma'am.
 8        MS. CLARK-PAYNE:  And there are minorities on the
 9    committee?
10        MR. BECKETT:  Yes. There are five minority
11    members on the committee.
12        MALE 5:  Mr. Chairman.
13        MR. BECKETT:  Yeah. Yes. Yes.
14        MALE 5:  I -- I was -- just so I can respond in a
15    bit more detail about the Senate membership. As -- as
16    you know, the Republicans control, with fairly large
17    majorities, both the House and the Senate. So I suppo-
18    -- suppose, at least in theory, we could have an all
19    Republican committee. That's just what happens when
20    you have charge of the -- of the Legislative process.
21        In the Senate, there are 10 members on this
22    committee, 7 are Republicans and 3 are Democrats.
23    We've got some vacancies and all. That's fairly close
24    to the percentage right down in the -- in the state
25    Senate right now. It's close enough to 70 percent
```

SDT-SJLCRR-000024

1    Republican, 30 percent Democrats.

2          So speaking as a Democrat, the Democrats from the

3    Senate have nothing to complain about, we have the

4    percentage that we would be entitled to just based --

5    if -- if you were to base things on the partisan

6    breakdown. The three members who are Democrats, I'm

7    one of them, I happen to be here.

8          Uh, Senator Derrick Simmons is from Greenville,

9    he just chose not to drive out here. He is the me- --

10   he is the member -- he is the chair of the Second

11   Democratic Caucus and then he's an African American

12   member. Senator Angela Turner-Ford who is from West

13   Point, is on this committee and she is the chair on --

14   on the Legislative Black Caucus or at least she was.

15   So that's the membership of the -- the Senate.

16         MS. CLARK-PAYNE:  So what you're saying, and this

17   is my last question, it's really not a matter of the

18   representation of -- of the population, it's just who

19   controls the Senate and who controls the, um -- uh,

20   House?

21

22         MALE 5:  Well -- well, ma'am, what I was trying

23   to say is looking at the partisan breakdown of the --

24   the Senate, notwithstanding the fact that the

25   Democrats and Republicans can, if they want to,

SDT-SJLCRR-000025

1    control the entire process. In fact, the Democrats

2    have basically prorated a number of Democrats based on

3    the number of Democrats in the Senate.

4         MALE 6:  Same thing.

5         MR. BECKETT:  Thank you.

6         MALE 6:  Ms. Clark, um, I just wanted to -- to

7    throw in also, number one, it was a pleasure of years

8    working elections with you and Mr. Reynolds for the

9    Democratic Primary.

10        So appreciate your all's service, but also

11   remember that even though it's not up here in this

12   panel that, uh, Representative Young is a part of

13   this, uh, process too. He is on the committee. Uh, he

14   just wanted to get a front-row seat, I guess.

15        I do know that Meridian is represented both by a

16   Republican and a Democrat and I appreciate your

17   comments.

18        MR. BECKETT:  Uh, okay. Um, next, Mr. -- Mr.

19   Greer [ph].

20        MR. KRILL:  That'd be Krill [ph].

21        MR. BECKETT:  Okay. I'm sorry, I put my -- I put

22   my glasses on after I read it.

23        MR. KRILL:  First, I would like -- would like to

24   thank the committee who decided to come to East

25   Mississippi -- uh, Meridian, Mississippi and

SDT-SJLCRR-000026

1   basically, you know, right now currently, I'm a

2   candidate for Senate 32 that is [inaudible] by 100

3   percent of [inaudible] Jackson and I had the

4   [inaudible] representing Greg Snowden's saying, it's

5   very important that the East Mississippi delegation

6   work together, because we know that the numbers have

7   [inaudible].

8        So therefore, it's -- it's very important to East

9   Mississippi to receive their fair representation and

10  we understand that Honorable Senator Tate, I'm glad to

11  have you on the committee, that because we noticed

12  that right now even in my District 32 --

13       I was looking at the numbers, right now we're

14  looking at roughly almost 10,000 people short and we

15  just hope that the committee will be fair in looking

16  at everything, which I know that you all will, but

17  it's very important that delegation in East

18  Mississippi work together, also the mayors supervising

19  every- -- every- -- all the other elected officials,

20  work together, make sure that we receive a fair

21  representation and, uh, I look forward to sitting in

22  on a lot more of the meetings with you all sharing all

23  the [inaudible] minds with District 32, uh, here and I

24  look forward to representing 32 come January. Thanks,

25  again.

1        MR. BECKETT:  And thank you for your willingness

2    to serve. And, um, Mr. Charles Young.

3        MR. YOUNG:  Mr. Chairman, members of the

4    committee, welcome, again, to, uh, Meridian. It's a

5    pleasure having you all here. Um, my concerns are --

6    mostly have been expressed by those that have received

7    the, uh --

8        My concerns are specifically for this nine-county

9    area in which we're [inaudible], um, that has lost

10   population and I would also like to express that we

11   would like for the committee to consider, you know,

12   that, um, the majority of the state has lost

13   population and we realize that there are going to have

14   to be some considerations made with regard to areas

15   that have large increases in population, um, with

16   regard to the areas that have lost population.

17       But as a whole, East Mississippi is a homogenous,

18   uh, pot and we would like to remain as that homogenous

19   pot. Uh, so my simple ask is that the committee be

20   cognizant of our area and that currently we have a

21   good respectable, you know, cohesive, uh, map that is

22   drawn and is representative of our district.

23       So we would be very appreciative if the committee

24   would consider that. Thank you very much.

25       MR. BECKETT:  Thank you. I appreciate that very

SDT-SJLCRR-000028

1    much. Uh, I have -- have one request here that -- from
2    Dr. Young that instead of him asking his question that
3    he would -- he would warrant a response and I -- I'm
4    going to read his -- the question.
5         Uh, it is, is there a correlation in the number
6    of -- of legislators and the population? And I can
7    tell you there is not.
8         Our -- our Constitution sets out the number -- I
9    guess, uh -- uh, we'll set out the number of leg- --
10   of legislative seats, and we have, and we divide that,
11   uh, where -- where the House currently is, uh,
12   representing around 24,000.
13        You know, that could be 60,000 in a district and
14   it -- it wouldn't change the number of people, you
15   just -- you just see them make them lar- -- larger or
16   smaller as far as population, but that number would
17   not automatically change because of an increase or a
18   decrease in population.
19        The other thing, Miss- -- Mississippi has a num-
20   -- has a higher number of -- of legislators than --
21   per capita than most states.
22        Uh, would that not ever decrease as the
23   population of Mississippi decreases? And -- and it
24   will not automatically -- automatically decrease. We
25   do have a large number of legislators.

1     I -- I personally feel like we have too many. I

2    think Ted got a pretty good laugh, the first thing I

3    asked was does this committee have authority to reduce

4    the number, um, and the answer was no.

5     I mean, that's not something we can do. That's

6    something that the people would have to choose to do.

7    There are states that have a lot more people with a

8    lot smaller district than ours and then there are much

9    larger states that -- that have less people than we

10   have. And so, um -- but we're -- the way it's set up

11   now is we would not automatically decrease the number

12   of people because of the loss of population or

13   increase because of loss of population.

14    Uh -- uh -- uh, and -- and [inaudible], now

15   Congress does change. Yeah. Uh, I -- I -- uh, this

16   question said legislator.

17    So I -- I'm assuming our state seats, but we --

18   our Congressional seats do change based on population,

19   because there are only -- there are X number in the

20   country and that divide that population out and you

21   can -- you can gain.

22    We did not lose one this time, we have four now.

23   We've had -- uh, we had five not too terribly long

24   ago. Uh, we did lose population [inaudible]. We're a

25   unique situation that we lost population but did not

SDT-SJLCRR-000030

1    lose a seat and there were states that didn't lose

2    popu- -- population but lost a seat.

3        It had to do with how close they were to that

4    line and, uh, because we've lost one the last time we

5    didn't this time, but if something doesn't change 10

6    years from now, then we're going to be back on that

7    borderline again.

8        So Congressionally it does change, then our

9    number can change because of population, but

10   legislatively our number would not change. Um, are

11   there any more questions? Do you see --

12       MALE 7:  One second, Chair.

13       MR. BECKETT:  Okay.

14       MALE 7:  [inaudible]

15       MR. BECKETT:  Okay.

16       MALE 7:  [inaudible]

17       MR. BECKETT:  All right. All right. Uh, we have a

18   request, um, from, uh, Southern Echo, Inc. to, uh --

19   to share a toolkit of redistricting with, uh,

20   attendees at the end of the process. Um, our counsel

21   has reviewed that, they don't see a problem with that.

22   Uh, if -- uh, I'm going to let the members of the

23   committee, uh, take a look at that and -- and see how

24   they feel about it.

25       So it'll be just -- just a minute on that. Give

```
 1   us just a second and that way if anyone else thinks of
 2   a question they want to ask, uh, you all --
 3        MALE 5:  [inaudible] concern [inaudible],
 4   including campaign [inaudible].
 5        MR. BECKETT:  Okay. There's -- there's no -- no
 6   problem. Um -- uh, we don't -- we don't have an issue
 7   with -- with that being handed out when the meeting is
 8   over with. Um, it's material anybody can hand out.
 9   Yes, go ahead.
10        MALE 3:  I wanted to say one thing if I could, I
11   can do it from my seat.
12        MR. BECKETT:  Uh, why don't you come up here so
13   we can hear you.
14        MALE 3:  I would be happy to. [inaudible].
15        MR. BECKETT:  Yeah. Yeah.
16        MALE 3:  And I just -- uh, I just wanted to say
17   you do want to make it clear, and maybe you did, but
18   that the total number of legislators does not change -
19        MR. BECKETT:  Right.
20        MALE 3:  -- but with shifts in population, where
21   those legislators are do change. So Lauderdale County
22   could lose a seat, uh, Clarke County could lose -- I
23   mean, that's just the way it is.
24        So within the state, the total number stays the
25   same, but the issue is where those seats are going to
```

1    be from and that's really the main purpose of

2    redistricting once you all are about.

3         So I -- I just -- I -- I wanted to make sure

4    folks understand that, because with the loss of

5    population, we are potentially in the crosshairs and

6    folks need to understand that. Thank you.

7         MR. BECKETT:  All right. If, uh -- if there are

8    no other comments or questions, um, one last

9    opportunity, I don't see anyone, uh, once again, I --

10   I want to thank your host for providing this space for

11   this hearing, I want to thank the public for their

12   attendance and the comments and remind the public that

13   -- that we're just in the beginning process of this.

14        This is -- this is going to take really probably

15   Mar- -- March or so. Uh, so this is -- this is

16   something that's going to be going on a while, uh; you

17   know?

18        So if you have any comments, suggestions or

19   proposed -- or proposed plans, you need to -- to -- to

20   mail those to -- to Ted Booth and once again, for

21   those watching, that is he's staff counsel -- he's Ted

22   Booth.

23        He's staff counsel Joint Reinforcement Committee,

24   it's P.O. Box 1204, Jackson, Mississippi 39215, uh, or

25   you can email it to ted.booth@peer.ms.gov.

SDT-SJLCRR-000033

```
1          And, uh, so we would love to have your comments.
2     At this time, ask any other member of the committee if
3     they've got any final comments or remarks that they
4     want to make.
5          All right. Well, uh, I thank you all for your
6     attendance. I thank -- thank each person for being
7     here and this meeting is adjourned.
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

SDT-SJLCRR-000034

STANDING JOINT CONGRESSIONAL REDISTRICTING COMMITTEE
Public Hearing on 08/05/2021                                          Page 35

1

2

3          I, Chris Naaden, a transcriber, hereby declare

4      under penalty of perjury that to the best of my

5      ability the above 34 pages contain a full, true and

6      correct transcription of the tape-recording that I

7      received regarding the event listed on the caption on

8      page 1.

9

10         I further declare that I have no interest in the

11     event of the action.

12

13         August 12, 2021

14         Chris Naaden

15

16

17

18     (Standing Joint Congressional Redistricting Committee,

19     Meridian, 8-5-21)

20

21

22

23

24

25

SDT-SJLCRR-000035

JTX-022-035

**STANDING JOINT CONGRESSIONAL REDISTRICTING COMMITTEE**
Public Hearing on 08/05/2021                                Index: 1..applies

| | | | |
|---|---|---|---|
| **1** | 24,273  8:13 | **7** | 23,25 12:3 |
| | 254  6:18 | | 19:9 |
| 1  4:14 6:15 | | 7  8:14 | adjourned |
| 12:15 | **3** | 24:22 | 34:7 |
| 10  6:17 | 3  12:16 | 31:12,14, | advantage |
| 14:23 | 13:6 24:22 | 16 | 10:12 |
| 15:12 | 32:10,14, | 70  24:25 | advised |
| 17:25 | 16,20 | | 11:15 |
| 22:25 23:1 | 30  17:22 | **8** | affects |
| 24:21 31:5 | 25:1 | 83  16:20,25 | 19:21 |
| 10,000  27:14 | 32  17:19 | | African |
| 100  27:2 | 27:2,12, | **A** | 25:11 |
| 12  14:21 | 23,24 | abide  21:11, | age  19:14, |
| 1204  11:18 | 39215  33:24 | 12 | 25 |
| 33:24 | | acceptable | ahead  32:9 |
| 1890  6:19 | **4** | 15:15 | al-  8:12 |
| 1965  21:11 | 4  14:6 | access | all's  13:18 |
| | 20:6,12 | 10:13,16 | 26:10 |
| **2** | 21:10 | 11:14 | allowing |
| 2  12:19 | | 12:4,13 | 4:25 8:16 |
| 21:12 | **5** | Act  21:11 | American |
| 2-  18:4 | 5  8:13,14 | actual  8:22, | 25:11 |
| 20  16:25 | 17:25 | 24 9:1 | Angela  25:12 |
| 20-plus  22:1 | 24:12,14 | 21:15 | answers |
| 2000  16:4 | 25:22 32:3 | 23:6,20 | 13:17 |
| 2010  6:1 | 56,948  8:15 | add  12:18 | anymore |
| 18:5 | | additional | 15:16 |
| 2020  7:24 | **6** | 15:9 | apologize |
| 2022  7:8 | 6  26:4,6 | additionally | 14:13 |
| 12:15 | 60,000  29:13 | 4:7 6:18 | appears  2:17 |
| 24,000  29:12 | | address | applies |
| | | 11:19,20, | 15:18 |

SDT-SJLCRR-000036

STANDING JOINT CONGRESSIONAL REDISTRICTING COMMITTEE
Public Hearing on 08/05/2021      Index: appreciative..chamber

**appreciative**
28:23

**area**  4:16
14:20,23
15:6,10
16:2 18:9
28:9,20

**areas**  9:14
15:7
28:14,16

**arrive**  12:7

**assigned**
10:3

**assist**  9:8

**assuming**
30:17

**attendance**
33:12 34:6

**attendees**
31:20

**attention**
9:24

**audience**  4:8
22:14

**authority**
30:3

**automatically**
29:17,24
30:11

**avenue**  10:18

**avoid**  15:4

**aware**  21:22
22:2

――――――――
B
――――――――

**back**  5:24
31:6

**ballots**
19:21

**base**  25:5

**based**  25:4
26:2 30:18

**basically**
21:4 26:2
27:1

**Beckett**  2:1
3:4,5,22
4:19 13:12
14:8 19:6
20:4,8
21:2,7
22:4,7,18
23:21
24:7,10,13
26:5,18,21
28:1,25
31:13,15,
17 32:5,
12,15,19
33:7

**beginning**
13:19
33:13

**bit**  14:20
16:10
24:15

**black**  19:14,
17,18,25

25:14

**Blackmon**  3:6

**board**  17:23

**bolted**  7:21

**book**  11:13

**Booth**  3:2,3,
6,8,10,12,
15,17,19,
21 11:16
33:20,22

**borderline**
31:7

**bottom**  18:22

**Box**  11:18
33:24

**breakdown**
25:6,23

**bring**  9:23

**bringing**
4:22 20:15

**Brown**  3:6

**Bryan**  3:15,
16

**bureau**  7:25

――――――――
C
――――――――

**call**  2:24
3:2 10:4
12:17
13:24

**campaign**
32:4

**candidate**
27:2

**capita**  29:21

**card**  10:2,3
13:14

**cards**  10:8

**careful**
15:10

**case**  8:19
21:16

**cases**  2:16

**Caucus**
25:11,14

**census**  6:17
7:24,25
8:22,24
9:6 12:24

**chair**  4:3
25:10,13
31:12

**chairman**
2:24 19:15
22:10,20
24:12 28:3

**chairmen**
2:20

**challenges**
7:11 8:11
9:7

**challenging**
20:24

**chamber**  24:1

SDT-SJLCRR-000037

**STANDING JOINT CONGRESSIONAL REDISTRICTING COMMITTEE**
Public Hearing on 08/05/2021                    Index: change..contact

change
29:14,17
30:15,18
31:5,8,9,
10 32:18,
21

changed  7:23

charge  24:20

Charles
16:7,11
17:3 28:2

choose  20:23
23:10 30:6

chose  25:9

Chuck  16:7
17:7

citizen
16:24

citizens
19:17

city  16:15,
17

civil  15:18

claim  13:8

clarification
3:23

Clark  26:6

Clark-payne
22:6,8
23:19
24:4,8
25:16

Clarke
17:23,25
18:6,12,15
19:2 32:22

Clause  21:13

clear  6:25
32:17

close  8:20
9:3,4 12:7
17:22
24:23,25
31:3

closer  23:11

co-  13:15

cognizant
28:20

cohesive
28:21

college  4:22

commence
6:23 12:5

commencing
7:1

comment
13:16
19:13

comments
13:11,13
19:6 26:17
33:8,12,18
34:1,3

committee
2:4,25 3:1

4:9 5:7
10:11,21
11:18
13:24,25
20:14
21:10,12,
14,18,22
22:20
23:4,5,7,
17,22
24:6,9,11,
19,22
25:13
26:13,24
27:11,15
28:4,11,
19,23 30:3
31:23
33:23 34:2

committee's
10:13

committees
11:9 20:17

common  6:5

communities
13:20
15:24

community
4:22

compact
15:23

complain
25:3

computer
10:13,15

computers
11:14

con-  21:4

concern  32:3

concerned
16:15 21:5

concerns
9:20,22
10:21
28:5,8

Congress
20:16
30:15

Congressional
2:7 3:1
6:16 7:4
8:19 9:25
12:4,12
22:23
23:23
30:18

Congressionall
y  31:8

conscious
17:15

considerations
21:17
28:14

considered
21:8

Constitution
6:18 21:13
29:8

contact

SDT-SJLCRR-000038

JTX-022-038

STANDING JOINT CONGRESSIONAL REDISTRICTING COMMITTEE
Public Hearing on 08/05/2021                 Index: contiguous..divide

| | | | |
|---|---|---|---|
| 11:12 | cover 6:2 | delivery 9:3 | DEUTCH 19:8 |
| contiguous | creation | 12:6 | 21:6 |
| 15:24 | 15:1 | delusion | deviation |
| 18:12 | criteria | 21:3 | 8:14,16,18 |
| continued | 20:20 | Democrat | difficult |
| 17:7 | crosshairs | 16:8 25:2 | 7:20 |
| control | 33:5 | 26:16 | dip 16:13 |
| 24:16 26:1 | current | Democrat's | dispense 4:6 |
| controls | 17:9,18 | 17:2 | district |
| 25:19 | custom 2:15 | Democratic | 8:13 13:6 |
| correlation | ——————— | 19:16 | 15:2 |
| 29:5 | D | 22:11 | 16:20,25 |
| counsel | | 25:11 26:9 | 17:19 |
| 11:17 | data 8:23, | Democrats | 21:16,19 |
| 31:20 | 24 9:2 | 19:23 | 22:14 |
| 33:21,23 | 12:6,10 | 24:22 | 27:12,23 |
| counties | deadlines | 25:1,2,6, | 28:22 |
| 7:15,25 | 7:3 | 25 26:1,2, | 29:13 30:8 |
| 8:5 14:21 | deal 5:16 | 3 | districting |
| counting | dealing 8:9 | denial 7:1 | 22:1 |
| 19:21 | dealt 21:3 | 10:14 | districts |
| country | Debar 3:17 | denying 11:8 | 2:8 6:16 |
| 30:20 | decided | Department | 7:19 8:17, |
| County 15:3 | 26:24 | 15:15,16 | 19 9:10,25 |
| 17:23,25 | decrease | depending | 11:2 |
| 18:6,11, | 29:18,22, | 2:20 | 15:21,24 |
| 13,15 | 24 30:11 | Derrick 25:8 | 21:8 22:24 |
| 19:1,15 | decreases | deserves | 23:25 |
| 22:10,11 | 29:23 | 15:7 | 24:2,3 |
| 32:21,22 | delays 8:23 | desire 20:25 | diverse |
| couple 10:5 | delegation | detail 24:15 | 22:22 |
| 14:6 | 16:5 17:9 | determine | 23:4,17 |
| court 20:24 | 27:5,17 | 20:19 | divide 29:10 |
| | | | 30:20 |

SDT-SJLCRR-000039

STANDING JOINT CONGRESSIONAL REDISTRICTING COMMITTEE
Public Hearing on 08/05/2021        Index: divided..geography

**divided**
 17:25

**document** 4:1

**draw** 9:10,
 24 23:23
 24:1,2

**drawing**
 21:16,19
 22:3 23:20

**drawn** 16:20
 28:22

**drive** 25:9

——————— E ———————

**East** 14:17
 26:24
 27:5,8,17
 28:17

**Echo** 31:18

**effort** 5:16

**efforts** 2:14
 4:23 7:4
 21:18

**elected**
 27:19

**elections**
 22:19 26:8

**email** 10:11
 11:20,23
 33:25

**emphasize**
 18:19

**end** 9:4
 12:11,14
 31:20

**entering** 6:8

**entire** 26:1

**entitled**
 25:4

**equalize**
 7:18

**essentially**
 9:14

**estimates**
 7:25 8:22
 9:6

**Eubanks** 3:6

**evening** 4:15
 9:22 19:8
 22:6

**every-** 27:19

**excellent**
 17:8

**exhibits**
 8:11

**expect** 14:13

**explain**
 19:19

**express**
 28:10

**expressed**
 28:6

——————— F ———————

**face** 7:11

**faced** 9:9

**faces** 19:4

**facility** 5:1

**fact** 24:5
 25:24 26:1

**factors**
 21:14

**fair** 27:9,
 15,20

**fairly**
 24:16,23

**fall** 7:6

**familiar**
 21:24

**father** 16:7

**federal** 6:14
 20:24

**feel** 30:1
 31:24

**figures**
 19:19

**file** 20:23

**final** 9:3
 12:6 34:3

**finally**
 20:22

**fine** 4:10

**fire** 5:25

**flipped**
 10:25

**floor** 20:19

**folks** 4:23
 14:18
 18:3,19
 19:18
 33:4,6

**follow** 19:11
 20:21

**follow-ups**
 10:6 11:23

**Ford** 3:6,7

**forward**
 13:5,10
 14:5
 27:21,24

**frankly**
 16:17

**front-row**
 26:14

**full** 18:2

**fundamental**
 6:11

——————— G ———————

**gain** 30:21

**gains** 8:1,10

**ge-** 22:22

**general** 20:9
 21:20

**geography**

SDT-SJLCRR-000040

JTX-022-040

STANDING JOINT CONGRESSIONAL REDISTRICTING COMMITTEE
Public Hearing on 08/05/2021                    Index: give..inaudible

| | | | |
|---|---|---|---|
| 22:22 | ——————— | history  2:4 | important |
| give  2:15 | **H** | holds  2:5 | 15:11 |
| 5:3,7 9:6 | | homogenous | 17:10 |
| 20:5 21:20 | ha-  21:23 | 28:17,18 | 27:5,8,17 |
| 31:25 | han-  11:10 | Honorable | inaudible |
| glad  11:19 | hand  32:8 | 27:10 | 4:1,4,11, |
| 27:10 | handed  32:7 | hope  13:4 | 14,18,19, |
| glasses | handle  11:11 | 15:5 27:15 | 20,21 5:1, |
| 26:22 | happen  25:7 | Hopson  3:19 | 9,12,14, |
| good  4:14 | happy  32:14 | Horne  16:9 | 21,22 6:1, |
| 9:6 19:3,8 | hard  15:5 | 17:7 | 3,14,20,23 |
| 22:6 28:21 | Harkins | host  33:10 | 7:8,10,12, |
| 30:2 | 3:17,18 | house  3:3 | 18,19 8:6, |
| govern  11:9 | hate  19:9 | 6:14 8:12, | 7,8,9,22 |
| government | hear  9:22 | 17 11:9,11 | 9:15,16,20 |
| 19:23 | 10:21 13:3 | 12:23 14:1 | 11:19,24 |
| great  5:16 | 32:13 | 16:6 17:16 | 12:3,20, |
| 14:18 | heard  10:24, | 18:7,22 | 21,24 |
| Greenville | 25 11:1,4 | 20:16 | 13:3,5,9, |
| 25:8 | hearing  2:9, | 22:21 | 21,22,25 |
| Greer  26:19 | 24 5:15 | 23:1,22,25 | 14:7,10, |
| Greg  14:9 | 10:20 | 24:1,2,17 | 14,15,21, |
| 27:4 | 13:10 | 25:20 | 24 15:2,3, |
| Gross  19:7 | 33:11 | 29:11 | 16,17,19, |
| group  23:17 | hearings | | 20,21,23, |
| grown  15:8 | 2:2,5 | ——————— | 25 16:6, |
| guess  18:4, | 5:17,18, | **I** | 24,25 |
| 15 26:14 | 20,25 6:6 | | 17:19,21 |
| 29:9 | 14:3 23:8 | ideal  8:12, | 18:3,5,10, |
| guidelines | helpful | 15 | 11,14,17, |
| 20:2 | 16:12 | identical | 24 19:5,8, |
| | higher  29:20 | 8:20 | 9,18,22 |
| | | ill  23:14 | 20:3,7 |
| | | importance | 21:7,8,21, |
| | | 14:18 | 25 23:18 |
| | | | 27:2,3,4, |
| | | | 7,23 28:9 |
| | | | 30:14,24 |

SDT-SJLCRR-000041

STANDING JOINT CONGRESSIONAL REDISTRICTING COMMITTEE
Public Hearing on 08/05/2021                    Index: including..lose

| | | | |
|---|---|---|---|
| 31:14,16 | involved | kinds   10:20 | 25:14 |
| 32:3,4,14 | 15:13 | Kirby   3:13, | 29:10 |
| including | ironclad | 14 | legislatively |
| 32:4 | 21:15 | Krill   26:20, | 31:10 |
| increase | issue   11:12 | 23 | legislator |
| 29:17 | 32:6,25 | _____ | 30:16 |
| 30:13 | issues   6:9 | L | legislators |
| increases | 9:8  11:7 | | 4:8  29:6, |
| 28:15 | _____ | laid   20:2 | 20,25 |
| independent | J | lar-  29:15 | 32:18,21 |
| 16:9  17:5 | Jackson | large   9:14 | Legislature |
| indication | 11:18 | 24:16 | 2:6  7:7 |
| 9:6 | 17:18  27:3 | 28:15 | 16:4  20:18 |
| individual | 33:24 | 29:25 | legislatures |
| 14:9 | January | larger   29:15 | 4:8 |
| individual's | 12:15 | 30:9 | level   4:17 |
| 23:16 | 27:24 | Lauderdale | limit   2:18 |
| influence | jest   21:9 | 19:1,15 | limited   14:3 |
| 17:21 | job   17:8 | 22:10,11 | limits   2:19 |
| information | joint   2:4,25 | 32:21 | lines   23:20, |
| 11:13,22 | 11:9,17 | laugh   30:2 | 23 |
| 12:9 | 13:25 | laughter | list   23:6 |
| input   13:20 | 23:21 | 4:11,13 | listen   9:22 |
| insufficient | 33:23 | 14:11 | live   18:3 |
| 20:23 | Justice | law   15:18, | 23:11 |
| intention | 15:15 | 21,22 | local   16:5 |
| 16:21 | _____ | laws   22:2 | long   30:23 |
| interest | K | leg-  29:9 | looked   6:1 |
| 14:16 | Kemper   15:3 | legal   21:22 | lose   14:25 |
| 15:25 | kind   2:22 | legislative | 30:22,24 |
| introduce | 16:12 | 6:16,19 | 31:1  32:22 |
| 4:10 | 17:11  21:9 | 9:25  12:15 | |
| | | 24:20 | |

SDT-SJLCRR-000042

STANDING JOINT CONGRESSIONAL REDISTRICTING COMMITTEE
Public Hearing on 08/05/2021                  Index: losing..Miss-

| | | | |
|---|---|---|---|
| losing 9:12<br>18:21 | make 4:24<br>6:25 7:18<br>10:4<br>13:15,16<br>27:20<br>29:15<br>32:17 33:3<br>34:4 | matters<br>11:11<br>20:19 | 21 25:6<br>28:3 31:22 |
| loss 14:22<br>30:12,13<br>33:4 | | mayors 27:18 | membership<br>24:15<br>25:15 |
| | | me- 25:9 | |
| losses 8:1 | | measure 14:2 | mentor 16:11 |
| lost 8:5,6<br>14:20<br>28:9,12,16<br>30:25<br>31:2,4 | makes 7:20<br>making 21:18<br>MALE 4:14<br>12:19 13:6<br>14:6 20:6,<br>12 21:10<br>24:12,14<br>25:22<br>26:4,6<br>31:12,14,<br>16 32:3,<br>10,14,16,<br>20 | meeting<br>2:12,13<br>3:25 4:21<br>6:2 8:2,4<br>9:20 10:14<br>11:13<br>13:14<br>23:13 32:7<br>34:7 | Meridian<br>12:20<br>13:10<br>16:16,18,<br>24 22:9<br>26:15,25<br>28:4 |
| | | | message<br>12:25 |
| lot 7:14<br>11:7 27:22<br>30:7,8 | | | |
| love 5:14<br>34:1 | | | methods<br>20:25 |
| | | meetings<br>10:19<br>27:22 | |
| **M** | | | mid-august<br>9:2 |
| | | Melba 22:8 | |
| made 28:14 | mandates<br>21:23 | member 5:6<br>12:17<br>25:10,12<br>34:2 | mind 5:3<br>10:22 16:3<br>19:3 |
| mail 11:16<br>33:20 | | | |
| main 18:18<br>33:1 | Mangold 3:8,<br>9 | | minds 27:23 |
| | | members<br>2:10,11,15<br>4:4 5:6<br>9:17 10:1<br>11:4,12,15<br>12:23<br>20:13,17,<br>18 21:21,<br>24 22:25<br>23:1,2,3,<br>10,24,25<br>24:1,2,11, | mine 16:12 |
| maintain<br>16:16<br>17:14 | map 28:21 | | minorities<br>24:8 |
| | maps 7:12,<br>21,24 | | minority<br>15:20 21:3<br>23:2 24:10 |
| maintained<br>17:20 | Mar- 33:15 | | |
| majorities<br>24:17 | March 33:15 | | minute 31:25 |
| | material<br>32:8 | | minutes 5:8<br>14:3,7 |
| majority<br>15:1,2,20<br>28:12 | matter 9:23<br>25:17 | | Miss- 29:19 |

SDT-SJLCRR-000043

JTX-022-043

**STANDING JOINT CONGRESSIONAL REDISTRICTING COMMITTEE**
Public Hearing on 08/05/2021                                    Index: Mississippi..ph

| | | | |
|---|---|---|---|
| **Mississippi** 2:6 11:18 14:17 19:22 26:25 27:5,9,18 28:17 29:19,23 33:24 | **number** 11:23 12:9 26:2, 3,7 29:5, 8,9,14,16, 20,25 30:4,11,19 31:9,10 32:18,24 | **operating** 13:25 | **Party** 19:16 22:11 |
| **mix** 19:23 | **numbers** 8:24 9:1,11 27:6,13 | **opinion** 17:11 | **pass** 19:10 |
| **moment** 13:23 | | **opportunity** 2:12 4:13 5:4,8 10:12 19:10 33:9 | **passing** 10:8 |
| **monitoring** 20:11,12, 13 | | **order** 3:1 | **past** 9:7 10:24 |
| **monitors** 20:1 | **O** | **oversight** 21:1 | **Payne** 22:5 |
| **months** 7:8 | **obligations** 23:12 | | **people** 2:18, 21 4:15 6:10,22 8:13 10:17 12:1 22:13,15, 23 23:12 27:14 29:14 30:6,7,9, 12 |
| **municipalities** 11:2 | **occur** 7:6 12:15 | **P** | |
| | **occurring** 9:3 | **P.O.** 11:18 33:24 | |
| **N** | **odd-** 11:2 | **panel** 22:12 26:12 | |
| **NAACP** 22:10 | **odd-shaped** 11:3 | **Parker** 3:19 | |
| **needed** 17:2, 4,5,6 | **official** 9:3 | **part** 21:3 26:12 | **percent** 24:25 25:1 27:3 |
| **nine-county** 28:8 | **officially** 7:1 | **partial** 16:23 | **percentage** 24:24 25:4 |
| **notable** 12:18 | **officials** 27:19 | **participate** 9:18,21 | **person** 5:10 6:15 7:17 23:13 34:6 |
| **noticed** 27:11 | **one-** 7:16 | **participation** 4:18 | **personal** 4:14 |
| **notwithstandin g** 25:24 | **online** 13:1 | **parties** 16:17 | **personally** 30:1 |
| **num-** 29:19 | **open** 13:13 | **partisan** 25:5,23 | **persons** 20:23 |
| | **operate** 14:4 21:24 22:3 | **parts** 9:11 | **ph** 6:23 19:7 |

SDT-SJLCRR-000044

JTX-022-044

STANDING JOINT CONGRESSIONAL REDISTRICTING COMMITTEE
Public Hearing on 08/05/2021          Index: PL94-171..reasons

| | | | |
|---|---|---|---|
| 26:19,20 | pot 28:18, 19 | 20:22 24:20 26:1,13 31:20 33:13 | purposes 3:23 |
| PL94-171 12:6 | | | put 18:6 26:21 |
| plans 20:15 22:3 33:19 | potentially 33:5 | | |
| | pre- opportunity 2:16 | produced 15:13 | Q |
| pleasure 26:7 28:5 | | | qualified 7:3 |
| point 6:14 7:2 25:13 | precinct 9:10 | product 15:14 | question 6:11 13:15 19:12,13, 25 21:3,9 22:12 25:17 29:2,4 30:16 32:2 |
| political 20:22 | precincts 11:1 | projects 8:1 | |
| popu- 31:2 | preference 4:14 | proposed 33:19 | |
| population 7:10,13, 15,24 8:5, 10 9:12 14:20,23 19:14,18, 25 25:18 28:10,13, 15,16 29:6,16, 18,23 30:12,13, 18,20,24, 25 31:2,9 32:20 33:5 | presence 16:17 | prorated 26:2 | |
| | present 4:2 8:10 | Protection 21:13 | questions 2:12 6:3 13:4,18 14:5 20:9 31:11 33:8 |
| | presenting 8:21 | proudest 18:4 | |
| | pretty 18:6 30:2 | provide 11:13,19, 22 23:6 | Quickly 12:19 |
| | primarily 15:1 | providing 33:10 | quorum 3:24 |
| | Primary 26:9 | public 2:2, 5,11,15,24 4:25 6:6 9:8,17 10:1,13, 16,21 11:12,14, 15 12:4,13 13:14 33:11,12 | R |
| population's 7:22 | prior 18:10, 11 | | race 22:13 |
| portion 8:4, 6 | priority 16:19 | | read 3:10 26:22 29:4 |
| posed 2:19 | problem 31:21 32:6 | | realize 28:13 |
| possibly 18:20,21 | process 6:7 9:18 13:20 15:13 | purpose 33:1 | reason 23:16 |
| | | | reasons 10:5 |

SDT-SJLCRR-000045

JTX-022-045

**STANDING JOINT CONGRESSIONAL REDISTRICTING COMMITTEE**
Public Hearing on 08/05/2021                    Index: receive..seat

| | | | |
|---|---|---|---|
| receive 2:5 12:10 27:9,20 | 2:25 11:17 33:23 | 26:15 | responsible 20:15 |
| received 28:6 | remain 28:18 | representing 9:14,15 27:4,24 29:12 | reviewed 31:21 |
| recognize 4:3,7 | remarkable 17:1 | represents 18:8,12,15 | Reynolds 26:8 |
| recognized 14:7 | remarks 34:3 | Republican 16:6 17:4 24:19 25:1 26:16 | rights 10:25 15:18 21:11 |
| recommendations 2:6 | remember 12:1 26:11 | | role 22:16 23:20 |
| | remind 5:9, 10 13:23 33:12 | | |
| record 5:14 | | Republicans 24:16,22 25:25 | roll 3:2 4:5 |
| redistributed 14:24 | represent 16:25 19:16 22:13 | request 29:1 31:18 | room 8:17 |
| redistrict 2:7 6:9, 13,15,19, 20 7:10 22:17 | represent- 13:2 | require 6:13,14 | roughly 27:14 |
| | representation 9:13 15:7 16:13 17:12 18:7 25:18 27:9,21 | required 6:21 7:19 23:8,9 | round 14:2 |
| | | requirements 7:18 | rules 11:8 14:1 |
| redistricting 2:3,14 3:1 6:24 7:1, 5,11 8:25 9:9 12:5 13:19 18:5 19:20 20:15,24 31:19 33:2 | | | running 16:21 |
| | | requires 6:15,19 | |
| | representative 16:6 17:19 18:8 24:6 26:12 28:22 | residents 4:16 | ——— S ——— |
| | | respectable 28:21 | Sampson 17:18 |
| | representatives 15:9 | respond 24:14 | scattered 7:21 |
| reduce 30:3 | | | seat 14:25 18:21 26:14 31:1,2 32:11,22 |
| reducing 8:23 | represented 16:8 17:23 18:10,11 19:22 | response 20:5 29:3 | |
| regard 28:14,16 | | | |
| Reinforcement | | | |

SDT-SJLCRR-000046

JTX-022-046

STANDING JOINT CONGRESSIONAL REDISTRICTING COMMITTEE
Public Hearing on 08/05/2021        Index: seats..subcommittees

seats  29:10
  30:17,18
  32:25

secretary
  22:9

Section  6:18
  21:11

segments
  13:19

selected
  16:4 22:16

Senate  3:12
  8:15,17
  18:22
  20:16
  22:21
  23:1,22,24
  24:2,3,15,
  17,21,25
  25:3,15,
  19,24 26:3
  27:2

Senator
  18:13
  25:8,12
  27:10

Senators
  12:23 15:9

send  11:16

Senior  16:8

sensitive
  18:17

September
  9:4,5

12:7,11,14

series  5:17

serve  20:14
  28:2

served  19:15
  22:10

service
  26:10

serving  22:9

session  7:9

set  4:1 9:2
  29:9 30:10

sets  29:8

Shanks  3:10,
  11

share  31:19

sharing
  27:22

shifted  7:13

shifts  32:20

short  27:14

show  7:24

showing  7:25
  8:3

sign  5:11,
  12

signed  5:13

Simmons  3:19
  25:8

simple  10:23
  28:19

simply  10:22

sir  3:3
  4:12

sitting  13:7
  27:21

situation
  30:25

size  8:12,
  15

smaller
  29:16 30:8

Smith  18:8

Snowden
  14:9,12
  19:11,20

Snowden's
  27:4

Southern
  31:18

space  33:10

speak  2:18,
  21 16:14
  19:10

speakers
  13:23

speaking
  14:2 19:1
  25:2

specific
  16:1

specifically
  19:1 28:8

splitting
  11:1

staff  5:9,24
  10:8
  11:17,22
  21:24
  33:21,23

stand  4:9,13

start  2:23
  12:13

state  5:18
  8:5,6
  15:6,8,22
  16:2 18:23
  22:22,24
  24:24
  28:12
  30:17
  32:24

statements
  2:13

states  15:23
  29:21
  30:7,9
  31:1

stays  32:24

stick  20:2

Stonewall
  17:24

strictly
  19:22

strong  18:14

subcommittees
  23:24

SDT-SJLCRR-000047

STANDING JOINT CONGRESSIONAL REDISTRICTING COMMITTEE
Public Hearing on 08/05/2021                      Index: submit..wanted

| | | | |
|---|---|---|---|
| submit  10:10 | tedbooth@peer. | 19:3 30:22 | 18:19 |
| suggestions | ms.gov  11:21 | 31:4,5 | 27:10 |
|   2:5 10:10 | telephone | 34:2 | 33:4,6 |
|   33:18 |   11:23 | Tom  17:7 | understanding |
| suit  20:24 | terminals | Tommy  16:9 |   9:8 |
| supervising |   10:14 | tonight  2:2 | understood |
|   27:18 | terribly |   13:2 23:5 |   14:19 |
| supervisors |   30:23 | toolkit | unique  14:22 |
|   17:24 | That'd  26:20 |   31:19 |   30:25 |
| suppo-  24:17 | theory  24:18 | total  32:18, | upcoming |
| suppose | thing  6:25 |   24 |   2:13 |
|   24:18 |   17:22 | touch  6:4 | urge  18:13 |
| supposed |   19:20 26:4 | touched |   19:2 |
|   20:21 |   29:19 30:2 |   19:12 | |
| |   32:10 | town  17:24 | ——— V ——— |
| ——— T ——— | things  6:2, | traditions | vacancies |
| |   4,5 10:24 |   17:16 |   24:23 |
| taking  10:12 |   11:4,6 | transcripts | vacated  13:7 |
| talk  11:6,7 |   12:1 15:23 |   5:25 | vice-chairman |
| talked  11:5 |   16:1,3 | Troy  18:8 |   22:20 |
| talking  10:6 |   18:4,18 | truth  17:17 | vote  6:15 |
| Tate  3:19, |   19:2,12,21 | Turner-ford | voting  7:17 |
|   20 18:14 |   25:5 |   3:21 25:12 |   10:25 |
|   27:10 | thinks  32:1 | type  8:16 |   19:14,18, |
| Taylor  3:12 | thoughts | |   25 20:18, |
| Ted  3:2 |   22:5 | ——— U ——— |   19 21:4, |
|   11:16 | throw  26:7 | |   11,12 |
|   19:7,8 | time  2:19, | U.S.  11:16 | |
|   20:4 30:2 |   23 5:2,5, |   15:17 | ——— W ——— |
|   33:20,21 |   22,23 7:3 | understand | wanted  18:18 |
| ted.booth@ |   11:13 |   5:20 6:7, |   20:6 26:6, |
| peer.ms.gov. |   12:12,13, |   12 7:13 |   14 32:10, |
|   33:25 |   16 13:13, |   8:18 17:14 |   16 33:3 |
| |   24 14:1,3 | | |

SDT-SJLCRR-000048

STANDING JOINT CONGRESSIONAL REDISTRICTING COMMITTEE
Public Hearing on 08/05/2021          Index: wanting..Young's

wanting
  20:8,9

warrant  29:3

watchdog
  20:1

watching
  10:18
  12:2,25
  33:21

ways  9:19
  18:1

weeks  12:14,
  16

wells  16:13

West  25:12

white  3:12
  24:5

Wiggins  3:21

Wilkins  6:23

willingness
  28:1

work  17:1
  23:22,25
  27:6,18,20

worked  16:10

working  7:7
  21:25 26:8

works  17:8,
  15

worry  12:8

writing
  10:11

written  20:5

_____

Y
_____

year  7:4
  15:4

years  6:17
  9:8 14:23,
  24 15:12
  16:25
  17:22,24,
  25 22:1,12
  26:7 31:6

young  16:5,
  8,11 17:3,
  7 26:12
  28:2,3
  29:2

Young's  16:7

SDT-SJLCRR-000049

JTX-022-049

SDT-SJLCRR-000050



**Southern Echo, Inc.**

# 2021 Redistricting Toolkit

- **Public Hearing Dates**
- **Redistricting Frequently Asked Questions**
- **2020 State House Districts Map**
- **2020 State Senate Districts Map**

Prepared by:
Southern Echo Inc.
7.25.2021

SDT-SJLCRR-000051

# 2021 Redistricting Public Hearings in Mississippi...

On August 5, 2021, the first of nine redistricting public hearings will be held in Meridian MS. Mississippi Lawmakers have the task of redrawing four U.S. House seats and 174 state legislative seats. The public hearings will be live streamed via the MS Legislature's You Tube channel (see web address below) and individuals may also participate in person. Each public hearing meeting is scheduled to being at 6pm.

Below is a listing of the 9 public hearing locations:

1. **Aug. 5:** Meridian, at Meridian Community College in the McCain Theater.
2. **Aug. 6:** Tupelo, Itawamba Community College Belden Center.
3. **Aug. 9:** Senatobia, Northwest Community College Haraway Center.
4. **Aug. 11:** Itta Bena, Mississippi Valley State University William A. Butts Social Science Building.
5. **Aug. 12:** Starkville, Mississippi State University Hunter Henry Center.
6. **Aug. 16:** Natchez, Alcorn State University Business School Auditorium.
7. **Aug. 18:** Gulfport, Mississippi Gulf Coast Community College Harrison County campus Fine Arts Auditorium.
8. **Aug. 19:** Hattiesburg, University of Southern Mississippi Joe Paul Theater in the Thad Cochran Center.
9. **Aug. 23:** Jackson, Mississippi Capitol, room 216.

www.legislature.ms.gov/webcastmenu/mississippi-legislature-youtube-channel/



Southern Echo, Inc.

# Redistricting Frequently Asked Questions

## WHAT is Redistricting?

Redistricting is the redrawing of district boundary lines. Usually, when we speak about redistricting, we are referring to the redrawing of "political" district boundary lines that are used to elect our political officials. This includes congressional, legislative, and local council or commission district lines.

## WHEN does redistricting occur?

Redistricting occurs directly after the decennial census. Since the delivery of the 2020 Census was delayed, the start of the redistricting process has also been delayed. The U.S. Census Bureau by **August 16** is set to release in-depth demographic statistics from the 2020 Census that will be used to redraw legislative voting districts.

These follow the April 26 release of the first results from the 2020 Census, which showed that the total population was 331.4 million. The first release determined each state's share of the 435 seats in the U.S. House of Representatives. The August release will be in a "legacy" format that governments used in the 2010 and 2000 Censuses. States will use these files to begin their redistricting efforts. By **September 30**, the Census Bureau will make the same data available online in a more user-friendly format on data.census.gov.

## WHY is redistricting important?

We perform redistricting to adhere to the one person, one vote concept that extends from the constitution. Therefore, every ten years after when the decennial census is released, we equalize the district population. The lines that are drawn may determine who gets elected. Unfairly drawn lines may lead to electing officials that enact unfair policies that do not reflect your local or regional community priorities.

Redistricting is all about equal representation and who has influence in the election of our representatives. Because redistricting can be such a powerful tool, many people in the past and present have attempted to use redistricting to entrench political power for select populations, and to exclude communities of color from electing their candidates of choice. In order for redistricting to promote equality, people who have been historically disadvantaged by the redistricting process must themselves get involved, and it is especially important for communities of color, such as Black, Latino, and Asian American communities, to be involved.

**WHAT** can you do to help to ensure that fair representational lines are drawn?

You can attend public hearings and express your desire to include your community in certain districts. You may also develop your own districting plan and present it to the governing body that is making the critical decisions on redistricting.

## WHO can participate in the redistricting process?

Anyone who wants to participate in the redistricting process may do so. Since redistricting affects everyone who resides in the United States, it is important that parties with a stake in how districts are drawn are able to voice their opinions. Different states, however, have different mechanisms and policies regarding public participation; make sure that any redistricting map that you propose complies with those state requirements, as well as the U.S. Constitution and the Voting Rights Act.

## HOW can I provide input on an alternative redistricting map if I don't have the financial resources, redistricting knowledge, or mapping software?

In the redistricting process, it is most important that your voice be heard. Creating alternative redistricting maps is definitely a helpful method of participation, but it is not the only method. If you do not have the resources or means to create an alternative map yourself, you have the option of working with other community members/residents or organizations in your community or state, or with national organizations that may have resources to help. Additionally, you can still provide input on maps without having to create one yourself; you can attend public hearings and provide your input on other maps that have already been created, raising the alarm if a map attempts to concentrate or split minority voters into too few or too many districts and dilutes the political influence of people of color.

You can also provide input about your community of interest and explain why it should be kept whole and not split across districts even if you do not have an alternative map to propose. Ultimately, it is the residents of a community who know that community best—so it is up to you to be an advocate for yourself and your neighborhood. By providing information about your community, you are helping to fight for a more equal redistricting plan.

## WHERE can you find more about redistricting?

Contact Southern Echo Inc. for more information on redistricting:  601-214-3601.

https://www.naacpldf.org/wp-content/uploads/LDF_04142021_RedistrictingGuide-22e.pdf

SDT-SJLCRR-000054



# Mississippi Counties
## 2020 State House Districts

This map presents the Mississippi State House Districts with each in a different color along with their respective district numbers in blue. County names are shown in **black** and their boundaries are displayed in gray.

Source:
U.S. Census Bureau County and
2020 State House District Boundaries

Prepared by: Southern Echo, Inc.
Technical Assistance: Tony Fairfax, CensusChannel LLC
Map Version: 1.0  Date: 7/30/2021

Legend

County

House Districts

SDT-SJLCRR-000055

# Mississippi Counties
## 2020 State Senate Districts

This map presents the Mississippi State Senate Districts with each in a different color along with their respective district numbers in blue. County names are shown in **black** and their boundaries are displayed in gray.



Source:
U.S. Census Bureau County and
2020 State Senate District Boundaries

Prepared by: Southern Echo, Inc.
Technical Assistance: Tony Fairfax, CensusChannel LLC
Map Version: 1.0  Date: 7/30/2021

Legend
County
Senate District

SDT-SJLCRR-000056

**JTX-022-056**