EXHIBIT NO. JTX-023 evid.
CAUSE NO. 3:22cv734-DPJ-HSO-LHS
WITNESS
CLERK: _____ SHONE POWELL

FEB 26 2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
Candice Crane, REPORTER

**STANDING JOINT CONGRESSIONAL REDISTRICTING COMMITTEE**
Public Hearing on 08/06/2021

```
 1
 2
 3
 4
 5
 6
 7
 8              TRANSCRIPT OF AUDIO-RECORDED
 9              PUBLIC HEARING OF THE
10   STANDING JOINT CONGRESSIONAL REDISTRICTING COMMITTEE
11              AUGUST 6, 2021
12
13              TUPELO, MISSISSIPPI
14
15
16
17
18
19
20
21
22
23
24
25
```

3:22-cv-734

JTX-023

SDT-SJLCRR-000059

JTX-023-001

```
 1        MR. BECKETT:  -- actually start our meeting. And
 2   so, uh, my name is Jim Beckett and I'm the chairman of
 3   the Committee and I just wanted to mention these
 4   things before we get started.
 5        The joint Committee is going to hold these public
 6   hearings to receive suggestions and recommendations on
 7   how the -- how the Mississippi legislature should
 8   redistrict itself and its four congressional
 9   districts.
10        During the course of this hearing, we'll chair --
11   the chair will offer members of the public the
12   opportunity to, uh, to give their comments to the
13   Committee or to give statements to the Committee of
14   our upcoming redistricting efforts.
15        Um, by custom, we try to give members of the
16   public a free opportunity to say what they wish. In
17   cases where it appears there are going to be many
18   persons who want to speak, we do -- we do limit their
19   time.
20        Um, as to what limits we pose will be up -- up to
21   this chair depending on how many persons want to
22   speak. And so, um, at this time, since we are just a
23   few minutes past, uh, 6:00 o'clock, um, as -- as -- as
24   chair of this Committee, I'll -- I'll call the public
25   hearing of the Joint Reapportionment Committee, Joint
```

SDT-SJLCRR-000060

```
 1   Congressional Redistricting Committee to order.
 2        Um, and ask our counsel if you will call the role
 3   of the members present. And excuse me, before that, I
 4   would -- because this is being, uh, streamed across
 5   the state, and I understand that lots of times, people
 6   have a hard time identifying the members, if you would
 7   raise your hand or identify yourself as your name is
 8   called for those who are watching. I'd appreciate
 9   that.
10        COUNSEL:  Representative Beckett.
11        MR. BECKETT:  Here.
12        COUNSEL:  Representative Blackmon. Representative
13   Brown, Representative Eubanks, Representative Ford.
14        MR. FORD:  Here.
15        COUNSEL:  Representative Mangold, Representative
16   Read, Representative Shanks, Representative Taylor.
17        MR. TAYLOR:  Here.
18        COUNSEL:  Representative White. From the Senate,
19   Senator Kirk.
20        MR. KIRK:  Here.
21        COUNSEL:  Senator Bryan.
22        MR. BRYAN:  Here.
23        COUNSEL:  Senator DeBar, Senator Hawkins, Senator
24   Hopson, Senator Parker, Senator Simmons, Senator Tate.
25        MR. TATE:  Here.
```

SDT-SJLCRR-000061

STANDING JOINT CONGRESSIONAL REDISTRICTING COMMITTEE
Public Hearing on 08/06/2021                                     Page 4

1        COUNSEL:  Senator Turner-Ford, Senator Wiggins.

2        MR. BECKETT:  All right. Thank you. Uh, I just

3    want to remind you, number one, that -- that this is

4    not a meeting that requires a quorum. We are simply,

5    uh, calling the roll so that we may identify those who

6    were present at -- at the meeting.

7        And, um, so, uh, the, uh, I don't think we've had

8    any members that have come in after that was called.

9    So moving on, I would additionally, we'd like to

10    recognize, um, any of our members who might be here

11    tonight that are on the Committee.

12        I believe Representative Thompson and -- and --

13    and is -- is anyone else here that I did not see come

14    in? Thank you Bruce, for coming.

15        And, uh, I don't believe -- is there anyone from

16    -- from the college that would, uh, care to make any

17    type of statement or anything?

18        Uh, I do thank them for allowing us to use their

19    facilities and the arrangements that have -- that have

20    been made and, um, you know, it and I want to pay

21    special attention to the fact that our staff is here,

22    both of our LBO staff and -- and -- and our PEER

23    Committee, those who are -- who are helping us with

24    the scheduling of and videotaping this meeting so that

25    people who aren't present may be able to watch the

SDT-SJLCRR-000062

STANDING JOINT CONGRESSIONAL REDISTRICTING COMMITTEE
Public Hearing on 08/06/2021                                      Page 5

1   meetings.

2         And so that --that doesn't just happen. Somebody

3   has to do all that work, and, uh, these -- these

4   employees of LBO and PEER have done that.

5         And in addition to that, as we go forward, uh,

6   our members from the -- from the PEER Committee, Ted

7   Booth and Benning Collins and -- and Martin are going

8   to have to do a lot of work and put up with Benning

9   and I and the entire Committee through a lot of

10  questions and going to help us an awful lot as we --

11  as we move forward, especially with the technical

12  assistance [inaudible] and providers.

13        Not -- not only do they know the law and the

14  requirements as far as redistricting, but there's

15  going to be an awful lot of, uh, technology involved

16  and we appreciate -- we appreciate their efforts.

17        Uh, at this -- at this time, if there's anyone on

18  the Committee that would, uh, like to make a statement

19  or anything, I'd like to give them opportunity to say

20  anything.

21        MR. KIRBY:  I will make it if I may Mr. Chairman.

22  First off, we have several that of the [inaudible]

23  that are watching.

24        Uh, you know, as an example, like Senator

25  Wiggins, it's a long way from Pascagoula to here, and

1    so he's watching this, and we have, uh, like Senator

2    Turner-Ford, who is, uh, having other meetings that

3    she's a chairman of, can't be here.

4         And then I've had several Senators that aren't on

5    the Committee even saying they were watching, uh, like

6    and some that are as well, Senator Simmons, Derrick

7    Simmons is watching and Senator Parker, Hopson and

8    Harkins, and Senator DeBar, has been ill.

9         So, that's, uh, I want to let you know that it's

10   just a long ways for some of them and others had other

11   Committee meetings in which they had to attend. But

12   they're all trying to watch and plus, uh, even Senator

13   Frazier has made the comment that he's going to watch

14   each and every one of these.

15        And -- and, uh, most importantly is our

16   lieutenant governor who sends his regards and also,

17   uh, uh, is deeply involved in this as you know, and is

18   watching, as he did last night, and will all the

19   others.

20        So, uh, we're here, and my -- my comment really

21   is just to say that we're here for one purpose mainly

22   and that's to listen to you guys and for you to tell

23   us anything that we can do to improve, uh, the way

24   that we do reapportionment. So thank you.

25        MR. BECKETT:  All right. Is there anyone else

SDT-SJLCRR-000064

```
 1    that would have a comment they want to make?

 2         All right. Thank you for that, Senator Kirby. Uh,

 3    in preparation for this meeting, um, the staff has

 4    graciously gone back through the transcripts of -- of

 5    our previous meetings.

 6         As you know, every 10 years, we do this and so

 7    they -- they went through and kind of looked at some

 8    of the concerns and questions that have been asked in

 9    the past and in anticipation that some of those same

10    things will be issues that  -- that people will want

11    to talk about this year are and so, uh, I'm going to

12    discuss a few of those right now.

13         First and hopefully that will provide a little

14    information to the public and it -- it might answer a

15    question that someone had either here or somewhere

16    else.  Occasionally, we're going to do some things

17    that -- that might seem kind of odd to those here. I

18    may have to repeat some things and do some things.

19         But just remember that not only do we have the

20    people that are here in the room tonight. But we're

21    doing this for -- for many other people that are

22    watching it at other -- other locations.

23         So, something that might be easier to understand

24    or an address or something like that that you could

25    come and ask me about. I'm going to try to be clear
```

SDT-SJLCRR-000065

```
 1    for those who are watching that might get that.

 2          But, uh, you know, those -- those things that --

 3    that we would definitely will want to cover that have

 4    been covered in the past, you know, questions like why

 5    do we -- why do we redistrict?

 6          Why do we go through this exercise every 10 --

 7    every 10 years where -- where a great deal of time and

 8    effort both by the members of this Committee, but --

 9    but an awful lot of time and effort by -- by staff and

10    -- and those others.

11          You know, people would think, well you just draw

12    a district and -- and [inaudible] but we redistrict

13    because, um, we're required to both by the federal --

14    the federal constitution requires that one person, one

15    vote requirement.

16          Uh, and that causes us to redistrict, uh, both

17    our congressional -- congressional districts and our

18    legislative districts every 10 years following --

19    following the census. We have to -- we have to do that

20    because our -- our population shifts around the state.

21          Additionally, Section 254 of our constitution of

22    1890 requires that we redistrict the legislature. So,

23    we don't have any choice but to redistrict and we do

24    that every 10 years after the census.

25          The next question will be when will -- when will
```

SDT-SJLCRR-000066

```
 1    that commence? When will we start redistricting? And I
 2    -- I want you all to know that that has started now.
 3    That started really officially with an organizational
 4    meeting that we had back in -- in July, but -- but it
 5    really started last, in earnest, the first meeting
 6    last night, was in Meridian.
 7          We had a summer public hearing in Meridian, and
 8    this is the beginning of the process. We're nowhere
 9    near the end of the process. Uh, we are just starting
10    the first -- the first set of data, uh, because of the
11    delays in the census this time.
12          The actual numbers, uh, we have -- we don't have
13    and so, uh, because of qualifying deadlines next year,
14    our -- our, um, it's [inaudible] but because of
15    qualifying deadlines next year, our efforts at
16    congressional redistricting will come first, and, uh,
17    will occur during the fall.
18          We --we don't even have the actual data yet. We
19    just have some preliminary estimates. We'll be
20    receiving the data coming, but our -- our
21    congressional candidates will need to qualify at the
22    first of the year.
23          So, we're going to draw -- we'll be attempting to
24    draw their districts first, and that's what we'll be
25    working on first once we get the data.
```

SDT-SJLCRR-000067

```
 1        And, you know, that will occur in the fall of
 2   this year and then we will be -- we will be working on
 3   our legislative districts the, uh, the months of the
 4   2022 legislative session, because we won't be running
 5   until the following year. So we have a little more
 6   time to do those.
 7        Um, you know, so because of shifts of
 8   populations, um, we face challenges and you can see
 9   that, um, if you'll look at the maps around the room
10   here, it shows what the population was in 2010 and the
11   counties and it shows what the estimated population is
12   going to be in 2020.
13        Now, like I said, those are not the official
14   numbers and not precinct by precinct numbers, but
15   they're the latest estimates we -- that we have. Um,
16   you'll see that some counties gained population and
17   other -- other counties lost -- lost populations.
18        You know, they'll be some -- some tailoring in
19   some areas when we go into these public hearings and
20   some areas, uh, all the counties in that area where we
21   lost population.
22        When we go to do these histories -- in some other
23   areas, like, uh, um, the coast, DeSoto County, you'll
24   see large increases in population.
25        In this particular area here, you have both
```

SDT-SJLCRR-000068

1    counties that have gained population and counties that

2    have lost -- lost population, some of them have some

3    fairly decent gains and -- and some losses.

4         But -- but each one of those presents challenges

5    in places, you know, like I said places like Natchez

6    and Meridian, uh, we lost population and that's one

7    set of problems, but each of these population shifts

8    creates challenges for us.

9         Um, the -- the exhibits, uh, will also tell the

10    ideal size for House district. The ideal size for

11    House district is 24,273 people. And that can be --

12    you can plus or minus 5,000 people.

13         So, it will range from 23,000, a little over

14    23,000 to about 25,500. Uh, every -- the Senate ideal

15    size is 56,948, with the same type of deviation. So,

16    it's going to range from around 54,000 to almost

17    60,000.

18         So, there is a little room in the House and the

19    Senate districts for some deviation, but, uh, that's

20    basically the same size as 2010, just a little bit

21    smaller deviation. But our population is so close,

22    there's not -- not much of a change.

23         But whether your population is up in your area or

24    down in your area, there's -- both will create a

25    challenge.

SDT-SJLCRR-000069

STANDING JOINT CONGRESSIONAL REDISTRICTING COMMITTEE
Public Hearing on 08/06/2021                                    Page 12

1        Um, you know, why are we presenting census
2    estimates at this meeting? And that's simply because
3    of the delays in producing the census data, the actual
4    numbers we used in the redistrict are not available
5    yet.
6        Uh, the first set of data will be available in
7    mid-August, uh, with a final and official delivery
8    occurring at the close of September.
9        The census estimates give us a good indication of
10    where our challenges are and -- and -- and have been
11    used in the past hearings to -- to assist the public
12    in understanding the issues facing your redistricting.
13        So you can look and tell whether your area of the
14    state is growing or not. You know, we're -- we're
15    going to have the same number of House members, the
16    same number of senators, uh, and so you got -- you got
17    to adjust -- adjust their size basically.
18        You know how -- and the, uh, how many members --
19    how many members of the public participated in the
20    process? And there's several ways that members of the
21    public can participate in this process.
22        Uh, by discussing your concerns at his hearing,
23    uh, we are here to hear your concerns. This evening we
24    will listen to any matter that you wish to bring to
25    our attention about how and where we will draw

SDT-SJLCRR-000070

1    congressional and legislative districts.

2         We can let members of the public know they must

3    sign a card. So, if you -- in order to speak, you need

4    to -- you need to sign a card, sign it and they'll

5    give it to me and let me -- let me so I can call on

6    you.

7         You can submit any suggestions to the Committee

8    in writing, or by email. Uh, by taking advantage of

9    the opportunities to use --to use the Committee's

10   public access computer terminals, which we'll have

11   available in Jackson.

12        Uh, you know, in a hearing, you know, you might

13   ask what kinds of concerns does the Committee need to

14   hear from the public and I can just tell you that

15   basically, we're here to hear any -- what's on your

16   mind. We've -- that's just the simplest answer.

17        In the past, we've heard things about voting --

18   voting rights act concerns, splitting of precincts,

19   uh, splitting of municipalities, uh, districts that

20   are just odd-shaped. In short, we've heard just about

21   anything as members that -- that you're probably going

22   to mention, been -- a concern has been mentioned to

23   us.

24        Uh, just want to remind you that the rules of the

25   House governing joint committee meetings so we will

SDT-SJLCRR-000071

1  handle such matters as the House would handle them.

2  You know, and how can members of the public contact

3  the Committee to provide information or to book time

4  on the public access computer?

5       So, members of the public should be advised to

6  send US mail to Ted Booth, Staff Counsel, Joint

7  Reapportionment Committee. PO Box 1204, Jackson,

8  Mississippi, 39215-1204, or you can send an email to

9  ted.booth@pper.ms.gov. That's ted.booth@PEER.ms.gov.

10      And so please provide the information for staff

11  to follow up, such as email address and telephone

12  numbers, because in order for us to get back with you,

13  that's -- we're going to -- we're going to need that.

14      Uh, in public access, our congressional

15  redistricting will commence following the delivery of

16  the Final PL 94-171 data, which should arrive at the

17  close of September.

18      The public access for time will last for three

19  weeks from the receipt of that information. For the

20  legislature -- for the legislative districts, it will

21  occur after January 1, 2020 and last for three weeks.

22      And one thing I want to mention and I didn't, I

23  said we have a tolerance for our Mississippi

24  legislative districts.

25      Basically, we have a zero tolerance for our four

SDT-SJLCRR-000072

JTX-023-014

1    congressional districts and I want to mention that

2    they're different from us. You're going to see, uh,

3    you're going to have to see -- you're going to see

4    counties split or you're going to see -- you may see

5    precincts split.

6         You're going to see -- see that and it's because

7    we won't have any choice because the law requires

8    there not be any -- any type of tolerance on that. Uh,

9    and that's all I have. Before I -- I think Senator

10   McMahan came in.

11        MALE:  He did.

12        MR. BECKETT:  I want to recognize Senator. We're

13   glad to have you and is there --

14        [inaudible]

15        MR. BECKETT:  Yeah, and we're -- we're pretty --

16   we're, uh, uh, PEER is spelled p-e-e-r, if anyone is -

17   - is -- is concerned about that. I know that sometimes

18   we live in a world of acronyms and -- and you can get

19   confused sometimes by who you're talking with. Uh, and

20   that's what I have.

21        Is there anyone on the committee who have

22   anything else they want to add before we open this up

23   to the public?

24        MR. TATE:  I would just like to say there were

25   handouts uh, when you walked in and good summary

SDT-SJLCRR-000073

```
 1    everything that he just said right there on the back

 2    of it. So, if you didn't get a phone number or PO box

 3    or anything, they're all in the back of those

 4    handouts.

 5         MR. BECKETT:  Right. I thank you, Senator Tate.

 6    All right. You know, just one more time. I want to let

 7    you know that if you would like to ask a question, if

 8    you'll just let the staff know, they will be happy to

 9    -- to hand you a card so that you can turn that in.

10         And once again, we ask that if you didn't sign in

11    when you came in, to please do that because we would

12    like to have a record of everyone that's here. Uh and

13    if there's not anything else, uh, I'm just going to

14    call on the -- the first person. Uh, Mr. Charles

15    Moore, uh, if you would go to the podium please so

16    they can get you on camera.

17         MR. MOORE: Thank you. My name is Charles Moore.

18    Thank you for this opportunity. Thank you guys for all

19    your hard work that you do in governing our great

20    state of Mississippi.

21         But we know that there's always work to be done

22    and doing it in a way that it benefits all of us and

23    the entire state permits growth and unity, health and

24    all those other things that we need here in

25    Mississippi.
```

SDT-SJLCRR-000074

STANDING JOINT CONGRESSIONAL REDISTRICTING COMMITTEE
Public Hearing on 08/06/2021                                    Page 17

```
1        And it's up on the hands of you guys just as well
2    as us as the constituents and also us plain people.
3    I'd like to read this to you here, uh, and you have a
4    copy there as well.
5        Civic Engagement Roundtable Tupelo Statement to
6    Mississippi Joint Legislative Redistricting Committee
7    from Mississippi Civic Engagement Roundtable,
8    Mississippi State Conference NAACP, One Voice and
9    NAACP Lee County Branch. Political appointment,
10   concerns in Lee County, Alcorn, Chickasaw, Clay,
11   Lowndes, Monroe and Prince Counties.
12       The process of redistricting is a critical
13   component of a citizen's political right to have a say
14   in who represents them at local, state and federal
15   levels. Although the process of drawing maps is a very
16   technical skill that very few can master, everyone has
17   a right to express how these boundaries affect their
18   lives.
19       Voter suppression continues to be a major issue
20   in Mississippi. Barriers to voting, as well as the
21   lack of political representation are avenues to the
22   disenfranchisement of citizens.
23       My organization along with the Mississippi Civic
24   Engagement Roundtable have documented years of voter
25   suppression, tactics that have led to considerable
```

SDT-SJLCRR-000075

JTX-023-017

```
 1    amount of mistrust in voting systems. Mississippi
 2    remains at the bottom of the nation for the lack of
 3    access that it provides to citizens for voting.
 4         Antiquated systems, such as the lack of online
 5    voter registration, lack of early voting programs, and
 6    an absentee voting system that requires notarization
 7    of the application and ballot.
 8         The COVID-19 pandemic made these issues even
 9    worse. Many states implemented ballot drop --ballot
10    drop programs and other efforts to ensure the safety
11    of both voters and election officials.
12         Mississippi could have used this urgent health
13    crisis to raise -- I'm sorry, to raise the occasion
14    and put the health of its citizens first, but we did
15    not. Instead, we passed legislation allowing
16    individuals who contracted the virus or were
17    caregivers to use this as an excuse to vote by
18    absentee ballot.
19         This caused more confusion for citizens and
20    election workers who then had to put their own health
21    at risk to provide ballots for individuals with the
22    virus. This is voter suppression. Incidents like these
23    continue to display themselves in various forms that
24    make it more difficult for people to vote.
25         Among the top of the list of those concerns are
```

SDT-SJLCRR-000076

1    voter purging, confusion regarding polling places and

2    the lack of adequate election equipment.

3         Citizens of Lee County continue to witness these

4    incidents of voter suppression. During every election

5    cycle, citizens are purged off of voter rolls, denied

6    ballots when presenting the proper ID and sent to

7    different voting precincts.

8         We deserve a fair voting process that's handled

9    with integrity. The development of fair, political

10   boundaries at the local, state, and federal level can

11   help us to improve our election process by developing

12   districts that keep our communities together and are -

13   - and are transparent.

14        Thank you for your consideration. I would also

15   like to add that in making these decisions, I would

16   encourage each and every official -- elected official,

17   and by the way should I said paid elected official.

18   This government is for the people, by the people and

19   of the people. I pray that we will not make it based

20   on partisanship, based on our friends or our buddies

21   or based on our financial status but based on how we

22   want Mississippi to grow.

23        God bless you and thank you.

24        MR. BECKETT:  All right. Thank you. Uh, next Mr.

25   Charles Pensa.

SDT-SJLCRR-000077

STANDING JOINT CONGRESSIONAL REDISTRICTING COMMITTEE
Public Hearing on 08/06/2021                                    Page 20

```
 1        MR. PITTSON:  Good evening, honorable state

 2   senators and representatives, all my fellow citizens

 3   here in this great state of Mississippi. My name is

 4   Charles Pensa and I'm here as a citizen of Lee County.

 5        Uh, and I would like to share just a little

 6   historical significance for the record, uh, in that,

 7   uh, we are proud that a minority has been elected in

 8   this area. Um, never in the history of the state of

 9   Mississippi has this area had a state elected

10   official, uh, of minority status. Uh, it's been a -- a

11   struggle.

12        Uh, the last time I can recollect a statewide

13   minority, uh, being elected to office was Hiram Revels

14   during reconstruction.

15        So, uh, we have a long way to go, although we

16   have a large percentage of population that are

17   minorities, as I was looking over the census data, uh,

18   even here in Lee County, uh, we have almost 35 percent

19   minorities.

20        And keep in mind, Lee County is one of those, uh,

21   counties that experienced some growth, minute, I would

22   agree, but we did experience some growth. And in

23   Mississippi, we've had a problem of people leaving our

24   state, as opposed to coming to our state.

25        And, uh, one of the -- the things is because of
```

SDT-SJLCRR-000078

STANDING JOINT CONGRESSIONAL REDISTRICTING COMMITTEE
Public Hearing on 08/06/2021                                    Page 21

1    our reputation. Uh, I would, uh, encourage the state

2    legislative redistricting committee in your

3    deliberations at this time, to uphold the one man one

4    vote rule.

5         Uh, it's been a struggle and I was a part of that

6    struggle in gaining representation for the minority,

7    uh, community right here in Lee County, having to take

8    part in a -- in a suit actually against one of our

9    government entities, uh, because, uh, of the dilution

10   of minority voting strengths.

11        Some of you may be recall, um, we had in our city

12   of Tupelo, 10 elected officials and of that 10, only

13   one was a minority. And we had over 20 percent of the

14   population at that time.

15        We ended up having to go to court and the result

16   was some of you lawyers may remember the Jingle case.

17        Well, that came out about six months before our

18   case and the federal judge ruled in our favor, um,

19   that we had three, uh, city-wide elected officials and

20   seven ward council people. And, uh, because of the

21   makeup of government, uh, minorities were, uh, had a

22   difficult time in electing, uh, the candidate of their

23   choice.

24        And, uh, the ruling was that we would eliminate

25   the two at large council people and of the seven

SDT-SJLCRR-000079

1   remaining wards, that we would, uh, redistrict and

2   create a second minority-majority district.

3        Uh, I hope that we don't have to go through that

4   kind of a process in the state of Mississippi ever

5   again, uh, to protect the voting rights of minority

6   citizens and I would implore you to hold uppermost in

7   your mind one man or woman, one vote. God bless you.

8        MR. BECKETT:  Thank you so much. All right. Uh,

9   Amanda Hughes.

10       MS. HUGHES:  I have not comment.

11       MR. BECKETT:  Okay. All right. Teresa Roberts.

12       MS. ROBERTS:  Good evening to each of you. Uh,

13  first, I want to say thank you for taking the time,

14  uh, to be here, to, uh, listen to our requests and let

15  them be known.

16       I've heard, uh, both my professional colleague

17  president of the NAACP, Mr. Moore, and Mr. Charles

18  Pensa, who's chairperson of the Get Out the Vote

19  Coalition. So, I won't repeat anything hopefully that

20  they said. So, the trajectory of my plea is going to

21  be a little different.

22       Uh, when I look at this sheet right here, I see

23  more negative than gains. Over three-quarters

24  [inaudible] I counted them, they're negative, and why

25  is that?

SDT-SJLCRR-000080

1      Why are people leaving? Where are they going?

2   Why? Reputation. Mississippi has a reputation that

3   it's not tasteful because of unjust treatment. We

4   can't get people to come to Mississippi if we keep

5   reputations that it's not tasteful.

6      Now, it says, on this piece of paper that the

7   Mississippi state legislation and the governor decide

8   the boundaries of the district maps. I'm asking that

9   you search your heart when you decide on the

10  boundaries.

11     Don't let it be for personal gains, don't let it

12  be for a partisanship. Do what's right, because the

13  old people that I used to listen to they say when you

14  dig ditches, dig two because you're going to fall.

15     Now, Mississippi, we have been falling. We're not

16  doing right. Every person deserves a right to have

17  voting rights and to do them equally without problems

18  or harassment or whatever the case may be to prevent

19  them from voting.

20     Everybody should have the right to vote, it's a

21  constitutional right. So, please I'm asking you

22  consider what you do, think about it. I like to sleep

23  at night and I like to sleep in peace. You ought to

24  want to do the same thing in peace. So people, please,

25  our plea is just do what's right. Thank you.

SDT-SJLCRR-000081

JTX-023-023

1      MR. BECKETT:  Thank you. All right. I don't have

2   anyone else who has turned in the card saying they

3   would like to make a comment. Is there anyone else who

4   would like to make a comment? Do you --

5      MS. JONES:  I would like to make a comment.

6      MR. BECKETT:  Okay.

7      MALE:  I'm sorry. What's your -- what's your last

8   name?

9      MS. JONES:  Jones.

10     MALE:  All right. Ms. Jones, please.

11     MS. JONES:  Good afternoon. To the Mississippi

12  Jointly Legislative Redistricting Committee.  Thank

13  you for the opportunity to address this Joint

14  Legislative Redistricting Committee.

15     As a first-time councilwoman, I have -- I have

16  been excited to learn the political process here in

17  Lee County. It has taken a long time for the poor, the

18  black, and the brown citizens to create communities of

19  interest that truly represent our need. We want to

20  ensure that the political boundaries and the district

21  are fair, transparent and keep -- keep our communities

22  together.

23     We are all anticipating the release of the census

24  data soon. Although it is uncertain what the final

25  numbers will be, we know that collecting census data

SDT-SJLCRR-000082

```
 1   during the beginning of the COVID-19 Pandemic was

 2   extremely challenging.

 3        It is our sincere hope that any population shifts

 4   that occur will not result in the loss of

 5   representation. Although the redistricting process is

 6   a very technical process, usually handled by elected

 7   officials with attorneys and demographicers [sic].

 8   It's always important to remember that within these

 9   maps are communities and within these communities are

10   people.

11        I am committed to working with our Redistricting

12   Committee as well as the people that I represent

13   through this process to make sure that our maps are

14   truly represented -- represented of our community.

15        Today marks the 56th anniversary of the passage

16   of the Voting Rights Act in 1965. The Voting Rights

17   Act was a tool to challenge discriminatory voting

18   practices, like racial -- like racial mandating,

19   strict voters ID laws, voter purges and other attempts

20   to prevent black voters from accessing the ballot.

21        We want to continue to move forward and not go

22   back. Thank you for your time.

23        MR. BECKETT:  Thank you. Marilyn Young.

24        MS. YOUNG:  Good afternoon. Joint Legislative

25   Committee, thank you all so kindly for allowing us an
```

SDT-SJLCRR-000083

1   opportunity to speak.

2        I have been part of the redistricting process for

3   over the last 20 years and this was the first time

4   that we've noticed that the hearings were held before

5   the census data is being released. Can you share with

6   us why was the census -- why was the hearing held

7   before the data is being released?

8        MR. BECKETT:  Well, one thing, we could not wait

9   any longer to have our hearings but the other thing is

10  we have a county data and we can tell what parts of

11  the state -- the citizens can tell what -- whether the

12  area has gained or lost population.

13       We wouldn't have the exact districts because the

14  districts haven't been drawn parts of the state, the

15  citizens can tell what whether the area has gained or

16  lost population.

17       We wouldn't have the exact districts up because

18  the district's hadn't been grown in drawing anyway.

19  So, even if we were showing the precinct data, uh, you

20  know, we wouldn't have the districts anyway.

21       Uh, but the census data was delayed this time I

22  guess some because of COVID, primarily. It was delayed

23  two or three different times. If we had gotten it in

24  April when we were initially supposed to get it, then

25  we would had the data now. But it's primarily because

SDT-SJLCRR-000084

```
 1   of the delay in receipt of the data.
 2        MS. YOUNG:  Okay. Once the data is released, will
 3   there be other public hearings after the data is
 4   released?
 5        MR. BECKETT:  Well, there will be some public
 6   hearings After this data is released, there will be
 7   some data released next week. We will have some
 8   precinct data and I think they're like five scheduled
 9   after that. Something -- there are some scheduled
10   after that.
11        MS. YOUNG:  You're going to do them after the
12   15th of August or September the 30th --
13        MR. BECKETT:  There are going to be some done
14   after the 12th of August is when we're actually hoping
15   that we will receive that data. They'll be some done
16   after that, yes.
17        MS. YOUNG:  Okay. Thank you.
18        MR. BECKETT:  All right. Any comments.
19        MALE:  All right. Ms. Gill?
20        MS. GILL:  Firstly, I'll say a good evening to
21   you all. I'm a newly elected official for Lee County
22   area as well. I noted that you all put much emphasis
23   on the fact that you'll use data based on the census
24   bureau.
25        As an employee of the census bureau, this past
```

STANDING JOINT CONGRESSIONAL REDISTRICTING COMMITTEE
Public Hearing on 08/06/2021                                    Page 28

```
 1   year the numbers are not accurate. I mean we were
 2   assigned to go door to door but because of COVID, we
 3   did not go door to door.
 4        We made phone calls, but at the end of the day, I
 5   say my data for the census bureau is not going to be
 6   tolerant. Find another way because the numbers are not
 7   going to be justifiable. I thank you for your time.
 8        MR. BECKETT:  Thank you. Mr. Pensa, if you want
 9   to speak again. We might not have answered your
10   question.
11        MR. PENSA:  Is the Redistricting Committee going
12   to use an outside consultant to help in the drawing of
13   the map?
14        MR. BECKETT:  Yes.
15        MR. PENSA:  Can you give us that name?
16        MR. BECKETT:  That hasn't been --
17        MR. PENSA:  Hasn't been identified yet?
18        MR. BECKETT:  No.
19        MR. PENSA:  But you've accepted proposals
20   already?
21        MR. BECKETT:  No.
22        MR. PENSA:  No proposals been accepted.  Okay.
23   Will you do one for the whole state or will you divide
24   it up?
25        MR. BECKETT:  One for the state.
```

SDT-SJLCRR-000086

JTX-023-028

1          MR. PENSA:  One for the state.  Okay.  Thank you.
2     And we'll hear about that?
3          MR. BECKETT:  Um, I mean, I'm sure that will be
4     public.
5          MR. PENSA:  Thank you.
6          [inaudible]
7          MR. BECKETT:  [inaudible]
8          MR. MOORE:  I know we're redistricting every 10
9     years. We come back here every 10 years, but I would
10    like the lines to be -- to be, uh, to be considered.
11    We know there's gerrymandering and things that are
12    happening as far as in our communities, that's
13    shifting.
14         And some people are leaving the state. We
15    understand this, uh, and moving to other places to
16    start their lives, or to try to do better. But those
17    that are in this state, in our local municipalities,
18    there are things that are happening that we all are
19    privy to.
20         We know this. There are some bad apples and we're
21    actually moving them to certain areas and that's
22    hurting our numbers when we come back to
23    redistricting.
24         Uh, but in doing so, I don't think we're giving
25    our state a fair chance at recovery and rebuilding

SDT-SJLCRR-000087

1    because when we put all those people that are

2    disenfranchised in one area, and then crime rises in

3    those areas, and more people begin to move from these

4    areas and many of them have left Mississippi because

5    of it, they said things won't change.

6         So, I'm asking you to reconsider this. And as the

7    NAACP president here in Lee County and as an activist

8    for years before I was even a NAACP member, I've

9    always wanted to be the change that my nation or my

10   community needs to see.

11        I've always tried to be that change. And right

12   now, we reach out to people and we're doing things in

13   our community because we understand that the

14   legislature can't do everything.

15        But your ruling and you redistricting has a lot

16   to do with it, from our schools to our economic base

17   to the status in which we live, you guys affect that

18   for those on the other side of the track to those on

19   this side of the track. You guys and your rulings and

20   your legislation affect this.

21        It happens and so we know this -- we know that we

22   have certain millionaires that's in here and that's in

23   the ears of people and encouraging certain things for

24   -- for production. But remember, if we only have a few

25   in our state, we're not going to grow very fast.

SDT-SJLCRR-000088

JTX-023-030

**STANDING JOINT CONGRESSIONAL REDISTRICTING COMMITTEE**
Public Hearing on 08/06/2021                                    Page 31

1      We've got to do something different in how we
2   redistrict and why we redistrict and ways to even get
3   those bad apples. Because if that's the weakest link
4   in our community it will continue to destroy us. I
5   hope you guys will take that into consideration. Thank
6   you so much.
7      MR. BECKETT:  Thank you. Card is -- any other
8   comments? Has everyone had a chance to speak?
9      All right. Uh, is there any member of the
10  Committee have anything else they would like to say?
11  All right. I want to once again thank our host for
12  providing a space for us this evening.
13     Um, I want to thank the public for -- for your
14  attendance, and for your comments, your interest in
15  your community and your interests in redistricting. I
16  want to thank the staff for all the work they did to
17  get this meeting ready and to make it available to
18  those who could not be here by live streaming it.
19     I want to remind the public that we are just
20  beginning this process, and that, uh, you can provide
21  us with your comments, suggestions, a proposed plan by
22  making them once again to Ted Booth, Staff Counsel,
23  Joint Reapportionment Committee, PO Box 1204, Jackson,
24  Mississippi, 39215-1204, or send an email to
25  ted.booth@PEER.ms.gov.

SDT-SJLCRR-000089

JTX-023-031

STANDING JOINT CONGRESSIONAL REDISTRICTING COMMITTEE
Public Hearing on 08/06/2021                                          Page 32

```
 1            And just thank you all for your attendance. Thank
 2    you for being here and if there's nothing further from
 3    the Committee, this meeting is adjourned.
 4
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

SDT-SJLCRR-000090

JTX-023-032

STANDING JOINT CONGRESSIONAL REDISTRICTING COMMITTEE
Public Hearing on 08/06/2021                                    Page 33

```
1

2

3        I, Chris Naaden, a transcriber, hereby declare

4    under penalty of perjury that to the best of my

5    ability the above 32 pages contain a full, true and

6    correct transcription of the tape-recording that I

7    received regarding the event listed on the caption on

8    page 1.

9

10        I further declare that I have no interest in the

11   event of the action.

12

13        August 12, 2021

14

15

16        Chris Naaden

17

18   (Standing Joint Congressional Redistricting Committee,

19   Tupelo, 8-6-21)

20

21

22

23

24

25
```

SDT-SJLCRR-000091

JTX-023-033

STANDING JOINT CONGRESSIONAL REDISTRICTING COMMITTEE
Public Hearing on 08/06/2021                    Index: --ballot..areas

```
————————              24,273  11:11      18:3              24:11
         -            25,500  11:14    accessing           25:24
--ballot              254  8:21          25:20           agree  20:22
  18:9                                 accurate           Alcorn  17:10
--that  5:2           ————3————          28:1            allowing
--to  13:9            30th  27:12      acronyms             4:18  18:15
--we  9:18            35  20:18          15:18             25:25
                      39215-1204       act  13:18        Amanda  22:9
         ————1————      14:8  31:24       25:16,17       amount  18:1
1  14:21                                activist          anniversary
10  7:6  8:6,         ————5————           30:7             25:15
  7,18,24            5,000  11:12       actual  9:12,     anticipating
  21:12             54,000  11:16        18  12:3          24:23
  29:8,9            56,948  11:15      add  15:22         anticipation
1204  14:7          56th  25:15          19:15             7:9
  31:23                                addition  5:5      Antiquated
12th  27:14          ————6————         additionally        18:4
15th  27:12         60,000  11:17        4:9  8:21       appears  2:17
1890  8:22          6:00  2:23         address  7:24     apples  29:20
1965  25:16                              14:11             31:3
                     ————9————           24:13           application
         ————2————                     adequate            18:7
20  21:13           94-171  14:16        19:2            appointment
  26:3                                 adjourned           17:9
2010  10:10          ————A————           32:3            April  26:24
  11:20             absentee          adjust  12:17      area  10:20,
2020  10:12           18:6,18         advantage            25  11:23,
  14:21             accepted            13:8              24  12:13
2022  10:4            28:19,22        advised  14:5        20:8,9
23,000             access  13:10      affect  17:17        26:12,15
  11:13,14           14:4,14,18         30:17,20           27:22  30:2
                                      afternoon          areas  10:19,
```

SDT-SJLCRR-000092

JTX-023-034

**STANDING JOINT CONGRESSIONAL REDISTRICTING COMMITTEE**
Public Hearing on 08/06/2021      Index: arrangements..census

20,23
29:21
30:3,4

arrangements
4:19

arrive  14:16

assigned
28:2

assist  12:11

assistance
5:12

attempting
9:23

attempts
25:19

attend  6:11

attendance
31:14 32:1

attention
4:21 12:25

attorneys
25:7

August
27:12,14

avenues
17:21

awful  5:10,
15 8:9

—— B ——

back  7:4
9:4 14:12

16:1,3
25:22
29:9,22

bad  29:20
31:3

ballot  18:7,
9,18 25:20

ballots
18:21 19:6

Barriers
17:20

base  30:16

based  19:19,
20,21
27:23

basically
11:20
12:17
13:15
14:25

Beckett  2:1,
2 3:10,11
4:2 6:25
15:12,15
16:5 19:24
22:8,11
24:1,6
25:23 26:8
27:5,13,18
28:8,14,
16,18,21,
25 29:3,7
31:7

begin  30:3

beginning
9:8 25:1
31:20

benefits
16:22

Benning  5:7,
8

bit  11:20

black  24:18
25:20

Blackmon
3:12

bless  19:23
22:7

book  14:3

Booth  5:7
14:6 31:22

bottom  18:2

boundaries
17:17
19:10
23:8,10
24:20

box  14:7
16:2 31:23

Branch  17:9

bring  12:24

brown  3:13
24:18

Bruce  4:14

Bryan  3:21,
22

buddies
19:20

bureau
27:24,25
28:5

—— C ——

call  2:24
3:2 13:5
16:14

called  3:8
4:8

calling  4:5

calls  28:4

camera  16:16

candidate
21:22

candidates
9:21

card  13:3,4
16:9 24:2
31:7

care  4:16

caregivers
18:17

case  21:16,
18 23:18

cases  2:17

caused  18:19

census  8:19,
24 9:11
12:1,3,9

SDT-SJLCRR-000093

JTX-023-035

STANDING JOINT CONGRESSIONAL REDISTRICTING COMMITTEE
Public Hearing on 08/06/2021          Index: chair..consultant

20:17
24:23,25
26:5,6,21
27:23,25
28:5

**chair**  2:10,
11,21,24

**chairman**  2:2
5:21 6:3

**chairperson**
22:18

**challenge**
11:25
25:17

**challenges**
10:8 11:4,
8 12:10

**challenging**
25:2

**chance**  29:25
31:8

**change**  11:22
30:5,9,11

**Charles**
16:14,17
19:25 20:4
22:17

**Chickasaw**
17:10

**choice**  8:23
15:7 21:23

**citizen**  20:4

**citizen's**

17:13

**citizens**
17:22
18:3,14,19
19:3,5
20:2 22:6
24:18
26:11,15

**city**  21:11

**city-wide**
21:19

**Civic**  17:5,
7,23

**Clay**  17:10

**clear**  7:25

**close**  11:21
12:8 14:17

**Coalition**
22:19

**coast**  10:23

**colleague**
22:16

**collecting**
24:25

**college**  4:16

**Collins**  5:7

**commence**  9:1
14:15

**comment**
6:13,20
7:1 22:10
24:3,4,5

**comments**
2:12 27:18
31:8,14,21

**committed**
25:11

**committee**
2:3,5,13,
24,25 3:1
4:11,23
5:6,9,18
6:5,11 8:8
13:7,13,25
14:3,7
15:21 17:6
21:2
24:12,14
25:12,25
28:11
31:10,23
32:3

**Committee's**
13:9

**communities**
19:12
24:18,21
25:9 29:12

**community**
21:7 25:14
30:10,13
31:4,15

**component**
17:13

**computer**
13:10 14:4

**concern**

13:22

**concerned**
15:17

**concerns**  7:8
12:22,23
13:13,18
17:10
18:25

**Conference**
17:8

**confused**
15:19

**confusion**
18:19 19:1

**congressional**
2:8 3:1
8:17 9:16,
21 13:1
14:14 15:1

**considerable**
17:25

**consideration**
19:14 31:5

**considered**
29:10

**constituents**
17:2

**constitution**
8:14,21

**constitutional**
23:21

**consultant**
28:12

SDT-SJLCRR-000094

STANDING JOINT CONGRESSIONAL REDISTRICTING COMMITTEE
Public Hearing on 08/06/2021                    Index: contact..districts

contact 14:2

continue
 18:23 19:3
 25:21 31:4

continues
 17:19

contracted
 18:16

copy 17:4

council
 21:20,25

councilwoman
 24:15

counsel 3:2,
 10,12,15,
 18,21,23
 4:1 14:6
 31:22

counted
 22:24

counties
 10:11,16,
 17,20 11:1
 15:4 17:11
 20:21

county 10:23
 17:9,10
 19:3 20:4,
 18,20 21:7
 24:17
 26:10
 27:21 30:7

court 21:15

cover 8:3

covered 8:4

COVID 26:22
 28:2

COVID-19
 18:8 25:1

create 11:24
 22:2 24:18

creates 11:8

crime 30:2

crisis 18:13

critical
 17:12

custom 2:15

cycle 19:5

────────────
        D
────────────

data 9:10,
 18,20,25
 12:3,6
 14:16
 20:17
 24:24,25
 26:5,7,10,
 19,21,25
 27:1,2,3,
 6,7,8,15,
 23 28:5

day 28:4

deadlines
 9:13,15

deal 8:7

Debar 3:23
 6:8

decent 11:3

decide 23:7,
 9

decisions
 19:15

deeply 6:17

delay 27:1

delayed
 26:21,22

delays 9:11
 12:3

deliberations
 21:3

delivery
 12:7 14:15

demographicers
 25:7

denied 19:5

depending
 2:21

Derrick 6:6

deserve 19:8

deserves
 23:16

Desoto 10:23

destroy 31:4

developing
 19:11

development

19:9

deviation
 11:15,19,
 21

difficult
 18:24
 21:22

dig 23:14

dilution
 21:9

discriminatory
 25:17

discuss 7:12

discussing
 12:22

disenfranchise
d 30:2

disenfranche
ment 17:22

display
 18:23

district
 8:12
 11:10,11
 22:2 23:8
 24:20

district's
 26:18

districts
 2:9 8:17,
 18 9:24
 10:3 11:19
 13:1,19
 14:20,24

SDT-SJLCRR-000095

JTX-023-037

15:1 19:12
26:13,14,
17,20

ditches
23:14

divide  28:23

documented
17:24

door  28:2,3

draw  8:11
9:23,24
12:25

drawing
17:15
26:18
28:12

drawn  26:14

drop  18:9,
10

E

early  18:5

earnest  9:5

ears  30:23

easier  7:23

economic
30:16

effort  8:8,9

efforts  2:14
5:16 9:15
18:10

elected
19:16,17
20:7,9,13
21:12,19
25:6 27:21

electing
21:22

election
18:11,20
19:2,4,11

eliminate
21:24

email  13:8
14:8,11
31:24

emphasis
27:22

employee
27:25

employees
5:4

encourage
19:16 21:1

encouraging
30:23

end  9:9
28:4

ended  21:15

Engagement
17:5,7,24

ensure  18:10
24:20

entire  5:9

16:23

entities
21:9

equally
23:17

equipment
19:2

estimated
10:11

estimates
9:19 10:15
12:2,9

Eubanks  3:13

evening
12:23 20:1
22:12
27:20
31:12

exact  26:13,
17

excited
24:16

excuse  3:3
18:17

exercise  8:6

exhibits
11:9

experience
20:22

experienced
20:21

express
17:17

extremely
25:2

F

face  10:8

facilities
4:19

facing  12:12

fact  4:21
27:23

fair  19:8,9
24:21
29:25

fairly  11:3

fall  9:17
10:1 23:14

falling
23:15

fast  30:25

favor  21:18

federal
8:13,14
17:14
19:10
21:18

fellow  20:2

final  12:7
14:16
24:24

financial
19:21

Find  28:6

SDT-SJLCRR-000096

STANDING JOINT CONGRESSIONAL REDISTRICTING COMMITTEE
Public Hearing on 08/06/2021          Index: first-time..hurting

first-time
  24:15

Firstly
  27:20

follow  14:11

Ford  3:13,
  14

forms  18:23

forward  5:5,
  11 25:21

Frazier  6:13

free  2:16

friends
  19:20

_____
          G
_____

gained  10:16
  11:1
  26:12,15

gaining  21:6

gains  11:3
  22:23
  23:11

gerrymandering
  29:11

Gill  27:19,
  20

give  2:12,
  13,15 5:19
  12:9 13:5
  28:15

giving  29:24

glad  15:13

God  19:23
  22:7

good  12:9
  15:25 20:1
  22:12
  24:11
  25:24
  27:20

governing
  13:25
  16:19

government
  19:18
  21:9,21

governor
  6:16 23:7

graciously
  7:4

great  8:7
  16:19 20:3

grow  19:22
  30:25

growing
  12:14

grown  26:18

growth  16:23
  20:21,22

guess  26:22

guys  6:22
  16:18 17:1
  30:17,19
  31:5

_____
          H
_____

hand  3:7
  16:9

handle  14:1

handled  19:8
  25:6

handouts
  15:25 16:4

hands  17:1

happen  5:2

happening
  29:12,18

happy  16:8

harassment
  23:18

hard  3:6
  16:19

Harkins  6:8

Hawkins  3:23

health  16:23
  18:12,14,
  20

hear  12:23
  13:14,15
  29:2

heard  13:17,
  20 22:16

hearing
  2:10,25
  9:7 12:22
  13:12 26:6

hearings  2:6
  10:19
  12:11
  26:4,9
  27:3,6

heart  23:9

held  26:4,6

helping  4:23

Hiram  20:13

historical
  20:6

histories
  10:22

history  20:8

hold  2:5
  22:6

honorable
  20:1

hope  22:3
  25:3 31:5

hoping  27:14

Hopson  3:24
  6:7

host  31:11

House  11:10,
  11,18
  12:15
  13:25 14:1

Hughes  22:9,
  10

hurting
  29:22

STANDING JOINT CONGRESSIONAL REDISTRICTING COMMITTEE
Public Hearing on 08/06/2021                    Index: ID..lieutenant

**I**

ID  19:6
25:19

ideal  11:10,
14

identified
28:17

identify  3:7
4:5

identifying
3:6

ill  6:8

implemented
18:9

implore  22:6

important
25:8

importantly
6:15

improve  6:23
19:11

inaudible
5:12,22
8:12 9:14
15:14
22:24
29:6,7

incidents
18:22 19:4

increases
10:24

indication
12:9

individuals
18:16,21

information
7:14 14:3,
10,19

initially
26:24

integrity
19:9

interest
24:19
31:14

interests
31:15

involved
5:15 6:17

issue  17:19

issues  7:10
12:12 18:8

**J**

Jackson
13:11 14:7
31:23

January
14:21

Jim  2:2

Jingle  21:16

joint  2:5,25
13:25 14:6

17:6 24:13
25:24
31:23

Jointly
24:12

Jones  24:5,
9,10,11

judge  21:18

July  9:4

justifiable
28:7

**K**

kind  7:7,17
22:4

kindly  25:25

kinds  13:13

Kirby  5:21
7:2

Kirk  3:19,
20

**L**

lack  17:21
18:2,4,5
19:2

large  10:24
20:16
21:25

latest  10:15

law  5:13
15:7

laws  25:19

lawyers
21:16

LBO  4:22
5:4

learn  24:16

leaving
20:23 23:1
29:14

led  17:25

Lee  17:9,10
19:3 20:4,
18,20 21:7
24:17
27:21 30:7

left  30:4

legislation
18:15 23:7
30:20

legislative
8:18 10:3,
4 13:1
14:20,24
17:6 21:2
24:12,14
25:24

legislature
2:7 8:22
14:20
30:14

level  19:10

levels  17:15

lieutenant

SDT-SJLCRR-000098

STANDING JOINT CONGRESSIONAL REDISTRICTING COMMITTEE
Public Hearing on 08/06/2021                Index: limit..mistrust

```
     6:16              30:15           25:9,13         Meridian
limit   2:18      lots   3:5      Marilyn               9:6,7  11:6
limits   2:20     Lowndes           25:23            mid-august
lines   29:10       17:11         marks   25:15         12:7

link   31:3       ───────────     Martin   5:7       millionaires
                         N        master   17:16        30:22
list   18:25      ───────────
                  made   4:20     matter   12:24     mind   13:16
listen   6:22       6:13  18:8    matters   14:1       20:20  22:7
  12:24             28:4
  22:14                           Mcmahan            minorities
  23:13           mail   14:6       15:10              20:17,19
                                                       21:21
live   15:18      major   17:19   meeting   2:1
  30:17           make   4:16       4:4,6,24         minority
  31:18             5:18,21         7:3  9:4,5         20:7,10,13
                    7:1  18:24      12:2  31:17        21:6,10,13
lives   17:18       19:19          32:3               22:5
  29:16             24:3,4,5
                    25:13         meetings   5:1     minority-
local   17:14       31:17           6:2,11  7:5      majority
  19:10                             13:25              22:2
  29:17           makeup   21:21
                  making   19:15  member   30:8      minus   11:12
locations           31:22           31:9
  7:22                                               minute   20:21
                  MALE   15:11    members
long   5:25         24:7,10         2:11,15         minutes   2:23
  6:10  20:15       27:19           3:3,6  4:8,
  24:17                             10  5:6  8:8     Mississippi
                  man   21:3        12:15,18,         2:7  14:8,
longer   26:9       22:7            19,20             23  16:20,
looked   7:7      mandating         13:2,21          25  17:6,7,
                    25:18           14:2,5           8,20,23
loss   25:4                                          18:1,12
                  Mangold   3:15  mention   2:3      19:22
losses   11:3     map   28:13       13:22            20:3,9,23
lost   10:17,                       14:22  15:1     22:4  23:2,
  21  11:2,6      maps   10:9     mentioned         4,7,15
  26:12,16          17:15  23:8     13:22           24:11  30:4
                                                    31:24
lot   5:8,9,
  10,15  8:9                                         mistrust
```

SDT-SJLCRR-000099

STANDING JOINT CONGRESSIONAL REDISTRICTING COMMITTEE
Public Hearing on 08/06/2021                              Index: Monroe..people

| | | | |
|---|---|---|---|
| 18:1 | number 4:3 | 18:11 | 12:21 |
| Monroe 17:11 | 12:15,16 | 21:12,19 | |
| | 16:2 | 25:7 | participated |
| months 10:3 | | | 12:19 |
| 21:17 | numbers 9:12 | online 18:4 | |
| | 10:14 12:4 | open 15:22 | partisanship |
| Moore 16:15, | 14:12 | | 19:20 |
| 17 22:17 | 24:25 | opportunities | 23:12 |
| 29:8 | 28:1,6 | 13:9 | |
| | 29:22 | | parts 26:10, |
| move 5:11 | | opportunity | 14 |
| 25:21 30:3 | | 2:12,16 | |
| | ——— O ——— | 5:19 16:18 | Pascagoula |
| moving 4:9 | | 24:13 26:1 | 5:25 |
| 29:15,21 | occasion | | |
| | 18:13 | opposed | passage |
| municipalities | | 20:24 | 25:15 |
| 13:19 | Occasionally | | |
| 29:17 | 7:16 | order 3:1 | passed 18:15 |
| | | 13:3 14:12 | |
| | occur 9:17 | | past 2:23 |
| ——— N ——— | 10:1 14:21 | organization | 7:9 8:4 |
| | 25:4 | 17:23 | 12:11 |
| NAACP 17:8,9 | | | 13:17 |
| 22:17 | occurring | organizational | 27:25 |
| 30:7,8 | 12:8 | 9:3 | |
| | | | pay 4:20 |
| Natchez 11:5 | odd 7:17 | ——— P ——— | |
| | | | peace 23:23, |
| nation 18:2 | odd-shaped | | 24 |
| 30:9 | 13:20 | p-e-e-r | |
| | | 15:16 | PEER 4:22 |
| negative | offer 2:11 | | 5:4,6 |
| 22:23,24 | | paid 19:17 | 15:16 |
| | office 20:13 | | |
| newly 27:21 | | pandemic | Pensa 19:25 |
| | official | 18:8 25:1 | 20:4 22:18 |
| night 6:18 | 10:13 12:7 | | 28:8,11, |
| 9:6 23:23 | 19:16,17 | paper 23:6 | 15,17,19, |
| | 20:10 | | 22 29:1,5 |
| notarization | 27:21 | Parker 3:24 | |
| 18:6 | | 6:7 | people 3:5 |
| | officially | | 4:25 7:10, |
| noted 27:22 | 9:3 | part 21:5,8 | 20,21 8:11 |
| | | 26:2 | 11:11,12 |
| noticed 26:4 | officials | | 17:2 18:24 |
| | | participate | |

SDT-SJLCRR-000100

**STANDING JOINT CONGRESSIONAL REDISTRICTING COMMITTEE**
Public Hearing on 08/06/2021                    Index: percent..purged

```
19:18,19        PO   14:7        7:3              professional
20:23              16:2 31:23                       22:16
21:20,25        podium  16:15   present  3:3
23:1,4,13,                        4:6,25          programs
24 25:10,       political                           18:5,10
12 29:14          17:9,13,21    presenting
30:1,3,12,        19:9            12:1 19:6        proper  19:6
23                24:16,20
                                presents          proposals
percent         polling  19:1     11:4             28:19,22
  20:18
  21:13         poor  24:17      president        proposed
                                  22:17 30:7        31:21
percentage      population
  20:16         8:20            pretty  15:15     protect  22:5
                10:10,11,
permits         16,21,24        prevent           proud  20:7
  16:23         11:1,2,6,         23:18
                7,21,23          25:20           provide  7:13
person  8:14    20:16                              14:3,10
  16:14         21:14 25:3      previous  7:5       18:21
  23:16         26:12,16                           31:20
                                primarily
personal        populations      26:22,25        providers
  23:11           10:8,17                           5:12
                                Prince  17:11
persons         pose  2:20                        providing
  2:18,21                       privy  29:19        31:12
                practices
phone  16:2       25:18         problem          public  2:5,
  28:4                            20:23            11,16,24
                pray  19:19                        7:14 9:7
piece  23:6                     problems           10:19
                precinct          11:7 23:17       12:11,19,
PITTSON  20:1     10:14                            21 13:2,
                  26:19 27:8    process  9:8,       10,14
PL  14:16                        9 12:20,21        14:2,4,5,
                precincts        17:12,15          14,18
places  11:5      13:18 15:5     19:8,11           15:23
  19:1 29:15      19:7           22:4 24:16        27:3,5
                                 25:5,6,13         29:4
plain  17:2     preliminary      26:2 31:20        31:13,19
                  9:19
plan  31:21                     producing         purged  19:5
                preparation      12:3
plea  22:20
  23:25                         production
                                 30:24
```

SDT-SJLCRR-000101

JTX-023-043

STANDING JOINT CONGRESSIONAL REDISTRICTING COMMITTEE
Public Hearing on 08/06/2021                    Index: purges..Roberts

purges  25:19

purging  19:1

purpose  6:21

put  5:8
  18:14,20
  27:22 30:1

---

Q

qualify  9:21

qualifying
  9:13,15

question
  7:15 8:25
  16:7 28:10

questions
  5:10 7:8
  8:4

quorum  4:4

---

R

racial  25:18

raise  3:7
  18:13

range  11:13,
  16

reach  30:12

read  3:16
  17:3

ready  31:17

reapportionmen
t  2:25 6:24
  14:7 31:23

rebuilding
  29:25

recall  21:11

receipt
  14:19 27:1

receive  2:6
  27:15

receiving
  9:20

recognize
  4:10 15:12

recollect
  20:12

recommendation
s  2:6

reconsider
  30:6

reconstruction
  20:14

record  16:12
  20:6

recovery
  29:25

redistrict
  2:8 8:5,
  12,16,22,
  23 12:4
  22:1 31:2

redistricting
  2:14 3:1
  5:14 9:1,
  16 12:12
  14:15

17:6,12
21:2
24:12,14
25:5,11
26:2 28:11
29:8,23
30:15
31:15

registration
  18:5

release
  24:23

released
  26:5,7
  27:2,4,6,7

remaining
  22:1

remains  18:2

remember
  7:19 21:16
  25:8 30:24

remind  4:3
  13:24
  31:19

repeat  7:18
  22:19

represent
  24:19
  25:12

representation
  17:21 21:6
  25:5

Representative
  3:10,12,

13,15,16,
18 4:12

representative
s  20:2

represented
  25:14

represents
  17:14

reputation
  21:1 23:2

reputations
  23:5

requests
  22:14

required
  8:13

requirement
  8:15

requirements
  5:14

requires  4:4
  8:14,22
  15:7 18:6

result  21:15
  25:4

Revels  20:13

rights  13:18
  22:5 23:17
  25:16

rises  30:2

risk  18:21

Roberts

SDT-SJLCRR-000102

**STANDING JOINT CONGRESSIONAL REDISTRICTING COMMITTEE**
Public Hearing on 08/06/2021                    Index: role..streamed

| | | | |
|---|---|---|---|
| 22:11,12 | 23,24 4:1 | 19 | 22 7:3 8:9 |
| role  3:2 | 5:24 6:1, | sign  13:3,4 | 14:6,10 |
| roll  4:5 | 6,7,8,12 | 16:10 | 16:8 |
| rolls  19:5 | 7:2 15:9, | significance | 31:16,22 |
| room  7:20 | 12 16:5 | 20:6 | start  2:1 |
| 10:9 11:18 | senators  6:4 | Simmons  3:24 | 9:1 29:16 |
| Roundtable | 12:16 20:2 | 6:6,7 | started  2:4 |
| 17:5,7,24 | send  14:6,8 | simplest | 9:2,3,5 |
| rule  21:4 | 31:24 | 13:16 | starting  9:9 |
| ruled  21:18 | sends  6:16 | simply  4:4 | state  3:5 |
| rules  13:24 | September | 12:2 | 8:20 12:14 |
| ruling  21:24 | 12:8 14:17 | sincere  25:3 | 16:20,23 |
| 30:15 | 27:12 | size  11:10, | 17:8,14 |
| rulings | session  10:4 | 15,20 | 19:10 |
| 30:19 | set  9:10 | 12:17 | 20:1,3,8, |
| running  10:4 | 11:7 12:6 | skill  17:16 | 9,24 21:1 |
| | Shanks  3:16 | sleep  23:22, | 22:4 23:7 |
| — S — | share  20:5 | 23 | 26:11,14 |
| | 26:5 | smaller | 28:23,25 |
| safety  18:10 | sheet  22:22 | 11:21 | 29:1,14, |
| scheduled | shifting | space  31:12 | 17,25 |
| 27:8,9 | 29:13 | speak  2:18, | 30:25 |
| scheduling | shifts  8:20 | 22 13:3 | statement |
| 4:24 | 10:7 11:7 | 26:1 28:9 | 4:17 5:18 |
| schools | 25:3 | 31:8 | 17:5 |
| 30:16 | short  13:20 | special  4:21 | statements |
| search  23:9 | showing | spelled | 2:13 |
| Section  8:21 | 26:19 | 15:16 | states  18:9 |
| Senate  3:18 | shows  10:10, | split  15:4,5 | statewide |
| 11:14,19 | 11 | splitting | 20:12 |
| Senator | sic  25:7 | 13:18,19 | status  19:21 |
| 3:19,21, | side  30:18, | staff  4:21, | 20:10 |
| | | | 30:17 |
| | | | streamed  3:4 |

SDT-SJLCRR-000103

JTX-023-045

STANDING JOINT CONGRESSIONAL REDISTRICTING COMMITTEE
Public Hearing on 08/06/2021      Index: streaming..upcoming

| | | | |
|---|---|---|---|
| streaming 31:18 | talk 7:11 | 8:2 13:17 16:24 20:25 29:11,18 30:5,12,23 | 19 |
| strengths 21:10 | talking 15:19 | | trajectory 22:20 |
| strict 25:19 | tasteful 23:3,5 | | transcripts 7:4 |
| struggle 20:11 21:5,6 | Tate 3:24, 25 15:24 16:5 | Thompson 4:12 | transparent 19:13 24:21 |
| submit 13:7 | Taylor 3:16, 17 | three-quarters 22:23 | treatment 23:3 |
| suggestions 2:6 13:7 31:21 | technical 5:11 17:16 25:6 | time 2:19, 22 3:6 5:17 8:7,9 9:11 10:6 14:3,18 16:6 20:12 21:3,14,22 22:13 24:17 25:22 26:3,21 28:7 | Tupelo 17:5 21:12 |
| suit 21:8 | | | turn 16:9 |
| summary 15:25 | technology 5:15 | | turned 24:2 |
| summer 9:7 | Ted 5:6 14:6 31:22 | | Turner-ford 4:1 6:2 |
| supposed 26:24 | ted.booth@ peer.ms.gov. 14:9 31:25 | | type 4:17 11:15 15:8 |
| suppression 17:19,25 18:22 19:4 | ted.booth@ pper.ms.gov. 14:9 | times 3:5 26:23 | U |
| system 18:6 | telephone 14:11 | Today 25:15 | uncertain 24:24 |
| systems 18:1,4 | Teresa 22:11 | tolerance 14:23,25 15:8 | understand 3:5 7:23 29:15 30:13 |
| T | terminals 13:10 | tolerant 28:6 | understanding 12:12 |
| tactics 17:25 | thing 14:22 23:24 26:8,9 | tonight 4:11 7:20 | unity 16:23 |
| tailoring 10:18 | | tool 25:17 | unjust 23:3 |
| taking 13:8 22:13 | things 2:4 7:10,16,18 | top 18:25 track 30:18, | upcoming 2:14 |

STANDING JOINT CONGRESSIONAL REDISTRICTING COMMITTEE
Public Hearing on 08/06/2021                     Index: uphold..Young

uphold   21:3

uppermost
  22:6

urgent   18:12

―――――――――
        V

virus   18:16,
  22

Voice   17:8

vote   8:15
  18:17,24
  21:4  22:7,
  18  23:20

voter   17:19,
  24  18:5,22
  19:1,4,5
  25:19

voters   18:11
  25:19,20

voting
  13:17,18
  17:20
  18:1,3,5,6
  19:7,8
  21:10  22:5
  23:17,19
  25:16,17

―――――――――
        W

wait   26:8

walked   15:25

wanted   2:3
  30:9

ward   21:20

wards   22:1

watch   4:25
  6:12,13

watching   3:8
  5:23  6:1,
  5,7,18
  7:22  8:1

ways   6:10
  12:20  31:2

weakest   31:3

week   27:7

weeks   14:19,
  21

White   3:18

Wiggins   4:1
  5:25

woman   22:7

work   5:3,8
  16:19,21
  31:16

workers
  18:20

working   9:25
  10:2  25:11

world   15:18

worse   18:9

writing   13:8

―――――――――
        Y

year   7:11

9:13,15,22
10:2,5
28:1

years   7:6
  8:7,18,24
  17:24  26:3
  29:9  30:8

Young   25:23,
  24  27:2,
  11,17

SDT-SJLCRR-000105

JTX-023-047



Mississippi

8/2/21

# REDISTRICTING TOOLKIT

The right to vote is one of the most sacred civil liberties we have as citizens. We believe voting should be easy for every citizen and that each vote should count the same.

Historically, politicians have used gerrymandering, packing and cracking to dilute the influence of Black voters during the redistricting process. We seek to ensure that the current redistricting process allows Mississippi's Black voters the same opportunities as white voters to elect their candidates of choice, regardless of where they live in the state and regardless of who they vote for.

**Redistricting is not something best left to the politicians and the experts.** Every voter has a vital stake in redistricting because it determines the composition of districts that elect public officials at every level of government.

This toolkit is designed to educate and support citizen input into the redistricting process.

## FREQUENTLY ASKED QUESTIONS

**Q: What is redistricting?**

A: Redistricting is the process of redrawing the lines of districts from which public officials are elected. Redistricting takes place after each census and affects all jurisdictions that use districts, whether for members of Congress, state legislatures, county commissions, city councils, etc. The purpose of redrawing the district maps is to rebalance the districts to reflect population changes. The principal of this is so that one person has one vote, and every vote has the same weight.

**Q: Who decides the new district maps?**

A: The Mississippi state legislature and the governor decide the boundaries of the district maps. The members of a 20-member standing committee called the Mississippi Joint

Visit aclums.org | Follow @ACLU_MS | Call 601-354-3408                    #FightForFairMaps

SDT-SJLCRR-000106

**ACLU**
Mississippi                                                                8/2/21

Legislative Redistricting Committee (MJLRC) conduct the bulk of the work that create proposed boundaries. Then, members of the State House and State Senate vote on those proposed boundaries. After the majority of the State House and Senate vote to approve them, the bill is sent to the governor who can reject the boundaries or sign them into law. The committee is made up of currently serving legislators and includes the chairs and co-chairs of the House and Senate Election Committees as well as two members from each congressional district as appointed by the Speaker of the House and Lieutenant Governor.

**Download more redistricting FAQs here.**

## HOW TO GET INVOLVED

1) Register and ask questions during our Redistricting 101 virtual training. We'll prepare you with the information you need to ask your lawmaker the right questions.

   - Tuesday, **August 3rd** at noon via Zoom or livestream on Facbook.com/ACLUMississippi
   - Register for Zoom here

2) Organize a group and request an ACLU of Mississippi virtual training session.

   - Email Maisie Brown at mbrown@aclu-ms.org to make a request.

3) Attend one of nine statewide redistricting hearings held by the Mississippi Joint Legislative Redistricting Committee (MJLRC). Demand a fair and transparent redistricting process. **The hearings are all scheduled to start at 6 p.m. and will be livestreamed here.**

   - **Aug. 5:** Meridian, Meridian Community College in the McCain Theater

SDT-SJLCRR-000107

JTX-023-049


**Mississippi**

8/2/21

- **Aug. 6:** Tupelo, Itawamba Community College Belden Center
- **Aug. 9:** Senatobia, Northwest Community College Haraway Center
- **Aug. 11:** Itta Bena, Mississippi Valley State University William A. Butts Social Science Building
- **Aug. 12:** Starkville, Mississippi State University Hunter Henry Center
- **Aug. 16:** Natchez, Alcorn State University Business School Auditorium
- **Aug. 18:** Gulfport, Mississippi Gulf Coast Community College Harrison County campus Fine Arts Auditorium
- **Aug. 19:** Hattiesburg, University of Southern Mississippi Joe Paul Theater in the Thad Cochran Center
- **Aug. 23:** Jackson, Mississippi Capitol, room 216

**4) Submit comments to the Mississippi Joint Legislative Redistricting Committee.**

- The members of the MJLRC conduct the bulk of the work that create proposed maps.
- Copy ted.booth@peer.ms.gov on all of your comment emails.

| Name | District | Email | Phone | County |
|------|----------|-------|-------|--------|
| Rep. Jim Beckett - Co-chair (R) | 23 | jbeckett@house.ms.gov | (662) 983-7358 | Calhoun, Grenada, Lafayette, Webster |
| Sen. Dean Kirby - Co-chair (R) | 30 | dkirby@senate.ms.gov | (601) 359-4089 | Rankin |
| Rep. Dan Eubanks (R) | 25 | deubanks@house.ms.gov | (662) 374-0035 | DeSoto |
| Rep. Edward Blackmon, Jr. (D) | 57 | eblackmon@house.ms.gov | (601) 859-1567 | Madison |
| Rep. Bo Brown (D) | 70 | bbrown@house.ms.gov | (601) 366-4774 | Hinds |
| Rep. Kevin Ford (R) | 54 | kford@house.ms.gov | (601) 218-8185 | Issaquena, Warren, Yazoo |

Visit aclums.org | Follow @ACLU_MS | Call 601-354-3408                    #FightForFairMaps

SDT-SJLCRR-000108



**Mississippi**

8/2/21

| | | | | |
|---|---|---|---|---|
| Rep. Vince Mangold (R) | 53 | vmangold@house.ms.gov | (601) 833-9155 | Franklin, Jefferson Davis, Lawrence, Lincoln, Pike |
| Rep. John Read (R) | 112 | jread@house.ms.gov | (228) 497-3845 | Jackson |
| Rep. Fred Shanks (R) | 60 | fshanks@house.ms.gov | (601) 540-0041 | Rankin |
| Rep. Cheikh Taylor (D) | 38 | ctaylor@house.ms.gov | (662) 617-8125 | Clay, Lowndes, Oktibbeha |
| Rep. Jason White (R) | 48 | jwhite@house.ms.gov | (662) 289-8888 | Attala, Carroll, Holmes, Leake |
| Sen. David Parker (R) | 2 | dparker@senate.ms.gov | (601) 359-4088 | DeSoto |
| Sen. Angela Turner-Ford (D) | 16 | aford@senate.ms.gov | (601) 359-3237 | Clay, Lowndes, Noxubee, Oktibbeha |
| Sen. Briggs Hopson (R) | 23 | bhopson@senate.ms.gov | (601) 359-3250 | Issaquena, Warren, Yazoo |
| Sen. Derrick Simmons (D) | 12 | dsimmons@senate.ms.gov | (601) 359-2224 | Bolivar, Coahoma, Washington |
| Sen. Josh Harkins (R) | 20 | jharkins@senate.ms.gov | (601) 359-2395 | Rankin |
| Sen. Dennis DeBar (R) | 43 | ddebar@senate.ms.gov | (601) 359-3221 | George, Greene, Wayne |
| Sen. Brice Wiggins (R) | 52 | bwiggins@senate.ms.gov | (601) 359-3237 | Harrison, Jackson |
| Sen. Jeff Tate (R) | 33 | jtate@senate.ms.gov | (601) 359-2395 | Clarke, Lauderdale |
| Sen. Hobb Bryan (D) | 7 | hbryan@senate.ms.gov | (601)359-2220 | Itawamba, Lee, Monroe |

**5) Spread the word!** Share this toolkit with your friends and family on social media! Use #FightForFairMaps so we can find and uplift your posts!

Visit aclums.org | Follow @ACLU_MS | Call 601-354-3408        #FightForFairMaps

SDT-SJLCRR-000109

JTX-023-051


**Mississippi**

8/2/21

# QUESTIONS FOR THE MJLRC

We strongly recommend you ask these questions to members of the Mississippi Legislative Redistricting Committee **when attending one of the nine redistricting hearings scheduled across the state.**

**In general**
- What are your primary redistricting goals?
- What are your criteria for drawing districts and how are you weighting them?
- What are the most significant changes from the existing maps that you anticipate?

**Data**
- Are you using total population, Voting Age Population (VAP), Citizen Voting Age Population (CVAP), or something else as your base population metric?[1]
- Will incarcerated people be treated as residing where they are incarcerated, where they previously lived, or excluded from redistricting?

**Transparency**
- How is this public hearing going to affect your redistricting process?
- Will you commit to making your decision-making process public?
- What different ways will the public be able to submit input? Can the public submit comments on drafts, or proposals of our own?
- How much time will be provided for public input between draft and final maps?
- Will additional hearings be held after census data is released?

**Undue partisanship**
- How will you avoid drawing districts to favor incumbents?
- How will you make districts competitive?
- What will you do to ensure that boundaries are not drawn for a purpose of favoring or disfavoring a political party?

**Protecting historically disenfranchised communities**
- What are you doing to ensure that communities of interest[3] stay intact?
- What will you do to ensure that boundaries are not drawn for purposes of favoring or discriminating against a political party or minority group?

Visit aclums.org | Follow @ACLU_MS | Call 601-354-3408                    #FightForFairMaps

SDT-SJLCRR-000110



Mississippi                                                                                          8/2/21

## ISSUES TO CONSIDER
We strongly recommend you use these issues to consider **when speaking at a redistricting hearing, submitting comments to legislators, and sharing on your social media**.

- The redistricting process, like much of Mississippi politics, is too secretive, done behind closed doors and ignores the needs of the public. Legislators should make the process public and transparent.

- Legislators have used redistricting throughout history to attack the right to vote and weaken the voting power of certain communities. We need redistricting in Mississippi to ensure all voters are fairly represented, regardless of their race or for whom they vote.

- During the last redistricting cycle, lawmakers used tactics to dilute the power of Black voters to pick their preferred candidates and engage in the political process. If this continues, Mississippi's legislature will be less and less representative of the state. Mississippi cannot progress until the district maps are drawn to equally represent everyone.

- Legislators should not be able to choose their own voters, making it impossible for voters to hold them accountable. Voters should choose their representatives.

- Fair district maps mean all Mississippians are ensured an equal opportunity to elect officials based on shared community interest.

Visit aclums.org | Follow @ACLU_MS | Call 601-354-3408                        #FightForFairMaps

SDT-SJLCRR-000111

JTX-023-053