EXHIBIT NO. JTX-024 evid.
CAUSE NO. 3:22cv 734-DPJ-HSO-LHS
WITNESS
CLERK: SHONE POWELL

FEB 26 2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
Candice Crane, REPORTER

STANDING JOINT CONGRESSIONAL REDISTRICTING COMMITTEE
Public Hearing on 08/08/2021



ORIGINAL

2

3

4

5

6

7

8          TRANSCRIPT OF AUDIO-RECORDED

9          PUBLIC HEARING OF THE

10   STANDING JOINT CONGRESSIONAL REDISTRICTING COMMITTEE

11               AUGUST 8, 2021

12

13            GULFPORT, MISSISSIPPI

14

15

16

17

18

19

20

21

22

23

24

25

www.huseby.com          Huseby Global Litigation          800-333-2082

3:22-cv-734
JTX-024

SDT-SJLCRR-000112

1      MR. BECKETT:  I want to, uh, welcome all of you

2   here tonight. Uh, we're scheduled to begin at 6:00

3   o'clock and not only -- uh, just -- just a reminder

4   that we have [inaudible] here who al- -- also have

5   others that are watching, uh, online.

6       So occasionally I may say something or have to

7   repeat something or something, just -- just remember

8   that you -- you know, you guys have a handout or

9   something, those that are watching wouldn't have

10   access to that information.

11       So addresses and things like that we're going to

12   mention. Again, I want to just -- just say one note

13   of, you know, the Joint Committee holds these public

14   hearings to receive suggestions and recommendations on

15   how this new legislature should redistrict itself and

16   its four Congressional districts.

17       During the course of this hearing, um, the chair

18   will offer members of the public an opportunity to --

19   to give comments to the committee or give, uh,

20   statements to the committee about our upcoming

21   redistricting efforts. I'm going to just say that

22   we're not here to answer questions. We're -- we're --

23   we -- we're not here to debate anything. We're here --

24   this is a public forum where [inaudible].

25       We're here to hear what you all have to say,

SDT-SJLCRR-000113

1  comments and ques- -- comments and suggestions that
2  you might have. This is just the beginning of the
3  process. And so that's what this is designed to do. By
4  custom, we try to give members of the public a free
5  opportunity to say what they wish.
6      In cases where it appears that there are going to
7  be many persons who want to speak, we limit their time
8  and I can just tell you that I've already had a lot of
9  requests, uh, they're mostly [inaudible], but I do set
10 [inaudible] the other people that are here and that's
11 -- that's [inaudible] limit our time, um, you know, as
12 to, uh, what it is we impose, uh, and share our -- our
13 [inaudible] how many persons, uh, that want to speak.
14     And so, uh, I just -- I just want to kind of set
15 that out before we start and -- and at -- at this
16 time, as chair, I -- I -- I -- I do call the public
17 hearing for the Joint Reinforcement Committee, Joint
18 Congressional Redistricting Committee to order and I
19 ask our counsel to call the role of the members
20 present.
21     COUNSEL: Mr. Beckett.
22     MR. BECKETT: Here.
23     COUNSEL: Mr. Blackmon. Mr. Brown. Mr. Eubanks.
24 Mr. Ford. Mr. Mangold.
25     MR. MANGOLD: Here.

```
 1        COUNSEL:  Mr. Read.

 2        MR. READ:  Here.

 3        COUNSEL:  Mr. Shanks. Mr. Taylor. Mr. White. Mr.

 4   Kirby.

 5        MR. KIRBY:  Here.

 6        COUNSEL:  Mr. Bryan. Mr. DeBar. Mr. Hawkins. Mr.

 7   Hopson. Mr. Parker. Mr. Simmons. Mr. Tate.

 8        MR. TATE:  Here.

 9        COUNSEL:  Ms. Turner-Ford.

10        MS. TURNER-FORD:  Here.

11        COUNSEL:  Mr. Wiggins.

12        MR. WIGGINS:  Here. Here.

13        MR. BECKETT:  All right. Thank you. Uh, just want

14   to remind -- remind you that, uh, you know, we do not

15   have to have a forum in order to take -- take

16   testimony. Uh, the roll is called for the purposes of

17   documenting who is here.

18        Uh, we have, uh, [inaudible] here and I will say,

19   uh, our members are from all over the state and all

20   the different Congressional districts, as a majority

21   of them choose to go to hearings that are close --

22   closer to them. So someone from Southaven might --

23   might choose not to drive down here today. Uh, we have

24   many members of this committee and -- and other

25   members that are -- that are watching this online.
```

SDT-SJLCRR-000115

1     So -- and we're -- we're here to take co- -- you

2     all's comments. And so the -- they're -- they're

3     hearing those comments whether they're here or not.

4     Uh, you know, uh, I want to, uh, thank our staff, I

5     want to thank the community college for -- for

6     providing this opportunity for us to be here and thank

7     the members of this committee and -- and the other

8     members of the legislature here.

9     But, uh, at this time, I would like to -- I don't

10    think we have any member of the committee that's come

11    in, we called the roll, but if there any other members

12    of the legislature would like to identify themselves,

13    it is really hard to see up here with these lights.

14    So, uh, I will give you an opportunity now if you

15    wanted to introduce yourself.

16    MR. THOMPSON:  My name is Mike Thompson. I'm a

17    senator for Senate District 48, which is parts of

18    Gulfport, Long Beach and Pass Christian.

19    MR. DELANO:  Scott DeLano, Senate District 50,

20    uh, Harrison County.

21    MS. WILLIAMS-BARNES:  Sonya Williams-Barnes,

22    House District 102.

23    MR. PAYNE:  Ray Payne [ph], East Gulfport, north

24    and south of [inaudible].

25    MR. BECKETT:  All right. Is there anyone else?

```
 1   All right. I thank you all for that. Uh, do I have, um
 2   -- I don't -- is there -- I don't think there are --
 3   is -- our host is here tonight.
 4        So, uh, we will just, uh, go forward wi- -- wi- -
 5   - and -- with our meeting and just as we get started,
 6   there are a couple things I want to -- want to cover
 7   before we start and, you know, our -- our staff has
 8   graciously gone through the transcript of the meetings
 9   that were held in 2010 and the meetings that were held
10   earlier -- that have been held earlier this year.
11        This is our setup of the night [inaudible] how
12   and they have given a few of the comments and
13   questions that have been asked [inaudible] just some
14   information that might be useful to the public. And so
15   -- that covered those things and I want to cover a few
16   of those -- those things right now before we get to
17   the -- to the question and answering part -- I mean,
18   before we get to the comment part, excuse me.
19        Uh, and [inaudible] just a real basic thing, you
20   know, why -- why are we redistricting? I've had a lot
21   of people [inaudible] ask why -- why -- why are you
22   redistricting? And so, you know, I need to point out
23   that both the federal Constitution requires a one
24   person one vote, requires us to redistrict both the
25   Congressional districts and the Legislative districts
```

SDT-SJLCRR-000117

```
1    every 10 years following the Census.

2         And additionally, Section 254 of our Constitution

3    of 1890 requires that we redistrict the legislature.

4    So we're doing this redistricting because it's

5    required by law to do that. Um, you know, and my -- my

6    -- when will, um -- when we -- when will we commence

7    redistricting?

8         And actually, that -- that actually commenced

9    with the taking of the Census, but [inaudible] had an

10   organizational meeting around the 1st of July and like

11   I said, this is the seventh in a series of nine public

12   hearings. We're on a [inaudible] redistricting

13   process. We're just -- just taking public comm- --

14   comments about -- about the redistricting, but it's --

15   it's -- so it's important to let the -- the public

16   know this.

17        And because of the qualifying deadlines, uh, next

18   year, our efforts in the Congressional redistricting

19   will come -- will come first and will -- uh, and will

20   occur during the fall of this year. Uh, we will be

21   working on the Legislature during the months of the

22   2022 Legislative session. The -- the -- the

23   Congressional re- -- qualifying time starts January,

24   2022.

25        So we -- because of that deadline, we will need
```

SDT-SJLCRR-000118

STANDING JOINT CONGRESSIONAL REDISTRICTING COMMITTEE
Public Hearing on 08/08/2021                                    Page 8

1    to do theirs first and then we hopefully will do ours

2    dur- -- during the session. Uh, you know, and because

3    of population shifts, we're going to face challenges.

4         Uh, you know, uh, as you noticed, there are maps,

5    uh, around this -- around the room and -- and as you

6    come in, go out, that [inaudible] Congressional -- the

7    Mississippi House and Mississippi Senate, uh, is --

8         That's the current population [inaudible] that --

9    on -- on this Census. We began this process with

10   estimates, but -- but this is the actual numbers with

11   -- with [inaudible] that we have until, uh, September

12   30th that -- that could be modified [inaudible] that -

13   - that at least these numbers -- there's a 99.9

14   percent chance these are the actual final -- final

15   numbers with -- there might be a few modifications.

16        Um, but it show- -- it shows the counties and

17   districts that gained and lost population and, uh, as

18   -- as you can see, there are parts of the state that

19   had major gains in population. There are parts of the

20   state that had major losses in population and there's

21   a large portion of the state that goes -- there was

22   some change but not a dramatic change.

23        That does not mean that those districts will not

24   move around, because, uh, even though we might have,

25   within 6,000 people, the same number of people at the

SDT-SJLCRR-000119

```
 1    state that we had 10 years ago, the population moved
 2    [inaudible]. So the -- the lines will -- the lines
 3    will change. Uh, and in pointing out that there are
 4    years of gain, years of loss, both -- both ends of the
 5    spectrum cause -- cause problems in drawing districts.
 6          Uh, there are difficulties in drawing districts
 7    where you had a loss -- loss of population, but there
 8    are also difficulties in areas where you gain
 9    population. Of all the hearings we've had, this is
10    probably the one where basically the entire area
11    gained population. You've got, uh, [inaudible] County
12    was pretty much level, but the other five counties in
13    this general area gained population.
14          With Harrison County, obviously, gaining more
15    people and percentage-wise than the others gained and,
16    uh -- but -- but that's just -- you know, that's just
17    what -- what has happened and we -- at the same time,
18    you -- you all have others.
19          Uh, the, uh -- and like I said, the [inaudible]
20    we offer will tell you, uh, that the i- -- the ideal
21    size of the House district is somewhere around 24,000
22    and something people, the -- and the ideal size for a
23    Senate district is around 56,000 and change and it
24    allows for a 5 percent deviation. So districts can be
25    a little larger [inaudible] than that ideal number.
```

SDT-SJLCRR-000120

1    Uh, that's in the Mississippi Legislative

2    districts and in Congressional districts, I want you

3    to understand that there's basically a zero tolerance.

4    Uh, so all four of our Congressional districts will

5    need to be the same [inaudible]. They might be up or

6    down one, because it has to be -- to be -- it just may

7    not be a -- it may be a high number, that may have a

8    little --

9        Basically, those districts will be identical and

10   that -- that's -- they don't have the same powers of -

11   - for -- for -- for different changes that we have in

12   Mississippi. So, uh, you know, uh -- you know, we are

13   -- like I said, these -- these numbers were

14   [inaudible] presenting, these numbers started out the

15   first four hearings maybe had estimates and -- no,

16   plus five and this is the second time we've -- we've

17   had actual population data.

18       Uh, but the estimates were -- for these purposes,

19   were basically just as useful, because you're just

20   trying to show what -- whether your part of the state

21   grew, whether your part of the state lost population.

22   And so you can anticipate, uh, whether you might have

23   a little more representation, you might have a little

24   less representation or you might have basically around

25   the same representation that you had.

SDT-SJLCRR-000121

1          Uh, you know, [inaudible] a public, uh -- uh, you
2     know, won't [inaudible] participate in this process.
3     You know, there are several ways you can participate
4     in this process. One is by coming to this -- this
5     meeting and expressing your -- your concerns at the
6     hearing. You know, we're here to hear -- hear your
7     concerns this evening.
8          We will listen to any matters that you wish to
9     bring to our attention about how and where we will
10    draw Congressional and Legislative districts. You
11    know, you -- you can, uh -- the public needs to know
12    that, uh -- you know, that -- that -- that we're asked
13    to sign a card. If, uh, for some reason that you want
14    to speak and you haven't signed a card, the staff --
15    this [inaudible] staff will be -- will be glad to get
16    you a card and that is for sole purposes so I will
17    know who to call on.
18         I'm going to call on individuals in the order
19    that I was given the cards. And so that's -- that's --
20    that's what that's for. Uh, you can also -- you can
21    submit your suggestions to the committee in writing or
22    by email, uh, and you can take advantage of the
23    opportunity to use the -- use the meeting's public
24    access computer terminals.
25         There will be a period of time for Congressional

SDT-SJLCRR-000122

JTX-024-011

```
 1   and a period of time for Legis- -- uh, Legislative,
 2   uh, redistricting that you can use the public access
 3   terminals -- terminals. So in, uh -- in -- what kind
 4   of concerns does the committee need to hear the
 5   public? We want to hear the concerns that you have.
 6        Uh, doesn't matter that primarily it's going to
 7   be something we've heard maybe five or six times
 8   already at the other hearings, you may have the same
 9   concern that so many people have had, doesn't matter.
10   We -- we're here to -- to -- to hear -- hear your
11   concerns.
12        This is an example of some things that -- that we
13   hear on a normal ba- -- normal basis is the Voting
14   Rights Act concerns, uh, splitting the pre- --
15   concerns about splitting the precincts, concerns about
16   splitting of municipalities, uh -- um, districts, uh,
17   that are odd- -- odd-shaped.
18        Uh, in short, uh, we've heard most of the things
19   that -- that you're going to think about as being
20   concerned that it's something that has come to your
21   mind as something we've already heard, but that
22   [inaudible], you have the right to state those
23   concerns.
24        Uh, just to remind you of the rules of the House,
25   uh, [inaudible] committees and, uh, [inaudible], those
```

SDT-SJLCRR-000123

1   rules and -- and we'll -- we'll follow the rules of

2   the House as -- and -- and we'll handle the way the

3   House would handle them.

4        Uh, I can tell that we're already going to have a

5   lot of people that want to speak. And so just as -- as

6   -- as a reminder, as a courtesy of everyone, we're

7   going to limit that to five minutes and, uh, that's

8   been pretty customary as -- as what's been done and

9   that -- that has not been an issue for any -- from

10  anyone that's wanted to speak, uh -- uh, you need to

11  [inaudible].

12       Uh, and how can members of the public contact the

13  committee to provide information or book time on the

14  public access computers? Uh, and, uh, members of the

15  public should be advised to send a written mail

16  request to Ted Booth, staff counsel Joint

17  Reapportionment Committee, P.O. Box 1204, Jackson,

18  Mississippi 29215-1204 or you can send your email to

19  ted.booth@peer, that's p-e-e-r.ms.gov.

20       Uh, please provide staff, uh, your email address

21  and telephone numbers so that they can follow up. Uh,

22  if you asked them a question and you don't provide

23  them something to follow up, then they're not going to

24  be able to send you, uh, a reply to that.

25       So please do that. And a public access to

SDT-SJLCRR-000124

JTX-024-013

1  Congressional redistricting will commence following

2  delivery of our final PL 94-171 data, uh, you know,

3  which should arrive at the close of September.

4      We're supposed to give it September 30th. So

5  that, uh -- the, uh -- the public access will -- will

6  last three weeks, starts September 1st. You know, for

7  Legislature, it's going to -- it will occur after

8  January 1, 2022 and last three weeks. Um, so is there

9  any other member that would like to say anything

10 unless, uh -- [inaudible]. Thank you for your arrival.

11 Um, is there anyone who would like [inaudible] say?

12     All right. All right. Well, thank you very much.

13 Um, at this time, we're going -- going to begin with

14 the, uh -- with the taking of, uh, any comments or

15 questions that -- that the public has. I'm going to

16 take them in the order that -- that they were given to

17 me. And, uh, so the first one is Mr. Crowell.

18     And you all, I apologize if I mispronounce

19 someone's name, but I'm going to do the best I can.

20     MR. CROWELL:  Good evening.

21     MEMBERS:  Good evening.

22     MR. CROWELL:  My name is James Crowell. I'm

23 president of the Biloxi Branch NAACP and I have a -- a

24 few comments I want to make very quickly and this is

25 from our Mississippi Joint Legislative Redistricting

SDT-SJLCRR-000125

JTX-024-014

STANDING JOINT CONGRESSIONAL REDISTRICTING COMMITTEE
Public Hearing on 08/08/2021                                    Page 15

```
 1   Committee, uh, and this is [inaudible] NAACP
 2   [inaudible] in the Biloxi Branch.
 3        Redistricting, uh, is one of the most critical
 4   aspects of our democracy. It -- the [inaudible] of our
 5   power as voters to elect public officials that will
 6   represent the interest of our community. Therefore, it
 7   is important that the state of Mississippi engage in
 8   the redistricting process that is fair and
 9   transparent.
10        The [inaudible] in Biloxi know all too -- too, uh
11   -- too well how the unfair redistricting process
12   contributes to voter suppression. If we are to honor
13   the fundamental rights to participate in the political
14   process, the district must be [inaudible] in
15   accordance to Se- -- Section 2 of the Voters Rights
16   [sic] -- Voting Rights Act of 1965.
17        This section outlaws the development of a map
18   that discriminates on the basis of race. That means
19   [inaudible] not be racially [inaudible]. We are asking
20   that this community to comply with federal laws and to
21   provide community stakeholders with regular updates
22   about the redistricting process. Thank you. [applause]
23        MR. BECKETT:  Thank you. Uh, Mr. James.
24        MR. JAMES:  Good evening, chairmen, [inaudible]
25   and members of the committee [inaudible]. I thank you
```

SDT-SJLCRR-000126

JTX-024-015

```
 1    for the opportunity to speak at this important
 2    hearing.
 3          My name is Reverend Dr. Robert James. I'm a
 4    lifelong citizen of Stone County, physical address 123
 5    [inaudible] Road, [inaudible] City, which is in the
 6    Congressional District number 4, Senate District
 7    number 47, House District number 93.
 8          I'm also the president of the Mississippi State
 9    Conference of NAACP. I stand before you to speak on
10    this current redistricting process and why this should
11    be fair and transparent. It is our desire that this
12    committee [inaudible] and not discriminate against any
13    already disfranchised Mississippi communities.
14          Officially, the racial composition of this
15    committee of having only five African Americans with
16    one female does not adequately reflect racial and
17    general population of the state. Given the lack of
18    diversity of this committee we hope these hearings
19    will enable the [inaudible] the concerns of all of
20    [inaudible] to be the [inaudible] and rejoin the hope
21    -- rejoin the hope of the district.
22          We know that the way lines are drawn affect
23    everyone of the issue in our community from
24    healthcare, public education, the economy and the
25    criminal justice system. When politicians [inaudible]
```

SDT-SJLCRR-000127

JTX-024-016

1    the maps for personal and political gain, it affects

2    everyone from having a [inaudible].

3         In Mississippi, counties who have significant

4    communities of [inaudible] pose a risk for being shut

5    out of the political process.

6         In the past, Mississippi has been a home to

7    several lawsuits alleging in racial voter dilution

8    just as recently as 2018 where 3 African American

9    votes, as American voters, from Senate District 22,

10   filed a federal lawsuit challenging the district on

11   the [inaudible] of the Voting Rights Act.

12        The district diluted the votes of the African

13   Americans to prevent them from electing a candidate of

14   their choice. On February 13, 2019, the court

15   concluded that District 22 violated Section 2 and the

16   Legislature then [inaudible]. We do not want a repeat

17   of an unfair map [inaudible]. Voting dilution

18   prohibits the community of [inaudible] to come

19   [inaudible] advocate on important issues.

20        Moreover, when we know that whoever is elected in

21   the poorly [inaudible] drawn map district will not be

22   permitted to listen to the people concerned. Thank you

23   for the opportunity to speak before you tonight.

24        MR. BECKETT:  Thank you. [applause] Next is Ms.

25   Christene Brice.

```
 1          MS. BRICE:  Good evening.

 2          MEMBERS:  Good evening.

 3          MS. BRICE:  Mr. Chairman and committee members,

 4     my name is Christene Brice, Harrison County Election

 5     Commissioner for District 4. I would like to know are

 6     you using total population, [inaudible] population,

 7     citizen [inaudible] population or something else as

 8     your base population metric?

 9          Also, [inaudible] -- [inaudible] be treated as

10     [inaudible] where they [inaudible] or is suited from

11     the commission? Thank you very much, [inaudible].

12

13          MR. BECKETT:  Ms. Brice, uh, no, uh, we're not --

14     we don't answer questions at the hearing, but, uh, you

15     were kind enough to provide [inaudible].

16          MS. BRICE:  Yes.

17          MR. BECKETT:  And, uh -- and it's my

18     understanding that, uh, it's customary that it's been

19     done as the incarcerated voters will be counted when

20     they're incarcerated. And so it's -- it's one of the

21     [inaudible]. That's -- that would be for anyone that

22     is -- so that's -- that [inaudible] incarcerated. And

23     as far as the population, it's -- it's based on total

24     population.

25          Now, uh, obviously, through all the different
```

SDT-SJLCRR-000129

STANDING JOINT CONGRESSIONAL REDISTRICTING COMMITTEE
Public Hearing on 08/08/2021                                      Page 19

```
 1    tests that you have to do, you will -- you will
 2    consider, uh, the black [inaudible] population
 3    [inaudible] use of, uh, total population is what the
 4    district size is based on.
 5         MS. BRICE:  Thank you very much, sir.
 6         MR. BECKETT:  Ms. Wheeler.
 7         MS. WHEELER:  Good evening, Mr. Chairman, other
 8    members of the committee. Thank you all for being here
 9    tonight. Brice and John, it's good to see you both. My
10    name is Christy Wheeler. I am co-president of the
11    League of  Women Voters of Mississippi. I live in
12    [inaudible] and I am a registered voter.
13         The League and I, and our supporters here
14    tonight, want fair maps. We want transparency in the
15    redistricting process and we want you to know that we
16    will be paying attention to your process and we will
17    hold you accountable. We know about our state
18    Constitution and Legislative districts must be
19    contiguous. We do not believe a [inaudible] land with
20    no dwellings in District 111 meets this criteria and
21    we do not want to see anything similar on the new maps
22    that you draw.
23         We know our state statute that communicates an
24    interest and jurisdictional boundaries should be
25    broken as little as possible. This is not the case for
```

SDT-SJLCRR-000130

JTX-024-019

1   many municipalities and communities on the Gulf Coast

2   today. We want to see that change. We demand that you

3   engage in -- that you do not engage in [inaudible],

4   political, racial or economic income.

5        We would like to protect and expand the number of

6   majority and minority districts. We appreciate

7   opportunity to speak at this hearing but expect more.

8   We would like for the entire redistricting process to

9   be made public. We would like to have influence into

10  your process. We would like to see the criteria you've

11  used for drawing districts before you actually draw

12  any maps.

13       We would like to have input into your proposed

14  maps before you vote on them. We want to be involved.

15  Again, we want fair maps, transparency and we will be

16  watching. We appreciate the Joint Committees allowing

17  us to participate tonight and look forward to more

18  public hearings and public participation as you

19  navigate the redistricting process.

20       I want to thank everyone who is here tonight or

21  streaming this hearing. Our voices matter. [applause]

22       MR. BECKETT:  Thank you. Ms. Perryman.

23       MS. PERRYMAN:  Good evening. My name is Allytra

24  Perryman. I'm a citizen of Biloxi, Mississippi and I'm

25  representing the East Biloxi Community Collaborative.

SDT-SJLCRR-000131

1    So Harrison County's population grew by 21,516 between

2    2010 and 2020, which is enough that [inaudible]

3    requires state Legislature to draw at least 1 new

4    House district within the county.

5          Eight-nine percent of that growth came from

6    people of color. The county is now 40 percent non-

7    white and yet only [inaudible] county's [inaudible]

8    House districts are majority people of color. Because

9    of this, it seems necessary that the Harr- -- that

10   Harrison County add a majority and minority district,

11   specifically a majority African American district.

12         African Americans make up 27 percent of the

13   county with a population of 56,407, which is the

14   equivalent of 2.32 House districts. So we are

15   requesting that African Americans receive a

16   minority/majority district in Harrison County. Thank

17   you. [applause]

18         MR. BECKETT:  Thank you. Mr. Holmes [ph] --

19   Holmes, excuse me.

20         MR. HOLMES:  Good afternoon, everyone. And I move

21   for [inaudible]. My name is [inaudible] United States

22   Army and I'm represented by the [inaudible] whose, uh,

23   House Representative of District 19. I've been in Iraq

24   for three tours, I've been in Afghanistan for two

25   tours and we have [inaudible].

SDT-SJLCRR-000132

1    I'm just asking you to quit drawing lines

2    [inaudible] to city, you know, and [inaudible] to

3    please [inaudible]. With the -- with the unequal

4    representation in the drawings of [inaudible] in the

5    matter of events of African American [inaudible] in

6    Harrison County, how do you plan to enforce the

7    dynamics of the 1965 Voter's Act?

8        I just want you to think about that. Also, will

9    this meeting ensure [inaudible] one person and one

10   [inaudible] through this redistricting process?

11   Because we will do it for Iraq and Afghanistan who

12   [inaudible] for our citizens, all people -- all the

13   citizens in the state of Mississippi that have

14   [inaudible]. Thank you. [applause]

15       MR. BECKETT:  Ms. Piper [ph].

16       MS. PIPER:  Good evening, Mr. Chairman and

17   committee members. My name is Stephanie [ph] Piper.

18   I'm a homeowner in the House District 117 and Senate

19   District 50 in Harrison County. I'm a registered voter

20   and [inaudible]. And with that being said, as a person

21   of color, I am [inaudible] people of color.

22       Harrison County has a 40 percent black --

23   [inaudible]. This is a represent- -- misrepresentation

24   of me. Do you know that you are still seen as a direct

25   misrepresentation of myself even though I see a woman

SDT-SJLCRR-000133

1    that looks like me. The [inaudible] senators

2    [inaudible]. Is it the committee's intent to draw

3    lines that are fair and representing the state

4    demographics or will the lines be discriminatory and

5    [inaudible] underrepresented?

6         How does this committee plan to and will this

7    committee deliberately draw the lines to portray an

8    accurate depiction to represent the growth of the

9    African Americans in the state? Ultimately, I request

10   that you prohibit partisan [inaudible] minority in an

11   effort to suppress our voices and votes.

12        [inaudible] communities of color [inaudible].

13   Will the lines be, um, presented before they're voted

14   on in Jackson? And if so, when will they happen? Will

15   there be transparency? [inaudible] seems to be

16   representing the Gulf of Mexico. I'm not sure if there

17   are any mermaids out there [inaudible], but will the

18   mermaids [inaudible] or will you draw the lines to

19   exclude them in the next redistricting? Thank you.

20   [applause]

21        MR. BECKETT:  Thank you. Mr. Sakes [ph].

22        MR. ELLERBY:  Senator [inaudible] Ron Sakes,

23   former colleague of Paul Brian [ph] -- Senator Brian.

24   My name is Mitch Ellerby. I'm a former state

25   representative from [inaudible]. Jeramey Anderson is

SDT-SJLCRR-000134

1    my predecessor now. As a Vietnam veteran and a former

2    of this state -- and a former House [inaudible], I'm

3    very, very concerned about the direction that this

4    city is heading.

5        I -- I speak for the House, the lieutenant

6    governor, to reconsider the makeup of what we are

7    doing and I'm asking you to come back to this

8    community and bring us updated information before you

9    vote on it. Give us an opportunity to give you more

10   input, those of us who fought -- had fought in wars,

11   we are very concerned.

12       We don't need [inaudible], because we move from

13   face to face, from force to force. Is this really

14   taking into consideration veterans of [inaudible] into

15   the city? It's very important for the freedom that we

16   so enjoy. So I ask you deep down in your soul, as you

17   have sat in the seat of this awesome, beautiful state,

18   governing us, [inaudible] drawing these lines,

19   searching [inaudible] to do what's right, the way that

20   you were taught by the [inaudible] talk at home.

21       Put things aside and let's move forward. So I ask

22   that you please return, bring us some information on

23   what your plans to do to make sure they coincide with

24   our plans so that we all can live in the prosperity in

25   this state so we can continue to grow. Thank you.

SDT-SJLCRR-000135

```
 1   [applause]
 2        MR. BECKETT:  Thank you. Ms. Vanwright [ph].
 3        MS. VANWRIGHT:  Mr. Chairman, committee members,
 4   um, my name is Chantrell Vanwright and I'm a concerned
 5   citizen, registered voter here in the state of
 6   Mississippi, the city -- the county of Harrison, the
 7   city of Gulfport and the community of Turkey Creek.
 8        Um, there are a number -- my concerns are there
 9   are a number of split precincts locally here in
10   Harrison County -- [inaudible] split precincts who use
11   the voters and they have created an unnecessary hassle
12   for [inaudible] records. Will there be a concerted
13   effort to reduce the [inaudible] split precincts to
14   create a more efficient elected -- election system
15   that [inaudible] the confusion and keeps our
16   communities together?
17        And also, will there be more opportunities like
18   this for public input before the district maps are
19   finalized? Those are my concerns. [applause]
20        MR. BECKETT:  Thank you. I didn't want to do
21   this, but I -- I want to res- -- just give a very nice
22   [inaudible] on split precincts, because that's a
23   concern that's been expressed in multiple locations
24   and this committee will not be splitting anymore
25   precincts and absolutely has to be done, but I want to
```

SDT-SJLCRR-000136

```
 1   say that that was done 10 years ago also, but mostly
 2   [inaudible] the districts.
 3        Then the counties are going to move the precinct
 4   lines in some cases. So a district that was -- a
 5   precinct that was not split when we drew our districts
 6   may end up being split, because a county has to move
 7   those lines. They're not -- they don't have the same
 8   requirements as when they were -- when those
 9   [inaudible] we did it.
10        So there may be some split precincts, but we're
11   going to limit them as much as possible. Uh, Mr.
12   Pierce [ph].
13        MR. PIERCE:  Good evening. Uh, Ryan Pierce. Uh, I
14   live in Gulfport. My representative is, uh,
15   [inaudible] in the district. She represents me quite
16   frequently. She does it well. [laughter] My main
17   concern is, uh, the [inaudible]. Um, my understanding
18   is you have created [inaudible].
19        Um, I [inaudible] in 2008 and, uh, I feel I was
20   picked [inaudible], because in 2010, I was going from
21   one district to another district, which in my opinion,
22   [inaudible]. So my concern is that you just be fair
23   and I hope that, uh, those who do this [inaudible]
24   follow your guides and, uh -- and do it fair and
25   equitable so we can have fair elections. Thank you.
```

SDT-SJLCRR-000137

JTX-024-026

```
1    [applause]
2         MR. BECKETT:  Thank you. Mr. Daniels [ph].
3         MR. DANIELS:  Good evening, Chair, committee
4    members. My name is Rick [ph] Daniels. My family came
5    here in 1876 [inaudible] as set forth. My great-great-
6    grandfather was Thomas [inaudible]. He was [inaudible]
7    troops and he -- he mustered out the unit forces in
8    Memphis. That boy had [inaudible].
9         At that time, he was [inaudible]. That was during
10   the time the Mississippi [inaudible] something called
11   the Mississippi Plan. That plan was designed to
12   disenfranchised people like my grandfather. By the
13   1880 Census, he was no longer [inaudible] primarily
14   because of things like, uh, the -- the grandfather
15   clause and other devices that was used at that time.
16        And I want you to know last November your same
17   body did something that really made the world watch,
18   they got rid of [inaudible]. You brought forth the
19   initiative to rid ourselves of that [inaudible] that
20   represented the disenfranchisement of my grandfather
21   and you did it under the guise of that [inaudible]
22   people.
23        You're looking at probably the younger person in
24   this room that took down [inaudible], because I'm a
25   descendent of men who [inaudible] freedom and unity in
```

SDT-SJLCRR-000138

1  this country. That I congratulate -- I congratulate

2  you for coming up with that initiative and putting

3  Mississippi on the map and showing me, without a

4  shadow of doubt, that we would be [inaudible] and

5  disenfranchised.

6      Now, [inaudible] that that [inaudible] -- that

7  battle flag represented in [inaudible] lifted

8  [inaudible]. Surely you must understand that the

9  African Americans are 44 percent of this population

10  and 80 percent of [inaudible] are black, that that too

11  must be undeniably unfaithful to the [inaudible].

12      There's no way you can [inaudible] that simple

13  and somehow it'll come out of the 2020 Census and not

14  redistrict your state such that it represents the

15  people of Mississippi and not represent that

16  [inaudible] that happened after 1875. That resulted in

17  the 1894 flag change, flag [inaudible] being arrested

18  [inaudible].

19      But I -- I assure you for the rest of the world

20  that says Mississippi gets it. So if we are 44 percent

21  and if it [inaudible] the same service [inaudible]

22  influence and the number of African American

23  population, it will be [inaudible]. I dare say it

24  would be then some an embarrassment that we

25  [inaudible] Mississippians and to the rest of America,

SDT-SJLCRR-000139

1   for us to be represented [inaudible] underrepresented.

2       So I only ask that you keep that in mind as we

3   are moving forward [inaudible] and in be inclusive and

4   demonstrate that yeah, it wasn't just [inaudible], we

5   have in fact changed to be inclusive. The world's

6   watching. [applause]

7       MR. BECKETT:  Ms. Sparks [ph]. Ms. Sparks.

8       MALE 1:  Mr. Chairman, can I make a suggestion?

9       MR. BECKETT:  Okay.

10      MALE 1:  Maybe call the next name on deck just to

11  save a little time. [inaudible]

12      MR. BECKETT:  Suggestion noted. [laughter] Thank

13  you.

14      MS. DUNBIRKS:  Good afternoon to the committee,

15  committee Chair. We thank you all for, uh, coming to

16  [inaudible] today for this redistricting hearing. My

17  name is Felicia Dunbirks [ph]. I'm a resident of

18  Harrison County, District 119, Senate District 48 and

19  I have been a registered voter for over 45 years now.

20      So, uh, you know, I come from a generation where

21  we were -- and I had the right to vote, had to watch

22  my parents [inaudible] to earn the right to vote

23  through litigation, through marching, through

24  protesting and we're here today where we're

25  redistricting and I look at this committee -- this

SDT-SJLCRR-000140

1    committee makeup and in an area of the state where we

2    have had the most significant growth in minority

3    population.

4         We have one person on the committee south

5    [inaudible], one person and they're both from Harrison

6    County.

7         My question and my concern, as has been raised by

8    many speakers, um, from the League of Women Voters to

9    members who served in the military to Rick Daniels,

10   with me is how do you all plan to fairly redistrict

11   Harrison County, particularly, but South Mississippi

12   across the board where we have had significant growth

13   in minority populations when there's someone on the

14   committee is even intimately familiar with these

15   areas?

16        What we are asking, and you've made clear, Mr.

17   Chairman, at the beginning of the -- of the hearing,

18   that you all are not here to answer questions,

19   however, I will rephrase my statement in the form of

20   not a question but a request. We need to know what

21   criteria the commission will use in implementing as it

22   begins the redistricting process.

23        Mississippi Code Section 53108 requires that you

24   consider [inaudible] practice, continuity,

25   preservation of communities of interest and

SDT-SJLCRR-000141

JTX-024-030

1    preservation of political subdivisions. We are asking

2    that you pledge to consider all of those factors and

3    not favoring or disfavoring an incumbent, a candidate

4    or a partisan when drawing district lines.

5         We're asking that you not use partisan election

6    data or recent relec- -- election results when you're

7    drawing your redistricting lines. We're asking that

8    you pledge to the people of Mississippi that

9    consideration of party affiliation, incumbent status,

10   um, party status and election result data will not

11   play a role in the redrawing of the district lines.

12        Now, particularly with respect to South

13   Mississippi and Harrison County, in particular, there

14   are many of us who live here, who because of that lack

15   of representation on this commission from Harrison

16   County, have a very strong interest in submitting a

17   partial plan, because we do not have full confidence

18   that you all will do the right thing.

19        Will you all pledge to keep us informed on when

20   the partial plans can be submitted and give us the

21   data that we need so that we can draft those plans and

22   submit them in a timely manner for consideration?

23   Those are my comments. I appreciate you all here

24   today. Thank you. [applause]

25        MR. BECKETT:  Thank you. Ms. Swanson [ph]. Ms. --

SDT-SJLCRR-000142

1    oh, okay. Please --
2         MS. SWANSON:  Good evening. My name is Sandra Key
3    [ph] Swanson and I am a citizen of Gulfport,
4    Mississippi, Senator Bonds [ph] is my representative
5    and my concern is this, I believe that [inaudible]
6    neighborhood -- I have lived in the neighborhood for
7    some years now and the redistricting process has been
8    -- has seen my community broken up to where part of
9    the neighborhood was represented by one person and
10   another represented by someone else.
11        Because of meeting, the people in my community
12   care about the same issues, but because we did not
13   have fair representation as a community of interest,
14   our needs have rarely been met. We want to keep our
15   community together and elect our representatives based
16   on our interests and concerns and we want to be able
17   to elect legislatures to address our needs.
18        We believe that our representation, based on
19   population of African Americans in Harrison County, is
20   lacking. We feel like our votes do not [inaudible] us
21   much [inaudible] -- much [inaudible] or importance as
22   white people -- as white people's votes. We would like
23   to see that change, especially since there has been an
24   increase in [inaudible] of African Americans in
25   Harrison County.

SDT-SJLCRR-000143

JTX-024-032

STANDING JOINT CONGRESSIONAL REDISTRICTING COMMITTEE
Public Hearing on 08/08/2021                                      Page 33

```
1      I understand that this is your job to ensure that
2  this happens. Thank you for holding this hearing and
3  we know you will consider holding another hearing on
4  the Gulf Coast after you draw the maps so that we can
5  provide feedback before they are voted on and I thank
6  you. [applause]
7      MR. BECKETT:  Thank you. Ms. Weaver [ph]. Ms.
8  Julia [ph] Weaver.
9      FEMALE:  [inaudible]
10     MR. BECKETT:  All right. I'll come back and give
11 her a couple -- uh, M- -- uh, Ms. Yearwood [ph].
12     MS. YEARWOOD:  Good evening. My name is Felicia
13 [ph] Yearwood. I am a registered voter and, uh,
14 resident of Moss Point, Mississippi in Jackson County,
15 which is in the 110th, uh, House District and the 57th
16 Senate District, uh, [inaudible]. Moss White, for
17 those of you who are not familiar with it, this is the
18 southeast corner of the state.
19     It's the most southeasterly city in the state of
20 Mississippi. This is a confluence of the classical
21 [inaudible] and right on the 110 Freeway. We actually
22 have two exits from the interstate in the city limits
23 of [inaudible]. The city is really [inaudible] growth
24 and development. It's a beautiful, lovely lush city
25 with wonderful people and [inaudible].
```

SDT-SJLCRR-000144

JTX-024-033

1    It's a great pic- -- picturesque place where, um,

2    it's a -- a place where people [inaudible] rowing and

3    fishing, it's just a lovely, lovely city.

4    Unfortunately, in recent years, as many [inaudible]

5    coastal experience, um, [inaudible] down the street

6    with, uh, not having fully recovered from Hurricane

7    Katrina -- uh, the effects of Hurricane Katrina and we

8    have unfortunately experienced a population decline.

9        [inaudible] from the Gulfport area and we lost

10   population. So my ques- -- actually, I have two

11   requests. As you consider redrawing the lines for

12   House District 110, my request is that you take

13   careful consideration to not dilute the population. As

14   of now, the population is estimated at about 70

15   percent African American in the city of Moss White.

16       Uh, because you're going to have to expand

17   geographically, we're asking that you take efforts to

18   not dilute that [inaudible] that we do have in this

19   town now. And the second request is that [inaudible]

20   if you would, to please come back and speak with us

21   again, particularly after the September 30th Census

22   data [inaudible] release and the communities

23   [inaudible] opportunity to digest that and to really

24   see the Census tract of [inaudible] where we can

25   effectively expand its geography [inaudible].

SDT-SJLCRR-000145

1   Do not dilute that [inaudible] district. Thank

2   you very much for being here. Thank you for attending

3   this and [inaudible]. [applause]

4       MR. BECKETT:  Thank you. Ms. Holmes-Hines [ph].

5       MS. HOLMES-HINES:  Good afternoon. [inaudible]

6   residents [inaudible]. Thank you all for being in

7   Gulfport. I am a city council woman and this is the

8   start of my 25th year to serve in government office.

9   It is so important to have an opportunity that I think

10  [inaudible] opportunity for redistricting and I would

11  request that, um --

12      Because we [inaudible] need to have a more

13  impressive inclusion of diversity on it. That's the

14  number one thing. The power of a map is so important.

15  It's almost like it used to be when it was a power of

16  a pen when a pen can change the life of an entire

17  community, of a child, of an area, a community that's

18  how we live and where you integrate in community.

19      And so you all are very important people and you

20  will have my prayers, because it's important that you

21  accept this responsibility and I don't want to

22  [inaudible] you. The [inaudible] has played a

23  significant part in a lot of the southern states. In

24  Mississippi, we have been right in the middle of that.

25      But intentionally, we [inaudible] the

SDT-SJLCRR-000146

JTX-024-035

1    redistricting process from political power. We

2    understand why the power is necessary, we just came

3    out of a very horrific presidential election. So we

4    need not fool ourselves on [inaudible] we need to have

5    representation, because we are well aware, to

6    understand the vulnerability of what redistricting and

7    [inaudible] will do to our community and neighborhoods

8    and the challenges of having opportunities.

9        And what I ask is that there are not [inaudible]

10   ways that communities have been just consolidated and

11   hacking and sacking and sometimes when you hear those

12   words, it's almost like you're thinking somebody is

13   doing a dance, hacking and sacking and moving.

14       Well, what it does is that it does not give us

15   the representation that will be so [inaudible] needed,

16   because you are well aware that you will never know

17   the inside and outside of my community and what our

18   needs are, but if that representative is there and

19   lives in those communities, they will know what the

20   need is.

21       And our goal is to bring Mississippi up and to

22   improve that what we [inaudible] outside of these

23   boundaries that we can have the economic [inaudible]

24   to our cities and wake up knowing that we look like

25   other states, that we want to know that our past is

SDT-SJLCRR-000147

1   just that. It is relative to how we will receive in

2   our future.

3        I'm interested in you providing transcripts of

4   these meetings that you have and I thank you that each

5   of you have left your families and you decided that

6   you want to do this. The transcripts will be very

7   important as well as public information [inaudible]

8   that you've heard over and over that what will be

9   clear and concise [inaudible] House Representative in

10  119, William-Barnes and Senate 48, that's Mike

11  Thompson.

12       The racial [inaudible] intentionally goes at the

13  process to reduce the power of what can happen inside

14  of my community. Partisan gerrymandering [inaudible]

15  an opportunity to have -- to have an unfair advantage.

16  We understand what that is. That's why we keep hearing

17  about [inaudible] the big lie or did he win or did he

18  not win and who really is concerned about that at this

19  point and time with some of the problems that we are

20  having that's on the national [inaudible].

21       We need your help, Joint Committee of the

22  Redistricting and Reapportionment, to ensure that you

23  stop partisan gerrymandering and racial

24  gerrymandering. We need your help and we can't do it

25  without your recommendation and we pray that you all

```
 1    would [inaudible] bringing Eddy [ph] back on. God
 2    bless you. [applause]
 3        MR. BECKETT:  All right. One more time is Ms.
 4    Weaver now. Is she back?
 5        MALE 2:  [inaudible]
 6        MR. BECKETT:  Okay. All right. She's going to
 7    email her questions. All right. I'm going to thank you
 8    for -- for your comments and questions. Um -- uh, is
 9    there anything more that the committee would like --
10    like to say? All right. I thank you each one of you
11    for your attendance tonight and -- and for your
12    comments.
13        Be sure that you provide the staff with any
14    follow-up information and take advantage of the
15    opportunities, um, to access all the information that
16    we have. It's -- it's going to -- I want to give you a
17    website that I believe all of the data is -- is going
18    to be -- going to be on.
19        I know that -- I know, uh, [inaudible]
20    www.msjrc.state.ms.us. Let me read -- let me read that
21    again, www.msjrc.state, that's s-t-a-t-e, it's spelled
22    out, .ms.us and that's a place that you could look up
23    and -- and -- and see more detail -- a detailed looked
24    of what's going on and then also some of the handouts
25    that were given out also have some of the addresses
```

SDT-SJLCRR-000149

```
 1    and -- and contact information on that.
 2         So, uh, I would like -- once again, I -- I -- I
 3    thank you for being here. Uh, I want to -- I want to
 4    thank our host for providing this -- this space. Uh,
 5    thank you all for your attendance.        Thank our
 6    staff for -- for all their work and, uh, you know,
 7    just remind the public that this is the beginning of
 8    this process and -- and, uh, the [inaudible], you
 9    know, and please provide us with the comments,
10    suggestions of both our proposed plans, uh, mailing
11    those to Ted Booth as staff counsel, Joint
12    Reinforcement Committee, P.O. Box 1204, Jackson, MS
13    39215-1204 or you can email ted.booth@peer.ms.gov. Uh,
14    and please provide your information for the staff so
15    that they can follow up with email or telephone
16    number, something like that.
17         If you -- if you contacted us, please provide
18    [inaudible] that we can contact you back. All right.
19    Thank you all and with that, I'll adjourn the meeting.
20
21
22
23
24
25
```

SDT-SJLCRR-000150

JTX-024-039

STANDING JOINT CONGRESSIONAL REDISTRICTING COMMITTEE
Public Hearing on 08/08/2021                                    Page 40

```
 1
 2
 3          I, Chris Naaden, a transcriber, hereby declare
 4    under penalty of perjury that to the best of my
 5    ability the above 39 pages contain a full, true and
 6    correct transcription of the tape-recording that I
 7    received regarding the event listed on the caption on
 8    page 1.
 9
10          I further declare that I have no interest in the
11    event of the action.
12
13          August 31, 2021
14          Chris Naaden
15
16
17
18    (Standing Joint Congressional Redistricting Committee,
19    Gulfport, 8-8-21)
20
21
22
23
24
25
```

SDT-SJLCRR-000151

JTX-024-040

**STANDING JOINT CONGRESSIONAL REDISTRICTING COMMITTEE**
Public Hearing on 08/08/2021                    Index: 1..addresses

| 1 | 2 | 4 | 9 |
|---|---|---|---|
| 1  14:8 21:3 29:8,10 | 2  15:15 17:15 38:5 | 4  16:6 18:5 | 93  16:7 |
| 10  7:1 9:1 26:1 | 2.32  21:14 | 40  21:6 22:22 | 94-171  14:2 |
| 102  5:22 | 2008  26:19 | 44  28:9,20 | 99.9  8:13 |
| 110  33:21 34:12 | 2010  6:9 21:2 26:20 | 45  29:19 | **A** |
| 110th  33:15 | 2018  17:8 | 47  16:7 | absolutely 25:25 |
| 111  19:20 | 2019  17:14 | 48  5:17 29:18 37:10 | accept  35:21 |
| 117  22:18 | 2020  21:2 28:13 | | access  2:10 11:24 12:2 13:14,25 14:5 38:15 |
| 119  29:18 37:10 | 2022  7:22, 24 14:8 | **5** | accordance 15:15 |
| 1204  13:17 39:12 | 21,516  21:1 | 5  9:24 | accountable 19:17 |
| 123  16:4 | 22  17:9,15 | 50  5:19 22:19 | accurate 23:8 |
| 13  17:14 | 24,000  9:21 | 53108  30:23 | Act  12:14 15:16 17:11 22:7 |
| 1875  28:16 | 254  7:2 | 56,000  9:23 | |
| 1876  27:5 | 25th  35:8 | 56,407  21:13 | actual  8:10, 14 10:17 |
| 1880  27:13 | 27  21:12 | 57th  33:15 | add  21:10 |
| 1890  7:3 | 29215-1204 13:18 | **6** | additionally 7:2 |
| 1894  28:17 | **3** | 6,000  8:25 | address 13:20 16:4 32:17 |
| 19  21:23 | 3  17:8 | 6:00  2:2 | |
| 1965  15:16 22:7 | 30th  8:12 14:4 34:21 | **7** | addresses |
| 1st  7:10 14:6 | 39215-1204 39:13 | 70  34:14 | |
| | | **8** | |
| | | 80  28:10 | |

SDT-SJLCRR-000152

JTX-024-041

STANDING JOINT CONGRESSIONAL REDISTRICTING COMMITTEE
Public Hearing on 08/08/2021        Index: adequately..Beckett

| | | |
|---|---|---|
| 2:11 38:25 | alleging | 21:17 |
| | 17:7 | 22:14 |
| adequately | | 23:20 |
| 16:16 | allowing | 25:1,19 |
| | 20:16 | 27:1 29:6 |
| adjourn | Allytra | 31:24 33:6 |
| 39:19 | 20:23 | 35:3 38:2 |
| advantage | America | area 9:10, |
| 11:22 | 28:25 | 13 30:1 |
| 37:15 | American | 34:9 35:17 |
| 38:14 | 17:8,9 | areas 9:8 |
| advised | 21:11 22:5 | 30:15 |
| 13:15 | 28:22 | Army 21:22 |
| advocate | 34:15 | arrested |
| 17:19 | Americans | 28:17 |
| affect 16:22 | 16:15 | arrival |
| affects 17:1 | 17:13 | 14:10 |
| affiliation | 21:12,15 | arrive 14:3 |
| 31:9 | 23:9 28:9 | aspects 15:4 |
| Afghanistan | 32:19,24 | assure 28:19 |
| 21:24 | Anderson | attendance |
| 22:11 | 23:25 | 38:11 39:5 |
| African | answering | attending |
| 16:15 | 6:17 | 35:2 |
| 17:8,12 | anticipate | attention |
| 21:11,12, | 10:22 | 11:9 19:16 |
| 15 22:5 | anymore | aware 36:5, |
| 23:9 28:9, | 25:24 | 16 |
| 22 32:19, | apologize | awesome |
| 24 34:15 | 14:18 | 24:17 |
| afternoon | appears 3:6 | |
| 21:20 | applause | |
| 29:14 35:5 | 15:22 | |
| al- 2:4 | 17:24 | |
| all's 5:2 | 20:21 | |

B

ba- 12:13
back 24:7
 33:10
 34:20
 38:1,4
 39:18
base 18:8
based 18:23
 19:4
 32:15,18
basic 6:19
basically
 9:10 10:3,
 9,19,24
basis 12:13
 15:18
battle 28:7
Beach 5:18
beautiful
 24:17
 33:24
Beckett 2:1
 3:21,22
 4:13 5:25
 15:23
 17:24
 18:13,17
 19:6 20:22
 21:18
 22:15
 23:21
 25:2,20

STANDING JOINT CONGRESSIONAL REDISTRICTING COMMITTEE
Public Hearing on 08/08/2021          Index: began..co-president

```
27:2 29:7,      39:12           care  32:12       choice  17:14
9,12 31:25
33:7,10         boy  27:8       careful           choose  4:21,
35:4 38:3,                        34:13           23
6               Branch  14:23
                  15:2          case  19:25       Christene
began  8:9                                          17:25 18:4
                Brian  23:23    cases  3:6
begin  2:2                        26:4            Christian
  14:13         Brice  17:25                        5:18
                  18:1,3,4,     Census  7:1,9
beginning         13,16          8:9 27:13        Christy
  3:2 30:17       19:5,9         28:13             19:10
  39:7                           34:21,24
                bring  11:9                       cities  36:24
begins  30:22     24:8,22       chair  2:17
                  36:21          3:16 27:3        citizen  16:4
big  37:17                       29:15             18:7 20:24
                bringing                           25:5 32:3
Biloxi  14:23     38:1          Chairman
  15:2,10                        18:3 19:7        citizens
  20:24,25      broken  19:25    22:16 25:3        22:12,13
                  32:8           29:8 30:17
black  19:2                                       city  16:5
  22:22         brought         chairmen           22:2 24:4,
  28:10           27:18          15:24             15 25:6,7
                                                   33:19,22,
Blackmon        Brown  3:23     challenges         23,24
  3:23                           8:3 36:8          34:3,15
                Bryan  4:6                          35:7
bless  38:2                     challenging
                _____     17:10           classical
board  30:12          C                            33:20
                                chance  8:14
body  27:17     call  3:16,                       clause  27:15
                  19 11:17,     change  8:22
Bonds  32:4       18 29:10       9:3,23           clear  30:16
                                 20:2 28:17        37:9
book  13:13     called  4:16     32:23
                  5:11 27:10     35:16            close  4:21
Booth  13:16                                       14:3
  39:11         candidate       changed  29:5
                  17:13 31:3                      closer  4:22
boundaries                      Chantrell
  19:24         card  11:13,     25:4            co-  5:1
  36:23           14,16
                                child  35:17     co-president
Box  13:17      cards  11:19                       19:10
```

SDT-SJLCRR-000154

JTX-024-043

STANDING JOINT CONGRESSIONAL REDISTRICTING COMMITTEE
Public Hearing on 08/08/2021          Index: Coast..contacted

Coast  20:1
  33:4

coastal  34:5

Code.  30:23

coincide
  24:23

Collaborative
  20:25

colleague
  23:23

college  5:5

color  21:6,8
  22:21
  23:12

comm-  7:13

commence  7:6
  14:1

commenced
  7:8

comment  6:18

comments
  2:19 3:1
  5:2,3 6:12
  7:14
  14:14,24
  31:23
  38:8,12
  39:9

commission
  18:11
  30:21
  31:15

Commissioner

18:5

committee
  2:13,19,20
  3:17,18
  4:24 5:7,
  10 11:21
  12:4
  13:13,17
  15:1,25
  16:12,15,
  18 18:3
  19:8 22:17
  23:6,7
  25:3,24
  27:3
  29:14,15,
  25 30:1,4,
  14 37:21
  38:9 39:12

committee's
  23:2

committees
  12:25
  20:16

communicates
  19:23

communities
  16:13 17:4
  20:1 23:12
  25:16
  30:25
  34:22
  36:10,19

community
  5:5 15:6,
  20,21

16:23
  17:18
  20:25 24:8
  25:7 32:8,
  11,13,15
  35:17,18
  36:7,17
  37:14

comply  15:20

composition
  16:14

computer
  11:24

computers
  13:14

concern  12:9
  25:23
  26:17,22
  30:7 32:5

concerned
  12:20
  17:22
  24:3,11
  25:4 37:18

concerns
  11:5,7
  12:4,5,11,
  14,15,23
  16:19
  25:8,19
  32:16

concerted
  25:12

concise  37:9

concluded
  17:15

Conference
  16:9

confidence
  31:17

confluence
  33:20

confusion
  25:15

congratulate
  28:1

Congressional
  2:16 3:18
  4:20 6:25
  7:18,23
  8:6 10:2,4
  11:10,25
  14:1 16:6

consideration
  24:14
  31:9,22
  34:13

consolidated
  36:10

Constitution
  6:23 7:2
  19:18

contact
  13:12
  39:1,18

contacted
  39:17

SDT-SJLCRR-000155

JTX-024-044

STANDING JOINT CONGRESSIONAL REDISTRICTING COMMITTEE
Public Hearing on 08/08/2021    Index: contiguous..discriminate

| | | | |
|---|---|---|---|
| contiguous 19:19 | 21:1,7 | Daniels 27:2,3,4 30:9 | depiction 23:8 |
| continue 24:25 | couple 6:6 33:11 | dare 28:23 | descendent 27:25 |
| continuity 30:24 | court 17:14 | data 10:17 14:2 31:6, 10,21 34:22 38:17 | designed 3:3 27:11 |
| contributes 15:12 | courtesy 13:6 | | desire 16:11 |
| corner 33:18 | cover 6:6,15 | | detail 38:23 |
| council 35:7 | covered 6:15 | deadline 7:25 | detailed 38:23 |
| counsel 3:19,21,23 4:1,3,6,9, 11 13:16 39:11 | create 25:14 | deadlines 7:17 | development 15:17 33:24 |
| | created 25:11 26:18 | | deviation 9:24 |
| counted 18:19 | Creek 25:7 | Debar 4:6 | devices 27:15 |
| counties 8:16 9:12 17:3 26:3 | criminal 16:25 | debate 2:23 | difficulties 9:6,8 |
| | criteria 19:20 20:10 30:21 | decided 37:5 | |
| | | deck 29:10 | |
| | | decline 34:8 | digest 34:23 |
| country 28:1 | critical 15:3 | deep 24:16 | dilute 34:13,18 35:1 |
| county 5:20 9:11,14 16:4 18:4 21:4,6,10, 13,16 22:6,19,22 25:6,10 26:6 29:18 30:6,11 31:13,16 32:19,25 33:14 | Crowell 14:17,20, 22 | Delano 5:19 | |
| | | deliberately 23:7 | diluted 17:12 |
| | current 8:8 16:10 | delivery 14:2 | dilution 17:7,17 |
| | custom 3:4 | demand 20:2 | direct 22:24 |
| | customary 13:8 18:18 | democracy 15:4 | direction 24:3 |
| | | demographics 23:4 | discriminate 16:12 |
| county's | — D — | demonstrate 29:4 | |
| | dance 36:13 | | |

SDT-SJLCRR-000156

JTX-024-045

STANDING JOINT CONGRESSIONAL REDISTRICTING COMMITTEE
Public Hearing on 08/08/2021    Index: discriminates..estimated

discriminates
  15:18

discriminatory
  23:4

disenfranchised
d  27:12
  28:5

disenfranchise
ment  27:20

disfavoring
  31:3

disfranchised
  16:13

district
  5:17,19,22
  9:21,23
  15:14
  16:6,7,21
  17:9,10,
  12,15,21
  18:5 19:4,
  20 21:4,
  10,11,16,
  23 22:18,
  19 25:18
  26:4,15,21
  29:18
  31:4,11
  33:15,16
  34:12 35:1

districts
  2:16 4:20
  6:25 8:17,
  23 9:5,6,
  24 10:2,4,
  9 11:10

12:16
19:18
20:6,11
21:8,14
26:2,5

diversity
  16:18
  35:13

documenting
  4:17

doubt  28:4

draft  31:21

dramatic
  8:22

draw  11:10
  19:22
  20:11 21:3
  23:2,7,18
  33:4

drawing  9:5,
  6 20:11
  22:1 24:18
  31:4,7

drawings
  22:4

drawn  16:22
  17:21

drew  26:5

drive  4:23

Dunbirks
  29:14,17

dur-  8:2

dwellings

19:20

dynamics
  22:7

─────────
        E

earlier  6:10

earn  29:22

East  5:23
  20:25

economic
  20:4 36:23

economy
  16:24

Eddy  38:1

education
  16:24

effectively
  34:25

effects  34:7

efficient
  25:14

effort  23:11
  25:13

efforts  2:21
  7:18 34:17

Eight-nine
  21:5

elect  15:5
  32:15,17

elected
  17:20
  25:14

electing
  17:13

election
  18:4 25:14
  31:5,6,10
  36:3

elections
  26:25

Ellerby
  23:22,24

email  11:22
  13:18,20
  38:7
  39:13,15

embarrassment
  28:24

enable  16:19

end  26:6

ends  9:4

enforce  22:6

engage  15:7
  20:3

enjoy  24:16

ensure  22:9
  33:1 37:22

entire  9:10
  20:8 35:16

equitable
  26:25

equivalent
  21:14

estimated

SDT-SJLCRR-000157

JTX-024-046

STANDING JOINT CONGRESSIONAL REDISTRICTING COMMITTEE
Public Hearing on 08/08/2021          Index: estimates..give

| | | | |
|---|---|---|---|
| 34:14 | | 29:17 | 27:25 |
| estimates | **F** | 33:12 | Freeway |
| 8:10 | face  8:3 | female  16:16 | 33:21 |
| 10:15,18 | 24:13 | 33:9 | frequently |
| Eubanks  3:23 | fact  29:5 | filed  17:10 | 26:16 |
| evening  11:7 | factors  31:2 | final  8:14 | full  31:17 |
| 14:20,21 | fair  15:8 | 14:2 | fully  34:6 |
| 15:24 | 16:11 | finalized | fundamental |
| 18:1,2 | 19:14 | 25:19 | 15:13 |
| 19:7 20:23 | 20:15 23:3 | fishing  34:3 | future  37:2 |
| 22:16 | 26:22,24, | flag  28:7, | |
| 26:13 27:3 | 25 32:13 | 17 | **G** |
| 32:2 33:12 | fairly  30:10 | follow  13:1, | |
| events  22:5 | fall  7:20 | 21,23 | gain  9:4,8 |
| exclude | familiar | 26:24 | 17:1 |
| 23:19 | 30:14 | 39:15 | gained  8:17 |
| excuse  6:18 | 33:17 | follow-up | 9:11,13,15 |
| 21:19 | families | 38:14 | gaining  9:14 |
| exits  33:22 | 37:5 | fool  36:4 | gains  8:19 |
| expand  20:5 | family  27:4 | force  24:13 | general  9:13 |
| 34:16,25 | favoring | forces  27:7 | 16:17 |
| expect  20:7 | 31:3 | Ford  3:24 | generation |
| experience | February | form  30:19 | 29:20 |
| 34:5 | 17:14 | forum  2:24 | geographically |
| experienced | federal  6:23 | 4:15 | 34:17 |
| 34:8 | 15:20 | forward  6:4 | geography |
| expressed | 17:10 | 20:17 | 34:25 |
| 25:23 | feedback | 24:21 29:3 | gerrymandering |
| expressing | 33:5 | fought  24:10 | 37:14,23, |
| 11:5 | feel  26:19 | free  3:4 | 24 |
| | 32:20 | freedom | give  2:19 |
| | Felicia | 24:15 | 3:4 5:14 |
| | | | 14:4 24:9 |

25:21
31:20
33:10
36:14
38:16

glad  11:15

goal  36:21

God  38:1

good  14:20,
21  15:24
18:1,2
19:7,9
20:23
21:20
22:16
26:13  27:3
29:14  32:2
33:12  35:5

governing
24:18

government
35:8

governor
24:6

graciously
6:8

grandfather
27:6,12,
14,20

great  34:1

great-great-
27:5

grew  10:21
21:1

grow  24:25

growth  21:5
23:8  30:2,
12  33:23

guides  26:24

guise  27:21

Gulf  20:1
23:16  33:4

Gulfport
5:18,23
25:7  26:14
32:3  34:9
35:7

guys  2:8

_____

**H**

hacking
36:11,13

handle  13:2,
3

handout  2:8

handouts
38:24

happen  23:14
37:13

happened
9:17  28:16

hard  5:13

Harr-  21:9

Harrison
5:20  9:14
18:4  21:1,

10,16
22:6,19,22
25:6,10
29:18
30:5,11
31:13,15
32:19,25

hassle  25:11

Hawkins  4:6

heading  24:4

healthcare
16:24

hear  2:25
11:6  12:4,
5,10,13
36:11

heard  12:7,
18,21  37:8

hearing  2:17
3:17  5:3
11:6  16:2
18:14
20:7,21
29:16
30:17
33:2,3
37:16

hearings
2:14  4:21
7:12  9:9
10:15  12:8
16:18
20:18

held  6:9,10

high  10:7

hold  19:17

holding
33:2,3

holds  2:13

Holmes
21:18,19,
20

Holmes-hines
35:4,5

home  17:6
24:20

homeowner
22:18

honor  15:12

hope  16:18,
20,21
26:23

Hopson  4:7

horrific
36:3

host  6:3
39:4

House  5:22
8:7  9:21
12:24
13:2,3
16:7  21:4,
8,14,23
22:18
24:2,5
33:15
34:12  37:9

SDT-SJLCRR-000159

**STANDING JOINT CONGRESSIONAL REDISTRICTING COMMITTEE**
Public Hearing on 08/08/2021    Index: Hurricane..interested

Hurricane
 34:6,7

**I**

i-  9:20

ideal  9:20,
 22,25

identical
 10:9

identify
 5:12

implementing
 30:21

importance
 32:21

important
 7:15 15:7
 16:1 17:19
 24:15
 35:9,14,
 19,20 37:7

impose  3:12

impressive
 35:13

improve
 36:22

inaudible
 2:4,24
 3:9,10,11,
 13 4:18
 5:24 6:11,
 13,19,21
 7:9,12
 8:6,8,11,

12 9:2,11,
19,25
10:5,14
11:1,2,15
12:22,25
13:11
14:10,11
15:1,2,4,
10,14,19,
24,25
16:5,12,
19,20,25
17:2,4,11,
16,17,18,
19,21
18:6,7,9,
10,11,15,
21,22
19:2,3,12,
19 20:3
21:2,7,21,
22,25
22:2,3,4,
5,9,10,12,
14,20,21,
23 23:1,2,
5,10,12,
15,17,18,
22,25
24:2,12,
14,18,19,
20 25:10,
12,13,15,
22 26:2,9,
15,17,18,
19,20,22,
23 27:5,6,
8,9,10,13,

18,19,21,
24,25
28:4,6,7,
8,10,11,
12,16,17,
18,21,23,
25 29:1,3,
4,11,16,22
30:5,24
32:5,20,
21,24
33:9,16,
21,23,25
34:2,4,5,
9,18,19,
22,23,24,
25 35:1,3,
5,6,10,12,
22,25
36:4,7,9,
15,22,23
37:7,9,12,
14,17,20
38:1,5,19
39:8,18

incarcerated
 18:19,20,
 22

inclusion
 35:13

inclusive
 29:3,5

income  20:4

increase
 32:24

incumbent

31:3,9

individuals
 11:18

influence
 20:9 28:22

information
 2:10 6:14
 13:13
 24:8,22
 37:7
 38:14,15
 39:1,14

informed
 31:19

initiative
 27:19 28:2

input  20:13
 24:10
 25:18

inside  36:17
 37:13

integrate
 35:18

intent  23:2

intentionally
 35:25
 37:12

interest
 15:6 19:24
 30:25
 31:16
 32:13

interested
 37:3

SDT-SJLCRR-000160

JTX-024-049

STANDING JOINT CONGRESSIONAL REDISTRICTING COMMITTEE
Public Hearing on 08/08/2021                    Index: lot..moving

10:21 34:9

lot  3:8
  6:20 13:5
  35:23

lovely  33:24
  34:3

lush  33:24

————————

M

M-  33:11

made  20:9
  27:17
  30:16

mail  13:15

mailing
  39:10

main  26:16

major  8:19,
  20

majority
  4:20 20:6
  21:8,10,11

make  14:24
  21:12
  24:23 29:8

makeup  24:6
  30:1

MALE  29:8,
  10 38:5

Mangold
  3:24,25

manner  31:22

map  15:17
  17:17,21
  28:3 35:14

maps  8:4
  17:1
  19:14,21
  20:12,14,
  15 25:18
  33:4

marching
  29:23

matter  12:6,
  9 20:21
  22:5

matters  11:8

means  15:18

meeting  6:5
  7:10 11:5
  22:9 32:11
  39:19

meeting's
  11:23

meetings
  6:8,9 37:4

meets  19:20

member  5:10
  14:9

members  2:18
  3:4,19
  4:19,24,25
  5:7,8,11
  13:12,14
  14:21
  15:25

18:2,3
  19:8 22:17
  25:3 27:4
  30:9

Memphis  27:8

men  27:25

mention  2:12

mermaids
  23:17,18

met  32:14

metric  18:8

Mexico  23:16

middle  35:24

Mike  5:16
  37:10

military
  30:9

mind  12:21
  29:2

minority
  20:6 21:10
  23:10
  30:2,13

minority/
majority
  21:16

minutes  13:7

mispronounce
  14:18

misrepresentat
ion  22:23,
  25

Mississippi
  8:7 10:1,
  12 13:18
  14:25 15:7
  16:8,13
  17:3,6
  19:11
  20:24
  22:13 25:6
  27:10,11
  28:3,15,20
  30:11,23
  31:8,13
  32:4
  33:14,20
  35:24
  36:21

Mississippians
  28:25

Mitch  23:24

modifications
  8:15

modified
  8:12

months  7:21

Moss  33:14,
  16 34:15

move  8:24
  21:20
  24:12,21
  26:3,6

moved  9:1

moving  29:3
  36:13

SDT-SJLCRR-000162

JTX-024-051

STANDING JOINT CONGRESSIONAL REDISTRICTING COMMITTEE
Public Hearing on 08/08/2021          Index: ms.us..percent

ms.us  38:22
multiple
 25:23
municipalities
 12:16 20:1
mustered
 27:7

_____
        N

NAACP  14:23
 15:1 16:9
national
 37:20
navigate
 20:19
needed  36:15
neighborhood
 32:6,9
neighborhoods
 36:7
nice  25:21
night  6:11
non-  21:6
normal  12:13
north  5:23
note  2:12
noted  29:12
noticed  8:4
November
 27:16

number  8:25
 9:25 10:7
 16:6,7
 20:5 25:8,
 9 28:22
 35:14
 39:16
numbers
 8:10,13,15
 10:13,14
 13:21

_____
        O

occasionally
 2:6
occur  7:20
 14:7
odd-  12:17
odd-shaped
 12:17
offer  2:18
 9:20
office  35:8
Officially
 16:14
officials
 15:5
online  2:5
 4:25
opinion
 26:21
opportunities
 25:17 36:8

38:15
opportunity
 2:18 3:5
 5:6,14
 11:23 16:1
 17:23 20:7
 24:9 34:23
 35:9,10
 37:15
order  3:18
 4:15 11:18
 14:16
organizational
 7:10
outlaws
 15:17

_____
        P

p-e-e-r.ms.
gov.  13:19
P.O.  13:17
 39:12
parents
 29:22
Parker  4:7
part  6:17,
 18 10:20,
 21 32:8
 35:23
partial
 31:17,20
participate
 11:2,3
 15:13

20:17
participation
 20:18
partisan
 23:10
 31:4,5
 37:14,23
parts  5:17
 8:18,19
party  31:9,
 10
Pass  5:18
past  17:6
 36:25
Paul  23:23
paying  19:16
Payne  5:23
pen  35:16
people  3:10
 6:21 8:25
 9:15,22
 12:9 13:5
 17:22
 21:6,8
 22:12,21
 27:12,22
 28:15 31:8
 32:11,22
 33:25 34:2
 35:19
people's
 32:22
percent  8:14

SDT-SJLCRR-000163

JTX-024-052

STANDING JOINT CONGRESSIONAL REDISTRICTING COMMITTEE
Public Hearing on 08/08/2021    Index: percentage-wise..process

9:24 21:5,
6,12 22:22
28:9,10,20
34:15

percentage-
wise  9:15

period  11:25
12:1

permitted
17:22

Perryman
20:22,23,
24

person  6:24
22:9,20
27:23
30:4,5
32:9

personal
17:1

persons  3:7,
13

ph  5:23
21:18
22:15,17
23:21,23
25:2 26:12
27:2,4
29:7,17
31:25
32:3,4
33:7,8,11,
13 35:4
38:1

physical

16:4

pic-  34:1

picked  26:20

picturesque
34:1

Pierce
26:12,13

Piper  22:15,
16,17

PL  14:2

place  34:1,2
38:22

plan  22:6
23:6 27:11
30:10
31:17

plans  24:23,
24 31:20,
21 39:10

play  31:11

played  35:22

pledge  31:2,
8,19

point  6:22
33:14
37:19

pointing  9:3

political
15:13
17:1,5
20:4 31:1
36:1

politicians
16:25

poorly  17:21

population
8:3,8,17,
19,20 9:1,
7,9,11,13
10:17,21
16:17
18:6,7,8,
23,24
19:2,3
21:1,13
28:9,23
30:3 32:19
34:8,10,
13,14

populations
30:13

portion  8:21

portray  23:7

pose  17:4

power  15:5
35:14,15
36:1,2
37:13

powers  10:10

practice
30:24

pray  37:25

prayers
35:20

pre-  12:14

precinct
26:3,5

precincts
12:15
25:9,10,
13,22,25
26:10

predecessor
24:1

present  3:20

presented
23:13

presenting
10:14

preservation
30:25 31:1

president
14:23 16:8

presidential
36:3

pretty  9:12
13:8

prevent
17:13

primarily
12:6 27:13

problems  9:5
37:19

process  3:3
7:13 8:9
11:2,4
15:8,11,
14,22

SDT-SJLCRR-000164

JTX-024-053

**STANDING JOINT CONGRESSIONAL REDISTRICTING COMMITTEE**
Public Hearing on 08/08/2021                    Index: prohibit..regular

| | | | |
|---|---|---|---|
| 16:10 17:5 | 15,25 | 16:14,16 | **redistrict** |
| 19:15,16 | 14:5,15 | 17:7 20:4 | 2:15 6:24 |
| 20:8,10,19 | 15:5 16:24 | 37:12,23 | 7:3 28:14 |
| 22:10 | 20:9,18 | **racially** | 30:10 |
| 30:22 32:7 | 25:18 37:7 | 15:19 | **redistricting** |
| 36:1 37:13 | 39:7 | **raised** 30:7 | 2:21 3:18 |
| 39:8 | **purposes** | **rarely** 32:14 | 6:20,22 |
| **prohibit** | 4:16 10:18 | **Ray** 5:23 | 7:4,7,12, |
| 23:10 | 11:16 | **re-** 7:23 | 14,18 12:2 |
| **prohibits** | **Put** 24:21 | **read** 4:1,2 | 14:1,25 |
| 17:18 | **putting** 28:2 | 38:20 | 15:3,8,11, |
| **proposed** | | **real** 6:19 | 22 16:10 |
| 20:13 | **Q** | **Reapportionmen** | 19:15 |
| 39:10 | **qualifying** | **t** 13:17 | 20:8,19 |
| **prosperity** | 7:17,23 | 37:22 | 22:10 |
| 24:24 | **ques-** 3:1 | **reason** 11:13 | 23:19 |
| **protect** 20:5 | 34:10 | **receive** 2:14 | 29:16,25 |
| **protesting** | **question** | 21:15 37:1 | 30:22 31:7 |
| 29:24 | 6:17 13:22 | **recent** 31:6 | 32:7 35:10 |
| **provide** | 30:7,20 | 34:4 | 36:1,6 |
| 13:13,20, | **questions** | **recently** | 37:22 |
| 22 15:21 | 2:22 6:13 | 17:8 | **redrawing** |
| 18:15 33:5 | 14:15 | **recommendation** | 31:11 |
| 38:13 | 18:14 | 37:25 | 34:11 |
| 39:9,14,17 | 30:18 | **recommendation** | **reduce** 25:13 |
| **providing** | 38:7,8 | **s** 2:14 | 37:13 |
| 5:6 37:3 | **quickly** | **reconsider** | **reflect** |
| 39:4 | 14:24 | 24:6 | 16:16 |
| **public** 2:13, | **quit** 22:1 | **records** | **registered** |
| 18,24 3:4, | | 25:12 | 19:12 |
| 16 6:14 | **R** | **recovered** | 22:19 25:5 |
| 7:11,13,15 | **race** 15:18 | 34:6 | 29:19 |
| 11:1,11,23 | **racial** | | 33:13 |
| 12:2,5 | | | **regular** |
| 13:12,14, | | | 15:21 |

SDT-SJLCRR-000165

JTX-024-054

STANDING JOINT CONGRESSIONAL REDISTRICTING COMMITTEE
Public Hearing on 08/08/2021    Index: Reinforcement..Senate

| | | | |
|---|---|---|---|
| Reinforcement 3:17 39:12 | 26:14 32:4 36:18 37:9 | 33:14 | room 8:5 27:24 |
| rejoin 16:20,21 | representative s 32:15 | residents 35:6 | rowing 34:2 |
| relative 37:1 | represented 21:22 | respect 31:12 | rules 12:24 13:1 |
| release 34:22 | 27:20 28:7 29:1 32:9, 10 | responsibility 35:21 | Ryan 26:13 |
| relac- 31:6 | representing 20:25 | rest 28:19, 25 | S |
| remember 2:7 | 23:3,16 | result 31:10 | s-t-a-t-e 38:21 |
| remind 4:14 12:24 39:7 | represents 26:15 | resulted 28:16 | sacking 36:11,13 |
| reminder 2:3 13:6 | 28:14 | results 31:6 | Sakes 23:21, 22 |
| repeat 2:7 17:16 | request 13:16 23:9 30:20 | return 24:22 | Sandra 32:2 |
| rephrase 30:19 | 34:12,19 35:11 | Reverend 16:3 | sat 24:17 |
| reply 13:24 | requesting 21:15 | Rick 27:4 30:9 | save 29:11 |
| represent 15:6 23:8 28:15 | requests 3:9 34:11 | rid 27:18, 19 | scheduled 2:2 |
| represent- 22:23 | required 7:5 | rights 12:14 15:13,15, 16 17:11 | Scott 5:19 |
| representation 10:23,24, 25 22:4 | requirements 26:8 | risk 17:4 | Se- 15:15 |
| 31:15 32:13,18 36:5,15 | requires 6:23,24 7:3 21:3 30:23 | Road 16:5 | searching 24:19 |
| representative 21:23 23:25 | res- 25:21 | Robert 16:3 | seat 24:17 |
| | resident 29:17 | role 3:19 31:11 | section 7:2 15:15,17 17:15 30:23 |
| | | roll 4:16 5:11 | Senate 5:17, 19 8:7 |
| | | Ron 23:22 | 9:23 16:6 17:9 22:18 |

SDT-SJLCRR-000166

JTX-024-055

STANDING JOINT CONGRESSIONAL REDISTRICTING COMMITTEE
Public Hearing on 08/08/2021          Index: senator..streaming

| | | | |
|---|---|---|---|
| 29:18 | showing 28:3 | 35:23 | 10:14 |
| 33:16 | shows 8:16 | space 39:4 | starts 7:23 |
| 37:10 | shut 17:4 | Sparks 29:7 | 14:6 |
| senator 5:17 | sic 15:16 | speak 3:7,13 | state 4:19 |
| 23:22,23 | sign 11:13 | 11:14 | 8:18,20,21 |
| 32:4 | | 13:5,10 | 9:1 10:20, |
| senators | signed 11:14 | 16:1,9 | 21 12:22 |
| 23:1 | significant | 17:23 20:7 | 15:7 16:8, |
| send 13:15, | 17:3 30:2, | 24:5 34:20 | 17 19:17, |
| 18,24 | 12 35:23 | speakers | 23 21:3 |
| September | similar | 30:8 | 22:13 |
| 8:11 14:3, | 19:21 | specifically | 23:3,9,24 |
| 4,6 34:21 | Simmons 4:7 | 21:11 | 24:2,17,25 |
| series 7:11 | simple 28:12 | spectrum 9:5 | 25:5 28:14 |
| serve 35:8 | sir 19:5 | spelled | 30:1 |
| served 30:9 | size 9:21, | 38:21 | 33:18,19 |
| service | 22 19:4 | split 25:9, | statement |
| 28:21 | sole 11:16 | 10,13,22 | 30:19 |
| session 7:22 | someone's | 26:5,6,10 | statements |
| 8:2 | 14:19 | splitting | 2:20 |
| set 3:9,14 | Sonya 5:21 | 12:14,15, | states 21:21 |
| 27:5 | soul 24:16 | 16 25:24 | 35:23 |
| setup 6:11 | south 5:24 | staff 5:4 | 36:25 |
| seventh 7:11 | 30:4,11 | 6:7 11:14, | status 31:9, |
| shadow 28:4 | 31:12 | 15 13:16, | 10 |
| Shanks 4:3 | Southaven | 20 38:13 | statute |
| share 3:12 | 4:22 | 39:6,11,14 | 19:23 |
| shifts 8:3 | southeast | stakeholders | Stephanie |
| short 12:18 | 33:18 | 15:21 | 22:17 |
| show 10:20 | southeasterly | stand 16:9 | Stone 16:4 |
| show- 8:16 | 33:19 | start 3:15 | stop 37:23 |
| | southern | 6:7 35:8 | streaming |
| | | started 6:5 | 20:21 |

SDT-SJLCRR-000167

STANDING JOINT CONGRESSIONAL REDISTRICTING COMMITTEE
Public Hearing on 08/08/2021     Index: street..understanding

street  34:5

strong  31:16

subdivisions
  31:1

submit  11:21
  31:22

submitted
  31:20

submitting
  31:16

suggestion
  29:8,12

suggestions
  2:14  3:1
  11:21
  39:10

suited  18:10

supporters
  19:13

supposed
  14:4

suppress
  23:11

suppression
  15:12

Surely  28:8

Swanson
  31:25
  32:2,3

system  16:25
  25:14

———————
        T
———————

taking  7:9,
  13  14:14
  24:14

talk  24:20

Tate  4:7,8

taught  24:20

Taylor  4:3

Ted  13:16
  39:11

ted.booth@peer
  13:19

ted.booth@
peer.ms.gov.
  39:13

telephone
  13:21
  39:15

terminals
  11:24  12:3

testimony
  4:16

tests  19:1

thing  6:19
  31:18
  35:14

things  2:11
  6:6,15,16
  12:12,18
  24:21
  27:14

thinking
  36:12

Thomas  27:6

Thompson
  5:16  37:11

time  3:7,
  11,16  5:9
  7:23  9:17
  10:16
  11:25  12:1
  13:13
  14:13
  27:9,10,15
  29:11
  37:19  38:3

timely  31:22

times  12:7

today  4:23
  20:2
  29:16,24
  31:24

tolerance
  10:3

tonight  2:2
  6:3  17:23
  19:9,14
  20:17,20
  38:11

total  18:6,
  23  19:3

tours  21:24,
  25

town  34:19

tract  34:24

transcript
  6:8

transcripts
  37:3,6

transparency
  19:14
  20:15
  23:15

transparent
  15:9  16:11

treated  18:9

troops  27:7

Turkey  25:7

Turner-ford
  4:9,10

———————
        U
———————

Ultimately
  23:9

undeniably
  28:11

underrepresent
ed  23:5
  29:1

understand
  10:3  28:8
  33:1  36:2,
  6  37:16

understanding
  18:18
  26:17

SDT-SJLCRR-000168

JTX-024-057

STANDING JOINT CONGRESSIONAL REDISTRICTING COMMITTEE
Public Hearing on 08/08/2021              Index: unequal..younger

| | | | |
|---|---|---|---|
| unequal   22:3 | voted   23:13 | 36:10 | world's   29:5 |
| unfair   15:11 | 33:5 | Weaver   33:7, | writing |
| 17:17 | voter   15:12 | 8 38:4 | 11:21 |
| 37:15 | 17:7 19:12 | website | written |
| unfaithful | 22:19 25:5 | 38:17 | 13:15 |
| 28:11 | 29:19 | weeks   14:6,8 | www.msjrc. |
| unit   27:7 | 33:13 | Wheeler | state   38:21 |
| United   21:21 | Voter's   22:7 | 19:6,7,10 | www.msjrc. |
| unity   27:25 | voters   15:5, | white   4:3 | state.ms.us. |
| unnecessary | 15 17:9 | 21:7 32:22 | 38:20 |
| 25:11 | 18:19 | 33:16 | |
| upcoming | 19:11 | 34:15 | Y |
| 2:20 | 25:11 30:8 | wi-   6:4 | year   6:10 |
| updated   24:8 | votes   17:9, | Wiggins | 7:18,20 |
| updates | 12 23:11 | 4:11,12 | 35:8 |
| 15:21 | 32:20,22 | William-barnes | years   7:1 |
| | Voting   12:13 | 37:10 | 9:1,4 26:1 |
| V | 15:16 | Williams- | 29:19 32:7 |
| | 17:11,17 | barnes   5:21 | 34:4 |
| Vanwright | vulnerability | win   37:17, | Yearwood |
| 25:2,3,4 | 36:6 | 18 | 33:11,12, |
| veteran   24:1 | | woman   22:25 | 13 |
| veterans | W | 35:7 | younger |
| 24:14 | wake   36:24 | Women   19:11 | 27:23 |
| Vietnam   24:1 | wanted   5:15 | 30:8 | |
| violated | 13:10 | wonderful | |
| 17:15 | wars   24:10 | 33:25 | |
| voices   20:21 | watch   27:17 | words   36:12 | |
| 23:11 | 29:21 | work   39:6 | |
| vote   6:24 | watching | working   7:21 | |
| 20:14 24:9 | 2:5,9 4:25 | world   27:17 | |
| 29:21,22 | 20:16 29:6 | 28:19 | |
| | ways   11:3 | | |

SDT-SJLCRR-000169

JTX-024-058



My name is Christy Wheeler. I am CoPresident of the League of Women Voters of Mississippi. I live in Gautier and I am a registered voter. The League, and I and my supporters here tonight want Fair Maps. We want transparency in the Redistricting process, and we want you to know that we will be paying attention to your process and will hold you accountable.

We know by our state Constitution that legislative districts must be contiguous. We do not believe that the strip of land, with no dwellings, connecting District 111 meets this criteria and we do not want to see anything similar in the new maps you draw.

We know by state statute that communities of interest and jurisdictional boundaries should be broken as little as possible. This is not the case for many municipalities and communities on the Gulf Coast today.

We demand that you not engage in gerrymandering: political, racial, or by income levels. We would like you to protect and expand the number of majority-minority districts.

We appreciate the opportunity to speak at this Hearing, but expect more. We would like for the entire Redistricting process to be made public. We would like to have input into your process. We would like to see the criteria you use for drawing districts before you draw new maps. We would like to have input to your proposed maps before you vote on them. We want to be involved!

Agin, we want FAIR MAPS, transparency and we will be watching. We appreciate the Joint Committee's allowing us to participate tonight and look forward to more Public hearings and public participation as you navigate the Redistricting process.

I want to thank everyone who is here tonight or streaming this hearing. Our voices matter.

SDT-SJLCRR-000170