EXHIBIT NO. JTX-025 evid.
CAUSE NO. 3:22cv734-DPJ-HSO-LHS
WITNESS
CLERK: _____ SHONE POWELL

FEB 26 2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
Candice Crone , REPORTER

STANDING JOINT CONGRESSIONAL REDISTRICTING COMMITEE
Hearing  on 08/09/2021

1

2

3

4

5

6

7

8                    TRANSCRIPT OF AUDIO-RECORDED

9                    PUBLIC HEARING OF THE

10    STANDING JOINT CONGRESSIONAL REDISTRICTING COMMITTEE

11                        AUGUST 9, 2021

12

13                    SENATOBIA, MISSISSIPPI

14

15

16

17

18

19

20

21

22

23

24

25

3:22-cv-734
JTX-025

SDT-SJLCRR-000171

JTX-025-001

## STANDING JOINT CONGRESSIONAL REDISTRICTING COMMITEE
### Hearing  on 08/09/2021                    Pages 2–5

**Page 2**

1  MR. CHAIRMAN: Before we get started. So -- but
2  here's a few minutes after. And, um, I would go ahead
3  and do that. I think we have rooms that if there are
4  any legislators in the House that -- that want to join
5  us, is [inaudible] they're more than welcome to do
6  that. I -- if you'd rather just stay out there then I,
7  understand.
8  But, um, uh, that's up to you. Uh, before we get
9  started, a couple quick -- one [inaudible] it's not
10  [inaudible]. Uh, I want to give his just an
11  opportunity to say a word -- not, uh, thank you for
12  this opportunity to be open your facilities up to us.
13  But, uh, you want to say what?
14  MALE 2: Sure. Be happy to, uh, uh, again,
15  welcome to Northwest Mississippi Community College.
16  On behalf of our students, our faculty, staff,
17  and administration. We are so excited that you're here
18  tonight. And, um, we welcome our legislators and, um,
19  you all have a tall task ahead of you. And so, uh, Mr.
20  Chairman, we are, uh, uh, happy to host you excited
21  that you're here.
22  Please let us know if we can do anything to help
23  you in any way. Um, we've got some staff, uh,
24  dispersed throughout the room and I'd be happy to help
25  in any way. Again, thank you so much for being here.

**Page 3**

1  Y'all may have noticed a construction project
2  going on that's -- that's where our instrumental our
3  vocal and our music production and recording programs
4  will move to on campus. And also there'll be a theater
5  over there. So that's a little bit of the
6  construction.
7  We just finished a new residence hall on campus.
8  Students are moving into it and excited for the s- --
9  uh, fall semester coming up. And so quick plug, if you
10  know anybody tell them we're registering, uh, for the
11  fall semester. Mr. Chairman, uh, thank you so much.
12  Appreciate you all being here.
13  MR. CHAIRMAN: Thank you. I'm not coming back.
14  Um, and I -- I appreciate y'all being here tonight and
15  we're going to go ahead. I'm just going to -- a couple
16  things I want to cover before we get started.
17  Um, the talk can be hold public hearings to
18  receive suggestions and recommendations on how the
19  Mississippi legislature should [inaudible] and these
20  four congressional districts.
21  Uh, during the course of the hearing, um, I will
22  offer, uh, members of the public an opportunity to
23  give their comments to the committee, or to give
24  statements to the committee about our upcoming
25  redistricting efforts.

**Page 4**

1  Uh, by custom we try to give members of the
2  public, a free opportunity to say what they wish in
3  cases where it appears that are going to be many
4  persons who are to speak, we limit their time and --
5  and we have a good crowd here tonight.
6  So we are going to, uh, limit the time and
7  concentrated pass and then limit it to five minutes.
8  So try to keep your remarks to -- to that.
9  Um, at this -- at this time, um, as -- as
10  Chairman, I want to call the public hearing of the
11  joint reapportioning committee, joint congressional
12  redistricting committee to order and ask our council
13  to call -- to call the role of members present.
14  MALE 3: Thank you. Mr. Beckett?
15  MR. BECKETT: Here.
16  MALE 3: Mr. Blackmon [ph] ? Mr. Brown? Mr.
17  Eubanks? Mr. Ford?
18  MR. FORD: Here.
19  MALE 3: Mr. Mangold [ph]? Mr. Reed [ph]? Mr.
20  Shanks?
21  MR. SHANKS: Here.
22  MALE 3: Mr. Taylor? Mr. White? Mr. Kirby?
23  MR. KIRBY: Here.
24  MALE 3: Mr. Bryan [ph]?
25  MR. BRYAN: Here.

**Page 5**

1  MALE 3: Mr. Duvar [ph]? Mr. Bearden [ph]?
2  MR. BEARDEN: Here.
3  MALE 3: Mr. Hops? Mr. Parker? Mr. Simmons? Mr.
4  Tate?
5  MR. TATE: Here.
6  MALE 3: Ms. Turner-Ford? And Mr. Wiggins [ph]?
7  MR. CHAIRMAN: Thank you, counsel. I just want to
8  remind you -- each -- each of you that, um, although
9  we call the role, a quorum is not required because
10  this is not a -- a -- a regular meeting and we're
11  calling the role simply for the purpose of knowing
12  who's present.
13  Um, we have approximately 20 members of this
14  committee, um, and it is -- it is a diverse committee
15  of both past member of these [inaudible], African-
16  American squads, they male, female. So although the
17  crowd here tonight might not reflect that, but, uh, I
18  just wanted to point that out to you.
19  Um, I don't think we had any members arriving
20  late. And so I want to just finish on that. Um,
21  additionally, um, we do have some other legislators
22  here that are here in the audience and I want to thank
23  them for coming. And if you can give them an
24  opportunity to -- to identify themselves?
25  MR. LUCERN: Mike Lucern [ph], [inaudible]

SDT-SJLCRR-000172

JTX-025-002

**STANDING JOINT CONGRESSIONAL REDISTRICTING COMMITTEE**
**Hearing  on 08/09/2021**                                        Pages 6..9

Page 6
1    district 11.
2        [applause]
3        MS. JACKSON:  Representative Bester Jackson,
4    Lacrate [ph], district 40.
5        [applause]
6        MR. MCLENNON:  Thank you, Mr. Chairman. State
7    Senator Mike McLennon [ph], district one [inaudible].
8        [applause]
9        MR. WHITE:  State Senator Dale White [ph]
10   [inaudible].
11       [applause]
12       MR. CHAIRMAN:  Or now -- excuse me. I believe
13   that's all the members are here. I want to thank our
14   staff for all -- all the work they've done to prepare,
15   for the -- prepare for this meeting.
16       Uh, these things don't just happen. Somebody has
17   to -- has to plan and -- and okay, organize these
18   things, and get everything ready for us.
19       And it's just, you know, I want to thank both our
20   [inaudible] staff and -- and the others involved in
21   this process. Uh, and -- and this time I'd like to
22   open up if any members of the committee have anything
23   they would like to say?
24       MALE 4:  Thank you, Mr. Chairman, uh, first thank
25   you for being here and we're here to listen and learn

Page 7
1    from you guys. Uh, let me -- let me tell you, even
2    though a lot of the House members and senators aren't
3    here, they are in a sense that they're watching
4    online. They met -- they said they are Lieutenant
5    governor is the same.
6        So, um, I'd like to also thank those, all of the
7    members, uh, of this committee or members of the House
8    and Senate for being here. I especially appreciate
9    Neil Wally [ph] for being here who just tested
10   negative. He's, uh, been very, very sick and we're
11   very glad to see you, Neil. So, uh, thank you for
12   being here.
13       MR. CHAIRMAN:  All right. Is there any other
14   members of the committee? Alright, well, thank you.
15   I'd like to start out by saying that, um, in
16   preparation for this meeting, our staff has gone
17   through the transcripts of the prior meetings we had,
18   including the hearings done in 2010 and from their
19   review, there have been certain questions and certain
20   things that -- that have been asked repeatedly.
21       So I'm going to try to answer some of those
22   things now in hopes that it might provide a little
23   clarity to some of the people that are here. And just
24   might answer some of the questions without someone had
25   to go over.

Page 8
1        And a few of the things are, you know, why -- why
2    do we redistrict? And so, you know, need to point out
3    that both our federal constitution o- --
4    constitutional requirements of one person, one vote
5    requires redistrict both -- both congressional
6    districts and legislative districts every 10 years
7    following the census.
8        Additionally, Section 2.4 of the constitution of
9    1890 requires that we redistrict the legislature. So
10   we are here tonight redis- -- starting this redistrict
11   process because we're required to. And the next -- the
12   next thing, you know, quickly -- we actually convinced
13   this redistrict in 94 to make -- make the public known
14   that we -- we started this process actually just
15   recently, um, this committee was -- was formed, uh,
16   we've hired some council.
17       And this is a third in series of nine public
18   hearings that we'll have across the state. Um, and so
19   the process is -- is started over the coming --
20   because of that. Uh, we're going to -- it's because of
21   the qualifying deadlines, next -- our next year, our
22   [inaudible] congressional redistricting will come
23   first and w- -- and will occur during the fall of the
24   year. And then we will be working on the ledge --
25   legislature during the months of the 2022 legislative

Page 9
1    session. So it's now upon us to get started.
2        Um, one other thing is, um, you know, because the
3    population shifts, we will face challenges. I mean,
4    that's -- that's just a common theme with every
5    redistricting. It's always movements as a population.
6    And I know that you all were very well aware in the
7    news there's been basically we have the same
8    population we did 10 years ago.
9        But the only problem with that is, is this moved
10   a line. We have a few candidates in [inaudible]
11   population, we have a few candidates in the
12   [inaudible] population. We have a lot of candidates
13   that lost a little bit of population, but a few that
14   gained. So, um, so there's been a great deal of
15   movement around the state. Both situations, um, faced
16   the challenges.
17       You have -- we have places, uh, like the Meridian
18   that we've already been to and -- and -- and a few
19   other areas of the state that every candidate lost
20   population. So that's -- that's one set of problems or
21   problems that you have.
22       Then we have areas like this area, like area
23   along the coast where you have some counties that have
24   gained a lot of population. So, although here if you
25   take a pretty broad -- a picture of it, you can see

SDT-SJLCRR-000173

JTX-025-003

STANDING JOINT CONGRESSIONAL REDISTRICTING COMMITEE
Hearing  on 08/09/2021                                    Pages 10..13

**Page 10**

1  from the maps around that of same gained, some lost.
2        And now I will encourage you to take a look at
3  the maps that are around, and you can kind of — we'll
4  give you an idea of both congresional Senate and —
5  and House districts and — and the population changes
6  in each one of them.
7        Um, the, uh, exhibit also shows that they're
8  ideal population sizes for a past district. The ideal
9  size is 24,273. Now we have some tolerance and we can
10  go up and down on — on that five percent.
11        For civic district is 56,984. The same thing, we
12  have some toddlers, but one thing that I want to point
13  out for — for our congressional districts, we have
14  four of them and they basically have to be the same
15  size.
16        Um, that tolerance is like a one vote tolerance
17  if we'd have to do not make them evers. And so we're
18  practically making more districts the same size and
19  that's going to require, you might ask, you why did
20  you split a county?
21        Well, [inaudible] split last time Wayne was
22  split. You're just not going to be able to avoid that
23  little — and meet the requirements that — that are
24  set out. So, uh, there — there will be challenges
25  because of the shifting.

**Page 11**

1        You know, the — the other thing is why would you
2  present any census estimates at — at this year, you
3  know, because of the delays in producing the census
4  data, um, I think when this process started, we were
5  hoping by April 15th. Is — it was original date we
6  were supposed to receive this information.
7        But, um, but the actual numbers we use in
8  redistricting are not yet available and, um, there's
9  only so long we can wait till we start the process.
10  Uh, the first set of data will be available, um,
11  hopefully Fri- — uh, mid — in mid August, uh, with —
12  - with the final official delivery occurring, close to
13  September.
14        The census estimates give us a good indication of
15  — of where our challenges are and have been used in
16  the past year is to assistant the public in
17  understanding the issues faced in redistricting.
18        Primarily, they're pretty close on the county
19  numbers. And so you get — get a good idea, what
20  counties have grown. What we don't have yet, are
21  precinct by precinct data.
22        I might not be able to tell you what part of the
23  county grew, and they're not numbers that we can use
24  to draw the maps from yet, but they're numbers for you
25  to know that if you live in the Meridian area, that we

**Page 12**

1  probably going to have larger districts, or if you
2  live in the Southern County, you're probably going to
3  have is smaller districts.
4        Or you might even possibility in that area having
5  more representation totally. But it's just enough to
6  go ahead and get started. And so that's — that's —
7  that's why we're usually the, um, the estimates,
8  because that's the best information we have. You know,
9  and the [inaudible], members of the public participate
10  in the process. And there are several ways that
11  members of the public can participate in this process.
12        One is by discussing their concerns at this
13  meeting. Um, the comments that — that you might have,
14  this meeting is a way of participating. So — so we're
15  here to hear your concerns this evening. We will
16  listen to any matter that you wish to bring to our
17  attention about and how and where we will draw
18  congressional and legislative districts.
19        Now, I notice tend to for some people to get off
20  on other subjects about different things involved in
21  the legislative process or election process. But —
22  but our — our role is simply to draw the districts.
23        And so, if you can keep your comments to that, it
24  would be — it would be appreciated. Uh, let — let
25  members of the public know that — and they must sign

**Page 13**

1  — sign the card with their name so the committee can
2  call them.
3        [inaudible] ideas that earlier and if anyone
4  needs one, if they'll just let the staff know that
5  they'll be — they'll be glad to do that. And, uh, you
6  — you can submit your suggestions to the committee in
7  writing or by email, or you can take advantage of the
8  opportunity to use the committee's public asset access
9  computer terminals.
10        Once we get all the information in, there will be
11  a time that the public can access a computer terminals
12  in — in — in Jackson's redistricting office. And,
13  um, you know, in hearing what kind of concerns does
14  the committee — is the committee need to hear from
15  the public, and that's basically any concerns that you
16  have. The things that are — things that are on your
17  mind is the simple answer.
18        In the past, we've heard things talk about voting
19  rights, and issues, uh, [inaudible] precincts or the,
20  you know, municipalities are — I heard a comment
21  about that today talking about when Bernardo [ph] was
22  flipped 20 years ago.
23        Um, and it might be that, um, dist- — dist- —
24  districts that are odd shaped, you saw that cannot be
25  avoided when you com- — when you comply with the

SDT-SJLCRR-000174

JTX-025-004

STANDING JOINT CONGRESSIONAL REDISTRICTING COMMITEE
Hearing  on 08/09/2021                                    Pages 14..17

**Page 14**

1  other requirements that we have. But those are —
2  those are the types of concerns. And sure, you know,
3  we've heard most of the things that — that people are
4  going to talk about, but you're — you're free to
5  bring that up.
6      Just a reminder of the rules of the House,
7  governing joint committees, and, um, and — and we
8  will handle such, um, such — such matters as a House
9  would — would handle them, you know, and I'm going to
10  get this address, although I know that address is on
11  material that you've gotten.
12      But please remember that if somethings kind of
13  feel redundant or odd, it's because, uh, we are
14  broadcasting this and everybody that had access to the
15  written material that you have.
16      So I'm going to try to slowly get to the address
17  on certain things, but if you have questions or
18  comments, you can send them to Ted Booth [ph], Staff
19  Council, Joint Reinforcement Committee, PO Box 1204,
20  Jackson, Mississippi 3921-1204.
21      Or you can send an email to ted.booth@pear —
22  that's p-e-a-r .ms.gov and like I say, that — that
23  information is on the subject and of course hangs out.
24  And if you need the address, the staff will be happy
25  to give you that address, uh, when hear- — when the

**Page 15**

1  hearing is over.
2      Um, before I, um, call the — on the public, does
3  anyone have anything else that would like that to add
4  [inaudible]? All right. Well, um, you know, I — I
5  went — I want to thank you again for doing that and
6  I'm going to call these in or- -- order that — that I
7  received them.
8      And, uh, Gail Lyons [ph]? If — if you would
9  please come to the podium? There -- there again,
10  that's more for the people who aren't here that are
11  watching this than it is for our benefit.
12      MS. LYONS: First shall be last and the last
13  shall be first. Thank you. I'm here representing Jago
14  [ph], Mississippi.
15      MR. CHAIRMAN: Will you pull the mic down just —
16  like —
17      MS. LYONS: Can you hear me?
18      MR. CHAIRMAN: Yeah.
19      MS. LYONS: I'm here representing Jago,
20  Mississippi. And we're requesting today that you draw
21  the lines to represent Jacob as separate community.
22  Um, let me tell you a little bit about Jago.
23      Um, my name is [inaudible] Sabines [ph] and I was
24  born, raised, uh, live in Jago. Jago Diego as a
25  community of interest. And I -- I'm here with a group

**Page 16**

1  of residents from Jago.
2      Uh, some have made it but they're present and we
3  would like to hold our community together. Um, we —
4  we — if you traveling down Church Road, the swinging
5  South Haven, Mississippi you'll see Jago. Free slaves
6  bought the land in 1890 as a quest to become self
7  sufficient and we're still self- — self-sufficient.
8      We have the educational backgrounds. We're still
9  own property in, uh, a lot of ancestry problems was
10  here living on those properties. But our resources are
11  limited in creating that township that we had once
12  before.
13      We had a general store, a postmaster, uh, we own
14  a cotton gin. We were a self-sufficient township, and
15  we would like to regain that. We would like for you to
16  draw those lines, that represent Jago, Mississippi, a
17  self-sufficient community.
18      Now, um, I know, um, you may be wondering how I
19  want you to go about it, but I present that map to
20  you. I don't want to stay over my five minutes because
21  it's go on and on. But I will send that map to you.
22      I have that address and I'll send you other
23  documents that will enable you to make your final
24  decision, to create Jago comanity of a separate
25  district where we have about my own representatives,

**Page 17**

1  etc., to come back.
2      We — we prefer that. And — and I think that we
3  deserve that. And I will send you the information. Do
4  you have any questions for me about Jago?
5      MR. CHAIRMAN: No. I —
6      MS. LYONS: This is Jago. South Haven. Thank you.
7      MR. CHAIRMAN: Look forward to getting that very
8  much.
9      [applause]
10      MR. CHAIRMAN: All right. Next, uh, Ms. Risen
11  [ph]?
12      MS. EISEN: Good evening.
13      MR. CHAIRMAN: Good evening.
14      MS. EISEN: I'm Teresa [ph] Gillespie [ph] Eisen.
15  And I'm a resident of DeSoto [ph] County. And I do
16  have a folder I'd like to give to you. And I live at
17  DeSoto County. I've lived there for 16 years.
18      I'm a resident of Olive Branch, Mississippi, and
19  I've lived in Olive Branch for 15 years. I'm here
20  today because of the unfair map for House district
21  seven and for ward two in Olive Branch. The maps that
22  apparently being used have helped to encourage and
23  provide voter suppression.
24      During my residency, there has been -- there has
25  not been a Democrat elected to any office in Olive

SDT-SJLCRR-000175

JTX-025-005

## STANDING JOINT CONGRESSIONAL REDISTRICTING COMMITTEE
### Hearing  on 08/09/2021                    Pages 18..21

**Page 18**

1  Branch during my 16 years as a resident. My issue is
2  that the map for House district six and district seven
3  appear to have been drawn to dilute the Democratic
4  vote. Areas like North Pleasant Hill, have been split
5  to be in part of each district.
6      Also, part of DeSoto Central is included in
7  district seven and the same for Mineral [ph] Wells
8  [ph]. The precincts are split. I ran for state
9  representative and it was important because I felt
10 like I could help in the community in which I live,
11 but it was impossible to win the race because of the
12 split of precincts.
13     I, again, tried for position in the municipal
14 race in Olive Branch, and again I found that the ward
15 had been drawn to elect the same person that was
16 already the candidate in office. Right in the middle
17 of the ward is a whole section that has been removed
18 and placed into another ward. It's very obvious the
19 process of political practice was put in place and
20 implemented in DeSoto County to dilute the votes and
21 therefore caused the voter suppression.
22     This process is also preventing the const- —
23 constituents in these districts and wards from being
24 elected. And from them electing their preferred
25 candidates of choice. I have brought a copy of a maps

**Page 19**

1  and it's there within the folder. A complete
2  subdivision has been removed that is in the center of
3  ward two and an area that is five miles away was
4  included in ward two, when you have one that was right
5  across the street.
6      This is so unfair. I am the BOA president in my
7  neighborhood and people from other BOAs and
8  neighborhoods, they come to me about issues that
9  affect our community and ask for my assistance in
10 helping to resolve them. It is important that all
11 citizens have a voice and that people feel that their
12 voice is going to be heard.
13     Like I mentioned earlier, I have lived in DeSoto
14 County for 16 years and Olive Branch for 15. I can say
15 that we have not had a town hall meeting that has been
16 open to everyone so that the issues that the citizens
17 have can be heard and discussed. The voices of
18 everyone should matter. I am a community advocate and
19 volunteer for many organizations in DeSoto County to
20 help our community.
21     And I am requesting that fairly drawn lines be
22 drawn for DeSoto County. Fairly drawn maps will allow
23 DeSoto County to be a community for all of the people,
24 especially in Olive Branch and South Haven.
25     District seven had 3,551, uh, residents in 2010.

**Page 20**

1  And more people have moved into the district since
2  that time. If nothing changes, the people will become
3  more despondent and will stop exercising their right
4  to vote.
5      I am asking that you will review the maps for
6  district seven and for ward two and all the other
7  districts and wards in DeSoto County. And make sure
8  that all the people have a fair chance to have
9  representation in DeSoto County. I'm also asking that
10 we will be allowed to review the maps before they are
11 finalized. And thank you for allowing me to speak.
12     [applause]
13     MR. CHAIRMAN:  Thank you. Uh, Ms. Marilyn Young?
14     MS. YOUNG:  Good afternoon.
15     MR. CHAIRMAN:  Afternoon.
16     MS. YOUNG:  First of all, thank you county for
17 allowing us an opportunity to speak. Um, my name is
18 Marilyn Young. I'm a lifelong resident of Trinity [ph]
19 County, and I work in several of the other counties,
20 uh, around the Mississippi Delta. And I stand before
21 you to speak on behalf of the City Education
22 Organizing Alliance.
23     Uh, we've been working with this redistricting
24 process for probably about 25 years now. And so,
25 there's some things that we're very concerned about

**Page 21**

1  given what happened in the last redistricting process.
2      Uh, one of the first things I want to ask is that
3  the last time the plans were drawn, the community did
4  not get an opportunity to view, see, or analyze them
5  before official vote was taken by the legislator.
6      We are asking you once these maps are drawn, will
7  you please allow public hearings to be called so that
8  people can get an opportunity to review the maps, uh,
9  analyze, and — and see what — and part of the reason
10 for that we want to ask you all not to rack up on, uh,
11 additional seats, just because you can, because we
12 understand that the Republicans are in charge of this
13 process.
14     And so, we want to make sure that doesn't happen.
15 In the last process, uh, there were districts drawn to
16 make sure like that wiped out almost every white
17 Democrat that was in the state of Mississippi.
18     And we want to make sure that is not happen this
19 time. And so as part of the redistricting principles
20 that I would like to ask, um, you all to please adhere
21 to. We ask that the districts are composed and very
22 contiguous — we ask that the districts be compact.
23     We ask that the districts should plan to avoid
24 political, racial gerrymandering. Uh, we ask that the
25 redistricting plan avoid political gerrymandering. We

SDT-SJLCRR-000176

JTX-025-006

## STANDING JOINT CONGRESSIONAL REDISTRICTING COMMITEE
### Hearing  on 08/09/2021                                    Pages 22..25

**Page 22**

1  went to make sure everybody's voice is heard.
2      Um, we want to ask that a redistricting plan will
3  not have the effect and the purpose of effective of
4  the newly minority voting strength. And should
5  otherwise confined with section five and section two
6  of voting rights act, the 14th and 15th amendment of
7  the Constitution.
8      This planning should avoid drawing districts that
9  are odd shapes. We ask that boundaries should, uh, not
10 cross, uh, government and political boundaries have at
11 least more than one trend. We don't want precincts
12 broken up. And one side of the street is on one
13 district and the other side of the street on another
14 one.     It just causes so much confusion at the
15 voting, uh, place.
16     The redistricting plan should be drafted, such
17 that the districts and boundaries of, uh, along major
18 roads, streams, natural and visible boundaries.
19     We ask that the redistricting plan, uh, reserve,
20 uh, the long standing tradition of communities of
21 interest. We would like to see these plans so we can
22 make sure that some of these, uh, redistricting
23 principles are adhered to.
24     Uh, we also are asking and are pleading to please
25 see the plans given that the census data has not been

**Page 23**

1  released. We're asking for re- — uh, you all to come
2  back with public hearings after y'all have drawn the
3  plan so we can review, analyze, and look at the plans
4  also. Because we know ultimately you all are the ones
5  that have the final authority in the bulk of the
6  plans. But we ask that you do it fairly. Thank you.
7      [applause]
8      MR. CHAIRMAN:  Thank you very much. Mr. James
9  Woodruff [ph]?
10     MR. WOODRUFF:  Good evening, how you doing this
11 evening?
12     MR. CHAIRMAN:  Fine. We're all right.
13     MR. WOODRUFF:  I'm James Woodruff, representative
14 of, uh, DeSoto County and district two and, uh, live
15 in Olive Branch in ward one.
16     And there are no African Americans represented in
17 DeSoto County and Olive Branch and — and, uh, in
18 South Haven. Understand that the representatives, the
19 representatives are s- — seven, we have and there's
20 one Ms. Hester, the state Senate there's three and
21 zero.
22     And that the population has grown. And we — I'm
23 just here to ask you guys to consider African
24 Americans. Consider redistricting plan to give the
25 African Americans a chance to get to have the

**Page 24**

1  represented. Representation is very important. If we
2  look at the board of supervising in DeSoto County,
3  zero. There's no African American and there's no
4  opportunity to be elected.
5      I ran in 2019 and was defeated, was swallowed up.
6  Um, in DeSoto County office of the Chancellor Clerk.
7  Certain clerk, tax assessors, justice court clerks,
8  constables.
9      We don't have an African Americans represented
10 there. School board, the county school boards. Our
11 children are going to school. Gentlemen, this is
12 taxation without representation.
13     FEMALE 1:  Yeah.
14     MR. WOODRUFF:  That's what we need.
15     [applause]
16     MR. WOODRUFF:  We're just asking you to consider
17 and be fair. Because I would like to think everybody's
18 fair. And this should be some fairness there. And —
19 and I understand that you guys, uh, you jumped into
20 legislative office, Senate or legislature, but we want
21 to get on record that Olive Branch and the city, uh,
22 South Haven in the city, and DeSoto County, it needs
23 to be some consideration there.
24     We're paying taxes, just like equal taxes, just
25 like everybody else. And look at everybody else is

**Page 25**

1  making a decision with the money that we pay. We're
2  paying the money, you know — and — and whenever
3  y'all make a decision, we have no representation.
4      I was a part of 1980. I'm trying to do this real
5  fast, 1980 I was part of a redistricting plan Westford
6  [ph] County, Mississippi where we went to court,
7  federal court in Oxford, and the judge ordered the —
8  the the — the city — it — they were — they were voting
9  in March. And 80 to 20 or 75 to 25. And we — we had
10 no chance of winning. So at that time, the judge ruled
11 that they haid district a chance to giving the African
12 Americans a chance of — of a majority of the
13 district.
14     So after that, we went on to the county, same
15 thing in the county. So I served 16 years between the
16 two of them because of redistricting and we weren t
17 fine. And since I've been gone, that was in — that
18 was almost 2000, I'd gone from there about 20
19 years. And those people are still in office down there
20 and been working for [inaudible].
21     The African Americans [inaudible], they're in the
22 city, there's two African Americans there in the city.
23 You know, in the county — there's a county
24 supervisor, and then, uh, is the school system. I have
25 a good friend who got elected and he's the chairman of

SDT-SJLCRR-000177

JTX-025-007

STANDING JOINT CONGRESSIONAL REDISTRICTING COMMITEE
Hearing on 08/09/2021                                      Pages 26..29

**Page 26**

1  the board. He's the only African American on the
2  board.
3      So we can do those things. We can do this, but it
4  needs to be fair. We — you — you all need to
5  consider this with respect to DeSoto County with the
6  population grow, we need to consider those lines.
7  We're asking y'all if y'all will do, but it's a
8  oppression to be taxed and don't have representation.
9  It's — it's oppression. That's exactly what tyranny.
10  I'm going to give you the def- — the definition
11  of tyranny. It's a cruel and oppressive government. I
12  know you all know that. It's wrong. And here's what
13  the good Lord says about that. He say, anyone whom
14  oppresses the poor or the weak shall — shows contempt
15  for the master. You're oppressed and we're — and —
16  and being — being a minority does make you weaker. I
17  know you all agree with that.
18      So we're just asking you all to consider that
19  when you were drawing the lines. I understand that you
20  all are align within the city, for the county — for
21  the county, so, but we'll still want to get it on
22  record. Thank you all for listening to me and hope
23  y'all will consider. Thank you so much.
24      [applause]
25      MR. CHAIRMAN: Ms. Kerr [ph]?

**Page 27**

1      MS. KERR: Greetings Mr. Chairman, greetings
2  Mississippi Joint Legislative Redistricting Committee.
3  My name is Shalondra Kerr. I live at 8670 Dehart Drive
4  [ph], Olive Branch, MS 38654.
5      I've been a resident of DeSoto County recently
6  annexed into the city of Olive Branch and it says the
7  Southern Trail [ph] for nine years. I'm here with a
8  group representing one voice and the voters of the
9  city of Olive Branch.
10      I'm a Gulf War veteran, US Navy, and a former
11  chair in DeSoto County, uh, in DeSoto County who was
12  responsible for hiring, training, and assigning poll
13  workers and watchers within the county. As committed
14  much time and service to make sure our electoral
15  practices within DeSoto County are fair and equitable.
16      I have attempted to build lasting relationships
17  and partnerships within the DeSoto County election
18  commission during 2015 and currently. I would like the
19  — the Mississippi Joint Legislative Redistricting
20  Committee to adhere to the voting rights act by
21  ensuring that minority voting strength will not be
22  unreasonably compromised and all efforts to avoid
23  parts and gerryman- — gerrymandering will be applied.
24      Two provisions of the voting rights act, section
25  222 and section 523 prohibit the use of voting

**Page 28**

1  practices or procedures, including redistricting plans
2  that dilute minority voting strength.
3      In a series of cases in 1960s, one of which was
4  touing the phrase one person, one vote. The Supreme
5  Court held that the 14th amendment guaranteed equality
6  of voting power, and that electoral systems in states
7  which fail to allocate voting power on the basis of
8  population or unconstitutional.
9      Money magazine rated Olive Branch as one of the
10  most attractive and fastest growing suburbs in
11  Mississippi and in the United States with a growth
12  rate of over 17 percent compared to other cities in
13  Mississippi at a growth rate of four percent.
14      Our voting strength has doubled since the last
15  election. Our school district is number one in the
16  site. Our population surge in Northern Mississippi has
17  indicated where we once were ignored one of the
18  strongest swing votes within the state.
19      So what is my concern then if we're growing at
20  that rate? There's a disproport- — disproportionate
21  amount of race and party within local elected
22  officials. Which effects hiring practices, were they
23  elected officials disproportionately hire their family
24  and friends. The FDRA process to get qualified as a
25  contractor is also overlooked and under reported

**Page 29**

1  publicly.
2      Those unfair influences increased voter and poll
3  worker apathy. Everyone is looking at the numbers here
4  in DeSoto County. We know that.
5      We know our issue is not profiting or the lack of
6  resources, but drawing the redistricting lines where
7  total deviations are more than 10 percent we're at
8  risk of lawsuit if we do not draw those lines fairly.
9      Prior to May 28th, 2021 as a county resident, two
10  distinct newly built areas — I live in one of those
11  areas. Homes larger than 3,540 square feet were
12  annexed into Olive Branch. Residents were assigned to
13  DeSoto Supervisor district five, physically located in
14  Hernando over 30 minutes away from my home, which has
15  been an inconvenience over the past nine years and
16  presents similar issues for other unincorporated
17  areas.
18      I recall the most recent June 8th election. The
19  recent annexation was unfairly implemented May 28th,
20  less than 30 days prior to the local mayoral and
21  aldermen races, which happened on June 8th.
22      The current voting statute requires residency to
23  be established no less than 30 days before the
24  election, which disqualified my vote and my voice. And
25  did not permit me to run for an elected position now

SDT-SJLCRR-000178

JTX-025-008

STANDING JOINT CONGRESSIONAL REDISTRICTING COMMITEE
Hearing  on 08/09/2021                                    Pages 30..33

Page 30

1  that you have my tax money, DeSoto County, Olive
2  Branch.
3      What do I want? If a community is in annexed,
4  there should be an exception to the residency
5  requirements. I've already lived there for nine years.
6  And then you tell me, I don't live in the city?
7      But I'm paying -- I'm paying utilities, I'm
8  paying taxes, and you tax me unfairly and I can't
9  vote. We should allow voters who have been taxed
10 immediately to vote immediately. If not, the vote
11 would have a tax liability without being properly
12 represented.
13     We call that taxation without representation. I
14 call to the Mississippi State -- Secretary of State
15 asked -- asked the state Attorney General's office for
16 an official answer on this subject. Lastly,
17 constituents should be able to vote within the area
18 where we live, work, learn, and play. I am asking you,
19 sirs and m'am, would you please consider -- I'm
20 asking for a fair amount of time between the annexing
21 calendar and our election voting calendar.
22     Again, thank you for your service to these
23 communities, to the state of Mississippi. And I ask
24 that you would humbly hear my ask. Thank you so much
25 for your time.

Page 31

1      [applause]
2      MR. CHAIRMAN: Thank you for your talk. Ms. West
3  [ph]?
4      MS. WEST: Good afternoon. And thank you so much
5  for allowing us an opportunity to you to share a few
6  thoughts. I'm coming from a little different vein. So
7  please hear my heart. My name is Lovey West and I'm a
8  resident of DeSoto County, the city of Olive Branch,
9  to be specific.
10     Upon my retirement in 2016, I returned to my home
11 state of Mississippi. To my surprise, I found
12 Mississippi ranking near the bottom of all of the
13 issues that impact the lives of the poor people of
14 color and women and children.
15     I was reared in Holmes County, Mississippi, and
16 experienced firsthand the disparities that occurred
17 due to the lack of fair representation in the
18 political process. I experienced educational policies
19 such as separate but equal that only adhered to the
20 separate part. Our textbooks were outdated with pages
21 missing and the list goes on and on.
22     It all started with the redistricting, uh, parts
23 of the process with the absence of those parties
24 affected.
25     When I look at the poorest communities or the

Page 32

1  poorest municipalities in DeSoto County, Walls, and
2  Horn Lake, unfortunately I see the same disparities
3  that I saw as a child growing up. The elementary
4  schools are in substandard condition compared to the
5  other schools in DeSoto County.
6      And yet these students are expected to complete
7  to -- to compete with students in testing, college
8  preparation, employment. And again, the list goes on.
9  Women, people of color, and persons with disabilities
10 are excluded from the redistricting process. And this
11 continues to ensure mistrust in this political system
12 resulting in low turnout at the polls.
13     Issues such as housing, education, equal pay,
14 birth control, and abortion are women and children
15 issues. And a decision on drawing the redistricting
16 lines should be done by representation of those that
17 are impacted.
18     Although I personally do not believe in
19 abortions, I do believe that women have the right and
20 are capable of making decisions about their own
21 bodies. [applause]
22     Here is a list of insane laws in Mississippi and
23 throughout the country, uh, that I believe have
24 occurred because we have not been privileged to the
25 process. A law against abortion. While the political,

Page 33

1  uh, forces vote against healthcare in Mississippi,
2  vote against housing, vote against education.
3      Laws prohibiting equal access to vote. While the
4  system taxes the poor, the middle income, and yet the
5  wealthy pay little to no taxes. Refusing federal
6  dollars for healthcare by ranking 50th in healthcare
7  in the state. [applause] And I just want to share
8  personally, I lived in Arizona and retired in Arizona
9  and I have Humana. I pay zero premium.
10     When I moved to Mississippi, I was stunned that I
11 had to pay a fee. I thought they had my healthcare
12 mixed up. So why would you refuse top -- the tax
13 dollars from the federal government and yet charge me
14 the poor person on a fixed income to pay a premium.
15 All of this starts with the redistricting where people
16 are not allow the opportunity to have- -- have, uh,
17 access to the system.
18     Refusing to support the infrastructure bill while
19 ranking 48th in infrastructure and 49th in the
20 economy. Let me be clear. We want to a seat at the
21 table. Meaning that we want a redistricting process
22 that allows representation from all groups of society
23 to be in the room when the lines are drawn, not just
24 the politicians making the decisions for us.
25     Human nature allows you to defend your decisions

SDT-SJLCRR-000179

JTX-025-009

STANDING JOINT CONGRESSIONAL REDISTRICTING COMMITEE
Hearing  on 08/09/2021                                        Pages 34..37

**Page 34**

1  by having these public forums, these scraps at the
2  political process is not enough. How would you like it
3  if someone was making the decisions about you, your
4  family, your generations, but yet you are not there to
5  express your needs and your concerns — the decisions
6  are being made for you.
7       Mississippi is the third blackest state in de- --
8  in America. Yet our ability to have a fair
9  redistricting process and a fair voting system is
10  still beyond our reach. When you were in the room,
11  drawing the lines for res- -- redistricting, look
12  around the room and ask yourself this question. Who in
13  my midst are representing the poor, women and
14  children, people of color, and the disabled?
15       My aunt [ph] who once said, when we know better,
16  we do that. You know better [applause] because we have
17  reminded you, now we ask you to do better. I am so
18  grateful for this opportunity. And I hope that things
19  that we've share today will prick your heart when
20  you're making those decisions.
21       [applause].
22       MR. CHAIRMAN: Thank, uh, thank you for that.
23  Adison [ph] Connor [ph]?
24       MR. CONNOR: Hi, how are y'all? I'm Adavaro
25  Adverance Tobia [ph]. Um, I don't have a speech or

**Page 35**

1  anything planned, but I do have questions for y'all.
2  So you said this is a 20 member committee, a very
3  diverse committee. What's up with everyone being gone?
4  [applause] I -- of the six people.
5       MR. CHAIRMAN: We're here to take comments from
6  the public, but I'll be glad to answer that. It's --
7  it's volunteer and we've been here from all over the
8  state. We have nine of those in different parts of
9  state and they're going through the ones more than
10  likely that are closer to them. Some of these
11  individuals are a long ways. Some of it -- but it's,
12  uh, this is not the only opportunity they're going to
13  have.
14       Some are viewing it over the camera. Some --
15  there's a public -- there's a record being taken. It's
16  being -- it's being recorded and being transcribed. So
17  this -- this is not the only chance they have to hear
18  what people have to say.
19       MR. CONNOR: I -- I do understand that you all
20  have a couple more meetings lined up, but the fact
21  that not all 20 of you all are here, Listening makes
22  it seems like listening to voters in voluntary. I
23  mean, even with this redistrict -- [applause]
24       MR. CHAIRMAN: [inaudible]
25       MR. CONNOR: They should still be here. So

**Page 36**

1  anyways, a couple more o- -- uh, questions. Um, how
2  are you all going to work to reduce the occurrence of
3  gerrymandering? Where you split up the district into a
4  bunch of weird shapes that make no sense instead of
5  concentrating to district together? [inaudible].
6       MR. CHAIRMAN: I mean, this could be with advise
7  of counsel, we'll follow the voting rights act, and
8  we'll — we will draw the districts according to the
9  requirements of the app.
10       MR. CONNOR: So as much gerrymandering as — as
11  is allowed?
12       MR. CHAIRMAN: Well, there's — hmm. Go as little
13  as you have to to have one vote. And the other
14  requirements of communities of interest and all the
15  different requirements. That's not — gerrymandering
16  is not the only requirement, it's just one of the
17  requirements.
18       MR. CONNOR: I don't think gerrymandering should
19  be a requirement, though.
20       MR. CHAIRMAN: Well, I — I mean, I — it just
21  might be resolved on requiring with the other
22  requirements. It's not a requirement.
23       MR. CONNOR: There are other results where you
24  can avoid having, you know, people 10 miles or 30
25  minutes from their representative?

**Page 37**

1       MR. CHAIRMAN: Sam. Well, I'm not — I'm not here
2  to debate you about this, but look, my first district
3  have — was 95 miles. I live in a rural area. To get
4  enough people, sometimes you have to do that.
5       There are re- — there are legitimate reasons for
6  districts being large. Some districts are being small,
7  some of us have combined districts. Some have very
8  large districts.
9       Okay. Um —
10       MALE 2: So let me — let me make a comment real
11  quick.
12       MR. CHAIRMAN: Yes.
13       MALE 2: For the record, this is my first time to
14  serve on this committee, so this is all new to me. But
15  do you understand what the process is about trying to
16  — to fit? You have —
17       MR. CONNOR: Yes. I graduated with a degree in
18  Political Science and did submit a thesis on
19  [inaudible]. I understand. [applause]
20       MALE 2: I — I'm not trying to be insulting, I'm
21  just saying, do you realize where you have areas, for
22  instance, Marina — when Lauderdale County. Look to
23  Lauderdale County of the day. Twelve counties in that
24  area all lost population. Every representative in
25  every center to there is district is going to get

SDT-SJLCRR-000180

JTX-025-010

## STANDING JOINT CONGRESSIONAL REDISTRICTING COMMITEE
### Hearing  on 08/09/2021                              Pages 38..41

**Page 38**

1  bigger because they have to get population.
2      So when you do that, you're going to start
3  squeezing areas, you're going to -- do you know where
4  people live that are currently in these areas?
5      So you're trying to figure out how to, not only
6  if you have minority districts that you're not trying
7  to collapse, you have to squeeze them in and more
8  their district out to go and grab population.
9      If you have two representatives over here in this
10 big block that's red, and you have a couple of
11 senators that are sitting there, uh, in this area, how
12 are you going to draw their districts where you go and
13 grab population?
14     But you can't keep a tight, compact, square
15 circle, whatever you want. You've got to go out and
16 get a population in different parts of the state.
17 There's different parts of this area over here.
18     So you're not trying to collapse a minority
19 district, but you're trying to grow their districts so
20 you can get population to the fit the requirements.
21 MR. CONNOR: Except in Jackson, which is what?
22 Three districts now?
23 MALE 2: Jac- -- in the, uh, in the Senate?
24 MR. CONNOR: Oh, for the state.
25 MALE 2: What -- what are you referring to the

**Page 39**

1  Senate districts?
2  MR. CONNOR: Jackson's always split up into
3  multiple districts --
4  MALE 2: Yeah, because they have what, 200,000?
5  MR. CONNOR: No, even -- even at the federal
6  level, it's always split up to dilute the vote.
7  MALE 2: Well, the congressional districts are --
8  MR. CONNOR: Yes.
9  MALE 2: Well, how -- how would you like to draw
10 that?
11 MR. CONNOR: Well, I mean, a city should be one
12 district or as many districts as --
13 MALE 2: Well, it depends on how you lay the
14 districts out. I mean, if you -- if you have a
15 district that you're going from, uh, North Mississippi
16 down, at some point you're going to cut off.
17 MR. CONNOR: Yeah. But I mean, North Jackson,
18 shouldn't be in a separate district from South Jackson
19 just because of demographics. But anyways, so given
20 our redistricting process is governed by our current
21 state constitution.
22     The constitution of 1890, which if anyone didn't
23 know, provides -- or provided the legal foundation for
24 Jim Crow. I think it's important to ask how were you
25 all using race in the redistricting process?

**Page 40**

1  MR. CHAIRMAN: You're not allowed to use race.
2  MR. CONNOR: But we have minority/majority
3  districts and clearly you do.
4  MR. CHAIRMAN: No -- voting patterns. Voting
5  history.
6  MR. CONNOR: So you use voting history --
7  MR. CHAIRMAN: You can -- you can use voting
8  history.
9  MR. CONNOR: So you're just using voting history
10 to determine what districts we're all going to be in?
11 That's all it is.
12 MR. CHAIRMAN: [inaudible].
13 MR. CONNOR: [inaudible] I'm sorry [inaudible]
14 state representative?
15 MALE 5: That's right.
16 MR. CHAIRMAN: Enough comments. If you have a
17 comment, you can make a comment.
18 MR. CONNOR: I do.
19 We cannot be -- I'll talk to you about questions
20 after.
21 MALE 5: [inaudible].
22 [applause]
23 MR. CHAIRMAN: And I -- yeah, I understand. Is
24 that -- I believe -- is it David Oles [ph]?
25 MR. OLES: Thank you. My name is David Oles, and

**Page 41**

1  I am the chairman of the DeSoto County Democratic
2  Party. I want to thank the Mississippi Joint
3  Redistricting Committee for their work and their
4  dedication to holding these aine meeting and allowing
5  voters an opportunity to be engaged through this
6  process.
7      I had been a resident of DeSoto County since 1972
8  and lived in supervisor district five, the Lewisburg
9  [ph] area, uh, since 1985. I was in Lewisburg before I
10 can say I live in Lewisburg. I was always between --
11 well in between Fernando and Olive Branch. But now I
12 proudly say I live in Lewisburg.
13     I was not part of the recent annexation, but will
14 probably be annexed the next time. I've seen a lot of
15 changes and a lot of those changes in Lewisburg has
16 been very positive. I'm also happy to say that we have
17 a diverse community in Lewisburg. The Lewisburg has --
18 area has a top rated school district in the county and
19 some would argue in the state.
20     Lewisburg exploded with the population growth and
21 beautiful schools, beautiful, affordable residential
22 areas. So much that the city of Olive Branch wanted
23 our tax dollars without offering representation in
24 return.
25     And Me and Mr. Carter did not confer on our, uh,

SDT-SJLCRR-000181

JTX-025-011

Page 42

```
1    presentations. The annexed area was not within the 30
2    day window so voters in the newly annexed area were
3    not entitled to vote in the recent municipal election.
4    Most -- much to the dismay and eire of many voters.
5        The residents of Lewisburg want to be represented
6    by the people in our community. We are a strong-bodied
7    community who share the same values. We wanted to be
8    in the county and for some of that was taken away. The
9    Lewisburg community is not Bernando. Most -- due to
10   the I69, most do not travel by how we run the
11   [inaudible].
12       On the county level, the Lewisburg community has
13   been ignored, misrepresented, taken for granted by
14   county supervisors, and representatives based out of
15   Bernando. Voters in Lewisburg had the -- they shop in
16   Olive Branch and mostly worship in Olive Branch and
17   have the bond with Olive Branch, not Bernando.
18       I, and many others, would like to see the
19   Lewisburg area aligned with Olive Branch. We feel that
20   the recent upcoming annexation -- it would be a better
21   fit for us to get the representation that we want and
22   that we deserve. It is important that members of the
23   Lewisburg community be heard and being involved in the
24   redistricting process so that our voices will be
25   represented.
```

Page 43

```
1        It is imperative -- excuse me. It is imperative
2    that all voices be heard. Your committee has a
3    daunting task. It is our hope, and it is our
4    expectation that the Mississippi joint redistricting
5    committee will listen, understand, appreciate, and
6    base your decision on all of the input that you hear
7    tonight. I appreciate your time.
8        [applause]
9        MR. CHAIRMAN: Thank you. Oh, next is -- is panel
10   [ph] is it Panner [ph]?
11       MS. PANNER: Panner.
12       MR. CHAIRMAN: Okay.
13       MS. PANNER: Yes. Thank you. Good afternoon.
14   Thank you gentlemen, for being here to listen to us
15   and enlighten us on this process. Let me appeal to the
16   consciousness of many silent, responsible citizens of
17   the white community who know that a victory for
18   democracy in Jackson will be a victory for democracy
19   everywhere. [inaudible] Until we are all free,
20   nobody's free. [inaudible] Never think you've seen the
21   last of anything. Eudora Welty [ph].
22       Maker Evers [ph], Fanda Eamor [ph], and Eudora
23   Welty, three Mississippians whose legacies remain
24   relevant on the landscape of our political, social,
25   and economic foundation. Land once owned by the
```

Page 44

```
1    Choctaw Nation of the indigenous. The same land now
2    Houses the 82 counties and many still have the native
3    American names like Minhoc [ph], Nohoma [ph], Pooca
4    [ph], which is Choctaw for cotton.
5        Yet the representation of one person, one vote
6    guaranteed by the United States Constitution is not
7    adequately effected and the diversity of the people
8    and -- and the -- that live in the magnolia state.
9        I lived in DeSoto County, Mississippi for the
10   last 23 years. And the population has remained under 3
11   million people for land mass of more than 50,000
12   square miles.
13       Our young people are leaving because they don't
14   see a future in Mississippi. [applause] My name Haelin
15   Kelvy Panner, for the record. I live at 5225 Wyndam
16   Raise Drive [ph] in South Haven, Mississippi, ward
17   six.
18       A municipal district that is disproportionately
19   packed with a higher population of voters with more --
20   which more than doubles the number of folks in all the
21   other five wards in the city combined.
22       And I have a map that I inadvertently left at my
23   seat that I'm going to present to you all when I'm
24   done. And for your reflection, please and thank you.
25   And thank you to you honorable -- thank you, 20
```

Page 45

```
1    members of this bipartisan legislative community,
2    including Tod Bryan of Henri [ph], who is quoted in
3    declaring a ledger on last week stating that this
4    public hearing process is about providing context to
5    what our communities look like.
6        Despite Mississippi losing population, we know
7    that DeSoto County gained nearly 15 percent of
8    families. Many of those families are diverse and add
9    to the voting base yet in the 41 year history of South
10   Haven, an African American has never garnered enough
11   votes to even win an alderman position in ward six,
12   which is where I ran for alderman this past June.
13       Historically, this position has been uncontested
14   until 2013. That was the first time the Republican
15   incumbent had any opposition. And he won with just
16   under 400 votes -- over 400 votes. And this past June
17   in 2021, two of the alderman positions in South Haven
18   went uncontested, ward two and ward four, which
19   guaranteed the Republican an uncontested pos- --
20   position representation without any opposition.
21       It is my belief that the lines drawn to those
22   wards favor Republicans winning where minorities are
23   packed and stacked in districts to lose their voting
24   power where one person, one vote is not effective.
25       This past June, my Republican opponent openly
```

SDT-SJLCRR-000182

JTX-025-012

STANDING JOINT CONGRESSIONAL REDISTRICTING COMMITEE
Hearing  on 08/09/2021                                    Pages 46..49

Page 46

1  campaigned for the first time. I lived in DeSoto
2  County, 23 years of paying taxes. This is the first --
3  he lives in my ward. The first time he campaigned.
4  Using his party's resources, rallies held on city
5  property, the Republican congregate control base
6  turned out just over 1800 -- eight -- 800 votes. The
7  turnout, however, represents less than 10 percent of
8  the city's registered voters.
9       Yet those voters are precisely centered in ward
10 six and spread out over the large area of South Haven
11 to propel the Republican party to an almost guaranteed
12 victory. Ward six is almost impossible to win if you
13 are not an established Republican. It is designed to
14 include wealthier constituents, ward by Church Road to
15 Getswell [ph] to include Nesbit [ph], which is five
16 miles down the road.
17      Between School [ph] and Slade [ph], which is
18 historically Jago, that Gail Lyons talked about. An
19 established minority community along Church Road.
20 South Haven is 30 percent minority yet all of the
21 voters are the demoted so that none of the six wards
22 have any collective minority representation. The map
23 itself is evidence of a city with a third of its
24 citizens never being able to have people represent
25 their interests.

Page 47

1  The process should be transparent, citizens
2  should be informed of how it's being designed, and the
3  process should be made for all people of Mississippi
4  to attend. I appreciate you all doing this. This is
5  the first time it's ever happened in Mississippi from
6  my records. But this should be not a voluntary thing.
7  This is a part of you all are in representing us. We
8  are the people, all of us are belong -- the government
9  belongs to all of us. [applause]
10      We expect the Republican controlled legislature
11 of the magnolia state to live up to the creed of the
12 state constitution and the oath to take -- to
13 represent all citizens of Mississippi, regardless of
14 their political affiliation, their race, their creed,
15 their sexuality. The right of one man and one vote
16 should not be limited to those who are in power.
17      The government belongs to all of us.
18 Mississippi's history with this clandestine politics
19 has routinely disenfranchised black people, which
20 Mississippi, which stood for state's rights, i.e.,
21 slavery during the Civil War recently adopted a new
22 state flag with the words as quoted by Governor Phil
23 Bryant [ph]. The former governor said it must say in
24 God we trust.
25      However, without the support of the federal

Page 48

1  government, Christian values are not a part of how the
2  congressional lines are drawn in the state. It's time
3  for those who say they love God to love their fellow
4  citizens. Without the courts overseeing the process,
5  how can God-loving Mississippians be assured the lines
6  will be drawn with fairness, accuracy, and that the
7  districts are equitable without power partisan plays?
8       I thank all of you, again, for your importance
9  in this process and for your commitment to hear from
10 Mississippians across the state. And in conclusion, I
11 have questions that I hope you can answer.
12      How do we find out about local meetings on
13 redistricting the following positions? For mayor, for
14 aldermen, and races for school board, supervisors, for
15 judges. What are the laws regarding public information
16 and accountability?
17      If you cannot answer the questions, please tell
18 me how -- who I can ask and how to find out, because
19 we need to be able to hold people accountable based on
20 the information that we are given. Thank you all again
21 for your time. And God bless Mississippi, and God
22 bless the United States of America. [applause].
23      MR. CHAIRMAN:  All right. Miss, uh, Lynn Black?
24      FEMALE 2:  You said Diane or Lynn?
25      MR. CHAIRMAN:  She's coming.

Page 49

1  FEMALE 2:  Uh, she's --
2       MS. BLACK:  Good evening. Oh, wow. Listening to
3  the people that have come before me. Um, I live in
4  Tupelo, Mississippi, and I moved here from Chicago. As
5  a kid, I always loved to come to the south because I
6  thought people in the south were loving, warm,
7  hospitable people. And I went to college here, uh, on
8  Alcorn State University.
9       Then I left and traveled the world and came back
10 and started a business here because I looked at the
11 children that are coming up. And most of the children
12 that I have encountered in Tupelo and in McComb,
13 Mississippi have not been out of their area. I, um,
14 just that little concern because in the redistricting
15 and trying to learn everything, uh, it is important to
16 have your redistricting for women for the economic
17 security throughout the state of Mississippi.
18      And the reason why I'm saying that is the
19 majority of our young children that we're servicing
20 here in child care and education come from single
21 parent homes. And these are young ladies that are
22 below the poverty level.
23      Those children will never get the opportunity to
24 travel outside of their county, outside of their city,
25 um, and I just recently dealt with some children that

SDT-SJLCRR-000183

JTX-025-013

STANDING JOINT CONGRESSIONAL REDISTRICTING COMMITTEE
Hearing on 08/09/2021                          Pages 50..53

Page 50

1    I took to Memphis, to the zoo. They had never been out
2    of that area.
3        If we don't come together and have some type of
4    common ground, those are the future leaders of
5    tomorrow. So what are we are training to them? That is
6    it okay for children to stay where they are?
7        Their mindset will always be tunnel vision, but,
8    um, getting to my point, um, one of the things that I
9    hear — and I live for the Mississippi Black Women
10   roundtable. So we're just trying to just get things
11   out, um, so that you know that black women make up a
12   large percentage of the voters throughout the state.
13       Based on the census, that 2021 wage gap between
14   black women and non-Hispanic white women, and men was
15   0.6, which is 63 cents. Black women are largely
16   unrepresented and holding elected offices in the
17   state. Forty nine percent of the Mississippi women
18   make up about 49 percent of the overall workforce yet
19   make up nearly two thirds of a workers being paid
20   minimum wage.
21       I can attest today as a business owner. Black
22   women are the largest group of women working in low
23   wage jobs. We believe that fair redistricting only
24   would help reduce the wage gap brought about black
25   women being underpaid.

Page 51

1        Black women in the rural districts of the state
2    of Mississippi are more commonly single parents and
3    heads of households resulted in higher need to access
4    quality education and health care.
5        It is important to have fair redistricting to
6    help women's economic security throughout the state of
7    Mississippi. Without proper redistricting, wage gaps,
8    access to their health care, and adequate education
9    would not be possible. We urge for fair and
10   transparent redistricting. Thank you for your time.
11   (applause)
12       MR. CHAIRMAN: Thank you. Um, next is Jerry Pope.
13       MR. POPE: Good evening. Thank you, uh,
14   gentlemen. Thank you for serving the state of
15   Mississippi and, um, thank y'all for being a present
16   here. Uh, I'm going to keep my comments brief. Uh, I
17   do have some questions. Uh, how many legislatures are
18   on the committee total?
19       MR. CHAIRMAN: Twenty.
20       MR. POPE: Twenty? How many House members?
21       MR. CHAIRMAN: Ten. It's 10 and 10.
22       MR. POPE: Ten and 10. Okay. With that number,
23   approximately how many counties are represented? I
24   know they're hard question.
25       MR. CHAIRMAN: It's — it's scattered across. The

Page 52

1    10 members are scattered across the state, so I'm not
2    sure. [inaudible] yeah. It's the congressional
3    district, but I'm not sure about legislative.
4        MR. POPE: Okay. Is, um, it's — it's quite a
5    few, I've — I've done a little research because, uh,
6    uh, the chairman — he represents four and then I
7    don't know some of the others — how many counties you
8    represent.
9        Um, but just for the record, maybe, you know, we
10   can come up with how many counties are represented. I
11   know that DeSoto County is represented, uh, pretty
12   well. Uh, what other functions does this joint
13   committy have besides redistricting?
14       MR. CHAIRMAN: That's it.
15       MR. POPE: Okay. So, uh, basically what we should
16   be doing as the public, trying to find out more about
17   the process that we will be undertaking since at this
18   time we do not have the absolute numbers in order to
19   even set the congressional district. Much less, the
20   legislative districts.
21       And once the legislative districts are gone, then
22   the — the counties; is that true? The counties then
23   do the, uh, redistricting per county, as far as their
24   supervisors.
25       MR. CHAIRMAN: The counties won't do it. Not —

Page 53

1    not the legislative.
2        MR. POPE: Okay. What about judge-ships?
3        MR. CHAIRMAN: Will not judge.
4        MR. POPE: Judge-ships don't judge? Okay. Um, it
5    has been said on multiple times that we're — will not
6    still, uh, uh, that there will be some counties split
7    in the legislative and maybe congressional?
8        And also, uh, maybe some split in the precincts.
9    Uh, is there — will there be any effort by the
10   community to eliminate the split county or the split
11   precincts as much as possible?
12       MR. CHAIRMAN: Well, I can answer that. I think
13   to speak for everyone that we will have — we will
14   split as few counties as possible, but counties will
15   be split. You can tell from the maps that a lot of
16   counties have to be included because of population.
17   Um, the precincts that were — our — our goals
18   exclude basically none.
19       But we — what the public needs to understand is,
20   once we draw our districts, the counties will then
21   move. They will call their districts and some of the
22   things that we have — have hoped — we have not split
23   the precinct and they will move change the precinct
24   boundaries after we've already drawn them out.
25       And there's not much we can do about that. So

SDT-SJLCRR-000184

JTX-025-014

**STANDING JOINT CONGRESSIONAL REDISTRICTING COMMITEE**
Hearing  on 08/09/2021                                    Pages 54..57

**Page 54**

1  there will be some split precincts, but we're not
2  going to split any if we don't have to because of one
3  man, one vote requirements.
4      MR. POPE: Okay. Um, if a county has to split a
5  precinct, would it be under your umbrella to suggest
6  to the su-- supervisors to it -- to add another
7  precinct? Especially on the counties that have grown,
8  uh, you know, I live in Nathen [ph] so, um, um, that's
9  -- that's -- that's the question I have.
10     MR. CHAIRMAN: We don't have any authority.
11     MR. POPE: No authority? Okay. No suggested
12  authority, I understand. Okay. Um, another problem
13  that I have, is, uh, you know, from the maps, uh, and
14  I'm sure you are very much aware of this. I feel like
15  you are.
16     The district two congressional district two and
17  congressional [sic] district three are the two
18  districts who have lost population while district one
19  and district four have gained substantially of
20  representation. And, um, I sus-- -- that's pretty much
21  true?
22     MR. CHAIRMAN: Uh, not true by three. I think
23  three -- three's going to be a lot closer than two.
24     MR. POPE: Okay. All right. Yeah. It's about
25  6,000, something like that. Um, I appreciate your time

**Page 55**

1  and appreciate each and every one of you's work.
2      Um, I know Van [ph] and, uh, y'all going to be
3  rely on him quite a bit as far as crunching the
4  numbers. And the people need to understand that the
5  numbers are not necessarily a total, but they also are
6  split, uh, racial boundaries or any by -- by the
7  precinct on which you have to deal with.
8      And, um, it's a number punching game. It's --
9  it's not a -- there's not a big old box out there
10  saying, well, this guy's white, this guy's black,
11  okay, wo -- wo going -- we -- we -- it's not a name.
12  You're a number. Mississippians need to realize that
13  they are a number in this, uh, redistricting process.
14  And I, you know, I don't know how you can else do
15  that.
16     One other thing is each of you have, uh, sworn to
17  -- to uphold the state constitution and the federal
18  constitution. You have legal counsel. The legal
19  counsel is going to guide you. Uh, you know, and
20  hopefully you don't make any mistakes. But, uh, that -
21  - that's what I see in the process is 20 people
22  sitting down and looking at us, all those numbers from
23  a data to determine what the districts are.
24     And we have much more computer processing now of
25  numbers than we -- we did. And I'm sorry to say,

**Page 56**

1  that's what it is. It's numbers. It's not, you're
2  going to be here, you're going to be there. It's going
3  to be a number. Uh, again, my name is Jerry Pope. I'm
4  a longtime Mississippian. I was born and raised here
5  in this county and I lived about. So, uh, uh, again, I
6  want to thank you. [applause]
7      MR. CHAIRMAN: Mr. Williams? Mr. Samuel Williams?
8  [applause]
9      MR. WILLIAMS: Good evening. First, I want to
10  apologize for my appearance. I had to leave work and
11  come here because I had to work. And that in mind, I -
12  - I want to apologize I would not have come before
13  this body looking like this if that had not been
14  absolutely necessary. And on my way down, I decided
15  that I better get something to eat. And for somehow I
16  waste a little bit of my food on -- on me. So I'm here
17  and full bulk [inaudible].
18     And I want to thank you all for allowing us an
19  opportunity to come out and do this. And I don't want
20  it to sound like a beating of the bush. I'm not. I
21  think a lot of people get a little excited, but not as
22  intuitive, when it comes to what's dear to me. My name
23  again is Samuel Williams. I live in DeSoto County and
24  I live in a great city called South Haven.
25     Now, I've been a Mississippian all of my life.

**Page 57**

1  And that's been hmm a few years. About 73 of them and
2  was a Mississippian. I was born and raised up on the
3  land that I live on. I am third generation that lived
4  there when I -- let's bear a little history up on me
5  and how I see things working. When I was born there,
6  and on that same lady, 73 years ago, my address was
7  Rock [ph] One, Box 1238, no correct me. Rock One, Box
8  123, Jago, Mississippi, which was on all black town.
9      And -- and that was in 40s, 1947 to be exact,
10  that was an all-black county. Then [inaudible] took it
11  over, my address changed 120 Route One, box 1238,
12  Point Lake, Mississippi, but the land hadn't moved. I
13  am now live at 4955 Sweet [ph] Road, South Haven,
14  Mississippi. And unless it move since 6:00 this
15  morning, I still live there.
16     So I -- I have seen the effects for both parties
17  in rule because when I was coming up, it was a
18  Democrat. That's what it was. Republican wasn't I
19  don't mean to lead in on in this -- in Point Lake to
20  Jago. Then in South Haven took over in the 80s, forty
21  something years ago. First it -- it was a Democrat.
22  Our mayor was Democrat, first two mayors. Greg Davis
23  and I can't remember the first one. They were all
24  Democrats and they got elected.
25     Years later, our south [inaudible] moved to South

SDT-SJLCRR-000185

**JTX-025-015**

STANDING JOINT CONGRESSIONAL REDISTRICTING COMMITEE
Hearing  on 08/09/2021                                Pages 58..61

**Page 58**

1  Haven. So I've lived in South Kensington [ph]  right -
2  - right South Haven to South Memphis [ph] moved to
3  South Haven. Then it turned Republican. Now Democrat
4  can't get elected. I said all that to say this I'm not
5  so much concerned about who represents, as long as I
6  have an opportunity to choose. [applause]
7       And my vote be counted and be valued. Because,
8  you know, a vote can be counted, but I had a valuable
9  also, and that's what's happening in -- in South Haven
10  and I'm here to make sure that it's not make sure to
11  ask you all to make sure that the lines that you draw
12  for the state legislature and the federal government
13  does not de-value my vote.
14       Please don't let that -- don't do that. That is
15  not right. You know, I came up in a -- in a -- I
16  remember when I was a little boy, my grandmother used
17  to go pull when they were allowed her in my immediate
18  neighbors over there. All my -- all my -- both my
19  grandfathers was dead by the board, but both of my
20  grandmothers lived.
21       Land in DeSoto County, South Haven. Both -- both
22  side of the family. We still own land on both sides of
23  my family. And I didn't know what they were doing
24  because we were children and they kept children to the
25  say -- safely, but they would ask them questions about

**Page 59**

1  how many bubbles in a bar of soap. How much they had
2  paid poll taxes.
3       Now, that is the same thing then that kept
4  certain people from voting as gerrymandering now. It's
5  packing -- it's -- it's when you're cracking or I
6  don't know. I don't know. Ward. That's the same thing.
7       It was illegal then and it's illegal now.
8  [applause] So and I'm not here to accuse. My
9  profession, was a police, by the way. Memphis police
10  for 37 some years so I don't want you to think that
11  I'm accusing.
12       But I've already laid my facts out and want to
13  plead my case if I'm going to get accused. I couldn't
14  just come and arrest them. I got [inaudible] to build
15  my case.
16       So that's what I'm doing right here to you all,
17  if y'all allow me, just give me a little time. I'm
18  going to be on my case and bring it right home to you,
19  so that you can make us -- an independent decision and
20  I know that we all love to do that.
21       But now, and when I'm fresh, had something to do
22  with, uh, South Haven was two -- 2013, other than this
23  voting. 2013, a very dear and close person of mine ran
24  for office there in South Haven. She lost.
25       Another friend of mine ran for, uh, alderman

**Page 60**

1  position. This particular woman that I was talking
2  about before, she ran for mayor. The other person was
3  a male friend of mine. And he ran for alderman in ward
4  six.
5       And the reason we chose ward six for him to run
6  in, because Jago, I told you it was right there in
7  South Haven is hard South Haven. And at that time, it
8  was 80 to 85 percent of South Haven was male out of
9  Jago, which was what? All black.
10       Ward six was 85 percent of Jago, so ward six was
11  mostly all black. The gentleman lost. Then after that
12  we were looking at the numbers. Well, okay, in four
13  years from now we going to be a force to recon with.
14  You know what they done? In South Haven for a year?
15  They going to redistrict. That's right. I'm serious.
16  The -- the records show. I was in ward six, because I
17  -- it was where? In Jago.
18       They come and move me and i know the young lady
19  over there and her friend Gail Lyons Baptist, so we
20  all know each other. They moved us out of district six
21  and put us in district two. Now, there's not enough of
22  us in district two to make a difference, but there's
23  enough in district six anymore to make a difference.
24       If they had not moved us purposely, we wouldn't
25  have been able to town would've probably been about

**Page 61**

1  alderman for ward six. That's how important it is to
2  us. That's what we talking about here when we talk
3  about redistr- -- uh, I believe it was this gentleman
4  here that talked about taxation without
5  representation. That's what we were talking about.
6       If you all don't set the guy and say that this is
7  the way that we want Mississippi to operate the way
8  that we are operating. I'm talking in your person.
9  That they way that we are operating and the people
10  down on you are not going to do it.
11       They going to follow suit. If you don't draw the
12  lines properly and give everyone -- every
13  Mississippian an opportunity to vote and be counted
14  and their vote to be there, then no one under your own
15  going do it. [applause]
16       Thank you. That's just the truth. We're all --
17  I'm looking at some of you all, most of y'all on that
18  [inaudible] seen Juniors to me. Maybe one or two of us
19  mayne. We've come a long way together. But the ones to
20  tell are Juniors to me. We're going to know that one
21  day, someone can be sitting up there looks like us.
22  That's Juniors to us. Have our [inaudible] concern.
23       Now, the only way that they're going to happen is
24  that you take our concerns into and be sin- -- be
25  sincere about it. I don't want to belay the

SDT-SJLCRR-000186

JTX-025-016

**STANDING JOINT CONGRESSIONAL REDISTRICTING COMMITEE**
Hearing on 08/09/2021                                   Pages 62..65

Page 62

1    [inaudible], I just want to tell you what we need.
2    What we need is fairness.
3         What we need is one man, one woman, one vote
4    that's valued. What we need is the district's be drawn
5    properly so that we won't be discarded. That's what we
6    need. What we're asking from you is just what we need.
7    That's what we're asking for.
8         And we're not trying to -- no one is coming to
9    this [inaudible] and I know I have and said, if you
10   don't do this, don't do this. You know what we're
11   going to do? We're going to keep coming back. Going to
12   keep coming back and keep coming back. Unless I die,
13   I'll be the next one you're doing.
14        Not that I'm going to be here. But if I don't
15   die, I'll be back. I mean -- I mean, I'm just being
16   honest because that's how -- if it would -- we're
17   tired of it. And we -- we need to relieve you off.
18   Please. And you're going to have to be the hands that
19   do it. You are the only ones that I know that can do
20   it. I've lived in those three cities and I never
21   moved. Can you imagine that? Three cities.
22        I'm a third generation. I got a daughter that
23   lives here, but she got married out, she was the
24   fourth generation there. And I -- and I plan us to
25   leave -- ever leave the land. All I want you to do is

Page 63

1    do this. Build a community that kind of -- not by
2    where our votes are Republicans or votes for Democrat,
3    or votes for blacks. I happen to be black. I can tell
4    you now that I happen to be black and, God forgive,
5    male.
6         I happen to vote Democrat sometimes. I have voted
7    Republican. Yes, I have. But this is what I want. You
8    all to take into consideration that -- that young man
9    -- that man that was standing before me, talked to me
10   and said, I'm serious about this. I said in a funny
11   way, but I am serious. Let's vote -- let's do the
12   thing right. Let's just show the rest of the world
13   that Mississippi ain't what it is.
14        I called when the votes actually where you live
15   and I said the great state of Mississippi. Give me two
16   more minutes, I'm going to sit down. The great state
17   of Mississippi. I would love to be able to say one day
18   that I have talked to abiding people that heard my
19   cry. That heard my cry. That's all I'm asking is
20   righteous. All I'm asking is fairness.
21        When you go back to the board and get with the
22   other members and do -- let's try to -- let's try to
23   go this way. And you know what? I'm a firm believer
24   and I have to believe in something because if you are
25   a black man in America, you have to believe in some

Page 64

1    higher power. And I believe that higher power. And it
2    took me a long way to be.
3         I told you I was with the Memphis police -- been
4    with the Memphis police department, 30 something years
5    to come into the military and [inaudible] also. And it
6    took me to high school. You know, speaking of high
7    school, when I went from high school in the grade
8    school and Bernando Central High School in 1967
9    integrated.
10        It was six schools in DeSoto County. They had
11   three white and three black. So we had three black
12   principals at that time. To the day, I'm not sure
13   though, if there was old 40 and we still don't have a
14   three black principals. Now, doesn't that say
15   something? And you think about, I been paying taxes
16   since the -- well, no I didn't start in 1947.
17        My grandmother was paying taxes on both sides in
18   our family since 1947. My mother and father and we
19   still can't get representation. Did -- the cabinet is
20   in your hand. The baton has been passed in your hand.
21        Now, what you do with that baton, is what you're
22   going to have account. See, I've done my job. I come
23   to you, laid it out to you explained to you why we're
24   here.
25        And if you just let my words fall on your deaf

Page 65

1    ears, it ain't -- that's -- that's not going to be
2    brothers and sisters. And I call you brothers and
3    sisters and that's what I mean about it. It's not on
4    me, it's on you. Please do the right thing. Thank you.
5    [applause]
6         MR. CHAIRMAN: All right. Uh, Mr, Mark Gardner?
7         MR. GARDNER: Thank you Mr. Chairman and
8    committee. Appreciate, uh, your service where you're
9    saying the salary of legislators.
10        So I know this is a labor of love for you guys to
11   travel all over the state and do this, and we
12   appreciate your service. Mr. Booth, good to see you
13   again. And, uh, appreciate Dr. Hein [ph] for hosting,
14   uh, he was here a minute ago.
15        This -- I know you're not here to discuss the
16   county and city redistricting, although there's been a
17   lot of conversation about that. I want to state as a
18   DeSoto County supervisor, that, uh, that process is
19   very open to the public.
20        And our -- our agendas are published on our
21   website and, uh, on our Facebook page. And anybody can
22   come and give us input. In fact, we welcome it.
23        And I'm sure in the, um, the mayors and board of
24   aldermen, when they do their redistricting meeting for
25   the city wants would -- would welcome input on that as

SDT-SJLCRR-000187

JTX-025-017

STANDING JOINT CONGRESSIONAL REDISTRICTING COMMITEE
Hearing  on 08/09/2021                                    Pages 66..69

**Page 66**

1  well. My questions, uh, and I really don't have a
2  prepared speech. I just had a few questions. I know
3  that, uh, uh, our goal would be to have this process
4  done before the 2023 state and county elections.
5      Again, and the qualifying starts for that in
6  January of 2023, of course, you know, the census
7  bureau has been delaying and delaying and delaying
8  getting us the data. And — and as I understand, y'all
9  still don't have that data in hand, but the process we
10 use is blob band [ph] how many — how many people. And
11 we — we understand, and I'm — I'm looking at your
12 map on a phone, it's interesting. There's three
13 counties in blue, which indicated greater than 12
14 percent growth, uh, based on census estimates.
15     And DeSoto has 14 percent, so I know that some of
16 those districts will get smaller because of the, uh,
17 uh, the — the population of people in those
18 districts. So I guess my question more specifically to
19 y'all is — is at the timeframes that, uh, y'all are -
20 - are working towards — towards the 2023, uh, Senate
21 and House, uh, gubernatorial county supervisor
22 elections. Or do y'all have different deadlines?
23     MR. CHAIRMAN:  You know, we're — we're at —
24 we're here to hear comments, but I can just tell you
25 that it's — that we're going to have redistricting

**Page 67**

1  done in the — in the next session in 2022.
2      MR. GARDNER:  Okay. And, uh, where — where can
3  the public and everyone who spoke — where can we —
4  where can we track the deliberations of this
5  committee?
6      Will it be on the, uh, legislative website as we
7  see — I mean, one thing, obviously, we're seeing a
8  lot of these folks, uh, that have spoken is, you know,
9  I — I feel certain with the growth in DeSoto County
10 we're going to have more, uh, representative in Senate
11 — possibly Senate seats.
12     Uh, that — that people will be eligible to run
13 for out of DeSoto County. Uh, how — how would we
14 track that progress?
15     MR. CHAIRMAN:  Legislative website.
16     MR. GARDNER:  Legislative website. Okay. Thank
17 y'all very much for coming to North Mississippi.
18 [applause]
19     MR. CHAIRMAN:  Okay. Mr. John Eubanks [ph]?
20     MR. EUBANKS:  I, too, came from work. My name is
21 John Eubanks. I'm a minority person. I'm white and
22 I'm a Republican and I am a member of the executive
23 committee, the Tate County Republican Club.
24     And I can tell you that you're just to go to the
25 Republican party and make it inclusive. And we are at

**Page 68**

1  a state level, trying to make our club inclusive.
2      But it occurs to me that you guys hit them on
3  impossible task, because most of the comments we've
4  heard that night talk about the fact of
5  misrepresentation.
6      But for most of my adult life, the civil rights
7  movement in this country has strove to s- — to
8  integrate us as communities who we are. And so we're
9  salt and pepper communities, and you guys are going to
10 be drawing your guidelines along community lines, not
11 racial lines.
12     And I don't know how you're going to do it. I can
13 tell you on behalf of Republicans in Tate County, we
14 already share a — a Senate seat with an adjoining
15 county. And it's not our desire that you further split
16 Tate County. And, uh, it is, uh, it is — my desire,
17 and it is many people expressed and were able to state
18 wired to your decisions and the progress it speaks.
19     But it's my understanding is it's not that —
20 that redistricting will not occur unless it passes
21 both the House and the Senate. Once you draw the lines
22 that you're going to vote on it.
23     And so each of us have a representative and a
24 Senator that — that we can influence directly as to
25 how we feel about polling that — that passes or will

**Page 69**

1  this be done basically, uh — uh, without input from
2  the public once you have drawn the lines?
3      MR. CHAIRMAN:  It'll have to be voted on if
4  approved.
5      MR. EUBANKS:  Okay. So we still have a voice.
6  Each of us have a voice. And, uh, it is my — it is my
7  prayer that you guys are — are able to figure out a
8  way to do this because frankly, I think this is a
9  conundrum and I don't know how you're going to do it.
10     And I know that you're going to like a lot of
11 people unhappy and you're going to make some people
12 happier. But, uh, uh, I thank you for coming and on
13 behalf of the Republican Party in Tate County, we
14 appreciate you being here. [applause]
15     MR. CHAIRMAN:  All right. I want to thank all of
16 y'all for your comments and — and remind you that if
17 you have any material that you haven't given us, um,
18 we — you can either do it tonight or you can — you
19 can send it to, uh, to the address — to the address
20 that we're going to give you. Um, I want to thank our
21 host again for providing this — this space.
22     This is, uh, a wonderful room to have something
23 like this and, um, thank y'all for — for coming. We
24 thank our staff for their — for their efforts and
25 making sure that — that the people across the state

SDT-SJLCRR-000188

JTX-025-018

## STANDING JOINT CONGRESSIONAL REDISTRICTING COMMITEE
### Hearing  on 08/09/2021

Pages 70..72

**Page 70**

1  can see this and, uh, there's a record of the comments
2  made. That -- that they're doing that.
3      And I want to remind the public that we're just
4  in the beginning -- right, I'll -- I'll lead you out
5  just [inaudible] we're just beginning this process
6  and, you know, we're just going to -- we're listen to
7  the comments, suggestions that have been made, and
8  finally y'all that are attending know that if you have
9  any other members --
10     MALE 2:  This was found in a chair.
11     MR. CHAIRMAN:  Right. Um, okay. Uh, I have what
12  appears to be a large sum of money that someone left
13  in their chair? Um, [speaking in background inaudible]
14  we -- we do have a name on it. So, uh, don't -- don't
15  come up here to claim it, if it wasn't yours now.
16  [speaking in background inaudible] Jesse Edwards? Is
17  he still here?
18     FEMALE 3:  I'll take it to him.
19     MR. CHAIRMAN:  Oh.
20     [speaking in background inaudible]
21     MR. CHAIRMAN:  Uh, write your name down on
22  something so we know who to give it. All right. Thank
23  you for that. Um, so probably -- I know you had
24  something that you wanted to say? So, um --
25     MALE 5:  Well, thank you, Mr. Chairman. I would

**Page 71**

1  just like to say to the people that spoke, uh, and
2  those who attended thank you for coming out and thank
3  you for speaking to us. The reason we come and have
4  these hearings -- the reason we go about this study is
5  to learn more about various areas of the state. And
6  all of us have learned something.
7      I didn't know about Jago. I didn't know that
8  Lewisburg was so upset that the people of [inaudible].
9  I don't -- I don't know what the folks are going to
10  [inaudible] and I understand that there was a
11  [inaudible].
12     But I hadn't had -- in all seriousness, this is -
13  - this is why we come and have an appearance. We -- we
14  -- listen to people who tell us things which are
15  inconsistent. One person wants X, one person wants my
16  X.
17     So obviously when you look at the map,
18  everybody's not going to be happy with everything. But
19  we have listened to what you said, our colleagues are
20  listening, uh, on YouTube or wherever it is, or -- or
21  also listening.
22     And it's -- it's been worthwhile for us to come
23  hear what you had to say. I hope it's been worthwhile
24  for y'all to come here and talk to us and thank you
25  for coming out and participating. [applause].

**Page 72**

1
2
3      I, Chris Maaden, a transcriber, hereby declare
4  under penalty of perjury that to the best of my
5  ability the above 71 pages contain a full, true and
6  correct transcription of the tape-recording that I
7  received regarding the event listed on the caption on
8  page 1.
9
10     I further declare that I have no interest in the
11  event of the action.
12     [signature]
13     August 25, 2021
14     Chris Maaden
15
16
17
18  (Standing Joint Congressional Redistricting Committee,
19  Senatobia, 8-9-21)
20
21
22
23
24
25

SDT-SJLCRR-000189

JTX-025-019

STANDING JOINT CONGRESSIONAL REDISTRICTING COMMITTEE
Hearing on 08/09/2021                                    Index: 0.6..80

| | | | |
|---|---|---|---|
| **0** | 1947 57:9 64:16,18 | 2022 8:25 67:1 | 400 45:16 |
| 0.6 50:15 | 1960s 28:3 | 2023 66:4, 6,20 | 40s 57:9 |
| **1** | 1967 64:8 | 222 27:25 | 41 45:9 |
| | 1972 41:7 | 23 44:10 46:2 | 4855 57:13 |
| 1 24:13 | 1980 25:4,5 | 24,273 10:9 | 48th 33:19 |
| 10 8:6 9:8 29:7 46:7 51:21,22 52:1 | 1985 41:9 | 25 20:24 25:9 | 49 50:18 |
| | **2** | 28th 29:9, 19 | 49th 33:19 |
| 11 6:1 | 2 37:10,13, 20 38:23, 25 39:4,7, 9,13 48:24 49:1 70:10 | | **5** |
| 12 66:13 | | **3** | 5 40:15,21 70:25 |
| 120 57:11 | | | 50,000 44:11 |
| 1204 14:19 | 2.4 8:8 | 3 44:10 70:18 | 50th 33:6 |
| 123 57:8 | 20 13:22 25:9,18 35:2,21 44:25 55:21 | 3,500 29:11 | 5225 44:15 |
| 1238 57:7, 11 | | 3,551 19:25 | 523 27:25 |
| 14 66:15 | | 30 29:14, 20,23 36:24 42:1 46:20 64:4 | 56,984 10:11 |
| 14th 22:6 28:5 | 200,000 39:4 | | **6** |
| 15 17:19 19:14 45:7 | 2000 25:18 | 37 59:10 | 6,000 54:25 |
| 15th 11:5 22:6 | 2010 7:18 19:25 | 38654 27:4 | 63 50:15 |
| 16 17:17 18:1 19:14 25:15 | 2013 45:14 59:22,23 | 3921-1204 14:20 | 6:00 57:14 |
| | 2015 27:18 | **4** | **7** |
| 17 28:12 | 2016 31:10 | | 73 57:1,6 |
| 1800 46:6 | 2019 24:5 | 4 6:24 | 75 25:9 |
| 1890 8:9 16:6 39:22 | 2021 29:9 45:17 50:13 | 40 6:4 64:13 | **8** |
| | | | 80 25:9 60:8 |

www.huseby.com          Huseby Global Litigation          800-333-2082

SDT-SJLCRR-000190

JTX-025-020

STANDING JOINT CONGRESSIONAL REDISTRICTING COMMITEE
Hearing on 08/09/2021                Index: 800..Alright

| | | | |
|---|---|---|---|
| **800** 46:6 | 64:22 | 69:19 | **afternoon** 20:14,15 |
| **80s** 57:20 | **accountability** 48:16 | **adequate** 51:8 | 31:4 43:13 |
| **82** 44:2 | **accountable** 48:19 | **adequately** 44:7 | **agendas** 65:20 |
| **85** 60:8,10 | | | **agree** 26:17 |
| **8670** 27:3 | **accuracy** 48:6 | **adhere** 21:20 27:20 | **ahead** 12:6 |
| **8th** 29:18, 21 | **accuse** 59:8 | **adhered** 22:23 | **Alcorn** 49:8 |
| | **accused** 59:13 | 31:19 | **alderman** 45:11,12, 17 48:14 |
| **9** | **accusing** 59:11 | **adjoining** 68:14 | 59:25 60:3 61:1 65:24 |
| **94** 8:13 | **act** 22:6 | **adopted** 47:21 | **aldermen** 29:21 |
| **95** 37:3 | 27:20,24 36:7 | **adult** 68:6 | **align** 26:20 |
| **A** | **actual** 11:7 | **advantage** 13:7 | **aligned** 42:19 |
| **abiding** 63:18 | **Adavaro** 34:24 | **advise** 36:6 | **all-black** 57:10 |
| **ability** 34:8 | **Adavarance** 34:25 | **advocate** 19:18 | **Alliance** 20:22 |
| **abortion** 32:14,25 | **add** 15:3 45:8 54:6 | **affect** 19:9 | **allocate** 28:7 |
| **abortions** 32:19 | **Addison** 34:23 | **affected** 31:24 | **allowed** 20:10 36:11 40:1 |
| **absence** 31:23 | **additional** 21:11 | **affiliation** 47:14 | 58:17 |
| **absolute** 52:18 | **Additionally** 8:8 | **affordable** 41:21 | **allowing** 20:11,17 |
| **absolutely** 56:14 | **address** 14:10,16, | **African** 23:16,23, | 31:5 41:4 56:18 |
| **access** 13:8, 11 14:14 | 24,25 16:22 | 25 24:3,9 25:11,21, | **Alright** 7:14 |
| 33:3,17 51:3,8 | 57:6,11 | 22 26:1 45:10 | |
| **account** | | | |

SDT-SJLCRR-000191

STANDING JOINT CONGRESSIONAL REDISTRICTING COMMITEE
Hearing  on 08/09/2021                    Index: amendment..back

**amendment**
22:6 28:5

**America**  34:8
48:22
63:25

**American**
24:3 26:1
44:3 45:10

**Americans**
23:16,24,
25 24:9
25:12,21,
22

**amount**  28:21
30:20

**analyze**
21:4,9
23:3

**ancestry**
16:9

**annexation**
29:19
41:13
42:20

**annexed**  27:6
29:12 30:3
41:14
42:1,2

**annexing**
30:20

**anymore**
60:23

**apathy**  29:3

**apologize**
56:10,12

**app**  36:9

**apparently**
17:22

**appeal**  43:15

**appearance**
56:10
71:13

**appears**
70:12

**applause**
6:2,5,8,11
17:9 20:12
23:7 24:15
26:24 31:1
32:21 33:7
34:16,21
35:4,23
37:19
40:22 43:8
44:14 47:9
48:22
51:11
56:6,8
58:6 59:8
61:15 65:5
67:18
69:14
71:25

**applied**
27:23

**appreciated**
12:24

**approved**

69:4

**approximately**
51:23

**April**  11:5

**area**  9:22
11:25 12:4
19:3 30:17
37:3,24
38:11,17
41:9,18
42:1,2,19
49:13 50:2

**areas**  9:19,
22 18:4
29:10,11,
17 37:21
38:3,4
41:22 71:5

**argue**  41:19

**Arizona**  33:8

**arrest**  59:14

**assessors**
24:7

**asset**  13:8

**assigned**
29:12

**assigning**
27:12

**assistance**
19:9

**assistant**
11:16

**assured**  48:5

**attempted**
27:16

**attend**  47:4

**attended**
71:2

**attending**
70:8

**attention**
12:17

**attest**  50:21

**Attorney**
30:15

**attractive**
28:10

**August**  11:11

**aunt**  34:15

**authority**
23:5
54:10,11,
12

**avoid**  10:22
21:23,25
22:8 27:22
36:24

**avoided**
13:25

**aware**  9:6
54:14

_____

**B**
_____

**back**  17:1
23:2 49:9

STANDING JOINT CONGRESSIONAL REDISTRICTING COMMITEE
Hearing  on 08/09/2021                    Index: background..bush

62:11,12,
15 63:21

background
70:13,16,
20

backgrounds
16:8

band  66:10

Baptist
60:19

bar  59:1

base  43:6
45:9 46:5

based  42:14
48:19
50:13
66:14

basically
9:7 10:14
13:15
52:15
53:18 69:1

basis  28:7

baton  64:20,
21

beating
56:20

beautiful
41:21

beginning
70:4,5

behalf  20:21
68:13

69:13

belay  61:25

belief  45:21

believer
63:23

belong  47:8

belongs
47:9,17

benefit
15:11

big  38:10
55:9

bigger  38:1

bill  33:18

bipartisan
45:1

birth  32:14

bit  9:13
15:22 55:3
56:16

black  47:19
48:23 49:2
50:9,11,
14,15,21,
24 51:1
55:10 57:8
60:9,11
63:3,4,25
64:11,14

blackest
34:7

blacks  63:3

bless  48:21,
22

blob  66:10

block  38:10

blue  66:13

board  24:2,
10 26:1,2
48:14
58:19
63:21
65:23

boards  24:10

bodies  32:21

body  56:13

bond  42:17

Booth  14:18
65:12

born  15:24
56:4 57:2,
5

bottom  31:12

bought  16:6

boundaries
22:9,10,
17,18
53:24 55:6

box  14:19
55:9 57:7,
11

boy  58:16

Branch
17:18,19,

21 18:1,14
19:14,24
23:15,17
24:21
27:4,6,9
28:9 29:12
30:2 31:8
41:11,22
42:16,17,
19

bring  12:16
14:5 59:18

broad  9:25

broadcasting
14:14

broken  22:12

brothers
65:2

brought
18:25
50:24

Bryan  45:2

Bryant  47:23

bubbles  59:1

build  27:16
59:14 63:1

built  29:10

bulk  23:5
56:17

bunch  36:4

bureau  66:7

bush  56:20

SDT-SJLCRR-000193

JTX-025-023

STANDING JOINT CONGRESSIONAL REDISTRICTING COMMITTEE
Hearing on 08/09/2021                    Index: business..city's

| | | | |
|---|---|---|---|
| business | 15,18 | 19,21,25 | 58:24 |
| 49:10 | cases 28:3 | 52:6,14,25 | Choctaw |
| 50:21 | caused 18:21 | 53:3,12 | 44:1,4 |
| | | 54:10,22 | |
| C | census 8:7 | 56:7 65:6, | choice 18:25 |
| | 11:2,3,14 | 7 66:23 | choose 58:6 |
| c- 8:3 36:1 | 22:25 | 67:15,19 | chose 60:5 |
| cabinet | 50:13 | 69:3,15 | Christian |
| 64:19 | 66:6,14 | 70:11,19, | 48:1 |
| calendar | center 19:2 | 21,25 | Church 16:4 |
| 30:21 | 37:25 | challenges | 46:14,19 |
| call 13:2 | centered | 9:3,16 | circle 38:15 |
| 15:2,6 | 46:9 | 10:24 | cities 28:12 |
| 30:13,14 | Central 18:6 | 11:15 | 62:20,21 |
| 53:21 65:2 | 64:8 | chance 20:8 | citizens |
| called 21:7 | cents 50:15 | 23:25 | 19:11,16 |
| 56:24 | chair 27:11 | 25:10,12 | 43:16 |
| 63:14 | 70:10,13 | 35:17 | 46:24 |
| camera 35:14 | chairman | Chancellor | 47:1,13 |
| campaigned | 6:6,12,24 | 24:6 | 48:4 |
| 46:1,3 | 7:13 | change 53:23 | city 20:21 |
| candidate | 15:15,18 | changed | 24:21,22 |
| 9:19 18:16 | 17:5,7,10, | 57:11 | 25:8,22 |
| candidates | 13 20:13, | charge 21:12 | 26:20 |
| 9:10,11,12 | 15 23:8,12 | 33:13 | 27:6,9 |
| 18:25 | 25:25 | Chicago 49:4 | 30:6 31:8 |
| capable | 26:25 27:1 | child 32:3 | 39:11 |
| 32:20 | 31:2 34:22 | 49:20 | 41:22 |
| card 13:1 | 35:5,24 | children | 44:21 |
| care 49:20 | 36:6,12,20 | 24:11 | 46:4,23 |
| 51:4,8 | 37:1,12 | 31:14 | 49:24 |
| Carter 41:25 | 40:1,4,7, | 32:14 | 56:24 |
| case 59:13, | 12,16,23 | 34:14 | 65:16,25 |
| | 41:1 43:9, | 49:11,19, | city's 46:8 |
| | 12 48:23, | 23,25 50:6 | |
| | 25 51:12, | | |

SDT-SJLCRR-000194

**STANDING JOINT CONGRESSIONAL REDISTRICTING COMMITTEE**
Hearing on 08/09/2021                    Index: civic..congressional

civic  10:11

civil  47:21
  68:6

claim  70:15

clandestine
  47:18

clarity  7:23

clear  33:20

clerk  24:6,7

clerks  24:7

close  11:12,
  18 59:23

closer  35:10
  54:23

club  67:23
  68:1

coast  9:23

collapse
  38:7,18

colleagues
  71:19

collective
  46:22

college  32:7
  49:7

color  31:14
  32:9 34:14

con-  13:25

combined
  37:7 44:21

comment

13:20
37:10
40:17

comments
  12:13,23
  14:18 35:5
  40:16
  51:16
  66:24 68:3
  69:16
  70:1,7

commission
  27:18

commitment
  48:9

committed
  27:13

committee
  6:22 7:7,
  14 8:15
  13:1,6,14
  14:19
  27:2,20
  35:2,3
  37:14 41:3
  43:2,5
  51:18 65:8
  67:5,23

committee's
  13:8

committees
  14:7

common  9:4
  50:4

commonly

51:2

communities
  22:20
  30:23
  31:25
  36:14 45:5
  68:8,9

community
  15:21,25
  16:3,17,24
  18:10
  19:9,18,
  20,23 21:3
  30:3 41:17
  42:6,7,9,
  12,23
  43:17 45:1
  46:19
  52:13
  53:10 63:1
  68:10

compact
  21:22
  38:14

compared
  28:12 32:4

compete  32:7

complete
  19:1 32:6

comply  13:25

composed
  21:21

compromised
  27:22

computer
  13:9,11
  55:24

concentrating
  36:5

concern
  28:19
  49:14
  61:22

concerned
  20:25 58:5

concerns
  12:12,15
  13:13,15
  14:2 34:5
  61:24

conclusion
  48:10

condition
  32:4

confer  41:25

confined
  22:5

confusion
  22:14

congregate
  46:5

congressional
  8:5,22
  10:4,13
  12:18 39:7
  48:2 52:2,
  19 53:7
  54:16

SDT-SJLCRR-000195

STANDING JOINT CONGRESSIONAL REDISTRICTING COMMITEE
Hearing  on 08/09/2021                        Index: Connor..data

| | | | |
|---|---|---|---|
| **Connor** | 32:11 | 66:13 | 16 69:13 |
| 34:23,24 | **contractor** | **country** | **couple** 35:20 |
| 35:19,25 | 28:25 | 32:23 68:7 | 36:1 38:10 |
| 36:10,18, | **control** | **county** 10:20 | **court** 24:7 |
| 23 37:17 | 32:14 46:5 | 11:18,23 | 25:6,7 |
| 38:21,24 | **controlled** | 12:2 | 28:5 |
| 39:2,5,8, | 47:10 | 17:15,17 | **courts** 48:4 |
| 11,17 | **conundrum** | 18:20 | **cracking** |
| 40:2,6,9, | 69:9 | 19:14,19, | 59:5 |
| 13,18 | **conversation** | 22,23 | **create** 16:24 |
| **consciousness** | 65:17 | 20:7,9,16, | **creating** |
| 43:16 | **convinced** | 19 23:14, | 16:11 |
| **consideration** | 8:12 | 17 24:2,6, | **creed** 47:11, |
| 24:23 63:8 | **copy** 18:25 | 10,22 | 14 |
| **const-** 18:22 | **correct** 57:7 | 25:6,14, | **cross** 22:10 |
| **constables** | 16:14 | 15,23 | **Crow** 39:24 |
| 24:8 | | 26:5,20,21 | **cruel** 26:11 |
| | | 27:5,11, | **crunching** |
| | : 8:16 | 13,15,17 | 55:3 |
| | ) | 29:4,9 | **cry** 63:19 |
| | 36:7 | 30:1 31:8, | **current** |
| | ),19 | 15 32:1,5 | 29:22 |
| | | 37:22,23 | 39:20 |
| | 8 | 41:1,7,18 | **cut** 39:16 |
| | | 42:8,12,14 | |
| | | 44:9 45:7 | |
| | | 46:2 49:24 | |
| | | 52:11,23 | |
| | | 53:10 54:4 | |
| | 11:20 | 56:5,23 | **D** |
| | | 57:10 | |
| | 44:2 | 58:21 | **Dale** 6:9 |
| | | 64:10 | **data** 11:4, |
| | 0, | 65:16,18 | 10,21 |
| | | 66:4,21 | 22:25 |
| | 4, | 67:9,13,23 | 55:23 |
| | 54:7 | 68:13,15, | 66:8,9 |

Huseby Global Litigation                        800-333-2082

SDT-SJLCRR-000196

STANDING JOINT CONGRESSIONAL REDISTRICTING COMMITEE
Hearing  on 08/09/2021                    Index: date..discarded

| | | | |
|---|---|---|---|
| date 11:5 | 32:15 43:6 | 57:18,21, | 41:1,7 |
| daughter | 59:19 | 22 58:3 | 44:9 45:7 |
| 62:22 | decisions | 63:2,6 | 46:1 52:11 |
| daunting | 32:20 | Democratic | 56:23 |
| 43:3 | 33:24,25 | 18:3 41:1 | 58:21 |
| David 40:24, | 34:3,5,20 | Democrats | 64:10 |
| 25 | 68:18 | 57:24 | 65:18 |
| Davis 57:22 | declaring | demographics | 66:15 |
| day 37:23 | 45:3 | 39:19 | 67:9,13 |
| 42:2 61:21 | dedication | demoted | despondent |
| 63:17 | 41:4 | 46:21 | 20:3 |
| 64:12 | def- 26:10 | department | determine |
| days 29:20, | defeated | 64:4 | 40:10 |
| 23 | 24:5 | depends | 55:23 |
| de- 34:7 | defend 33:25 | 39:13 | deviations |
| de-value | definition | deserve 17:3 | 29:7 |
| 58:13 | 26:10 | 42:22 | Diane 48:24 |
| dead 58:19 | degree 37:17 | designed | die 62:12, |
| deadlines | Dehart 27:3 | 46:13 47:2 | 15 |
| 8:21 66:22 | delaying | desire | Diego 15:24 |
| deaf 64:25 | 66:7 | 68:15,16 | difference |
| deal 9:14 | delays 11:3 | Desoto | 60:22,23 |
| 55:7 | deliberations | 17:15,17 | dilute 18:3, |
| dealt 49:25 | 67:4 | 18:6,20 | 20 28:2 |
| dear 56:22 | delivery | 19:13,19, | 39:6 |
| 59:23 | 11:12 | 22,23 | directly |
| debate 37:2 | Delta 20:20 | 20:7,9 | 68:24 |
| decided | democracy | 23:14,17 | disabilities |
| 56:14 | 43:18 | 24:2,6,22 | 32:9 |
| decision | Democrat | 26:5 27:5, | disabled |
| 16:24 | 17:25 | 11,15,17 | 34:14 |
| 25:1,3 | 21:17 | 29:4,13 | discarded |
| | | 30:1 31:8 | 62:5 |
| | | 32:1,5 | |

SDT-SJLCRR-000197

JTX-025-027

**STANDING JOINT CONGRESSIONAL REDISTRICTING COMMITEE**
Hearing on 08/09/2021                    Index: discuss..effective

| | | | |
|---|---|---|---|
| discuss | 28:15 | diverse 35:3 | 48:2,6 |
| 65:15 | 29:13 | 41:17 45:8 | 53:24 62:4 |
| discussed | 36:3,5 | diversity | 69:2 |
| 19:17 | 37:2,25 | 44:7 | Drive 27:3 |
| discussing | 38:8,19 | documents | 44:16 |
| 12:12 | 39:12,15, | 16:23 | drone 25:11 |
| disenfranchise | 18 41:8,18 | dollars | due 31:17 |
| d 47:19 | 44:18 | 33:6,13 | 42:9 |
| dismay 42:4 | 52:3,19 | 41:23 | |
| disparities | 54:16,17, | doubled | _____ |
| 31:16 32:2 | 18,19 | 28:14 | E |
| disproport- | 60:20,21, | doubles | earlier 13:3 |
| 28:20 | 22,23 | 44:20 | 19:13 |
| disproportiona | district's | drafted | ears 65:1 |
| te 28:20 | 62:4 | 22:16 | eat 56:15 |
| disproportiona | districts | draw 11:24 | economic |
| tely 28:23 | 8:6 10:5, | 12:17,22 | 43:25 |
| 44:18 | 13,18 | 15:20 | 49:16 51:6 |
| disqualified | 12:1,3,18, | 16:16 29:8 | economy |
| 29:24 | 22 13:24 | 36:8 38:12 | 33:20 |
| dist- 13:23 | 18:23 20:7 | 39:9 53:20 | education |
| distinct | 21:15,21, | 58:11 | 20:21 |
| 29:10 | 22,23 | 61:11 | 32:13 33:2 |
| district | 22:8,17 | 68:21 | 49:20 |
| 6:1,4,7 | 36:8 37:6, | drawing 22:8 | 51:4,8 |
| 10:8,11 | 7,8 38:6, | 26:19 29:6 | educational |
| 16:25 | 12,19,22 | 32:15 | 16:8 31:18 |
| 17:20 | 39:1,3,7, | 34:11 | Edwards |
| 18:2,5,7 | 12,14 | 68:10 | 70:16 |
| 19:25 | 40:3,10 | drawn 18:3, | effect 22:3 |
| 20:1,6 | 45:23 48:7 | 15 19:21, | effected |
| 22:13 | 51:1 | 22 21:3,6, | 44:7 |
| 23:14 | 52:20,21 | 15 23:2 | effective |
| 25:11,13 | 53:20,21 | 33:23 | |
| | 54:18 | 45:21 | |
| | 55:23 | | |
| | 66:16,18 | | |

SDT-SJLCRR-000198

JTX-025-028

```
22:3 45:24        eligible          11:2,14           exercising
                    67:12           12:7 66:14          20:3
effects
  28:22           eliminate        Eubanks            exhibit  10:7
  57:16            53:10            67:19,20,
                                    21 69:5           expect  47:10
effort  53:9      email  13:7
                    14:21          Eudora             expectation
efforts                             43:21,22           43:4
  27:22           employment
  69:24            32:8            evening            expected
                                    12:15              32:6
eire  42:4        enable  16:23     17:12,13
                                    23:10,11          experienced
Eisen  17:10,     encountered       49:2 51:13         31:16,18
  12,14            49:12            56:9
                                                      explained
elect  18:15      encourage        evens  10:17        64:23
                    10:2 17:22
elected                           Evers  43:22        exploded
  17:25           engaged  41:5                         41:20
  18:24 24:4                       everybody's
  25:25           enlighten         22:1 24:17        express  34:5
  28:21,23          43:15           71:18
  29:25                                               expressed
  50:16           ensure  32:11   evidence             68:17
  57:24 58:4                         46:23
                  ensuring                            _____
electing            27:21         exact  57:9              F
  18:24
                  entitled        exception          face  9:3
election            42:3            30:4
  12:21                                               Facebook
  27:17           equal  24:24    excited              65:21
  28:15             31:19           56:21
  29:18,24          32:13 33:3                        faced  9:15
  30:21 42:3                       exclude             11:17
                  equality          53:18
elections           28:5                              fact  35:20
  66:4,22                          excluded             65:22 68:4
                  equitable         32:10
electoral           27:15 48:7                        facts  59:12
  27:14 28:6                       excuse  6:12
                  established        43:1             fail  28:7
elementary          29:23
  32:3              46:13,19       executive          fair  20:8
                                    67:22              24:17,18
                  estimates                            26:4 27:15
                                                       30:20
```

SDT-SJLCRR-000199

JTX-025-029

STANDING JOINT CONGRESSIONAL REDISTRICTING COMMITEE
Hearing on 08/09/2021                      Index: fairly..General's

31:17
34:8,9
50:23
51:5,9

**fairly**
19:21,22
23:6 29:8

**fairness**
24:18 48:6
62:2 63:20

**fall** 8:23
64:25

**families**
45:8

**family** 28:23
34:4
58:22,23
64:18

**Fanda** 43:22

**fast** 25:5

**fastest**
28:10

**father** 64:18

**favor** 45:22

**federal** 8:3
25:7 33:5,
13 39:5
47:25
55:17
58:12

**fee** 33:11

**feel** 14:13
19:11

42:19
54:14 67:9
68:25

**feet** 29:11

**fellow** 48:3

**felt** 18:9

**FEMALE** 24:13
48:24 49:1
70:18

**Fernando**
41:11

**figure** 38:5
69:7

**final** 11:12
16:23 23:5

**finalized**
20:11

**finally** 70:8

**find** 48:12,
18 52:16

**fine** 23:12
25:17

**FINRA** 28:24

**firm** 63:23

**firsthand**
31:16

**fit** 37:16
38:20
42:21

**fixed** 33:14

**flag** 47:22

**flipped**
13:22

**folder** 17:16
19:1

**folks** 44:20
67:8 71:9

**follow** 36:7
61:11

**food** 56:16

**force** 60:13

**forces** 33:1

**forgive** 63:4

**formed** 8:15

**forty** 50:17
57:20

**forums** 34:1

**forward** 17:7

**found** 18:14
31:11
70:10

**foundation**
39:23
43:25

**fourth** 62:24

**frankly** 69:8

**free** 14:4
16:5
43:19,20

**fresh** 59:21

**Fri-** 11:11

**friend** 25:25

59:25
60:3,19

**friends**
28:24

**full** 56:17

**functions**
52:12

**funny** 63:10

**future** 44:14
50:4

— G —

**Gail** 15:8
46:18
60:19

**gained** 9:14,
24 10:1
45:7 54:19

**game** 55:8

**gap** 50:13,
24

**gaps** 51:7

**Gardner**
65:6,7
67:2,16

**garnered**
45:10

**Gatewell**
46:15

**general**
16:13

**General's**

STANDING JOINT CONGRESSIONAL REDISTRICTING COMMITTEE
Hearing  on 08/09/2021                    Index: generation..hand

30:15

generation
  57:3
  62:22,24

generations
  34:4

gentleman
  60:11 61:3

gentlemen
  24:11
  43:14
  51:14

gerryman-
  27:23

gerrymandering
  21:24,25
  27:23
  36:3,10,
  15,18 59:4

get all
  13:10

Gillespie
  17:14

gin  16:14

give  10:4
  11:14
  14:25
  17:16
  23:24
  26:10
  59:17
  61:12
  63:15
  65:22

69:20
70:22

giving  25:11

glad  7:11
  13:5 35:6

goal  66:3

goals  53:17

God  47:24
  48:3,21
  63:4

God-loving
  48:5

good  11:14,
  19 17:12,
  13 20:14
  23:10
  25:25
  26:13 31:4
  43:13 49:2
  51:13 56:9
  65:12

governed
  39:20

governing
  14:7

government
  22:10
  26:11
  33:13
  47:8,17
  48:1 58:12

governor  7:5
  47:22,23

grab  38:8,
  13

grade  64:7

graduated
  37:17

grandfathers
  58:19

grandmother
  58:16
  64:17

grandmothers
  58:20

granted
  42:13

grateful
  34:18

great  9:14
  56:24
  63:15,16

greater
  66:13

Greg  57:22

grew  11:23

ground  50:4

group  15:25
  27:8 50:22

groups  33:22

grow  26:6
  38:19

growing
  28:10,19
  32:3

grown  11:20
  23:22 54:7

growth
  28:11,13
  41:20
  66:14 67:9

guaranteed
  28:5 44:6
  45:19
  46:11

gubernatorial
  66:21

guess  66:18

guide  55:19

guidelines
  68:10

Gulf  27:10

guy  61:6

guy's  55:10

guys  7:1
  23:23
  24:19
  65:10
  68:2,9
  69:7

| H |
|---|

hall  19:15

Hamer  43:22

Hamlin  44:14

hand  64:20
  66:9

SDT-SJLCRR-000201

STANDING JOINT CONGRESSIONAL REDISTRICTING COMMITEE
Hearing  on 08/09/2021                    Index: handle..Households

| | | | |
|---|---|---|---|
| handle  14:8, 9 | heads   51:3 | helping   19:10 | 48:19 |
| hands   62:18 | health   51:4, 8 | Henri   45:2 | holding   41:4 50:16 |
| hangs   14:23 | healthcare   33:1,6,11 | Hernando   13:21 | Holmes   31:15 |
| happen   6:16 21:14,18 61:23 63:3,4,6 | hear   12:15 13:14 15:17 30:24 31:7 35:17 43:6 48:9 50:9 57:4 66:24 71:23 | 29:14 42:9,15,17 64:8 | home   29:14 31:10 59:18 |
| happened   21:1 29:21 47:5 | | Hester   6:3 23:20 | homes   29:11 49:21 |
| happening   58:9 | | high   64:6, 7,8 | honest   62:16 |
| happier   69:12 | hear~   14:25 | higher   44:19 51:3 64:1 | honorable   44:25 |
| happy   14:24 41:16 71:18 | heard   13:18, 20 14:3 19:12,17 22:1 42:23 43:2 63:18,19 68:4 | Hill   18:4 | hope   26:22 34:18 43:3 48:11 71:23 |
| hard   51:24 60:7 | | hire   28:23 | hoped   53:22 |
| | | hired   8:16 | hopes   7:22 |
| hare~   33:16 | hearing   13:13 15:1 45:4 | hiring   27:12 28:22 | hoping   11:5 |
| Haven   16:5 17:6 19:24 23:18 24:22 44:16 45:10,17 46:10,20 56:24 57:13,20 58:1,2,3, 9,21 59:22,24 60:7,8,14 | | historically   45:13 46:18 | Horn   32:2 |
| | hearings   7:18 8:18 21:7 23:2 71:4 | history   40:5,6,8,9 45:9 47:18 57:4 | hospitable   49:7 |
| | | | host   69:21 |
| | heart   31:7 34:19 | hit   68:2 | hosting   65:13 |
| | Hein   65:13 | hmm   36:12 37:1 57:1 | House   7:2,7 10:5 14:6, 8 17:20 18:2 51:20 66:21 68:21 |
| | held   25:11 28:5 46:4 | HOA   19:6 | |
| | | HOAS   19:7 | |
| | helped   17:22 | hold   16:3 | Households |

SDT-SJLCRR-000202

JTX-025-032

STANDING JOINT CONGRESSIONAL REDISTRICTING COMMITTEE
Hearing on 08/09/2021                    Index: Houses..issues

| | | | |
|---|---|---|---|
| 51:3 | 42:22 | inclusive 67:25 68:1 | input 43:6 65:22,25 69:1 |
| Houses 44:2 | 49:15 51:5 61:1 | income 33:4, 14 | insane 32:22 |
| housing 32:13 33:2 | impossible 18:11 46:12 68:3 | inconsistent 71:15 | instance 37:22 |
| Human 33:25 | inadvertently 44:22 | inconvenience 29:15 | insulting 37:20 |
| Humana 33:9 | inaudible 6:7,10,20 8:22 9:10, 12 10:21 12:9 13:3, 19 15:4,23 25:20,21 35:24 36:5 37:19 40:12,13, 21 42:11 43:19,20 52:2 56:17 57:10,25 59:14 61:18,22 62:1,9 64:5 70:5, 13,16,20 71:8,10,11 | increased 29:2 | integrate 68:8 |
| humbly 30:24 | | incumbent 45:15 | integrated 64:9 |
| I | | independent 59:19 | interest 15:25 22:21 36:14 |
| i.e. 47:20 | | indication 11:14 | interesting 66:12 |
| I69 42:10 | | indigenous 44:1 | interests 46:25 |
| idea 10:4 11:19 | | individuals 35:11 | intuitive 56:22 |
| ideal 10:8 | | influence 68:24 | involved 6:20 12:20 42:23 |
| ideas 13:3 | | influences 29:2 | |
| illegal 59:7 | | information 11:6 12:8 13:10 14:23 17:3 48:15,20 | issue 18:1 29:5 |
| imagine 62:21 | | | issues 11:17 13:19 19:8,16 29:16 31:13 32:13,15 |
| immediately 30:10 | include 46:14,15 | | |
| impact 31:13 | included 18:6 19:4 53:16 | informed 47:2 | |
| impacted 32:17 | including 7:18 28:1 45:2 | infrastructure 33:18,19 | |
| imperative 43:1 | | | |
| implemented 18:20 29:19 | | | |
| important 18:9 19:10 24:1 39:24 | | | |

SDT-SJLCRR-000203

JTX-025-033

**STANDING JOINT CONGRESSIONAL REDISTRICTING COMMITEE**
Hearing on 08/09/2021                    Index: Jac-..legislative

| | | | |
|---|---|---|---|
| **J** | 52:12 | **Lacrate** 6:4 | **laws** 32:22 |
| | **judge** 25:7, | **ladies** 49:21 | 33:3 48:15 |
| **Jac-** 38:23 | 10 53:3,4 | **lady** 57:6 | **lawsuit** 29:8 |
| **Jackson** 6:3 | **judge-ships** | 60:18 | **lay** 39:13 |
| 14:20 | 53:2,4 | **laid** 59:12 | **lead** 57:19 |
| 38:21 | **judges** 48:15 | 64:23 | 70:4 |
| 39:17,18 | **jumped** 24:19 | **Lake** 32:2 | **leaders** 50:4 |
| 43:18 | **June** 29:18, | 57:12,19 | **learn** 6:25 |
| **Jackson's** | 21 45:12, | **land** 16:6 | 30:18 |
| 13:12 39:2 | 16,25 | 43:25 | 49:15 71:5 |
| **Jacob** 15:21 | **Juniors** | 44:1,11 | **learned** 71:6 |
| **Jago** 15:13, | 61:18,20, | 57:3,12 | **leave** 56:10 |
| 19,22,24 | 22 | 58:21,22 | 62:25 |
| 16:1,5,16, | **justice** 24:7 | 62:25 | **leaving** |
| 24 17:4,6 | | **landscape** | 44:13 |
| 46:18 | **K** | 43:24 | **ledge** 8:24 |
| 57:8,20 | | **large** 37:6,8 | **ledger** 45:3 |
| 60:6,9,10, | **Kelvy** 44:15 | 46:10 | **left** 44:22 |
| 17 71:7 | **Kensington** | 50:12 | 49:9 70:12 |
| **James** 23:8, | 58:1 | 70:12 | **legacies** |
| 13 | **Kerr** 26:25 | **largely** | 43:23 |
| **January** 66:6 | 27:1,3 | 50:15 | **legal** 39:23 |
| **Jerry** 51:12 | **kid** 49:5 | **larger** 12:1 | 55:18 |
| 56:3 | **kind** 10:3 | 29:11 | **legislative** |
| **Jesse** 70:16 | 13:13 | **largest** | 8:6,25 |
| **Jim** 39:24 | 14:12 63:1 | 50:22 | 12:18,21 |
| **job** 64:22 | **Kohoma** 44:3 | **lasting** | 24:20 |
| **jobs** 50:23 | | 27:16 | 27:2,19 |
| **John** 67:19, | **L** | **Lastly** 30:16 | 45:1 52:3, |
| 21 | | **Lauderdale** | 20,21 |
| **joint** 14:7, | **labor** 65:10 | 37:22,23 | 53:1,7 |
| 19 27:2,19 | **lack** 29:5 | **law** 32:25 | 67:6,15,16 |
| 41:2 43:4 | 31:17 | | |

SDT-SJLCRR-000204

STANDING JOINT CONGRESSIONAL REDISTRICTING COMMITEE
Hearing on 08/09/2021          Index: legislator..magazine

| | | | |
|---|---|---|---|
| **legislator** 21:5 | **lined** 35:20 | 41:10,12 44:8,15 | 37:24 54:18 |
| **legislators** 65:9 | **lines** 15:21 16:16 19:21 | 47:11 49:3 50:9 54:8 56:23,24 | 59:24 60:11 |
| **legislature** 8:9,25 24:20 47:10 58:12 | 26:6,19 29:6,8 32:16 33:23 34:11 45:21 | 57:3,13,15 63:14 **lived** 17:17, 19 19:13 30:5 33:8 41:8 44:9 | **lot** 7:2 9:12,24 16:9 41:14,15 53:15 54:23 |
| **legislatures** 51:17 | 48:2,5 58:11 61:12 | 46:1 56:5 57:3 58:1, 20 62:20 | 56:21 65:17 67:8 69:10 |
| **legitimate** 37:5 | 68:10,11, 21 69:2 | **lives** 31:13 46:3 62:23 | **love** 48:3 59:20 63:17 |
| **level** 39:6 42:12 49:22 68:1 | **list** 31:21 32:8,22 | **living** 16:10 **local** 28:21 | 65:10 **loved** 49:5 |
| **Lewisburg** 41:8,9,10, 12,15,17, 20 42:5,9, 12,15,19, 23 71:8 | **listen** 6:25 12:16 43:5,14 70:6 71:14 **listened** 71:19 | 29:20 48:12 **located** 29:13 **long** 11:9 22:20 | **Lovey** 31:7 **loving** 49:6 **low** 32:12 50:22 **Lynn** 48:23, 24 |
| **liability** 30:11 | **listening** 26:22 35:21,22 | 35:11 58:5 61:19 64:2 | **Lyons** 15:8, 12,17,19 |
| **Lieutenant** 7:4 | 49:2 71:20,21 | **longtime** 56:4 | 17:6 46:18 60:19 |
| **life** 56:25 68:6 | **live** 11:25 12:2 15:24 | **looked** 49:10 **Lord** 26:13 | ——————— |
| **lifelong** 20:18 | 17:16 18:10 23:14 27:3 | **lose** 45:23 | **M** |
| **limited** 16:11 47:16 | 29:10 30:6,18 37:3 38:4 | **losing** 45:6 **lost** 9:13, 19 10:1 | **made** 16:2 34:6 47:3 70:2,7 **magazine** |

SDT-SJLCRR-000205

**STANDING JOINT CONGRESSIONAL REDISTRICTING COMMITEE**
Hearing  on 08/09/2021        Index: magnolia..minimum

| | | | |
|---|---|---|---|
| 28:9 | 40:15,21 | 69:17 | 63:22 70:9 |
| magnolia | 60:3,8 | Mathea  54:8 | Memphis  50:1 |
| 44:8 47:11 | 63:5 | | 58:2 59:9 |
| major  22:17 | 70:10,25 | matter  12:16 | 64:3,4 |
| majority | man  47:15 | 19:18 | men  50:14 |
| 25:12 | 54:3 62:3 | matters  14:8 | mentioned |
| 49:19 | 63:8,9,25 | mayor  48:13 | 19:13 |
| make  8:13 | map  16:19, | 57:22 60:2 | Meridian |
| 10:17 | 21 17:20 | mayoral | 9:17 11:25 |
| 16:23 20:7 | 18:2 44:22 | 29:20 | mic  15:15 |
| 21:14,16, | 46:22 | mayors  57:22 | mid  11:11 |
| 18 22:1,22 | 66:12 | 65:23 | middle  18:16 |
| 25:3 26:16 | 71:17 | Mccomb  49:12 | 33:4 |
| 27:14 36:4 | maps  10:1,3 | Mclennon | midst  34:13 |
| 37:10 | 11:24 | 6:6,7 | Mike  6:7 |
| 40:17 | 17:21 | Meaning | miles  19:3 |
| 50:11,18, | 18:25 | 33:21 | 36:24 37:3 |
| 19 55:20 | 19:22 | meet  10:23 | 44:12 |
| 58:10,11 | 20:5,10 | meeting  6:15 | 46:16 |
| 59:19 | 21:6,8 | 7:16 | military |
| 60:22,23 | 53:15 | 12:13,14 | 64:5 |
| 67:25 68:1 | 54:13 | 19:15 41:4 | million |
| 69:11 | March  25:9 | 65:24 | 44:11 |
| Maker  43:22 | Marilyn | meetings | mind  13:17 |
| makes  35:21 | 20:13,18 | 7:17 35:20 | 56:11 |
| making  10:18 | Marina  37:22 | 48:12 | mindset  50:7 |
| 25:1 32:20 | Mark  65:6 | member  35:2 | mine  59:23, |
| 33:24 | married | 67:22 | 25 60:3 |
| 34:3,20 | 62:23 | members | Mineral  18:7 |
| 69:25 | mass  44:11 | 6:13,22 | minimum |
| male  6:24 | 46:10 | 7:2,7,14 | 50:20 |
| 37:10,13, | master  26:15 | 12:9,11,25 | |
| 20 38:23, | material | 42:22 45:1 | |
| 25 39:4,7, | 14:11,15 | 51:20 52:1 | |
| 9,13 | | | |

SDT-SJLCRR-000206

STANDING JOINT CONGRESSIONAL REDISTRICTING COMMITEE
Hearing on 08/09/2021                    Index: minorities..number

| | | | |
|---|---|---|---|
| minorities<br>　45:22 | 32:22<br>33:1,10<br>34:7 39:15 | mother　64:18<br>move　53:21,<br>　23 57:14 | necessarily<br>　55:5<br>negative |
| minority<br>　22:4 26:16 | 41:2 43:4<br>44:9,14,16 | 　60:18 | 　7:10 |
| 　27:21 28:2<br>　38:6,18 | 45:6 47:3,<br>5,13,20 | moved　9:9<br>　20:1 33:10 | neighborhood<br>　19:7 |
| 　46:19,20,<br>　22 67:21 | 48:21<br>49:4,13,17 | 　49:4<br>　57:12,25 | neighborhoods<br>　19:8 |
| minority/<br>majority<br>　40:2 | 50:9,17<br>51:2,7,15<br>57:8,12,14 | 　58:2<br>　60:20,24<br>　62:21 | neighbors<br>　58:18 |
| minute　65:14 | 61:7<br>63:13,15, | movement<br>　9:15 68:7 | Neil　7:9,11<br>Nesbit　46:15 |
| minutes<br>　16:20<br>　29:14 | 17 67:17<br>Mississippi's<br>　47:18 | movements<br>　9:5 | newly　22:4<br>　29:10 42:2 |
| 　36:25<br>　63:16 | Mississippian<br>　56:4,25 | ms.gov　14:22<br>multiple | news　9:7<br>night　68:4 |
| misrepresentat<br>ion　68:5 | 　57:2 61:13 | 　39:3 53:5 | Nishoa　44:3 |
| misrepresented<br>　42:13 | Mississippians<br>　43:23 | municipal<br>　18:13 42:3<br>　44:18 | nobody's<br>　43:20 |
| missing<br>　31:21 | 48:5,10<br>55:12 | municipalities<br>　13:20 32:1 | non-hispanic<br>　50:14 |
| Mississippi<br>　14:20 | mistakes<br>　55:20 | ——— N ——— | North　18:4<br>　39:15,17<br>　67:17 |
| 　15:14,20<br>　16:5,16 | mistrust<br>　32:11 | names　44:3 | Northern<br>　28:16 |
| 　17:18<br>　20:20 | mixed　33:12 | Nation　44:1<br>native　44:2 | notice　12:19 |
| 　21:17 25:6<br>　27:2,19 | money　25:1,2<br>　28:9 30:1 | natural<br>　22:18 | number　28:15<br>　44:20 |
| 　28:11,13,<br>　16 30:14, | 70:12<br>months　8:25 | nature　33:25 | 51:22<br>55:8,12,13 |
| 　23 31:11,<br>　12,15 | morning<br>　57:15 | Navy　27:10 | 56:3 |

STANDING JOINT CONGRESSIONAL REDISTRICTING COMMITEE
Hearing  on 08/09/2021    Index: numbers..participating

numbers
 11:7,19,
 23,24 29:3
 52:18
 55:4,5,22,
 25 56:1
 60:12

_____
          O

oath  47:12
obvious
 18:18
occur  8:23
 68:20
occurred
 31:16
 32:24
occurrence
 36:2
occurring
 11:12
occurs  68:2
odd  13:24
 14:13 22:9
offering
 41:23
office  13:12
 17:25
 18:16
 24:6,20
 25:19
 30:15
 59:24

offices
 50:16
official
 11:12 21:5
 30:16
officials
 28:22,23
Oles  40:24,
 25
Olive  17:18,
 19,21,25
 18:14
 19:14,24
 23:15,17
 24:21
 27:4,6,9
 28:9 29:12
 30:1 31:8
 41:11,22
 42:16,17,
 19
online  7:4
open  6:22
 19:16
 65:19
openly  45:25
operate  61:7
operating
 61:8,9
opponent
 45:25
opportunity
 13:8 20:17
 21:4,8

24:4 31:5
 33:16
 34:18
 35:12 41:5
 49:23
 56:19 58:6
 61:13
opposition
 45:15,20
oppressed
 26:15
oppresses
 26:14
oppression
 26:8,9
oppressive
 26:11
or-  15:6
order  15:6
 52:18
ordered  25:7
organizations
 19:19
organize
 6:17
Organizing
 20:22
original
 11:5
outdated
 31:20
overlooked
 28:25

overseeing
 48:4
owned  43:25
owner  50:21
Oxford  25:7

_____
          P

p-e-e-r
 14:22
packed  44:19
 45:23
packing  59:5
pages  31:20
paid  50:19
 59:2
Pamner
 43:10,11,
 13 44:15
panel  43:9
parent  49:21
parents  51:2
part  11:22
 18:5,6
 21:9,19
 25:4,5
 31:20
 41:13 47:7
 48:1
participate
 12:9,11
participating
 12:14

**STANDING JOINT CONGRESSIONAL REDISTRICTING COMMITEE**
Hearing on 08/09/2021                          Index: parties..point

| | | | |
|---|---|---|---|
| 71:25 | 64:15,17 | permit 29:25 | phrase 28:4 |
| **parties** 31:23 57:16 | **people** 7:23 12:19 14:3 15:10 19:7,11,23 20:1,2,8 21:8 25:19 31:13 32:9 33:15 34:14 35:4,18 36:24 37:4 38:4 42:6 44:7,11,13 46:24 47:3,8,19 48:19 49:3,6,7 55:4,21 56:21 59:4 61:9 63:18 66:10,17 67:12 68:17 69:11,25 71:1,8,14 | **person** 8:4 18:15 28:4 33:14 44:5 45:24 59:23 60:2 61:8 67:21 71:15 | **physically** 29:13 |
| **partisan** 48:7 | | | **picture** 9:25 |
| **partnerships** 27:17 | | **personally** 32:18 33:8 | **place** 18:19 22:15 |
| **parts** 27:23 31:22 35:8 38:16,17 | | **persons** 32:9 | **places** 9:17 |
| **party** 28:21 41:2 46:11 67:25 69:13 | | **ph** 6:4,7,9 7:9 13:21 14:18 15:8,14,23 17:11,14, 15 18:7,8 20:18 23:9 25:6 26:25 27:4,7 31:3 34:15,23, 25 40:24 41:9 43:10,21, 22 44:3,4, 16 45:2 46:15,17 47:23 54:8 55:2 57:7, 13 58:1,2 65:13 66:10 67:19 | **plan** 6:17 21:23,25 22:2,16,19 23:3,24 25:5 62:24 |
| **party's** 46:4 | | | **planned** 35:1 |
| **passed** 64:20 | | | **planning** 22:8 |
| **passes** 68:20,25 | | | **plans** 21:3 22:21,25 23:3,6 28:1 |
| **past** 10:8 11:16 13:18 29:15 45:12,16, 25 | | | **play** 30:18 |
| | **pepper** 68:9 | | **plays** 48:7 |
| | **percent** 10:10 28:12,13 29:7 45:7 46:7,20 50:17,18 60:8,10 66:14,15 | | **plead** 59:13 |
| **patterns** 40:4 | | | **pleading** 22:24 |
| **pay** 25:1 32:13 33:5,9,11, 14 | | | **Pleasant** 18:4 |
| | | | **PO** 14:19 |
| | | | **podium** 15:9 |
| **paying** 24:24 25:2 30:7, 8 46:2 | **percentage** 50:12 | **Phil** 47:22 **phone** 66:12 | **point** 8:2 10:12 39:16 50:8 57:12,19 |

STANDING JOINT CONGRESSIONAL REDISTRICTING COMMITEE
Hearing  on 08/09/2021          Index: police..problems

| | | | |
|---|---|---|---|
| **police** 59:9 | 56:3 | **power** 28:6,7 | **prepared** |
| 64:3,4 | **population** | 45:24 | 66:2 |
| **policies** | 9:3,5,8, | 47:16 48:7 | **present** 11:2 |
| 31:18 | 11,12,13, | 64:1 | 16:2,19 |
| **political** | 20,24 | **practically** | 44:23 |
| 18:19 | 10:5,8 | 10:18 | 51:15 |
| 21:24,25 | 23:22 26:6 | **practice** | **presentations** |
| 22:10 | 28:8,16 | 18:19 | 42:1 |
| 31:18 | 37:24 | **practices** | **presents** |
| 32:11,25 | 38:1,8,13, | 27:15 | 29:16 |
| 34:2 37:18 | 16,20 | 28:1,22 | **president** |
| 43:24 | 41:20 | **prayer** 69:7 | 19:6 |
| 47:14 | 44:10,19 | **precinct** | **pretty** 9:25 |
| **politicians** | 45:6 53:16 | 11:21 | 11:18 |
| 33:24 | 54:18 | 53:23 | 52:11 |
| **politics** | 66:17 | 54:5,7 | 54:20 |
| 47:18 | **pos-** 45:19 | 55:7 | **preventing** |
| **poll** 27:12 | **position** | **precincts** | 18:22 |
| 29:2 59:2 | 18:13 | 13:19 | **prick** 34:19 |
| **polling** | 29:25 | 18:8,12 | **Primarily** |
| 68:25 | 45:11,13, | 22:11 | 11:18 |
| **polls** 32:12 | 20 60:1 | 53:8,11,17 | **principals** |
| **Ponoa** 44:3 | **positions** | 54:1 | 64:12,14 |
| **poor** 26:14 | 45:17 | **precisely** | **principles** |
| 31:13 | 48:13 | 46:9 | 21:19 |
| 33:4,14 | **positive** | **prefer** 17:2 | 22:23 |
| 34:13 | 41:16 | **preferred** | **prior** 7:17 |
| **poorest** | **possibility** | 18:24 | 29:9,20 |
| 31:25 32:1 | 12:4 | **premium** | **privileged** |
| **Pope** 51:12, | **possibly** | 33:9,14 | 32:24 |
| 13,20,22 | 67:11 | **preparation** | **problem** 9:9 |
| 52:4,15 | **postmaster** | 7:16 32:8 | 54:12 |
| 53:2,4 | 16:13 | **prepare** | **problems** |
| 54:4,11,24 | **poverty** | 6:14,15 | |
| | 49:22 | | |

SDT-SJLCRR-000210

STANDING JOINT CONGRESSIONAL REDISTRICTING COMMITEE
Hearing on 08/09/2021          Index: procedures..ranking

9:20,21
16:9

procedures
28:1

process 6:21
8:11,14,19
11:4,9
12:10,11,
21 18:19,
22 20:24
21:1,13,15
28:24
31:18,23
32:10,25
33:21
34:2,9
37:15
39:20,25
41:6 42:24
43:15 45:4
47:1,3
48:4,9
52:17
55:13,21
65:18
66:3,9
70:5

processing
55:24

producing
11:3

profession
59:9

profiting
29:5

progress
67:14
68:18

progressional
54:17

prohibit
27:25

prohibiting
33:3

propel 46:11

proper 51:7

properly
30:11
61:12 62:5

properties
16:10

property
16:9 46:5

proudly
41:12

provide 7:22
17:23

provided
39:23

providing
45:4 69:21

provisions
27:24

public 8:13,
17 11:16
12:9,11,25
13:8,11,15
15:2 21:7

23:2 34:1
35:6,15
45:4 48:15
52:16
53:19
65:19 67:3
69:2 70:3

publicly
29:1

published
65:20

pull 15:15
58:17

punching
55:8

purpose 22:3

purposely
60:24

put 18:19
60:21

_____

Q

qualified
28:24

qualifying
8:21 66:5

quality 51:4

quest 16:6

question
34:12
51:24 54:9
66:18

questions

7:19,24
14:17 17:4
35:1 36:1
40:19
48:11,17
51:17
58:25
66:1,2

quick 37:11

quickly 8:12

quoted 45:2
47:22

_____

R

race 18:11,
14 28:21
39:25 40:1
47:14

races 29:21
48:14

racial 21:24
55:6 68:11

rack 21:10

Raise 44:16

raised 15:24
56:4 57:2

rallies 46:4

ran 18:8
24:5 45:12
59:23,25
60:2,3

ranking
31:12

SDT-SJLCRR-000211

JTX-025-041

STANDING JOINT CONGRESSIONAL REDISTRICTING COMMITEE
Hearing on 08/09/2021                Index: rate..representation

| | | | |
|---|---|---|---|
| 33:6,19 | record 24:21 | 39:20,25 | relieve |
| | 26:22 | 41:3 42:24 | 62:17 |
| rate 28:12, | 35:15 | 43:4 48:13 | |
| 13,20 | 37:13 | 49:14,16 | rely 55:3 |
| | 44:15 52:9 | 50:23 | |
| rated 28:9 | 70:1 | 51:5,7,10 | remain 43:23 |
| 41:18 | | 52:13,23 | remained |
| | recorded | 55:13 | 44:10 |
| re- 23:1 | 35:16 | 65:16,24 | |
| 37:5 | | 66:25 | remember |
| | records 47:6 | 68:20 | 14:12 |
| reach 34:10 | 60:16 | | 57:23 |
| | | reduce 36:2 | 58:16 |
| ready 6:18 | red 38:10 | 50:24 | |
| | | | remind 69:16 |
| real 25:4 | redis- 8:10 | redundant | 70:3 |
| 37:10 | | 14:13 | |
| | redistr- | | reminded |
| realize | 61:3 | referring | 34:17 |
| 37:21 | | 38:25 | |
| 55:12 | redistrict | | reminder |
| | 8:2,5,9, | reflection | 14:6 |
| reared 31:15 | 10,13 | 44:24 | |
| | 35:23 | | removed |
| reason 21:9 | 60:15 | refuse 33:12 | 18:17 19:2 |
| 49:18 60:5 | | | |
| 71:3,4 | redistricting | Refusing | repeatedly |
| | 8:22 9:5 | 33:5,18 | 7:20 |
| reasons 37:5 | 11:8,17 | | |
| | 13:12 | regain 16:15 | reported |
| recall 29:18 | 20:23 | | 28:25 |
| | 21:1,19,25 | registered | |
| receive 11:6 | 22:2,16, | 46:8 | represent |
| | 19,22 | | 15:21 |
| received | 23:24 | Reinforcement | 16:16 |
| 15:7 | 25:5,16 | 14:19 | 46:24 |
| | 27:2,19 | | 47:13 52:8 |
| recent | 28:1 29:6 | relationships | |
| 29:18,19 | 31:22 | 27:16 | representation |
| 41:13 | 32:10,15 | | 12:5 20:9 |
| 42:3,20 | 33:15,21 | released | 24:1,12 |
| | 34:9,11 | 23:1 | 25:3 26:8 |
| recently | | | 30:13 |
| 8:15 27:5 | | relevant | 31:17 |
| 47:21 | | 43:24 | 32:16 |
| 49:25 | | | |
| | | | |
| recon 60:13 | | | |

SDT-SJLCRR-000212

STANDING JOINT CONGRESSIONAL REDISTRICTING COMMITEE
Hearing on 08/09/2021          Index: representative..rule

```
33:22                11,13             reserve           retired   33:8
41:23                47:10               22:19           retirement
42:21  44:5          57:18 58:3       residency            31:10
45:20                63:7               17:24           return   41:24
46:22                67:22,23,          29:22 30:4
54:20 61:5           25 69:13         resident           returned
64:19                                   17:15,18            31:10
                     Republicans        18:1 20:18      review  7:19
representative       21:12              27:5 29:9          20:5,10
  6:3 18:9           45:22 63:2         31:8 41:7          21:8 23:3
  23:13              68:13
  36:25                               residential        righteous
  37:24              requesting         41:21              63:20
  40:14              15:20
  67:10              19:21            residents          rights  13:19
  68:23                                 16:1 19:25         22:6
                     require            29:12 42:5         27:20,24
representative       10:19                                36:7 47:20
s  16:25                              resolve             68:6
  23:18,19           required           19:10
  38:9 42:14         8:11                               risk   29:8
                                      resolved
represented         requirement         36:21           road  16:4
  23:16             36:16,19,                             46:14,16,
  24:1,9            22                 resources          19 57:13
  30:12                                 16:10 29:6
  42:5,25           requirements        46:4            roads  22:18
  51:23             8:4 10:23
  52:10,11          14:1 30:5         respect  26:5     Rock  57:7
                    36:9,14,
representing        15,17,22          responsible       role  12:22
  15:13,19          38:20 54:3          27:12
  27:8 34:13                            43:16           room  33:23
  47:7              requires                              34:10,12
                    8:5,9             rest  63:12         69:22
represents          29:22
  46:7 52:6                           resulted          roundtable
  58:5              requiring           51:3              50:10
                    36:21
Republican                            resulting         Route  57:11
  45:14,19,         res-  34:11         32:12
  25 46:5,                                              routinely
                    research          results             47:19
                    52:5               36:23
                                                        rule  57:17
```

www.huseby.com          Huseby Global Litigation          800-333-2082

SDT-SJLCRR-000213

**STANDING JOINT CONGRESSIONAL REDISTRICTING COMMITEE**
Hearing  on 08/09/2021                    Index: ruled..single

| | | | |
|---|---|---|---|
| ruled  25:10 | 37:18 | sense  7:3 | 36:4 |
| rules  14:6 | scraps  34:1 | 36:4 | share  31:5 |
| run  29:25 | seat  33:20 | separate | 33:7 34:19 |
| 42:10 60:5 | 44:23 | 15:21 | 42:7 68:14 |
| 67:12 | 68:14 | 16:24 | Shelandra |
| rural  37:3 | seats  21:11 | 31:19,20 | 27:3 |
| 51:1 | 67:11 | 39:18 | shifting |
| | Secretary | September | 10:25 |
| 8 | 30:14 | 11:13 | shifts  9:3 |
| s-  23:19 | section  8:8 | series  8:17 | shop  42:15 |
| 68:7 | 18:17 22:5 | 28:3 | show  60:16 |
| Sabines | 27:24,25 | seriousness | 63:12 |
| 15:23 | security | 71:12 | shows  10:7 |
| safely  58:25 | 49:17 51:6 | serve  37:14 | 26:14 |
| salary  65:9 | self-  16:7 | served  25:15 | sic  54:17 |
| salt  68:9 | self- | service | sick  7:10 |
| Samuel  56:7, | sufficient | 27:14 | side  22:12, |
| 23 | 16:7,14,17 | 30:22 | 13 58:22 |
| scattered | Senate  7:8 | 65:8,12 | sides  58:22 |
| 51:25 52:1 | 10:4 23:20 | servicing | 64:17 |
| school | 24:20 | 49:19 | sign  12:25 |
| 24:10,11 | 38:23 39:1 | serving | 13:1 |
| 25:24 | 66:20 | 51:14 | silent  43:16 |
| 28:15 | 67:10,11 | session  9:1 | similar |
| 41:18 | 68:14,21 | 67:1 | 29:16 |
| 46:17 | Senator  6:7, | set  7:4 | simple  13:17 |
| 48:14 | 9 68:24 | 9:20 10:24 | simply  12:22 |
| 64:6,7,8 | senators  7:2 | 11:10 | sin-  61:24 |
| schools | 38:11 | 52:19 61:6 | sincere |
| 32:4,5 | send  14:18, | sexuality | 61:25 |
| 41:21 | 21 16:21, | 47:15 | single  49:20 |
| 64:10 | 22 17:3 | shaped  13:24 | |
| Science | 69:19 | shapes  22:9 | |

SDT-SJLCRR-000214

JTX-025-044

STANDING JOINT CONGRESSIONAL REDISTRICTING COMMITEE
Hearing on 08/09/2021                    Index: sirs..stating

51:2

sirs  30:19

sisters
 65:2,3

sit  63:16

site  28:16

sitting
 38:11
 55:22
 61:21

situations
 9:15

size  10:9,
 15,18

sizes  10:8

Slade  46:17

slavery
 47:21

slaves  16:5

slowly  14:16

small  37:6

smaller  12:3
 66:16

soap  59:1

social  43:24

society
 33:22

somethings
 14:12

sound  56:20

south  16:5

17:6 19:24
23:18
24:22
39:18
44:16
45:9,17
46:10,20
49:5,6
56:24
57:13,20,
25 58:1,2,
3,9,21
59:22,24
60:7,8,14

Southern
 12:2 27:7

space  69:21

speak  20:11,
 17,21
 53:13

speaking
 64:6
 70:13,16,
 20 71:3

speaks  68:18

specific
 31:9

specifically
 66:18

speech  34:25
 66:2

split  10:20,
 21,22
 18:4,8,12
 36:3 39:2,

6 53:6,8,
10,14,15,
22 54:1,2,
4 55:6
68:15

spoke  67:3
 71:1

spoken  67:8

spread  46:10

square  29:11
 38:14
 44:12

squeeze  38:7

squeezing
 38:3

stacked
 45:23

staff  6:14,
 20 7:16
 13:4
 14:18,24
 69:24

stand  20:20

standing
 22:20 63:9

start  7:15
 11:9 38:2
 64:16

started
 8:14,19
 9:1 11:4
 12:6 31:22
 49:10

starting
 8:10

starts  33:15
 66:5

state  6:6,9
 8:18 9:15,
 19 18:8
 21:17
 23:20
 28:18
 30:14,15,
 23 31:11
 33:7 34:7
 35:8,9
 38:16,24
 39:21
 40:14
 41:19 44:8
 47:11,12,
 22 48:2,10
 49:8,17
 50:12,17
 51:1,6,14
 52:1 55:17
 58:12
 63:15,16
 65:11,17
 66:4 68:1,
 17 69:25
 71:5

state's
 47:20

states  28:6,
 11 44:6
 48:22

stating  45:3

SDT-SJLCRR-000215

JTX-025-045

STANDING JOINT CONGRESSIONAL REDISTRICTING COMMITEE
Hearing on 08/09/2021                    Index: statute..textbooks

statute
  29:22

stay  16:20
  50:6

stood  47:20

stop  20:3

store  16:13

streams
  22:18

street  19:5
  22:12,13

strength
  22:4 27:21
  28:2,14

strong-bodied
  42:6

strongest
  28:18

strove  68:7

students
  32:6,7

study  71:4

stunned
  33:10

su-  54:6

subdivision
  19:2

subject
  14:23
  30:16

subjects
  12:20

submit  13:6
  37:18

substandard
  32:4

substantially
  54:19

suburbs
  28:10

sufficient
  16:7

suggest  54:5

suggested
  54:11

suggestions
  13:6 70:7

suit  61:11

sum  70:12

supervising
  24:2

supervisor
  25:24
  29:13 41:8
  65:18
  66:21

supervisors
  42:14
  48:14
  52:24 54:6

support
  33:18
  47:25

supposed
  11:6

suppression
  17:23
  18:21

Supreme  28:4

surge  28:16

surprise
  31:11

sus-  54:20

swallowed
  24:5

sweet  57:13

swing  28:18

swinging
  16:4

sworn  55:16

system  25:24
  32:11
  33:4,17
  34:9

systems  28:6

_____

_____

            T

table  33:21

talk  13:18
  14:4 31:2
  40:19 61:2
  68:4 71:24

talked  46:18
  61:4 63:9,
  18

talking
  13:21 60:1

61:2,5,8

task  43:3
  68:3

Tate  67:23
  68:13,16
  69:13

tax  24:7
  30:1,8,11
  33:12
  41:23

taxation
  24:12
  30:13 61:4

taxed  26:8
  30:9

taxes  24:24
  30:8 33:4,
  5 46:2
  59:2
  64:15,17

Tod  14:18

tod.booth@peer
  14:21

Ten  51:21,
  22

tend  12:19

Teresa  17:14

terminals
  13:9,11

tested  7:9

testing  32:7

textbooks
  31:20

SDT-SJLCRR-000216

JTX-025-046

STANDING JOINT CONGRESSIONAL REDISTRICTING COMMITTEE
Hearing  on 08/09/2021                    Index: theme..uncontested

theme  9:4

thesis  37:18

thing  8:12
  9:2 10:11,
  12 11:1
  25:15 47:6
  55:16
  59:3,6
  63:12 65:4
  67:7

things  6:16,
  18 7:20,22
  8:1 12:20
  13:16,18
  14:3,17
  20:25 21:2
  26:3 34:18
  50:8,10
  53:22 57:5
  71:14

thirds  50:19

thought
  33:11 49:6

thoughts
  31:6

three's
  54:23

tight  38:14

till  11:9

time  6:21
  10:21
  13:11 20:2
  21:3,19
  25:10

27:14
30:20,25
37:13
41:14 43:7
45:14
46:1,3
47:5 48:2,
21 51:10
52:18
54:25
59:17 60:7
64:12

timeframes
  66:19

times  53:5

tired  62:17

Tobia  34:25

Tod  45:2

today  13:21
  15:20
  17:20
  34:19
  50:21

toddlers
  10:12

told  60:6
  64:3

tolerance
  10:9,16

tomorrow
  50:5

tonight  8:10
  43:7 69:18

top  33:12
  41:18

total  29:7
  51:18 55:5

totally  12:5

towing  28:4

town  19:15
  57:8 60:25

township
  16:11,14

track  67:4,
  14

tradition
  22:20

Trail  27:7

training
  27:12 50:5

transcribed
  35:16

transcripts
  7:17

transparency
  48:8

transparent
  47:1 51:10

travel  42:10
  49:24
  65:11

traveled
  49:9

traveling
  16:4

trend  22:11

Trinity
  20:18

true  52:22
  54:21,22

trust  47:24

truth  61:16

tunnel  50:7

Tupelo  49:4,
  12

turned  46:6
  58:3

turnout
  32:12 46:7

Twelve  37:23

Twenty
  51:19,20

type  50:3

types  14:2

tyranny
  26:9,11

_____
            U
_____

ultimately
  23:4

umbrella
  54:5

unconstitution
al  28:8

uncontested
  45:13,18,
  19

SDT-SJLCRR-000217

JTX-025-047

STANDING JOINT CONGRESSIONAL REDISTRICTING COMMITEE
Hearing  on 08/09/2021                    Index: underpaid..ward

| | | | |
|---|---|---|---|
| underpaid 50:25 | 50:16 upcoming 42:20 | 27:8 29:24 69:5,6 | 46:6 63:2, 3,14 |
| understand 21:12 23:18 24:19 26:19 35:19 37:15,19 40:23 43:5 53:19 54:12 55:4 66:8,11 71:10 | uphold 55:17 upset 71:8 urge 51:9 utilities 30:7 | voices 19:17 42:24 43:2 voluntary 35:22 47:6 volunteer 19:19 35:7 vote 8:4 10:16 18:4 20:4 21:5 28:4 29:24 30:9,10,17 | voting 13:18 22:4,6,15 25:8 27:20,21, 24,25 28:2,6,7, 14 29:22 30:21 34:9 36:7 40:4, 6,7,9 45:9,23 59:4,23 |
| understanding 11:17 68:19 | valuable 58:8 valued 58:7 | 33:1,2,3 36:13 39:6 42:3 44:5 | w- 8:23 |
| undertaking 52:17 | 62:4 values 42:7 | 45:24 47:15 54:3 | wage 50:13, 20,23,24 |
| unfair 17:20 19:6 29:2 | 48:1 Van 55:2 vein 31:6 | 58:7,8,13 61:13,14 62:3 63:6, 11 68:22 | 51:7 wait 11:9 |
| unfairly 29:19 30:8 | veteran 27:10 | voted 63:6 69:3 | Walls 32:1 Wally 7:9 |
| unhappy 69:11 | victory 43:17,18 46:12 | voter 17:23 18:21 29:2 | wanted 41:22 42:7 70:24 |
| unincorporated 29:16 | view 21:4 viewing | voters 27:8 30:9 35:22 | War 27:10 47:21 |
| United 28:11 44:6 48:22 | 35:14 visible | 41:5 42:2, 4,15 44:19 46:8,9,21 | ward 17:21 18:14,17, 18 19:3,4 |
| University 49:8 | 22:18 vision 50:7 | 50:12 votes 18:20 | 20:6 23:15 44:16 45:11,18 |
| unreasonably 27:22 | voice 19:11, 12 22:1 | 28:18 45:11,16 | 46:3,9,12, |
| unrepresented | | | |

SDT-SJLCRR-000218

JTX-025-048

STANDING JOINT CONGRESSIONAL REDISTRICTING COMMITEE
Hearing on 08/09/2021                    Index: wards..years

| | | | |
|---|---|---|---|
| 14 59:6 60:3,5,10, 16 61:1 | West 31:2, 4,7 | wonderful 69:22 | wow 49:2 |
| wards 18:23 20:7 44:21 45:22 46:21 65:25 | Westford 25:5 | wondering 16:18 | write 70:21 |
| | white 6:9 21:16 43:17 50:14 55:10 64:11 67:21 | Woodruff 23:9,10,13 24:14,16 | writing 13:7 |
| warm 49:6 | | words 47:22 64:25 | written 14:15 |
| waste 56:16 | | work 6:14 20:19 30:18 36:2 41:3 55:1 56:10,11 67:20 | wrong 26:12 |
| watchers 27:13 | Williams 56:7,9,23 | | Wyndam 44:15 |
| watching 7:3 15:11 | win 18:11 45:11 46:12 | | ─── Y ─── |
| Wayne 10:21 | | worker 29:3 | y'all 23:2 25:3 26:7, 23 34:24 35:1 51:15 55:2 59:17 61:17 66:8,19,22 67:17 69:16,23 70:8 71:24 |
| ways 12:10 35:11 | window 42:2 | workers 27:13 50:19 | |
| We;re 62:11 | winning 25:10 45:22 | workforce 50:18 | |
| weak 26:14 | | working 8:24 20:23 25:20 50:22 57:5 66:20 | year 8:21, 24 11:2,16 45:9 60:14 |
| weaker 26:16 | wiped 21:16 | | |
| wealthier 46:14 | wired 68:18 | world 49:9 63:12 | years 8:6 9:8 13:22 17:17,19 18:1 19:14 20:24 25:15,19 27:7 29:15 30:5 44:10 46:2 57:1, 6,21,25 59:10 60:13 64:4 |
| wealthy 33:5 | woman 60:1 62:3 | | |
| website 65:21 67:6,15,16 | women 31:14 32:9,14,19 34:13 49:16 50:9,11, 14,15,17, 22,25 51:1 | worship 42:16 | |
| week 45:3 | | worthwhile 71:22,23 | |
| weird 36:4 | | | |
| Wells 18:7 | women's 51:6 | | |
| Welty 43:21, 23 | won 45:15 | would've 60:25 | |

SDT-SJLCRR-000219

JTX-025-049

STANDING JOINT CONGRESSIONAL REDISTRICTING COMMITEE
Hearing on 08/09/2021                        Index: yet all..zoo

**yet all**
  46:20

**you's**  55:1

**young**  20:13,
  14,16,18
  44:13
  49:19,21
  60:18 63:8

**Youtube**
  71:20

_____

          **z**
_____

**zoo**   50:1

SDT-SJLCRR-000220

JTX-025-050

## Redistricting DeSoto County

I am Theresa Gillespie Isom, and I am a resident of DeSoto County. I have lived in DeSoto county for 16 years. I am a resident of Olive Branch Mississippi and have live in Olive Branch for 15 years.

My Contact Information: Address 4706 Coleman Rd, Olive Branch, MS 38654,

cell 901-283-6331

I am here today because of the unfair Maps for House District 7 and Ward 2 in Olive Branch. The Maps that are currently being used have helped to encourage and provide Voter Suppression. During my residency there has not been a Democrat elected to any office in Olive Branch.

My issue is that the Map for House District 6 and District 7 appear to have been drawn to dilute the Democratic Vote. Areas like North Pleasant Hill has been split to be in part of each District. Also, part of DeSoto Central is included in District 7 and the same for Mineral Wells, the Precincts are split. I ran for State Representative, and it was impossible to win because of the splitting of the Precincts.

I again tried for a position in the Municipal race in Olive Brach and again I found that the Ward had be drawn to Elect the same Candidate. Right is the middle of the Ward a whole section has been removed and placed in another Ward. It is a very obvious the process of Political Cracking was put in place and implemented in DeSoto County to dilute the Votes and therefore cause Voter Suppression. This process is also preventing the constituents in these Districts and the Wards from electing their preferred candidate of their choice. I have brought a copy of the maps for you to see. A complete subdivision for has been removed that is in the center of the Ward 2 and an area that is five miles down is included in the Ward 2. This is so unfair. I am the HOA President in my neighborhood and people from other HOAs and neighborhoods come to me about issue that affect our community and ask for my assistance to help resolve them.

It is important that all citizens have a voice and that people feel that their voice is going to be heard. Like I mentioned earlier, I have lived in DeSoto County for 16 years and Olive Branch for 15 years. I can say that we have not had a Town Hall meeting that has been open to everyone so that the issues that the citizens have can be heard and discussed. The voices of everyone should matter.

I am a Community Advocate and I volunteer for many Organizations in DeSoto to help our community and I am requesting that fairly drawn Restricting maps be drawn. Fairly drawn maps will allow DeSoto County to be a community for all of the people, especially in Olive Branch and Southaven. District 7 had 30, 5501 residents in 2010 and more people have move into this district since that time.

If nothing changes the people will become more despondent and will stop exercising their Right to Vote.

SDT-SJLCRR-000221



Jago Area 2010 Population Analysis

Built from directions given by Mr. Samuel Williams,
after the August 9th Public Hearing of the
SJLCRR at Northwest Community College.

| District | 1 |
|---|---|
| Population | 17,624 |
| Change - Population | 0 |
| Ideal Value | 24,322 |
| Deviation | -6,698 |
| % Deviation | -27.54% |
| White | 12,828 |
| Change - White | 0 |
| % White | 72.79% |
| Black | 3,397 |
| Change - Black | 0 |
| % Black | 19.27% |
| 18+ Pop | 12,934 |
| Change - 18+ Pop | 0 |
| % 18+ Pop | 73.39% |
| 18+ Wht | 9,808 |
| Change - 18+ Wht | 0 |
| % 18+ Wht | 75.83% |
| 18+ Blk | 2,238 |
| Change - 18+ Blk | 0 |
| % 18+ Blk | 17.3% |

SDT-SJLCRR-000222