EXHIBIT NO. JTX - 026 evid.
CAUSE NO. 3:22cv0734-DPJ-HSO-LHS
WITNESS
CLERK: _____ SHONE POWELL

FEB 26 2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
Candice Crane ___, REPORTER

The MS Standing Joint Legislative Committee on Reapportion and Redistricting
Public Hearing on 08/11/2021

2

3

4

5

6

7

8                    TRANSCRIPT OF AUDIO-RECORDED

9                    PUBLIC HEARING OF THE

10    STANDING JOINT CONGRESSIONAL REDISTRICTING COMMITTEE

11                      AUGUST 11, 2021

12

13                   ITTA BENE, MISSISSIPPI

14

15

16

17

18

19

20

21

22

23

24

25

3:22-cv-734
JTX-026

SDT-SJLCRR-000223

1      MR. BECKETT:  Okay, gentlemen. Uh, I know there

2  will be a few more people probably come in if we get

3  started, but, uh, we're scheduled to begin at 6:00 and

4  since we're broadcasting this and doing some other

5  things, I want to go ahead and get started. A coup- --

6  just a couple of formalities before we have our -- our

7  [inaudible] introduction.

8      Uh, just a reminder that this joint committee

9  holds public hearings to receive suggestions and

10  recommendations on how the -- the Mississippi

11  Legislature should redistrict itself and its four

12  congressional districts. Uh, during the course of the

13  hearing, um, as chair, I will -- I will offer members

14  of the public an opportunity to, uh, address the

15  committee and to give -- to give statements.

16      And to the committee about the upcoming

17  redistricting effort, um, [inaudible] we try to get

18  members of the public a free opportunity to say what

19  they wish, uh, in cases where it appears that they're

20  going to be many persons who are to speak we li- -- we

21  limit their time. And, um, as -- as to what time we

22  impose will -- will be up to the chair and depending

23  on how many persons, uh, want to speak.

24      And, uh, you know, at -- at this time as, uh, I

25  want to call as called -- at -- at this time as chair

SDT-SJLCRR-000224

```
1    I would like to call the meeting of the public -- this

2    public hearing of the joint reapportionment committee

3    and joint congressional redistrict committee to order

4    and ask our council to call the roll of the members

5    present.

6          MALE 1:  Mr. Beckett.

7          MR. BECKETT:  Here.

8          MALE 1:  Mr. Blackness. Mr. Brown. Mr. Eubanks.

9    Mr. [Inaudible].

10         MALE 2:  Here.

11         MALE 1:  Mr. Mango. Mr. Reed.

12         MR. REED:  Here.

13         MALE 1:  Mr. Shanks.

14         MR. SHANKS:  Here.

15         MALE 1:  Mr. Taylor. Mr. White. Mr. Kirby.

16         MR. KIRBY:  Here.

17         MALE 1:  Mr. Brian.

18         MR. BRIAN:  Here.

19         MALE 1:  Mr. Debar [ph]. Mr. Perkins. Mr. Hops.

20         MR. HOPS:  Here.

21         MALE 1:  Mr. Parker. Mr. Simmons.

22         MR. SIMMONS:  Here.

23         MALE 1:  Mr. Tate. Mr. [inaudible]. And Mr.

24   Williams. Thank you very much.

25         MR. BECKETT:  All right. Thank you Mr. Chairman.
```

SDT-SJLCRR-000225

1    I don't -- I don't see any members [inaudible] came in
2    late.
3         Just as a reminder, uh, we're -- we're not
4    calling roll because we're required to have a quorum.
5    This is not -- not a meeting that requires that, but
6    we're simply doing it so that we'll have a record of
7    who's present. And so I want to -- I want to thank
8    each one of these members for their time.
9         At this time, we're -- we're here in this really
10   -- really a nice facility here and -- and, uh, look
11   thank -- we want to thank the president for making
12   this available for us to use.
13        Uh, we try to use our public facilities, um, one
14   because being -- being a state agency, uh, I think
15   that's good. But also it gives an opportunity to
16   showcase the different things on our campus. So Mr.
17   Parson, we'd love for you to -- to say a few words if
18   you want to.
19        MR. PARSON:    Thank you. Chairman. Members of the
20   committee. Uh, welcome. Thank you all again for being
21   here supporting, uh, our university [inaudible] state
22   and doing the out- -- outstanding work [inaudible]. I
23   did just want to take an opportunity to thank you all
24   for all the continuing support that [inaudible].
25        And every time I get, uh, an opportunity to speak

SDT-SJLCRR-000226

```
 1   I always start by saying it's a beautiful day to be at
 2   the Mississippi Valley State University. So we truly,
 3   truly do appreciate you all being here [inaudible].
 4   The one thing that we have at the university today is
 5   really a, uh, blessed day for one to have you all here
 6   today. But also today was the day that our freshmen
 7   are moving on campus. So we're really moving the
 8   university forward.
 9       And we know that we couldn't do that if it wasn't
10   for all the support that you all were giving us to be
11   able to do that. Here at the university we have eight-
12   word vision. Those eight words are one goal, one team,
13   one Valley in motion.
14       And it's opportunities like this to share and
15   experience that we know we are truly in motion. So
16   again, on behalf of Mississippi Valley State
17   University, welcome, and I know you all will really
18   have a very productive meeting. So thanks.
19       MR. BECKETT:  All right. Thank you very much. Um,
20   tonight is our -- we have a unique pleasure. It's not
21   very often that -- that we have our, uh, one of our
22   United States Congressman in our -- in our audience.
23   And Congressman Thompson we thank you for being here
24   and we want to offer you a chance to say a few words
25   if you care to.
```

SDT-SJLCRR-000227

JTX-026-005

```
 1        MR. THOMPSON:  Well, I do. [Inaudible] public
 2   hearing [inaudible].
 3        MR. BECKETT:  Is -- the tapes are rolling and --
 4   and so --
 5        MR. THOMPSON:  Oh, okay.
 6        MR. BECKETT:  The -- the record is being kept
 7   right now so.
 8        MR. THOMPSON:  Well, thank you very much
 9   [inaudible] standing joint committee. Uh, welcome to
10   the second district. Uh, we brought [inaudible] with
11   me today. If you noticed when you got out your car.
12        Uh, it was the first thing he said, whoa it's
13   warm out here. Uh, so that's [inaudible]. Uh,
14   [inaudible] the second district because you know, uh,
15   I've recommended it for about 28 years. And I know
16   [inaudible] for quite a while.
17        Uh, there are a couple of things I'd like to
18   share with you as it relates to this district. Uh,
19   it's important you look at demographics of the state,
20   uh, and to allow, um, [inaudible] the right to pick a
21   congressperson, a Senate representative of their
22   choice is absolutely important. Please don't split
23   communities' interests up to the extent that you can
24   try not to split precincts. Uh, we only have two, uh,
25   counties in my entire 26 counties that I represent.
```

SDT-SJLCRR-000228

JTX-026-006

```
 1        The split I have for the most part, whole
 2   counties. Uh, when I started, I had more fractional
 3   counties, than I did whole counties.
 4        And I've seen it morph over time that now, uh,
 5   people [inaudible] county don't have to ask who that
 6   congressperson is because they only have one. Uh,
 7   people in -- in, uh, other counties [inaudible] that
 8   have that other county. So it's important, uh, that
 9   you try not to split communities, try not to split
10   voting precincts.
11        And we are one of few states that lost
12   population. So you're going to have to make some
13   adjustments. So when you look at those adjustments
14   [inaudible], can we make adjustments on the
15   congressional side with as minimal amount of, um,
16   statistical upheaval as we possibly can.
17        Uh, I personally think you can, uh, I have
18   [inaudible], uh, Hans County. Uh, if you look at Hans
19   County, uh, just give me Hans County and -- and you're
20   pretty close to [inaudible].
21        I live in Hans County. I live all my life, uh, in
22   Hans County, so he could fix it real quick, uh, and
23   everybody would be happy. But I -- I look to the- --
24   these hearings [inaudible], but I think communities of
25   interest is [inaudible] important.
```

SDT-SJLCRR-000229

JTX-026-007

1   Uh, the Delta, the second district [inaudible].
2   Uh, we are one of the more agricultural districts, uh,
3   in America. Uh, some of you saw, uh, what happens here
4   between the cotton, corn, and soybeans.
5       Uh, I even bring people down and [inaudible], uh,
6   now my Christian friends tell me when I take them to
7   the casino, uh, the foods good. Uh, so I just leave it
8   at that. But, uh, it's our second income producer, uh,
9   for the district. So [inaudible] is, uh, a significant
10  revenue producer for the district. Apart from that,
11  this is the public's, uh, venue, uh, uh, uh, for you
12  to hear from. It's an opportunity, uh, for people to
13  get their positions through.
14      Uh, I don't even look at the district, uh, from a
15  restful standpoint. It's not nearly as difficult
16  perhaps as some of the other districts. So, um, that's
17  about it. I'm happy to be here. Um, uh, I applaud
18  public hearing.
19      Uh, uh, I applaud the ability for the public to
20  come and have a say so on the public's business. So
21  again, I compliment you for it. Thank you very much.
22      MR. BECKETT:  Thank you very much. Um, also, uh,
23  we have several other members of the Mississippi
24  House's Senate that aren't on the committee that are
25  here. Uh, I would welcome them to introduce themselves

SDT-SJLCRR-000230

JTX-026-008

```
 1   at -- at this time [inaudible].
 2        SPEAKER:  Hey. [Inaudible] from the Mississippi
 3   Delta. [Inaudible].
 4        SPEAKER:  [Inaudible] district [inaudible].
 5        MR. HIMES:  John Himes [ph], District 50
 6   Washington Bolivar [ph], [inaudible] County.
 7        MR. CLARK:  Brian Clark. House District 47,
 8   [inaudible] counties.
 9        MR. ROSEBUD:  Tracy Rosebud [ph]. District 30,
10   representing portions of Tallahassee and sunflower
11   [inaudible] counties.
12        MR. ANTHONY:  [Inaudible] Anthony. District 31.
13   Bolivar Sunflower Washington and Humphreys County.
14        MS. VICTORIA:  Victoria [Inaudible]. Lake
15   Madison, [inaudible] County.
16        MR. BECKETT:  All right. I -- I think that's
17   everyone. I -- I thank you all for doing that. In
18   addition to these individuals, I want to thank our
19   staff for -- for making this possible for all the --
20   the work they did in preparing to just have this
21   meeting live, but also to broadcast the meeting and --
22   and all the work that they're going to do going into
23   the future.
24        Um, you know, the, um, you know, uh, I just --
25   for an opening statement before we actually get
```

1    started with the -- with the public comment.

2         Yeah. I just want to say -- to say that our staff

3    has gone through the minutes of the hearings, um, from

4    the hearings from the 2010 public hearings that we had

5    and the current ones, just to try to anticipate a few

6    of the questions and concerns that the public might

7    have.

8         So that we might answer those just to provide

9    some information as to why we're here right now and

10   what we're -- and what we're doing. And I want to -- I

11   want to thank them for doing that. And I think it -- I

12   think it's really, really good information, uh, that -

13   - that will help. Uh, you know, a few other things

14   that -- that are -- then I asked is you i̇l½ why -- why

15   are we redistricting?

16        Yeah. I have people all the time. I had a call

17   today abou- -- about that while I was on my way up

18   here. You know, why -- why do you need to redistrict?

19   .

20        And, you know, uh, you know, I just need to point

21   out that both the federal constitutional requirements

22   of one person, one vote re- -- requires redistrict.

23   Uh, bo- -- both our congressional districts and our

24   legislative districts every 10 years following the

25   census.

SDT-SJLCRR-000232

1          Additionally, section 254 of our constitution of
2    1890 requires that we redistrict the legislature. So
3    we- -- were doing redistricting because it's required.
4          Uh -- uh -- when -- when we will commence
5    redistricting, when we will commence -- we have
6    started redistricting. We started this really with
7    these series of meetings, but before even -- before
8    that the formation of -- of this committee back
9    earlier in the summer.
10         But, uh, we -- we've started in earnest, you
11   know, and, and so, you know, because of the qualifying
12   deadlines, uh, of next year, our, our efforts of
13   congressional redistricting will come first.
14         And we -- uh, and will occur during this fall. So
15   that -- so that might be finished before it's time to
16   qualify. Um, then we'll begin working on -- on the
17   legislature and we will do that during the months of
18   the 2022 legislative session.
19         All right. But, you know, because of population
20   shifts, we're going to face many challenges and I just
21   want to make that clear to the public. That -- that
22   we're -- that they're going to be many challenges.
23   You're going to have parts of the state that have
24   gained population like -- like Mississippi, Gulf
25   Coast, and maybe the Northwest corner of the state and

SDT-SJLCRR-000233

```
 1   -- and a few other areas.
 2        Then you're going to have areas like those in
 3   Lauderdale County or -- or [inaudible]. And over here,
 4   you have areas of the state [inaudible] population.
 5   Both scenarios, as you all know, cause problems.
 6        Because they have their own -- their own set of
 7   difficulties that -- that we'll have to -- have to
 8   deal with because as our districts have lost
 9   population or the counties have lost populations,
10   these maps that are in front of you, um, you know, has
11   the county populations on it.
12        You could -- you could see that, um, that we've
13   lost, uh, uh, a great deal of, uh, uh, people in
14   certain places and gaining people in other places. So
15   there will be some movement, um, of district lines.
16        You know, so why are we presenting census
17   estimates at this hearing? And the simple fact is, you
18   know, because of delays, uh, in producing the census,
19   the actual numbers we use in redistricting are not yet
20   available.
21        And that- -- that's the simple fact if we had the
22   official numbers, we would be using the official
23   numbers, but this is not the first time that we've
24   used estimates. And these estimates, there are no
25   districts who are going to be -- no district lines are
```

SDT-SJLCRR-000234

1    going to be drawn from these estimates, but they are

2    helpful in showing us what areas have gained

3    population and what areas have lost population.

4         So we can begin, uh, working on that and thinking

5    about, um, what needs to be done. Um, and so these

6    census estimates give us a good indication of -- of

7    where our challenges are and -- and -- and like I

8    said, they've been used in -- in past hearings. You

9    know, how many -- how -- how many members of the

10   public participate in this process?

11        We- -- we've been asked that question, and

12   there's several ways that the public can participate.

13   One is by -- by discussing their concerns at this

14   hearing or our series.

15        We're having nine of these public hearings around

16   the state so hopefully they'll be convenient to our

17   voters. Um, and so you have to have an opportunity to

18   -- to express their opinion at -- at the hearing.

19        You know, we're -- we're here to hear your

20   concerns. We're not here, we're not going to be

21   answering questions and things like that, but we're

22   here to hear your concerns, um, this, uh, this

23   evening, we'll -- we'll listen to any matter that you

24   wish to bring to our attention about how and -- and

25   where we're drawing congressional and legislative

```
 1   district lines.

 2        Um, you know, we -- we -- we let them -- the --

 3   let -- let members of the public know that -- that

 4   they must sign a card. I think you were asked to s- --

 5   to sign an index card, if you wanted to speak. We --

 6   we would like for all members to sign in and there's -

 7   - as -- as you come in and that's simply so that we'll

 8   have a record of -- of who all attended the meetings.

 9        But -- but if you would like to speak, we -- we

10   need you to sign a card because then they're going to

11   give it to me and I'll have it -- have it to call --

12   call on people. Um, and so if you change your mind, if

13   you ha- -- if you decide you want to speak just let

14   the staff know, and -- and they'll get -- they'll get

15   your card.

16        Um, you know, you can submit suggestions to the

17   committee in writing or by email, uh, and you can take

18   advantage of the opportunity to use the committees'

19   public, uh, access, computer terminals. And, um, you

20   know, it -- it, and, uh, and, uh, you know, what kind

21   of concerns are -- are -- are do we expect to hear?

22        We -- honestly, we want to hear just whatever

23   your concerns are, just -- just whatever -- wh- --

24   whatever is important to you. Um, in the past, we've

25   heard things, uh, ranging from voting rights act
```

SDT-SJLCRR-000236

```
 1   concerns.

 2        We've heard about splitting precincts. We've

 3   heard about splitting municipalities. Um, and we've

 4   heard about, uh, districts being odd shaped. We've

 5   heard about splitting communities of interest.

 6        So you're -- you're probably not going to come up

 7   with something that the committee hadn't heard, but

 8   still it's your right to express, uh, the concern- --

 9   the concerns that you have have it just a reminder

10   that the rules of the House, um, govern joint

11   committees' meetings and -- and such matters will be

12   ha- -- any matters will be handled according to the

13   House rules. You know, um, a question that is on the

14   handouts.

15        This is, but I'm re- -- I'll repeat this for

16   those who are watching and -- and -- and don't have

17   the benefit of having the handouts.

18        So occasionally you may think, you know, why is

19   he saying that we have it in front of us, but there

20   are people who aren't here. And so, you know, how can

21   members of the public contact maybe to provide

22   information, um, [inaudible] book time on the public

23   access portal.

24        And members can, um, members of the public should

25   be advised, like it's -- they send US mail to Ted
```

SDT-SJLCRR-000237

1  Booth, Staff Council Joint Reapportionment Committee

2  PO Box 1204, Jackson, Mississippi 39215-1204. Or you

3  can send an email to ted.booth@peer and that's p-e-e-

4  r, uh, .ms.gov. And please be -- uh, please provide

5  information to staffs of the address, phone number, so

6  we can follow up.

7        Um, please don't just send them something, asking

8  questions, and then not provide them with any way to

9  get back with you. So if -- if you put your contact

10 information that -- that will help. Uh, public access

11 for congressional reduces [inaudible] will commence

12 following the delivery of the final PL94-171 data,

13 which should arrive at the close of September. So we

14 hope to get that information September 30th.

15       And, uh, I don't see any reason that won't

16 happen. We've been reassured multiple times that would

17 happen. Um, and so the -- the public access will s- --

18 will start, and will start at that time and will last

19 for three weeks.

20       Um, for the legislature, it will occur after

21 January 1, 2022, and last for three weeks. Now, um,

22 and so, uh, I don't think anyone else is - is -- has

23 come in, that would -- that would need to -- need to -

24 - to recognize. Do I have any member of the committee

25 that would like to make a statement?

SDT-SJLCRR-000238

1      MALE:  Uh, uh, I'll make one if I may. Thank you,
2   Mr. Chairman, uh, first off, as you notice, uh, we --
3   we have several people that aren't here, they're on
4   the committee. Of course, uh, for other [inaudible]
5   it's a long way from the coast for some of these
6   people that are up here. And -- and as the chairman
7   stated, we're having meetings all over the state.
8      So, uh, but we also have one that's just, uh,
9   just getting over COVID and decided not to come in.
10  And, uh, then of course, Senator Frazier just had back
11  surgery.
12     So, um, but all these, uh, members that aren't
13  here have texts, saying that they are watching and,
14  uh, and listening. And therefore we're here for
15  [inaudible]. And, uh, thank you for letting us be here
16  tonight.
17     MR. BECKETT:  All right. Uh, one of the things I
18  -- I did want to mention is that we've heard a great
19  deal of concerns about county redistricting and
20  municipal redistricting.
21     And that's -- that's your right if that's what
22  you want to use your time and making a statement
23  concerning those things. But I just want to
24  reemphasize that that's not in our pur- -- purview. We
25  will not be redistricting counties or municipalities.

SDT-SJLCRR-000239

1         .    So don't think we're just not interested. Or --

2    or -- or that we're going to ignore, um, anything that

3    you might say about those things. But we -- there's --

4    we're not going to be doing -- we're not going to be

5    doing that.

6         We'll be doing House -- Mississippi House and

7    Senate and congressional redistricting. And, um, so,

8    um, that -- that having been said do we have anyone

9    else that would like to say anything?

10        MALE:   Thank you Mr. Chair. But I just wanted to

11   welcome Mr. Chairman and also Mr. vice chair, Dean

12   Kirby, uh, and also members of the redistricting

13   committee, uh, to the Delta, uh, as you all know in

14   the public [inaudible] represent parts of Bolivar,

15   Washington, and Oklahoma counties, and welcome to the

16   Delta. And -- and welcome to Mississippi Valley State

17   University.

18        MR. BECKETT:   Thank you very much. All right. Is

19   there anyone else that [inaudible]. All right, well,

20   um, that -- that having been dispensed with, um, I'm

21   now going to call on the individuals that -- that I

22   have received a card, uh, that they would like to

23   speak. Mr. Charles is, I think is [inaudible]?

24        FEMALE:   [Inaudible].

25        MR. BECKETT:   Okay. All right.

SDT-SJLCRR-000240

1       MR. CHARLES:  I'd like to say good evening to

2  everybody. Especially to the redistricting committee

3  for the state of Mississippi. It'll be in a statement

4  Mississippi joint [inaudible] redistricting committee.

5  Or Mississippi [inaudible] engagement roundtable.

6  Mississippi State Conference, NAACP. One Voice NAACP,

7  Sunflower County branch. [Inaudible] concerns

8  [inaudible] Sunflower [inaudible] Bolivar, Oklahoma,

9  [inaudible].

10      Montgomery Homes and Tyler and Lee Counties. The

11  process of redistricting is a critical component of a

12  [inaudible]. And who represents them at local state

13  and federal level. All the process of drawing maps

14  that's a very technical steel that very few can

15  master. Everyone has a right to express how these

16  boundaries affect their life. [Inaudible] continue to

17  be a major issue in Mississippi.

18      [Inaudible] areas voting as well as the lack of

19  political representation [inaudible] move to

20  disenfranchise them as a citizen.

21      My organization, along with the Mississippi City

22  engagement roundtable have documented years of voter

23  suppression factors that have led to a cynical amount

24  of mistrust in voting system here in Mississippi.

25  Mississippi remains at the bottom of the nation or the

SDT-SJLCRR-000241

```
 1    lack of assess that it provides to citizens for
 2    voting.
 3          Antiquated systems such as lack of online voting
 4    registration, lack of early voting programs and -- and
 5    an absentee voting system that requires an
 6    organization of the applicant and ballot. The COVID-19
 7    pandemic made this issue even worse.
 8          Many states implemented valid job programs in all
 9    the effort to ensure the safety of both voters, and
10    the election officials. Mississippi could have used
11    this urgent health crisis to rise to the occasion, to
12    put the health of it's citizens first but we did not.
13          Instead we passed legislation [inaudible]
14    individually, who contracted the virus [inaudible] our
15    caregivers to use this as an excuse to vote by
16    absentee ballot. Just caused more confusion for
17    citizens and election vo- -- workers then had to put
18    their own health at risk to provide a ballot for the
19    individual with the virus. This is voter suppression.
20    Incidents like these continue to display themselves in
21    various form and make it more difficult for people to
22    vote.
23          Among the top of the list of the concern of voter
24    [inaudible] confusion regarding polling places and the
25    lack of adequate election equipment. Citizens of
```

SDT-SJLCRR-000242

1    Sunflower County continue to witness these incidents

2    of voter suppression. With every [inaudible] denied

3    their rights to receive a system-wide voting sent to

4    different voting precincts.

5        We deserve a fair voting process and handled with

6    integrity. The development of [inaudible] boundaries

7    at the local state and federal level can help us

8    improve our election process, by development districts

9    that keep our communities together and are

10   transparent. Which includes keeping the boundaries of

11   [inaudible] District 2, the same as we speak. Thank

12   you very much.

13       MR. BECKETT:  Thank you. [Inaudible]. Thank you

14   for -- for coming in. I appreciate you making the

15   effort to be here. Next, is Melvin Young.

16       MR. YOUNG:  Good eve- -- good evening, everyone.

17   It is truly an honor to be before the committee this

18   afternoon. And after we were in Senatobia the other

19   afternoon, it kind of put me to work.

20       Uh, my name is Melvin Young. I'm a community

21   redistricting specialist, uh, that has helped many of

22   our communities across the state of Mississippi,

23   through various organizations. When one of the

24   committee members asked the other evening, what is it

25   that you want us to do?

SDT-SJLCRR-000243

1    We decided we were going to try to give you all,

2    uh, more than just a little conversation. We'll give

3    you a little paper to look at.

4        A couple of things that was -- that has been

5    brought out at all the other public hearings and I

6    just wanted to echo this as well, is that we want to

7    make certain for the congressional, uh, redistricting,

8    that you all have coming up few specific things. Uh,

9    district number one, may need to take up more

10   [inaudible].

11       Uh, congressional district number 2, doesn't need

12   to go into the [inaudible] County. It should be

13   extended farther south. And obviously district 4, who

14   has more population, it's going to lose a few

15   counties.

16       Now I know this is a lot of information to look

17   up all of a sudden Mr. Chair, but we wanted to answer

18   the question that your member asked the other day

19   about what specifically we would like to see?

20       We certainly want to make sure we protect our

21   communities of interest in all of those, uh,

22   districts. Very specifically since a congressional

23   district, number 2 was created by a, uh, judge- --

24   judges, as well as the last one that was done by the

25   judges. Um, we took a very quick hit at this just to

SDT-SJLCRR-000244

```
 1   try to give you -- you all an idea with the projected
 2   information, what our concepts were.
 3        So I -- since I'm one of those ones who helped to
 4   kind of put this on the paper, I just wanted to know,
 5   were there any other questions specifically around the
 6   congressional redistricting that you all would like
 7   for us to answer [inaudible] the evening, that was the
 8   question. What do we want you to do? And we have
 9   before you a proposal.
10        And remember, this is just like you all said,
11   it's projected information. And once the information
12   comes out, we will certainly be working in communities
13   and sharing more as you all push this process forward.
14        And once again, we want to thank you for allowing
15   us to have this input. And certainly as communities,
16   um, we, we want to have an active voice in this
17   process. So Mr. Joe, was there any other questions
18   that the gentlemen had? [Inaudible] here?
19        MR. JOE:  Yeah. Yeah. If, uh, if anyone has a
20   question they -- they can. I'm sure you'll be here
21   afterwards [inaudible].
22        MR. YOUNG:  Yes. Thank you all.
23        MR. JOE:  Excuse me.  [Inaudible].
24        MR. BECKETT:  I'm -- I'm -- I'm sorry. I just
25   want to be clear. There is a reference at the bottom
```

SDT-SJLCRR-000245

```
 1    of the map to the Tunica County Redistricting
 2    Committee.
 3         MR. JOE:  Yes.
 4         MR. BECKETT:  And so I assume this is a
 5    recommendation from the Tunica County Redistricting
 6    Committee.
 7         MR. JOE:   Yes, sir.
 8         MR. BECKETT:  Thank you. Next, uh, [inaudible]
 9    like to speak? Good evening.
10         FEMALE:  Good afternoon. Thank you all. Uh, the
11    redistricting committee, allowing us an opportunity to
12    speak on behalf -- my name is Marilyn Young and I'm a
13    resident of Tunica County and I'm standing
14    representing the Mississippi Education Organizing
15    Alliance. And I'm here to make a couple of requests.
16         The first one is, uh, since the census data has
17    not been released and you all have already started
18    having the public hearings we are asking you all,
19    would you please come back and have public hearings
20    after the data is released? .
21         And you all have drawn the map so the community
22    can view them, analyze them and evaluate them so we
23    can see them.
24         The last redistricting cycle we did not get an
25    opportunity to view the maps before the legislature
```

SDT-SJLCRR-000246

1    voted on them, nor were we able to see them. That was
2    not another process that gave the community an
3    opportunity to help check that and look at it.
4         And so we're asking that once these numbers are
5    out and before you all actually take a vote on it,
6    will you please consider having public hearing so that
7    we can review maps, uh.
8         Uh, the next thing is I would like to ask that
9    you please try to adhere as much as possible to the
10   principals of redistricting. We ask that the district
11   must be composed of a continuous character.
12        Districts should be compact. They shouldn't have
13   all types of irregular shapes. The redistricting plan
14   should avoid truly racial gerrymandering. The
15   redistricting plan should avoid a political
16   gerrymander.
17        A redistricting plan would not have either the
18   purpose or the effect of [inaudible] minority voting
19   [inaudible] and shall otherwise comply with section 2
20   and 5 of the Voting Rights Act. The 14th and 15th
21   amendment of the constitution. The plan should avoid
22   drawing districts that are odd shapes. Boundaries
23   should cross governmental or political boundaries that
24   at least one time is less as possible.
25        The redistricting plan should be drafted such

```
 1   that the districts are bound by roads, streams, and

 2   natural visible boundaries.

 3        The redistricting plan should preserve

 4   longstanding communities of interest. And when we talk

 5   about communities of interest, we're very concerned

 6   about congressional district 2 in which we live in.

 7        We would like, uh, for those communities of

 8   interest to stay together. We would like to request

 9   that it does not go into the Soda County, but it goes

10   -- continue to go south as Congressman Thompson

11   requested, uh, early on by putting Hans County and

12   some of the other southern territory in that district.

13        We should also, uh, ask that the redistricting

14   plan should not draw -- be drawn so that it minimize

15   the cost of election administration and voter

16   confusion.

17        We would not like to see one side of the street

18   in one district and another side of the street and

19   another one. It just causes all kinds of confusing on

20   election day with people not knowing where they should

21   vote.

22        And once again, I would like to request that you

23   all please allow us an opportunity to view, analyze,

24   and evaluate the plans as they are drawn before the

25   legislator takes the final vote.
```

SDT-SJLCRR-000248

1        We understand that you all have that final

2    authority to vote on those plans, but we're very

3    concerned, uh, about trying to make sure that you

4    don't rack up on a lot of unnecessary, um, seats, just

5    because you have the knowledge to do so. We want this

6    process to be fair, and we want to stay an integral

7    part of the process. Thank you.

8        MR. BECKETT:  Thank you very much. Um, Mr. -- Mr.

9    [inaudible].

10       MALE:  Good afternoon. [Inaudible]. I have lived

11   in -- I have lived also in Tupelo, uh, for five years

12   in both Lee County and here in [inaudible] County. I

13   have worked as a paid poll worker paid by the county.

14   I have worked as an unpaid poll watcher. I have also

15   worked closely with a friend, now deceased, who served

16   on the election commission of [inaudible] County for

17   several terms.

18       I still have two friends on the election

19   commission, although I do not do any work for them.

20   Um, as a poll worker in several elections, as a poll

21   watcher in a few elections, I want to echo, uh, two or

22   three of the comments that Mrs. Marilyn, uh, Young,

23   just made. I simply, um, wanted to say that on behalf

24   of the circuit clerk, the five members of the election

25   commission poll workers, um, as well as voters.

SDT-SJLCRR-000249

```
 1          Um, please try to draw your legislative district

 2     lines and the congressional district lines so that

 3     they coincide as much as possible with other district

 4     lines, um, lines, such as municipal and county over

 5     which you have no control. Um, I feel like there's a

 6     chicken and egg problem because I don't know who goes

 7     first in redistricting, whether it's legislative, you

 8     go first.

 9          So okay. Um, so I -- I will try to make the same

10     plea to my supervisors of the county city council in

11     the city to draw their lines to coincide with the

12     lines you draw. But the reasons are obvious as Mrs.

13     Young stated, um, to reduce confusion in the polling

14     place on election day. Um, it is helpful to have as

15     few sub-district- -- sub-districts and split precincts

16     as possible.

17          And then for the sake of the -- the printer of

18     the ballot, the circuit clerk and the election

19     commission, and preparing for elections, um, it would

20     -- would reduce confusion for them as well.

21          So I just wanted to let you know a lawyer in

22     Greenwood who sometimes is a poll worker cares enough

23     about that to come and -- and speak to you, uh, uh, on

24     that one topic. Thank you.

25          MR. BECKETT:  Thank you very much. And, uh, we do
```

SDT-SJLCRR-000250

1    acknowledge the difficulties created by split

2    precincts. Um, having been a victim of that myself,

3    uh, I think I had 23 split precincts. The first time I

4    ran for office, I don't know, 30 something precinct,

5    so I understand the confusion that that can cause.

6         But just so the public will understand we- --

7    we're going to draw as few split precincts as

8    possible, legally possible. But after we draw the

9    districts, then a lot of the counties are going to

10   move some of the precincts as such because they're

11   faced with the requirements of one man, one vote

12   requirements.

13        So they're going to feel the -- the need to move

14   some of their -- so there's going to be some --

15   they're going to be split there's just no avoiding

16   that. We just -- well -- we will attempt to keep that

17   to a minimum on our part.

18        Um, are there any other questions, ma'am? All

19   right. At this time we don't -- we don't have any

20   other -- other questions. Is there any member of the

21   committee who has anything they would like to say

22   before we adjourn? [Inaudible].

23        MALE:  Uh, thank you. I don't want to go on at

24   length about the split precincts and it- -- it's a

25   very bad situation, but this is the dilemma.

SDT-SJLCRR-000251

1      The -- the information that we have now is based

2   on existing precincts. It's -- that's how we get our

3   data of where we -- I mean, we have -- we have more

4   detailed data, but what else would you use as a

5   building block?

6      So we've got to work with existing precincts.

7   Because counties have smaller populations, a shift in

8   a few votes, or a few people will require a county in

9   order to keep the dist- -- county districts the same

10  size to move some -- some lines around.

11     So we use existing precincts and then after

12  that's over later the counties come along and

13  redistrict and they will move lines because they have

14  to because of population. It's a problem.

15     Not all of the split precincts are due to that,

16  but that's the -- a major problem that we have. So we

17  -- we feel your pain, but I don't know that there's an

18  easy solution.

19     MR. BECKETT:  Okay. Um, I want to thank -- I want

20  to thank our host again for -- for hosting this event,

21  providing this facility for us.

22     I want to thank the public for their attendance,

23  um, I want to -- I want to thank our staff. And, uh, I

24  want to thank our -- especially I want to -- I want to

25  thank our Congressman for his attendance and honoring

SDT-SJLCRR-000252

```
 1    us with -- with -- with what he had to say, we
 2    appreciate that.
 3        I thank our other members who are not on the
 4    committee for coming and just remind the pu- -- the
 5    public that we are at the beginning of this process.
 6        And them, um, you know, if they -- if they may
 7    provide us with any comments or suggestions, on our
 8    proposed plans by mailing them to Ted Booth staff
 9    council joint reapportionment committee. PO Box 1204,
10    Jackson, Mississippi, 39215-1204.
11        Or you can send an email to
12    ted.booth@peer.ms.gov. And, uh, with that being said,
13    um, you'll have a good evening. And this meeting
14    stands adjourned.
15
16
17
18
19
20
21
22
23
24
25
```

SDT-SJLCRR-000253

JTX-026-031

1

2

3          I, Chris Naaden, a transcriber, hereby declare

4    under penalty of perjury that to the best of my

5    ability the above 31 pages contain a full, true and

6    correct transcription of the tape-recording that I

7    received regarding the event listed on the caption on

8    page 1.

9

10         I further declare that I have no interest in the

11   event of the action.

12

13   August 25, 2021

14   Chris Naaden

15

16

17

18   (Standing Joint Congressional Redistricting Committee,

19   Itta Bene, 8-11-21)

20

21

22

23

24

25

SDT-SJLCRR-000254

The MS Standing Joint Legislative Committee on Reapportion and Redistricting
Public Hearing on 08/11/2021                     Index: 1..attendance

| | | | |
|---|---|---|---|
| **1** | 39215-1204 16:2 31:10 | addition 9:18 | allowing 23:14 24:11 |
| 1 3:6,8,11, 13,15,17, 19,21,23 16:21 | **4** | Additionally 11:1 | amendment 25:21 |
| 10 10:24 | 4 22:13 | address 2:14 16:5 | America 8:3 |
| 1204 16:2 31:9 | 47 9:7 | adequate 20:25 | amount 7:15 19:23 |
| 14th 25:20 | **5** | adhere 25:9 | analyze 24:22 26:23 |
| 15th 25:20 | 5 25:20 | adjourn 29:22 | answering 13:21 |
| 1890 11:2 | 50 9:5 | adjourned 31:14 | Anthony 9:12 |
| **2** | **6** | adjustments 7:13,14 | anticipate 10:5 |
| 2 3:10 21:11 22:11,23 25:19 26:6 | 6:00 2:3 | administration 26:15 | Antiquated 20:3 |
| 2010 10:4 | **A** | advantage 14:18 | appears 2:19 |
| 2022 11:18 16:21 | ability 8:19 | advised 15:25 | applaud 8:17,19 |
| 23 29:3 | abou- 10:17 | affect 19:16 | applicant 20:6 |
| 254 11:1 | absentee 20:5,16 | afternoon 21:18,19 24:10 27:10 | areas 12:1, 2,4 13:2,3 19:18 |
| 26 6:25 | absolutely 6:22 | agency 4:14 | arrive 16:13 |
| 28 6:15 | access 14:19 15:23 16:10,17 | agricultural 8:2 | assess 20:1 |
| **3** | acknowledge 29:1 | ahead 2:5 | assume 24:4 |
| 30 9:9 29:4 | act 14:25 25:20 | Alliance 24:15 | attempt 29:16 |
| 30th 16:14 | active 23:16 | | attendance |
| 31 9:12 | actual 12:19 | | |

SDT-SJLCRR-000255

JTX-026-033

The MS Standing Joint Legislative Committee on Reapportion and Redistricting
Public Hearing on 08/11/2021                    Index: attended..circuit

30:22,25

**attended**
14:8

**attention**
13:24

**audience**
5:22

**authority**
27:2

**avoid** 25:14,
15,21

**avoiding**
29:15

---
**B**
---

**back** 11:8
16:9 17:10
24:19

**bad** 29:25

**ballot** 20:6,
16,18
28:18

**based** 30:1

**beautiful**
5:1

**Beckett** 2:1
3:6,7,25
5:19 6:3,6
8:22 9:16
17:17
18:18,25
21:13
23:24

24:4,8
27:8 28:25
30:19

**begin** 2:3
11:16 13:4

**beginning**
31:5

**behalf** 5:16
24:12
27:23

**benefit**
15:17

**Blackness**
3:8

**blessed** 5:5

**block** 30:5

**bo-** 10:23

**Bolivar** 9:6,
13 18:14
19:8

**book** 15:22

**Booth** 16:1
31:8

**bottom** 19:25
23:25

**bound** 26:1

**boundaries**
19:16
21:6,10
25:22,23
26:2

**Box** 16:2
31:9

**branch** 19:7

**Brian** 3:17,
18 9:7

**bring** 8:5
13:24

**broadcast**
9:21

**broadcasting**
2:4

**brought** 6:10
22:5

**Brown** 3:8

**building**
30:5

**business**
8:20

---
**C**
---

**call** 2:25
3:1,4
10:16
14:11,12
18:21

**called** 2:25

**calling** 4:4

**campus** 4:16
5:7

**car** 6:11

**card** 14:4,
5,10,15
18:22

**care** 5:25

**caregivers**
20:15

**cares** 28:22

**cases** 2:19

**casino** 8:7

**caused** 20:16

**census** 10:25
12:16,18
13:6 24:16

**chair** 2:13,
22,25
18:10,11
22:17

**chairman**
3:25 4:19
17:2,6
18:11

**challenges**
11:20,22
13:7

**chance** 5:24

**change** 14:12

**character**
25:11

**Charles**
18:23 19:1

**check** 25:3

**chicken** 28:6

**choice** 6:22

**Christian**
8:6

**circuit**

SDT-SJLCRR-000256

The MS Standing Joint Legislative Committee on Reapportion and Redistricting
Public Hearing on 08/11/2021                    Index: citizen..council

| | | | |
|---|---|---|---|
| 27:24 28:18 | 3:2,3 4:20 6:9 8:24 11:8 14:17 15:7 16:1, 24 17:4 18:13 19:2,4 21:17,24 24:2,6,11 29:21 31:4,9 | computer 14:19 | Congressman 5:22,23 26:10 30:25 |
| citizen 19:20 | | concepts 23:2 | congressperson 6:21 7:6 |
| citizens 20:1,12, 17,25 | | concern 20:23 | constitution 11:1 25:21 |
| city 19:21 28:10,11 | | concern- 15:8 | constitutional 10:21 |
| Clark 9:7 | | concerned 26:5 27:3 | contact 15:21 16:9 |
| clear 11:21 23:25 | committees' 14:18 15:11 | concerns 10:6 13:13,20, 22 14:21, 23 15:1,9 17:19 19:7 | continue 19:16 20:20 21:1 26:10 |
| clerk 27:24 28:18 | communities 7:9,24 15:5 21:9, 22 22:21 23:12,15 26:4,5,7 | | |
| close 7:20 16:13 | | | |
| closely 27:15 | | Conference 19:6 | continuing 4:24 |
| coast 11:25 17:5 | communities' 6:23 | confusing 26:19 | continuous 25:11 |
| coincide 28:3,11 | community 21:20 24:21 25:2 | confusion 20:16,24 26:16 28:13,20 29:5 | contracted 20:14 |
| commence 11:4,5 16:11 | compact 25:12 | | control 28:5 |
| | | | convenient 13:16 |
| comment 10:1 | compliment 8:21 | congressional 2:12 3:3 7:15 10:23 11:13 13:25 16:11 18:7 22:7,11,22 23:6 26:6 28:2 | conversation 22:2 |
| comments 27:22 31:7 | comply 25:19 | | corn 8:4 |
| commission 27:16,19, 25 28:19 | component 19:11 | | corner 11:25 |
| | | | cost 26:15 |
| | composed 25:11 | | cotton 8:4 |
| committee 2:8,15,16 | | | council 3:4 |

SDT-SJLCRR-000257

JTX-026-035

The MS Standing Joint Legislative Committee on Reapportion and Redistricting
Public Hearing on 08/11/2021                    Index: counties..earnest

16:1 28:10
31:9

counties
  6:25 7:2,
  3,7 9:8,11
  12:9 17:25
  18:15
  19:10
  22:15 29:9
  30:7,12

county 7:5,
  8,18,19,
  21,22 9:6,
  13,15
  12:3,11
  17:19 19:7
  21:1 22:12
  24:1,5,13
  26:9,11
  27:12,13,
  16 28:4,10
  30:8,9

coup- 2:5

couple 2:6
  6:17 22:4
  24:15

COVID 17:9

COVID-19
  20:6

created
  22:23 29:1

crisis 20:11

critical
  19:11

cross 25:23

current 10:5

cycle 24:24

cynical
  19:23

_____
        D
_____

data 16:12
  24:16,20
  30:3,4

day 5:1,5,6
  22:18
  26:20
  28:14

deadlines
  11:12

deal 12:8,
  13 17:19

Dean 18:11

Debar 3:19

deceased
  27:15

decide 14:13

decided 17:9
  22:1

delays 12:18

delivery
  16:12

Delta 8:1
  9:3 18:13,
  16

demographics
  6:19

denied 21:2

depending
  2:22

deserve 21:5

detailed
  30:4

development
  21:6,8

difficult
  8:15 20:21

difficulties
  12:7 29:1

dilemma
  29:25

discussing
  13:13

disenfranchise
  19:20

dispensed
  18:20

display
  20:20

dist- 30:9

district
  6:10,14,18
  8:1,9,10,
  14 9:4,5,
  7,9,12
  12:15,25
  14:1 21:11
  22:9,11,

13,23
  25:10
  26:6,12,18
  28:1,2,3

districts
  2:12 8:2,
  16 10:23,
  24 12:8,25
  15:4 21:8
  22:22
  25:12,22
  26:1 29:9
  30:9

documented
  19:22

drafted
  25:25

draw 26:14
  28:1,11,12
  29:7,8

drawing
  13:25
  19:13
  25:22

drawn 13:1
  24:21
  26:14,24

due 30:15

_____
        E
_____

earlier 11:9

early 20:4
  26:11

earnest

SDT-SJLCRR-000258

JTX-026-036

11:10

easy  30:18

echo  22:6
  27:21

Education
  24:14

effect  25:18

effort  2:17
  20:9 21:15

efforts
  11:12

egg  28:6

eight-  5:11

election
  20:10,17,
  25 21:8
  26:15,20
  27:16,18,
  24 28:14,
  18

elections
  27:20,21
  28:19

email  14:17
  16:3 31:11

engagement
  19:5,22

ensure  20:9

entire  6:25

equipment
  20:25

estimates

12:17,24
  13:1,6

Eubanks  3:8

evaluate
  24:22
  26:24

eve-  21:16

evening
  13:23 19:1
  21:16,24
  23:7 24:9
  31:13

event  30:20

excuse  20:15
  23:23

existing
  30:2,6,11

expect  14:21

experience
  5:15

express
  13:18 15:8
  19:15

extended
  22:13

extent  6:23

_____
F

face  11:20

faced  29:11

facilities
  4:13

facility
  4:10 30:21

fact  12:17,
  21

factors
  19:23

fair  21:5
  27:6

fall  11:14

farther
  22:13

federal
  10:21
  19:13 21:7

feel  28:5
  29:13
  30:17

FEMALE  18:24
  24:10

final  16:12
  26:25 27:1

finished
  11:15

fix  7:22

follow  16:6

foods  8:7

form  20:21

formalities
  2:6

formation
  11:8

forward  5:8

23:13

fractional
  7:2

Frazier
  17:10

free  2:18

freshman  5:6

friend  27:15

friends  8:6
  27:18

front  12:10
  15:19

future  9:23

_____
G

gained  11:24
  13:2

gaining
  12:14

gave  25:2

gentlemen
  2:1 23:18

gerrymander
  25:16

gerrymandering
  25:14

give  2:15
  7:19 13:6
  14:11
  22:1,2
  23:1

SDT-SJLCRR-000259

The MS Standing Joint Legislative Committee on Reapportion and Redistricting
Public Hearing on 08/11/2021          Index: giving..individually

| | | | |
|---|---|---|---|
| **giving** 5:10 | **health** | **hope** 16:14 | 20,24,25 |
| **goal** 5:12 | 20:11,12, | **Hops** 3:19, | 8:1,5,9 |
| **good** 4:15 | 18 | 20 | 9:1,2,3,4, |
| 8:7 10:12 | **hear** 8:12 | **host** 30:20 | 6,8,11,12, |
| 13:6 19:1 | 13:19,22 | **hosting** | 14,15 |
| 21:16 | 14:21,22 | 30:20 | 12:3,4 |
| 24:9,10 | **heard** 14:25 | | 15:22 |
| 27:10 | 15:2,3,4, | **House** 9:7 | 16:11 |
| 31:13 | 5,7 17:18 | 15:10,13 | 17:4,15 |
| **govern** 15:10 | **hearing** 2:13 | 18:6 | 18:14,19, |
| **governmental** | 3:2 6:2 | **House's** 8:24 | 23,24 |
| 25:23 | 8:18 12:17 | **Humphreys** | 19:4,5,7, |
| **great** 12:13 | 13:14,18 | 9:13 | 8,9,12,16, |
| 17:18 | 25:6 | | 18,19 |
| **Greenwood** | **hearings** 2:9 | ——— **I** ——— | 20:13,14, |
| 28:22 | 7:24 10:3, | | 24 21:2,6, |
| **Gulf** 11:24 | 4 13:8,15 | **idea** 23:1 | 11,13 |
| | 22:5 | **ignore** 18:2 | 22:10,12 |
| ——— **H** ——— | 24:18,19 | **implemented** | 23:7,18, |
| | **helped** 21:21 | 20:8 | 21,23 24:8 |
| **ha-** 14:13 | 23:3 | **important** | 25:18,19 |
| 15:12 | **helpful** 13:2 | 6:19,22 | 27:9,10, |
| **handled** | 28:14 | 7:8,25 | 12,16 |
| 15:12 21:5 | **Hey** 9:2 | 14:24 | 29:22 |
| **handouts** | **Himes** 9:5 | **impose** 2:22 | **incidents** |
| 15:14,17 | **hit** 22:25 | **improve** 21:8 | 20:20 21:1 |
| **Hans** 7:18, | **holds** 2:9 | **inaudible** | **includes** |
| 19,21,22 | **Homes** 19:10 | 2:7,17 | 21:10 |
| 26:11 | **honestly** | 3:9,23 | **income** 8:8 |
| **happen** | 14:22 | 4:1,21,22, | **index** 14:5 |
| 16:16,17 | **honor** 21:17 | 24 5:3 | **indication** |
| **happy** 7:23 | **honoring** | 6:1,2,9, | 13:6 |
| 8:17 | 30:25 | 10,13,14, | **individual** |
| | | 16,20 7:5, | 20:19 |
| | | 7,14,18, | **individually** |
| | | | 20:14 |

SDT-SJLCRR-000260

The MS Standing Joint Legislative Committee on Reapportion and Redistricting
Public Hearing on 08/11/2021                                    Index: individuals..love

| individuals | | | 21:7 |
|---|---|---|---|
| 9:18 18:21 | ——— **J** ——— | ——— **L** ——— | 1i- 2:20 |
| **information** | **Jackson** 16:2 | **lack** 19:18 | **life** 7:21 |
| 10:9,12 | 31:10 | 20:1,3,4, | 19:16 |
| 15:22 | **January** | 25 | **limit** 2:21 |
| 16:5,10,14 | 16:21 | **Lake** 9:14 | **lines** 12:15, |
| 22:16 | **job** 20:8 | **late** 4:2 | 25 14:1 |
| 23:2,11 | **Joe** 23:17, | **Lauderdale** | 28:2,4,11, |
| 30:1 | 19,23 | 12:3 | 12 30:10, |
| **input** 23:15 | 24:3,7 | **lawyer** 28:21 | 13 |
| **integral** | **John** 9:5 | **leave** 8:7 | **list** 20:23 |
| 27:6 | **joint** 2:8 | **led** 19:23 | **listen** 13:23 |
| **integrity** | 3:2,3 6:9 | **Lee** 19:10 | **listening** |
| 21:6 | 15:10 16:1 | 27:12 | 17:14 |
| **interest** | 19:4 31:9 | **legally** 29:8 | **live** 7:21 |
| 7:25 15:5 | **judge-** 22:23 | **legislation** | 9:21 26:6 |
| 22:21 | **judges** | 20:13 | **lived** 27:10, |
| 26:4,5,8 | 22:24,25 | **legislative** | 11 |
| **interested** | | 10:24 | **local** 19:12 |
| 18:1 | ——— **K** ——— | 11:18 | 21:7 |
| **interests** | | 13:25 | **long** 17:5 |
| 6:23 | **keeping** | 28:1,7 | **longstanding** |
| **introduce** | 21:10 | **legislator** | 26:4 |
| 8:25 | **kind** 14:20 | 26:25 | **lose** 22:14 |
| **introduction** | 21:19 23:4 | **legislature** | **lost** 7:11 |
| 2:7 | **kinds** 26:19 | 2:11 11:2, | 12:8,9,13 |
| **irregular** | **Kirby** 3:15, | 17 16:20 | 13:3 |
| 25:13 | 16 18:12 | 24:25 | **lot** 22:16 |
| **issue** 19:17 | **knowing** | **length** 29:24 | 27:4 29:9 |
| 20:7 | 26:20 | **letting** | **love** 4:17 |
| **it-** 29:24 | **knowledge** | 17:15 | |
| | 27:5 | **level** 19:13 | |

SDT-SJLCRR-000261

JTX-026-039

The MS Standing Joint Legislative Committee on Reapportion and Redistricting
Public Hearing on 08/11/2021                                         Index: made..odd

```
            M              24:12              minimum            16:16
                           27:22               29:17
                                                                 municipal
made   20:7         master   19:15      minority              17:20 28:4
  27:23             matter  13:23        25:18
                                                               municipalities
Madison  9:15       matters             minutes  10:3           15:3 17:25
                     15:11,12
mail  15:25                             Mississippi                   N
                    meeting  3:1          2:10 5:2,
mailing  31:8        4:5 5:18             16 8:23             NAACP  19:6
                     9:21 31:13           9:2 11:24
major  19:17                             16:2 18:6,          nation  19:25
  30:16             meetings             16 19:3,4,
                     11:7 14:8           5,6,17,21,           natural  26:2
make  7:12,          15:11 17:7          24,25
  14 11:21                               20:10               nice  4:10
  16:25 17:1        Melvin               21:22
  20:21              21:15,20            24:14               Northwest
  22:7,20                                31:10                11:25
  24:15 27:3        member  16:24
  28:9               22:18              mistrust             notice  17:2
                     29:20               19:24
making  4:11                                                noticed  6:11
  9:19 17:22        members              Montgomery
  21:14              2:13,18              19:10              number  16:5
                     3:4 4:1,8,                               22:9,11,23
MALE  3:6,8,         19 8:23             months  11:17
  10,11,13,          13:9 14:3,                              numbers
  15,17,19,          6 15:21,24          morph  7:4           12:19,22,
  21,23 17:1         17:12                                    23 25:4
  18:10              18:12               motion  5:13,
  27:10              21:24                15                      O
  29:23              27:24 31:3
                                         move  19:19         obvious
man  29:11          mention              29:10,13            28:12
                     17:18               30:10,13
Mango  3:11                                                 occasion
                    mind  14:12          movement            20:11
map  24:1,21                             12:15
                    minimal  7:15                           occasionally
maps  12:10                              moving  5:7          15:18
  19:13             minimize
  24:25 25:7         26:14               ms.gov.  16:4       occur  11:14
                                                             16:20
Marilyn                                  multiple            odd  15:4
```

SDT-SJLCRR-000262

The MS Standing Joint Legislative Committee on Reapportion and Redistricting
Public Hearing on 08/11/2021                    Index: offer..presenting

25:22

offer  2:13
 5:24

office  29:4

official
 12:22

officials
 20:10

Oklahoma
 18:15 19:8

online  20:3

opening  9:25

opinion
 13:18

opportunities
 5:14

opportunity
 2:14,18
 4:15,23,25
 8:12 13:17
 14:18
 24:11,25
 25:3 26:23

order  3:3
 30:9

organization
 19:21 20:6

organisations
 21:23

Organizing
 24:14

out-  4:22

outstanding
 4:22

_____

        P

p-e-e-  16:3

paid  27:13

pain  30:17

pandemic
 20:7

paper  22:3
 23:4

Parker  3:21

Parson  4:17,
 19

part  7:1
 27:7 29:17

participate
 13:10,12

parts  11:23
 18:14

passed  20:13

past  13:8
 14:24

people  2:2
 7:5,7 8:5,
 12 10:16
 12:13,14
 14:12
 15:20
 17:3,6
 20:21
 26:20 30:8

Perkins  3:19

person  10:22

personally
 7:17

persons
 2:20,23

ph  3:19
 9:5,6,9

phone  16:5

pick  6:20

PL94-171
 16:12

place  28:14

places  12:14
 20:24

plan  25:13,
 15,17,21,
 25 26:3,14

plans  26:24
 27:2 31:8

plea  28:10

pleasure
 5:20

PO  16:2
 31:9

point  10:20

political
 19:19
 25:15,23

poll  27:13,
 14,20,25
 28:22

polling
 20:24
 28:13

population
 7:12
 11:19,24
 12:4,9
 13:3 22:14
 30:14

populations
 12:9,11
 30:7

portal  15:23

portions
 9:10

positions
 8:13

possibly
 7:16

precinct
 29:4

precincts
 6:24 7:10
 15:2 21:4
 28:15
 29:2,3,7,
 10,24
 30:2,6,11,
 15

preparing
 9:20 28:19

present  3:5
 4:7

presenting

SDT-SJLCRR-000263

JTX-026-041

The MS Standing Joint Legislative Committee on Reapportion and Redistricting
Public Hearing on 08/11/2021    Index: preserve..redistricting

12:16

preserve
26:3

president
4:11

pretty 7:20

principals
25:10

printer
28:17

problem 28:6
30:14,16

problems
12:5

process
13:10
19:11,13
21:5,8
23:13,17
25:2 27:6,
7 31:5

producer
8:8,10

producing
12:18

productive
5:18

programs
20:4,8

projected
23:1,11

proposal
23:9

proposed
31:8

protect
22:20

provide 10:8
15:21
16:4,8
20:18 31:7

providing
30:21

pu- 31:4

public 2:9,
14,18 3:1,
2 4:13 6:1
8:18,19
10:1,4,6
11:21
13:10,12,
15 14:3,19
15:21,22,
24 16:10,
17 18:14
22:5
24:18,19
25:6 29:6
30:22 31:5

public's
8:11,20

pur- 17:24

purpose
25:18

purview
17:24

push 23:13

put 16:9
20:12,17
21:19 23:4

putting
26:11

_____
Q

qualify
11:16

qualifying
11:11

question
13:11
15:13
22:18
23:8,20

questions
10:6 13:21
16:8 23:5,
17 29:18,
20

quick 7:22
22:25

quorum 4:4

_____
R

racial 25:14

rack 27:4

ran 29:4

ranging
14:25

re- 10:22
15:15

real 7:22

reapportionmen
t 3:2 16:1
31:9

reason 16:15

reasons
28:12

reassured
16:16

receive 2:9
21:3

received
18:22

recognize
16:24

recommendation
24:5

recommendation
s 2:10

recommended
6:15

record 4:6
6:6 14:8

redistrict
2:11 3:3
10:18,22
11:2 30:13

redistricting
2:17 10:15
11:3,5,6,
13 12:19
17:19,20,
25 18:7,12
19:2,4,11

| | | | |
|---|---|---|---|
| 21:21 22:7 23:6 24:1, 5,11,24 25:10,13, 15,17,25 26:3,13 28:7 | representation 19:19 | roads 26:1 | September 16:13,14 |
| reduce 28:13,20 | representative 6:21 | roll 3:4 4:4 | series 11:7 13:14 |
| reduces 16:11 | representing 9:10 24:14 | rolling 6:3 | served 27:15 |
| Reed 3:11, 12 | represents 19:12 | Rosebud 9:9 | session 11:18 |
| reemphasize 17:24 | request 26:8,22 | roundtable 19:5,22 | set 12:6 |
| reference 23:25 | requested 26:11 | rules 15:10, 13 | Shanks 3:13, 14 |
| registration 20:4 | requests 24:15 | **s** | shaped 15:4 |
| relates 6:18 | require 30:8 | s- 14:4 16:17 | shapes 25:13,22 |
| released 24:17,20 | required 4:4 11:3 | safety 20:9 | share 5:14 6:18 |
| remains 19:25 | requirements 10:21 29:11,12 | sake 28:17 | sharing 23:13 |
| remember 23:10 | requires 4:5 10:22 11:2 20:5 | scenarios 12:5 | shift 30:7 |
| remind 31:4 | resident 24:13 | scheduled 2:3 | shifts 11:20 |
| reminder 2:8 4:3 15:9 | restful 8:15 | seats 27:4 | showcase 4:16 |
| repeat 15:15 | revenue 8:10 | section 11:1 25:19 | showing 13:2 |
| represent 6:25 18:14 | review 25:7 | Senate 6:21 8:24 18:7 | side 7:15 26:17,18 |
| | rights 14:25 21:3 25:20 | Senatobia 21:18 | sign 14:4, 5,6,10 |
| | rise 20:11 | Senator 17:10 | significant 8:9 |
| | risk 20:18 | send 15:25 16:3,7 31:11 | Simmons 3:21,22 |
| | | | simple 12:17,21 |

SDT-SJLCRR-000265

The MS Standing Joint Legislative Committee on Reapportion and Redistricting
Public Hearing on 08/11/2021          Index: simply..terminals

| | | | |
|---|---|---|---|
| simply 4:6 14:7 27:23 | 28:15 29:1,3,7,15,24 30:15 | 17:22 19:3 | 4:21 |
| sir 24:7 | | statements 2:15 | suppression 19:23 |
| situation 29:25 | splitting 15:2,3,5 | states 5:22 7:11 20:8 | 20:19 21:2 |
| size 30:10 | staff 9:19 10:2 14:14 16:1 30:23 31:8 | statistical 7:16 | surgery 17:11 |
| smaller 30:7 | | stay 26:8 27:6 | system 19:24 20:5 |
| Soda 26:9 | | | system-wide 21:3 |
| solution 30:18 | staffs 16:5 | steel 19:14 | systems 20:3 |
| south 22:13 26:10 | standing 6:9 24:13 | streams 26:1 | ——— T ——— |
| Southern 26:12 | standpoint 8:15 | street 26:17,18 | takes 26:25 |
| soybeans 8:4 | stands 31:14 | sub-district- 28:15 | talk 26:4 |
| speak 2:20, 23 4:25 14:5,9,13 18:23 21:11 24:9,12 28:23 | start 5:1 16:18 | sub-districts 28:15 | Tallahassee 9:10 |
| | started 2:3, 5 7:2 10:1 11:6,10 24:17 | submit 14:16 | tapes 6:3 |
| | | sudden 22:17 | Tate 3:23 |
| | | suggestions 2:9 14:16 31:7 | Taylor 3:15 |
| SPEAKER 9:2, 4 | state 4:14, 21 5:2,16 6:19 11:23,25 12:4 13:16 17:7 18:16 19:3,6,12 21:7,22 | summer 11:9 | team 5:12 |
| specialist 21:21 | | sunflower 9:10,13 19:7,8 21:1 | technical 19:14 |
| specific 22:8 | | | Ted 15:25 31:8 |
| specifically 22:19,22 23:5 | stated 17:7 28:13 | supervisors 28:10 | ted.booth@peer 16:3 |
| split 6:22, 24 7:1,9 | statement 9:25 16:25 | support 4:24 5:10 | ted.booth@peer.ms.gov. 31:12 |
| | | supporting | terminals 14:19 |

www.huseby.com          Huseby Global Litigation          800-333-2082

SDT-SJLCRR-000266

JTX-026-044

| | |
|---|---|
| **word** 5:12 | 28:13 |

**words** 4:17
  5:12,24

**work** 4:22
  9:20,22
  21:19
  27:19 30:6

**worked**
  27:13,14,
  15

**worker**
  27:13,20
  28:22

**workers**
  20:17
  27:25

**working**
  11:16 13:4
  23:12

**worse** 20:7

**writing**
  14:17

---

**Y**

---

**year** 11:12

**years** 6:15
  10:24
  19:22
  27:11

**Young** 21:15,
  16,20
  23:22
  24:12
  27:22

SDT-SJLCRR-000267

The MS Standing Joint Legislative Committee on Reapportion and Redistricting
Public Hearing on 08/11/2021                    Index: terms..Williams

| | | | |
|---|---|---|---|
| terms 27:17 | 6:11 10:17 | urgent 20:11 | votes 30:8 |
| territory 26:12 | tonight 5:20 17:16 | ___ V ___ | voting 7:10 14:25 19:18,24 20:2,3,4,5 21:3,4,5 25:18,20 |
| texts 17:13 | top 20:23 | valid 20:8 | |
| that- 12:21 | topic 28:24 | Valley 5:2, 13,16 18:16 | |
| the- 7:23 | Tracy 9:9 | | |
| thing 5:4 6:12 25:8 | transparent 21:10 | venue 8:11 | ___ W ___ |
| things 2:5 4:16 6:17 10:13 13:21 14:25 17:17,23 18:3 22:4, 8 | Tunica 24:1, 5,13 | vice 18:11 | wanted 14:5 18:10 22:6,17 23:4 27:23 28:21 |
| | Tupelo 27:11 | victim 29:2 | |
| | Tyler 19:10 | Victoria 9:14 | |
| | types 25:13 | view 24:22, 25 26:23 | warm 6:13 |
| thinking 13:4 | ___ U ___ | virus 20:14, 19 | Washington 9:6,13 18:15 |
| Thompson 5:23 6:1, 5,8 26:10 | understand 27:1 29:5, 6 | visible 26:2 | watcher 27:14,21 |
| time 2:21, 24,25 4:8, 9,25 7:4 9:1 10:16 11:15 12:23 15:22 16:18 17:22 25:24 29:3,19 | unique 5:20 | vision 5:12 | watching 15:16 17:13 |
| | United 5:22 | vo- 20:17 | |
| | university 4:21 5:2, 4,8,11,17 18:17 | voice 19:6 23:16 | ways 13:12 |
| | | vote 10:22 20:15,22 25:5 26:21,25 27:2 29:11 | we- 11:3 13:11 29:6 |
| | unnecessary 27:4 | | weeks 16:19, 21 |
| | unpaid 27:14 | voted 25:1 | wh- 14:23 |
| | upcoming 2:16 | voter 19:22 20:19,23 21:2 26:15 | White 3:15 |
| times 16:16 | upheaval 7:16 | | whoa 6:12 |
| today 5:4,6 | | voters 13:17 20:9 27:25 | Williams 3:24 |

SDT-SJLCRR-000268

JTX-026-046



1072 W. Lynch Street, Suite 7
Jackson, MS 39203
Phone: (601) 960-9594
Email: ceroundtable@unitedonevoice.org
Website: www.onevoicems.org

**Itta Bena Statement**

To:      Mississippi Joint Legislative Redistricting Committee

From:   Mississippi Civic Engagement Roundtable

         Mississippi State Conference NAACP

         One Voice

         NAACP, Sunflower County Branch

Re:     Political Apportionment Concerns in Sunflower, Leflore, Yazoo, Sharkey, Humphreys, Issaquena, Washington, Bolivar, Coahoma, Tunica, Quitman, Tallahatchie, Panola, Yalobusha, Grenada, Montgomery, Holmes, Attala, and Leake Counties

The process of redistricting is a critical component of a citizens' political rights to have a say in who represents them at local, state and federal levels. Although the process of drawing maps is a very technical skill that very few can master, everyone has a right to express how these boundaries affect their lives.

Voter suppression continues be major issue in Mississippi. Barriers to voting as well as the lack of political representation are avenues to the disfranchisement of citizens. My organization, along with the Mississippi Civic Engagement Roundtable, have documented years of voter suppression tactics that have led to a considerable amount of mistrust in voting systems.

Mississippi remains at the bottom of the nation for the lack of access that it provides to citizens for voting. Antiquated systems such as the lack of on line voter registration, lack of early voting programs, and an absentee voting system that requires notarization of the application and ballot.

The COVID-19 pandemic made these issues even worse. Many states implemented ballot drop programs and other efforts to ensure the safety of both voters and Election officials. Mississippi could have used this urgent health crisis to rise to the occasion and put the health of its citizens first. But we did not. Instead, we passed legislation allowing individuals who contracted the virus or were care givers to use this as an excuse to vote by absentee ballot. This caused more confusion for citizens and election workers who then had to put their own health at risk to provide ballots for individuals with the virus.

This is voter suppression. Incidents like these continue to display themselves in various forms that make it more difficult for people to vote. Among the top of the list of those concerns are voter purging, confusion regarding polling places and the lack of adequate election equipment.

Citizens of Sunflower County continue to witness these incidents of voter suppression. During every election cycle, citizens are purged off voter rolls, denied their right to receive assistance while voting, and sent to different voting precincts. We deserve a fair voting process that's handled with integrity.

The development of fair political boundaries at the local, state and federal level can help us to improve our election process by developing districts that keep our communities together and are transparent, which includes keeping the boundaries of Congressional District 2 the same.

SDT-SJLCRR-000269



REDISTRICTING RECOMMENDATION MAP: CONGRESSIONAL DISTRICTS MS 2021
Map: ver 2021-CONGRESS-v3  Date: 08/10/2021

SDT-SJLCRR-000270

**JTX-026-048**