<small>Case 3:22-cv-00734-DPJ-HSO-LHS    Document 275-7    Filed 07/08/25    Page 1 of 10</small>

<small>EXHIBIT NO. JTX-027 evid.
CAUSE NO. 3:22cv734-DPJ-HSO-LHS
WITNESS
CLERK: SHONE POWELL

FEB 26 2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
Candice Crane, REPORTER</small>

**STANDING JOINT CONGRESSIONAL REDISTRICTING COMMITTEE**
Hearing on 08/12/2021

```
 1
 2
 3
 4
 5
 6
 7
 8              TRANSCRIPT OF AUDIO-RECORDED
 9                 PUBLIC HEARING OF THE
10    STANDING JOINT CONGRESSIONAL REDISTRICTING COMMITTEE
11                    AUGUST 12, 2021
12
13                 STARKVILLE, MISSISSIPPI
14
15
16
17
18
19
20
21
22
23
24
25
```

**STANDING JOINT CONGRESSIONAL REDISTRICTING COMMITTEE**
Hearing on 08/12/2021
Pages 2..5

Page 2

1  MR. BECKETT: All right, um, we're -- we're
2  supposed to get started [inaudible] I believe it's
3  about 6:00 now. I want to welcome you all here
4  tonight.
5  Uh, I just have a couple of comments. The joint
6  committee hosts public hearings to -- to receive
7  suggestions and recommendations on how the Mississippi
8  Legislature should redistrict itself.
9  And our four congressional districts, uh, during
10  the course of the hearings, uh, as chair I'll -- I'll
11  offer members of the public, an opportunity to give
12  the committee -- I mean, comments to the committee or
13  the statements to the committee about the -- our
14  upcoming redistricting efforts. Um, by contra we try
15  to give members, uh, of the public free opportunity to
16  say what they wish.
17  And in -- in cases where it appears that they're
18  going to be, uh, many persons who are to speak we --
19  we do limit the time as to what limit to impose will
20  be up to the chair depending on how many persons want
21  to speak.
22  Uh, I would like to remind you just as a courtesy
23  that -- that this is, uh, we will be redistricting
24  congressional districts and legislative districts from
25  the past and the Senate on the state.

Page 3

1  We will not be doing any county or city
2  districts. Uh, we have -- we have several questions
3  about county and city districts and I just want to
4  make it clear that, um, if that's what you want to
5  comment about then that- -- that's fine, but that's
6  not something that we -- we will be doing.
7  So, um, it -- it yeah. At this time, um, as -- as
8  -- as tier, I call the -- this public hearing of the -
9  - of the joint reapportionment community. Joint
10  congressional redistricting committee to order and ask
11  our council to call the roll of the members present.
12  MR. CHAIRMAN: Mr. Beckett.
13  MR. BECKETT: Here.
14  MR. CHAIRMAN: Mr. Brown. Mr. Brown. Mr. Eubanks.
15  Mr. Ford.
16  MR. FORD: Here.
17  MR. CHAIRMAN: Mr. Mango. Mr. Reed.
18  MR. REED: Here.
19  MR. CHAIRMAN: Mr. Shanks.
20  MR. SHANKS: Here.
21  MR. CHAIRMAN: Mr. Taylor.
22  MR. TAYLOR: Here.
23  MR. CHAIRMAN: Mr. Wyatt (ph). Mr. Kirby.
24  MR. KIRBY: Here.
25  MR. CHAIRMAN: Mr. Bryan. Mr. Deber (ph). Mr.

Page 4

1  Perkins.
2  MR. PERKINS: Here.
3  MR. CHAIRMAN: Mr. Hops.
4  MR. HOPS: Here.
5  MR. CHAIRMAN: Mr. Parker. Mr. Simmons.
6  MR. SIMMONS: Here.
7  MR. CHAIRMAN: Mr. Tate.
8  MR. TATE: Here.
9  MR. CHAIRMAN: Mr. [inaudible].
10  MALE: Here.
11  MR. CHAIRMAN: Mr. Williams.
12  MR. WILLIAMS: Here.
13  MR. BECKETT: All right. Thank you Mr. Chairman.
14  I do, just to mention that, you know, we don't have to
15  have [inaudible] type testimony that we're simply
16  trying to verify who is here, uh, who has attended the
17  meeting. Uh, we have -- we have other members who are
18  -- who for various reasons are not here tonight.
19  Uh, but, uh, I would -- I would -- I would like
20  to, uh, take this chance [inaudible] time, but we do
21  have other members of the legislature who are present
22  and I'd like for them to introduce themselves if they
23  want.
24  MR. WILLIAMS: Uh, yeah. I'm Bob Williams,
25  [inaudible] district 15.

Page 5

1  MR. BECKETT: All right. I believe -- I believe
2  that -- thank you. I believe that that is it and I
3  want to thank you for that [inaudible]. I want to
4  thank this state for hosting this event is a -- it's -
5  - it's a very, very nice place to have something like
6  this. Uh, we -- we are having nine of these across the
7  state.
8  Uh, prior -- prior to [inaudible] where they are
9  as convenient as possible. Um, or different members of
10  the state they are, um, [inaudible]. So people who
11  aren't here, members and members of the public have an
12  opportunity to -- to watch the proceedings. And
13  there'll be other ways that -- that they can
14  contribute.
15  I want to, uh, thank our staff for setting
16  everything up and for working with -- with the, uh,
17  [inaudible] and making sure that, uh, the room was
18  ready for us tonight and also for all the help that --
19  that they're going to give us in this process of, uh,
20  uh, redistricting and, um, and otherwise.
21  And just, uh, and I -- I want to -- at this time
22  is there any member of committee that would like to
23  have anything to say? [Inaudible].
24  MALE: Thank you vice chairman. Uh, it's -- it's
25  a pleasure to be here in the [inaudible] Parker

**STANDING JOINT CONGRESSIONAL REDISTRICTING COMMITTEE**
Hearing on 08/12/2021        Pages 6..9

Page 6

1  Ballroom tonight. Good folks. Um, I want to say that,
2  of course we have several senators, uh, because
3  they've told me that, uh, they're watching, uh, that
4  aren't here tonight.
5      Um, Lieutenant Governor and his staff all are
6  watching every night. So, uh, we will let you know
7  that, uh, even though some aren't here, we have a
8  couple of members that aren't here in the Senate but,
9  um, but they are watching along with several others
10 and we appreciate the opportunity to be here.
11     MR. BRICKET: All right. Thanks [inaudible].
12 Anyone else has a comment? All right. With that we'll
13 -- we'll just began but -- but -- but I would like to
14 -- to once again just thank our staff for graciously
15 going through the testimony of the hearings, both from
16 2010 and [inaudible] we- -- we've had.
17     And I've looked at transcripts and looked at some
18 of the questions that were asked re- -- repeatedly and
19 -- and provided with some information that I think
20 would be helpful to get out to the public.
21     And by answering some questions that someone has,
22 if they don't ask are just things that they may have
23 thought about. And, uh, once again and -- and thank
24 them for doing that.
25     Um, and you know, you might -- you'd have people

Page 7

1  who would ask, you know, why -- why re- -- re- -- why
2  redistrict? Um, say very simple.
3      Uh, I think all of us know that it's -- I've
4  always known it's just something we had to do, but
5  they're -- they're reasons why we do that. We do it
6  because, um, both the federal constitutional
7  requirements on one person, one vote requires three
8  districts.
9      Both congressional districts and legislative
10 districts every 10 years following the census. Uh,
11 additionally to section 254 of our constitution of
12 1890 requires that we redistrict the legislature. So
13 we -- we do this redistrict every 10 years because
14 it's the requirement of the law that we do that.
15     Uh, a- - additionally, um, we have asked, um,
16 when -- when -- when we commence redistricting as and
17 -- just [inaudible] started, it started with our
18 organization meeting back about a month ago.
19     And this is the fifth of the series of nine
20 public hearings that we have. Um, it's, it's, um, you
21 know, this is just, uh, the cost of a qualifying
22 deadlines that we have some congressional qualifying
23 deadlines are in January.
24     They can -- start qualifying from as early as
25 January. So the -- we -- we cannot wait any longer. Uh,

Page 8

1  so, uh, our efforts will -- will -- congressional
2  redistricting will come first because of this and will
3  occur during the fall of this year. And -- and we will
4  work on the legislature during the months of the 2022
5  legislative sessions [inaudible] to do the
6  congressional districts first and then do the
7  legislative districts.
8      And as you can tell by that timeframe, we can't
9  wait a lot longer to get started. We've got -- we've
10 got to get started with the session. You know, because
11 the [inaudible], um, you know, we're going to face
12 many challenges of those maps and scattered around the
13 room and the small amounts [inaudible] available to
14 you all [inaudible] estimates.
15     Um, and they -- they show, um, they showed to
16 2020 population estimates for counties showing --
17 showing where the Census Bureau projects gains and
18 losses. Um, as you can tell some -- some part -- some
19 places we're going to go and have these hearings, um,
20 there's a population gain in majority of the counties.
21     Some places we're going to go, uh, we have
22 [inaudible], we have population loss and, you know, we
23 are all required to have basically the same size
24 districts, uh, everywhere. [Inaudible] district is
25 24,273 is the -- is -- is the average size of -- and

Page 9

1  Senate districts, 56,948. And, you know, we have some
2  tolerance, 5 percent tolerance.
3      Uh, but on our congressional districts, we have
4  basically a zero tolerance. So, uh, so you can tell
5  because those years of [inaudible] loss population,
6  even though the [inaudible] is basically [inaudible]
7  the same population with a very small change, that's
8  not true in different areas of the state.
9      And so you -- you -- you got that dif- --
10 difficulty in both gaining and losing population
11 districts causes problems. So it's a different set of
12 problems but it causes problems or challenges.
13     And, uh, you know, the, uh, tho- -- those maps
14 are intended not for us to use to draw districts, but
15 to -- just to give them [inaudible] and, uh, just, uh,
16 an idea of how many people must be in a district and
17 ho- -- and -- and how many people your county has.
18     And so you can tell kind of what areas are going
19 to gain or lose. You know, why are we presenting these
20 estimates instead of the data or the actual data? Is
21 it because of delays in reducing the census and the
22 actual number [inaudible] we use in redistricting and
23 have not been available?
24     Um, our staff actually received kind of official
25 numbers today. They're not really official until

STANDING JOINT CONGRESSIONAL REDISTRICTING COMMITEE
Hearing on 08/12/2021                                Pages 10..13

### Page 10

1  September 30th, but, uh, kind of official numbers.
2      The first precinct that really, that [inaudible]
3  that just began looking at so that those estimates
4  that you have really is the most current information
5  we have.
6      We hope -- we hope to do something different and
7  -- and, you know, the first set of data will be
8  available [inaudible] available today with the final
9  official delivery occurring close to the end of
10 September.
11     The cen- -- census estimate give us a good
12 indication of where -- where our challenges are and --
13 and -- and having -- they have been used in the past,
14 uh, to just to assist the public in understanding
15 what's going on. Um, you know, as of [inaudible]
16 today, the re- -- the redistricting staff down- --
17 downloaded the PD94-171 [inaudible] basically the --
18 the more accurate data than -- then what these
19 estimates are.
20     And, you know, they got that from the US Census
21 Bureau, um, our -- our technical partners [inaudible]
22 are working on organizing and preparing this data for
23 use, uh, as we speak. Um, um, once prepared the data
24 will be put through a quality assessment and -- and
25 assurance process. Then maps and data will be prepared

### Page 11

1  outlining changes at the congressional senate -- and
2  state senate state house and county levels.
3      These parts will -- will be ready for a
4  presentation at our public hearing matches on Monday,
5  uh, August 16. And, uh, individual district maps and
6  sta- -- and statistics will be available on a
7  legislative redistricting website and -- and -- and in
8  the coming days on a flow basis as -- as they are
9  completed.
10     So, I mean, they can't do them all immediately.
11 So they will begin, uh, begin [inaudible] and that's
12 what [inaudibles] and with the intention of having a
13 long -- long layer in a relatively short period of
14 time.
15     So if -- if the district [inaudible] and it makes
16 [inaudible] just keep checking it will -- it will be -
17 - it will be on there and, um, you know, [inaudible]
18 and we should have [inaudible] use [inaudible] the
19 last four hearings.
20     But, uh, you know, how many -- how -- how many
21 members of the pr- -- participating process, um, you
22 know, and there's several ways that members of the
23 public anticipate this process.
24     One is by, um, by expressing your concern
25 [inaudible] at this hearing. Um, we're here to hear

### Page 12

1  your concerns and [inaudible] we will listen to -- to
2  any matter that you wish to bring to our -- our
3  attention about how and where we -- we -- we draw
4  congressional legislative districts.
5      Uh, [inaudible] members come and go [inaudible]
6  they must sign a card, uh, with -- with their name, so
7  the committee can call them.
8      And so if there's anyone here that [inaudible]
9  comment, then, um, you need to let staff know and
10 [inaudible] so we can call on that person [inaudible]
11 and then we'll do that in just a few minutes.
12     So you can -- you can ask one if you want one,
13 uh, [inaudible] passing these out. Uh, another way,
14 you can submit any -- any suggestions to the committee
15 in writing or by email. You don't have to comment
16 [inaudible] if you've got something you want say, you
17 just want to present that, or it's too long
18 [inaudible] you'll have an opportunity to present that
19 to the committee.
20     And -- and you'll also have -- you can take
21 advantage of the opportunity to use the committees'
22 public access [inaudible]. So if you want to go and --
23 and actually work -- work on computer terminals there
24 will be a time [inaudible] you can do that. Uh, in --
25 in a hearing, what kinds of concerns does the

### Page 13

1  committee need to hear from the public? We need to
2  hear just anything is -- is on your mind [inaudible]
3  we've heard things about [inaudible] concerns.
4      Uh, we've heard about split precincts, splitting
5  municipalities. Uh, uh, districts that are odd shaped.
6  Uh, you're probably not going to have a question or
7  concern if somebody else had- -- hadn't already
8  expressed, but -- but that's fine.
9      You -- you -- you have the right to express that
10 concern. Um, you know, and just be aware that, you
11 know, I might call [inaudible] a member -- , uh, a
12 member of the public as I see fit.
13     The rules -- the rules of the house governance
14 committees, and we will -- we will handle such matters
15 as a house would -- would handle those -- those
16 issues. Um, and at this time is just [inaudible]
17 recognize any member that is coming in and we thank
18 you, thank you for your attendance.
19     And -- and uh, they, uh, I -- I want to -- I want
20 to read this -- this after, you know -- if you -- if
21 you want to mail something in that -- that the public
22 wants to contact to make you provide information, um,
23 you -- you need to send this and I know it's on your
24 material but I will tell them just be patient there
25 are people watching that don't have the same materials

**STANDING JOINT CONGRESSIONAL REDISTRICTING COMMITTEE**
Hearing on 08/12/2021          Pages 14..17

Page 14

1 like you did so I'll read this address out
2 [inaudible].
3     Staff Council Joint Reapportionment Committee PO
4 Box 1204, Jackson, Mississippi, 39215-1204. And you
5 can, uh, send an email to ted.booth:pear that's p-e-e-
6 r.ms.gov. And, uh, so just please provide the
7 information for staff to follow up such as your email
8 address and telephone number.
9     So please don't send us any information and ask
10 questions and not identify yourself because they're
11 not going to be able to get back with you if you -- if
12 you don't. uh, public access for our congressional
13 redistricting will commence following the delivery of
14 the final P094-171 data which should arrive at the
15 close of September. Um, the public access time will
16 last for three weeks.
17     So starting at early October, they'll be a three-
18 week period of time that -- that you'll be able to
19 work on the congressional redistricting plans. For
20 legislature will occur -- for legislative districts it
21 will occur January 1, 2022 and last three weeks.
22     Um, before -- before, uh, the call on members of
23 the public, uh, uh, is there anybody, [inaudible] you
24 would like to add?
25     All right. Well, thank you. At this time, we're

Page 15

1 going to open it up and for -- for comments from the
2 public and the one I have [inaudible].
3     FEMALE: Good evening. This is starting the
4 statement and this is to the city joint legislative
5 redistricting committee from Mississippi Civil
6 Engagement Roundtable. The city state conference
7 NAACP. One Voice. NAACP the acting [inaudible]. And
8 this is for political appointment concerns and
9 activity [inaudible].
10     The process of redistricting is a critical
11 component of the citizens [inaudible] at a local state
12 and federal level. All the process of [inaudible]
13 technical skill it is very -- that very few can
14 master. Everyone has a right to express how these
15 [inaudible] affect their lives. Vote suppression seems
16 to be a major issue in Mississippi.
17     Barriers to vote as well as a lack of political
18 representation are [inaudible] to the
19 disenfranchisement of citizens. My organization, along
20 with the Mississippi Civil Engagement Roundtable have
21 documented years of vote suppression tactics that have
22 led to considerable amount of mistrust in the voting
23 system. Mississippi remains at the bottom of the
24 mainstream for the lack of access that it provides to
25 citizens for voting.

Page 16

1 And at the system, such as the lack of online
2 voter registration, lack of early voting programs and
3 an absentee voting system that requires [inaudible] of
4 an application and ballot. The COVID-19 pandemic made
5 these issues even worse. Many states implemented
6 [inaudible] programs and other efforts to ensure the
7 safety of both voters and election officials.
8     Mississippi could have used this urgent health
9 crisis to rise to the occasion and put the health of
10 its citizens first. But we did not.
11     Instead, you pass legislation to allow
12 individuals who contracted the virus or were cured
13 [inaudible] to use this as an excuse to vote by
14 absentee ballot. This caused more confusion for
15 citizens [inaudible] then had to put their own health
16 at health at risk to provide a ballot for individuals
17 with the virus.
18     This is voter suppression. Incidents like these
19 continue to -- to display themselves in various form
20 and make it more difficult for people to vote. Among
21 the top of this -- of the list of those concerns of
22 voter [inaudible] confusion regarding polling places
23 and the lack of adequate election equipment.
24     Citizens of [inaudible] process that's handled
25 with integrity. The development of [inaudible]

Page 17

1 political boundaries at the local state and federal
2 level can help us improve our election process by
3 developing districts that keep our communities
4 together and are transparent. Thank you for your
5 consideration.
6     MR. BECKETT: Thank you. Mr. Taylor.
7     MR. TAYLOR: Yes, sir. Chris Taylor. Uh, I have
8 two questions. Number one, prior to, uh, [inaudible],
9 I have worked in elections here [inaudible] County for
10 years. And over the last 10 years the last time we did
11 redistricting we went from like 10 students to 20
12 students in one precinct. Now you got to look at
13 [inaudible] election. Please look at that [inaudible].
14     I know you're not supposed to, but you'll need to
15 [inaudible] but you can get a recommendation from the
16 county [inaudible]. And, uh, with the population
17 [inaudible] is losing, do you all think [inaudible]
18 Mississippi in the congressional districts. Just think
19 about [inaudible] and I'll appreciate it.
20     MR. BECKETT: Thank you.
21     MR. TAYLOR: Yes, sir.
22     MR. BECKETT: Uh, does anyone else have a
23 comment? All right. That's the only ones I had, uh, at
24 this time. Is there any member of the committee have
25 anything they want to say? Okay. Um, I want -- I want

**STANDING JOINT CONGRESSIONAL REDISTRICTING COMMITTEE**
Hearing on 08/12/2021                                   Pages 18..19

Page 18

1  to thank — once again I want to thank our host for
2  providing this — this space. I want to thank the
3  public for their attendance.
4       And I want to thank our staff just for the work
5  [inaudible] and remind them that we're just at the
6  very beginning of this process.
7       And that we have — we have — and that we made -
8  - that the — that the comments we have, you know, you
9  — you can submit any comments, suggestions,
10 [inaudible] proposed plans by mailing once again to
11 Ted Booth, Staff Council Joint Reapportionment
12 Committee PO Box 1204, Jackson, Mississippi 3 — I
13 mean 39215-1204.
14      Or you can send an email to
15 ted.booth@peer.ms.gov. And uh, I say please — please
16 provide info- — the information we would need that we
17 can follow up as far as emails and addresses.
18      And, uh, if there are — with there being no
19 further comments, I move we stand adjourned.
20
21
22
23
24
25

Page 19

1
2
3       I, Chris Hasden, a transcriber, hereby declare
4  under penalty of perjury that to the best of my
5  ability the above 18 pages contain a full, true and
6  correct transcription of the tape-recording that I
7  received regarding the event listed on the caption on
8  page 1.
9
10      I further declare that I have no interest in the
11 event of the action.
12
13 August 25, 2021
14 Chris Hasden
15 [signature]
16
17
18 (Standing Joint Congressional Redistricting Committee,
19 Starkville, 8-12-21)
20
21
22
23
24
25

SDT-SJLCRR-000276

JTX-027-006

STANDING JOINT CONGRESSIONAL REDISTRICTING COMMITTEE
Hearing on 08/12/2021                                    Index: 10..emails

| | | | |
|---|---|---|---|
| **1** | appointment 15:8 | comments 15:1 18:8, 9,19 | crisis 16:9 |
| 10  17:10,11 | attendance 18:3 | committee 15:5 17:24 18:12 | critical 15:10 |
| 1204  18:12 | | | cured 16:12 |
| **2** | **B** | communities 17:3 | **D** |
| 20  17:11 | ballot 16:4, 14,16 | component 15:11 | developing 17:3 |
| **3** | Barriers 15:17 | concerns 15:8 16:21 | development 16:25 |
| 3  18:12 | BECKETT 17:6,20,22 | conference 15:6 | difficult 16:20 |
| 392151-1204 18:13 | beginning 18:6 | confusion 16:14,22 | disenfranchisement 15:19 |
| **A** | Booth 18:11 | congressional 17:18 | display 16:19 |
| absentee 16:3,14 | bottom 15:23 | considerable 15:22 | districts 17:3,18 |
| access 15:24 | boundaries 17:1 | consideration 17:5 | documented 15:21 |
| acting 15:7 | Box 18:12 | | |
| activity 15:9 | **C** | | **E** |
| addresses 18:17 | caused 16:14 | continue 16:19 | early 16:2 |
| adequate 16:23 | Chris 17:7 | contracted 16:12 | efforts 16:6 |
| adjourned 18:19 | citizens 15:11,19, 25 16:10, 15,24 | Council 18:11 | election 16:7,23 17:2,13 |
| affect 15:15 | city 15:4,6 | county 17:9, 16 | elections 17:9 |
| amount 15:22 | Civil 15:5, 20 | COVID-19 16:4 | email 18:14 |
| application 16:4 | comment 17:23 | | emails 18:17 |

STANDING JOINT CONGRESSIONAL REDISTRICTING COMMITEE
Hearing on 08/12/2021    Index: Engagement..population

| | | | |
|---|---|---|---|
| Engagement 15:6,20 | improve 17:2 | led 15:22 | move 18:19 |
| ensure 16:6 | inaudible 15:2,7,9, 11,12,15, 18 16:3,6, 13,15,22, 24,25 17:8,9,13, 15,16,17, 19 18:5,10 | legislation 16:11 | **N** |
| equipment 16:23 | | legislative 15:4 | NAACP 15:7 |
| evening 15:3 | | level 15:12 17:2 | Number 17:8 |
| excuse 16:13 | | list 16:21 | **O** |
| express 15:14 | | lives 15:15 | occasion 16:9 |
| **F** | Incidents 16:18 | local 15:11 17:1 | officials 16:7 |
| federal 15:12 17:1 | individuals 16:12,16 | losing 17:17 | online 16:1 |
| FEMALE 15:3 | info- 18:16 | **M** | open 15:1 |
| follow 18:17 | information 18:16 | made 16:4 18:7 | organization 15:19 |
| form 16:19 | integrity 16:25 | mailing 18:10 | **P** |
| **G** | issue 15:16 | mainstream 15:24 | pandemic 16:4 |
| Good 15:3 | issues 16:5 | major 15:16 | pass 16:11 |
| **H** | **J** | make 16:20 | people 16:20 |
| handled 16:24 | Jackson 18:12 | master 15:14 | places 16:22 |
| health 16:8, 9,15,16 | joint 15:4 18:11 | member 17:24 | plans 18:10 |
| host 18:1 | | Mississippi 15:5,16, 20,23 16:8 17:18 18:12 | PO 18:12 |
| | **L** | | political 15:8,17 17:1 |
| **I** | lack 15:17, 24 16:1,2, 23 | | polling 16:22 |
| implemented 16:5 | | mistrust 15:22 | population 17:16 |

STANDING JOINT CONGRESSIONAL REDISTRICTING COMMITTEE
Hearing on 08/12/2021                     Index: precinct..years

| | | | |
|---|---|---|---|
| precinct 17:12 | registration 16:2 | students 17:11,12 | **V** |
| prior 17:8 | remains 15:23 | submit 18:9 | virus 16:12, 17 |
| process 15:10,12 16:24 17:2 18:6 | remind 18:5 | suggestions 18:9 | Voice 15:7 |
| | representation 15:18 | supposed 17:14 | vote 15:15, 17,21 16:13,20 |
| programs 16:2,6 | requires 16:3 | suppression 15:15,21 16:18 | voter 16:2, 18,22 |
| proposed 18:10 | rise 16:9 | | |
| provide 16:16 18:16 | risk 16:16 | system 15:23 16:1,3 | voters 16:7 |
| | Roundtable 15:6,20 | | voting 15:22,25 16:2,3 |
| providing 18:2 | **S** | **T** | |
| public 15:2 18:3 | safety 16:7 | tactics 15:21 | **W** |
| | send 18:14 | Taylor 17:6, 7,21 | work 18:4 |
| put 16:9,15 | sir 17:7,21 | | worked 17:9 |
| | skill 15:13 | technical 15:13 | worse 16:5 |
| **Q** | space 18:2 | Ted 18:11 | **Y** |
| questions 17:8 | staff 18:4, 11 | ted.booth@ peer.ms.gov. 18:15 | years 15:21 17:10 |
| **R** | stand 18:19 | time 17:10, 24 | |
| Reapportionmen t 18:11 | starting 15:3 | top 16:21 | |
| recommendation 17:15 | state 15:6, 11 17:1 | transparent 17:4 | |
| redistricting 15:5,10 17:11 | statement 15:4 | **U** | |
| | states 16:5 | urgent 16:8 | |