EXHIBIT NO. JTX-028 evid.
CAUSE NO. 3:22cv734-DPJ-HSO-LHS
WITNESS
CLERK: _____ SHONE POWELL

FEB 26 2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
Candice Crane, REPORTER

STANDING JOINT CONGRESSIONAL REDISTRICTING COMMITTEE
Hearing on 08/16/2021



1

2

3

4

5

6

7

8          TRANSCRIPT OF AUDIO-RECORDED

9          PUBLIC HEARING OF THE

10   STANDING JOINT CONGRESSIONAL REDISTRICTING COMMITTEE

11              AUGUST 16, 2021

12

13              NATCHEZ, MISSISSIPPI

14

15

16

17

18

19

20

21

22

23

24

25

3:22-cv-734
JTX-028

SDT-SJLCRR-000284

JTX-028-001

STANDING JOINT CONGRESSIONAL REDISTRICTING COMMITTE
Hearing  on 08/16/2021                                    Pages 2..5

**Page 2**

1   MR. BECKETT:  All right. I think it's, um, time
2   now would be a typical start. It's 5:00 o'clock.
3   (inaudible) I know that we have several people that
4   are have [inaudible] obligations tonight, and I want
5   to thank each of you for being here.
6       But as you know, the Joint Committee hold public
7   hearings to receive, uh, suggestions and
8   recommendations on how the PCB legislature should re-
9   district itself, and its four Congressional districts.
10      During the course of the hearing, my chair will
11  offer members of the public an opportunity to give
12  comments to the committee or to give statements to the
13  committee about our upcoming redistricting efforts.
14      And by custom, we try to give our members of the
15  public a free opportunity to say what they wish. In
16  case it appear that there are going to be many persons
17  who are speaking, we do limit their time, uh, as to
18  what time limit we impose, will be up to me as chair
19  depending on how many persons want to speak, and, um,
20  just -- I mean you all are free to say what you would
21  like, but I do want to mention one thing that we do
22  have a municipal or county redistricting and we've had
23  a lot of comments or questions [inaudible] in the past
24  about those hearings. And it's not that we're not
25  insensitive to those issues and concerns that people

**Page 3**

1   have, but it's outside of our purview.
2       So at this time as chair of the committee, I want
3   to call the public -- the public hearing of the Joint
4   Reapportion Committee and Joint Congressional
5   Redistricting Committee to order and asked our counsel
6   to call the roll of members present.
7       COUNSEL:  Mr. Beckett.
8       MR. BECKETT:  Here.
9       COUNSEL:  Mr. Blackmon. Mr. Brown. Mr. Eubanks.
10  Mr. Ford.
11      MR. FORD:  Here.
12      COUNSEL:  Mr. Rangold. Mr. Read.
13      MR. READ:  Here.
14      COUNSEL:  Mr. Shanke.
15      MR. SHANKS:  Here.
16      COUNSEL:  Mr. Taylor.
17      MR. TAYLOR:  Here.
18      COUNSEL:  Mr. White. Mr. Kirby?
19      MR. KIRBY:  Here.
20      COUNSEL:  Mr. Bryan. Mr. DeBar. Mr. Hawkins. Mr.
21  Hopson.
22      MR. HOPSON:  Here.
23      COUNSEL:  Mr. Parker. Mr. Simmons. Mr. Tate. Ms.
24  Turner-Ford. Mr. Wiggins.
25      MR. BECKETT:  All right. Thank you. Uh, and I

**Page 4**

1   just want to remind you that, uh, that we will do not
2   have to have a forum in order to take this testimony.
3   The roll is taken for the purpose of just documenting
4   who is present.
5       And so that's -- that's our purpose for doing
6   that. At this time, I was thinking [inaudible] that
7   was not present, and in addition to the committee
8   members, uh, we have two other members that I see, Mr.
9   Sam Heil and Mr. Robert Johnson.
10      And we want to thank you all for you all's
11  attendance and, uh, at this meeting, I -- I believe if
12  there's anyone else that's -- present, I want to thank
13  our host institution here for this facility that they
14  have been made available to us and just for -- just
15  for the hospitality and this is -- is [inaudible] we
16  travel around the state and have an opportunity
17  primarily to visit our institutions of higher learning
18  and our community colleges.
19      And, uh, that's what most of our facilities are
20  and we thank -- we thank [inaudible] and the staff for
21  all the work they've done in setting there -- these
22  meetings up. [inaudible] in preparation for the
23  meeting itself and the work -- the work on the
24  redistricting, uh, members.
25      As we go on with this meeting, once again, I want

**Page 5**

1   to thank our staff and graciously going through the
2   transcripts of the meetings at 2010 and the meetings
3   that we've had from our -- this is the sixth hearing
4   out of nine that in this series of this year.
5       And they've gone through and they've gotten some
6   of the things that are more commonly asked and more
7   common concerns that people have and kind of listed
8   those.
9       And I'm going to cover those and hopefully even
10  if you don't ask a question about them, I want a
11  statement about that [inaudible] and it might answer a
12  concern or at least provide some information that you
13  don't have, that you don't have.
14      One thing is, uh, why do we redistrict, and I
15  need to point, uh, that both the federal
16  constitutional requires a one person one vote requires
17  us to redistrict both the Congressional districts and
18  the Legislative districts every 10 years following the
19  Census. Additionally, Section 254 of our Constitution
20  of 1015 requires that we -- requires redistricting in
21  our legislature.
22      So, it's -- although it may be a painful process
23  and it maybe a process that everyone doesn't
24  necessarily enjoy, uh, but going through it, the end
25  result is something that is required --required by law

SDT-SJLCRR-000285

JTX-028-002

**STANDING JOINT CONGRESSIONAL REDISTRICTING COMMITTE**
Hearing  on 08/16/2021                                      Pages 6..9

### Page 6

1  to be done.
2     Uh, the other thing is you know, when -- when
3  we're commence redistricting and I just want you all
4  to know that redistricting has started. Additionally,
5  I guess [inaudible] I guess it really started with the
6  taking of the Census, if you want to know the truth
7  about that, that's actually when it started.
8     But this committee, uh, was organized back around
9  July, that time frame and as I said, this is the sixth
10  in the series of nine -- nine meetings that we're
11  going to be having going around the state. And so,
12  redistricting has started.
13     We are at the beginning of a process, not near
14  the finish line, but we are -- we are just -- we are
15  just beginning. And you know, uh, the qualifying
16  deadline of next year, uh, for Congressional
17  redistricting, our efforts is the Congressional
18  redistricting will come first and -- and will occur
19  during the fall of this year.
20     We will be working on our -- on the Legislative -
21  - legislature during the months of the 2022
22  [inaudible] session. So, in January, February and
23  March, we'll be working on Legislative redistricting.
24  We have a little more time for those before
25  qualifying. It will be a little over a year later on

### Page 7

1  those.
2     Um, you know, why -- why do we have to make
3  changes to district because of population shifts, uh,
4  you know, we will be required to make changes and, uh,
5  we're going to face challenges in making the changes.
6     As we go across the state, there are certain
7  parts of the state, you can see all of these
8  [inaudible] have lost population [inaudible] in some
9  areas, a fewer areas, but there are some areas that
10  have gained population. And then a lot of the state
11  has stayed relatively close to what they had before.
12     They gained or lost a small amount. But through
13  all of that, all of those instances cause problems for
14  us and because -- they're a unique set of
15  difficulties, whether your area is gaining population
16  or whether your area is losing population, it becomes
17  -- it becomes difficult to draw the districts.
18  We have to be here in the southwestern part of
19  the state, if you notice, there's been a population
20  loss in a lot of this area. I think many of the
21  counties around it are -- there are a couple of
22  districts that show a loss.
23     Some districts or counties have lost more than
24  others. But overall, we're looking at a loss of
25  population in this part of the state.

### Page 8

1     Um, and you'll notice that this -- the ideal size
2  for House district, and the ideal size for a Senate
3  district and for our House district is, uh, around
4  24,273 people and you can have -- using a five percent
5  deviation room, you can either be up or down from
6  that.
7     For Senate, we're looking at 36,948. The same
8  thing, it could be up or down, but please note that
9  the Congressional districts, uh, we're looking at
10  740,319 people, with zero deviation.
11     So, you'll notice that, um, as we're moving
12  along, you'll see that all the Mississippi House and
13  Senate districts are not going to be identical in
14  size. They're going to be within that deviation, but
15  the -- but the Congressional districts, uh, don't
16  allow for deviation so they'll all be within -- when
17  basically one vote of each other, so they will be
18  extremely close.
19     Um, you know, in doing that, we will use every
20  effort possible to -- to not have [inaudible]
21  precincts, they're not the same.
22     Some, one question we normally get are [inaudible]
23  we may draw a family that doesn't have any [inaudible]
24  but after we get through then the counties are going
25  to draw their districts and they're going to be

### Page 9

1  increasing lots, which they're going to split some of
2  the districts -- some of the districts we're going to
3  draw will not be split, then they're going to change
4  the lines and there will actually be split precincts.
5     And they're required t do that. It's not like
6  they're doing it just because they want to, but
7  they're required.
8     In most cases, if their districts are smaller
9  than ours, and they're just going to go -- will
10  require some changing and moving around.
11     Um, you know, we started this process with Census
12  estimates and you might ask why we even started this
13  just because we had delays -- there were delays in
14  processing the Census data.
15     And the actual numbers that we use in
16  redistricting were not available when starting this
17  process and we couldn't wait any longer because the
18  time frame that we had to do the redistricting, those
19  estimates had been used in the past.
20     They're [inaudible] to show us what areas of the
21  state have gained population, lost population, but
22  they're not useful or can't be used to draw districts.
23  We started out with any precinct data, basically.
24     The committee has received the numbers Thursday
25  or Friday of last week and they're in the process of

SDT-SJLCRR-000286

JTX-028-003

## STANDING JOINT CONGRESSIONAL REDISTRICTING COMMITTEE
### Hearing on 08/16/2021                        Pages 10..13

**Page 10**

1  using that data, and new maps [inaudible] are due and
2  are based on the finished data that they received,
3  which I need to tell you that September 30th is the
4  absolute drop-dead date that say, I would say,
5  anything that might have to be changed in the data
6  will be changed by then.
7       We don't anticipate there will be any changes and
8  if there are changes, we anticipate minor changes. But
9  just know that by September 30th, we will -- there
10 will not be any more changes.
11      More than likely they'll look exactly like these
12 -- these numbers we have right here. Um, you know, the
13 other thing is, you know, how many members of the
14 public participate in this process, and there's
15 several ways.
16      One is by discussing their concerns at this
17 meeting. We're here to hear your concerns this evening
18 and we will listen to any matter that you wish to
19 bring to our attention about how and where we draw
20 Congressional and Legislative districts.
21      Uh, we want to let the public know that you must
22 sign the card with your name so the committee can call
23 on you.
24      So, if you have questions you would like or a
25 statement you would like, not questions, but if you

**Page 11**

1  have statement you would like to make, that is what we
2  are here for, to take your statements and -- and your
3  opinions about things, uh, please ask the staff, let
4  her know that you would like to -- that you have a
5  comment and ask for a card, and turn it in with your
6  name on it, uh, and so we'll -- we'll -- let's see
7  then we'll call you.
8       You can also submit any suggestions to the
9  committee in writing or by email, uh, and you can, uh,
10 take advantage of the opportunity to use the
11 committee's public access computer terminals.
12      They'll be a time that I'll act out that you can
13 do that. In this hearing, what kind of concerns does
14 the committee need to hear from the public and that's
15 basically anything that's on your mind is the simple
16 answer.
17      Uh, we may have heard it from someone else and we
18 may have heard it at another location. But, if it's
19 your concern, then we want to hear it from you. Uh,
20 just as an example of some things that we've heard in
21 the past, we've heard Voting Rights Act concerns.
22      We've heard concerns about splitting precincts.
23 We've heard concerns about splitting up of
24 municipalities. We've heard concerns about districts
25 that are odd shaped. To short, we've heard most of

**Page 12**

1  things that -- that seem to bother people all around
2  the state.
3       Uh, but, you know, just want to remind you that,
4  uh, that the rules of the House covered in Joint
5  Committees, and we will handle such matters as the
6  House would handle them.
7       Uh, if I have a member of the public contact the
8  committee to provide information or to book time on
9  the public access computers, uh, and I'm going to read
10 these even though you all have the written information
11 in front of you.
12      Uh, I'm reading it for the benefit of those who
13 are watching on our webcast and so everybody doesn't
14 have the benefit of having the information in front of
15 them. So, that why we ask that we identify ourselves
16 and these things.
17      But do you have any comments that you want to
18 [inaudible] send them to Ted Booth, Staff Counsel,
19 Joint Reapportionment committee, PO Box 1204, Jackson,
20 Mississippi, 39215-1204, or send emails to
21 ted.booth@peer.ms.gov.
22      And please provide information for the staff to
23 follow up, such as email address or telephone numbers.
24 We've had people that have sent things in without any
25 way to contact them back. And so in order to help the

**Page 13**

1  staff so they can reply, please then put your email or
2  your address on that.
3       Uh, the public access for Congressional
4  redistricting will commence following the delivery of
5  the final PL 94-171 data, which should come to close
6  in September. The public access will last for three
7  weeks, uh, so it will be three weeks from the first of
8  September and for the Legislature, for state
9  legislature, will occur after January 1, 2022 and last
10 for three weeks.
11      Um, do I have any members of the committee that
12 [inaudible] We're going to -- at this time, we're
13 going to open it up for any comments that we might
14 have and do I have -- uh, Ms. Frazier. I didn't want
15 to mispronounce that, so I apologize.
16      MS. FRAZIER: As you said, I'm [inaudible] and
17 I'm here as a representative of the -- as a member of
18 the [inaudible] Mississippi [inaudible] NAACP and
19 representing the state conference of the NAACP.
20      The redistricting process is a critical component
21 of the Democratic process at the local, state and
22 federal level. The citizens of Congressional District
23 3 and across the state have a right to voice their
24 concerns and opinions about the nature of the drawing
25 of district lines that ensure fair maps.

SDT-SJLCRR-000287

JTX-028-004

STANDING JOINT CONGRESSIONAL REDISTRICTING COMMITTE
Hearing  on 08/16/2021                                    Pages 14..17

**Page 14**

1     The issue of voter suppression across District 3
2 in the state raises concerns, questions about the
3 electoral process, including the lack of fair
4 districts and a woman's right to choose their own
5 political representation, and not the opposite.
6     Mississippi is one of the most restrictive states
7 in the nation for voters and [inaudible]. Laws and
8 practices that limit our fundamental rights to engage
9 in political processes, excuse me, limit our
10 fundamental rights to engage in the political process.
11 This state's lack of online voter registration, early
12 voter registration programs and an absentee voting
13 system that requires many steps provides to be
14 extremely burdensome for voters.
15     The COVID-19 pandemic made it even worse. Many
16 states have implemented the ballot drop program and
17 other efforts to ensure the safety of both voters and
18 the election of elected officials before the 2020
19 election.
20     Mississippi could have done the same thing to
21 increase safety and access by developing early voting
22 programs and other measures that were made -- would
23 have made limited -- eliminated long lines and close
24 contact on election day, but we did not.
25     Instead we passed legislation allowing

**Page 15**

1 individuals who contacted the viruses, or were
2 caregivers to use this as an excuse to vote by
3 absentee ballot. This caused more confusion for
4 citizens and election workers who then had to put
5 their own health at risk to provide ballots for
6 individuals with the virus.
7     Voter suppression comes in many forms with the
8 most pressing issue being voter [inaudible].
9 Gerrymandering and polling places closed and then
10 confusion is created on Election Day.
11     Without measures to remedy these problems, voter
12 suppression will remain a threat to the Democratic
13 process in Mississippi. The citizens of Adams County
14 deserve a fair voting process that [inaudible].
15     The development of fair district lines at the
16 local, state and federal level can help to reduce
17 voter suppression and help us create an electoral
18 process that offers us a right to full [inaudible] to
19 full and unimpaired political participation. Thank you
20 for your concern.
21     MR. BECKETT: Thank you. [inaudible]
22     MS. MORROW: How is everyone this evening?
23     MR. BECKETT: [inaudible]
24     MS. MORROW: I'm not very familiar with this
25 process. This is the first public hearing before the

**Page 16**

1 state legislature that I've ever attended. So, I'm new
2 at this and I'm learning.
3     So, if I'm going in the wrong direction, please
4 put me back on the track, and I just simply have
5 questions concerning the process. When you draw these
6 Legislative and Congressional lines, the legislature
7 gets together and they do that. Am I correct?
8     So, after that, then you make that presentation
9 to whom or do you just draw these lines, you vote on
10 it and it's put in place. Does the public have an
11 opportunity to see what you have put together prior to
12 anything being enacted?
13     MR. BECKETT: The representative would.
14     MR. JOHNSON: In answer to your -- as
15 representative of this area, in answer to your
16 question, the legislature will -- these hearings we
17 have and hear your testimony, but we'll go back to the
18 legislature.
19     This Committee will work on lines and draw up
20 lines and then we as a legislature will vote on
21 whether or not and accept whatever the presentation
22 is.
23     But as a citizen, if you don't agree with what is
25 adopted by the legislature, you have standing, not as
25 an individual, but as a group, you have standing to

**Page 17**

1 challenge that redistricting process.
2     But that will be your only chance to do that
3 unless you come to the legislature and sit in on
4 meetings and talk to me and talk to other people and
5 tell them what you disagree with about it.
6     MS. MORROW: Okay. So, why are we having these
7 hearings?
8     MR. BECKETT: We're having these --
9     MS. MORROW: What are you teaching me and --
10     MR. BECKETT: We're having these hearings for the
11 purpose of hearing your concerns and your input before
12 decisions are made about how the districts are drawn
13 and not someone's concerns after they're drawn.
14     The purpose is to -- for people to identify how -
15 - how they would like the districts to be drawn, what
16 you felt like adequate representation in your area
17 would look like and whether -- whether you -- what
18 communities, what's been done in the past that you
19 don't like.
20     Um, how you would like for -- things you would
21 like the Committee to consider as they're drawing the
22 districts. That's the purpose of the hearings.
23     MS. MORROW: Okay. I'm still having some
24 reservations. I didn't introduce myself. My name is
25 Bobby Bingham Morrow and I am representing the NAACP

SDT-SJLCRR-000288

JTX-028-005

STANDING JOINT CONGRESSIONAL REDISTRICTING COMMITTE
Hearing  on 08/16/2021                     Pages 18..21

Page 18

1  Vicksburg branch.
2       I, from what you -- the two gentlemen just said
3  to me, you're stating -- you're saying that this is my
4  opportunity to have input into what you do.
5       After you leave here, you're going to go and
6  you're going to draw these lines and you're going to
7  go ahead and vote and put these put these lines in
8  place. So, this will be law.
9       This will be what the lines are and then I'm
10  given the opportunity to come in and -- and protest or
11  -- or show my agreement with what you've done. Is that
12  what you're saying to me?
13       MR. JOHNSON:  No, let me be clear. You don't --
14  you don't protest. You -- you -- what we anticipate is
15  if you're dissatisfied with the way the lines are
16  drawn, and as a citizen, like in the Third District, I
17  anticipate that these gentlemen will draw a
18  Congressional district that I won't agree with.
19       And so, I'll be interested in talking to people
20  and citizens who will be interested in -- in filing a
21  legal action to challenge the way those lines are
22  drawn. You know, Shaw versus, uh, Tennessee or
23  Memphis, there have been a number of cases where
24  people have challenged because of, uh, they violated
25  the Voting Rights Act or they're not contiguous or

Page 19

1  compact or the lines not drawn.
2       But you know, there will be discussions later.
3  Let me tell you -- let me say this. The unfairness of
4  what's happening now is that the -- the legislature is
5  trying to have open hearings and talk to you about
6  redistricting, but you don't have the benefit of
7  knowing enough about redistricting when we have these
8  kind of meetings to come in and ask all the
9  appropriate questions.
10       But you see all the people sitting here. What I
11  would suggest to you is that as you listen to this,
12  contact your representatives and -- and get more
13  information. And as this process is going on, you can
14  talk to the people, for instance if you're in
15  Vicksburg, you're either represented by
16       MS. MORROW:  Mr. Hopson.
17       MR. JOHNSON:  I forgot about my good friend, Mr.
18  Senator Hopson. But yeah, you talk to them about what
19  your concerns are, what you'd like to see happen but
20  that's going on in the process.
21       But yeah, when we leave here, we go in as a
22  legislature because we're a representative
23  legislature. And we take the information we've
24  gathered here.
25       I'm not on the committee but I will listen to

Page 20

1  some of these concerns and then we'll go back and
2  we'll -- we'll work and vote on whatever the
3  recommendations are that they come back, but your
4  ability to agree or disagree will be through your
5  legislative representation or through some legal
6  action that will come after we adopt something.
7       MS. MORROW:  I'm still having problems with that,
8  but I -- I guess I'll --I'll just I'll -- I'll -- I'll
9  talk to my representatives about that. But -- but I do
10  want to make this point, is that there should be an
11  opportunity. This is one of my disagreements.
12       My disagreement is that there should be another
13  opportunity after you have come to an agreement on the
14  lines that you are going to draw, there should be an
15  opportunity for the public to have input at that point
16  because hopefully, especially in my case, I will know
17  enough, I will know a little bit more about
18  redistricting based on the numbers that we've received
19  from the Census.
20       And I'll know enough to ask what I would consider
21  intelligent questions that would affect the community
22  as a whole.
23       I'm -- I'm speaking to you just from the
24  standpoint of where I stand on redistricting trying to
25  learn more about it, but I just think that -- that

Page 21

1  just for the basic citizen, every one of us should
2  have another opportunity to come and voice our opinion
3  on the lines that you have drawn. Please allow us
4  that. Thank you.
5       MR. BECKETT:  That's it. All right. That's the
6  only two, uh, requests that I had at this time. Is
7  there anyone on the committee who would like to say
8  anything?
9       HALE:  May I say something real quick?
10       MR. BECKETT:  Yeah, sure, sure.
11       HALE:  We have by the way as the chairman said,
12  we have a lot of people that are watching online. We
13  have had some that have had COVID. We have some that
14  have had other issues, plus a long way from Tupelo or
15  Corinth to here.
16       So, um, so, you know, so we have some --
17  everyone's watching including the Lieutenant
18  Governor's staff. But said all that to say that I'm
19  seeing Dave Deering here makes me miss Bob Deering.
20  He's -- glad you're here.
21       MR. JOHNSON:  Mr. Chairman?
22       MR. BECKETT:  Sure.
23       MR. JOHNSON:  Since, I'm at home and people don't
24  see me as much as they need to, I'm going to say a few
25  words.

SDT-SJLCRR-000289

JTX-028-006

STANDING JOINT CONGRESSIONAL REDISTRICTING COMMITTE
Hearing  on 08/16/2021                                        Pages 22..25

**Page 22**

1  MR. BECKETT: All right. You're welcome to.
2  MR. JOHNSON: Uh, just as a background, so on
3  redistricting, Mississippi is one of the state's
4  either 33 or 29 states that have to comply with what
5  you call compactness and contiguousness, which means
6  that when you draw a line you just can't, you know,
7  randomly draw things to benefit one side of the other.
8     They have to make sense. And you also, even
9  though we do — don't have the Voting Rights Act, uh,
10 Section 5 of the Voting Rights Act, the way we used
11 to, where you would have, uh, Justice Department pre-
12 clearance before you adopt a plan.
13    You still have to abide by, uh, the law that says
14 you cannot dilute minority voting strength or the
15 minority, uh, ability to elect people in the area. And
16 so there's still in my opinion, as a lawyer, there's
17 some question about what — what does dilution mean?
18    I — I — I feel like right now we have districts
19 that are extremely polarized. And in that sense, with
20 the overwhelming majority of one party or one race
21 over another one in the legislature, I would suggest
22 to you that that is a dilution of African-American
23 voting strength. Some people would disagree with that
24 but those are the kind of issues that you would bring
25 up and those are the kind of issues that as your

**Page 23**

1  representative, I would be talking about it in the
2  legislation.
3     Uh, but I can tell you that as a representative
4  legislature, the legislature is always open. And even
5  though we — we may not come to you here in this
6  district and have hearings, I always say that the most
7  important thing you can do as a voter is to visit your
8  legislature and have meetings and talk to the people
9  who represent you and this is a critical time and it
10 may take some sacrifice, but I would encourage people
11 as we go through this redistricting process to attend
12 some of those reapportionment meetings, and to be
13 there.
14    And to understand what's going on and to have
15 some say in it. You may not be able to speak at the
16 committee, but you can talk to your representative
17 immediately after or on a break and have some input
18 because this is a critical time.
19    There have been reduction in population in — in
20 the Second Congressional District; there's been a
21 slight increase in some other districts. There's been
22 — for instance, in Southwest Mississippi in the area
23 that I and Sam Mills represent, there has been I think
24 close to 10 percent reduction in population. I know in
25 Adams County it has been.

**Page 24**

1  So, all those things will come into
2  consideration. But I have — I have no interest and I
3  will not stand by and I would hope that none of you
4  would and see a district taken away or a district
5  reduced.
6     You want to continue to have, you know, the
7  representation that you have, but you also want to be
8  able to have a state legislature that reflects the
9  population and the demographic in the state of
10 Mississippi and that may require a — a — some
11 disagreement with maybe where the lines are drawn or
12 maybe the districts that are drawn.
13    But you, the lady from Vicksburg, asked the
14 correct question and have correct concerns about
15 having some input before we adopt something and the
16 only thing that's left for you is some legal action
17 that you have to take, uh, on behalf of the citizens
18 in your area or because you don't have the Department
19 of Justice protection like we had.
20    Hopefully, before adopt a plan, they'll pass a
21 new, uh, Voting Rights Act in Congress, but right now,
22 you don't have those protections.
23    So, those are the kind of things we have to
24 consider and those are the things between these
25 hearings, uh, that when you leave here, and you

**Page 25**

1  understand.
2     For instance, what you just said about having
3  some input later, it's something that the chairman
4  could — can't consider whether or not once we adopt a
5  plan, he may want to do another tour.
6     Probably not, but he may want to just to answer
7  some of those concerns. Those are the kinds of things
8  that these hearings are good for. Here are the things
9  that you say find inadequate or you're dissatisfied
10 with and maybe we can make some corrections in this
11 process.
12    MR. BECKETT: All right. Anyone — anyone else
13 have anything?
14    MR. JOHNSON: Representative Robert Johnson from
15 District 94 since we're filming this for anybody that
16 needs to know.
17    FEMALE: [inaudible]
18    MR. BECKETT: All right. Do you need — do you
19 have a card? The staff will give you one because we'll
20 have a record then of who all
21    MR. HOPSON: Mr. Chairman, while she comes
22 forward, may I speak momentarily? Thank you.
23    MR. BECKETT: Yeah. You're more than welcome to
24 come on. We just need a name on the card for our
25 records.

SDT-SJLCRR-000290

JTX-028-007

**Page 26**

1  MR. HOPSON: Thank you. Thank you, Mr. Chair. And
2  Ms. Morrow is a constituent of mine and I know her and
3  I think I will echo what Representative Johnson said,
4  my friend from this neck of the woods.
5  MR. JOHNSON: That's right.
6  MR. HOPSON: You know we're here each of us are
7  elected by the people of our districts and we want to
8  be, uh, advised., we want to be told what the concerns
9  that you have, and Bobby of course you can reach out
10 to me anytime, speak to me about your concerns.
11  And I think I speak for every legislator to say
12 to say this is the beginning of that process where we
13 listen to what is, uh, what concerns you — what you
14 think about the old districts and what you think you
15 might want a new district to appear like on the maps.
16  And I think if memory serves me correct from the
17 last time we did this 10 years ago, uh, there will be
18 a time when the maps and the districts are drawn and
19 there was that period we had maps actually posted at
20 the capitol, uh, for people to — to, uh, we didn't
21 have hearings around the state, but there was
22 definitely an opportunity and I believe that will be
23 an opportunity for anybody to go online, come to the
24 capitol, call me. Bobby, you can call me anytime or
25 anybody can to say here's what I like or don't like.

**Page 27**

1  And that's what we're here for and then of course
2  at some point, we'll have to adopt, uh, as a group
3  both the Senate and the House the various maps that
4  would be approved.
5  And I say, various because we have House, Senate,
6  and as it was mentioned at the beginning, the
7  Congressional maps. That will probably be done earlier
8  as I think the chair said.
9  So, there is a process. I don't want people to
10 feel at all like they're being left out. I think I
11 speak for every legislator by saying — in saying that
12 we want to hear from you as this process goes forward.
13 But good questions. Thank you. Thank you, Mr. Chair.
14  MR. BECKETT: All right. Um, we have gotten a
15 couple more questions and no, uh, Deering. I believe I
16 got that one first so
17  MS. DEERING: Hi gentlemen. Thank you all for
18 coming to Adam County to Natchez and to Adams County.
19 This is so important.
20  Um, I want to say that I echo some of the
21 concerns, many of you concerns that you said you've
22 heard around the state about split precincts or
23 splitting up municipalities.
24  Split precincts particularly, um, and I was glad
25 to hear you say that Chairman Beckett, that you all

**Page 28**

1  are going to do everything that you can to make sure
2  that, you know, within your — within your means —
3  within your power to make sure that that happens
4  rarely because they are a headache for the — for the
5  poll workers.
6  They're a headache for the Election
7  Commissioners. They're confusing as heck for the
8  voters and they're just frustrating for everybody and
9  the candidates. So, um, I'm glad to hear that and I
10 applaud that. Thank you.
11  MR. BECKETT: Representative Read.
12  MR. READ: Ma'am, I think it was mentioned
13 [inaudible] Henry and Jackson but, uh, no, talking
14 about split precincts.
15  We're here for Congressional and State and I'd be
16 willing to bet you when we get through, I would just
17 say the last time we had very, very few split
18 precincts, not in the levels. Okay. We do ours first.
19  We have to abide by one man, one rule just —
20 now, what's said that's what we have to go by. Well,
21 guess what? After can we get those things the way we
22 want them, here comes your county government,
23 supervisors.
24  they have to abide by the one man one rule they
25 have shifts in their population. They've got draw

**Page 29**

1  districts and it might — it probably not going to
2  concur with what we have.
3  Then, if you want to really get — they get
4  theirs, then here comes the cities if there's two or
5  three municipalities in the county and then they draw
6  their districts according to guidelines.
7  So, it's just about impossible not to have on the
8  — on the municipality, split precincts in the county
9  but at our level, we're — we will definitely be
10 working to try to eliminate anything like that because
11 we understand the hardship it does put.
12  But the nature of the beast is, you know,
13 federal, state, county and then the municipalities and
14 then by the time everybody gets through chopping, uh,
15 you're going to have split precincts.
16  That's just my personal opinion because everyone
17 has to go by certain guidelines, certain rules,
18 certain percentages. You know, you just might like,
19 uh, the gentleman from Natchez, was talking.
20  You don't just draw lines. There has to be a
21 reason you're drawing lines or what you have to keep
22 the same ratio, same proportions.
23  It is a very, very delicate procedure you have to
24 go through. Now, he was talking about maybe there
25 would be some federal legislation.

SDT-SJLCRR-000291

JTX-028-008

STANDING JOINT CONGRESSIONAL REDISTRICTING COMMITTE
Hearing on 08/16/2021                                    Pages 30..33

**Page 30**

1    I don't know but right now, we're doing the best
2    we can and I do not believe we will have split
3    precincts on our level. If we do, it will be very,
4    very few. But it's — it's all on down where that
5    really starts out. And I, you know —
6        MR. BECKETT:  The split precincts are a personal
7    thing with me. The first time I ran, I had 23 so, um,
8    I know I the difficulties that can cause, the vote --
9    just the voter.
10       If there was voter fraud, I wouldn't say it was
11   anybody's fault. There were just mistakes made by poll
12   workers. When you have that many split precincts,
13   you're going to have them. Um, Ms. Holmes?
14       MS. HOLMES:  Hello. I's Danielle Holmes with the
15   Mississippi Poor People's Campaign. I have two
16   questions. When will the maps be available for public
17   viewing, um, and consideration?
18       MR. BECKETT:  Actually at this hearing, we're
19   here to take your comments and concerns and — and
20   just your requests. Uh, that's not information even I
21   don't even know it at this point in time. We don't
22   have a set -- a set time and so I couldn't answer that
23   question.
24       MS. HOLMES:  So, once you get the set time, when
25   will it be made available to the public or how soon

**Page 31**

1    will it be made available for public viewing?
2        MR. BECKETT:  I mean there's not a set amount of
3    time. There's — there's — the law doesn't have a set
4    time.
5        MS. HOLMES:  Are any legislators willing to hold,
6    um, hold hearings and community town hall forums on
7    redistricting?
8        MR. JOHNSON:  You mean after this?
9        MS. HOLMES:  After, mm-hmm.
10       MR. JOHNSON:  Sure, yes. We intend to. Some of us
11   intend to.
12       MS. HOLMES:  Some of you are.
13       MR. JOHNSON:  Yes.
14       MS. HOLMES:  All right. Thanks.
15       MR. BECKETT:  Ms. Bridgewater-Irving.
16       MS. BRIDGEWATER-IRVING:  Good evening and thank
17   you for having me down front. My name is Felicia
18   Irving and I'm in Ward Four. Redistricting would be
19   something new for me.
20       My first complete term going into my second term.
21   However, she actually asked the question I had concern
22   about. When will town hall meetings take place and are
23   there available days so that we can gather more
24   information on the meetings so that the public will
25   know.

**Page 32**

1    If you're going to hold a town hall meeting, is
2    it going to be in the newspaper? Would it come back to
3    Alcorn State University? What form of media vehicle
4    would you use to disseminate that information?
5        MR. JOHNSON:  These hearings are not required. It
6    used to be under the Voting Rights Act that you had to
7    have public hearings before you started redistricting.
8    We're doing it as a courtesy now.
9        But as your representative as this process goes
10   along, because this is a very critical time, I will be
11   hosting for our area, District 94, we're going to have
12   some meetings about the drawing of the lines and how
13   the Third District will be effected.
14       I will hold those here in Adams County on those
15   issues, but they don't have a responsibility to come
16   back down here to do anything else. They may do it as
17   a matter of courtesy but for information purposes, I
18   intend to do that. I think it's important.
19       MS. BRIDGEWATER-IRVING:  Thank you. And I'm
20   sharing that because I have had a lot of concerned
21   citizens calling and asking.
22       MR. JOHNSON:  Yeah.
23       MS. BRIDGEWATER-IRVING:  Um, their concerns about
24   the redistricting. So, thank you.
25       MR. JOHNSON:  You're welcome. Mr. Chairman, could

**Page 33**

1    you also give the information because I don't have
2    this so they asked about when map would be available.
3    But there is also a time when the public will
4    have access to the Census information. Do you know
5    when that will be available to them? I anticipate
6    somebody asking me that.
7        MR. BECKETT:  Is it now? What site, what's a
8    public site that —
9        MR. JOHNSON:  Yeah, I don't know how to —
10       MALE:  It's census.gov and we're beginning to put
11   information on our website right now. We're beginning
12   to roll the numbers out so that people will be able to
13   take a look at the same kind of things that are on
14   handouts and I'll be happy to provide you with the
15   information on how to get that.
16       MS. BRIDGEWATER-IRVING:  Thank you so very much.
17       MR. BECKETT:  All right.
18       FEMALE:  I have another question. Do I have to
19   fill out another card?
20       MR. BECKETT:  If it's a question that someone
21   might want to answer afterwards, we're really not set
22   up to answer questions. If you have a comment or
23   something.
24       FEMALE:  I do have a suggestion.
25       MR. BECKETT:  Okay.

SDT-SJLCRR-000292

JTX-028-009

STANDING JOINT CONGRESSIONAL REDISTRICTING COMMITTE
Hearing  on 06/16/2021                                    Pages 34..37

**Page 34**

1  FEMALE: Can you hear me?
2      MR. BECKETT: No, we have people viewing so if you
3  don't mind coming down. The people in the room could
4  probably hear you but --
5      MS. HOLMES: I first want to say that I really do
6  appreciate you all having this hearing. I appreciate
7  you; I appreciate the work that you do and the people
8  that you have to deal with it. I understand.
9      Would you help me as a -- as an individual who I
10 said does not fully understand redistricting? I'm a
11 very visual person. When you talk me through it, I
12 don't get the full effects of what is happening. When
13 you start talking about redistricting all I know is
14 numbers.
15     Can you when you come to these public hearings,
16 when you offer these public hearings, allow us some
17 visuals, for instance, and some scenarios where maybe
18 in a PowerPoint, you show us that this particular city
19 has this many individuals in it.
20     When we start redistricting, and this is how they
21 drew the lines this way, and it's totally wrong. And
22 then you detail what is wrong with these lines that
23 were drawn for this district. And then you show how
24 there could be a better setup.
25     And what would have been worthwhile for the

**Page 35**

1  majority of individuals in that comunity, because
2  that's what we're looking for, right? Is what is -- is
3  good for the majority of the individuals in that
4  comunity.
5      I'd just like to see some scenarios because I
6  still fully don't understand what you do when you take
7  these numbers back to the -- the boardroom and go over
8  them and develop maps. that I would like to see, so
9  can we do something like that?
10     Develop some presentation that when you're
11 talking about doing these town hall meetings and going
12 in and talking to just the basic public, a lot of us
13 don't fully understand what's happening.
14     All we know is that you got redistricting, which
15 affects voting, which affects a whole lot of economics
16 in your comunity, housing, all these things. Could we
17 -- could you help us in that respect by providing some
18 kind of visuals?
19     MR. BECKETT: Well, the maps that they have on
20 the outside walls out here basically is almost all the
21 information they've gotten so far.
22     They -- they receive the numbers of people last
23 Friday, uh, and they took that information and they
24 overlaid it on our existing district so by looking at
25 those, you can tell which ones have gained population

**Page 36**

1  and which ones have lost population. And they've kind
2  of told and this material has what's an ideal size.
3      So -- so you're going to know which ones have to
4  get larger, which ones have to get smaller and if -- I
5  know they're kind of hard to see but it does have the
6  existing districts on there and then you're able to
7  see based on the new population numbers, what the
8  challenges are going to be as far as moving those
9  people around.
10     Now, this -- I know that's not all the
11 information that you asked for. But that is -- that's
12 really all the information that they have prepared in
13 a written form.
14     That's all the information we have right now.
15 We're just at the very beginning of this process.
16     MS. HOLMES: Oh, I understand that. I understand
17 that. But I'm just saying just from -- I mean this is
18 something that I'm asking you guys to do, that I'm
19 asking the Mississippi State Legislature to do is to
20 appoint some individuals to develop some visuals that
21 you can take into comunities.
22     And even when we're not redistricting, I'd say a
23 year after we have drawn the maps or whatever, you can
24 still offer these visuals to individuals so that for
25 the next 10 years, they can be learning about

**Page 37**

1  redistricting and how it's done.
2      And they will know what kind of questions to ask,
3  because I'm still at a loss for what I need to ask or
4  what I need to recommend to you that will fully help
5  the comunity. I really need a visual.
6      MR. JOHNSON: Well, I can tell you as a
7  Democratic leader in the House, I intend to partner
8  with some of my advocacy groups and put on some of
9  whom I see here, that we're going to put on some
10 seminars in the midst of this redistricting to explain
11 to you and show, for instance, the committee may have
12 a map.
13     We're going to have an alternative map to explain
14 to you how we come up with that, what these numbers
15 mean? We did that. We've done that before and we'll do
16 it again.
17     And not as a challenge to anybody but just to be
18 informative and to have as much input and educate the
19 public as much as possible, but I can tell you as a
20 Democratic leader in the House, I intend to do that.
21     We have -- we may not be able to do it
22 everywhere, but you certainly will have it in
23 Southwest Mississippi and we'll have it in Hinds
24 County and you'll have it in the Delta and some other
25 places as well.

SDT-SJLCRR-000293

JTX-028-010

STANDING JOINT CONGRESSIONAL REDISTRICTING COMMITTE
Hearing  on 08/16/2021                                  Pages 38..41

Page 38

1    MR. HOLMES:  All right. Thank you. I appreciate
2    it.
3        MR. BECKETT: I've got another one. Ms. Collins?
4        MS. COLLINS:  I'm a little short so I'm going to
5    lower this. Good evening. Jennifer Riley Collins here
6    in my personal capacity.
7        Gentlemen, thank you so very much for taking the
8    opportunity to hear from the public this evening. One
9    of the things that has been most transparent and clear
10   is that the public wants an opportunity to be heard,
11   uh, after the lines are drawn.
12       And so my concern, my request of this body is,
13   uh, in the day of modern technology that a website be
14   developed that would make it transparent and
15   constantly current to those persons who are
16   interested, those citizens who want to make sure that
17   their one-man one-vote, uh, is actually supported in
18   this process, that that becomes clear.
19       As we can see from the maps based on the current
20   Census data available, there have been great
21   population shifts in some key areas in our state.
22       And because of that trying to get to equal
23   population in each of the districts, it is going to be
24   critical for the citizenry to be able to see what the
25   legislature is proposing, so that they can have their

Page 39

1    voice heard in this process. Thank you.
2        MR. BECKETT:  Thank you. Uh, I've got this
3    website. There was a question about where can some
4    census data, uh, be looked at and I want to give this
5    to you.
6        It's www.msjrc.state.ms.us. And that's -- I'm
7    going to give it to you one more time. It's
8    www.msjrc.state.ms.us. And state is s-t-a-t-e. It's
9    not abbreviated. It's spelled out. And that's the
10   location that has the Census data information.
11       All right. I want to thank you all for being here
12   and once again, I would love to thank, uh, Alcorn for
13   providing this space for us. Uh, I want to thank our
14   public for their attendance, the staff for the job
15   they've done, and just remind you that we're just in
16   the beginning of this process.
17       And that you may provide your comments,
18   suggestions or proposed plans to, uh, same address as
19   earlier. It's Ted Booth, Staff Counsel, Joint
20   Reapportionment Committee, PO Box 1204, Jackson,
21   Mississippi, 39215-1204, or send an email to
22   ted.booth@peer.ms.gov.
23       Uh, put -- and please provide your name and email
24   along with that information so that the staff can
25   follow up because they won't be able to follow up

Page 40

1    without that. With that, do I have any members of the
2    committee who would like to say anything?
3        All right. Well, this meeting stands adjourned.

Page 41

3        I, Chris Maaden, a transcriber, hereby declare
4    under penalty of perjury that to the best of my
5    ability the above 40 pages contain a full, true and
6    correct transcription of the tape-recording that I
7    received regarding the event listed on the caption on
8    page 1.
9
10       I further declare that I have no interest in the
11   event of the action.
12
13   August 25, 2021
14   Chris Maaden
15
16
17
18   (Standing Joint Congressional Redistricting Committee,
19   Natchez, 8-16-21)

SDT-SJLCRR-000294

JTX-028-011

STANDING JOINT CONGRESSIONAL REDISTRICTING COMMITTE
Hearing on 06/16/2021                    Index: --i'll..benefit

```
                  ability  20:4    agreement              B
       -             22:15          18:11
                                    20:13          back  20:1,3
--i'll  20:8      access  33:4    ahead  18:7       32:2,16
                                                    35:7
                  Act  18:25      Alcorn  32:3
       1             22:9,10       39:12          background
                     24:21 32:6                    22:2
10   23:24                        alternative
  26:17           action  18:21    37:13          based  20:18
  36:25              20:6 24:16                     36:7 38:19
                                  amount  31:2
1204  39:20       Adam  27:18                     basic  21:1
                                  anticipate        35:12
                  Adams  23:25     18:14,17
       2             27:18         33:5           basically
                     32:14                          35:20
23   30:7                         anybody's
                  address         30:11           beast  29:12
29   22:4            39:18
                                  anytime         Beckett
                  adequate         26:10,24         17:8,10
       3            17:16                           21:5,10,22
                                  applaud           22:1
33   22:4         adjourned        28:10            25:12,18,
                    40:3                            23 27:14,
39215-1204                        appoint          25 28:11
  39:21           adopt  20:6       36:20           30:6,18
                    22:12                           31:2,15
                    24:15,20      approved          33:7,17,
       5            25:4 27:2       27:4            20,25 34:2
                                                   35:19 38:3
5   22:10         advised  26:8   area  17:16       39:2
                                    22:15
                  advocacy         23:22          beginning
       9            37:8           24:18            26:12 27:6
                                    32:11           33:10,11
94   25:15        affect  20:21                     36:15
  32:11                           areas  38:21      39:16
                  affects
                    35:15         attend  23:11   behalf  24:17
       A
                  African-        attendance      benefit  19:6
abbreviated       american         39:14
  39:9              22:22

abide  22:13      agree  18:18
  28:19,24          20:4
```

STANDING JOINT CONGRESSIONAL REDISTRICTING COMMITTEE
Hearing  on 08/16/2021                    Index: bet..constantly

22:7

bet  28:16

Bingham
  17:25

bit  20:17

boardroom
  35:7

Bob  21:19

Bobby  17:25
  26:9,24

body  38:12

Booth  39:19

Box  39:20

branch  18:1

break  23:17

Bridgewater-
irving
  31:15,16
  32:19,23
  33:16

bring  22:24

_____

C

call  22:5
  26:24

calling
  32:21

Campaign
  30:15

candidates
  28:9

capacity
  38:6

capitol
  26:20,24

card  25:19,
  24  33:19

case  20:16

cases  18:23

census  20:19
  33:4 38:20
  39:4,10

census.gov
  33:10

chair  26:1
  27:8,13

chairman
  21:11,21
  25:3,21
  27:25
  32:25

challenge
  17:1 18:21
  37:17

challenged
  18:24

challenges
  36:8

chance  17:2

chopping
  29:14

cities  29:4

citizen
  18:16 21:1

citizenry
  38:24

citizens
  18:20
  24:17
  32:21
  38:16

city  34:18

clear  18:13
  38:9,18

clearance
  22:12

close  23:24

Collins
  38:3,4,5

comment
  33:22

comments
  30:19
  39:17

Commissioners
  28:7

committee
  17:21
  19:25 21:7
  23:16
  37:11
  39:20 40:2

communities
  17:18
  36:21

community
  20:21 31:6
  35:1,4,16

37:5

compact  19:1

compactness
  22:5

complete
  31:20

comply  22:4

concern
  31:21
  38:12

concerned
  32:20

concerns
  17:11,13
  19:19 20:1
  24:14 25:7
  26:8,10,13
  27:21
  30:19
  32:23

concur  29:2

confusing
  28:7

Congress
  24:21

Congressional
  18:18
  23:20 27:7
  28:15

consideration
  24:2 30:17

constantly
  38:15

STANDING JOINT CONGRESSIONAL REDISTRICTING COMMITTE
Hearing on 08/16/2021          Index: constituent..effected

constituent
26:2

contact
19:12

contiguous
18:25

contiguousness
22:5

continue
24:6

Corinth
21:15

correct
24:14
26:16

corrections
25:10

Counsel
39:19

county  23:25
27:18
28:22
29:5,8,13
32:14
37:24

couple  27:15

courtesy
32:8,17

COVID  21:13

critical
23:9,18
32:10
38:24

current
38:15,19

————————
D

Danielle
30:14

data  38:20
39:4,10

Dave  21:19

day  38:13

days  31:23

deal  34:8

decisions
17:12

Deering
21:19
27:15,17

delicate
29:23

Delta  37:24

Democratic
37:7,20

demographic
24:9

Department
22:11
24:18

detail  34:22

develop
35:8,10
36:20

developed
38:14

difficulties
30:8

dilute  22:14

dilution
22:17,22

disagree
17:5 20:4
22:23

disagreement
20:12
24:11

disagreements
20:11

discussions
19:2

dissatisfied
18:15 25:9

disseminate
32:4

district
18:16,18
23:6,20
24:4 25:15
26:15
32:11,13
34:23
35:24

districts
17:12,15,
22 22:18
23:21
24:12

26:7,14,18
29:1,6
36:6 38:23

draw  18:6,
17 20:14
22:6,7
28:25
29:5,20

drawing
17:21
29:21
32:12

drawn  17:12,
13,15
18:16,22
19:1 21:3
24:11,12
26:18
34:23
36:23
38:11

drew  34:21

————————
E

earlier  27:7
39:19

echo  26:3
27:20

economics
35:15

educate
37:18

affected
32:13

SDT-SJLCRR-000297

**STANDING JOINT CONGRESSIONAL REDISTRICTING COMMITTE**
Hearing  on 08/16/2021                    Index: effects..hearings

| | | | |
|---|---|---|---|
| **effects** 34:12 | **Felicia** 31:17 | **G** | **H** |
| **elect** 22:15 | **felt** 17:16 | **gained** 35:25 | **hall** 31:6, 22 32:1 35:11 |
| **elected** 26:7 | **FEMALE** 25:17 33:18,24 34:1 | **gather** 31:23 | |
| **Election** 28:6 | | **gathered** 19:24 | **handouts** 33:14 |
| **eliminate** 29:10 | **filing** 18:20 | **gentleman** 29:19 | **happen** 19:19 |
| **email** 39:21, 23 | **fill** 33:19 **filming** 25:15 | **gentlemen** 18:2,17 27:17 38:7 | **happening** 19:4 34:12 35:13 |
| **encourage** 23:10 | **find** 25:9 **follow** 39:25 | **give** 25:19 33:1 39:4, 7 | **happy** 33:14 |
| **equal** 38:22 | **forgot** 19:17 | | **hard** 36:5 |
| **evening** 31:16 38:5,8 | **form** 32:3 36:13 | **glad** 21:20 27:24 28:9 | **hardship** 29:11 |
| **everyone's** 21:17 | **forums** 31:6 **forward** 25:22 27:12 | **good** 19:17 25:8 27:13 31:16 35:3 38:5 | **headache** 28:4,6 |
| **existing** 35:24 36:6 | **fraud** 30:10 | **government** 28:22 | **hear** 27:12, 25 28:9 34:1,4 38:8 |
| **explain** 37:10,13 | **Friday** 35:23 | **Governor's** 21:18 | |
| **extremely** 22:19 | **friend** 19:17 26:4 | **great** 38:20 | **heard** 27:22 38:10 39:1 |
| **F** | **front** 31:17 **frustrating** 28:8 | **group** 27:2 | **hearing** 17:11 30:18 34:6 |
| **fault** 30:11 | **full** 34:12 | **groups** 37:8 | **hearings** 17:7,10,22 19:5 23:6 24:25 25:8 26:21 31:6 32:5,7 34:15,16 |
| **federal** 29:13,25 | **fully** 34:10 35:6,13 37:4 | **guess** 20:8 28:21 | |
| **feel** 22:18 27:10 | | **guidelines** 29:6,17 | |
| | | **guys** 36:18 | |

www.huseby.com                    Huseby Global Litigation                    800-333-2082

SDT-SJLCRR-000298

STANDING JOINT CONGRESSIONAL REDISTRICTING COMMITTE
Hearing on 08/16/2021                          Index: heck..learning

heck 28:7

Henry 28:13

Hines 37:23

hold 31:5,6
  32:1,14

Holmes
  30:13,14,
  24 31:5,9,
  12,14 34:5
  36:16 38:1

home 21:23

hope 24:3

Hopson
  19:16,18
  25:21
  26:1,6

hosting
  32:11

House 27:3,5
  37:7,20

housing
  35:16

_____
        I

ideal 36:2

identify
  17:14

immediately
  23:17

important
  23:7 27:19
  32:18

impossible
  29:7

inadequate
  25:9

inaudible
  25:17
  28:13

including
  21:17

increase
  23:21

individual
  34:9

individuals
  34:19
  35:1,3
  36:20,24

information
  19:13,23
  30:20
  31:24
  32:4,17
  33:1,4,11,
  15 35:21,
  23 36:11,
  12,14
  39:10,24

informative
  37:18

input 17:11
  18:4 20:15
  23:17
  24:15 25:3
  37:18

instance
  19:14
  23:22 25:2
  34:17
  37:11

intelligent
  20:21

intend
  31:10,11
  32:18
  37:7,20

interest
  24:2

interested
  18:19,20
  38:16

introduce
  17:24

Irving 31:18

issues 21:14
  22:24,25
  32:15

_____
        J

Jackson
  28:13
  39:20

Jennifer
  38:5

job 39:14

Johnson
  18:13
  19:17
  21:21,23

  22:2 25:14
  26:3,5
  31:8,10,13
  32:5,22,25
  33:9 37:6

Joint 39:19

Justice
  22:11
  24:19

_____
        K

key 38:21

kind 19:8
  22:24,25
  24:23
  33:13
  35:18
  36:1,5
  37:2

kinds 25:7

knowing 19:7

_____
        L

lady 24:13

larger 36:4

law 18:8
  22:13 31:3

lawyer 22:16

leader 37:7,
  20

learn 20:25

learning

SDT-SJLCRR-000299

JTX-028-016

**STANDING JOINT CONGRESSIONAL REDISTRICTING COMMITTE**
Hearing  on 08/16/2021                    Index: leave..Natchez

| | | | |
|---|---|---|---|
| 36:25 | 32:12 | man  28:19, | mind   34:3 |
| leave  18:5 | 34:21,22 | 24 | mine   26:2 |
| 19:21 | 38:11 | map  33:2 | minority |
| 24:25 | listen | 37:12,13 | 22:14,15 |
| left  24:16 | 19:11,25 | maps  26:15, | Mississippi |
| 27:10 | 26:13 | 18,19 | 22:3 23:22 |
| legal  18:21 | location | 27:3,7 | 24:10 |
| 20:5 24:16 | 39:10 | 30:16 | 30:15 |
| legislation | long  21:14 | 35:8,19 | 36:19 |
| 23:2 29:25 | looked  39:4 | 36:23 | 37:23 |
| legislative | loss  37:3 | 38:19 | 39:21 |
| 20:5 | lost  36:1 | material | mistakes |
| legislator | lot  21:12 | 36:2 | 30:11 |
| 26:11 | 32:20 | matter  32:17 | mm-hmm  31:9 |
| 27:11 | 35:12,15 | means  22:5 | modern  38:13 |
| legislators | love  39:12 | 28:2 | momentarily |
| 31:5 | lower  38:5 | media  32:3 | 25:22 |
| legislature | ———————— | meeting  32:1 | Morrow  17:6, |
| 17:3 19:4, | **M** | 40:3 | 9,23,25 |
| 22,23 | | meetings | 19:16 20:7 |
| 22:21 | made  17:12 | 17:4 19:8 | 26:2 |
| 23:4,8 | 30:11,25 | 23:8,12 | moving  36:8 |
| 24:8 36:19 | 31:1 | 31:22,24 | municipalities |
| 38:25 | majority | 32:12 | 27:23 |
| level  29:9 | 22:20 | 35:11 | 29:5,13 |
| 30:3 | 35:1,3 | members  40:1 | municipality |
| levels  28:18 | make  20:10 | memory  26:16 | 29:8 |
| Lieutenant | 22:8 25:10 | Memphis | ———————— |
| 21:17 | 28:1,3 | 18:23 | **N** |
| lines  18:6, | 38:14,16 | mentioned | ———————— |
| 7,9,15,21 | makes  21:19 | 27:6 28:12 | NAACP  17:25 |
| 19:1 20:14 | MALE  21:9, | midst  37:10 | Natchez |
| 21:3 24:11 | 11 33:10 | Mills  23:23 | 27:18 |
| 29:20,21 | | | 29:19 |

SDT-SJLCRR-000300

JTX-028-017

**STANDING JOINT CONGRESSIONAL REDISTRICTING COMMITTE**
Hearing on 08/16/2021                    Index: nature..providing

nature   29:12

neck   26:4

newspaper
  32:2

number   18:23

numbers
  20:18
  33:12
  34:14
  35:7,22
  36:7 37:14

—————— O ——————

offer   34:16
  36:24

one-man
  38:17

one-vote
  38:17

online   21:12
  26:23

open   19:5
  23:4

opinion   21:2
  22:16
  29:16

opportunity
  18:4,10
  20:11,13,
  15 21:2
  26:22,23
  38:8,10

overlaid

35:24

overwhelming
  22:20

—————— P ——————

partner   37:7

party   22:20

pass   24:20

past   17:18

people   17:4,
  14 18:19,
  24 19:10,
  14 21:12,
  23 22:15,
  23 23:8,10
  26:7,20
  27:9 33:12
  34:2,3,7
  35:22 36:9

People's
  30:15

percent
  23:24

percentages
  29:18

period   26:19

person   34:11

personal
  29:16 30:6
  38:6

persons
  38:15

place   18:8
  31:22

places   37:25

plan   22:12
  24:20 25:5

plans   39:18

PO   39:20

point   20:10,
  15 27:2
  30:21

polarized
  22:19

poll   28:5
  30:11

Poor   30:15

population
  23:19,24
  24:9 28:25
  35:25
  36:1,7
  38:21,23

posted   26:19

power   28:3

Powerpoint
  34:18

pre-   22:11

precincts
  27:22,24
  28:14,18
  29:8,15
  30:3,6,12

prepared
  36:12

presentation
  35:10

problems
  20:7

procedure
  29:23

process   17:1
  19:13,20
  23:11
  25:11
  26:12
  27:9,12
  32:9 36:15
  38:18
  39:1,16

proportions
  29:22

proposed
  39:18

proposing
  38:25

protection
  24:19

protections
  24:22

protest
  18:10,14

provide
  33:14
  39:17,23

providing
  35:17
  39:13

SDT-SJLCRR-000301

JTX-028-018

STANDING JOINT CONGRESSIONAL REDISTRICTING COMMITTE
Hearing on 08/16/2021                Index: public..seminars

public  20:15
  30:16,25
  31:1,24
  32:7 33:3,
  8 34:15,16
  35:12
  37:19
  38:8,10
  39:14
purpose
  17:11,14,
  22
purposes
  32:17
put  18:7
  29:11
  33:10
  37:8,9
  39:23

— Q —

question
  22:17
  24:14
  30:23
  31:21
  33:18,20
  39:3
questions
  19:9 20:21
  27:13,15
  30:16
  33:22 37:2
quick  21:9

— R —

race  22:20
ran  30:7
randomly
  22:7
rarely  28:4
ratio  29:22
reach  26:9
Read  28:11,
  12
real  21:9
reapportionmen
t  23:12
  39:20
reason  29:21
receive
  35:22
received
  20:18
recommend
  37:4
recommendation
s  20:3
record  25:20
records
  25:25
redistricting
  17:1 19:6,
  7 20:18,24
  22:3 23:11
  31:7,18

32:7,24
34:10,13,
20 35:14
36:22
37:1,10
reduced  24:5
reduction
  23:19,24
reflects
  24:8
remind  39:15
represent
  23:9,23
representation
  17:16 20:5
  24:7
representative
  19:22
  23:1,3,16
  25:14 26:3
  28:11 32:9
representative
s  19:12
  20:9
represented
  19:15
representing
  17:25
request
  38:12
requests
  21:6 30:20
require

24:10
required
  32:5
reservations
  17:24
respect
  35:17
responsibility
  32:15
Rights  18:25
  22:9,10
  24:21 32:6
Riley  38:5
Robert  25:14
roll  33:12
room  34:3
rule  28:19,
  24
rules  29:17

— S —

s-t-a-t-e
  39:8
sacrifice
  23:10
Sam  23:23
scenarios
  34:17 35:5
Section
  22:10
seminars

SDT-SJLCRR-000302

JTX-028-019

STANDING JOINT CONGRESSIONAL REDISTRICTING COMMITTE
Hearing on 08/16/2021                      Index: Senate..totally

| | | | |
|---|---|---|---|
| 37:10 | 17:13 | 27:22 | 35:11,12 |
| Senate 27:3, 5 | Southwest 23:22 | 28:15 29:13 32:3 | teaching 17:9 |
| Senator 19:18 | 37:23 | 36:19 38:21 39:8 | technology 38:13 |
| send 39:21 | space 39:13 | state's 22:3 | Ted 39:19 |
| sense 22:8, 19 | speak 23:15 25:22 26:10,11 27:11 | states 22:4 | ted.booth@ peer.ms.gov. 39:22 |
| serves 26:16 | speaking 20:23 | stating 18:3 | Tennessee 18:22 |
| set 30:22, 24 31:2,3 33:21 | spelled 39:9 | strength 22:14,23 | term 31:20 |
| setup 34:24 | split 27:22, 24 28:14, 17 29:8,15 30:2,6,12 | suggest 19:11 22:21 | thing 23:7 24:16 30:7 |
| sharing 32:20 | | suggestion 33:24 | things 17:20 22:7 24:1, 23,24 25:7,8 28:21 33:13 35:16 38:9 |
| Shaw 18:22 | splitting 27:23 | suggestions 39:18 | |
| shifts 28:25 38:21 | staff 21:18 25:19 39:14,19, 24 | supervisors 28:23 | |
| short 38:4 | | supported 38:17 | |
| show 18:11 34:18,23 37:11 | stand 20:24 24:3 | ----- T ----- | time 21:6 23:9,18 26:17,18 28:17 29:14 30:7,21, 22,24 31:3,4 32:10 33:3 39:7 |
| side 22:7 | standpoint 20:24 | taking 38:7 | |
| sit 17:3 | stands 40:3 | talk 17:4 19:5,14,18 20:9 23:8, 16 34:11 | |
| site 33:7,8 | start 34:13, 20 | | |
| sitting 19:10 | started 32:7 | talking 18:19 23:1 28:13 29:19,24 34:13 | told 26:8 36:2 |
| size 36:2 | starts 30:5 | | totally |
| slight 23:21 | state 24:8,9 26:21 | | |
| smaller 36:4 | | | |
| someone's | | | |

SDT-SJLCRR-000303

JTX-028-020

| | | |
|---|---|---|
| 34:21 | visit 23:7 | workers 28:5 |
| tour 25:5 | visual 34:11 | 30:12 |
| town 31:6, | 37:5 | working |
| 22 32:1 | visuals | 29:10 |
| 35:11 | 34:17 | worthwhile |
| transparent | 35:18 | 34:25 |
| 38:9,14 | 36:20,24 | written |
| Tupelo 21:14 | voice 21:2 | 36:13 |
| | 39:1 | wrong 34:21, |
| **U** | vote 18:7 | 22 |
| understand | 20:2 30:8 | www.msjrc. |
| 23:14 25:1 | voter 23:7 | state.ms.us. |
| 29:11 | 30:9,10 | 39:6,8 |
| 34:8,10 | voters 28:8 | |
| 35:6,13 | voting 18:25 | **Y** |
| 36:16 | 22:9,10, | year 36:23 |
| unfairness | 14,23 | years 26:17 |
| 19:3 | 24:21 32:6 | 36:25 |
| University | 35:15 | |
| 32:3 | | |
| | **W** | |
| **V** | walls 35:20 | |
| vehicle 32:3 | Ward 31:18 | |
| versus 18:22 | watching | |
| Vicksburg | 21:12,17 | |
| 18:1 19:15 | website | |
| 24:13 | 33:11 | |
| viewing | 38:13 39:3 | |
| 30:17 31:1 | woods 26:4 | |
| 34:2 | words 21:25 | |
| violated | work 20:2 | |
| 18:24 | 34:7 | |

SDT-SJLCRR-000304

JTX-028-021