EXHIBIT NO. JTX-029 evid.
CAUSE NO. 3:22cv734-DPJ-HSO-LHS
WITNESS
CLERK: SHONE POWELL

FEB 26 2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
Candice Clark, REPORTER

STANDING JOINT CONGRESSIONAL REDISTRICTING COMMITTEE
Hearing on 08/19/2021

2

3

4

5

6

7

8         TRANSCRIPT OF AUDIO-RECORDED

9          PUBLIC HEARING OF THE

10   STANDING JOINT CONGRESSIONAL REDISTRICTING COMMITTEE

11            AUGUST 19, 2021

12

13         HATTIESBURG, MISSISSIPPI

14

15

16

17

18

19

20

21

22

23

24

25

3:22-cv-734
JTX-029

SDT-SJLCRR-000305

STANDING JOINT CONGRESSIONAL REDISTRICTING COMMITEE
Hearing on 08/19/2021                                          Page 2

1       MR. BECKETT:  Um, we had, um, a [inaudible]
2   schedule to start at 6:00 and we have those that are
3   watching [inaudible] so we're going to go ahead
4   [inaudible] there maybe a few more people coming in as
5   -- as we -- as we're going. Uh, before we get started,
6   uh, I wanted to just thank all you for being here.
7       Uh, just let you know that the joint committee
8   holds public hearings to receive suggestions and
9   recommendations of how to [inaudible] redistrict
10  itself and it's [inaudible] congressional districts,
11  uh, during the course of these hearings around the
12  state, uh, as -- as chair, I'll give the members of
13  the public an opportunity, uh, to address it, maybe
14  and -- and give any concerns or any suggestions that
15  they might have, uh, concerning the re-districting
16  efforts.
17      Uh, a custom we try to give, uh, members of the
18  public, uh, free opportunities to say what -- what
19  they wish. Uh, in -- in cases where it appears that
20  are going to be, uh, many persons who are -- who are -
21  - who are to speak. Uh, we do limit their time, um,
22  as-- as the [inaudible] be up to chair, depending on
23  how many persons wants to speak.
24      Uh, I do just want to, uh, to mention that, uh,
25  we're here to take your comments and your suggestions.

SDT-SJLCRR-000306

JTX-029-002

```
 1   We're not here to ask you questions. Um, this will not
 2   be the only opportunity that -- that you have to
 3   present your comments, but if you have something
 4   [inaudible] that you want lay with us, uh, we'll be
 5   glad to do that, or at an appropriate time, I'll be
 6   giving you addresses, uh, where you can, or you can
 7   mail in your comments, or -- or anything that you
 8   might have.
 9         Uh, just as a brief reminder, just because
10   there's may be some confusion out there based on the
11   number of inquiries we've had at other places and just
12   a reminder, we do not do county or municipal
13   redistricting and stuff. So we're going to make every
14   effort to not splitting precincts. We're not -- we're
15   -- we're going to the very minimum we have to -- to
16   comply to the requirements of law, the vast majority
17   of the split precincts that -- that publish
18   [inaudible] had a lot that I had to deal with as well.
19         But, you know, it would be because the county is
20   going to move to precinct lines after we do our
21   redistricting. It will not be because we're splitting
22   precincts because they're split after we draw the
23   lines. And there's -- they're just -- they're
24   complying with the requirements that they have to, is
25   that's something that cannot be avoided and therefore
```

SDT-SJLCRR-000307

STANDING JOINT CONGRESSIONAL REDISTRICTING COMMITTEE
Hearing on 08/19/2021                                    Page 4

```
 1    it's just -- it's just the nature of one person.

 2         One vote that, um, you know, that would enable

 3    [inaudible] these districts that this is something

 4    that's not going to be [inaudible], we're going to do

 5    everything we can to not do it on the district we

 6    draw. Okay. At this time. The chair I would -- I would

 7    call this public hearing of the joint reapportionment

 8    committee, joint congressional redistricting committee

 9    to order and ask my council to call the roll of the

10    members present.

11         MR. BECKETT:  Thank you. Mr. Packet.

12         MR. PACKET:  Here.

13         MR. BECKETT:  Mr. Black [ph]. Mr. Brown. Mr.

14    Eubanks. Mr. Ford. Mr. Mango.

15         MR. MANGO:  Here.

16         MR. BECKETT:  Mr. Reed.

17         MR. REED:  Here.

18         MR. BECKETT:  Mr. Shine.

19         MR. BECKETT:  Mr. Taylor. Mr. Wyatt. Mr. Kirby.

20         MR. KIRBY:  Here.

21         MR. BECKETT:  Mr. Bryan.

22         MR. BRYAN:  Here.

23         MR. BECKETT:  Mr. [inaudible].

24         MALE:  Here.

25         MR. BECKETT:  Mr. Hops.
```

SDT-SJLCRR-000308

JTX-029-004

**STANDING JOINT CONGRESSIONAL REDISTRICTING COMMITTEE**
Hearing on 08/19/2021                                             Page 5

```
 1        MR. HOPS:  Here.
 2        MR. BECKETT:  Mr. Parker. Mr. Simmons.
 3        MR. SIMMONS:  Here.
 4        MR. BECKETT:  Mr. Tate.
 5        MR. TATE:  Here.
 6        COUNSEL:  Mr. [inaudible]. Mr. [inaudible].
 7        MALE:  Here.
 8        MR. BECKETT:  All right, thank you, counsel. I
 9   also just want to remind you that -- that we did not
10   have to have a quorum to take testimony. Uh, the roll
11   was taken just for the purpose of documenting, uh, who
12   is present. We have members from all over the state
13   and we're doing these hearings all over the state.
14        So some people choose not to attend a hearing
15   [inaudible] residence. Uh, we have members of this
16   committee and members of the, uh, of the [inaudible]
17   that are watching the proceedings tonight. So they are
18   -- they are paying attention to what's going on. They
19   just -- everyone just might not -- not be here. Uh, in
20   addition to the members, maybe, uh, I know that we
21   have other members of the, uh, house of senate that
22   are here with us tonight. I want to give them an
23   opportunity to introduce themselves.
24        INTERVIEWEE:  [Inaudible] committee [inaudible].
25   My name is [inaudible] and welcome to the [inaudible].
```

SDT-SJLCRR-000309

JTX-029-005

STANDING JOINT CONGRESSIONAL REDISTRICTING COMMITEE
Hearing on 08/19/2021                                    Page 6

1        MALE:  [Inaudible] representing the [inaudible]
2   county.
3        MR. BOAK:  John Boak, Senate district 44.
4        MR. BECKETT:  All right. I -- I [inaudible].
5   Okay. Um, [inaudible] I represent, uh, north
6   [inaudible] county [inaudible] District 101.
7        MALE:  [Inaudible]. Yeah, John, sorry.
8        MR. BECKETT:  All right. Thank you, gentlemen.
9   Um, uh, I appreciate, uh, [inaudible].
10       MR. WATSON:  Parsley Watson, [inaudible] district
11  103 [inaudible] county.
12       MR. BECKETT:  Sorry vice chairman. I didn't see
13  you come in there. Um, [Inaudible], Missy. Okay.
14       MISSY:  Missy [inaudible] I represent district
15  102 with the central [inaudible].
16       MR. BECKETT:  All right. Do we have anyone else?
17       MALE:  [Inaudible].
18       MALE:  Mr. Chairman.
19       MR. BECKETT:  Yes.
20       MALE:  Thank you. Thank you so much Mr. Chairman.
21  [inaudible] opportunity to talk to someone [inaudible]
22  who wanted [inaudible] to know that he would have been
23  here, but he is in fact recovering from COVID right
24  now. So [inaudible].
25       MR. BECKETT:  All right. Thank you for saying

STANDING JOINT CONGRESSIONAL REDISTRICTING COMMITTEE
Hearing on 08/19/2021                                      Page 7

1   that. Uh, and [inaudible] for various reasons cannot
2   be here. There's either the illness or illness in the
3   family, or -- or just other -- other obligations. Uh,
4   in -- in addition to our members, I want to thank our
5   staff, both the [inaudible] staff [inaudible] staff
6   for their work in that -- and not only making these
7   meetings possible, but [inaudible] documents that --
8   that you have, and that we will -- we have -- that we
9   will have going forward.
10      And I want -- I want to thank, uh, [inaudible]
11  for -- for providing this place for us -- for us to
12  meet. It's awfully gracious of them to -- to make this
13  available to us. And almost -- I -- I guess, all of
14  our hearings around the state [inaudible] and our
15  universities our community, are -- are branches of the
16  university. So I -- I want [inaudible] our system for
17  their cooperation. And, uh, I think it is appropriate
18  that the public hearing should be a public institution
19  and so, uh, so we thank you for that.
20      Um, you know as we get started, uh, our staff has
21  gone through the transcripts of the meetings that were
22  done back in 2010. And this is the eighth meeting in
23  our series of nine that we're going to have this time.
24  And I've kind of reviewed the [inaudible] commonly --
25  commonly resented themes in all these meetings and

SDT-SJLCRR-000311

JTX-029-007

```
 1   concerns that people might have.
 2        And -- and they -- they've been [inaudible]
 3   enough to give me those [inaudible] and before we get
 4   started, before I open it up and -- and [inaudible]
 5   you all to ask whatever it is that -- that [inaudible]
 6   the statement is that you would like to make. Uh, a
 7   few of the things are, you know, why -- why re- --
 8   redistrict?
 9        And you know, that seems very fundamental to
10   those of us, but, uh, you know, it is not, maybe not
11   so obvious to -- to the public that's not -- not as
12   involved with it, but I just want to point out that
13   both our federal constitutional requirements for one
14   person, one vote requires us to redistrict both our
15   congressional districts and our legislative districts
16   every 10 years. So following the census, the federal
17   constitution requires to do that.
18        And also in addition to that section 254 of our
19   state constitution of 1890 requires that we redistrict
20   the legislature. So it was not a matter of choice or
21   it's not optional the way we do this it's the
22   requirement that -- that we -- that we do it. Because
23   -- because it's things that will become obvious if you
24   take a look at -- at the maps. But you know, it just
25   is [inaudible] when began, uh, redistricting and you
```

SDT-SJLCRR-000312

```
 1   know, that has -- that has started already.
 2         Redistricting actually began with the -- with the
 3   census. And people first responding to the census,
 4   because that's what it was all -- it was based on the
 5   census data.
 6         And so you -- you then the [inaudible] July 1,
 7   the was the organizational meeting of the committees.
 8   And then, um, then we started this series -- this
 9   series of hearings.
10         And we started them earlier this month before we
11   actually received, uh, the formal file -- file data.
12   And, uh, we started with estimates and you might ask
13   why don't we actually start with the estimates one, is
14   -- there a couple of reasons one, is the estimates
15   are, have been used in the past, and it really
16   provides us our roadmap as to what parts of the state
17   have gained population and what parts of the state
18   have lost population.
19         So it's at very beginning stage where we're at
20   redistricting you provided us with the information
21   that we needed. Last week, uh, another set of data was
22   -- was given that it was really [inaudible] more
23   accurate is [inaudible] number.
24         Now, the -- the federal government reserves
25   [inaudible] on September 30th they will send us
```

SDT-SJLCRR-000313

```
 1    another set of -- of numbers. And it may change, but
 2    probably will not change from the ones we received
 3    last week.
 4         There are a couple -- couple of things that --
 5    that could happen that where they might have to move
 6    small amounts of population around [inaudible] for
 7    99.9 percent of the people [inaudible] anytime to
 8    change at all.
 9         And so, uh, uh, but we had to -- we had to bring
10    [inaudible] and because the qualifying deadlines next
11    -- are next year for our congressional districts. So
12    in efforts of congressional redistricting will come
13    first.
14         And what occurred during th- -- this fall of the
15    year, fall of this year [inaudible] we will be working
16    on the legislature during the months of the 2022
17    legislative session. And so [inaudible] congressional
18    so they can qualify in January. Then we'll go to the
19    legislative districts, uh, because we don't fall out
20    till the following year. So we have a little more time
21    on the legislative districts.
22         Uh, because of -- because of that time crunch,
23    um, we had to go ahead and get started. Um, you know,
24    you may ask because of population shifts, um, we're
25    going -- we're going to face challenges.
```

SDT-SJLCRR-000314

```
 1          I think anyone that gives serious consideration
 2     knows that -- that even though our state population
 3     didn't really shift a lot, didn't -- we -- we got
 4     6,000 less people than we had with almost 3 million
 5     people less and very minor changes. [Inaudible] very
 6     small difference in the number of people in our house
 7     districts and number of people [inaudible] districts.
 8          But within that, people moved a lot. Um, the same
 9     -- uh, people just don't live in the same places they
10     did. So -- and because of the requirements we have the
11     district will change, a great -- a great deal.
12          And -- and [inaudible] your area loss population
13     or gain population presents unique challenges
14     [inaudible]. And we're -- we're sitting here today in
15     an area that both has counties that gain and lost
16     population. Both.
17          So we're going to [inaudible] we were on the Gulf
18     coast yesterday and all the counties are gaining
19     population basically. Um, but most [inaudible] a few
20     places that were on the counties lost population.
21          But most of them are like this, where you have
22     some that gain and some that -- some that lose. Uh,
23     the exhibits that are set up the posters outside this
24     -- this auditorium in the hall will give you an idea
25     of the areas that gain population and lost population.
```

SDT-SJLCRR-000315

1  Uh, some -- some were relatively the -- the same.

2      Some lost a lot. Some -- some gained.

3  [Inaudible], uh, we had one district gain almost 49

4  percent in 10 years. We had one district that lost 21

5  percent in 10 years.

6      So as you can tell there were some -- some --

7  districts [inaudible] movement. Uh, we had certain

8  parts of the state that lost a lot more than other

9  parts of the state. And then, but it only had a few

10  pockets of growth primarily in what you would call

11  more suburban areas.

12      And so, um, but they don't -- they all present --

13  all present problems that we'll have to deal with.

14  And, you know, why -- you know, we just were presented

15  as [inaudible] with the -- with the estimates.

16      And now we've got more accurate information. Um,

17  the, uh, you don't know how many that -- how many

18  members of the public participate in the process. And

19  there are -- there are several ways I want to inform

20  you that [inaudible] one is by discussion or concerns

21  of this hearing.

22      Uh, you know, we're -- we're here to hear your

23  concerns. This evening we'll listen to any manner that

24  you wish to bring to our attention about how and where

25  we were drawing congressional and legislative

SDT-SJLCRR-000316

1    districts. Um, where members -- members of the public

2    will know that they -- they need to sign a card with

3    your name on the card. The staff has the cards

4    [inaudible] they have them on that side.

5        And for some reason that -- that you decide you

6    want to speak or -- or you didn't get a card, just let

7    -- let the staff know, and they -- they have the

8    cards. And be -- be sure to do that. And that's just

9    simply because I [inaudible] and I won't be able to

10   call on people [inaudible]. And so that's -- that's

11   the reason, uh, we -- we asked to have -- have him

12   identified. Um, another -- another thing, uh, you can

13   submit your suggestions to -- to this committee in

14   writing or by email.

15       Uh, you may think of something when you go home,

16   you may not be prepared. You may have more email

17   information. You may have some kind of follow up

18   comment that you could submit it either by -- by mail

19   or email, and I'll provide that information in just a

20   minute. Uh, you can -- you can take advantage of the

21   opportunity to use maybe public access, computer

22   terminals.

23       There'll be a -- there'll be a [inaudible] at the

24   side that the public can actually come in and -- and

25   work on -- on these terminals. And -- and here, you

SDT-SJLCRR-000317

```
 1   know, and these huge [inaudible] concerns that maybe
 2   you need to hear from the public.
 3          And basically just anything that is your concern.
 4   Uh, it is probably not going to be the first time
 5   we've heard that concern, for -- for a lot of them, it
 6   might be something that we've heard each one of the
 7   hearings, but that doesn't matter.  It's your concern
 8   -- it's your concern.
 9          Uh, uh, just an example of some things that --
10   that people bring up with our voting rights, that
11   concern. We have, uh, concerns about splitting the
12   precincts. We -- we've -- we have concerns about
13   splitting of municipalities. Uh, we have, uh, talked
14   about the districts that are odd shaped. [Inaudible] a
15   variety of -- of concerns that individuals have, uh,
16   as a reminder that the rules of the house govern joint
17   committees.
18          And -- and, uh, meetings and we -- and we will
19   handle such matters as a house [inaudible] members of
20   the public context maybe we can provide information or
21   [inaudible] on the public, uh, access computers. And,
22   um, you can send -- you can send your information by
23   US Mail to Ted Booth, staff counsel, joint
24   reapportionment committee. PO Box 1204, Jackson,
25   Mississippi 39215-1204.
```

SDT-SJLCRR-000318

```
 1          Or you can send an email to ted.booth@peer --
 2     that's p-e-e-r -- .gov and, uh, I'll read that out to
 3     you simply because we do have people that are watching
 4     that don't have access to these working materials that
 5     you already have. And even though the address is all
 6     there, some of the other people, uh, might want to --
 7     to use the address for something else.
 8          Um, so and when -- if you use -- if you send an
 9     [inaudible], uh, please provide information for the
10     staff to follow up, uh, such as email address or
11     telephone number because if -- if -- if they're going
12     to get back with you they need some way to get in
13     touch with you. And so provide that contact
14     information.
15          Um, just and provide a public access for
16     congressional redistricting will ï¿½ will commence
17     following the delivery of the final PL-94-171
18     [inaudible] which should arrive at the close of
19     September [inaudible] final numbers that they cannot
20     change anymore. There'll -- there'll -- there'll
21     [inaudible] to work with at that point in time. And
22     there should be here at the close of September. Um,
23     and the public access time will last for three weeks.
24          And, um, so that will begin for September and
25     will run for three weeks. For the legislature, it will
```

SDT-SJLCRR-000319

STANDING JOINT CONGRESSIONAL REDISTRICTING COMMITTEE
Hearing on 08/19/2021                                    Page 16

1    occur after January 1, 2022 and last for three weeks.

2    All right, um, at this time is there anyone on the

3    committee that has anything they would like to add?

4    All right. Well, thank you.

5         At this time, we will -- we will begin with, uh,

6    with taking in the comments that we have from -- from

7    the public. And the first one that I received is, um,

8    [inaudible], um, [inaudible] I'm sorry about that. Uh,

9    [inaudible]. And I would like to ask each person if

10   your speaking to come down to the mike. And that's not

11   just for us, that's so the people watching can hear

12   also.

13        MS. SORALDO:  Great. Am I talking into the mic?

14        MR. BECKETT:  Yes.

15        MS. SORALDO:  Can you hear okay?

16        MR. BECKETT:  Yes.

17        MS. SORALDO:  Great. Hi. I'm Peggy Soraldo [ph].

18   And that handwriting is a result of 12 good years of

19   education. Thank you for meeting our community here

20   today. My name is Peg Soraldo. I am the president of

21   the Legal Women Voters Pine Belt. I'm a retired

22   attorney. I live in Hattiesburg, I'm a registered

23   voter.

24        The Legal Women Voters Pine Belt is a nonpartisan

25   group that works closely with the Forrest County NAACP

SDT-SJLCRR-000320

JTX-029-016

1    and other non-partisan groups to educate and work with

2    our communities to ensure equal rights for each and

3    every one of us. Today, I and the League of Women

4    Voters and fellow concerned citizens, are requesting

5    from this committee that there be transparency in the

6    redistricting process here in Mississippi.

7         We would like the entire process to be made

8    public. The most important issue is transparency of

9    the re-distributing maps drawn before finalizing of

10   these maps. Currently, in the United States House of

11   Representatives, [inaudible] 81 has been introduced

12   requiring state redistricting entities such as

13   yourselves, to publish information regarding

14   redistricting plans both before and after adoption of

15   a plan.

16        Which includes massive congressional districts,

17   the composition of the districts by race, language,

18   minority groups and political party. Explanation of

19   the entities reasoning for adopting the plan and any

20   dissenting statements of the entities' members. We are

21   requesting a public hearing and opportunity for a

22   written public input after redistricting maps are

23   proposed and before they're voted on.

24        We understand that pursuant to federal and state

25   laws these redistricting maps must be nonpartisan,

SDT-SJLCRR-000321

```
 1   must have equal rights for all citizens. Each district
 2   must have equal populations and a minimal splitting of
 3   political boundaries.
 4        It took many lawsuits for us to be here in
 5   Mississippi, where we are today. We are a better state
 6   than that. We need to show our citizens through
 7   transparency that the appropriate legal redistricting
 8   map is being -- before it's been presented to the
 9   legislature.
10        This committee I was mentioning before that you
11   all are very popular on YouTube. I have seen seven out
12   of your eight, uh, hearings, and they've been
13   terrific. You've shown your intent to do right by
14   Mississippi by taking the time to conduct these nine
15   hearings within a matter of three weeks throughout
16   Mississippi.
17        I understand that your staff is already working
18   on the redistricting maps. I understand there's
19   already been private committee meetings regarding the
20   maps. We understand that time is of the essence. What
21   we need now is for the citizens of Mississippi to have
22   an opportunity to review these maps. The Pine Belt
23   community will continue in its efforts to assist this
24   committee in working on redistricting here at
25   Mississippi, thank you again for your time.
```

SDT-SJLCRR-000322

STANDING JOINT CONGRESSIONAL REDISTRICTING COMMITTEE
Hearing on 08/19/2021                                          Page 19

```
 1        MR. BECKETT:  Thank you, Dr. Westland.
 2        DR. WESTLAND:  [Inaudible] slipped [inaudible] a
 3    little low, but I'm blessed to be here. I'm blessed
 4    that every one of you all have taken the time whether
 5    you had to or not. But you are here smiling and you're
 6    -- you're thinking about what we're going to be
 7    talking to you about tonight. And I could say, uh, you
 8    know, I've been here over 40 years. I finally can say,
 9    I'm not from Houston, Texas, because I've been here
10    for 40 years.
11        But the proud thing that I can say is that, uh,
12    I'm a retired teacher, I'm a mother of five adult
13    children, five grandchildren. Uh, I've tried to stay
14    busy with the NAACP political action executive board.
15    And, um, executive board of the Boy Scouts [inaudible]
16    area council. I am a member of the League of Women
17    Voters.
18        And I lean back where it is. But, uh, wha- --
19    what I want to say then more importantly is that I
20    love Hattiesburg and Pine Belt, and I want to see good
21    things happen here in Hattiesburg, in the Pine Belt
22    area. And I can trust you. I can see that you will
23    also look forward to doing that as well doing the best
24    that you can for this area. I have one
25    question/comment, I guess, not at this point in time.
```

SDT-SJLCRR-000323

1        And, uh, what I have to ask and again, maybe

2    comment as well, is this, given history of voter

3    suppression in Mississippi and the weakening of the

4    1965 Voter Rights Act, what steps have you taken as a

5    legislative redistricting committee to address the

6    confidence that minority voters will have that their

7    vote count and that they will be able to have a, and,

8    uh, a level of equity in voting for their candidates?

9    And I say confidence because we all know that we can

10   be given the facts.

11       We can look at the vaccination rates in our state

12   and know people can be given all kinds of facts, but

13   what [inaudible] have seen is that you go for the

14   community. You go for leaders in that community;

15   pastors, teachers to go and talk to the people to give

16   them more than just facts, but to give them their

17   concerns, to give them their encouragement, to give

18   them their -- and share their faith that things can

19   get better.

20       So what I wanted you as a committee to look at

21   is, again, go beyond the facts, look at the commitment

22   that you made from the heart. And that's all I can

23   expect you off.

24       MR. BECKETT:  Thank you. Thank you, Mr. Lawrence.

25       MR. LAWRENCE:  Uh, thank you. Uh, I've got some

SDT-SJLCRR-000324

1    handouts here. I was going to say if I could give

2    these to you all [inaudible], uh, but I don't have

3    enough but I want to [inaudible] as well. Um,

4    [inaudible], uh, [inaudible]. Um, so, um, this is a

5    really crappy hand out. I get that, um. I -- I worked

6    all day and then did this in like 30 minutes, uh, or

7    30 minutes is way too long.

8         I -- it didn't take me that long [inaudible].

9    It's my favorite gerrymanders in the state of

10   Mississippi, which my very favorite one if you look at

11   the top left photo of -- right there in the middle, it

12   looks like an elephant drinking the boat [inaudible].

13   Um, so basically I just wanted to illu- -- illuminate

14   some things about this gerrymanders.

15        If you look at the top right picture, it's, uh,

16   the Pine Belt, Hattiesburg. Hattiesburg has five

17   senators that are in touching the city of Hattiesburg,

18   taking votes out of the city of Hattiesburg and the

19   state Senate. At the same time, we have about enough

20   people for one Senator, right? But instead we have

21   zero essentially. And then we have a bunch of

22   [inaudible].

23        If you look at the last picture on the bottom

24   right it's Jackson looks like somebody just punched a

25   mirror. And the -- the -- the lines just cut into the

SDT-SJLCRR-000325

```
 1   city and disenfranchised people with these lines. If
 2   you look at the, uh, bottom left, it's just a big
 3   swath in the middle of the state. There isn't a single
 4   city in Mississippi that is contained [inaudible]
 5   Senate district. They are all cut out.
 6          And I think you all know that when people look at
 7   these maps, they know exactly what's going on. You're
 8   not fooling anybody by saying that, oh, historical
 9   lines, we should do this, do that. People know that
10   one party is trying to dilute the vote in certain
11   places and concentrated in other places. And you all
12   have an opportunity to show people that Mississippi
13   has changed, not just the flag, not just the symbols
14   that are coming down, but actually changed.
15          And that you guys represent that change. And then
16   you all can do something about it. THERE are three
17   rules that I put down at the bottom to help you all
18   and guide you through this process. That when people
19   look at the map of Mississippi, they might say, oh,
20   that makes sense.
21          The first thing is that, a municipality that has
22   enough people to contain an entire district shall
23   contain as many whole districts as its population will
24   maintain no dividing up the big cities into fragments,
25   keep the cities together. A municipality -- the second
```

SDT-SJLCRR-000326

1  rule, a municipality that has fewer than the number of

2  people for an entire district shall be contained in

3  one single district whenever possible.

4       And in districts with adjacent unincorporated

5  areas, otherwise, it should say otherwise at the end

6  of that sentence, if it doesn't sorry about that. Uh,

7  it's going to [inaudible]. The point is to keep small

8  cities within the same district if possible, the

9  third, is unincorporated areas even those in different

10  counties shall be contained in districts with other

11  unincorporated areas whenever possible.

12       And in districts with adjacent municipalities

13  otherwise. The idea is that people even across county

14  lines that live in the rural areas outside of cities

15  will have more comm- -- in common, and need a unifying

16  representative. As it is, I live in a district where,

17  uh, I get to share a Senator with people, uh, in

18  Louin, Mississippi.

19       I don't even, uh, I don't even know - I've never

20  even been to Louin, Mississippi. Uh, it's -- it's

21  nowhere near my house. I don't, you know, we don't

22  have things in common. And I -- I just think that you

23  all can take this moment to really do something to

24  change this map to where it makes sense. Don't think

25  about how it will benefit your party politically.

SDT-SJLCRR-000327

**STANDING JOINT CONGRESSIONAL REDISTRICTING COMMITEE**
Hearing on 08/19/2021                                              Page 24

1  Think about how the people of this state deserve equal

2  representation under the law and under the electoral

3  system that you all put in place.

4      You have a duty, and I hope that you fulfill it

5  to the people in Mississippi. Um, I didn't give an

6  introduction. My name is Matthew Lawrence. I'm an

7  attorney here in town. A long time ago I used to study

8  geography here at the University of Southern

9  Mississippi. The first person I ever heard say,

10  gerrymander was professor Mark Miller. I think he's

11  still around.

12      Um, and then I studied gerrymandering part

13  intensively at UC Hastings when I was in law school.

14  But, uh, yeah, you know, obviously these aren't hard

15  and fast rules. They aren't things that you have to

16  do. You can throw them away, not even think about

17  them, but I think the people of the state would

18  appreciate it if you did consider them. Thank you.

19      MR. BECKETT:  Thank you very much. Uh, Toni

20  Johnson.

21      MALE:  [Inaudible] city. As many as the city will

22  maintain so Jackson could have like four basically

23  [inaudible].

24      MS. JOHNSON:  Good evening. Uh, my name is Toni

25  Johnson, here in two capacities. I'm a [inaudible]

SDT-SJLCRR-000328

1    election commissioner in Hinds County, and I also work

2    for a, uh, nonprofit who's also nonpartisan,

3    Mississippi Black Women's Roundtable. And we wanted to

4    speak on the importance of fair redistricting, um,

5    *from the standpoint of women's economic security*

6    throughout the state.

7        Um, without proper redistricting wage gaps,

8    access to better healthcare and adequate education

9    would not be possible. So we just wanted to leave you

10   with a few points, um, from our standpoint, why

11   redistricting should be transparent and fair. Um,

12   Mississippi Black Women's Roundtable is an

13   organization focused on civic engagement and advancing

14   the lives of black women and women throughout

15   Mississippi by affective policy.

16       Black women make up a large percentage of voters

17   throughout the state of Mississippi. Based on the

18   census data the 2021 wage gap between black women and

19   non-Hispanic white men is 63 cents to every dollar, 49

20   percent of Mississippi women make up about 49 percent

21   of the overall workforce.

22       Yet they make up nearly two thirds of workers

23   being paid minimum wage. We believe that [inaudible]

24   redistricting lines will help reduce the wage gap

25   brought about by black women being underpaid. Again,

SDT-SJLCRR-000329

1   black women, more districts in the state of

2   Mississippi are more commonly single parents and heads

3   of households resulting in a higher need to access

4   quality education and healthcare. We urge fair and

5   transparent redistricting. Thank you.

6        MR. BECKETT:  Thank you. Um, Nicole Jordan.

7        MS. JORDAN:  I yield the floor.

8        MR. BECKETT:  Okay. Thank you. MS. Margaret

9   Shelton.

10       MS. SHELTON:  My name is Dr. Margaret [inaudible]

11   Shelton. I'm an educator, retired and I have serious

12   concerns about the redistricting and a some have

13   already noted that my concern is of -- is about

14   gerrymandering and whether I heard about the influx,

15   the decrease and increase in population. But I'm

16   seriously concerned that gerrymandering will enter the

17   picture and I believe it's already here.

18       Um, my next concern is about the education of the

19   minorities or the education of the population and the

20   education does not reflect the culture, the

21   multiracial, multiethnic, um, population that we have

22   here in the state of Mississippi and particularly in

23   Hattiesburg, Mississippi.

24       Um, I'm also concerned about, um, the wages of

25   women as others have already stated, um, the fair

SDT-SJLCRR-000330

STANDING JOINT CONGRESSIONAL REDISTRICTING COMMITTEE
Hearing on 08/19/2021                                      Page 27

1    sharing of, um, the distribution of money you see,
2    based upon pop- --- uh, based upon the increase and
3    decrease the population. I would like to know and get
4    some assurance when you are doing your math about the
5    infrastructure, money that's coming to Mississippi and
6    how it's going to be distributed and who going to
7    benefit from it.
8         Um, and as I said, I -- the educational system in
9    Mississippi need upgrading. It is not up to par and in
10   many instances it's substandard. Um, and I can go on
11   and on in terms of that. And then we have people that
12   are elected to office, and regardless of whether they
13   are Independent, Republicans or Democrats.
14        They cater to those who are members of their
15   party when they call town meetings, or when they come
16   back to inform the citizens about what is going on in
17   Washington, what is going on in Jackson. Those of us,
18   they do not inform us.
19        We don't get newsletters; we don't get anything.
20   And so this is a measure that need to be corrected and
21   I hope that you are taking this very seriously about
22   what we are saying about gerrymandering, because that
23   already exists here.
24        Also in terms of some of the violence that's
25   still going on in the state of Mississippi should also

SDT-SJLCRR-000331

JTX-029-027

1   be corrected. And I have -- I have a long list that I

2   don't think I have time, and I don't want to take up

3   everybody's time about this.

4       And I too would like to be informed and about the

5   redistricting and before you vote on it and -- and

6   before anything else happened that we as citizens or

7   giving information in print as possible, that we make

8   our input prior to any, uh, voting.

9       MR. BECKETT: All right. Thank you very much. Uh,

10  Donald Bentley [ph].

11      MR. BENTLEY: Oh, uh, thank you for having me

12  [inaudible]. Uh, I'm Donald Bentley and I'm here

13  representing Black Lives Matter Mississippi, the

14  nonprofit. Um, I want to express some of the concerns

15  that we have as far as transparency and, um, the whole

16  process [inaudible] gone about it historically. Um, we

17  want as many people as possible to be involved in this

18  process.

19      We wanted to be seen as -- by as many people as

20  possible. Um, as said before by some of the people

21  previously up on this thing, um, some of the city --

22  some of the larger cities in the state are broken up

23  unfairly and should be looked at seriously.

24      Um, this process dictates how we spend our money

25  in this study. It dictates how we invest and in this

SDT-SJLCRR-000332

```
 1   state, we are paying attention. The young people in
 2   this state are paying attention. Please, please make
 3   this a fair process for all of the people in
 4   Mississippi. Not just a certain political party,
 5   please. Thank you.
 6        MR. BECKETT:  Thank you. Um, um, Rob [inaudible].
 7        MALE:  [Inaudible] first time.
 8        MR. BECKETT:  Oh, Rob's first time. [Inaudible].
 9   I appreciate it, thank you. [inaudible].
10        MR. WOLF:  Mr. Chairman, committee numbers. My
11   name is Robin Wolf, I'm a native of Hattiesburg,
12   serves district 4 supervisor for Forrest County since
13   2001. In 2005, I was the lead planner on an
14   unsuccessful challenge to the legislative
15   redistricting plan adopted in the year 2000. In your
16   2000 -- on your 2000 census, I would go to [inaudible]
17   the litigation was as it is now, and effort to create
18   a majority, minority Senate district centered in
19   Hattiesburg, Mississippi.
20        The second largest majority, minority community
21   in the state of Mississippi, while the legislative
22   redistricting plane adopted after 2010 census did
23   create a majority, minority senatorial district,
24   including parts of Hattiesburg, Senate District 34,
25   something that not what the doctor ordered from the
```

SDT-SJLCRR-000333

1    perspective of our community. Why? Specifically,

2    Senate District 34 was adapted -- was adapted in

3    perspective of our community.

4         It was adopted unnecessarily diluting the voter

5    strength of the minority voters in the city of

6    Hattiesburg while ignoring all the important

7    traditional redistricting criteria, such as compact

8    adhering to existed -- existing political boundaries

9    and preservation of communities of interests. And

10   explicitly large majority and minority precincts in

11   the city such as the Blair Precinct, Dixie Pine

12   Central, and the majority influence precinct such as

13   Highland Park, Pine Crest, were assigned to center

14   District 45.

15        Carving out over a third of the black vote -- the

16   black voting age rather in the city. Instead of

17   cutting all the city minority and majority precincts

18   into one in the city of Hattiesburg in our

19   metropolitan area, the legislator- -- the legislature

20   yoked our community with rural minority voters in

21   Jasper County 40 miles away in three counties over.

22        As a result, minority voters of Hattiesburg

23   constitute under 22 percent of the Senate District 34.

24   34 [inaudible] and have been -- have not been able to

25   influence [inaudible] determine the election of their

SDT-SJLCRR-000334

```
 1    Senate -- of their state Senate. This is simply
 2    unacceptable for a community with a population of over
 3    half of the ideal senate district size.
 4          Accordingly, please accept this letter as my
 5    formal request on behalf of the community I represent
 6    to adapt a majority, minority Senate district. Senate
 7    on the city of Hattiesburg, consistent by the mandate
 8    -- consistent by the mandate of the US constitution
 9    and traditional redistribute principles. I appreciate
10    your time and your attention. I want to thank the
11    committee for what they are doing, but I'm asking you
12    [inaudible] personal to right a wrong.
13          This never should have been done 10 years ago. We
14    went before the court and the court said let's give
15    the state a change to do the right thing. The court
16    said let's give the state a chance to do the right
17    thing and this is what she came up with.
18          I don't know which one of you or how many of you
19    were serving at that time, but I'm asking everybody on
20    this committee to write this wrong. I thank you for
21    your time, I thank you for being here and all that you
22    have [inaudible].
23          MR. BECKETT:  Did you say you have a handout?
24          MR. WOLF:  Yes, sir. I do have a card.
25          MR. BECKETT:  [Inaudible]. Thank you. Uh, Ron
```

SDT-SJLCRR-000335

JTX-029-031

1   Hancock.

2        MR. HANCOCK:  I'm going to stand back from this,

3   there's a little bit of feedback. You guys will still

4   here me like that?

5        MR. BECKETT:  Yeah.

6        MR. HANCOCK:  We don't have microphone control.

7   Um, I hadn't planned an introduction, but I think it

8   might be worth at this point. My name is Ron Hancock.

9   I'm a resident of Hattiesburg. I am a small business

10  owner. I have several, um, healthcare clinics in south

11  Mississippi, the coast and here.

12       So I, um, decided where to open this business and

13  -- and partner with other small business people based

14  on demographic -- demographic information, the same

15  information that you will be using, making your

16  decisions -- this big decision coming up. So I have a

17  vested interest in our community. Um, I was part of

18  the brain train that happens every generation.

19       When you get a degree from Mississippi, you leave

20  when you're that age. But I came back because I had an

21  opportunity here, but I made a promise to myself that

22  when I came back here, I was going to make a change.

23  All the reasons I left Mississippi, the frustration I

24  had with the status quo at the time I was going to

25  change that when I came back.

SDT-SJLCRR-000336

1        So that's part of the reason that I'm here today.

2    That is my motivation for sharing my thoughts with you

3    today. With respect to the redistricting as required

4    from time to time that we have a new census and the

5    data that you'll use it is my hope that the newly

6    defined districts will reflect the true demographics

7    of the area they encapsulate.

8        Mississippi is about 50 percent white and 50

9    percent nonwhite. And when I say non-white, non-white,

10   um, Americans of African descent, Asian descent,

11   native descent, and Latin X and mixed race. So your

12   demographics will show 60, 40. Mixed races always fit

13   into a box. It's about 50/50.

14       If you look at our elected state bodies with

15   [inaudible] Jackson, you would think that Mississippi

16   comprises all white men with a polite margin of women

17   and persons of color. I urge you to look around the

18   next time you're either in session in either house of

19   the senate and you'll see pretty much the same thing

20   in either body, 70 percent, white, 30 percent black.

21   Those are the numbers.

22       If you just count and look at the faces on the

23   website, that's what you're going to see. That's not

24   reflective of the state of Mississippi. It does not

25   reflect the population we have here. Anytime we have

SDT-SJLCRR-000337

1  an organization that represents a larger body, it

2  should be reflective of that larger body, that

3  community. It has never been. Just because it's never

4  been doesn't mean it always should be that way.

5       Okay. How'd it get that way? Well, it's been that

6  way for a long time since reconstruction. Uh, the

7  house, the Senate, along with local and state election

8  officials have done everything in their power to keep

9  as many white people in power as possible. That is to

10  say, to suppress the black voice.

11       Drawing fair and reflective districts is the only

12  way to break up this good old boy system, which has

13  remained in power for far too long and suppress the

14  voices of those who have not had representation in the

15  state Capitol, and likewise in the nation. I implore

16  you to please do the right thing, draw the districts

17  fairly and without prejudice. We no longer have room

18  for prejudice in Mississippi. Thank you, committee

19  members.

20       MR. BECKETT:  Thank you. Um, Reverend Junior

21  Richardson.

22       MR. RICHARDSON:  [Inaudible]. Good evening.

23       MR. BECKETT:  Good evening.

24       MR. RICHARDSON:  Chairman Becket and this

25  community and this committee. I'm Dr. Junior

SDT-SJLCRR-000338

1    Richardson. I share with the Silver Engagement

2    Roundtable, uh, One Voice, uh, the NAACP. I am the

3    president [inaudible] NAACP and I'm also a pastor, uh,

4    [inaudible]. Um, say [inaudible] District 47 and House

5    of Representative 106. Um, uh, my concern [inaudible]

6    is pretty much what everybody has said today.

7          Um, as we look back over history and time, um,

8    that have been a great consensus, uh, for the

9    [inaudible] voting, uh, from the beginning, uh, from

10   reconstruction, it hasn't been structured where we

11   could only have a select few at the table. Uh, even as

12   I look around your committee tonight that still holds

13   true.

14          So that fewer minorities are at the table. And I

15   understand when the Obama administration, uh, the

16   Supreme Court struck down Section 4 of the Voting

17   Rights Act, which stated that, uh, when you did the

18   redistricting that the justice department had it

19   pretty clear to make sure that at least 51 percent,

20   uh, you know, district had a minority district.

21          Well, what that simply means Chairman Becket is

22   they gave one minority at the table. Uh, but that's

23   still not enough to be a whole voice of the people

24   that you're representing. So tonight, um, all concerns

25   again mirror, um, many of the individuals who have

SDT-SJLCRR-000339

1    came before me tonight, um, such as a supervisor

2    would. Every 10 years the state of Mississippi begins

3    the redistricting process.

4          Redistrict is one of the most critical aspects of

5    our democracy. It determines how [inaudible] to elect

6    public officials that will represent the interests of

7    our communities. Therefore, it is important that the

8    state of Mississippi engages in a redistricting

9    process that is fair and transparent. Residents of

10   Forrest County here and the [inaudible] county, which

11   I represent New Orleans [inaudible] how an unfair

12   redistricting process contributes to voter

13   suppression.

14          If we ought to honor our fundamental rights to

15   participate in this political process, then districts

16   must be drawn in accordance with Section 2 of the

17   Voting Rights Act of 1965. The [inaudible] that

18   discriminate on the basis of race, that means

19   districts should not be racially gerrymandered,

20   stacked, packed or cramped.

21          We're asking this committee to comply with the

22   federal law and to provide community stakeholders with

23   regular updates about the redistricting process. Thank

24   you for your time.

25          MR. BECKETT:  Thank you. Minister Barbara Danport

SDT-SJLCRR-000340

STANDING JOINT CONGRESSIONAL REDISTRICTING COMMITEE
Hearing  on 08/19/2021                                              Page 37

```
 1    [ph].
 2          MS. DANPORT:  Good evening.
 3          MR. BECKETT:  Good evening.
 4          MS. DANPORT:  I am Minister Barbara Danport, co-
 5    director of [inaudible] Family Development Center of
 6    Jones County, which lies in the fourth congestion
 7    diatrict. We are a member of the Mississippi Civic
 8    Engagement Roundtable led by One Voice, which has a
 9    history of advocating for fair, transparent, and
10    accountable redistricting practice.
11          We appreciate the opportunity to -- to appear
12    before you today and thank you for allowing us to
13    share our position. My family and I have lived in
14    Jones County in the community of [inaudible] for many
15    years. Which I do understand the redistricting process
16    is important. After all, it locks us into voting
17    districts for the next two years.
18          I also understand that if the lines are drawn
19    unfairly, it could mean that our voice and our vote
20    won't matter for the next 10 years. Re-districting has
21    become a concern for me because of my commitment to my
22    community and voting rights. I am a believer that my
23    vote is my power. When there's a threat to that power
24    my vote must become my power. Over the past 10 years,
25    redistricting has cracked my community, impacted my
```

SDT-SJLCRR-000341

1    family, our schools and the surrounding community that

2    I share.

3        We have streets used as diviners for voting

4    districts. One neighbor vote at one precinct and

5    directly across the street neighbors vote in a

6    different precinct. I believe that splitting up

7    communities of interest takes away the communities'

8    ability to work together in fighting for important

9    issues as a whole. We know that redistricting that has

10   been a tool used in the past to weaken the voting

11   power of communities.

12       While we have seen an unfair practice when it --

13   it comes to the election on the local level, I know

14   that the federal and state lines affect us just as

15   much. We know that voter suppression is alive. We know

16   that Mississippi is capable of doing better to protect

17   [inaudible]. And Mississippi should do better. Thank

18   you.

19       MR. BECKETT:  And I apologize for mispronouncing

20   your name.

21       MS. DANPORT:  That's okay.

22       MR. BECKETT:  All right. Uh, I thank each one of

23   you for, um, for your comments and I just, uh,

24   appreciate your attendance tonight at -- at this time,

25   I- -- I'd like to thank our -- our host for providing

SDT-SJLCRR-000342

1    this place. I want to ask you [inaudible] as a

2    committee if they would -- if they has any comments

3    [inaudible].

4        BOARD MEMBER:  Yeah. Well, M- -- Mr. Chairman, I

5    would -- I would like to address something that I have

6    no idea how this sound system works. That microphone

7    is on and off [inaudible]. There have been complaints

8    [inaudible], there have been complaints with other

9    meetings about the configuration of districts, which

10   split municipalities.

11       Uh, if you'll go back to the 1990 layout which

12   was after the 1980 senses, generally speaking the

13   layout that was adopted, uh, I think at 82 or

14   thereabouts, uh, did not split municipalities.

15   Generally followed county lines. You can't do that

16   exactly because of population, but -- but to a large

17   extent, you -- you can go find that out and look at

18   it.

19       Uh, when I was elected to the senate in 1983,

20   there were two African-American state senators out of

21   the 52-member senate. Uh, there were some elections,

22   uh, and so when 1990 rolled around there were four

23   African-American senators out of the 52-member senate.

24   Uh, I don't have any particular idea that voters are

25   proportional representation of whatever, would be

SDT-SJLCRR-000343

```
 1   chosen to me as troubling that you have a 52-member

 2   Senate with only four black members.

 3        After the census of 1990 of course we -- we trim

 4   lines again. We were under the Justice Department. And

 5   the Justice Department and those advocating for more

 6   African-American majority districts took the position

 7   more or less that in order to elect an African-

 8   American [inaudible] that it require a senate district

 9   that is approximately two thirds African-American.

10        And I remember having lengthy discussions with

11   the Justice Department and the individual from the

12   justice department, uh, and it's just impossible.

13   [Inaudible] what is it you want us to do? You couldn't

14   get an answer. You said clearly, uh, then [inaudible]

15   without anything, without these large numbers of

16   African-Americans in the -- the district.

17        So yeah. In order to get those numbers, districts

18   were drawn and there were insufficient number of

19   voters in compact areas. And we had one argument in

20   particular about the [inaudible]. We had a Senate

21   district and [inaudible], and a Senate district in

22   [inaudible]. And there was an assistance on the

23   justice department that, uh, a district be drawn.

24        That effectively -- [inaudible] heavily black

25   portions of [inaudible] and connect those two areas,
```

SDT-SJLCRR-000344

```
 1    uh, with -- with territory in-between. Leaving

 2    [inaudible] portions of batches in [inaudible]? And

 3    some of us thought that was, uh, an unwise thing to

 4    do. But that physical demand [inaudible] the Justice

 5    Department. Uh, we were told by those who were suing

 6    the state at the time if they would draw districts and

 7    they would present those districts to us.

 8        And we were required by law to adopt the

 9    districts they presented to us. That was not the law.

10    It's not the law and that's not what happened. But I

11    want to emphasize with the configuration of districts

12    that you see today [inaudible] as a result of yours

13    actions after the 1990 census and the demand that we

14    create districts with very large African-American

15    voting age populations.

16        In 1991, which is when we got the census, and we

17    had an election going on, we could not draw districts

18    that got approved by the Justice Department if there

19    was the lawsuit. And -- and ultimately what happened

20    was we were in 1991 out of the existing districts and

21    had another election in 1992. Generally speaking, the

22    same map that you see today is a variation on the same

23    map that was drawn in 1992 and [inaudible] comply with

24    the requirements of the Voting Rights Act.

25        And we adopted a different ¿½ diff- -- different
```

SDT-SJLCRR-000345

1     paths, obviously in 2000 and 2010 and not 2020. With

2     configurations all that you're seeing today come about

3     in large measure as a result of the effects of the,

4     uh, efforts after the 1990 census. Um, there've been

5     allusions to the fact that this is something that the

6     Republican party is doing. Well, let me do it. The

7     Republican party has a lot to explain.

8          And we can talk about that [inaudible] however,

9     [inaudible]. This was not the land of the Republican

10    Party. I think they saw what was happening and sort of

11    [inaudible] themselves. Uh, but this was a demand, uh,

12    of people who wish to draw districts with large

13    African-American populations.

14         And I remember distinctly the -- the -- the

15    African-American, uh, citizens of different

16    communities were a community of interest and that the

17    city or county or whatever was not a community

18    interests, community interests were the African-

19    American residents where they have [inaudible]. So,

20    uh, I feel like there needs to be some explanation of

21    how we got the configurations that we added today?

22    Basically that's where they from. Thank you, Mr.

23    Chairman.

24         MR. BECKETT:  All right. [Inaudible].

25         MALE:  Thank you. Thank you, Mr. Chairman. At

SDT-SJLCRR-000346

JTX-029-042

```
 1    first, we'll take it up. Senator Brian's offer to

 2    discuss Republican and Democrat, uh, differences if

 3    you'd like to then. Um, no, seriously, clearly under

 4    the hearings, uh, split precincts are an issue they've

 5    been in every one of the meetings.

 6         Uh, I with the release of the data that has come

 7    out, I guess it was yesterday or two days ago, I think

 8    your counties and your cities are going to start

 9    looking at that closer. And I personally had, as

10    recently as today, conversation with the county

11    administrator in Pearl River County, who, uh,

12    rightfully so mentioned about the split -- the issues

13    they have with split county districts. I of course

14    explained as the chairman has said, how -- that --

15    what the state's role within the county [inaudible].

16         The bottom line is in -- what was it came down to

17    it was, uh, communication is needed to -- to -- to do

18    our best on the local level to prevent as many split

19    precincts as possible. And his suggestion was to

20    communicate with the counties or actually even said,

21    let their -- look at their -- how they, uh, district

22    with the new numbers and then let us do ours. I didn't

23    know all the logistics, but I said, I think that can

24    be solved or certainly, uh, addressed during

25    communication.
```

SDT-SJLCRR-000347

STANDING JOINT CONGRESSIONAL REDISTRICTING COMMITEE
Hearing on 08/19/2021                                    Page 44

```
 1          But it also, as we discussed would be about the
 2     counties and the cities going ahead and getting
 3     started and getting it in as soon as possible. I see -
 4     - seeing none of which I think the earlier the better,
 5     which is what you had said. Because, um, we, as the
 6     state are under a timeline and for example, to their
 7     credit Pearl River County said, they've already
 8     started and they're going to have their districts.
 9          And I personally, um, encouraged them to go ahead
10     and send them to us so that we can start looking at
11     it. And we will do our best to, you know, from our
12     end, from our side to -- to minimize the split
13     precincts and the split, uh, split county districts.
14     So, um, I think that's important.
15          Uh, I think that that's certainly not a partisan
16     issue, whether it's Republican, Democrat or
17     Independent, we've heard throughout the state how --
18     what problems split precincts are. And if we can -- I
19     think it's imperative upon the committee if -- to
20     entertain suggestions that can help minimize that.
21          And so just in conclusion, if -- if the counties
22     and the cities can get started as soon as possible, I
23     don't know all the logistics, but they can start
24     working and talk with us. I think the chairman would
25     agree that we're certainly open. And as a council has
```

SDT-SJLCRR-000348

JTX-029-044

```
 1    said, the process is starting and it's open to the

 2    public and open to anybody. So thank you, Mr. Chair.

 3         MR. BECKETT:  Yeah. I want to just follow up on

 4    that. The supervisor association is well aware about

 5    what the problem is, and we've had discussions with

 6    them [inaudible]. But there was a -- we had an extra

 7    problem this year [inaudible] we were supposed to

 8    receive the census information, April 5th, and we're

 9    still waiting on the official information.

10         So the counties have not had the information, so

11    they were not able to start [inaudible] extremely

12    difficult timelines for all of them. Some of them

13    [inaudible]. But it's going to be hard for all of

14    them, but i⅔ but they know that -- they have committed

15    as a group [inaudible] to -- to minimize that.

16         MALE:  Yeah. And that's why I'm saying if they

17    can get it started as soon as possible doing that,

18    that makes our job that much easier, which then helps

19    us to minimize the split or splits.

20         MR. BECKETT:  Right. Mrs. [inaudible]?

21         FEMALE:  Thank you, Mr. Chairman. Now [inaudible]

22    question that I'd like to direct to, I think it's Mr.

23    Lawrence?

24         MR. BECKETT:  Yes, ma'am.

25         FEMALE:  Um, as you were describing your -- the
```

1   math that you presented I think you referred -- you

2   referenced the rules that are listed here at the

3   bottom. So my first question to you would be, what is

4   the source of the rules that you're presenting, uh,

5   for consideration [inaudible]?

6        MR. BECKETT:  Uh, [inaudible]. I -- I guess I

7   came up [inaudible].

8        FEMALE:  And -- and this is not a trick question.

9   I'm really -- I'm wondering if this part of some study

10  or this is based on your independent research?

11       MR. BECKETT:  Well, partly. And, uh, and I know

12  this isn't a very popular thing to say around here,

13  but actually, uh, the person who drew the California

14  districting map actually took a class with them back

15  in the day and sort of these ideas [inaudible] from

16  that. I disagree with them on a lot of things like

17  [inaudible] Nancy Pelosi's district, for instance,

18  it's a little messed up. But, um, I would like to also

19  push back a little bit on the idea that, sorry to

20  interrupt your question.

21       FEMALE:  No.

22       MR. LUKE:  Just a little bit on the idea that,

23  oh, this is all just a result of the federal

24  government came in and made us draw these maps this

25  way. This was a compromise with the federal government

SDT-SJLCRR-000350

1    to draw these maps [inaudible]. They didn't just come

2    down and tell you [inaudible] the committee

3    compromised with the federal government. And I can

4    point out specific examples of what I'm talking about

5    and draw your attention to the federal Wiggins'

6    district for instance.

7        You tell me that splitting Pascagoula and Moss

8    Point [inaudible] that there's more African-Americans

9    in the district. Please, that's not true. Um, there

10   are other ones like the one in, uh, East Gulf Port,

11   Joel Partner's [ph] district. There's no way the East

12   Gulf Port combining that with, uh, Lyman area in

13   [inaudible] means that there's going to be more

14   African-Americans in the district.

15       That's just wrong. And so whether the history of

16   it is more muddled than maybe I've been led on, uh, in

17   my presentation earlier, whether or not it's more

18   complicated. We can look at specific examples and

19   nobody in their right mind could look at the map of

20   Jackson and say, that map is drawn to concentrate

21   African-American votes. Please, nobody can believe it.

22       FEMALE:  Luke, let me ask in one more question.

23       MR. LUKE:  Yes.

24       FEMALE:  In your research, have you also

25   formulated a proposed map of the center districts or

SDT-SJLCRR-000351

1  [inaudible]?

2      MR. LUKE:  Well, as much as I would love to do

3  that. I -- I -- I currently don't have access to GIS

4  technology. Although I think the geography department

5  [inaudible] maybe I could use it. I also have -- have

6  a very kind of full-time job and, you know, it's hard

7  to come up with things like that. But Hey, I mean, you

8  don't [inaudible].

9      FEMALE:  I was just wondering about [inaudible]

10 and I was just wondering about this [inaudible].

11     MR. LUKE:  Well, I would -- I would love to

12 continue to discuss it [inaudible]. I -- I appreciate

13 your question.

14     MR. BECKETT:  [Inaudible] any other committee

15 member that has a question? All right. Once again, I

16 want -- I want to thank you [inaudible] for being here

17 and I'm sure some of these conversations will continue

18 a- -- a- -- afterwards.

19     Uh, I want -- I want to thank, uh, [inaudible]

20 question for hosting us this evening and providing

21 this place. Uh, thank our staff once again, for all

22 the work in -- in preparation and submitting and

23 [inaudible] we're just in the beginning of this

24 process and that, uh, you may provide any comments or

25 suggestions for proposal -- proposed plans by mail.

```
 1          Uh, and you can mail those to Ted Booth, staff
 2    counsel, joint reapportionment committee, PO Box 1204,
 3    Jackson, Mississippi 39215-1204. Or you can email to -
 4    - to ted.booth@peer that's p-e-e-r.ms.gov.
 5          And I said before, uh, please put your contact
 6    information on there so that you can follow up with --
 7    with the comments that you [inaudible], um, and if you
 8    have nothing else then, uh, this -- this meeting with
 9    stand adjourned.
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

SDT-SJLCRR-000353

STANDING JOINT CONGRESSIONAL REDISTRICTING COMMITEE
Hearing  on 08/19/2021                                        Page 50

1

2

3      I, Chris Naaden, a transcriber, hereby declare

4  under penalty of perjury that to the best of my

5  ability the above 49 pages contain a full, true and

6  correct transcription of the tape-recording that I

7  received regarding the event listed on the caption on

8  page 1.

9

10      I further declare that I have no interest in the

11  event of the action.

12

13      August 31, 2021

14      Chris Naaden

15

16

17

18  (Standing Joint Congressional Redistricting Committee,

19  Hattiesburg, 8-19-21)

20

21

22

23

24

25

SDT-SJLCRR-000354

JTX-029-050

STANDING JOINT CONGRESSIONAL REDISTRICTING COMMITTEE
Hearing on 08/19/2021                          Index: 1..addressed

| | | | |
|---|---|---|---|
| **1** | 2001  29:13 | 47  35:4 | ability  38:8 |
| | 2005  29:13 | 49  12:3 | accept  31:4 |
| 1  9:6 16:1 | 2010  7:22 | 25:19,20 | access  13:21 |
| 10  8:16 | 29:22 42:1 | | 14:21 |
| 12:4,5 | 2020  42:1 | **5** | 15:4,15,23 |
| 31:13 36:2 | 2021  25:18 | 50  33:8 | 25:8 26:3 |
| 37:20,24 | 2022  10:16 | 50/50  33:13 | 48:3 |
| 101  6:6 | 16:1 | 51  35:19 | accordance |
| 102  6:15 | 21  12:4 | 52-member | 36:16 |
| 103  6:11 | 22  30:23 | 39:21,23 | accountable |
| 106  35:5 | 254  8:18 | 40:1 | 37:10 |
| 12  16:18 | | 5th  45:8 | accurate |
| 1204  14:24 | **3** | | 9:23 12:16 |
| 49:2 | 3  11:4 | **6** | Act  20:4 |
| 1890  8:19 | 30  21:6,7 | 6,000  11:4 | 35:17 |
| 1965  20:4 | 33:20 | 60  33:12 | 36:17 |
| 36:17 | 30th  9:25 | 63  25:19 | 41:24 |
| 1980  39:12 | 34  29:24 | | action  19:14 |
| 1983  39:19 | 30:2,23,24 | **7** | actions |
| 1990  39:11, | 39215-1204 | 70  33:20 | 41:13 |
| 22 40:3 | 14:25 49:3 | | adapt  31:6 |
| 41:13 42:4 | **4** | **8** | adapted  30:2 |
| 1991  41:16, | 4  29:12 | 81  17:11 | add  16:3 |
| 20 | 35:16 | 82  39:13 | added  42:21 |
| 1992  41:21, | 40  19:8,10 | **9** | addition |
| 23 | 30:21 | 99.9  10:7 | 5:20 7:4 |
| **2** | 33:12 | | 8:18 |
| 2  36:16 | 44  6:3 | **A** | address |
| 2000  29:15, | 45  30:14 | a-  48:18 | 15:5,7,10 |
| 16 42:1 | | | 20:5 39:5 |
| | | | addressed |
| | | | 43:24 |

SDT-SJLCRR-000355

STANDING JOINT CONGRESSIONAL REDISTRICTING COMMITEE
Hearing  on 08/19/2021                              Index: adequate..basis

adequate
  25:8

adhering
  30:8

adjacent
  23:4,12

adjourned
  49:9

administration
  35:15

administrator
  43:11

adopt  41:8

adopted
  29:15,22
  30:4 39:13
  41:25

adopting
  17:19

adoption
  17:14

adult  19:12

advancing
  25:13

advantage
  13:20

advocating
  37:9 40:5

affect  38:14

affective
  25:15

African

33:10

African-
  40:7 42:18

African-
american
  39:20,23
  40:6,9
  41:14
  42:13,15
  47:21

African-
americans
  40:16
  47:8,14

age  30:16
  32:20
  41:15

agree  44:25

ahead  10:23
  44:2,9

alive  38:15

allowing
  37:12

allusions
  42:5

American
  40:8 42:19

Americans
  33:10

amounts  10:6

anymore
  15:20

anytime  10:7

33:25

apologize
  38:19

approved
  41:18

approximately
  40:9

April  45:8

area  11:12,
  15 19:16,
  22,24
  30:19 33:7
  47:12

areas  11:25
  12:11
  23:5,9,11,
  14 40:19,
  25

argument
  40:19

arrive  15:18

Asian  33:10

aspects  36:4

assigned
  30:13

assist  18:23

assistance
  40:22

association
  45:4

assurance
  27:4

attend  5:14

attendance
  38:24

attention
  5:18 12:24
  29:1,2
  31:10 47:5

attorney
  16:22 24:7

auditorium
  11:24

aware  45:4

_____

                B

back  7:22
  15:12
  19:18
  27:16
  32:2,20,
  22,25 35:7
  39:11
  46:14,19

Barbara
  36:25 37:4

based  9:4
  25:17 27:2
  32:13
  46:10

basically
  11:19 14:3
  21:13
  24:22
  42:22

basis  36:18

SDT-SJLCRR-000356

STANDING JOINT CONGRESSIONAL REDISTRICTING COMMITTEE
Hearing  on 08/19/2021                                Index: batches..chair

batches  41:2

Becket  34:24
  35:21

BECKETT
  4:11,13,
  16,18,19,
  21,23,25
  5:2,4,8
  6:4,8,12,
  16,19,25
  16:14,16
  19:1 20:24
  24:19
  26:6,8
  28:9 29:6,
  8 31:23,25
  32:5
  34:20,23
  36:25 37:3
  38:19,22
  42:24
  45:3,20,24
  46:6,11
  48:14

began  8:25
  9:2

begin  15:24
  16:5

beginning
  9:19 35:9
  48:23

begins  36:2

behalf  31:5

believer
  37:22

Belt  16:21,
  24 18:22
  19:20,21
  21:16

benefit
  23:25 27:7

Bentley
  28:10,11,
  12

big  22:2,24
  32:16

bit  32:3
  46:19,22

black  4:13
  25:3,12,
  14,16,18,
  25 26:1
  28:13
  30:15,16
  33:20
  34:10
  40:2,24

Blair  30:11

blessed  19:3

Boak  6:3

board  19:14,
  15 39:4

boat  21:12

bodies  33:14

body  33:20
  34:1,2

Booth  14:23
  49:1

bottom  21:23
  22:2,17
  43:16 46:3

boundaries
  18:3 30:8

box  14:24
  33:13 49:2

boy  19:15
  34:12

brain  32:18

branches
  7:15

break  34:12

Brian's  43:1

bring  10:9
  12:24
  14:10

broken  28:22

brought
  25:25

Brown  4:13

Bryan  4:21,
  22

bunch  21:21

business
  32:9,12,13

busy  19:14

─────────

        C

California
  46:13

call  4:7,9
  12:10
  13:10
  27:15

candidates
  20:8

capable
  38:16

capacities
  24:25

Capitol
  34:15

card  13:2,
  3,6 31:24

cards  13:3,8

Carving
  30:15

cater  27:14

census  8:16
  9:3,5
  25:18
  29:16,22
  33:4 40:3
  41:13,16
  42:4 45:8

center  30:13
  37:5 47:25

centered
  29:18

central  6:15
  30:12

cents  25:19

chair  4:6

SDT-SJLCRR-000357

JTX-029-053

STANDING JOINT CONGRESSIONAL REDISTRICTING COMMITEE
Hearing on 08/19/2021        Index: chairman..comprises

45:2

**chairman**
6:12,18,20
29:10
34:24
35:21 39:4
42:23,25
43:14
44:24
45:21

**challenge**
29:14

**challenges**
10:25
11:13

**chance** 31:16

**change** 10:1,
2,8 11:11
15:20
22:15
23:24
31:15
32:22,25

**changed**
22:13,14

**children**
19:13

**choice** 8:20

**choose** 5:14

**chosen** 40:1

**cities**
22:24,25
23:8,14
28:22 43:8

44:2,22

**citizens**
17:4 18:1,
6,21 27:16
28:6 42:15

**city** 21:17,
18 22:1,4
24:21
28:21
30:5,11,
16,17,18
31:7 42:17

**civic** 25:13
37:7

**class** 46:14

**clear** 35:19

**clinics**
32:10

**close** 15:18,
22

**closely**
16:25

**closer** 43:9

**co-** 37:4

**coast** 11:18
32:11

**color** 33:17

**combining**
47:12

**comm-** 23:15

**commence**
15:16

**comment**
13:18 20:2

**comments**
16:6 38:23
39:2 48:24
49:7

**commissioner**
25:1

**commitment**
20:21
37:21

**committed**
45:14

**committee**
4:8 5:16,
24 13:13
14:24 16:3
17:5
18:10,19,
24 20:5,20
29:10
31:11,20
34:18,25
35:12
36:21 39:2
44:19 47:2
48:14 49:2

**committees**
9:7 14:17

**common**
23:15,22

**commonly**
7:24,25
26:2

**communicate**

43:20

**communication**
43:17,25

**communities**
17:2 30:9
36:7 38:7,
11 42:16

**communities'**
38:7

**community**
7:15 16:19
18:23
20:14
29:20
30:1,3,20
31:2,5
32:17
34:3,25
36:22
37:14,22,
25 38:1
42:16,17,
18

**compact** 30:7
40:19

**complaints**
39:7,8

**complicated**
47:18

**comply** 36:21
41:23

**composition**
17:17

**comprises**

SDT-SJLCRR-000358

JTX-029-054

STANDING JOINT CONGRESSIONAL REDISTRICTING COMMITTEE
Hearing  on 08/19/2021          Index: compromise..culture

33:16

compromise
46:25

compromised
47:3

computer
13:21

computers
14:21

concentrate
47:20

concentrated
22:11

concern
14:3,5,7,
8,11
26:13,18
35:5 37:21

concerned
17:4
26:16,24

concerns  8:1
12:20,23
14:1,11,
12,15
20:17
26:12
28:14
35:24

conclusion
44:21

conduct
18:14

confidence
20:6,9

configuration
39:9 41:11

configurations
42:2,21

congestion
37:6

congressional
4:8 8:15
10:11,12,
17 12:25
15:16
17:16

connect
40:25

consensus
35:8

consideration
11:1 46:5

consistent
31:7,8

constitute
30:23

constitution
8:17,19
31:8

constitutional
8:13

contact
15:13 49:5

contained
22:4 23:2,

10

context
14:20

continue
18:23
48:12,17

contributes
36:12

control  32:6

conversation
43:10

conversations
48:17

cooperation
7:17

corrected
27:20 28:1

council  4:9
19:16
44:25

counsel  5:6,
8 14:23
49:2

count  20:7
33:22

counties
11:15,18,
20 23:10
30:21
43:8,20
44:2,21
45:10

county  6:2,

6,11 16:25
23:13 25:1
29:12
30:21
36:10
37:6,14
39:15
42:17
43:10,11,
13,15
44:7,13

couple  9:14
10:4

court  31:14,
15 35:16

COVID  6:23

cracked
37:25

cramped
36:20

crappy  21:5

create
29:17,23
41:14

credit  44:7

Crest  30:13

criteria
30:7

critical
36:4

crunch  10:22

culture
26:20

SDT-SJLCRR-000359

JTX-029-055

STANDING JOINT CONGRESSIONAL REDISTRICTING COMMITEE
Hearing on 08/19/2021                          Index: cut..districts

cut  21:25
  22:5

cutting
  30:17

_____

        D

Danport
  36:25
  37:2,4
  38:21

data  9:5,
  11,21
  25:18 33:5
  43:6

day  21:6
  46:15

days  43:7

deadlines
  10:10

deal  11:11
  12:13

decide  13:5

decided
  32:12

decision
  32:16

decisions
  32:16

decrease
  26:15 27:3

defined  33:6

degree  32:19

delivery
  15:17

demand  41:4,
  13 42:11

democracy
  36:5

Democrat
  43:2 44:16

Democrats
  27:13

demographic
  32:14

demographics
  33:6,12

department
  35:18
  40:4,5,11,
  12,23
  41:5,18
  48:4

descent
  33:10,11

describing
  45:25

deserve  24:1

determine
  30:25

determines
  36:5

Development
  37:5

dictates
  28:24,25

diff-  41:25

difference
  11:6

differences
  43:2

difficult
  45:12

dilute  22:10

diluting
  30:4

direct  45:22

directly
  38:5

director
  37:5

disagree
  46:16

discriminate
  36:18

discuss  43:2
  48:12

discussed
  44:1

discussion
  12:20

discussions
  40:10 45:5

disenfranchise
d  22:1

dissenting
  17:20

distinctly

42:14

distributed
  27:6

distribution
  27:1

district  4:5
  6:3,6,10,
  14 11:11
  12:3,4
  18:1 22:5,
  22 23:2,3,
  8,16
  29:12,18,
  23,24
  30:2,14,23
  31:3,6
  35:4,20
  37:7 40:8,
  16,21,23
  43:21
  46:17
  47:6,9,11,
  14

districting
  46:14

districts
  4:3 8:15
  10:11,19,
  21 11:7
  12:7 13:1
  14:14
  17:16,17
  22:23
  23:4,10,12
  26:1 33:6
  34:11,16

SDT-SJLCRR-000360

JTX-029-056

STANDING JOINT CONGRESSIONAL REDISTRICTING COMMITEE
Hearing on 08/19/2021                    Index: dividing..evening

36:15,19
37:17 38:4
39:9 40:6,
17 41:6,7,
9,11,14,
17,20
42:12
43:13
44:8,13
47:25

dividing
22:24

diviners
38:3

Dixie 30:11

doctor 29:25

documenting
5:11

documents
7:7

dollar 25:19

Donald
28:10,12

draw 4:6
34:16
41:6,17
42:12
46:24
47:1,5

drawing
12:25
34:11

drawn 17:9
36:16

37:18
40:18,23
41:23
47:20

drew 46:13

drinking
21:12

duty 24:4

——————
E
——————

earlier 9:10
44:4 47:17

easier 45:18

East 47:10,
11

economic
25:5

educate 17:1

education
16:19 25:8
26:4,18,
19,20

educational
27:8

educator
26:11

effectively
40:24

effects 42:3

effort 29:17

efforts
10:12

18:23 42:4

eighth 7:22

elect 36:5
40:7

elected
27:12
33:14
39:19

election
25:1 30:25
34:7 38:13
41:17,21

elections
39:21

electoral
24:2

elephant
21:12

email 13:14,
16,19
15:1,10
49:3

emphasize
41:11

enable 4:2

encapsulate
33:7

encouraged
44:9

encouragement
20:17

end 23:5
44:12

engagement
25:13 35:1
37:8

engages 36:8

ensure 17:2

enter 26:16

entertain
44:20

entire 17:7
22:22 23:2

entities
17:12,19

entities'
17:20

equal 17:2
18:1,2
24:1

equity 20:8

essence
18:20

essentially
21:21

estimates
9:12,13,14
12:15

Eubanks 4:14

evening
12:23
24:24
34:22,23
37:2,3
48:20

SDT-SJLCRR-000361

JTX-029-057

**STANDING JOINT CONGRESSIONAL REDISTRICTING COMMITEE**
Hearing on 08/19/2021    Index: everybody's..geography

| | | | |
|---|---|---|---|
| everybody's 28:3 | fact 6:23 42:5 | 48:9 | fourth 37:6 |
| examples 47:4,18 | facts 20:10, 12,16,21 | fewer 23:1 35:14 | fragments 22:24 |
| executive 19:14,15 | fair 25:4, 11 26:4,25 29:3 34:11 36:9 37:9 | fighting 38:8 | frustration 32:23 |
| exhibits 11:23 | | file 9:11 | fulfill 24:4 |
| | | final 15:17, 19 | full-time 48:6 |
| existed 30:8 | fairly 34:17 | | |
| existing 30:8 41:20 | faith 20:18 | finalizing 17:9 | fundamental 8:9 36:14 |
| exists 27:23 | fall 10:14, 15,19 | finally 19:8 | |
| expect 20:23 | family 7:3 37:5,13 38:1 | find 39:17 | G |
| explain 42:7 | | fit 33:12 | gain 11:13, 15,22,25 12:3 |
| explained 43:14 | fast 24:15 | flag 22:13 | |
| | favorite 21:9,10 | floor 26:7 | gained 9:17 12:2 |
| explanation 17:18 42:20 | federal 8:13,16 9:24 17:24 36:22 38:14 46:23,25 47:3,5 | focused 25:13 | gaining 11:18 |
| explicitly 30:10 | | follow 13:17 15:10 45:3 49:6 | gap 25:18, 24 |
| express 28:14 | | fooling 22:8 | gaps 25:7 |
| | | Ford 4:14 | gave 35:22 |
| extent 39:17 | feedback 32:3 | formal 9:11 31:5 | generally 39:12,15 41:21 |
| extra 45:6 | feel 42:20 | formulated 47:25 | generation 32:18 |
| extremely 45:11 | fellow 17:4 | Forrest 16:25 29:12 36:10 | gentlemen 6:8 |
| F | FEMALE 45:21,25 46:8,21 47:22,24 | | geography 24:8 48:4 |
| face 10:25 | | forward 7:9 19:23 | |
| faces 33:22 | | | |

SDT-SJLCRR-000362

JTX-029-058

STANDING JOINT CONGRESSIONAL REDISTRICTING COMMITEE
Hearing  on 08/19/2021                    Index: gerrymander..house

| | | | |
|---|---|---|---|
| gerrymander 24:10 | great 11:11 16:13,17 35:8 | happened 28:6 41:10,19 | 9:9 14:7 18:12,15 43:4 |
| gerrymandered 36:19 | group 16:25 45:15 | happening 42:10 | heart 20:22 |
| gerrymandering 24:12 26:14,16 27:22 | groups 17:1, 18 | hard 24:14 45:13 48:6 | heavily 40:24 |
| | growth 12:10 | Hastings 24:13 | helps 45:18 |
| gerrymanders 21:9,14 | guess 7:13 19:25 43:7 46:6 | Hattiesburg 16:22 19:20,21 21:16,17, 18 26:23 29:11,19, 24 30:6, 18,22 31:7 32:9 | Hey 48:7 |
| GIS 48:3 | | | higher 26:3 |
| give 5:22 8:3 11:24 20:15,16, 17 21:1 24:5 31:14,16 | guide 22:18 | | Highland 30:13 |
| | Gulf 11:17 47:10,12 | | Hinds 25:1 |
| | guys 22:15 32:3 | | historical 22:8 |
| | | | historically 28:16 |
| giving 28:7 | **H** | heads 26:2 | history 20:2 35:7 37:9 47:15 |
| good 16:18 19:20 24:24 34:12,22, 23 37:2,3 | half 31:3 | healthcare 25:8 26:4 32:10 | |
| | hall 11:24 | | holds 35:12 |
| | Hancock 32:1,2,6,8 | hear 12:22 14:2 16:11,15 | home 13:15 |
| gov 15:2 | hand 21:5 | | honor 36:14 |
| govern 14:16 | handle 14:19 | heard 14:5,6 24:9 26:14 44:17 | hope 24:4 27:21 33:5 |
| government 9:24 46:24,25 47:3 | handout 31:23 | | Hops 4:25 5:1 |
| | handouts 21:1 | hearing 4:7 5:14 7:18 12:21 17:21 | host 38:25 |
| gracious 7:12 | handwriting 16:18 | | hosting 48:20 |
| grandchildren 19:13 | happen 10:5 19:21 | hearings 5:13 7:14 | house 5:21 11:6 14:16,19 |

www.huseby.com              Huseby Global Litigation              800-333-2082

STANDING JOINT CONGRESSIONAL REDISTRICTING COMMITEE
Hearing  on 08/19/2021    Index: households..infrastructure

17:10
23:21
33:18 34:7
35:4

households
  26:3

Houston  19:9

How'd  34:5

huge  14:1

I

I-  38:25

idea  11:24
  23:13
  39:6,24
  46:19,22

ideal  31:3

ideas  46:15

identified
  13:12

ignoring
  30:6

illness  7:2

illu-  21:13

illuminate
  21:13

impacted
  37:25

imperative
  44:19

implore
  34:15

importance
  25:4

important
  17:8 30:6
  36:7 37:16
  38:8 44:14

importantly
  19:19

impossible
  40:12

in-between
  41:1

inaudible
  4:3,4,23
  5:6,15,16,
  24,25 6:1,
  4,5,6,7,9,
  10,11,13,
  14,15,17,
  21,22,24
  7:1,5,7,
  10,14,16,
  24 8:2,3,
  4,5,25
  9:6,22,23,
  25 10:6,7,
  10,15,17
  11:5,7,12,
  14,17,19
  12:3,7,15,
  20 13:4,9,
  10,23
  14:1,14,
  19,21
  15:9,18,
  19,21

16:8,9
17:11
19:2,15
20:13
21:2,3,4,
8,12,22
22:4 23:7
24:21,23,
25 25:23
26:10
28:12,16
29:6,7,8,
9,16
30:24,25
31:12,22,
25 33:15
34:22
35:3,4,5,9
36:5,10,
11,17
37:5,14
38:17
39:1,3,7,8
40:8,13,
14,20,21,
22,24,25
41:2,4,12,
23 42:8,9,
11,19,24
43:15
45:6,7,11,
13,15,20,
21 46:5,6,
7,15,17
47:1,2,8,
13 48:1,5,
8,9,10,12,
14,16,19,

23 49:7

includes
  17:16

including
  29:24

increase
  26:15 27:2

independent
  27:13
  44:17
  46:10

individual
  40:11

individuals
  14:15
  35:25

influence
  30:12,25

influx  26:14

inform  12:19
  27:16,18

information
  9:20 12:16
  13:17,19
  14:20,22
  15:9,14
  17:13 28:7
  32:14,15
  45:8,9,10
  49:6

informed
  28:4

infrastructure
  27:5

SDT-SJLCRR-000364

JTX-029-060

STANDING JOINT CONGRESSIONAL REDISTRICTING COMMITEE
Hearing on 08/19/2021                    Index: Input..legislature

| | | | |
|---|---|---|---|
| input 17:22 28:8 | issue 17:8 43:4 44:16 | justice 35:18 40:4,5,11, 12,23 41:4,18 | 24:6 45:23 |
| instance 46:17 47:6 | issues 38:9 43:12 | | laws 17:25 |
| | | | lawsuit 41:19 |
| instances 27:10 | | | lawsuits 18:4 |
| | **J** | **K** | |
| institution 7:18 | Jackson 14:24 | kind 7:24 13:17 48:6 | layout 39:11,13 |
| insufficient 40:18 | 21:24 24:22 | kinds 20:12 | lead 29:13 |
| intensively 24:13 | 27:17 33:15 | Kirby 4:19, 20 | leaders 20:14 |
| intent 18:13 | 47:20 49:3 | | League 17:3 19:16 |
| interest 32:17 38:7 42:16 | January 10:18 16:1 | **L** | lean 19:18 |
| | Jasper 30:21 | land 42:9 | leave 25:9 32:19 |
| interests 30:9 36:6 42:18 | job 45:18 48:6 | language 17:17 | Leaving 41:1 |
| | Joel 47:11 | large 25:16 30:10 | led 37:8 47:16 |
| interrupt 46:20 | John 6:3,7 | 39:16 40:15 | left 21:11 22:2 32:23 |
| INTERVIEWEE 5:24 | Johnson 24:20,24, 25 | 41:14 · 42:3,12 | legal 16:21, 24 18:7 |
| introduce 5:23 | joint 4:7,8 14:16,23 | larger 28:22 34:1,2 | legislative 8:15 |
| introduced 17:11 | 49:2 | largest 29:20 | 10:17,19, 21 12:25 |
| introduction 24:6 32:7 | Jones 37:6, 14 | Latin 33:11 | 20:5 29:14,21 |
| invest 28:25 | Jordan 26:6, 7 | law 24:2,13 36:22 41:8,9,10 | legislator- 30:19 |
| involved 8:12 28:17 | July 9:6 | Lawrence 20:24,25 | legislature |
| | Junior 34:20,25 | | |

SDT-SJLCRR-000365

STANDING JOINT CONGRESSIONAL REDISTRICTING COMMITEE
Hearing  on 08/19/2021                    Index: lengthy..means

| | | | |
|---|---|---|---|
| **8:20 10:16** | **locks** 37:16 | **20:22** | **manner** 12:23 |
| 15:25 18:9 | **logistics** | 32:21 | |
| 30:19 | 43:23 | 46:24 | **map** 18:8 |
| **lengthy** | 44:23 | **mail** 13:18 | 22:19 |
| 40:10 | **long** 21:7,8 | 14:23 | 23:24 |
| **letter** 31:4 | 24:7 28:1 | 48:25 49:1 | 41:22,23 |
| **level** 20:8 | 34:6,13 | **maintain** | 46:14 |
| 38:13 | **longer** 34:17 | 22:24 | 47:19,20, |
| 43:18 | **looked** 28:23 | 24:22 | 25 |
| **lies** 37:6 | **lose** 11:22 | **majority** | **maps** 8:24 |
| **likewise** | **loss** 11:12 | 29:18,20, | 17:9,10, |
| 34:15 | **lost** 9:18 | 23 30:10, | 22,25 |
| **lines** 21:25 | 11:15,20, | 12,17 31:6 | 18:18,20, |
| 22:1,9 | 25 12:2,4, | 40:6 | 22 22:7 |
| 23:14 | 8 | **make** 7:12 | 46:24 47:1 |
| 25:24 | **lot** 11:3,8 | 8:6 25:16, | **Margaret** |
| 37:18 | 12:2,8 | 20,22 28:7 | 26:8,10 |
| 38:14 | 14:5 42:7 | 29:2 32:22 | **margin** 33:16 |
| 39:15 40:4 | 46:16 | 35:19 | **Mark** 24:10 |
| **list** 28:1 | **Louin** 23:18, | **makes** 22:20 | **massive** |
| **listed** 46:2 | 20 | 23:24 | 17:16 |
| **listen** 12:23 | **love** 19:20 | 45:18 | **materials** |
| **litigation** | 48:2,11 | **making** 7:6 | 15:4 |
| 29:17 | **low** 19:3 | 32:15 | **math** 27:4 |
| **live** 11:9 | **Luke** 46:22 | **MALE** 4:24 | 46:1 |
| 16:22 | 47:22,23 | 5:7 6:1,7, | **matter** 8:20 |
| 23:14,16 | 48:2,11 | 17,18,20 | 14:7 18:15 |
| **lived** 37:13 | **Lyman** 47:12 | 24:21 29:7 | 28:13 |
| **lives** 25:14 | ———————— | 42:25 | 37:20 |
| 28:13 | **M** | 45:16 | **matters** |
| **local** 34:7 | | **mandate** | 14:19 |
| 38:13 | **M-** 39:4 | 31:7,8 | **Matthew** 24:6 |
| 43:18 | **made** 17:7 | **Mango** 4:14, | **means** 35:21 |
| | | 15 | 36:18 |
| | | | 47:13 |

SDT-SJLCRR-000366

STANDING JOINT CONGRESSIONAL REDISTRICTING COMMITEE
Hearing on 08/19/2021                    Index: measure..needed

| | | | |
|---|---|---|---|
| **measure** 27:20 42:3 | **microphone** 32:6 39:6 | 35:25 | **mother** 19:12 |
| **meet** 7:12 | **middle** 21:11 22:3 | **mispronouncing** 38:19 | **motivation** 33:2 |
| **meeting** 7:22 9:7 16:19 49:8 | **mike** 16:10 | **Mississippi** 14:25 17:6 18:5,14, 16,21,25 20:3 21:10 22:4,12,19 23:18,20 24:5,9 25:3,12, 15,17,20 26:2,22,23 27:5,9,25 28:13 29:4,19,21 32:11,19, 23 33:8, 15,24 34:18 36:2,8 37:7 38:16,17 49:3 | **move** 10:5 |
| **meetings** 7:7,21,25 14:18 18:19 27:15 39:9 43:5 | **miles** 30:21 | | **moved** 11:8 |
| | **Miller** 24:10 | | **movement** 12:7 |
| | **million** 11:4 | | **muddled** 47:16 |
| | **mind** 47:19 | | **multiethnic** 26:21 |
| **member** 19:16 37:7 39:4 48:15 | **minimal** 18:2 | | **multiracial** 26:21 |
| | **minimize** 44:12,20 45:15,19 | | **municipalities** 14:13 23:12 39:10,14 |
| **members** 4:10 5:12,15, 16,20,21 7:4 12:18 13:1 14:19 17:20 27:14 34:19 40:2 | **minimum** 25:23 | | **municipality** 22:21,25 23:1 |
| | **Minister** 36:25 37:4 | | |
| | **minor** 11:5 | | ——————— |
| | **minorities** 26:19 35:14 | | **N** |
| **men** 25:19 33:16 | **minority** 17:18 20:6 29:18,20, 23 30:5, 10,17,20, 22 31:6 35:20,22 | **Missy** 6:13, 14 | **NAACP** 16:25 19:14 35:2,3 |
| **mentioned** 43:12 | | **mixed** 33:11, 12 | **Nancy** 46:17 |
| **mentioning** 18:10 | | **moment** 23:23 | **nation** 34:15 |
| **messed** 46:18 | | **money** 27:1,5 28:24 | **native** 29:11 33:11 |
| **metropolitan** 30:19 | **minute** 13:20 | **month** 9:10 | **nature** 4:1 |
| **mic** 16:13 | **minutes** 21:6,7 | **months** 10:16 | **needed** 9:21 43:17 |
| | **mirror** 21:25 | **Moss** 47:7 | |

STANDING JOINT CONGRESSIONAL REDISTRICTING COMMITEE
Hearing on 08/19/2021                    Index: neighbor..people

neighbor
  38:4

neighbors
  38:5

newly  33:5

newsletters
  27:19

Nicole  26:6

non-hispanic
  25:19

non-partisan
  17:1

non-white
  33:9

nonpartisan
  16:24
  17:25 25:2

nonprofit
  25:2 28:14

nonwhite
  33:9

north  6:5

noted  26:13

number  9:23
  11:6,7
  15:11 23:1
  40:18

numbers  10:1
  15:19
  29:10
  33:21
  40:15,17
  43:22

— O —

Obama  35:15

obligations
  7:3

obvious
  8:11,23

occur  16:1

occurred
  10:14

odd  14:14

offer  43:1

office  27:12

official
  45:9

officials
  34:8 36:6

open  8:4
  32:12
  44:25
  45:1,2

opportunity
  5:23 6:21
  13:21
  17:21
  18:22
  22:12
  32:21
  37:11

optional
  8:21

order  4:9
  40:7,17

ordered
  29:25

organization
  25:13 34:1

organizational
  9:7

Orleans
  36:11

owner  32:10

— P —

p-e-e-r  15:2

p-e-e-r.ms.
gov.  49:4

packed  36:20

Packet  4:11,
  12

paid  25:23

par  27:9

parents  26:2

Park  30:13

Parker  5:2

Parsley  6:10

part  24:12
  32:17 33:1
  46:9

participate
  12:18
  36:15

partisan
  44:15

partly  46:11

partner
  32:13

Partner's
  47:11

parts  9:16,
  17 12:8,9
  29:24

party  17:18
  22:10
  23:25
  27:15 29:4
  42:6,7,10

Pascagoula
  47:7

past  9:15
  37:24
  38:10

pastor  35:3

pastors
  20:15

paths  42:1

paying  5:18
  29:1,2

Pearl  43:11
  44:7

Peg  16:20

Peggy  16:17

Pelosi's
  46:17

people  5:14
  8:1 9:3
  10:7 11:4,

SDT-SJLCRR-000368

STANDING JOINT CONGRESSIONAL REDISTRICTING COMMITTEE
Hearing  on 08/19/2021          Index: percent..presentation

5,6,7,8,9
13:10
14:10
15:3,6
16:11
20:12,15
21:20
22:1,6,9,
12,18,22
23:2,13,17
24:1,5,17
27:11
28:17,19,
20 29:1,3
32:13 34:9
35:23
42:12

**percent** 10:7
12:4,5
25:20
30:23
33:8,9,20
35:19

**percentage**
25:16

**person** 4:1
8:14 16:9
24:9 46:13

**personal**
31:12

**personally**
43:9 44:9

**persons**
33:17

**perspective**
30:1,3

**ph** 4:13
16:17
28:10 37:1
47:11

**photo** 21:11

**physical**
41:4

**picture**
21:15,23
26:17

**Pine** 16:21,
24 18:22
19:20,21
21:16
30:11,13

**PL-94-171**
15:17

**place** 7:11
24:3 39:1
48:21

**places** 11:9,
20 22:11

**plan** 17:15,
19 29:15

**plane** 29:22

**planned** 32:7

**planner**
29:13

**plans** 17:14
48:25

**PO** 14:24
49:2

**pockets**

12:10

**point** 8:12
15:21
19:25 23:7
32:8 47:4,
8

**points** 25:10

**policy** 25:15

**polite** 33:16

**political**
17:18 18:3
19:14 29:4
30:8 36:15

**politically**
23:25

**pop-** 27:2

**popular**
18:11
46:12

**population**
9:17,18
10:6,24
11:2,12,
13,16,19,
20,25
22:23
26:15,19,
21 27:3
31:2 33:25
39:16

**populations**
18:2 41:15
42:13

**Port** 47:10,

12

**portions**
40:25 41:2

**position**
37:13 40:6

**posters**
11:23

**power** 34:8,
9,13
37:23,24
38:11

**practice**
37:10
38:12

**precinct**
30:11,12
38:4,6

**precincts**
14:12
30:10,17
43:4,19
44:13,18

**prejudice**
34:17,18

**preparation**
48:22

**prepared**
13:16

**present** 4:10
5:12
12:12,13
41:7

**presentation**
47:17

SDT-SJLCRR-000369

STANDING JOINT CONGRESSIONAL REDISTRICTING COMMITEE
Hearing on 08/19/2021                    Index: presented..receive

presented
  12:14 18:8
  41:9 46:1

presenting
  46:4

presents
  11:13

preservation
  30:9

president
  16:20 35:3

pretty 33:19
  35:6,19

prevent
  43:18

previously
  28:21

primarily
  12:10

principles
  31:9

print 28:7

prior 28:8

private
  18:19

problem
  45:5,7

problems
  12:13
  44:18

proceedings
  5:17

process
  12:18
  17:6,7
  22:18
  28:16,18,
  24 29:3
  36:3,9,12,
  15,23
  37:15 45:1
  48:24

professor
  24:10

promise
  32:21

proper 25:7

proportional
  39:25

proposal
  48:25

proposed
  17:23
  47:25
  48:25

protect
  38:16

proud 19:11

provide
  13:19
  14:20
  15:9,13,15
  36:22
  48:24

provided
  9:20

providing
  7:11 38:25
  48:20

public 4:7
  7:18 8:11
  12:18
  13:1,21,24
  14:2,20,21
  15:15,23
  16:7 17:8,
  21,22 36:6
  45:2

publish
  17:13

punched
  21:24

purpose 5:11

pursuant
  17:24

push 46:19

put 22:17
  24:3 49:5

_____

            Q

qualify
  10:18

qualifying
  10:10

quality 26:4

question
  45:22
  46:3,8,20
  47:22
  48:13,15,

20

question/
comment
  19:25

quo 32:24

quorum 5:10

_____

            R

race 17:17
  33:11
  36:18

races 33:12

racially
  36:19

rates 20:11

re- 8:7

re-
distributing
  17:9

Re-districting
  37:20

read 15:2

reapportionmen
t 4:7 14:24
  49:2

reason 13:5,
  11 33:1

reasoning
  17:19

reasons 7:1
  9:14 32:23

receive 45:8

SDT-SJLCRR-000370

JTX-029-066

**STANDING JOINT CONGRESSIONAL REDISTRICTING COMMITEE**
Hearing on 08/19/2021                    Index: received..rights

**received**
9:11 10:2
16:7

**recently**
43:10

**reconstruction**
34:6 35:10

**recovering**
6:23

**redistribute**
31:9

**redistrict**
8:8,14,19
36:4

**redistricting**
4:8 8:25
9:2,20
10:12
15:16
17:6,12,
14,22,25
18:7,18,24
20:5 25:4,
7,11,24
26:5,12
28:5
29:15,22
30:7 33:3
35:18
36:3,8,12,
23 37:10,
15,25 38:9

**reduce** 25:24

**Reed** 4:16,
17

**referenced**
46:2

**referred**
46:1

**reflect**
26:20
33:6,25

**reflective**
33:24
34:2,11

**registered**
16:22

**regular**
36:23

**release** 43:6

**remained**
34:13

**remember**
40:10
42:14

**remind** 5:9

**reminder**
14:16

**represent**
6:5,14
22:15 31:5
36:6,11

**representation**
24:2 34:14
39:25

**representative**
23:16 35:5

**Representative
s** 17:11

**representing**
6:1 28:13
35:24

**represents**
34:1

**Republican**
42:6,7,9
43:2 44:16

**Republicans**
27:13

**request** 31:5

**requesting**
17:4,21

**require** 40:8

**required**
33:3 41:8

**requirement**
8:22

**requirements**
8:13 11:10
41:24

**requires**
8:14,17,19

**requiring**
17:12

**research**
46:10
47:24

**resented**
7:25

**reserves**
9:24

**residence**
5:15

**resident**
32:9

**residents**
36:9 42:19

**respect** 33:3

**responding**
9:3

**result** 16:18
30:22
41:12 42:3
46:23

**resulting**
26:3

**retired**
16:21
19:12
26:11

**Reverend**
34:20

**review** 18:22

**reviewed**
7:24

**Richardson**
34:21,22,
24 35:1

**rightfully**
43:12

**rights** 14:10
17:2 18:1

**STANDING JOINT CONGRESSIONAL REDISTRICTING COMMITEE**
Hearing on 08/19/2021                              Index: River..speak

20:4 35:17
36:14,17
37:22
41:24

River 43:11
44:7

roadmap 9:16

Rob 29:6

Rob's 29:8

Robin 29:11

role 43:15

roll 4:9
5:10

rolled 39:22

Ron 31:25
32:8

room 34:17

Roundtable
25:3,12
35:2 37:8

rule 23:1

rules 14:16
22:17
24:15
46:2,4

run 15:25

rural 23:14
30:20

_____

S

_____

school 24:13

schools 38:1

Scouts 19:15

section 8:18
35:16
36:16

security
25:5

select 35:11

senate 5:21
6:3 21:19
22:5
29:18,24
30:2,23
31:1,3,6
33:19 34:7
39:19,21,
23 40:2,8,
20,21

Senator
21:20
23:17 43:1

senatorial
29:23

senators
21:17
39:20,23

send 9:25
14:22
15:1,8
44:10

sense 22:20
23:24

senses 39:12

sentence
23:6

September
9:25
15:19,22,
24

series 7:23
9:8,9

serves 29:12

serving
31:19

session
10:17
33:18

set 9:21
10:1 11:23

shaped 14:14

share 20:18
23:17 35:1
37:13 38:2

sharing 27:1
33:2

Shelton
26:9,10,11

shift 11:3

shifts 10:24

Shine 4:18

show 18:6
22:12
33:12

shown 18:13

side 13:4,

24 44:12

sign 13:2

Silver 35:1

Simmons 5:2,
3

simply 13:9
15:3 31:1
35:21

single 22:3
23:3 26:2

sir 31:24

sitting
11:14

size 31:3

slipped 19:2

small 10:6
11:6 23:7
32:9,13

smiling 19:5

solved 43:24

Soraldo
16:13,15,
17,20

sort 42:10
46:15

sound 39:6

source 46:4

south 32:10

Southern
24:8

speak 13:6

SDT-SJLCRR-000372

JTX-029-068

STANDING JOINT CONGRESSIONAL REDISTRICTING COMMITEE
Hearing  on 08/19/2021                          Index: speaking..taking

| | | | |
|---|---|---|---|
| 25:4 | standpoint | 43:15 | 43:19 |
| speaking | 25:5,10 | stated  26:25 | suggestions |
| 16:10 | start  9:13 | 35:17 | 13:13 |
| 39:12 | 43:8 | statement | 44:20 |
| 41:21 | 44:10,23 | 8:6 | 48:25 |
| specific | 45:11 | statements | suing  41:5 |
| 47:4,18 | started  7:20 | 17:20 | supervisor |
| Specifically | 8:4 9:1,8, | States  17:10 | 29:12 36:1 |
| 30:1 | 10,12 | status  32:24 | 45:4 |
| spend  28:24 | 10:23 | stay  19:13 | supposed |
| split  39:10, | 44:3,8,22 | steps  20:4 | 45:7 |
| 14 43:4, | 45:17 | street  38:5 | suppress |
| 12,13,18 | starting | streets  38:3 | 34:10,13 |
| 44:12,13, | 45:1 | strength | suppression |
| 18 45:19 | state  5:12, | 30:5 | 20:3 36:13 |
| splits  45:19 | 13 7:14 | struck  35:16 | 38:15 |
| splitting | 8:19 9:16, | structured | Supreme |
| 14:11,13 | 17 11:2 | 35:10 | 35:16 |
| 18:2 38:6 | 12:8,9 | studied | surrounding |
| 47:7 | 17:12,24 | 24:12 | 38:1 |
| stacked | 18:5 20:11 | study  24:7 | swath  22:3 |
| 36:20 | 21:9,19 | 28:25 46:9 | symbols |
| staff  7:5,20 | 22:3 24:1, | submit | 22:13 |
| 13:3,7 | 17 25:6,17 | 13:13,18 | system  7:16 |
| 14:23 | 26:1,22 | submitting | 24:3 27:8 |
| 15:10 | 27:25 | 48:22 | 34:12 39:6 |
| 18:17 | 28:22 | substandard | |
| 48:21 49:1 | 29:1,2,21 | 27:10 | T |
| stage  9:19 | 31:1,15,16 | suburban | table  35:11, |
| stakeholders | 33:14,24 | 12:11 | 14,22 |
| 36:22 | 34:7,15 | suggestion | takes  38:7 |
| stand  32:2 | 36:2,8 | | taking  16:6 |
| 49:9 | 38:14 | | |
| | 39:20 41:6 | | |
| | 44:6,17 | | |
| | state's | | |

SDT-SJLCRR-000373

STANDING JOINT CONGRESSIONAL REDISTRICTING COMMITEE
Hearing on 08/19/2021                                    Index: talk..true

18:14
21:18
27:21
talk 6:21
  20:15 42:8
  44:24
talked 14:13
talking
  16:13 19:7
  47:4
Tate 5:4,5
Taylor 4:19
teacher
  19:12
teachers
  20:15
technology
  48:4
Ted 14:23
  49:1
ted.booth@peer
  15:1 49:4
telephone
  15:11
terminals
  13:22,25
terms 27:11,
  24
terrific
  18:13
territory
  41:1

testimony
  5:10
Texas 19:9
th- 10:14
themes 7:25
there'll
  13:23
  15:20
there've
  42:4
thereabouts
  39:14
thing 13:12
  19:11
  22:21
  28:21
  31:15,17
  33:19
  34:16 41:3
  46:12
things 8:7,
  23 10:4
  14:9 19:21
  20:18
  21:14
  23:22
  24:15
  46:16 48:7
thinking
  19:6
thirds 25:22
  40:9
thought 41:3

thoughts
  33:2
threat 37:23
throw 24:16
till 10:20
time 4:6
  7:23
  10:20,22
  14:4
  15:21,23
  16:2,5
  18:14,20,
  25 19:4,25
  21:19 24:7
  28:2,3
  29:7,8
  31:10,19,
  21 32:24
  33:4,18
  34:6 35:7
  36:24
  38:24 41:6
timeline
  44:6
timelines
  45:12
today 11:14
  16:20 17:3
  18:5 33:1,
  3 35:6
  37:12
  41:12,22
  42:2,21
  43:10
told 41:5

Toni 24:19,
  24
tonight
  5:17,22
  19:7
  35:12,24
  36:1 38:24
tool 38:10
top 21:11,
  15
touch 15:13
touching
  21:17
town 24:7
  27:15
traditional
  30:7 31:9
train 32:18
transcripts
  7:21
transparency
  17:5,8
  18:7 28:15
transparent
  25:11 26:5
  36:9 37:9
trick 46:8
trim 40:3
troubling
  40:1
true 33:6
  35:13 47:9

SDT-SJLCRR-000374

JTX-029-070

STANDING JOINT CONGRESSIONAL REDISTRICTING COMMITEE
Hearing on 08/19/2021                    Index: trust..women's

trust 19:22

_____

**U**

UC 24:13

ultimately
  41:19

unacceptable
  31:2

underpaid
  25:25

understand
  17:24
  18:17,18,
  20 35:15
  37:15,18

unfair 36:11
  38:12

unfairly
  28:23
  37:19

unifying
  23:15

unincorporated
  23:4,9,11

unique 11:13

United 17:10

universities
  7:15

university
  7:16 24:8

unnecessarily
  30:4

unsuccessful
  29:14

unwise 41:3

updates
  36:23

upgrading
  27:9

urge 26:4
  33:17

_____

**V**

vaccination
  20:11

variation
  41:22

variety
  14:15

vested 32:17

vice 6:12

violence
  27:24

voice 34:10
  35:2,23
  37:8,19

voices 34:14

vote 4:2
  8:14 20:7
  22:10 28:5
  30:15
  37:19,23,
  24 38:4,5

voted 17:23

voter 16:23
  20:2,4
  30:4 36:12
  38:15

voters
  16:21,24
  17:4 19:17
  20:6 25:16
  30:5,20,22
  39:24
  40:19

votes 21:18
  47:21

voting 14:10
  20:8 28:8
  30:16
  35:9,16
  36:17
  37:16,22
  38:3,10
  41:15,24

_____

**W**

wage 25:7,
  18,23,24

wages 26:24

waiting 45:9

wanted 6:22
  20:20
  21:13
  25:3,9
  28:19

Washington
  27:17

watching
  5:17 15:3
  16:11

Watson 6:10

ways 12:19

weaken 38:10

weakening
  20:3

website
  33:23

week 9:21
  10:3

weeks 15:23,
  25 16:1
  18:15

Westland
  19:1,2

wha- 19:18

white 25:19
  33:8,16,20
  34:9

Wiggins'
  47:5

Wolf 29:10,
  11 31:24

women 16:21,
  24 17:3
  19:16
  25:14,16,
  18,20,25
  26:1,25
  33:16

women's

SDT-SJLCRR-000375

| | |
|---|---|
| 25:3,5,12 | 15,20 |
| wondering | 29:15 45:7 |
| 46:9 48:9, | years  8:16 |
| 10 | 12:4,5 |
| work  7:6 | 16:18 |
| 13:25 | 19:8,10 |
| 15:21 17:1 | 31:13 36:2 |
| 25:1 38:8 | 37:15,17, |
| 48:22 | 20,24 |
| worked  21:5 | yesterday |
| workers | 11:18 43:7 |
| 25:22 | yield  26:7 |
| workforce | yoked  30:20 |
| 25:21 | young  29:1 |
| working | Youtube |
| 10:15 15:4 | 18:11 |
| 18:17,24 | |
| 44:24 | |
| works  16:25 | |
| 39:6 | |
| worth  32:8 | |
| write  31:20 | |
| writing | |
| 13:14 | |
| written | |
| 17:22 | |
| wrong  31:12, | |
| 20 47:15 | |
| Wyatt  4:19 | |

—————
            Y
—————

year  10:11,

SDT-SJLCRR-000376



BOARD OF SUPERVISORS
DAVID HOGAN
DISTRICT 1, PRESIDENT

SHARON A. THOMPSON
DISTRICT 2

BURKETT ROSS
DISTRICT 3

RODERICK WOULLARD
DISTRICT 4, VICE PRESIDENT

CHRIS BOWEN
DISTRICT 5

**Forrest County**

641 MAIN STREET
P. O. BOX 1310
HATTIESBURG, MISSISSIPPI 39403-1310

PHONE (601) 545-6000
FAX (601) 545-6095

DAVID B. MILLER
ATTORNEY

BETTY CARLISLE
COUNTY ADMINISTRATOR

August 19, 2021

Standing Joint Legislative Committee on Reapportionment and Redistricting
P.O. Box 1204
Jackson, MS 39215

Re:    2020 Census Redistricting Hearings

Dear Committee Members:

My name is Roderick Woullard. I am a native of Hattiesburg and have served as the District 4 Supervisor for Forrest County since 2001. In 2005, I was the lead plaintiff in an ultimately unsuccessful challenge to the Legislative redistricting plan adopted after the 2000 census. Our goal in pursuing that litigation was, as it is now, an effort to create a majority-minority Senate district centered in Hattiesburg, the second largest majority-minority community in the State of Mississippi.

While the Legislative redistricting plan adopted after the 2010 census did create a majority-minority Senate district including parts of Hattiesburg, Senate District 34 was simply not what the doctor ordered from the perspective of our community. Specifically, Senate District 34 as adopted unnecessarily diluted the voting strength of minority voters in the city while ignoring other important traditional redistricting criteria such as compactness, adherence to existing political boundaries, and preservation of communities of interest. Inexplicably, large majority-minority precincts in the city such as Blair and Dixie Pine-Central and minority-influence precincts such as Highland Park, Pinecrest, and Westside were assigned to Senate District 45, carving out over a third of the black voting age population in the city. Instead of coupling all of the city's minority-majority precincts with others in the Hattiesburg metropolitan area, the Legislature yoked our community with rural minority voters in Jasper County over two county lines and 40 miles away. As a result, minority voters in Hattiesburg constituted only 22% of the Senate District 34 electorate and have been scarcely able to influence, much less determine, the election of their state Senator. This is simply unacceptable for a community with a population of over half the ideal Senate district size.

Accordingly, please accept this letter as my formal request on behalf of the community I represent to adopt a majority-minority Senate District centered on the city of Hattiesburg consistent with the mandates of the U.S. Constitution and traditional redistricting principles. I appreciate your time, attention, and consideration in this vitally important matter and stand ready to offer whatever assistance the Committee may request to that end.

Sincerely,

Roderick Woullard
Roderick Woullard



## THREE RULES TO FIX THIS MADNESS

1   A municipality that has enough people to contain an entire district shall contain as many whole districts as its population will maintain. NO DIVIDING BIG CITIES INTO FRAGMENTS!!

2   A municipality that has fewer than the number of people for an entire district shall be contained in one single district whenever possible and in districts with adjacent unincorporated areas. KEEP SMALL CITIES WITHIN THE SAME DISTRICT!!

3   Unincorporated areas, even those in different counties, shall be contained in districts with other unincorporated areas whenever possible and in districts with adjacent municipalities otherwise. KEEP RURAL AREAS TOGETHER!!

SDT-SJLCRR-000378