EXHIBIT NO. JTX-030 evid.

CAUSE NO. 3:22cv734-DPJ-HSO-LHS

WITNESS

CLERK: SHONE POWELL

FEB 26 2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
Candice Crane, REPORTER

STANDING JOINT CONGRESSIONAL REDISTRICTING COMMITTEE
Public Hearing on 08/23/2021

```
 2
 3
 4
 5
 6
 7
 8              TRANSCRIPT OF AUDIO-RECORDED
 9              PUBLIC HEARING OF THE
10    STANDING JOINT CONGRESSIONAL REDISTRICTING COMMITTEE
11                 AUGUST 23, 2021
12
13               JACKSON, MISSISSIPPI
14
15
16
17
18
19
20
21
22
23
24
25
```

3:22-cv-734
JTX-030

SDT-SJLCRR-000379

STANDING JOINT CONGRESSIONAL REDISTRICTING COMMITTEE
Public Hearing on 08/23/2021                    Page 2

1     MR. BECKETT:  Uh, we're getting -- uh, we're just

2     getting started, six -- 6:00 o'clock. And, uh, we have

3     others that are -- that are watching online. So we're

4     going -- we're going to go ahead and -- and get

5     started on the [inaudible] here tonight is, uh, just,

6     uh, this is the last of -- of this series of meetings.

7         Uh, this joint committee holds these public

8     hearings to -- to receive suggestions and

9     recommendations on how the Mississippi Legislature

10    should redistrict itself and its four congressional

11    districts.

12        Uh, during the course of the hearing, uh, we'll -

13    - we'll allow, uh, members of the public in our

14    community to, uh, give me, uh, a recommendation or

15    statements. Uh, and, uh, you're not -- you're limited

16    to make it about how our county redistricting happens.

17        Um, you know, this is not -- not time that we'll

18    be asking questions or presenting plans, or anything

19    like this. This is the time when we'll be hearing from

20    the public about -- about your comments of uh -- uh,

21    recommendations that you have.

22        Uh, by custom we try to give, uh, members of the

23    public, uh, a free opportunity to say what they wish.

24    In cases where it appears that, um, there are going to

25    be many persons who want to speak, um, and we have

SDT-SJLCRR-000380

JTX-030-002

1  several who'd like to speak tonight, um, we -- we

2  reserve the right to limit your time.

3       Uh, as to, uh, what limits we impose, will be up

4  to this chair and depending on how many persons want

5  to speak. Because we want to give everybody an

6  opportunity, we'll just ask that you be respectful of

7  that.

8       Uh, one thing I do want to point, get to the

9  questions, we're going -- this committee will be

10  redistricting the Senate and -- this is the Senate and

11  the House, congressional districts. We will not be

12  responsible for things that the county supervisor will

13  *do, or city hall will do. We have asked and received a*

14  lot of questions about that.

15      But we'll -- we'll make that, uh, clear. So at

16  this time, um, chair, I'd like to call the public

17  hearing of the joint reapportionment committee, uh,

18  joint congressional redistricting committee to order.

19  And I ask, uh, our council to call the role of members

20  present.

21      MALE 1:  Mr. Beckett.

22      MR. BECKETT:  Here.

23      MALE 1:  Mr. Black.

24      MR. BLACK:  Here.

25      MALE 1:  Mr. Brown.

SDT-SJLCRR-000381

**STANDING JOINT CONGRESSIONAL REDISTRICTING COMMITTEE**
Public Hearing on 08/23/2021                                      Page 4

```
 1    MR. BROWN:  Here.

 2    MALE 1:  Mr. Eubanks. Mr. Ford.

 3    MR. FORD:  Here.

 4    MALE 1:  Mr. Mango.

 5    MR. MANGO:  Here.

 6    MALE 1:  Mr. Reed.

 7    MR. REED:  Here.

 8    MALE 1:  Mr. Shanks.

 9    MR. SHANKS:  Here.

10    MALE 1:  Mr. Taylor.

11    MR. TAYLOR:  Here.

12    MALE 1:  Mr. White. Mr. Kirby.

13    MR. KIRBY:  Here.

14    MALE 1:  Mr. Brian.

15    MR. BRIAN:  Here.

16    MALE 1:  Mr. Duvall.

17    MR. DUVALL:  Here.

18    MALE 1:  Mr. Harkins.

19    MR. HARKINS:  Here.

20    MALE 1:  Mr. Hops.

21    MR. HOPS:  Here.

22    MALE 1:  Mr. Parker. Mr. Simmons.

23    MR. SIMMONS:  Here.

24    MALE 1:  Mr. Tate.

25    MR. TATE:  Here.
```

SDT-SJLCRR-000382

JTX-030-004

STANDING JOINT CONGRESSIONAL REDISTRICTING COMMITTEE
Public Hearing on 08/23/2021                                    Page 5

```
 1          MALE 1:  Mr. Pool.

 2          MR. POOL:  Here.

 3          MALE 1:  Mr. Williams.

 4          MR. WILLIAMS:  Here.

 5          MR. BECKETT:  Thank you for that. Uh, I just want

 6     to remind you that, uh, we have -- we don't have to

 7     count the quorum. And that we're -- the [inaudible]

 8     roll call simply for the purposes of documenting who

 9     is present.

10          Um, the, uh -- and I don't think there's anyone

11     coming in while roll was being called. But, um, I know

12     we have several of the members of the House and the

13     Senate that are present today and I want to give them

14     an opportunity to introduce themself. Um, Mark [ph]

15     let's start with you if you want.

16          MR. NORWOOD:  I'm Senator Sollie Norwood,

17     representing District 28 here in Hinds County.

18          MR. BUTLER:  I'm Senator Albert Butler. Senator

19     of 36th District, Claiborne, Jefferson, Copiah.

20          MR. HINES:  John Hines, state representative,

21     District 50. Washington, Bolivar, Issaquena County.

22          MALE 2:  Representative [inaudible] District 16,

23     D, Monroe County.

24          MS. JACKSON-MCCRAY:  Representative Hester

25     Jackson-McCray, District 40, DeSoto County.
```

SDT-SJLCRR-000383

JTX-030-005

STANDING JOINT CONGRESSIONAL REDISTRICTING COMMITTEE
Public Hearing on 08/23/2021                              Page 6

1          MS. FOSTER:  Representative Stephanie Foster,
2     representing, um, District 63. Hinds, Warren, Yazoo.
3          MS. LEWIS-GIBBS:  Representative Debra Lewis-
4     Gibbs House District 72. Hinds and Yazoo Counties.
5          MR. STAMPS:  Representative De'Keither Stamps,
6     House District 66. Hinds County.
7          MS. SUMMERS:  Representative Zakiya Summers,
8     District 68. Hinds and Rankin.
9          MR. BELL:  Chris Bell, House District 65. Hinds
10    County.
11         MR. HARNESS:  Jeffery Harness, representative of
12    House District 85. Jefferson, Claiborne, Franklin, and
13    Warren Counties.
14         MALE 3:  [inaudible] District 10.
15         MALE 4:  [inaudible] District [inaudible]
16         MR. NEWMAN:  Gene Newman, representative 61.
17    Rankin County.
18         MR. MICHEL:  Walter Michel, District 25. Madison
19    and Hinds Counties.
20         MR. BECKETT:  [inaudible] doing this. Uh, thank
21    you all for -- for being with us tonight. Um, the, uh
22    -- also, in addition -- in addition to that, uh, we're
23    just -- we're going to thank our -- our staff
24    [inaudible] just for all their hard work in getting
25    this -- this meeting ready.

SDT-SJLCRR-000384

1     But also, this is a series of meetings. We're

2     going to hear a lot of orders that they're -- they're

3     going to have to do in -- in the future. And so,

4     relevant of that and -- and out of this, before --

5     before we actually start, if there is any members of

6     the committee that have anything they would like to

7     say, uh, I want to open up to that.

8     Okay. Well, um, appreciate that. And we'll find

9     another opportunity if -- if they think of something

10    else and -- and they want to come up. Come [inaudible]

11    and say.

12    Uh, as we -- as we start, you know, I -- I just -

13    - I want to once again just thank the staff for all

14    their work. One thing they've done is they've gone

15    through all the transcripts from the 2010 meetings,

16    and [inaudible] certain, uh, facts and circumstances

17    that -- that people keep bringing up, that, uh,

18    someone today might not ask.

19    And I just want to go over that. And I know this

20    -- I know this is redundant for -- for some of you.

21    But, uh, you know we're -- we're -- we're informed to

22    conduct this like it's the only period you might've

23    been you. Or they're [inaudible] everybody watching.

24    So if you hear something you've heard before, I

25    apologize for that.

```
 1          But, uh -- but they did go through my few
 2   suggestions [inaudible] that I should just talk about
 3   and inform you that -- that might give a little
 4   information to the public that they can talk about or
 5   -- or -- or have -- I've ordered about. Uh -- uh,
 6   couple of things if -- we'll [inaudible] redistrict.
 7          And, uh, you need to -- you need to know that,
 8   uh, both the federal constitution requirements of one
 9   person, one vote requires [inaudible] both the
10   congressional districts and the legislative districts.
11   That means you're following the Census.
12          And additionally, section 254 of our constitution
13   of [inaudible] united required that we redistrict the
14   legislature. So it's not an optional thing. It's not -
15   - not a [inaudible] we shall -- we shall do it.
16          So, uh, we're at our Census now, and so we are
17   going to redistrict in the process. You know, going
18   back, you know, when -- when does redistricting start?
19   Technically, I guess it started with gaining that
20   Census.
21          Because -- because the county of our population
22   naturally determined, uh, how many people we had, how
23   many people we're going to be in each district, and
24   what -- what [inaudible]
25          This meeting was -- was organized 1st of July,
```

SDT-SJLCRR-000386

STANDING JOINT CONGRESSIONAL REDISTRICTING COMMITTEE
Public Hearing on 08/23/2021                                    Page 9

1   and then about the first week of August we started

2   having, uh, these public hearings across the state.

3   We've had -- we've had nine -- this is the ninth of

4   those public hearings.

5        And so, uh, the process I guess began in earnest

6   as far as taking information at -- at the beginning of

7   those hearings. We have not drawn any plan, we have

8   not -- we're just in the information gathering stage

9   right now. And with cause to formatting deadlines,

10  next year for our, uh, congressional [inaudible]

11       You know, and I am presenting congressional

12  redistricting will come first. And will, um -- and

13  will occur again in the fall of this year. Uh, we'll -

14  -- we'll be working on it, on the legislative

15  [inaudible] year the months of 2022 legislative

16  session. Um, and we don't -- we don't run next year

17  legislatively.

18       So we have more time to do the legislative

19  district, we have the requirements that's when they

20  need to be done. So we're -- we're going to do them

21  and your decision next year. But we're going to

22  attempt to do congressional redistricting first.

23  Because that -- that qualified more here.

24       Um, you know, and -- you know, [inaudible] uh,

25  just honestly, we're going to first child [ph] on

SDT-SJLCRR-000387

```
 1   this. We've done these, um, huge around the state and
 2   other places. Like, our first one was in Meridian and
 3   the entire year it had a lot of population. All right.
 4   We've done places like Tate County or Clarke County,
 5   any population [inaudible] so between those -- those
 6   counties.
 7        Um, we don't do the coast, or every county and
 8   population. And -- and here -- in -- in this area,
 9   you're going to have some with a gained population,
10   some that are lost. And that -- that's typical of most
11   -- most areas.
12        Although, I think we all know that, um, our --
13   our state -- the population gain has been limited --
14   limited to a few number counties. And the -- and the
15   losses have been fairly widespread. Although there
16   wasn't a lot of change in our population, it was
17   regular movement around -- around the state.
18        Um, but whether we've gained or lost population
19   creates, um, you know, it's own unique set of
20   problems. Like, I just -- take me for instance. I'm in
21   a very rural area already and have lost population.
22        So my district may be huge and getting larger.
23   Senator Kirby's district is not very large because he
24   lives in a lot more populated area. So I mean -- so if
25   you look at a map, you're going to see all sizes.
```

SDT-SJLCRR-000388

1        You're going -- you're going to see very small

2    districts, you're going to see very large districts.

3    And -- and unfortunately, uh, our large districts may

4    get larger. And some of our small districts may get

5    smaller.

6        But that's -- that's just fact. There will be --

7    there will be challenges. We've had a -- a regular

8    amendment in our congressional districts. Uh, we've

9    had -- we've -- it's just -- it's just a fact that

10   people are moving around in -- in the state.

11       You know -- you know, come to pass, we'd like to

12   start presenting this -- this Census using estimates.

13   And, uh, our first four or five, uh, periods we've had

14   -- we had access, very little changes in the numbers,

15   but -- but there -- they were estimates.

16       Um, and then about the 12th or 13th of -- of

17   August we received another set of numbers which were

18   basically going to be the final numbers. Although

19   they're not the ones that -- when you use to draw

20   maps.

21       They still could change up until September 30th.

22   Uh, that's when we're -- that's when we're to receive

23   the final number changing for actual numbers that will

24   be used to draw conditions.

25       But the -- the estimates and the numbers we have

SDT-SJLCRR-000389

```
 1   now are useful in the fact that if you refer to the
 2   maps that are outside, they show you what parts of the
 3   state have gained population, what parts of the state
 4   have lost population. Show you which districts have
 5   gained population, and which ones have lost
 6   population.
 7           And, you know, you -- you can just count -- count
 8   [inaudible] where -- what -- what that's going to do
 9   to representation. Because of one man one vote,
10   representation is going to follow people. So you can -
11   - you can kind of know -- know what's happening there.
12           Um, you know, how many members of the public
13   participate in the process, and, uh, we're going to
14   [inaudible] everyone. If by [inaudible] is facing the
15   concerns of this meeting, uh -- uh, we're -- we're
16   here to hear any concerns and see that we will listen
17   to any matter that truly is brought to our attention
18   about how and where we will draw congressional or
19   legislative lines.
20           Um, you know, and we've asked members to sign a
21   card. And the sole purpose of -- of doing that is just
22   so I have your name. And I'm going to call in the
23   order that the cards -- people signed the cards.
24           And so that's -- that was -- that's the purpose
25   of -- of doing that. Is -- is to help me to kind of
```

SDT-SJLCRR-000390

1  keep some kind of order of what we're doing this --

2  how we're doing this. Um, you can submit a suggestion

3  to the committee in writing on e-mail whether --

4  whether you speak tonight or not.

5      Um, if you don't say anything, you still can

6  submit in -- in your comments in writing. But if -- if

7  you do submit your comment in writing, you get, uh, a

8  recommended and read [inaudible] you use the

9  committee's public access computer towers. Uh, so

10  there are multiple ways to come up and participate.

11      You know, at this hearing you all are going to

12  have concerns that we kind of expect to hear. We're

13  going to hear -- expect for you to have all kinds of

14  concerns. But, uh, just a few things.

15      We've -- we've heard voting rights as a concern,

16  uh, a concern [inaudible] precincts. Uh, splitting

17  just powers [ph] of districts that are odd-shaped. Uh,

18  just if -- if it's something that concerns someone,

19  um, then pretty much it concerns someone else, and

20  another part of the state and it's been -- it's been

21  brought to our attention. But don't let that stop you.

22  If you have something that you want to talk about, the

23  -- this is your opportunity to do that.

24      And, you know, I [inaudible] public comment made

25  to provide information about, uh, our -- provide

SDT-SJLCRR-000391

1    information on board time for the [inaudible] and

2    members of the public should be advised to send mail

3    to.

4         And I know that this information is -- is

5    outside. But those watching, may not have it -- don't

6    -- may not have access to the information. So I want

7    to be sure and -- and state that again. You can send -

8    - you can send it by mail to Ted Booth, Staff Council

9    Joint Reapportionment Committee PO Box 1204, Jackson,

10   Mississippi 39215-1204. Or you can send and e-mail to

11   ted.booth@peer and that's p-e-e-r, uh, .ms.gov.

12        And, uh, please provide, uh, information so a

13   staff can follow up. Send your e-mail address or

14   telephone number. Don't -- don't just send us a

15   question and not provide some way for us to get back

16   to you.

17        Uh, so, um, we [inaudible] proper to that forum.

18   And the public access for congressional redistricting

19   will commence following the delivery of our, uh, final

20   data. That's the PL-94-171 data which -- which should

21   arrive at the close of September. The public access

22   time for [inaudible] will -- will last three weeks

23   after -- after a decision at that.

24        So mostly from the first of October you'll have

25   three weeks, uh, for legislative -- legislative

SDT-SJLCRR-000392

1   districts to occur. Legislative data districts will

2   occur after July 1, 2022, and will last three weeks.

3   But we're not going to be, um -- they won't be too

4   late because we won't be doing those districts before

5   then. We won't be doing the congressional portion.

6        Uh, and be -- before we open this up has any

7   member of the committee that needs to [inaudible] add

8   something before we start hearing from the public

9   [ph].

10       All right. Well, at this time, then we'll just --

11  uh, we're going to have a public forum. Um [inaudible]

12  would -- I think you wanted to -- to hear. Did you

13  have something?

14       MS. JACKSON:  Yes.

15       MR. BECKETT:  All right. Now if you would come to

16  the microphone. I think, uh, we can probably all hear,

17  uh, we're doing that for our broadcast.

18       MS. JACKSON:  To the Standing Joint Committee on

19  Reapportionment of the districts. Chairman Charles Jim

20  Beckett. Good evening members of the redistricting

21  committee and the ladies and gentlemen in the

22  audience, and everyone who's watching on YouTube.

23       I am Representative Hester Jackson Mc-Cray, the

24  first African American who has ever been elected to

25  represent DeSoto County House District 40 in

SDT-SJLCRR-000393

1  Mississippi [inaudible]

2      DeSoto County has the third largest minority

3  population in our state. But I feel that our minority

4  population community has been successfully falling

5  apart and gerrymandered so that our votes have been

6  diluted.

7      And it has been impossible for a person of color

8  to win a seat at the legislative table where decisions

9  are made, until my House 40 victory in 2019.

10      I am also proud -- I am also the proud sponsor of

11  the Mississippi Early Voting Initiative number 78 that

12  was just approved on August 2nd for signature

13  collections by secretary of state. And walked through

14  all of the signing, so that we all can enjoy the

15  convenience of no fewer than 10 day early voting for

16  every election.

17      Tonight I have raised suggestions for the

18  redistricting Mississippi House, Senate, judicial

19  circuit, chancery, and congressional district based

20  upon the recent release of Census data so that

21  boundaries are drawn fairly to reflect the broad

22  minority population in Mississippi. So that we all --

23  so that we all have fair representation in our

24  Mississippi business meetings, where important

25  decisions about our futures are made.

SDT-SJLCRR-000394

1        Some of these suggestions are very area specific,

2   complex, and comprehensive. And since I do not want to

3   bore the TV listeners, or provide helpful information

4   to this committee, I will only mention a few of them.

5   And then provide this committee with all of the -- all

6   of these suggestions in writing after I finish

7   speaking.

8        The biggest proposed change that I am handing to

9   you tonight in this paperwork, which is complicated

10  and involved, moving precincts is to create a second

11  minority majority congressional district. That is the

12  largest revisionary recommendation that I am providing

13  to you tonight.

14       And copies of this redistricting proposal are

15  being sent to the vote section of the justice

16  department. Beginning with my home county of DeSoto,

17  here are some recommendations for redistricting

18  legislative districts.

19       DeSoto county would have about 11 legislative

20  seats, presently there are only one minority district,

21  mine. And yet, according to the new Census data, 42

22  percent of DeSoto County population is a minority.

23  This is way out of proportion.

24       A proposed solution is when you redistrict, there

25  should be three minority house districts, which

SDT-SJLCRR-000395

JTX-030-017

1   includes House 40. And a new minority Senate district
2   which should be Senate District 2. All of these new
3   boundaries should all be contained inside DeSoto
4   County.
5        Another example of these redistricting
6   suggestions, basically one. New Census information in
7   Harrison and Jackson County which will have 21
8   legislative seats, presently only two are occupied by
9   minority.
10       Yet, minority now makes up 39 percent of their
11  population. There is little to no equity in these
12  districts. This -- this can be corrected when you
13  redistrict. A solution would be if two minority
14  majority house seats, and one of the Senate seats are
15  gone in Jackson County.
16       Three minority majority house seats, and one new
17  Senate seat should be drawn in Harrison County. That
18  would -- that would be a fair redistricting solution.
19  There are 70 percent packed Senate and House district
20  seat. When you redraw Mississippi legislative
21  districts, would you please unpack them?
22       We estimate that unpacking the district will
23  create seven additional minority house districts, and
24  four minority Senate districts. These three Senate
25  districts should be drawn to reflect the -- the

SDT-SJLCRR-000396

JTX-030-018

1    constituents as a new minority Senate district.

2          Again, I will begin with my home county of

3    DeSoto. Where we have a possible new minority majority

4    Senate district, too, in Horn Lake and part of

5    Southhaven. I know this is kind of -- of a repeat, but

6    I am from DeSoto County.

7          Senator -- Senate District 8 should be all in

8    Chickasaw, supervisors 4 and 5 in Lee County,

9    supervisory 4 in Calhoun County, and supervisory 4 in

10   Monroe County. And Senate District 2 should be all of

11   Marshall County, and part of Panola and Tate County.

12         In conclusion, I am asking this committee to draw

13   the new districts so they are compact, and very

14   contiguous and represent entire neighborhoods. Please

15   do not break up communities of interest.

16         When you draw the specific new district border,

17   please avoid racial gerrymandering, and do not dilute

18   minority voting strength. Please comply with the

19   section two and five of the Voting Rights Act and the

20   14th and 15th amendment of the Constitution.

21         Please do not draw districts that are oddly

22   shaped, or break up precincts down the center of the

23   street which causes confusion among voters. Districts

24   and boundaries should run along major landmarks, like

25   rivers and roads, so they are easy for all of our

SDT-SJLCRR-000397

1    Mississippi candidates to convey to their voters.

2          Once your new redistricting maps are drawn,

3    please share your work. Give all of our Mississippi

4    communities time to review your proposal before they

5    are given final approval. Please [inaudible] of the

6    period so that you can have the most community

7    involvement in favor before voting to finalize our new

8    Mississippi boundaries.

9          How you make decisions today will set the tone in

10   the future for the Mississippi minority population

11   become the majority population. Please be fair. Thank

12   you, and have a good evening.

13         MR. BECKETT:  If you have written material,

14   please present it to our -- our moving staff. All

15   right. Ms. Welchlin. Ms. Sandra Welchlin.

16         MS. WELCHLIN:  Good evening. I'm Cassandra

17   Welchlin, the executive director of the Mississippi

18   Black Women's Roundtable. And co-founder of the

19   Mississippi Women's Economic Security Initiative.

20         Women make up 50 -- over 50 percent of

21   Mississippi's population. But yet, we are ranked

22   number 49 for the amount of women serving in

23   Mississippi's legislature. If I'm correct, and you all

24   can tell me if I'm wrong, but we have about 27 women,

25   10 on the Senate and 17 in the House.

SDT-SJLCRR-000398

```
 1          Why does that occur? Mississippi women are

 2   economic drivers for their families and the broader

 3   Mississippi economy. And yet, Mississippi laws, public

 4   policies, workplace, and school place barriers in the

 5   way that women -- that prohibit women and girls from

 6   [inaudible]

 7          As a result, Mississippi has the highest poverty

 8   rate in the country for women. Overall, 20 percent

 9   compared to 12 percent nationally. For black women who

10   live at the intersections of race and gender bias, the

11   poverty rate in Mississippi is three times the rate

12   for white women.

13          And Mississippi families headed by single mothers

14   face the worst poverty rates in the state, and one of

15   the highest poverty rates in the country. So these

16   barriers are not only holding back our families, but

17   it's also holding back businesses and the entire state

18   economy. But it doesn't have to be that way.

19          For example, if Mississippi is to receive equal

20   pay for equal work, we can put $4.15 billion back into

21   the state's economy. Mississippi women make up half

22   the workforce in this state, but yet we're two thirds

23   of the minimum wage earners making $7.25. Black women

24   are the largest group of working women in low wage

25   jobs in the state of Mississippi.
```

SDT-SJLCRR-000399

1    Number two, as I said women are being

2    shortchanged by the wage gap. Black women make 56

3    cents on the dollar, white women make 75 cents on the

4    dollar in the state of Mississippi.

5        Number three, women, especially black women, are

6    being held back in the workplace by workplace

7    harassment.

8        And number four, women are struggling to access

9    affordable childcare and affordable healthcare. What

10   does that have to do with this process? It's called

11   connecting the dots.

12       We understand that the kitchen table also

13   reflects the policy table that all of you all

14   represent. And we believe that maps need to be drawn

15   so that women have fair equitable representation in

16   the state at this table, and also at our kitchen

17   tables.

18       So it's important that you have maps that are

19   drawn that are equitable and that are fair for the

20   women in the state of Mississippi. Thank you.

21       MR. BECKETT:  Thank you. Um, Ms. Sharon Ford

22   [ph]. [inaudible]

23       MS. FORD:  [inaudible]

24       MR. BECKETT:  [inaudible]

25       MS. FORD:  Good evening. My name is Sharon, and I

SDT-SJLCRR-000400

1   only have one question. Um, Mississippi has been

2   identified as a power state.

3        I understand that maps will be drawn by a single

4   party controlled with appeals from the joint state

5   committee action. Residents are still in the hands of

6   a single party election redistricting.

7        In the hopes of transparency, and fair mapping,

8   beginning at the state's yellow [inaudible] section

9   five of the Voting Rights Act, more actions are being

10  taken to ensure that the districting lines are not

11  drawn and pre-determined parts in the un-

12  representatory objectives in driving the outcome.

13  Thank you.

14       MR. BECKETT:  Thank you. Uh, Carol Mann.

15       MS. MANN:  Thank you. My name is Carol Mann, I'm

16  from District 1, Madison County. I'm here to talk

17  about this -- the District 1 precinct changes on the

18  ballot [inaudible] in the 2020 election.

19       The Madison County Court reviewed thousands of

20  voters on the [inaudible] elect home section which had

21  a capability of holding over 20 homes -- homeowners

22  and thousands of marketplaces to the market

23  departments, but only had three of the homeowners, and

24  24 parking places.

25       There's no formal record of this. The [inaudible]

SDT-SJLCRR-000401

1    makers were not aware of this change, the supervisors

2    do not know -- aware of this change, nor was the

3    secretary of state. With my home, Madison County

4    District 19, the precinct might be revised to its

5    former boundaries so that thousands of voters will not

6    have to wait for hours to exercise their right to

7    vote. Thank you very much.

8        MR. BECKETT:  Thank you. Um, Ms. Lynn Evans [ph].

9        MS. EVANS:  Good evening. My name is Lynn Evans,

10   and I'm from Jackson. I've prepared for this forum

11   some statement to be heard or listened to. So as a

12   Mississippian to have redrawn our [inaudible] line.

13       I appreciate that the committee might be

14   considering the recent public hearings or at least

15   some avenue for public feedback before the redrawn

16   civic maps are voted on in a legislative session. That

17   would make a big difference to all the communities of

18   interest who are following this process.

19       Looking at the latest estimates of shifts in

20   population around the state, we see that eight

21   counties of Mississippi -- out of the counties of

22   Mississippi, six counties pierce in the southern

23   [inaudible] the maps [inaudible] lose by about 10

24   percent or more.

25       The cities of Oxford, D'Iberville, and Pearl all

SDT-SJLCRR-000402

1    had 50 percent or more increase. Hinds County lost a

2    little over 2,000 people but we are still the largest

3    county at 227 plus people.

4        Almost all the growth in DeSoto County as have --

5    already been mentioned, about 20,000 people, but it's

6    in the Black population, almost double there in

7    Madison County, about 7,000 people was white. That's

8    in -- that's as true around the country, the greatest

9    population of whites in Mississippi is mainly in rural

10   areas.

11       Ten counties grew by about 2 percent, 8 percent.

12   Jackson, Forrest grew [inaudible] Stone, Oktibbeha,

13   Hancock, Pontotoc, and Newton all [inaudible] due to

14   lost population and gained so little that it's

15   basically a wash.

16       I know that's not going to make your job easier.

17   But the Census numbers show that 70 Mississippi

18   counties do not have enough people to comprise a

19   Senate seat's constituency. And 43 counties do not

20   have enough people to meet the 24,000 thresh --

21   threshold for a House seat.

22       So you will be provided with counties to make new

23   districts, but that still, they need to represent to

24   represent communities of interest including white

25   communities to make sure these communities have an

SDT-SJLCRR-000403

1    opportunity to elect someone to best represent them.

2        And I also note that DeSoto, Lee, Forrest

3    [inaudible] Pike, and Walthall Counties saw

4    substantial increases in their Black population.

5        The current estimates show that from 2010 to '20

6    -- I'm sorry. 2010, 2019 became nearly 20,000 Black

7    persons, about 16,000 plus Hispanic persons, and about

8    4,000 are through Asian residents. Because I live in

9    Hinds County, I am interested in seeing at least 4 of

10   the 16 senators elected, who actually live in Hinds

11   County.

12       Because I live in Jackson, because it is

13   Mississippi's half of the city, I would like to see at

14   least two or three state senators who actually live in

15   Jackson representing Jackson. As well as my

16   [inaudible] husband who lived in Jackson City.

17       The city of Jackson needs more influential

18   legislatures [inaudible] in our city's best interest.

19   It's not clear to me at all from the [inaudible]

20   businesses and get what the professionals who move

21   Mississippi, we will continue to regret our path in

22   the city.

23       And I also ask that universities not be split in

24   redone -- drawn districts. We want to be able to vote

25   as that is part of what we invest -- what we invested

SDT-SJLCRR-000404

1    in our state. And the [inaudible] vote, that doesn't

2    matter.

3         The latest Census numbers also showed that about

4    38 percent of Mississippi residents are Black, but

5    only about 31 percent of Mississippi legislatures are

6    Black. 51 percent of Mississippians are women, but

7    only 16 percent of the state legislatures are women.

8         We can do better than that. I also ask that

9    staffing, and packing, and your neighboring vote

10   [inaudible] make safe assurance for any party

11   included. A classic, safe district has a tendency to

12   elect more extreme fringe party members, who can

13   [inaudible] and not embarrass the state, and not serve

14   the best interest of all Mississippians.

15        Finally, I'd like to mention some of the issues

16   that Mississippians support but the state legislature

17   has not really addressed. Better school funding, and

18   teacher salaries, make pay expansion, an expansion of

19   voting early, especially with this -- this pandemic.

20        Closing the wage gap for Mississippi women, and

21   [inaudible] and probably more children for [inaudible]

22   following grade care and childcare values.

23        I realize [inaudible] redistricting will not

24   necessarily result in [inaudible] addresses these

25   issues, but it sure would be a start. Again, I thank

SDT-SJLCRR-000405

1    you for holding this forum to continue for us to be

2    accountable and to best serve the people of

3    Mississippi. Thanks.

4         MR. BECKETT:  Thank you.

5         MALE 5:  Mr. Chairman.

6         MR. BECKETT:  Yes?

7         MALE 5:  Is it possible to bring up the comments

8    from the [inaudible] and make it available to the

9    committee? Is it possible to have the comments today

10   made by the public available to the committee?

11        MR. BECKETT:  Yes. It will be [inaudible]

12   notarized.

13        MALE 5:  Thank you.

14        MALE 6:  All right. Hello, everyone. Thank you

15   for this opportunity. And, uh, assuming you have read

16   the formal [inaudible] I'm going to [try not to be ?]

17   long. But, uh, I want to say this.

18        You know, generally when the section is solely

19   based on race, it's always been a hot topic in

20   Mississippi. And I did -- certainly houses are

21   something that we have talked about.

22        The federal [inaudible] guide evolved years ago,

23   when we -- Mississippi was making its decisions

24   regarding politics and allowing you to build the

25   districts in the process.

SDT-SJLCRR-000406

```
1          As I remember [inaudible] said in the stage
2    [inaudible] but as soon as the federal [inaudible]
3    were drew, it was going to happen.
4          And Jim Crow came, the birth of the Klan came,
5    there were obvious efforts to make sure that Black
6    people didn't have a voice in the state of
7    Mississippi. I've done a little bit of research, not a
8    lot, like I bet you some of these people have.
9          And I learned that it feels that obviously those
10   communities where there are a large portion of Black
11   people, you know, they pick and feel them out, spread
12   them around so they can't get developed a place of
13   strength.
14         And it took a while to know that. And also when
15   I'm looking at -- at Alabama where they're doing this,
16   uh, really it's the same thing that happened in
17   Alabama, and there's other states as well.
18         You know, over in Alabama, you've got seven --
19   you have seven representatives and only one is Black,
20   even though [inaudible] make up about 26 percent of
21   the Black population over there.
22         Because the lines are drawn so that you give
23   these people this one little spot over here and the
24   rest of the community. Kind of similar to what happens
25   over here when you study the, uh, congressional
```

1   district.

2        So out of the state, a Senate district is divided

3   up so that even though they have a large portion of

4   Black people there, take a few of them out and put

5   them over here, and a few of them out and put them

6   over there. So they don't get the opportunity to

7   really participate in the process.

8        Another thing that brings up is that when you do

9   that then, those white representatives in those other

10  areas don't really have a relationship with their

11  Black constituents. They really don't.

12       And even if they do have a strong relationship

13  with them, they don't need them to exercise their

14  power. They can go ahead and -- and make -- make

15  [inaudible] people understand that things need to be

16  decided that are beneficial to everybody.

17       That's one of the reasons why we got this

18  division right now, where they refuse [inaudible] you

19  know, uh, people who don't have childcare can still,

20  you know, go. But then when you do, they have poor

21  people not important.

22       Because the poor people are not represented. That

23  is -- that is taxation without representation. And I

24  fought as you all around the state [inaudible] some of

25  you saw me, I was there. And most of the places

SDT-SJLCRR-000408

1   wouldn't listen. And most of the people ask you to be

2   fair. Be fair.

3        I say, look, you know, they're not going to be

4   fair. So I'm saying do the right thing. Don't -- don't

5   just be fair, do the right thing. We know what's going

6   on, you know what's going on. You just had to draw --

7   lines been drawn deliberately, not by accident, to

8   minimize the [inaudible] of Black folk.

9        There's no way there are -- I think about 40 to

10  45 percent of this population is Black, and have no

11  representation or powers in the state than they do.

12  And sometimes, I [inaudible] we have some Black people

13  that aren't addicted to city hall. What do we say to

14  them?

15       You just [inaudible] though there's another

16  reason why I think you ought to do that. All right? A

17  lot of the decisions we make in this state regarding

18  federal money, you know, affects the lifestyle of the

19  people that are in the state. But most of that federal

20  money, you know, that usually comes to help get people

21  up off the poverty, uh, line, or the poverty

22  [inaudible] gap.

23       And as long as lines are being drawn like they

24  were being drawn, there's nobody that's going to make

25  any decision that's going to, uh, take that money and

SDT-SJLCRR-000409

1   bring it to help there, the citizens of Mississippi.

2       It's just not going to happen unless that money

3   is coming to be given to you. There's a [inaudible] of

4   people for no reason at all, that was intending to be

5   coming here to [inaudible] from poverty. That's the

6   only reason why they're willing to accept the federal

7   money.

8       But that's another thing about that. I also

9   studied, you know, the -- what the state's doing on

10  not doing. Because we also got 2 percent of the Black

11  vote. But for the first four or five years of this

12  decade, you won by 20,000 votes. On the '17 and '18,

13  you're losing about 8 -- 8,000 to 12,000 people. But

14  you also have 8,000 people [inaudible]

15      And some people say that because of the way we

16  are on tech reform or tech innocence, and also the

17  decrease in people that study the [inaudible] was the

18  [inaudible] of their health care. Now, a lot of people

19  in the state, they leave.

20      And one of the reasons when it comes to

21  Mississippi, that we have such high regulations on

22  people that have a licenses in other states and want

23  to come over here and work, they've got to go take

24  another test, and pass that test, get a job, or do

25  something. You know, that -- because they have said

SDT-SJLCRR-000410

```
 1    that, too, where they said, now we're going to release

 2    [inaudible] uh, five [inaudible] this and that, for

 3    2005.

 4         You know, we don't transfer that like other

 5    states are doing. Now even though Alabama, Louisiana,

 6    and Texas, some of those states, are implementing some

 7    of the same practices as [inaudible] the population's

 8    growing.

 9         They're not experiencing the same thing we are.

10    Because people are going there, because they can go

11    over there and get good jobs. They've already gone to

12    school, they got their license, and whatever, and they

13    get good jobs.

14         It seems we have an attitude that's maintaining

15    the status quo. It's been working for us so long,

16    we've always had this power, except when the feds came

17    in and [inaudible] keep it [inaudible] you know, but

18    that's no reason for them to [inaudible] people in the

19    2nd District.

20         And it's not equal like that, uh, in the other

21    districts around the state. Except the fact that you

22    [inaudible] for the gain goes on [inaudible] that's

23    all we got [inaudible] because you're not going to get

24    it.

25         That's just not right. So I'm not saying be fair.
```

SDT-SJLCRR-000411

```
 1    Do the right thing. Now, we know -- I know the action
 2    of the federal government [inaudible] on lies because
 3    of these kinds of issues. Before the states rights has
 4    the power.
 5         And we don't want that. I'd rather have the
 6    freedom [inaudible] know that there's the people who
 7    put [inaudible] over our head, we know things are not
 8    going right, and eventually we're going to do the
 9    right thing and change some of the laws of
10    Mississippi. I said, yeah, right.
11         If you already [inaudible] then why has it been
12    so true? And so now, if anybody [inaudible] feels
13    [inaudible] tell me anything, trust me, I'll
14    [inaudible] throwing it away. Things are not going to
15    change.
16         Whether Black or not, we got Jackson to change.
17    But then you go to change our [inaudible] was the
18    commission saying [inaudible] before we had, uh, the
19    city council. And then everybody tried to [inaudible]
20    one day Jackson will be a majority Black.
21         And we don't do the right thing now, and we treat
22    the people that are here across the [inaudible] well,
23    they -- they take over, they'll do the same thing.
24    Their aunties, and cousins, and brothers, and sisters.
25         Mississippi is broken. There are people that you
```

SDT-SJLCRR-000412

1    know, kindred, who has [inaudible] with Black

2    Mississippians. That relationship hasn't paid for

3    Black Mississippians. They [inaudible] person is going

4    to participate in what's been the status quo.

5          And that won't do it. Because they go -- they're

6    not going to teach their children that. I remember the

7    day I really began to understand this is going to

8    happen. I was at the Home Depot one day, in Alcorn

9    County to see, you know, white people walking with

10   their Black friends who [inaudible]

11         But I saw a white man walk into Home Depot

12   holding a little mixed boy's hand. I said, man, it's

13   over. It's just a matter of time. So I'm just saying

14   do the right thing. Think, look ahead, look at what's

15   happening.

16         As I just mentioned, man, look at all the Black

17   voters are sick of what's going on. When we had

18   reconstruction, there were no serious problems. Black

19   people didn't act crazy and try to make white people

20   be, you know, disenfranchised.

21         Nothing like that happened. Everybody got along.

22   Bet you [inaudible] I agree [inaudible] but as soon as

23   it was over with, they'll resent you. It still won't

24   [inaudible]

25         Now, that's not going to happen. Not much longer.

SDT-SJLCRR-000413

1   I'm going to tell you the truth. I forget I -- I -- I

2   [inaudible] I sometimes so do. I get excited about

3   these kind of things.

4        You know, I [inaudible] some of this situation's

5   personal and have the information about [inaudible]

6   but the money needs to come in here for the Black

7   people who are co-dependent, we won't get none.

8        We really won't get none. They send back federal

9   money, that's come -- they -- they come in and help

10  people that are struggling. And then you go through

11  the steps and they see [inaudible]

12       Just do the right thing. I'm going to [inaudible]

13  any time. I know I get a little bit excited. But we

14  do. I've got children, too. I appreciate you'll do the

15  right thing. Thank you.

16       MR. BECKETT:  Uh, Ms. Jennifer Riley-Collins.

17       MS. RILEY-COLLINS:  Good evening. I am Jennifer

18  Riley-Collins, and I just want to touch on a couple of

19  points regarding some key, uh, populations.

20       First, um, I want to ask that any proposed lines,

21  uh, be drawn in such a way that they do not dilute,

22  uh, the minority vote, uh, as is required in section

23  2. I want to point out that the state of Mississippi

24  is home to a growing population, a growing community

25  of immigrants.

SDT-SJLCRR-000414

1        Foreign-born residents are an important part of

2    our state, they're an important part and contribute to

3    our labor force. They are our neighbors, they are

4    business owners, taxpayers, they are part of

5    Mississippi's diverse and thriving community.

6        They are contributors that benefit us all. I

7    therefore ask that non-citizens who are persons under

8    the United States Constitution and are entitled

9    therefore to protection under same, be given

10   consideration as you redraw these district lines.

11       I also want to speak on behalf of those who can

12   not participate via live stream because they are

13   incarcerated. Prisoners are not usually incarcerated

14   in our state in the same community from which they --

15   out -- out of which they, uh, reside.

16       This residence rule skews the balance of

17   political power by inflating the population counts of

18   communities where prisons are located. By including

19   the non-voting prison populations in these districts

20   during the redistricting pro -- process.

21       There is plentifully available data on the

22   Mississippi Department of Correction's website that

23   identifies the communities from which these

24   incarcerated persons come. We're asking that the

25   legislature prevent the residents rule skewing, and

SDT-SJLCRR-000415

1  allocate that population appropriately back to the

2  community to which these persons will return. Thank

3  you for your time.

4       MR. BECKETT:  Thank you. Uh, Mr. Ray Farmer [ph].

5  Mr. Farmer -- Mr. Farmer?

6       MR. FARMER:  Hi. My name is [inaudible] and I

7  began working on the issues of redistricting and

8  reapportionment with Henry Kirtsey [ph] and Frank

9  Parker [ph] over 40 years ago.

10      So I have some concept of what you're going

11  through. I have -- I may at a later date, like, in

12  October when you have your computers available to deal

13  with the reapportionment of the legislative seats, but

14  today I have a specific recommendation concerning the

15  congressional districts based on a community of

16  interest.

17      The -- there has to be a significant change in

18  the 2nd Congressional District, and I will recommend

19  that we add large por -- portions of the city of

20  Jackson, and all of Adams County into the 2nd

21  Congressional District.

22      I am a resident of precinct nine in the Lowndes

23  County area of Jackson, and feel I have less so in

24  common with the remainder of our citizens in Jackson

25  than I do with the people I am living with in the 3rd

SDT-SJLCRR-000416

1    Congressional District.

2          And therefore, would very much like to see that

3    precincts like mine be incorporated into the 2nd

4    Congressional District so that all of us Jacksonians

5    will be represented by the same congressman. And thank

6    you very much.

7          MR. BECKETT:  Thank you. Um, Bobbie Bingham [ph].

8          MS. BINGHAM-MORROW:  Good evening. My name is

9    Bobbie Bingham-Morrow. And I attended the

10   redistricting meeting that was held in Natchez last

11   week. And the legislators said something that really

12   broke my heart. I was so upset about it, I talked

13   about it all the way home. And I was -- I didn't ask a

14   question in the session, why are we doing this?

15         The question that I asked was, once you draw your

16   lines, when do we get to comment and do what we're

17   doing now, make recommendations and suggestions, after

18   you draw your final lines? Because what we're talking

19   about right now are old numbers. We're not using the

20   new numbers, we don't know what you're going to do

21   with the new numbers.

22         So that is the main thing that I want is for you

23   to -- to schedule and distribute -- distribute a

24   schedule after you've drawn your lines so that we can

25   do this thing we're doing then. Why can we not have

SDT-SJLCRR-000417

1  comment on the lines that you draw?

2       Why can't we do that? Let's do that, that is not

3  a suggestion. That we have a series of hearings after

4  you have drawn the lines that you're going to draw, so

5  that the public has comment. And hopefully it will

6  matter.

7       My other thing is, will there be a listing of all

8  the suggestions and points for improvement that

9  individuals are providing to you now? Will there be a

10 location that we can access this information? Will the

11 videos be available?

12      Uh, where can we go to look at previous -- those

13 hearings that we were not privy to attend? Where can

14 we go to -- to look at that information? so that is

15 what I would like. Is for you to allow us to have

16 public hearings after you have drawn the lines, and

17 that we have access to the questions that individuals

18 are asking, and what your response to those questions

19 are. Thank you.

20      MR. BECKETT:  Thank you. Um, and I call on Ms.

21 [inaudible]

22      MS. ALBRIGHT-HANES:  Good evening, Chairman

23 Beckett and members of the committee. I thank you for

24 the opportunity to speak at this very important

25 hearing.

SDT-SJLCRR-000418

```
 1        My name is Dashawni Albright-Hanes [ph] and I'm a
 2   lifelong resident of Hinds County here in Jackson
 3   Mississippi, Congressional District 2, Senate District
 4   27 honorable Hillman Frazier, and House District 65,
 5   the honorable Chris Bell. I am also first vice
 6   president for the Jackson NAACP. I stand before you to
 7   speak on the current redistricting process, and how it
 8   should be fair and transparent.
 9        It is our desire that this committee respect and
10   not discriminate against the already disenfranchised
11   Mississippi communities. Thank you for the series of
12   hearings that you've conducted throughout the state.
13   I've had a chance to attend most of them.
14        And it is our request that today's hearing is not
15   the last. Like Ms. Morrow, we are also, um, requesting
16   additional hearings and community meetings after maps
17   have been developed. Um, so that the community can
18   have a chance to ask questions and provide comments.
19        Our branch works with the state [inaudible]
20   protection program that lodges complaints about voter
21   suppression. Each year, we receive calls from over
22   [inaudible] our phone lines, denied regular ballots
23   because of illegal address verification practices, and
24   these are acts of voter suppression.
25        Many of these calls come from Madison County each
```

SDT-SJLCRR-000419

1   year, where practices such as [inaudible] precincts

2   changes in person location without voter notification,

3   and voter intimidation through law enforcement

4   presence are regular occurrences.

5       In the past, Mississippi has been home to several

6   law suits alleging racial vote [inaudible] just

7   recently in 2018 when three African American voters

8   from Senate District 22 filed a federal lawsuit

9   challenging the district on section 2 of the Voting

10  Rights Act. The district diverted the votes of African

11  Americans and prevented them from electing the

12  candidate of their choice. In 2019, the court

13  concluded District 22 did violate section 2.

14      The legislature then redrew that district. We do

15  not want a repeat of Mississippi unfair act practices.

16  Voting violation impairs the communities that are

17  different to come together and advocate for important

18  issues. Moreover, we know that who is elected in these

19  four lucrative [ph] districts would not be committed

20  to our concerns. Thank you for the opportunity to

21  address this committee.

22      MR. BECKET:  Thank you. Um, and that does, uh,

23  conclude the questions that I have up here. Do I have

24  a member of the committee who wants to ask a question

25  for -- ? All right. Well, I just want to take this

SDT-SJLCRR-000420

1    time to thank all of you for your attendance.

2         And we thank our staff for [inaudible] job of

3    doing and preparing this -- this series of -- of

4    meetings. And just remind the public that we're just

5    in the very beginning process. Uh, and that, you know,

6    you [inaudible] to make any comments or suggestions of

7    the [inaudible]

8         And once again, I'm going to give you the address

9    by mailing any of that information to. Ted Booth,

10   Staff Council Joint Reapportionment Committee PO Box

11   1204, Jackson, Mississippi 39215-1204. Or you can e-

12   mail that information to ted.booth@peer.ms.gov.

13        And -- and lastly, please -- please provide the

14   staff, um, the address or e-mail information so they

15   can follow up with that.

16        Um, and once -- once again, I want to -- want to

17   thank the committee members for their attendance, and

18   -- and the public. And with that [inaudible]

19   adjourned.

20

21

22

23

24

25

SDT-SJLCRR-000421

STANDING JOINT CONGRESSIONAL REDISTRICTING COMMITTEE
Public Hearing on 08/23/2021                                    Page 44

1

2

3          I, Chris Naaden, a transcriber, hereby declare

4   under penalty of perjury that to the best of my

5   ability the above 43 pages contain a full, true and

6   correct transcription of the tape-recording that I

7   received regarding the event listed on the caption on

8   page 1.

9

10          I further declare that I have no interest in the

11   event of the action.

12

13          August 31, 2021

14          Chris Naaden

15

16

17

18   (Standing Joint Congressional Redistricting Committee,

19   Jackson, 8-23-21)

20

21

22

23

24

25

SDT-SJLCRR-000422

STANDING JOINT CONGRESSIONAL REDISTRICTING COMMITTEE
Public Hearing on 08/23/2021                    Index: $4.15..78

| | | |
|---|---|---|
| **$** | 18  32:12 | 254  8:12 | 42  17:21 |
| $4.15  21:20 | 19  24:4 | 26  29:20 | 43  25:19 |
| $7.25  21:23 | 1st  8:25 | 27  20:24 | 45  31:10 |
| | | 41:4 | 49  20:22 |
| | **2** | 28  5:17 | |
| **1** | 2  5:22 18:2 | 2nd  16:12 | **5** |
| 1  3:21,23, | 19:10 | 33:19 | 5  19:8 |
| 25 4:2,4, | 25:11 | 38:18,20 | 28:5,7,13 |
| 6,8,10,12, | 32:10 | 39:3 | 50  5:21 |
| 14,16,18, | 36:23 41:3 | | 20:20 25:1 |
| 20,22,24 | 42:9,13 | **3** | 51  27:6 |
| 5:1,3 15:2 | 2,000  25:2 | 3  6:14 | 56  22:2 |
| 23:16,17 | 20  21:8 | 30th  11:21 | |
| 10  6:14 | 23:21 26:5 | 31  27:5 | **6** |
| 16:15 | 20,000  25:5 | 36th  5:19 | 6  28:14 |
| 20:25 | 26:6 32:12 | 38  27:4 | 61  6:16 |
| 24:23 | 2005  33:3 | 39  18:10 | 63  6:2 |
| 11  17:19 | 2010  7:15 | 39215-1204 | 65  6:9 41:4 |
| 12  21:9 | 26:5,6 | 14:10 | 66  6:6 |
| 12,000  32:13 | 2018  42:7 | 43:11 | 68  6:8 |
| 1204  14:9 | 2019  16:9 | 3rd  38:25 | 6:00  2:2 |
| 43:11 | 26:6 42:12 | | |
| 12th  11:16 | 2020  23:18 | **4** | **7** |
| 13th  11:16 | 2022  9:15 | 4  6:15 | 7,000  25:7 |
| 14th  19:20 | 15:2 | 19:8,9 | 70  18:19 |
| 15th  19:20 | 21  18:7 | 26:9 | 25:17 |
| 16  5:22 | 22  42:8,13 | 4,000  26:8 | 72  6:4 |
| 26:10 27:7 | 227  25:3 | 40  5:25 | 75  22:3 |
| 16,000  26:7 | 24  23:24 | 15:25 16:9 | 78  16:11 |
| 17  20:25 | 24,000  25:20 | 18:1 31:9 | |
| 32:12 | 25  6:18 | 38:9 | |

SDT-SJLCRR-000423

JTX-030-045

## STANDING JOINT CONGRESSIONAL REDISTRICTING COMMITTEE
Public Hearing on 08/23/2021                              Index: 8..aware

**8**

8   19:7
 25:11
 32:13

8,000   32:13,
 14

85   6:12

**A**

accept   32:6

access   11:14
 13:9 14:6,
 18,21 22:8
 40:10,17

accident
 31:7

accountable
 28:2

act   19:19
 23:9 35:19
 42:10,15

action   23:5
 34:1

actions   23:9

acts   41:24

actual   11:23

Adams   38:20

add   15:7
 38:19

addicted
 31:13

addition
 6:22

additional
 18:23
 41:16

additionally
 8:12

address
 14:13
 41:23
 42:21
 43:8,14

addressed
 27:17

addresses
 27:24

adjourned
 43:19

advised   14:2

advocate
 42:17

affects
 31:18

affordable
 22:9

African
 15:24
 42:7,10

agree   35:22

ahead   2:4
 30:14
 35:14

Alabama

29:15,17,
 18 33:5

Albert   5:18

Albright-hanes
 40:22 41:1

Alcorn   35:8

alleging
 42:6

allocate
 38:1

allowing
 28:24

amendment
 11:8 19:20

American
 15:24 42:7

Americans
 42:11

amount   20:22

apologize
 7:25

appeals   23:4

appears   2:24

appropriately
 38:1

approval
 20:5

approved
 16:12

area   10:8,
 21,24 17:1
 38:23

areas   10:11
 25:10
 30:10

arrive   14:21

Asian   26:8

assuming
 28:15

assurance
 27:10

attempt   9:22

attend   40:13
 41:13

attendance
 43:1,17

attended
 39:9

attention
 12:17
 13:21

attitude
 33:14

audience
 15:22

August   9:1
 11:17
 16:12

aunties
 34:24

avenue   24:15

avoid   19:17

aware   24:1,2

SDT-SJLCRR-000424

JTX-030-046

STANDING JOINT CONGRESSIONAL REDISTRICTING COMMITTEE
Public Hearing on 08/23/2021                    Index: back..candidates

**B**

back  8:18
  14:15
  21:16,17,
  20 22:6
  36:8 38:1

balance
  37:16

ballot  23:18

ballots
  41:22

barriers
  21:4,16

based  16:19
  28:19
  38:15

basically
  11:18 18:6
  25:15

BECKET  42:22

Beckett  2:1
  3:21,22
  5:5 6:20
  15:15,20
  20:13
  22:21,24
  23:14 24:8
  28:4,6,11
  36:16 38:4
  39:7
  40:20,23

began  9:5
  35:7 38:7

begin  19:2

beginning
  9:6 17:16
  23:8 43:5

behalf  37:11

Bell  6:9
  41:5

beneficial
  30:16

benefit  37:6

bet  29:8
  35:22

bias  21:10

big  24:17

biggest  17:8

billion
  21:20

Bingham  39:7

Bingham-morrow
  39:8,9

birth  29:4

bit  29:7
  36:13

black  3:23,
  24 20:18
  21:9,23
  22:2,5
  25:6 26:4,
  6 27:4,6
  29:5,10,
  19,21
  30:4,11
  31:8,10,12

32:10
  34:16,20
  35:1,3,10,
  16,18 36:6

board  14:1

Bobbie  39:7,
  9

Bolivar  5:21

Booth  14:8
  43:9

border  19:16

bore  17:3

boundaries
  16:21 18:3
  19:24 20:8
  24:5

Box  14:9
  43:10

boy's  35:12

branch  41:19

break  19:15,
  22

Brian  4:14,
  15

bring  28:7
  32:1

bringing
  7:17

brings  30:8

broad  16:21

broadcast
  15:17

broader  21:2

broke  39:12

broken  34:25

brothers
  34:24

brought
  12:17
  13:21

Brown  3:25
  4:1

build  28:24

business
  16:24 37:4

businesses
  21:17
  26:20

Butler  5:18

**C**

Calhoun  19:9

call  3:16,
  19 5:8
  12:22
  40:20

called  5:11
  22:10

calls  41:21,
  25

candidate
  42:12

candidates
  20:1

STANDING JOINT CONGRESSIONAL REDISTRICTING COMMITTEE
Public Hearing on 08/23/2021          Index: capability..compact

| | | | |
|---|---|---|---|
| **capability** 23:21 | 11:21 17:8 24:1,2 34:9,15, 16,17 38:17 | **38**:19 | 34:18 |
| **card** 12:21 | | **city's** 26:18 | **committed** 42:19 |
| **cards** 12:23 | | **civic** 24:16 | **committee** 2:7 3:9, |
| **care** 27:22 32:18 | **changing** 11:23 | **Claiborne** 5:19 6:12 | 17,18 7:6 13:3 14:9 |
| **Carol** 23:14, 15 | **Charles** 15:19 | **Clarke** 10:4 | 15:7,18,21 17:4,5 |
| **cases** 2:24 | **Chickasaw** 19:8 | **classic** 27:11 | 19:12 23:5 24:13 |
| **Cassandra** 20:16 | **child** 9:25 | **clear** 3:15 26:19 | 28:9,10 40:23 41:9 |
| **Census** 8:11, 16,20 11:12 16:20 17:21 18:6 25:17 27:3 | **childcare** 22:9 27:22 30:19 | **close** 14:21 | 42:21,24 43:10,17 |
| | **children** 27:21 35:6 36:14 | **Closing** 27:20 | **committee's** 13:9 |
| | | **co-dependent** 36:7 | **common** 38:24 |
| **center** 19:22 | **choice** 42:12 | **co-founder** 20:18 | **communities** 19:15 20:4 |
| **cents** 22:3 | **Chris** 6:9 41:5 | **coast** 10:7 | 24:17 25:24,25 |
| **chair** 3:4,16 | **circuit** 16:19 | **collections** 16:13 | 29:10 37:18,23 |
| **Chairman** 15:19 28:5 40:22 | **circumstances** 7:16 | **color** 16:7 | 41:11 42:16 |
| **challenges** 11:7 | **cities** 24:25 | **commence** 14:19 | **community** 2:14 16:4 |
| **challenging** 42:9 | **citizens** 32:1 38:24 | **comment** 13:7,24 39:16 40:1,5 | 20:6 29:24 36:24 37:5,14 |
| **chance** 41:13,18 | **city** 3:13 26:13,16, 17,22 | **comments** 2:20 13:6 28:7,9 41:18 43:6 | 38:2,15 41:16,17 |
| **chancery** 16:19 | 31:13 | | **compact** 19:13 |
| **change** 10:16 | 34:19 | **commission** | |

SDT-SJLCRR-000426

## STANDING JOINT CONGRESSIONAL REDISTRICTING COMMITTEE
Public Hearing on 08/23/2021      Index: compared..current

compared
  21:9

complaints
  41:20

complex  17:2

complicated
  17:9

comply  19:18

comprehensive
  17:2

comprise
  25:18

computer
  13:9

computers
  38:12

concept
  38:10

concern
  13:15,16

concerns
  12:15,16
  13:12,14,
  18,19
  42:20

conclude
  42:23

concluded
  42:13

conclusion
  19:12

conditions
  11:24

conduct  7:22

conducted
  41:12

confusion
  19:23

congressional
  2:10 3:11,
  18 8:10
  9:10,11,22
  11:8 12:18
  14:18 15:5
  16:19
  17:11
  29:25
  38:15,18,
  21 39:1,4
  41:3

congressman
  39:5

connecting
  22:11

consideration
  37:10

constituency
  25:19

constituents
  19:1 30:11

constitution
  8:8,12
  19:20 37:8

contained
  18:3

contiguous
  19:14

continue
  26:21 28:1

contribute
  37:2

contributors
  37:6

controlled
  23:4

convenience
  16:15

convey  20:1

Copiah  5:19

copies  17:14

correct
  20:23

corrected
  18:12

Correction's
  37:22

council  3:19
  14:8 34:19
  43:10

count  5:7
  12:7

counties
  6:4,13,19
  10:6,14
  24:21,22
  25:11,18,
  19,22 26:3

country
  21:8,15
  25:8

counts  37:17

county  2:16
  3:12 5:17,
  21,23,25
  6:6,10,17
  8:21 10:4,
  7 15:25
  16:2
  17:16,19,
  22 18:4,7,
  15,17
  19:2,6,8,
  9,10,11
  23:16,19
  24:3 25:1,
  3,4,7
  26:9,11
  35:9
  38:20,23
  41:2,25

couple  8:6
  36:18

court  23:19
  42:12

cousins
  34:24

crazy  35:19

create  17:10
  18:23

creates
  10:19

Crow  29:4

current  26:5
  41:7

SDT-SJLCRR-000427

JTX-030-049

STANDING JOINT CONGRESSIONAL REDISTRICTING COMMITTEE
Public Hearing on 08/23/2021                    Index: custom..draw

custom   2:22

——————————
        D
——————————

D'IBERVILLE
  24:25

Dashawni
  41:1

data  14:20
  15:1 16:20
  17:21
  37:21

date  38:11

day  16:15
  34:20
  35:7,8

De'keither
  6:5

deadlines
  9:9

deal  38:12

Debra  6:3

decade  32:12

decided
  30:16

decision
  9:21 14:23
  31:25

decisions
  16:8,25
  20:9 28:23
  31:17

decrease

32:17

deliberately
  31:7

delivery
  14:19

denied  41:22

department
  17:16
  37:22

departments
  23:23

depending
  3:4

Depot  35:8,
  11

desire  41:9

Desoto  5:25
  15:25 16:2
  17:16,19,
  22 18:3
  19:3,6
  25:4 26:2

determined
  8:22

developed
  29:12
  41:17

difference
  24:17

dilute  19:17
  36:21

diluted  16:6

director
  20:17

discriminate
  41:10

disenfranchise
d  35:20
  41:10

distribute
  39:23

district
  5:17,19,
  21,22,25
  6:2,4,6,8,
  9,12,14,
  15,18 8:23
  9:19
  10:22,23
  15:25
  16:19
  17:11,20
  18:1,2,19,
  22 19:1,4,
  7,10,16
  23:16,17
  24:4 27:11
  30:1,2
  33:19
  37:10
  38:18,21
  39:1,4
  41:3,4
  42:8,9,10,
  13,14

districting
  23:10

districts

2:11 3:11
  8:10 11:2,
  3,4,8 12:4
  13:17
  15:1,4,19
  17:18,25
  18:12,21,
  23,24,25
  19:13,21,
  23 25:23
  26:24
  28:25
  33:21
  37:19
  38:15
  42:19

diverse   37:5

diverted
  42:10

divided  30:2

division
  30:18

documenting
  5:8

dollar  22:3,
  4

dots  22:11

double  25:6

draw  11:19,
  24 12:18
  19:12,16,
  21 31:6
  39:15,18
  40:1,4

SDT-SJLCRR-000428

JTX-030-050

drawn  9:7
  16:21
  18:17,25
  20:2
  22:14,19
  23:3,11
  26:24
  29:22
  31:7,23,24
  36:21
  39:24
  40:4,16

drew  29:3

drivers  21:2

driving
  23:12

due  25:13

Duvall  4:16,
  17

**E**

e-  43:11

e-mail  13:3
  14:10,13
  43:14

early  16:11,
  15 27:19

earners
  21:23

earnest  9:5

easier  25:16

easy  19:25

economic

20:19 21:2

economy
  21:3,18,21

efforts  29:5

elect  23:20
  26:1 27:12

elected
  15:24
  26:10
  42:18

electing
  42:11

election
  16:16
  23:6,18

embarrass
  27:13

enforcement
  42:3

enjoy  16:14

ensure  23:10

entire  10:3
  19:14
  21:17

entitled
  37:8

equal  21:19,
  20 33:20

equitable
  22:15,19

equity  18:11

estimate

18:22

estimates
  11:12,15,
  25 24:19
  26:5

Eubanks  4:2

Evans  24:8,9

evening
  15:20
  20:12,16
  22:25 24:9
  36:17 39:8
  40:22

eventually
  34:8

evolved
  28:22

excited
  36:2,13

executive
  20:17

exercise
  24:6 30:13

expansion
  27:18

expect
  13:12,13

experiencing
  33:9

extreme
  27:12

**F**

face  21:14

facing  12:14

fact  11:6,9
  12:1 33:21

facts  7:16

fair  16:23
  18:18
  20:11
  22:15,19
  23:7 31:2,
  4,5 33:25
  41:8

fairly  10:15
  16:21

fall  9:13

falling  16:4

families
  21:2,13,16

Farmer  38:4,
  5,6

favor  20:7

federal  8:8
  28:22 29:2
  31:18,19
  32:6 34:2
  36:8 42:8

feds  33:16

feedback
  24:15

feel  16:3

SDT-SJLCRR-000429

STANDING JOINT CONGRESSIONAL REDISTRICTING COMMITTEE
Public Hearing on 08/23/2021                     Index: feels..Harkins

29:11
38:23

feels 29:9
34:12

fewer 16:15

filed 42:8

final 11:18,
23 14:19
20:5 39:18

finalize
20:7

Finally
27:15

find 7:8

finish 17:6

folk 31:8

follow 12:10
14:13
43:15

force 37:3

Ford 4:2,3
22:21,23,
25

Foreign-born
37:1

forget 36:1

formal 23:25
28:16

formatting
9:9

Forrest
25:12 26:2

forum 14:17
15:11
24:10 28:1

Foster 6:1

fought 30:24

Frank 38:8

Franklin
6:12

Frazier 41:4

free 2:23

freedom 34:6

friends
35:10

fringe 27:12

funding
27:17

future 7:3
20:10

futures
16:25

_____
G

gain 10:13
33:22

gained 10:9,
18 12:3,5
25:14

gaining 8:19

gap 22:2
27:20
31:22

gathering
9:8

gender 21:10

Gene 6:16

generally
28:18

gentlemen
15:21

gerrymandered
16:5

gerrymandering
19:17

Gibbs 6:4

girls 21:5

give 2:14,
22 3:5
5:13 8:3
20:3 29:22
43:8

good 15:20
20:12,16
22:25 24:9
33:11,13
36:17 39:8
40:22

government
34:2

grade 27:22

greatest
25:8

grew 25:11,
12

group 21:24

growing 33:8
36:24

growth 25:4

guess 8:19
9:5

guide 28:22

_____
H

half 21:21
26:13

hall 3:13
31:13

Hancock
25:13

hand 35:12

handing 17:8

hands 23:5

happen 29:3
32:2 35:8,
25

happened
29:16
35:21

happening
12:11
35:15

harassment
22:7

hard 6:24

Harkins
4:18,19

SDT-SJLCRR-000430

JTX-030-052

**STANDING JOINT CONGRESSIONAL REDISTRICTING COMMITTEE**
Public Hearing on 08/23/2021                    Index: Harness..inaudible

| | | | |
|---|---|---|---|
| **Harness** 6:11 | **high** 32:21 | **Horn** 19:4 | 16:24 |
| **Harrison** | **highest** | **hot** 28:19 | 22:18 |
| 18:7,17 | 21:7,15 | **hours** 24:6 | 30:21 |
| **head** 34:7 | **Hillman** 41:4 | **house** 3:11 | 37:1,2 |
| **headed** 21:13 | **Hinds** 5:17 | 5:12 6:4, | 40:24 |
| **health** 32:18 | 6:2,4,6,8, | 6,9,12 | 42:17 |
| **healthcare** | 9,19 25:1 | 15:25 | **impose** 3:3 |
| 22:9 | 26:9,10 | 16:9,18 | **impossible** |
| | 41:2 | 17:25 | 16:7 |
| **hear** 7:2,24 | **Hines** 5:20 | 18:1,14, | **improvement** |
| 12:16 | **Hispanic** | 16,19,23 | 40:8 |
| 13:12,13 | 26:7 | 20:25 | **inaudible** |
| 15:12,16 | **holding** | 25:21 41:4 | 2:5 5:7,22 |
| **heard** 7:24 | 21:16,17 | **houses** 28:20 | 6:14,15, |
| 13:15 | 23:21 28:1 | **huge** 10:1, | 20,24 |
| 24:11 | 35:12 | 22 | 7:10,16,23 |
| **hearing** | **holds** 2:7 | **husband** | 8:2,6,9, |
| 2:12,19 | **home** 17:16 | 26:16 | 13,15,24 |
| 3:17 13:11 | 19:2 23:20 | | 9:10,15,24 |
| 15:8 40:25 | 24:3 35:8, | ———— | 10:5 12:8, |
| 41:14 | 11 36:24 | **I** | 14 13:8, |
| **hearings** 2:8 | 39:13 42:5 | **identified** | 16,24 |
| 9:2,4,7 | **homeowners** | 23:2 | 14:1,17,22 |
| 24:14 | 23:21,23 | **identifies** | 15:7,11 |
| 40:3,13,16 | **homes** 23:21 | 37:23 | 16:1 20:5 |
| 41:12,16 | **honestly** | **illegal** | 21:6 |
| **heart** 39:12 | 9:25 | 41:23 | 22:22,23, |
| **held** 22:6 | **honorable** | **immigrants** | 24 23:8, |
| 39:10 | 41:4,5 | 36:25 | 18,20,25 |
| **helpful** 17:3 | **hopes** 23:7 | **impairs** | 24:12,23 |
| **Henry** 38:8 | **Hops** 4:20, | 42:16 | 25:12,13 |
| **Hester** 5:24 | 21 | **implementing** | 26:3,16, |
| 15:23 | | 33:6 | 18,19 |
| | | **important** | 27:1,10, |
| | | | 13,21,23, |
| | | | 24 28:8, |
| | | | 11,16,22 |

SDT-SJLCRR-000431

STANDING JOINT CONGRESSIONAL REDISTRICTING COMMITTEE
Public Hearing on 08/23/2021          Index: incarcerated..kind

29:1,2,20
30:15,18,
24 31:8,
12,15,22
32:3,5,14,
17,18
33:2,7,17,
18,22,23
34:2,6,7,
11,12,13,
14,17,18,
19,22
35:1,3,10,
22,24
36:2,4,5,
11,12 38:6
40:21
41:19,22
42:1,6
43:2,6,7,
18
**incarcerated**
37:13,24
**included**
27:11
**includes**
18:1
**including**
25:24
37:18
**incorporated**
39:3
**increase**
25:1
**increases**
26:4

**individuals**
40:9,17
**inflating**
37:17
**influential**
26:17
**inform** 8:3
**information**
8:4 9:6,8
13:25
14:1,4,6,
12 17:3
18:6 36:5
40:10,14
43:9,12,14
**informed**
7:21
**Initiative**
16:11
20:19
**innocence**
32:16
**inside** 18:3
**instance**
10:20
**intending**
32:4
**interest**
19:15
24:18
25:24
26:18
27:14
38:16

**interested**
26:9
**intersections**
21:10
**intimidation**
42:3
**introduce**
5:14
**invest** 26:25
**invested**
26:25
**involved**
17:10
**involvement**
20:7
**Issaquena**
5:21
**issues**
27:15,25
34:3 38:7
42:18

——————————
            **J**
——————————

**Jackson** 14:9
15:14,18,
23 18:7,15
24:10
25:12
26:12,15,
16,17
34:16,20
38:20,23,
24 41:2,6
43:11

**Jackson-mccray**
5:24,25
**Jacksonians**
39:4
**Jefferson**
5:19 6:12
**Jeffery** 6:11
**Jennifer**
36:16,17
**Jim** 15:19
29:4
**job** 25:16
32:24 43:2
**jobs** 21:25
33:11,13
**John** 5:20
**joint** 2:7
3:17,18
14:9 15:18
23:4 43:10
**judicial**
16:18
**July** 8:25
15:2
**justice**
17:15

——————————
            **K**
——————————

**key** 36:19
**kind** 12:11,
25 13:1,12
19:5 29:24

SDT-SJLCRR-000432

STANDING JOINT CONGRESSIONAL REDISTRICTING COMMITTEE
Public Hearing on 08/23/2021                Index: kindred..lucrative

36:3

kindred  35:1

kinds  13:13
  34:3

Kirby  4:12,
  13

Kirby's
  10:23

Kirtsey  38:8

kitchen
  22:12,16

Klan  29:4

_____

      L

labor  37:3

ladies  15:21

Lake  19:4

landmarks
  19:24

large  10:23
  11:2,3
  29:10 30:3
  38:19

larger  10:22
  11:4

largest  16:2
  17:12
  21:24 25:2

lastly  43:13

late  15:4

latest  24:19

27:3

law  42:3,6

laws  21:3
  34:9

lawsuit  42:8

learned  29:9

leave  32:19

Lee  19:8
  26:2

legislative
  8:10 9:14,
  15,18
  12:19
  14:25 15:1
  16:8
  17:18,19
  18:8,20
  24:16
  38:13

legislatively
  9:17

legislators
  39:11

legislature
  2:9 8:14
  20:23
  27:16
  37:25
  42:14

legislatures
  26:18
  27:5,7

Lewis-  6:3

LEWIS-GIBBS
  6:3

license
  33:12

licenses
  32:22

lies  34:2

lifelong
  41:2

lifestyle
  31:18

limit  3:2

limited  2:15
  10:13,14

limits  3:3

lines  12:19
  23:10
  29:22
  31:7,23
  36:20
  37:10
  39:16,18,
  24 40:1,4,
  16 41:22

listen  12:16
  31:1

listened
  24:11

listeners
  17:3

listing  40:7

live  21:10
  26:8,10,

12,14
  37:12

lived  26:16

lives  10:24

living  38:25

located
  37:18

location
  40:10 42:2

lodges  41:20

long  28:17
  31:23
  33:15

longer  35:25

lose  24:23

losing  32:13

losses  10:15

lost  10:10,
  18,21
  12:4,5
  25:1,14

lot  3:14
  7:2 10:3,
  16,24 29:8
  31:17
  32:18

Louisiana
  33:5

low  21:24

Lowndes
  38:22

lucrative

SDT-SJLCRR-000433

JTX-030-055

STANDING JOINT CONGRESSIONAL REDISTRICTING COMMITTEE
Public Hearing on 08/23/2021          Index: Lynn..Mississippi

42:19

Lynn  24:8,9

_____

_____

**M**

made  13:24
 16:9,25
 28:10

Madison  6:18
 23:16,19
 24:3 25:7
 41:25

mail  14:2,8
 43:12

mailing  43:9

main  39:22

maintaining
 33:14

major  19:24

majority
 17:11
 18:14,16
 19:3 20:11
 34:20

make  2:16
 3:15 20:9,
 20 21:21
 22:2,3
 24:17
 25:16,22,
 25 27:10,
 18 28:8
 29:5,20
 30:14
 31:17,24

35:19
 39:17 43:6

makers  24:1

makes  18:10

making  21:23
 28:23

MALE  3:21,
 23,25 4:2,
 4,6,8,10,
 12,14,16,
 18,20,22,
 24 5:1,3,
 22 6:14,15
 28:5,7,13,
 14

man  12:9
 35:11,12,
 16

Mango  4:4,5

Mann  23:14,
 15

map  10:25

mapping  23:7

maps  11:20
 12:2 20:2
 22:14,18
 23:3
 24:16,23
 41:16

Mark  5:14

market  23:22

marketplaces
 23:22

Marshall
 19:11

material
 20:13

matter  12:17
 27:2 35:13
 40:6

Mc-cray
 15:23

means  8:11

meet  25:20

meeting  6:25
 8:25 12:15
 39:10

meetings  2:6
 7:1,15
 16:24
 41:16 43:4

member  15:7
 42:24

members
 2:13,22
 3:19 5:12
 7:5 12:12,
 20 14:2
 15:20
 27:12
 40:23
 43:17

mention  17:4
 27:15

mentioned
 25:5 35:16

Meridian
 10:2

Michel  6:18

microphone
 15:16

might've
 7:22

mine  17:21
 39:3

minimize
 31:8

minimum
 21:23

minority
 16:2,3,22
 17:11,20,
 22,25
 18:1,9,10,
 13,16,23,
 24 19:1,3,
 18 20:10
 36:22

Mississippi
 2:9 14:10
 16:1,11,
 18,22,24
 18:20
 20:1,3,8,
 10,17,19
 21:1,3,7,
 11,13,19,
 21,25
 22:4,20
 23:1
 24:21,22

SDT-SJLCRR-000434

```
25:9,17
26:21
27:4,5,20
28:3,20,23
29:7 32:1,
21 34:10,
25 36:23
37:22
41:3,11
42:5,15
43:11

Mississippi's
20:21,23
26:13 37:5

Mississippian
24:12

Mississippians
27:6,14,16
35:2,3

mixed  35:12

money  31:18,
20,25
32:2,7
36:6,9

Monroe  5:23
19:10

months  9:15

Morrow  41:15

mothers
21:13

move  26:20

movement
10:17
```

```
moving  11:10
17:10
20:14

ms.gov.
14:11

multiple
13:10

————————

N

NAACP  41:6

Natchez
39:10

nationally
21:9

naturally
8:22

necessarily
27:24

neighborhoods
19:14

neighboring
27:9

neighbors
37:3

Newman  6:16

Newton  25:13

ninth  9:3

non-citizens
37:7

non-voting
37:19
```

```
Norwood  5:16

notarized
28:12

note  26:2

notification
42:2

number  10:14
11:23
14:14
16:11
20:22
22:1,5,8

numbers
11:14,17,
18,23,25
25:17 27:3
39:19,20,
21

————————

O

objectives
23:12

obvious  29:5

occupied
18:8

occur  9:13
15:1,2
21:1

occurrences
42:4

October
14:24
38:12
```

```
odd-shaped
13:17

oddly  19:21

Oktibbeha
25:12

online  2:3

open  7:7
15:6

opportunity
2:23 3:6
5:14 7:9
13:23 26:1
28:15 30:6
40:24
42:20

optional
8:14

order  3:18
12:23 13:1

ordered  8:5

orders  7:2

organized
8:25

outcome
23:12

owners  37:4

Oxford  24:25

————————

P

p-e-e-r
14:11

packed  18:19
```

SDT-SJLCRR-000435

JTX-030-057

STANDING JOINT CONGRESSIONAL REDISTRICTING COMMITTEE
Public Hearing on 08/23/2021        Index: packing..populations

packing  27:9

paid  35:2

pandemic
  27:19

Panola  19:11

paperwork
  17:9

Parker  4:22
  38:9

parking
  23:24

part  13:20
  19:4,11
  26:25
  37:1,2,4

participate
  12:13
  13:10 30:7
  35:4 37:12

parts  12:2,3
  23:11

party  23:4,6
  27:10,12

pass  11:11
  32:24

past  42:5

path  26:21

pay  21:20
  27:18

Pearl  24:25

people  7:17
  8:22,23

11:10
12:10,23
25:2,3,5,
7,18,20
28:2 29:6,
8,11,23
30:4,15,
19,21,22
31:1,12,
19,20
32:4,13,
14,15,17,
18,22
33:10,18
34:6,22,25
35:9,19
36:7,10
38:25

percent
  17:22
  18:10,19
  20:20
  21:8,9
  24:24
  25:1,11
  27:4,5,6,7
  29:20
  31:10
  32:10

period  7:22
  20:6

periods
  11:13

person  8:9
  16:7 35:3
  42:2

personal
  36:5

persons  2:25
  3:4 26:7
  37:7,24
  38:2

ph  5:14
  9:25 13:17
  15:9 22:22
  24:8 38:4,
  8,9 39:7
  41:1 42:19

phone  41:22

pick  29:11

pierce  24:22

Pike  26:3

PL-94-171
  14:20

place  21:4
  29:12

places  10:2,
  4 23:24
  30:25

plan  9:7

plans  2:18

plentifully
  37:21

PO  14:9
  43:10

point  3:8
  36:23

points  36:19
  40:8

policies
  21:4

policy  22:13

political
  37:17

politics
  28:24

Pontotoc
  25:13

Pool  5:1,2

poor  30:20,
  22

populated
  10:24

population
  8:21 10:3,
  5,8,9,13,
  16,18,21
  12:3,4,5,6
  16:3,4,22
  17:22
  18:11
  20:10,11,
  21 24:20
  25:6,9,14
  26:4 29:21
  31:10
  36:24
  37:17 38:1

population's
  33:7

populations
  36:19
  37:19

SDT-SJLCRR-000436

JTX-030-058

STANDING JOINT CONGRESSIONAL REDISTRICTING COMMITTEE
Public Hearing on 08/23/2021                    Index: por..race

| | | | |
|---|---|---|---|
| por 38:19 | present 3:20 5:9,13 20:14 | 43:5 | 13:9,24 14:2,18,21 15:8,11 21:3 |
| portion 15:5 29:10 30:3 | | professionals 26:20 | |
| portions 38:19 | presenting 2:18 9:11 11:12 | program 41:20 | 24:14,15 28:10 |
| poverty 21:7,11, 14,15 31:21 32:5 | presently 17:20 18:8 | prohibit 21:5 | 40:5,16 43:4,18 |
| power 23:2 30:14 33:16 34:4 37:17 | president 41:6 | proper 14:17 | purpose 12:21,24 |
| | pretty 13:19 | proportion 17:23 | purposes 5:8 |
| | prevent 37:25 | proposal 17:14 20:4 | put 21:20 30:4,5 34:7 |
| powers 13:17 31:11 | prevented 42:11 | proposed 17:8,24 36:20 | ――――――― |
| practices 33:7 41:23 42:1,15 | previous 40:12 | protection 37:9 41:20 | Q |
| pre-determined 23:11 | prison 37:19 | proud 16:10 | qualified 9:23 |
| precinct 23:17 24:4 38:22 | Prisoners 37:13 | provide 13:25 14:12,15 17:3,5 41:18 43:13 | question 14:15 23:1 39:14,15 42:24 |
| precincts 13:16 17:10 19:22 39:3 42:1 | prisons 37:18 | | questions 2:18 3:9, 14 40:17, 18 41:18 42:23 |
| | privy 40:13 | | |
| | pro 37:20 | provided 25:22 | |
| | problems 10:20 35:18 | providing 17:12 40:9 | quo 33:15 35:4 |
| prepared 24:10 | process 8:17 9:5 12:13 22:10 24:18 28:25 30:7 37:20 41:7 | public 2:7, 13,20,23 3:16 8:4 9:2,4 12:12 | quorum 5:7 |
| preparing 43:3 | | | ――――――― |
| | | | R |
| presence 42:4 | | | race 21:10 28:19 |

SDT-SJLCRR-000437

STANDING JOINT CONGRESSIONAL REDISTRICTING COMMITTEE
Public Hearing on 08/23/2021                     Index: racial..request

| | | | |
|---|---|---|---|
| racial 19:17 42:6 | recent 16:20 24:14 | 39:10 41:7 | remember 29:1 35:6 |
| raised 16:17 | recently 42:7 | redone 26:24 | remind 5:6 43:4 |
| ranked 20:21 | recommend 38:18 | redraw 18:20 37:10 | repeat 19:5 42:15 |
| Rankin 6:8, 17 | recommandation 2:14 17:12 38:14 | redrawn 24:12,15 | represent 15:25 19:14 22:14 25:23,24 26:1 |
| rate 21:8, 11 | | redrew 42:14 | |
| rates 21:14, 15 | recommendation s 2:9,21 17:17 39:17 | redundant 7:20 | |
| Ray 38:4 | | Reed 4:6,7 | |
| read 13:8 28:15 | recommended 13:8 | refer 12:1 | representation 12:9,10 16:23 22:15 30:23 31:11 |
| ready 6:25 | | reflect 16:21 18:25 | |
| realize 27:23 | reconstruction 35:18 | reflects 22:13 | |
| reapportionmen t 3:17 14:9 15:19 38:8,13 43:10 | record 23:25 | reform 32:16 | representative 5:20,22,24 6:1,3,5,7, 11,16 15:23 |
| | redistrict 2:10 8:6, 13,17 17:24 18:13 | refuse 30:18 | |
| | | regret 26:21 | |
| reason 31:16 32:4,6 33:18 | | regular 10:17 11:7 41:22 42:4 | representative s 29:19 30:9 |
| | redistricting 2:16 3:10, 18 8:18 9:12,22 14:18 15:20 16:18 17:14,17 18:5,18 20:2 23:6 27:23 37:20 38:7 | regulations 32:21 | representatory 23:12 |
| reasons 30:17 32:20 | | relationship 30:10,12 35:2 | represented 30:22 39:5 |
| receive 2:8 11:22 21:19 41:21 | | release 16:20 33:1 | representing 5:17 6:2 26:15 |
| | | relevant 7:4 | |
| received 3:13 11:17 | | remainder 38:24 | request 41:14 |

SDT-SJLCRR-000438

STANDING JOINT CONGRESSIONAL REDISTRICTING COMMITTEE
Public Hearing on 08/23/2021                    Index: requesting..sick

requesting
  41:15

required
  8:13 36:22

requirements
  8:8 9:19

requires  8:9

research
  29:7

resent  35:23

reserve  3:2

reside  37:15

residence
  37:16

resident
  38:22 41:2

residents
  23:5 26:8
  27:4 37:1,
  25

respect  41:9

respectful
  3:6

response
  40:18

responsible
  3:12

rest  29:24

result  21:7
  27:24

return  38:2

review  20:4

reviewed
  23:19

revised  24:4

revisionary
  17:12

rights  13:15
  19:19 23:9
  34:3 42:10

Riley-collins
  36:16,17,
  18

rivers  19:25

roads  19:25

role  3:19

roll  5:8,11

Roundtable
  20:18

rule  37:16,
  25

run  9:16
  19:24

rural  10:21
  25:9

_____

_____
        S
_____

safe  27:10,
  11

salaries
  27:18

Sandra  20:15

schedule
  39:23,24

school  21:4
  27:17
  33:12

seat  16:8
  18:17,20
  25:21

seat's  25:19

seats  17:20
  18:8,14,16
  38:13

secretary
  16:13 24:3

section  8:12
  17:15
  19:19
  23:8,20
  28:18
  36:22
  42:9,13

Security
  20:19

Senate  3:10
  5:13 16:18
  18:1,2,14,
  17,19,24
  19:1,4,7,
  10 20:25
  25:19 30:2
  41:3 42:8

Senator
  5:16,18
  10:23 19:7

senators
  26:10,14

send  14:2,
  7,8,10,13,
  14 36:8

September
  11:21
  14:21

series  2:6
  7:1 40:3
  41:11 43:3

serve  27:13
  28:2

serving
  20:22

session  9:16
  24:16
  39:14

set  10:19
  11:17 20:9

Shanks  4:8,9

shaped  19:22

share  20:3

Sharon
  22:21,25

shifts  24:19

shortchanged
  22:2

show  12:2,4
  25:17 26:5

showed  27:3

sick  35:17

SDT-SJLCRR-000439

JTX-030-061

sign   12:20

signature
   16:12

signed   12:23

significant
   38:17

signing
   16:14

similar
   29:24

Simmons
   4:22,23

simply   5:8

single   21:13
   23:3,6

sisters
   34:24

situation's
   36:4

sizes   10:25

skewing
   37:25

skews   37:16

small   11:1,4

smaller   11:5

sole   12:21

solely   28:18

Sollie   5:16

solution
   17:24
   18:13,18

southern
   24:22

Southhaven
   19:5

speak   2:25
   3:1,5 13:4
   37:11
   40:24 41:7

speaking
   17:7

specific
   17:1 19:16
   38:14

split   26:23

splitting
   13:16

sponsor
   16:10

spot   29:23

spread   29:11

staff   6:23
   7:13 14:8,
   13 20:14
   43:2,10,14

staffing
   27:9

stage   9:8
   29:1

Stamps   6:5

stand   41:6

Standing
   15:18

start   5:15
   7:5,12
   8:18 11:12
   15:8 27:25

started   2:2,
   5 8:19 9:1

state   5:20
   9:2 10:1,
   13,17
   11:10 12:3
   13:20 14:7
   16:3,13
   21:14,17,
   22,25
   22:4,16,20
   23:2,4
   24:3,20
   26:14
   27:1,7,13,
   16 29:6
   30:2,24
   31:11,17,
   19 32:19
   33:21
   36:23
   37:2,14
   41:12,19

state's
   21:21 23:8
   32:9

statement
   24:11

statements
   2:15

states   29:17
   32:22

33:5,6
   34:3 37:8

status   33:15
   35:4

Stephanie
   6:1

steps   36:11

Stone   25:12

stop   13:21

stream   37:12

street   19:23

strength
   19:18
   29:13

strong   30:12

struggling
   22:8 36:10

studied   32:9

study   29:25
   32:17

submit   13:2,
   6,7

substantial
   26:4

successfully
   16:4

suggestion
   13:2 40:3

suggestions
   2:8 8:2
   16:17
   17:1,6

SDT-SJLCRR-000440

JTX-030-062

STANDING JOINT CONGRESSIONAL REDISTRICTING COMMITTEE
Public Hearing on 08/23/2021                    Index: suits..unfair

18:6 39:17
40:8 43:6

suits 42:6

Summers 6:7

supervisor
3:12

supervisors
19:8 24:1

supervisory
19:9

support
27:16

suppression
41:21,24

_____
T

table 16:8
22:12,13,
16

tables 22:17

taking 9:6

talk 8:2,4
13:22
23:16

talked 28:21
39:12

talking
39:18

Tate 4:24,
25 10:4
19:11

taxation

30:23

taxpayers
37:4

Taylor 4:10,
11

teach 35:6

teacher
27:18

tech 32:16

Technically
8:19

Ted 14:8
43:9

ted.booth@peer
14:11

ted.booth@
peer.ms.gov.
43:12

telephone
14:14

Ten 25:11

tendency
27:11

test 32:24

Texas 33:6

themself
5:14

thing 3:8
7:14 8:14
29:16 30:8
31:4,5
32:8 33:9

34:1,9,21,
23 35:14
36:12,15
39:22,25
40:7

things 3:12
8:6 13:14
30:15
34:7,14
36:3

thirds 21:22

thousands
23:19,22
24:5

thresh 25:20

threshold
25:21

thriving
37:5

throwing
34:14

time 2:17,
19 3:2,16
9:18 14:1,
22 15:10
20:4 35:13
36:13 38:3
43:1

times 21:11

today 5:13
7:18 20:9
28:9 38:14

today's
41:14

tone 20:9

tonight 2:5
3:1 6:21
13:4 16:17
17:9,13

topic 28:19

touch 36:18

towers 13:9

transcripts
7:15

transfer
33:4

transparency
23:7

transparent
41:8

treat 34:21

true 25:8
34:12

trust 34:13

truth 36:1

TV 17:3

typical
10:10

_____
U

un- 23:11

understand
22:12 23:3
30:15 35:7

unfair 42:15

SDT-SJLCRR-000441

JTX-030-063

## STANDING JOINT CONGRESSIONAL REDISTRICTING COMMITTEE
### Public Hearing on 08/23/2021                    Index: unique..Youtube

unique  10:19

united  8:13
  37:8

universities
  26:23

unpack  18:21

unpacking
  18:22

upset  39:12

_____

        V

values  27:22

verification
  41:23

vice  41:5

victory  16:9

videos  40:11

violate
  42:13

violation
  42:16

voice  29:6

vote  8:9
  12:9 17:15
  24:7 26:24
  27:1,9
  32:11
  36:22 42:6

voted  24:16

voter  41:20,
  24 42:2,3

voters  19:23
  20:1 23:20
  24:5 35:17
  42:7

votes  16:5
  32:12
  42:10

voting  13:15
  16:11,15
  19:18,19
  20:7 23:9
  27:19
  42:9,16

_____

        W

wage  21:23,
  24 22:2
  27:20

wait  24:6

walk  35:11

walked  16:13

walking  35:9

Walter  6:18

Walthall
  26:3

wanted  15:12

Warren  6:2,
  13

wash  25:15

Washington
  5:21

watching  2:3

7:23 14:5
  15:22

ways  13:10

website
  37:22

week  9:1
  39:11

weeks  14:22,
  25 15:2

Welchlin
  20:15,16,
  17

white  4:12
  21:12 22:3
  25:7,24
  30:9 35:9,
  11,19

whites  25:9

who'd  3:1

widespread
  10:15

Williams
  5:3,4

win  16:8

women  20:20,
  22,24
  21:1,5,8,
  9,12,21,
  23,24
  22:1,2,3,
  5,8,15,20
  27:6,7,20

Women's

20:18,19

won  32:12

work  6:24
  7:14 20:3
  21:20
  32:23

workforce
  21:22

working  9:14
  21:24
  33:15 38:7

workplace
  21:4 22:6

works  41:19

worst  21:14

writing
  13:3,6,7
  17:6

written
  20:13

wrong  20:24

_____

        Y

Yazoo  6:2,4

year  9:10,
  13,15,16,
  21 10:3
  41:21 42:1

years  28:22
  32:11 38:9

yellow  23:8

Youtube

SDT-SJLCRR-000442

STANDING JOINT CONGRESSIONAL REDISTRICTING COMMITTEE
Public Hearing on 08/23/2021                    Index: Zakiya..Zakiya

15:22

Z

Zakiya   6:7

SDT-SJLCRR-000443

JTX-030-065

SDT-SJLCRR-000444



From the desk of:

Representative Hester Jackson-McCray

Mississippi House of Representatives

District 40, DeSoto County

901-410-7875  hmccray82@gmail.com

To: The Standing Joint Committee on Reapportionment and Redistricting,

Chairman Charles Jim Beckett,

Good evening Members of the Redistricting Committee, and ladies and gentlemen in our audience... and everyone on television.

I am Representative Hester Jackson-McCray,  the first African American who has ever been elected to represent DeSoto County's House District 40,  in Mississippi's Capitol. DeSoto County has the 3rd largest minority population in our state, but I feel that our minority population communities have been successfully broken apart and gerrymandered so that our vote has been diluted, and it has been impossible for a person of color to win a seat at the legislative table where decisions are made until my House 40 victory in 2019.

I am also the proud sponsor of the Mississippi Early Voting Initiative #78 that was just approved on August the 2ⁿᵈ for signature collection by the Secretary of State, and hope you will all sign it, so that we can all enjoy the convenience of no fewer than 10 days of early voting for every election.

Tonight, I am bringing suggestions for redistricting Mississippi House, Senate, Judicial, Circuit, Chancery and Congressional Districts based upon the recently released census data so that boundaries are drawn fairly to reflect the growing minority population in Mississippi, so that we can ALL have fair representation at our Mississippi business meetings where important decisions about our future are made. Some of these suggestions are very area specific, complex and comprehensive, and since I do not want to bore the tv listeners, but provide helpful information to this committee I will only mention a few of them and then provide this committee with all of these suggestions in writing after I have finished speaking.

The biggest proposed change that I am handing to you tonight in this paperwork, which is complicated and involves moving precincts, is to create a 2ⁿᵈ minority majority Congressional District.  That is the largest redistricting recommendation that I am providing to you tonight and copies of this redistricting proposals are being sent to the voting section of the Justice Department.

Beginning with my home county of DeSoto, here are some recommendations for REDISTRICTING LEGISLATIVE DISTRICTS.  Desoto County will have around eleven Legislative seats. Presently, there is only one minority district, mine, and yet according to the new census data 42% of the DeSoto County's population is a minority.  This is way out of proportion!

A proposed solution is when you redistrict, there should be three minority House districts, which include House 40, and a new minority senate district which should be Senate District 2. All of these new boundaries should all be contained inside Desoto County.

Another example of these redistricting suggestions based upon new census information are in Harrison and Jackson Counties which will have 21 legislative seats!  Presently, only 2 are occupied by minorities, yet minorities now make up 39% of their population. There is little to no equity in these districts. This can be corrected when you redistrict.

A SOLUTION would be if 2 minority/majority House seats and one new Senate seat are drawn in Jackson County.

SDT-SJLCRR-000445

Three minority/majority House seats and one new Senate seat should be drawn in Harrison County. That would be a fair redistricting solution.

There are 70% packed Senate and House District seats!! When you redraw Mississippi's legislative districts would you please unpack them? We estimate that UNPACKING DISTRICTS WILL CREATE SEVEN ADDITIONAL MINORITY HOUSE DISTRICTS AND 4 MINORITY SENATE DISTRICTS.

These 3 Senate Districts should be drawn to reflect their constituents as new MINORITY SENATE DISTRICTS. Again, I will begin in my home County of DeSoto where we have a possible new minority majority Senate District 2 in Horn Lake and Part of Southaven, I know this is kind of a repeat, but I am from DeSoto County.

Senate District 8, should be all of Chickasaw, Supervisory 4 and 5 in Lee County, Supervisory 4 in Calhoun County, and Supervisory District 4 in Monroe County.

And ....

Senate District 10, should be all of Marshall County and parts of Panola and Tate Counties.

In conclusion, I am asking this committee to draw the new districts so that they are compact and very contiguous and represent entire neighborhoods. Please do not break up communities of interest. When you draw Mississippi's new district boundaries, please avoid racial gerrymandering and do not dilute minority voting strength.

Please comply with sections 2 and 5 of the Voting Rights Act and the 14th and 15th amendments of the Constitution. Please do not draw districts that are oddly shaped, or break up precincts down the center of streets which causes confusion among voters.

Districts and boundaries should run along major landmarks like rivers and roads, so they are easy for all of our Mississippi candidates to convey to voters.

Once your new redistricting maps are drawn, please share your work!

Give all of our Mississippi communities time to review your proposals before they are given final approval. Please call more public hearings so that you can have the most community involvement and information before voting to finalize our new Mississippi boundaries.

How you make decisions today, will set the tone in the future when Mississippi's minority population becomes the majority population.

Please be Fair.

Thank-you.
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~end of speech~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

<div align="center">REDISTRICTING LEGISLATIVE DISTRICTS</div>

Harrison and Jackson Counties will have 21 legislative seats! Presently, only 2 are occupied by minorities yet minorities now make up 39% of the population. There is little to no equity in these districts. This must be corrected.

A SOLUTION

Two House seats in Jackson and one Senate seat should be for minorities

Three House seats in Harrison and one Senate seat should be for minorities

Desoto County will have eleven Legislative seats. Presently, there is only one minority district, yet 42% of the population is minority. This is way out of proportion!

SOLUTION

Three House seats and one Senate seat inside Desoto County need to be minority districts

There are 70% packed Senate and House District seats!!

Senate Districts that are packed: 21, 36, 26, 11, 24, 28, 12, and 27.

House Districts that are packed: 110, 49, 119, 57, 9, 68, 47, 69, 72, 36, 50, 29, 30, 41, 42, 26, 33, 32, 80, 51, 27, 31, 103, 71, and 82.

SDT-SJLCRR-000446

<div align="center">JTX-030-068</div>

UNPACKING THESE DISTRICTS WILL CREATE SEVEN (7) ADDITIONAL MINORITY HOUSE DISTRICTS AND 4 MINORITY SENATE DISTRICTS.

**MINORITY SENATE DISTRICTS that should be drawn to reflect their minority/majority constituents**

Senate District 2: Horn Lake and part of Southaven
Senate District 8: All of Chickasaw, Supervisory districts 4 and 5 in Lee County, Supervisory district 4 in Calhoun County, and Supervisory district 4 in Monroe County
Senate District 10: All of Marshall and minority/majority parts of Panola and Tate Counties
Senate District 14: Drop Leflore and Tate Counties, and add all of Holmes County
Senate District 23: Drop Yazoo County and instead add these precincts of Hinds County: Bolton, Edward, and Byram.
Senate District 48: Combine minority/majority precincts in Harrison County
Senate District 51: Combine minority/majority precincts of Moss Point, Pascagoula and Gautier.
Senate District 31: Combine minority/majority precincts of Scott, Leak, and Newton.

**CREATE ONE MORE MINORITY CONGRESSIONAL DISTRICT,**
**SO MISSISSIPPI HAS 2 MINORITY/MAJORITY CONGRESSIONAL DISTRICTS.**

Redistricting for a minority/majority CD means moving supervisory districts, precincts and counties:
Move Neshoba currently in CD3 Supervisory districts 1, 3, and 4 to CD1.
In Rankin County move the following Precincts in currently CD3 to CD1:
South Brandon, Spring Hill, East Crossgate, Lakeland Drive, East Steen, Rankin, Antioch,
Brandon Central, Clary, East Cross Gate, Cross Roads, Lees Burg, and South Brandon.
In CD3 Madison County move supervisory districts 2 and 1, except precinct 111 to CD 1.
In CD3, move supervisory District 4 which is Lake Caroline precinct to CD2.
In CD2 move Claiborne and Jefferson Counties to CD3.
In CD4 in Jones County move Supervisor District 5 to CD3.
In CD4, in Forest County move the following 8 precincts to CD3: Dixie Pin, Lillie Burley, North Height, Highland Park, Hattiesburg Central, Rowan, Super Center, and West Side.

**JUDICIAL SYSTEM**

THERE ARE NINETEEN (19) STATEWIDE JUDICIAL POSTS. MINORITIES MAKE-UP 45% OF THE POPULATION IN THESE DISTRICTS BUT ONLY 15% OF POSTS.

SOLUTION

APPEALS COURT IN THE 4ᵗʰ DISTRICT
Move Jones County to fifth, and Claiborne and Jefferson Davis Counties to the fourth District.
Move Neshoba County to the Northern District and move Leflore County to the Central District.

**CIRCUIT AND CHANCERY (Minorities East of HWY 55)**
There are subdivided districts west of Highway 55, and we want them to also be created east of Hwy 55.

SOLUTION
Create subdistricts in Chancery Districts: 1,2,3,4,8,10,12,16,18,19,20 and 6.
Create subdistricts in Circuit Districts: 1,2,3,5,8.10,12,13,14,15,17,18,20.

SDT-SJLCRR-000447

Comments on Congressional Redistricting
By Kim Barber,
August 23, 2021

The major thing that must happen is to add population to the Second
Congressional District. My recommendation would be to add portions
Of the City of Jackson and all of Adams County to the Second District.
That would leave the Third District short of the required number.
That could be made up by taking populations from the First and the
Fourth Districts and moving them into the Third District.

SDT-SJLCRR-000448

JTX-030-070



*Lynn Murray Evans*

**12 Waterford Place**
**Jackson, Mississippi 39211**
**Ph: 601-366-9373**
**e-mail: levans@netdoor.com**

Thank you for having these nine public forums around the state, and being willing to listen to the concerns of Mississippians about redrawing voting district lines.

I also appreciate that the committee might be considering having some kind of public hearings, or at least some avenue for public feedback, before the redrawn state maps are voted on in the Legislature. That would make a big difference to all the communities of interest who are following this process.

I am sure you have started looking at the shifts in population around the state. Looking at the 82 counties in Mississippi, six counties – Harrison, DeSoto, Rankin, Madison, Lamar and LaFayette -- grew by about 10% or more. The cities of Oxford, D'Iberville, and Flowood all had a 30 percent or more increase. Hinds County lost 17,545 people, but we are still the largest county at 227,742. Almost all the growth in DeSoto County (20,861) was in the Black population; almost all the growth in Madison County (7,000) was white. As was true around the country, the greatest population loss in Mississippi was mainly in rural areas.

Ten counties grew by 1.9% to 8%: Jackson, Forrest, George, Ittawamba, Stone, Oktibbeha, Hancock, Pontotoc and Union. All the rest either lost population, or gained or lost so little that it was basically a wash.

The new Census numbers also show that 70 Mississippi counties do not have enough people to comprise one Mississippi Senate seat's constituency, and 43 counties do not have enough people to meet the 24,273 threshhold for a Mississippi House seat. So you will be combining counties to make new districts, but that could still mean that you can respect communities of interest, including Black communities, to make sure these communities have the opportunity to elect someone who can best represent them.

May I also note that DeSoto, Lee, Forrest, Lamar, Hancock, and Ittawamba Counties saw substantial increases in their Black population. The Census numbers show that, from 2010 to 2019, Mississippi gained nearly 20,000 Black residents, about 16,700 Hispanic residents and about 4,500 Asian residents.

SDT-SJLCRR-000449

Because I live in Hinds County, I am interested in seeing at least 4 Mississippi senators elected who live in Hinds County, given the 227,742 people who live there; as well as 9 or 10 Mississippi House members who live in Hinds county and can well represent it.

Because I live in Jackson, and because it is Mississippi's Capital City, I would like to see 2 or 3 state Senators who actually live in Jackson representing Jackson, as well as 9 or 10 House Members who live in the Capital City. The City of Jackson needs more hard working and influential legislators to lobby effectively in our city's best interests. It's not clear to me how we can sell our state to new businesses, lobby for business expansion, and get bright young professionals and innovators to move to Mississippi – or to stay in Mississippi – if we continue to neglect our Capital City.

May I also ask that universities not be split in the redrawn districts. USM is definitely a community of interest but students there look to be randomly divided into two precincts, which discourages many from voting. Surely we want our young people to vote since that is part of what can invest them in Mississippi.

The latest census numbers also show that about 38% of Mississippi residents are Black, but only about 31% of Mississippi legislators are Black; 51% of Mississippians are women but only 16% of state legislators are women. We could do better than that.

May I also ask that stacking and packing and gerrymandering voting districts to make safe districts for any party be avoided. The classic safe district has a tendency to elect more extreme, fringe party members who too often go on to embarrass the state and not serve the best interests of all Mississippians.

Finally, I want to mention some of the issues that Mississippians support but that the state legislature has not yet addressed:
Better school funding and teacher salaries closer to the SE average, Medicaid expansion, an expansion of early voting especially in the midst of this ongoing pandemic, closing the wage gap for Mississippi women, and helping more children attend quality day care with child care vouchers.

I realize that open and fair redistricting will not necessarily result in legislators who will address these issues, but it would be a start.

Again, may I thank you for holding this forum, and for continuing to work to be accountable to and best serve the people of Mississippi.

SDT-SJLCRR-000450