EXHIBIT NO. JTX-031 evid.
CAUSE NO. 3:22cv734-DPJ-HSO-LHS
WITNESS
CLERK: SHONE POWELL

FEB 26 2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
Candice Crane, REPORTER

**To:** 'Ted Booth'[Ted.Booth@peer.ms.gov]
**From:** Madalan Lennep[Madalan.Lennep@sos.ms.gov]
**Sent:** Tue 11/5/2019 12:48:54 PM (UTC-06:00)
**Subject:** RE: Reports
2019 Primary E-024.xlsx

Yes, thanks! I have found another report which might be of interest, but the voter history numbers won't be available for the General until each County processes their poll books and closes the election in SEMS.

This report includes all with voter history, whether their ballot was counted or not (Absentees and Affidavits).

Take a look and let me know what you think. It will require some clean up in the Excel formatting, but probably a lot less data entry.

Thank you,
Madalan

**Madalan Lennep, PMP**
*Elections Consultant*

Mississippi Secretary of State's Office
601-359-1309
madalan.lennep@sos.ms.gov

The information contained in this email is not an official opinion or legal advice. The information contained in this email and any attachments may be legally privileged and confidential. If you are not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this email is unauthorized and strictly prohibited. If you have received this email in error, please notify the sender and permanently delete the email and any attachments immediately. You should not retain, copy or use this email or any attachments for any purpose, nor disclose all or any part of the contents to any other person.

**From:** Ted Booth [mailto:Ted.Booth@peer.ms.gov]
**Sent:** Tuesday, November 5, 2019 12:21 PM
**To:** Madalan Lennep <Madalan.Lennep@sos.ms.gov>
**Subject:** Re: Reports

Madalan,

Thanks for your attention to this matter.

We would like accurate, precinct by precinct registration information for all of Mississippi's voting precincts as of the registration cut off date for the November, 5, 2019 general election. We will eventually be using this information to help us design districts for the House and Senate following the 2020 census PL-94-171 data delivery. When we are looking at such data as voting age population and minority voting age population, it would be beneficial to have an understanding of how many persons are actually registered in a precinct. We also look at actual elections when we devise districts, and it would be instructive to see the percentage of registered voters who turn out in given elections.

Is this what you need?

Thanks,

Ted Booth
General Counsel, PEER Committee

3:22-cv-734
JTX-031

Exhibit
16
12/18/2023
Lennep

On Nov 5, 2019, at 12:05 PM, Madalan Lennep <Madalan.Lennep@sos.ms.gov> wrote:

Hi Ted,

JTX-031-002

We are thinking the most efficient way to get exact poll book numbers would be to have a custom query written by our support company. Can you please send a request of the information you need along with how it will be used?

Thank you,
Madalan

**Madalan Lennep, PMP**
*Elections Consultant*

Mississippi Secretary of State's Office
601-359-1309
madalan.lennep@sos.ms.gov

The information contained in this email is not an official opinion or legal advice. The information contained in this email and any attachments may be legally privileged and confidential. If you are not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this email is unauthorized and strictly prohibited. If you have received this email in error, please notify the sender and permanently delete the email and any attachments immediately. You should not retain, copy or use this email or any attachments for any purpose, nor disclose all or any part of the contents to any other person.

The information contained in this email is not an official opinion. You should not consider anything in this email from the Mississippi Secretary of State's Office to be legal advice.

The information contained in this email and any attachments may be legally privileged and confidential. If you are not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this e-mail is unauthorized and strictly prohibited. If you have received this e-mail in error, please notify the sender and permanently delete the e-mail and any attachments immediately. You should not retain, copy or use this e-mail or any attachments for any purpose, nor disclose all or any part of the contents to any other person.

Email secured by Check Point
Report Phishing