CASE NO. 3:22CV734-DPJ-HSO-LHS

MS NAACP, et Al.

VS. State Board of Election Commissioners, et Al.

PLAINTIFF'S EXHIBIT JTX-001 – JTX-007
JTX-021, JTX-032, JTX-035
DATE _____ JTX-038 _____ IDEN.

DATE 2-26-2024 EVID.

BY D. Powell

AO 386   Deputy Clerk

Candice Crane, CC

MISSISSIPPI STATE CONFERENCE OF THE NATIONAL ASSOCIATION
FOR THE ADVANCEMENT OF COLORED PEOPLE; et al., vs. STATE
BOARD OF ELECTION COMMISSIONERS; et al.

CIVIL ACTION NO.
3:22-cv-734-DPJ-HSO-LHS

FLASH DRIVES

JTX Stamped Trial Exhibits

# JTX-032

# Provided in Native Format for Exhibit 17 of Deposition of Madalan Lennep, 2019 Primary Turnout Report, REL0000000071.0001

3:22-cv-734

JTX-032