EXHIBIT NO. JTX-030 evid.
CAUSE NO. 3:22cv734-DPJ-HSO-LHS
WITNESS
CLERK: SHONE POWELL

FEB 26 2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
Candice Crane, REPORTER

**To:** 'Ted Booth'[Ted.Booth@peer.ms.gov]
**From:** Madalan Lennep[Madalan.Lennep@sos.ms.gov]
**Sent:** Thur 11/21/2019 12:26:28 PM (UTC-06:00)
**Subject:** Data Request
Hinds Precincts 46 Address Library.csv

Hi Ted,

The number of Active Voters in the poll book for Hinds Precinct 46 in the 2019 General Election was 3,058.



The Address Library report you requested for Precinct 46 is attached.

Please let me know if you need additional information.

Thank you,
Madalan

**Madalan Lennep, PMP**
*Elections Consultant*

Mississippi Secretary of State's Office
601-359-1309
madalan.lennep@sos.ms.gov

3:22-cv-734

JTX-033

Exhibit 19
12/18/2023
Lennep

The information contained in this email is not an official opinion or legal advice. The information contained in this email and any attachments may be legally privileged and confidential. If you are not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this email is unauthorized and strictly prohibited. If you have received this email in error, please notify the sender and permanently delete the email and any attachments immediately. You should not retain, copy or use this email or any attachments for any purpose, nor disclose all or any part of the contents to any other person.