EXHIBIT NO. JTX-036 evid.
CAUSE NO. 3:22cv734-DPJ-HSO-LHS
WITNESS:
CLERK: SHONE POWELL

FEB 26 2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
Candice Crane, REPORTER

**To:** 'Ben Collins'[Ben.Collins@peer.ms.gov]
**From:** Madalan Lennep[/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=3129271643414B14A7FDEBBB2B13C49E-MADALAN LEN]
**Sent:** Thur 6/17/2021 4:59:49 PM (UTC-05:00)
**Subject:** RE: Checking in from Redistricting
Governor 2019 Results by Precinct.csv
Adams County Turnout .xlsx

Hi Ben,

Sorry for the delay...Please see attached.

Are you still interested in Voter Turnout by precinct? Here is a sample for Adams County 2020 General. This has to be done one county at a time by election but I will be happy to provide if it will be useful.

Thanks,
Madalan

**From:** Ben Collins <Ben.Collins@peer.ms.gov>
**Sent:** Wednesday, June 16, 2021 9:21 AM
**To:** Madalan Lennep <Madalan.Lennep@sos.ms.gov>
**Subject:** Re: Checking in from Redistricting

Madalan,

We are building the data library, and the last email from January 25th, has a duplicate file.

I think we are missing the Reeves/Hood 2019 Gov race performance by precinct. Can you resend?

Ben



Ben Collins

GIS Director

Mississippi Legislature

*Standing Joint Legislative Committee on Reapportionment*

*Performance Evaluation and Expenditure Review*

**Exhibit 29**
12/18/2023
Lennep

**From:** Madalan Lennep <Madalan.Lennep@sos.ms.gov>
**Sent:** Monday, January 25, 2021 1:06 PM
**To:** Ben Collins <Ben.Collins@peer.ms.gov>
**Subject:** RE: Checking in from Redistricting

Hi Ben,

Here are the vote results by precinct for the three races you requested. Please take a look and let me know if you have any questions.

I will continue working on the voter turnout reports.

Thanks,
Madalan

3:22-cv-734
JTX-036

**From:** Ben Collins <Ben.Collins@peer.ms.gov>
**Sent:** Monday, January 25, 2021 9:06 AM
**To:** Madalan Lennep <Madalan.Lennep@sos.ms.gov>
**Subject:** Checking in from Redistricting

Madalan,

Are you back in the office yet?

Ben

Ben Collins

GIS Director

Mississippi Legislature

*Standing Joint Legislative Committee on Reapportionment*

*Performance Evaluation and Expenditure Review*