EXHIBIT NO. JTX-037 evid.
CAUSE NO. 3:22cv734-DPJ-HSO-LHS
WITNESS
CLERK: SHONE POWELL

FEB 26 2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
Candice Crane, REPORTER

**To:** 'Ben Collins'[Ben.Collins@peer.ms.gov]
**Cc:** Ted Booth[Ted.Booth@peer.ms.gov]; Kyle Kirkpatrick[Kyle.Kirkpatrick@sos.ms.gov]
**From:** Madalan Lennep[/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=3129271643414B14A7FDEBBB2B13C49E-MADALAN LEN]
**Sent:** Wed 7/14/2021 4:43:31 PM (UTC-05:00)
**Subject:** RE: Follow up Redistricting request
2019AttorneyGeneral_ElectionResult.csv

Hi Ben,

Sorry for the delay...had a technical difficulty, but please see attached Fitch/Collins results by precinct.

Thanks,
Madalan

**From:** Ben Collins <Ben.Collins@peer.ms.gov>
**Sent:** Friday, July 9, 2021 10:01 AM
**To:** Madalan Lennep <Madalan.Lennep@sos.ms.gov>
**Cc:** Ted Booth <Ted.Booth@peer.ms.gov>; Kyle Kirkpatrick <Kyle.Kirkpatrick@sos.ms.gov>
**Subject:** Follow up Redistricting request

Hey Madalan,

As a follow up request, the redistricting committee counsel directed that we gather the precinct level election returns for the Attorney General race in 2019 between Lynn Fitch and Jennifer Riley Collins. The format of the previous returns you sent worked well for us, so please send in the same format.

Additionally, the county level turnout results that we previously discussed are also of great utility and therefore we request the full 82 county record.

Madalan, thank you so much for all you have done for this office, now and over many years. It's good to know you are there.

Ben


Ben Collins

GIS Director

Mississippi Legislature

*Standing Joint Legislative Committee on Reapportionment*

*Performance Evaluation and Expenditure Review*

3:22-cv-734
JTX-037

Exhibit 31
12/18/2023
Lennep