CASE NO. 3:22CV734-DPJ-HSO-LHS

MS NAACP, et al.

VS. State Board of Election Commissioners, et al.

PLAINTIFF'S EXHIBIT JTX-001 – JTX-007
JTX-021, JTX-032, JTX-035
DATE _____ JTX-038 _____ IDEN.

DATE  2-26-2024  EVID.

BY  D. Powell

AO 386    Deputy Clerk

Candice Crane, CC

MISSISSIPPI STATE CONFERENCE OF THE NATIONAL ASSOCIATION
FOR THE ADVANCEMENT OF COLORED PEOPLE; et al., vs. STATE
BOARD OF ELECTION COMMISSIONERS; et al.

CIVIL ACTION NO.
3:22-cv-734-DPJ-HSO-LHS

FLASH DRIVES

JTX Stamped Trial Exhibits

# JTX-038

Provided in Native Format for Exhibit 32 of Deposition of Madalan Lennep, 2019 Attorney General Precinct-Level Election Results, MS00000342.0001

3:22-cv-734

JTX-038