EXHIBIT NO. JTX-042 evid.
CAUSE NO. 3:22cv734-DPJ-HSO-LHS
WITNESS
CLERK: SHONE POWELL

FEB 26 2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
Candice Crane, REPORTER

**To:** 'Ben Collins'[Ben.Collins@peer.ms.gov]
**From:** Madalan Lennep[/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=3129271643414B14A7FDEBBB2B13C49E-MADALAN LEN]
**Sent:** Thur 7/29/2021 5:17:02 PM (UTC-05:00)
**Subject:** Attorney General 2019 Turnout numbers

Adams.xlsx
Alcorn.xlsx
Amite.xlsx
Attala.xlsx
Benton.xlsx
Bolivar.xlsx
Calhoun.xlsx
Carroll.xlsx
Chickasaw.xlsx
Choctaw.xlsx
Claiborne.xlsx
Clarke.xlsx
Clay.xlsx
Coahoma.xlsx
Copiah.xlsx
Covington.xlsx
DeSoto.xlsx
Forrest.xlsx
Franklin.xlsx
George.xlsx
Greene.xlsx
Grenada.xlsx
Hancock.xlsx
Harrison.xlsx
Hinds.xlsx
Holmes.xlsx
Humphreys.xlsx
Issaquena.xlsx
Itawamba.xlsx
Jackson.xlsx
Jasper.xlsx
Jefferson Davis.xlsx
Jefferson.xlsx
Jones.xlsx
Kemper.xlsx
Lafayette.xlsx
Lamar.xlsx
Lauderdale.xlsx
Lawrence.xlsx
Leake.xlsx
Lee.xlsx
Leflore.xlsx
Lincoln.xlsx
Lowndes.xlsx
Madison.xlsx
Marion.xlsx
Marshall.xlsx
Monroe.xlsx
Montgomery.xlsx
Neshoba.xlsx
Newton.xlsx
Noxubee.xlsx
Oktibbeha.xlsx
Panola.xlsx
Pearl River.xlsx
Perry.xlsx
Pike.xlsx
Pontotoc.xlsx
Prentiss.xlsx
Quitman.xlsx
Rankin.xlsx
Scott.xlsx
Sharkey.xlsx

3:22-cv-734
JTX-042

Exhibit 37
12/18/2023
Lennep

Simpson.xlsx
Smith.xlsx
Stone.xlsx
Sunflower.xlsx
Tallahatchie.xlsx
Tate.xlsx
Tippah.xlsx
Tishomingo.xlsx
Tunica.xlsx
Union.xlsx
Walthall.xlsx
Warren.xlsx
Washington.xlsx
Wayne.xlsx
Webster.xlsx
Wilkinson.xlsx
Winston.xlsx
Yalobusha.xlsx
Yazoo.xlsx

Hi Ben,

Here is the last group of reports.

Please let me know if I can assist further!

Thanks,
Madalan

From: Ben Collins <Ben.Collins@peer.ms.gov>
Sent: Wednesday, July 28, 2021 3:58 PM
To: Madalan Lennep <Madalan.Lennep@sos.ms.gov>
Subject: Re: Followup on county level turnout data

Yes maam! I'm hot on something else, so it might take a minute to circle back it. Heady times!

B

From: Madalan Lennep <Madalan.Lennep@sos.ms.gov>
Sent: Tuesday, July 27, 2021 4:47 PM
To: Ben Collins <Ben.Collins@peer.ms.gov>
Subject: RE: Followup on county level turnout data

Hi Ben,

Did you receive the files I sent last night? Three different emails...

Thanks,
Madalan

From: Ben Collins <Ben.Collins@peer.ms.gov>
Sent: Wednesday, July 21, 2021 1:43 PM
To: Madalan Lennep <Madalan.Lennep@sos.ms.gov>
Subject: Re: Followup on county level turnout data

M,

End of week sounds good. Wait till they are all done.

Yes, if we are getting the other three, we will need it for the AG race as well.

JTX-042-002

Thanks so much!

B

---

**From:** Madalan Lennep <Madalan.Lennep@sos.ms.gov>
**Sent:** Tuesday, July 20, 2021 3:10 PM
**To:** Ben Collins <Ben.Collins@peer.ms.gov>
**Subject:** Re: Followup on county level turnout data

Hi Ben,

Will try to have it finished this week.

Couple of questions:
- Do you want the counties I have already done?
- Do you need turnout for the AGs race as well as the others?

Thanks,
Madalan

> On Jul 20, 2021, at 8:35 AM, Ben Collins <Ben.Collins@peer.ms.gov> wrote:
>
> Hey Madalan,
>
> Thanks for the AG race data! Awesome.
>
> Trying to finalize the data collection, and wanted to follow up about the turnout data.
>
> Thanks!
>
> Ben Collins
>
> GIS Director
>
> Mississippi Legislature
>
> *Standing Joint Legislative Committee on Reapportionment*
>
> *Performance Evaluation and Expenditure Review*