EXHIBIT NO. JTX-047 evid.
CAUSE NO. 3:22cv734-DPJ-HSO-LHS
WITNESS _____
CLERK: _____ SHONE POWELL _____

FEB 26 2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
Candice Crane, REPORTER

# MS Senate Districts
## JR202 as Adopted on March 29th, 2022