EXHIBIT NO. JTX-048 evid.
CAUSE NO. 3:22cv734-DPJ-HSO-LHS
WITNESS:
CLERK: SHONE POWELL

FEB 26 2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
Candice Crane, REPORTER

# MS House Districts
## JR1 as Amended on March 29, 2022