EXHIBIT NO. JTX-050 evid.
CAUSE NO. 3:22cv734-DPJ-HSO-LHS
WITNESS _____
CLERK: _____ SHONE POWELL

FEB 26 2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
Candice Crane, REPORTER

Title: JR202
SOURCE: US BUREAU OF CENSUS PL94-171, 2020
Version: 1.2   Date: March 28th, 2022

Plan Geography: Statewide

Precinct Year: 2020

Total Plan Population: 2,961,279

Number of Districts: 52

Ideal District Size: 56,948

### Summary Statistics

|  | DISTRICT | TOTAL | DEVN | % DEVN. |
|---|---|---|---|---|
| Highest Deviation: | 28042 | 59769 | 2821 | 4.95% |
| Highest Deviation: | 28049 | 59739 | 2791 | 4.90% |
| Highest Deviation: | 28039 | 59727 | 2779 | 4.88% |
| Lowest Deviation: | 28015 | 54122 | -2826 | -4.96% |
| Lowest Deviation: | 28017 | 54117 | -2831 | -4.97% |
| Lowest Deviation: | 28014 | 54111 | -2837 | -4.98% |

Note: APBVAP: Black Alone or In Part, 18 and over

| DISTRICTS WITH 50% OR MORE BLACK POPULATION | | | | | | BVAP | APBVAP |
|---|---|---|---|---|---|---|---|
| District | TOTAL | DEVN | %DEVN | 18+Pop | 18+Black | %18+ Black | %18+ APBVAP |
| 28011 | 54,677 | -2,271 | -3.99% | 40,419 | 24,749 | 61.23% | 62.38% |
| 28012 | 54,639 | -2,309 | -4.05% | 42,004 | 28,290 | 67.35% | 68.51% |
| 28013 | 54,387 | -2,561 | -4.50% | 42,273 | 27,113 | 64.14% | 65.16% |
| 28016 | 54,158 | -2,790 | -4.90% | 42,060 | 26,063 | 61.97% | 63.06% |
| 28021 | 54,626 | -2,322 | -4.08% | 41,243 | 25,749 | 62.43% | 63.45% |
| 28022 | 54,710 | -2,238 | -3.93% | 41,218 | 24,304 | 58.96% | 59.95% |
| 28024 | 54,335 | -2,613 | -4.59% | 40,822 | 26,127 | 64.00% | 65.11% |
| 28026 | 57,722 | 774 | 1.36% | 44,813 | 29,711 | 66.30% | 67.46% |
| 28027 | 58,455 | 1,507 | 2.65% | 46,066 | 30,275 | 65.72% | 67.00% |
| 28028 | 57,247 | 299 | 0.53% | 43,618 | 35,755 | 81.97% | 83.40% |
| 28029 | 54,712 | -2,236 | -3.93% | 43,378 | 22,757 | 52.46% | 53.49% |
| 28032 | 54,397 | -2,551 | -4.48% | 41,037 | 26,532 | 64.65% | 65.94% |
| 28034 | 56,556 | -392 | -0.69% | 43,070 | 23,844 | 55.36% | 56.48% |
| 28037 | 59,040 | 2,092 | 3.67% | 46,589 | 28,046 | 60.20% | 61.30% |
| 28038 | 59,405 | 2,457 | 4.31% | 46,096 | 27,762 | 60.23% | 61.45% |

| TOTAL POPULATION BY DISTRICT | | | | | | BVAP | APBVAP |
|---|---|---|---|---|---|---|---|
| District | TOTAL | DEVN | %DEVN | 18+Pop | 18+Black | %18+ Black | %18+ APBVAP |
| 28001 | 56,991 | 43 | 0.08% | 42,710 | 10,560 | 24.72% | 25.40% |
| 28002 | 57,640 | 692 | 1.22% | 43,422 | 13,905 | 32.02% | 32.88% |
| 28003 | 59,005 | 2,057 | 3.61% | 45,381 | 11,253 | 24.80% | 25.58% |
| 28004 | 56,555 | -393 | -0.69% | 43,590 | 5,874 | 13.48% | 14.02% |
| 28005 | 58,670 | 1,722 | 3.02% | 45,880 | 3,081 | 6.72% | 7.18% |
| 28006 | 58,981 | 2,033 | 3.57% | 45,316 | 8,026 | 17.71% | 18.30% |
| 28007 | 56,427 | -521 | -0.91% | 43,252 | 16,930 | 39.14% | 40.08% |

| District | TOTAL | DEVN | %DEVN | 18+Pop | 18+Black | BVAP %18+ Black | APBVAP %18+ APBVAP |
|---|---|---|---|---|---|---|---|
| 28008 | 59,525 | 2,577 | 4.53% | 46,202 | 13,391 | 28.98% | 29.72% |
| 28009 | 58,854 | 1,906 | 3.35% | 47,932 | 9,554 | 19.93% | 20.61% |
| 28010 | 59,487 | 2,539 | 4.46% | 46,778 | 15,243 | 32.59% | 33.47% |
| 28011 | 54,677 | -2,271 | -3.99% | 40,419 | 24,749 | 61.23% | 62.38% |
| 28012 | 54,639 | -2,309 | -4.05% | 42,004 | 28,290 | 67.35% | 68.51% |
| 28013 | 54,387 | -2,561 | -4.50% | 42,273 | 27,113 | 64.14% | 65.16% |
| 28014 | 54,111 | -2,837 | -4.98% | 41,915 | 15,460 | 36.88% | 37.69% |
| 28015 | 54,122 | -2,826 | -4.96% | 44,109 | 11,218 | 25.43% | 26.07% |
| 28016 | 54,158 | -2,790 | -4.90% | 42,060 | 26,063 | 61.97% | 63.06% |
| 28017 | 54,117 | -2,831 | -4.97% | 42,630 | 12,273 | 28.79% | 29.48% |
| 28018 | 54,256 | -2,692 | -4.73% | 40,382 | 10,622 | 26.30% | 27.04% |
| 28019 | 54,868 | -2,080 | -3.65% | 40,363 | 9,967 | 24.69% | 25.44% |
| 28020 | 55,424 | -1,524 | -2.68% | 42,478 | 6,682 | 15.73% | 16.22% |
| 28021 | 54,626 | -2,322 | -4.08% | 41,243 | 25,749 | 62.43% | 63.45% |
| 28022 | 54,710 | -2,238 | -3.93% | 41,218 | 24,304 | 58.96% | 59.95% |
| 28023 | 54,789 | -2,159 | -3.79% | 42,488 | 17,742 | 41.76% | 42.64% |
| 28024 | 54,335 | -2,613 | -4.59% | 40,822 | 26,127 | 64.00% | 65.11% |
| 28025 | 54,273 | -2,675 | -4.70% | 41,790 | 10,064 | 24.08% | 24.69% |
| 28026 | 57,722 | 774 | 1.36% | 44,813 | 29,711 | 66.30% | 67.46% |
| 28027 | 58,455 | 1,507 | 2.65% | 46,066 | 30,275 | 65.72% | 67.00% |
| 28028 | 57,247 | 299 | 0.53% | 43,618 | 35,755 | 81.97% | 83.40% |
| 28029 | 54,712 | -2,236 | -3.93% | 43,378 | 22,757 | 52.46% | 53.49% |
| 28030 | 55,711 | -1,237 | -2.17% | 43,139 | 11,778 | 27.30% | 28.00% |
| 28031 | 55,190 | -1,758 | -3.09% | 40,899 | 12,386 | 30.28% | 31.08% |
| 28032 | 54,397 | -2,551 | -4.48% | 41,037 | 26,532 | 64.65% | 65.94% |
| 28033 | 54,883 | -2,065 | -3.63% | 42,632 | 11,598 | 27.20% | 27.93% |
| 28034 | 56,556 | -392 | -0.69% | 43,070 | 23,844 | 55.36% | 56.48% |
| 28035 | 58,139 | 1,191 | 2.09% | 44,759 | 17,194 | 38.41% | 39.38% |
| 28036 | 58,619 | 1,671 | 2.93% | 44,613 | 7,964 | 17.85% | 18.25% |
| 28037 | 59,040 | 2,092 | 3.67% | 46,589 | 28,046 | 60.20% | 61.30% |
| 28038 | 59,405 | 2,457 | 4.31% | 46,096 | 27,762 | 60.23% | 61.45% |
| 28039 | 59,727 | 2,779 | 4.88% | 45,749 | 12,744 | 27.86% | 28.52% |
| 28040 | 59,417 | 2,469 | 4.34% | 45,874 | 5,798 | 12.64% | 13.28% |
| 28041 | 59,406 | 2,458 | 4.32% | 45,090 | 13,251 | 29.39% | 29.96% |
| 28042 | 59,769 | 2,821 | 4.95% | 44,999 | 7,193 | 15.98% | 16.60% |
| 28043 | 55,114 | -1,834 | -3.22% | 42,216 | 9,708 | 23.00% | 23.48% |
| 28044 | 55,654 | -1,294 | -2.27% | 41,668 | 9,466 | 22.72% | 23.61% |
| 28045 | 59,502 | 2,554 | 4.48% | 47,539 | 11,780 | 24.78% | 25.42% |
| 28046 | 59,647 | 2,699 | 4.74% | 45,969 | 3,438 | 7.48% | 8.33% |
| 28047 | 59,203 | 2,255 | 3.96% | 45,110 | 4,400 | 9.75% | 10.43% |
| 28048 | 58,933 | 1,985 | 3.49% | 45,511 | 12,759 | 28.04% | 29.40% |
| 28049 | 59,739 | 2,791 | 4.90% | 46,247 | 12,571 | 27.18% | 28.61% |
| 28050 | 59,591 | 2,643 | 4.64% | 45,272 | 9,439 | 20.85% | 22.29% |
| 28051 | 57,105 | 157 | 0.28% | 44,683 | 10,691 | 23.93% | 24.96% |
| 28052 | 58,769 | 1,821 | 3.20% | 44,306 | 9,883 | 22.31% | 23.48% |

**JTX-050-002**