EXHIBIT NO. JTX-052 evid.
CAUSE NO. 3:22cv734-DPJ-HSO-LHS
WITNESS:
CLERK: SHONE POWELL

FEB 26 2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
Condice Crane, REPORTER

# HOUSE JR1_SUMMARY 2020
## SOURCE: US BUREAU OF CENSUS PL94-171, 2020

Version: 1.0    Date: March 31th, 2022

Plan Geography: Statewide                                    Precinct Year: 2020

| | | |
|---|---|---|
| Total Plan Population: 2,961,279 | Number of Districts: 122 | Ideal District Size: 24,273 |

### Summary Statistics

| | DISTRICT | TOTAL | DEVN | % DEVN. |
|---|---|---|---|---|
| Highest Deviation: | 28061 | 25,472 | 1199 | 4.94% |
| Highest Deviation: | 28112 | 25,470 | 1197 | 4.93% |
| Highest Deviation: | 28101 | 25,463 | 1190 | 4.90% |
| Lowest Deviation: | 28045 | 23,077 | -1196 | -4.93% |
| Lowest Deviation: | 28026 | 23,068 | -1205 | -4.96% |
| Lowest Deviation: | 28082 | 23,066 | -1207 | -4.97% |

Note: APBVAP: Black Alone or In Part, 18 and over

### DISTRICTS WITH 50% OR MORE BLACK POPULATION

| District | TOTAL | DEVN | %DEVN | 18+Pop | 18+Black | BVAP %18+ Black | APBVAP %18+APBVAP |
|---|---|---|---|---|---|---|---|
| 28005 | 23,345 | -928 | -3.82% | 18,730 | 10,978 | 58.61% | 59.71% |
| 28009 | 24,472 | 199 | 0.82% | 18,437 | 12,099 | 65.62% | 66.81% |
| 28011 | 23,331 | -942 | -3.88% | 17,497 | 10,807 | 61.76% | 62.88% |
| 28016 | 24,962 | 689 | 2.84% | 18,884 | 11,491 | 60.85% | 62.29% |
| 28026 | 23,068 | -1,205 | -4.96% | 17,890 | 12,430 | 69.48% | 70.65% |
| 28027 | 24,990 | 717 | 2.95% | 18,306 | 11,100 | 60.64% | 61.49% |
| 28029 | 24,854 | 581 | 2.39% | 18,892 | 12,113 | 64.12% | 65.34% |
| 28030 | 24,871 | 598 | 2.46% | 19,150 | 11,524 | 60.18% | 61.11% |
| 28031 | 24,485 | 212 | 0.87% | 18,818 | 12,338 | 65.56% | 66.59% |
| 28032 | 23,696 | -577 | -2.38% | 17,345 | 13,914 | 80.22% | 81.71% |
| 28036 | 23,869 | -404 | -1.66% | 18,815 | 11,326 | 60.20% | 61.18% |
| 28038 | 25,167 | 894 | 3.68% | 19,816 | 10,580 | 53.39% | 54.35% |
| 28040 | 23,951 | -322 | -1.33% | 17,203 | 9,058 | 52.65% | 53.78% |
| 28041 | 23,119 | -1,154 | -4.75% | 17,823 | 11,813 | 66.28% | 67.46% |
| 28042 | 23,231 | -1,042 | -4.29% | 17,773 | 11,332 | 63.76% | 65.05% |
| 28045 | 23,077 | -1,196 | -4.93% | 17,561 | 9,419 | 53.64% | 54.60% |
| 28047 | 24,021 | -252 | -1.04% | 19,322 | 13,447 | 69.59% | 70.53% |
| 28049 | 23,157 | -1,116 | -4.60% | 17,691 | 12,504 | 70.68% | 71.73% |
| 28050 | 23,142 | -1,131 | -4.66% | 17,691 | 11,625 | 65.71% | 66.94% |
| 28051 | 23,860 | -413 | -1.70% | 17,619 | 13,842 | 78.56% | 79.96% |
| 28055 | 24,262 | -11 | -0.05% | 18,324 | 11,859 | 64.72% | 65.79% |
| 28057 | 24,025 | -248 | -1.02% | 17,967 | 12,035 | 66.98% | 68.16% |
| 28063 | 24,499 | 226 | 0.93% | 19,950 | 11,611 | 58.20% | 58.91% |
| 28065 | 24,020 | -253 | -1.04% | 18,434 | 14,271 | 77.42% | 78.73% |
| 28066 | 23,108 | -1,165 | -4.80% | 17,996 | 11,368 | 63.17% | 64.05% |
| 28067 | 23,249 | -1,024 | -4.22% | 18,925 | 13,986 | 73.90% | 75.55% |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 28068 | 24,623 | 350 | 1.44% | 20,485 | 12,468 | 60.86% | 61.97% |
| 28069 | 23,691 | -582 | -2.40% | 17,465 | 15,476 | 88.61% | 90.36% |
| 28070 | 23,913 | -360 | -1.48% | 18,272 | 14,940 | 81.76% | 83.18% |
| 28071 | 23,814 | -459 | -1.89% | 17,612 | 13,237 | 75.16% | 76.22% |
| 28072 | 24,251 | -22 | -0.09% | 18,906 | 12,585 | 66.57% | 67.92% |
| 28076 | 23,358 | -915 | -3.77% | 17,998 | 11,025 | 61.26% | 62.61% |
| 28080 | 24,509 | 236 | 0.97% | 18,053 | 12,086 | 66.95% | 68.27% |
| 28082 | 23,066 | -1,207 | -4.97% | 17,389 | 12,825 | 73.75% | 75.20% |
| 28085 | 23,243 | -1,030 | -4.24% | 18,099 | 11,460 | 63.32% | 64.26% |
| 28091 | 23,537 | -736 | -3.03% | 18,215 | 9,768 | 53.63% | 54.65% |
| 28094 | 23,101 | -1,172 | -4.83% | 18,240 | 12,038 | 66.00% | 67.30% |
| 28096 | 23,255 | -1,018 | -4.19% | 18,573 | 10,561 | 56.86% | 58.11% |
| 28098 | 25,161 | 888 | 3.66% | 18,953 | 11,898 | 62.78% | 63.87% |
| 28103 | 24,994 | 721 | 2.97% | 18,949 | 12,408 | 65.48% | 66.93% |
| 28110 | 23,705 | -568 | -2.34% | 18,416 | 11,395 | 61.88% | 63.52% |
| 28119 | 24,714 | 441 | 1.82% | 18,341 | 11,089 | 60.46% | 62.48% |

| | TOTAL POPULATION BY DISTRICT | | | | | BVAP | APBVAP |
|---|---|---|---|---|---|---|---|
| District | TOTAL | DEVN | %DEVN | 18+Pop | 18+Black | %18+ Black | %18+APBVAP |
| 28001 | 23,965 | -308 | -1.27% | 18,942 | 547 | 2.89% | 3.34% |
| 28002 | 23,089 | -1,184 | -4.88% | 17,753 | 2,880 | 16.22% | 16.78% |
| 28003 | 25,373 | 1,100 | 4.53% | 19,694 | 1,930 | 9.80% | 10.39% |
| 28004 | 23,122 | -1,151 | -4.74% | 17,768 | 2,662 | 14.98% | 15.55% |
| 28005 | 23,345 | -928 | -3.82% | 18,730 | 10,978 | 58.61% | 59.71% |
| 28006 | 23,733 | -540 | -2.22% | 17,739 | 5,419 | 30.55% | 31.44% |
| 28007 | 24,015 | -258 | -1.06% | 18,618 | 5,328 | 28.62% | 29.39% |
| 28008 | 23,708 | -565 | -2.33% | 18,356 | 3,998 | 21.78% | 22.53% |
| 28009 | 24,472 | 199 | 0.82% | 18,437 | 12,099 | 65.62% | 66.81% |
| 28010 | 25,442 | 1,169 | 4.82% | 20,041 | 4,255 | 21.23% | 21.90% |
| 28011 | 23,331 | -942 | -3.88% | 17,497 | 10,807 | 61.76% | 62.88% |
| 28012 | 25,332 | 1,059 | 4.36% | 21,682 | 3,444 | 15.88% | 16.53% |
| 28013 | 23,379 | -894 | -3.68% | 17,951 | 3,366 | 18.75% | 19.68% |
| 28014 | 24,198 | -75 | -0.31% | 18,442 | 2,935 | 15.91% | 16.53% |
| 28015 | 23,245 | -1,028 | -4.24% | 17,339 | 2,819 | 16.26% | 16.88% |
| 28016 | 24,962 | 689 | 2.84% | 18,884 | 11,491 | 60.85% | 62.29% |
| 28017 | 23,560 | -713 | -2.94% | 18,177 | 4,441 | 24.43% | 25.10% |
| 28018 | 24,540 | 267 | 1.10% | 18,726 | 3,302 | 17.63% | 18.12% |
| 28019 | 24,592 | 319 | 1.31% | 19,046 | 1,840 | 9.66% | 10.09% |
| 28020 | 23,494 | -779 | -3.21% | 17,708 | 5,884 | 33.23% | 34.05% |
| 28021 | 24,968 | 695 | 2.86% | 19,409 | 1,411 | 7.27% | 7.61% |
| 28022 | 23,854 | -419 | -1.73% | 18,263 | 5,338 | 29.23% | 29.86% |
| 28023 | 23,504 | -769 | -3.17% | 18,224 | 3,066 | 16.82% | 17.42% |
| 28024 | 24,177 | -96 | -0.40% | 17,680 | 3,462 | 19.58% | 20.16% |
| 28025 | 24,635 | 362 | 1.49% | 18,772 | 5,008 | 26.68% | 27.48% |
| 28026 | 23,068 | -1,205 | -4.96% | 17,890 | 12,430 | 69.48% | 70.65% |
| 28027 | 24,990 | 717 | 2.95% | 18,306 | 11,100 | 60.64% | 61.49% |
| 28028 | 25,161 | 888 | 3.66% | 18,730 | 1,834 | 9.79% | 10.19% |
| 28029 | 24,854 | 581 | 2.39% | 18,892 | 12,113 | 64.12% | 65.34% |
| 28030 | 24,871 | 598 | 2.46% | 19,150 | 11,524 | 60.18% | 61.11% |

| District | TOTAL POPULATION BY DISTRICT | | | | | BVAP | APBVAP |
|---|---|---|---|---|---|---|---|
| District | TOTAL | DEVN | %DEVN | 18+Pop | 18+Black | %18+ Black | %18+APBVAP |
| 28031 | 24,485 | 212 | 0.87% | 18,818 | 12,338 | 65.56% | 66.59% |
| 28032 | 23,696 | -577 | -2.38% | 17,345 | 13,914 | 80.22% | 81.71% |
| 28033 | 25,385 | 1,112 | 4.58% | 18,937 | 4,580 | 24.19% | 25.52% |
| 28034 | 25,236 | 963 | 3.97% | 20,026 | 6,163 | 30.78% | 31.55% |
| 28035 | 23,092 | -1,181 | -4.87% | 17,998 | 4,785 | 26.59% | 27.24% |
| 28036 | 23,869 | -404 | -1.66% | 18,815 | 11,326 | 60.20% | 61.18% |
| 28037 | 23,677 | -596 | -2.46% | 18,131 | 4,213 | 23.24% | 23.81% |
| 28038 | 25,167 | 894 | 3.68% | 19,816 | 10,580 | 53.39% | 54.35% |
| 28039 | 24,373 | 100 | 0.41% | 19,273 | 4,148 | 21.52% | 22.22% |
| 28040 | 23,951 | -322 | -1.33% | 17,203 | 9,058 | 52.65% | 53.78% |
| 28041 | 23,119 | -1,154 | -4.75% | 17,823 | 11,813 | 66.28% | 67.46% |
| 28042 | 23,231 | -1,042 | -4.29% | 17,773 | 11,332 | 63.76% | 65.05% |
| 28043 | 24,691 | 418 | 1.72% | 21,392 | 3,608 | 16.87% | 17.46% |
| 28044 | 24,361 | 88 | 0.36% | 17,786 | 2,588 | 14.55% | 15.25% |
| 28045 | 23,077 | -1,196 | -4.93% | 17,561 | 9,419 | 53.64% | 54.60% |
| 28046 | 23,873 | -400 | -1.65% | 19,056 | 5,905 | 30.99% | 31.70% |
| 28047 | 24,021 | -252 | -1.04% | 19,322 | 13,447 | 69.59% | 70.53% |
| 28048 | 24,113 | -160 | -0.66% | 18,507 | 5,498 | 29.71% | 30.44% |
| 28049 | 23,157 | -1,116 | -4.60% | 17,691 | 12,504 | 70.68% | 71.73% |
| 28050 | 23,142 | -1,131 | -4.66% | 17,691 | 11,625 | 65.71% | 66.94% |
| 28051 | 23,860 | -413 | -1.70% | 17,619 | 13,842 | 78.56% | 79.96% |
| 28052 | 24,024 | -249 | -1.03% | 18,362 | 4,954 | 26.98% | 27.88% |
| 28053 | 23,418 | -855 | -3.52% | 17,755 | 5,441 | 30.64% | 31.33% |
| 28054 | 23,169 | -1,104 | -4.55% | 18,466 | 4,639 | 25.12% | 25.85% |
| 28055 | 24,262 | -11 | -0.05% | 18,324 | 11,859 | 64.72% | 65.79% |
| 28056 | 25,330 | 1,057 | 4.35% | 19,609 | 4,383 | 22.35% | 22.97% |
| 28057 | 24,025 | -248 | -1.02% | 17,967 | 12,035 | 66.98% | 68.16% |
| 28058 | 24,874 | 601 | 2.48% | 18,054 | 2,446 | 13.55% | 13.96% |
| 28059 | 25,447 | 1,174 | 4.84% | 19,457 | 2,457 | 12.63% | 13.12% |
| 28060 | 25,378 | 1,105 | 4.55% | 18,696 | 3,572 | 19.11% | 19.72% |
| 28061 | 25,472 | 1,199 | 4.94% | 19,434 | 4,245 | 21.84% | 22.65% |
| 28062 | 25,064 | 791 | 3.26% | 19,112 | 2,946 | 15.41% | 15.93% |
| 28063 | 24,499 | 226 | 0.93% | 19,950 | 11,611 | 58.20% | 58.91% |
| 28064 | 23,958 | -315 | -1.30% | 19,089 | 5,726 | 30.00% | 30.99% |
| 28065 | 24,020 | -253 | -1.04% | 18,434 | 14,271 | 77.42% | 78.73% |
| 28066 | 23,108 | -1,165 | -4.80% | 17,996 | 11,368 | 63.17% | 64.05% |
| 28067 | 23,249 | -1,024 | -4.22% | 18,925 | 13,986 | 73.90% | 75.55% |
| 28068 | 24,623 | 350 | 1.44% | 20,485 | 12,468 | 60.86% | 61.97% |
| 28069 | 23,691 | -582 | -2.40% | 17,465 | 15,476 | 88.61% | 90.36% |
| 28070 | 23,913 | -360 | -1.48% | 18,272 | 14,940 | 81.76% | 83.18% |
| 28071 | 23,814 | -459 | -1.89% | 17,612 | 13,237 | 75.16% | 76.22% |
| 28072 | 24,251 | -22 | -0.09% | 18,906 | 12,585 | 66.57% | 67.92% |
| 28073 | 25,112 | 839 | 3.46% | 19,722 | 3,412 | 17.30% | 17.61% |
| 28074 | 25,408 | 1,135 | 4.68% | 20,052 | 3,269 | 16.30% | 16.80% |
| 28075 | 25,276 | 1,003 | 4.13% | 18,624 | 4,512 | 24.23% | 24.92% |
| 28076 | 23,358 | -915 | -3.77% | 17,998 | 11,025 | 61.26% | 62.61% |
| 28077 | 25,337 | 1,064 | 4.38% | 19,328 | 5,018 | 25.96% | 26.76% |

| District | TOTAL | DEVN | %DEVN | 18+Pop | 18+Black | BVAP %18+ Black | APBVAP %18+APBVAP |
|---|---|---|---|---|---|---|---|
| | | TOTAL POPULATION BY DISTRICT | | | | | |
| 28078 | 23,634 | -639 | -2.63% | 17,526 | 5,413 | 30.89% | 31.68% |
| 28079 | 23,848 | -425 | -1.75% | 18,246 | 4,048 | 22.19% | 22.61% |
| 28080 | 24,509 | 236 | 0.97% | 18,053 | 12,086 | 66.95% | 68.27% |
| 28081 | 23,225 | -1,048 | -4.32% | 17,853 | 3,995 | 22.38% | 23.09% |
| 28082 | 23,066 | -1,207 | -4.97% | 17,389 | 12,825 | 73.75% | 75.20% |
| 28083 | 23,081 | -1,192 | -4.91% | 17,796 | 3,727 | 20.94% | 21.63% |
| 28084 | 25,404 | 1,131 | 4.66% | 19,659 | 7,170 | 36.47% | 37.28% |
| 28085 | 23,243 | -1,030 | -4.24% | 18,099 | 11,460 | 63.32% | 64.26% |
| 28086 | 23,348 | -925 | -3.81% | 17,775 | 6,190 | 34.82% | 35.54% |
| 28087 | 25,193 | 920 | 3.79% | 18,305 | 2,888 | 15.78% | 16.59% |
| 28088 | 23,324 | -949 | -3.91% | 17,890 | 1,461 | 8.17% | 8.51% |
| 28089 | 24,177 | -96 | -0.40% | 18,521 | 3,539 | 19.11% | 19.68% |
| 28090 | 25,380 | 1,107 | 4.56% | 19,386 | 6,600 | 34.05% | 34.70% |
| 28091 | 23,537 | -736 | -3.03% | 18,215 | 9,768 | 53.63% | 54.65% |
| 28092 | 25,320 | 1,047 | 4.31% | 19,533 | 4,170 | 21.35% | 21.93% |
| 28093 | 25,273 | 1,000 | 4.12% | 19,488 | 1,987 | 10.20% | 10.75% |
| 28094 | 23,101 | -1,172 | -4.83% | 18,240 | 12,038 | 66.00% | 67.30% |
| 28095 | 25,259 | 986 | 4.06% | 19,563 | 1,027 | 5.25% | 5.86% |
| 28096 | 23,255 | -1,018 | -4.19% | 18,573 | 10,561 | 56.86% | 58.11% |
| 28097 | 23,912 | -361 | -1.49% | 18,789 | 5,071 | 26.99% | 27.76% |
| 28098 | 25,161 | 888 | 3.66% | 18,953 | 11,898 | 62.78% | 63.87% |
| 28099 | 23,113 | -1,160 | -4.78% | 17,609 | 4,276 | 24.28% | 24.85% |
| 28100 | 23,641 | -632 | -2.60% | 18,043 | 4,930 | 27.32% | 27.88% |
| 28101 | 25,463 | 1,190 | 4.90% | 19,105 | 4,912 | 25.71% | 26.56% |
| 28102 | 25,149 | 876 | 3.61% | 21,632 | 7,138 | 33.00% | 33.88% |
| 28103 | 24,994 | 721 | 2.97% | 18,949 | 12,408 | 65.48% | 66.93% |
| 28104 | 25,323 | 1,050 | 4.33% | 18,713 | 1,800 | 9.62% | 10.22% |
| 28105 | 24,917 | 644 | 2.65% | 19,694 | 3,882 | 19.71% | 19.98% |
| 28106 | 23,975 | -298 | -1.23% | 18,572 | 2,585 | 13.92% | 14.62% |
| 28107 | 25,177 | 904 | 3.72% | 19,164 | 1,920 | 10.02% | 10.38% |
| 28108 | 25,442 | 1,169 | 4.82% | 19,539 | 3,072 | 15.72% | 16.41% |
| 28109 | 23,765 | -508 | -2.09% | 17,826 | 572 | 3.21% | 3.63% |
| 28110 | 23,705 | -568 | -2.34% | 18,416 | 11,395 | 61.88% | 63.52% |
| 28111 | 25,341 | 1,068 | 4.40% | 19,311 | 2,483 | 12.86% | 13.88% |
| 28112 | 25,470 | 1,197 | 4.93% | 19,486 | 4,179 | 21.45% | 22.57% |
| 28113 | 25,207 | 934 | 3.85% | 19,425 | 1,593 | 8.20% | 9.05% |
| 28114 | 25,224 | 951 | 3.92% | 19,273 | 2,083 | 10.81% | 11.96% |
| 28115 | 25,317 | 1,044 | 4.30% | 19,297 | 4,786 | 24.80% | 26.53% |
| 28116 | 23,970 | -303 | -1.25% | 18,306 | 1,653 | 9.03% | 9.80% |
| 28117 | 23,482 | -791 | -3.26% | 18,541 | 3,468 | 18.70% | 20.07% |
| 28118 | 24,865 | 592 | 2.44% | 19,119 | 4,547 | 23.78% | 24.99% |
| 28119 | 24,714 | 441 | 1.82% | 18,341 | 11,089 | 60.46% | 62.48% |
| 28120 | 24,260 | -13 | -0.05% | 19,048 | 2,134 | 11.20% | 12.45% |
| 28121 | 25,138 | 865 | 3.56% | 19,385 | 3,400 | 17.54% | 18.73% |
| 28122 | 24,742 | 469 | 1.93% | 19,430 | 2,458 | 12.65% | 13.61% |