EXHIBIT NO. JTX-053 evid.
CAUSE NO. 3:22cv734-DPJ-HSO-LHS
WITNESS
CLERK: _____ SHONE POWELL

FEB 26 2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
Candice Crane, REPORTER

# Mississippi
# Benchmark Demographics
# Senate



3:22-cv-734

**JTX-053**

August 15,2021

BENCHMARK SENATE SUMMARY 2020

Plan Geography: Statewide

Precinct Year: 2020

Total Plan Population:
2,961,279

Number of Districts:
52

Ideal District Size:
56,948

+/- = 2,847

**Summary Statistics**

| | DISTRICT | TOTAL | DEVN | % DEVN. |
|---|---|---|---|---|
| Highest Deviation: | 1 | 70,174 | 13,226 | 23.22% |
| Highest Deviation: | 49 | 67,987 | 11,039 | 19.38% |
| Highest Deviation: | 9 | 66,851 | 9,903 | 17.39% |
| Lowest Deviation: | 11 | 50,162 | -6,786 | -11.92% |
| Lowest Deviation: | 28 | 47,804 | -9,144 | -16.06% |
| Lowest Deviation: | 12 | 46,704 | -10,244 | -17.99% |

54,101
to
59,795

| House District | Population | Deviation | %Deviation | Black | 18+Population | 18+Black | %BVAP |
|---|---|---|---|---|---|---|---|
| 11 | 50,162 | -6,786 | -11.92% | 37,319 | 37,189 | 26,605 | 71.54% |
| 12 | 46,704 | -10,244 | -17.99% | 33,174 | 35,875 | 24,653 | 68.72% |
| 13 | 51,091 | -5,857 | -10.28% | 36,594 | 39,599 | 27,464 | 69.36% |
| 16 | 53,342 | -3,606 | -6.33% | 32,910 | 41,455 | 24,691 | 59.56% |
| 21 | 50,164 | -6,784 | -11.91% | 34,037 | 37,741 | 24,915 | 66.02% |
| 24 | 50,755 | -6,193 | -10.87% | 39,282 | 38,053 | 28,698 | 75.42% |
| 26 | 54,217 | -2,731 | -4.80% | 37,041 | 42,146 | 28,277 | 67.09% |
| 27 | 51,764 | -5,184 | -9.10% | 36,839 | 40,177 | 27,964 | 69.60% |
| 28 | 47,804 | -9,144 | -16.06% | 41,047 | 36,090 | 30,407 | 84.25% |
| 29 | 56,444 | -504 | -0.89% | 35,949 | 44,596 | 26,881 | 60.28% |
| 32 | 51,255 | -5,693 | -10.00% | 34,142 | 38,907 | 24,846 | 63.86% |
| 34 | 55,653 | -1,295 | -2.27% | 31,172 | 42,383 | 22,928 | 54.10% |
| 36 | 52,960 | -3,988 | -7.00% | 34,180 | 41,868 | 26,327 | 62.88% |
| 38 | 54,195 | -2,753 | -4.83% | 34,702 | 42,029 | 26,019 | 61.91% |

**Senate Districts**

| Senate District | Population | Deviation | %Deviation | Black | 18+Population | 18+Black | %BVAP |
|---|---|---|---|---|---|---|---|
| 1 | 70,174 | 13,226 | 23.22% | 14,246 | 52,308 | 10,402 | 19.89% |
| 2 | 61,092 | 4,144 | 7.28% | 25,497 | 45,468 | 17,577 | 38.66% |
| 3 | 57,884 | 936 | 1.64% | 10,164 | 44,018 | 7,700 | 17.49% |
| 4 | 56,555 | -393 | -0.69% | 7,801 | 43,590 | 5,874 | 13.48% |
| 5 | 58,680 | 1,732 | 3.04% | 4,954 | 45,960 | 3,853 | 8.38% |
| 6 | 62,466 | 5,518 | 9.69% | 11,325 | 47,947 | 8,066 | 16.82% |
| 7 | 51,631 | -5,317 | -9.34% | 19,966 | 39,535 | 14,727 | 37.25% |
| 8 | 53,112 | -3,836 | -6.74% | 17,943 | 41,090 | 13,485 | 32.82% |
| 9 | 66,851 | 9,903 | 17.39% | 14,881 | 54,239 | 11,361 | 20.95% |
| 10 | 52,188 | -4,760 | -8.36% | 20,463 | 41,009 | 15,900 | 38.77% |

| | | | | | | |
|---|---|---|---|---|---|---|
| 11 | 50,162 | -6,786 | -11.92% | 37,319 | 37,189 | 26,605 | 71.54% |
| 12 | 46,704 | -10,244 | -17.99% | 33,174 | 35,875 | 24,653 | 68.72% |
| 13 | 51,091 | -5,857 | -10.28% | 36,594 | 39,599 | 27,464 | 69.36% |
| 14 | 52,127 | -4,821 | -8.47% | 16,001 | 41,296 | 12,165 | 29.46% |
| 15 | 55,784 | -1,164 | -2.04% | 15,671 | 45,493 | 12,010 | 26.40% |
| 16 | 53,342 | -3,606 | -6.33% | 32,910 | 41,455 | 24,691 | 59.56% |
| 17 | 54,637 | -2,311 | -4.06% | 17,924 | 42,718 | 13,584 | 31.80% |
| 18 | 51,707 | -5,241 | -9.20% | 13,209 | 38,449 | 9,541 | 24.81% |
| 19 | 63,676 | 6,728 | 11.81% | 19,173 | 48,097 | 13,958 | 29.02% |
| 20 | 63,273 | 6,325 | 11.11% | 10,242 | 48,719 | 7,482 | 15.36% |
| 21 | 50,164 | -6,784 | -11.91% | 34,037 | 37,741 | 24,915 | 66.02% |
| 22 | 63,851 | 6,903 | 12.12% | 31,561 | 49,011 | 23,514 | 47.98% |
| 23 | 52,098 | -4,850 | -8.52% | 23,981 | 40,150 | 17,424 | 43.40% |
| 24 | 50,755 | -6,193 | -10.87% | 39,282 | 38,053 | 28,698 | 75.42% |
| 25 | 66,557 | 9,609 | 16.87% | 15,197 | 51,133 | 11,191 | 21.89% |
| 26 | 54,217 | -2,731 | -4.80% | 37,041 | 42,146 | 28,277 | 67.09% |
| 27 | 51,764 | -5,184 | -9.10% | 36,839 | 40,177 | 27,964 | 69.60% |
| 28 | 47,804 | -9,144 | -16.06% | 41,047 | 36,090 | 30,407 | 84.25% |
| 29 | 56,444 | -504 | -0.89% | 35,949 | 44,596 | 26,881 | 60.28% |
| 30 | 63,420 | 6,472 | 11.36% | 16,990 | 48,729 | 12,693 | 26.05% |
| 31 | 56,086 | -862 | -1.51% | 17,271 | 41,613 | 12,520 | 30.09% |
| 32 | 51,255 | -5,693 | -10.00% | 34,142 | 38,907 | 24,846 | 63.86% |
| 33 | 52,532 | -4,416 | -7.75% | 15,730 | 40,587 | 11,683 | 28.79% |
| 34 | 55,653 | -1,295 | -2.27% | 31,172 | 42,383 | 22,928 | 54.10% |
| 35 | 58,788 | 1,840 | 3.23% | 14,880 | 44,648 | 11,071 | 24.80% |
| 36 | 52,960 | -3,988 | -7.00% | 34,180 | 41,868 | 26,327 | 62.88% |
| 37 | 54,441 | -2,507 | -4.40% | 21,543 | 42,958 | 16,134 | 37.56% |
| 38 | 54,195 | -2,753 | -4.83% | 34,702 | 42,029 | 26,019 | 61.91% |
| 39 | 54,934 | -2,014 | -3.54% | 16,120 | 41,846 | 11,950 | 28.56% |
| 40 | 56,925 | -23 | -0.04% | 10,176 | 43,641 | 7,575 | 17.36% |
| 41 | 53,262 | -3,686 | -6.47% | 17,800 | 40,791 | 13,306 | 32.62% |
| 42 | 56,895 | -53 | -0.09% | 10,347 | 42,862 | 7,181 | 16.75% |
| 43 | 57,659 | 711 | 1.25% | 12,663 | 44,109 | 9,723 | 22.04% |
| 44 | 60,825 | 3,877 | 6.81% | 13,819 | 45,652 | 9,573 | 20.97% |
| 45 | 58,523 | 1,575 | 2.77% | 15,516 | 46,782 | 12,032 | 25.72% |
| 46 | 61,034 | 4,086 | 7.17% | 5,441 | 47,511 | 3,911 | 8.23% |
| 47 | 61,408 | 4,460 | 7.83% | 10,198 | 47,338 | 7,642 | 16.14% |
| 48 | 62,655 | 5,707 | 10.02% | 23,447 | 47,621 | 16,559 | 34.77% |
| 49 | 67,987 | 11,039 | 19.38% | 14,767 | 52,307 | 10,382 | 19.85% |
| 50 | 62,998 | 6,050 | 10.62% | 12,008 | 48,226 | 8,368 | 17.35% |
| 51 | 58,801 | 1,853 | 3.25% | 13,619 | 45,776 | 10,668 | 23.30% |
| 52 | 61,253 | 4,305 | 7.56% | 13,559 | 46,264 | 9,503 | 20.54% |
| Grand Total | 2,961,279 | | | 1,084,481 | 2,277,599 | 802,963 | |

SDT-Upchurch-000013