EXHIBIT NO. JTX- 054 evid.
CAUSE NO 3:22cv734-DPJ-HSO-LHS
WITNESS
CLERK: _____ SHONE POWELL

FEB 26 2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
Candice Crane, REPORTER

# Please Sign In!

## ASK FOR A CARD

## TO BE RECOGNIZED TO SPEAK AND/OR
## PRESENT DOCUMENTS FOR THE RECORD.



3:22-cv-734

JTX-054



# County Population

## 2010 to 2019

County Population Change

2010 Actual Population to

2019 Estimated Population

**County Name**

**2010 Population**

**2019 Population (estimate)**

**Percent Change 2010 to 2020**

Map layers
County
% change rounded
-12.00 and below
-12.00 to -4.00
-4.00 to 4.00
4.00 to 12.00
12.00 and above

0    25    50    75
Miles

ANNUAL ESTIMATES OF THE RESIDENT POPULATION: APRIL 1, 2010 TO JULY 1, 2019 -

FOR FULL ESTIMATES DETAIL, VISIT https://www.census.gov/programs-surveys/popest.html

Survey/Program: Population Estimates TableID: PEPANNRES

**JTX-054-002**

SDT-SJLCRR-002058

# Standing Joint Committee on Redistricting and Reapportionment

## 2020 Actual MS Statewide population: **2,961,279**

## 2010 Actual MS Statewide population: 2,967,297

## Statewide Change: loss of **6018** people

### The 5% rule

A guideline called the "5% rule" allows for the population to be plus or minus five percent (+/-5%) of the ideal value.

### Congress:

Mississippi has 4 Congressional districts.  2,961,279 (pop) divided by 4 (districts) results in an ideal population value for each house district of **740,320**.  The Congressional Districts have to be as equal in population as is practicable, so ideally each district will differ by only **1** person.

### Senate:

Mississippi has 52 Senate districts.

2,961,279 (pop) divided by 52 (districts) results in an ideal population value for each Senate district of **56,948**.

Using the 5% rule, a district could range in population from **54,101** to **59,795**.

### House Of Representatives

Mississippi has 122 House districts.

2,961,279 (pop) divided by 122 (districts) results in an ideal population value for each house district of **24,273**.

Using the 5% rule, a district could range in population from **23,059** to **25,487**.

### Operations:

Mississippi will receive the population information on Sept 30th, 2021.  This is known as the PL94-171 Census data, and will be available for public download on the Census website.  The redistricting committee will open its public access office on October 10th, 2021.  Individuals and groups may make appointments to use the legislative redistricting resources to develop plans for submission to the committee. For information, appointments, or to submit paper or digital input, please contact:

The Standing Joint Committee on Reapportionment and Redistricting

c/o Ted Booth

P.O. Box 1204

Jackson, MS 39215-1204

Ted.Booth@peer.ms.gov

WEBSITE ADDRESS:

## WWW.MSJRC.STATE.MS.US

JTX-054-003

SDT-SJLCRR-002059



SDT-SJLCRR-002060



MS Senate Districts - Population 2010 vs 2020

SDT-SJLCRR-002061



MS House Districts -    Population 2010 vs 2020

SDT-SJLCRR-002062

# Mississippi
# Benchmark Demographics
# House of Representatives



**August 15, 2021**

## BENCHMARK HOUSE SUMMARY 2020

### POPULATION OF DISTRICTS - BENCHMARK

Plan Geography: Statewide

Precinct Year: 2020

| Total Plan Population: | Number of Districts: | Ideal District Size: |
|---|---|---|
| 2,961,279 | 122 | 24,273 |

**Summary Statistics**

| | DISTRICT | TOTAL | DEVN | % DEVN. |
|---|---|---|---|---|
| Highest Deviation: | 73 | 36,218 | 11,945 | 49.21% |
| Highest Deviation: | 24 | 32,330 | 8,057 | 33.19% |
| Highest Deviation: | 28 | 31,833 | 7,560 | 31.15% |
| Lowest Deviation: | 26 | 19,725 | -4,548 | -18.74% |
| Lowest Deviation: | 69 | 19,529 | -4,744 | -19.54% |
| Lowest Deviation: | 82 | 18,977 | -5,296 | -21.82% |

### DISTRICTS WITH 50 PERCENT OR MORE BLACK POPULATION

| House District | Population | Deviation | %Deviation | Black | 18+Population | 18+Black | %BVAP |
|---|---|---|---|---|---|---|---|
| 5 | 21,408 | -2,865 | -11.80% | 12,998 | 17,239 | 10,502 | 60.92% |
| 9 | 19,785 | -4,488 | -18.49% | 13,754 | 15,077 | 10,000 | 66.33% |
| 11 | 21,177 | -3,096 | -12.75% | 13,537 | 15,838 | 9,681 | 61.13% |
| 16 | 20,541 | -3,732 | -15.38% | 12,653 | 15,502 | 9,169 | 59.15% |
| 26 | 19,725 | -4,548 | -18.74% | 15,009 | 14,599 | 10,699 | 73.29% |
| 27 | 21,590 | -2,683 | -11.05% | 14,263 | 16,107 | 10,426 | 64.73% |
| 29 | 22,836 | -1,437 | -5.92% | 15,134 | 17,396 | 11,143 | 64.05% |
| 30 | 21,177 | -3,096 | -12.75% | 13,381 | 17,049 | 10,356 | 60.74% |
| 31 | 22,207 | -2,066 | -8.51% | 15,724 | 17,066 | 11,772 | 68.98% |
| 32 | 20,666 | -3,607 | -14.86% | 17,009 | 15,061 | 12,058 | 80.06% |
| 34 | 21,020 | -3,253 | -13.40% | 12,867 | 16,136 | 9,580 | 59.37% |
| 36 | 20,553 | -3,720 | -15.33% | 13,689 | 16,149 | 10,443 | 64.67% |
| 38 | 25,192 | 919 | 3.79% | 13,819 | 19,668 | 10,284 | 52.29% |
| 41 | 22,092 | -2,181 | -8.99% | 15,925 | 17,060 | 11,703 | 68.60% |
| 42 | 20,627 | -3,646 | -15.02% | 13,962 | 15,682 | 10,393 | 66.27% |
| 45 | 23,107 | -1,166 | -4.80% | 13,401 | 17,647 | 9,935 | 56.30% |
| 47 | 22,999 | -1,274 | -5.25% | 16,079 | 18,545 | 12,455 | 67.16% |
| 49 | 20,130 | -4,143 | -17.07% | 14,685 | 15,410 | 10,877 | 70.58% |
| 50 | 21,937 | -2,336 | -9.62% | 15,184 | 16,727 | 11,248 | 67.24% |
| 51 | 20,295 | -3,978 | -16.39% | 16,230 | 14,911 | 11,528 | 77.31% |
| 55 | 21,193 | -3,080 | -12.69% | 14,329 | 16,210 | 10,452 | 64.48% |
| 57 | 23,402 | -871 | -3.59% | 16,441 | 17,438 | 12,105 | 69.42% |
| 63 | 22,954 | -1,319 | -5.43% | 14,392 | 18,611 | 11,511 | 61.85% |
| 65 | 21,091 | -3,182 | -13.11% | 16,692 | 16,094 | 12,417 | 77.15% |
| 66 | 23,242 | -1,031 | -4.25% | 16,149 | 17,895 | 11,850 | 66.22% |
| 67 | 21,077 | -3,196 | -13.17% | 18,185 | 16,272 | 13,925 | 85.58% |
| 68 | 22,727 | -1,546 | -6.37% | 15,638 | 17,619 | 11,776 | 66.84% |

| 69 | 19,529 | -4,744 | -19.54% | 16,697 | 15,016 | 12,585 | 83.81% |
| 70 | 20,893 | -3,380 | -13.92% | 15,265 | 17,151 | 12,158 | 70.89% |
| 71 | 23,175 | -1,098 | -4.52% | 18,848 | 17,025 | 13,357 | 78.46% |
| 72 | 21,487 | -2,786 | -11.48% | 15,959 | 16,792 | 12,236 | 72.87% |
| 76 | 23,180 | -1,093 | -4.50% | 14,967 | 17,840 | 11,143 | 62.46% |
| 80 | 23,357 | -916 | -3.77% | 16,250 | 17,168 | 11,711 | 68.21% |
| 82 | 18,977 | -5,296 | -21.82% | 15,491 | 14,050 | 11,143 | 79.31% |
| 85 | 22,108 | -2,165 | -8.92% | 14,627 | 17,251 | 11,114 | 64.43% |
| 91 | 22,831 | -1,442 | -5.94% | 12,309 | 17,726 | 9,389 | 52.97% |
| 94 | 22,292 | -1,981 | -8.16% | 15,442 | 17,558 | 11,761 | 66.98% |
| 96 | 21,686 | -2,587 | -10.66% | 13,007 | 17,278 | 10,057 | 58.21% |
| 98 | 23,754 | -519 | -2.14% | 15,879 | 17,892 | 11,490 | 64.22% |
| 103 | 22,198 | -2,075 | -8.55% | 15,955 | 16,878 | 11,721 | 69.45% |
| 110 | 21,595 | -2,678 | -11.03% | 13,858 | 16,881 | 10,748 | 63.67% |
| 119 | 24,717 | 444 | 1.83% | 15,805 | 18,403 | 11,321 | 61.52% |

| House District | Population | Deviation | %Deviation | Black | 18+Population | 18+Black | %BVAP |
|---|---|---|---|---|---|---|---|
| 1 | 22,350 | -1,923 | -7.92% | 691 | 17,612 | 521 | 2.96% |
| 2 | 21,833 | -2,440 | -10.05% | 3,719 | 16,832 | 2,769 | 16.45% |
| 3 | 22,984 | -1,289 | -5.31% | 2,479 | 17,855 | 1,938 | 10.85% |
| 4 | 22,725 | -1,548 | -6.38% | 3,489 | 17,414 | 2,664 | 15.30% |
| 5 | 21,408 | -2,865 | -11.80% | 12,998 | 17,239 | 10,502 | 60.92% |
| 6 | 30,253 | 5,980 | 24.64% | 10,359 | 22,742 | 7,459 | 32.80% |
| 7 | 26,444 | 2,171 | 8.94% | 8,652 | 20,428 | 6,223 | 30.46% |
| 8 | 22,912 | -1,361 | -5.61% | 5,808 | 17,788 | 4,346 | 24.43% |
| 9 | 19,785 | -4,488 | -18.49% | 13,754 | 15,077 | 10,000 | 66.33% |
| 10 | 27,848 | 3,575 | 14.73% | 6,747 | 21,570 | 4,975 | 23.06% |
| 11 | 21,177 | -3,096 | -12.75% | 13,537 | 15,838 | 9,681 | 61.13% |
| 12 | 28,888 | 4,615 | 19.01% | 5,669 | 24,877 | 4,514 | 18.15% |
| 13 | 24,758 | 485 | 2.00% | 4,853 | 18,892 | 3,650 | 19.32% |
| 14 | 23,392 | -881 | -3.63% | 3,894 | 17,797 | 2,922 | 16.42% |
| 15 | 24,530 | 257 | 1.06% | 2,831 | 18,220 | 2,100 | 11.53% |
| 16 | 20,541 | -3,732 | -15.38% | 12,653 | 15,502 | 9,169 | 59.15% |
| 17 | 24,312 | 39 | 0.16% | 6,697 | 18,745 | 4,713 | 25.14% |
| 18 | 24,213 | -60 | -0.25% | 4,259 | 18,482 | 3,120 | 16.88% |
| 19 | 24,095 | -178 | -0.73% | 1,861 | 18,515 | 1,344 | 7.26% |
| 20 | 21,702 | -2,571 | -10.59% | 3,354 | 16,800 | 2,512 | 14.95% |
| 21 | 23,128 | -1,145 | -4.72% | 1,705 | 18,052 | 1,337 | 7.40% |
| 22 | 23,760 | -513 | -2.11% | 8,831 | 18,288 | 6,625 | 36.23% |
| 23 | 21,719 | -2,554 | -10.52% | 4,786 | 17,055 | 3,678 | 21.57% |
| 24 | 32,330 | 8,057 | 33.19% | 8,840 | 24,089 | 6,367 | 26.43% |
| 25 | 26,716 | 2,443 | 10.06% | 8,600 | 20,010 | 6,025 | 30.11% |
| 26 | 19,725 | -4,548 | -18.74% | 15,009 | 14,599 | 10,699 | 73.29% |
| 27 | 21,590 | -2,683 | -11.05% | 14,263 | 16,107 | 10,426 | 64.73% |
| 28 | 31,833 | 7,560 | 31.15% | 3,307 | 23,430 | 2,489 | 10.62% |
| 29 | 22,836 | -1,437 | -5.92% | 15,134 | 17,396 | 11,143 | 64.05% |

SDT-SJLCRR-002065

| | | | | | | |
|---|---|---|---|---|---|---|
| 30 | 21,177 | -3,096 | -12.75% | 13,381 | 17,049 | 10,356 | 60.74% |
| 31 | 22,207 | -2,066 | -8.51% | 15,724 | 17,066 | 11,772 | 68.98% |
| 32 | 20,666 | -3,607 | -14.86% | 17,009 | 15,061 | 12,058 | 80.06% |
| 33 | 23,450 | -823 | -3.39% | 10,372 | 18,381 | 7,664 | 41.70% |
| 34 | 21,020 | -3,253 | -13.40% | 12,867 | 16,136 | 9,580 | 59.37% |
| 35 | 23,584 | -689 | -2.84% | 6,652 | 18,387 | 5,029 | 27.35% |
| 36 | 20,553 | -3,720 | -15.33% | 13,689 | 16,149 | 10,443 | 64.67% |
| 37 | 23,125 | -1,148 | -4.73% | 6,855 | 18,003 | 5,147 | 28.59% |
| 38 | 25,192 | 919 | 3.79% | 13,819 | 19,668 | 10,284 | 52.29% |
| 39 | 24,517 | 244 | 1.01% | 5,147 | 19,226 | 4,023 | 20.92% |
| 40 | 24,895 | 622 | 2.56% | 12,441 | 18,064 | 8,425 | 46.64% |
| 41 | 22,092 | -2,181 | -8.99% | 15,925 | 17,060 | 11,703 | 68.60% |
| 42 | 20,627 | -3,646 | -15.02% | 13,962 | 15,682 | 10,393 | 66.27% |
| 43 | 27,221 | 2,948 | 12.15% | 5,529 | 23,496 | 4,544 | 19.34% |
| 44 | 25,122 | 849 | 3.50% | 3,869 | 18,361 | 2,610 | 14.21% |
| 45 | 23,107 | -1,166 | -4.80% | 13,401 | 17,647 | 9,935 | 56.30% |
| 46 | 22,397 | -1,876 | -7.73% | 7,157 | 17,915 | 5,531 | 30.87% |
| 47 | 22,999 | -1,274 | -5.25% | 16,079 | 18,545 | 12,445 | 67.16% |
| 48 | 22,423 | -1,850 | -7.62% | 6,749 | 17,110 | 4,906 | 28.67% |
| 49 | 20,130 | -4,143 | -17.07% | 14,685 | 15,410 | 10,877 | 70.58% |
| 50 | 21,937 | -2,336 | -9.62% | 15,184 | 16,727 | 11,248 | 67.24% |
| 51 | 20,295 | -3,978 | -16.39% | 16,230 | 14,911 | 11,528 | 77.31% |
| 52 | 25,560 | 1,287 | 5.30% | 7,368 | 19,624 | 5,391 | 27.47% |
| 53 | 25,145 | 872 | 3.59% | 7,803 | 19,091 | 5,832 | 30.55% |
| 54 | 22,207 | -2,066 | -8.51% | 6,328 | 17,343 | 4,689 | 27.04% |
| 55 | 21,193 | -3,080 | -12.69% | 14,329 | 16,210 | 10,452 | 64.48% |
| 56 | 29,352 | 5,079 | 20.92% | 8,340 | 22,561 | 6,106 | 27.06% |
| 57 | 23,402 | -871 | -3.59% | 16,441 | 17,438 | 12,105 | 69.42% |
| 58 | 25,909 | 1,636 | 6.74% | 4,472 | 19,884 | 3,194 | 16.10% |
| 59 | 28,058 | 3,785 | 15.59% | 4,189 | 21,528 | 2,976 | 13.82% |
| 60 | 31,305 | 7,032 | 28.97% | 6,987 | 23,363 | 5,076 | 21.73% |
| 61 | 26,874 | 2,601 | 10.72% | 7,859 | 21,251 | 6,088 | 28.65% |
| 62 | 26,696 | 2,423 | 9.98% | 4,423 | 20,262 | 3,271 | 16.14% |
| 63 | 22,954 | -1,319 | -5.43% | 14,392 | 18,611 | 11,511 | 61.85% |
| 64 | 24,593 | 320 | 1.32% | 9,790 | 19,678 | 7,258 | 36.88% |
| 65 | 21,091 | -3,182 | -13.11% | 16,692 | 16,094 | 12,417 | 77.15% |
| 66 | 23,242 | -1,031 | -4.25% | 16,149 | 17,895 | 11,850 | 66.22% |
| 67 | 21,077 | -3,196 | -13.17% | 18,185 | 16,272 | 13,925 | 85.58% |
| 68 | 22,727 | -1,546 | -6.37% | 15,638 | 17,619 | 11,776 | 66.84% |
| 69 | 19,529 | -4,744 | -19.54% | 16,697 | 15,016 | 12,585 | 83.81% |
| 70 | 20,893 | -3,380 | -13.92% | 15,265 | 17,151 | 12,158 | 70.89% |
| 71 | 23,175 | -1,098 | -4.52% | 18,848 | 17,025 | 13,357 | 78.46% |
| 72 | 21,487 | -2,786 | -11.48% | 15,959 | 16,792 | 12,236 | 72.87% |
| 73 | 36,218 | 11,945 | 49.21% | 6,840 | 27,211 | 5,085 | 18.69% |
| 74 | 28,881 | 4,608 | 18.98% | 5,282 | 22,703 | 3,930 | 17.31% |
| 75 | 25,959 | 1,686 | 6.95% | 6,840 | 18,898 | 4,982 | 26.36% |
| 76 | 23,180 | -1,093 | -4.50% | 14,967 | 17,840 | 11,143 | 62.46% |

SDT-SJLCRR-002066

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 77 | 24,105 | -168 | -0.69% | 7,258 | 18,339 | 5,362 | 29.24% |
| 78 | 25,331 | 1,058 | 4.36% | 8,232 | 18,963 | 6,021 | 31.75% |
| 79 | 22,890 | -1,383 | -5.70% | 6,881 | 17,700 | 5,012 | 28.32% |
| 80 | 23,357 | -916 | -3.77% | 16,250 | 17,168 | 11,711 | 68.21% |
| 81 | 22,153 | -2,120 | -8.73% | 5,348 | 17,363 | 4,201 | 24.20% |
| 82 | 18,977 | -5,296 | -21.82% | 15,491 | 14,050 | 11,143 | 79.31% |
| 83 | 23,430 | -843 | -3.47% | 6,099 | 17,883 | 4,251 | 23.77% |
| 84 | 23,598 | -675 | -2.78% | 8,168 | 18,231 | 6,091 | 33.41% |
| 85 | 22,108 | -2,165 | -8.92% | 14,627 | 17,251 | 11,114 | 64.43% |
| 86 | 23,359 | -914 | -3.77% | 8,503 | 17,778 | 6,188 | 34.81% |
| 87 | 26,759 | 2,486 | 10.24% | 6,844 | 20,242 | 4,681 | 23.13% |
| 88 | 25,702 | 1,429 | 5.89% | 2,898 | 19,654 | 2,178 | 11.08% |
| 89 | 26,217 | 1,944 | 8.01% | 5,363 | 20,121 | 3,801 | 18.89% |
| 90 | 23,050 | -1,223 | -5.04% | 7,569 | 17,613 | 5,524 | 31.36% |
| 91 | 22,831 | -1,442 | -5.94% | 12,309 | 17,726 | 9,389 | 52.97% |
| 92 | 25,137 | 864 | 3.56% | 5,445 | 19,373 | 4,094 | 21.13% |
| 93 | 24,986 | 713 | 2.94% | 3,065 | 19,299 | 2,293 | 11.88% |
| 94 | 22,292 | -1,981 | -8.16% | 15,442 | 17,558 | 11,761 | 66.98% |
| 95 | 29,165 | 4,892 | 20.15% | 1,768 | 22,452 | 1,248 | 5.56% |
| 96 | 21,686 | -2,587 | -10.66% | 13,007 | 17,278 | 10,057 | 58.21% |
| 97 | 25,141 | 868 | 3.58% | 7,622 | 19,841 | 5,543 | 27.94% |
| 98 | 23,754 | -519 | -2.14% | 15,879 | 17,892 | 11,490 | 64.22% |
| 99 | 22,922 | -1,351 | -5.57% | 6,029 | 17,536 | 4,580 | 26.12% |
| 100 | 23,330 | -943 | -3.88% | 6,498 | 17,768 | 4,763 | 26.81% |
| 101 | 29,400 | 5,127 | 21.12% | 5,142 | 21,443 | 3,503 | 16.34% |
| 102 | 26,288 | 2,015 | 8.30% | 9,862 | 22,446 | 7,821 | 34.84% |
| 103 | 22,198 | -2,075 | -8.55% | 15,955 | 16,878 | 11,721 | 69.45% |
| 104 | 24,852 | 579 | 2.39% | 3,202 | 18,274 | 2,249 | 12.31% |
| 105 | 24,076 | -197 | -0.81% | 4,497 | 19,053 | 3,858 | 20.25% |
| 106 | 24,350 | 77 | 0.32% | 2,852 | 18,892 | 2,219 | 11.75% |
| 107 | 25,247 | 974 | 4.01% | 2,569 | 19,229 | 1,959 | 10.19% |
| 108 | 26,254 | 1,981 | 8.16% | 4,279 | 20,144 | 3,155 | 15.66% |
| 109 | 24,444 | 171 | 0.70% | 854 | 18,371 | 636 | 3.46% |
| 110 | 21,595 | -2,678 | -11.03% | 13,858 | 16,881 | 10,748 | 63.67% |
| 111 | 26,343 | 2,070 | 8.53% | 4,464 | 20,059 | 3,047 | 15.19% |
| 112 | 24,913 | 640 | 2.64% | 5,830 | 18,971 | 4,150 | 21.88% |
| 113 | 25,582 | 1,309 | 5.39% | 2,203 | 19,719 | 1,607 | 8.15% |
| 114 | 26,705 | 2,432 | 10.02% | 2,969 | 20,405 | 2,097 | 10.28% |
| 115 | 25,571 | 1,298 | 5.35% | 6,873 | 19,517 | 4,819 | 24.69% |
| 116 | 29,560 | 5,287 | 21.78% | 3,194 | 22,407 | 2,124 | 9.48% |
| 117 | 28,482 | 4,209 | 17.34% | 6,580 | 22,738 | 4,875 | 21.44% |
| 118 | 28,709 | 4,435 | 18.28% | 8,072 | 21,340 | 5,316 | 24.91% |
| 119 | 24,717 | 444 | 1.83% | 15,805 | 18,403 | 11,321 | 61.52% |
| 120 | 27,385 | 3,112 | 12.82% | 3,919 | 21,519 | 2,768 | 12.86% |
| 121 | 28,690 | 4,417 | 18.20% | 5,891 | 22,038 | 4,209 | 19.10% |
| 122 | 24,408 | 135 | 0.56% | 3,428 | 19,158 | 2,450 | 12.79% |
| Grand Total | 2,961,279 | 2,937,006 | | 1,084,481 | 2,277,599 | 802,963 | 35.25% |

SDT-SJLCRR-002067

# Mississippi
# Benchmark Demographics
# Senate



## August 15, 2021

JTX-054-012

SDT-SJLCRR-002068

BENCHMARK SENATE SUMMARY 2020

Plan Geography: Statewide                                                     Precinct Year: 2020

| Total Plan Population: | Number of Districts: | Ideal District Size: |
|---|---|---|
| 2,961,279 | 52 | 56,948 |

**Summary Statistics**

|  | DISTRICT | TOTAL | DEVN | % DEVN. |
|---|---|---|---|---|
| Highest Deviation: | 1 | 70,174 | 13,226 | 23.22% |
| Highest Deviation: | 49 | 67,987 | 11,039 | 19.38% |
| Highest Deviation: | 9 | 66,851 | 9,903 | 17.39% |
| Lowest Deviation: | 11 | 50,162 | -6,786 | -11.92% |
| Lowest Deviation: | 28 | 47,804 | -9,144 | -16.06% |
| Lowest Deviation: | 12 | 46,704 | -10,244 | -17.99% |

| House District | Population | Deviation | %Deviation | Black | 18+Population | 18+Black | %BVAP |
|---|---|---|---|---|---|---|---|
| 11 | 50,162 | -6,786 | -11.92% | 37,319 | 37,189 | 26,605 | 71.54% |
| 12 | 46,704 | -10,244 | -17.99% | 33,174 | 35,875 | 24,653 | 68.72% |
| 13 | 51,091 | -5,857 | -10.28% | 36,594 | 39,599 | 27,464 | 69.36% |
| 16 | 53,342 | -3,606 | -6.33% | 32,910 | 41,455 | 24,691 | 59.56% |
| 21 | 50,164 | -6,784 | -11.91% | 34,037 | 37,741 | 24,915 | 66.02% |
| 24 | 50,755 | -6,193 | -10.87% | 39,282 | 38,053 | 28,698 | 75.42% |
| 26 | 54,217 | -2,731 | -4.80% | 37,041 | 42,146 | 28,277 | 67.09% |
| 27 | 51,764 | -5,184 | -9.10% | 36,839 | 40,177 | 27,964 | 69.60% |
| 28 | 47,804 | -9,144 | -16.06% | 41,047 | 36,090 | 30,407 | 84.25% |
| 29 | 56,444 | -504 | -0.89% | 35,949 | 44,596 | 26,881 | 60.28% |
| 32 | 51,255 | -5,693 | -10.00% | 34,142 | 38,907 | 24,846 | 63.86% |
| 34 | 55,653 | -1,295 | -2.27% | 31,172 | 42,383 | 22,928 | 54.10% |
| 36 | 52,960 | -3,988 | -7.00% | 34,180 | 41,868 | 26,327 | 62.88% |
| 38 | 54,195 | -2,753 | -4.83% | 34,702 | 42,029 | 26,019 | 61.91% |

**Senate Districts**

| Senate District | Population | Deviation | %Deviation | Black | 18+Population | 18+Black | %BVAP |
|---|---|---|---|---|---|---|---|
| 1 | 70,174 | 13,226 | 23.22% | 14,246 | 52,308 | 10,402 | 19.89% |
| 2 | 61,092 | 4,144 | 7.28% | 25,497 | 45,468 | 17,577 | 38.66% |
| 3 | 57,884 | 936 | 1.64% | 10,164 | 44,018 | 7,700 | 17.49% |
| 4 | 56,555 | -393 | -0.69% | 7,801 | 43,590 | 5,874 | 13.48% |
| 5 | 58,680 | 1,732 | 3.04% | 4,954 | 45,960 | 3,853 | 8.38% |
| 6 | 62,466 | 5,518 | 9.69% | 11,325 | 47,947 | 8,066 | 16.82% |
| 7 | 51,631 | -5,317 | -9.34% | 19,966 | 39,535 | 14,727 | 37.25% |
| 8 | 53,112 | -3,836 | -6.74% | 17,943 | 41,090 | 13,485 | 32.82% |
| 9 | 66,851 | 9,903 | 17.39% | 14,881 | 54,239 | 11,361 | 20.95% |
| 10 | 52,188 | -4,760 | -8.36% | 20,463 | 41,009 | 15,900 | 38.77% |

| 11 | 50,162 | -6,786 | -11.92% | 37,319 | 37,189 | 26,605 | 71.54% |
|---|---|---|---|---|---|---|---|
| 12 | 46,704 | -10,244 | -17.99% | 33,174 | 35,875 | 24,653 | 68.72% |
| 13 | 51,091 | -5,857 | -10.28% | 36,594 | 39,599 | 27,464 | 69.36% |
| 14 | 52,127 | -4,821 | -8.47% | 16,001 | 41,296 | 12,165 | 29.46% |
| 15 | 55,784 | -1,164 | -2.04% | 15,671 | 45,493 | 12,010 | 26.40% |
| 16 | 53,342 | -3,606 | -6.33% | 32,910 | 41,455 | 24,691 | 59.56% |
| 17 | 54,637 | -2,311 | -4.06% | 17,924 | 42,718 | 13,584 | 31.80% |
| 18 | 51,707 | -5,241 | -9.20% | 13,209 | 38,449 | 9,541 | 24.81% |
| 19 | 63,676 | 6,728 | 11.81% | 19,173 | 48,097 | 13,958 | 29.02% |
| 20 | 63,273 | 6,325 | 11.11% | 10,242 | 48,719 | 7,482 | 15.36% |
| 21 | 50,164 | -6,784 | -11.91% | 34,037 | 37,741 | 24,915 | 66.02% |
| 22 | 63,851 | 6,903 | 12.12% | 31,561 | 49,011 | 23,514 | 47.98% |
| 23 | 52,098 | -4,850 | -8.52% | 23,981 | 40,150 | 17,424 | 43.40% |
| 24 | 50,755 | -6,193 | -10.87% | 39,282 | 38,053 | 28,698 | 75.42% |
| 25 | 66,557 | 9,609 | 16.87% | 15,197 | 51,133 | 11,191 | 21.89% |
| 26 | 54,217 | -2,731 | -4.80% | 37,041 | 42,146 | 28,277 | 67.09% |
| 27 | 51,764 | -5,184 | -9.10% | 36,839 | 40,177 | 27,964 | 69.60% |
| 28 | 47,804 | -9,144 | -16.06% | 41,047 | 36,090 | 30,407 | 84.25% |
| 29 | 56,444 | -504 | -0.89% | 35,949 | 44,596 | 26,881 | 60.28% |
| 30 | 63,420 | 6,472 | 11.36% | 16,990 | 48,729 | 12,693 | 26.05% |
| 31 | 56,086 | -862 | -1.51% | 17,271 | 41,613 | 12,520 | 30.09% |
| 32 | 51,255 | -5,693 | -10.00% | 34,142 | 38,907 | 24,846 | 63.86% |
| 33 | 52,532 | -4,416 | -7.75% | 15,730 | 40,587 | 11,683 | 28.79% |
| 34 | 55,653 | -1,295 | -2.27% | 31,172 | 42,383 | 22,928 | 54.10% |
| 35 | 58,788 | 1,840 | 3.23% | 14,880 | 44,648 | 11,071 | 24.80% |
| 36 | 52,960 | -3,988 | -7.00% | 34,180 | 41,868 | 26,327 | 62.88% |
| 37 | 54,441 | -2,507 | -4.40% | 21,543 | 42,958 | 16,134 | 37.56% |
| 38 | 54,195 | -2,753 | -4.83% | 34,702 | 42,029 | 26,019 | 61.91% |
| 39 | 54,934 | -2,014 | -3.54% | 16,120 | 41,846 | 11,950 | 28.56% |
| 40 | 56,925 | -23 | -0.04% | 10,176 | 43,641 | 7,575 | 17.36% |
| 41 | 53,262 | -3,686 | -6.47% | 17,800 | 40,791 | 13,306 | 32.62% |
| 42 | 56,895 | -53 | -0.09% | 10,347 | 42,862 | 7,181 | 16.75% |
| 43 | 57,659 | 711 | 1.25% | 12,663 | 44,109 | 9,723 | 22.04% |
| 44 | 60,825 | 3,877 | 6.81% | 13,819 | 45,652 | 9,573 | 20.97% |
| 45 | 58,523 | 1,575 | 2.77% | 15,516 | 46,782 | 12,032 | 25.72% |
| 46 | 61,034 | 4,086 | 7.17% | 5,441 | 47,511 | 3,911 | 8.23% |
| 47 | 61,408 | 4,460 | 7.83% | 10,198 | 47,338 | 7,642 | 16.14% |
| 48 | 62,655 | 5,707 | 10.02% | 23,447 | 47,621 | 16,559 | 34.77% |
| 49 | 67,987 | 11,039 | 19.38% | 14,767 | 52,307 | 10,382 | 19.85% |
| 50 | 62,998 | 6,050 | 10.62% | 12,008 | 48,226 | 8,368 | 17.35% |
| 51 | 58,801 | 1,853 | 3.25% | 13,619 | 45,776 | 10,668 | 23.30% |
| 52 | 61,253 | 4,305 | 7.56% | 13,559 | 46,264 | 9,503 | 20.54% |
| Grand Total | 2,961,279 | | | 1,084,481 | 2,277,599 | 802,963 | |

**JTX-054-014**

SDT-SJLCRR-002070