EXHIBIT NO. JTX-055 evid.
CAUSE NO. 3:22Cv 734 - DPJ-HSO-LHS
WITNESS
CLERK: _____ SHONE POWELL

FEB 26 2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
Candice Clark , REPORTER

## APPENDIX A:  JOINT STIPULATED FACTS FOR TRIAL

### I.  PARTIES

1.      Plaintiff Mississippi State Conference of the National Association for the Advancement of Colored People, Inc. ("MS NAACP") is a subsidiary organization of the National Association for the Advancement of Colored People, Inc., a national non-profit organization founded in 1909.

2.      The MS NAACP has members who are registered voters who reside in each of the Senate Districts 2 and 48 and House Districts 22, 34, and 64.

3.      MAMIE CUNNINGHAM is a citizen of the United States and the State of Mississippi, residing in Chickasaw County.  She is over the age of 18.  She is a member of MS NAACP.  She identifies as Black.  She is a registered voter in Senate District 8 under the Enacted Senate Plan and intends to vote in that district in future elections. Ms. Cunningham also resided in Senate District 8 under the prior previous decade's maps.  Enacted Senate District 8 is not majority-Black.  In the Illustrative Senate Plan drawn by William Cooper (the "Illustrative Senate Plan"), Ms. Cunningham would reside in majority-Black Senate District 17.

4.      SHARON MOMAN is a citizen of the United States and the State of Mississippi, residing in Hinds County.  She is over the age of 18.  She is a member of MS NAACP.  She identifies as Black.  She recently ran for election as a candidate for the Democratic Party to represent House District 56.  She is a registered voter in House District 56 under the Enacted House Plan and intends to vote in that district in future elections.  Enacted House District 56 is not majority-Black.  In the Illustrative House Plan drawn by William Cooper (the "Illustrative House Plan"), Ms. Moman would reside in majority-Black House District 56.

1



5.      Plaintiff DR. ANDREA WESLEY is a citizen of the United States and the State

of Mississippi, residing in Forrest County. She is over the age of 18. She is a member of MS

NAACP. She identifies as Black. She is a registered member of the Democratic Party. She is a

registered voter in Senate District 45 under the Enacted Senate Plan and intends to vote in that

district in future elections. Dr. Andrea Wesley also resided in Senate District 45 under the prior

previous decade's maps. Enacted Senate District 45 is not majority-Black. In the Illustrative

Senate Plan, Ms. Wesley would reside in majority-Black Senate District 9.

6.      Plaintiff DR. JOSEPH WESLEY is a citizen of the United States and the State of

Mississippi, residing in Forrest County. He is over the age of 18. He is a member of MS

NAACP. He identifies as Black. He is a registered member of the Democratic Party. He is a

registered voter in Senate District 45 under the Enacted Senate Plan and intends to vote in that

district in future elections. Dr. Joseph Wesley also resided in Senate District 45 under the

previous decade's maps. Enacted Senate District 45 is not majority-Black. In the Illustrative

Senate Plan, Mr. Wesley would reside in majority-Black Senate District 9.

7.      Plaintiff ROBERT EVANS is a citizen of the United States and the State of

Mississippi, residing in Forrest County. He is over the age of 18. He is a member of MS

NAACP. He identifies as Black. He is a registered member of the Democratic Party. He is a

registered voter in Senate District 45 under the Enacted Senate Plan and intends to vote in that

district in future elections. Mr. Evans also resided in Senate District 45 under the previous

decade's maps. Enacted Senate District 45 is not majority-Black. In the Illustrative Senate Plan,

Mr. Evans would reside in majority-Black Senate District 9.

8.      Plaintiff GARY FREDERICKS is a citizen of the United States and the State of

Mississippi, residing in Harrison County. He is over the age of 18. He is a registered member of

2

the Democratic Party. He is a member of MS NAACP and the current President of the Gulfport branch of MS NAACP. He is a registered voter in Senate District 48 under the Enacted Senate Plan. He intends to vote in this district in future elections. Under the previous decade's maps, Mr. Fredericks was also in Senate District 48. Mr. Fredericks identifies as Black.

9.      Plaintiff PAMELA HAMNER is a citizen of the United States and the State of Mississippi, residing in DeSoto County. She is over the age of 18. She is a registered member of the Democratic Party. She is a registered voter in the newly enacted Senate District 2. She intends to vote in this district in future elections. Under the previous decade's maps, Ms. Hamner was in Senate District 1. Ms. Hamner identifies as Black.

10.      Plaintiff BARBARA FINN is a citizen of the United States and the State of Mississippi, residing in DeSoto County. She is over the age of 18. She identifies as Black. She is a registered member of the Democratic Party. She is a registered voter in Senate District 1 under the Enacted Senate Plan and intends to vote in that district in future elections. Under the previous decade's maps, Ms. Finn was in Senate District 2. Ms. Finn identifies as Black. Enacted Senate District 1 is not majority-Black. In the Illustrative Senate Plan, Ms. Finn would reside in majority-Black Senate District 2.

11.      Plaintiff OTHO BARNES is a citizen of the United States and the State of Mississippi, residing in Jefferson Davis County. He is over the age of 18. He is a member of MS NAACP. He identifies as Black. He is a registered member of the Democratic Party. He is a registered voter in Senate District 35 under the Enacted Senate Plan and intends to vote in that district in future elections. Under the previous decade's maps, Mr. Barnes was in Senate District 41. Enacted Senate District 35 is not majority-Black. In the Illustrative Senate Plan, Mr. Barnes would reside in majority-Black Senate District 35.

3

12.    Plaintiff SHIRLINDA ROBERTSON is a citizen of the United States and the
State of Mississippi, residing in Jefferson Davis County. She is over the age of 18. She
identifies as Black. She is a registered member of the Democratic Party. She is a registered voter
in Senate District 35 under the Enacted Senate Plan and intends to vote in that district in future
elections. Under the previous decade's maps, Ms. Robertson was also in Senate District 35. Ms.
Robertson identifies as Black. Enacted Senate District 35 is not majority-Black. In the
Illustrative Senate Plan, Ms. Robertson would reside in majority-Black Senate District 35.

13.    Plaintiff MARCELEAN ARRINGTON is a citizen of the United States and the
State of Mississippi, residing in Jasper County. She is over the age of 18. She identifies as
Black. She is a registered member of the Democratic Party. She is a member of MS NAACP.
She is a registered voter in House District 84 under the Enacted House Plan and intends to vote
in that district in future elections. Ms. Arrington was assigned to House District 79 under the
previous decade's maps. Enacted House District 84 is not majority-Black. In the Illustrative
House Plan, Ms. Arrington would reside in majority-Black House District 84.

14.    Plaintiff SANDRA SMITH is a citizen of the United States and the State of
Mississippi, residing in Grenada County. She is over the age of 18. She is a registered member
of the Democratic Party. She is a registered voter in the newly enacted House District 34. She
intends to vote in this district in the future. Under the previous decade's maps, Ms. Smith was
also in House District 34. Ms. Smith identifies as Black.

15.    Plaintiff DEBORAH HULITT is a citizen of the United States and the State of
Mississippi, residing in Hinds County. She is over the age of 18. She is a member of MS
NAACP. She identifies as Black. She is a registered voter in House District 56 under the
Enacted House Plan and intends to vote in that district in the future. Under the previous decade's

4

maps, Ms. Hulitt was also in House District 56. In the Illustrative House Plan, Ms. Hulitt would reside in majority-Black House District 56.

16.     Plaintiff DR. KIA JONES is a citizen of the United States and the State of Mississippi, residing in Hinds County. She is over the age of 18. She is a member of MS NAACP. She is a registered member of the Democratic Party. She is a registered voter in House District 64 under the Enacted House Plan and intends to vote in that district in the future. Dr. Jones identifies as Black.

17.     Plaintiff VICTORIA ROBERTSON is a citizen of the United States and the State of Mississippi, residing in Lowndes County. She is over the age of 18. She identifies as Black. She is a registered member of the Democratic Party. She is a registered voter in Senate District 17 under the Enacted Senate Plan and intends to vote in that district in the future. Under the previous decade's maps, Ms. Robertson was also in Senate District 17. In the Illustrative Senate Plan, Ms. Robertson would reside in majority-Black Senate District 16.

18.     Plaintiff RODESTA TUMBLIN is a citizen of the United States and the State of Mississippi, residing in Chickasaw County. She is over the age of 18. She identifies as Black. She is a member of MS NAACP. She is a registered member of the Democratic Party. She is a registered voter in House District 22 under the Enacted House Plan and intends to vote in that district in the future. Under the previous decade's maps, Ms. Tumblin was also in House District 22. Enacted House District 22 is not majority-Black. In the Illustrative House Plan, Ms. Tumblin would reside in majority-Black House District 22.

19.     Defendant THE STATE BOARD OF ELECTION COMMISSIONERS ("SBEC") is composed of the Governor, the Attorney General, and the Secretary of State. Its respective duties are set forth in Mississippi Code Annotated § 23-15-211 (Rev. 2018).

5

20.     Defendant TATE REEVES is the Governor of the State of Mississippi and is a member of the State Board of Election Commissioners ("SBEC") pursuant to Miss. Code Ann. § 23-15-211 (Rev. 2018).

21.     Defendant LYNN FITCH is the Attorney General of the State of Mississippi and is a member of the SBEC pursuant to Miss. Code Ann. § 23-15-211 (Rev. 2018).

22.     Defendant MICHAEL WATSON is the Secretary of State of the State of Mississippi and a member of the SBEC pursuant to Miss. Code Ann. § 23-15-211 (Rev. 2018).

## II.    DATA

23.     The parties stipulate to the admission of the following expert reports and accompanying exhibits and appendices, but do not stipulate to the truth or accuracy of any matters contained therein except as otherwise specifically provided in these Stipulations:

a. The August 28, 2023 Report of William Cooper, including all exhibits and appendices thereto

b. The November 15, 2023 Rebuttal Report of William Cooper, including all exhibits and appendices thereto

c. The December 22, 2023 Amended Report of Dr. Lisa Handley, including all appendices thereto

d. The November 14, 2023 Second Amended Report of Dr. D'Andra Orey, including all exhibits and appendices thereto

e. The November 22, 2023 Rebuttal Report of Dr. D'Andra Orey, including all exhibits and appendices thereto

f. The August 28, 2023 Report of Dr. Jordan Ragusa, including all exhibits and appendices thereto

6

g. The November 27, 2023 Amended Rebuttal Report of Dr. Jordan Ragusa, including all exhibits and appendices thereto

h. The November 17, 2023 Amended Report of Dr. Thomas Brunell, including all exhibits and appendices thereto

i. The October 23, 2023 Supplemental Report of Dr. Thomas Brunell, including all exhibits and appendices thereto

j. The December 6, 2023 Second Supplemental Report of Dr. Thomas Brunell, including all exhibits and appendices thereto

k. The October 16, 2023 Report of Dr. John Alford, including all exhibits and appendices thereto

24.    The parties stipulate to the accuracy of the PL 94-171 dataset created by the U.S. Census Bureau for use in the decennial redistricting process and agree to its admission.

25.    The PL 94-171 file was used by the Standing Joint Committee in formulating the 2022-enacted State Senate and State House Plans and by William Cooper in formulating the Illustrative Senate and House Plans and Hypothetical Senate and House Plans.

26.    The parties stipulate to the accuracy of the datasets merging precinct-level election data from the Mississippi Secretary of State and precinct-level demographic data from the U.S. Census Bureau, as used by Dr. Lisa Handley, Dr. John Alford, and Dr. D'Andra Orey in their ecological inference analyses.

27.    The parties stipulate to the accuracy of the following sets of Block Equivalency Files (BEFs) and agree to their admission as follows:

a. Joint Exhibit 2:  2019 Senate Plan (csv)

b. Joint Exhibit 3:  2012 House Plan (csv)

7

    c.  Joint Exhibit 4:  2022 Enacted Senate Plan (csv)

    d.  Joint Exhibit 5:  2022 Enacted House Plan (csv)

    e.  Joint Exhibit 6:  2023 Illustrative Senate Plan (csv)

    f.  Joint Exhibit 7:  2023 Illustrative House Plan (csv)

    g.  Joint Exhibit 21:  2012 Senate Plan (csv)

28.    The parties stipulate to the accuracy of the Maptitude reports and other population summary tables included as Exhibits C-1, C-2, D-2, G-11, J-11, K-2, L-1 through L-5,  N-11, O-1 through O-5, U-1 through U-4, V-1 through V-4, W-1 through W-4,  X-1, X-2, Y-1a, Y-1b, Y-2a, Y-2b, Z-1, Z-2, AB-11, AE-11, AG-1 through AG-5, AI-11, AJ-1 through AJ-5, AN-1 through AN-4, AO-1, AO-2, AP-1, AP-2, AQ-1, AQ-2, AR-1, AR-2, AS-1, AS-2, AT-1a, AT-1b, AT-2a, AT-2b, AU-1 through AU-3, AV-1 through AV-3 to William Cooper's August 28, 2023 Report and Exhibits A-2, A-4, A-6, B-2, B-4, B-6 of Mr. Cooper's November 15, 2023 Rebuttal Report.

## III.   TERMINOLOGY

29.    "Benchmark" plans are the redistricting plans in use prior to the 2022 redistricting process.

30.    "Enacted" plans refer to the redistricting plans for State Senate and State House enacted during the 2022 redistricting process.

31.    "Illustrative" plans refer to the redistricting plans for State Senate and State House drawn by William Cooper and set forth in his August 28, 2023 Report.

32.    "Any-Part Black" refers to a person who checks the box for "Black" as their race on the U.S. Census form, either alone or in combination with any other race.

33. "Majority-Black Districts" or "Black-Majority Districts" refers to electoral districts in which Any-Part Black voters constitute more than 50% of the voting-age population.

34. "VAP" is voting age population, *i.e.*, the population over the age of 18.

35. "BVAP" is Any-Part Black voting age population.

36. "CVAP" is citizenship voting age population as that term is used by the U.S. Census.

37. "CES" refers to the Cooperative Elections Study, a 50,000+ person national stratified sample survey administered by YouGov.

38. "CPS" refers to the Current Population Survey, a survey administered jointly by the U.S. Census Bureau and the U.S. Bureau of Labor Statistics (BLS) that is the primary source of labor force statistics for the population of the United States. In all even numbered years this survey includes a "Voting Supplement."

39. "ACS" refers to the American Community Survey, an annual demographics survey program conducted by the U.S. Census Bureau. Data is reported by the census bureau in 1-year and 5-year estimates.

40. "BISG" refers to Bayesian Improved Surname Geocoding, a statistical method that applies Bayes' Rule to predict the race or ethnicity of an individual using the individual's surname and geocoded location.

41. "RPV" refers to racially polarized voting, or differential voting patterns across racial groups.

42. "EI" refers to ecological inference, a statistical method used to estimate individual behavior from aggregate data using maximum likelihood statistics and method of bounds.

43. "EI RxC" refers to ecological inference rows by columns.

9

44.     "Statewide Office" refers to the officials elected by the state as a whole. These officials include the Governor, Lieutenant Governor, Secretary of State, Attorney General, Auditor, Treasurer, Commissioner of Insurance, and Commissioner of Agriculture and Commerce.

## IV.  OTHER FACTS

45.     Mississippi's current Constitution was adopted in 1890.

46.     No Black Mississippian has ever been elected to Statewide Office in the 132 years since 1890.

47.     No Black Mississippian has ever served as Speaker of the House or President Pro Tempore of the Senate in the 132 years since 1890.

48.     Black Mississippians have been elected to the Mississippi Transportation Commission, Mississippi Public Service Commission, Mississippi Court of Appeals, and Mississippi Supreme Court from Black-majority or Black-plurality districts.

49.     Since 1890, no Black Mississippian has ever represented DeSoto County, Simpson County, Chickasaw County, or Monroe County in the State Senate.

50.     Since 1890, no Black Mississippian has ever represented Chickasaw County or Monroe County in the State House.

51.     The Census Bureau delivers population counts and demographic data to the 50 states to aid the states in redrawing congressional and state legislative district boundaries.  The statutory deadline to provide redistricting data was March 31, 2021.

52.     On August 12, 2021, the U.S. Census Bureau released redistricting data from the 2020 Census.

53.    The 2020 Census data showed that the overall population of Mississippi declined by 6,018 from 2,967,297 people to 2,961,279 people. The non-Hispanic White population decreased by 83,210 persons. The Any-Part Black population increased by 7,812 persons.

54.    Any-Part Black Mississippians comprise the largest minority population in the state, at 37.94% of the total population and 36.14% of the voting age population.

55.    The Constitution of Mississippi and state law require that districts be composed of contiguous territory and the boundaries shall cross governmental or political boundaries the least number of times possible. County lines and election district lines are to be followed as nearly as possible. MISS. CONST. ART. XIII, § 254, Miss. Code Ann.§ 5-3-101.

Mississippi Code Ann. § 5-3-101 states:

In accomplishing the apportionment, the committee shall follow such constitutional standards as may apply at the time of the apportionment and shall observe the following guidelines unless such guidelines are inconsistent with constitutional standards at the time of the apportionment, in which event the constitutional standards shall control:

(a) Every district shall be compact and composed of contiguous territory and the boundary shall cross governmental or political boundaries the least number of times possible; and

(b) Districts shall be structured, as far as possible and within constitutional standards, along county lines; if county lines are fractured, then election district lines shall be followed as nearly as possible.

56.    The Mississippi Legislature's Standing Joint Legislative Committee on Reapportionment and Redistricting (the "Standing Joint Committee") is a Legislative Committee responsible for drawing plans to apportion the membership of the Mississippi Senate and Mississippi House of Representatives following the delivery of the decennial census data.

57.    In conducting redistricting in 2022, the Standing Joint Committee established the criterion for state legislative districts that each district's population should be less than 5% above

or below the ideal population of the district.  For a State Senate district, the ideal district size is

56,948.  For a State House district, the ideal district size is 24,273.

58.    The Standing Joint Committee conducted nine open public hearings during the

redistricting process.  Members of the public, including some of the Plaintiffs in this suit,

participated in one or more of those meetings and were offered a chance to give their input to

members of the Standing Joint Committee.  No proposed maps were revealed at any of these

hearings.  All nine hearings took place before the committee revealed proposed House and

Senate maps.

59.    The Standing Joint Committee held four meetings open to the public during the

redistricting process.

60.    The Standing Joint Committee adopted the following criteria for drawing State

Senate and State House districts:

> a. Each district's population should be less than 5% above or below the ideal
>    population of the district.
>
> b. Districts should be composed of contiguous territory.
>
> c. The redistricting plan should comply with all applicable state and federal
>    laws including Section 2 of the Voting Rights Act of 1965, as amended,
>    and the Mississippi and United States Constitutions.

61.    Mr. Cooper considered the addresses of incumbents in formulating the Illustrative

Senate and House Plans and Hypothetical Senate and House Plans.

62.    As required by the Voting Rights Act, as part of the redistricting process, the

Standing Joint Committee also looked at precinct-level voting age and voting age racial

demographic information. For instance, Ted Booth made a request to Madalan Lennep stating that:

> We[, the Joint Committee,] would like accurate, precinct by precinct registration information for all of Mississippi's voting precincts as of the registration cut off date for the November, 5, 2019 general election. We will eventually be using this information to help us design districts for the House and Senate following the 2020 census PL-94-171 data delivery. When we are looking at such data as voting age population and minority voting age population, it would be beneficial to have an understanding of how many persons are actually registered in a precinct. We also look at actual elections when we devise districts, and it would be instructive to see the percentage of registered voters who turn out in given elections.

63.    On Sunday, March 27, 2022, the Standing Joint Committee held its final meeting and publicly revealed its proposed maps for both the Mississippi State Senate and State House. The Standing Joint Committee voted to adopt the proposed State House and Senate maps at that meeting.

64.    On March 29, the full State House voted to adopt the House districting plan, JR 1, and the full State Senate voted to adopt the Senate districting plan, JR 202. This Senate districting plan was identical to the plan released by the Standing Joint Committee two days earlier. The House districting plan was amended on the floor on the motion of State Representative Zakiya Summers to unpair her from another Democratic incumbent. Rep. Summers is a Black Democrat representing parts of Hinds and Rankin Counties.

65.    On March 31, 2022, the House approved the adopted Senate plan, and the Senate approved the adopted House plan.

66.    There are 52 Senate Districts in Mississippi.

67.     The 2012 Senate Plan contained 15 majority-Black State Senate Districts at the time it was enacted.

68.     The 2019 Senate Plan enacted in April 2019 and used in the 2019 General Election contained 15 majority-Black Senate districts.

69.     The Enacted Senate Plan contains 15 Black-majority Senate districts using 2020 Census Data.

70.     The Illustrative Senate Plan contains 19 Black-majority Senate districts using 2020 Census Data.

71.     Illustrative Senate Districts 2, 17, 9, and 35 have BVAP percentages above 50%, while the corresponding districts in the Enacted Senate Plan have BVAP percentages below 50%.

72.     Senate District 2 had a BVAP of 39.6% in the Benchmark Senate Plan and has a BVAP of 32.88% in the Enacted Senate Plan, a reduction of 6.8%.

73.     After the 2020 Census, the Benchmark Senate District 2 was overpopulated by 4,144 persons.

74.     In 2019, a Black Democratic candidate, Hester Jackson-McCray, received 1553 votes, 50.2% of the vote, against a White Republican incumbent, Ashley Henley, for a State House District 40 in Desoto County.

75.     Senate District 48 had a BVAP of 36.3% in the Benchmark Senate Plan and has a BVAP of 29.4% in the Enacted Senate Plan, a reduction of 6.9%.

76.     After the 2020 Census, the Benchmark SD 48 was overpopulated by 5,707 persons.

77.    In 2019, a Black Democratic challenger, Gary Fredericks, lost the State Senate General Election in District 48 by just over 400 votes to a white Republican.

78.    There are 122 House districts in Mississippi.

79.    The Benchmark House Plan contained 42 majority-Black House districts at the time it was enacted.

80.    The Enacted State House Plan contains 42 majority-Black districts using 2020 Census data.

81.    The Illustrative House Plan contains 45 majority-Black House districts using 2020 Census Data.

82.    Illustrative House Districts 22, 56, and 84 have BVAP percentages above 50%, while the corresponding districts in the Enacted Plan have BVAP percentages below 50%.

83.    House District 22 had a BVAP of 37.1% in the Benchmark House Plan and now has a BVAP of 29.9% in the Enacted House Plan, a reduction of 7.2%.

84.    After the 2020 Census, the Benchmark HD 22 was underpopulated by 513 residents.

85.    House District 34 had a BVAP of 60.5% in the Benchmark House Plan and now has a BVAP of 31.6% in the Enacted House plan, a reduction of 28.9%.

86.    After the 2020 Census, Benchmark HD 34 was underpopulated by 3,253 persons.

87.    House District 64 had a BVAP of 37.9% in the Benchmark House Plan and now has a BVAP of 31% in the Enacted House Plan, a reduction of 6.9%.

88.    After the 2020 Census, Benchmark HD 64 was overpopulated by 320 persons.

89.     The representatives for State Senate Districts 2, 17, 35, 42, 44, and 45 and State House Districts 22, 56, and 84 are all White and have been so for at least the last three election cycles.

90.     Jon Lancaster represents House District 22. He switched from the Democratic Party to the Republican Party on November 1, 2021.

91.     The current makeup of the Mississippi Legislature is as follows:

      a.  As of January 15, 2024, there are 16 Democrats and 36 Republicans in the Mississippi State Senate.

      b.  As of January 15, 2024, there are 41 Democrats, 79 Republicans, and 2 Independents in the Mississippi State House of Representatives.

      c.  As of January 15, 2024, there are 14 Black Senators and 38 White Senators in the Mississippi State Senate.

92.     The parties do not dispute that EI is a method to analyze RPV.

93.     After new legislative district lines are adopted in Mississippi, counties input any changes in district assignments from the new district lines into the Statewide Election Management System ("SEMS"), which is an electronic database that houses election-related information, including the list of registered voters, their addresses, and their district assignments.

94.     The process of implementing new districts in SEMS involves modifying the precinct split and address range boundaries where necessary to reflect any changes to the districting lines.  A "precinct split" exists when district lines run through a particular voting precinct, such that changing district lines may change whether a precinct is split or not.

95.     The time it takes to implement new legislative districts in SEMS varies based on several factors, including the extent of the changes to the preexisting district lines, as well as the size and number of counties impacted.

96.     The process of implementing new legislative districts must be completed in SEMS at least 60 days in advance of a given election day for ballots to be generated, prepared, and shipped by the 45-day deadline provided by the federal Uniformed and Overseas Citizens Absentee Voting Act.

97.     Other than the deadlines required by law, the Secretary of State's office does not impose any deadlines on counties for the implementation of new legislative districts in SEMS following redistricting.

98.     Primary elections in state legislative contests in Mississippi are generally held on the first Tuesday after the first Monday of August preceding any regular or general election.

99.     The 2024 general election is scheduled to take place on November 5, 2024.

100.    Democratic Senator Juan Barnett of SD 34, who is black, is Chairman of the Corrections Committee of the Mississippi State Senate.

101.    Democratic Senator Simmons of SD 12, who is black, is Chairman of the County Affairs Committee of the Mississippi State Senate.

102.    Democratic Senator Angela Turner-Ford of SD 16, who is black, is Chairman of the Drug Policy Committee of the Mississippi State Senate.

103.    Democratic Senator David Jordan of SD 24, who is black, is Chairman of the Enrolled Bills Committee of the Mississippi State Senate.

104.    Democratic Senator Sollie B. Norwood of SD 28, who is black, is Chairman of the Executive Contingent Fund Committee of the Mississippi State Senate.

105.    Democratic Senator David Blount of SD 2, who is white, is Chairman of the Gaming Committee of the Mississippi State Senate.

106.    Democratic Senator John Horhn of SD 26, who is black, is Chairman of the Housing Committee of the Mississippi State Senate.

107.    Democratic Senator Hillman Frazier of SD 27, who is black, is Chairman of the Interstate and Federal Cooperation Committee of the Mississippi State Senate.

108.    Democratic Senator Albert Butler of SD 37, who is black, is Chairman of the Investigate State Offices Committee of the Mississippi State Senate.

109.    Democratic Senator Hob Bryan of SD 7, who is white, is Chairman of the Public Health and Welfare Committee of the Mississippi State Senate.

110.    Democratic Representative Carl Mickens of HD 42, who is black, is Chairman of the Housing Committee of the Mississippi House of Representatives.

111.    Democratic Representative Cedric Burnett of HD 9, who is black, is Chairman of the Interstate Cooperation Committee of the Mississippi House of Representatives.

112.    Democratic Representative Karl Gibbs of HD 36, who is black, is Chairman of the State Library Committee of the Mississippi House of Representatives.

113.    Democratic Representative Otis Anthony of HD 31, who is black, is Chairman of the Youth and Family Affairs Committee of the Mississippi House of Representatives.

114.    There are 49 committee chairs in the Mississippi House of Representatives. In total, 45 out of the 49 House committee chairs are White, and 4 of the 49 House committee chairs are Black.

115.    There are 41 committee chairs in the Mississippi Senate. In total, 33 of the 41 Senate committee chairs are White, and 8 of the 41 Senate committee chairs are Black.

18

116.    1,334,155 voters turned out to vote in the 2020 General Election in Mississippi.

117.    Kevin Horan represents House District 34. He switched from the Democratic Party to be an Independent on January 6, 2020. Thereafter, in 2022, he switched to the Republican Party.

118.    Shanda Yates represents House District 22.  She switched from the Democratic Party to Independent on January 13, 2022.