EXHIBIT NO. PTX-001 evid.
CAUSE NO. 3:22cv734-DPJ-HSO-LHS
WITNESS
CLERK: _____ SHONE POWELL

FEB 2 6 2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
Candice Crane, REPORTER

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### NORTHERN DIVISION

MISSISSIPPI STATE CONFERENCE OF THE
NATIONAL ASSOCIATION FOR THE
ADVANCEMENT OF COLORED PEOPLE;
DR. ANDREA WESLEY; DR. JOSEPH
WESLEY; ROBERT EVANS; GARY
FREDERICKS; PAMELA HAMNER;
BARBARA FINN; OTHO BARNES;
SHIRLINDA ROBERTSON; SANDRA
SMITH; DEBORAH HULITT; RODESTA
TUMBLIN; DR. KIA JONES; ANGELA
GRAYSON; MARCELEAN ARRINGTON;
VICTORIA ROBERTSON,

     *Plaintiffs,*

     vs.

STATE BOARD OF ELECTION
COMMISSIONERS; TATE REEVES, *in his
official capacity as Governor of Mississippi*;
LYNN FITCH, *in her official capacity as
Attorney General of Mississippi*; MICHAEL
WATSON, *in his official capacity as Secretary
of State of Mississippi.*

     *Defendants.*

3:22-cv-734-DPJ-HSO-LHS

## DECLARATION OF WILLIAM S. COOPER

3:22-cv-734

PTX-001

WILLIAM S. COOPER, acting in accordance with 28 U.S.C. § 1746,

Federal Rule of Civil Procedure 26(a)(2)(B), and Federal Rules of Evidence 702

and 703, does hereby declare and say:

## I.   INTRODUCTION

### A.   <u>Redistricting Experience</u>

1.     My name is William S. Cooper.  I have a B.A. in Economics from

Davidson College.  As a private consultant, I was retained as a demographic and

redistricting expert for the Plaintiffs.  I am compensated at a rate of $150 per hour,

and my compensation is not contingent on the outcome of this litigation.  I reserve

the right to continue to amend or supplement my reports, including in light of

additional facts, testimony, and/or materials that may come to light over the course

of the discovery period in this case.

2.     I have been accepted as an expert trial witness on redistricting and

demographics in about 50 federal-court voting rights cases across 18 states,

including Mississippi.  Five of those cases, including one in Mississippi (*Thomas v.

Reeves*), resulted in changes to statewide legislative boundaries.[1]  Approximately 25

---

[1] The five are *Rural West Tennessee African-American Affairs Council, Inc. v. McWherter*, No. 92-cv-2407 (W.D. Tenn. 1995); *Old Person v. Brown*, No. 96-cv-0004 (D. Mont. 2002); *Bone Shirt v. Hazeltine*, No. 01-cv-3032 (D.S.D. 2004); *Alabama Legislative Black Caucus v. Alabama*, No. 12-cv-691 (M.D. Ala. 2017), and *Thomas v. Reeves*, No. 18-cv-441 (S.D. Miss. 2019).  In *Bone Shirt*, the court also adopted the remedial plan I developed.

of those cases led to changes in local election district plans.[2] In one recent case where I testified as an expert, the U.S. Supreme Court affirmed a preliminary injunction ordering changes to the U.S. Congressional districting plan in Alabama.[3] My testimony in such cases almost always includes a review of the demographics and socioeconomic characteristics of the jurisdiction or jurisdictions at issue. In Voting Rights Act cases, I also typically produce one or more illustrative districting plans for the jurisdiction.

3.    In 2022 and 2023, I have testified as an expert in redistricting and demographics in eight cases challenging district boundaries under Section 2 of the Voting Rights Act: *Caster v. Merrill*, No. 21-1356-AMM (N.D. Ala. 2022), *Pendergrass v. Raffensperger*, No. 21-05337-SCJ (N.D. Ga. 2022), *Alpha Phi Alpha Fraternity v. Raffensperger*, No. 21-05339-SCJ (N.D. Ga. 2022), *NAACP v. Baltimore County,* No.21-cv-03232-LKG (D. Md. 2022), *Christian Ministerial Alliance v. Hutchinson* No. 19-cv-402-JM (E.D. Ar. 2022), *Robinson v. Ardoin*, No. 22-cv-00211-SDD-SDJ (M.D. La. 2022), *Caroline County Branch of the NAACP v.*

---

[2] I have also served as an expert witness on demographics in trials relating to issues other than voting and redistricting. For example, I served as an expert in *Stout v. Jefferson County Board of Education,* No. 65-cv-00396 (N.D. Ala. 2017), a school desegregation case involving the City of Gardendale, Alabama. In 2023, I testified at trial in another school desegregation case involving the St. Martin Parish School Board – *Thomas v. St. Martin Parish School Board*, No. 65-cv-11314 (W.D. La.2023).

[3] *Singleton v. Merrill*, 582 F. Supp. 3d 924, 977 (N.D. Ala. 2022); *Allen v. Milligan*, 143 S. Ct. 1487 (2023).

*Town of Federalsburg*, No. 23-00484-SAG (D. Md. 2023), and *Dickinson Bay Area NAACP Branch v. Galveston County*, No. 22-cv-117-JVB (S.D. Tex. 2023).

4.    I also testified at trial in 2022 as an expert on demographics in *Florida NAACP v. Lee*, No. 21-cv-187-MW-MAF (N.D. Fla. 2022), a case involving recent changes to Florida election law.

5.    With respect to my work in Mississippi, I served as an expert witness in redistricting and demographics in *Thomas v. Reeves*, No. 18-cv-441 (S.D. Miss. 2019), a Voting Rights Act case which resulted in the revision of Mississippi State Senate District lines in the Mississippi Delta.  In addition to the *Thomas* case, I have testified at trial in two other state-level voting lawsuits in Mississippi: *NAACP v. Fordice*, No. 92-CV-250 (S.D. Miss 1999), which involved the districts used for the Public Service Commission and Transportation Commission, and *Smith v. Clark*, No. 01-CV-855 (S.D. Miss 2002), which involved congressional redistricting in Mississippi.

6.    I currently serve as a proposed redistricting and demographics expert for the plaintiffs in *White v. State Board of Election Commissioners*, No. 22-cv-62 (N.D. Miss. 2023). This matter involves election districts for the Mississippi State Supreme Court and has not yet proceeded to trial.

7.    I have testified at trial over the past three decades as a redistricting and demographics expert in several local-level voting cases in Mississippi -- in the 1990s[4], 2000s[5], and 2010s[6].

8.    I have also developed election plans that were adopted by the following local governing bodies in Mississippi: in the 1990s – Webster County; in the 2000s – Bolivar County and Webster County; and in the 2010s – Bolivar County, Claiborne County, and the City of Grenada.  In 2022, I developed election plans that were adopted by the Bolivar County Board of Supervisors and the Washington County Board of Supervisors. I am currently developing redistricting plans for the City of Grenada.

9.    For additional historical information on my testimony as an expert witness and experience preparing and assessing proposed redistricting maps for Section 2 litigation, a summary of my redistricting work is attached as **Exhibit A.** A listing of Mississippi voting cases where I have filed declarations but did not

---

[4] *See, e.g., Addy v. Newton County*, No. 95-cv-39 (S.D. Miss. 1997); *Gunn v. Chickasaw County*, No. 87-cv-165 (N.D. Miss 1989); *Nichols v. Okolona*, No. 97-cv-00030 (N.D. Miss. 1995).

[5] *See, e.g., Fairley v. Hattiesburg*, No. 06-cv-167 (S.D. Miss. 2008); *Boddie v. Cleveland School District*, No. 07-cv-63 (N.D. Miss. 2010), *Jamison v. City of Tupelo*, No. 07-cv-366 (N.D. Miss. 2007).

[6] *Fairley v. City of Hattiesburg*, No. 13-cv-18 (S.D. Miss. 2015).

testify at trial is also available in **Exhibit A**.  Six of the lawsuits where I filed

declarations resulted in changes to local redistricting plans.

    **B.**    <u>**Purpose of Report**</u>

    10.   The attorneys for the Plaintiffs in this case have asked me to determine

whether the Black population in Mississippi is "sufficiently large and

geographically compact"[7] to allow for the creation of additional majority-Black

voting age population ("BVAP") districts in the Mississippi State Senate and the

Mississippi State House.  Unless indicated otherwise, I use the Any Part Black

census definition when discussing Mississippi's Black population.[8]

    11.   The attorneys also asked me to review historical and current

demographics (reported in the decennial Census published by the U.S. Census

Bureau), as well as socioeconomic characteristics reported in the annual releases of

the *American Community Survey* ("ACS") for African Americans and non-Hispanic

Whites.

---

[7] *Thornburg v. Gingles*, 478 U.S. 30, 50 (1986).

[8] In this report, "Black" and "African American" are synonymous, as are "Latino" and "Hispanic," and "White" and "non-Hispanic White." "Black" refers to persons of all ages who are any part Black ("AP Black"), i.e., single-race Black or more than one race and some part Black. The "AP Black" classification includes all persons who self-identified in the Census as single-race Black or some part Black, including Hispanic Black. It is my understanding that following the U.S. Supreme Court decision in *Georgia v. Ashcroft*, 539 U.S. 461 (2003), the "Any Part" definition is the appropriate Census classification to use in most Section 2 cases.

**C.    Methodology**

12.    **Exhibit B** describes the sources and methodology I have employed in the preparation of this report and the illustrative plans described below. Briefly, I used the Maptitude software program as well as data and shapefiles from the U.S. Census Bureau and the Mississippi Automated Resource Information System "MARIS", among other sources.

13.    I used incumbent address information based on a partial list of addresses posted on the Mississippi Legislature's website, as well as a partial list of incumbent addresses provided by the Defendants to the attorneys for the Plaintiffs on August 15, 2023. Under the illustrative plans, at least two Senate districts and at least four House districts have paired incumbents.

14.    Additional information is needed to further reduce or eliminate incumbent pairings. I anticipate revising the illustrative plans to further take into account updated incumbent addresses.

**D.    Summary of Expert Conclusions**

15.    I have reached the following conclusions:

- Based on the 2020 Census, Black Mississippians are sufficiently numerous and geographically compact to allow for at least four additional majority-Black State Senate districts, while adhering to traditional redistricting principles.

7

- Based on the 2020 Census, Black Mississippians are sufficiently numerous and geographically compact to allow for at least three additional majority-Black State House districts, while adhering to traditional redistricting principles.

- As reported in the *1-Year ACS* and the *5-Year ACS*, a demographic survey published by the U.S. Census Bureau, in Mississippi non-Hispanic Whites significantly outpace Black Mississippians across most key indicators of socioeconomic well-being; Black-White disparities are also widespread at the regional, county, and municipal levels.

E.    **Organization of Report**

16.    The remainder of this declaration is organized as follows:

17.    **Section II** reviews current and historical demographics at the statewide, regional, and county levels.

18.    **Section III** presents an illustrative Senate Plan, based on the 2020 Census, containing 19 majority-Black Senate districts, four more than the 15 majority-Black districts under the 2022 Senate Plan.

19.    **Section IV** presents an illustrative House Plan, based on the 2020 Census, containing 45 majority-Black House districts, three more than the 42 majority-Black districts under the 2022 House Plan.

## II.    DEMOGRAPHIC PROFILE OF MISSISSIPPI

### A.    <u>Statewide Population – 2000 to 2020</u>

20.    The table in **Figure 1** presents the population of Mississippi by race and ethnicity as reported in the 2000, 2010, and 2020 decennial censuses.

### Figure 1: Mississippi – 2000 to 2020 Census Population by Race and Ethnicity

| All Ages | 2000 | Percent of Total Population | 2010 | Percent of Total Population | 2020 | Percent of Total Population | 2000-2020 Change | Percent 2000-2020 Population Change |
|---|---|---|---|---|---|---|---|---|
| Total Population | 2,844,658 | 100.00% | 2,967,297 | 100.00% | 2,961,279 | 100.00% | 116,621 | 4.10% |
| NH White* | 1,727,908 | 60.74% | 1,722,287 | 58.04% | 1,639,077 | 55.35% | -88,831 | -5.14% |
| Total Minority Pop. | 1,116,750 | 39.26% | 1,245,010 | 41.96% | 1,322,202 | 44.65% | 205,452 | 18.40% |
| Latino | 39,569 | 1.39% | 81,481 | 2.75% | 105,220 | 3.55% | 65,651 | 165.92% |
| NH Black* | 1,028,473 | 36.15% | 1,093,512 | 36.85% | 1,079,001 | 36.44% | 50,528 | 4.91% |
| NH Asian* | 18,349 | 0.65% | 25,477 | 0.86% | 32,305 | 1.09% | 13,956 | 76.06% |
| NH Hawaiian and PI* | 569 | 0.02% | 948 | 0.03% | 1,037 | 0.04% | 468 | 82.25% |
| NH American Indian and Alaska Native | 11,224 | 0.39% | 13,845 | 0.47% | 14,019 | 0.47% | 2,795 | 24.90% |
| NH Other* | 1,294 | 0.05% | 1,828 | 0.06% | 7,174 | 0.24% | 5,880 | 454.40% |
| NH Two or More Races | 20,021 | 0.70% | 27,919 | 0.94% | 83,446 | 2.82% | 63,425 | 316.79% |
| SR Black (Single-race Black) | 1,033,809 | 36.34% | 1,098,385 | 37.02% | 1,084,481 | 36.62% | 50,672 | 4.90% |
| AP Black (Any Part Black) | 1,041,708 | 36.62% | 1,115,801 | 37.60% | 1,123,613 | 37.94% | 81,905 | 7.86% |

* Single-race, non-Hispanic.

21.    According to the 2020 Census, non-Hispanic Whites comprise 55.35% of the population in Mississippi – down from 58.04% in 2010 and 60.74% in 2000. African Americans (*i.e.*, Any Part Black individuals) are the next largest racial/ethnic category, representing 37.94% of the population in 2020 – the highest proportion of any state in the nation and up slightly from 37.60% in 2010. Latinos

registered significant gains between 2010 and 2020, representing 3.55% of the statewide population in 2020 – up from 2.75% in 2010.

22.    In absolute terms, Mississippi has grown by 116,621 persons between 2000 and 2020. Growth in the African-American population, which increased by 81,905, is the single largest driver of overall population growth, along with the growth of other racial minority groups. Mississippi's White population fell by 88,831 during that same period.

**B.    Statewide Voting Age Population (2000 to 2020)**

23.    As shown in **Figure 2**, in percentage terms, the statewide BVAP has steadily increased over the past two decades – from 33.29% in 2000 to 36.14% in 2020. During that same period, the Non-Hispanic ("NH") White VAP has dropped by nearly seven percentage points, from 64.16% in 2000 to 57.76% in 2020.[9]

---

[9] According to the 2021 1-year ACS (the most recent survey available), Any Part Black Mississippians comprise 36.5% of the citizen voting age population, Latinos 2.0%, and NH Whites 58.7%.

Table S2901 -- CITIZEN, VOTING-AGE POPULATION BY SELECTED CHARACTERISTICS (1-year 2021 ACS) https://data.census.gov/cedsci/table?q=S2901&g=0400000US28&tid=ACSST1Y2021.S2901

Public Use Microdata Sample of the 1-Year 2021 ACS https://data.census.gov/mdat/#/search?ds=ACSPUMS1Y2021&vv=AGEP(18:99)&cv=RACBLK(1),CIT(1,2,3,4)&rv=ucgid&wt=PWGTP&g=0400000US28

**Figure 2: Mississippi – 2000 to 2020 Census**
**Percent Voting Age Population by Race and Ethnicity**

|  | 2000 | % 2000 | 2010 | % 2010 | 2020 | % 2020 |
|---|---|---|---|---|---|---|
| Total | 2,069,471 | 100.00% | 2,211,742 | 100.0% | 2,277,599 | 100.0% |
| AP Black | 688,994 | 33.29% | 773,869 | 34.99% | 823,080 | 36.14% |
| NH White | 1,327,768 | 64.16% | 1,348,246 | 60.96% | 1,315,451 | 57.76% |

**C.    Statewide Socioeconomic Disparities (2021 ACS)**

24.    In Mississippi, African Americans trail NH whites across most key indicators of socioeconomic well-being. This disparity is summarized below and depicted with further detail in the charts in **Exhibit C-1** and the table in **Exhibit C-2,** as reported in *Table S0201* from the 1-Year 2021 ACS conducted by the U.S. Census Bureau (the most current available ACS survey).

**(a) Income**

- 30.9% of African Americans in Mississippi live in poverty, compared to 11.5% of Whites. (**Exhibit C-1 at p. 2** and **Exhibit C-2 at p. 16**)

- 44.5% of African-American children live in poverty, compared to 12.9% of White children. (**Exhibit C-1 at p. 2** and **Exhibit C-2 at p.16**)

- African-American median household income is $33,541, compared to the $61,318 median income for White households. (**Exhibit C-1 at p. 5** and **Exhibit C-2 at p.13**)

- Per capita income disparities in Mississippi track the disparities seen in median household income. African-American per capita income is $18,368, compared to White per capita income of $33,374. (**Exhibit C-1 at p. 7** and **Exhibit C-2 at p. 15**)

- 24.6% of African-American households rely on food stamps (SNAP), more than triple the 7.0% SNAP participation rate of White households. (**Exhibit C-1 at p. 8** and **Exhibit C-2 at p. 14**)

### (b) Education

- Of persons 25 years of age and over, 17.9% of African Americans have not finished high school, compared to 10.1% of their White counterparts. (**Exhibit C-1 at p. 10** and **Exhibit C-2 at p. 5**)

- At the other end of the educational scale, for ages 25 and over, 18.2% of African Americans have a bachelor's degree or higher, compared to 28.6% of Whites. (**Exhibit C-1 at p. 10** and **Exhibit C-2 at p. 5**)

### (c) Employment

- The Black unemployment rate (for the population over 16, expressed as a percent of the civilian labor force) is 10.5%, compared to a 3.9% White unemployment rate. (**Exhibit C-1 at p. 12** and **Exhibit C-2 at p. 9**)

- Of employed African Americans, 26.2% are in management or professional occupations, compared to 41.1% rate of Whites. (**Exhibit C-1 at p. 13** and **Exhibit C-2 at p. 10**)

### (d) Housing

- In Mississippi, a little over half of African-American householders (53.8%) are homeowners, while more than three quarters of White households (80.1%) are owner-occupied. (**Exhibit C-1 at p. 14** and **Exhibit C-2 at p. 17**)

- Median home value for African-American homeowners is $95,800, compared to the $162,200 median home value for Whites. (**Exhibit C-1 at p. 15** and **Exhibit C-2 at p. 19**)

### (e) Transportation/Communication

- One in ten African-American households (10.0%) lacks access to a vehicle, while 4.3% of White households are without a vehicle. (**Exhibit C-1 at p. 17** and **Exhibit C-2 at p. 19**)

PTX-001-012

- There is about a four-point Black-White gap in households with a computer, smartphone or tablet – 88.7% versus 93.0%. (**Exhibit C-1 at p. 18** and **Exhibit C-2 at p. 20**)

- With respect to broadband internet connections, African-American households trail White households – 77.1% versus 84.4%. (**Exhibit C-1 at p. 18** and **Exhibit C-2 at p. 20**)

**D.** **Regional Distribution of Mississippi's Black Population**

25. The map in **Figure 3** depicts 2020 Black population percentage by county. **Exhibit D-1** is a higher resolution version of the **Figure 3** map. **Exhibit D-2** reports total, Black and NH White population by county for 2000, 2010 and 2020.

Figure 3: 2020 Percent Black by County (Exhibit D-1)
Mississippi Planning & Development Districts (blue lines)



26.    Blue lines in the **Figure 3** map identify the state's ten Planning and

Development Districts ("planning districts" or "PDDs"), which are Mississippi's

official sub-state regions and are used to define regional boundaries for various

administrative, planning, and development purposes.[10]

---

[10] *See, e.g.*, Miss. Assoc. of Planning and Dev. Districts, *2022 Directory*,
http://mspdds.org/directory/.

27.    Mississippi's planning districts are a useful reference point for constructing electoral districts in the state.  In the 1960s, local Mississippi officials created the PDDs as an administrative and governance structure to "allow communities to collectively address problems."[11]  Since then, "each PDD [has] represent[ed] a distinctly different region of the state," and each district's responsibilities span "community and economic development," "health and social services," "small business assistance," "workforce development," "loan assistance," and Medicaid case management, among other "local needs and priorities."[12]  As such, PDD boundaries, by definition, delineate parts of Mississippi that share policy interests and preferences.

28.    The table in **Figure 4** reports 2020 population by race and ethnicity for the ten planning district regions, with bold font identifying five planning districts where I have determined that one or more additional majority-Black legislative districts can be drawn.

---

[11] Miss. Assoc. of Planning and Dev. Districts, *What is a PDD*, http://mspdds.org/what-is-a-pdd/.

[12] *Id.*

**Figure 4: Mississippi Planning Districts – 2020 Census
Population by Race and Ethnicity**

| Planning District (identifying the primary location of additional legislative districts in Illustrative Plans) | Population | AP Black | % AP Black | Latino | % Latino | NH White | % NH White |
|---|---|---|---|---|---|---|---|
| **Central – Senate/House** | **619,700** | **297,220** | **48.0%** | **17,197** | **2.8%** | **288,467** | **46.5%** |
| **East Central – House** | **227,806** | **88,263** | **38.7%** | **8,496** | **3.7%** | **119,855** | **52.6%** |
| Golden Triangle | 175,474 | 76,701 | 43.7% | 3,447 | 2.0% | 90,528 | 51.6% |
| North Central | 117,158 | 65,758 | 56.1% | 2,016 | 1.7% | 47,944 | 40.9% |
| **North Delta -- Senate** | **296,649** | **120,419** | **40.6%** | **12,631** | **4.3%** | **154,476** | **52.1%** |
| Northeast | 141,811 | 31,216 | 22.0% | 4,993 | 3.5% | 102,531 | 72.3% |
| South Delta | 114,801 | 80,599 | 70.2% | 2,319 | 2.0% | 30,680 | 26.7% |
| **Southern – Senate** | **805,302** | **205,707** | **25.5%** | **40,696** | **5.1%** | **523,916** | **65.1%** |
| Southwest | 176,046 | 87,802 | 49.9% | 2,860 | 1.6% | 82,779 | 47.0% |
| **Three Rivers - Senate/House** | **286,532** | **69,928** | **24.4%** | **10,565** | **3.7%** | **197,901** | **69.1%** |

29.    The map in **Figure 5** illustrates the percentage of Black population by planning district, according to the 2020 Census. Labels indicate Black population change since 2000, as reported in the **Figure 6** table *infra*.  **Exhibit D-3** is a higher resolution version of the Figure 5 map.

16

**Figure 5: 2020 Percent Black by Planning District**
*Labels show Black Population Change Since 2000*



30.   The **Figure 5** map and table in **Figure 6** below reveal that between

2000 and 2020, Black population growth at the regional level has been concentrated

in four planning districts – Central Mississippi, North Delta, Southern Mississippi,

and Three Rivers. Taken together, these four planning districts account for a net

Black population gain of 120,399 persons since 2000.  The 2000 to 2020 White

population loss in these same planning districts is -7,636.

## Figure 6: Mississippi Planning Districts–
## 2000 to 2020 Population Change

| Planning Districts | 2000 Pop | 2020 Pop | Pop Change (2000-2020) | 2000 Black | 2020 Black | Black Change (2000-2020) | 2000 NH White | 2020 NH White | NH White Change (2000-2020) |
|---|---|---|---|---|---|---|---|---|---|
| Central | 574,990 | 619,700 | 44,710 | 263,525 | 297,220 | 33,695 | 299,889 | 288,467 | -11,422 |
| East Central | 240,785 | 227,806 | -12,979 | 87,252 | 88,263 | 1,011 | 142,721 | 119,855 | -22,866 |
| Golden Triangle | 179,227 | 175,474 | -3,753 | 77,106 | 76,701 | -405 | 98,017 | 90,528 | -7,489 |
| North Central | 138,489 | 117,158 | -21,331 | 74,878 | 65,758 | -9,120 | 61,518 | 47,944 | -13,574 |
| North Delta | 231,712 | 296,649 | 64,937 | 80,626 | 120,419 | 39,793 | 145,412 | 154,476 | 9,064 |
| Northeast | 143,122 | 141,811 | -1,311 | 31,933 | 31,216 | -717 | 108,489 | 102,531 | -5,958 |
| South Delta | 158,039 | 114,801 | -43,238 | 105,537 | 80,599 | -24,938 | 50,146 | 30,680 | -19,466 |
| Southern | 727,624 | 805,302 | 77,678 | 166,831 | 205,707 | 38,876 | 532,812 | 523,916 | -8,896 |
| Southwest | 188,790 | 176,046 | -12,744 | 92,127 | 87,802 | -4,325 | 94,621 | 82,779 | -11,842 |
| Three Rivers | 261,880 | 286,532 | 24,652 | 61,893 | 69,928 | 8,035 | 194,283 | 197,901 | 3,618 |
| | | | | | | | | | |
| 4 PDDs Subtotal | 1,796,206 | 2,008,183 | 211,977 | 572,875 | 693,274 | 120,399 | 1,172,396 | 1,164,760 | -7,636 |
| Statewide | 2,844,658 | 2,961,279 | 116,621 | 1,041,708 | 1,123,613 | 81,905 | 1,727,908 | 1,639,077 | -88,831 |

### E.  *Gingles 1* Focus Planning Districts

31.   The 2000 to 2020 Black population growth in Central PDD, North

Delta PDD, Southern PDD, and Three Rivers PDD (120,399) equals about two

100% Black Senate districts (ideal Senate district size of 56,948) and about five

100% Black House districts (ideal House district size of 24,273).[13]

32.   Assuming geographic proximity of areas with racially diverse

populations in these four planning districts, it stands to reason that multiple

additional Senate and House districts could be drawn with Black voting age

---

[13] Ideal district size is calculated by dividing the 2020 statewide population (2,961,279) by
the number of districts -- 52 for the Senate and 122 for the House.

populations over 50% while adhering to traditional redistricting principles. In other words, the demographic backdrop makes it highly likely that additional majority-Black legislative districts could be drawn in Mississippi while adhering to traditional redistricting principles. Zero additional Senate or House districts (as in the 2022 Legislative Plan) seems highly unlikely. And yet, in drawing new legislative maps, legislative map drawers chose to maintain the 2000 through 2020-era status quo of 15 majority-Black Senate districts[14] and 42 majority-Black House districts.

33.    To determine whether additional majority-Black legislative districts could be drawn based on the 2020 Census while adhering to traditional redistricting principles, I focused on planning districts with substantial Black populations that have experienced double-digit Black population growth since 2000 (viz., Central, North Delta, Southern, Three Rivers), or conversely, areas with stable Black population where there has been a double-digit decline in the White population since 2000 (e.g., East Central). (See Figure 6 supra.)

34.    The illustrative Senate and House plans that I have developed comply with traditional redistricting principles, including compactness, contiguity, respect

---

[14] Until 2019, there were just 14 majority-Black Senate districts. I served as the Gingles 1 expert and testified at trial in *Thomas v. Reeves*, No. 18-cv-441 (S.D. Miss. 2019). This Section 2 lawsuit resulted in a late-decade remedial plan (drawn by the State Defendants) that created an additional majority-Black Senate district (SD 22) in the South Delta and Central PDDs.

for communities of interest[15], equal population (one-person, one-vote)[16], and the non-dilution of minority voting strength.

35.    The illustrative plans meet the first *Gingles* precondition, *i.e.*, they demonstrate that the Black population in Mississippi is sufficiently numerous and geographically compact to allow for the creation of additional majority-Black legislative districts.

36.    There are long-standing Black communities in all five of the focus planning district regions where I have drawn additional majority-Black legislative districts.

---

[15] In my opinion, the Brennan Center provides a reasonable definition of "community of interest," which I have endeavored to follow in the development of the plaintiffs' illustrative plans: "Several redistricting criteria — like following county or municipal lines, or drawing districts that are compact — are in some ways proxies for finding communities of common interest. These are groups of individuals who are likely to have similar legislative concerns, and who might therefore benefit from cohesive representation in the legislature." According to the Brennan Center, 24 states expressly define "community of interest" for purpose of the redistricting process, but Mississippi does not. *See* Brennan Center, *Communities of Interest*, https://www.brennancenter.org/sites/default/files/analysis/6%20Communities%20of%20Interest.pdf.

[16] In the 2022 redistricting cycle, the Mississippi Legislature considered a plus or minus 5% deviation range to be acceptable for legislative district populations. This is consistent with traditional redistricting principles, although a number of state legislatures (*e.g.*, Georgia) use more stringent ranges.

In the redistricting context, "deviation" refers to the difference between the populations of electoral districts. A deviation metric is calculated by summing the absolute value of the most underpopulated district deviation (a negative value representing the percentage by which a district population falls below the ideal size) plus the value of the most overpopulated district deviation (a positive value representing the percentage by which a district population is above the ideal size). The resulting summation is usually referred to as "total deviation."

37.    In sum, by focusing on Mississippi's planning and development districts as regional communities of interest, the illustrative plans I have developed prove superior or equal to the 2022 Legislative Plans across almost every conceivable race-neutral quantitative measure of community of interest (as defined by splits) – including counties, municipalities, school districts, planning districts, and federally defined regional areas known as core-based statistical areas, which include metropolitan statistical areas ("MSAs") and micropolitan statistical areas ("MPSAs").[17] A Census Bureau-produced map of Mississippi's core-based statistical areas is in **Exhibit E-1**. For comparison, a state-produced map of the state's planning districts is in **Exhibit E-2**.

**F.    Regional Socioeconomic Disparities**

38.    The statewide Black/White socioeconomic disparities referenced in **Section C** *supra* are also present in all five of the *Gingles 1* focus planning districts – and in their component counties and municipalities. For background information

---

[17] Metropolitan and micropolitan statistical areas are defined by the U.S. Office of Management and Budget and reported in historical and current census data produced by the Census Bureau. Together, MSAs and MPSAs are referred to as "core-based statistical areas."

MSAs "consist of the county or counties (or equivalent entities) associated with at least one urbanized area of at least 50,000 population, plus adjacent counties having a high degree of social and economic integration with the core as measured through commuting ties." MPSAs "consist of the county or counties (or equivalent entities) associated with at least one urbanized area of at least 10,000 population, plus adjacent counties having a high degree of social and economic integration with the core as measured through commuting ties." *See* U.S. Census Bureau, *Glossary*, https://www.census.gov/programs-surveys/metro-micro/about/glossary.html.

that documents these and other sub-state disparities, I have prepared tables and charts from the 5-Year 2015-2019 American Community Survey[18] found on **Exhibit CD** or via: http://www.fairdata2000.com/ACS_2015_19/Mississippi/.

39.    Like the 1-Year ACS, the 5-Year ACS is a U.S. Census Bureau survey, reporting socio-economic information by race and ethnicity. However, the 5-year ACS also includes smaller population areas (*e.g.*, municipalities regardless of size).[19]

## III.    STATE SENATE

### A.    <u>Benchmark 2019 Senate Plan</u>

40.    The map in **Figure 7** overlays the 15 majority-Black Senate districts (light green) under the Benchmark 2019 Senate Plan onto a map depicting Mississippi's ten planning districts (blue lines). Red lines demarcate district boundaries. **Exhibit F** is a higher resolution version of the Figure 7 map.

---

[18] The 2015-2019 ACS is the last 5-year time period in which the socioeconomic data was unaffected by the pandemic. For statistics from the 5-Year ACS, "White" refers to NH White. "Black" or "African American" refers to Single-race Black (including persons who are Black and Hispanic"). The 5-year ACS does not report estimates for the Any Part Black population.

[19] The Census Bureau does not directly report planning district-level statistics in the 5-Year ACS. In Exhibit CD, I summed county-level data up to the PDD-level for the five focus PDDs. County-level data reported by the Census Bureau as median or mean averages, per capita, or in dollar amounts cannot be summed.

Figure 7: Majority-Black Districts in Benchmark 2019 Senate (Exhibit F)



41.    **Exhibits G-1** to **G-10** (color-coded by district) zoom in on each planning district under the Benchmark 2019 Plan – in alphabetical order from Central Mississippi to Three Rivers.

42.    **Exhibit G-11** is a table I prepared reporting Census 2020 population statistics for the 52 districts in the 2019 Benchmark Senate Plan. Thirty-four of the 52 Senate Districts in the Benchmark 2019 Plan were outside a + or -5% population deviation range and therefore had to be modified in some fashion (including 12 of the 15 majority-Black districts).  Ten of the 15 majority-Black districts in the Benchmark 2019 Plan were underpopulated (SDs 28, 24, 11, 27, 12, 13, 21, 32, 36,

23

and 16). SD 22, the remedial majority-Black district drawn in 2019 by the State defendants in *Thomas v. Reeves*, was overpopulated by 22.54%. Four districts, SDs 26 and 29 (Hinds County), odd-shaped SD 34 (running from Jasper County through a slice of western Jones County to Hattiesburg), and SD 38 (in the southwest corner of the state) were within the + or -5% range.

43.    **Exhibit H-1** is a statewide map of the 2019 Benchmark Senate prepared by MARIS for the Standing Joint Legislative Committee on Reapportionment & Redistricting ("Joint Committee"). **Exhibit H-2** is the accompanying MARIS statistical package containing population summaries by district.

B.    **Enacted 2022 Senate Plan**

44.    The map in **Figure 8** overlays the 15 majority-Black Senate districts (light green) under the 2022 Plan onto a map depicting the ten planning districts (blue lines). Red lines demarcate district boundaries. **Exhibit I** is a higher resolution version of the Figure 8 map.

**Figure 8: Majority-Black Districts in 2022 Senate (Exhibit I)**



45.     **Exhibits J-1** to **J-10** (color-coded by district) zoom in on each planning district under the 2022 Senate Plan– in alphabetical order from Central Mississippi to Three Rivers. **Exhibit J-11** is a table I prepared reporting Census 2020 population statistics for the 52 districts in the 2022 Senate Plan.

46.     **Exhibit K-1** is a statewide map of the 2022 Senate prepared by MARIS for the Joint Committee. **Exhibit K-2** is the accompanying MARIS statistical package containing population summaries by district.

47.    To view all counties assigned by district in the 2022 Senate Plan, refer to **Exhibit L-1**. To view the 2022 Senate district core components built from districts in the Benchmark 2019 Senate Plan, refer to **Exhibit L-2** – "Core Constituencies".

48.    An examination of Exhibit L-2 reveals that a core population representing 79.6% of the state's population was kept together in the redraw from the Benchmark 2019 Plan to the 2022 Senate Plan.[20] Boundaries for all of the 52 Benchmark Senate districts are changed under the 2022 Plan.

49.    To view all municipalities assigned by district in the 2022 Senate Plan refer to **Exhibit L-3.** To view all school districts assigned by district in the 2022 Senate Plan refer to **Exhibit L-4.** To view all planning districts assigned by district in the 2022 Senate Plan refer to **Exhibit L-5.**

**C.    <u>Illustrative Senate Plan</u>**

50.    The Illustrative Senate Plan adds four majority-Black districts anchored in four planning districts: North Delta, Three Rivers, Southern, and Central. The map in **Figure 9** depicts the 19 majority-Black Senate districts (light green) under the Illustrative Senate Plan. Red shading demarcates the regions of the state where I

---

[20] I define "core population" as the largest district-level subset of a population that is kept together in the shift from one plan to another (without considering changes in district numbers or changes in incumbent representation). The core population is identified with shading in the referenced tabular exhibits.

have drawn the four additional majority-Black districts. **Exhibit M** is a higher

resolution version of the Figure 9 map.

**Figure 9: Majority-Black Districts in Illustrative Senate Plan (Exhibit M)**



51.   **Exhibits N-1** to **N-10** (color-coded by district) zoom in on each of the

ten planning districts under the Illustrative Senate Plan – in alphabetical order from

Central Mississippi to Three Rivers. **Exhibit N-11** is a table I prepared reporting

Census 2020 population statistics for the 52 districts in the Illustrative Senate Plan.

51.   The link below is a statewide interactive map depicting the Illustrative

Senate Plan color-coded in the same fashion as the **Exhibit N** series. A red-line

overlay depicting the 2022 Plan Senate districts can be clicked on and off via the

legend in the top left corner of the map.[21]

https://online.caliper.com/mas-874-drp-290-ujr/maps/llk7ji5q01164ycw74q8

52.    To view all counties assigned by district in the Illustrative Senate Plan refer to **Exhibit O-1**. To view the Illustrative Senate district core components built from districts in the 2022 Senate refer to **Exhibit O-2** – "Core Constituencies."

53.    All told, boundaries for 41 of the 52 2022 Senate districts are changed under the Illustrative Plan – a seemingly unavoidable outcome given that the additional Senate districts are dispersed across the state. That said, an examination of **Exhibit L-2** documents that a core population representing 75.8% of the state's population is kept together at the district-level in the redraw from the 2022 Senate Plan to the Illustrative Senate Plan.

54.    To view all municipalities assigned by district in the Illustrative Senate Plan refer to **Exhibit O-3.** To view all school districts assigned by district in the 2022 Senate Plan refer to **Exhibit O-4.** To view all planning districts assigned by district in the Illustrative Senate Plan refer to **Exhibit O-5.**

## D.    Regional Analysis – Illustrative Senate vs. 2022 Senate

52.    The section below discusses each additional Senate district within the context of the regions where they are anchored – organized in a clockwise fashion

---

[21] For additional population statistics (county and place), click anywhere on the map. Click on the column headings in the sidebar legend to view available population data at the clicked point.

from North Delta PDD in the northwest. The text descriptions of the additional

majority-Black Senate districts in the Illustrative Senate Plan set forth below are

illustrated with side-by-side comparison maps, depicting the 2022 Senate and the

Illustrative Senate at the same scale. For higher resolution maps, these side-by-side

pairings are also included in exhibits identified in the map titles.

**(a) Illustrative Senate District 2 – North Delta PDD**

55.    The Illustrative Senate Plan adds a majority-Black district in the North

Delta PDD[22] by modifying 2022 Senate SD 2 to encompass more of DeSoto

County – the county with the fastest growing Black population in the state. As

shown in the table in **Exhibit D-2** *supra*, DeSoto County had a Black population of

12,409 (11.58%) in 2000. Under the 2020 Census, the Black population has grown

to 58,768 (31.71%).

56.    Majority-Black Illustrative SD 2 (outlined in red in **Figure 10-A**,

overlaying the 2022 Senate Plan) is an additional majority-Black district that can be

drawn in DeSoto and Tunica Counties. The DeSoto County changes depicted in

**Figure 10-A** may seem modest, affecting only a relatively small geographic area

near the Tennessee state line. However, this small urban area is densely populated,

---

[22] The North Delta PDD encompasses the Counties of Coahoma, DeSoto, Panola, Quitman, Tallahatchie, Tate, and Tunica.

with a substantial Black population that is fragmented or "cracked"[23] under the

Enacted 2022 Plan into majority-White SD 1 and SD 2, including the municipalities

of Horn Lake (pop. 26,736; Black pop. 51.4%) and Southaven (pop. 54,648; Black

pop. 35.6%).[24]

**Figure 10-A:  North Delta PDD – DeSoto & Tunica Counties**
**2022 Senate and Illustrative SD 2 (red lines) – Exhibit P-1**



57.    Also shown in **Figure 10-A** are parts of the challenged districts in the

2022 Plan that overlap with or are adjacent to Illustrative SD 2 – 2022 Plan SDs 1,

_____

[23] "Cracking" describes election plans with one or more districts that fragment or divide the minority population, resulting in an overall dilution of minority voting strength in the voting plan.

[24] References to "pop." *infra* mean total population (all ages) under the 2020 Census.

2, and 11, which are configured in a fashion that splits the densely populated areas

of Horn Lake and Southaven across three different districts, diluting the voting

strength of the large and concentrated Black populations in those areas.  Shown in

**Figure 10-B** below is a detailed view of three-way division of the densely-

populated, majority-Black municipality of Horn Lake.

**Figure 10-B: 2022 Senate Division of Horn Lake – Exhibit P-2**



58.    For PDD-level map comparisons, *see* **Exhibits J-5** (2022 Plan) and **N-5**

(Illustrative Plan).

59.    **Figure 10-C** depicts the Illustrative Plan with Illustrative SD 2

(outlined in red). With the addition of almost all of Horn Lake and the west end of

Southaven, majority-Black Illustrative SD 2 consists of just two counties – all of

Tunica and the western part of DeSoto.

31

**Figure 10-C:  North Delta PDD – DeSoto & Tunica Counties**
**Illustrative Senate and Illustrative SD 2 (red lines) – Exhibit P-3**



60.    In the process of the Illustrative Plan redraw, majority-Black SD 11 to the south becomes more compact. Moreover, the splits of Tate and Panola Counties (found in the 2022 Plan) are eliminated so that both counties are entirely in Illustrative SDs 15 and 11, respectively.  These splits appear to have been a consequence of the 2022 Plan's three-way split of the Horn Lake and Southaven area, requiring map drawers to extend into and split those counties.

61.    There should be no question that the Black community in northern DeSoto County lives in a geographically compact area that is a natural fit with Tunica County. In recent years, majority-Black Tunica County (pop. 9,782; Black

32

pop. 74.8%) has become more urbanized around Tunica Resorts, differentiating itself from much of the rest of rural North Delta. Historic U.S. Highway 61 runs through Tunica County and western DeSoto County via the Town of Walls (pop. 1,351; Black pop. 61.3%) to Memphis. The 2022 Plan also connects these areas, albeit while cracking the densely populated population centers of Horn Lake and Southaven between three separate districts.

62.    As shown in **Figure 10-D,** the geographic compactness of the Black population in DeSoto County is evidenced by the fact that Black voters in DeSoto County could comprise a majority in one of five Board of Supervisors districts. The ideal district size of a County Supervisor district in DeSoto County is 37,062 – half again larger than majority Black-2022 House District 40 in the same general area.[25] The hypothetical 50.2% BVAP Board of Supervisors district, shown in **Figure 10-D** with dashed lines, encompasses majority-Black 2022 HD 40 (53.8% BVAP) and part of four adjacent VTDs, and is anchored in Horn Lake.

---

[25] During the 2022 redistricting process for the five-district DeSoto County Board of Supervisors, the Board failed to create a majority-Black district even though one could have been drawn in the Horn Lake/Southaven area. *See* Mark Randall, *DeSoto County adopts new electoral maps,* DeSoto Times (June 6, 2022), http://www.desototimes.com/news/desoto-county-adopts-new-electoral-maps/article_64e622e6-e5e6-11ec-be15-2b7f00f4bceb.html.

**Figure 10-D:  Hypothetical Majority-Black DeSoto Bd. of Supervisors District**



63.     In sum, the Illustrative Senate Plan brings Black voters in DeSoto County into a new majority SD 2 – improving the compactness of neighboring 2022 SD 11, uniting multiple split counties, and uncracking the dilutive effects of SDs 1 and 2.

**(b) Illustrative Senate District 17 – Three Rivers PDD**

64.     In the modern era, no part of Three Rivers PDD has contained even a sliver of a majority-Black Senate district. According to the 2020 Census, Three Rivers PDD has a population of 286,532 (equivalent to about five Senate districts),

with a Black population of 69,928 (24.4 %) which is more than enough population to comprise 100% of a single Senate district.

65.    The Three Rivers PDD has experienced significant population growth since 2000 (24,652 persons), with the Black population accounting for about a third of that growth (8,035), while the White population contributed just 3,618 persons to the overall population increase.

66.    Illustrative majority-Black SD 17 (outlined in red in **Figure 11-A**, overlaying the 2022 Senate Plan) is an additional majority-Black district that can be drawn in the Three Rivers PDD area.

**Figure 11-A:  Three Rivers PDD – Counties of Chickasaw, Lee & Monroe (plus Clay County)**
**2022 Senate and Illustrative SD 17 (red lines) – Exhibit Q-1**



67.    **Figure 11-B** depicts the Illustrative Plan (with SD 17 outlined in red).

For PDD-level map comparisons, *see* **Exhibits J-10** (2022 Plan) and **N-10**

(Illustrative Plan).

**Figure 11-B: Three Rivers PDD – Lee & Monroe Counties (plus Clay County) Illustrative Senate and Illustrative SD 17 (red lines) – Exhibit Q-2**



68.    To be sure, Clay County is part of the Golden Triangle PDD, but it is

also part of the Mississippi Black Belt/Prairie[26] which runs north in a crescent

shape to include Monroe County. As shown in the **Figure 11-B** map, three

municipalities in Clay and Monroe Counties form the eastern boundary of

Illustrative SD 17 (tracking the Tombigbee River) – West Point (pop. 10,105; Black

---

[26] "The Mississippi Black Belt/Prairie, however, consists of parts of six counties (Chickasaw, Clay, Lowndes, Monroe, Noxubee, and Oktibbeha) along the state's eastern boundary with Alabama, linked geologically and in many ways culturally to the larger Alabama Black Belt/Prairie that runs through central and eastern Alabama".

Source: Encyclopedia of Mississippi, *Black Belt/Prairie,* https://mississippiencyclopedia.org/entries/black-belt-prairie/.

pop. 63.4%) in Clay County, and Aberdeen (pop. 4,961; Black pop. 72.6%) and Amory (pop. 6,666; Black pop. 27.8%) in Monroe County.

69.    Clay County is also linked to Chickasaw, Lee and Monroe Counties via high school sports. The Mississippi High School Activities Association ("MHSAA") District 1 includes Chickasaw, Clay, Lee, and Monroe Counties. (*See* statewide map of the eight MHSAA districts in **Exhibit R**).[27]

70.    North of Clay County, Illustrative SD 17 extends into eastern Chickasaw County and tracks U.S. Highway 45 and 45A[28] though Okolona (pop. 2,513; Black pop. 78.7%).  At the Lee County line SD 17 crosses into a racially diverse unincorporated area and then on to neighborhoods in the south and central part of Tupelo which are anchored in majority-Black city council Wards 4 and 7.[29]

71.    In sum, the Illustrative Senate Plan brings Black voters in Lee, Monroe, and Chickasaw Counties into a compact new majority-Black SD 17.

**(c) Illustrative SD 9 – Southern PDD**

72.    The Southern PDD is the most populous of the ten planning districts, with a 2020 population of 805,302 (25.5% Black). Under the 2022 Plan, there is not

---

[27] *See also* MHSAA, *Activity Districts*, https://www.misshsaa.com/2022/09/01/1630/.

[28] West Point and Tupelo are joined by U.S. Highway 45, which is about a 45-minute drive from one downtown area to the other.

[29] In 2006, I testified at trial as the *Gingles 1* expert on behalf of the plaintiffs in a Section 2 lawsuit that resulted in the second majority-Black ward in Tupelo. *See Jamison v. Tupelo, Mississippi*, 471 F. Supp. 2d 706 (N.D. Miss. 2007).

a single majority-Black Senate district entirely within the Southern PDD.[30]  Just

43% of the Black population in majority-Black SD 34 is in the Southern PDD. An

even smaller part of that Forrest County-based population is within the corporate

limits of majority-Black Hattiesburg (pop. 48,730; Black pop. 52.8%).

73.    Under the Illustrative Senate Plan, SD 34 would remain majority-Black

but would shift north into a four-county area, encompassing part of Jones County,

including the majority-Black city of Laurel (pop. 17,161; Black pop. 64%), part of

Wayne County, including the majority-Black city of Waynesboro (pop. 4,567,

Black pop. 65.1%), all of Jasper County, and the southern part of Clarke County.

74.    Illustrative majority-Black SD 9 (outlined in red in **Figure 12-A**),

overlaying the 2022 Senate Plan) is an additional majority-Black district, anchored

in Hattiesburg, that can be drawn entirely in the Southern PPD.  Like Hattiesburg,

Illustrative SD 9 lies within in two counties – Forrest and Lamar.

---

[30] The northern tier of the 14-county Southern PDD (south to north) encompasses the
Counties of Marion, Lamar, Forrest, Perry, Greene, Wayne, Jones, Covington, and Jefferson
Davis. These nine counties comprise Mississippi's Pine Belt ecoregion. *See*
https://en.wikipedia.org/wiki/Pine_Belt_(Mississippi).



**Figure 12-A:  Southern PDD – Forrest & Lamar Counties**
**2022 Senate and Illustrative SD 9 (red lines) – Exhibit S-1**



75.    Illustrative SD 9 encompasses a very compact, urbanized area. This is in sharp contrast to misshapen 2022 Plan SD 34 that stretches 65 miles from the south end of Hattiesburg through part of the City of Laurel and on to Jasper and Quitman Counties in the East Central PDD.

76.    **Figure 12-B** depicts the Illustrative Plan (with SD 9 outlined in red). About 84% of the population in Illustrative SD 9 is contributed by majority-Black Hattiesburg (in Lamar and Forrest Counties), which is divided among three Senate

Districts as opposed to four under the 2022 Plan.  For PDD-level map comparisons,

*see* **Exhibits J-8** (2022 Plan) and **N-8** (Illustrative Plan).

**Figure 12-B:  Southern PDD – Forrest & Lamar Counties**
**Illustrative Senate and Illustrative SD 9 (red lines) – Exhibit S-2**



77.    In sum, the Illustrative Senate Plans brings Black voters in the Southern

PDD who had previously been divided into SDs 33, 42, 43, 44 and 45 under the

Enacted Plan into a compact new majority-Black Senate District 9 anchored in

41

Hattiesburg.

**(d) Illustrative SD 35 – Central PDD**

78.    Central PDD is the second most populous planning district in the state, with a population of 619,700 (48% Black) as of 2020 – sufficient population for about 5.5 districts that are 100% Black.  With a Black population increase of 33,695 since 2000, Central PDD has sufficient Black population to support an additional majority-Black Senate district.[31]

79.    Illustrative majority-Black SD 35 (outlined in red in **Figure 13-A**, overlaying the 2022 Senate Plan) is an additional majority-Black district that can be drawn in the more sparsely populated southern area of the Central PDD.

---

[31] Central PDD encompasses (south to north) the Counties of Copiah, Simpson, Hinds, Rankin, Warren, Yazoo, and Madison.

Figure 13-A: Central PDD – Copiah & Simpson Counties
(plus Jefferson Davis County and part of Lincoln County)
2022 Senate and Illustrative SD 35 (red lines) – Exhibit T-1



80.     Under the Illustrative Senate Plan, SD 35 is along the southern border

of Central PDD – including all of Copiah County and part of Simpson County, as

well as part of neighboring Lincoln County (Southwest PDD) around Brookhaven

and all of Jefferson Davis County (Southern PDD).

81.     **Figure 13-B** depicts the Illustrative Plan with SD 35 outlined in red.

For PDD-level map comparisons, *see* **Exhibits J-1** (2022) and **N-1** (Illustrative).



**Figure 13-B:  Central PDD – Copiah and Simpson Counties
Illustrative Senate and Illustrative SD 35 (red lines) – Exhibit T-2**



82. The extension of SD 35 south into Lincoln County from the Central PDD into Southwest PDD follows U.S. Highway 51, linking the majority-White town of Wesson (pop. 1,833; Black pop. 21.3%) in Copiah County with part of majority-Black Brookhaven (pop. 11,674; Black pop. 58.9%).

83. Copiah County, Lincoln County, and Jefferson Davis County are part of District 7 of the Mississippi High School Activities Association. Simpson County is in MHSAA District 6, along with the remainder of the Central PDD counties. (As noted *supra,* a map of the eight MHSAA districts is in **Exhibit R**).

84.    In sum, the Illustrative Senate Plan brings Black voters along the southern border of Central PDD into new majority-Black SD 35.

### E.    Senate Plan Metrics – 2022 Plan vs. Illustrative Plan

**(a) Compactness Scores**

85.    The districts in the Illustrative Senate Plan are reasonably shaped and compact. **Exhibit U-1** reports district-by-district compactness scores generated by Maptitude for the 2022 Senate. Compactness scores for the Illustrative Senate are in **Exhibit U-2**. Each exhibit reports three compactness scores: Reock, Polsby-Popper, and Area/Convex Hull.[32] Higher scores indicate higher compactness.

86.    The table in **Figure 14** summarizes compactness measures based on the Reock, Polsby-Popper (the two most commonly referenced tests) and the Area/Convex Hull for the 2022 Senate, alongside scores for the Illustrative Plan.

---

[32] "The Reock test is an area-based measure that compares each district to a circle, which is considered to be the most compact shape possible. For each district, the Reock test computes the ratio of the area of the district to the area of the minimum enclosing circle for the district. The measure is always between 0 and 1, with 1 being the most compact. The Reock test computes one number for each district and the minimum, maximum, mean and standard deviation for the plan." *Maptitude For Redistricting* software documentation (authored by the Caliper Corporation).

The Polsby-Popper test computes the ratio of the district area to the area of a circle with the same perimeter: $4pArea/(Perimeter2)$. The measure is always between 0 and 1, with 1 being the most compact. The Polsby-Popper test computes one number for each district and the minimum, maximum, mean and standard deviation for the plan. *Id.*

The Area/Convex Hull test computes the ratio the district area to the area of the convex hull of the district (minimum convex polygon which completely contains the district). The measure is always between 0 and 1, with 1 being the most compact. The Minimum Convex Polygon test computes one number for each district and the minimum, maximum, mean and standard deviation for the plan. *Id.*

**Figure 14: Compactness Scores – 2022 Senate vs. Illustrative Senate Plan**

| | Reock# | | | Polsby-Popper# | | | Area/Convex Hull# | |
|---|---|---|---|---|---|---|---|---|
| | Mean | Low | | Mean | Low | | Mean | Low |
| **2022 Senate** | | | | | | | | |
| All Districts | .40 | .20 | | .26 | .08 | | .72 | .54 |
| 15 Majority-Black Districts | .33 | .20 | | .19 | .09 | | .66 | .56 |
| **Illustrative Senate** | | | | | | | | |
| All Districts | .41 | .17 | | .28 | .08 | | .73 | .57 |
| 19 Majority-Black Districts | .39 | .21 | | .22 | .10 | | .70 | .57 |

# Higher is better (*i.e.*, more compact).

87.    As shown in **Figure 14**, the Illustrative Plan scores higher on the Reock, Polsby-Popper and Convex Hull measures, with higher mean scores.

88.    Also reported in **Figure 14** are comparison scores for the majority-Black districts in the 2022 Senate (**Exhibit U-3**) and the majority Black districts in the Illustrative Plan (**Exhibit U-4**). The 19 majority-Black districts as drawn in the Illustrative Plan yield across-the-board higher mean and minimum scores than the 15-district majority-Black subset under the 2022 Plan.

**(b) Political Subdivision Splits**

89.    The table in **Figure 15** compares district splits by county and 2020 VTD for the 2022 Senate (**Exhibit V-1**) and the Illustrative Senate Plan (**Exhibit V-2**). Municipal split counts are in **Exhibit V-3** for the 2022 Plan and **Exhibit V-4** for the Illustrative Plan.

**Figure 15: Political Subdivision Splits (excluding unpopulated areas)**

| | Split Counties * | Total County Splits* | 2020 VTD Splits* | Municipalities Not Split # | Total Municipal Splits* |
|---|---|---|---|---|---|
| 2022 Senate | 43 | 58 | 41 | 244 | 128 |
| Illustrative Senate | 34 | 52 | 38 | 253 | 110 |

\* Lower is better (*i.e.*, fewer splits); # Higher is better (*i.e.*, more unsplit jurisdictions)

90.    As **Figure 15** reveals, the Illustrative Senate is superior to the 2022 Senate in terms of county splits and municipal splits. The Illustrative Senate splits 34 of the 82 counties in the state, with a total of 52 county splits (unique county-district combinations). The 2022 Senate splits 43 counties, with a total of 58 populated county splits.

91.    The Illustrative Senate splits populated areas in 38 VTDs (of 1,834 VTDs), compared to 41 populated splits under the 2022 Senate.[33]

92.    The Illustrative Senate keeps 253 municipalities whole, with 110 populated splits. The 2022 Senate keeps 244 municipalities whole, with 128 populated splits.

---

[33] A populated split divides population in a VTD or municipality into two or more districts. Generally, unpopulated splits involve splits due to bodies of waters or municipal boundaries. Precinct boundaries are in a constant state of flux in Mississippi.

It is common for precinct boundaries to be changed in Mississippi and most other states. In the 2020 PL-94-171 file there are 1,834 VTDs, compared to 1,969 VTDs in the 2010 PL-94-171 file.

93.    In sum, the Illustrative Senate scores better than the 2022 Plan on county, VTD, and municipal splits.

**(c) School District Splits**

94.    The Legislature is a primary source of funds for Mississippi's public schools. Not surprisingly, split school districts can be an issue for voters. For school year 2022-2023, minorities comprise the majority of students enrolled in public schools – White students comprised 42.59% of those enrolled and Black students 46.99%.[34]

95.    The table in **Figure 16** compares district splits by school district for the 2022 Senate and the Illustrative Senate.[35] Split school districts are identified in **Exhibit W-1** for the 2022 Plan and **Exhibit W-2** for the Illustrative Plan.

**Figure 16: School District Splits (excluding unpopulated areas)**

|  | School Districts Not Split # | School District Splits* | Majority-Black School District Splits* |
|---|---|---|---|
| 2022 Senate | 59 | 181 | 56 |
| Illustrative Senate | 74 | 151 | 38 |

\* Lower is better (*i.e.*, fewer splits); # Higher is better (*i.e.*, more unsplit jurisdictions)

---

[34] See Mississippi Department of Education, *Data Explorer*, https://mdereports.mdek12.org/DataExplorer.

[35] The 2020 Census reports that there are 138 unified school districts in Mississippi.

96.     As **Figure 16** reveals, the Illustrative Senate contains more whole school districts – 74 vs. 59 – with fewer school district splits (unique school district/legislative district combinations)– 151 vs. 181– and, as detailed in **Exhibits W-3** and **W-4** – fewer majority-Black school district splits (41 vs. 56).[36]

**(d) Regional Splits**

97.     Like state-defined planning districts, federally defined core-based statistical areas define regional communities of interest with implications for highway funding, education, etc.

98.     As **Figure 17** reveals, the Illustrative Plan is superior to the 2022 House in terms of state-defined planning and development district splits and federally defined MSA splits. Compared to the 2022 Senate Plan, the Illustrative Senate Plan contains fewer planning district splits (74 vs. 76) and fewer MSA splits (31 vs. 33). However, the 2022 Senate has one less MPSA split (28 vs. 29).

**Figure 17: PDD Splits, MSA Splits, MPSA splits**

|  | Planning District Splits * | MSA Splits * | MPSA Splits* |
|---|---|---|---|
| 2022 Senate | 76 | 33 | 28 |
| Illustrative Senate | 74 | 31 | 29 |

* Lower is better (*i.e.*, fewer splits); # Higher is better (*i.e.*, more unsplit jurisdictions)

---

[36] Majority-Black districts in Figure 17 are based on population rather than school enrollment figures, which are not available from the 2020 Census or its component geography.

99.    Planning district split details are in **Exhibit X-1** for the 2022 Plan and

**Exhibit X-2** for the Illustrative Plan. Core-based statistical split details are in

**Exhibit Y-1a** (MSAs) and **Y-1b** (MPSAs) for the 2022 Plan and **Exhibit Y-2a**

(MSAs) and **Y-2b** (MPSAs) for the Illustrative Plan.

**(e) Same Race VAP by Majority Districts – Black vs. White**

100.    As shown in **Figure 18,** under the 2022 Senate Plan, barely half of the

statewide Black VAP (50.36%) resides in the 15 majority-Black Senate districts;

while 84.33% of the White population resides in majority-White districts.

101.    Under the Illustrative Senate Plan, with four additional majority-Black

districts (19 in total), the percentage of the Black VAP residing in majority-Black

Senate districts moves closer to parity with the White VAP in majority White

districts. But Black voters remain at nearly a 17-percentage point disadvantage

(58.39% vs. 75.24%).

**Figure 18: Same Race VAP in Majority-Black and Majority-White Districts
Statewide 2022 Senate and Illustrative Senate**

|  | **2020 Black VAP in Majority Black Senate Districts** | **2020 NH White VAP in Majority White Senate Districts** | **Statewide Difference (White-Black)** |
|---|---|---|---|
| 2022 Senate | 50.36% | 84.33% | 33.98% |
| Illustrative Senate | 58.39% | 75.24% | 16.85% |

102.    As shown in **Figure 19**, in the four planning districts where the four

additional Senate districts are anchored under the Illustrative Senate Plan, the

percentage of the Black VAP residing in majority-Black Senate districts still does not exceed the statewide **84.33%** percentage of White VAP benchmark in majority White Senate districts under the 2022 Senate Plan – Central (68.92%), North Delta (62.12%), Southern (28.78%), Three Rivers (38.08%).

**Figure 19: Same Race VAP in Majority-Black and Majority-White Districts Regional Planning District Level – 2022 Senate and Illustrative Senate**

| Planning Districts (# of new majority BVAP) | Black VAP in Majority Black Districts 2022 | White VAP in Majority White Districts | | Black VAP in Majority Black Districts Illustrative | White VAP in Majority White Districts Illustrative |
|---|---|---|---|---|---|
| Central (1) | 71.60% | 67.49% | | 68.92% | 50.71% |
| East Central | 43.74% | 84.69% | | 45.92% | 79.16% |
| Golden Triangle | 58.94% | 74.80% | | 61.30% | 67.21% |
| North Central | 55.97% | 81.91% | | 73.31% | 54.81% |
| North Delta (1) | 49.22% | 78.76% | | 62.12% | 69.27% |
| Northeast | 0.00% | 100.00% | | 0.00% | 100.00% |
| South Delta | 98.91% | 1.52% | | 98.91% | 1.52% |
| Southern (1) | 12.27% | 97.48% | | 28.78% | 92.24% |
| Southwest | 73.26% | 58.20% | | 82.87% | 43.41% |
| Three Rivers (1) | 0.00% | 100.00% | | 38.08% | 90.15% |

103.   And in those same four planning districts, the NH White VAP residing in majority White districts is still higher than the statewide percentage of the Black VAP living in majority Black districts (**50.36%**) under the 2022 Senate Plan – Central (50.71%), North Delta (69.27%), Southern (92.24%), and Three Rivers (90.15%),

### F.   Postscript – Potential Gulfport Majority-Minority Senate District

104.   In the Plaintiffs' Amended Complaint, the Gulfport area is singled-out as an area where another Senate District with a significant minority population

could be drawn. This is obviously the case – and one need look no further than the 2022 House Plan.

105.   By combining 2022 HD 119 (62.5% BVAP) and 2022 HD 118 (25.0% BVAP), both of which are entirely in the City of Gulfport, and then adding in four VTDs in southwest Gulfport (assigned to 2022 HD 120), a minority-majority VAP Senate District (41.45% BVAP, 48.64% NH White) is formed. This hypothetical district is almost entirely within the Gulfport city limits and would eliminate an unnecessary split of the City of Gulfport.[37]

106.   Hypothetical SD 49 in Gulfport is shown in **Figure 20**, but is not included as part of the Illustrative Senate Plan, which focuses solely on "50% plus 1"[38] majority-Black districts.  As shown in **Exhibit Z-1**, the six-district cluster of modified districts along the Gulf Coast, including Hypothetical SD 49, scores higher on compactness and municipal splits compared to the six 2022 Senate districts in the same general area, with the same number of county splits. (**Exhibit Z-2**).

---

[37] According to the 2020 Census, Gulfport has population of 72,926, of whom 41.61% are Black and 47.1% NH White.

[38] *Bartlett v. Strickland*, 556 U.S. 1 (2009).



**Figure 20:  Southern PDD – City of Gulfport**
**2022 Senate and Hypothetical Minority Opportunity District 49 (red lines)**



107.  Hypothetical SD 49 shown in Figure 20 is on the cusp of transitioning

to majority-minority CVAP status. According to the 2017-2021 ACS Special

Tabulation, the district is 51.37% NH White CVAP, with a Black CVAP of

42.02%.[39]  Based on citizens of all ages, the hypothetical Gulfport Senate district is

---

[39] The CVAP and citizen levels reported are estimates based on block group level
information published by the U.S. Census Bureau's American Communities Survey (ACS). I
report the NH DOJ Black CVAP metric. The NH DOJ Black CVAP category includes voting age
citizens who are either NH Single-race Black or NH Black and some part White. An "Any Part
Black CVAP" category which would include Black Hispanics cannot be calculated from the 5-
Year ACS Census Bureau Special Tabulation.

The most current ACS data available is from the 2017-2021 ACS Special Tabulation, with a

majority-minority (52.02%). The NH White citizen population is 47.98%, with a

NH DOJ Black citizen population of 44.26%.

## IV.    STATE HOUSE

### A.    <u>Benchmark 2012 House Plan</u>

108.  The map in **Figure 21** overlays the 42 majority-Black House districts

(light green) under the Benchmark 2012 House Plan onto a map depicting the ten

planning districts. Red lines demarcate district boundaries. **Exhibit AA** is a higher

resolution version of the Figure 22 map.

---

survey midpoint of July, 1 2019.
  https://www.census.gov/programs-surveys/decennial-census/about/voting-rights/cvap.html.

**Figure 21: Majority-Black Districts in Benchmark 2012 House (Exhibit AA)**



109. **Exhibits AB-1** to **AB-10** (color-coded by district) zoom in on each planning district under the Benchmark 2012 House Plan – in alphabetical order from Central Mississippi to Three Rivers.

110. **Exhibit AB-11** is a table I prepared reporting Census 2020 population statistics for the 122 districts in the 2012 Benchmark House Plan. Three-quarters (81) of the 122 House Districts in the Benchmark 2012 Plan were outside a + or - 5% range and therefore had to be modified in some fashion.[40]  Based on the 2020

---

[40] Based on the 2020 Census, the ideal House district size is 24,273 persons. *See* n. 17 *supra.*

Census, 33 of the 42 Benchmark majority-Black districts were underpopulated. Nine majority-Black districts were within +/- 5% of the ideal size. There were no overpopulated majority-Black House districts in the 2012 Benchmark Plan.

111. **Exhibit AC-1** is a statewide map of the 2012 Benchmark House Plan prepared by MARIS for the Joint Committee. **Exhibit AC-2** is the accompanying statistical package containing population summaries by district.

**B.    Enacted 2022 House Plan**

112. The map in **Figure 22** overlays the 42 majority-Black House districts (light green) under the 2022 Plan onto a map depicting the ten planning districts. Red lines demarcate district boundaries. **Exhibit AD** is a higher resolution version of the Figure 22 map.

**Figure 22: Majority-Black Districts in 2022 House Plan (Exhibit AD)**



113.  **Exhibits AE-1** to **AE-10** (color-coded by district) zoom in on each planning district under the 2022 House Plan in alphabetical order from Central Mississippi to Three Rivers. **Exhibit AE-11** is a table I prepared reporting Census 2020 population statistics for the 122 districts in the 2022 House Plan.

114.  **Exhibit AF-1** is a statewide map of the 2022 House Plan prepared by MARIS for the Joint Committee. **Exhibit AF-2** is the accompanying statistical package containing population summaries by district.

115.  To view all counties assigned by district in the 2022 House Plan refer to **Exhibit AG-1**. To view the 2022 House district core components built from

districts in the Benchmark 2019 House refer to **Exhibit AG-2** – "Core Constituencies".

116. An examination of **Exhibit AG-2** reveals that a core constituency representing 79.6% of the state's population was kept together in the redraw from the Benchmark 2012 House Plan to the 2022 House Plan.[41] Boundaries for all of the 122 Benchmark 2012 House districts are changed under the 2022 Plan.

117. To view all municipalities assigned by district in the 2022 House Plan refer to **Exhibit AG-3.** To view all school districts assigned by district in the 2022 House Plan refer to **Exhibit AG-4.** To view all planning districts assigned by district in the 2022 House Plan refer to **Exhibit AG-5.**

C.    **Illustrative House Plan**

118. The map in **Figure 23** depicts the 45 majority-Black districts (light green) under the Illustrative House Plan. Pink shading demarcates the regions of the state where I have drawn the three additional majority-Black districts. The Illustrative House Plan adds three majority-Black districts anchored in three planning districts: Three Rivers, East Central, and Central. **Exhibit AH** is a higher resolution version of the Figure 23 map.

---

[41] I define "core population" as the largest district-level subset of a population that is kept together in the shift from one plan to another (without taking into account changes in district numbers or changes in incumbent representation). The core population is identified with shading in the referenced tabular exhibits.

**Figure 23: Majority-Black Districts in Illustrative House (Exhibit AH)**



119.  **Exhibits AI-1** to **AI-10** (color-coded by district) zoom in on each planning district under the Illustrative House–in alphabetical order from Central Mississippi to Three Rivers. **Exhibit AI-11** is a table I prepared reporting Census 2020 population statistics for the 122 districts in the Illustrative House Plan.

120.  The link below is a statewide interactive map depicting the Illustrative House Plan color-coded in the same fashion as the **Exhibit AI** series. A red-line

overlay depicting the 2022 House districts can be clicked on and off via the legend in the top left corner of the map.[42]

https://online.caliper.com/mas-874-drp-290-ujr/maps/li4sz8fk00803s553itd

121. To view all counties assigned by district in the Illustrative House Plan refer to **Exhibit AJ-1**. To view the Illustrative House district core components built from districts in the 2022 House refer to **Exhibit AJ-2** – "Core Constituencies".

122. The Illustrative House Plan changes boundaries for 32 of the House districts as drawn under the 2022 Plan. An examination of **Exhibit AJ-2** reveals that a core population representing 94.3% of the state's population is kept together at the district level in the redraw from the 2022 House Plan.[43]

123. To view all municipalities assigned by district in the Illustrative House Plan refer to **Exhibit AJ-3**. To view all school districts assigned by district in the Illustrative House Plan refer to **Exhibit AJ-4**. To view all planning districts assigned by district in the Illustrative House Plan refer to **Exhibit AJ-5**.

---

[42] For additional population stats (county and place), click anywhere on the map. ~~Click on~~ the column headings in the sidebar legend to view available population data at the clicked point.

[43] I define "core population" as the largest district-level subset of a population that is kept together in the shift from one plan to another (without taking into account changes in district numbers or changes in incumbent representation). The core population is identified with shading in the referenced tabular exhibits.

**D.    Regional Analysis – Illustrative House vs. 2022 House**

124.    The section below discusses each additional House district within the context of the regions where they are anchored – organized in a clockwise fashion from Three Rivers PDD in the northeast. The text descriptions of the additional majority-Black House districts in the Illustrative House Plan set forth below are illustrated with side-by-side comparison map exhibits, depicting the 2022 House and the Illustrative House at the same scale. For higher resolution maps, these side-by-side pairings are also included in exhibits identified in the map titles.

**(a) Illustrative House District 22 – Three Rivers PDD**

125.    Three Rivers PDD has a population of 286,532 (equivalent to about ten House districts), with a Black population of 69,928 (24.4 %) which is more than enough to comprise 100% of two single-member House districts.

126.    The 2022 House Plan allocates a majority-Black House district (HD 16) to the Tupelo area (spanning parts of Lee, Monroe, and Chickasaw Counties). Part of a second majority-Black House District (HD 36) extends into the southern part of Three Rivers PDD around Chickasaw and Monroe Counties. However, HD 36 is anchored in the Golden Triangle PDD and the Three Rivers portion of the HD 36 is majority-White.

127.    **Figure 24-A** depicts the 2022 House Plan, with the more compact and regularly-shaped Illustrative HD 22 outlined in red.  As shown in **Figure 24-A**,

under the 2022 House Plan, majority-White 2022 HD 22 (29.9% BVAP) is

sandwiched between HD 36 (61.2% BVAP) and HD 16 (62.3% BVAP), cracking

Black population in the midsection of Chickasaw and Monroe Counties. For PDD-

level map comparisons, *see* Exhibit **AE-10** (2022 Plan) and **AI-10** (Illustrative

Plan).

**Figure 24-A:  Three Rivers – Chickasaw and Monroe Counties
2022 House and Illustrative HD 22 (red lines) (Exhibit AK-1)**



128.  As shown in **Figure 24-B**, a reconfigured majority-Black Lee

County/Tupelo Illustrative HD 16 shifts north, making way for new majority-Black

district HD 22 entirely within Three Rivers PDD. Illustrative HD 22 encompasses

most of Chickasaw County, as well the western part of Monroe County along U.S

Highway 45 in the same general area that is within majority-Black Illustrative

Senate District 17 (one of the four additional majority-Black Senate districts).

**Figure 24-B: Three Rivers – Chickasaw and Monroe Counties**
**Illustrative House and Illustrative HD 22 (red lines) (Exhibit AK-2)**



129.   In sum, the Illustrative House Plan unites Black voters in Three Rivers

into new majority-Black HD 22 in a part of the state where just 32.7% of the Black

voting age population is in a majority-Black district under the 2022 House Plan (*see*

**Figure 32**). Under the Illustrative Plan, the northward shift of HD 16 coupled with

uncracking HD 22, places 41.7% of the Three Rivers BVAP in a majority-Black

district.

### (b) Illustrative House 84 – East Central PDD

130.  East Central PDD (pop. 227,806; Black pop. 38.7%) could easily support an additional majority-Black House district. To be sure, East Central PDD contains parts of three majority-Black House districts in the 2022 House Plan – HDs 42, 45, and 80 – but with a mere 18,954 Black persons from East Central in those three districts. The Black population in East Central PDD is 88,263 – enough population to constitute 3.5 House districts that are 100% Black.

131.  Under the 2022 House Plan, Jasper and Clarke Counties are each divided into three districts. By reducing the fragmentation in these two counties to just two districts, an additional majority-Black HD 84 can be drawn.

132.  As shown in **Figure 25-A**, under the Illustrative House Plan, a new majority-Black district can be drawn entirely within East Central PDD, consisting of portions of Newton, Clarke, and Jasper Counties. For PDD-level map comparisons, *see* **Exhibit AE-2** (2022 Plan) and **AI-2** (Illustrative Plan).



**Figure 25-A:  East Central PDD – Clarke, Jasper &Newton Counties**
**2022 House and Illustrative HD 84 (red lines) (Exhibit AL-1)**



133.  **Figure 25-B** shows the reconfigured majority-Black Illustrative HD 84. Like 2022 HD 84, Illustrative HD 84 also extends into Newton County. But unlike 2022 HD 84, Illustrative HD 84 does not split off the Black population in VTDs in and around the majority-Black City of Newton (pop. 3,195; Black pop. 71.6%) into majority White 2022 HD 81 to the north.  Illustrative HD 84 is constructed entirely from whole VTDs.



**Figure 25-B:  East Central PDD – Clarke, Jasper, &Newton Counties Illustrative House and Illustrative HD 84 (red lines) (Exhibit AL-2)**



134.  In sum, an additional majority-Black House district can be drawn that is entirely in East Central PDD. With these changes to HD 84, 61.15% of the BVAP is in a majority Black district.

**(c) Illustrative House – Central PDD**

135.  An additional urban House District can be drawn in Central PDD (in Hinds County) joining Black neighborhoods in the western part of Jackson (pop. 153,701; Black pop. 80.45%) with predominantly Black neighborhoods in the

adjacent City of Clinton (pop. 28,100; Black pop. 39.44%).[44]  As shown in **Figure 26-A,** Illustrative HD 56 unpacks Black population in 2022 HD 69 (90.36% BVAP, *see* **Exhibit AE-11**) and 2022 HD 70 (83.18% BVAP). For PDD-level map comparisons, *see* **Exhibit AE-1** (2022 Plan) and **AG- 1** (Illustrative Plan).

**Figure 26-A:  Central PDD – Hinds & Madison Counties**
**2022 House and Illustrative HD 56 (red lines) (AM-1)**



136.  **Figure 26-B** depicts the Illustrative Plan, with new HD 56 as a regularly shaped district encompassing a part of Clinton that is already assigned to majority-Black Senate districts under the 2022 Senate.

_____

[44] Clinton has experienced significant Black population growth over the past two decades – from 22.8% Black to about 40% Black this decade.

**Figure 26-B:  Central PDD – Hinds & Madison Counties**
**Illustrative House and Illustrative HD 56 (red lines) (Exhibit AM-2)**



E.    **House Plan Metrics – 2022 Plan vis-à-vis Illustrative Plan**

137.  For ease of reference, this section contains, in large part, verbatim explanatory text from Section E *supra* describing the Senate plan metrics. To a large degree, metrics for the Illustrative House are simply a reflection of the 2022 Plan because 89 of the 2022 House districts are unchanged.

138.  The districts in the Illustrative House Plan are reasonably shaped and compact. **Exhibit AN-1** reports district-by-district compactness scores generated by Maptitude for the 2022 House. Compactness scores for the Illustrative House are in

**Exhibit AN-2**. Each exhibit reports three compactness scores: Reock, Polsby-Popper, and Convex Area/Hull.[45] Higher scores indicate higher compactness.

139. The table in **Figure 28** summarizes compactness measures based on the Reock, Polsby-Popper (the two most commonly referenced tests) and Area/Convex-Hull for the 2022 House, alongside scores for the Illustrative Plan.

**Figure 27: Compactness Scores – 2022 House vs. Illustrative House Plan**

|  | Reock# | | | Polsby-Popper# | | | Area/Convex-Hull# | |
|---|---|---|---|---|---|---|---|---|
|  | Mean | Low | | Mean | Low | | Mean | Low |
| **2022 House** | | | | | | | | |
| All Districts | .38 | .15 | | .27 | .09 | | .71 | .46 |
| 42 Majority-Black Districts | .38 | .22 | | .24 | .11 | | .70 | .52 |
| **Illustrative House Plan** | | | | | | | | |
| All Districts | .38 | .15 | | .27 | .10 | | .72 | .51 |
| 45 Majority-Black Districts | .38 | .18 | | .24 | .11 | | .70 | .52 |

# Higher is better (*i.e.*, more compact).

---

[45] "The Reock test is an area-based measure that compares each district to a circle, which is considered to be the most compact shape possible. For each district, the Reock test computes the minimum, maximum, mean and standard deviation for the ratio of the area of the district to the area of the minimum enclosing circle for the district. The measure is always between 0 and 1, with 1 being the most compact. The Reock test computes one number plan." *Maptitude For Redistricting* software documentation (authored by the Caliper Corporation).

The Polsby-Popper test computes the ratio of the district area to the area of a circle with the same perimeter: 4pArea/ (Perimeter2). The measure is always between 0 and 1, with 1 being the most compact. The Polsby-Popper test computes one number for each district and the minimum, maximum, mean and standard deviation for the plan. *Id.*

The Area/Convex Hull test computes the ratio the district area to the area of the convex hull of the district (minimum convex polygon which completely contains the district). The measure is always between 0 and 1, with 1 being the most compact. The Minimum Convex Polygon test computes one number for each district and the minimum, maximum, mean and standard deviation for the plan. *Id.*

140. In sum, the Illustrative House Plan scores the same on the Reock and Polsby-Popper measures. However, the Illustrative House has a higher minimum score on Polsby-Popper and both the Convex Hull mean and minimum measures are higher.

141. Also reported in **Figure 27** are comparison scores for the majority-Black districts in the 2022 House **(Exhibit AN-3)** and the majority Black districts in the Illustrative Plan **(Exhibit AN-4)**. With the three additional majority-Black districts as drawn in the Illustrative Plan, mean and minimum scores are the same as the majority-Black subset under the 2022 Plan, with the exception of the Reock which is higher under the 2022 Plan. Still, the .18 Reock score is higher than the overall minimum .15 score for the 2022 Plan.

**(b) Political Subdivision Splits**

142. The table in **Figure 28** compares district splits by county and 2020 VTD for the 2022 House **(Exhibit AO-1)** and the Illustrative House Plan **(Exhibit AO-2).** Municipal split counts are in **Exhibit AP-1** for the 2022 Plan and **Exhibit AP-2** for the Illustrative Plan.

**Figure 28: Political Subdivision Splits (excluding unpopulated areas)**

|  | Split Counties* | Total County Splits* | 2020 VTD Splits* | Municipalities Not Split # | Total Municipal Splits* |
|---|---|---|---|---|---|
| 2022 House | 67 | 179 | 255 | 216 | 225 |
| Illustrative House | 67 | 167 | 228 | 218 | 221 |

\* Lower is better (*i.e.*, fewer splits); # Higher is better (*i.e.*, more unsplit jurisdictions)

143.  As **Figure 28** reveals, the Illustrative House is superior to the 2022 House in terms of VTD splits and municipal splits. Both plans split 67 of the 82 counties in the state. However, the Illustrative House Plan contains a total of 167 county splits (unique county-districts combinations), while the 2022 House contains a total of 179 county splits (unique county-district combinations).

144.  The Illustrative House splits populated areas in 228 VTDs (of 1,834 VTDs), compared to 255 populated splits under the 2022 House. [46]

145.  The Illustrative House keeps 218 municipalities whole, with 221 populated splits. The 2022 House keeps 216 municipalities whole, with 225 populated splits.

---

[46] A populated split divides population in a VTD or municipality into two or more districts. Generally, unpopulated splits involve splits due to bodies of waters or municipal boundaries. Precinct boundaries are in a constant state of flux in Mississippi.

It is common for precinct boundaries to be changed in Mississippi and most other states. In the 2020 PL-94-171 file there are 1,834 VTDs, compared to 1,969 VTDs in the 2010 PL-94-171 file.

**(c) School District Splits**

146. The Legislature is a primary source of funds for Mississippi's public schools. Not surprisingly, split school districts can be an issue for voters.[47] For school year 2022-2023, minorities comprise the majority of students enrolled in public schools – White students comprised 42.59% of those enrolled and Black students 46.99%.[48]

147. The table in **Figure 29** compares splits by school district for the 2022 House and the Illustrative House. Split school districts are identified in **Exhibit AQ-1** for the 2022 Plan and **Exhibit AQ-2** for the Illustrative Plan. Based on population percentages (all ages), there are 44 majority-Black school districts.[49]

**Figure 29: School District splits (excluding unpopulated areas)**

|  | School Districts Not Split # | School District Splits* | Majority-Black School District Not Split# | Majority-Black School District Splits* |
|---|---|---|---|---|
| 2022 House | 26 | 361 | 12 | 95 |
| Illustrative House | 29 | 358 | 13 | 87 |

\* Lower is better (*i.e.*, fewer splits); # Higher is better (*i.e.*, more unsplit jurisdictions)

148. As **Figure 29** reveals, the Illustrative House contains more whole school districts – 29 vs. 26 – with fewer school district splits (unique school

---

[47] The 2020 Census reports that there are 138 unified school districts in Mississippi,

[48] Mississippi Department of Education, *Data Explorer*, https://mdereports.mdek12.org/DataExplorer.

[49] Majority-Black school districts in Figure 30 are based on population rather than school enrollment figures, which are not available from the 2020 Census or its component geography.

district/legislative district combinations) – 358 vs. 361 – and, as detailed in

**Exhibits AR-1** and **AR-2** fewer majority-Black school district splits (87 vs. 95).

**(d) Regional Splits**

149.  Like state-defined planning districts, federally defined core-based statistical areas are a way to define regional communities of interest. The Census Bureau-produced map in **Exhibit E-1** shows Metropolitan Statistical Areas ("MSAs") and Micropolitan Statistical Areas ("MPSAs") as defined by the U.S. Office of Planning and Budget.

150.  As **Figure 30** reveals, the Illustrative Plan is superior to the 2022 House in terms of state-defined planning and development district splits and federally defined MSA splits. Compared to the 2022 House Plan, the Illustrative House Plan contains fewer planning district splits (151 vs. 155) and fewer MPSA splits (83 vs. 76), with the same number of MSA splits (74).

**Figure 30: PDD Splits, MSA Splits, MPSA splits**

|  | Planning District Splits * | MSA Splits * | MPSA Splits* |
|---|---|---|---|
| 2022 House | 155 | 74 | 83 |
| Illustrative House | 151 | 74 | 76 |

\* Lower is better (*i.e.*, fewer splits);

151.  Planning district split details are in **Exhibit AS-1** for the 2022 Plan and **Exhibit AS-2** for the Illustrative Plan. Core-based statistical split details are in

Exhibit **AT-1a** (MSAs) and **AT-1b** (MPSAs) for the 2022 Plan and **Exhibit AT-2a** (MSAs) and **AT-2b** (MPSAs) for the Illustrative Plan.

**(e) Same Race VAP by Majority Districts Black vs. White**

152.  Under the 2020 House, 62.4% of statewide Black VAP resides in the 42 majority-Black House districts and 82.9% of the statewide White VAP resides in majority-White districts.

153.  As shown in **Figure 31**, under the Illustrative House, with three additional majority-Black districts (45 in total), the percentage of the Black VAP residing in majority-Black House districts inches up.  But a 15-percentage point Black/White gap remains – 64.78% of the Black VAP would reside in majority-Black districts, as compared to 80.12% of the White VAP in majority-White districts.

**Figure 31: Same Race VAP in Majority-Black and Majority-White Districts Statewide 2022 House and Illustrative House**

| Legislative Plan | 2020 Black VAP in Majority Black House Districts | 2020 NH White VAP in Majority White House | Statewide Difference (White-Black) |
|---|---|---|---|
| 2022 House | 62.38% | 82.92% | 20.53% |
| Illustrative House | 64.78% | 80.12% | 15.34% |

154.  As shown in **Figure 32**, in the three planning districts where additional House districts are anchored under the Illustrative House, the percentage of the Black VAP residing in majority-Black House districts remains below the statewide

**82.92%** percentage of the White voting age population living in majority White house districts under the 2022 House Plan – Central (80.66%), East Central (61.15%) and Three Rivers (41.7%).

**Figure 32: Same Race VAP in Majority-Black and Majority-White Districts Regional Planning District Level – 2022 House and Illustrative House**

| Planning Districts (# of new majority BVAP) | Black VAP in Majority Black Districts 2022 | White VAP in Majority White Districts 2022 | Black VAP in Majority Black Districts Illustrative | White VAP in Majority White Districts Illustrative |
|---|---|---|---|---|
| Central (1) | 78.33% | 72.35% | 80.66% | 66.32% |
| East Central (1) | 51.74% | 83.97% | 61.15% | 75.46% |
| Golden Triangle | 71.66% | 67.74% | 76.11% | 59.96% |
| North Central | 66.41% | 79.71% | 66.41% | 79.71% |
| North Delta | 57.26% | 79.60% | 57.26% | 79.60% |
| Northeast | 44.52% | 92.05% | 44.52% | 92.05% |
| South Delta | 99.14% | 1.03% | 99.14% | 1.03% |
| Southern | 34.21% | 94.72% | 35.18% | 94.07% |
| Southwest | 73.54% | 62.10% | 73.54% | 62.10% |
| Three Rivers (1) | 32.69% | 94.56% | 41.73% | 90.68% |

155. Furthermore, in all three planning districts with additional majority-Black House districts, the NH White VAP residing in majority White districts is higher than the statewide **62.38%** percentage of the Black voting age population residing in majority Black districts under the 2022 House Plan – Central (66.32%), East Central (75.46%), and Three Rivers (90.68%).

### F.    Postscript – Three Minority Opportunity House Districts

156. The Plaintiffs' Amended Complaint identifies two areas in the state where legislative map drawers altered the 2012 Benchmark House, so that Black

voter influence is reduced under the 2022 House Plan – (a) in the vicinity of Grenada County around 2022 HD 34 and HD 46 (b) in eastern Hinds County around 2022 HD 64.

157. The Illustrative House Plan I drew makes changes to the 2022 House only in certain areas of the state where additional "50% plus 1" majority-Black districts could likely be drawn. Nonetheless, the Illustrative Plan could easily be revised to create opportunity districts in the Grenada area and in eastern Hinds County area.

**(a) Grenada area (North Central PDD)**

158. The map in **Figure 33** demonstrates that two additional minority opportunity districts could be drawn in the North Central PDD in the general vicinity of City of Grenada– and merged with minimal disruption to other districts in the 2022 House Plan.

159. Hypothetical HD 34 (45% BVAP) includes most of the city of Grenada, as well as the eastern parts of Grenada and Yalobusha Counties. As drawn in the 2022 House Plan, HD 34 is 30% BVAP.

160. Hypothetical HD 46 (46% BVAP) could be drawn just to the south of the city of Grenada in Carroll, Leflore and Montgomery Counties As drawn in the 2022 House Plan, HD 46 is 31.7% BVAP.

**Figure 33: North Central PDD Region**
**2022 House and Hypothetical Opportunity Districts 34 and 46 (red lines)**



161.  Merging Hypothetical HD 34 and Hypothetical HD 46 into the 2022

Plan would result in changes to adjacent 2022 HDs 8, 11, 23, 30, 32, 47, and 51

(necessary to correct ripple-effect deviation issues).

162.  As shown in **Exhibit AU-1** and the map in **Exhibit AU-2** – including

the seven modified adjacent districts impacted by Hypothetical HDs 34 and 46 – the

nine-district cluster scores higher on compactness, county splits and VTD splits

than the 2022 House districts in the same general area (**Exhibit AU-3**).

**(b) Eastern Hinds County Area – Central PDD**

163. Likewise, as shown in **Figure 34,** with minor modifications to the 2022 House Plan in Hinds and Madison Counties (necessary to correct ripple-effect deviation issues), reconfigured HD 64 could be drawn with a 44.3 % BVAP – up from 31% under the 2022 Plan.[50]

**Figure 34:  Central PDD – Hinds and Madison Counties**
**2022 House and Hypothetical Opportunity District 64 (red lines)**



164. As shown in **Exhibit AV-1** and the map in **Exhibit AV-2** – including the three modified adjacent districts (HDs 65, 67 and 72) – the four-district cluster

---

[50] With additional precinct shifts in Hinds and Madison Counties – impacting only HDs 64, 65, and 72 – HD 64 could be reconfigured as an additional majority-Black district.

scores substantially better on compactness, and had fewer VTD splits and municipal splits, compared to the 2022 House districts in the same general area (**Exhibit AV-3**).

\# \# \#

I reserve the right to amend or supplement my report in light of additional facts, testimony and/or materials that may come to light.  Pursuant to 28 U.S.C. 1746, I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct according to the best of my knowledge, information, and belief.

Executed on August 28, 2023.

_William S. Cooper_
_____
William S. Cooper

EXHIBIT A

PTX-001-080

August 15, 2023

*William S. Cooper*
*P.O. Box 16066*
*Bristol, VA 24209*
*276-669-8567*
*bcooper@msn.com*

## Summary of Redistricting Work

I have a B.A. in Economics from Davidson College in Davidson, North Carolina.

Since 1986, I have prepared proposed redistricting maps of approximately 750 jurisdictions for Section 2 litigation, Section 5 comment letters, and for use in other efforts to promote compliance with the Voting Rights Act of 1965. I have analyzed and prepared election plans in over 100 of these jurisdictions for two or more of the decennial censuses – either as part of concurrent legislative reapportionments or, retrospectively, in relation to litigation involving many of the cases listed below.

From 1986 to 2023, I have prepared election plans for Section 2 litigation in Alabama, Connecticut, Florida, Georgia, Louisiana, Maryland, Massachusetts, Mississippi, Missouri, Montana, Nebraska, New Jersey, New York, North Carolina, Ohio, Pennsylvania, South Carolina, South Dakota, Tennessee, Texas, Utah, Virginia, Washington, and Wyoming.

## Post-2020 Redistricting Experience

Since the release of the 2020 Census, county commission-level plans I developed as a private consultant have been adopted by local governments in San Juan County, Utah, Bolivar County, Mississippi, and Washington County, Mississippi. In addition, a school board plan I developed was adopted by the Jefferson County, Alabama Board of Education subsequent to my expert work in the case of *Jones v. Jefferson County Board of Education*.

In October 2021, I briefly served as a consultant to the city council in Wenatchee,

1

Washington and determined that the 2018 redistricting plan I drew is not malapportioned under the 2020 Census.

Since 2022, I have testified at trial in eight Sec. 2 lawsuits: Alabama (Congress), Arkansas (Supreme and Appellate Courts), Florida (voter suppression), Georgia (Legislature – House and Senate) and Congress), Louisiana (Congress) , and Maryland (Baltimore County Commission and Town of Federalsburg).

**2010s Redistricting Experience**

I developed statewide legislative plans on behalf of clients in nine states (Alabama, Connecticut, Florida, Georgia, Kentucky, Mississippi, South Carolina, Texas, and Virginia), as well as over 150 local redistricting plans in approximately 30 states – primarily for groups working to protect minority voting rights. In addition, I have prepared congressional plans for clients in eight states (Alabama, Florida, Georgia, Louisiana, Maryland, Ohio, Pennsylvania, South Carolina, and Virginia).

In March 2011, I was retained by the Sussex County, Virginia Board of Supervisors and the Bolivar County, Mississippi Board of Supervisors to draft new district plans based on the 2010 Census. In the summer of 2011, both counties received Section 5 preclearance from the U.S. Department of Justice (DOJ).

Also in 2011, I was retained by way of a subcontract with Olmedillo X5 LLC to assist with redistricting for the Miami-Dade County, Florida Board of Commissioners and the Miami-Dade, Florida School Board.  Final plans were adopted in late 2011 following public hearings.

In the fall of 2011, I was retained by the City of Grenada, Mississippi to provide redistricting services. The ward plan I developed received DOJ preclearance in March 2012.

2

In 2012 and 2013, I served as a redistricting consultant to the Tunica County, Mississippi Board of Supervisors and the Claiborne County, Mississippi Board of Supervisors.

In *Montes v. City of Yakima* (E.D. Wash. Feb. 17, 2015) the court adopted, as a remedy for the Voting Rights Act Section 2 violation, a seven single-member district plan that I developed for the Latino plaintiffs. I served as the expert for the Plaintiffs in the liability and remedy phases of the case.

In *Pope v. Albany County* (N.D.N.Y. Mar. 24, 2015), the court approved, as a remedy for a Section 2 violation, a plan drawn by the defendants, creating a new Black-majority district. I served as the expert for the Plaintiffs in the liability and remedy phases of the case.

In 2016, two redistricting plans that I developed on behalf of the plaintiffs for consent decrees in Section 2 lawsuits in Georgia were adopted (*NAACP v. Fayette County, Georgia* and *NAACP v. Emanuel County, Georgia*).

In 2016, two federal courts granted summary judgment to the plaintiffs based in part on my *Gingles 1* testimony: *Navajo Nation v. San Juan County, Utah* (C.D. Utah 2016) and NAACP v. *Ferguson-Florissant School District, Missouri* (E. D. Mo. August 22, 2016).

Also in 2016, based in part on my analysis, the City of Pasco, Washington admitted to a Section 2 violation. As a result, in *Glatt v. City of Pasco* (E.D. Wash. Jan. 27, 2017), the court ordered a plan that created three Latino majority single-member districts in a 6 district, 1 at-large plan.

In 2018, I served as the redistricting consultant to the Governor Wolf interveners at the remedial stage of *League of Women Voters, et al. v. Commonwealth of Pennsylvania*.

3

August 15, 2023

In August 2018, the Wenatchee City Council adopted a hybrid election plan that I developed – five single-member districts with two members at-large. The Wenatchee election plan is the first plan adopted under the Washington Voting Rights Acts of 2018.

In February 2019, a federal court ruled in favor of the plaintiffs in a Section 2 case regarding Senate District 22 in Mississippi, based in part on my *Gingles* 1 testimony in *Thomas v. Bryant (S.D. Ms. Feb 16, 2019)*.

In the summer of 2019, I developed redistricting plans for the Grand County (Utah) Change of Form of Government Study Committee.

In May 2020, a federal court ruled in favor of the plaintiffs in a Section 2 case in *NAACP et al. v. East Ramapo Central School District, NY,* based in part on my *Gingles* 1 testimony. In October 2020, the federal court adopted a consent decree plan I developed for elections to be held in February 2021.

In May and June of 2020, I served as a consultant to the City of Quincy, Florida – the Defendant in a Section 2 lawsuit filed by two Anglo voters (*Baroody v. City of Quincy*). The federal court for the Northern District of Florida ruled in favor of the Defendants. The Plaintiffs voluntarily dismissed the case.

In the summer of 2020, I provided technical redistricting assistance to the City of Chestertown, Maryland.

I served as expert for the plaintiffs in *Jayla Allen v. Waller County, Texas.* I testified remotely at trial in October 2020.

Since 2011, I have served as a redistricting and demographic consultant to the Massachusetts-based Prison Policy Initiative for a nationwide project to end prison-based gerrymandering. I have analyzed proposed and adopted election plans in about 25 states as part of my work.

4

August 15, 2023

In 2018 (Utah) and again in 2020 (Arizona), I have provided technical assistance to the Rural Utah Project for voter registration efforts on the Navajo Nation Reservation.

**Post-2010 Demographics Experience**

My trial testimony in Section 2 lawsuits usually includes presentations of U.S. Census data with charts, tables, and/or maps to demonstrate socioeconomic disparities between non-Hispanic Whites and racial or ethnic minorities.

I served as a demographic expert for plaintiffs in four state-level voting cases related to the Covid-19 pandemic (South Carolina, Alabama, and Louisiana) and state court in North Carolina.

I have also served as an expert witness on demographics in non-voting trials. For example, in an April 2017 opinion in *Stout v. Jefferson County Board of Education* (Case no.2:65-cv-00396-MHH), a school desegregation case involving the City of Gardendale, Ala., the court made extensive reference to my testimony.

I provide technical demographic and mapping assistance to the Food Research and Action Center (FRAC) in Washington D.C and their constituent organizations around the country. Most of my work with FRAC involves the Summer Food Program and Child and Adult Care Food Program. Both programs provide nutritional assistance to school-age children who are eligible for free and reduced price meals. As part of this project, I developed an online interactive map to determine site eligibility for the two programs that has been in continuous use by community organizations and school districts around the country since 2003. The map is updated annually with new data from a Special Tabulation of the American Community Survey prepared by the U.S. Census Bureau for the Food and Nutrition Service of the U.S. Department of Agriculture.

5

August 15, 2023

### Historical Redistricting Experience

In the 1980s and 1990s, I developed voting plans in about 400 state and local jurisdictions -- primarily in the South and Rocky Mountain West. During the 2000s and 2010s, I prepared draft election plans involving about 350 state and local jurisdictions in 25 states. Most of these plans were prepared at the request of local citizens' groups, national organizations such as the NAACP, tribal governments, and for Section 2 or Section 5 litigation.

Election plans I developed for governments in two counties -- Sussex County, Virginia and Webster County, Mississippi -- were adopted and precleared in 2002 by the U.S. Department of Justice. A ward plan I prepared for the City of Grenada, Mississippi was precleared in August 2005. A county supervisors' plan I produced for Bolivar County, Mississippi was precleared in January 2006.

In August 2005, a federal court ordered the State of South Dakota to remedy a Section 2 voting rights violation and adopt a state legislative plan I developed (*Bone Shirt v. Hazeltine*).

A county council plan I developed for Native American plaintiffs in a Section 2 lawsuit (*Blackmoon v. Charles Mix County*) was adopted by Charles Mix County, South Dakota in November 2005. A plan I drafted for Latino plaintiffs in Bethlehem, Pennsylvania (*Pennsylvania Statewide Latino Coalition v. Bethlehem Area School District*) was adopted in March 2009. Plans I developed for minority plaintiffs in Columbus County, North Carolina and Montezuma- Cortez School District in Colorado were adopted in 2009.

Since 1986, I have testified at trial as an expert witness on redistricting and demographics in federal courts in the following voting rights cases (approximate most recent testimony dates are in parentheses). I also filed declarations and was deposed in

6

**August 15, 2023**

most of these cases.

**Alabama**
*Caster v. Merrill* (2022)
*Chestnut v Merrill (2019)*
*Alabama State Conference of the NAACP v. Alabama (2018)*
*Alabama Legislative Black Caucus et al. v. Alabama et al. (2013)*

**Arkansas**
*The Christian Ministerial Alliance v. Hutchinson (2022)*

**Colorado**
*Cuthair v. Montezuma-Cortez School Board (1997)*

**Florida**
*NAACP v. Lee (2022)*
*Baroody v. City of Quincy (2020)*

**Georgia**
*Pendergrass v. Raffensperger (2022)*
*Alpha Phi Alpha v. Raffensperger (2022)*
*Cofield v. City of LaGrange (1996)*
*Love v. Deal (1995)*
*Askew v. City of Rome (1995)*
*Woodard v. Lumber City (1989)*

**Louisiana**
*Galmon v. Ardoin (2022)*
*Terrebonne Parish NAACP v. Jindal, et al. (2017)*
*Wilson v. Town of St. Francisville (1996)*
*Reno v. Bossier Parish (1995)*
*Knight v. McKeithen (1994)*

**Maryland**
*Caroline County NAACP v. Town of Federalsburg (2023)*
*NAACP v. Baltimore County (2022)*
*Cane v. Worcester County (1994)*

**Mississippi**
*Thomas v. Bryant (2019)*
*Fairley v. Hattiesburg (2014)*
*Boddie v. Cleveland School District (2010)*
*Fairley v. Hattiesburg (2008)*
*Boddie v. Cleveland (2003)*
*Jamison v. City of Tupelo (2006)*
*Smith v. Clark (2002)*

7

August 15, 2023

*NAACP v. Fordice (1999)*
*Addy v Newton County (1995)*
*Ewing v. Monroe County (1995)*
*Gunn v. Chickasaw County* (1995)
*Nichols v. Okolona (1995)*

**Montana**
*Old Person v. Brown (on remand) (2001)*
*Old Person v. Cooney (1998)*

**Missouri**
*Missouri NAACP v. Ferguson-Florissant School District (2016)*

**Nebraska**
*Stabler v. Thurston County (1995)*

*New York*
*NAACP v. East Ramapo Central School District (2020)*
*Pope v. County of Albany (2015)*
*Arbor Hills Concerned Citizens v. Albany County (2003)*

**Ohio**
*A. Philip Randolph Institute, et al. v. Ryan (2019)*

**South Carolina**
*Smith v. Beasley (1996)*

**South Dakota**
*Bone Shirt v. Hazeltine (2004)*
*Cottier v. City of Martin (2004)*

**Tennessee**
*Cousins v. McWherter (1994)*
*Rural West Tennessee African American Affairs Council v. McWherter (1993)*

*Texas*
*Jayla Allen v. Waller County, Texas*
*Dickinson Branch NAACP v. Galveston County (2023)*

*Utah*
*Navajo Nation v. San Juan County (2017),* brief testimony –11 declarations, 2 depositions

**Virginia**
*Smith v. Brunswick County (1991)*
*Henderson v. Richmond County (1988)*
*McDaniel v. Mehfoud (1988)*
*White* v. *Daniel (1989)*

8

**PTX-001-088**

August 15, 2023

*Wyoming*
*Large v. Fremont County (2007)*

**Other Trial Testimony in Federal Cases Since 2011**

**Alabama**
*Stout v. Jefferson County Board of Education (2016)*

**Louisiana**
*Thomas v. School Board of St. Martin Parish (2021, 2022, and 2023)*

**North Carolina**
*NARSOL v. Stein (2021)*

In addition, I have filed expert declarations or been deposed in the following

cases that did not require trial testimony. The dates listed indicate the deposition date or

date of last declaration or supplemental declaration:

**Alabama**
*McClure v. Jefferson County (2023)*
*People First of Alabama v. Merrill (2020),* Covid-19 demographics only
*Alabama State NAACP v. City of Pleasant Grove (2019)*
*Jones v. Jefferson County Board of Education (2019)*
*Voketz v. City of Decatur (2018)*

**Arkansas**
*Mays v. Thurston (2020)--* Covid-19 demographics only)

**Connecticut**
*NAACP v. Merrill (2020)*

**Florida**

*Calvin v. Jefferson County (2016)*
*Thompson v. Glades County (2001)*
*Johnson v. DeSoto County (1999)*
*Burton v. City of Belle Glade (1997)*

**Georgia**
*Dwight v. Kemp (2018)*
*Georgia NAACP et al. v. Gwinnett County, GA (2018)*
*Georgia State Conference NAACP et al v. Georgia (2018)*
*Georgia State Conference NAACP, et al. v. Fayette County (2015)*

9

August 15, 2023

*Knighton v. Dougherty County (2002)*
*Johnson v. Miller (1998)*
*Jones v. Cook County (1993)*

**Kentucky**
*Herbert v. Kentucky State Board of Elections (2013)*

**Louisiana**
*Means v. Desoto Parish (2023)*
*Nairne v. Ardoin (2023*
*Power Coalition for Equity and Justice v. Edwards (2020),* Covid-19 demographics only
*Johnson v. Ardoin (2019*
*NAACP v. St. Landry Parish Council (2005)*
*Prejean v. Foster (1998)*
*Rodney v. McKeithen (1993)*

**Maryland**
*Baltimore County NAACP v. Baltimore County (2022)*
*Benisek v. Lamone (2017)*
*Fletcher  v. Lamone (2011)*

**Mississippi**
*Partee v. Coahoma County (2015)*
*Figgs v. Quitman County (2015)*
*West v. Natchez (2015)*
*Williams v. Bolivar County (2005)*
*Houston v. Lafayette County (2002)*
*Clark v. Calhoun County (on remand)(1993)*
*Teague v. Attala County (on remand)(1993)*
*Wilson v. Clarksdale (1992)*
*Stanfield v. Lee County(1991)*

**Montana**
*Alden v. Rosebud County (2000)*

**North Carolina**
*Town of Ahoskie (1990)*
*Lewis v. Alamance County (1991)*
*Gause v. Brunswick County (1992)*
*Webster v. Person County (1992)*

**Rhode Island**
*Davidson v. City of Cranston (2015)*

**South Carolina**
*Thomas v. Andino (2020),* Covid-19 demographics only
*Vander Linden v. Campbell (1996)*

10

**PTX-001-090**

August 15, 2023

**South Dakota**
*Kirkie v. Buffalo County (2004*
*Emery v. Hunt (1999)*

**Tennessee**
*NAACP v. Frost, et al. (2003)*

**Virginia**
*Moon v. Beyer (1990)*

***Washington***
*Montes v. City of Yakima (2014)*
*Glatt v. City of Pasco (2016)*

# # #

11

**PTX-001-091**

EXHIBIT B

PTX-001-092

## Exhibit B – Methodology and Sources

1.      In the preparation of this report, I analyzed population data from the 1990 to 2020 Decennial Census. In addition, I reported and analyzed socioeconomic data from the 1-year 2021 American Community Survey ("ACS") and the 5-year 2015-2019 ACS published by the U.S. Census Bureau.

2.      For my redistricting analysis, I used a geographic information system (GIS) software package called *Maptitude for Redistricting*, developed by the Caliper Corporation. This software is deployed by many local and state governing bodies across the country for redistricting and other types of demographic analysis.

3.      The geographic boundary files that I used with *Maptitude* are created from the U.S. Census 2020 TIGER (Topologically Integrated Geographic Encoding and Referencing) files and versions from earlier decades (1990, 2000, and 2010).

4.      I also used a geographic file depicting 1990 precinct boundaries prepared by the Mississippi Automated Resource Information System, https://www.maris.state.ms.us/HTML/DATA/data_Political/1990VotingPrecincts. html#gsc.

1

5.      I used population data from the U. S. Census 1990, 2000, 2010, and 2020 PL 94-171 data files.  The PL 94-171 dataset is published in electronic format and is the complete count population file designed by the Census Bureau for use in legislative redistricting.  The file contains basic race and ethnicity data on the total population and voting-age population found in units of Census geography such as states, counties, municipalities, townships, reservations, school districts, census tracts, census block groups, precincts (called voting districts or "VTDs" by the Census Bureau) and census blocks.

6.      I developed the illustrative plans presented in this report using *Maptitude for Redistricting*. The *Maptitude for Redistricting* software processes the TIGER files to produce a map for display on a computer screen.  The software also merges demographic data from the PL 94-171 files to match the relevant decennial Census geography.

# # #

2

EXHIBIT C-1

PTX-001-095

# Selected Socio-Economic Data

## Mississippi

### Any Part African American vis-à-vis NH White

### Data Set: 2021 American Community Survey 1-Year Estimates

29-Sep-22

PTX-001-096

## Population Below Poverty in the Past 12 Months

## Mississippi



Source:   S0201 SELECTED POPULATION PROFILE
Data Set: 2021 American Community Survey 1-Year Estimates

## Family Households Below Poverty in the Past 12 Months

### Mississippi



Source:   S0201 SELECTED POPULATION PROFILE
Data Set: 2021 American Community Survey 1-Year Estimates

## Female-headed Households with Related Children Below Poverty in the Past 12 Months
## Mississippi



Source:    S0201 SELECTED POPULATION PROFILE
Data Set: 2021 American Community Survey 1-Year Estimates

Page 4 of 27
**PTX-001-099**

**Median Household Income in the Past 12 Months**

**Mississippi**



Median household income in the past 12 months (in 2021 inflation-adjusted dollars)

Source:   S0201 SELECTED POPULATION PROFILE
Data Set:  2021 American Community Survey 1-Year Estimates

## Median Family Income in the Past 12 Months

## Mississippi



Source:  S0201 SELECTED POPULATION PROFILE
Data Set: 2021 American Community Survey 1-Year Estimates

## Per capita Income in the Past 12 Months

## Mississippi



Source:   S0201 SELECTED POPULATION PROFILE
Data Set: 2021 American Community Survey 1-Year Estimates

## Receipt of Food Stamps/SNAP in the Past 12 Months by Household

## Mississippi



Source:   S0201 SELECTED POPULATION PROFILE
Data Set: 2021 American Community Survey 1-Year Estimates

## Lack of Health Insurance Coverage -- Civilian Noninstitutionalized Population

## Mississippi



Source:  S0201 SELECTED POPULATION PROFILE
Data Set: 2021 American Community Survey 1-Year Estimates

## Educational Attainment for the Population 25 Years and Older

## Mississippi



Source:   S0201 SELECTED POPULATION PROFILE
Data Set: 2021 American Community Survey 1-Year Estimates

## Employment Status for the Population 16 years and over

## Mississippi



Source:   S0201 SELECTED POPULATION PROFILE
Data Set: 2021 American Community Survey 1-Year Estimates

## Unemployment  (Civilian Labor Force -- Ages 16  and Over)

## Mississippi



Source:  S0201 SELECTED POPULATION PROFILE
Data Set: 2021 American Community Survey 1-Year Estimates

## Occupation for the Civilian Employed 16 Years and Over Population

## Mississippi



Source:   S0201 SELECTED POPULATION PROFILE
Data Set: 2021 American Community Survey 1-Year Estimates

## Home Owners and Renters by Household

## Mississippi



Source:   S0201 SELECTED POPULATION PROFILE
Data Set: 2021 American Community Survey 1-Year Estimates

## Median Home Value -- Owner-Occupied

## Mississippi



Source:  S0201 SELECTED POPULATION PROFILE
Data Set: 2021 American Community Survey 1-Year Estimates

# Rent as a Percentage of Household Income (30% or more) -- Renter-Occupied

## Mississippi



Source:  S0201 SELECTED POPULATION PROFILE
Data Set: 2021 American Community Survey 1-Year Estimates

## No Vehicles Available by Household

## Mississippi



Source:  S0201 SELECTED POPULATION PROFILE
Data Set: 2021 American Community Survey 1-Year Estimates

# Computers and Internet Use

## Mississippi



Source:  S0201 SELECTED POPULATION PROFILE
Data Set: 2021 American Community Survey 1-Year Estimates

## Population by Age

## Mississippi



Source:   S0201 SELECTED POPULATION PROFILE
Data Set: 2021 American Community Survey 1-Year Estimates

## Household Type for Population in Households

### Mississippi



Source:   S0201 SELECTED POPULATION PROFILE
Data Set: 2021 American Community Survey 1-Year Estimates

## Marital Status for the Population 15 Years and Over

## Mississippi



Source:  S0201 SELECTED POPULATION PROFILE
Data Set: 2021 American Community Survey 1-Year Estimates

### Veterans in the Civilian Population 18 Years and Over

### Mississippi



Source:   S0201 SELECTED POPULATION PROFILE
Data Set: 2021 American Community Survey 1-Year Estimates

## Disability by Age -- Civilian Noninstitutionalized Population

## Mississippi



Source:   S0201 SELECTED POPULATION PROFILE
Data Set: 2021 American Community Survey 1-Year Estimates

## Geographical Mobility in the Past Year (Population 1 Year and Over)

## Mississippi



Source:   S0201 SELECTED POPULATION PROFILE
Data Set: 2021 American Community Survey 1-Year Estimates

## Speak English Less than "Very Well" (Population 5 Years and Over)

## Mississippi



Source:   S0201 SELECTED POPULATION PROFILE
Data Set: 2021 American Community Survey 1-Year Estimates

## Means of Transportation to Work (Workers 16 Years and Over)

## Mississippi



Source:   S0201 SELECTED POPULATION PROFILE
Data Set: 2021 American Community Survey 1-Year Estimates

**More than One Person per Room (Crowding) by Household**

**Mississippi**



Source:   S0201 SELECTED POPULATION PROFILE
Data Set: 2021 American Community Survey 1-Year Estimates

EXHIBIT C-2

PTX-001-123

Table: ACSSPP1Y2021.S0201

| | Mississippi | | |
|---|---|---|---|
| | Total population | Black or African American alone or in combination with one | White alone, not Hispanic or Latino |
| Label | Estimate | Estimate | Estimate |
| TOTAL NUMBER OF RACES REPORTED | | | |
| Total population | 2,949,965 | 1,111,980 | 1,635,321 |
| One race | 94.90% | 95.80% | 100.00% |
| Two races | 4.60% | 3.40% | (X) |
| Three races | 0.30% | 0.60% | (X) |
| Four or more races | 0.10% | 0.20% | (X) |
| SEX AND AGE | | | |
| Total population | 2,949,965 | 1,111,980 | 1,635,321 |
| Male | 48.70% | 47.30% | 49.50% |
| Female | 51.30% | 52.70% | 50.50% |
| Under 5 years | 5.90% | 6.60% | 5.10% |
| 5 to 17 years | 17.60% | 20.10% | 15.30% |
| 18 to 24 years | 9.80% | 10.90% | 8.90% |
| 25 to 34 years | 12.10% | 13.10% | 11.20% |
| 35 to 44 years | 13.00% | 13.50% | 12.40% |
| 45 to 54 years | 12.00% | 11.50% | 12.40% |
| 55 to 64 years | 12.80% | 11.50% | 14.00% |
| 65 to 74 years | 10.50% | 8.70% | 12.20% |
| 75 years and over | 6.40% | 4.00% | 8.40% |
| Median age (years) | 38.6 | 34.3 | 42.2 |
| 18 years and over | 76.50% | 73.30% | 79.60% |
| 21 years and over | 72.10% | 68.30% | 75.70% |
| 62 years and over | 21.00% | 16.30% | 25.30% |
| 65 years and over | 16.80% | 12.70% | 20.70% |
| Under 18 years | 691,885 | 297,063 | 333,556 |

**PTX-001-124**

Table: ACSSPP1Y2021.S0201

| | Mississippi | | |
|---|---|---|---|
| | Total population | Black or African American alone or in combination with one | White alone, not Hispanic or Latino |
| Label | Estimate | Estimate | Estimate |
| Male | 51.60% | 51.30% | 52.10% |
| Female | 48.40% | 48.70% | 47.90% |
| 18 years and over | 2,258,080 | 814,917 | 1,301,765 |
| Male | 47.70% | 45.80% | 48.80% |
| Female | 52.30% | 54.20% | 51.20% |
| 18 to 34 years | 646,857 | 266,919 | 328,900 |
| Male | 49.50% | 47.90% | 50.40% |
| Female | 50.50% | 52.10% | 49.60% |
| 35 to 64 years | 1,114,278 | 406,451 | 634,958 |
| Male | 48.40% | 45.80% | 50.00% |
| Female | 51.60% | 54.20% | 50.00% |
| 65 years and over | 496,945 | 141,547 | 337,907 |
| Male | 44.00% | 41.80% | 45.10% |
| Female | 56.00% | 58.20% | 54.90% |
| RELATIONSHIP | | | |
| Population in households | 2,865,632 | 1,068,583 | 1,600,232 |
| Householder or spouse | 56.90% | 48.40% | 63.40% |
| Unmarried partner | 1.80% | 2.10% | 1.50% |
| Child | 30.90% | 35.40% | 27.10% |
| Other relatives | 8.00% | 11.70% | 5.70% |
| Other nonrelatives | 2.40% | 2.40% | 2.40% |
| HOUSEHOLDS BY TYPE | | | |
| Households | 1,129,611 | 406,632 | 658,587 |
| Family households | 65.80% | 63.00% | 67.20% |
| With own children of the householder under 18 years | 25.90% | 27.40% | 24.10% |

**PTX-001-125**

Table: ACSSPP1Y2021.S0201

| Label | Mississippi | | |
|---|---|---|---|
| | Total population | Black or African American alone or in combination with one | White alone, not Hispanic or Latino |
| | Estimate | Estimate | Estimate |
| Married-couple family | 44.20% | 27.20% | 54.40% |
| With own children of the householder under 18 years | 15.50% | 8.70% | 19.20% |
| Female householder, no spouse present, family | 16.90% | 30.20% | 9.10% |
| With own children of the householder under 18 years | 8.50% | 16.60% | 3.40% |
| Nonfamily households | 34.20% | 37.00% | 32.80% |
| Male householder | 16.10% | 16.70% | 15.60% |
| Living alone | 13.80% | 15.00% | 13.10% |
| Not living alone | 2.30% | 1.70% | 2.50% |
| Female householder | 18.10% | 20.30% | 17.20% |
| Living alone | 15.90% | 18.20% | 14.90% |
| Not living alone | 2.20% | 2.10% | 2.30% |
| Average household size | 2.54 | 2.59 | 2.47 |
| Average family size | 3.17 | 3.34 | 3.05 |
| MARITAL STATUS | | | |
| Population 15 years and over | 2,382,518 | 867,494 | 1,362,597 |
| Now married, except separated | 44.50% | 27.80% | 54.80% |
| Widowed | 6.90% | 6.70% | 7.40% |
| Divorced | 11.50% | 11.10% | 11.90% |
| Separated | 2.50% | 4.10% | 1.50% |
| Never married | 34.60% | 50.30% | 24.30% |
| Male 15 years and over | 1,143,948 | 401,298 | 667,230 |

3

**PTX-001-126**

Table: ACSSPP1Y2021.S0201

| | Mississippi | | |
|---|---|---|---|
| | Total population | Black or African American alone or in combination with one | White alone, not Hispanic or Latino |
| Label | Estimate | Estimate | Estimate |
|   Now married, except separated | 46.60% | 31.00% | 56.30% |
|   Widowed | 3.50% | 3.70% | 3.50% |
|   Divorced | 10.30% | 9.10% | 11.20% |
|   Separated | 2.20% | 3.90% | 1.20% |
|   Never married | 37.40% | 52.30% | 27.80% |
| Female 15 years and over | 1,238,570 | 466,196 | 695,367 |
|   Now married, except separated | 42.50% | 25.10% | 53.40% |
|   Widowed | 10.10% | 9.20% | 11.20% |
|   Divorced | 12.70% | 12.80% | 12.60% |
|   Separated | 2.80% | 4.30% | 1.90% |
|   Never married | 31.90% | 48.50% | 21.00% |
| SCHOOL ENROLLMENT | | | |
| Population 3 years and over enrolled in school | 728,376 | 306,726 | 357,780 |
|   Nursery school, preschool | 4.90% | 5.20% | 4.60% |
|   Kindergarten | 4.80% | 4.90% | 4.80% |
|   Elementary school (grades 1-8) | 43.40% | 44.40% | 43.00% |
|   High school (grades 9-12) | 22.50% | 21.90% | 23.00% |
|   College or graduate school | 24.30% | 23.60% | 24.60% |
| Male 3 years and over enrolled in school | 353,838 | 145,156 | 176,543 |
|   Percent enrolled in kindergarten to grade 12 | 74.30% | 76.40% | 73.40% |

**PTX-001-127**

Table: ACSSPP1Y2021.S0201

| | Mississippi | | |
|---|---|---|---|
| | Total population | Black or African American alone or in combination with one | White alone, not Hispanic or Latino |
| Label | Estimate | Estimate | Estimate |
| Percent enrolled in college or graduate school | 20.50% | 18.20% | 21.70% |
| Female 3 years and over enrolled in school | 374,538 | 161,570 | 181,237 |
| Percent enrolled in kindergarten to grade 12 | 67.40% | 66.50% | 68.20% |
| Percent enrolled in college or graduate school | 27.90% | 28.50% | 27.50% |
| EDUCATIONAL ATTAINMENT | | | |
| Population 25 years and over | 1,968,167 | 693,656 | 1,155,565 |
| Less than high school diploma | 13.50% | 17.90% | 10.10% |
| High school graduate (includes equivalency) | 29.80% | 33.10% | 28.50% |
| Some college or associate's degree | 31.90% | 30.80% | 32.90% |
| Bachelor's degree | 15.40% | 11.00% | 18.10% |
| Graduate or professional degree | 9.30% | 7.20% | 10.40% |
| High school graduate or higher | 86.50% | 82.10% | 89.90% |
| Male, high school graduate or higher | 84.00% | 78.80% | 87.70% |
| Female, high school graduate or higher | 88.70% | 84.80% | 92.00% |
| Bachelor's degree or higher | 24.80% | 18.20% | 28.60% |

Table: ACSSPP1Y2021.S0201

| Label | Mississippi | | |
|---|---|---|---|
| | Total population | Black or African American alone or in combination with one | White alone, not Hispanic or Latino |
| | Estimate | Estimate | Estimate |
| Male, bachelor's degree or higher | 21.50% | 13.40% | 25.90% |
| Female, bachelor's degree or higher | 27.80% | 22.10% | 31.10% |
| FERTILITY | | | |
| Women 15 to 50 years | 691,886 | 284,697 | 353,904 |
| Women 15 to 50 years who had a birth in the past 12 months | 36,472 | 14,155 | 19,844 |
| Unmarried women 15 to 50 years who had a birth in the past 12 months | 17,055 | 11,850 | 4,284 |
| As a percent of all women with a birth in the past 12 months | 46.80% | 83.70% | 21.60% |
| RESPONSIBILITY FOR GRANDCHILDREN UNDER 18 YEARS | | | |
| Population 30 years and over | 1,792,073 | 618,015 | 1,068,682 |
| Grandparents living with grandchild(ren) | 3.80% | 5.90% | 2.70% |
| Grandparents responsible for grandchildren as a percentage of living with grandchildren | 47.20% | 51.10% | 43.50% |
| VETERAN STATUS | | | |

**PTX-001-129**

Table: ACSSPP1Y2021.S0201

| Label | Mississippi | | |
| --- | --- | --- | --- |
| | Total population | Black or African American alone or in combination with one | White alone, not Hispanic or Latino |
| | Estimate | Estimate | Estimate |
| Civilian population 18 years and over | 2,243,834 | 811,791 | 1,292,976 |
| Civilian veteran | 6.90% | 5.90% | 7.70% |
| DISABILITY STATUS | | | |
| Total civilian noninstitutionalized population | 2,885,936 | 1,081,392 | 1,607,449 |
| With a disability | 18.10% | 17.40% | 19.00% |
| Civilian noninstitutionalized population under 18 years | 689,838 | 295,397 | 333,326 |
| With a disability | 6.40% | 6.60% | 6.10% |
| Civilian noninstitutionalized population 18 to 64 years | 1,709,715 | 647,790 | 943,381 |
| With a disability | 16.40% | 17.60% | 15.90% |
| Civilian noninstitutionalized population 65 years and older | 486,383 | 138,205 | 330,742 |
| With a disability | 40.30% | 39.30% | 40.80% |
| RESIDENCE 1 YEAR AGO | | | |
| Population 1 year and over | 2,919,574 | 1,099,425 | 1,619,624 |
| Same house | 89.30% | 87.40% | 91.00% |
| Different house in the U.S. | 10.30% | 12.20% | 8.80% |
| Same county | 5.40% | 7.60% | 4.00% |
| Different county | 4.90% | 4.60% | 4.90% |
| Same state | 2.90% | 3.20% | 2.70% |
| Different state | 2.00% | 1.40% | 2.20% |
| Abroad | 0.30% | 0.40% | 0.20% |

PTX-001-130

Table: ACSSPP1Y2021.S0201

| Label | Mississippi | | |
|---|---|---|---|
| | Total population | Black or African American alone or in combination with one | White alone, not Hispanic or Latino |
| | Estimate | Estimate | Estimate |
| PLACE OF BIRTH, CITIZENSHIP STATUS AND YEAR OF ENTRY | | | |
| Native | 2,887,106 | 1,105,994 | 1,626,289 |
| Male | 48.60% | 47.20% | 49.60% |
| Female | 51.40% | 52.80% | 50.40% |
| Foreign born | 62,859 | 5,986 | 9,032 |
| Male | 49.10% | 63.70% | 35.60% |
| Female | 50.90% | 36.30% | 64.40% |
| Foreign born; naturalized U.S. citizen | 29,125 | 3,063 | 5,466 |
| Male | 44.00% | 45.30% | 35.90% |
| Female | 56.00% | 54.70% | 64.10% |
| Foreign born; not a U.S. citizen | 33,734 | 2,923 | 3,566 |
| Male | 53.60% | 83.00% | 35.10% |
| Female | 46.40% | 17.00% | 64.90% |
| Population born outside the United States | 62,859 | 5,986 | 9,032 |
| Entered 2010 or later | 37.20% | 51.40% | 27.60% |
| Entered 2000 to 2009 | 22.60% | 19.90% | 12.90% |
| Entered before 2000 | 40.30% | 28.80% | 59.50% |
| WORLD REGION OF BIRTH OF FOREIGN BORN | | | |
| Foreign-born population excluding population born at sea | 62,859 | 5,986 | 9,032 |

**PTX-001-131**

Table: ACSSPP1Y2021.S0201

|  | Mississippi | | |
|---|---|---|---|
|  | Total population | Black or African American alone or in combination with one | White alone, not Hispanic or Latino |
| Label | Estimate | Estimate | Estimate |
| Europe | 9.50% | 4.10% | 58.60% |
| Asia | 32.00% | 14.40% | 14.40% |
| Africa | 5.60% | 46.90% | 5.30% |
| Oceania | 1.10% | 0.00% | 3.10% |
| Latin America | 48.90% | 34.80% | 1.20% |
| Northern America | 2.90% | 0.00% | 17.30% |
| LANGUAGE SPOKEN AT HOME AND ABILITY TO SPEAK ENGLISH |  |  |  |
| Population 5 years and over | 2,776,683 | 1,038,242 | 1,552,501 |
| English only | 96.20% | 98.80% | 98.90% |
| Language other than English | 3.80% | 1.20% | 1.10% |
| Speak English less than "very well" | 1.50% | 0.40% | 0.30% |
| EMPLOYMENT STATUS |  |  |  |
| Population 16 years and over | 2,340,485 | 849,911 | 1,341,038 |
| In labor force | 56.60% | 55.80% | 56.60% |
| Civilian labor force | 56.00% | 55.50% | 56.00% |
| Employed | 52.50% | 49.60% | 53.80% |
| Unemployed | 3.60% | 5.80% | 2.20% |
| Unemployment Rate | 6.40% | 10.50% | 3.90% |
| Armed Forces | 0.60% | 0.40% | 0.70% |
| Not in labor force | 43.40% | 44.20% | 43.40% |
| Females 16 years and over | 1,219,487 | 460,037 | 684,058 |
| In labor force | 53.60% | 56.80% | 51.20% |
| Civilian labor force | 53.40% | 56.60% | 50.90% |
| Employed | 49.90% | 50.80% | 48.90% |

9

**PTX-001-132**

Table: ACSSPP1Y2021.S0201

| | Mississippi | | |
|---|---|---|---|
| | Total population | Black or African American alone or in combination with one | White alone, not Hispanic or Latino |
| Label | Estimate | Estimate | Estimate |
| Unemployed | 3.50% | 5.80% | 1.90% |
| Unemployment Rate | 6.50% | 10.20% | 3.80% |
| COMMUTING TO WORK | | | |
| Workers 16 years and over | 1,215,180 | 413,528 | 715,764 |
| Car, truck, or van - drove alone | 83.00% | 82.70% | 83.90% |
| Car, truck, or van - carpooled | 7.80% | 7.80% | 7.50% |
| Public transportation (excluding taxicab) | 0.20% | 0.30% | 0.10% |
| Walked | 1.00% | 1.00% | 0.90% |
| Other means | 1.70% | 2.00% | 1.50% |
| Worked from home | 6.30% | 6.10% | 6.10% |
| Mean travel time to work (minutes) | 25.2 | 23.8 | 26.1 |
| OCCUPATION | | | |
| Civilian employed population 16 years and over | 1,227,616 | 421,958 | 721,020 |
| Management, business, science, and arts occupations | 35.50% | 26.20% | 41.10% |
| Service occupations | 16.00% | 22.30% | 11.70% |
| Sales and office occupations | 20.80% | 20.00% | 21.60% |
| Natural resources, construction, and maintenance occupations | 9.70% | 5.80% | 11.40% |

**PTX-001-133**

Table: ACSSPP1Y2021.S0201

| | Mississippi | | |
|---|---|---|---|
| | Total population | Black or African American alone or in combination with one | White alone, not Hispanic or Latino |
| Label | Estimate | Estimate | Estimate |
| Production, transportation, and material moving occupations | 18.00% | 25.70% | 14.10% |
| Male civilian employed population 16 years and over | 619,454 | 188,428 | 386,190 |
| Management, business, science, and arts occupations | 27.40% | 16.10% | 33.00% |
| Service occupations | 13.80% | 19.50% | 10.60% |
| Sales and office occupations | 12.80% | 11.00% | 14.00% |
| Natural resources, construction, and maintenance occupations | 18.70% | 12.50% | 21.00% |
| Production, transportation, and material moving occupations | 27.20% | 40.90% | 21.40% |
| Female civilian employed population 16 years and over | 608,162 | 233,530 | 334,830 |
| Management, business, science, and arts occupations | 43.70% | 34.40% | 50.40% |
| Service occupations | 18.20% | 24.60% | 13.10% |
| Sales and office occupations | 29.00% | 27.30% | 30.40% |
| Natural resources, construction, and maintenance occupations | 0.50% | 0.40% | 0.40% |

**PTX-001-134**

Table: ACSSPP1Y2021.S0201

| | Mississippi | | |
|---|---|---|---|
| | Total population | Black or African American alone or in combination with one | White alone, not Hispanic or Latino |
| Label | Estimate | Estimate | Estimate |
| Production, transportation, and material moving occupations | 8.70% | 13.40% | 5.70% |
| INDUSTRY | | | |
| Civilian employed population 16 years and over | 1,227,616 | 421,958 | 721,020 |
| Agriculture, forestry, fishing and hunting, and mining | 2.20% | 1.00% | 3.00% |
| Construction | 7.10% | 3.80% | 8.30% |
| Manufacturing | 12.90% | 15.30% | 11.80% |
| Wholesale trade | 1.90% | 1.50% | 2.20% |
| Retail trade | 11.70% | 11.60% | 11.80% |
| Transportation and warehousing, and utilities | 7.30% | 8.30% | 7.10% |
| Information | 1.10% | 0.80% | 1.10% |
| Finance and insurance, and real estate and rental and leasing | 4.90% | 3.60% | 5.70% |
| Professional, scientific, and management, and administrative and waste management services | 7.10% | 5.90% | 7.40% |
| Educational services, and health care and social assistance | 24.70% | 26.50% | 24.30% |

**PTX-001-135**

Table: ACSSPP1Y2021.S0201

| Label | Mississippi | | |
|---|---|---|---|
| | Total population | Black or African American alone or in combination with one | White alone, not Hispanic or Latino |
| | Estimate | Estimate | Estimate |
| Arts, entertainment, and recreation, and accommodation and food services | 8.70% | 10.30% | 7.60% |
| Other services (except public administration) | 4.70% | 4.20% | 4.80% |
| Public administration | 5.80% | 7.10% | 4.90% |
| CLASS OF WORKER | | | |
| Civilian employed population 16 years and over | 1,227,616 | 421,958 | 721,020 |
| Private wage and salary workers | 75.50% | 73.80% | 76.90% |
| Government workers | 18.50% | 22.10% | 16.40% |
| Self-employed workers in own not incorporated business | 5.80% | 3.90% | 6.50% |
| Unpaid family workers | 0.20% | 0.10% | 0.20% |
| INCOME IN THE PAST 12 MONTHS (IN 2021 INFLATION-ADJUSTED DOLLARS) | | | |
| Households | 1,129,611 | 406,632 | 658,587 |
| Median household income (dollars) | 48,716 | 33,541 | 61,318 |
| With earnings | 71.50% | 70.60% | 71.00% |
| Mean earnings (dollars) | 70,442 | 49,440 | 83,781 |
| With Social Security income | 35.80% | 31.90% | 39.40% |

Table: ACSSPP1Y2021.S0201

| | Mississippi | | |
|---|---|---|---|
| | Total population | Black or African American alone or in combination with one | White alone, not Hispanic or Latino |
| Label | Estimate | Estimate | Estimate |
| Mean Social Security income (dollars) | 19,308 | 15,804 | 21,085 |
| With Supplemental Security Income | 8.50% | 12.90% | 5.90% |
| Mean Supplemental Security Income (dollars) | 10,283 | 10,306 | 10,388 |
| With cash public assistance income | 2.10% | 2.90% | 1.60% |
| Mean cash public assistance income (dollars) | 3,005 | 2,025 | 4,172 |
| With retirement income | 24.00% | 18.80% | 27.70% |
| Mean retirement income (dollars) | 25,816 | 19,162 | 28,532 |
| With Food Stamp/SNAP benefits | 13.50% | 24.60% | 7.00% |
| Families | 742,851 | 256,115 | 442,599 |
| Median family income (dollars) | 64,035 | 41,462 | 79,864 |
| Married-couple family | 67.10% | 43.10% | 80.90% |
| Median income (dollars) | 82,789 | 66,479 | 87,967 |
| Male householder, no spouse present, family | 7.10% | 9.00% | 5.60% |
| Median income (dollars) | 44,024 | 37,683 | 49,922 |
| Female householder, no husband present, family | 25.80% | 47.90% | 13.50% |
| Median income (dollars) | 31,420 | 27,494 | 39,934 |

**PTX-001-137**

Table: ACSSPP1Y2021.S0201

| Label | Mississippi | | |
|---|---|---|---|
| | Total population | Black or African American alone or in combination with one | White alone, not Hispanic or Latino |
| | Estimate | Estimate | Estimate |
| Individuals | 2,949,965 | 1,111,980 | 1,635,321 |
| Per capita income (dollars) | 26,941 | 18,368 | 33,374 |
| With earnings for full-time, year-round workers: | | | |
| Male | 496,076 | 147,033 | 313,472 |
| Female | 437,622 | 169,161 | 241,367 |
| Mean earnings (dollars)  for full-time, year-round workers: | | | |
| Male | 62,386 | 43,074 | 72,431 |
| Female | 44,614 | 37,485 | 49,753 |
| Median earnings (dollars) full-time, year-round workers: | | | |
| Male | 47,546 | 35,986 | 53,246 |
| Female | 37,056 | 31,879 | 40,611 |
| HEALTH INSURANCE COVERAGE | | | |
| Civilian noninstitutionalized population | 2,885,936 | 1,081,392 | 1,607,449 |
| With private health insurance | 59.70% | 47.60% | 68.50% |
| With public coverage | 40.20% | 47.90% | 36.30% |
| No health insurance coverage | 11.90% | 13.00% | 9.80% |

**PTX-001-138**

Table: ACSSPP1Y2021.S0201

| | Mississippi | | |
|---|---|---|---|
| | Total population | Black or African American alone or in combination with one | White alone, not Hispanic or Latino |
| Label | Estimate | Estimate | Estimate |
| POVERTY RATES FOR FAMILIES AND PEOPLE FOR WHOM POVERTY STATUS IS DETERMINED | | | |
| All families | 14.40% | 26.20% | 7.70% |
| With related children of the householder under 18 years | 22.40% | 36.90% | 11.60% |
| With related children of the householder under 5 years only | 22.00% | 41.90% | 11.30% |
| Married-couple family | 6.20% | 10.40% | 4.70% |
| With related children of the householder under 18 years | 7.70% | 12.30% | 5.60% |
| With related children of the householder under 5 years only | 8.00% | 14.00% | 6.10% |
| Female householder, no spouse present, family | 34.70% | 40.90% | 23.30% |
| With related children of the householder under 18 years | 46.80% | 51.40% | 37.40% |
| With related children of the householder under 5 years only | 55.60% | 61.30% | 43.80% |
| All people | 19.40% | 30.90% | 11.50% |
| Under 18 years | 27.70% | 44.50% | 12.90% |

**PTX-001-139**

Table: ACSSPP1Y2021.S0201

| Label | Total population | Black or African American alone or in combination with one | White alone, not Hispanic or Latino |
|---|---|---|---|
| | Mississippi | | |
| | Estimate | Estimate | Estimate |
| Related children of the householder under 18 years | 27.60% | 44.30% | 12.80% |
| Related children of the householder under 5 years | 31.40% | 52.20% | 13.40% |
| Related children of the householder 5 to 17 years | 26.30% | 41.70% | 12.60% |
| 18 years and over | 16.80% | 25.90% | 11.10% |
| 18 to 64 years | 17.60% | 26.80% | 11.40% |
| 65 years and over | 13.80% | 21.70% | 10.30% |
| People in families | 16.70% | 29.30% | 8.30% |
| Unrelated individuals 15 years and over | 31.80% | 38.10% | 26.50% |
| HOUSING TENURE | | | |
| Occupied housing units | 1,129,611 | 406,632 | 658,587 |
| Owner-occupied housing units | 69.70% | 53.80% | 80.10% |
| Renter-occupied housing units | 30.30% | 46.20% | 19.90% |
| Average household size of owner-occupied unit | 2.57 | 2.62 | 2.53 |
| Average household size of renter-occupied unit | 2.45 | 2.56 | 2.24 |
| UNITS IN STRUCTURE | | | |
| Occupied housing units | 1,129,611 | 406,632 | 658,587 |
| 1-unit, detached or attached | 72.80% | 63.80% | 78.50% |

**PTX-001-140**

Table: ACSSPP1Y2021.S0201

| Label | Mississippi | | |
|---|---|---|---|
| | Total population | Black or African American alone or in combination with one | White alone, not Hispanic or Latino |
| | Estimate | Estimate | Estimate |
| 2 to 4 units | 5.30% | 9.90% | 2.50% |
| 5 or more units | 8.70% | 14.30% | 5.20% |
| Mobile home, boat, RV, van, etc. | 13.20% | 11.90% | 13.70% |
| YEAR STRUCTURE BUILT | | | |
| Occupied housing units | 1,129,611 | 406,632 | 658,587 |
| Built 2020 or later | 0.50% | 0.30% | 0.70% |
| Built 2010 to 2019 | 11.20% | 9.00% | 12.40% |
| Built 2000 to 2009 | 17.10% | 14.70% | 18.40% |
| Built 1980 to 1999 | 30.50% | 29.90% | 31.00% |
| Built 1960 to 1979 | 26.60% | 30.60% | 24.30% |
| Built 1940 to 1959 | 10.30% | 12.10% | 9.40% |
| Built 1939 or earlier | 3.70% | 3.50% | 3.80% |
| VEHICLES AVAILABLE | | | |
| Occupied housing units | 1,129,611 | 406,632 | 658,587 |
| None | 6.30% | 10.00% | 4.30% |
| 1 or more | 93.70% | 90.00% | 95.70% |
| HOUSE HEATING FUEL | | | |
| Occupied housing units | 1,129,611 | 406,632 | 658,587 |
| Gas | 39.20% | 42.00% | 38.10% |
| Electricity | 58.90% | 56.40% | 59.90% |
| All other fuels | 1.10% | 0.60% | 1.40% |
| No fuel used | 0.70% | 0.90% | 0.50% |
| SELECTED CHARACTERISTICS | | | |
| Occupied housing units | 1,129,611 | 406,632 | 658,587 |

PTX-001-141

Table: ACSSPP1Y2021.S0201

| | Mississippi | | |
|---|---|---|---|
| | Total population | Black or African American alone or in combination with one | White alone, not Hispanic or Latino |
| Label | Estimate | Estimate | Estimate |
| No telephone service available | 1.30% | 1.50% | 1.10% |
| 1.01 or more occupants per room | 2.10% | 2.90% | 1.20% |
| SELECTED MONTHLY OWNER COSTS AS A PERCENTAGE OF HOUSEHOLD INCOME IN THE PAST 12 MONTHS | | | |
| Housing units with a mortgage (excluding units where SMOC cannot be computed) | 381,256 | 102,018 | 255,879 |
| Less than 30 percent | 73.80% | 62.10% | 79.00% |
| 30 percent or more | 26.20% | 37.90% | 21.00% |
| OWNER CHARACTERISTICS | | | |
| Owner-occupied housing units | 787,068 | 218,696 | 527,776 |
| Median value (dollars) | 145,600 | 95,800 | 162,200 |
| Median selected monthly owner costs with a mortgage (dollars) | 1,200 | 1,046 | 1,263 |
| Median selected monthly owner costs without a mortgage (dollars) | 356 | 340 | 364 |
| GROSS RENT AS A PERCENTAGE OF HOUSEHOLD INCOME IN THE PAST 12 MONTHS | | | |

PTX-001-142

Table: ACSSPP1Y2021.S0201

| Label | Mississippi | | |
|---|---|---|---|
| | Total population | Black or African American alone or in combination with one | White alone, not Hispanic or Latino |
| | Estimate | Estimate | Estimate |
| Occupied units paying rent (excluding units where GRAPI cannot be computed) | 290,572 | 161,992 | 107,260 |
| Less than 30 percent | 47.80% | 44.50% | 52.00% |
| 30 percent or more | 52.20% | 55.50% | 48.00% |
| GROSS RENT | | | |
| Occupied units paying rent | 301,468 | 169,064 | 110,380 |
| Median gross rent (dollars) | 831 | 796 | 870 |
| COMPUTERS AND INTERNET USE | | | |
| Total households | 1,129,611 | 406,632 | 658,587 |
| With a computer | 91.50% | 88.70% | 93.00% |
| With a broadband Internet subscription | 81.80% | 77.10% | 84.40% |

EXHIBIT D-1

PTX-001-144



PTX-001-145

EXHIBIT D-2

PTX-001-146

## Mississippi Population by County (2000-2020)

| County | 2000 POP. | 2000 AP_BLACK | 2000 % AP_BLACK | 2000 NH_White | 2010 POP. | 2010 AP_BLACK | 2010 % AP_BLACK | 2010 NH_White | 2020 POP. | 2020 AP_BLACK | 2020 % AP_BLACK | 2020 NH_White |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Adams | 34340 | 18228 | 53.08% | 15701 | 32297 | 17538 | 54.30% | 12485 | 29538 | 17192 | 58.20% | 10926 |
| Alcorn | 34558 | 3899 | 11.28% | 29977 | 37057 | 4388 | 11.84% | 31313 | 34740 | 4797 | 13.81% | 27738 |
| Amite | 13599 | 5820 | 42.80% | 7636 | 13131 | 5471 | 41.66% |  | 12720 | 4982 | 39.17% | 7434 |
| Attala | 19661 | 7908 | 40.22% | 11369 | 19564 | 8276 | 42.30% | 10866 | 17889 | 7846 | 43.86% | 9410 |
| Benton | 8026 | 2960 | 36.88% | 4936 | 8729 | 3286 | 37.64% | 5229 | 7646 | 2813 | 36.79% | 4565 |
| Bolivar | 40633 | 26574 | 65.40% | 13365 | 34145 | 22030 | 64.52% | 11241 | 30985 | 19770 | 63.81% | 9946 |
| Calhoun | 15069 | 4351 | 28.87% | 10339 | 14962 | 4243 | 28.36% | 9851 | 13266 | 3630 | 27.36% | 8662 |
| Carroll | 10769 | 3960 | 36.77% | 6705 | 10597 | 3516 | 33.18% | 6927 | 9998 | 3125 | 31.26% | 6529 |
| Chickasaw | 19440 | 8050 | 41.41% | 10887 | 17392 | 7405 | 42.58% | 9254 | 17106 | 7688 | 44.94% | 8584 |
| Choctaw | 9758 | 3015 | 30.90% | 6613 | 8547 | 2614 | 30.58% | 5803 | 8246 | 2449 | 29.70% | 5559 |
| Claiborne | 11831 | 9987 | 84.41% | 1783 | 9604 | 8143 | 84.79% | 1353 | 9135 | 8094 | 88.60% | 974 |
| Clarke | 17955 | 6273 | 34.94% | 11518 | 16732 | 5819 | 34.78% | 10674 | 15615 | 5299 | 33.94% | 9950 |
| Clay | 21979 | 12435 | 56.58% | 9332 | 20634 | 12099 | 58.64% | 8276 | 18636 | 10989 | 58.97% | 7196 |
| Coahoma | 30622 | 21302 | 69.56% | 8898 | 26151 | 19851 | 75.91% | 5918 | 21390 | 16590 | 77.56% | 4285 |
| Copiah | 28757 | 14733 | 51.23% | 13627 | 29449 | 15132 | 51.38% | 13399 | 28368 | 14747 | 51.98% | 12171 |
| Covington | 19407 | 6969 | 35.91% | 12249 | 19568 | 6907 | 35.30% | 12202 | 18340 | 6599 | 35.98% | 11047 |
| DeSoto | 107199 | 12409 | 11.58% | 90816 | 161252 | 36375 | 22.56% | 113553 | 185314 | 58768 | 31.71% | 108466 |
| Forrest | 72604 | 24588 | 33.87% | 46225 | 74934 | 27665 | 36.92% | 43766 | 78158 | 29492 | 37.73% | 43121 |
| Franklin | 8448 | 3085 | 36.52% | 5286 | 8118 | 2818 | 34.71% | 5230 | 7675 | 2652 | 34.55% | 4910 |
| George | 19144 | 1701 | 8.89% | 16976 | 22578 | 1891 | 8.38% | 20009 | 24350 | 1948 | 8.00% | 20929 |
| Greene | 13299 | 3498 | 26.30% | 9637 | 14400 | 3816 | 26.50% | 10363 | 13530 | 3243 | 23.97% | 9809 |
| Grenada | 23263 | 9559 | 41.09% | 13414 | 21906 | 9234 | 42.15% | 12350 | 21629 | 9697 | 44.83% | 11258 |
| Hancock | 42967 | 3057 | 7.11% | 38180 | 43929 | 3505 | 7.98% | 37914 | 46053 | 4610 | 10.01% | 37341 |
| Harrison | 189601 | 41030 | 21.64% | 136141 | 187105 | 43621 | 23.31% | 125741 | 208621 | 56407 | 27.04% | 125092 |
| Hinds | 250800 | 154304 | 61.52% | 92804 | 245285 | 170929 | 69.69% | 68609 | 227742 | 161374 | 70.86% | 58012 |
| Holmes | 21609 | 17081 | 79.05% | 4395 | 19198 | 16108 | 83.90% | 2993 | 17000 | 14489 | 85.23% | 2359 |
| Humphreys | 11206 | 8041 | 71.76% | 3006 | 9375 | 7042 | 75.11% | 2133 | 7785 | 6258 | 80.39% | 1423 |
| Issaquena | 2274 | 1434 | 63.06% | 822 | 1406 | 907 | 64.51% | 482 | 1338 | 773 | 57.77% | 440 |
| Itawamba | 22770 | 1493 | 6.56% | 20942 | 23401 | 1448 | 6.19% | 21490 | 23863 | 1814 | 7.60% | 21129 |
| Jackson | 131420 | 27857 | 21.20% | 97461 | 139668 | 31195 | 22.34% | 97670 | 143252 | 32534 | 22.71% | 92881 |
| Jasper | 18149 | 9638 | 53.10% | 8378 | 17062 | 9040 | 52.98% | 7855 | 16367 | 8506 | 51.97% | 7541 |
| Jefferson | 9740 | 8443 | 86.68% | 1263 | 7726 | 6641 | 85.96% | 1056 | 7260 | 6296 | 86.72% | 891 |
| Jefferson Davis | 13962 | 8056 | 57.70% | 5781 | 12487 | 7532 | 60.32% | 4802 | 11321 | 6810 | 60.15% | 4330 |
| Jones | 64958 | 17240 | 26.54% | 45955 | 67761 | 19446 | 28.70% | 44432 | 67246 | 19965 | 29.69% | 41676 |
| Kemper | 10453 | 6111 | 58.46% | 4068 | 10456 | 6344 | 60.67% | 3665 | 8988 | 5605 | 62.36% | 2812 |
| Lafayette | 38744 | 9780 | 25.24% | 27611 | 47351 | 11407 | 24.09% | 33538 | 55813 | 11869 | 21.27% | 38766 |
| Lamar | 39070 | 5100 | 13.05% | 33090 | 55658 | 11169 | 20.07% | 42296 | 64222 | 15228 | 23.71% | 43865 |
| Lauderdale | 78161 | 30069 | 38.47% | 46587 | 80261 | 34739 | 43.28% | 43312 | 72984 | 33152 | 45.42% | 36534 |
| Lawrence | 13258 | 4277 | 32.26% | 8835 | 12929 | 4012 | 31.03% | 8567 | 12016 | 3791 | 31.55% | 7807 |
| Leake | 20940 | 7899 | 37.72% | 11631 | 23805 | 9755 | 40.98% | 11611 | 21275 | 8475 | 39.84% | 10069 |
| Lee | 75755 | 18811 | 24.83% | 55367 | 82910 | 23239 | 28.03% | 56854 | 83343 | 25309 | 30.37% | 52854 |

PTX-001-147

## Mississippi Population by County (2000-2020)

| County | 2000 POP. | 2000 AP_BLACK | 2000 % AP_BLACK | 2000 NH_White | 2010 POP. | 2010 AP_BLACK | 2010 % AP_BLACK | 2010 NH_White | 2020 POP. | 2020 AP_BLACK | 2020 % AP_BLACK | 2020 NH_White |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Leflore | 37947 | 25806 | 68.01% | 11238 | 32317 | 23495 | 72.70% | 7930 | 28339 | 21283 | 75.10% | 5963 |
| Lincoln | 33166 | 9896 | 29.84% | 22866 | 34869 | 10596 | 30.39% | 23702 | 34907 | 10881 | 31.17% | 22996 |
| Lowndes | 61586 | 25809 | 41.91% | 34489 | 59779 | 26327 | 44.04% | 31847 | 58879 | 26747 | 45.43% | 29363 |
| Madison | 74674 | 28137 | 37.68% | 44613 | 95203 | 36718 | 38.57% | 53287 | 109145 | 39708 | 36.38% | 60273 |
| Marion | 25595 | 8229 | 32.15% | 17063 | 27088 | 8879 | 32.78% | 17661 | 24441 | 7888 | 32.27% | 15721 |
| Marshall | 34993 | 17718 | 50.63% | 16774 | 37144 | 17603 | 47.39% | 18161 | 33752 | 15364 | 45.52% | 16284 |
| Monroe | 38014 | 11776 | 30.98% | 25832 | 36989 | 11587 | 31.33% | 24847 | 34180 | 10682 | 31.25% | 22487 |
| Montgomery | 12189 | 5507 | 45.18% | 6570 | 10925 | 5001 | 45.78% | 5769 | 9822 | 4504 | 45.86% | 5094 |
| Neshoba | 28684 | 5640 | 19.66% | 18630 | 29676 | 6442 | 21.71% | 17797 | 29087 | 6863 | 23.59% | 16426 |
| Newton | 21838 | 6683 | 30.60% | 14095 | 21720 | 6660 | 30.66% | 13599 | 21291 | 6727 | 31.60% | 12796 |
| Noxubee | 12548 | 8736 | 69.62% | 3667 | 11545 | 8301 | 71.90% | 3113 | 10285 | 7425 | 72.19% | 2639 |
| Oktibbeha | 42902 | 16170 | 37.69% | 24973 | 47671 | 17724 | 37.18% | 27825 | 51788 | 18827 | 36.35% | 29224 |
| Panola | 34274 | 16626 | 48.51% | 17191 | 34707 | 17048 | 49.12% | 16981 | 33208 | 16522 | 49.75% | 15642 |
| Pearl River | 48621 | 6023 | 12.39% | 41181 | 55834 | 7231 | 12.95% | 45911 | 56145 | 7406 | 13.19% | 44101 |
| Perry | 12138 | 2759 | 22.73% | 9194 | 12250 | 2520 | 20.57% | 9514 | 11511 | 2215 | 19.24% | 8868 |
| Pike | 38940 | 18608 | 47.79% | 19841 | 40404 | 20987 | 51.94% | 18564 | 40324 | 22068 | 54.73% | 16769 |
| Pontotoc | 26726 | 3777 | 14.13% | 22336 | 29957 | 4318 | 14.41% | 23531 | 31184 | 4617 | 14.81% | 23859 |
| Prentiss | 25556 | 3371 | 13.19% | 21845 | 25276 | 3648 | 14.43% | 21172 | 25008 | 3889 | 15.55% | 20166 |
| Quitman | 10117 | 6977 | 68.96% | 3065 | 8223 | 5770 | 70.17% | 2369 | 6176 | 4637 | 75.08% | 1484 |
| Rankin | 115327 | 19951 | 17.30% | 92552 | 141617 | 27315 | 19.29% | 108086 | 157031 | 34097 | 21.71% | 111990 |
| Scott | 28423 | 11176 | 39.32% | 15546 | 28264 | 10812 | 38.25% | 14353 | 27990 | 10424 | 37.24% | 13145 |
| Sharkey | 6580 | 4580 | 69.60% | 1911 | 4916 | 3512 | 71.44% | 1366 | 3800 | 2749 | 72.34% | 962 |
| Simpson | 27639 | 9544 | 34.53% | 17686 | 27503 | 9785 | 35.58% | 17131 | 25949 | 9161 | 35.30% | 15928 |
| Smith | 16182 | 3763 | 23.25% | 12268 | 16491 | 3823 | 23.18% | 12421 | 14209 | 3212 | 22.61% | 10582 |
| Stone | 13622 | 2627 | 19.28% | 10724 | 17786 | 3463 | 19.47% | 13820 | 18333 | 3434 | 18.73% | 13822 |
| Sunflower | 34369 | 24065 | 70.02% | 9799 | 29450 | 21581 | 73.28% | 7410 | 25971 | 18448 | 71.03% | 6729 |
| Tallahatchie | 14903 | 8892 | 59.67% | 5867 | 15378 | 8766 | 57.00% | 5580 | 12715 | 7555 | 59.42% | 4727 |
| Tate | 25370 | 7914 | 31.19% | 17093 | 28886 | 8929 | 30.91% | 19091 | 28064 | 8682 | 30.94% | 18019 |
| Tippah | 20826 | 3359 | 16.13% | 16890 | 22232 | 3737 | 16.81% | 17404 | 21815 | 3776 | 17.31% | 16609 |
| Tishomingo | 19163 | 626 | 3.27% | 18067 | 19593 | 580 | 2.96% | 18326 | 18850 | 577 | 3.06% | 17169 |
| Tunica | 9227 | 6506 | 70.51% | 2482 | 10778 | 7980 | 74.04% | 2486 | 9782 | 7665 | 78.36% | 1853 |
| Union | 25362 | 3855 | 15.20% | 20969 | 27134 | 4112 | 15.15% | 21649 | 27777 | 4319 | 15.55% | 21560 |
| Walthall | 15156 | 6719 | 44.33% | 8208 | 15443 | 6963 | 45.09% | 8145 | 13884 | 5914 | 42.60% | 7547 |
| Warren | 49644 | 21582 | 43.47% | 27049 | 48773 | 23161 | 47.49% | 24143 | 44722 | 21881 | 48.93% | 20909 |
| Washington | 62977 | 40843 | 64.85% | 21243 | 51137 | 36668 | 71.71% | 13654 | 44922 | 32601 | 72.57% | 11180 |
| Wayne | 21216 | 8097 | 38.16% | 12955 | 20747 | 8165 | 39.36% | 12243 | 19779 | 7928 | 40.08% | 11313 |
| Webster | 10294 | 2165 | 21.03% | 7919 | 10253 | 2087 | 20.36% | 8007 | 9926 | 1914 | 19.28% | 7691 |
| Wilkinson | 10312 | 7064 | 68.50% | 3202 | 9878 | 7011 | 70.98% | 2820 | 8587 | 5932 | 69.08% | 2525 |
| Winston | 20160 | 8776 | 43.53% | 11024 | 19198 | 8858 | 46.14% | 9891 | 17714 | 8350 | 47.14% | 8856 |
| Yalobusha | 13051 | 5057 | 38.75% | 7827 | 12678 | 4886 | 38.54% | 7606 | 12481 | 4814 | 38.57% | 7331 |
| Yazoo | 28149 | 15274 | 54.26% | 11558 | 28065 | 16156 | 57.57% | 10477 | 26743 | 16252 | 60.77% | 9184 |

PTX-001-148

EXHIBIT D-3

PTX-001-149



**% Black by Planning District**
2020 Census
☐ Planning District_
**% Any Part Black**
■ 22% to 40%
■ 40% to 60%
■ 60% to 70%

0     30     60     90
Miles

Black Pop Change -- 2000 to 2020

Northeast **-717**

North Delta **39,793**

Three Rivers **8,035**

**9,120** North Central

Golden Triangle **-405**

South Delta **-24,93▯**

Central **33,695**

East Central **1,011**

Southwest **-4,325**

Southern **38,876**

EXHIBIT E-1

**MISSISSIPPI - Core Based Statistical Areas (CBSAs) and Counties**



U.S. DEPARTMENT OF COMMERCE  Economics and Statistics Administration  U.S. Census Bureau

**PTX-001-152**

EXHIBIT E-2

PTX-001-153

# Mississippi
# Planning and Development Districts



PTX-001-154

EXHIBIT F



PTX-001-156

EXHIBIT G-1

PTX-001-157



EXHIBIT G-2

PTX-001-159



EXHIBIT G-3

PTX-001-161



PTX-001-162

EXHIBIT G-4



PTX-001-164

EXHIBIT G-5

PTX-001-165



PTX-001-166

EXHIBIT G-6



EXHIBIT G-7

PTX-001-169



EXHIBIT G-8

PTX-001-171



PTX-001-172