IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

MISSISSIPPI STATE CONFERENCE OF THE NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE; DR. ANDREA WESLEY; DR. JOSEPH WESLEY; ROBERT EVANS; GARY FREDERICKS; PAMELA HAMNER; BARBARA FINN; OTHO BARNES; SHIRLINDA ROBERTSON; SANDRA SMITH; DEBORAH HULITT; RODESTA TUMBLIN; DR. KIA JONES; MARCELEAN ARRINGTON; VICTORIA ROBERTSON,

   *Plaintiffs*,

   vs.

STATE BOARD OF ELECTION COMMISSIONERS; TATE REEVES, *in his official capacity as Governor of Mississippi*; LYNN FITCH, *in her official capacity as Attorney General of Mississippi*; MICHAEL WATSON, *in his official capacity as Secretary of State of Mississippi*,

   *Defendants*,

AND

MISSISSIPPI REPUBLICAN EXECUTIVE COMMITTEE,

*Intervenor-Defendant.*

**CIVIL ACTION NO.
3:22-cv-734-DPJ-HSO-LHS**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI

FILED
Jul 08 2025

Arthur Johnston, Clerk
By: _____, Deputy Clerk

**PLAINTIFFS' EXHIBIT LIST**

| Ex. No. | Document Description | Sponsor | ID. | EVID. |
|---|---|---|---|---|
| PTX-001<br>2-26-2024 | August 28, 2023 Report of William Cooper, including all exhibits and appendices thereto | ———— | | X |
| PTX-002<br>2-26-2024 | November 15, 2023 Rebuttal Report of William Cooper, including all exhibits and appendices thereto | ———— | | X |
| PTX-003 | Mississippi Association of Planning and Development Districts – 2022 Directory (http://mspdds.org/images/2022/2022-Directory.pdf) | | | |
| PTX-004<br>2-26-2024 | December 22, 2023 Amended Report of Dr. Lisa Handley, including all appendices thereto | ———— | | X |
| PTX-005<br>2-26-2024 | August 28, 2023 Report of Dr. Jordan Ragusa, including all exhibits and appendices thereto | ———— | | X |
| PTX-006<br>2-26-2024 | November 27, 2023 Amended Rebuttal Report of Dr. Jordan Ragusa, including all exhibits and appendices thereto | ———— | | X |
| PTX-007<br>2-27-2024 | February 5, 2024 Report of Dr. Robert Luckett, including all exhibits and appendices thereto | Dr. Robert Luckett | X | |
| PTX-008<br>2-26-2024 | November 14, 2023 Second Amended Report of Dr. D'Andra Orey, including all exhibits and appendices thereto | ———— | | X |
| PTX-009<br>2-26-2024 | November 22, 2023 Responsive Expert Report of Dr. D'Andra Orey, | ———— | | X |
| PTX-010 | January 29, 2024 Second Rebuttal Report of Dr. Jordan Ragusa, including all exhibits and appendices thereto | | | |
| PTX-011 | Voter File BISG dataset used in Dr. Orey's BISG analysis, named "ms_voter_file_bisg_birdie.csv" | | | |
| PTX-012<br>3-6-2024 | Ansolabehere, Fraga, and Schaffner (2022). *The Current Population Survey Voting and Registration Supplement Overstates Minority Turnout*, The Journal of Politics https://www.journals.uchicago.edu/doi/abs/10.1086/717260 | ———— | X | |
| PTX-013<br>2-29-2024 | February 5, 2024 Report of Dr. Marvin King, including all exhibits and appendices thereto | Dr. Marvin King | X | |

| Ex. No. | Document Description | Sponsor | ID. | EVID. |
|---|---|---|---|---|
| PTX-014<br>2-29-2024 | November 15, 2023 Report of Dr. Marvin King, including all exhibits and appendices thereto | Dr. Marvin King | X | |
| PTX-015 | Exhibit 5 to Deposition of Dr. Jordan Ragusa, *Old Voters, New Voters, and the Personal Vote: Using Redistricting to Measure the Incumbency Advantage*, American Journal of Political Science | | | |
| PTX-016 | Exhibit 6 to Deposition of Dr. Jordan Ragusa, *Revisiting Majority-Minority Districts and Black Representation*, Political Research Quarterly | | | |
| PTX-017 | Exhibit 7 to Deposition of Dr. Thomas Brunell, Brunell, Anderson, & Cremona 2008, *Descriptive Representation, District Demography, and Attitudes toward Congress Among African Americans*, Legislative Studies Quarterly | | | |
| PTX-018<br>3-6-2024 | Exhibit 8 to Deposition of Dr. Thomas Brunell, Soloweij, Martinek, & Brunell 2005, *Partisan Politics: The Impact of Party in the Confirmation of Minority and Female Federal Court Nominees*, Party Politics | —— | X | |
| PTX-019<br>3-6-2024 | Exhibit 10 to Deposition of Dr. Thomas Brunell, *Lublin, Handley, Brunell & Grofman 2019, Minority Success in Non-Majority Minority Districts: Finding the "Sweet Spot,"* The Journal of Race, Ethnicity, and Politics | —— | X | |
| PTX-020<br>2-26-2024 | Exhibit 16 to Deposition of Dr. Thomas Brunell, Executive Order No. 81 (June 11, 1971) | —— | | X |
| PTX-021<br>2-26-2024 | Exhibit 23 to Deposition of Dr. Thomas Brunell, Ansolabehere, Schaffner, and Luks, *Guide to the 2020 Cooperative Election Study* | —— | | X |
| PTX-022<br>2-26-2024 | Exhibit 24 to Deposition of Dr. Thomas Brunell, Mississippi Sample of 2020 Cooperative Election Study Data | —— | | X |
| PTX-023<br>2-26-2024 | Exhibit 25 to Deposition of Dr. Thomas Brunell, Mississippi Sample | —— | | X |

| Ex. No. | Document Description | Sponsor | ID. | EVID. |
|---|---|---|---|---|
|  | of 2020 Cooperative Election Study Data (Coded) |  |  |  |
| PTX-024 <br> 2-26-2024 | Exhibit 26 to Deposition of Dr. Thomas Brunell, Mississippi Sample of 2020 Cooperative Election Study Data (Coded and Sorted) | — |  | X |
| PTX-025 <br> 2-26-2024 | U.S. Census Bureau, *Frequently Asked Questions (FAQs) About Voting and Registration*, https://www.census.gov/topics/public-sector/voting/about/faqs.html | — |  | X |
| PTX-026 <br> 3-6-2024 | *Clarno v. Fagan*, Excerpt of Special Master's Report (Or. Circuit Ct. Nov. 5, 2021) | — | X |  |
| PTX-027 | *Clarno v. Fagan*, Panel Decision (Or. Circuit Ct. Nov. 24, 2021) |  |  |  |
| PTX-028 <br> 3-6-2024 | *Ohio A. Philip Randolph Institute v. Householder*, Op. Excerpt (S.D. Ohio May 3, 2019) | — | X |  |
| PTX-029 <br> 3-6-2024 | *Common Cause v. Lewis*, Op. Excerpt, (NC Sup. Ct. Sept. 3, 2019) | — | X |  |
| PTX-030 | *Szeliga v. Lamone*, Op. Excerpt (Md. Circuit Ct. Mar. 25, 2022) |  |  |  |
| PTX-031 | Expert Report of Dr. Thomas Brunell, *Szeliga v. Lamone* |  |  |  |
| PTX-032 <br> 3-6-2024 | *Lopez v. Abbott*, 339 F.Supp.3d 589 (S.D. Tex. 2018) (excerpt) | — | X |  |
| PTX-033 <br> 3-6-2024 | *Flores v. Town of Islip*, 382 F.Supp. 3d 197 (E.D.N.Y. 2019) (excerpt) | — | X |  |
| PTX-034 <br> 3-6-2024 | *NAACP, Spring Valley Branch v. East Ramapo Central School District*, 462 F.Supp.3d 368 (S.D.N.Y. 2020) | — | X |  |
| PTX-035 <br> 3-6-2024 | *Alpha Phi Alpha Fraternity, Inc. v. Raffensperger*, 587 F.Supp.3d 1222 (N.D.Ga. 2022) (excerpt) | — | X |  |
|  | INTENTIONALLY LEFT BLANK |  |  |  |
|  | INTENTIONALLY LEFT BLANK |  |  |  |
|  | INTENTIONALLY LEFT BLANK |  |  |  |
|  | INTENTIONALLY LEFT BLANK |  |  |  |

| Ex. No. | Document Description | Sponsor | ID. | EVID. |
|---|---|---|---|---|
| | INTENTIONALLY LEFT BLANK | | | |
| | INTENTIONALLY LEFT BLANK | | | |
| | INTENTIONALLY LEFT BLANK | | | |
| | INTENTIONALLY LEFT BLANK | | | |
| | INTENTIONALLY LEFT BLANK | | | |
| PTX-045 | SDT-SJLCRR-001330- Letter from Senator Melanie Sojourner to James F. Ted Booth – March 24, 2022 | | | |
| PTX-046 | Carson, E. A. "Prisoners in 2020 - Statistical Tables." BJS.OJP.Gov. U.S. Department of Justice, https://bjs.ojp.gov/content/pub/pdf/p20st.pdf | | | |
| PTX-047 | NAACP, *History of Lynching in America*, https://naacp.org/find-resources/history-explained/history-lynching-america | | | |
| PTX-048 | Pittman, Ashton. "GOP Mailers Misleadingly Paint Espy as a Criminal." JacksonFreePress.Com. Jackson Free Press, November 2, 2018. Ashton Pittman, "GOP Mailers Misleadingly Paint Espy as a Criminal," Jackson Free Press (Nov. 2, 2018), https://www.jacksonfreepress.com/news/2018/nov/02/gop-mailers-misleadingly-paint-espy-criminal/ | | | |
| PTX-049 | Angelo Dagonel, Soichiro Yamauchi. 2023. "The Geography of Racially Polarized Voting: Calibrating Surveys at the District Level." American Political Science Review https://doi.org/10.1017/S0003055423000436 | | | |
| PTX-050 | Chris Danielson. After Freedom Summer: How Race Realigned Mississippi Politics, 1965-1986. Gainesville: University Press of Florida, 2011, pp.173-188; | | | |

| Ex. No. | Document Description | Sponsor | ID. | EVID. |
|---|---|---|---|---|
| PTX-051 | McMillen, Neil R. 1989. Dark Journey: Black Mississippians in the Age of Jim Crow. Champaign, Illinois: University of Illinois Press, p. 41-44. | | | |
| PTX-052 | Equal Justice Initiative. *Lynching in America: Confronting the Legacy of Racial Terror*. 3rd Edition. https://lynchinginamerica.eji.org/report/, pp.30-33, 39-40. | | | |
| PTX-053 | 002057 – Public Materials from Joint Committee Meetings (SDT-SJLCRR-002057-2070) | ———— | | X |
| PTX-054 | Benchmark House Data (SDT-Upchurch-000006) | ———— | | X |
| | INTENTIONALLY LEFT BLANK | | | |
| PTX-056 | "Population of the United States in 1860: Mississippi." 1860 U.S. Census: Statistics of the United States. U.S. Census Bureau. https://www2.census.gov/library/publications/decennial/1860/population/1860a-22.pdf, p.270. | | | |
| PTX-057 | State of Mississippi. Mississippi Constitution of 1890. https://www.mshistorynow.mdah.ms.gov/issue/mississippi-constitution-of-1890-as-originally-adopted. | | | |
| PTX-058 | "Population of the United States at Each Census, from 1790 to 1900." In Statistical Abstract of the United States, 1901. 24th ed. Washington: Government Printing Office, 1902, p.7 | | | |
| PTX-059 | Historical Statistics of the United States, Colonial Times to 1970. Chapter Y, Government, Elections and Politics. "Voter participation in presidential elections by state: 1824 to 1968. Washington: Government Printing Office, 1975, pp. 1067, 1072. | | | |
| PTX-060 | Medgar W. Evers. "News and Action." NAACP Mississippi State Office. April 11, 1958. https://www.crmvet.org/docs/5804_naacp_ms_news.pdf | | | |

Handwritten annotations: "2-26-2024" next to PTX-053 and PTX-054.

| Ex. No. | Document Description | Sponsor | ID. | EVID. |
|---|---|---|---|---|
| PTX-061 | "Census of Population: 1960." The Eighteenth Decennial Census of the United States. Volume 1: Characteristics of the Population. Part 26: Mississippi. U.S. Department of Commerce. https://www2.census.gov/library/publications/decennial/1960/population-volume-1/37745223v1p26.zip, p.viii; U.S. | | | |
| PTX-062 | Frank R. Parker. Black Votes Count: Political Empowerment in Mississippi after 1965. Chapel Hill: University of North Carolina Press, 1990, p.xv, 45, 50 | | | |
| PTX-063 [3-6-2024] | U.S. Department of Justice Civil Rights Division. "Voting Determination Letters for Mississippi." https://www.justice.gov/crt/voting-determination-letters-mississippi. | ———— | | X |
| PTX-064 [3-6-2024] | Letter, Acting Assistant U.S. Attorney General, Civil Rights Division, James P. Turner to John P. Fox, Esq., February 27, 1990. https://www.justice.gov/sites/default/files/crt/legacy/2014/05/30/MS-2100.pdf, pp.1 and 2. | ———— | | X |
| PTX-065 [3-6-2024] | Letter, Assistant U.S. Attorney General, Civil Rights Division, Deval Patrick to Jeffery M. Navarro, December 4, 1995. https://www.justice.gov/sites/default/files/crt/legacy/2014/05/30/MS-2630.pdf, pp.1, 5. | ———— | | X |
| PTX-066 [3-6-2024] | Letter, Assistant U.S. Attorney General, Civil Rights Division, Thomas E. Perez to Kenneth Dreher, Esq., and David Wade, Senior Planner, December 3, 2012. https://www.justice.gov/sites/default/files/crt/legacy/2014/05/30/l_121203_0.pdf, p.2. | ———— | | X |
| PTX-067 [3-6-2024] | Isabelle Katz Pinzler, Acting Assistant Attorney General, to Sandra M. Shelson, Special Assistant Attorney General, State of Mississippi, | ———— | | X |

| Ex. No. | Document Description | Sponsor | ID. | EVID. |
|---|---|---|---|---|
|  | September 22, 1997. https://www.justice.gov/sites/default/files/crt/legacy/2014/05/30/MS-2650.pdf |  |  |  |
| PTX-068 | World Population Review. "Black Poverty Rate by State [Updated January 2023]." https://worldpopulationreview.com/state-rankings/black-poverty-rate-by-state |  |  |  |
| PTX-069 | Article 8, Mississippi Constitution of 1868. https://mshistorynow.mdah.ms.gov/issue/mississippi-constitution-of-1868 |  |  |  |
| PTX-070 | "Racial Facts." Jackson Free Press. Jackson Free-Press, Accessed August 19, 2023. https://jacksonfreepress.media.clients.ellingtoncms.com/news/documents/2017/11/15/CC_Racial_Facts.pdf |  |  |  |
| PTX-071 | "H.R. 5905." Congress.Gov. House of Representatives, November 5, 2021. https://www.congress.gov/bill/117th-congress/house-bill/5905/text?s=1&r=76 |  |  |  |
| PTX-072 | "1948 Presidential General Election Results." US Election Atlas.Org. Dave Leip's Election Atlas, Accessed August 19, 2023. https://uselectionatlas.org/RESULTS/national.php?year=1948 |  |  |  |
| PTX-073 | "1964 Presidential General Election Results." US Election Atlas.Org. Dave Leip's Election Atlas, Accessed August 19, 2023. https://uselectionatlas.org/RESULTS/national.php?year=1964 |  |  |  |
| PTX-074 | "1968 Presidential General Election Results." US Election Atlas.Org. Dave Leip's Election Atlas, Accessed August 19, 2023. https://uselectionatlas.org/RESULTS/data.php?year=1968&datatype=national&def=1&f=0&off=0&elect=0 |  |  |  |
| PTX-075 | Tilley, Brian P. 2020. "I Am the Law and Order Candidate": A Content Analysis of Donald Trump's Race- |  |  |  |

| Ex. No. | Document Description | Sponsor | ID. | EVID. |
|---|---|---|---|---|
|  | Baiting Dog Whistles in the 2016 Presidential Campaign, Psychology 11 (pp. 1941-1974). |  |  |  |
| PTX-076 | Schaffner, Brian F., Matthew Macwilliams, and Tatishe Nteta. 2018. "Understanding White Polarization in the 2016 Vote for President: The Sobering Role of Racism and Sexism," Political Science Quarterly, 133 (1): 9-34. |  |  |  |
| PTX-077 | Valentino, Nicholas A., Fabian G. Neuner, and Matthew Vandenbroek. 2018. "The Changing Norms of Racial Political Rhetoric and the End of Racial Priming," The Journal of Politics 80 (3): 757-771. |  |  |  |
| PTX-078 | Mutz, Diana C. "Status threat, not economic hardship, explains the 2016 presidential vote," Proceedings of the National Academy of Sciences, 115 (19) E4330-E4339. |  |  |  |
| PTX-079 | "Senate Bill 2113." LegiScan. LegiScan, April 30, 2021. https://legiscan.com/MS/text/SB2113/id/2546132 |  |  |  |
| PTX-080 | Schaeffer, Katherine. "More than Half of States Will Recognize Juneteenth as an Official Public Holiday in 2023." Prewresearch.Org. Pew, June 9, 2023. https://www.pewresearch.org/short-reads/2023/06/09/more-than-half-of-states-now-recognize-juneteenth-as-an-official-holiday/ |  |  |  |
| PTX-081 | DeeDee Baldwin, Mississippi History Now, "The First Black Legislators in Mississippi," https://mshistorynow.mdah.ms.gov/issue/first-black-legislators-mississippi |  |  |  |
|  | INTENTIONALLY LEFT BLANK |  |  |  |

| Ex. No. | Document Description | Sponsor | ID. | EVID. |
|---|---|---|---|---|
| | INTENTIONALLY LEFT BLANK | | | |
| PTX-084 | Statistics of the Presidential and Congressional Election of November 2, 1948. Office of the Clerk of the House of Representatives. Retrieved November 5, 2023, from https://clerk.house.gov/member_info/electionInfo/1948election.pdf | | | |
| PTX-085 | Tasha S. Philpot, Daron R. Shaw & Ernest B. McGowen, Winning the Race: Black Voter Turnout in the 2008 Presidential Election, Public Opinion Quarterly, Volume 73, Issue 5, 2009, Pages 995–1022 | | | |
| PTX-086 | Seth McKee, M. Hood, & David Hill. (2012). Achieving Validation: Barack Obama and Black Turnout in 2008. State Politics & Policy Quarterly, 12(1), 3-22. | | | |
| PTX-087 | Jacob R. Brown, 2023. The Obama effect? Race, first-time voting, and future participation. Political Science Research and Methods, 1-18. | | | |
| PTX-088 2-26-2024 | 2008 Mississippi Presidential Election Results: https://www.sos.state.ms.us/elections/2008/08%20Certification%20Results/CertifiedMain.asp | _____ | | X |
| PTX-089 2-26-2024 | 2012 Mississippi Presidential Election Results: https://sos.ms.gov/elections/electionresults/2012General/certified%20results/President%20and%20Vice%20President.pdf | _____ | | X |
| PTX-090 2-26-2024 | 2016 Mississippi Presidential Election Results: https://sos.ms.gov/elections/electionresults/2016General/Statewide%20Certified%20Results/President%20and%20Vice%20President.pdf | _____ | | X |

| Ex. No. | Document Description | Sponsor | ID. | EVID. |
|---|---|---|---|---|
| PTX-091 <br> 2-26-2024 | 2020 Mississippi Presidential Election Results: https://sos.ms.gov/elections/electionresults/2020General/Statewide%20Certified%20Results/President%20and%20Vice%20President_AMENDED.pdf. | — | | X |
| PTX-092 <br> 2-26-2024 | Exhibit 6 of Deposition of Madalan Lennep, True the Vote v. Hosemann Declaration, MLC25 | — | | X |
| PTX-093 <br> 2-26-2024 | Exhibit 7 of Deposition of Madalan Lennep, Thomas v. Bryant Declaration, MLC34 | — | | X |
| PTX-094 <br> 2-26-2024 | Exhibit 8 of Deposition of Madalan Lennep, Election Commissioner Orientation Slide Decks, MLC07, MLC13, MLC26, MLC30 | — | | X |
| PTX-095 <br> 2-26-2024 | Exhibit 10 of Deposition of Madalan Lennep, Voter Roll Move, Merge, and Purge, MLC28 | — | | X |
| PTX-096 <br> 2-26-2024 | Exhibit 11 of Deposition of Madalan Lennep, ECAM Meeting Slide Decks, MLC10, MLC17, MLC29 | — | | X |
| | INTENTIONALLY LEFT BLANK | | | |
| | INTENTIONALLY LEFT BLANK | | | |
| PTX-099 <br> 2-26-2024 | Exhibit 18 of Deposition of Madalan Lennep, Email with Booth and Lennep re: Reports, 1/15/19, REL0000000069 | — | | X |
| | INTENTIONALLY LEFT BLANK | | | |
| PTX-101 <br> 2-26-2024 | Exhibit 22 of Deposition of Madalan Lennep, Emails with Collins and Lennep re: Conference Call, 12/15/20, MS00000337 | — | | X |
| PTX-102 <br> 2-26-2024 | Exhibit 25 of Deposition of Madalan Lennep, Emails with Collins and Lennep re: Back in Office, 1/25/21, MS00000005 | — | | X |
| | INTENTIONALLY LEFT BLANK | | | |
| | INTENTIONALLY LEFT BLANK | | | |

| Ex. No. | Document Description | Sponsor | ID. | EVID. |
|---|---|---|---|---|
| PTX-105 2-26-2024 | Exhibit 28 of Deposition of Madalan Lennep, Emails with Collins and Lennep re: 2019 Gov Race, 6/16/21, MS00000338 | —— | | X |
| | INTENTIONALLY LEFT BLANK | | | |
| | INTENTIONALLY LEFT BLANK | | | |
| | INTENTIONALLY LEFT BLANK | | | |
| PTX-109 2-26-2024 | Exhibit 33 of Deposition of Madalan Lennep, Emails with Collins and Lennep re: County Turnout Data, 7/20/21, MS00000002 | —— | | X |
| | INTENTIONALLY LEFT BLANK | | | |
| | INTENTIONALLY LEFT BLANK | | | |
| | INTENTIONALLY LEFT BLANK | | | |
| | INTENTIONALLY LEFT BLANK | | | |
| PTX-114 2-26-2024 | Exhibit 38 of Deposition of Madalan Lennep, Clarion-Ledger Article, MLC15 | —— | | X |
| PTX-115 2-26-2024 | Deposition Transcript of Kyle Kirkpatrick, Esq., taken on December 20, 2023 | —— | | X |
| PTX-116 2-26-2024 | Exhibit 3 of Deposition of Kyle Kirkpatrick, Esq., Email to Ben Collins from Madalan Lennep re: Letter is Delivered | —— | | X |
| PTX-117 2-26-2024 | Exhibit 4 of Deposition of Kyle Kirkpatrick, Esq., *Election Commissioner Orientation: Introduction to the Statewide Elections Management System (SEMS)* | —— | | X |
| PTX-118 2-26-2024 | Exhibit 5 of Deposition of Kyle Kirkpatrick, Esq., *SEMS Update – ECAM Convention 2011* | —— | | X |
| PTX-119 2-26-2024 | Mississippi Code Annotated §§ 23-15-359, 23-15-851; 23-15-833; 23-15-837 | —— | | X |
| PTX-120 | Associated Press, Special Election Delayed to Fill Mississippi House Seat | | | |

| Ex. No. | Document Description | Sponsor | ID. | EVID. |
|---|---|---|---|---|
| PTX-121 | Order Dispensing With Special Election, September 14, 2021 | | | |
| PTX-122 | Sample Ballot, 2020 HD 88 Special Election | | | |
| PTX-123 | Election Results, 2021 Special Elections to the Mississippi Senate | | | |
| PTX-124 | Associated Press, Democrat Abe Hudson resigning from Mississippi House | | | |
| PTX-125 | Writ of Election as to Senate District 32, July 14, 2021 | | | |
| PTX-126 | Enacted Senate District 2 with Precincts | | | |
| PTX-127 *(2-26-2024)* | Deposition Transcript of Madalan Lennep, taken on December 18, 2023 | ———— | | X |
| PTX-128 *(2-29-2024)* | Marvin King CV | Dr. Marvin King | | X |
| PTX-129 *(2-27-2024)* | Robert E. Luckett, Jr. CV | Dr. Robert Luckett | | X |
| PTX-130 *(3-6-2024)* | *Nairne v Ardoin*, 3:22-cv-00178-SDD-SDJ, Doc. 233, Ruling and Order (excerpts) | ———— | X | |
| PTX-131 | 2020 Special Election Results – HD 88, SD 15, SD 39, HD 37, HD 66 | | | |
| PTX-132 | 2020 Special Elections Sample Ballot | | | |
| PTX-133 | Clarion Ledger, Governor sets special elections in November to fill 2 empty seats in Mississippi Senate | | | |
| PTX-134 | Enterprise Tocsin, Abe Hudson Resigns from House Seat, Special Election Set for Nov. 2 | | | |
| PTX-135 | Clarion Ledger, Mississippi Voters Head to Polls Tuesday to Fill Four Open Legislative Seats | | | |
| PTX-136 *(3-6-2024)* | Deposition Transcript of Dr. Thomas Brunell | ———— | X | |
| PTX-147 *(3-6-2024)* | Secretary of State of Mississippi, *Voter Registration Drive Organizer Toolkit* (Nov. 2021) | ———— | X | |
| PTX-148 *(3-6-2024)* | U.S. News, *Mississippi voter registration numbers remain steady heading into Tuesday's general election* (Nov. 2, 2023), https://apnews.com/article/election- | ———— | X | |

| Ex. No. | Document Description | Sponsor | ID. | EVID. |
|---|---|---|---|---|
| | 2023-mississippi-voter-registration-a4bd134bda9f9063d56952c6f3454706 | | | |
| PTX-155 3-6-2024 | U.S. Census Bureau, *Increased Margins of Error in the 5-Year Estimates Containing Data Collected in 2020*, https://www.census.gov/programs-surveys/acs/technical-documentation/user-notes/2022-04.html | ———— | X | |
| PTX-156 3-6-2024 | Deposition Transcript of Dr. John Alford | ———— | X | |