EXHIBIT NO. PTX-020 evid.
CAUSE NO. 3:22cv734-DPJ-HSO-LHS
WITNESS _____
CLERK: _____ SHONE POWELL

FEB 26 2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
Candice Crane, REPORTER

*Mississippi*
*Executive Department*
*Jackson*



## EXECUTIVE ORDER NO. 81

    WHEREAS, Public Law 90-577, the Intergovernmental Cooperation Act of 1968, and Part IV of U.S. Office of Management and Budget Circular No. A-95, Revised, encourage the States "to exercise leadership in delineating and establishing a system of planning and development districts or regions in each State, which can provide a consistent geographic base for the coordination of Federal, State, and local development programs" in order to "minimize inconsistency among Federal administrative and approval requirements placed on State, regional, and metropolitan development planning activities" and to "eliminate overlap, duplication, and competition in State and local planning activities assisted or required under Federal programs and to encourage the most effective use of State and local resources available for development planning"; and

    WHEREAS, Office of Management and Budget Circular No. A-95 requires that "prior to the designation or redesignation (or approval thereof) of any planning and development district or region under any federal program, Federal agency procedures will provide a period of thirty (30) days for the Governor(s) of the State(s) in which the district or region will be located to review the boundaries thereof and comment upon its relationship to planning and development districts or regions established by the State," and "where the State has established such planning and development districts, the boundaries of designated areas will conform to them unless there is clear justification for not doing so"; and

    WHEREAS, an increasing number of federal, State, and local assistance programs require a sub-state, multi-jurisdictional structure in order to preserve the eligibility of State and local governments to participate in certain federally-assisted programs and projects; and

    WHEREAS, the following sub-state, multi-jurisdictional organizations have been established by local governments and supported by local public revenues under the provisions of Section 2911.3 and Sections 2890.5-01 through 2890.5-08, Mississippi Code of 1942, Recompiled; and

    WHEREAS, these multi-county districts have been organized with boundaries which represent natural, social, and economic relationships, and these districts have proved to be effective in the planning, coordination, and administration of public programs and projects;

EXEC.      ORDER NO. 61
June 1, 1971

1. North Delta Planning and Development District, consisting of Coahoma, DeSoto, Panola, Quitman, Tallahatchie, Tate, and Tunica Counties;

2. South Delta Planning and Development District, consisting of Bolivar, Humphreys, Issaquena, Sharkey, Sunflower, and Washington Counties;

3. North Central Mississippi Planning and Development District, consisting of Attala, Carroll, Grenada, Holmes, Leflore, Montgomery, and Yalobusha Counties;

4. Golden Triangle Planning and Development District, consisting of Choctaw, Clay, Lowndes, Noxubee, Oktibbeha, Webster, and Winston Counties;

5. Three Rivers Planning and Development District, consisting of Calhoun, Chickasaw, Itawamba, Lafayette, Lee, Monroe, Pontotoc, and Union Counties;

6. Northeast Mississippi Planning and Development District, consisting of Alcorn, Benton, Marshall, Prentiss, Tippah, and Tishomingo Counties;

7. Central Mississippi Planning and Development District, consisting of Copiah, Hinds, Madison, Rankin, Simpson, Warren, and Yazoo Counties;

8. East Central Mississippi Planning and Development District, consisting of Clarke, Jasper, Kemper, Lauderdale, Leake, Neshoba, Newton, Scott, and Smith Counties;

9. Southern Mississippi Planning and Development District, consisting of Covington, Forrest, George, Greene, Hancock, Harrison, Jackson, Jefferson Davis, Jones, Lamar, Marion, Pearl River, Perry, Stone, and Wayne Counties; and

10. Southwest Mississippi Planning and Development District, consisting of Adams, Amite, Claiborne, Franklin, Jefferson, Lawrence, Lincoln, Pike, Walthall, and Wilkinson Counties.

Pursuant to Part IV of U.S. Office of Management and Budget Circular No. A-95, Revised, and the Intergovernmental Cooperation Act of 1968, all federal agencies are requested to recognize and utilize the boundaries of these districts

June 11  71

In those cases in which it is not feasible for a State or federal agency to adhere to the Planning and Development District boundaries, each agency is encouraged to adjust its State and sub-state planning and program development activities to include all of one or more Planning and Development Districts or to include jurisdictions solely within the boundaries of the districts.

The Coordinator of Federal-State Programs, Office of the Governor, shall be the principal agency to advise and consult with the Planning and Development Districts, to assist them in participating in appropriate federal and State programs, and to coordinate the activities of the Planning and Development Districts so that they may constitute a unified and cohesive effort in carrying out overall State planning and development policies and programs.

Copies of this Order shall be provided to the Office of Management and Budget, Executive Office of the President, for the appropriate guidance of federal agencies and to all heads of State agencies. This Order shall become effective July 1, 1971.

> IN WITNESS WHEREOF, I have hereunto set my hand and caused the Great Seal of the State of Mississippi to be affixed.
>
> DONE at the City of Jackson, this eleventh day of June, A. D., 1971.
>
> *[signature]*
> GOVERNOR

BY THE GOVERNOR:

*[signature]*
SECRETARY OF STATE

PTX-020-003