EXHIBIT NO. PTX-053 evid.
CAUSE NO. 3:22cv734-DPJ-HSO-LHS
WITNESS
CLERK: SHONE POWELL

FEB 26 2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
Candice Clane REPORTER

# Please Sign In!

## ASK FOR A CARD

### TO BE RECOGNIZED TO SPEAK AND/OR
### PRESENT DOCUMENTS FOR THE RECORD.



3:22-cv-734

PTX-053

SDT-SJLCRR-002057

**PTX-053-001**



County Population

2010 to 2019

County Population Change

2010 Actual Population to

2019 Estimated Population

County Name

2010 Population

2019 Population (estimate)

Percent Change 2010 to 2020

Map layers

County

% change rounded
- -12.00 and below
- -12.00 to -4.00
- -4.00 to 4.00
- 4.00 to 12.00
- 12.00 and above

0    25    50    75
Miles

ANNUAL ESTIMATES OF THE RESIDENT POPULATION: APRIL 1, 2010 TO JULY 1, 2019 -

FOR FULL ESTIMATES DETAIL, VISIT https://www.census.gov/programs-surveys/popest.html

Survey/Program: Population Estimates  TableID: PEPANNRES

SDT-SJLCRR-002058

**PTX-053-002**

# Standing Joint Committee on Redistricting and Reapportionment

## 2020 Actual MS Statewide population: **2,961,279**

## 2010 Actual MS Statewide population: 2,967,297

## Statewide Change: loss of **6018** people

---

### The 5% rule

A guideline called the "5% rule" allows for the population to be plus or minus five percent (+/-5%) of the ideal value.

---

### Congress:

Mississippi has 4 Congressional districts. 2,961,279 (pop) divided by 4 (districts) results in an ideal population value for each house district of 740,320. The Congressional Districts have to be as equal in population as is practicable, so ideally each district will differ by only 1 person.

---

### Senate:

Mississippi has 52 Senate districts.

2,961,279 (pop) divided by 52 (districts) results in an ideal population value for each Senate district of 56,948.

Using the 5% rule, a district could range in population from 54,101 to 59,795.

---

### House Of Representatives

Mississippi has 122 House districts.

2,961,279 (pop) divided by 122 (districts) results in an ideal population value for each house district of 24,273.

Using the 5% rule, a district could range in population from 23,059 to 25,487.

---

### Operations:

Mississippi will receive the population information on Sept 30th, 2021. This is known as the PL94-171 Census data, and will be available for public download on the Census website. The redistricting committee will open its public access office on October 10th, 2021. Individuals and groups may make appointments to use the legislative redistricting resources to develop plans for submission to the committee. For information, appointments, or to submit paper or digital input, please contact:

The Standing Joint Committee on Reapportionment and Redistricting

c/o Ted Booth

P.O. Box 1204

Jackson, MS 39215-1204

Ted.Booth@peer.ms.gov

WEBSITE ADDRESS:

## WWW.MSJRC.STATE.MS.US

SDT-SJLCRR-002059

MS Senate Districts - Population 2010 vs 2020

SDT-SJLCRR-002061

**PTX-053-005**



SDT-SJLCRR-002062

**PTX-053-006**

# Mississippi
# Benchmark Demographics
# House of Representatives



August 15,2021

SDT-SJLCRR-002063

**BENCHMARK HOUSE SUMMARY 2020**

**POPULATION OF DISTRICTS - BENCHMARK**

Plan Geography: Statewide

Precinct Year: 2020

Total Plan Population:
2,961,279

Number of Districts:
122

Ideal District Size:
24,273

**Summary Statistics**

|  | DISTRICT | TOTAL | DEVN | % DEVN. |
|---|---|---|---|---|
| Highest Deviation: | 73 | 36,218 | 11,945 | 49.21% |
| Highest Deviation: | 24 | 32,330 | 8,057 | 33.19% |
| Highest Deviation: | 28 | 31,833 | 7,560 | 31.15% |
| Lowest Deviation: | 26 | 19,725 | -4,548 | -18.74% |
| Lowest Deviation: | 69 | 19,529 | -4,744 | -19.54% |
| Lowest Deviation: | 82 | 18,977 | -5,296 | -21.82% |

**DISTRICTS WITH 50 PERCENT OR MORE BLACK POPULATION**

| House District | Population | Deviation | %Deviation | Black | 18+Population | 18+Black | %BVAP |
|---|---|---|---|---|---|---|---|
| 5 | 21,408 | -2,865 | -11.80% | 12,998 | 17,239 | 10,502 | 60.92% |
| 9 | 19,785 | -4,488 | -18.49% | 13,754 | 15,077 | 10,000 | 66.33% |
| 11 | 21,177 | -3,096 | -12.75% | 13,537 | 15,838 | 9,681 | 61.13% |
| 16 | 20,541 | -3,732 | -15.38% | 12,653 | 15,502 | 9,169 | 59.15% |
| 26 | 19,725 | -4,548 | -18.74% | 15,009 | 14,599 | 10,699 | 73.29% |
| 27 | 21,590 | -2,683 | -11.05% | 14,263 | 16,107 | 10,426 | 64.73% |
| 29 | 22,836 | -1,437 | -5.92% | 15,134 | 17,396 | 11,143 | 64.05% |
| 30 | 21,177 | -3,096 | -12.75% | 13,381 | 17,049 | 10,356 | 60.74% |
| 31 | 22,207 | -2,066 | -8.51% | 15,724 | 17,066 | 11,772 | 68.98% |
| 32 | 20,666 | -3,607 | -14.86% | 17,009 | 15,061 | 12,058 | 80.06% |
| 34 | 21,020 | -3,253 | -13.40% | 12,867 | 16,136 | 9,580 | 59.37% |
| 36 | 20,553 | -3,720 | -15.33% | 13,689 | 16,149 | 10,443 | 64.67% |
| 38 | 25,192 | 919 | 3.79% | 13,819 | 19,668 | 10,284 | 52.29% |
| 41 | 22,092 | -2,181 | -8.99% | 15,925 | 17,060 | 11,703 | 68.60% |
| 42 | 20,627 | -3,646 | -15.02% | 13,962 | 15,682 | 10,393 | 66.27% |
| 45 | 23,107 | -1,166 | -4.80% | 13,401 | 17,647 | 9,935 | 56.30% |
| 47 | 22,999 | -1,274 | -5.25% | 16,079 | 18,545 | 12,455 | 67.16% |
| 49 | 20,130 | -4,143 | -17.07% | 14,685 | 15,410 | 10,877 | 70.58% |
| 50 | 21,937 | -2,336 | -9.62% | 15,184 | 16,727 | 11,248 | 67.24% |
| 51 | 20,295 | -3,978 | -16.39% | 16,230 | 14,911 | 11,528 | 77.31% |
| 55 | 21,193 | -3,080 | -12.69% | 14,329 | 16,210 | 10,452 | 64.48% |
| 57 | 23,402 | -871 | -3.59% | 16,441 | 17,438 | 12,105 | 69.42% |
| 63 | 22,954 | -1,319 | -5.43% | 14,392 | 18,611 | 11,511 | 61.85% |
| 65 | 21,091 | -3,182 | -13.11% | 16,692 | 16,094 | 12,417 | 77.15% |
| 66 | 23,242 | -1,031 | -4.25% | 16,149 | 17,895 | 11,850 | 66.22% |
| 67 | 21,077 | -3,196 | -13.17% | 18,185 | 16,272 | 13,925 | 85.58% |
| 68 | 22,727 | -1,546 | -6.37% | 15,638 | 17,619 | 11,776 | 66.84% |

SDT-SJLCRR-002064

**PTX-053-008**

| 69 | 19,529 | -4,744 | -19.54% | 16,697 | 15,016 | 12,585 | 83.81% |
| 70 | 20,893 | -3,380 | -13.92% | 15,265 | 17,151 | 12,158 | 70.89% |
| 71 | 23,175 | -1,098 | -4.52% | 18,848 | 17,025 | 13,357 | 78.46% |
| 72 | 21,487 | -2,786 | -11.48% | 15,959 | 16,792 | 12,236 | 72.87% |
| 76 | 23,180 | -1,093 | -4.50% | 14,967 | 17,840 | 11,143 | 62.46% |
| 80 | 23,357 | -916 | -3.77% | 16,250 | 17,168 | 11,711 | 68.21% |
| 82 | 18,977 | -5,296 | -21.82% | 15,491 | 14,050 | 11,143 | 79.31% |
| 85 | 22,108 | -2,165 | -8.92% | 14,627 | 17,251 | 11,114 | 64.43% |
| 91 | 22,831 | -1,442 | -5.94% | 12,309 | 17,726 | 9,389 | 52.97% |
| 94 | 22,292 | -1,981 | -8.16% | 15,442 | 17,558 | 11,761 | 66.98% |
| 96 | 21,686 | -2,587 | -10.66% | 13,007 | 17,278 | 10,057 | 58.21% |
| 98 | 23,754 | -519 | -2.14% | 15,879 | 17,892 | 11,490 | 64.22% |
| 103 | 22,198 | -2,075 | -8.55% | 15,955 | 16,878 | 11,721 | 69.45% |
| 110 | 21,595 | -2,678 | -11.03% | 13,858 | 16,881 | 10,748 | 63.67% |
| 119 | 24,717 | 444 | 1.83% | 15,805 | 18,403 | 11,321 | 61.52% |

| House District | Population | Deviation | %Deviation | Black | 18+Population | 18+Black | %BVAP |
|---|---|---|---|---|---|---|---|
| 1 | 22,350 | -1,923 | -7.92% | 691 | 17,612 | 521 | 2.96% |
| 2 | 21,833 | -2,440 | -10.05% | 3,719 | 16,832 | 2,769 | 16.45% |
| 3 | 22,984 | -1,289 | -5.31% | 2,479 | 17,855 | 1,938 | 10.85% |
| 4 | 22,725 | -1,548 | -6.38% | 3,489 | 17,414 | 2,664 | 15.30% |
| 5 | 21,408 | -2,865 | -11.80% | 12,998 | 17,239 | 10,502 | 60.92% |
| 6 | 30,253 | 5,980 | 24.64% | 10,359 | 22,742 | 7,459 | 32.80% |
| 7 | 26,444 | 2,171 | 8.94% | 8,652 | 20,428 | 6,223 | 30.46% |
| 8 | 22,912 | -1,361 | -5.61% | 5,808 | 17,788 | 4,346 | 24.43% |
| 9 | 19,785 | -4,488 | -18.49% | 13,754 | 15,077 | 10,000 | 66.33% |
| 10 | 27,848 | 3,575 | 14.73% | 6,747 | 21,570 | 4,975 | 23.06% |
| 11 | 21,177 | -3,096 | -12.75% | 13,537 | 15,838 | 9,681 | 61.13% |
| 12 | 28,888 | 4,615 | 19.01% | 5,669 | 24,877 | 4,514 | 18.15% |
| 13 | 24,758 | 485 | 2.00% | 4,853 | 18,892 | 3,650 | 19.32% |
| 14 | 23,392 | -881 | -3.63% | 3,894 | 17,797 | 2,922 | 16.42% |
| 15 | 24,530 | 257 | 1.06% | 2,831 | 18,220 | 2,100 | 11.53% |
| 16 | 20,541 | -3,732 | -15.38% | 12,653 | 15,502 | 9,169 | 59.15% |
| 17 | 24,312 | 39 | 0.16% | 6,697 | 18,745 | 4,713 | 25.14% |
| 18 | 24,213 | -60 | -0.25% | 4,259 | 18,482 | 3,120 | 16.88% |
| 19 | 24,095 | -178 | -0.73% | 1,861 | 18,515 | 1,344 | 7.26% |
| 20 | 21,702 | -2,571 | -10.59% | 3,354 | 16,800 | 2,512 | 14.95% |
| 21 | 23,128 | -1,145 | -4.72% | 1,705 | 18,062 | 1,337 | 7.40% |
| 22 | 23,760 | -513 | -2.11% | 8,831 | 18,288 | 6,625 | 36.23% |
| 23 | 21,719 | -2,554 | -10.52% | 4,786 | 17,055 | 3,678 | 21.57% |
| 24 | 32,330 | 8,057 | 33.19% | 8,840 | 24,089 | 6,367 | 26.43% |
| 25 | 26,716 | 2,443 | 10.06% | 8,600 | 20,010 | 6,025 | 30.11% |
| 26 | 19,725 | -4,548 | -18.74% | 15,009 | 14,599 | 10,699 | 73.29% |
| 27 | 21,590 | -2,683 | -11.05% | 14,263 | 16,107 | 10,426 | 64.73% |
| 28 | 31,833 | 7,560 | 31.15% | 3,307 | 23,430 | 2,489 | 10.62% |
| 29 | 22,836 | -1,437 | -5.92% | 15,134 | 17,396 | 11,143 | 64.05% |

SDT-SJLCRR-002065

| 30 | 21,177 | -3,096 | -12.75% | 13,381 | 17,049 | 10,356 | 60.74% |
| 31 | 22,207 | -2,066 | -8.51% | 15,724 | 17,066 | 11,772 | 68.98% |
| 32 | 20,666 | -3,607 | -14.86% | 17,009 | 15,061 | 12,058 | 80.06% |
| 33 | 23,450 | -823 | -3.39% | 10,372 | 18,381 | 7,664 | 41.70% |
| 34 | 21,020 | -3,253 | -13.40% | 12,867 | 16,136 | 9,580 | 59.37% |
| 35 | 23,584 | -689 | -2.84% | 6,652 | 18,387 | 5,029 | 27.35% |
| 36 | 20,553 | -3,720 | -15.33% | 13,689 | 16,149 | 10,443 | 64.67% |
| 37 | 23,125 | -1,148 | -4.73% | 6,855 | 18,003 | 5,147 | 28.59% |
| 38 | 25,192 | 919 | 3.79% | 13,819 | 19,668 | 10,284 | 52.29% |
| 39 | 24,517 | 244 | 1.01% | 5,147 | 19,226 | 4,023 | 20.92% |
| 40 | 24,895 | 622 | 2.56% | 12,441 | 18,064 | 8,425 | 46.64% |
| 41 | 22,092 | -2,181 | -8.99% | 15,925 | 17,060 | 11,703 | 68.60% |
| 42 | 20,627 | -3,646 | -15.02% | 13,962 | 15,682 | 10,393 | 66.27% |
| 43 | 27,221 | 2,948 | 12.15% | 5,529 | 23,496 | 4,544 | 19.34% |
| 44 | 25,122 | 849 | 3.50% | 3,869 | 18,361 | 2,610 | 14.21% |
| 45 | 23,107 | -1,166 | -4.80% | 13,401 | 17,647 | 9,935 | 56.30% |
| 46 | 22,397 | -1,876 | -7.73% | 7,157 | 17,915 | 5,531 | 30.87% |
| 47 | 22,999 | -1,274 | -5.25% | 16,079 | 18,545 | 12,455 | 67.16% |
| 48 | 22,423 | -1,850 | -7.62% | 6,749 | 17,110 | 4,906 | 28.67% |
| 49 | 20,130 | -4,143 | -17.07% | 14,685 | 15,410 | 10,877 | 70.58% |
| 50 | 21,937 | -2,336 | -9.62% | 15,184 | 16,727 | 11,248 | 67.24% |
| 51 | 20,295 | -3,978 | -16.39% | 16,230 | 14,911 | 11,528 | 77.31% |
| 52 | 25,560 | 1,287 | 5.30% | 7,368 | 19,624 | 5,391 | 27.47% |
| 53 | 25,145 | 872 | 3.59% | 7,803 | 19,091 | 5,832 | 30.55% |
| 54 | 22,207 | -2,066 | -8.51% | 6,328 | 17,343 | 4,689 | 27.04% |
| 55 | 21,193 | -3,080 | -12.69% | 14,329 | 16,210 | 10,452 | 64.48% |
| 56 | 29,352 | 5,079 | 20.92% | 8,340 | 22,561 | 6,106 | 27.06% |
| 57 | 23,402 | -871 | -3.59% | 16,441 | 17,438 | 12,105 | 69.42% |
| 58 | 25,909 | 1,636 | 6.74% | 4,472 | 19,844 | 3,194 | 16.10% |
| 59 | 28,058 | 3,785 | 15.59% | 4,189 | 21,528 | 2,976 | 13.82% |
| 60 | 31,305 | 7,032 | 28.97% | 6,987 | 23,363 | 5,076 | 21.73% |
| 61 | 26,874 | 2,601 | 10.72% | 7,859 | 21,251 | 6,088 | 28.65% |
| 62 | 26,696 | 2,423 | 9.98% | 4,423 | 20,262 | 3,271 | 16.14% |
| 63 | 22,954 | -1,319 | -5.43% | 14,392 | 18,611 | 11,511 | 61.85% |
| 64 | 24,593 | 320 | 1.32% | 9,790 | 19,678 | 7,258 | 36.88% |
| 65 | 21,091 | -3,182 | -13.11% | 16,692 | 16,094 | 12,417 | 77.15% |
| 66 | 23,242 | -1,031 | -4.25% | 16,149 | 17,895 | 11,850 | 66.22% |
| 67 | 21,077 | -3,196 | -13.17% | 18,185 | 16,272 | 13,925 | 85.58% |
| 68 | 22,727 | -1,546 | -6.37% | 15,638 | 17,619 | 11,776 | 66.84% |
| 69 | 19,529 | -4,744 | -19.54% | 16,697 | 15,016 | 12,585 | 83.81% |
| 70 | 20,893 | -3,380 | -13.92% | 15,265 | 17,151 | 12,158 | 70.89% |
| 71 | 23,175 | -1,098 | -4.52% | 18,848 | 17,025 | 13,357 | 78.46% |
| 72 | 21,487 | -2,786 | -11.48% | 15,959 | 16,792 | 12,236 | 72.87% |
| 73 | 36,218 | 11,945 | 49.21% | 6,840 | 27,211 | 5,085 | 18.69% |
| 74 | 28,881 | 4,608 | 18.98% | 5,282 | 22,703 | 3,930 | 17.31% |
| 75 | 25,959 | 1,686 | 6.95% | 6,840 | 18,898 | 4,982 | 26.36% |
| 76 | 23,180 | -1,093 | -4.50% | 14,967 | 17,840 | 11,143 | 62.46% |

SDT-SJLCRR-002066

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 77 | 24,105 | -168 | -0.69% | 7,258 | 18,339 | 5,362 | 29.24% |
| 78 | 25,331 | 1,058 | 4.36% | 8,232 | 18,963 | 6,021 | 31.75% |
| 79 | 22,890 | -1,383 | -5.70% | 6,881 | 17,700 | 5,012 | 28.32% |
| 80 | 23,357 | -916 | -3.77% | 16,250 | 17,168 | 11,711 | 68.21% |
| 81 | 22,153 | -2,120 | -8.73% | 5,348 | 17,363 | 4,201 | 24.20% |
| 82 | 18,977 | -5,296 | -21.82% | 15,491 | 14,050 | 11,143 | 79.31% |
| 83 | 23,430 | -843 | -3.47% | 6,099 | 17,883 | 4,251 | 23.77% |
| 84 | 23,598 | -675 | -2.78% | 8,168 | 18,231 | 6,091 | 33.41% |
| 85 | 22,108 | -2,165 | -8.92% | 14,627 | 17,251 | 11,114 | 64.43% |
| 86 | 23,359 | -914 | -3.77% | 8,503 | 17,778 | 6,188 | 34.81% |
| 87 | 26,759 | 2,486 | 10.24% | 6,844 | 20,242 | 4,681 | 23.13% |
| 88 | 25,702 | 1,429 | 5.89% | 2,898 | 19,654 | 2,178 | 11.08% |
| 89 | 26,217 | 1,944 | 8.01% | 5,363 | 20,121 | 3,801 | 18.89% |
| 90 | 23,050 | -1,223 | -5.04% | 7,569 | 17,613 | 5,524 | 31.36% |
| 91 | 22,831 | -1,442 | -5.94% | 12,309 | 17,726 | 9,389 | 52.97% |
| 92 | 25,137 | 864 | 3.56% | 5,445 | 19,373 | 4,094 | 21.13% |
| 93 | 24,986 | 713 | 2.94% | 3,065 | 19,299 | 2,293 | 11.88% |
| 94 | 22,292 | -1,981 | -8.16% | 15,442 | 17,558 | 11,761 | 66.98% |
| 95 | 29,165 | 4,892 | 20.15% | 1,768 | 22,452 | 1,248 | 5.56% |
| 96 | 21,686 | -2,587 | -10.66% | 13,007 | 17,278 | 10,057 | 58.21% |
| 97 | 25,141 | 868 | 3.58% | 7,622 | 19,841 | 5,543 | 27.94% |
| 98 | 23,754 | -519 | -2.14% | 15,879 | 17,892 | 11,490 | 64.22% |
| 99 | 22,922 | -1,351 | -5.57% | 6,029 | 17,536 | 4,580 | 26.12% |
| 100 | 23,330 | -943 | -3.88% | 6,498 | 17,768 | 4,763 | 26.81% |
| 101 | 29,400 | 5,127 | 21.12% | 5,142 | 21,443 | 3,503 | 16.34% |
| 102 | 26,288 | 2,015 | 8.30% | 9,862 | 22,446 | 7,821 | 34.84% |
| 103 | 22,198 | -2,075 | -8.55% | 15,955 | 16,878 | 11,721 | 69.45% |
| 104 | 24,852 | 579 | 2.39% | 3,202 | 18,274 | 2,249 | 12.31% |
| 105 | 24,076 | -197 | -0.81% | 4,497 | 19,053 | 3,858 | 20.25% |
| 106 | 24,350 | 77 | 0.32% | 2,852 | 18,892 | 2,219 | 11.75% |
| 107 | 25,247 | 974 | 4.01% | 2,569 | 19,229 | 1,959 | 10.19% |
| 108 | 26,254 | 1,981 | 8.16% | 4,279 | 20,144 | 3,155 | 15.66% |
| 109 | 24,444 | 171 | 0.70% | 854 | 18,371 | 636 | 3.46% |
| 110 | 21,595 | -2,678 | -11.03% | 13,858 | 16,881 | 10,748 | 63.67% |
| 111 | 26,343 | 2,070 | 8.53% | 4,464 | 20,059 | 3,047 | 15.19% |
| 112 | 24,913 | 640 | 2.64% | 5,830 | 18,971 | 4,150 | 21.88% |
| 113 | 25,582 | 1,309 | 5.39% | 2,203 | 19,719 | 1,607 | 8.15% |
| 114 | 26,705 | 2,432 | 10.02% | 2,969 | 20,405 | 2,097 | 10.28% |
| 115 | 25,571 | 1,298 | 5.35% | 6,873 | 19,517 | 4,819 | 24.69% |
| 116 | 29,560 | 5,287 | 21.78% | 3,194 | 22,407 | 2,124 | 9.48% |
| 117 | 28,482 | 4,209 | 17.34% | 6,580 | 22,738 | 4,875 | 21.44% |
| 118 | 28,709 | 4,436 | 18.28% | 8,072 | 21,340 | 5,316 | 24.91% |
| 119 | 24,717 | 444 | 1.83% | 15,805 | 18,403 | 11,321 | 61.52% |
| 120 | 27,385 | 3,112 | 12.82% | 3,919 | 21,519 | 2,768 | 12.86% |
| 121 | 28,690 | 4,417 | 18.20% | 5,891 | 22,038 | 4,209 | 19.10% |
| 122 | 24,408 | 135 | 0.56% | 3,428 | 19,158 | 2,450 | 12.79% |
| Grand Total | 2,961,279 | 2,937,006 | | 1,084,481 | 2,277,599 | 802,963 | 35.25% |

SDT-SJLCRR-002067

**PTX-053-011**

# Mississippi Benchmark Demographics Senate



**August 15, 2021**

SDT-SJLCRR-002068

BENCHMARK SENATE SUMMARY 2020

Plan Geography: Statewide                                         Precinct Year: 2020

Total Plan Population:              Number of Districts:           Ideal District Size:
2,961,279                                  52                              56,948

### Summary Statistics

|                    | DISTRICT | TOTAL  | DEVN   | % DEVN. |
|--------------------|----------|--------|--------|---------|
| Highest Deviation: | 1        | 70,174 | 13,226 | 23.22%  |
| Highest Deviation: | 49       | 67,987 | 11,039 | 19.38%  |
| Highest Deviation: | 9        | 66,851 | 9,903  | 17.39%  |
| Lowest Deviation:  | 11       | 50,162 | -6,786 | -11.92% |
| Lowest Deviation:  | 28       | 47,804 | -9,144 | -16.06% |
| Lowest Deviation:  | 12       | 46,704 | -10,244| -17.99% |

| House District | Population | Deviation | %Deviation | Black  | 18+Population | 18+Black | %BVAP  |
|----------------|------------|-----------|------------|--------|---------------|----------|--------|
| 11             | 50,162     | -6,786    | -11.92%    | 37,319 | 37,189        | 26,605   | 71.54% |
| 12             | 46,704     | -10,244   | -17.99%    | 33,174 | 35,875        | 24,653   | 68.72% |
| 13             | 51,091     | -5,857    | -10.28%    | 36,594 | 39,599        | 27,464   | 69.36% |
| 16             | 53,342     | -3,606    | -6.33%     | 32,910 | 41,455        | 24,691   | 59.56% |
| 21             | 50,164     | -6,784    | -11.91%    | 34,037 | 37,741        | 24,915   | 66.02% |
| 24             | 50,755     | -6,193    | -10.87%    | 39,282 | 38,053        | 28,698   | 75.42% |
| 26             | 54,217     | -2,731    | -4.80%     | 37,041 | 42,146        | 28,277   | 67.09% |
| 27             | 51,764     | -5,184    | -9.10%     | 36,839 | 40,177        | 27,964   | 69.60% |
| 28             | 47,804     | -9,144    | -16.06%    | 41,047 | 36,090        | 30,407   | 84.25% |
| 29             | 56,444     | -504      | -0.89%     | 35,949 | 44,596        | 26,881   | 60.28% |
| 32             | 51,255     | -5,693    | -10.00%    | 34,142 | 38,907        | 24,846   | 63.86% |
| 34             | 55,653     | -1,295    | -2.27%     | 31,172 | 42,383        | 22,928   | 54.10% |
| 36             | 52,960     | -3,988    | -7.00%     | 34,180 | 41,868        | 26,327   | 62.88% |
| 38             | 54,195     | -2,753    | -4.83%     | 34,702 | 42,029        | 26,019   | 61.91% |

### Senate Districts

| Senate District | Population | Deviation | %Deviation | Black  | 18+Population | 18+Black | %BVAP  |
|-----------------|------------|-----------|------------|--------|---------------|----------|--------|
| 1               | 70,174     | 13,226    | 23.22%     | 14,246 | 52,308        | 10,402   | 19.89% |
| 2               | 61,092     | 4,144     | 7.28%      | 25,497 | 45,468        | 17,577   | 38.66% |
| 3               | 57,884     | 936       | 1.64%      | 10,164 | 44,018        | 7,700    | 17.49% |
| 4               | 56,555     | -393      | -0.69%     | 7,801  | 43,590        | 5,874    | 13.48% |
| 5               | 58,680     | 1,732     | 3.04%      | 4,954  | 45,960        | 3,853    | 8.38%  |
| 6               | 62,466     | 5,518     | 9.69%      | 11,325 | 47,947        | 8,066    | 16.82% |
| 7               | 51,631     | -5,317    | -9.34%     | 19,966 | 39,535        | 14,727   | 37.25% |
| 8               | 53,112     | -3,836    | -6.74%     | 17,943 | 41,090        | 13,485   | 32.82% |
| 9               | 66,851     | 9,903     | 17.39%     | 14,881 | 54,239        | 11,361   | 20.95% |
| 10              | 52,188     | -4,760    | -8.36%     | 20,463 | 41,009        | 15,900   | 38.77% |

SDT-SJLCRR-002069

| 11 | 50,162 | -6,786 | -11.92% | 37,319 | 37,189 | 26,605 | 71.54% |
| 12 | 46,704 | -10,244 | -17.99% | 33,174 | 35,875 | 24,653 | 68.72% |
| 13 | 51,091 | -5,857 | -10.28% | 36,594 | 39,599 | 27,464 | 69.36% |
| 14 | 52,127 | -4,821 | -8.47% | 16,001 | 41,296 | 12,165 | 29.46% |
| 15 | 55,784 | -1,164 | -2.04% | 15,671 | 45,493 | 12,010 | 26.40% |
| 16 | 53,342 | -3,606 | -6.33% | 32,910 | 41,455 | 24,691 | 59.56% |
| 17 | 54,637 | -2,311 | -4.06% | 17,924 | 42,718 | 13,584 | 31.80% |
| 18 | 51,707 | -5,241 | -9.20% | 13,209 | 38,449 | 9,541 | 24.81% |
| 19 | 63,676 | 6,728 | 11.81% | 19,173 | 48,097 | 13,958 | 29.02% |
| 20 | 63,273 | 6,325 | 11.11% | 10,242 | 48,719 | 7,482 | 15.36% |
| 21 | 50,164 | -6,784 | -11.91% | 34,037 | 37,741 | 24,915 | 66.02% |
| 22 | 63,851 | 6,903 | 12.12% | 31,561 | 49,011 | 23,514 | 47.98% |
| 23 | 52,098 | -4,850 | -8.52% | 23,981 | 40,150 | 17,424 | 43.40% |
| 24 | 50,755 | -6,193 | -10.87% | 39,282 | 38,053 | 28,698 | 75.42% |
| 25 | 66,557 | 9,609 | 16.87% | 15,197 | 51,133 | 11,191 | 21.89% |
| 26 | 54,217 | -2,731 | -4.80% | 37,041 | 42,146 | 28,277 | 67.09% |
| 27 | 51,764 | -5,184 | -9.10% | 36,839 | 40,177 | 27,964 | 69.60% |
| 28 | 47,804 | -9,144 | -16.06% | 41,047 | 36,090 | 30,407 | 84.25% |
| 29 | 56,444 | -504 | -0.89% | 35,949 | 44,596 | 26,881 | 60.28% |
| 30 | 63,420 | 6,472 | 11.36% | 16,990 | 48,729 | 12,693 | 26.05% |
| 31 | 56,086 | -862 | -1.51% | 17,271 | 41,613 | 12,520 | 30.09% |
| 32 | 51,255 | -5,693 | -10.00% | 34,142 | 38,907 | 24,846 | 63.86% |
| 33 | 52,532 | -4,416 | -7.75% | 15,730 | 40,587 | 11,683 | 28.79% |
| 34 | 55,653 | -1,295 | -2.27% | 31,172 | 42,383 | 22,928 | 54.10% |
| 35 | 58,788 | 1,840 | 3.23% | 14,880 | 44,648 | 11,071 | 24.80% |
| 36 | 52,960 | -3,988 | -7.00% | 34,180 | 41,868 | 26,327 | 62.88% |
| 37 | 54,441 | -2,507 | -4.40% | 21,543 | 42,958 | 16,134 | 37.56% |
| 38 | 54,195 | -2,753 | -4.83% | 34,702 | 42,029 | 26,019 | 61.91% |
| 39 | 54,934 | -2,014 | -3.54% | 16,120 | 41,846 | 11,950 | 28.56% |
| 40 | 56,925 | -23 | -0.04% | 10,176 | 43,641 | 7,575 | 17.36% |
| 41 | 53,262 | -3,686 | -6.47% | 17,800 | 40,791 | 13,306 | 32.62% |
| 42 | 56,895 | -53 | -0.09% | 10,347 | 42,862 | 7,181 | 16.75% |
| 43 | 57,659 | 711 | 1.25% | 12,663 | 44,109 | 9,723 | 22.04% |
| 44 | 60,825 | 3,877 | 6.81% | 13,819 | 45,652 | 9,573 | 20.97% |
| 45, | 58,523 | 1,575 | 2.77% | 15,516 | 46,782 | 12,032 | 25.72% |
| 46 | 61,034 | 4,086 | 7.17% | 5,441 | 47,511 | 3,911 | 8.23% |
| 47 | 61,408 | 4,460 | 7.83% | 10,198 | 47,338 | 7,642 | 16.14% |
| 48 | 62,655 | 5,707 | 10.02% | 23,447 | 47,621 | 16,559 | 34.77% |
| 49 | 67,987 | 11,039 | 19.38% | 14,767 | 52,307 | 10,382 | 19.85% |
| 50 | 62,998 | 6,050 | 10.62% | 12,008 | 48,226 | 8,368 | 17.35% |
| 51 | 58,801 | 1,853 | 3.25% | 13,619 | 45,776 | 10,668 | 23.30% |
| 52 | 61,253 | 4,305 | 7.56% | 13,559 | 46,264 | 9,503 | 20.54% |
| Grand Total | 2,961,279 | | | 1,084,481 | 2,277,599 | 802,963 | |

SDT-SJLCRR-002070