EXHIBIT NO. PTX-054 evid.
CAUSE NO. 3:22CV734-DPJ-HSO-LHS
WITNESS _____
CLERK: SHONE POWELL

FEB 26 2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
Candice Crane, REPORTER

# Mississippi Benchmark Demographics House of Representatives



August 15, 2021

3:22-cv-734
PTX-054

BENCHMARK HOUSE SUMMARY 2020

POPULATION OF DISTRICTS - BENCHMARK

Plan Geography: Statewide                                            Precinct Year: 2020

Total Plan Population:        Number of Districts:        Ideal District Size:
2,961,279                             122                         24,273

Summary Statistics

|  | DISTRICT | TOTAL | DEVN | % DEVN. |
|---|---|---|---|---|
| Highest Deviation: | 73 | 36,218 | 11,945 | 49.21% |
| Highest Deviation: | 24 | 32,330 | 8,057 | 33.19% |
| Highest Deviation: | 28 | 31,833 | 7,560 | 31.15% |
| Lowest Deviation: | 26 | 19,725 | -4,548 | -18.74% |
| Lowest Deviation: | 69 | 19,529 | -4,744 | -19.54% |
| Lowest Deviation: | 82 | 18,977 | -5,296 | -21.82% |

DISTRICTS WITH 50 PERCENT OR MORE BLACK POPULATION

| House District | Population | Deviation | %Deviation | Black | 18+Population | 18+Black | %BVAP |
|---|---|---|---|---|---|---|---|
| 5 | 21,408 | -2,865 | -11.80% | 12,998 | 17,239 | 10,502 | 60.92% |
| 9 | 19,785 | -4,488 | -18.49% | 13,754 | 15,077 | 10,000 | 66.33% |
| 11 | 21,177 | -3,096 | -12.75% | 13,537 | 15,838 | 9,681 | 61.13% |
| 16 | 20,541 | -3,732 | -15.38% | 12,653 | 15,502 | 9,169 | 59.15% |
| 26 | 19,725 | -4,548 | -18.74% | 15,009 | 14,599 | 10,699 | 73.29% |
| 27 | 21,590 | -2,683 | -11.05% | 14,263 | 16,107 | 10,426 | 64.73% |
| 29 | 22,836 | -1,437 | -5.92% | 15,134 | 17,396 | 11,143 | 64.05% |
| 30 | 21,177 | -3,096 | -12.75% | 13,381 | 17,049 | 10,356 | 60.74% |
| 31 | 22,207 | -2,066 | -8.51% | 15,724 | 17,066 | 11,772 | 68.98% |
| 32 | 20,666 | -3,607 | -14.86% | 17,009 | 15,061 | 12,058 | 80.06% |
| 34 | 21,020 | -3,253 | -13.40% | 12,867 | 16,136 | 9,580 | 59.37% |
| 36 | 20,553 | -3,720 | -15.33% | 13,689 | 16,149 | 10,443 | 64.67% |
| 38 | 25,192 | 919 | 3.79% | 13,819 | 19,668 | 10,284 | 52.29% |
| 41 | 22,092 | -2,181 | -8.99% | 15,925 | 17,060 | 11,703 | 68.60% |
| 42 | 20,627 | -3,646 | -15.02% | 13,962 | 15,682 | 10,393 | 66.27% |
| 45 | 23,107 | -1,166 | -4.80% | 13,401 | 17,647 | 9,935 | 56.30% |
| 47 | 22,999 | -1,274 | -5.25% | 16,079 | 18,545 | 12,455 | 67.16% |
| 49 | 20,130 | -4,143 | -17.07% | 14,685 | 15,410 | 10,877 | 70.58% |
| 50 | 21,937 | -2,336 | -9.62% | 15,184 | 16,727 | 11,248 | 67.24% |
| 51 | 20,295 | -3,978 | -16.39% | 16,230 | 14,911 | 11,528 | 77.31% |
| 55 | 21,193 | -3,080 | -12.69% | 14,329 | 16,210 | 10,452 | 64.48% |
| 57 | 23,402 | -871 | -3.59% | 16,441 | 17,438 | 12,105 | 69.42% |
| 63 | 22,954 | -1,319 | -5.43% | 14,392 | 18,611 | 11,511 | 61.85% |
| 65 | 21,091 | -3,182 | -13.11% | 16,692 | 16,094 | 12,417 | 77.15% |
| 66 | 23,242 | -1,031 | -4.25% | 16,149 | 17,895 | 11,850 | 66.22% |
| 67 | 21,077 | -3,196 | -13.17% | 18,185 | 16,272 | 13,925 | 85.58% |
| 68 | 22,727 | -1,546 | -6.37% | 15,638 | 17,619 | 11,776 | 66.84% |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 69 | 19,529 | -4,744 | -19.54% | 16,697 | 15,016 | 12,585 | 83.81% |
| 70 | 20,893 | -3,380 | -13.92% | 15,265 | 17,151 | 12,158 | 70.89% |
| 71 | 23,175 | -1,098 | -4.52% | 18,848 | 17,025 | 13,357 | 78.46% |
| 72 | 21,487 | -2,786 | -11.48% | 15,959 | 16,792 | 12,236 | 72.87% |
| 76 | 23,180 | -1,093 | -4.50% | 14,967 | 17,840 | 11,143 | 62.46% |
| 80 | 23,357 | -916 | -3.77% | 16,250 | 17,168 | 11,711 | 68.21% |
| 82 | 18,977 | -5,296 | -21.82% | 15,491 | 14,050 | 11,143 | 79.31% |
| 85 | 22,108 | -2,165 | -8.92% | 14,627 | 17,251 | 11,114 | 64.43% |
| 91 | 22,831 | -1,442 | -5.94% | 12,309 | 17,726 | 9,389 | 52.97% |
| 94 | 22,292 | -1,981 | -8.16% | 15,442 | 17,558 | 11,761 | 66.98% |
| 96 | 21,686 | -2,587 | -10.66% | 13,007 | 17,278 | 10,057 | 58.21% |
| 98 | 23,754 | -519 | -2.14% | 15,879 | 17,892 | 11,490 | 64.22% |
| 103 | 22,198 | -2,075 | -8.55% | 15,955 | 16,878 | 11,721 | 69.45% |
| 110 | 21,595 | -2,678 | -11.03% | 13,858 | 16,881 | 10,748 | 63.67% |
| 119 | 24,717 | 444 | 1.83% | 15,805 | 18,403 | 11,321 | 61.52% |

| House District | Population | Deviation | %Deviation | Black | 18+Population | 18+Black | %BVAP |
|---|---|---|---|---|---|---|---|
| 1 | 22,350 | -1,923 | -7.92% | 691 | 17,612 | 521 | 2.96% |
| 2 | 21,833 | -2,440 | -10.05% | 3,719 | 16,832 | 2,769 | 16.45% |
| 3 | 22,984 | -1,289 | -5.31% | 2,479 | 17,855 | 1,938 | 10.85% |
| 4 | 22,725 | -1,548 | -6.38% | 3,489 | 17,414 | 2,664 | 15.30% |
| 5 | 21,408 | -2,865 | -11.80% | 12,998 | 17,239 | 10,502 | 60.92% |
| 6 | 30,253 | 5,980 | 24.64% | 10,359 | 22,742 | 7,459 | 32.80% |
| 7 | 26,444 | 2,171 | 8.94% | 8,652 | 20,428 | 6,223 | 30.46% |
| 8 | 22,912 | -1,361 | -5.61% | 5,808 | 17,788 | 4,346 | 24.43% |
| 9 | 19,785 | -4,488 | -18.49% | 13,754 | 15,077 | 10,000 | 66.33% |
| 10 | 27,848 | 3,575 | 14.73% | 6,747 | 21,570 | 4,975 | 23.06% |
| 11 | 21,177 | -3,096 | -12.75% | 13,537 | 15,838 | 9,681 | 61.13% |
| 12 | 28,888 | 4,615 | 19.01% | 5,669 | 24,877 | 4,514 | 18.15% |
| 13 | 24,758 | 485 | 2.00% | 4,853 | 18,892 | 3,650 | 19.32% |
| 14 | 23,392 | -881 | -3.63% | 3,894 | 17,797 | 2,922 | 16.42% |
| 15 | 24,530 | 257 | 1.06% | 2,831 | 18,220 | 2,100 | 11.53% |
| 16 | 20,541 | -3,732 | -15.38% | 12,653 | 15,502 | 9,169 | 59.15% |
| 17 | 24,312 | 39 | 0.16% | 6,697 | 18,745 | 4,713 | 25.14% |
| 18 | 24,213 | -60 | -0.25% | 4,259 | 18,482 | 3,120 | 16.88% |
| 19 | 24,095 | -178 | -0.73% | 1,861 | 18,515 | 1,344 | 7.26% |
| 20 | 21,702 | -2,571 | -10.59% | 3,354 | 16,800 | 2,512 | 14.95% |
| 21 | 23,128 | -1,145 | -4.72% | 1,705 | 18,062 | 1,337 | 7.40% |
| 22 | 23,760 | -513 | -2.11% | 8,831 | 18,288 | 6,625 | 36.23% |
| 23 | 21,719 | -2,554 | -10.52% | 4,786 | 17,055 | 3,678 | 21.57% |
| 24 | 32,330 | 8,057 | 33.19% | 8,840 | 24,089 | 6,367 | 26.43% |
| 25 | 26,716 | 2,443 | 10.06% | 8,600 | 20,010 | 6,025 | 30.11% |
| 26 | 19,725 | -4,548 | -18.74% | 15,009 | 14,599 | 10,699 | 73.29% |
| 27 | 21,590 | -2,683 | -11.05% | 14,263 | 16,107 | 10,426 | 64.73% |
| 28 | 31,833 | 7,560 | 31.15% | 3,307 | 23,430 | 2,489 | 10.62% |
| 29 | 22,836 | -1,437 | -5.92% | 15,134 | 17,396 | 11,143 | 64.05% |

|  |  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|---|
| 30 | 21,177 | -3,096 | -12.75% | 13,381 | 17,049 | 10,356 | 60.74% |
| 31 | 22,207 | -2,066 | -8.51% | 15,724 | 17,066 | 11,772 | 68.98% |
| 32 | 20,666 | -3,607 | -14.86% | 17,009 | 15,061 | 12,058 | 80.06% |
| 33 | 23,450 | -823 | -3.39% | 10,372 | 18,381 | 7,664 | 41.70% |
| 34 | 21,020 | -3,253 | -13.40% | 12,867 | 16,136 | 9,580 | 59.37% |
| 35 | 23,584 | -689 | -2.84% | 6,652 | 18,387 | 5,029 | 27.35% |
| 36 | 20,553 | -3,720 | -15.33% | 13,689 | 16,149 | 10,443 | 64.67% |
| 37 | 23,125 | -1,148 | -4.73% | 6,855 | 18,003 | 5,147 | 28.59% |
| 38 | 25,192 | 919 | 3.79% | 13,819 | 19,668 | 10,284 | 52.29% |
| 39 | 24,517 | 244 | 1.01% | 5,147 | 19,226 | 4,023 | 20.92% |
| 40 | 24,895 | 622 | 2.56% | 12,441 | 18,064 | 8,425 | 46.64% |
| 41 | 22,092 | -2,181 | -8.99% | 15,925 | 17,060 | 11,703 | 68.60% |
| 42 | 20,627 | -3,646 | -15.02% | 13,962 | 15,682 | 10,393 | 66.27% |
| 43 | 27,221 | 2,948 | 12.15% | 5,529 | 23,496 | 4,544 | 19.34% |
| 44 | 25,122 | 849 | 3.50% | 3,869 | 18,361 | 2,610 | 14.21% |
| 45 | 23,107 | -1,166 | -4.80% | 13,401 | 17,647 | 9,935 | 56.30% |
| 46 | 22,397 | -1,876 | -7.73% | 7,157 | 17,915 | 5,531 | 30.87% |
| 47 | 22,999 | -1,274 | -5.25% | 16,079 | 18,545 | 12,455 | 67.16% |
| 48 | 22,423 | -1,850 | -7.62% | 6,749 | 17,110 | 4,906 | 28.67% |
| 49 | 20,130 | -4,143 | -17.07% | 14,685 | 15,410 | 10,877 | 70.58% |
| 50 | 21,937 | -2,336 | -9.62% | 15,184 | 16,727 | 11,248 | 67.24% |
| 51 | 20,295 | -3,978 | -16.39% | 16,230 | 14,911 | 11,528 | 77.31% |
| 52 | 25,560 | 1,287 | 5.30% | 7,368 | 19,624 | 5,391 | 27.47% |
| 53 | 25,145 | 872 | 3.59% | 7,803 | 19,091 | 5,832 | 30.55% |
| 54 | 22,207 | -2,066 | -8.51% | 6,328 | 17,343 | 4,689 | 27.04% |
| 55 | 21,193 | -3,080 | -12.69% | 14,329 | 16,210 | 10,452 | 64.48% |
| 56 | 29,352 | 5,079 | 20.92% | 8,340 | 22,561 | 6,106 | 27.06% |
| 57 | 23,402 | -871 | -3.59% | 16,441 | 17,438 | 12,105 | 69.42% |
| 58 | 25,909 | 1,636 | 6.74% | 4,472 | 19,844 | 3,194 | 16.10% |
| 59 | 28,058 | 3,785 | 15.59% | 4,189 | 21,528 | 2,976 | 13.82% |
| 60 | 31,305 | 7,032 | 28.97% | 6,987 | 23,363 | 5,076 | 21.73% |
| 61 | 26,874 | 2,601 | 10.72% | 7,859 | 21,251 | 6,088 | 28.65% |
| 62 | 26,696 | 2,423 | 9.98% | 4,423 | 20,262 | 3,271 | 16.14% |
| 63 | 22,954 | -1,319 | -5.43% | 14,392 | 18,611 | 11,511 | 61.85% |
| 64 | 24,593 | 320 | 1.32% | 9,790 | 19,678 | 7,258 | 36.88% |
| 65 | 21,091 | -3,182 | -13.11% | 16,692 | 16,094 | 12,417 | 77.15% |
| 66 | 23,242 | -1,031 | -4.25% | 16,149 | 17,895 | 11,850 | 66.22% |
| 67 | 21,077 | -3,196 | -13.17% | 18,185 | 16,272 | 13,925 | 85.58% |
| 68 | 22,727 | -1,546 | -6.37% | 15,638 | 17,619 | 11,776 | 66.84% |
| 69 | 19,529 | -4,744 | -19.54% | 16,697 | 15,016 | 12,585 | 83.81% |
| 70 | 20,893 | -3,380 | -13.92% | 15,265 | 17,151 | 12,158 | 70.89% |
| 71 | 23,175 | -1,098 | -4.52% | 18,848 | 17,025 | 13,357 | 78.46% |
| 72 | 21,487 | -2,786 | -11.48% | 15,959 | 16,792 | 12,236 | 72.87% |
| 73 | 36,218 | 11,945 | 49.21% | 6,840 | 27,211 | 5,085 | 18.69% |
| 74 | 28,881 | 4,608 | 18.98% | 5,282 | 22,703 | 3,930 | 17.31% |
| 75 | 25,959 | 1,686 | 6.95% | 6,840 | 18,898 | 4,982 | 26.36% |
| 76 | 23,180 | -1,093 | -4.50% | 14,967 | 17,840 | 11,143 | 62.46% |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 77 | 24,105 | -168 | -0.69% | 7,258 | 18,339 | 5,362 | 29.24% |
| 78 | 25,331 | 1,058 | 4.36% | 8,232 | 18,963 | 6,021 | 31.75% |
| 79 | 22,890 | -1,383 | -5.70% | 6,881 | 17,700 | 5,012 | 28.32% |
| 80 | 23,357 | -916 | -3.77% | 16,250 | 17,168 | 11,711 | 68.21% |
| 81 | 22,153 | -2,120 | -8.73% | 5,348 | 17,363 | 4,201 | 24.20% |
| 82 | 18,977 | -5,296 | -21.82% | 15,491 | 14,050 | 11,143 | 79.31% |
| 83 | 23,430 | -843 | -3.47% | 6,099 | 17,883 | 4,251 | 23.77% |
| 84 | 23,598 | -675 | -2.78% | 8,168 | 18,231 | 6,091 | 33.41% |
| 85 | 22,108 | -2,165 | -8.92% | 14,627 | 17,251 | 11,114 | 64.43% |
| 86 | 23,359 | -914 | -3.77% | 8,503 | 17,778 | 6,188 | 34.81% |
| 87 | 26,759 | 2,486 | 10.24% | 6,844 | 20,242 | 4,681 | 23.13% |
| 88 | 25,702 | 1,429 | 5.89% | 2,898 | 19,654 | 2,178 | 11.08% |
| 89 | 26,217 | 1,944 | 8.01% | 5,363 | 20,121 | 3,801 | 18.89% |
| 90 | 23,050 | -1,223 | -5.04% | 7,569 | 17,613 | 5,524 | 31.36% |
| 91 | 22,831 | -1,442 | -5.94% | 12,309 | 17,726 | 9,389 | 52.97% |
| 92 | 25,137 | 864 | 3.56% | 5,445 | 19,373 | 4,094 | 21.13% |
| 93 | 24,986 | 713 | 2.94% | 3,065 | 19,299 | 2,293 | 11.88% |
| 94 | 22,292 | -1,981 | -8.16% | 15,442 | 17,558 | 11,761 | 66.98% |
| 95 | 29,165 | 4,892 | 20.15% | 1,768 | 22,452 | 1,248 | 5.56% |
| 96 | 21,686 | -2,587 | -10.66% | 13,007 | 17,278 | 10,057 | 58.21% |
| 97 | 25,141 | 868 | 3.58% | 7,622 | 19,841 | 5,543 | 27.94% |
| 98 | 23,754 | -519 | -2.14% | 15,879 | 17,892 | 11,490 | 64.22% |
| 99 | 22,922 | -1,351 | -5.57% | 6,029 | 17,536 | 4,580 | 26.12% |
| 100 | 23,330 | -943 | -3.88% | 6,498 | 17,768 | 4,763 | 26.81% |
| 101 | 29,400 | 5,127 | 21.12% | 5,142 | 21,443 | 3,503 | 16.34% |
| 102 | 26,288 | 2,015 | 8.30% | 9,862 | 22,446 | 7,821 | 34.84% |
| 103 | 22,198 | -2,075 | -8.55% | 15,955 | 16,878 | 11,721 | 69.45% |
| 104 | 24,852 | 579 | 2.39% | 3,202 | 18,274 | 2,249 | 12.31% |
| 105 | 24,076 | -197 | -0.81% | 4,497 | 19,053 | 3,858 | 20.25% |
| 106 | 24,350 | 77 | 0.32% | 2,852 | 18,892 | 2,219 | 11.75% |
| 107 | 25,247 | 974 | 4.01% | 2,569 | 19,229 | 1,959 | 10.19% |
| 108 | 26,254 | 1,981 | 8.16% | 4,279 | 20,144 | 3,155 | 15.66% |
| 109 | 24,444 | 171 | 0.70% | 854 | 18,371 | 636 | 3.46% |
| 110 | 21,595 | -2,678 | -11.03% | 13,858 | 16,881 | 10,748 | 63.67% |
| 111 | 26,343 | 2,070 | 8.53% | 4,464 | 20,059 | 3,047 | 15.19% |
| 112 | 24,913 | 640 | 2.64% | 5,830 | 18,971 | 4,150 | 21.88% |
| 113 | 25,582 | 1,309 | 5.39% | 2,203 | 19,719 | 1,607 | 8.15% |
| 114 | 26,705 | 2,432 | 10.02% | 2,969 | 20,405 | 2,097 | 10.28% |
| 115 | 25,571 | 1,298 | 5.35% | 6,873 | 19,517 | 4,819 | 24.69% |
| 116 | 29,560 | 5,287 | 21.78% | 3,194 | 22,407 | 2,124 | 9.48% |
| 117 | 28,482 | 4,209 | 17.34% | 6,580 | 22,738 | 4,875 | 21.44% |
| 118 | 28,709 | 4,436 | 18.28% | 8,072 | 21,340 | 5,316 | 24.91% |
| 119 | 24,717 | 444 | 1.83% | 15,805 | 18,403 | 11,321 | 61.52% |
| 120 | 27,385 | 3,112 | 12.82% | 3,919 | 21,519 | 2,768 | 12.86% |
| 121 | 28,690 | 4,417 | 18.20% | 5,891 | 22,038 | 4,209 | 19.10% |
| 122 | 24,408 | 135 | 0.56% | 3,428 | 19,158 | 2,450 | 12.79% |
| Grand Total | 2,961,279 | 2,937,006 | | 1,084,481 | 2,277,599 | 802,963 | 35.25% |