EXHIBIT NO. PTX-003 evid.
CAUSE NO. 3:22cv734-DPJ-HSO-LHS
WITNESS:
CLERK: _____ SHONE POWELL _____

MAR – 6 2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
Candice Clark ___, REPORTER

🔒 **Page**Vault

| | |
|---|---|
| Document title: | Civil Rights Division | Voting Determination Letters for Mississippi |
| Capture URL: | https://www.justice.gov/crt/voting-determination-letters-mississippi |
| Page loaded at (UTC): | Mon, 05 Feb 2024 18:25:56 GMT |
| Capture timestamp (UTC): | Mon, 05 Feb 2024 18:26:49 GMT |
| Capture tool: | 10.41.1 |
| Collection server IP: | 34.230.137.168 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/118.0.5993.159 Safari/537.36 |
| Operating system: | Windows_NT (Node 18.17.1) |
| PDF length: | 14 |
| Capture ID: | ce4XVhVXNVov2U73jfLdVk |
| User: | johnathan.nava |

3:22-cv-734

PTX-063

PDF REFERENCE #:    3RW2c8qVxnqYNLUDdy11Dx

**PTX-063-001**



Justice.gov > Civil Rights Division > Voting Determination Letters for Mississippi

# Voting Determination Letters for Mississippi



| Share | > |

The Civil Rights Division has prepared this site to make Civil Rights Division documents more available to the public.

To the extent that any documents do not currently comply with Section 508 of the Rehabilitation Act because of the poor quality of the original documents used to prepare this site, the Division is applying its available resources in an effort to create alternative records that are readable.

Determination Letters for Mississippi, by date.

| Jurisdiction and date | Description and submission numbers | Notes |
|---|---|---|
| State of Mississippi 05/21/1969 (pdf) | Chapter 406 (1966)--appointment of county superintendents of education; Chapter 290 (1966)--optional at-large election of county boards of supervisors; Chapter 613 (1966)--two qualification requirements for independent candidates in general elections (T7120-7122) | |
| State of Mississippi 05/26/1969 (pdf) | Chapter 19 (1965 Ex. Sess.)--repeal of assistance to illiterates (T8072) | |
| Copiah County 03/05/1970 (pdf) | Redistricting (T1024) | |
| Leake County 01/08/1971 (pdf) | Redistricting (T1117) | |
| Warren County 04/04/1971 (pdf) | Redistricting (T1223) | |
| Marion County 05/25/1971 (pdf) | Redistricting (T1092) | |
| Jasper County 06/08/1971 (pdf) | Re-registration (T1115) | |
| Attala County 06/30/1971 (pdf) | Numbered posts; At-large elections with residency districts (Board of Supervisors) (T1040) | |

| | | |
|---|---|---|
| Jasper County<br>06/08/1971<br>(pdf) | Re-registration<br>(T1115) | |
| Attala County<br>06/30/1971<br>(pdf) | Numbered posts: At-large elections with residency districts<br>(Board of Supervisors)<br>(T1040) | |
| Grenada County<br>06/30/1971<br>(pdf) | At-large elections: multi-member plan: numbered posts<br>(T1108) | |
| Hinds County<br>07/14/1971<br>(pdf) | Redistricting<br>(T1058) | |
| Lafayette County<br>07/16/1971<br>(pdf) | Polling place<br>(T1079) | |
| Yazoo County<br>07/19/1971<br>(pdf) | Redistricting<br>(T1253) | |
| State of Mississippi<br>09/10/1971<br>(pdf) | Chapter 493 (1971)--authorizes counties to convert to at-large<br>elections with residency districts (county supervisors)<br>(T7901) | |
| Tate County<br>12/03/1971<br>(pdf) | Redistricting; precinct lines; polling place<br>(T7908-7910) | |
| Marshall County<br>12/03/1971<br>(pdf) | Precinct lines; polling places<br>(V3471-3472) | |
| Grenada (Grenada Cty.)<br>03/20/1972<br>(pdf) | At-large elections; numbered posts; majority vote<br>requirement<br>(V3916; V4085-4086) | |
| Tate County<br>11/28/1972<br>(pdf) | Redistricting<br>(V4784) | |
| Indianola (Sunflower Cty.)<br>04/20/1973<br>(pdf) | Numbered posts<br>(V5005) | |
| McComb (Pike Cty.)<br>05/30/1973<br>(pdf) | Annexation<br>(V5017) | Withdrawn 9-12-73 |
| Hollandale (Washington Cty.)<br>07/09/1973<br>(pdf) | Appointment of city clerk<br>(V5570) | |
| Grenada County<br>08/09/1973<br>(pdf) | Redistricting<br>(V5095) | |
| Pearl (Rankin Cty.)<br>11/21/1973<br>(pdf) | Incorporation<br>(V5636) | Withdrawn 1-3-74 upon modification of<br>annexation policies |
| Shaw (Bolivar Cty.)<br>11/21/1973<br>(pdf) | Appointment of city clerk<br>(V5903) | |
| State of Mississippi<br>04/26/1974<br>(pdf) | Chapter 506, H.B. No. 362, and Chapter 508, H.B. No. 363<br>(1970)--open primary<br>(V6313-6314) | |

TOP

**PTX-063-003**

(pdf)

Shaw (Bolivar Cty.)
11/21/1973
(pdf)

Appointment of city clerk
(V5903)

State of Mississippi
04/26/1974
(pdf)

Chapter 506, H.B. No. 362, and Chapter 508, H.B. No. 363
(1970)--open primary
(V6213-6214)

Attala County
09/03/1974
(pdf)

Redistricting of board of supervisors
(V6611)

Grenada (Grenada Cty.)
02/05/1975
(pdf)

Annexations
(V5023; V8422-8428)

Withdrawn 6-25-76 upon annexation of
minority area

Bolivar Cty. Board of
Education
04/08/1975
(pdf)

District to at-large elections
(V8189)

State of Mississippi
06/04/1975
(pdf)

Chapter 512, S.B. No. 2218 (1975)--qualifying date for
independent candidates
(V8679)

State of Mississippi
06/10/1975
(pdf)

Chapter 484, S.B. No. 2976 and Chapter 510, H.B. No. 1290
(1975)--State Senate and House redistricting
(V8988-8989)

Warren County
06/16/1975
(pdf)

Polling place
(V8673)

Lowndes County School
District
06/23/1975
(pdf)

Districts to at-large elections
(V8192)

Clay County
07/25/1975
(pdf)

Two polling places
(V9083)

State (Kemper, Warren,
Marshall, Benton and Leake
Ctys.)
12/01/1975
(pdf)

Section 37-5-13 (1972 Code)--districts to at-large elections
(board of education)
(V9920)

Grenada County
03/30/1976
(pdf)

Redistricting
(X2024)

State of Mississippi
08/23/1976
(pdf)

Chapter 485 (1976)--open primary
(X7280)

Kosciusko (Attala Cty.)
09/20/1976
(pdf)

At-large elections; numbered posts; majority vote
requirement
(X7448-7449)

Vicksburg (Warren Cty.)
10/01/1976
(pdf)

Annexation
(X6550)

Withdrawn 4-28-77 upon submission of
single-member district plan

Jackson (Hinds Cty.)
12/03/1976
(pdf)

Annexation
(X8159)

Withdrawn 7-23-81

Tunica County

TOP

| | | |
|---|---|---|
| 10/01/1976<br>(pdf) | Annexation<br>(X6550) | Withdrawn 4-28-77 upon submission of<br>single-member district plan |
| Jackson (Hinds Cty.)<br>12/03/1976<br>(pdf) | Annexation<br>(X8159) | Withdrawn 7-23-81 |
| Tunica County<br>01/24/1977<br>(pdf) | Elective to appointive (superintendent of education)<br>(X7535) | |
| Lexington (Holmes Cty.)<br>02/25/1977<br>(pdf) | At-large elections<br>(X9395) | |
| Lee County<br>04/04/1977<br>(pdf) | Re-registration<br>(X9087A) | Withdrawn 8-19-77 upon submission of<br>modifications to procedures |
| Canton (Madison Cty.)<br>04/13/1977<br>(pdf) | Redistricting<br>(A0051) | |
| State (Coahoma, DeSoto,<br>Holmes, Humphreys, Leflore,<br>Quitman, Sunflower,<br>Tallahatchie, Tunica and Yazoo<br>Ctys.)<br>07/08/1977<br>(pdf) | Section 37-5-15 (1972 Code)--board of education in ten<br>counties elected at-large with residency districts<br>(A0900) | |
| Sidon (Leflore Cty.)<br>10/28/1977<br>(pdf) | Annexation<br>(A2279A) | |
| State of Mississippi<br>07/31/1978<br>(pdf) | Chapter 535, S.B. No. 3098 and Chapter 515, H.B. No. 1491<br>(1978)--redistricting of State Senate and House<br>(A6651) | Declaratory judgment granted in<br>Mississippi v. United States, 490 F. Supp.<br>569 (D.D.C. 1979), aff'd mem., 444 U.S.<br>1050 (1980) |
| Walthall County<br>11/27/1978<br>(pdf) | Redistricting (supervisors' districts)<br>(A6056) | |
| State of Mississippi<br>06/11/1979<br>(pdf) | Chapter 452 (S.B. No. 2802) (1979)--"open primary" law;<br>majority vote<br>(C2879) | |
| State of Mississippi<br>07/06/1979<br>(pdf) | Chapter 433 (H.B. No. 854) (1979)--assistance to illiterates,<br>blind and physically disabled voters<br>(C3786) | |
| Tunica County<br>10/16/1979<br>(pdf) | Use of electronic punch card system<br>(C6249) | |
| Louisville Municipal Separate<br>School District (Winston Cty.)<br>03/28/1980<br>(pdf) | Majority vote requirement<br>(7X-0124; C5544-5546) | |
| Orange Grove (Harrison Cty.)<br>06/02/1980<br>(pdf) | Referendum and incorporation<br>(D0649-0650; 80-1836) | |
| Batesville (Panola Cty.)<br>09/29/1980<br>(pdf) | Redistricting<br>(D3068; 80-1861) | |
| Mendenhall (Simpson Cty.)<br>01/12/1981 | Annexation<br>(80-1991) | Withdrawn 9-21-84--upon change in<br>method of election |

TOP

PTX-063-005

(pdf)                          (D0049-0090; 00-1090)

Batesville (Panola Cty.)       Redistricting
09/29/1980                     (D3068; 80-1861)
(pdf)

Mendenhall (Simpson Cty.)      Annexation                                                    Withdrawn 9-21-84--upon change in
01/12/1981                     (80-1881)                                                     method of election
(pdf)

State of Mississippi           Chapter 487, H.B. No. 674 (1979)--Sections 1, 2, 5 (established
04/06/1981                     a new system of maintaining registration books and poll
(pdf)                          books); Section 4 (prohibits campaigning within 500 feet of a
                               polling place)
                               (7X-0112)

Indianola (Sunflower Cty.)     1965 annexation                                               Withdrawn 10-17-86 upon change in
06/01/1981                     (D3865; 80-1884)                                              method of election
(pdf)

Holly Springs (Marshall Cty.)  Redistricting
06/09/1981                     (D6735; 81-1730)
(pdf)

State of Mississippi           S.B. No. 2001 (1981)--reapportionment of congressional
03/30/1982                     districts
(pdf)                          (81-1697)

Lucedale (George Cty.)         Four annexations                                              Withdrawn 4-18-88 upon change in
07/27/1982                     (82-2252)                                                     method of election
(pdf)

State of Mississippi           Chapter 477, H.B. No. 828 (1982)--dates for conducting
02/22/1983                     political party primary elections and qualifying time for
(pdf)                          independent candidates for general elections
                               (82-2250)

Copiah County                  Redistricting
04/11/1983                     (82-2240)
(pdf)

Covington County               Reapportionment (supervisor districts)
05/23/1983                     (83-2383)
(pdf)

Adams County                   Redistricting (supervisor districts)
05/23/1983                     (83-2228)
(pdf)

Quitman County                 Redistricting (supervisor and justice court districts)
05/27/1983                     (83-2515)
(pdf)

Scott County                   Reapportionment (supervisor districts)
05/31/1983                     (83-2519)
(pdf)

Amite County                   Redistricting (supervisor and justice court districts)
06/06/1983                     (83-2335)
(pdf)

Warren County                  Redistricting (supervisor districts)
06/10/1983                     (83-2544)
(pdf)

Bolivar County                 Redistricting (supervisor districts)
06/13/1983                     (83-2346)
(pdf)

Oktibbeha County               Redistricting (supervisor districts)
06/17/1983

TOP

Document title: Civil Rights Division | Voting Determination Letters for Mississippi
Capture URL: https://www.justice.gov/crt/voting-determination-letters-mississippi
Capture timestamp (UTC): Mon, 05 Feb 2024 18:26:49 GMT

**PTX-063-006**

| | |
|---|---|
| ~~UUIUI IJUJ~~<br>([pdf](#)) | (83-2544) |
| Bolivar County<br>06/13/1983<br>([pdf](#)) | Redistricting (supervisor districts)<br>(83-2346) |
| Oktibbeha County<br>06/17/1983<br>([pdf](#)) | Redistricting (supervisor districts)<br>(83-2498) |
| Winston County<br>06/29/1983<br>([pdf](#)) | Redistricting (supervisor districts)<br>(83-2556) |
| Jones County<br>07/01/1983<br>([pdf](#)) | Redistricting (supervisor districts)<br>(83-2450) |
| Lincoln County<br>07/05/1983<br>([pdf](#)) | Redistricting (supervisor districts)<br>(83-2472) |
| Lauderdale County<br>07/05/1983<br>([pdf](#)) | Redistricting (supervisor districts)<br>(83-2457) |
| Adams County<br>07/11/1983<br>([pdf](#)) | Redistricting (supervisor districts)<br>(83-2328) |
| Tallahatchie County<br>07/11/1983<br>([pdf](#)) | Redistricting (supervisor districts)<br>(82-2317) |
| Copiah County<br>07/18/1983<br>([pdf](#)) | Redistricting (supervisor and justice court districts)<br>(83-2376) |
| Sunflower County<br>07/19/1983<br>([pdf](#)) | Redistricting (supervisor districts)<br>(83-2529) |
| Ridgeland Municipal Separate School District (Madison Cty.)<br>07/25/1983<br>([pdf](#)) | Creation of district; method of election<br>(83-2481)     Withdrawn 7-27-84 |
| Bolivar County<br>08/09/1983<br>([pdf](#)) | Redistricting (justice court districts)<br>(83-2347) |
| Tate County<br>08/16/1983<br>([pdf](#)) | Redistricting (supervisor districts)<br>(83-2536) |
| Leflore County<br>08/22/1983<br>([pdf](#)) | Reapportionment (justice court districts)<br>(83-2468) |
| Pike County<br>08/26/1983<br>([pdf](#)) | Redistricting (supervisor and justice court districts)<br>(83-2508-2510) |
| Leflore County<br>09/06/1983<br>([pdf](#)) | Redistricting (supervisor districts)<br>(83-2470) |
| Yazoo County<br>12/16/1983<br>([pdf](#)) | Redistricting (supervisor districts)<br>(83-2560) |

^
TOP

**PTX-063-007**

| | | |
|---|---|---|
| Leflore County 09/06/1983 (pdf) | Redistricting (supervisor districts) (83-2470) | |
| Yazoo County 12/16/1983 (pdf) | Redistricting (supervisor districts) (83-2560) | |
| Lawrence County 01/03/1984 (pdf) | Redistricting (supervisor districts) (83-2462) | |
| Indianola (Sunflower Cty.) 01/20/1984 (pdf) | 1983 annexation (83-2533) | Withdrawn 10-17-86 upon change in method of election |
| Issaquena County 02/10/1984 (pdf) | Reapportionment (supervisor and justice court districts) (83-2440) | |
| Natchez (Adams Cty.) 02/21/1984 (pdf) | Redistricting (aldermanic wards) (83-2331) | |
| Collins (Covington Cty.) 03/23/1984 (pdf) | Annexation (Ordinance No. 382 (1982)) (83-2382) | Withdrawn 10-15-84 upon change in method of election |
| Bolivar County 04/16/1984 (pdf) | Orders 1983-1 and 1983-3--prohibits certain public officials, candidates, and poll watchers from assisting blind, disabled, or illiterate voters; Order 1983-4--requires local poll officials to observe the assistance given in any case where a federal observer is not present (83-2351) | |
| Pike County 05/04/1984 (pdf) | Redistricting (justice court districts) (83-2511) | |
| Greenwood (Leflore Cty.) 05/14/1984 (pdf) | 1967 and 1979 annexations (84-2469) | Withdrawn 11-30-84 upon change in method of election |
| Tate County 11/26/1984 (pdf) | Redistricting (supervisor districts) (84-3011) | |
| Leflore County 04/01/1985 (pdf) | Redistricting (justice court districts); abolition of a voting precinct and polling place/TD> (84-2968-2969) | |
| Sunflower County 06/07/1985 (pdf) | Redistricting (supervisor districts) (84-3007) | |
| Madison County 09/10/1985 (pdf) | Redistricting (supervisor districts) (85-2859) | Withdrawn 6-13-86 |
| Sunflower County 11/18/1985 (pdf) | Redistricting (supervisor districts) (85-2904) | |
| Yazoo County 12/20/1985 (pdf) | Redistricting (supervisor districts) (84-3024) | |
| State of Mississippi 07/01/1986 | Incorporation of anti-single-shot voting provisions in 24 multi-judge circuit and chancery court districts created after 11-1- | |

(pdf)

| | |
|---|---|
| Yazoo County<br>12/20/1985<br>(pdf) | Redistricting (supervisor districts)<br>(84-3024) |
| State of Mississippi<br>07/01/1986<br>(pdf) | Incorporation of anti-single-shot voting provisions in 24 multi-judge circuit and chancery court districts created after 11-1-64<br>(86-3683) |
| Yazoo County<br>07/07/1986<br>(pdf) | Redistricting (supervisor districts)<br>(86-3786) |
| Sunflower County<br>12/15/1986<br>(pdf) | Redistricting (supervisor districts)<br>(86-3763) |
| Pike County School District<br>02/09/1987<br>(pdf) | 1983 redistricting; method of election--five single-member districts to four single-member districts and one at large<br>(83-2512) |
| Grenada County<br>06/02/1987<br>(pdf) | Redistricting (supervisor districts)<br>(87-3101) |
| Washington County<br>06/19/1987<br>(pdf) | Redistricting (supervisor districts)<br>(87-3308) |
| Quitman County<br>09/28/1987<br>(pdf) | Consolidation of voting precincts; elimination of two polling places<br>(87-3225) |
| Belzoni (Humphreys Cty.)<br>10/01/1987<br>(pdf) | Districting plan (to implement change to single-member districts<br>(86-3627) |
| Monroe County<br>01/12/1988<br>(pdf) | Redistricting plan (supervisor districts)<br>(87-3200) |
| Grenada Municipal Separate School District (Grenada Cty.)<br>05/09/1988<br>(pdf) | Chapter 410 (1966), Chapter 409 (1966), and Chapter 400 (1968)--change in method of selecting the two trustees that represent the territory outside the City of Grenada from elected (at large) to appointed by the board of supervisors<br>(87-3098-3099) |
| Greenville (Washington Cty.)<br>02/10/1989<br>(pdf) | December 9, 1987, annexation; and method of election and districting plan    Withdrawn 2-14-90<br>(88-4074) |
| State of Mississippi<br>03/31/1989<br>(pdf) | Section 47 of Chapter 492 (1986)--insofar as it repeals Section 37-7-611 of the Mississippi Code, dealing with the modification of municipal school district boundaries when the parent city annexes territory outside the municipal school district<br>(87-3282) |
| Houston Municipal Separate School District (Chickasaw Cty.)<br>04/18/1989<br>(pdf) | Chapter 306 (1975)--change in method of selecting trustees from a mixed appointive/elective method to at-large method of elections<br>(87-3067) |
| Chickasaw County<br>02/27/1990<br>(pdf) | Redistricting plan (supervisors districts)<br>(89-2646) |
| State of Mississippi | Chapter 379, H.B. No. 1159 (1977)--dealing with the modification of municipal school district boundaries when the |

△
TOP

Document title: Civil Rights Division | Voting Determination Letters for Mississippi
Capture URL: https://www.justice.gov/crt/voting-determination-letters-mississippi
Capture timestamp (UTC): Mon, 05 Feb 2024 18:26:49 GMT

**PTX-063-009**



04/18/1989
(pdf)
(87-3067)

Chickasaw County
02/27/1990
(pdf)

Redistricting plan (supervisors districts)
(89-2646)

State of Mississippi
05/25/1990
(pdf)

Chapter 379, H.B. No. 1159 (1977)--dealing with the
modification of municipal school district boundaries when the
parent city adopts an annexation that crosses county lines
(88-4035)

Cleveland Consolidated
School District (Bolivar Cty.)
10/02/1990
(pdf)

Abandonment of single-member districting plan, the delay in
implementing single-member districts, the cancellation of the
November 1990 general election, and the holding over of
trustees elected at large
(90-3474)

Simpson County
10/05/1990
(pdf)

Polling place selections for the proposed Magee 1,
Mendenhall 1, and Weathersby voting precincts
(90-3602; 90-3604)

Monroe County
04/26/1991
(pdf)

Redistricting plan (supervisor districts)
(90-3575)

Tate County
07/02/1991
(pdf)

Redistricting plan (supervisor districts)
(91-1137)

State of Mississippi
07/02/1991
(pdf)

Redistricting plans for the Mississippi House of
Representatives and the Mississippi Senate
(91-1402)

Bolivar County
07/15/1991
(pdf)

Redistricting plan (supervisor districts)
(91-1457)

Hinds County
07/19/1991
(pdf)

Redistricting plan (supervisor districts)
(91-1503)

Union County
08/02/1991
(pdf)

Redistricting plan (supervisor districts)
(91-0800)

Bolivar County
08/23/1991
(pdf)

Redistricting plan (supervisor districts)
(91-2939)

Declaratory judgment action dismissed
12-20-94 Bolivar County v. United States,
No. 91-2186 (D.D.C.)

Amite County
08/23/1991
(pdf)

Redistricting plan (supervisor districts)
(91-1504)

Lee County
08/23/1991
(pdf)

Redistricting plan (supervisor districts)
(91-1096)

Tunica County
09/03/1991
(pdf)

Redistricting plan (supervisor districts)
(91-1438)

Withdrawn 12-16-91

Benton County
09/09/1991
(pdf)

Redistricting plan (supervisor districts)
(91-1097)

Harrison County
09/09/1991
(pdf)

Redistricting plan (supervisor districts)
(91-1401)

Jefferson Davis County

Redistricting plan (supervisor districts)

TOP

PTX-063-010

09/09/1991
([pdf](#))
~~Redistricting plan (supervisor districts)~~
(91-1097)

Harrison County
09/09/1991
([pdf](#))
Redistricting plan (supervisor districts)
(91-1401)

Jefferson Davis County
09/13/1991
([pdf](#))
Redistricting plan (supervisor districts)
(91-1559)

Montgomery County
09/16/1991
([pdf](#))
Redistricting plan (justice court districts)
(91-1139)

Clarke County
09/24/1991
([pdf](#))
Redistricting plan (supervisor and justice court/constable
districts)
(91-1392)

Marshall County
09/30/1991
([pdf](#))
Redistricting plan (supervisor districts)
(91-1375)

Oktibbeha County
09/30/1991
([pdf](#))
Redistricting plan (supervisor districts)
(91-1451)

Walthall County
09/30/1991
([pdf](#))
Redistricting plan (supervisor districts)
(91-1421)

Lauderdale County
10/07/1991
([pdf](#))
Redistricting plan (supervisor districts)
(91-2342)

Forrest County
10/07/1991
([pdf](#))
Redistricting plan (supervisor districts)
(91-1506)

Tate County
10/11/1991
([pdf](#))
Redistricting plan (supervisor districts)
(91-2967)

Leflore County
10/21/1991
([pdf](#))
Redistricting plan (supervisor districts)
(91-1463)

Sunflower County
10/25/1991
([pdf](#))
Redistricting plan (supervisor districts)
(91-1629)

Perry County
11/19/1991
([pdf](#))
Redistricting plan (supervisor districts)
(91-1598)

Pearl River County
11/25/1991
([pdf](#))
Redistricting plan (supervisor districts)
(91-1579)

Attala County
01/13/1992
([pdf](#))
Redistricting plan (supervisor districts)
(91-2449)

State of Mississippi
03/30/1992
([pdf](#))
Redistricting plan for the Mississippi Senate
(92-0993)

Tallahatchie County
04/27/1992
([pdf](#))
Redistricting plan (supervisor districts)
(91-3011)

TOP

**PTX-063-011**

| | |
|---|---|
| State of Mississippi<br>03/30/1992<br>(pdf) | Redistricting plan for the Mississippi Senate<br>(92-0993) |
| Tallahatchie County<br>04/27/1992<br>(pdf) | Redistricting plan (supervisor districts)<br>(91-3011) |
| State of Mississippi<br>05/01/1992<br>(pdf) | Voucher requirement included in mail-in registration<br>application (requirement that a registered voter attest to the<br>information provided by the applicant)<br>(91-3975) |
| Sunflower County<br>05/21/1992<br>(pdf) | Redistricting plan (supervisor districts)<br>(92-1415) |
| Marshall County<br>10/13/1992<br>(pdf) | Redistricting plan (supervisor districts)<br>(92-3602) |
| Amite County<br>11/30/1992<br>(pdf) | Redistricting plan (supervisor districts)<br>(92-2548) |
| Greenville (Washington Cty.)<br>02/22/1993<br>(pdf) | Redistricting plan<br>(92-4012) |
| Lee County<br>03/22/1993<br>(pdf) | Redistricting plan (supervisor districts)<br>(93-0126) |
| Chickasaw County<br>03/26/1993<br>(pdf) | Redistricting plan (supervisor districts)<br>(92-4440) |
| Gloster (Amite Cty.)<br>03/30/1993<br>(pdf) | Redistricting plan<br>(92-4396) |
| Charleston (Tallahatchie Cty.)<br>06/04/1993<br>(pdf) | Redistricting plan<br>(93-1053) |
| Monroe County<br>09/17/1993<br>(pdf) | 1992 redistricting plan<br>(93-0356) |
| Okolona (Chickasaw Cty.)<br>10/29/1993<br>(pdf) | 1993 redistricting plan (board of aldermembers)<br>(93-1558) |
| State of Mississippi<br>11/24/1993<br>(pdf) | Provisions that the single-member district method of election<br>for consolidated and line consolidated school districts is<br>optional rather than mandatory<br>(90-4933) |
| Canton (Madison Cty.)<br>12/21/1993<br>(pdf) | 1993 redistricting plan (board of aldermembers)<br>(93-0115) |
| Clarke County<br>01/10/1994<br>(pdf) | Special election (constable)<br>(93-4338) |
| Carroll County<br>04/18/1994<br>(pdf) | 1993 redistricting plan<br>(93-2249) |

TOP

**PTX-063-012**

| | | |
|---|---|---|
| Clarke County<br>01/10/1994<br>(pdf) | Special election (constable)<br>(93-4338) | |
| Carroll County<br>04/18/1994<br>(pdf) | 1993 redistricting plan<br>(93-2249) | |
| Quitman (Clarke Cty.)<br>12/19/1994<br>(pdf) | Method of election in the context of the proposed districting plan for both the board of alderpersons and the municipal party committees<br>(94-2431) | |
| Adams County<br>01/30/1995<br>(pdf) | 1994 redistricting plan (board of supervisors)<br>(94-4463) | |
| State of Mississippi<br>02/06/1995<br>(pdf) | Chapter 625, H.B. No. 815 (1994)--prohibits lawmakers from holding dual offices<br>(94-4538) | |
| Monroe County<br>03/20/1995<br>(pdf) | 1995 redistricting plan<br>(95-0118) | |
| Chickasaw County<br>04/11/1995<br>(pdf) | 1994 redistricting plan<br>(94-4316) | |
| Union County<br>06/20/1995<br>(pdf) | 1995 redistricting plan (board of supervisors)<br>(95-1234) | |
| Aberdeen (Monroe Cty.)<br>12/04/1995<br>(pdf) | 1994 redistricting plan<br>(95-1120) | |
| Grenada (Grenada Cty.)<br>03/03/1997<br>(html | pdf) | Special referendum election<br>(96-3225) | |
| State of Mississippi<br>09/22/1997<br>(html | pdf) | Administrative plan for implementation of National Voter Registration Act of 1993 (NVRA)<br>(95-0418) | |
| Grenada (Grenada Cty.)<br>08/17/1998<br>(html | pdf) | Annexation; cancellation of the election; redistricting plan<br>(96-2219; 98-1598; ) | Withdrawn 6-28-05 |
| McComb (Pike Cty.)<br>06/28/1999<br>(html | pdf) | Designation of the American Legion Hut as a polling place<br>(97-3795) | Withdrawn 9-20-99, upon redrawing the boundaries of the voting precinct the polling placeWould serve and establishing a new polling place for the affected minority voters. |
| Kilmichael (Montgomery Cty.)<br>12/11/2001<br>(html | pdf) | Cancellation of the June 5, 2001, general election<br>(2001-2130) | |
| State of Mississippi<br>3/24/2010<br>(html | pdf) | Chapter No. 469 (H.B. 877 (2009)) majority vote requirement for County Boards of Education and the Board of Trustees of certain municipal and special municipal separate school districts embracing an entire county.<br>(2009-2022) | |
| Amite County<br>10/4/2011<br>(html | pdf) | 2011 redistricting plan for the board of supervisors and election commission districts.<br>(2011-1660) | |
| City of Natchez (Adams Cty.) | 2011 redistricting plan | |

Document title: Civil Rights Division | Voting Determination Letters for Mississippi
Capture URL: https://www.justice.gov/crt/voting-determination-letters-mississippi
Capture timestamp (UTC): Mon, 05 Feb 2024 18:26:49 GMT

**PTX-063-013**

(html | pdf)    (90-2219; 98-1598; )

McComb (Pike Cty.)
06/28/1999
(html | pdf)

Designation of the American Legion Hut as a polling place
(97-3795)

Withdrawn 9-20-99, upon redrawing the
boundaries of the voting precinct the
polling placeWould serve and
establishing a new polling place for the
affected minority voters.

Kilmichael (Montgomery Cty.)
12/11/2001
(html | pdf)

Cancellation of the June 5, 2001, general election
(2001-2130)

State of Mississippi
3/24/2010
(html | pdf)

Chapter No. 469 (H.B. 877 (2009)) majority vote requirement
for County Boards of Education and the Board of Trustees of
certain municipal and special municipal separate school
districts embracing an entire county.
(2009-2022)

Amite County
10/4/2011
(html | pdf)

2011 redistricting plan for the board of supervisors and
election commission districts.
(2011-1660)

City of Natchez (Adams Cty.)
4/30/2012
(html | pdf)

2011 redistricting plan
(2011-5368)

City of Clinton (Hinds Cty.)
12/3/2012
(html | pdf)

Redistricting plan
(2012-3120)

Updated August 7, 2015



✉ **Civil Rights Division**
   **U.S. Department of Justice**
   **950 Pennsylvania Avenue NW**
   **Office of the Assistant Attorney**
   **General, Main**
   **Washington DC 20530**

📞 **Civil Rights Division**
   **202-514-3847**

   **TTY**
   **202-514-0716**

🖨 **Signup for Email Updates** ☐
   **Social Media**
   🐦

**U.S. Department of**
**JUSTICE**

**Archives**

**Budget & Performance**

**FOIA**

**Accessibility**

**Legal Policies & Disclaimers**

**Privacy Policy**

**For Employees**

**Information Quality**

**Office of the Inspector**
**General**

**No FEAR Act Data**

**Small Business**

**Vote.gov** ☐

**Español**

**Have a question about**
**Government Services?**
**Contact USA.gov** ☐

⌃
TOP

**PTX-063-014**