EXHIBIT NO. PTX-088 evid.
CAUSE NO. 3:22cv734-DPJ-HSO-LHS
WITNESS
CLERK: _____ SHONE POWELL

FEB 26 2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
Candice Crane, REPORTER

## Certification

I, Delbert Hosemann, Secretary of State of Mississippi, in accordance with Mississippi Code Annotated Sections 23-15-603, 23-15-605, and 23-15-783 (1972), do hereby certify that the attached includes an accurate summation of the whole number of votes given in each county for Presidential Electors for each candidate in the November 4, 2008, General Election for the offices of President and Vice-President of the United States of America.

Given under my hand and seal of the office this the 3rd day of December, 2008.



DELBERT HOSEMANN
SECRETARY OF STATE

3:22-cv-734

PTX-088

# Mississippi Secretary of State

## Total Votes Reported by County for the 2008 General Election

*President and Vice President*

| COUNTY | CANDIDATE | Totals Reporting from County Level | |
|--------|-----------|------------------|------------|
| | | REPORTED VOTES | PERCENTAGE |
| Adams | John McCain for President and Sarah Palin for Vice President, Republican | 6,566 | 41.83% |
| | Barack Obama for President and Joe Biden for Vice President, Democrat | 9,021 | 57.47% |
| | Chuck Baldwin for President and Darrell L. Castle for Vice President, Constitution | 22 | 0.14% |
| | Bob Barr for President and Wayne A. Root for Vice President, Libertarian | 47 | 0.30% |
| | Cynthia A. McKinney for President and Rosa Clemente for Vice President, Green | 6 | 0.04% |
| | Ralph Nader for President and Matt Gonzalez for Vice President, Independent | 30 | 0.19% |
| | Ted C. Weill for President and Frank McEnulty for Vice President, Reform | 4 | 0.03% |
| | **Total for County** | **15,696** | |
| Alcorn | John McCain for President and Sarah Palin for Vice President, Republican | 10,805 | 71.17% |
| | Barack Obama for President and Joe Biden for Vice President, Democrat | 4,130 | 27.20% |
| | Chuck Baldwin for President and Darrell L. Castle for Vice President, Constitution | 37 | 0.24% |
| | Bob Barr for President and Wayne A. Root for Vice President, Libertarian | 45 | 0.30% |
| | Cynthia A. McKinney for President and Rosa Clemente for Vice President, Green | 18 | 0.12% |
| | Ralph Nader for President and Matt Gonzalez for Vice President, Independent | 140 | 0.92% |
| | Ted C. Weill for President and Frank McEnulty for Vice President, Reform | 7 | 0.05% |
| | **Total for County** | **15,182** | |

**PTX-088-002**

# Mississippi Secretary of State

## Total Votes Reported by County for the 2008 General Election

### *President and Vice President*

|  |  | Totals Reporting from County Level | |
|---|---|---|---|
| COUNTY | CANDIDATE | REPORTED VOTES | PERCENTAGE |
| Amite | John McCain for President and Sarah Palin for Vice President, Republican | 4,245 | 55.49% |
|  | Barack Obama for President and Joe Biden for Vice President, Democrat | 3,348 | 43.76% |
|  | Chuck Baldwin for President and Darrell L. Castle for Vice President, Constitution | 16 | 0.21% |
|  | Bob Barr for President and Wayne A. Root for Vice President, Libertarian | 9 | 0.12% |
|  | Cynthia A. McKinney for President and Rosa Clemente for Vice President, Green | 8 | 0.10% |
|  | Ralph Nader for President and Matt Gonzalez for Vice President, Independent | 19 | 0.25% |
|  | Ted C. Weill for President and Frank McEnulty for Vice President, Reform | 5 | 0.07% |
|  | **Total for County** | **7,650** | |
| Attala | John McCain for President and Sarah Palin for Vice President, Republican | 5,273 | 57.42% |
|  | Barack Obama for President and Joe Biden for Vice President, Democrat | 3,849 | 41.91% |
|  | Chuck Baldwin for President and Darrell L. Castle for Vice President, Constitution | 17 | 0.19% |
|  | Bob Barr for President and Wayne A. Root for Vice President, Libertarian | 18 | 0.20% |
|  | Cynthia A. McKinney for President and Rosa Clemente for Vice President, Green | 6 | 0.07% |
|  | Ralph Nader for President and Matt Gonzalez for Vice President, Independent | 17 | 0.19% |
|  | Ted C. Weill for President and Frank McEnulty for Vice President, Reform | 3 | 0.03% |
|  | **Total for County** | **9,183** | |

**PTX-088-003**

# Mississippi Secretary of State

## Total Votes Reported by County for the 2008 General Election

### *President and Vice President*

Totals Reporting from County Level

| COUNTY | CANDIDATE | REPORTED VOTES | PERCENTAGE |
|---|---|---|---|
| Benton | John McCain for President and Sarah Palin for Vice President, Republican | 2,329 | 50.22% |
| | Barack Obama for President and Joe Biden for Vice President, Democrat | 2,227 | 48.02% |
| | Chuck Baldwin for President and Darrell L. Castle for Vice President, Constitution | 30 | 0.65% |
| | Bob Barr for President and Wayne A. Root for Vice President, Libertarian | 14 | 0.30% |
| | Cynthia A. McKinney for President and Rosa Clemente for Vice President, Green | 6 | 0.13% |
| | Ralph Nader for President and Matt Gonzalez for Vice President, Independent | 30 | 0.65% |
| | Ted C. Weill for President and Frank McEnulty for Vice President, Reform | 2 | 0.04% |
| | **Total for County** | **4,638** | |
| Bolivar | John McCain for President and Sarah Palin for Vice President, Republican | 4,891 | 31.80% |
| | Barack Obama for President and Joe Biden for Vice President, Democrat | 10,334 | 67.19% |
| | Chuck Baldwin for President and Darrell L. Castle for Vice President, Constitution | 44 | 0.29% |
| | Bob Barr for President and Wayne A. Root for Vice President, Libertarian | 53 | 0.34% |
| | Cynthia A. McKinney for President and Rosa Clemente for Vice President, Green | 16 | 0.10% |
| | Ralph Nader for President and Matt Gonzalez for Vice President, Independent | 28 | 0.18% |
| | Ted C. Weill for President and Frank McEnulty for Vice President, Reform | 15 | 0.10% |
| | **Total for County** | **15,381** | |

PTX-088-004

# Mississippi Secretary of State

## Total Votes Reported by County for the 2008 General Election

### *President and Vice President*

Totals Reporting from County Level

| COUNTY | CANDIDATE | REPORTED VOTES | PERCENTAGE |
|---|---|---|---|
| Calhoun | John McCain for President and Sarah Palin for Vice President, Republican | 4,467 | 63.51% |
| | Barack Obama for President and Joe Biden for Vice President, Democrat | 2,522 | 35.85% |
| | Chuck Baldwin for President and Darrell L. Castle for Vice President, Constitution | 10 | 0.14% |
| | Bob Barr for President and Wayne A. Root for Vice President, Libertarian | 9 | 0.13% |
| | Cynthia A. McKinney for President and Rosa Clemente for Vice President, Green | 6 | 0.09% |
| | Ralph Nader for President and Matt Gonzalez for Vice President, Independent | 16 | 0.23% |
| | Ted C. Weill for President and Frank McEnulty for Vice President, Reform | 4 | 0.06% |
| | **Total for County** | **7,034** | |
| Carroll | John McCain for President and Sarah Palin for Vice President, Republican | 3,902 | 65.41% |
| | Barack Obama for President and Joe Biden for Vice President, Democrat | 2,037 | 34.15% |
| | Chuck Baldwin for President and Darrell L. Castle for Vice President, Constitution | 6 | 0.10% |
| | Bob Barr for President and Wayne A. Root for Vice President, Libertarian | 6 | 0.10% |
| | Cynthia A. McKinney for President and Rosa Clemente for Vice President, Green | 4 | 0.07% |
| | Ralph Nader for President and Matt Gonzalez for Vice President, Independent | 9 | 0.15% |
| | Ted C. Weill for President and Frank McEnulty for Vice President, Reform | 1 | 0.02% |
| | **Total for County** | **5,965** | |

**PTX-088-005**

# Mississippi Secretary of State

## Total Votes Reported by County for the 2008 General Election

### President and Vice President

| COUNTY | CANDIDATE | REPORTED VOTES | PERCENTAGE |
|--------|-----------|----------------|------------|
| | | Totals Reporting from County Level | |
| Chickasaw | John McCain for President and Sarah Palin for Vice President, Republican | 4,395 | 48.52% |
| | Barack Obama for President and Joe Biden for Vice President, Democrat | 4,588 | 50.65% |
| | Chuck Baldwin for President and Darrell L. Castle for Vice President, Constitution | 21 | 0.23% |
| | Bob Barr for President and Wayne A. Root for Vice President, Libertarian | 15 | 0.17% |
| | Cynthia A. McKinney for President and Rosa Clemente for Vice President, Green | 5 | 0.06% |
| | Ralph Nader for President and Matt Gonzalez for Vice President, Independent | 30 | 0.33% |
| | Ted C. Weill for President and Frank McEnulty for Vice President, Reform | 4 | 0.04% |
| | **Total for County** | **9,058** | |
| Choctaw | John McCain for President and Sarah Palin for Vice President, Republican | 2,624 | 63.57% |
| | Barack Obama for President and Joe Biden for Vice President, Democrat | 1,459 | 35.34% |
| | Chuck Baldwin for President and Darrell L. Castle for Vice President, Constitution | 7 | 0.17% |
| | Bob Barr for President and Wayne A. Root for Vice President, Libertarian | 10 | 0.24% |
| | Cynthia A. McKinney for President and Rosa Clemente for Vice President, Green | 5 | 0.12% |
| | Ralph Nader for President and Matt Gonzalez for Vice President, Independent | 19 | 0.46% |
| | Ted C. Weill for President and Frank McEnulty for Vice President, Reform | 4 | 0.10% |
| | **Total for County** | **4,128** | |

PTX-088-006

# Mississippi Secretary of State

## Total Votes Reported by County for the 2008 General Election

### President and Vice President

|  |  | Totals Reporting from County Level | |
| COUNTY | CANDIDATE | REPORTED VOTES | PERCENTAGE |
| --- | --- | --- | --- |
| Claiborne | John McCain for President and Sarah Palin for Vice President, Republican | 748 | 13.72% |
|  | Barack Obama for President and Joe Biden for Vice President, Democrat | 4,682 | 85.86% |
|  | Chuck Baldwin for President and Darrell L. Castle for Vice President, Constitution | 8 | 0.15% |
|  | Bob Barr for President and Wayne A. Root for Vice President, Libertarian | 12 | 0.22% |
|  | Cynthia A. McKinney for President and Rosa Clemente for Vice President, Green | 2 | 0.04% |
|  | Ted C. Weill for President and Frank McEnulty for Vice President, Reform | 1 | 0.02% |
|  | **Total for County** | **5,453** | |
| Clarke | John McCain for President and Sarah Palin for Vice President, Republican | 5,229 | 62.27% |
|  | Barack Obama for President and Joe Biden for Vice President, Democrat | 3,121 | 37.17% |
|  | Chuck Baldwin for President and Darrell L. Castle for Vice President, Constitution | 11 | 0.13% |
|  | Bob Barr for President and Wayne A. Root for Vice President, Libertarian | 8 | 0.10% |
|  | Cynthia A. McKinney for President and Rosa Clemente for Vice President, Green | 4 | 0.05% |
|  | Ralph Nader for President and Matt Gonzalez for Vice President, Independent | 21 | 0.25% |
|  | Ted C. Weill for President and Frank McEnulty for Vice President, Reform | 3 | 0.04% |
|  | **Total for County** | **8,397** | |

**PTX-088-007**

# Mississippi Secretary of State

## Total Votes Reported by County for the 2008 General Election

### *President and Vice President*

Totals Reporting from County Level

| COUNTY | CANDIDATE | REPORTED VOTES | PERCENTAGE |
|---|---|---|---|
| Clay | John McCain for President and Sarah Palin for Vice President, Republican | 4,466 | 40.26% |
| | Barack Obama for President and Joe Biden for Vice President, Democrat | 6,558 | 59.12% |
| | Chuck Baldwin for President and Darrell L. Castle for Vice President, Constitution | 14 | 0.13% |
| | Bob Barr for President and Wayne A. Root for Vice President, Libertarian | 13 | 0.12% |
| | Cynthia A. McKinney for President and Rosa Clemente for Vice President, Green | 5 | 0.05% |
| | Ralph Nader for President and Matt Gonzalez for Vice President, Independent | 35 | 0.32% |
| | Ted C. Weill for President and Frank McEnulty for Vice President, Reform | 1 | 0.01% |
| | **Total for County** | **11,092** | |
| Coahoma | John McCain for President and Sarah Palin for Vice President, Republican | 2,917 | 27.60% |
| | Barack Obama for President and Joe Biden for Vice President, Democrat | 7,597 | 71.89% |
| | Chuck Baldwin for President and Darrell L. Castle for Vice President, Constitution | 20 | 0.19% |
| | Bob Barr for President and Wayne A. Root for Vice President, Libertarian | 15 | 0.14% |
| | Cynthia A. McKinney for President and Rosa Clemente for Vice President, Green | 3 | 0.03% |
| | Ralph Nader for President and Matt Gonzalez for Vice President, Independent | 13 | 0.12% |
| | Ted C. Weill for President and Frank McEnulty for Vice President, Reform | 3 | 0.03% |
| | **Total for County** | **10,568** | |

PTX-088-008

# Mississippi Secretary of State

## Total Votes Reported by County for the 2008 General Election

*President and Vice President*

| COUNTY | CANDIDATE | Totals Reporting from County Level | |
|---|---|---|---|
| | | REPORTED VOTES | PERCENTAGE |
| Copiah | John McCain for President and Sarah Palin for Vice President, Republican | 6,701 | 46.21% |
| | Barack Obama for President and Joe Biden for Vice President, Democrat | 7,710 | 53.17% |
| | Chuck Baldwin for President and Darrell L. Castle for Vice President, Constitution | 26 | 0.18% |
| | Bob Barr for President and Wayne A. Root for Vice President, Libertarian | 14 | 0.10% |
| | Cynthia A. McKinney for President and Rosa Clemente for Vice President, Green | 13 | 0.09% |
| | Ralph Nader for President and Matt Gonzalez for Vice President, Independent | 31 | 0.21% |
| | Ted C. Weill for President and Frank McEnulty for Vice President, Reform | 7 | 0.05% |
| | **Total for County** | **14,502** | |
| Covington | John McCain for President and Sarah Palin for Vice President, Republican | 5,523 | 58.38% |
| | Barack Obama for President and Joe Biden for Vice President, Democrat | 3,852 | 40.71% |
| | Chuck Baldwin for President and Darrell L. Castle for Vice President, Constitution | 22 | 0.23% |
| | Bob Barr for President and Wayne A. Root for Vice President, Libertarian | 22 | 0.23% |
| | Cynthia A. McKinney for President and Rosa Clemente for Vice President, Green | 4 | 0.04% |
| | Ralph Nader for President and Matt Gonzalez for Vice President, Independent | 31 | 0.33% |
| | Ted C. Weill for President and Frank McEnulty for Vice President, Reform | 7 | 0.07% |
| | **Total for County** | **9,461** | |

**PTX-088-009**

# Mississippi Secretary of State

## Total Votes Reported by County for the 2008 General Election

### *President and Vice President*

Totals Reporting from County Level

| COUNTY | CANDIDATE | REPORTED VOTES | PERCENTAGE |
|--------|-----------|:---:|:---:|
| DeSoto | John McCain for President and Sarah Palin for Vice President, Republican | 44,222 | 68.75% |
| | Barack Obama for President and Joe Biden for Vice President, Democrat | 19,627 | 30.51% |
| | Chuck Baldwin for President and Darrell L. Castle for Vice President, Constitution | 109 | 0.17% |
| | Bob Barr for President and Wayne A. Root for Vice President, Libertarian | 129 | 0.20% |
| | Cynthia A. McKinney for President and Rosa Clemente for Vice President, Green | 26 | 0.04% |
| | Ralph Nader for President and Matt Gonzalez for Vice President, Independent | 202 | 0.31% |
| | Ted C. Weill for President and Frank McEnulty for Vice President, Reform | 8 | 0.01% |
| | **Total for County** | **64,323** | |
| Forrest | John McCain for President and Sarah Palin for Vice President, Republican | 15,296 | 56.27% |
| | Barack Obama for President and Joe Biden for Vice President, Democrat | 11,622 | 42.75% |
| | Chuck Baldwin for President and Darrell L. Castle for Vice President, Constitution | 62 | 0.23% |
| | Bob Barr for President and Wayne A. Root for Vice President, Libertarian | 84 | 0.31% |
| | Cynthia A. McKinney for President and Rosa Clemente for Vice President, Green | 19 | 0.07% |
| | Ralph Nader for President and Matt Gonzalez for Vice President, Independent | 95 | 0.35% |
| | Ted C. Weill for President and Frank McEnulty for Vice President, Reform | 6 | 0.02% |
| | **Total for County** | **27,184** | |

PTX-088-010

# Mississippi Secretary of State

## Total Votes Reported by County for the 2008 General Election

### *President and Vice President*

Totals Reporting from County Level

| COUNTY | CANDIDATE | REPORTED VOTES | PERCENTAGE |
|---|---|---|---|
| Franklin | John McCain for President and Sarah Palin for Vice President, Republican | 2,909 | 62.09% |
| | Barack Obama for President and Joe Biden for Vice President, Democrat | 1,733 | 36.99% |
| | Chuck Baldwin for President and Darrell L. Castle for Vice President, Constitution | 11 | 0.23% |
| | Bob Barr for President and Wayne A. Root for Vice President, Libertarian | 10 | 0.21% |
| | Cynthia A. McKinney for President and Rosa Clemente for Vice President, Green | 4 | 0.09% |
| | Ralph Nader for President and Matt Gonzalez for Vice President, Independent | 17 | 0.36% |
| | Ted C. Weill for President and Frank McEnulty for Vice President, Reform | 1 | 0.02% |
| | **Total for County** | **4,685** | |
| George | John McCain for President and Sarah Palin for Vice President, Republican | 7,700 | 82.49% |
| | Barack Obama for President and Joe Biden for Vice President, Democrat | 1,532 | 16.41% |
| | Chuck Baldwin for President and Darrell L. Castle for Vice President, Constitution | 28 | 0.30% |
| | Bob Barr for President and Wayne A. Root for Vice President, Libertarian | 17 | 0.18% |
| | Cynthia A. McKinney for President and Rosa Clemente for Vice President, Green | 10 | 0.11% |
| | Ralph Nader for President and Matt Gonzalez for Vice President, Independent | 47 | 0.50% |
| | Ted C. Weill for President and Frank McEnulty for Vice President, Reform | 1 | 0.01% |
| | **Total for County** | **9,335** | |

PTX-088-011

# Mississippi Secretary of State

## Total Votes Reported by County for the 2008 General Election

### *President and Vice President*

Totals Reporting from County Level

| COUNTY | CANDIDATE | REPORTED VOTES | PERCENTAGE |
|--------|-----------|----------------|------------|
| Greene | John McCain for President and Sarah Palin for Vice President, Republican | 4,361 | 75.33% |
| | Barack Obama for President and Joe Biden for Vice President, Democrat | 1,366 | 23.60% |
| | Chuck Baldwin for President and Darrell L. Castle for Vice President, Constitution | 15 | 0.26% |
| | Bob Barr for President and Wayne A. Root for Vice President, Libertarian | 17 | 0.29% |
| | Cynthia A. McKinney for President and Rosa Clemente for Vice President, Green | 7 | 0.12% |
| | Ralph Nader for President and Matt Gonzalez for Vice President, Independent | 19 | 0.33% |
| | Ted C. Weill for President and Frank McEnulty for Vice President, Reform | 4 | 0.07% |
| | **Total for County** | **5,789** | |
| Grenada | John McCain for President and Sarah Palin for Vice President, Republican | 6,234 | 55.07% |
| | Barack Obama for President and Joe Biden for Vice President, Democrat | 5,029 | 44.42% |
| | Chuck Baldwin for President and Darrell L. Castle for Vice President, Constitution | 14 | 0.12% |
| | Bob Barr for President and Wayne A. Root for Vice President, Libertarian | 20 | 0.18% |
| | Cynthia A. McKinney for President and Rosa Clemente for Vice President, Green | 7 | 0.06% |
| | Ralph Nader for President and Matt Gonzalez for Vice President, Independent | 15 | 0.13% |
| | Ted C. Weill for President and Frank McEnulty for Vice President, Reform | 2 | 0.02% |
| | **Total for County** | **11,321** | |

**PTX-088-012**

# Mississippi Secretary of State

## Total Votes Reported by County for the 2008 General Election

*President and Vice President*

Totals Reporting from County Level

| COUNTY | CANDIDATE | REPORTED VOTES | PERCENTAGE |
|---|---|---|---|
| Hancock | John McCain for President and Sarah Palin for Vice President, Republican | 13,020 | 76.34% |
| | Barack Obama for President and Joe Biden for Vice President, Democrat | 3,768 | 22.09% |
| | Chuck Baldwin for President and Darrell L. Castle for Vice President, Constitution | 50 | 0.29% |
| | Bob Barr for President and Wayne A. Root for Vice President, Libertarian | 62 | 0.36% |
| | Cynthia A. McKinney for President and Rosa Clemente for Vice President, Green | 26 | 0.15% |
| | Ralph Nader for President and Matt Gonzalez for Vice President, Independent | 125 | 0.73% |
| | Ted C. Weill for President and Frank McEnulty for Vice President, Reform | 5 | 0.03% |
| | **Total for County** | **17,056** | |
| Harrison | John McCain for President and Sarah Palin for Vice President, Republican | 38,757 | 62.55% |
| | Barack Obama for President and Joe Biden for Vice President, Democrat | 22,673 | 36.59% |
| | Chuck Baldwin for President and Darrell L. Castle for Vice President, Constitution | 60 | 0.10% |
| | Bob Barr for President and Wayne A. Root for Vice President, Libertarian | 135 | 0.22% |
| | Cynthia A. McKinney for President and Rosa Clemente for Vice President, Green | 64 | 0.10% |
| | Ralph Nader for President and Matt Gonzalez for Vice President, Independent | 262 | 0.42% |
| | Ted C. Weill for President and Frank McEnulty for Vice President, Reform | 6 | 0.01% |
| | **Total for County** | **61,957** | |

**PTX-088-013**

# Mississippi Secretary of State

## Total Votes Reported by County for the 2008 General Election

### *President and Vice President*

Totals Reporting from County Level

| COUNTY | CANDIDATE | REPORTED VOTES | PERCENTAGE |
|---|---|---|---|
| Hinds | John McCain for President and Sarah Palin for Vice President, Republican | 32,949 | 30.26% |
| | Barack Obama for President and Joe Biden for Vice President, Democrat | 75,401 | 69.24% |
| | Chuck Baldwin for President and Darrell L. Castle for Vice President, Constitution | 149 | 0.14% |
| | Bob Barr for President and Wayne A. Root for Vice President, Libertarian | 127 | 0.12% |
| | Cynthia A. McKinney for President and Rosa Clemente for Vice President, Green | 59 | 0.05% |
| | Ralph Nader for President and Matt Gonzalez for Vice President, Independent | 163 | 0.15% |
| | Ted C. Weill for President and Frank McEnulty for Vice President, Reform | 54 | 0.05% |
| | **Total for County** | **108,902** | |
| Holmes | John McCain for President and Sarah Palin for Vice President, Republican | 1,714 | 17.96% |
| | Barack Obama for President and Joe Biden for Vice President, Democrat | 7,765 | 81.37% |
| | Chuck Baldwin for President and Darrell L. Castle for Vice President, Constitution | 18 | 0.19% |
| | Bob Barr for President and Wayne A. Root for Vice President, Libertarian | 18 | 0.19% |
| | Cynthia A. McKinney for President and Rosa Clemente for Vice President, Green | 9 | 0.09% |
| | Ralph Nader for President and Matt Gonzalez for Vice President, Independent | 13 | 0.14% |
| | Ted C. Weill for President and Frank McEnulty for Vice President, Reform | 6 | 0.06% |
| | **Total for County** | **9,543** | |

**PTX-088-014**

# Mississippi Secretary of State

## Total Votes Reported by County for the 2008 General Election

### *President and Vice President*

Totals Reporting from County Level

| COUNTY | CANDIDATE | REPORTED VOTES | PERCENTAGE |
|---|---|---|---|
| Humphreys | John McCain for President and Sarah Palin for Vice President, Republican | 1,462 | 28.52% |
| | Barack Obama for President and Joe Biden for Vice President, Democrat | 3,634 | 70.89% |
| | Chuck Baldwin for President and Darrell L. Castle for Vice President, Constitution | 6 | 0.12% |
| | Bob Barr for President and Wayne A. Root for Vice President, Libertarian | 11 | 0.21% |
| | Cynthia A. McKinney for President and Rosa Clemente for Vice President, Green | 1 | 0.02% |
| | Ralph Nader for President and Matt Gonzalez for Vice President, Independent | 7 | 0.14% |
| | Ted C. Weill for President and Frank McEnulty for Vice President, Reform | 5 | 0.10% |
| | **Total for County** | **5,126** | |
| Issaquena | John McCain for President and Sarah Palin for Vice President, Republican | 364 | 38.32% |
| | Barack Obama for President and Joe Biden for Vice President, Democrat | 579 | 60.95% |
| | Chuck Baldwin for President and Darrell L. Castle for Vice President, Constitution | 1 | 0.11% |
| | Bob Barr for President and Wayne A. Root for Vice President, Libertarian | 1 | 0.11% |
| | Cynthia A. McKinney for President and Rosa Clemente for Vice President, Green | 1 | 0.11% |
| | Ralph Nader for President and Matt Gonzalez for Vice President, Independent | 4 | 0.42% |
| | **Total for County** | **950** | |

**PTX-088-015**

# Mississippi Secretary of State

## Total Votes Reported by County for the 2008 General Election

### *President and Vice President*

Totals Reporting from County Level

| COUNTY | CANDIDATE | REPORTED VOTES | PERCENTAGE |
|---|---|---|---|
| Itawamba | John McCain for President and Sarah Palin for Vice President, Republican | 7,663 | 77.01% |
| | Barack Obama for President and Joe Biden for Vice President, Democrat | 2,084 | 20.94% |
| | Chuck Baldwin for President and Darrell L. Castle for Vice President, Constitution | 42 | 0.42% |
| | Bob Barr for President and Wayne A. Root for Vice President, Libertarian | 29 | 0.29% |
| | Cynthia A. McKinney for President and Rosa Clemente for Vice President, Green | 18 | 0.18% |
| | Ralph Nader for President and Matt Gonzalez for Vice President, Independent | 110 | 1.11% |
| | Ted C. Weill for President and Frank McEnulty for Vice President, Reform | 5 | 0.05% |
| | **Total for County** | **9,951** | |
| Jackson | John McCain for President and Sarah Palin for Vice President, Republican | 35,993 | 66.29% |
| | Barack Obama for President and Joe Biden for Vice President, Democrat | 17,781 | 32.75% |
| | Chuck Baldwin for President and Darrell L. Castle for Vice President, Constitution | 118 | 0.22% |
| | Bob Barr for President and Wayne A. Root for Vice President, Libertarian | 153 | 0.28% |
| | Cynthia A. McKinney for President and Rosa Clemente for Vice President, Green | 39 | 0.07% |
| | Ralph Nader for President and Matt Gonzalez for Vice President, Independent | 201 | 0.37% |
| | Ted C. Weill for President and Frank McEnulty for Vice President, Reform | 11 | 0.02% |
| | **Total for County** | **54,296** | |

**PTX-088-016**

# Mississippi Secretary of State

## Total Votes Reported by County for the 2008 General Election

### *President and Vice President*

Totals Reporting from County Level

| COUNTY | CANDIDATE | REPORTED VOTES | PERCENTAGE |
|---|---|---|---|
| Jasper | John McCain for President and Sarah Palin for Vice President, Republican | 4,135 | 44.90% |
| | Barack Obama for President and Joe Biden for Vice President, Democrat | 5,025 | 54.56% |
| | Chuck Baldwin for President and Darrell L. Castle for Vice President, Constitution | 12 | 0.13% |
| | Bob Barr for President and Wayne A. Root for Vice President, Libertarian | 13 | 0.14% |
| | Cynthia A. McKinney for President and Rosa Clemente for Vice President, Green | 4 | 0.04% |
| | Ralph Nader for President and Matt Gonzalez for Vice President, Independent | 19 | 0.21% |
| | Ted C. Weill for President and Frank McEnulty for Vice President, Reform | 2 | 0.02% |
| | **Total for County** | **9,210** | |
| Jefferson | John McCain for President and Sarah Palin for Vice President, Republican | 551 | 12.30% |
| | Barack Obama for President and Joe Biden for Vice President, Democrat | 3,883 | 86.71% |
| | Chuck Baldwin for President and Darrell L. Castle for Vice President, Constitution | 24 | 0.54% |
| | Bob Barr for President and Wayne A. Root for Vice President, Libertarian | 8 | 0.18% |
| | Cynthia A. McKinney for President and Rosa Clemente for Vice President, Green | 4 | 0.09% |
| | Ralph Nader for President and Matt Gonzalez for Vice President, Independent | 6 | 0.13% |
| | Ted C. Weill for President and Frank McEnulty for Vice President, Reform | 2 | 0.04% |
| | **Total for County** | **4,478** | |

**PTX-088-017**

# Mississippi Secretary of State

## Total Votes Reported by County for the 2008 General Election

*President and Vice President*

Totals Reporting from County Level

| COUNTY | CANDIDATE | REPORTED VOTES | PERCENTAGE |
|--------|-----------|----------------|------------|
| Jefferson Davis | John McCain for President and Sarah Palin for Vice President, Republican | 2,871 | 38.96% |
| | Barack Obama for President and Joe Biden for Vice President, Democrat | 4,454 | 60.43% |
| | Chuck Baldwin for President and Darrell L. Castle for Vice President, Constitution | 12 | 0.16% |
| | Bob Barr for President and Wayne A. Root for Vice President, Libertarian | 10 | 0.14% |
| | Cynthia A. McKinney for President and Rosa Clemente for Vice President, Green | 8 | 0.11% |
| | Ralph Nader for President and Matt Gonzalez for Vice President, Independent | 11 | 0.15% |
| | Ted C. Weill for President and Frank McEnulty for Vice President, Reform | 4 | 0.05% |
| | **Total for County** | 7,370 | |
| Jones | John McCain for President and Sarah Palin for Vice President, Republican | 20,157 | 68.86% |
| | Barack Obama for President and Joe Biden for Vice President, Democrat | 8,846 | 30.22% |
| | Chuck Baldwin for President and Darrell L. Castle for Vice President, Constitution | 78 | 0.27% |
| | Bob Barr for President and Wayne A. Root for Vice President, Libertarian | 63 | 0.22% |
| | Cynthia A. McKinney for President and Rosa Clemente for Vice President, Green | 32 | 0.11% |
| | Ralph Nader for President and Matt Gonzalez for Vice President, Independent | 93 | 0.32% |
| | Ted C. Weill for President and Frank McEnulty for Vice President, Reform | 4 | 0.01% |
| | **Total for County** | 29,273 | |

PTX-088-018

# Mississippi Secretary of State

## Total Votes Reported by County for the 2008 General Election

### *President and Vice President*

| COUNTY | CANDIDATE | Totals Reporting from County Level | |
|---|---|---|---|
| | | REPORTED VOTES | PERCENTAGE |
| Kemper | John McCain for President and Sarah Palin for Vice President, Republican | 1,935 | 37.05% |
| | Barack Obama for President and Joe Biden for Vice President, Democrat | 3,256 | 62.34% |
| | Chuck Baldwin for President and Darrell L. Castle for Vice President, Constitution | 8 | 0.15% |
| | Bob Barr for President and Wayne A. Root for Vice President, Libertarian | 8 | 0.15% |
| | Cynthia A. McKinney for President and Rosa Clemente for Vice President, Green | 5 | 0.10% |
| | Ralph Nader for President and Matt Gonzalez for Vice President, Independent | 9 | 0.17% |
| | Ted C. Weill for President and Frank McEnulty for Vice President, Reform | 2 | 0.04% |
| | **Total for County** | **5,223** | |
| Lafayette | John McCain for President and Sarah Palin for Vice President, Republican | 10,278 | 55.68% |
| | Barack Obama for President and Joe Biden for Vice President, Democrat | 7,997 | 43.32% |
| | Chuck Baldwin for President and Darrell L. Castle for Vice President, Constitution | 33 | 0.18% |
| | Bob Barr for President and Wayne A. Root for Vice President, Libertarian | 75 | 0.41% |
| | Cynthia A. McKinney for President and Rosa Clemente for Vice President, Green | 13 | 0.07% |
| | Ralph Nader for President and Matt Gonzalez for Vice President, Independent | 62 | 0.34% |
| | Ted C. Weill for President and Frank McEnulty for Vice President, Reform | 2 | 0.01% |
| | **Total for County** | **18,460** | |

**PTX-088-019**

# Mississippi Secretary of State

## Total Votes Reported by County for the 2008 General Election

*President and Vice President*

Totals Reporting from County Level

| COUNTY | CANDIDATE | REPORTED VOTES | PERCENTAGE |
|--------|-----------|----------------|------------|
| Lamar | John McCain for President and Sarah Palin for Vice President, Republican | 18,497 | 77.36% |
| | Barack Obama for President and Joe Biden for Vice President, Democrat | 5,159 | 21.58% |
| | Chuck Baldwin for President and Darrell L. Castle for Vice President, Constitution | 77 | 0.32% |
| | Bob Barr for President and Wayne A. Root for Vice President, Libertarian | 57 | 0.24% |
| | Cynthia A. McKinney for President and Rosa Clemente for Vice President, Green | 25 | 0.10% |
| | Ralph Nader for President and Matt Gonzalez for Vice President, Independent | 82 | 0.34% |
| | Ted C. Weill for President and Frank McEnulty for Vice President, Reform | 13 | 0.05% |
| | **Total for County** | **23,910** | |
| Lauderdale | John McCain for President and Sarah Palin for Vice President, Republican | 19,582 | 59.14% |
| | Barack Obama for President and Joe Biden for Vice President, Democrat | 13,332 | 40.26% |
| | Chuck Baldwin for President and Darrell L. Castle for Vice President, Constitution | 57 | 0.17% |
| | Bob Barr for President and Wayne A. Root for Vice President, Libertarian | 48 | 0.14% |
| | Cynthia A. McKinney for President and Rosa Clemente for Vice President, Green | 21 | 0.06% |
| | Ralph Nader for President and Matt Gonzalez for Vice President, Independent | 66 | 0.20% |
| | Ted C. Weill for President and Frank McEnulty for Vice President, Reform | 8 | 0.02% |
| | **Total for County** | **33,114** | |

PTX-088-020

# Mississippi Secretary of State

## Total Votes Reported by County for the 2008 General Election

*President and Vice President*

| COUNTY | CANDIDATE | REPORTED VOTES | PERCENTAGE |
|--------|-----------|----------------|------------|
| | | Totals Reporting from County Level | |
| Lawrence | John McCain for President and Sarah Palin for Vice President, Republican | 4,369 | 62.33% |
| | Barack Obama for President and Joe Biden for Vice President, Democrat | 2,587 | 36.91% |
| | Chuck Baldwin for President and Darrell L. Castle for Vice President, Constitution | 6 | 0.09% |
| | Bob Barr for President and Wayne A. Root for Vice President, Libertarian | 14 | 0.20% |
| | Cynthia A. McKinney for President and Rosa Clemente for Vice President, Green | 4 | 0.06% |
| | Ralph Nader for President and Matt Gonzalez for Vice President, Independent | 28 | 0.40% |
| | Ted C. Weill for President and Frank McEnulty for Vice President, Reform | 1 | 0.01% |
| | **Total for County** | **7,009** | |
| Leake | John McCain for President and Sarah Palin for Vice President, Republican | 5,148 | 55.01% |
| | Barack Obama for President and Joe Biden for Vice President, Democrat | 4,151 | 44.35% |
| | Chuck Baldwin for President and Darrell L. Castle for Vice President, Constitution | 12 | 0.13% |
| | Bob Barr for President and Wayne A. Root for Vice President, Libertarian | 17 | 0.18% |
| | Cynthia A. McKinney for President and Rosa Clemente for Vice President, Green | 10 | 0.11% |
| | Ralph Nader for President and Matt Gonzalez for Vice President, Independent | 21 | 0.22% |
| | **Total for County** | **9,359** | |

PTX-088-021

# Mississippi Secretary of State

## Total Votes Reported by County for the 2008 General Election

### *President and Vice President*

Totals Reporting from County Level

| COUNTY | CANDIDATE | REPORTED VOTES | PERCENTAGE |
|---|---|---|---|
| Lee | John McCain for President and Sarah Palin for Vice President, Republican | 22,694 | 64.91% |
| | Barack Obama for President and Joe Biden for Vice President, Democrat | 12,021 | 34.39% |
| | Chuck Baldwin for President and Darrell L. Castle for Vice President, Constitution | 48 | 0.14% |
| | Bob Barr for President and Wayne A. Root for Vice President, Libertarian | 55 | 0.16% |
| | Cynthia A. McKinney for President and Rosa Clemente for Vice President, Green | 25 | 0.07% |
| | Ralph Nader for President and Matt Gonzalez for Vice President, Independent | 108 | 0.31% |
| | Ted C. Weill for President and Frank McEnulty for Vice President, Reform | 9 | 0.03% |
| | **Total for County** | **34,960** | |
| Leflore | John McCain for President and Sarah Palin for Vice President, Republican | 4,105 | 31.38% |
| | Barack Obama for President and Joe Biden for Vice President, Democrat | 8,914 | 68.14% |
| | Chuck Baldwin for President and Darrell L. Castle for Vice President, Constitution | 20 | 0.15% |
| | Bob Barr for President and Wayne A. Root for Vice President, Libertarian | 24 | 0.18% |
| | Cynthia A. McKinney for President and Rosa Clemente for Vice President, Green | 6 | 0.05% |
| | Ralph Nader for President and Matt Gonzalez for Vice President, Independent | 10 | 0.08% |
| | Ted C. Weill for President and Frank McEnulty for Vice President, Reform | 2 | 0.02% |
| | **Total for County** | **13,081** | |

PTX-088-022

# Mississippi Secretary of State

## Total Votes Reported by County for the 2008 General Election

*President and Vice President*

Totals Reporting from County Level

| COUNTY | CANDIDATE | REPORTED VOTES | PERCENTAGE |
|--------|-----------|----------------|------------|
| Lincoln | John McCain for President and Sarah Palin for Vice President, Republican | 10,781 | 65.73% |
| | Barack Obama for President and Joe Biden for Vice President, Democrat | 5,505 | 33.56% |
| | Chuck Baldwin for President and Darrell L. Castle for Vice President, Constitution | 37 | 0.23% |
| | Bob Barr for President and Wayne A. Root for Vice President, Libertarian | 19 | 0.12% |
| | Cynthia A. McKinney for President and Rosa Clemente for Vice President, Green | 11 | 0.07% |
| | Ralph Nader for President and Matt Gonzalez for Vice President, Independent | 47 | 0.29% |
| | Ted C. Weill for President and Frank McEnulty for Vice President, Reform | 2 | 0.01% |
| | **Total for County** | **16,402** | |
| Lowndes | John McCain for President and Sarah Palin for Vice President, Republican | 13,994 | 50.95% |
| | Barack Obama for President and Joe Biden for Vice President, Democrat | 13,209 | 48.09% |
| | Chuck Baldwin for President and Darrell L. Castle for Vice President, Constitution | 97 | 0.35% |
| | Bob Barr for President and Wayne A. Root for Vice President, Libertarian | 59 | 0.21% |
| | Cynthia A. McKinney for President and Rosa Clemente for Vice President, Green | 29 | 0.11% |
| | Ralph Nader for President and Matt Gonzalez for Vice President, Independent | 64 | 0.23% |
| | Ted C. Weill for President and Frank McEnulty for Vice President, Reform | 13 | 0.05% |
| | **Total for County** | **27,465** | |

PTX-088-023

# Mississippi Secretary of State

## Total Votes Reported by County for the 2008 General Election

### *President and Vice President*

Totals Reporting from County Level

| COUNTY | CANDIDATE | REPORTED VOTES | PERCENTAGE |
|---|---|---|---|
| Madison | John McCain for President and Sarah Palin for Vice President, Republican | 27,203 | 57.55% |
| | Barack Obama for President and Joe Biden for Vice President, Democrat | 19,831 | 41.95% |
| | Chuck Baldwin for President and Darrell L. Castle for Vice President, Constitution | 65 | 0.14% |
| | Bob Barr for President and Wayne A. Root for Vice President, Libertarian | 74 | 0.16% |
| | Cynthia A. McKinney for President and Rosa Clemente for Vice President, Green | 15 | 0.03% |
| | Ralph Nader for President and Matt Gonzalez for Vice President, Independent | 69 | 0.15% |
| | Ted C. Weill for President and Frank McEnulty for Vice President, Reform | 12 | 0.03% |
| | **Total for County** | **47,269** | |
| Marion | John McCain for President and Sarah Palin for Vice President, Republican | 8,513 | 65.43% |
| | Barack Obama for President and Joe Biden for Vice President, Democrat | 4,422 | 33.99% |
| | Chuck Baldwin for President and Darrell L. Castle for Vice President, Constitution | 23 | 0.18% |
| | Bob Barr for President and Wayne A. Root for Vice President, Libertarian | 21 | 0.16% |
| | Cynthia A. McKinney for President and Rosa Clemente for Vice President, Green | 4 | 0.03% |
| | Ralph Nader for President and Matt Gonzalez for Vice President, Independent | 23 | 0.18% |
| | Ted C. Weill for President and Frank McEnulty for Vice President, Reform | 4 | 0.03% |
| | **Total for County** | **13,010** | |

PTX-088-024

# Mississippi Secretary of State

## Total Votes Reported by County for the 2008 General Election

### *President and Vice President*

|  |  | Totals Reporting from County Level | |
|---|---|---|---|
| COUNTY | CANDIDATE | REPORTED VOTES | PERCENTAGE |
| Marshall | John McCain for President and Sarah Palin for Vice President, Republican | 6,683 | 40.56% |
| | Barack Obama for President and Joe Biden for Vice President, Democrat | 9,685 | 58.78% |
| | Chuck Baldwin for President and Darrell L. Castle for Vice President, Constitution | 35 | 0.21% |
| | Bob Barr for President and Wayne A. Root for Vice President, Libertarian | 29 | 0.18% |
| | Cynthia A. McKinney for President and Rosa Clemente for Vice President, Green | 13 | 0.08% |
| | Ralph Nader for President and Matt Gonzalez for Vice President, Independent | 27 | 0.16% |
| | Ted C. Weill for President and Frank McEnulty for Vice President, Reform | 6 | 0.04% |
| | **Total for County** | **16,478** | |
| Monroe | John McCain for President and Sarah Palin for Vice President, Republican | 10,184 | 58.21% |
| | Barack Obama for President and Joe Biden for Vice President, Democrat | 7,169 | 40.98% |
| | Chuck Baldwin for President and Darrell L. Castle for Vice President, Constitution | 28 | 0.16% |
| | Bob Barr for President and Wayne A. Root for Vice President, Libertarian | 27 | 0.15% |
| | Cynthia A. McKinney for President and Rosa Clemente for Vice President, Green | 14 | 0.08% |
| | Ralph Nader for President and Matt Gonzalez for Vice President, Independent | 69 | 0.39% |
| | Ted C. Weill for President and Frank McEnulty for Vice President, Reform | 5 | 0.03% |
| | **Total for County** | **17,496** | |

**PTX-088-025**

# Mississippi Secretary of State

## Total Votes Reported by County for the 2008 General Election

*President and Vice President*

Totals Reporting from County Level

| COUNTY | CANDIDATE | REPORTED VOTES | PERCENTAGE |
|--------|-----------|----------------|------------|
| Montgomery | John McCain for President and Sarah Palin for Vice President, Republican | 3,071 | 53.76% |
| | Barack Obama for President and Joe Biden for Vice President, Democrat | 2,609 | 45.68% |
| | Chuck Baldwin for President and Darrell L. Castle for Vice President, Constitution | 12 | 0.21% |
| | Bob Barr for President and Wayne A. Root for Vice President, Libertarian | 3 | 0.05% |
| | Cynthia A. McKinney for President and Rosa Clemente for Vice President, Green | 7 | 0.12% |
| | Ralph Nader for President and Matt Gonzalez for Vice President, Independent | 10 | 0.18% |
| | **Total for County** | **5,712** | |
| Neshoba | John McCain for President and Sarah Palin for Vice President, Republican | 8,209 | 72.00% |
| | Barack Obama for President and Joe Biden for Vice President, Democrat | 3,114 | 27.31% |
| | Chuck Baldwin for President and Darrell L. Castle for Vice President, Constitution | 10 | 0.09% |
| | Bob Barr for President and Wayne A. Root for Vice President, Libertarian | 15 | 0.13% |
| | Cynthia A. McKinney for President and Rosa Clemente for Vice President, Green | 16 | 0.14% |
| | Ralph Nader for President and Matt Gonzalez for Vice President, Independent | 36 | 0.32% |
| | Ted C. Weill for President and Frank McEnulty for Vice President, Reform | 2 | 0.02% |
| | **Total for County** | **11,402** | |

**PTX-088-026**

# Mississippi Secretary of State

## Total Votes Reported by County for the 2008 General Election

### *President and Vice President*

| | | Totals Reporting from County Level | |
|---|---|---|---|
| COUNTY | CANDIDATE | REPORTED VOTES | PERCENTAGE |
| Newton | John McCain for President and Sarah Palin for Vice President, Republican | 6,579 | 66.76% |
| | Barack Obama for President and Joe Biden for Vice President, Democrat | 3,218 | 32.65% |
| | Chuck Baldwin for President and Darrell L. Castle for Vice President, Constitution | 20 | 0.20% |
| | Bob Barr for President and Wayne A. Root for Vice President, Libertarian | 11 | 0.11% |
| | Cynthia A. McKinney for President and Rosa Clemente for Vice President, Green | 9 | 0.09% |
| | Ralph Nader for President and Matt Gonzalez for Vice President, Independent | 16 | 0.16% |
| | Ted C. Weill for President and Frank McEnulty for Vice President, Reform | 2 | 0.02% |
| | **Total for County** | **9,855** | |
| Noxubee | John McCain for President and Sarah Palin for Vice President, Republican | 1,525 | 23.14% |
| | Barack Obama for President and Joe Biden for Vice President, Democrat | 5,030 | 76.34% |
| | Chuck Baldwin for President and Darrell L. Castle for Vice President, Constitution | 8 | 0.12% |
| | Bob Barr for President and Wayne A. Root for Vice President, Libertarian | 13 | 0.20% |
| | Cynthia A. McKinney for President and Rosa Clemente for Vice President, Green | 5 | 0.08% |
| | Ralph Nader for President and Matt Gonzalez for Vice President, Independent | 6 | 0.09% |
| | Ted C. Weill for President and Frank McEnulty for Vice President, Reform | 2 | 0.03% |
| | **Total for County** | **6,589** | |

**PTX-088-027**

# Mississippi Secretary of State

## Total Votes Reported by County for the 2008 General Election

*President and Vice President*

Totals Reporting from County Level

| COUNTY | CANDIDATE | REPORTED VOTES | PERCENTAGE |
|--------|-----------|----------------|------------|
| Oktibbeha | John McCain for President and Sarah Palin for Vice President, Republican | 9,320 | 49.60% |
| | Barack Obama for President and Joe Biden for Vice President, Democrat | 9,326 | 49.63% |
| | Chuck Baldwin for President and Darrell L. Castle for Vice President, Constitution | 28 | 0.15% |
| | Bob Barr for President and Wayne A. Root for Vice President, Libertarian | 50 | 0.27% |
| | Cynthia A. McKinney for President and Rosa Clemente for Vice President, Green | 16 | 0.09% |
| | Ralph Nader for President and Matt Gonzalez for Vice President, Independent | 48 | 0.26% |
| | Ted C. Weill for President and Frank McEnulty for Vice President, Reform | 4 | 0.02% |
| | **Total for County** | **18,792** | |
| Panola | John McCain for President and Sarah Palin for Vice President, Republican | 7,620 | 46.42% |
| | Barack Obama for President and Joe Biden for Vice President, Democrat | 8,690 | 52.94% |
| | Chuck Baldwin for President and Darrell L. Castle for Vice President, Constitution | 27 | 0.16% |
| | Bob Barr for President and Wayne A. Root for Vice President, Libertarian | 35 | 0.21% |
| | Cynthia A. McKinney for President and Rosa Clemente for Vice President, Green | 10 | 0.06% |
| | Ralph Nader for President and Matt Gonzalez for Vice President, Independent | 31 | 0.19% |
| | Ted C. Weill for President and Frank McEnulty for Vice President, Reform | 3 | 0.02% |
| | **Total for County** | **16,416** | |

PTX-088-028

# Mississippi Secretary of State

## Total Votes Reported by County for the 2008 General Election

### *President and Vice President*

Totals Reporting from County Level

| COUNTY | CANDIDATE | REPORTED VOTES | PERCENTAGE |
|--------|-----------|----------------|------------|
| Pearl River | John McCain for President and Sarah Palin for Vice President, Republican | 17,881 | 79.67% |
| | Barack Obama for President and Joe Biden for Vice President, Democrat | 4,320 | 19.25% |
| | Chuck Baldwin for President and Darrell L. Castle for Vice President, Constitution | 58 | 0.26% |
| | Bob Barr for President and Wayne A. Root for Vice President, Libertarian | 50 | 0.22% |
| | Cynthia A. McKinney for President and Rosa Clemente for Vice President, Green | 25 | 0.11% |
| | Ralph Nader for President and Matt Gonzalez for Vice President, Independent | 106 | 0.47% |
| | Ted C. Weill for President and Frank McEnulty for Vice President, Reform | 3 | 0.01% |
| | **Total for County** | **22,443** | |
| Perry | John McCain for President and Sarah Palin for Vice President, Republican | 4,067 | 71.80% |
| | Barack Obama for President and Joe Biden for Vice President, Democrat | 1,533 | 27.07% |
| | Chuck Baldwin for President and Darrell L. Castle for Vice President, Constitution | 16 | 0.28% |
| | Bob Barr for President and Wayne A. Root for Vice President, Libertarian | 18 | 0.32% |
| | Cynthia A. McKinney for President and Rosa Clemente for Vice President, Green | 6 | 0.11% |
| | Ralph Nader for President and Matt Gonzalez for Vice President, Independent | 23 | 0.41% |
| | Ted C. Weill for President and Frank McEnulty for Vice President, Reform | 1 | 0.02% |
| | **Total for County** | **5,664** | |

PTX-088-029

# Mississippi Secretary of State

## Total Votes Reported by County for the 2008 General Election

*President and Vice President*

Totals Reporting from County Level

| COUNTY | CANDIDATE | REPORTED VOTES | PERCENTAGE |
|---|---|---|---|
| Pike | John McCain for President and Sarah Palin for Vice President, Republican | 8,651 | 47.91% |
| | Barack Obama for President and Joe Biden for Vice President, Democrat | 9,276 | 51.38% |
| | Chuck Baldwin for President and Darrell L. Castle for Vice President, Constitution | 21 | 0.12% |
| | Bob Barr for President and Wayne A. Root for Vice President, Libertarian | 31 | 0.17% |
| | Cynthia A. McKinney for President and Rosa Clemente for Vice President, Green | 20 | 0.11% |
| | Ralph Nader for President and Matt Gonzalez for Vice President, Independent | 47 | 0.26% |
| | Ted C. Weill for President and Frank McEnulty for Vice President, Reform | 9 | 0.05% |
| | **Total for County** | **18,055** | |
| Pontotoc | John McCain for President and Sarah Palin for Vice President, Republican | 9,727 | 75.59% |
| | Barack Obama for President and Joe Biden for Vice President, Democrat | 2,982 | 23.17% |
| | Chuck Baldwin for President and Darrell L. Castle for Vice President, Constitution | 33 | 0.26% |
| | Bob Barr for President and Wayne A. Root for Vice President, Libertarian | 26 | 0.20% |
| | Cynthia A. McKinney for President and Rosa Clemente for Vice President, Green | 23 | 0.18% |
| | Ralph Nader for President and Matt Gonzalez for Vice President, Independent | 74 | 0.58% |
| | Ted C. Weill for President and Frank McEnulty for Vice President, Reform | 3 | 0.02% |
| | **Total for County** | **12,868** | |

PTX-088-030

# Mississippi Secretary of State

## Total Votes Reported by County for the 2008 General Election

### *President and Vice President*

Totals Reporting from County Level

| COUNTY | CANDIDATE | REPORTED VOTES | PERCENTAGE |
|--------|-----------|----------------|------------|
| Prentiss | John McCain for President and Sarah Palin for Vice President, Republican | 7,703 | 70.39% |
| | Barack Obama for President and Joe Biden for Vice President, Democrat | 3,020 | 27.60% |
| | Chuck Baldwin for President and Darrell L. Castle for Vice President, Constitution | 22 | 0.20% |
| | Bob Barr for President and Wayne A. Root for Vice President, Libertarian | 33 | 0.30% |
| | Cynthia A. McKinney for President and Rosa Clemente for Vice President, Green | 17 | 0.16% |
| | Ralph Nader for President and Matt Gonzalez for Vice President, Independent | 144 | 1.32% |
| | Ted C. Weill for President and Frank McEnulty for Vice President, Reform | 5 | 0.05% |
| | **Total for County** | **10,944** | |
| Quitman | John McCain for President and Sarah Palin for Vice President, Republican | 1,334 | 32.01% |
| | Barack Obama for President and Joe Biden for Vice President, Democrat | 2,803 | 67.25% |
| | Chuck Baldwin for President and Darrell L. Castle for Vice President, Constitution | 6 | 0.14% |
| | Bob Barr for President and Wayne A. Root for Vice President, Libertarian | 10 | 0.24% |
| | Cynthia A. McKinney for President and Rosa Clemente for Vice President, Green | 2 | 0.05% |
| | Ralph Nader for President and Matt Gonzalez for Vice President, Independent | 8 | 0.19% |
| | Ted C. Weill for President and Frank McEnulty for Vice President, Reform | 5 | 0.12% |
| | **Total for County** | **4,168** | |

PTX-088-031

# Mississippi Secretary of State

## Total Votes Reported by County for the 2008 General Election

### *President and Vice President*

Totals Reporting from County Level

| COUNTY | CANDIDATE | REPORTED VOTES | PERCENTAGE |
|---|---|---|---|
| Rankin | John McCain for President and Sarah Palin for Vice President, Republican | 48,140 | 76.29% |
| | Barack Obama for President and Joe Biden for Vice President, Democrat | 14,372 | 22.78% |
| | Chuck Baldwin for President and Darrell L. Castle for Vice President, Constitution | 156 | 0.25% |
| | Bob Barr for President and Wayne A. Root for Vice President, Libertarian | 133 | 0.21% |
| | Cynthia A. McKinney for President and Rosa Clemente for Vice President, Green | 62 | 0.10% |
| | Ralph Nader for President and Matt Gonzalez for Vice President, Independent | 176 | 0.28% |
| | Ted C. Weill for President and Frank McEnulty for Vice President, Reform | 64 | 0.10% |
| | **Total for County** | **63,103** | |
| Scott | John McCain for President and Sarah Palin for Vice President, Republican | 6,584 | 56.41% |
| | Barack Obama for President and Joe Biden for Vice President, Democrat | 5,025 | 43.06% |
| | Chuck Baldwin for President and Darrell L. Castle for Vice President, Constitution | 14 | 0.12% |
| | Bob Barr for President and Wayne A. Root for Vice President, Libertarian | 13 | 0.11% |
| | Cynthia A. McKinney for President and Rosa Clemente for Vice President, Green | 6 | 0.05% |
| | Ralph Nader for President and Matt Gonzalez for Vice President, Independent | 22 | 0.19% |
| | Ted C. Weill for President and Frank McEnulty for Vice President, Reform | 7 | 0.06% |
| | **Total for County** | **11,671** | |

PTX-088-032

# Mississippi Secretary of State

## Total Votes Reported by County for the 2008 General Election

*President and Vice President*

Totals Reporting from County Level

| COUNTY | CANDIDATE | REPORTED VOTES | PERCENTAGE |
|--------|-----------|---------------|------------|
| Sharkey | John McCain for President and Sarah Palin for Vice President, Republican | 873 | 31.23% |
| | Barack Obama for President and Joe Biden for Vice President, Democrat | 1,907 | 68.23% |
| | Chuck Baldwin for President and Darrell L. Castle for Vice President, Constitution | 7 | 0.25% |
| | Bob Barr for President and Wayne A. Root for Vice President, Libertarian | 2 | 0.07% |
| | Cynthia A. McKinney for President and Rosa Clemente for Vice President, Green | 1 | 0.04% |
| | Ralph Nader for President and Matt Gonzalez for Vice President, Independent | 4 | 0.14% |
| | Ted C. Weill for President and Frank McEnulty for Vice President, Reform | 1 | 0.04% |
| | **Total for County** | **2,795** | |
| Simpson | John McCain for President and Sarah Palin for Vice President, Republican | 7,641 | 60.59% |
| | Barack Obama for President and Joe Biden for Vice President, Democrat | 4,817 | 38.20% |
| | Chuck Baldwin for President and Darrell L. Castle for Vice President, Constitution | 49 | 0.39% |
| | Bob Barr for President and Wayne A. Root for Vice President, Libertarian | 23 | 0.18% |
| | Cynthia A. McKinney for President and Rosa Clemente for Vice President, Green | 20 | 0.16% |
| | Ralph Nader for President and Matt Gonzalez for Vice President, Independent | 40 | 0.32% |
| | Ted C. Weill for President and Frank McEnulty for Vice President, Reform | 20 | 0.16% |
| | **Total for County** | **12,610** | |

PTX-088-033

# Mississippi Secretary of State

## Total Votes Reported by County for the 2008 General Election

### *President and Vice President*

Totals Reporting from County Level

| COUNTY | CANDIDATE | REPORTED VOTES | PERCENTAGE |
|---|---|---|---|
| Smith | John McCain for President and Sarah Palin for Vice President, Republican | 6,265 | 75.44% |
| | Barack Obama for President and Joe Biden for Vice President, Democrat | 1,968 | 23.70% |
| | Chuck Baldwin for President and Darrell L. Castle for Vice President, Constitution | 25 | 0.30% |
| | Bob Barr for President and Wayne A. Root for Vice President, Libertarian | 16 | 0.19% |
| | Cynthia A. McKinney for President and Rosa Clemente for Vice President, Green | 5 | 0.06% |
| | Ralph Nader for President and Matt Gonzalez for Vice President, Independent | 25 | 0.30% |
| | Ted C. Weill for President and Frank McEnulty for Vice President, Reform | 1 | 0.01% |
| | **Total for County** | **8,305** | |
| Stone | John McCain for President and Sarah Palin for Vice President, Republican | 5,149 | 71.06% |
| | Barack Obama for President and Joe Biden for Vice President, Democrat | 1,996 | 27.55% |
| | Chuck Baldwin for President and Darrell L. Castle for Vice President, Constitution | 27 | 0.37% |
| | Bob Barr for President and Wayne A. Root for Vice President, Libertarian | 15 | 0.21% |
| | Cynthia A. McKinney for President and Rosa Clemente for Vice President, Green | 9 | 0.12% |
| | Ralph Nader for President and Matt Gonzalez for Vice President, Independent | 44 | 0.61% |
| | Ted C. Weill for President and Frank McEnulty for Vice President, Reform | 6 | 0.08% |
| | **Total for County** | **7,246** | |

PTX-088-034

# Mississippi Secretary of State

## Total Votes Reported by County for the 2008 General Election

### *President and Vice President*

|  |  | Totals Reporting from County Level | |
| --- | --- | --- | --- |
| COUNTY | CANDIDATE | REPORTED VOTES | PERCENTAGE |
| Sunflower | John McCain for President and Sarah Palin for Vice President, Republican | 3,245 | 28.99% |
|  | Barack Obama for President and Joe Biden for Vice President, Democrat | 7,838 | 70.03% |
|  | Chuck Baldwin for President and Darrell L. Castle for Vice President, Constitution | 32 | 0.29% |
|  | Bob Barr for President and Wayne A. Root for Vice President, Libertarian | 27 | 0.24% |
|  | Cynthia A. McKinney for President and Rosa Clemente for Vice President, Green | 16 | 0.14% |
|  | Ralph Nader for President and Matt Gonzalez for Vice President, Independent | 27 | 0.24% |
|  | Ted C. Weill for President and Frank McEnulty for Vice President, Reform | 8 | 0.07% |
|  | **Total for County** | **11,193** |  |
| Tallahatchie | John McCain for President and Sarah Palin for Vice President, Republican | 2,786 | 40.13% |
|  | Barack Obama for President and Joe Biden for Vice President, Democrat | 4,105 | 59.12% |
|  | Chuck Baldwin for President and Darrell L. Castle for Vice President, Constitution | 16 | 0.23% |
|  | Bob Barr for President and Wayne A. Root for Vice President, Libertarian | 9 | 0.13% |
|  | Cynthia A. McKinney for President and Rosa Clemente for Vice President, Green | 8 | 0.12% |
|  | Ralph Nader for President and Matt Gonzalez for Vice President, Independent | 14 | 0.20% |
|  | Ted C. Weill for President and Frank McEnulty for Vice President, Reform | 5 | 0.07% |
|  | **Total for County** | **6,943** |  |

**PTX-088-035**

# Mississippi Secretary of State

## Total Votes Reported by County for the 2008 General Election

### *President and Vice President*

|  |  | Totals Reporting from County Level | |
| COUNTY | CANDIDATE | REPORTED VOTES | PERCENTAGE |
| --- | --- | --- | --- |
| Tate | John McCain for President and Sarah Palin for Vice President, Republican | 7,678 | 60.09% |
| | Barack Obama for President and Joe Biden for Vice President, Democrat | 5,003 | 39.15% |
| | Chuck Baldwin for President and Darrell L. Castle for Vice President, Constitution | 22 | 0.17% |
| | Bob Barr for President and Wayne A. Root for Vice President, Libertarian | 19 | 0.15% |
| | Cynthia A. McKinney for President and Rosa Clemente for Vice President, Green | 9 | 0.07% |
| | Ralph Nader for President and Matt Gonzalez for Vice President, Independent | 42 | 0.33% |
| | Ted C. Weill for President and Frank McEnulty for Vice President, Reform | 5 | 0.04% |
| | **Total for County** | **12,778** | |
| Tippah | John McCain for President and Sarah Palin for Vice President, Republican | 6,937 | 71.33% |
| | Barack Obama for President and Joe Biden for Vice President, Democrat | 2,623 | 26.97% |
| | Chuck Baldwin for President and Darrell L. Castle for Vice President, Constitution | 30 | 0.31% |
| | Bob Barr for President and Wayne A. Root for Vice President, Libertarian | 33 | 0.34% |
| | Cynthia A. McKinney for President and Rosa Clemente for Vice President, Green | 7 | 0.07% |
| | Ralph Nader for President and Matt Gonzalez for Vice President, Independent | 89 | 0.92% |
| | Ted C. Weill for President and Frank McEnulty for Vice President, Reform | 6 | 0.06% |
| | **Total for County** | **9,725** | |

PTX-088-036

# Mississippi Secretary of State

## Total Votes Reported by County for the 2008 General Election

*President and Vice President*

| COUNTY | CANDIDATE | Totals Reporting from County Level | |
|---|---|---|---|
| | | REPORTED VOTES | PERCENTAGE |
| Tishomingo | John McCain for President and Sarah Palin for Vice President, Republican | 6,249 | 74.22% |
| | Barack Obama for President and Joe Biden for Vice President, Democrat | 1,962 | 23.30% |
| | Chuck Baldwin for President and Darrell L. Castle for Vice President, Constitution | 35 | 0.42% |
| | Bob Barr for President and Wayne A. Root for Vice President, Libertarian | 31 | 0.37% |
| | Cynthia A. McKinney for President and Rosa Clemente for Vice President, Green | 16 | 0.19% |
| | Ralph Nader for President and Matt Gonzalez for Vice President, Independent | 121 | 1.44% |
| | Ted C. Weill for President and Frank McEnulty for Vice President, Reform | 5 | 0.06% |
| | **Total for County** | **8,419** | |
| Tunica | John McCain for President and Sarah Palin for Vice President, Republican | 1,017 | 23.48% |
| | Barack Obama for President and Joe Biden for Vice President, Democrat | 3,279 | 75.69% |
| | Chuck Baldwin for President and Darrell L. Castle for Vice President, Constitution | 12 | 0.28% |
| | Bob Barr for President and Wayne A. Root for Vice President, Libertarian | 8 | 0.18% |
| | Cynthia A. McKinney for President and Rosa Clemente for Vice President, Green | 8 | 0.18% |
| | Ralph Nader for President and Matt Gonzalez for Vice President, Independent | 6 | 0.14% |
| | Ted C. Weill for President and Frank McEnulty for Vice President, Reform | 2 | 0.05% |
| | **Total for County** | **4,332** | |

PTX-088-037

# Mississippi Secretary of State

## Total Votes Reported by County for the 2008 General Election

### *President and Vice President*

Totals Reporting from County Level

| COUNTY | CANDIDATE | REPORTED VOTES | PERCENTAGE |
|---|---|---|---|
| Union | John McCain for President and Sarah Palin for Vice President, Republican | 9,072 | 74.39% |
| | Barack Obama for President and Joe Biden for Vice President, Democrat | 2,985 | 24.48% |
| | Chuck Baldwin for President and Darrell L. Castle for Vice President, Constitution | 29 | 0.24% |
| | Bob Barr for President and Wayne A. Root for Vice President, Libertarian | 25 | 0.21% |
| | Cynthia A. McKinney for President and Rosa Clemente for Vice President, Green | 6 | 0.05% |
| | Ralph Nader for President and Matt Gonzalez for Vice President, Independent | 76 | 0.62% |
| | Ted C. Weill for President and Frank McEnulty for Vice President, Reform | 2 | 0.02% |
| | **Total for County** | **12,195** | |
| Walthall | John McCain for President and Sarah Palin for Vice President, Republican | 4,253 | 54.67% |
| | Barack Obama for President and Joe Biden for Vice President, Democrat | 3,456 | 44.42% |
| | Chuck Baldwin for President and Darrell L. Castle for Vice President, Constitution | 20 | 0.26% |
| | Bob Barr for President and Wayne A. Root for Vice President, Libertarian | 17 | 0.22% |
| | Cynthia A. McKinney for President and Rosa Clemente for Vice President, Green | 3 | 0.04% |
| | Ralph Nader for President and Matt Gonzalez for Vice President, Independent | 18 | 0.23% |
| | Ted C. Weill for President and Frank McEnulty for Vice President, Reform | 13 | 0.17% |
| | **Total for County** | **7,780** | |

PTX-088-038

# Mississippi Secretary of State

## Total Votes Reported by County for the 2008 General Election

*President and Vice President*

Totals Reporting from County Level

| COUNTY | CANDIDATE | REPORTED VOTES | PERCENTAGE |
|---|---|---|---|
| Warren | John McCain for President and Sarah Palin for Vice President, Republican | 11,152 | 51.24% |
| | Barack Obama for President and Joe Biden for Vice President, Democrat | 10,489 | 48.19% |
| | Chuck Baldwin for President and Darrell L. Castle for Vice President, Constitution | 37 | 0.17% |
| | Bob Barr for President and Wayne A. Root for Vice President, Libertarian | 28 | 0.13% |
| | Cynthia A. McKinney for President and Rosa Clemente for Vice President, Green | 12 | 0.06% |
| | Ralph Nader for President and Matt Gonzalez for Vice President, Independent | 42 | 0.19% |
| | Ted C. Weill for President and Frank McEnulty for Vice President, Reform | 4 | 0.02% |
| | **Total for County** | **21,764** | |
| Washington | John McCain for President and Sarah Palin for Vice President, Republican | 6,347 | 32.41% |
| | Barack Obama for President and Joe Biden for Vice President, Democrat | 13,148 | 67.14% |
| | Chuck Baldwin for President and Darrell L. Castle for Vice President, Constitution | 27 | 0.14% |
| | Bob Barr for President and Wayne A. Root for Vice President, Libertarian | 22 | 0.11% |
| | Cynthia A. McKinney for President and Rosa Clemente for Vice President, Green | 11 | 0.06% |
| | Ralph Nader for President and Matt Gonzalez for Vice President, Independent | 27 | 0.14% |
| | Ted C. Weill for President and Frank McEnulty for Vice President, Reform | 1 | 0.01% |
| | **Total for County** | **19,583** | |

PTX-088-039

# Mississippi Secretary of State

## Total Votes Reported by County for the 2008 General Election

### *President and Vice President*

Totals Reporting from County Level

| COUNTY | CANDIDATE | REPORTED VOTES | PERCENTAGE |
|---|---|---|---|
| Wayne | John McCain for President and Sarah Palin for Vice President, Republican | 6,070 | 60.57% |
| | Barack Obama for President and Joe Biden for Vice President, Democrat | 3,890 | 38.81% |
| | Chuck Baldwin for President and Darrell L. Castle for Vice President, Constitution | 16 | 0.16% |
| | Bob Barr for President and Wayne A. Root for Vice President, Libertarian | 13 | 0.13% |
| | Cynthia A. McKinney for President and Rosa Clemente for Vice President, Green | 7 | 0.07% |
| | Ralph Nader for President and Matt Gonzalez for Vice President, Independent | 23 | 0.23% |
| | Ted C. Weill for President and Frank McEnulty for Vice President, Reform | 3 | 0.03% |
| | **Total for County** | **10,022** | |
| Webster | John McCain for President and Sarah Palin for Vice President, Republican | 4,072 | 74.62% |
| | Barack Obama for President and Joe Biden for Vice President, Democrat | 1,349 | 24.72% |
| | Chuck Baldwin for President and Darrell L. Castle for Vice President, Constitution | 10 | 0.18% |
| | Bob Barr for President and Wayne A. Root for Vice President, Libertarian | 7 | 0.13% |
| | Cynthia A. McKinney for President and Rosa Clemente for Vice President, Green | 1 | 0.02% |
| | Ralph Nader for President and Matt Gonzalez for Vice President, Independent | 15 | 0.27% |
| | Ted C. Weill for President and Frank McEnulty for Vice President, Reform | 3 | 0.05% |
| | **Total for County** | **5,457** | |

**PTX-088-040**

# Mississippi Secretary of State

## Total Votes Reported by County for the 2008 General Election

### *President and Vice President*

| COUNTY | CANDIDATE | REPORTED VOTES | PERCENTAGE |
|--------|-----------|----------------|------------|
| Wilkinson | John McCain for President and Sarah Palin for Vice President, Republican | 1,560 | 30.36% |
| | Barack Obama for President and Joe Biden for Vice President, Democrat | 3,534 | 68.77% |
| | Chuck Baldwin for President and Darrell L. Castle for Vice President, Constitution | 17 | 0.33% |
| | Bob Barr for President and Wayne A. Root for Vice President, Libertarian | 9 | 0.18% |
| | Cynthia A. McKinney for President and Rosa Clemente for Vice President, Green | 2 | 0.04% |
| | Ralph Nader for President and Matt Gonzalez for Vice President, Independent | 14 | 0.27% |
| | Ted C. Weill for President and Frank McEnulty for Vice President, Reform | 3 | 0.06% |
| | **Total for County** | **5,139** | |
| Winston | John McCain for President and Sarah Palin for Vice President, Republican | 5,497 | 53.78% |
| | Barack Obama for President and Joe Biden for Vice President, Democrat | 4,653 | 45.52% |
| | Chuck Baldwin for President and Darrell L. Castle for Vice President, Constitution | 14 | 0.14% |
| | Bob Barr for President and Wayne A. Root for Vice President, Libertarian | 16 | 0.16% |
| | Cynthia A. McKinney for President and Rosa Clemente for Vice President, Green | 10 | 0.10% |
| | Ralph Nader for President and Matt Gonzalez for Vice President, Independent | 28 | 0.27% |
| | Ted C. Weill for President and Frank McEnulty for Vice President, Reform | 3 | 0.03% |
| | **Total for County** | **10,221** | |

Totals Reporting from County Level

**PTX-088-041**

# Mississippi Secretary of State

## Total Votes Reported by County for the 2008 General Election

### *President and Vice President*

Totals Reporting from County Level

| COUNTY | CANDIDATE | REPORTED VOTES | PERCENTAGE |
|--------|-----------|---------------|------------|
| Yalobusha | John McCain for President and Sarah Palin for Vice President, Republican | 3,628 | 53.15% |
| | Barack Obama for President and Joe Biden for Vice President, Democrat | 3,151 | 46.16% |
| | Chuck Baldwin for President and Darrell L. Castle for Vice President, Constitution | 10 | 0.15% |
| | Bob Barr for President and Wayne A. Root for Vice President, Libertarian | 7 | 0.10% |
| | Cynthia A. McKinney for President and Rosa Clemente for Vice President, Green | 5 | 0.07% |
| | Ralph Nader for President and Matt Gonzalez for Vice President, Independent | 25 | 0.37% |
| | Ted C. Weill for President and Frank McEnulty for Vice President, Reform | 0 | 0.00% |
| | **Total for County** | **6,826** | |
| Yazoo | John McCain for President and Sarah Palin for Vice President, Republican | 5,290 | 46.09% |
| | Barack Obama for President and Joe Biden for Vice President, Democrat | 6,116 | 53.29% |
| | Chuck Baldwin for President and Darrell L. Castle for Vice President, Constitution | 19 | 0.17% |
| | Bob Barr for President and Wayne A. Root for Vice President, Libertarian | 17 | 0.15% |
| | Cynthia A. McKinney for President and Rosa Clemente for Vice President, Green | 10 | 0.09% |
| | Ralph Nader for President and Matt Gonzalez for Vice President, Independent | 21 | 0.18% |
| | Ted C. Weill for President and Frank McEnulty for Vice President, Reform | 4 | 0.03% |
| | **Total for County** | **11,477** | |

**PTX-088-042**

# Mississippi Secretary of State

## Total Votes Reported by County for the 2008 General Election

*President and Vice President*

Totals Reporting from County Level

| COUNTY | CANDIDATE | REPORTED VOTES | PERCENTAGE |
|--------|-----------|----------------|------------|
| | John McCain for President and Sarah Palin for Vice President, Republican | 724,597 | 56.18% |
| | Barack Obama for President and Joe Biden for Vice President, Democrat | 554,662 | 43.00% |
| | Chuck Baldwin for President and Darrell L. Castle for Vice President, Constitution | 2,551 | 0.20% |
| | Bob Barr for President and Wayne A. Root for Vice President, Libertarian | 2,529 | 0.20% |
| | Cynthia A. McKinney for President and Rosa Clemente for Vice President, Green | 1,034 | 0.08% |
| | Ralph Nader for President and Matt Gonzalez for Vice President, Independent | 4,011 | 0.31% |
| | Ted C. Weill for President and Frank McEnulty for Vice President, Reform | 481 | 0.04% |
| | **State Total** | 1,289,865 | |

**PTX-088-043**