EXHIBIT NO. PTX-089 evid.
CAUSE NO. 3:22cv734-DPJ-HSO-LHS
WITNESS
CLERK: _____ SHONE POWELL

FEB 26 2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
Candice Crane, REPORTER

## Certification

I, C. Delbert Hosemann, Jr., Secretary of State of Mississippi, in accordance with Mississippi Code Annotated Sections 23-15-603, 23-15-605, and 23-15-783 (1972), do hereby certify that the attached includes an accurate summation of the whole number of votes given in each county for Presidential Electors for each candidate in the November 6, 2012, General Election for the offices of President and Vice-President of the United States of America.

Given under my hand and seal of the office this the 3rd of December, 2012.



C. DELBERT HOSEMANN, JR.
SECRETARY OF STATE

3:22-cv-734

PTX-089

**PTX-089-001**

# MISSISSIPPI SECRETARY OF STATE

Total Votes Reported by County for the 2012 General Election

## United States President and Vice President

Totals Reporting from County Level

| COUNTY | CANDIDATE | REPORTED VOTES | PERCENTAGE |
|--------|-----------|----------------|------------|
| **Adams** | Barack Obama for President and Joe Biden for Vice President, Democrat | 9061 | 58.66% |
| | Mitt Romney for President and Paul Ryan for Vice President, Republican | 6293 | 40.74% |
| | Virgil Goode for President and Jim Clymer for Vice President, Constitution | 14 | 0.09% |
| | Gary Johnson for President and James P. Gray for Vice President, Libertarian | 60 | 0.39% |
| | Jill Stein for President and Cheri Honkala for Vice President, Green | 13 | 0.08% |
| | Barbara Dale Washer for President and Cathy L. Toole for Vice President, Reform | 6 | 0.04% |
| | **Total For County** | 15447 | |
| **Alcorn** | Barack Obama for President and Joe Biden for Vice President, Democrat | 3511 | 23.67% |
| | Mitt Romney for President and Paul Ryan for Vice President, Republican | 11111 | 74.92% |
| | Virgil Goode for President and Jim Clymer for Vice President, Constitution | 39 | 0.26% |
| | Gary Johnson for President and James P. Gray for Vice President, Libertarian | 129 | 0.87% |
| | Jill Stein for President and Cheri Honkala for Vice President, Green | 28 | 0.19% |
| | Barbara Dale Washer for President and Cathy L. Toole for Vice President, Reform | 12 | 0.08% |
| | **Total For County** | 14830 | |
| **Amite** | Barack Obama for President and Joe Biden for Vice President, Democrat | 3242 | 42.07% |
| | Mitt Romney for President and Paul Ryan for Vice President, Republican | 4414 | 57.28% |
| | Virgil Goode for President and Jim Clymer for Vice President, Constitution | 16 | 0.21% |
| | Gary Johnson for President and James P. Gray for Vice President, Libertarian | 21 | 0.27% |
| | Jill Stein for President and Cheri Honkala for Vice President, Green | 6 | 0.08% |
| | Barbara Dale Washer for President and Cathy L. Toole for Vice President, Reform | 7 | 0.09% |
| | **Total For County** | 7706 | |
| **Attala** | Barack Obama for President and Joe Biden for Vice President, Democrat | 3927 | 43.19% |
| | Mitt Romney for President and Paul Ryan for Vice President, Republican | 5126 | 56.38% |
| | Virgil Goode for President and Jim Clymer for Vice President, Constitution | 11 | 0.12% |

**PTX-089-002**

## MISSISSIPPI SECRETARY OF STATE
Total Votes Reported by County for the 2012 General Election
### United States President and Vice President

Totals Reporting from County Level

| COUNTY | CANDIDATE | REPORTED VOTES | PERCENTAGE |
|---|---|---|---|
| | Gary Johnson for President and James P. Gray for Vice President, Libertarian | 21 | 0.23% |
| | Jill Stein  for President and Cheri Honkala for Vice President, Green | 3 | 0.03% |
| | Barbara Dale Washer  for President and Cathy L. Toole for Vice President, Reform | 4 | 0.04% |
| | **Total For County** | 9092 | |
| Benton | Barack Obama for President and Joe Biden for Vice President, Democrat | 2051 | 49.83% |
| | Mitt Romney for President and Paul Ryan for Vice President, Republican | 2041 | 49.59% |
| | Virgil Goode for President and Jim Clymer for Vice President, Constitution | 6 | 0.15% |
| | Gary Johnson for President and James P. Gray for Vice President, Libertarian | 9 | 0.22% |
| | Jill Stein  for President and Cheri Honkala for Vice President, Green | 6 | 0.15% |
| | Barbara Dale Washer  for President and Cathy L. Toole for Vice President, Reform | 3 | 0.07% |
| | **Total For County** | 4116 | |
| Bolivar | Barack Obama for President and Joe Biden for Vice President, Democrat | 10582 | 68.59% |
| | Mitt Romney for President and Paul Ryan for Vice President, Republican | 4701 | 30.47% |
| | Virgil Goode for President and Jim Clymer for Vice President, Constitution | 49 | 0.32% |
| | Gary Johnson for President and James P. Gray for Vice President, Libertarian | 54 | 0.35% |
| | Jill Stein  for President and Cheri Honkala for Vice President, Green | 23 | 0.15% |
| | Barbara Dale Washer  for President and Cathy L. Toole for Vice President, Reform | 19 | 0.12% |
| | **Total For County** | 15428 | |
| Calhoun | Barack Obama for President and Joe Biden for Vice President, Democrat | 2586 | 36.59% |
| | Mitt Romney for President and Paul Ryan for Vice President, Republican | 4412 | 62.42% |
| | Virgil Goode for President and Jim Clymer for Vice President, Constitution | 17 | 0.24% |
| | Gary Johnson for President and James P. Gray for Vice President, Libertarian | 34 | 0.48% |
| | Jill Stein  for President and Cheri Honkala for Vice President, Green | 5 | 0.07% |
| | Barbara Dale Washer  for President and Cathy L. Toole for Vice President, Reform | 14 | 0.20% |
| | **Total For County** | 7068 | |

2 of 24

**PTX-089-003**

# MISSISSIPPI SECRETARY OF STATE

Total Votes Reported by County for the 2012 General Election
## United States President and Vice President

Totals Reporting from County Level

| COUNTY | CANDIDATE | REPORTED VOTES | PERCENTAGE |
|--------|-----------|----------------|------------|
| Carroll | Barack Obama for President and Joe Biden for Vice President, Democrat | 2007 | 33.49% |
| | Mitt Romney for President and Paul Ryan for Vice President, Republican | 3960 | 66.09% |
| | Virgil Goode for President and Jim Clymer for Vice President, Constitution | 9 | 0.15% |
| | Gary Johnson for President and James P. Gray for Vice President, Libertarian | 13 | 0.22% |
| | Jill Stein  for President and Cheri Honkala for Vice President, Green | 1 | 0.02% |
| | Barbara Dale Washer  for President and Cathy L. Toole for Vice President, Reform | 2 | 0.03% |
| | **Total For County** | **5992** | |
| Chickasaw | Barack Obama for President and Joe Biden for Vice President, Democrat | 4378 | 51.49% |
| | Mitt Romney for President and Paul Ryan for Vice President, Republican | 3994 | 46.97% |
| | Virgil Goode for President and Jim Clymer for Vice President, Constitution | 73 | 0.86% |
| | Gary Johnson for President and James P. Gray for Vice President, Libertarian | 37 | 0.44% |
| | Jill Stein  for President and Cheri Honkala for Vice President, Green | 14 | 0.16% |
| | Barbara Dale Washer  for President and Cathy L. Toole for Vice President, Reform | 7 | 0.08% |
| | **Total For County** | **8503** | |
| Choctaw | Barack Obama for President and Joe Biden for Vice President, Democrat | 1428 | 33.42% |
| | Mitt Romney for President and Paul Ryan for Vice President, Republican | 2812 | 65.81% |
| | Virgil Goode for President and Jim Clymer for Vice President, Constitution | 10 | 0.23% |
| | Gary Johnson for President and James P. Gray for Vice President, Libertarian | 15 | 0.35% |
| | Jill Stein  for President and Cheri Honkala for Vice President, Green | 4 | 0.09% |
| | Barbara Dale Washer  for President and Cathy L. Toole for Vice President, Reform | 4 | 0.09% |
| | **Total For County** | **4273** | |
| Claiborne | Barack Obama for President and Joe Biden for Vice President, Democrat | 4838 | 88.22% |
| | Mitt Romney for President and Paul Ryan for Vice President, Republican | 625 | 11.40% |
| | Virgil Goode for President and Jim Clymer for Vice President, Constitution | 10 | 0.18% |
| | Gary Johnson for President and James P. Gray for Vice President, Libertarian | 7 | 0.13% |

**PTX-089-004**

## MISSISSIPPI SECRETARY OF STATE
Total Votes Reported by County for the 2012 General Election
### United States President and Vice President

Totals Reporting from County Level

| COUNTY | CANDIDATE | REPORTED VOTES | PERCENTAGE |
|--------|-----------|----------------|------------|
| | Jill Stein for President and Cheri Honkala for Vice President, Green | 2 | 0.04% |
| | Barbara Dale Washer for President and Cathy L. Toole for Vice President, Reform | 2 | 0.04% |
| | **Total For County** | 5484 | |
| Clarke | Barack Obama for President and Joe Biden for Vice President, Democrat | 3111 | 37.70% |
| | Mitt Romney for President and Paul Ryan for Vice President, Republican | 5049 | 61.18% |
| | Virgil Goode for President and Jim Clymer for Vice President, Constitution | 48 | 0.58% |
| | Gary Johnson for President and James P. Gray for Vice President, Libertarian | 32 | 0.39% |
| | Jill Stein for President and Cheri Honkala for Vice President, Green | 5 | 0.06% |
| | Barbara Dale Washer for President and Cathy L. Toole for Vice President, Reform | 8 | 0.10% |
| | **Total For County** | 8253 | |
| Clay | Barack Obama for President and Joe Biden for Vice President, Democrat | 6712 | 60.62% |
| | Mitt Romney for President and Paul Ryan for Vice President, Republican | 4291 | 38.76% |
| | Virgil Goode for President and Jim Clymer for Vice President, Constitution | 19 | 0.17% |
| | Gary Johnson for President and James P. Gray for Vice President, Libertarian | 27 | 0.24% |
| | Jill Stein for President and Cheri Honkala for Vice President, Green | 17 | 0.15% |
| | Barbara Dale Washer for President and Cathy L. Toole for Vice President, Reform | 6 | 0.05% |
| | **Total For County** | 11072 | |
| Coahoma | Barack Obama for President and Joe Biden for Vice President, Democrat | 7792 | 73.86% |
| | Mitt Romney for President and Paul Ryan for Vice President, Republican | 2712 | 25.71% |
| | Virgil Goode for President and Jim Clymer for Vice President, Constitution | 9 | 0.09% |
| | Gary Johnson for President and James P. Gray for Vice President, Libertarian | 24 | 0.23% |
| | Jill Stein for President and Cheri Honkala for Vice President, Green | 10 | 0.09% |
| | Barbara Dale Washer for President and Cathy L. Toole for Vice President, Reform | 2 | 0.02% |
| | **Total For County** | 10549 | |
| Copiah | Barack Obama for President and Joe Biden for Vice President, Democrat | 7749 | 54.87% |

4 of 24

**PTX-089-005**

# MISSISSIPPI SECRETARY OF STATE

Total Votes Reported by County for the 2012 General Election
## United States President and Vice President

Totals Reporting from County Level

| COUNTY | CANDIDATE | REPORTED VOTES | PERCENTAGE |
|--------|-----------|----------------|------------|
| | Mitt Romney for President and Paul Ryan for Vice President, Republican | 6282 | 44.48% |
| | Virgil Goode for President and Jim Clymer for Vice President, Constitution | 25 | 0.18% |
| | Gary Johnson for President and James P. Gray for Vice President, Libertarian | 42 | 0.30% |
| | Jill Stein for President and Cheri Honkala for Vice President, Green | 15 | 0.11% |
| | Barbara Dale Washer for President and Cathy L. Toole for Vice President, Reform | 10 | 0.07% |
| | **Total For County** | 14123 | |
| Covington | Barack Obama for President and Joe Biden for Vice President, Democrat | 3878 | 41.48% |
| | Mitt Romney for President and Paul Ryan for Vice President, Republican | 5405 | 57.82% |
| | Virgil Goode for President and Jim Clymer for Vice President, Constitution | 18 | 0.19% |
| | Gary Johnson for President and James P. Gray for Vice President, Libertarian | 32 | 0.34% |
| | Jill Stein for President and Cheri Honkala for Vice President, Green | 7 | 0.07% |
| | Barbara Dale Washer for President and Cathy L. Toole for Vice President, Reform | 8 | 0.09% |
| | **Total For County** | 9348 | |
| Desoto | Barack Obama for President and Joe Biden for Vice President, Democrat | 21575 | 32.79% |
| | Mitt Romney for President and Paul Ryan for Vice President, Republican | 43559 | 66.21% |
| | Virgil Goode for President and Jim Clymer for Vice President, Constitution | 105 | 0.16% |
| | Gary Johnson for President and James P. Gray for Vice President, Libertarian | 438 | 0.67% |
| | Jill Stein for President and Cheri Honkala for Vice President, Green | 73 | 0.11% |
| | Barbara Dale Washer for President and Cathy L. Toole for Vice President, Reform | 44 | 0.07% |
| | **Total For County** | 65794 | |
| Forrest | Barack Obama for President and Joe Biden for Vice President, Democrat | 13272 | 43.89% |
| | Mitt Romney for President and Paul Ryan for Vice President, Republican | 16574 | 54.82% |
| | Virgil Goode for President and Jim Clymer for Vice President, Constitution | 47 | 0.16% |
| | Gary Johnson for President and James P. Gray for Vice President, Libertarian | 255 | 0.84% |
| | Jill Stein for President and Cheri Honkala for Vice President, Green | 69 | 0.23% |

**PTX-089-006**

# MISSISSIPPI SECRETARY OF STATE

Total Votes Reported by County for the 2012 General Election

**United States President and Vice President**

Totals Reporting from County Level

| COUNTY | CANDIDATE | REPORTED VOTES | PERCENTAGE |
|--------|-----------|---------------|------------|
| | Barbara Dale Washer  for President and Cathy L. Toole for Vice President, Reform | 19 | 0.06% |
| | **Total For County** | 30236 | |
| Franklin | Barack Obama for President and Joe Biden for Vice President, Democrat | 1726 | 38.42% |
| | Mitt Romney for President and Paul Ryan for Vice President, Republican | 2735 | 60.87% |
| | Virgil Goode for President and Jim Clymer for Vice President, Constitution | 8 | 0.18% |
| | Gary Johnson for President and James P. Gray for Vice President, Libertarian | 15 | 0.33% |
| | Jill Stein  for President and Cheri Honkala for Vice President, Green | 5 | 0.11% |
| | Barbara Dale Washer  for President and Cathy L. Toole for Vice President, Reform | 4 | 0.09% |
| | **Total For County** | 4493 | |
| George | Barack Obama for President and Joe Biden for Vice President, Democrat | 1359 | 13.79% |
| | Mitt Romney for President and Paul Ryan for Vice President, Republican | 8376 | 84.98% |
| | Virgil Goode for President and Jim Clymer for Vice President, Constitution | 37 | 0.38% |
| | Gary Johnson for President and James P. Gray for Vice President, Libertarian | 51 | 0.52% |
| | Jill Stein  for President and Cheri Honkala for Vice President, Green | 19 | 0.19% |
| | Barbara Dale Washer  for President and Cathy L. Toole for Vice President, Reform | 14 | 0.14% |
| | **Total For County** | 9856 | |
| Greene | Barack Obama for President and Joe Biden for Vice President, Democrat | 1325 | 22.37% |
| | Mitt Romney for President and Paul Ryan for Vice President, Republican | 4531 | 76.51% |
| | Virgil Goode for President and Jim Clymer for Vice President, Constitution | 19 | 0.32% |
| | Gary Johnson for President and James P. Gray for Vice President, Libertarian | 35 | 0.59% |
| | Jill Stein  for President and Cheri Honkala for Vice President, Green | 6 | 0.10% |
| | Barbara Dale Washer  for President and Cathy L. Toole for Vice President, Reform | 6 | 0.10% |
| | **Total For County** | 5922 | |
| Grenada | Barack Obama for President and Joe Biden for Vice President, Democrat | 5288 | 46.65% |
| | Mitt Romney for President and Paul Ryan for Vice President, Republican | 5986 | 52.81% |

6 of 24

**PTX-089-007**

## MISSISSIPPI SECRETARY OF STATE

Total Votes Reported by County for the 2012 General Election
### United States President and Vice President

<span style="color:#4a7ebb">Totals Reporting from County Level</span>

| COUNTY | CANDIDATE | REPORTED VOTES | PERCENTAGE |
|---|---|---|---|
| | Virgil Goode for President and Jim Clymer for Vice President, Constitution | 19 | 0.17% |
| | Gary Johnson for President and James P. Gray for Vice President, Libertarian | 24 | 0.21% |
| | Jill Stein for President and Cheri Honkala for Vice President, Green | 13 | 0.11% |
| | Barbara Dale Washer for President and Cathy L. Toole for Vice President, Reform | 5 | 0.04% |
| | **Total For County** | 11335 | |
| **Hancock** | Barack Obama for President and Joe Biden for Vice President, Democrat | 3917 | 22.82% |
| | Mitt Romney for President and Paul Ryan for Vice President, Republican | 12964 | 75.52% |
| | Virgil Goode for President and Jim Clymer for Vice President, Constitution | 38 | 0.22% |
| | Gary Johnson for President and James P. Gray for Vice President, Libertarian | 185 | 1.08% |
| | Jill Stein for President and Cheri Honkala for Vice President, Green | 39 | 0.23% |
| | Barbara Dale Washer for President and Cathy L. Toole for Vice President, Reform | 24 | 0.14% |
| | **Total For County** | 17167 | |
| **Harrison** | Barack Obama for President and Joe Biden for Vice President, Democrat | 23119 | 36.51% |
| | Mitt Romney for President and Paul Ryan for Vice President, Republican | 39470 | 62.33% |
| | Virgil Goode for President and Jim Clymer for Vice President, Constitution | 88 | 0.14% |
| | Gary Johnson for President and James P. Gray for Vice President, Libertarian | 464 | 0.73% |
| | Jill Stein for President and Cheri Honkala for Vice President, Green | 107 | 0.17% |
| | Barbara Dale Washer for President and Cathy L. Toole for Vice President, Reform | 80 | 0.13% |
| | **Total For County** | 63328 | |
| **Hinds** | Barack Obama for President and Joe Biden for Vice President, Democrat | 76112 | 71.47% |
| | Mitt Romney for President and Paul Ryan for Vice President, Republican | 29664 | 27.86% |
| | Virgil Goode for President and Jim Clymer for Vice President, Constitution | 142 | 0.13% |
| | Gary Johnson for President and James P. Gray for Vice President, Libertarian | 359 | 0.34% |
| | Jill Stein for President and Cheri Honkala for Vice President, Green | 139 | 0.13% |
| | Barbara Dale Washer for President and Cathy L. Toole for Vice President, Reform | 75 | 0.07% |

**PTX-089-008**

# MISSISSIPPI SECRETARY OF STATE

Total Votes Reported by County for the 2012 General Election

**United States President and Vice President**

Totals Reporting from County Level

| COUNTY | CANDIDATE | REPORTED VOTES | PERCENTAGE |
|--------|-----------|:---------------:|:-----------:|
| | Total For County | 106491 | |
| **Holmes** | Barack Obama for President and Joe Biden for Vice President, Democrat | 7812 | 84.11% |
| | Mitt Romney for President and Paul Ryan for Vice President, Republican | 1435 | 15.45% |
| | Virgil Goode for President and Jim Clymer for Vice President, Constitution | 11 | 0.12% |
| | Gary Johnson for President and James P. Gray for Vice President, Libertarian | 17 | 0.18% |
| | Jill Stein  for President and Cheri Honkala for Vice President, Green | 6 | 0.06% |
| | Barbara Dale Washer  for President and Cathy L. Toole for Vice President, Reform | 7 | 0.08% |
| | Total For County | 9288 | |
| **Humphreys** | Barack Obama for President and Joe Biden for Vice President, Democrat | 3903 | 74.88% |
| | Mitt Romney for President and Paul Ryan for Vice President, Republican | 1293 | 24.81% |
| | Virgil Goode for President and Jim Clymer for Vice President, Constitution | 2 | 0.04% |
| | Gary Johnson for President and James P. Gray for Vice President, Libertarian | 7 | 0.13% |
| | Jill Stein  for President and Cheri Honkala for Vice President, Green | 2 | 0.04% |
| | Barbara Dale Washer  for President and Cathy L. Toole for Vice President, Reform | 5 | 0.10% |
| | Total For County | 5212 | |
| **Issaquena** | Barack Obama for President and Joe Biden for Vice President, Democrat | 479 | 60.86% |
| | Mitt Romney for President and Paul Ryan for Vice President, Republican | 302 | 38.37% |
| | Virgil Goode for President and Jim Clymer for Vice President, Constitution | 1 | 0.13% |
| | Gary Johnson for President and James P. Gray for Vice President, Libertarian | 4 | 0.51% |
| | Jill Stein  for President and Cheri Honkala for Vice President, Green | 1 | 0.13% |
| | Barbara Dale Washer  for President and Cathy L. Toole for Vice President, Reform | 0 | 0.00% |
| | Total For County | 787 | |
| **Itawamba** | Barack Obama for President and Joe Biden for Vice President, Democrat | 1706 | 18.31% |
| | Mitt Romney for President and Paul Ryan for Vice President, Republican | 7393 | 79.34% |
| | Virgil Goode for President and Jim Clymer for Vice President, Constitution | 77 | 0.83% |

PTX-089-009

# MISSISSIPPI SECRETARY OF STATE

Total Votes Reported by County for the 2012 General Election
## United States President and Vice President

| COUNTY | CANDIDATE | REPORTED VOTES | PERCENTAGE |
|--------|-----------|----------------|------------|
| | Gary Johnson for President and James P. Gray for Vice President, Libertarian | 106 | 1.14% |
| | Jill Stein for President and Cheri Honkala for Vice President, Green | 17 | 0.18% |
| | Barbara Dale Washer for President and Cathy L. Toole for Vice President, Reform | 19 | 0.20% |
| | **Total For County** | 9318 | |
| Jackson | Barack Obama for President and Joe Biden for Vice President, Democrat | 17299 | 32.24% |
| | Mitt Romney for President and Paul Ryan for Vice President, Republican | 35747 | 66.62% |
| | Virgil Goode for President and Jim Clymer for Vice President, Constitution | 102 | 0.19% |
| | Gary Johnson for President and James P. Gray for Vice President, Libertarian | 396 | 0.74% |
| | Jill Stein for President and Cheri Honkala for Vice President, Green | 84 | 0.16% |
| | Barbara Dale Washer for President and Cathy L. Toole for Vice President, Reform | 27 | 0.05% |
| | **Total For County** | 53655 | |
| Jasper | Barack Obama for President and Joe Biden for Vice President, Democrat | 5097 | 54.57% |
| | Mitt Romney for President and Paul Ryan for Vice President, Republican | 4193 | 44.89% |
| | Virgil Goode for President and Jim Clymer for Vice President, Constitution | 16 | 0.17% |
| | Gary Johnson for President and James P. Gray for Vice President, Libertarian | 24 | 0.26% |
| | Jill Stein for President and Cheri Honkala for Vice President, Green | 4 | 0.04% |
| | Barbara Dale Washer for President and Cathy L. Toole for Vice President, Reform | 6 | 0.06% |
| | **Total For County** | 9340 | |
| Jefferson Davis | Barack Obama for President and Joe Biden for Vice President, Democrat | 4267 | 62.16% |
| | Mitt Romney for President and Paul Ryan for Vice President, Republican | 2507 | 36.52% |
| | Virgil Goode for President and Jim Clymer for Vice President, Constitution | 54 | 0.79% |
| | Gary Johnson for President and James P. Gray for Vice President, Libertarian | 20 | 0.29% |
| | Jill Stein for President and Cheri Honkala for Vice President, Green | 10 | 0.15% |
| | Barbara Dale Washer for President and Cathy L. Toole for Vice President, Reform | 6 | 0.09% |
| | **Total For County** | 6864 | |

# MISSISSIPPI SECRETARY OF STATE

Total Votes Reported by County for the 2012 General Election
## United States President and Vice President

Totals Reporting from County Level

| COUNTY | CANDIDATE | REPORTED VOTES | PERCENTAGE |
|--------|-----------|----------------|------------|
| Jefferson | Barack Obama for President and Joe Biden for Vice President, Democrat | 3951 | 89.13% |
| | Mitt Romney for President and Paul Ryan for Vice President, Republican | 468 | 10.56% |
| | Virgil Goode for President and Jim Clymer for Vice President, Constitution | 3 | 0.07% |
| | Gary Johnson for President and James P. Gray for Vice President, Libertarian | 6 | 0.14% |
| | Jill Stein for President and Cheri Honkala for Vice President, Green | 3 | 0.07% |
| | Barbara Dale Washer for President and Cathy L. Toole for Vice President, Reform | 2 | 0.05% |
| | **Total For County** | 4433 | |
| Jones | Barack Obama for President and Joe Biden for Vice President, Democrat | 9211 | 30.54% |
| | Mitt Romney for President and Paul Ryan for Vice President, Republican | 20687 | 68.59% |
| | Virgil Goode for President and Jim Clymer for Vice President, Constitution | 54 | 0.18% |
| | Gary Johnson for President and James P. Gray for Vice President, Libertarian | 164 | 0.54% |
| | Jill Stein for President and Cheri Honkala for Vice President, Green | 22 | 0.07% |
| | Barbara Dale Washer for President and Cathy L. Toole for Vice President, Reform | 21 | 0.07% |
| | **Total For County** | 30159 | |
| Kemper | Barack Obama for President and Joe Biden for Vice President, Democrat | 3239 | 64.11% |
| | Mitt Romney for President and Paul Ryan for Vice President, Republican | 1789 | 35.41% |
| | Virgil Goode for President and Jim Clymer for Vice President, Constitution | 9 | 0.18% |
| | Gary Johnson for President and James P. Gray for Vice President, Libertarian | 12 | 0.24% |
| | Jill Stein for President and Cheri Honkala for Vice President, Green | 3 | 0.06% |
| | Barbara Dale Washer for President and Cathy L. Toole for Vice President, Reform | 0 | 0.00% |
| | **Total For County** | 5052 | |
| Lafayette | Barack Obama for President and Joe Biden for Vice President, Democrat | 8091 | 41.48% |
| | Mitt Romney for President and Paul Ryan for Vice President, Republican | 11075 | 56.78% |
| | Virgil Goode for President and Jim Clymer for Vice President, Constitution | 40 | 0.21% |
| | Gary Johnson for President and James P. Gray for Vice President, Libertarian | 243 | 1.25% |

10 of 24

**PTX-089-011**

# MISSISSIPPI SECRETARY OF STATE

Total Votes Reported by County for the 2012 General Election
**United States President and Vice President**

Totals Reporting from County Level

| COUNTY | CANDIDATE | REPORTED VOTES | PERCENTAGE |
|--------|-----------|----------------|------------|
| | Jill Stein  for President and Cheri Honkala for Vice President, Green | 47 | 0.24% |
| | Barbara Dale Washer  for President and Cathy L. Toole for Vice President, Reform | 9 | 0.05% |
| | **Total For County** | 19505 | |
| **Lamar** | Barack Obama for President and Joe Biden for Vice President, Democrat | 5494 | 22.07% |
| | Mitt Romney for President and Paul Ryan for Vice President, Republican | 19101 | 76.74% |
| | Virgil Goode for President and Jim Clymer for Vice President, Constitution | 74 | 0.30% |
| | Gary Johnson for President and James P. Gray for Vice President, Libertarian | 173 | 0.70% |
| | Jill Stein  for President and Cheri Honkala for Vice President, Green | 29 | 0.12% |
| | Barbara Dale Washer  for President and Cathy L. Toole for Vice President, Reform | 18 | 0.07% |
| | **Total For County** | 24889 | |
| **Lauderdale** | Barack Obama for President and Joe Biden for Vice President, Democrat | 13814 | 42.15% |
| | Mitt Romney for President and Paul Ryan for Vice President, Republican | 18700 | 57.05% |
| | Virgil Goode for President and Jim Clymer for Vice President, Constitution | 49 | 0.15% |
| | Gary Johnson for President and James P. Gray for Vice President, Libertarian | 157 | 0.48% |
| | Jill Stein  for President and Cheri Honkala for Vice President, Green | 36 | 0.11% |
| | Barbara Dale Washer  for President and Cathy L. Toole for Vice President, Reform | 21 | 0.06% |
| | **Total For County** | 32777 | |
| **Lawrence** | Barack Obama for President and Joe Biden for Vice President, Democrat | 2468 | 36.85% |
| | Mitt Romney for President and Paul Ryan for Vice President, Republican | 4192 | 62.59% |
| | Virgil Goode for President and Jim Clymer for Vice President, Constitution | 12 | 0.18% |
| | Gary Johnson for President and James P. Gray for Vice President, Libertarian | 15 | 0.22% |
| | Jill Stein  for President and Cheri Honkala for Vice President, Green | 8 | 0.12% |
| | Barbara Dale Washer  for President and Cathy L. Toole for Vice President, Reform | 3 | 0.04% |
| | **Total For County** | 6698 | |
| **Leake** | Barack Obama for President and Joe Biden for Vice President, Democrat | 4079 | 45.41% |

**PTX-089-012**

## MISSISSIPPI SECRETARY OF STATE
Total Votes Reported by County for the 2012 General Election
### United States President and Vice President

Totals Reporting from County Level

| COUNTY | CANDIDATE | REPORTED VOTES | PERCENTAGE |
|--------|-----------|----------------|------------|
| | Mitt Romney for President and Paul Ryan for Vice President, Republican | 4863 | 54.14% |
| | Virgil Goode for President and Jim Clymer for Vice President, Constitution | 12 | 0.13% |
| | Gary Johnson for President and James P. Gray for Vice President, Libertarian | 13 | 0.14% |
| | Jill Stein for President and Cheri Honkala for Vice President, Green | 7 | 0.08% |
| | Barbara Dale Washer for President and Cathy L. Toole for Vice President, Reform | 9 | 0.10% |
| | **Total For County** | 8983 | |
| Lee | Barack Obama for President and Joe Biden for Vice President, Democrat | 12563 | 35.58% |
| | Mitt Romney for President and Paul Ryan for Vice President, Republican | 22415 | 63.49% |
| | Virgil Goode for President and Jim Clymer for Vice President, Constitution | 61 | 0.17% |
| | Gary Johnson for President and James P. Gray for Vice President, Libertarian | 204 | 0.58% |
| | Jill Stein for President and Cheri Honkala for Vice President, Green | 35 | 0.10% |
| | Barbara Dale Washer for President and Cathy L. Toole for Vice President, Reform | 28 | 0.08% |
| | **Total For County** | 35306 | |
| Leflore | Barack Obama for President and Joe Biden for Vice President, Democrat | 9119 | 71.39% |
| | Mitt Romney for President and Paul Ryan for Vice President, Republican | 3587 | 28.08% |
| | Virgil Goode for President and Jim Clymer for Vice President, Constitution | 15 | 0.12% |
| | Gary Johnson for President and James P. Gray for Vice President, Libertarian | 34 | 0.27% |
| | Jill Stein for President and Cheri Honkala for Vice President, Green | 11 | 0.09% |
| | Barbara Dale Washer for President and Cathy L. Toole for Vice President, Reform | 7 | 0.05% |
| | **Total For County** | 12773 | |
| Lincoln | Barack Obama for President and Joe Biden for Vice President, Democrat | 5471 | 33.33% |
| | Mitt Romney for President and Paul Ryan for Vice President, Republican | 10839 | 66.04% |
| | Virgil Goode for President and Jim Clymer for Vice President, Constitution | 24 | 0.15% |
| | Gary Johnson for President and James P. Gray for Vice President, Libertarian | 56 | 0.34% |
| | Jill Stein for President and Cheri Honkala for Vice President, Green | 14 | 0.09% |

12 of 24

**PTX-089-013**

# MISSISSIPPI SECRETARY OF STATE

Total Votes Reported by County for the 2012 General Election

**United States President and Vice President**

Totals Reporting from County Level

| COUNTY | CANDIDATE | REPORTED VOTES | PERCENTAGE |
|--------|-----------|----------------|------------|
| | Barbara Dale Washer  for President and Cathy L. Toole to Vice President, Reform | 10 | 0.06% |
| | **Total For County** | 16414 | |
| Lowndes | Barack Obama for President and Joe Biden for Vice President, Democrat | 13388 | 49.30% |
| | Mitt Romney for President and Paul Ryan for Vice President, Republican | 13518 | 49.78% |
| | Virgil Goode for President and Jim Clymer for Vice President, Constitution | 110 | 0.41% |
| | Gary Johnson for President and James P. Gray for Vice President, Libertarian | 97 | 0.36% |
| | Jill Stein  for President and Cheri Honkala for Vice President, Green | 30 | 0.11% |
| | Barbara Dale Washer  for President and Cathy L. Toole for Vice President, Reform | 15 | 0.06% |
| | **Total For County** | 27158 | |
| Madison | Barack Obama for President and Joe Biden for Vice President, Democrat | 20722 | 41.80% |
| | Mitt Romney for President and Paul Ryan for Vice President, Republican | 28507 | 57.51% |
| | Virgil Goode for President and Jim Clymer for Vice President, Constitution | 64 | 0.13% |
| | Gary Johnson for President and James P. Gray for Vice President, Libertarian | 219 | 0.44% |
| | Jill Stein  for President and Cheri Honkala for Vice President, Green | 45 | 0.09% |
| | Barbara Dale Washer  for President and Cathy L. Toole for Vice President, Reform | 14 | 0.03% |
| | **Total For County** | 49571 | |
| Marion | Barack Obama for President and Joe Biden for Vice President, Democrat | 4393 | 34.51% |
| | Mitt Romney for President and Paul Ryan for Vice President, Republican | 8237 | 64.71% |
| | Virgil Goode for President and Jim Clymer for Vice President, Constitution | 20 | 0.16% |
| | Gary Johnson for President and James P. Gray for Vice President, Libertarian | 49 | 0.38% |
| | Jill Stein  for President and Cheri Honkala for Vice President, Green | 15 | 0.12% |
| | Barbara Dale Washer  for President and Cathy L. Toole for Vice President, Reform | 15 | 0.12% |
| | **Total For County** | 12729 | |
| Marshall | Barack Obama for President and Joe Biden for Vice President, Democrat | 9650 | 59.42% |
| | Mitt Romney for President and Paul Ryan for Vice President, Republican | 6473 | 39.86% |

**PTX-089-014**

## MISSISSIPPI SECRETARY OF STATE

Total Votes Reported by County for the 2012 General Election
**United States President and Vice President**

Totals Reporting from County Level

| COUNTY | CANDIDATE | REPORTED VOTES | PERCENTAGE |
|--------|-----------|----------------|------------|
| | Virgil Goode for President and Jim Clymer for Vice President, Constitution | 30 | 0.18% |
| | Gary Johnson for President and James P. Gray for Vice President, Libertarian | 56 | 0.34% |
| | Jill Stein for President and Cheri Honkala for Vice President, Green | 22 | 0.14% |
| | Barbara Dale Washer for President and Cathy L. Toole for Vice President, Reform | 9 | 0.06% |
| | **Total For County** | 16240 | |
| **Monroe** | Barack Obama for President and Joe Biden for Vice President, Democrat | 7056 | 41.71% |
| | Mitt Romney for President and Paul Ryan for Vice President, Republican | 9723 | 57.47% |
| | Virgil Goode for President and Jim Clymer for Vice President, Constitution | 45 | 0.27% |
| | Gary Johnson for President and James P. Gray for Vice President, Libertarian | 62 | 0.37% |
| | Jill Stein for President and Cheri Honkala for Vice President, Green | 19 | 0.11% |
| | Barbara Dale Washer for President and Cathy L. Toole for Vice President, Reform | 13 | 0.08% |
| | **Total For County** | 16918 | |
| **Montgomery** | Barack Obama for President and Joe Biden for Vice President, Democrat | 2675 | 47.39% |
| | Mitt Romney for President and Paul Ryan for Vice President, Republican | 2947 | 52.21% |
| | Virgil Goode for President and Jim Clymer for Vice President, Constitution | 3 | 0.05% |
| | Gary Johnson for President and James P. Gray for Vice President, Libertarian | 13 | 0.23% |
| | Jill Stein for President and Cheri Honkala for Vice President, Green | 4 | 0.07% |
| | Barbara Dale Washer for President and Cathy L. Toole for Vice President, Reform | 3 | 0.05% |
| | **Total For County** | 5645 | |
| **Neshoba** | Barack Obama for President and Joe Biden for Vice President, Democrat | 3089 | 28.04% |
| | Mitt Romney for President and Paul Ryan for Vice President, Republican | 7837 | 71.15% |
| | Virgil Goode for President and Jim Clymer for Vice President, Constitution | 23 | 0.21% |
| | Gary Johnson for President and James P. Gray for Vice President, Libertarian | 44 | 0.40% |
| | Jill Stein for President and Cheri Honkala for Vice President, Green | 10 | 0.09% |
| | Barbara Dale Washer for President and Cathy L. Toole for Vice President, Reform | 12 | 0.11% |

**PTX-089-015**

# MISSISSIPPI SECRETARY OF STATE

Total Votes Reported by County for the 2012 General Election

## United States President and Vice President

Totals Reporting from County Level

| COUNTY | CANDIDATE | REPORTED VOTES | PERCENTAGE |
|--------|-----------|----------------|------------|
| | Total For County | 11015 | |
| | | | |
| **Newton** | Barack Obama for President and Joe Biden for Vice President, Democrat | 3319 | 33.95% |
| | Mitt Romney for President and Paul Ryan for Vice President, Republican | 6394 | 65.40% |
| | Virgil Goode for President and Jim Clymer for Vice President, Constitution | 18 | 0.18% |
| | Gary Johnson for President and James P. Gray for Vice President, Libertarian | 39 | 0.40% |
| | Jill Stein for President and Cheri Honkala for Vice President, Green | 6 | 0.06% |
| | Barbara Dale Washer for President and Cathy L. Toole for Vice President, Reform | 1 | 0.01% |
| | Total For County | 9777 | |
| | | | |
| **Noxubee** | Barack Obama for President and Joe Biden for Vice President, Democrat | 4920 | 78.54% |
| | Mitt Romney for President and Paul Ryan for Vice President, Republican | 1325 | 21.15% |
| | Virgil Goode for President and Jim Clymer for Vice President, Constitution | 3 | 0.05% |
| | Gary Johnson for President and James P. Gray for Vice President, Libertarian | 10 | 0.16% |
| | Jill Stein for President and Cheri Honkala for Vice President, Green | 5 | 0.08% |
| | Barbara Dale Washer for President and Cathy L. Toole for Vice President, Reform | 1 | 0.02% |
| | Total For County | 6264 | |
| | | | |
| **Oktibbeha** | Barack Obama for President and Joe Biden for Vice President, Democrat | 9095 | 50.20% |
| | Mitt Romney for President and Paul Ryan for Vice President, Republican | 8761 | 48.36% |
| | Virgil Goode for President and Jim Clymer for Vice President, Constitution | 40 | 0.22% |
| | Gary Johnson for President and James P. Gray for Vice President, Libertarian | 168 | 0.93% |
| | Jill Stein for President and Cheri Honkala for Vice President, Green | 48 | 0.26% |
| | Barbara Dale Washer for President and Cathy L. Toole for Vice President, Reform | 5 | 0.03% |
| | Total For County | 18117 | |
| | | | |
| **Panola** | Barack Obama for President and Joe Biden for Vice President, Democrat | 9079 | 53.96% |
| | Mitt Romney for President and Paul Ryan for Vice President, Republican | 7629 | 45.34% |
| | Virgil Goode for President and Jim Clymer for Vice President, Constitution | 28 | 0.17% |

PTX-089-016

# MISSISSIPPI SECRETARY OF STATE

Total Votes Reported by County for the 2012 General Election
**United States President and Vice President**

Totals Reporting from County Level

| COUNTY | CANDIDATE | REPORTED VOTES | PERCENTAGE |
|---|---|---|---|
| | Gary Johnson for President and James P. Gray for Vice President, Libertarian | 64 | 0.38% |
| | Jill Stein for President and Cheri Honkala for Vice President, Green | 13 | 0.08% |
| | Barbara Dale Washer for President and Cathy L. Toole for Vice President, Reform | 13 | 0.08% |
| | **Total For County** | 16826 | |
| **Pearl River** | Barack Obama for President and Joe Biden for Vice President, Democrat | 4366 | 19.65% |
| | Mitt Romney for President and Paul Ryan for Vice President, Republican | 17549 | 78.96% |
| | Virgil Goode for President and Jim Clymer for Vice President, Constitution | 60 | 0.27% |
| | Gary Johnson for President and James P. Gray for Vice President, Libertarian | 195 | 0.88% |
| | Jill Stein for President and Cheri Honkala for Vice President, Green | 31 | 0.14% |
| | Barbara Dale Washer for President and Cathy L. Toole for Vice President, Reform | 23 | 0.10% |
| | **Total For County** | 22224 | |
| **Perry** | Barack Obama for President and Joe Biden for Vice President, Democrat | 1527 | 26.69% |
| | Mitt Romney for President and Paul Ryan for Vice President, Republican | 4137 | 72.30% |
| | Virgil Goode for President and Jim Clymer for Vice President, Constitution | 10 | 0.17% |
| | Gary Johnson for President and James P. Gray for Vice President, Libertarian | 32 | 0.56% |
| | Jill Stein for President and Cheri Honkala for Vice President, Green | 9 | 0.16% |
| | Barbara Dale Washer for President and Cathy L. Toole for Vice President, Reform | 7 | 0.12% |
| | **Total For County** | 5722 | |
| **Pike** | Barack Obama for President and Joe Biden for Vice President, Democrat | 9650 | 53.69% |
| | Mitt Romney for President and Paul Ryan for Vice President, Republican | 8181 | 45.52% |
| | Virgil Goode for President and Jim Clymer for Vice President, Constitution | 35 | 0.19% |
| | Gary Johnson for President and James P. Gray for Vice President, Libertarian | 82 | 0.46% |
| | Jill Stein for President and Cheri Honkala for Vice President, Green | 16 | 0.09% |
| | Barbara Dale Washer for President and Cathy L. Toole for Vice President, Reform | 10 | 0.06% |
| | **Total For County** | 17974 | |

**PTX-089-017**

# MISSISSIPPI SECRETARY OF STATE

Total Votes Reported by County for the 2012 General Election

## United States President and Vice President

Totals Reporting from County Level

| COUNTY | CANDIDATE | REPORTED VOTES | PERCENTAGE |
|--------|-----------|----------------|------------|
| Pontotoc | Barack Obama for President and Joe Biden for Vice President, Democrat | 2804 | 22.59% |
| | Mitt Romney for President and Paul Ryan for Vice President, Republican | 9448 | 76.13% |
| | Virgil Goode for President and Jim Clymer for Vice President, Constitution | 39 | 0.31% |
| | Gary Johnson for President and James P. Gray for Vice President, Libertarian | 90 | 0.73% |
| | Jill Stein  for President and Cheri Honkala for Vice President, Green | 21 | 0.17% |
| | Barbara Dale Washer  for President and Cathy L. Toole for Vice President, Reform | 9 | 0.07% |
| | **Total For County** | 12411 | |
| Prentiss | Barack Obama for President and Joe Biden for Vice President, Democrat | 2817 | 28.08% |
| | Mitt Romney for President and Paul Ryan for Vice President, Republican | 7075 | 70.52% |
| | Virgil Goode for President and Jim Clymer for Vice President, Constitution | 40 | 0.40% |
| | Gary Johnson for President and James P. Gray for Vice President, Libertarian | 74 | 0.74% |
| | Jill Stein  for President and Cheri Honkala for Vice President, Green | 18 | 0.18% |
| | Barbara Dale Washer  for President and Cathy L. Toole for Vice President, Reform | 9 | 0.09% |
| | **Total For County** | 10033 | |
| Quitman | Barack Obama for President and Joe Biden for Vice President, Democrat | 2837 | 71.30% |
| | Mitt Romney for President and Paul Ryan for Vice President, Republican | 1116 | 28.05% |
| | Virgil Goode for President and Jim Clymer for Vice President, Constitution | 6 | 0.15% |
| | Gary Johnson for President and James P. Gray for Vice President, Libertarian | 10 | 0.25% |
| | Jill Stein  for President and Cheri Honkala for Vice President, Green | 7 | 0.18% |
| | Barbara Dale Washer  for President and Cathy L. Toole for Vice President, Reform | 3 | 0.08% |
| | **Total For County** | 3979 | |
| Rankin | Barack Obama for President and Joe Biden for Vice President, Democrat | 14988 | 23.37% |
| | Mitt Romney for President and Paul Ryan for Vice President, Republican | 48444 | 75.52% |
| | Virgil Goode for President and Jim Clymer for Vice President, Constitution | 98 | 0.15% |
| | Gary Johnson for President and James P. Gray for Vice President, Libertarian | 436 | 0.68% |

PTX-089-018

# MISSISSIPPI SECRETARY OF STATE

Total Votes Reported by County for the 2012 General Election
## United States President and Vice President

Totals Reporting from County Level

| COUNTY | CANDIDATE | REPORTED VOTES | PERCENTAGE |
|--------|-----------|----------------|------------|
| | Jill Stein for President and Cheri Honkala for Vice President, Green | 89 | 0.14% |
| | Barbara Dale Washer for President and Cathy L. Toole for Vice President, Reform | 90 | 0.14% |
| | **Total For County** | 64145 | |
| | | | |
| **Scott** | Barack Obama for President and Joe Biden for Vice President, Democrat | 5031 | 44.91% |
| | Mitt Romney for President and Paul Ryan for Vice President, Republican | 6089 | 54.36% |
| | Virgil Goode for President and Jim Clymer for Vice President, Constitution | 26 | 0.23% |
| | Gary Johnson for President and James P. Gray for Vice President, Libertarian | 44 | 0.39% |
| | Jill Stein for President and Cheri Honkala for Vice President, Green | 6 | 0.05% |
| | Barbara Dale Washer for President and Cathy L. Toole for Vice President, Reform | 6 | 0.05% |
| | **Total For County** | 11202 | |
| | | | |
| **Sharkey** | Barack Obama for President and Joe Biden for Vice President, Democrat | 1782 | 70.38% |
| | Mitt Romney for President and Paul Ryan for Vice President, Republican | 737 | 29.11% |
| | Virgil Goode for President and Jim Clymer for Vice President, Constitution | 4 | 0.16% |
| | Gary Johnson for President and James P. Gray for Vice President, Libertarian | 5 | 0.20% |
| | Jill Stein for President and Cheri Honkala for Vice President, Green | 1 | 0.04% |
| | Barbara Dale Washer for President and Cathy L. Toole for Vice President, Reform | 3 | 0.12% |
| | **Total For County** | 2532 | |
| | | | |
| **Simpson** | Barack Obama for President and Joe Biden for Vice President, Democrat | 4723 | 38.56% |
| | Mitt Romney for President and Paul Ryan for Vice President, Republican | 7424 | 60.61% |
| | Virgil Goode for President and Jim Clymer for Vice President, Constitution | 32 | 0.26% |
| | Gary Johnson for President and James P. Gray for Vice President, Libertarian | 47 | 0.38% |
| | Jill Stein for President and Cheri Honkala for Vice President, Green | 12 | 0.10% |
| | Barbara Dale Washer for President and Cathy L. Toole for Vice President, Reform | 11 | 0.09% |
| | **Total For County** | 12249 | |
| | | | |
| **Smith** | Barack Obama for President and Joe Biden for Vice President, Democrat | 1979 | 24.44% |

18 of 24

# MISSISSIPPI SECRETARY OF STATE

Total Votes Reported by County for the 2012 General Election

## United States President and Vice President

<span style="color:blue">Totals Reporting from County Level</span>

| COUNTY | CANDIDATE | REPORTED VOTES | PERCENTAGE |
|--------|-----------|----------------|------------|
| | Mitt Romney for President and Paul Ryan for Vice President, Republican | 6049 | 74.69% |
| | Virgil Goode for President and Jim Clymer for Vice President, Constitution | 20 | 0.25% |
| | Gary Johnson for President and James P. Gray for Vice President, Libertarian | 36 | 0.44% |
| | Jill Stein for President and Cheri Honkala for Vice President, Green | 9 | 0.11% |
| | Barbara Dale Washer for President and Cathy L. Toole for Vice President, Reform | 6 | 0.07% |
| | **Total For County** | 8099 | |
| Stone | Barack Obama for President and Joe Biden for Vice President, Democrat | 2003 | 26.59% |
| | Mitt Romney for President and Paul Ryan for Vice President, Republican | 5420 | 71.96% |
| | Virgil Goode for President and Jim Clymer for Vice President, Constitution | 20 | 0.27% |
| | Gary Johnson for President and James P. Gray for Vice President, Libertarian | 67 | 0.89% |
| | Jill Stein for President and Cheri Honkala for Vice President, Green | 10 | 0.13% |
| | Barbara Dale Washer for President and Cathy L. Toole for Vice President, Reform | 12 | 0.16% |
| | **Total For County** | 7532 | |
| Sunflower | Barack Obama for President and Joe Biden for Vice President, Democrat | 8199 | 73.02% |
| | Mitt Romney for President and Paul Ryan for Vice President, Republican | 2929 | 26.09% |
| | Virgil Goode for President and Jim Clymer for Vice President, Constitution | 54 | 0.48% |
| | Gary Johnson for President and James P. Gray for Vice President, Libertarian | 28 | 0.25% |
| | Jill Stein for President and Cheri Honkala for Vice President, Green | 11 | 0.10% |
| | Barbara Dale Washer for President and Cathy L. Toole for Vice President, Reform | 7 | 0.06% |
| | **Total For County** | 11228 | |
| Tallahatchie | Barack Obama for President and Joe Biden for Vice President, Democrat | 3959 | 60.88% |
| | Mitt Romney for President and Paul Ryan for Vice President, Republican | 2499 | 38.43% |
| | Virgil Goode for President and Jim Clymer for Vice President, Constitution | 7 | 0.11% |
| | Gary Johnson for President and James P. Gray for Vice President, Libertarian | 24 | 0.37% |
| | Jill Stein for President and Cheri Honkala for Vice President, Green | 11 | 0.17% |

**PTX-089-020**

# MISSISSIPPI SECRETARY OF STATE

Total Votes Reported by County for the 2012 General Election
## United States President and Vice President

Totals Reporting from County Level

| COUNTY | CANDIDATE | REPORTED VOTES | PERCENTAGE |
|---|---|---|---|
| | Barbara Dale Washer for President and Cathy L. Toole for Vice President, Reform | 3 | 0.05% |
| | **Total For County** | 6503 | |
| | | | |
| Tate | Barack Obama for President and Joe Biden for Vice President, Democrat | 4933 | 39.76% |
| | Mitt Romney for President and Paul Ryan for Vice President, Republican | 7332 | 59.10% |
| | Virgil Goode for President and Jim Clymer for Vice President, Constitution | 29 | 0.23% |
| | Gary Johnson for President and James P. Gray for Vice President, Libertarian | 72 | 0.58% |
| | Jill Stein for President and Cheri Honkala for Vice President, Green | 27 | 0.22% |
| | Barbara Dale Washer for President and Cathy L. Toole for Vice President, Reform | 13 | 0.10% |
| | **Total For County** | 12406 | |
| | | | |
| Tippah | Barack Obama for President and Joe Biden for Vice President, Democrat | 2317 | 25.28% |
| | Mitt Romney for President and Paul Ryan for Vice President, Republican | 6717 | 73.30% |
| | Virgil Goode for President and Jim Clymer for Vice President, Constitution | 37 | 0.40% |
| | Gary Johnson for President and James P. Gray for Vice President, Libertarian | 66 | 0.72% |
| | Jill Stein for President and Cheri Honkala for Vice President, Green | 12 | 0.13% |
| | Barbara Dale Washer for President and Cathy L. Toole for Vice President, Reform | 15 | 0.16% |
| | **Total For County** | 9164 | |
| | | | |
| Tishomingo | Barack Obama for President and Joe Biden for Vice President, Democrat | 1643 | 20.70% |
| | Mitt Romney for President and Paul Ryan for Vice President, Republican | 6133 | 77.28% |
| | Virgil Goode for President and Jim Clymer for Vice President, Constitution | 36 | 0.45% |
| | Gary Johnson for President and James P. Gray for Vice President, Libertarian | 89 | 1.12% |
| | Jill Stein for President and Cheri Honkala for Vice President, Green | 15 | 0.19% |
| | Barbara Dale Washer for President and Cathy L. Toole for Vice President, Reform | 20 | 0.25% |
| | **Total For County** | 7936 | |
| | | | |
| Tunica | Barack Obama for President and Joe Biden for Vice President, Democrat | 3475 | 79.30% |
| | Mitt Romney for President and Paul Ryan for Vice President, Republican | 883 | 20.15% |

20 of 24

PTX-089-021

## MISSISSIPPI SECRETARY OF STATE

Total Votes Reported by County for the 2012 General Election
### United States President and Vice President

Totals Reporting from County Level

| COUNTY | CANDIDATE | REPORTED VOTES | PERCENTAGE |
|---|---|---|---|
| | Virgil Goode for President and Jim Clymer for Vice President, Constitution | 4 | 0.09% |
| | Gary Johnson for President and James P. Gray for Vice President, Libertarian | 12 | 0.27% |
| | Jill Stein for President and Cheri Honkala for Vice President, Green | 3 | 0.07% |
| | Barbara Dale Washer for President and Cathy L. Toole for Vice President, Reform | 5 | 0.11% |
| | **Total For County** | 4382 | |
| Union | Barack Obama for President and Joe Biden for Vice President, Democrat | 2742 | 24.13% |
| | Mitt Romney for President and Paul Ryan for Vice President, Republican | 8498 | 74.77% |
| | Virgil Goode for President and Jim Clymer for Vice President, Constitution | 35 | 0.31% |
| | Gary Johnson for President and James P. Gray for Vice President, Libertarian | 75 | 0.66% |
| | Jill Stein for President and Cheri Honkala for Vice President, Green | 7 | 0.06% |
| | Barbara Dale Washer for President and Cathy L. Toole for Vice President, Reform | 8 | 0.07% |
| | **Total For County** | 11365 | |
| Walthall | Barack Obama for President and Joe Biden for Vice President, Democrat | 3422 | 45.32% |
| | Mitt Romney for President and Paul Ryan for Vice President, Republican | 4051 | 53.65% |
| | Virgil Goode for President and Jim Clymer for Vice President, Constitution | 32 | 0.42% |
| | Gary Johnson for President and James P. Gray for Vice President, Libertarian | 29 | 0.38% |
| | Jill Stein for President and Cheri Honkala for Vice President, Green | 9 | 0.12% |
| | Barbara Dale Washer for President and Cathy L. Toole for Vice President, Reform | 8 | 0.11% |
| | **Total For County** | 7551 | |
| Warren | Barack Obama for President and Joe Biden for Vice President, Democrat | 10786 | 50.42% |
| | Mitt Romney for President and Paul Ryan for Vice President, Republican | 10457 | 48.89% |
| | Virgil Goode for President and Jim Clymer for Vice President, Constitution | 21 | 0.10% |
| | Gary Johnson for President and James P. Gray for Vice President, Libertarian | 96 | 0.45% |
| | Jill Stein for President and Cheri Honkala for Vice President, Green | 17 | 0.08% |
| | Barbara Dale Washer for President and Cathy L. Toole for Vice President, Reform | 14 | 0.07% |

# MISSISSIPPI SECRETARY OF STATE
Total Votes Reported by County for the 2012 General Election
## United States President and Vice President

Totals Reporting from County Level

| COUNTY | CANDIDATE | REPORTED VOTES | PERCENTAGE |
|--------|-----------|----------------|------------|
| | Total For County | 21391 | |
| Washington | Barack Obama for President and Joe Biden for Vice President, Democrat | 13981 | 70.92% |
| | Mitt Romney for President and Paul Ryan for Vice President, Republican | 5651 | 28.66% |
| | Virgil Goode for President and Jim Clymer for Vice President, Constitution | 21 | 0.11% |
| | Gary Johnson for President and James P. Gray for Vice President, Libertarian | 38 | 0.19% |
| | Jill Stein for President and Cheri Honkala for Vice President, Green | 15 | 0.08% |
| | Barbara Dale Washer for President and Cathy L. Toole for Vice President, Reform | 9 | 0.05% |
| | Total For County | 19715 | |
| Wayne | Barack Obama for President and Joe Biden for Vice President, Democrat | 4148 | 40.15% |
| | Mitt Romney for President and Paul Ryan for Vice President, Republican | 6111 | 59.15% |
| | Virgil Goode for President and Jim Clymer for Vice President, Constitution | 10 | 0.10% |
| | Gary Johnson for President and James P. Gray for Vice President, Libertarian | 43 | 0.42% |
| | Jill Stein for President and Cheri Honkala for Vice President, Green | 9 | 0.09% |
| | Barbara Dale Washer for President and Cathy L. Toole for Vice President, Reform | 11 | 0.11% |
| | Total For County | 10332 | |
| Webster | Barack Obama for President and Joe Biden for Vice President, Democrat | 1190 | 22.74% |
| | Mitt Romney for President and Paul Ryan for Vice President, Republican | 3992 | 76.27% |
| | Virgil Goode for President and Jim Clymer for Vice President, Constitution | 5 | 0.10% |
| | Gary Johnson for President and James P. Gray for Vice President, Libertarian | 29 | 0.55% |
| | Jill Stein for President and Cheri Honkala for Vice President, Green | 11 | 0.21% |
| | Barbara Dale Washer for President and Cathy L. Toole for Vice President, Reform | 7 | 0.13% |
| | Total For County | 5234 | |
| Wilkinson | Barack Obama for President and Joe Biden for Vice President, Democrat | 3412 | 70.31% |
| | Mitt Romney for President and Paul Ryan for Vice President, Republican | 1415 | 29.16% |
| | Virgil Goode for President and Jim Clymer for Vice President, Constitution | 5 | 0.10% |

22 of 24

**PTX-089-023**

# MISSISSIPPI SECRETARY OF STATE

Total Votes Reported by County for the 2012 General Election
## United States President and Vice President

Totals Reporting from County Level

| COUNTY | CANDIDATE | REPORTED VOTES | PERCENTAGE |
|--------|-----------|----------------|------------|
| | Gary Johnson for President and James P. Gray for Vice President, Libertarian | 20 | 0.41% |
| | Jill Stein for President and Cheri Honkala for Vice President, Green | 0 | 0.00% |
| | Barbara Dale Washer for President and Cathy L. Toole for Vice President, Reform | 1 | 0.02% |
| | **Total For County** | 4853 | |
| **Winston** | Barack Obama for President and Joe Biden for Vice President, Democrat | 4607 | 46.87% |
| | Mitt Romney for President and Paul Ryan for Vice President, Republican | 5168 | 52.58% |
| | Virgil Goode for President and Jim Clymer for Vice President, Constitution | 15 | 0.15% |
| | Gary Johnson for President and James P. Gray for Vice President, Libertarian | 24 | 0.24% |
| | Jill Stein for President and Cheri Honkala for Vice President, Green | 13 | 0.13% |
| | Barbara Dale Washer for President and Cathy L. Toole for Vice President, Reform | 2 | 0.02% |
| | **Total For County** | 9829 | |
| **Yalobusha** | Barack Obama for President and Joe Biden for Vice President, Democrat | 3030 | 47.69% |
| | Mitt Romney for President and Paul Ryan for Vice President, Republican | 3276 | 51.56% |
| | Virgil Goode for President and Jim Clymer for Vice President, Constitution | 6 | 0.09% |
| | Gary Johnson for President and James P. Gray for Vice President, Libertarian | 24 | 0.38% |
| | Jill Stein for President and Cheri Honkala for Vice President, Green | 6 | 0.09% |
| | Barbara Dale Washer for President and Cathy L. Toole for Vice President, Reform | 12 | 0.19% |
| | **Total For County** | 6354 | |
| **Yazoo** | Barack Obama for President and Joe Biden for Vice President, Democrat | 6603 | 56.82% |
| | Mitt Romney for President and Paul Ryan for Vice President, Republican | 4941 | 42.52% |
| | Virgil Goode for President and Jim Clymer for Vice President, Constitution | 26 | 0.22% |
| | Gary Johnson for President and James P. Gray for Vice President, Libertarian | 34 | 0.29% |
| | Jill Stein for President and Cheri Honkala for Vice President, Green | 8 | 0.07% |
| | Barbara Dale Washer for President and Cathy L. Toole for Vice President, Reform | 8 | 0.07% |
| | **Total For County** | 11620 | |

PTX-089-024

# MISSISSIPPI SECRETARY OF STATE

Total Votes Reported by County for the 2012 General Election
**United States President and Vice President**

Totals Reporting from County Level

| COUNTY | CANDIDATE | REPORTED VOTES | PERCENTAGE |
|--------|-----------|----------------|------------|
| Totals | Barack Obama for President and Joe Biden for Vice President, Democrat | 562,949 | 43.79% |
| | Mitt Romney for President and Paul Ryan for Vice President, Republican | 710,746 | 55.29% |
| | Virgil Goode for President and Jim Clymer for Vice President, Constitution | 2,609 | 0.20% |
| | Gary Johnson for President and James P. Gray for Vice President, Libertarian | 6,676 | 0.52% |
| | Jill Stein  for President and Cheri Honkala for Vice President, Green | 1,588 | 0.12% |
| | Barbara Dale Washer  for President and Cathy L. Toole for Vice President, Reform | 1,016 | 0.08% |
| | **Total For State** | 1,285,584 | |

**PTX-089-025**