EXHIBIT NO. PTX-090 evid.
CAUSE NO. 3:22cv734-DPJ-HSO-LHS
WITNESS: _____
CLERK: SHONE POWELL

FEB 26 2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
Candice Crane, REPORTER

# STATE OF MISSISSIPPI



## CERTIFICATE OF VOTE

I, C. Delbert Hosemann, Jr., Secretary of State for the State of Mississippi, in accordance with Sections 23-15-603, 23-15-605, and 23-15-783, Miss. Code Ann. (1972), do hereby certify that the attached document sets forth an accurate summation of the whole number of votes cast in each county for Presidential Electors for each candidate for President and Vice President of the United States in the November 8, 2016 General Election.

Given under my hand and seal of the office, this the 28th day of November, 2016.

*C. Delbert Hosemann, Jr.*
C. DELBERT HOSEMANN, JR.
SECRETARY OF STATE

3:22-cv-734

**PTX-090**

| County: State of Mississippi | Election Summary Report | Date : 11/21/2016 |
|---|---|---|
| | | Report No: E-013 |
| District Type: United States | Election : 11/08/2016 - 2016 PRESIDENTIAL ELECTION | |

**Election Name :** 2016 PRESIDENTIAL ELECTION
**Election Date :** 11/08/2016
**Last Updated :** November 21, 2016 - 02:17 PM

| | Reported Votes | Percentage of Current Total Reported Votes |
|---|---:|---:|

**United States, President and Vice President**

Number of counties reporting results : 82 of 82

| | Reported Votes | Percentage |
|---|---:|---:|
| Presidential Electors for Hillary Clinton for President and Tim Kaine for Vice President | 485,131 | 40.11 % |
| Presidential Electors for Donald J. Trump for President and Michael R. Pence for Vice President | 700,714 | 57.94 % |
| Presidential Electors for Darrell Castle for President and Scott N. Bradley for Vice President | 3,987 | 0.33 % |
| Presidential Electors for 'Rocky' Roque De La Fuente for President and Michael Steinberg for Vice President | 644 | 0.05 % |
| Presidential Electors for Jim Hedges for President and Bill Bayes for Vice President | 715 | 0.06 % |
| Presidential Electors for Gary Johnson for President and Bill Weld for Vice President | 14,435 | 1.19 % |
| Presidential Electors for Jill Stein for President and Ajamu Baraka for Vice President | 3,731 | 0.31 % |
| **Total for President and Vice President** | **1,209,357** | |