EXHIBIT NO. PTX-091 evid.
CAUSE NO. 3:22cv734-DPJ-HSO-LHS
WITNESS _____
CLERK: ____SHONE POWELL____

FEB 26 2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
Candice Crane, REPORTER

## STATE OF MISSISSIPPI



### AMENDED
### CERTIFICATION OF VOTE FOR ELECTORS FOR PRESIDENT AND VICE PRESIDENT

I, MICHAEL WATSON SECRETARY OF STATE OF MISSISSIPPI, IN ACCORDANCE WITH MISSISSIPPI CODE ANNOTATED SECTIONS 23-15-603, 23-15-605, AND 23-15-783 (1972), DO HEREBY CERTIFY THAT THE ATTACHED INCLUDES AN ACCURATE SUMMATION OF THE WHOLE NUMBER OF VOTES CAST IN EACH COUNTY FOR PRESIDENTIAL ELECTORS FOR EACH CANDIDATE IN THE NOVEMBER 3, 2020, GENERAL ELECTION FOR THE OFFICES OF PRESIDENT AND VICE-PRESIDENT OF THE UNITED STATES OF AMERICA.

GIVEN UNDER MY HAND AND SEAL OF THE OFFICE THIS THE 7TH DAY OF DECEMBER 2020.



_____
MICHAEL WATSON
SECRETARY OF STATE

3:22-cv-734
PTX-091

| County: State of Mississippi | Election Summary Report | Date: 12/04/2020 Report No: E-013 |
|---|---|---|
| District Type: United States | Election: 11/03/2020 - 2020 General Election | Districts: US - United States |

**Election Name:** 2020 General Election
**Election Date:** 11/03/2020
**Last Updated:** December 04, 2020 - 03:13 PM

**United States, President**

Number of counties reporting results: 82 of 82

| | Reported Votes | Percentage of Current Total Reported Votes |
|---|---:|---:|
| Presidential Electors for Joseph R. Biden Jr. for President and Kamala D. Harris for Vice President | 539,398 | 41.06 % |
| Presidential Electors for Donald J. Trump for President and Michael R. Pence for Vice President | 756,764 | 57.60 % |
| Presidential Electors for Don Blankenship for President and William Mohr for Vice President | 1,279 | 0.10 % |
| Presidential Electors for Brian Carroll for President and Amar Patel for Vice President | 1,161 | 0.09 % |
| Presidential Electors for Phil Collins for President and Bill Parker for Vice President | 1,317 | 0.10 % |
| Presidential Electors for Howie Hawkins for President and Angela Nicole Walker for Vice President | 1,498 | 0.11 % |
| Presidential Electors for Jo Jorgensen for President and Jeremy 'Spike' Cohen for Vice President | 8,026 | 0.61 % |
| Presidential Electors for Brock Pierce for President and Karla Ballard for Vice President | 659 | 0.05 % |
| Presidential Electors for Kanye West for President and Michelle Tidball for Vice President | 3,657 | 0.28 % |
| **Total for President** | **1,313,759** | |