EXHIBIT NO. PTX-094 evid.
CAUSE NO. 3:22cv734-DPJ-HSO-LHS
WITNESS
CLERK: SHONE POWELL

FEB 26 2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
Candice Crane, REPORTER

**Exhibit 8**
12/18/2023
Lennep

Election Commissioner Orientation

**Introduction to the**
**Statewide Elections Management System**
**(SEMS)**

Presented by Madalan Lennep, PMP



DELBERT HOSEMANN
*Secretary of State*

**Statewide Elections Management System**
**(SEMS)**

- Voter Registration
- Voter Roll Maintenance
- Address Library
- Districts and Precincts
- Elections Management
- Jury Management
- Ballot Processing



DELBERT HOSEMANN
*Secretary of State*

3:22-cv-734
PTX-094

## Accomplishments:

- Implementation in 82 Counties

- Successful support of over 1,000 Elections

- Over 100 Training Events



DELBERT HOSEMANN
*Secretary of State*

## Topics to be Covered

I.   SEMS Main Screen
II.  Election Commissioners Utilization
III. Preparation for 2008 Elections
IV.  Communication Plan
V.   On-Going Support



DELBERT HOSEMANN
*Secretary of State*

2





**PTX-094-003**



# III. Preparation for 2011 Elections

- ◆ Voter Check
- ◆ Address Library Check
- ◆ Precinct Splits/Districts Check
- ◆ Other items to check
- ◆ Involve Election Commissioners

DELBERT HOSEMANN
Secretary of State

5

PTX-094-005

**Voter Check**

♦ Duplicate Voters – VR-004

A report that generates a list of possible duplicate voters, at least one of which in each duplicate group has an address in your county.



DELBERT HOSEMANN
*Secretary of State*



6





**PTX-094-007**

## Voter Check – Deceased Voters

♦ Potential Department of Health (DOH) Duplicate Voters Report – VR-022

Lists voters who match persons in the Department of Health (DOH) database of death certificate records. The "% Match" column indicates how close a match the voter (in bold) is with the DOH records, with 100 percent being a perfect match.



DELBERT HOSEMANN
*Secretary of State*



County: Harrison    Potential DOH Duplicate Voters Report    Date : 05/16/2006

| Voter ID | Voter Name | Date of Birth | % Match | County |
|----------|------------|---------------|---------|--------|
| 776650 | ADAMS, BRENDA L | 07/06/1948 | 70 | Harrison |
| 776650 | ADAMS, BRENDA L | 05/12/1949 | 70 | Harrison |
| 802549 | ADAMS, CHARLES L | 05/09/1915 | 70 | Harrison |
| 802549 | ADAMS, CHARLES L | 01/01/1935 | 70 | Harrison |
| 802549 | ADAMS, CHARLES L | 01/01/1935 | 70 | Harrison |
| 802549 | ADAMS, CHARLES L | 01/01/1935 | 70 | Harrison |
| 802549 | ADAMS, CHARLES L | 01/01/1935 | 70 | Harrison |
| 802549 | ADAMS, CHARLES L | 01/01/1935 | 70 | Harrison |
| 765294 | ADAMS, CURTIS L | 05/01/1934 | 70 | Harrison |
| 765294 | ADAMS, CURTIS L | 05/01/1944 | 70 | Harrison |

DELBERT HOSEMANN
*Secretary of State*

8

**PTX-094-008**

## Voter Check – Disenfranchising Crimes

♦ Potential Administrative Office of Courts (AOC) Batch Match – VR-023

Lists voters who match persons in the AOC database of disenfranchising crimes. The "% Match" column indicates how close a match the voter (in bold) is with the AOC counterpart(s), with 100 percent being a perfect match.



DELBERT HOSEMANN
*Secretary of State*



| County: Harrison | | AOC Batch Match Voter Report | | Date : 05/16/2006 | |
|---|---|---|---|---|---|
| Voter ID | Voter Name | | SSN | Date of Birth | Confidnce Level |
| 725362 | **ABBOTT, GEORGE JAMES** | | 136345309 | 09/20/1943 | **100** |
| 725362 | ABBOTT, GEORGE J | | 136345309 | 09/20/1943 | 100 |
| 677919 | **ADAMS, LAWRENCE CRAIG** | | 425211532 | 11/04/1962 | **70** |
| 677919 | ADAMS, LAWRENCE R | | 587173051 | 02/18/1959 | 70 |
| 756728 | **ADAMS, WILLIAM** | | 434199076 | 05/04/1974 | **70** |
| 756728 | ADAMS, WILLIAM | | 249316613 | 08/04/1960 | 70 |
| 761940 | **ALEXANDER, RAYMOND** | | 566080047 | 08/30/1970 | **70** |
| 761940 | ALEXANDER, RAYMOND F | | 428171995 | 09/20/1959 | 70 |
| 775277 | **ALLEN, CHRISTOPHER S** | | 428632430 | 06/11/1977 | **70** |

DELBERT HOSEMANN
*Secretary of State*

9

**PTX-094-009**



## Voter Check - DPS Voter Registrations

♦ Department of Public Safety (DPS) Voter Registration Report - lists all the voters that need to be processed from DPS.

- To access this information from the SEMS main menu, select DPS Registration. The State Agency - DPS Search screen is displayed.
- From the menu bar, select State Agency > DPS Registration. The State Agency - DPS Registration screen is displayed.
- From the menu bar, select State Agency > DPS Print to print or view the report.

DELBERT HOSEMANN
Secretary of State

| County: Calhoun | DPS Voter Registration Report | | | Date : 11/23/2006 |
|---|---|---|---|---|
| DL | VOTER NAME | DOB | SSN | EFF REG DATE |
| 800715420 | LONG JEFFREY H | 08/30/1956 | 425023150 | 10/26/2006 |
| 800711756 | COLBERT BILLY GENE | 05/10/1932 | 449407277 | 10/24/2006 |
| 800704009 | CARTER JAMES ARTHUR | 11/09/1969 | 426196666 | 10/19/2006 |
| 800615645 | SMITH STEPHEN JONATHAN | 10/17/1974 | 452839382 | 08/09/2006 |
| 800742311 | HARRELSON KENNETH PAT | 07/15/1953 | 418781161 | 11/14/2006 |
| 800739225 | THRASHER REGINA MICHELLE | 07/01/1983 | 426659484 | 11/10/2006 |

DELBERT HOSEMANN
Secretary of State

10

**PTX-094-010**





PTX-094-011





12



## Address Library Check

♦ Overlap Address Range Report – AL-005

Lists address ranges with essentially the same data.



DELBERT HOSEMANN
*Secretary of State*

13

**PTX-094-013**





PTX-094-014





**PTX-094-015**





**PTX-094-016**

## IV. Communication Plan

- ◆ Email address for each election commissioner
- ◆ Conference calls
- ◆ SEMS Help Desk/Review by SEMS Focus Group
- ◆ Election Officials web page and secure site.



DELBERT HOSEMANN
*Secretary of State*

## V. On-Going Support

- ◆ Help Desk support and monitoring
- ◆ SEMS training opportunities
- ◆ Focus Group review of enhancements
- ◆ Continue data clean up effort with counties



DELBERT HOSEMANN
*Secretary of State*

17



**Contact Information**

**SEMS Support Center**
**1-877-357-SEMS (7367)**
sems.support@sos.ms.gov

**Charlie Case**
**Madalan Lennep**
**Shequita Lowe**
**Stephanie McCann**
**Ruth Stockett**

DELBERT HOSEMANN
*Secretary of State*

**PTX-094-018**

Election Commissioner Orientation

**Introduction to the**
**Statewide Elections Management System**
**(SEMS)**

Presented by Madalan Lennep, PMP



DELBERT HOSEMANN
*Secretary of State*

**Statewide Elections Management System**
**(SEMS)**

- Voter Registration
- Voter Roll Maintenance
- Address Library
- Districts and Precincts
- Elections Management
- Jury Management
- Ballot Processing



DELBERT HOSEMANN
*Secretary of State*

1

## Accomplishments:

- Implementation in 82 Counties

- Successful support of over 1,000 Elections

- Over 100 Training Events



DELBERT HOSEMANN
*Secretary of State*

## Topics to be Covered

I.   SEMS Main Screen
II.  Election Commissioners Utilization
III. Preparation for 2008 Elections
IV.  Communication Plan
V.   On-Going Support



DELBERT HOSEMANN
*Secretary of State*

2

**PTX-094-020**





## II. Election Commissioner Utilization

- User name and password will be assigned by Circuit Clerk.

- Utilization is determined by statute

- User rights are determined by profile

DELBERT HOSEMANN
Secretary of State



DELBERT HOSEMANN
Secretary of State

4







**Voter Check**

♦ Duplicate Voters – VR-004

A report that generates a list of possible duplicate voters, at least one of which in each duplicate group has an address in your county.

DELBERT HOSEMANN
*Secretary of State*



6

PTX-094-024





PTX-094-025

## Voter Check – Deceased Voters

♦ Potential Department of Health (DOH)
Duplicate Voters Report – VR-022

Lists voters who match persons in the Department
of Health (DOH) database of death certificate
records. The "% Match" column indicates how
close a match the voter (in bold) is with the DOH
records, with 100 percent being a perfect match.



DELBERT HOSEMANN
Secretary of State



| Voter ID | Voter Name | Date of Birth | % Match | County |
|----------|------------|---------------|---------|--------|
| 776650 | **ADAMS, BRENDA L** | 07/06/1948 | 70 | **Harrison** |
| 776650 | ADAMS, BRENDA L | 05/12/1949 | 70 | Harrison |
| 802549 | **ADAMS, CHARLES L** | 05/09/1915 | 70 | **Harrison** |
| 802549 | ADAMS, CHARLES L | 01/01/1935 | 70 | Harrison |
| 802549 | ADAMS, CHARLES L | 01/01/1935 | 70 | Harrison |
| 802549 | ADAMS, CHARLES L | 01/01/1935 | 70 | Harrison |
| 802549 | ADAMS, CHARLES L | 01/01/1935 | 70 | Harrison |
| 802549 | ADAMS, CHARLES L | 01/01/1935 | 70 | Harrison |
| 765294 | **ADAMS, CURTIS L** | 05/01/1934 | 70 | **Harrison** |
| 765294 | ADAMS, CURTIS L | | 70 | Harrison |

County: Harrison    Potential DOH Duplicate Voters Report    Date : 05/16/2006

DELBERT HOSEMANN
Secretary of State

**PTX-094-026**

## Voter Check – Disenfranchising Crimes

♦ Potential Administrative Office of Courts (AOC) Batch Match – VR-023

Lists voters who match persons in the AOC database of disenfranchising crimes. The "% Match" column indicates how close a match the voter (in bold) is with the AOC counterpart(s), with 100 percent being a perfect match.



DELBERT HOSEMANN
*Secretary of State*



| County: Harrison | AOC Batch Match Voter Report | | Date : 05/16/2006 | |
|---|---|---|---|---|
| Voter ID | Voter Name | SSN | Date of Birth | Confidnce Level |
| 725362 | ABBOTT, GEORGE JAMES | 136345309 | 09/20/1943 | 100 |
| 725362 | ABBOTT, GEORGE J | 136345309 | 09/20/1943 | 100 |
| 677919 | ADAMS, LAWRENCE CRAIG | 425211532 | 11/04/1962 | 70 |
| 677919 | ADAMS, LAWRENCE R | 587173051 | 02/18/1959 | 70 |
| 756728 | ADAMS, WILLIAM | 434199076 | 05/04/1974 | 70 |
| 756728 | ADAMS, WILLIAM S | 249316613 | 08/04/1960 | 70 |
| 761940 | ALEXANDER, RAYMOND | 566080047 | 08/30/1970 | 70 |
| 761940 | ALEXANDER, RAYMOND F | 428171995 | 09/20/1959 | 70 |
| 775277 | ALLEN, CHRISTOPHER S | 428632430 | 06/11/1977 | 70 |

DELBERT HOSEMANN
*Secretary of State*

9

**PTX-094-027**

## Voter Check - DPS Voter Registrations

♦ Department of Public Safety (DPS) Voter Registration Report - lists all the voters that need to be processed from DPS.

- To access this information from the SEMS main menu, select DPS Registration. The State Agency - DPS Search screen is displayed.
- From the menu bar, select State Agency > DPS Registration. The State Agency - DPS Registration screen is displayed.
- From the menu bar, select State Agency > DPS Print to print or view the report.

DELBERT HOSEMANN
Secretary of State



| County: Calhoun | | DPS Voter Registration Report | | Date : 11/23/2006 |
| --- | --- | --- | --- | --- |
| DL | VOTER NAME | DOB | SSN | EFF REG DATE |
| 800715420 | LONG JEFFREY H | 08/30/1956 | 425023150 | 10/26/2006 |
| 800711756 | COLBERT BILLY GENE | 05/10/1932 | 449407277 | 10/24/2006 |
| 800704009 | CARTER JAMES ARTHUR | 11/09/1969 | 426196666 | 10/19/2006 |
| 800615645 | SMITH STEPHEN JONATHAN | 10/17/1974 | 452839382 | 08/09/2006 |
| 800742311 | HARRELSON KENNETH PAT | 07/15/1953 | 418781161 | 11/14/2006 |
| 800739225 | THRASHER REGINA MICHELLE | 07/01/1983 | 426659484 | 11/10/2006 |

DELBERT HOSEMANN
Secretary of State

10

**PTX-094-028**





PTX-094-029





12



Registrant Activity Report

| Voter ID | Voter Name | Residential Address | Eff Regn Date | District | Modified Date Voter Status Reasons | UserName | Old Value Comments | New Value |
|----------|-----------|---------------------|---------------|----------|-----------------------------------|----------|--------------------|-----------|
| 758482 | ABOUD, DONALD J | 263 MCDONNELL AVE BILOXI MS 39531-4207 | 04/04/2003 | | 02/28/2008 | Psisson | Active | Purged |
| | | | | | Deceased | | per doh 2006 deceased | |
| | | | | | 02/28/2008 | Psisson | Data Migration (Active) | Deceased |
| | | | | | Deceased | | per doh 2006 deceased | |
| | | | | | Number of Changes | | | 2 |
| 781557 | ALEXANDER, THELMA | 105 MCCAUGHAN AVE LONG BEACH MS 39560-4909 | 06/29/1967 | | 02/20/2008 | tmolesworth | Active | Purged |
| | | | | | Deceased | | MDOH/DOD 7-7-06 | |
| | | | | | 02/20/2008 | tmolesworth | Data Migration (Active) | Deceased |
| | | | | | Deceased | | MDOH/DOD 7-7-06 | |
| | | | | | Number of Changes | | | 2 |

DELBERT HOSEMANN
*Secretary of State*

## Address Library Check

♦ Overlap Address Range Report – AL-005

Lists address ranges with essentially the same data.



DELBERT HOSEMANN
*Secretary of State*

13

**PTX-094-031**





PTX-094-032





15





**PTX-094-034**

## IV. Communication Plan

♦ Email address for each election commissioner

♦ Conference calls

♦ SEMS Help Desk/Review by SEMS Focus Group

♦ Election Officials web page and secure site.



DELBERT HOSEMANN
*Secretary of State*

## V. On-Going Support

♦ Help Desk support and monitoring

♦ SEMS training opportunities

♦ Focus Group review of enhancements

♦ Continue data clean up effort with counties



DELBERT HOSEMANN
*Secretary of State*

17

PTX-094-035



**Questions /Answers**

DELBERT HOSEMANN
Secretary of State

**Contact Information**

**SEMS Support Center**
**1-877-357-SEMS (7367)**
sems.support@sos.ms.gov

**Charlie Case**
**Madalan Lennep**
**Shequita Lowe**
**Stephanie McCann**
**Ruth Stockett**

DELBERT HOSEMANN
Secretary of State

18

**PTX-094-036**

# Election Commissioner Orientation
# January 2015

# SEMS Introduction

## Madalan Lennep, PMP
## Election Consultant



DELBERT HOSEMANN
Secretary of State

PTX-094-037

# Election Commissioner Orientation
# January 2015

**Topics to be Covered**

I.    SEMS Main Screen
II.   Election Commissioners Utilization
III.  Voter Roll Maintenance
IV.   Communication Plan
V.    On-Going Support



DELBERT HOSEMANN
*Secretary of State*

PTX-094-038

# Election Commissioner Orientation
# January 2015

## Topics to be Covered

 I.  SEMS Main Screen
 II.  Election Commissioners Utilization
 III. Voter Roll Maintenance
 IV. Communication Plan
 V.  On-Going Support



DELBERT HOSEMANN
*Secretary of State*

PTX-094-039

# Election Commissioner Orientation
# January 2015

## Statewide Elections Management System (SEMS)

- **Voter Registration**
- **Address Library**
- **Elections Management**
- **Ballot Processing**

- **Voter Roll Maintenance**
- **Districts and Precincts**
- **Jury Management**



**DELBERT HOSEMANN**
*Secretary of State*

PTX-094-040

# Election Commissioner Orientation
# January 2015

## I.  SEMS Main Screen



**DELBERT HOSEMANN**
*Secretary of State*

PTX-094-041



User: Lennep, Madalan     County: STATE OF MISSISSIPPI     Date: 04/04/2007     Password     Help     E



# Statewide Election Management Syste



## Voters
**Voter Registration**
**Voter Search**
**Voter Merge**
**Batch Scan**
**Commit Batch**
**Jury Selection**

## Elections
**Election Management**
**Ballot Processing**
**Districts & Precincts**
**Election Workers**

## Petitions
**Petitions**

## Administration
**System Configuration**
**User Administration**
**Address Library**
**Messaging**
**Document Templates**
**Load External Data**

## Reports
**Reports & Labels**
**State Agency**
**Schedule Jobs**
**Batch Management**

# Election Commissioner Orientation
# January 2015

## II. Election Commissioner Utilization
- User name and password will be assigned by Circuit Clerk.
- Utilization is determined by statute
- User rights are determined by profile



DELBERT HOSEMANN
*Secretary of State*

PTX-094-043

# Election Commissioner Orientation

# January 2015



# Election Commissioner Orientation
# January 2015



# Election Commissioner Orientation
# January 2015

## III. Voter Roll Maintenance

- ◆ Voter Check
- ◆ Precinct Splits/Districts Check
- ◆ Other items to check



**DELBERT HOSEMANN**
*Secretary of State*

PTX-094-046

# Election Commissioner Orientation
# January 2015

## Voter Check

♦ Duplicate Voters – VR-004

A report that generates a list of possible duplicate voters, at least one of which in each duplicate group has an address in your county.



DELBERT HOSEMANN
*Secretary of State*

# Election Commissioner Orientation
# January 2015

| County: Holmes | | Potential Duplicate Voters Report | | | | Date : 02/23/2006 |
|---|---|---|---|---|---|---|

| Voter ID | Voter Name | Address | Reg. Date | Status | % Match | County |
|---|---|---|---|---|---|---|
| 1256881 | AARON, AUREON | 304 PEARL ST   SARDIS MS 1616 | 11/02/2004 | A | 80 | Panola |
| 500001501 | AARON, AUREON LEA | 5006 MYNEWSTRET ARC   YOG NEW CITY MS | 01/31/2006 | A | 80 | Holmes |
| 391283 | ABLES, MARZINE JR | PO Box 610 GOODMAN MS 0610 | 05/01/2001 | A | 80 | Holmes |
| 1736246 | ABLES, MARZINE JR | ROUTE 1 # 206 GOODMAN MS | 10/06/1997 | A | 80 | Attala |
| 238200 | ABRON, DAPHENE ELAINE | 493 HOOVER ST   CANTON MS 3508 | 11/05/2001 | A | 80 | Madison |
| 386882 | ABRON, DAPHENE ELAINE | 82 TAYLOR ST   DURANT MS 3428 | 07/08/2004 | A | 80 | Holmes |
| 380615 | ADAMS, DARLENE W | PO Box 218 WEST MS 0218 | 11/07/1991 | A | 80 | Holmes |
| 1732130 | ADAMS, DARLENE W | 2212 ATTALA ROAD   3005 WEST MS | 10/28/2002 | A | 80 | Attala |
| 247615 | ADAMS, DOROTHY JEAN | 2 GREYSTONE CT   MADISON MS 9029 | 07/03/1987 | A | 70 | Madison |
| 384486 | ADAMS, DOROTHY JEAN | PO Box 42 PICKENS MS 0042 | 06/30/1983 | A | 70 | Holmes |
| 278540 | ADAMS, GARY JOSEPH | 1620 E COUNTY LINE RD. APT. 1405   MADISON MS 04/10/1980 | | A | 70 | Madison |



DELBERT HOSEMANN
*Secretary of State*

PTX-094-048

# Election Commissioner Orientation
# January 2015

## Voter Notification Cards

♦ Search for voter

♦ Click on Print

♦ Click on Voter Notification Card

♦ Click on Print Now or Print Later



DELBERT HOSEMANN
*Secretary of State*

PTX-094-049

# Election Commissioner Orientation
# January 2015



# Election Commissioner Orientation
# January 2015

## Voter Check – Deceased Voters

♦ Potential Department of Health (DOH) Duplicate Voters Report – VR-022

Lists voters who match persons in the Department of Health (DOH) database of death certificate records. The "% Match" column indicates how close a match the voter (in bold) is with the DOH records, with 100 percent being a perfect match.



**DELBERT HOSEMANN**
*Secretary of State*

PTX-094-051

# Election Commissioner Orientation
# January 2015

| County: Harrison | Potential DOH Duplicate Voters Report | | Date : 05/16/2006 | |
|---|---|---|---|---|

| Voter ID | Voter Name | Date of Birth | % Match | County |
|---|---|---|---|---|
| 776650 | ADAMS, BRENDA L | 07/06/1948 | 70 | Harrison |
| 776650 | ADAMS, BRENDA L | 05/12/1949 | 70 | Harrison |
| 802549 | ADAMS, CHARLES L | 05/09/1915 | 70 | Harrison |
| 802549 | ADAMS, CHARLES L | 01/01/1935 | 70 | Harrison |
| 802549 | ADAMS, CHARLES L | 01/01/1935 | 70 | Harrison |
| 802549 | ADAMS, CHARLES L | 01/01/1935 | 70 | Harrison |
| 802549 | ADAMS, CHARLES L | 01/01/1935 | 70 | Harrison |
| 802549 | ADAMS, CHARLES L | 01/01/1935 | 70 | Harrison |
| 765294 | ADAMS, CURTIS L | 05/01/1934 | 70 | Harrison |
| 765294 | ADAMS, CURTIS L | 05/0?/1954 | 70 | Harrison |

# Election Commissioner Orientation
# January 2015

## Voter Check – Disenfranchising Crimes

♦ Potential Administrative Office of Courts (AOC) Batch Match – VR-023

Lists voters who match persons in the AOC database of disenfranchising crimes. The "% Match" column indicates how close a match the voter (in bold) is with the AOC counterpart(s), with 100 percent being a perfect match.



**DELBERT HOSEMANN**
*Secretary of State*

PTX-094-053

# Election Commissioner Orientation
# January 2015

| County: Harrison | AOC Batch Match Voter Report | | Date : 05/16/2006 |
|---|---|---|---|

| Voter ID | Voter Name | SSN | Date of Birth | Confidnce Level |
|---|---|---|---|---|
| 725362 | ABBOTT, GEORGE JAMES | 136345309 | 09/20/1943 | 100 |
| 725362 | ABBOTT, GEORGE J | 136345309 | 09/20/1943 | 100 |
| 677919 | ADAMS, LAWRENCE CRAIG | 425211532 | 11/04/1962 | 70 |
| 677919 | ADAMS, LAWRENCE R | 587173051 | 02/18/1959 | 70 |
| 756728 | ADAMS, WILLIAM | 434199076 | 05/04/1974 | 70 |
| 756728 | ADAMS, WILLIAM S | 249316613 | 08/04/1960 | 70 |
| 761940 | ALEXANDER, RAYMOND | 566080047 | 08/30/1970 | 70 |
| 761940 | ALEXANDER, RAYMOND F | 428171995 | 09/20/1959 | 70 |
| 775277 | ALLEN, CHRISTOPHER S | 428632430 | 06/11/1977 | 70 |
| | | | 88/1987 | |

# Election Commissioner Orientation
# January 2015

## Activity Reporting

♦ Voter Status Summary Report – VR-006

♦ Registrant Activity Report – VR-007

♦ Include in EC meeting minutes.



**DELBERT HOSEMANN**
*Secretary of State*

PTX-094-055

# Election Commissioner Orientation

# January 2015



# Election Commissioner Orientation

# January 2015

| County: Adams | Voter Status Summary Report | Date: 04/03/2008 |
|---|---|---|
| | | Report No: VR-006 |

District : 01 - Election Comm 01   Status : Inactive  Purged  Effective Date From : 01/01/2007 To : 04/01/2008

| Voter Status | Reasons | Voter Count |
|---|---|---|
| **Election Comm 01** | | |
| Purged | Deceased | 1 |
| | Individual Voter Notice | 1 |
| | Total | 2 |
| | Precinct Total | 2 |
| | GRAND TOTAL | 2 |

PTX-094-057

# Election Commissioner Orientation
# January 2015

# Election Commissioner Orientation

# January 2015

| County: Harrison | | Registrant Activity Report | | | | | Date : 04/04/2008 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | | | Report No: VR-007 |

District Type :    District : All     Audit Type : All   Voter Status : Purged   Effective Up to : 4/4/2008

| Voter ID | Voter Name | Residential Address | Eff Regn Date | District | Modified Date<br>Voter Status Reasons | UserName | Old Value<br>Comments | New Value |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 758482 | ABOUD, DONALD J | 263 MCDONNELL AVE<br>BILOXI MS 39531 -4207 | 04/04/2003 | | 02/28/2008 | Psisson | Active | Purged |
| | | | | | Deceased | | per doh 2006 deceased | |
| | | | | | 02/28/2008 | Psisson | Data Migration (Active) | Deceased |
| | | | | | Deceased | | per doh 2006 deceased | |
| | | | | | | | Number of Changes   2 | |
| 781557 | ALEXANDER, THELMA | 105 MCCAUGHAN AVE<br>LONG BEACH MS 39560<br>-4909 | 06/29/1967 | | 02/20/2008 | tmolesworth | Active | Purged |
| | | | | | Deceased | | MDOH/DOD 7-7-06 | |
| | | | | | 02/20/2008 | tmolesworth | Data Migration (Active) | Deceased |
| | | | | | Deceased | | MDOH/DOD 7-7-06 | |
| | | | | | | | Number of Changes   2 | |



## Delbert Hosemann
### Secretary of State

PTX-094-059

# Election Commissioner Orientation
# January 2015

## Precinct Check

♦ Precinct Split Voter Count – DP-007

Lists voter counts by split with subtotals for each precinct.



DELBERT HOSEMANN
*Secretary of State*

PTX-094-060

# Election Commissioner Orientation
# January 2015

| County: Holmes | | Precinct Split Voter Count | | | Date: 02/23/2006 | |
|---|---|---|---|---|---|---|
| | | Precinct : All | | | | |
| **Precinct** | **Split** | **Active** | **Inactive** | **Pending** | **Purged** | **Total** |
| BEAT 4 THORNTON (A-Z) | | | | | | |
| | 1 | 2 | 0 | 0 | 0 | 2 |
| | 2 | 15 | 7 | 0 | 0 | 22 |
| | 3 | 724 | 31 | 1 | 6 | 762 |
| | 4 | 3 | 0 | 0 | 0 | 3 |
| | 5 | 6 | 0 | 0 | 0 | 6 |
| | 6 | 0 | 1 | 0 | 0 | 1 |
| | 7 | 2 | 0 | 0 | 0 | 2 |
| | - | 0 | 0 | 0 | 0 | 0 |
| | **Sub Total** | 752 | 39 | 1 | 6 | 798 |
| BEAT 5 CRUGER (A-Z) | | | | | | |
| | 1 | 63 | 2 | 0 | 0 | 65 |
| | 2 | 1 | 0 | 0 | 0 | 1 |

PTX-094-061

# Election Commissioner Orientation
# January 2015

## Districts Check

♦ Districts Within Precincts – DP-012

Breaks down each selected precinct by split and
shows all of the currently associated voting
districts for each split.



DELBERT HOSEMANN
*Secretary of State*

PTX-094-062

# Election Commissioner Orientation
# January 2015

| County: Holmes | | District Within Precinct | | | Date: 07/11/2006 |
|---|---|---|---|---|---|
| | | Precinct: A1 | | | |

| Precinct | Split | | | | |
|---|---|---|---|---|---|
| 1 ACONA | | | | | |
| | 5 | State of Mississippi | U.S. House of Representative 2 | State Senate 21 | House of Representatives, State 47 |
| | | Supreme Court 1 | Court of Appeals 2 | Chancery Court 11 | Circuit Court 21 |
| | | District Attorney District 21 | Holmes | JUDICIAL DISTRICT 1 | SUPERVISOR DISTRICT 1 |
| | | 1 JUSTICE COURT DISTRICT | SCHOOL BOARD A | | |
| | 6 | State of Mississippi | U.S. House of Representative 2 | State Senate 21 | House of Representatives, State 47 |
| | | Supreme Court 1 | Court of Appeals 2 | Chancery Court 11 | Circuit Court 21 |
| | | District Attorney District 21 | Holmes | JUDICIAL DISTRICT 1 | SUPERVISOR DISTRICT 1 |
| | | 2 JUSTICE COURT DISTRICT | SCHOOL BOARD A | | |

PTX-094-063

# Election Commissioner Orientation
# January 2015

## IV. Communication Plan

♦ Email address for each election commissioner

♦ County Conference calls

♦ SEMS Help Desk/Review by SEMS Focus Group

♦ Election Officials web page and Secure Site



**DELBERT HOSEMANN**
*Secretary of State*

PTX-094-064

# Election Commissioner Orientation
# January 2015

## V. On-Going Support

♦ Help Desk support and monitoring

♦ Video Training

♦ Classroom Training



DELBERT HOSEMANN
*Secretary of State*

PTX-094-065

# Election Commissioner Orientation
# January 2015

- **Redistricting Training**
- **Basic SEMS Training**
  **w/Voter ID Card processing**
- **Election Operations**
- **GEMS Database Build**
- **Train-the-Trainer**



DELBERT HOSEMANN
*Secretary of State*

PTX-094-066

# Election Commissioner Orientation
# January 2015

## Questions /Answers



DELBERT HOSEMANN
*Secretary of State*

PTX-094-067

# Election Commissioner Orientation
# January 2015

**SEMS Support Center**
**1-877-357-SEMS (7367)**
sems.support@sos.ms.gov

**601-359-1309**
**Madalan Lennep**

**Stephanie McCann**
**Antonio Sudduth**
**Derrick Cooper**



## DELBERT HOSEMANN
*Secretary of State*

PTX-094-068

**Election Commissioner Orientation**
**January 2017**

**SEMS Introduction**

Madalan Lennep, PMP
Election Consultant



DELBERT HOSEMANN
*Secretary of State*

---

**Election Commissioner Orientation**
**January 2017**

Topics to be Covered

I.   SEMS Main Screen
II.  Election Commissioners Utilization
III. Voter Roll Maintenance
IV.  Communication Plan
V.   On-Going Support



DELBERT HOSEMANN
*Secretary of State*

---

**Election Commissioner Orientation**
**January 2017**

**Statewide Elections Management System**
**(SEMS)**

- Voter Registration
- Address Library
- Elections Management
- Ballot Processing

- Voter Roll Maintenance
- Districts and Precincts
- Jury Management



DELBERT HOSEMANN
*Secretary of State*

PTX-094-069

**Election Commissioner Orientation**
**January 2017**

I.    **SEMS Main Screen**

DELBERT HOSEMANN
*Secretary of State*



**Election Commissioner Orientation**
**January 2017**

II.    **Election Commissioner Utilization**
- User name and password will be assigned by Circuit Clerk.
- Utilization is determined by statute
- User rights are determined by profile



DELBERT HOSEMANN
*Secretary of State*

2

PTX-094-070







**Election Commissioner Orientation**
**January 2017**

**Voter Check**

♦ Duplicate Voters – VR-004

A report that generates a list of possible duplicate voters, at least one of which in each duplicate group has an address in your county.



DELBERT HOSEMANN
*Secretary of State*

---

**Election Commissioner Orientation**
**January 2017**

Potential Duplicate Voters Report



DELBERT HOSEMANN
*Secretary of State*

---

**Election Commissioner Orientation**
**January 2017**

**Voter Notification Cards**

♦ Search for voter

♦ Click on Print

♦ Click on Voter Notification Card

♦ Click on Print Now or Print Later

DELBERT HOSEMANN
*Secretary of State*

4

**Election Commissioner Orientation**

**January 2017**

DELBERT HOSEMANN
*Secretary of State*

---

**Election Commissioner Orientation**

**January 2017**

**Voter Check – Deceased Voters**

♦ Potential Department of Health (DOH) Duplicate Voters
Report – VR-022

Lists voters who match persons in the Department of Health
(DOH) database of death certificate records. The "% Match"
column indicates how close a match the voter (in bold) is with
the DOH records, with 100 percent being a perfect match.

DELBERT HOSEMANN
*Secretary of State*

---

**Election Commissioner Orientation**

**January 2017**



| Voter ID | Voter Name | Date of Birth | % Match | County |
|---|---|---|---|---|
| 776650 | **ADAMS, BRENDA L** | 07/06/1948 | 70 | Harrison |
| 776650 | ADAMS, BRENDA L | 05/12/1948 | 70 | Harrison |
| 802549 | **ADAMS, CHARLES L** | 05/09/1935 | 70 | Harrison |
| 802549 | ADAMS, CHARLES L | 03/01/1935 | 75 | Harrison |
| 802549 | ADAMS, CHARLES L | 03/01/1935 | 70 | Harrison |
| 802549 | ADAMS, CHARLES L | 01/01/1935 | 70 | Harrison |
| 802549 | ADAMS, CHARLES L | 01/01/1935 | 75 | Harrison |
| 802549 | ADAMS, CHARLES L | 03/01/1935 | 70 | Harrison |
| 763294 | **ADAMS, CURTIS L** | 05/01/1954 | 70 | Harrison |

5

PTX-094-073

**Election Commissioner Orientation**

**January 2017**

**Voter Check – Disenfranchising Crimes**

♦ Potential Administrative Office of Courts (AOC) Batch Match – VR-023

Lists voters who match persons in the AOC database of disenfranchising crimes. The "% Match" column indicates how close a match the voter (in bold) is with the AOC counterpart(s), with 100 percent being a perfect match.



DELBERT HOSEMANN
Secretary of State

---

**Election Commissioner Orientation**

**January 2017**

| County: Harrison | AOC Batch Match Voter Report | | Date : 05/11/2008 |
|---|---|---|---|
| Voter ID | Voter Name | SSN | Date of Birth | Confidence Level |

| Voter ID | Voter Name | SSN | Date of Birth | Confidence Level |
|---|---|---|---|---|
| 725363 | ABBOTT, GEORGE JAMES | 136345209 | 09/20/1943 | 100 |
| 725362 | ABBOTT, GEORGE J | 136345209 | 09/20/1943 | 100 |
| 677919 | ADAMS, LAWRENCE CRAIG | 425211532 | 11/04/1962 | 70 |
| 677919 | ADAMS, LAWRENCE R | 587172051 | 02/18/1959 | 70 |
| 756728 | ADAMS, WILLIAM | 436199096 | 05/04/1979 | 70 |
| 756728 | ADAMS, WILLIAM S | 245116613 | 08/04/1966 | 70 |
| 761940 | ALEXANDER, RAYMOND | 566680047 | 08/20/1979 | 70 |
| 761940 | ALEXANDER, RAYMOND F | 426171995 | 09/20/1959 | 70 |
| 775377 | ALLEN, CHRISTOPHER S | 426672632 | 04/11/1977 | 70 |

---

**Election Commissioner Orientation**

**January 2017**

**Activity Reporting**

♦ Voter Status Summary Report – VR-006

♦ Registrant Activity Report – VR-007

♦ Include in EC meeting minutes.



DELBERT HOSEMANN
Secretary of State

6

PTX-094-074







7

PTX-094-075

**Election Commissioner Orientation**
**January 2017**

Registrant Activity Report



DELBERT HOSEMANN
Secretary of State

---

**Election Commissioner Orientation**
**January 2017**

**IV.  Communication Plan**
- Email address for each election commissioner
- County Conference calls (during election cycles)
- SEMS Help Desk/Review by SEMS Focus Group
- Election Officials area on website and Secure Site



DELBERT HOSEMANN
Secretary of State

---

**Election Commissioner Orientation**
**January 2017**

**V.  On-Going Support**
- Help Desk support and monitoring
- GoToMeeting SEMS web-based training
- Focus Group review of enhancements
- Hands on training opportunities



DELBERT HOSEMANN
Secretary of State

8

PTX-094-076

**Election Commissioner Orientation**
**January 2017**

• Basic SEMS Training
  w/Absentee Processing
• Advanced SEMS Training
• Election Operations
• GEMS Database Build
• Train-the-Trainer

DELBERT HOSEMANN
Secretary of State

**Election Commissioner Orientation**
**January 2017**

Questions /Answers

DELBERT HOSEMANN
Secretary of State

**Election Commissioner Orientation**
**January 2017**

Madelan Lessep
Elections IT/SEMS Consultant
madelan.lessep@sos.ms.gov
601-359-1309

SEMS Support Center
1-877-357-SEMS (7367)
sems.support@sos.ms.gov

DELBERT HOSEMANN
Secretary of State



9