EXHIBIT NO. PTX-095 evid.
CAUSE NO. 3:22cv734-DPJ-HSO-LHS
WITNESS
CLERK: SHONE POWELL

FEB 26 2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
Candice Crane, REPORTER

Exhibit
10
12/18/2023
Lennep

# Voter Roll
# Move, Merge, and Purge

*Presented By:*
*Madalan Lennep, PMP*
*Elections Consultant*

DELBERT HOSEMANN
*Secretary of State*

3:22-cv-734
PTX-095

# Topics

1. Voter Roll Maintenance
   - Voter Move
   - Voter Merge
   - Voter Purge

2. Election Official Review

DELBERT HOSEMANN
*Secretary of State*

# Voter Registration



# Voter Registration

DELBERT HOSEMANN
*Secretary of State*

PTX-095-004

Change of Counties Report – VR-001
Reports - Voter Registration - Change of Counties Report
Help
Voter Registration
Address Library
Districts & Precincts
Election Management
Ballot Processing
Election Workers
Petitions
Master Lookups
State Agency
Close
CODE NAME
VR-001 Change of Counties Report
VR-002 Voter Movement - State Report
VR-003 NVRA Compliance Statistics Report
VR-004 Potential Duplicate Voters Report
VR-005 Voter Profile Report
VR-006 Voter Status Summary Report
VR-007 Registrant Activity Report
VR-008 Registered Voters Report
VR-009 Voting History Report
Schedule
Voters Moved From Warren To State of Mississippi
From Date 01/01/2013 To Date 05/01/2013
Run Report
Delbert Hosemann
Secretary of State

PTX-095-005

# VR-001

County : Madison

## Voter Movement Report

Date : 01/09/2017
Report No: VR-001

Move From : Madison Move To : Lafayette Move Date From : 01/01/2017 Move Date To : 01/09/2017

| Voter ID | Voter Name<br>Previous Name | Old Address | Current Address | Precinct | Move Date | Status |
|---|---|---|---|---|---|---|
| **TO:** | **Lafayette** | | | | | |
| 575448987 | LENNEP, ALYSSA ANN | 157 CHAPEL LN, MADISON, MS 39110 | 1850 OLD TAYLOR RD OXFORD MS 38655 | Oxford 1 | 01/09/2017 | Active |
| 575247992 | LENNEP, EVAN JAMESON<br>LENNEP, EVAN JV | 157 CHAPEL LN, MADISON, MS 39110 | 1850 OLD TAYLOR RD OXFORD MS 38655 | Oxford 1 | 01/09/2017 | Active |

**Voter Count** 2

**Election Commissioner's Signature** x ______________________ **Date** ______________

DELBERT HOSEMANN
*Secretary of State*

PTX-095-006

# Voter Merge



DELBERT HOSEMANN
*Secretary of State*

PTX-095-007

# 1. Voter Merge

Voter Merge - Selection

2 Messages and Reports

Help

Choose Voter merge option

1 Potential duplicates identified by the system

3 Query individual voters

Saved query

4 Unmerge voter

OK Cancel

DELBERT HOSEMANN
*Secretary of State*

# Voter Merge – Not the Same Voter

DELBERT HOSEMANN
*Secretary of State*

# Voter Merge - Exclude

Merge Comparison

Help

**Survivor**

Voter ID 345764

Name SHIELDS, BRIAN SYLVARIUS

Date of Birth No Match SSN Match last four

Driver License No Match

Residential Address 1985 ROBERTS CHAPEL RD LAMAR, MS 38642-9773

Signature

**Potential Duplicate**

Voter ID 575447863

Name SHIELDS, BRIAN M

Date of Birth No Match SSN Match last four

Driver License No Match

Residential Address 7671 CUEVAS TOWN RD PICAYUNE, MS 39466

Signature

Mailing Address | Registration | Absentee Address | Misc Info | Moving History | Contacts | Alternate Names

1985 ROBERTS CH RD
LAMAR, MS 38642

Exclude | Mark As Survivor | Close

# Voter Merge – Your Voter Has the Older Registration Date





DELBERT HOSEMANN
*Secretary of State*

PTX-095-011

# Voter Merge – Close

# Write Down VR Number and Purge

Merge Comparison

Help

**Survivor**

| | |
|---|---|
| Voter ID | 575272882 |
| Name | WALKER, ALICIA H |
| Date of Birth | Match |
| SSN | |
| Driver License | Match |
| Residential Address | 86 S CENTER ST POTTS CAMP, MS 38659 Match |
| Signature | |

**Potential Duplicate**

| | |
|---|---|
| Voter ID | 575015184 |
| Name | WALKER, ALICIA HOPE |
| Date of Birth | Match |
| SSN | No Match |
| Driver License | Match |
| Residential Address | 225 MCKAY RD HICKORY FLAT, MS 38633 |
| Signature | |

Mailing Address | Registration | Absentee Address | Misc Info | Moving History | Contacts | Alternate Names

| | Survivor | | Potential Duplicate |
|---|---|---|---|
| Status | Active | Status | Active |
| Reason | Registration Application | Reason | Registration Application |
| Reg. Source | Medicaid, Divisior | Reg. Source | Human Services, |
| Eff Reg | 08/28/2012 | Eff Reg | 12/06/2016 |
| Old ID | | Old ID | |
| Federal ID | | Federal ID | |
| Last Voted | | Last Voted | |
| Last Jury | | Last Jury | |

☐ Confidential ☐ Potential Worker ☐ No Signature ☐ Confidential ☐ Potential Worker ☐ No Signature

Exclude | Mark As Survivor | Close

DELBERT HOSEMANN
*Secretary of State*

PTX-095-012

DELBERT HOSEMANN
*Secretary of State*

PTX-095-013

Voter Registration
Voter Print Elections Petitions Imaging Address Exit DPS Information
Voter record successfully retrieved
Help
New Save Clear Search Process Batch
Voter ID 575272882
Last Name WALKER
First Name ALICIA
MN H
Suffix
Maiden Name
Birth Date EST Age
Driver License
SSN
Residence History Contacts Absentee Voting History
Standard NCOA/NVRA Clear
House # 86 Suffix Pre Dir S Street Name CENTER Type ST
Post Dir Unit Type
City/St/Zip POTTS CAMP MS 38659
County MARSHALL Precinct 5PTC Split PTC1
Polling Place POTTS CAMP TOWN HALL
Migration Comments
Mailing
Country UNITED STATES OF AMERICA Clear
Address 86 S CENTER ST
City/St/Zip POTTS CAMP MS 38659
Registration Misc Info Photo ID Custom
Secondary Lang
Special Assistance
Ballot Style NO APPLICABLE ELECTION
Audit Comment
Voter registered in Marshall County #575015184 on 12/6/16
Comments
Image
Detail Select Sig Update
DELBERT HOSEMANN
Secretary of State

PTX-095-014

# Audit Log

Voter Audit Trail

Search Voter Help

Search

Audit Type

Keyword

Date From

Date To

Search Clear

WALKER, ALICIA H

| Modified | Type | Value Before | Value After | User | County | Comment |
|---|---|---|---|---|---|---|
| 01/10/2017 ... | Voter Status | Active | Purged | lcarpent... | Marshall | Voter registered in Marshall County #575015184 ... |
| 01/10/2017 ... | Voter Statu... | Registratio... | Moved out... | lcarpent... | Marshall | Voter registered in Marshall County #575015184 ... |
| 02/03/2015 ... | Split | 1 | PTC1 | lcarpent... | Marshall | add town of Potts Camp split |
| 01/27/2015 ... | District | SS02 - Stat... | SS10 - Sta... | lcarpent... | Marshall | Redistrict sen dist 2 to Sen Dist 10 |
| 12/10/2014 ... | Split | 3 | 1 | lcarpent... | Marshall | to consolidate split for SH13 |
| 08/28/2012 ... | Confirmatio... | | Voter Regi... | bwhaley | Marshall | |
| 08/28/2012 ... | Confirmatio... | | Printed/E... | bwhaley | Marshall | |
| 08/28/2012 ... | Confirmatio... | | Printed/E... | bwhaley | Marshall | |
| 08/28/2012 ... | Confirmatio... | | Voter Regi... | bwhaley | Marshall | |
| 08/28/2012 ... | New Voter ... | | New voter... | bwhaley | Marshall | |

Detail Print Close

DELBERT HOSEMANN
*Secretary of State*

PTX-095-015

# Voter Merge – Your Voter Has the Newest Registration Date





DELBERT HOSEMANN
*Secretary of State*

# Voter Merge – Compare and Close

Merge Comparison

Help

**Survivor**

Voter ID 775442571

Name DEES, ROBERT E

Date of Birth Match SSN Match

Driver License Match

Residential Address 26 VIRGINIA AVE BYHALIA, MS 38611

Signature

**Potential Duplicate**

Voter ID 775312934

Name DEES, ROBERT E

Date of Birth Match SSN Match

Driver License Match

Residential Address 702 N JACKSON ST KOSCIUSKO, MS 39090

Signature

Mailing Address | Registration | Absentee Address | Misc Info | Moving History | Contacts | Alternate Names

Status Active

Reason Registration Application

Reg. Source Human Services, Eff Reg 12/06/2016

Old ID Federal ID

Last Voted Last Jury

☐ Confidential ☐ Potential Worker ☐ No Signature

Status Active

Reason Registration Application

Reg. Source Human Services, Eff Reg 04/11/2013

Old ID Federal ID

Last Voted Last Jury

☐ Confidential ☐ Potential Worker ☐ No Signature

Exclude | Mark As Survivor | Close

DELBERT HOSEMANN
*Secretary of State*

PTX-095-017

# Voter Merge – Commit so message goes to other County





DELBERT HOSEMANN
*Secretary of State*

PTX-095-018

# 2. Messages and Reports

DELBERT HOSEMANN
*Secretary of State*

PTX-095-019

# Messages and Reports

DELBERT HOSEMANN
*Secretary of State*

# Process Messages

DELBERT HOSEMANN
*Secretary of State*



# Voter Merge – Compare and Close

Merge Comparison

Help

**Survivor**

Voter ID 775442571

Name DEES, ROBERT E

Date of Birth Match SSN Match

Driver License Match

Residential Address 26 VIRGINIA AVE
BYHALIA, MS 38611

Signature

**Potential Duplicate**

Voter ID 775312934

Name DEES, ROBERT E

Date of Birth Match SSN Match

Driver License Match

Residential Address 702 N JACKSON ST
KOSCIUSKO, MS 39090

Signature

Mailing Address | Registration | Absentee Address | Misc Info | Moving History | Contacts | Alternate Names

| Field | Survivor | Field | Survivor | Field | Potential Duplicate | Field | Potential Duplicate |
|---|---|---|---|---|---|---|---|
| Status | Active | | | Status | Active | | |
| Reason | Registration Application | | | Reason | Registration Application | | |
| Reg. Source | Human Services, | Eff Reg | 12/06/2016 | Reg. Source | Human Services, | Eff Reg | 04/11/2013 |
| Old ID | | Federal ID | | Old ID | | Federal ID | |
| Last Voted | | Last Jury | | Last Voted | | Last Jury | |

☐ Confidential ☐ Potential Worker ☐ No Signature ☐ Confidential ☐ Potential Worker ☐ No Signature

Close

DELBERT HOSEMANN
*Secretary of State*

# Changes to VR-004

County: Attala

## Potential Duplicate Voters Report

Date : 01/10/2017
Report No: VR-004

Voter Merge Status: All Voters

| Voter ID | Voter Name | Address | Date of Birth | Effective Reg. Date | Status | % Match | County |
|---|---|---|---|---|---|---|---|
| **575348964** | **WARREN CRYSTAL M** | 2577 ATTALA ROAD 2247 KOSCIUSKO MS 39090 | 12/15/1990 | 07/22/2014 | **A** | **80** | **Attala** |
| 775240466 | WARREN CRYSTAL A | 131 S FOURTH ST MORTON MS 39117 | 02/15/1990 | 12/12/2011 | R | 80 | Scott |
| Unprocessed | | | | | | | |
| **1728065** | **WEATHERBY LESLIE** | 2152 ATTALA ROAD 4985 SALLIS MS 39160 | 06/09/1974 | 07/21/1992 | **A** | **80** | **Attala** |
| 1050574 | WEATHERBY LESLIE | MVSU MAGNOLIA HALLAPT: 116 ITTA BENA MS 38941 | 06/09/1974 | 10/02/1998 | R | 80 | Leflore |
| Unprocessed | | | | | | | |
| **1727278** | **MOORE JOHN D** | 6095 ATTALA ROAD 2247 KOSCIUSKO MS 39090 | 01/07/1957 | 01/10/1995 | **A** | **80** | **Attala** |
| 820426 | MOORE JOHN R | 106 BEN DR GULFPORT MS 39503-3460 | 04/13/1938 | 05/17/1976 | A | 80 | Harrison |
| Unprocessed | | | | | | | |
| **775312934** | **DEES ROBERT E** | 702 N JACKSON ST KOSCIUSKO MS 39090 | 10/11/1985 | 04/11/2013 | **A** | **99** | **Attala** |
| 775442571 | DEES ROBERT E | 26 VIRGINIA AVE BYHALIA MS 38611 | 10/11/1985 | 12/06/2016 | A | 99 | Marshall |
| In Process – Action required by Attala County | | | | | | | |
| **1741994** | **PUGH JAMES CLAYTON III** | 2047 ATTALA ROAD 4167 SALLIS MS 39160 | 03/09/1977 | 09/17/1996 | **A** | **80** | **Attala** |
| 5633952 | PUGH JAMES ELLIS | 72 C R 357 HEIDELBERG MS 39439 | 01/27/1953 | 07/01/1971 | A | 80 | Jasper |
| Unprocessed | | | | | | | |
| **775044569** | **BROWN JAMES** | 3780 ATTALA ROAD 4114 SALLIS MS 39160 | 01/14/1952 | 07/03/2007 | **A** | **80** | **Attala** |
| 775380339 | BROWN JAMES LEE | 16097 HIGHWAY 19 S KOSCIUSKO MS 39090 | 01/14/1952 | 08/07/2015 | A | 80 | Attala |
| Unprocessed | | | | | | | |

DELBERT HOSEMANN
*Secretary of State*

# Accept Message

Duplicate Identification And Messaging
Showing record 1 of 1
Pending Messages
Message Id
Operation Type
Message Details
500025000
Merge
'Marshall' County user has requested to merge voter '775312934' with '775442571'
Accept
Reject
Compare Voter Records
Prev
Next
Close

SECRETARY OF STATE
STATE OF MISSISSIPPI
OFFICIAL

DELBERT HOSEMANN
*Secretary of State*

# There is no merge in this case…your voter is purged.





DELBERT HOSEMANN
*Secretary of State*

PTX-095-025



Voter Registration

Voter Print Elections Petitions Imaging Address Exit DPS Information

Voter record successfully retrieved

Help

New | Save | Clear | Search | Process Batch

| Voter ID | Last Name | First Name | MN | Suffix | Maiden Name | Birth Date | EST | Age | Driver License | SSN |
|---|---|---|---|---|---|---|---|---|---|---|
| 775312934 | DEES | ROBERT | E | | | XX/XX/XXXX | | XX | XXXXXXXXX | XXXX |

Residence | History | Contacts | Absentee | Voting History

Standard NCOA/NVRA Clear

House # 702 Suffix Pre Dir N Street Name JACKSON Type ST

Post Dir Unit Type

City/St/Zip KOSCIUSKO MS 39090

County ATTALA Precinct 20 Split 4CW1

Polling Place COLISEUM Migration Comments

Mailing

Country UNITED STATES OF AMERICA Clear

Address 702 N. JACKSON STREET

City/St/Zip KOSCIUSKO MS 39090

Registration | Misc Info | Photo ID | Custom

Status G - Purged Reg. Source H - Human Ser

Reason 1MOV - Moved out of county ☐ No HAVA ID

Eff Reg 04/11/2013 Old ID ☑ US Citizen

Last Voted Gender Male ☐ No Signature

Last Jury DPS Verified ☐ Potential Worker

☐ Confidential Reveal Verify DPS ☐ Permanently Excused Juror

Comments

Image

Detail Select Sig Update < >

DELBERT HOSEMANN

*Secretary of State*

PTX-095-026

Voters Merge Report – VR-017

Reports - Voter Registration - Voters Merge Report
Help
Voter Registration
Address Library
Districts & Precincts
Election Management
Ballot Processing
Election Workers
Petitions
Master Lookups
State Agency
Close
CODE
NAME
VR-011
Incomplete Registration Notification
VR-012
Voter Notification Card For InActive/Active Voters
VR-013
Notification Letter Report
VR-014
Pending Voter List
VR-015
Incorrectly Marked Deceased Voter
VR-016
Voter Districts List
VR-017
Voters Merge Report
VR-018
Voters List for Selective Districts
VR-019
Blank Registration Application Report
Schedule
County
Marshall
Merged Date
From Date
01/01/2017
To Date
01/10/2017
Run Report

SECRETARY OF STATE
STATE OF MISSISSIPPI
OFFICIAL

# Voter Merge Report - VR-017

County: Marshall

## Voter Merge Report

Date: 01/10/2017
Report No: VR-017

Period From : 01/01/2017 Till : 01/10/2017

| Status | Voter ID | Voter Name | Voter Address | Precinct | Voter Status | County | Merge Date |
|---|---|---|---|---|---|---|---|
| Survivor | 775442571 | DEES, ROBERT E | 26 VIRGINIA AVE, BYHALIA MS 38611 | 2CAY | Active | Marshall | 01/10/2017 |
| Duplicate | 775312934 | DEES, ROBERT E | 702 N JACKSON ST, KOSCIUSKO MS 39090 | 20 | Purged | Attala | 01/10/2017 |

**Voter Count** 1

DELBERT HOSEMANN
*Secretary of State*

PTX-095-028

# The real 'merge' is within your county.





DELBERT HOSEMANN
*Secretary of State*

PTX-095-029

# Voter Merge - Compare and Close

Merge Comparison

Help

**Survivor**

Voter ID 775430076

Name HALBERT, MARJORIE

Date of Birth Match SSN Match

Driver License No Match - new DL

Residential Address 1194 CR 176 SIDON, MS 38954

Signature

**Potential Duplicate**

Voter ID 575000161

Name HALBERT, MARJORIE ANN

Date of Birth Match SSN Match

Driver License No Match - old DL (SSN)

Residential Address 279 CR 133 GREENWOOD, MS 38930

Signature

Mailing Address | Registration | Absentee Address | Misc Info | Moving History | Contacts | Alternate Names

Status Active

Reason Registration Application

Reg. Source In Person - CC O Eff Reg 10/03/2016

Old ID Federal ID

Last Voted Last Jury

☐ Confidential ☐ Potential Worker ☐ No Signature

Status Active

Reason Clerical Corrections

Reg. Source Human Services, Eff Reg 06/11/2012

Old ID Federal ID

Last Voted 11/06/2012 Last Jury

☐ Confidential ☐ Potential Worker ☐ No Signature

Exclude | Mark As Survivor | Close

DELBERT HOSEMANN
*Secretary of State*

PTX-095-030



Commit
Voter Merge Selection
Help
From Date:
To Date:
All
Search
Group Navigation
<<
<
>
>>
Survivor | Exclude | ID | Last Name | First Name | County | DOB | SSN | Federal ID | Effective Reg Date
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 HALBERT MARJORIE Carroll 11/24/1937 55448996 10/03/2016
575000161 HALBERT MARJORIE Carroll 11/24/1937 54448996 06/11/2012
Add
Compare
Commit
Close
SECRETARY OF STATE
STATE OF MISSISSIPPI
OFFICIAL
DELBERT HOSEMANN
Secretary of State

PTX-095-031

Merged Voter Record
Voter Registration
Voter Print Elections Petitions Imaging Address Exit DPS Information
Voter record successfully retrieved
Help
New Save Clear Search Process Batch
Voter ID 775430076
Last Name HALBERT
First Name MARJORIE
MN
Suffix
Maiden Name TIPPETS
Birth Date 11/24/1937
EST
Age 79
Driver License 802519610
SSN 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
Residence History Contacts Absentee Voting History
Image
Voter Audit Trail
Search Voter Help
Search
Audit Type
Keyword
Date From
Date To
Search Clear
HALBERT, MARJORIE
Modified | Type | Value Before | Value After | User | County | Comment
01/10/2017 ... | New Voter ... | Merged -- (575000161) | 0 | dstanton | Carroll |
01/10/2017 ... | Voter Status | | Merged | dstanton | Carroll | The record is the survivor of a merge.
10/04/2016 ... | Registratio... | | Voter Re... | bking | Carroll |
10/04/2016 ... | Registratio... | | Voter Re... | bking | Carroll |
10/03/2016 ... | Absentee | | Absente... | mheath | Carroll |
10/03/2016 ... | Absentee | | Absente... | mheath | Carroll |
10/03/2016 ... | Absentee | | Out of C... | mheath | Carroll |
10/03/2016 ... | Registratio... | | Voter Re... | bking | Carroll |
10/03/2016 ... | Registratio... | | Voter Re... | bking | Carroll |
10/03/2016 ... | New Voter ... | | New vot... | bking | Carroll |
09/04/2014 ... | Voter Statu... | Confirmation Card Ma... | Clerical C... | cgnoah | Carroll |
09/04/2014 ... | Voter Status | Inactive | Active | cgnoah | Carroll |
07/14/2014 ... | Confirmatio... | | Printed/... | dstanton | Carroll |
07/14/2014 ... | Confirmatio... | | Printed/... | dstanton | Carroll |
07/14/2014 ... | Confirmatio... | | Printed/... | dstanton | Carroll |
07/14/2014 ... | Confirmatio... | | Printed/... | dstanton | Carroll |
07/14/2014 ... | Confirmatio... | | Printed/... | dstanton | Carroll |
07/14/2014 ... | Confirmatio... | | Printed/... | dstanton | Carroll |
07/14/2014 ... | Confirmatio... | | Voter No... | dstanton | Carroll |
07/14/2014 ... | Voter Status | Active | Inactive | dstanton | Carroll |
Detail Print Close
DELBERT HOSEMANN
Secretary of State

PTX-095-032

# Voter Merge Report - VR-017

County: Carroll

Voter Merge Report

Date: 01/10/2017
Report No: VR-017

Period From : 01/01/2017 Till : 01/10/2017

| Status | Voter ID | Voter Name | Voter Address | Precinct | Voter Status | County | Merge Date |
|---|---|---|---|---|---|---|---|
| Survivor | 775430076 | HALBERT, MARJORIE | 1194 CR 176, SIDON MS 38954 | 3-GRH | Active | Carroll | 01/10/2017 |
| Duplicate | 575000161 | HALBERT, MARJORIE ANN | 279 CR 133, GREENWOOD MS 38930 | 3-WCA | Merged | Carroll | 01/10/2017 |

Voter Count 1

DELBERT HOSEMANN
*Secretary of State*

PTX-095-033

# Rejecting a Potential Duplicate





DELBERT HOSEMANN
*Secretary of State*

# Reject – Voters are Marked as Non-Duplicates

**Duplicate Identification And Messaging**

Showing record 41 of 41

Pending Messages

| Message Id | Operation Type | Message Details |
|---|---|---|
| 500025001 | Merge | 'Carroll' County user has requested to merge voter '1052911' with '575421977' |

Accept | Reject | Compare Voter Records | Prev | Next | Close

DELBERT HOSEMANN
*Secretary of State*

DELBERT HOSEMANN
*Secretary of State*

PTX-095-036

# Purge Voter Report - System Configuration

*Secretary of State*

PTX-095-037

# Registrant Activity Report – VR-007

DELBERT HOSEMANN
*Secretary of State*

PTX-095-038



County: Warren

# Registrant Activity Report

Date : 05/28/2013
Report No: VR-007

Precinct : All  Audit Type : Voter Status  Voter Status : Purged  Effective Up to : 5/28/2013  Audit Date From : 03/01/2013  To : 03/31/2013

| Voter ID | Voter Name | Residential Address | Eff Regn Date | Precinct | Modified Date / Voter Status Reasons | UserName | Old Value / Comments | New Value |
|---|---|---|---|---|---|---|---|---|
| 500014060 | AARON, PENNY ELAINE | 4230 DOGWOOD LN VICKSBURG MS 39180 | 05/01/2006 | Bovina | 03/05/2013 | sdionne | Inactive | Purged |
| | | | | | No Activity in 2 Fed Gen Elec after Confirm Card | | never voted per election comm/Inactive 2009 | |
| | | | | | | | Number of Changes | 1 |
| 949080 | ABRAHAM, BILLIE | 107 LAKEWOOD HLS VICKSBURG MS 39180 -5344 | 07/02/1979 | Beechwood | 03/11/2013 | lwooley | Inactive | Purged |
| | | | | | No Activity in 2 Fed Gen Elec after Confirm Card | | no vote in 2 fed elections | |
| | | | | | | | Number of Changes | 1 |
| 986138 | ACUFF, FLOYD DENSON | 4033 WASHINGTON ST VICKSBURG MS 39180 -5274 | 08/29/1994 | No.7 Fire Station | 03/27/2013 | lwooley | Purged | Purged |
| | | | | | Deceased | | doh record | |
| | | | | | | | Number of Changes | 1 |
| 949106 | ADAMS, MOLLIE ANNE | 8883 FISHER FERRY RD VICKSBURG MS 39180 -8292 | 05/12/1971 | Moose Lodge | 03/22/2013 | lwooley | Active | Purged |
| | | | | | Deceased | | doh 1/19/2011 | |
| | | | | | | | Number of Changes | 1 |
| 967461 | ALEXANDER, DON | 103 LAURA LAKE CIR VICKSBURG MS 39180 -9788 | 07/06/1995 | Ymca | 03/27/2013 | lwooley | Purged | Purged |
| | | | | | Deceased | | doh report | |
| | | | | | | | Number of Changes | 1 |
| 977215 | ALLEN, JOEL DEXTER | 820 CULKIN RD VICKSBURG MS 39183 -1102 | 09/19/2000 | Culkin | 03/27/2013 | lwooley | Purged | Purged |
| | | | | | Deceased | | | |
| | | | | | | | Number of Changes | 1 |
| 292157 | ALLEN, KHARI K SR | 70 STILLWATER DR VICKSBURG MS 39180 | 06/12/2008 | Jett | 03/19/2013 | sdionne | Active | Inactive |
| | | | | | Moved out of county | | Signed confirmation card | |
| | | | | | 03/27/2013 | sdionne | Inactive | Purged |
| | | | | | Moved out of county | | Signed confirmation card | |
| | | | | | | | Number of Changes | 2 |

DELBERT HOSEMANN
*Secretary of State*

PTX-095-039

# Voter Roll Maintenance is a continuous process;

# It is a project which does not end!

DELBERT HOSEMANN
*Secretary of State*

PTX-095-040

# Questions?

SECRETARY OF STATE
OFFICIAL
STATE OF MISSISSIPPI

DELBERT HOSEMANN
*Secretary of State*

PTX-095-041

# Contact Information

***Mississippi Secretary of State's Office***
***Elections Division***

*Madalan Lennep, PMP*
*Elections IT/SEMS Consultant*
*Madalan.Lennep@sos.ms.gov*
*Direct: (601) 359-1309*
*Elections Hotline: (800) 829-6786*
*SEMS Help Desk: (877) 357-7367*

DELBERT HOSEMANN
*Secretary of State*