EXHIBIT NO. PTX-096 evid.
CAUSE NO. 3:22cv734DPS-HSO-LHS
WITNESS
CLERK: _____ SHONE POWELL

FEB 26 2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
Candice Crane , REPORTER

1/20/2011

# SEMS UPDATE

**Redistricting and New Features**

## ECAM Convention 2011

**Presented by**
**Madalan Lennep, PMP**



DELBERT HOSEMANN
*Secretary of State*

## Agenda

I.      Poll Manager Experience
II.     Redistricting Preparation
III.    Redistricting Steps
IV.     Team Work
V.      SEMS Enhancements
VI.     Other SEMS Functionality
VII.    Lessons Learned Tips
VIII.   Questions and Answers



DELBERT HOSEMANN
*Secretary of State*

Exhibit
11
12/18/2023
Lennep

3:22-cv-734

PTX-096

1

PTX-096-001

1/20/2011

## Most of what you need to know about being a Poll Manager you get from Training....here is the rest!

- Directions to Precinct
- Card Table
- Fly swatter/bug spray (Ratio 50:1)
- Lots of Food
- Activities
- Paper Products



DELBERT HOSEMANN
*Secretary of State*

## II. Redistricting Preparation

- **Check Overlap Addresses**
- Run AL-005



DELBERT HOSEMANN
*Secretary of State*

2

1/20/2011





PTX-096-003

1/20/2011





PTX-096-004

1/20/2011





5



PTX-096-006

1/20/2011

## Redistricting Steps

### Example 1:
### Changing District Lines within a Precinct



DELBERT HOSEMANN
Secretary of State

## 1.  Choose a District

### State Senate District 51

## 2.    Print Address Rule Report

### Selection Criteria for AL-001



DELBERT HOSEMANN
Secretary of State

7

PTX-096-007

1/20/2011





**PTX-096-008**

1/20/2011





**PTX-096-009**

1/20/2011



# 5. Review report for designated district

| County: Jackson | | | Precinct Split Statistics | | | Date: | | |
|---|---|---|---|---|---|---|---|---|
| Precinct: 0301 - Pinecrest   District Types: State House of Representatives  Senate State  Supervisor  Justice Court Judge | | | | | | Report No: DP-008 | | |
| Precinct | Split | REP | SEN | SUPR | JCJ | Active Voters | Inactive Voters | Total Count |
| 0301 Pinecrest | | | | | | | | |
| | 1-PA1 | SH111 | SS01 | U2 | L1 | 25 | 1 | 26 |
| | 1-PA4 | SH111 | SS51 | 03 | C1 | 703 | 18 | 721 |
| | 1A-PA4 | SH111 | SS02 | U2 | L1 | 690 | 22 | 712 |
| | | | | | SubTotal | 1418 | 41 | 1459 |
| | | | | | Total Voters | 1418 | 41 | 1459 |

DELBERT HOSEMANN
*Secretary of State*

# 6. Go to Address Library

## To make change to Address Range

DELBERT HOSEMANN
*Secretary of State*

10

**PTX-096-010**

1/20/2011





**7. Go to Address Range Details**

DELBERT HOSEMANN
*Secretary of State*

11

**PTX-096-011**

1/20/2011





**PTX-096-012**

1/20/2011





PTX-096-013

1/20/2011





PTX-096-014

1/20/2011





**PTX-096-015**

1/20/2011





**PTX-096-016**

1/20/2011



## 2. Search for Confirmation Cards sent by Date Range



17

1/20/2011





**PTX-096-018**

1/20/2011





1/20/2011





1/20/2011



1/20/2011





**PTX-096-022**

1/20/2011

## VII. Lessons Learned

1. **Poll Manager Training**
2. **Poll Book Edits**
3. **Change of Address Information**
4. **Address Master List**
5. **Affidavit Voting**



DELBERT HOSEMANN
Secretary of State

## Questions and Answers

DELBERT HOSEMANN
Secretary of State

23

1/20/2011

## Contact Information

**SEMS Support Center**
**1-877-357-SEMS (7367)**
sems.support@sos.ms.gov

**Charlie Case**
**Carrie Boyd**
**Shequita Lowe**
**Stephanie McCann**
**Ruth Stockett**



DELBERT HOSEMANN
*Secretary of State*

24

PTX-096-024

ECAM ANNUAL MEETING
January 25 - 27, 2012

# Updates to SEMS
# And Election Prep

Presented by Madalan Lennep, PMP



DELBERT HOSEMANN
*Secretary of State*

PTX-096-025

# Topics to be Covered

- **Updates in SEMS**
- **SSA Verification**
- **Preparation for 2012 Elections**
- **TSX Tips and Reminders**
- **Training Opportunities**



DELBERT HOSEMANN
*Secretary of State*

PTX-096-026

# Changes in SEMS

## January 2012 Release
## February 2012 Release



DELBERT HOSEMANN
*Secretary of State*

PTX-096-027

# Updates to SEMS – Voter Registration

Voter Comments can be added to Audit Log:



**PTX-096-028**

# Updates to SEMS – Voter Registration

Photo ID Field:



PTX-096-029

# Updates to SEMS – Voter Registration

## Absentee Voter History:



| Election Date | Description | Ballot Style | Voter Party | Status | Voting Method | Is Federal | County N... |
|---|---|---|---|---|---|---|---|
| 11/08/2011 | General Election 11/08/2011 | 47 | | Counted | Absentee | NO | Oktibbeh |
| 08/02/2011 | 2011 Primary | 28 | Republican | Counted | Absentee | NO | Oktibbeh |
| 02/01/2011 | Run Off Election for 1/11/2... | 1 | | Counted | Absentee | NO | Oktibbeh |
| 11/02/2010 | General Election November ... | 4 | | Counted | Polling Place | YES | Oktibbeh |
| 06/02/2009 | Starkville Municipal Election | 7 | | Counted | Polling Place | NO | Oktibbeh |
| 05/05/2009 | Starkville Democratic Primary | 7 | | Counted | Polling Place | NO | Oktibbeh |
| 11/04/2008 | General Election November ... | 6 | | Counted | Polling Place | YES | Oktibbeh |
| 03/11/2008 | Presidential Preference Pri... | 1 | Republican | Counted | Polling Place | NO | Oktibbeh |
| 11/06/2007 | General Election 11/06/2007 | 47 | | Counted | Polling Place | NO | Oktibbeh |
| 08/28/2007 | Run Off Election for '8/7/20... | 1 | | Counted | Polling Place | NO | Oktibbeh |
| 08/07/2007 | Primary Election | 29 | Democrat | Counted | Polling Place | NO | Oktibbeh |
| 11/07/2006 | General Election November ... | 2 | | Counted | Polling Place | YES | Oktibbeh |
| 11/02/2004 | General | DM53 | | Counted | Polling Place | YES | Oktibbeh |



**DELBERT HOSEMANN**
*Secretary of State*

PTX-096-030

# Updates to SEMS – Election Management

### New Elections - Run-Off Field Required:



DELBERT HOSEMANN
*Secretary of State*

**PTX-096-031**

# Updates to SEMS – Election Management

Run-Off Election Type will be Removed:





DELBERT HOSEMANN
*Secretary of State*

PTX-096-032

# Updates to SEMS – Reports and Labels

VR-009 – Party Affiliation for Permanently Disabled Absentees:

| County : Hinds | | Voting History Report | | | | Date : 01/09/2012 | |
|---|---|---|---|---|---|---|---|
| | | | | | | Report No: VR-009 | |
| Precincts : BO - Bolton   Status : Active   Registration Period Till : 1/9/2012   Election : 08/02/2011 - Hinds County Primary   Period Till : 08/02/2011 | | | | | | | |
| Voter ID Election Participation Date | Voter Name | Residential/Mailing Address | City | Precinct | | Eff Regn Date | Party |
| 110152 | BELL, WILLIE JAMES | 1185 NATHANIEL HILL RD BOLTON MS 39041 | BOLTON | Bolton | | 04/23/1984 | D |
| 59333 | BOLTON, GEORGE SR | 1005 DANIEL HILL LN BOLTON MS 39041 | BOLTON | Bolton | | 10/06/1979 | |
| 8/2/2011 | | | | | | | |



DELBERT HOSEMANN
*Secretary of State*

**PTX-096-033**

# Updates to SEMS – Reports and Labels

## VR-024 Shifting District Columns:

| US | MS | CONG | SC | TC | PSC | DA | SEN |
|----|----|------|----|----|-----|-----|-----|
| US | MS | USH02 | SC01 | DA04 | SS13 | SH31 | COA2 |
| US | MS | USH04 | SC02 | DA12 | SS45 | SH103 | COA5 |
| US | MS | USH03 | SC01 | DA07 | SS25 | SH64 | COA4 |
| US | MS | USH02 | SC01 | DA07 | SS28 | SH70 | COA4 |
| US | MS | USH02 | SC01 | DA07 | SS26 | SH72 | COA2 |
| US | MS | USH03 | SC02 | DA06 | SS37 | SH94 | COA4 |
| US | MS | USH03 | SC02 | DA14 | SS39 | SH92 | COA4 |
| US | MS | USH02 | SC01 | DA07 | SS29 | SH68 | COA4 |
| US | MS | USH04 | SC02 | DA10 | SS43 | SH86 | COA5 |



DELBERT HOSEMANN
*Secretary of State*

PTX-096-034

# Updates to SEMS – Reports and Labels

VR-024 – Voter History File - Show Political Party Affiliation:





DELBERT HOSEMANN
*Secretary of State*

**PTX-096-035**

# Updates to SEMS – Reports and Labels

### BP-001 – Add Rejected Comment:

| County: Leflore | Absentee Ballot Received Report | | | | Date: 01/06/2012<br>Report No: BP-001 | |
|---|---|---|---|---|---|---|
| | Elections : 12/20/2011 - District 3 Supervisor | | | | | |
| Precinct | | | | | Ballot Status | |
| Voter ID | Ballot ID | Name | Address | Sent Date | Receive Date | Accepted | Rejected |
| **40 - Central Gwd** | | | | | | |
| 1061600 | 1500463961 | FLEMINGS, SAMUEL L | 319 1/2 W JOHNSON ST REAR GREENWOOD,MS 38930 | 12/14/2011 | 12/14/2011 | ☐ | ☐ |
| 1056970 | 1950565273 | GRIFFIN, BERTHA MAE | 610 HOWARD ST GREENWOOD,MS 38930 | 12/12/2011 | 12/12/2011 | ☐ | ☐ |
| 1045244 | 1950565268 | HOBSON, EARL L. | 1517 GRENADA BLVD GREENWOOD,MS 38930 | 12/12/2011 | 12/15/2011 | ☐ | ☐ |



DELBERT HOSEMANN
*Secretary of State*

**PTX-096-036**

# Updates to SEMS – Reports and Labels

## VR-028 – Show Party Affiliation on Absentee and Affidavits:

County : Hinds

**Unofficial Voting List**

Date : 01/09/2012
Report No : VR-028

Precincts : BO - Bolton   Status : Active   Registration Period Till : 1/9/2012   Election : 08/02/2011 - Hinds County Primary   Period Till : 08/02/2011

| Voter ID | Voter Name | Residential/Mailing Address | City | Precinct | Eff Regn Date | Party |
|----------|-----------|-----------------------------|------|----------|---------------|-------|
| **Election Participation Date** | | | | | | |
| 72342 | FARR, PAMELA PLUNKETT | 107 E MADISON ST BOLTON MS 39041 | BOLTON | Bolton | 07/23/1982 | |
| 8/2/2011 | | | | | | |
| 55851 | FISHER, MARY ANN | 5353 OLD HIGHWAY 80 BOLTON MS 39041 | BOLTON | Bolton | 10/01/2004 | R |
| 8/2/2011(R) | | | | | | |
| 118555 | FISHER, ROBERT H | 5353 OLD HIGHWAY 80 BOLTON MS 39041 | BOLTON | Bolton | 10/01/2004 | R |
| 8/2/2011(R) | | | | | | |
| 54610 | FLOYD, JOHN JR | 117 MARTIN LUTHER KING JR DR BOLTON MS 39041 | BOLTON | Bolton | 05/05/2005 | |
| 8/2/2011 | | | | | | |



DELBERT HOSEMANN
*Secretary of State*

**PTX-096-037**

# Updates to SEMS – Reports and Labels

VR-028 – District selection criteria:



PTX-096-038

# Updates to SEMS – Reports and Labels

## VR-028 – District selection criteria:

| County : Hinds | | Unofficial Voting List | | | Date : 01/09/2012 | | |
|---|---|---|---|---|---|---|---|
| | | | | | Report No : VR-028 | | |
| Precincts : BO - Bolton  Status : Active  Registration Period Till : 1/9/2012   Election : 08/02/2011 - Hinds County Primary   Period Till : 08/02/2011 | | | | | | | |
| **Voter ID** <br> **Election Participation Date** | **Voter Name** | **Residential/Mailing Address** | **City** | **Precinct** | **Eff Regn Date** | **Party** | |
| 72342 <br><br> 8/2/2011 | FARR, PAMELA PLUNKETT | 107 E MADISON ST BOLTON MS 39041 | BOLTON | Bolton | 07/23/1982 | | |
| 55851 <br><br> 8/2/2011(R) | FISHER, MARY ANN | 5353 OLD HIGHWAY 80 BOLTON MS 39041 | BOLTON | Bolton | 10/01/2004 | R | |
| 118555 <br><br> 8/2/2011(R) | FISHER, ROBERT H | 5353 OLD HIGHWAY 80 BOLTON MS 39041 | BOLTON | Bolton | 10/01/2004 | R | |



DELBERT HOSEMANN
*Secretary of State*

**PTX-096-039**

# Social Security Verification

## Implementation will be complete by February 1, 2011.



DELBERT HOSEMANN
*Secretary of State*

PTX-096-040



User: Mad Lennep

# SSA VERIFICATION

Verify Applicant | Edit My Contact Information | Change my Password | Log Out

*W*elcome to the Mississippi Secretary of State's Office Voter Verification website.

Section 303 of Public Law 107-252 (Help America Vote Act of 2002) requires states and localities to develop centralized, computerized voter databases and to verify voter registration information known as SEMS. Individuals registering to vote must provide their driver's license number on the voter registration application. SEMS is designed to verify driver's license numbers given on the application.

However, if the registrant has no driver's license, they must supply the last four digits of their Social Security Number (SSN). This site will attempt to verify the last four digits of the applicant's SSN. Simply enter the applicant's name, date of birth and SSN. Through communication with the Social Security Administration's Social Security Online Verification system (SSOLV), a response will be returned stating what data has been verified. SEMS will still verify driver's license numbers given on the application and there is no need to use the Voter Verification website.

Because of privacy laws and anti-fraud measures, SSA only verifies the information. For instance, if a county submitted an inquiry, and the SSN did not match against SSA's information, SSA would return a message indicating the SSN did not match, but it would not divulge what was wrong with the match, such as a transposition of two numbers.

The codes you will receive are as follows:

- X code - Single match alive
- Y code - Single match deceased
- Z code - No match found
- V code - Multiple matches all alive
- T code - Multiple matches all deceased
- W code - Multiple matches mixed
- S code - invalid

Please contact the SEMS Help Desk at 877-357-7367 if you have any problems or need additional information concerning this process.

**PTX-096-041**

# SSA Verification

- User name and password will be assigned by MSOS.

- Utilization is determined by statute.



DELBERT HOSEMANN
*Secretary of State*

PTX-096-042

# SSA Verification Utilization

# SSA VERIFICATION

Verify Applicant | Edit My Contact Information | Change my Password | Log Out



DELBERT HOSEMANN
*Secretary of State*

**PTX-096-043**

# SSA Verification Utilization

**Verify Applicant**

All fields are required.

| Voter Information | |
|---|---|
| First Name | |
| Last Name | |
| Last 4 of SSN | |
| Date of Birth | ex: 01/01/1970 |

Continue ▸



DELBERT HOSEMANN
*Secretary of State*

PTX-096-044

# SSA Verification Utilization

**The codes you will receive are as follows:**
- **X code - Single match alive**
- **Y code - Single match deceased**
- **Z code - No match found**
- **V code - Multiple matches all alive**
- **T code - Multiple matches all deceased**
- **W code - Multiple matches mixed**
- **S code - invalid**



DELBERT HOSEMANN
*Secretary of State*

PTX-096-045

# Preparation for 2012 Elections

- Post History
- Close All Previous Elections
- Redistricting Changes for U. S. House
- Involve Election Commissioners



DELBERT HOSEMANN
*Secretary of State*

PTX-096-046

# TSX Preparation Tips

## Clear everything before you start:



TSX Memory Card

Make sure memory cards and Voter
Access cards are cleared before
beginning your Election Load process.



OS Memory Card



Voter Access Card

**DELBERT HOSEMANN**
*Secretary of State*

PTX-096-047

# TSX Preparation Tips

## GEMS Download:



TSX Memory Card

When downloading memory cards, select and complete one precinct at a time. This allows you to watch to make sure the label matches the information on the AccuVote Server window.



DELBERT HOSEMANN
*Secretary of State*

PTX-096-048

# TSX Preparation Tips

## TSX memory card will not work in TSX machine:

 - Security keys do not match.

- Reformat TSX memory card using a laptop.
- Memory card is bad, call ES&S to confirm.



**DELBERT HOSEMANN**
*Secretary of State*

PTX-096-049

# TSX Preparation Tips

## Encoder display reads Wrong Media Key:

- Updated security keys to match the TSX.  By using the Supervisors Card.  (Make sure you clear all old Voter Access cards prior to updating security keys).



DELBERT HOSEMANN
*Secretary of State*

PTX-096-050

# TSX Election Day Tips

## Placement of the TSX machines:

- Machine must be turned to allow privacy for the voter.





DELBERT HOSEMANN
*Secretary of State*

PTX-096-051

# TSX Election Day Tips

## Check the power lights on the TSX

- Top **green** light shows A/C Power
- Middle **blue** light shows machine is on
- Bottom flashing light – **yellow** means battery is charging and **green** means battery is charged.





**DELBERT HOSEMANN**
*Secretary of State*

PTX-096-052

# TSX Election Day Tips

## Encoder Screen keeps fading in and out

- Replace batteries (be careful not to apply too much force when installing the screws that hold the cover).
- Turn the Encoder off when not in use.
- Do not leave card in encoder (even if it is off).



**DELBERT HOSEMANN**
*Secretary of State*

PTX-096-053

# TSX Election Day Tips

## Use of Supervisor Cards:



- Should be placed in sealed envelope with
    instructions for use…..generally should not
    be opened until 7:00 p.m.

- Inserting a Supervisor Card in an encoder will
    clear all ballots styles on the Encoder.



DELBERT HOSEMANN
*Secretary of State*

PTX-096-054

# TSX Election Day Tips

## Smart card is stuck in TSX:

- Reboot TSX machines and card should pop out.
- Clean any debris from card using an electronic wipe (while avoiding the metal smart chip).



**DELBERT HOSEMANN**
*Secretary of State*

PTX-096-055

# TSX Election Day Tips

## While closing out the election:



TSX Memory Card

- Remove the memory card as soon as the result tape is printed.  With the the memory card removed, there are only two options: Shut Down TSX or Election Archives.



DELBERT HOSEMANN
*Secretary of State*

PTX-096-056

# TSX Election Day Tips

## Voter is not in the poll book:



- This voter cannot vote on the TSX
- This voter cannot vote on a REGULAR paper ballot.



**DELBERT HOSEMANN**
*Secretary of State*

PTX-096-057

# TSX Election Day Tips
## Moving the GEMS Server:
Reconnect and test before upload begins.





DELBERT HOSEMANN
*Secretary of State*

PTX-096-058

# Training Opportunities for 2012

- Basic SEMS Training w/Absentee Processing
- Redistricting Training
- Election Operations
- GEMS Database Build
- Train-the-Trainer



**DELBERT HOSEMANN**
*Secretary of State*

PTX-096-059

# Questions /Answers



**DELBERT HOSEMANN**
*Secretary of State*

PTX-096-060

# Contact Information

**SEMS Support Center**
**1-877-357-SEMS (7367)**
**sems.support@sos.ms.gov**

**Madalan Lennep**
**Charlie Case**
**Shequita Lowe**
**Stephanie McCann**
**Antonio Sudduth**
**Matthew Summerlin**



**DELBERT HOSEMANN**
*Secretary of State*

PTX-096-061

# Voter Roll Maintenance

## 2017 ECAM

Mississippi Secretary of State's Office

Elections Division

Hawley Robertson, Senior Attorney



DELBERT HOSEMANN
*Secretary of State*

PTX-096-062

# <u>Duties of Election Commissioners Concerning Voter Roll Maintenance</u>

- The entire election commission is responsible for the maintenance of the entire voter roll of the county.

- Commissioners act as a group, through their minutes, which should be filed with the Circuit Clerk of the County.

- Individual commissioners may act alone only to fulfill ministerial tasks associated with voter roll maintenance.



DELBERT HOSEMANN
*Secretary of State*

PTX-096-063

## Duties of Election  Commissioners
## Section 23-15-153, Miss. Code Ann.

Election Commissioners are required to meet:

- The 1st Tues. after the 2nd Mon. in January every year;

- The 1st Tues. in the month immediately preceding the first primary election for congressmen in years when congressmen are elected;

- The 1st Mon. in the month immediately preceding the first primary election for state, state district, legislative, county and county district officers in the years such officers are elected;

- The 2nd Mon. of September in years in which there is not a regularly scheduled general election in November.



**DELBERT HOSEMANN**
*Secretary of State*

**PTX-096-064**

# <u>Duties of Election  Commissioners</u>

- Election Commissioners should meet more often than the schedule prescribed by § 23-15-153, Miss. Code Ann.
- Individual commissioners are authorized to perform the preliminary task of voter roll maintenance; however, the final approval of the change of voter status constitutes official business which must be agreed upon by a quorum.
- No individual commissioner may act upon his or her own initiative to effect a change in the voting status of any voter without approval from the commission.



**DELBERT HOSEMANN**
*Secretary of State*

**PTX-096-065**

## <u>Duties of Election  Commissioners:</u>
## <u>Individual Duties</u>

- Between official meetings, individual commissioners should engage in ministerial tasks to complete the actions directed at the previous meeting, such as changing the status of voters or sending confirmation cards.

- Individual commissioners should research, review, and examine all legitimate sources of information in preparation for the next meeting.

- At the next meeting, individual commissioners should present to the full commission a list of voters for consideration, together with the reason and supporting documentation.



DELBERT HOSEMANN
*Secretary of State*

PTX-096-066

# **Duties of the Circuit Clerk**

- The Circuit Clerk, as Registrar of voters in his/her county, enters the names of voters onto the voter roll upon registration.

- The Circuit Clerk is required to attend the election commissioner meetings and to furnish the registration books and poll books to the commissioners to fulfill their responsibilities.

- The Circuit Clerk should provide to election commissioners a username, password, and certain access rights to SEMS.



**DELBERT HOSEMANN**
*Secretary of State*

PTX-096-067

# Voter Registration Status

**_PENDING:_**  Applicants who submit incomplete registration applications may be held in a pending status for a maximum of 25 days.  If no follow-up action is taken, the application is rejected after the 25th day.

Applicants are also held in a pending status for a maximum of 25 days following the mailing of voter registration cards.  If no follow-up action is taken, the applicant is moved to an active status.

The name of an applicant in pending status will not appear in the pollbook.

DELBERT HOSEMANN
*Secretary of State*

**PTX-096-068**

# Voter Registration Status

*ACTIVE:* The name of a voter in active status will appear in the pollbook.

*INACTIVE:* A voter in inactive status may vote only by affidavit ballot, and the ballot should be counted if the voter affirms he/she lives at an address in the precinct in which the affidavit ballot is cast. The name of a voter in inactive status will not appear in the pollbook.

*PURGED:* A voter in purged status may vote by affidavit ballot but the ballot should not be counted, unless the voter has been erroneously purged. The name of a purged voter will not appear in the pollbook.

DELBERT HOSEMANN
*Secretary of State*

PTX-096-069

# Searching by Voter Status – Voter Search



DELBERT HOSEMANN
*Secretary of State*

PTX-096-070

# What is Voter Roll Maintenance?



DELBERT HOSEMANN
*Secretary of State*

PTX-096-071

# **Voter Roll Maintenance**

The process of amending inaccurate records, adding names of voters who are eligible to vote and have properly registered to vote, and purging ineligible individuals from the voter roll.



DELBERT HOSEMANN
*Secretary of State*

PTX-096-072

# <u>Amending Inaccurate Records</u>

- Changing voter's name
  - After marriage/divorce
  - Legally changed name
- Updating new address information
  - Voter has moved within the county
- Assigning new polling location or precinct lines
  - After redistricting
- Any other reasons?



**DELBERT HOSEMANN**
*Secretary of State*

PTX-096-073

# **Adding Names to Voter Roll**

- Election commissioners should **ONLY** add a name to the voter roll if the election commission finds a voter is eligible to vote, has properly registered, and was illegally denied registration.
  - The election commission hears and resolves disputes concerning the denial of voter registration by the Circuit Clerk.

- Otherwise, this duty is primarily vested in the Circuit Clerk/Registrar.



DELBERT HOSEMANN
*Secretary of State*

PTX-096-074

# **Purging**

- Purging is the removal of a voter's name from the voter rolls.

- Election commissioners have the duty and responsibility of removing names of voters who have died, moved away, requested removal, or otherwise become disqualified as electors as provided by law.



**DELBERT HOSEMANN**
*Secretary of State*

PTX-096-075

# <u>Why is Purging Important?</u>

Election Commissioners purge, revise, and maintain voter rolls to:

- Keep voters in the registration books and poll books of the precinct in which they are legally qualified to vote;

- Prevent illegal voting;

- Provide an accurate list of registered voters for jury selection;

- Assure registration and poll books never show more voters registered in a given county than are possible;

- Purging the voter registration books is required by State and Federal law.

**DELBERT HOSEMANN**
*Secretary of State*

PTX-096-076

# <u>Illegal Voting</u>

Miss. Code Ann. § 97-13-35:

(1) Any person who shall vote at any election, not being legally qualified or who shall vote in more than one county, or at more than one place in any county or in any city, town, or village entitled to separate representation, or who shall vote out of the district of his legal domicile, or who shall vote or attempt to vote in the primary election of one party when he shall have voted on the same date in the primary election of another party, shall upon conviction, be imprisoned in the county jail not more than one year, or be fined not more than One Thousand Dollars, or both.



DELBERT HOSEMANN
*Secretary of State*

PTX-096-077

# <u>Reasons for Purging a Voter</u>

- Written request of the Voter;

- Conviction of a Disenfranchising Crime;

- Adjudication of Incompetence;

- Death; and

- Removal from the Voting Jurisdiction.



DELBERT HOSEMANN
*Secretary of State*

PTX-096-078

# <u>Voter Initiated Request</u>

- If a voter unequivocally requests by a signed writing to be removed from the voter roll, this voter should be removed from the voter roll.

- Request must be in writing AND signed by the voter.

- The NVRA places no restriction upon when a voter may be purged from the voter roll based upon a voter initiated request.



**DELBERT HOSEMANN**
*Secretary of State*

PTX-096-079

# Y'all Vote

## ONLINE ELECTION SERVICES



### Mississippi Voter Registration Cancellation

### ONLINE VOTER REGISTRATION UPDATE

To update your name and address registration information online, you must already be a registered voter of the state of Mississippi and have a current and valid Mississippi driver's license or photo identification card issued by the Mississippi Department of Public Safety.

**UPDATE VOTER REGISTRATION INFORMATION**

Please help us keep Mississippi's Voter Registration Rolls up-to-date. To cancel your voter registration:

1. Complete, print and sign the cancellation form below.
2. Insert it into an envelope.
3. Add your former County Circuit Clerk's address on the envelope
4. Affix a stamp and mail your cancellation.

### NEW VOTER REGISTRATION

If you are not already a registered voter of Mississippi or are unable to update your registration information online, you may download and complete the Mail-In Registration Application and either mail or hand-deliver the application to the Circuit Clerk's Office located in the county of your voting residence.

**COMPLETE MAIL-IN REGISTRATION APPLICATION**

### VOTER REGISTRATION CANCELLATION

If you no longer live in the state of Mississippi, please help us keep our voter roll up-to-date by cancelling your Mississippi voter registration.

**CANCEL REGISTRATION**



**VOTER CANCELLATION CARD**

I hereby request the cancellation of my voter registration

in _____ County, Mississippi

Print Name: _____

Residential Address: _____

City: _____  Zip: _____

Reason for cancellation: _____

Signature: _____

Date: _____

## DELBERT HOSEMANN
### Secretary of State

PTX-096-080

# **Conviction of a Disenfranchising Crime**

- If a voter is convicted of a disenfranchising crime, he or she must be purged from the voter roll.
- A voter is disenfranchised only for a <u>Mississippi state court conviction</u>.
  - A non-adjudication is NOT disenfranchising.
  - An indictment/charge is NOT disenfranchising.
- The Circuit Clerk maintains a roll of individuals convicted of disenfranchising crimes in his or her county.
- AOC imports quarterly into SEMS.



DELBERT HOSEMANN
*Secretary of State*

**PTX-096-081**

# Disenfranchising Crimes

1. Arson
2. Armed Robbery
3. Bigamy
4. Bribery
5. Embezzlement
6. Extortion
7. Felony Bad Check
8. Felony Shoplifting
9. Forgery
10. Larceny
11. Murder
12. Obtaining Money or Goods under False Pretenses
13. Perjury
14. Rape
15. Receiving Stolen Property
16. Robbery
17. Theft
18. Timber Larceny
19. Unlawful Taking of Motor Vehicle
20. Statutory Rape
21. Carjacking
22. Larceny Under Lease or Rental Agreement

DELBERT HOSEMANN
Secretary of State

PTX-096-082

# **Potential Administrative Office of Courts (AOC) Batch Match – VR-023**

- VR-023 provides a list of voters who potentially match persons in the AOC database convicted of disenfranchising crimes.

- The "% Match" column indicates how closely your voter (in bold) matches the AOC counterpart.

  - Verify the conviction prior to purging.



**DELBERT HOSEMANN**
*Secretary of State*

PTX-096-083

**County: Warren**

## AOC Batch Match Voter Report

Date : 05/28/2013
Report No: VR-023

| Voter ID | Voter Name | Date of Birth | Confidence Level | County of Conviction | Criminal Code |
|---|---|---|---|---|---|
| | **FLAGGS, TAVARES** | 11/14/1946 | 99 | | |
| 983382 | FLAGGS, TAVARES ANTOINE | 11/14/1946 | 99 | | |
| | **SQUIRE, STEPHANIE ALICIA** | 06/25/1970 | 90 | | |
| 986295 | SQUIRE, STEPHANIE ALICIA | 06/25/1970 | 90 | | |
| | **STEEN, MARGIE L** | 06/23/1944 | 80 | | |
| 967491 | STEEN, MARGIE DENISE | 06/23/1944 | 80 | | |
| | **WOOTEN, JEANNIE LYNN** | 03/17/1944 | 90 | | |
| 975414 | WOOTEN, JEANNIE LYNN | 03/17/1944 | 90 | | |
| | **BROOKS, TONYA MICHELLE** | 03/17/1944 | 90 | | |
| 981475 | BROOKS, TONYA MICHELLE | 07/19/1967 | 90 | | |
| | **STEEN, MARGIE L** | 07/19/1967 | 80 | | |
| 967491 | STEEN, MARGIE DENISE | 07/19/1967 | 80 | | |
| | **GREEN, MICHAEL** | 03/27/1942 | 99 | MADISON | 97-23-19 |
| 500013514 | GREEN, MICHAEL LASHA | 03/27/1942 | 99 | | |
| | **COOKE, DAVID CHASE** | 01/20/1934 | 90 | WARREN | 97-3-65 |
| 575109050 | COOKE, DAVID CHASE | 01/20/1934 | 90 | | |
| | **LYONS, MICHAEL DEWAYNE** | 02/16/1944 | 99 | WARREN | 97-17-42 |
| 575093189 | LYONS, MICHAEL DWAYNE | 02/16/1944 | 99 | | |
| | **BASS, DAVID CORNELIUS** | 10/07/1926 | 90 | WARREN | 97-3-79 |
| 986825 | BASS, DAVID CORNELIUS | 10/07/1926 | 90 | | |
| | **BROWN, ANTONIO D** | 10/07/1926 | 99 | WARREN | 97-3-65(1)(b) |
| 775097074 | BROWN, ANTONIO D | 08/25/1957 | 99 | | |
| | **ASHLEY, ERIC** | 08/25/1957 | 99 | WARREN | 97-3-65(1)(a) |
| 775092160 | ASHLEY, ERIC JEROME | 08/25/1957 | 99 | | |

**DELBERT HOSEMANN**
*Secretary of State*

PTX-096-084



DELBERT HOSEMANN
*Secretary of State*

PTX-096-085

# AOC Search

State Agency - Office of AOC Search

State Agency   Tasks

Search Voter   Help

### Search

| | | |
|---|---|---|
| Last Name | First Name | Middle Name |
| Date of Birth | Last 4 SSN | Case ID |
| County of Conviction | Criminal Code | Search   Clear |

| Name | Date of Birth | SSN | Case ID | County of Conviction | Criminal Code |
|---|---|---|---|---|---|
| | | | | | |



DELBERT HOSEMANN
*Secretary of State*

PTX-096-086

# **Adjudication of Incompetence**

- If a Chancery Court enters an Order which finds an individual to be incompetent, that individual may be purged from the voter roll.

- A review of the Chancery Court docket may reveal legal/civil actions filed to determine, and which do determine by Court Order, incompetence.

- The NVRA places no restriction upon when a voter may be purged from the voter roll based on a Court's finding (or adjudication) of incompetence.



**DELBERT HOSEMANN**
*Secretary of State*

PTX-096-087

# <u>Death</u>

- If reliable information establishes the death of a voter, the voter may be purged from the voter roll.

- Several reliable sources of information are available, such as death certificates imported monthly into SEMS from the MS Dept. of Health and Vital Statistics (Report No.: VR-022), obituaries from newspapers, and Chancery Court estate records.

- The NVRA places no restriction upon when a voter may be purged from the voter roll based upon a voter's death.

DELBERT HOSEMANN
*Secretary of State*

PTX-096-088

# **Sources of Information**

- The Election Commission uses all valid and trustworthy sources of information to conduct voter roll maintenance.

- Information must be verified before changing the status of a voter.

    - Cannot rely on hearsay.



DELBERT HOSEMANN
*Secretary of State*

PTX-096-089

# **<u>Examples of Sources</u>**

- Roll of person convicted of certain crimes;
- Print media (ex, Newspaper, Telephone Book, etc.);
- Department of Health and Vital Statistics;
- Notice of registration from another county or state;
- Returned mail; (ex.: jury summons, voter registration card)



DELBERT HOSEMANN
*Secretary of State*

PTX-096-090

# **Examples of Sources**

- Personal knowledge;
- Family member of voter;
- Court Order;
- Office of the Administrator of Courts (AOC);
- Statewide Elections Management System (SEMS);
- Confirmation Card;
- Others?



**DELBERT HOSEMANN**
*Secretary of State*

PTX-096-091

# National Voter Registration Act (NVRA)

Purging based upon a change in the residence of a voter must be done in accordance with the NVRA, which means sending the voter a confirmation card and securing a signed statement from the voter stating he/she has moved out of the county or state.

**Reference: Miss. Code Ann. § 23-15-153**

**52 U.S.C. § 20501, et seq.**



DELBERT HOSEMANN
*Secretary of State*

PTX-096-092

# <u>Moving from the County or State</u>

A voter may be purged from the voter roll based upon a change in residence in only two ways: (1) written confirmation by the voter of a change in residence, or (2) the confirmation card process.



DELBERT HOSEMANN
*Secretary of State*

PTX-096-093

# __Written Confirmation__

- If a voter confirms in a signed writing he/she has moved to a residence outside of the county, he/she may be purged immediately from the voter roll.

- A copy of a voter's registration application from another county or state constitutes written confirmation of a voter's change in residence.

- The NVRA places no restriction upon when a voter may be purged from the voter roll based upon written confirmation of a voter's change of residence.



DELBERT HOSEMANN
*Secretary of State*

PTX-096-094

# **Confirmation Card Process**

In the absence of a written and signed confirmation of a change of residence from the voter, the confirmation card process provides the only means by which to purge a voter from the voter roll based upon a change of residence to a new address outside of the county or the state.



DELBERT HOSEMANN
*Secretary of State*

PTX-096-095

# **Triggering Event**

- Import of National Change of Address (NCOA) files to SEMS from U.S. Post Office;

- Interstate Cross-Check Program (Kansas Project);

- Notification from another state of voter registration;

- Returned Jury Summons or other official mail;

- Filing of a deed in the lands records of the office of the Chancery Clerk; or

- Change in homestead exemption.



DELBERT HOSEMANN
*Secretary of State*

PTX-096-096

# **Changing Voter's Status**

- Upon the occurrence of a triggering event, a voter's status is changed from active to inactive at the time a confirmation card is mailed to the voter.

- A confirmation card is mailed to the voter's address associated with his/her registration and/or to the best and last known address of the voter.



**DELBERT HOSEMANN**
*Secretary of State*

**PTX-096-097**

# <u>Confirmation Card</u>

- A confirmation card is a postage pre-paid notice that is sent to the mailing address associated with the voter's registration, and/or can be mailed to last, best-known address.

- The confirmation card is sent by forwardable mail, and should include a pre-addressed return card.
  - May be printed from SEMS.

- The return card allows the voter to confirm in writing whether or not his/her address has changed.



DELBERT HOSEMANN
*Secretary of State*

PTX-096-098

ADAMS CO. ELECTION COMMISSION
P.O. BOX 1224
NATCHEZ, MS 39121

Forwarding Service Requested

CHAMPION, SARA G (5744681)

805 EASTWOOD RD.
NATCHEZ, MS 39120

## DETACH HERE    5744681
### NOT A VOTER REGISTRATION    02

| Name (print or type) Last, First, Middle | | Date of Birth | |
|---|---|---|---|
| Residential Address | City | State | Zip |
| Mailing Address (if different from above) | City | State | Zip |
| Phone | Name and Address on Last Voter Registration | | |
| Signature | | Date | |

DELBERT HOSEMANN
*Secretary of State*

PTX-096-099

# <u>If the Voter Returns the Confirmation Card Indicating that...</u>

- His/her residence has not changed, the voter should be restored to "Active" status.

- His/her residence has moved within the same county, the address information should be corrected in SEMS, and the voter sent a new voter registration card with the proper precinct location.

- His/her residence has moved outside the county, the voter may be immediately purged from the voter roll.



**DELBERT HOSEMANN**
*Secretary of State*

PTX-096-100

# If the Voter Does Not Return the Confirmation Card...

- The voter **MAY NOT** be purged from the voter roll, but must remain inactive for TWO (2) federal general elections occurring after the sending of the confirmation card.

- No voter may be purged based upon the confirmation card process within 90 days of a federal election.



**DELBERT HOSEMANN**
*Secretary of State*

PTX-096-101

# <u>90 Day Rule</u>

- Within 90 days of a federal election, no voter can be made inactive or purged for not voting in two federal elections after the mailing of a confirmation card.
- Voter records can continue to be updated based on a signed writing from the voter.
- Election Commissioners can and should always purge based on:
    - Death,
    - Adjudication of incompetence,
    - Conviction of a disenfranchising crime, or
    - Written and signed request of the voter.



DELBERT HOSEMANN
*Secretary of State*

**PTX-096-102**

# Voter Roll Maintenance is a continuous process.

# It is a project that does not end!



**DELBERT HOSEMANN**
*Secretary of State*

PTX-096-103

# Questions?



DELBERT HOSEMANN
*Secretary of State*

PTX-096-104

# <u>Contact Information</u>

*Mississippi Secretary of State's Office*
*Elections Division*

*Technical*
*Madalan Lennep, Elections IT/SEMS Consultant*
*(601) 359-1309*

*Legal*
*Hawley Robertson, Senior Attorney*
*Phone (601) 359-6360*

*Elections Hotline 1-800-829-6786*



DELBERT HOSEMANN
*Secretary of State*

**PTX-096-105**