EXHIBIT NO. PTX-009 evid-
CAUSE NO. 3:22cv734-DPJ-HSO-LHS
WITNESS _____
CLERK: _____SHONE POWELL_____

FEB 26 2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
Candice Crane, REPORTER

| | |
|---|---|
| To: | 'Ted Booth'[Ted.Booth@peer.ms.gov] |
| From: | Madalan Lennep[Madalan.Lennep@sos.ms.gov] |
| Sent: | Tue 11/5/2019 1:42:53 PM (UTC-06:00) |
| Subject: | RE: Reports |

Good! I will plan on providing these reports. I will start as soon as each county closes their general election which should begin around November 15th.

Thank you,
Madalan

Madalan Lennep, PMP
Elections Consultant

Mississippi Secretary of State's Office
601-359-1309
madalan.lennep@sos.ms.gov

The information contained in this email is not an official opinion or legal advice. The information contained in this email and any attachments may be legally privileged and confidential. If you are not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this email is unauthorized and strictly prohibited. If you have received this email in error, please notify the sender and permanently delete the email and any attachments immediately. You should not retain, copy or use this email or any attachments for any purpose, nor disclose all or any part of the contents to any other person.

-----Original Message-----
From: Ted Booth [mailto:Ted.Booth@peer.ms.gov]
Sent: Tuesday, November 5, 2019 12:56 PM
To: Madalan Lennep <Madalan.Lennep@sos.ms.gov>
Subject: Re: Reports

Madalan,

That is an excellent report! If we could get this after the general election information is entered, that would be most helpful.

Thanks,

Ted

> On Nov 5, 2019, at 12:48 PM, Madalan Lennep <Madalan.Lennep@sos.ms.gov> wrote:
>
> <2019 Primary E-024.xlsx>


Email secured by Check Point
Report Phishing: https://mta-cnf.iaas.checkpoint.com/mta_feedback?id?f33e5dff76d57be19cc0541901e99d1676abd3c2c1c29134b4ae424cbbd716&ck

3:22-cv-734
PTX-099

Exhibit 18
12/18/2023
Lennep

PTX-099-001