EXHIBIT NO. PTX-101 evid.
CAUSE NO. 3:22cv734-DPJ-HSO-LHS
WITNESS
CLERK: SHONE POWELL

FEB 26 2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
Candice Crane, REPORTER

**To:** Ben Collins[Ben.Collins@peer.ms.gov]
**From:** Madalan Lennep[/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=3129271643414B14A7FDEBBB2B13C49E-MADALAN LEN]
**Sent:** Tue 12/15/2020 4:36:45 PM (UTC-06:00)
**Subject:** Re: Conference Call with Ted Booth and Ben Collins

Ben,

That sounds good! We can call you. Should I use the number you sent me earlier in the week?

Thanks,
Madalan

> On Dec 15, 2020, at 1:52 PM, Ben Collins <Ben.Collins@peer.ms.gov> wrote:
>
> Madalan,
>
> Ted and I are a "go" for a conference call at 1:00pm tomorrow, Dec 16th.
>
> Shall we call you, or shall you call us? Either way works for us.
>
> Looking forward to speaking with you,
>
> Ben Collins
> GIS Director
> Mississippi Legislature
> *Standing Joint Legislative Committee on Reapportionment*
> *Performance Evaluation and Expenditure Review*

3:22-cv-734
PTX-101

Exhibit 22
12/18/2023
Lennep