EXHIBIT NO. PTX-102 evid.
CAUSE NO. 3:22cv734-DPJ-HSO-LHS
WITNESS
CLERK: SHONE POWELL

FEB 26 2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
Candice Crane, REPORTER

**To:** Ben Collins[Ben.Collins@peer.ms.gov]
**From:** Madalan Lennep[/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=3129271643414B14A7FDEBBB2B13C49E-MADALAN LEN]
**Sent:** Mon 1/25/2021 10:01:10 AM (UTC-06:00)
**Subject:** Re: Checking in from Redistricting

Hi Ben,
I am back and working on your reports. I can send over the vote total reports by precinct.

The turnout reports have to be pulled county at a time which has slowed me down a bit.

Thanks,
Madalan

> On Jan 25, 2021, at 9:05 AM, Ben Collins <Ben.Collins@peer.ms.gov> wrote:
>
> Madalan,
>
> Are you back in the office yet?
>
> Ben
>
> Ben Collins
> GIS Director
> Mississippi Legislature
> *Standing Joint Legislative Committee on Reapportionment*
> *Performance Evaluation and Expenditure Review*

3:22-cv-734
PTX-102

Exhibit 25
12/18/2023
Lennep