EXHIBIT NO. PTX-105 evid.
CAUSE NO. 3:22cv734-DPJ-HSO-LHS
WITNESS
CLERK: SHONE POWELL

FEB 26 2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
Candic Crane, REPORTER

**To:** 'Ben Collins'[Ben.Collins@peer.ms.gov]
**From:** Madalan Lennep[/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=3129271643414B14A7FDEBBB2B13C49E-MADALAN LEN]
**Sent:** Thur 6/17/2021 1:32:23 PM (UTC-05:00)
**Subject:** RE: Checking in from Redistricting

Hi Ben,

Working on it now.

Thanks,
Madalan

**From:** Ben Collins <Ben.Collins@peer.ms.gov>
**Sent:** Wednesday, June 16, 2021 9:21 AM
**To:** Madalan Lennep <Madalan.Lennep@sos.ms.gov>
**Subject:** Re: Checking in from Redistricting

Madalan,

We are building the data library, and the last email from January 25th, has a duplicate file.

I think we are missing the Reeves/Hood 2019 Gov race performance by precinct. Can you resend?

Ben


Ben Collins

GIS Director

Mississippi Legislature

*Standing Joint Legislative Committee on Reapportionment*

*Performance Evaluation and Expenditure Review*

---

**From:** Madalan Lennep <Madalan.Lennep@sos.ms.gov>
**Sent:** Monday, January 25, 2021 1:06 PM
**To:** Ben Collins <Ben.Collins@peer.ms.gov>
**Subject:** RE: Checking in from Redistricting

Hi Ben,

Here are the vote results by precinct for the three races you requested. Please take a look and let me know if you have any questions.

I will continue working on the voter turnout reports.

Thanks,
Madalan

**From:** Ben Collins <Ben.Collins@peer.ms.gov>
**Sent:** Monday, January 25, 2021 9:06 AM
**To:** Madalan Lennep <Madalan.Lennep@sos.ms.gov>
**Subject:** Checking in from Redistricting

3:22-cv-734
PTX-105

Exhibit 28
12/18/2023
Lennep

Madalan,

Are you back in the office yet?

Ben

Ben Collins

GIS Director

Mississippi Legislature

*Standing Joint Legislative Committee on Reapportionment*

*Performance Evaluation and Expenditure Review*