EXHIBIT NO. PTX-109 evid.
CAUSE NO. 3:22cv734-DPJ-HSO-LHS
WITNESS
CLERK: SHONE POWELL

FEB 26 2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
Candice Crane, REPORTER

**To:** 'Ben Collins'[Ben.Collins@peer.ms.gov]
**From:** Madalan Lennep[/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=3129271643414B14A7FDEBBB2B13C49E-MADALAN LEN]
**Sent:** Wed 7/28/2021 4:02:10 PM (UTC-05:00)
**Subject:** RE: Followup on county level turnout data

No problem, just wanted to make sure it got through the email filters.

Hope to send AG soon...

Thanks,
M

**From:** Ben Collins <Ben.Collins@peer.ms.gov>
**Sent:** Wednesday, July 28, 2021 3:58 PM
**To:** Madalan Lennep <Madalan.Lennep@sos.ms.gov>
**Subject:** Re: Followup on county level turnout data

Yes maam! I'm hot on something else, so it might take a minute to circle back it. Heady times!

B

**From:** Madalan Lennep <Madalan.Lennep@sos.ms.gov>
**Sent:** Tuesday, July 27, 2021 4:47 PM
**To:** Ben Collins <Ben.Collins@peer.ms.gov>
**Subject:** RE: Followup on county level turnout data

Hi Ben,

Did you receive the files I sent last night? Three different emails...

Thanks,
Madalan

**From:** Ben Collins <Ben.Collins@peer.ms.gov>
**Sent:** Wednesday, July 21, 2021 1:43 PM
**To:** Madalan Lennep <Madalan.Lennep@sos.ms.gov>
**Subject:** Re: Followup on county level turnout data

M,

End of week sounds good. Wait till they are all done.

Yes, if we are getting the other three, we will need it for the AG race as well.

Thanks so much!

B

**From:** Madalan Lennep <Madalan.Lennep@sos.ms.gov>
**Sent:** Tuesday, July 20, 2021 3:10 PM
**To:** Ben Collins <Ben.Collins@peer.ms.gov>
**Subject:** Re: Followup on county level turnout data

Hi Ben,

Will try to have it finished this week.

3:22-cv-734
PTX-109

Exhibit
33
12/18/2023
Lennep

Couple of questions:
- Do you want the counties I have already done?
- Do you need turnout for the AGs race as well as the others?

Thanks,
Madalan

> On Jul 20, 2021, at 8:35 AM, Ben Collins <Ben.Collins@peer.ms.gov> wrote:
>
> Hey Madalan,
>
> Thanks for the AG race data! Awesome.
>
> Trying to finalize the data collection, and wanted to follow up about the turnout data.
>
> Thanks!
>
> Ben Collins
>
> GIS Director
>
> Mississippi Legislature
>
> *Standing Joint Legislative Committee on Reapportionment*
>
> *Performance Evaluation and Expenditure Review*