EXHIBIT NO. PTX-116 evid.
CAUSE NO. 3:22cv734-DPJ-HSO-LHS
WITNESS
CLERK: SHONE POWELL

FEB 26 2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
Candice Crane, REPORTER

**To:** Ben Collins[Ben.Collins@peer.ms.gov]
**From:** Madalan Lennep[/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=3129271643414B14A7FDEBBB2B13C49E-MADALAN LEN]
**Sent:** Fri 12/18/2020 11:28:48 AM (UTC-06:00)
**Subject:** Re: Letter is delivered

Hi Ben,
Thanks for letting me know.

Hope you and family have a Merry Christmas!

Regards,
Madalan

> On Dec 18, 2020, at 9:23 AM, Ben Collins <Ben.Collins@peer.ms.gov> wrote:
>
>
> Ted wanted me to let you know that the letter has been delivered. Let me know if I can do anything to help.
>
> Ben
>
> Ben Collins
> GIS Director
> Mississippi Legislature
> *Standing Joint Legislative Committee on Reapportionment*
> *Performance Evaluation and Expenditure Review*

3:22-cv-734
PTX-116

Exhibit
3
12/20/2023
MS SOS