EXHIBIT NO. PTX-117 evid.
CAUSE NO. 3:22cv734-DPJ-HSO-LHS
WITNESS ___
CLERK: SHONE POWELL

FEB 26 2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
Candice Crane, REPORTER

Exhibit
4
12/20/2023
MS SOS

Election Commissioner Orientation

**Introduction to the**
**Statewide Elections Management System**
**(SEMS)**

Presented by Madalan Lennep, PMP

DELBERT HOSEMANN
*Secretary of State*

**Statewide Elections Management System**
**(SEMS)**

- Voter Registration
- Voter Roll Maintenance
- Address Library
- Districts and Precincts
- Elections Management
- Jury Management
- Ballot Processing

DELBERT HOSEMANN
*Secretary of State*

3:22-cv-734
PTX-117

## Accomplishments:

- Implementation in 82 Counties
- Successful support of over 1,000 Elections
- Over 100 Training Events

DELBERT HOSEMANN
*Secretary of State*

## Topics to be Covered

I. SEMS Main Screen
II. Election Commissioners Utilization
III. Preparation for 2008 Elections
IV. Communication Plan
V. On-Going Support

DELBERT HOSEMANN
*Secretary of State*

I. SEMS Main Screen
SECRETARY OF STATE
STATE OF MISSISSIPPI
DELBERT HOSEMANN
Secretary of State

ser: Lennep, Madalan
County: STATE OF MISSISSIPPI
Date: 04/04/2007
Password
Help
Statewide Election Management Syste
Voters
Voter Registration
Voter Search
Voter Merge
Batch Scan
Commit Batch
Jury Selection
Administration
System Configuration
User Administration
Address Library
Messaging
Document Templates
Load External Data
Elections
Election Management
Ballot Processing
Districts & Precincts
Election Workers
Reports
Reports & Labels
State Agency
Schedule Jobs
Batch Management
Petitions
Petitions

PTX-117-003

# II. Election Commissioner Utilization

- User name and password will be assigned by Circuit Clerk.
- Utilization is determined by statute
- User rights are determined by profile

DELBERT HOSEMANN
*Secretary of State*

PTX-117-004





## III. Preparation for 2011 Elections

- Voter Check
- Address Library Check
- Precinct Splits/Districts Check
- Other items to check
- Involve Election Commissioners

DELBERT HOSEMANN
*Secretary of State*

## Voter Check

- Duplicate Voters – VR-004

A report that generates a list of possible duplicate voters, at least one of which in each duplicate group has an address in your county.

DELBERT HOSEMANN
*Secretary of State*

County: Holmes

**Potential Duplicate Voters Report**

Date : 02/23/2006

| Voter ID | Voter Name | Address | Reg. Date | Status | % Match | County |
|---|---|---|---|---|---|---|
| **1256081** | **AARON, AUREON** | **304 PEARL ST SARDIS MS 1616** | 11/02/2004 | **A** | **80** | **Panola** |
| 500001501 | AARON, AUREON LEA | 5006 MYNEWSTRET ARC YOG NEW CITY MS | 01/31/2006 | A | 80 | Holmes |
| **391283** | **ABLES, MARZINE JR** | **PO Box 610 GOODMAN MS 0610** | 05/01/2001 | **A** | **80** | **Holmes** |
| 1736246 | ABLES, MARZINE JR | ROUTE 1 # 206 GOODMAN MS | 10/06/1997 | A | 80 | Attala |
| **238200** | **ABRON, DAPHENE ELAINE** | **493 HOOVER ST CANTON MS 3508** | 11/05/2001 | **A** | **80** | **Madison** |
| 386882 | ABRON, DAPHENE ELAINE | 82 TAYLOR ST DURANT MS 3428 | 07/08/2004 | A | 80 | Holmes |
| **388615** | **ADAMS, DARLENE W** | **PO Box 218 WEST MS 0218** | 11/07/1991 | **A** | **80** | **Holmes** |
| 1732130 | ADAMS, DARLENE W | 2212 ATTALA ROAD 3005 WEST MS | 10/28/2002 | A | 80 | Attala |
| **247615** | **ADAMS, DOROTHY JEAN** | **2 GREYSTONE CT MADISON MS 9029** | 07/03/1987 | **A** | **70** | **Madison** |
| 384486 | ADAMS, DOROTHY JEAN | PO Box 42 PICKENS MS 0042 | 06/30/1980 | A | 70 | Holmes |
| [illegible] | **ADAMS, GARY JOSEPH** | **1620 E COUNTY LINE RD APT** [illegible] | [illegible] | **A** | **70** | **Madison** |

PTX-117-006







Voter Notification Cards
Seach for voter
Click on Print
Click on Voter Notification Card
Click on Print Now or Print Later
SECRETARY OF STATE
STATE OF MISSISSIPPI
DELBERT HOSEMANN
Secretary of State

Voter Registration
Voter Print Elections Petitions Imaging Address Exit DPS Information
Voter Registration Card
Voter Notification Card
Print Now
Print Later
Voter Profile
Registration Application
Absentee Application
Mailing Label
Process Batch
Name
MN
Suffix
Maiden Name
Birth Date
EST
Age
ANNIE
AUGUSTIN
66
Absentee
Voting History
Image
Clear
Detail
Select
House #
Suffix
Pre Dir
Street Name
Type
42
SEDGEFIELD
RD
Post Dir
Unit Type
City/St/Zip
NATCHEZ
MS
39120
County
ADAMS
Precinct
AP
Split
1- AP
Polling Place
AIRPORT FIREHOUSE
Migration
SECRETARY OF STATE
STATE OF MISSISSIPPI
DELBERT HOSEMANN
Secretary of State

PTX-117-007

# Voter Check – Deceased Voters

- Potential Department of Health (DOH) Duplicate Voters Report – VR-022

Lists voters who match persons in the Department of Health (DOH) database of death certificate records. The "% Match" column indicates how close a match the voter (in bold) is with the DOH records, with 100 percent being a perfect match.

SECRETARY OF STATE
STATE OF MISSISSIPPI
DELBERT HOSEMANN
Secretary of State

County: Harrison

**Potential DOH Duplicate Voters Report**

Date : 05/16/2006

| Voter ID | Voter Name | Date of Birth | % Match | County |
|---|---|---|---|---|
| **776650** | **ADAMS, BRENDA L** | 07/06/1948 | **70** | **Harrison** |
| 776650 | ADAMS, BRENDA L | 05/12/1949 | 70 | Harrison |
| **802549** | **ADAMS, CHARLES L** | 05/09/1915 | **70** | **Harrison** |
| 802549 | ADAMS, CHARLES L | 01/01/1935 | 70 | Harrison |
| 802549 | ADAMS, CHARLES L | 01/01/1935 | 70 | Harrison |
| 802549 | ADAMS, CHARLES L | 01/01/1935 | 70 | Harrison |
| 802549 | ADAMS, CHARLES L | 01/01/1935 | 70 | Harrison |
| 802549 | ADAMS, CHARLES L | 01/01/1935 | 70 | Harrison |
| **765294** | **ADAMS, CURTIS L** | 05/01/1934 | **70** | **Harrison** |
| 765294 | ADAMS, CURTIS L | [illegible] | 70 | Harrison |

DELBERT HOSEMANN
Secretary of State

County: Harrison

AOC Batch Match Voter Report

Date : 05/16/2006

| Voter ID | Voter Name | SSN | Date of Birth | Confidnce Level |
|---|---|---|---|---|
| **725362** | **ABBOTT, GEORGE JAMES** | 136345309 | 09/20/1943 | **100** |
| 725362 | ABBOTT, GEORGE J | 136345309 | 09/20/1943 | 100 |
| **677919** | **ADAMS, LAWRENCE CRAIG** | 425211532 | 11/04/1962 | **70** |
| 677919 | ADAMS, LAWRENCE R | 587173051 | 02/18/1959 | 70 |
| **756728** | **ADAMS, WILLIAM** | 434199076 | 05/04/1974 | **70** |
| 756728 | ADAMS, WILLIAM S | 249316613 | 08/04/1960 | 70 |
| **761940** | **ALEXANDER, RAYMOND** | 566080047 | 08/30/1970 | **70** |
| 761940 | ALEXANDER, RAYMOND F | 428171995 | 09/20/1959 | 70 |
| **775277** | **ALLEN, CHRISTOPHER S** | 428632430 | 06/11/1977 | **70** |

PTX-117-009

## Voter Check - DPS Voter Registrations

- Department of Public Safety (DPS) Voter Registration Report - lists all the voters that need to be processed from DPS.

- To access this information from the SEMS main menu, select DPS Registration. The State Agency - DPS Search screen is displayed.
- From the menu bar, select State Agency > DPS Registration. The State Agency - DPS Registration screen is displayed.
- From the menu bar, select State Agency > DPS Print to print or view the report.

DELBERT HOSEMANN
*Secretary of State*

County: Calhoun

**DPS Voter Registration Report**

Date : 11/23/2006

| DL | VOTER NAME | DOB | SSN | EFF REG DATE |
|---|---|---|---|---|
| 800715420 | LONG JEFFREY H | 08/30/1956 | 425023150 | 10/26/2006 |
| 800711756 | COLBERT BILLY GENE | 05/10/1932 | 449407277 | 10/24/2006 |
| 800704009 | CARTER JAMES ARTHUR | 11/09/1969 | 426196666 | 10/19/2006 |
| 800615645 | SMITH STEPHEN JONATHAN | 10/17/1974 | 452839382 | 08/09/2006 |
| 800742311 | HARRELSON KENNETH PAT | 07/15/1953 | 418781161 | 11/14/2006 |
| 800739225 | THRASHER REGINA MICHELLE | 07/01/1983 | 426659484 | 11/10/2006 |

DELBERT HOSEMANN
Secretary of State

PTX-117-010

## Activity Reporting

- Voter Status Summary Report – VR-006
- Registrant Activity Report – VR-007
- Include in EC meeting minutes.

DELBERT HOSEMANN
*Secretary of State*

DELBERT HOSEMANN
*Secretary of State*

PTX-117-011

County: Adams

Voter Status Summary Report

Date: 04/03/2008
Report No: VR-006

District: 01 - Election Comm 01 Status : Inactive Purged Effective Date From : 01/01/2007 To : 04/01/2008

| Voter Status | Reasons | | Voter Count |
|---|---|---|---|
| **Election Comm 01** | | | |
| Purged | Deceased | | 1 |
| | Individual Voter Notice | | 1 |
| | | **Total** | **2** |
| | | **Precinct Total** | **2** |
| | | **GRAND TOTAL** | **2** |

PTX-117-012

County: Harrison

Registrant Activity Report

Date : 04/04/2008
Report No: VR-007

District Type : District : All Audit Type : All Voter Status : Purged Effective Up to : 4/4/2008

| Voter ID | Voter Name | Residential Address | Eff Regn Date | District | Modified Date / Voter Status Reasons | UserName | Old Value / Comments | New Value |
|---|---|---|---|---|---|---|---|---|
| 758482 | ABOUD, DONALD J | 263 MCDONNELL AVE BILOXI MS 39531 -4207 | 04/04/2003 | | 02/28/2008 | Psisson | Active | Purged |
| | | | | | Deceased | | per doh 2006 deceased | |
| | | | | | 02/28/2008 | Psisson | Data Migration (Active) | Deceased |
| | | | | | Deceased | | per doh 2006 deceased | |
| | | | | | | | Number of Changes | 2 |
| 781557 | ALEXANDER, THELMA | 105 MCCAUGHAN AVE LONG BEACH MS 39560 -4909 | 06/29/1967 | | 02/20/2008 | tmolesworth | Active | Purged |
| | | | | | Deceased | | MDOH/DOD 7-7-06 | |
| | | | | | 02/20/2008 | tmolesworth | Data Migration (Active) | Deceased |
| | | | | | Deceased | | MDOH/DOD 7-7-06 | |
| | | | | | | | Number of Changes | 2 |

DELBERT HOSEMANN
*Secretary of State*

# Address Library Check

- Overlap Address Range Report – AL-005

Lists address ranges with essentially the same data.

DELBERT HOSEMANN
*Secretary of State*

PTX-117-013

County: Holmes
User Name : Toft, Steve

Overlap Address Range Report

Date 02/14/2006

| House # From | To | Rule Type | Pre Dir | Street Name | St. Type | Post Dir | Unit # From - To | City | Zip | Precinct | Split | Overlapping House # From | To |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 32 | 2127 | All | N | 1 ST STREET | | | | PICKENS | 39146 | 3PL | 8 | 32 | 40 |
| 32 | 2127 | All | N | 1 ST STREET | | | | PICKENS | 39146 | 3PL | 8 | 41 | 2127 |
| 41 | 2127 | All | N | 1 ST STREET | | | | PICKENS | 39146 | 3PL | 8 | 32 | 2127 |
| 81 | 747 | All | | ADAMS | RD | | | PICKENS | 39146 | 2LEX | 5 | 82 | 98 |
| 81 | 747 | All | | ADAMS | RD | | | PICKENS | 39146 | 2LEX | 5 | 747 | 747 |
| 82 | 98 | Even | | ADAMS | RD | | | PICKENS | 39146 | 2LEX | 4 | 81 | 747 |
| 747 | 747 | Odd | | ADAMS | RD | | | PICKENS | 39146 | 2LEX | 4 | 81 | 747 |
| 214 | 214 | Even | | ALDY | RD | | | DURANT | 39063 | 2LEX | 2 | 214 | 214 |
| 214 | 214 | Even | | ALDY | RD | | | DURANT | 39063 | 2LEX | 4 | 214 | 214 |
| 132 | 132 | Even | | AMMONS | CIR | | | WEST | 39192 | 2WL | 4 | 132 | 205 |
| 132 | 205 | All | | AMMONS | CIR | | | [illegible] | 39192 | 2WL | 5 | 132 | 132 |

County: Holmes

Precinct Split Voter Count

Date: 02/23/2006

Precinct: All

| Precinct | Split | Active | Inactive | Pending | Purged | Total |
|---|---|---|---|---|---|---|
| BEAT 4 THORNTON (A-Z) | | | | | | |
| | 1 | 2 | 0 | 0 | 0 | 2 |
| | 2 | 15 | 7 | 0 | 0 | 22 |
| | 3 | 724 | 31 | 1 | 6 | 762 |
| | 4 | 3 | 0 | 0 | 0 | 3 |
| | 5 | 6 | 0 | 0 | 0 | 6 |
| | 6 | 0 | 1 | 0 | 0 | 1 |
| | 7 | 2 | 0 | 0 | 0 | 2 |
| | . | 0 | 0 | 0 | 0 | 0 |
| | Sub Total | 752 | 39 | 1 | 6 | 798 |
| BEAT 5 CRUGER (A-Z) | | | | | | |
| | 1 | 63 | 2 | 0 | 0 | 65 |
| | 2 | 1 | 0 | 0 | 0 | 1 |

PTX-117-015

County: Holmes

District Within Precinct

Date: 07/11/2006

Precinct: All

| Precinct | Split | | | | |
|---|---|---|---|---|---|
| 1 ACONA | | | | | |
| | 5 | State of Mississippi | U.S. House of Representative 2 | State Senate 21 | House of Representatives, State 47 |
| | | Supreme Court 1 | Court of Appeals 2 | Chancery Court 11 | Circuit Court 21 |
| | | District Attorney District 21 | Holmes | JUDICIAL DISTRICT 1 | SUPERVISOR DISTRICT 1 |
| | | 1 JUSTICE COURT DISTRICT | SCHOOL BOARD A | | |
| | 6 | State of Mississippi | U.S. House of Representative 2 | State Senate 21 | House of Representatives, State 47 |
| | | Supreme Court 1 | Court of Appeals 2 | Chancery Court 11 | Circuit Court 21 |
| | | District Attorney District 21 | Holmes | JUDICIAL DISTRICT 1 | SUPERVISOR DISTRICT 1 |
| | | 2 JUSTICE COURT DISTRICT | SCHOOL BOARD A | | |

## IV. Communication Plan

- Email address for each election commissioner
- Conference calls
- SEMS Help Desk/Review by SEMS Focus Group
- Election Officials web page and secure site.

DELBERT HOSEMANN
*Secretary of State*

## V. On-Going Support

- Help Desk support and monitoring
- SEMS training opportunities
- Focus Group review of enhancements
- Continue data clean up effort with counties

DELBERT HOSEMANN
*Secretary of State*

## Contact Information

**SEMS Support Center**
**1-877-357-SEMS (7367)**
sems.support@sos.ms.gov

**Charlie Case**
**Madalan Lennep**
**Shequita Lowe**
**Stephanie McCann**
**Ruth Stockett**

DELBERT HOSEMANN
*Secretary of State*