EXHIBIT NO. PTX - 118 evid.
CAUSE NO. 3:22CV734-DPJ-HSO-LSH
WITNESS
CLERK: SHONE POWELL

FEB 26 2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
Candice Crane, REPORTER

1/20/2011





1

1/20/2011

**Most of what you need to know about being a Poll Manager you get from Training….here is the rest!**

- Directions to Precinct
- Card Table
- Fly swatter/bug spray (Ratio 50:1)
- Lots of Food
- Activities
- Paper Products



DELBERT HOSEMANN
*Secretary of State*

## II. Redistricting Preparation

- **Check Overlap Addresses**
- Run AL-005



DELBERT HOSEMANN
*Secretary of State*

2

1/20/2011





PTX-118-003

3

1/20/2011



**PTX-118-004**

1/20/2011





1/20/2011





**PTX-118-006**

1/20/2011

## Redistricting Steps

**Example 1:**
**Changing District Lines within a Precinct**



DELBERT HOSEMANN
*Secretary of State*

## 1.  Choose a District

**State Senate District 51**

## 2.    Print Address Rule Report

**Selection Criteria for AL-001**



DELBERT HOSEMANN
*Secretary of State*

7

1/20/2011





PTX-118-008

1/20/2011





**4. Before you create a new split, check for splits with district already in the precinct.**

**Go to Reports and Labels, Precinct Split Statistics DP-008,**

DELBERT HOSEMANN
*Secretary of State*

9

PTX-118-009

1/20/2011





**PTX-118-010**

1/20/2011



# 7.  Go to Address Range Details



DELBERT HOSEMANN
*Secretary of State*

11

**PTX-118-011**

1/20/2011





**PTX-118-012**

1/20/2011





PTX-118-013

1/20/2011





14

1/20/2011





**PTX-118-015**

1/20/2011





**PTX-118-016**

1/20/2011





**PTX-118-017**

1/20/2011





PTX-118-018

1/20/2011





**PTX-118-019**

1/20/2011





20

**PTX-118-020**

1/20/2011



**PTX-118-021**

1/20/2011





**PTX-118-022**

1/20/2011

## VII.  Lessons Learned

1.  **Poll Manager Training**
2.  **Poll Book Edits**
3.  **Change of Address Information**
4.  **Address Master List**
5.  **Affidavit Voting**



DELBERT HOSEMANN
Secretary of State

## Questions and Answers

DELBERT HOSEMANN
Secretary of State

23

1/20/2011

## Contact Information

**SEMS Support Center**
**1-877-357-SEMS (7367)**
sems.support@sos.ms.gov

**Charlie Case**
**Carrie Boyd**
**Shequita Lowe**
**Stephanie McCann**
**Ruth Stockett**



DELBERT HOSEMANN
*Secretary of State*

24

PTX-118-024