EXHIBIT NO. PTX - 119 evid.
CAUSE NO. 3:22cv734-DPJ-HSO-LSH
WITNESS
CLERK: SHONE POWELL

FEB 26 2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
Candice Crane, REPORTER

3:22-cv-734
PTX-119

KeyCite Yellow Flag - Negative Treatment
Proposed Legislation

West's Annotated Mississippi Code
Title 23. Elections
Chapter 15. Mississippi Election Code (Refs & Annos)
Article 13. Ballots
Subarticle B. Other Elections

Miss. Code Ann. § 23-15-359

§ 23-15-359. Names placed on ballot; petitions for office; fees; local issues; special elections to fill vacancies; qualifications

Effective: July 1, 2019
Currentness

(1) Except as provided in this section, the ballot shall contain the names of all party nominees certified by the appropriate executive committee, and independent and special election candidates who have timely filed petitions containing the required signatures and assessments that must be paid pursuant to Section 23-15-297, if the candidates and nominees meet all of the qualifications to hold the office sought. A petition requesting that an independent or special election candidate's name be placed on the ballot for any office shall be filed as provided for in subsection (3) or (4) of this section, as appropriate, and shall be signed by not less than the following number of qualified electors:

(a) For an office elected by the state at large, not less than one thousand (1,000) qualified electors.

(b) For an office elected by the qualified electors of a Supreme Court district, not less than three hundred (300) qualified electors.

(c) For an office elected by the qualified electors of a congressional district, not less than two hundred (200) qualified electors.

(d) For an office elected by the qualified electors of a circuit or chancery court district, not less than one hundred (100) qualified electors.

(e) For an office elected by the qualified electors of a senatorial or representative district, not less than fifty (50) qualified electors.

(f) For an office elected by the qualified electors of a county, not less than fifty (50) qualified electors.

(g) For an office elected by the qualified electors of a supervisors district or justice court district, not less than fifteen (15) qualified electors.

 © 2024 Thomson Reuters. No claim to original U.S. Government Works.

(h) For the Office of President of the United States, a party nominee or independent candidate shall pay an assessment in the amount of Two Thousand Five Hundred Dollars ($2,500.00).

(2)(a) Unless the petition or fee, whichever is applicable, required above shall be filed as provided for in subsection (3), (4) or (5) of this section, as appropriate, the name of the person requested to be a candidate, unless nominated by a political party, shall not be placed upon the ballot. The ballot shall contain the names of each candidate for each office, and the names shall be listed under the name of the political party that candidate represents as provided by law and as certified to the circuit clerk by the state executive committee of the political party. In the event the candidate qualifies as an independent as provided in this section, he or she shall be listed on the ballot as an independent candidate.

(b) The name of an independent or special election candidate who dies before the printing of the ballots, shall not be placed on the ballots.

(3) Petitions for offices described in paragraphs (a), (b), (c), (d) and (e) of subsection (1) of this section shall be filed with the Secretary of State by no later than 5:00 p.m. on the same date or business day, as applicable, by which candidates are required to pay the fee provided for in Section 23-15-297; however, no petition may be filed before January 1 of the year in which the election for the office is held.

(4) Petitions for offices described in paragraphs (f) and (g) of subsection (1) of this section shall be filed with the proper circuit clerk by no later than 5:00 p.m. on the same date by which candidates are required to pay the fee provided for in Section 23-15-297; however, no petition may be filed before January 1 of the year in which the election for the office is held. The circuit clerk shall notify the county election commissioners of all persons who have filed petitions with the clerk. The notification shall occur within two (2) business days and shall contain all necessary information.

(5) The assessment for the office described in paragraph (h) of subsection (1) of this section shall be paid to the Secretary of State. The Secretary of State shall deposit any qualifying fees received from candidates into the Elections Support Fund established in Section 23-15-5.

(6) The election commissioners may also have printed upon the ballot any local issue election matter that is authorized to be held on the same date as the regular or general election pursuant to Section 23-15-375; however, the ballot form of the local issue must be filed with the election commissioners by the appropriate governing authority not less than sixty (60) days before the date of the election.

(7) The provisions of this section shall not apply to municipal elections or to the election of the offices of justice of the Supreme Court, judge of the Court of Appeals, circuit judge, chancellor, county court judge and family court judge.

(8) Nothing in this section shall prohibit special elections to fill vacancies in either house of the Legislature from being held as provided in Section 23-15-851. In all elections conducted under the provisions of Section 23-15-851, there shall be printed on the ballot the name of any candidate who, not having been nominated by a political party, shall have been requested to be a candidate for any office by a petition filed with the Secretary of State and signed by not less than fifty (50) qualified electors.

(9)(a) The appropriate election commission shall determine whether each candidate is a qualified elector of the state, state district, county or county district they seek to serve, and whether each candidate meets all other qualifications to hold the office he or she is seeking or presents absolute proof that he or she will, subject to no contingencies, meet all qualifications on or before the date of the general or special election at which he or she could be elected to office. The election commission shall determine whether the candidate has taken the steps necessary to qualify for more than one (1) office at the election. The election commission also shall determine whether any candidate has been convicted (i) of any felony in a court of this state, (ii) on or after December 8, 1992, of any offense in another state which is a felony under the laws of this state, (iii) of any felony in a federal court on or after December 8, 1992, or (iv) of any offense that involved the misuse or abuse of his or her office or money coming into his or her hands by virtue of the office. Excepted from the above are convictions of manslaughter and violations of the United States Internal Revenue Code or any violations of the tax laws of this state.

(b) If the appropriate election commission finds that a candidate either (i) is not a qualified elector, (ii) does not meet all qualifications to hold the office he or she seeks and fails to provide absolute proof, subject to no contingencies, that he or she will meet the qualifications on or before the date of the general or special election at which he or she could be elected, or (iii) has been convicted of a felony or other disqualifying offense as described in paragraph (a) of this subsection, and not pardoned, then the election commission shall notify the candidate and give the candidate an opportunity to be heard. The election commission shall mail notice to the candidate at least three (3) business days before the hearing to the address provided by the candidate on the qualifying forms, and the committee shall attempt to contact the candidate by telephone, email and facsimile if the candidate provided this information on the forms. If the candidate fails to appear at the hearing or to prove that he or she meets all qualifications to hold the office subject to no contingencies, then the name of such candidate shall not be placed upon the ballot. If the appropriate election commission determines that the candidate has taken the steps necessary to qualify for more than one (1) office at the election, the action required by Section 23-15-905, shall be taken.

(10) If after the deadline to qualify as a candidate for an office or after the time for holding any party primary for an office, only one (1) person has duly qualified to be a candidate for the office in the general election, the name of that person shall be placed on the ballot; provided, however, that if not more than one (1) person duly qualified to be a candidate for each office on the general election ballot, the election for all offices on the ballot shall be dispensed with and the appropriate election commission shall declare each candidate elected without opposition if the candidate meets all the qualifications to hold the office as determined pursuant to a review by the election commission in accordance with the provisions of subsection (9) of this section and if the candidate has filed all required campaign finance disclosure reports as required by Section 23-15-807.

(11) The petition required by this section may not be filed by using the Internet.

**Credits**

Laws 1986, Ch. 495, § 109; Laws 1987, Ch. 499, § 5; Laws 1989, Ch. 431, § 2; Laws 1994, Ch. 564, § 91, eff. September 6, 1994; Laws 2000, Ch. 592, § 5, eff. July 28, 2000; Laws 2002, Ch. 336, § 1, eff. June 27, 2002. Amended by Laws 2006, Ch. 574, § 15, eff. June 5, 2006; Laws 2007, Ch. 604, § 4, eff. September 10, 2007; Laws 2007, Ch. 570, § 2, eff. September 10, 2007; Laws 2008, Ch. 554, § 1, eff. July 31, 2008; Laws 2010, Ch. 320, § 2, eff. July 15, 2010; Laws 2016, Ch. 380 (S.B. No. 2167), § 3, eff. July 1, 2016; Laws 2017, Ch. 441 (H.B. No. 467), § 78, eff. July 1, 2017; Laws 2019, Ch. 362 (S.B. No. 2237), § 2, eff. July 1, 2019.

Notes of Decisions (11)

Miss. Code Ann. § 23-15-359, MS ST § 23-15-359

WESTLAW © 2024 Thomson Reuters. No claim to original U.S. Government Works.

§ 23-15-359. Names placed on ballot; petitions for office; fees;..., MS ST § 23-15-359

The Statutes and Constitution are current with laws from the 2023 Regular Session effective through July 1, 2023. Some statute sections may be more current, see credits for details. The statutes are subject to changes provided by the Joint Legislative Committee on Compilation, Revision and Publication of Legislation.

End of Document

© 2024 Thomson Reuters. No claim to original U.S. Government Works.

WESTLAW © 2024 Thomson Reuters. No claim to original U.S. Government Works. 4

PTX-119-004

## Validity (8)

### Proposed Legislation (8)

2024 MS H.B. 949 (NS)
2024 Mississippi House Bill No. 949, Mississippi One Hundred Thirty-Ninth Legislative Session, (Feb. 02, 2024), VERSION: Introduced, PROPOSED ACTION: Amended

2024 MS H.B. 689 (NS)
2024 Mississippi House Bill No. 689, Mississippi One Hundred Thirty-Ninth Legislative Session, (Jan. 29, 2024), VERSION: Introduced, PROPOSED ACTION: Amended

2024 MS H.B. 674 (NS)
2024 Mississippi House Bill No. 674, Mississippi One Hundred Thirty-Ninth Legislative Session, (Jan. 26, 2024), VERSION: Introduced, PROPOSED ACTION: Amended

2024 MS H.B. 448 (NS)
2024 Mississippi House Bill No. 448, Mississippi One Hundred Thirty-Ninth Legislative Session, (Jan. 22, 2024), VERSION: Introduced, PROPOSED ACTION: Amended

2024 MS H.B. 166 (NS)
2024 Mississippi House Bill No. 166, Mississippi One Hundred Thirty-Ninth Legislative Session, (Jan. 17, 2024), VERSION: Introduced, PROPOSED ACTION: Amended

2024 MS H.B. 172 (NS)
2024 Mississippi House Bill No. 172, Mississippi One Hundred Thirty-Ninth Legislative Session, (Jan. 17, 2024), VERSION: Introduced, PROPOSED ACTION: Amended

2024 MS S.B. 2052 (NS)
2024 Mississippi Senate Bill No. 2052, Mississippi One Hundred Thirty-Ninth Legislative Session, (Jan. 17, 2024), VERSION: Introduced, PROPOSED ACTION: Amended

2024 MS S.B. 2058 (NS)
2024 Mississippi Senate Bill No. 2058, Mississippi One Hundred Thirty-Ninth Legislative Session, (Jan. 17, 2024), VERSION: Introduced, PROPOSED ACTION: Amended

WESTLAW © 2024 Thomson Reuters. No claim to original U.S. Government Works.

## Editor's and Revisor's Notes (2)

### HISTORICAL AND STATUTORY NOTES

**Derivation:**

Code 1972, § 23-5-134 ; Laws 1978, Ch. 429, § 1; Laws 1982, Ch. 477, § 4.

Laws 1994, Ch. 564, § 104 provides:

"Section 100 of this act shall take effect and be in force from and after January 1, 1995, or the date it is effectuated under Section 5 of the Voting Rights Act of 1965, as amended and extended, whichever is later and the remainder of this act shall take effect and be in force from and after the date it is effectuated under Section 5 of the Voting Rights Act of 1965, as amended and extended."

On September 6, 1994, the United States Attorney General interposed no objection to the amendment of this section by Laws 1994, Ch. 564, § 91 .

Laws 2000, Ch. 592, § 20 provides:

"This act shall take effect and be in force from and after the date it is effectuated under Section 5 of the Voting Rights Act of 1965, as amended and extended."

On July 28, 2000, the United States Attorney General interposed no objection to the amendment of this section by Laws 2000, Ch. 592, § 5 .

Laws 2002, Ch. 336, § 4 provides:

"This act shall take effect and be in force from and after the date it is effectuated under Section 5 of the Voting Rights Act of 1965, as amended and extended."

On June 27, 2002, the United States Attorney General interposed no objection to the amendment of this section by Laws 2002, Ch. 336, § 1 .

Laws 2006, Ch. 574, § 15 amended this section. Sections 22 and 23 of Laws 2006, Ch. 574 provide:

"SECTION 22. The Attorney General of the State of Mississippi shall submit this act, immediately upon approval by the Governor, or upon approval by the Legislature subsequent to a veto, to the Attorney General of the United States or to the United States District Court for the District of Columbia in accordance with the provisions of the Voting Rights Act of 1965, as amended and extended.

"SECTION 23. This act shall take effect and be in force from and after the date it is effectuated under Section 5 of the Voting Rights Act of 1965, as amended and extended."

On June 5, 2006, the United States Attorney General interposed no objection to the amendment of this section by Laws 2006, Ch. 574, § 15 .

Laws 2007, Ch. 570, § 2 amended this section. Sections 3 and 4 of Laws 2007, Ch. 570 provide:

"SECTION 3. The Attorney General of the State of Mississippi shall submit this act, immediately upon approval by the Governor, or upon approval by the Legislature subsequent to a veto, to the Attorney General of the United States or to the United States District Court for the District of Columbia in accordance with the provisions of the Voting Rights Act of 1965, as amended and extended.

"SECTION 4. This act shall take effect and be in force from and after the date it is effectuated under Section 5 of the Voting Rights Act of 1965, as amended and extended."

WESTLAW © 2024 Thomson Reuters. No claim to original U.S. Government Works.

Laws 2007, Ch. 604, § 4 amended this section. Sections 6 and 7 of Laws 2007, Ch. 604 provide:

"SECTION 6. The Attorney General of the State of Mississippi shall submit this act, immediately upon approval by the Governor, or upon approval by the Legislature subsequent to a veto, to the Attorney General of the United States or to the United States District Court for the District of Columbia in accordance with the provisions of the Voting Rights Act of 1965, as amended and extended.

"SECTION 7. This act shall take effect and be in force from and after the date it is effectuated under Section 5 of the Voting Rights Act of 1965, or July 1, 2007, whichever occurs later, as amended and extended."

This section was amended by both Laws 2007, Ch. 570, § 2, and Laws 2007, Ch. 604, § 4 . Chapter 570 contains language specifically providing that this section in Ch. 570 supercedes this section in the other chapter, Ch. 604.

On September 10, 2007, the United States Attorney General interposed no objection to the amendment of this section by Laws 2007, Ch. 570, § 2 and Laws 2007, Ch. 604, § 4 .

Section 1 of Laws 2008, Ch. 554 amended this section by adding par. (2)(b) relating to the death of an independent or special election candidate. Sections 2 and 3 of Laws 2008, Ch. 554 , provide:

"SECTION 2. The Attorney General of the State of Mississippi shall submit this act, immediately upon approval by the Governor, or upon approval by the Legislature subsequent to a veto, to the Attorney General of the United States or to the United States District Court for the District of Columbia in accordance with the provisions of the Voting Rights Act of 1965, as amended and extended.

"SECTION 3. This act shall take effect and be in force from and after the date it is effectuated under Section 5 of the Voting Rights Act of 1965, as amended and extended."

On July 31, 2008, the United States Attorney General interposed no objection to the amendment of this section by Laws 2008, Ch. 554, § 1 .

Sections 4 and 5 of Laws 2010, Ch. 320 provide:

"SECTION 4. The Attorney General of the State of Mississippi shall submit this act, immediately upon approval by the Governor, or upon approval by the Legislature subsequent to a veto, to the Attorney General of the United States or to the United States District Court for the District of Columbia in accordance with the provisions of the Voting Rights Act of 1965, as amended and extended.

"SECTION 5. This act shall take effect and be in force from and after the date it is effectuated under Section 5 of the Voting Rights Act of 1965, as amended and extended."

On July 15, 2010, the United States Attorney General interposed no objection to the amendment of this section by Laws 2010, Ch. 320, § 2 .

WESTLAW © 2024 Thomson Reuters. No claim to original U.S. Government Works.

**Bill Drafts (34)**

1. 2019 MS S.B. 2237 (NS)
2019 Mississippi Senate Bill No. 2237, Mississippi One Hundred Thirty-Fourth Legislative Session, Mar. 21, 2019, VERSION: Adopted, Amended,
Updating Legislation: **2019 Miss. Laws S.B. 2237**

2. 2019 MS S.B. 2237 (NS)
2019 Mississippi Senate Bill No. 2237, Mississippi One Hundred Thirty-Fourth Legislative Session, Mar. 19, 2019, VERSION: Enrolled, Amended,
Updating Legislation: **2019 Miss. Laws S.B. 2237**

3. 2019 MS S.B. 2237 (NS)
2019 Mississippi Senate Bill No. 2237, Mississippi One Hundred Thirty-Fourth Legislative Session, Feb. 12, 2019, VERSION: Engrossed, Amended,
Updating Legislation: **2019 Miss. Laws S.B. 2237**

4. 2019 MS S.B. 2237 (NS)
2019 Mississippi Senate Bill No. 2237, Mississippi One Hundred Thirty-Fourth Legislative Session, Jan. 15, 2019, VERSION: Introduced, Amended,
Updating Legislation: **2019 Miss. Laws S.B. 2237**

5. 2017 MS H.B. 467 (NS)
2017 Mississippi House Bill No. 467, Mississippi One Hundred Thirty-Second Legislative Session, Apr. 18, 2017, VERSION: Adopted, Amended,
Updating Legislation: **2017 Miss. Laws H.B. 467**

6. 2017 MS H.B. 467 (NS)
2017 Mississippi House Bill No. 467, Mississippi One Hundred Thirty-Second Legislative Session, Apr. 03, 2017, VERSION: Enrolled, Amended,
Updating Legislation: **2017 Miss. Laws H.B. 467**

7. 2017 MS H.B. 467 (NS)
2017 Mississippi House Bill No. 467, Mississippi One Hundred Thirty-Second Legislative Session, Feb. 07, 2017, VERSION: Engrossed, Amended,
Updating Legislation: **2017 Miss. Laws H.B. 467**

8. 2017 MS H.B. 467 (NS)
2017 Mississippi House Bill No. 467, Mississippi One Hundred Thirty-Second Legislative Session, Feb. 07, 2017, VERSION: Amended/Substituted, Amended,
Updating Legislation: **2017 Miss. Laws H.B. 467**

9. 2017 MS H.B. 467 (NS)
2017 Mississippi House Bill No. 467, Mississippi One Hundred Thirty-Second Legislative Session, Jan. 09, 2017, VERSION: Introduced, Amended,
Updating Legislation: **2017 Miss. Laws H.B. 467**

10. 2016 MS S.B. 2167 (NS)
2016 Mississippi Senate Bill No. 2167, Mississippi One Hundred Thirty-First Legislative Session, Apr. 06, 2016, VERSION: Adopted, Amended,
Updating Legislation: **2016 Miss. Laws S.B. 2167**

11. 2016 MS S.B. 2167 (NS)
2016 Mississippi Senate Bill No. 2167, Mississippi One Hundred Thirty-First Legislative Session, Mar. 31, 2016, VERSION: Enrolled, Amended,
Updating Legislation: **2016 Miss. Laws S.B. 2167**

WESTLAW © 2024 Thomson Reuters. No claim to original U.S. Government Works.

**12.** 2016 MS S.B. 2167 (NS)
2016 Mississippi Senate Bill No. 2167, Mississippi One Hundred Thirty-First Legislative Session, Feb. 29, 2016, VERSION: Amended/Substituted, Amended,
Updating Legislation: **2016 Miss. Laws S.B. 2167**

**13.** 2016 MS S.B. 2167 (NS)
2016 Mississippi Senate Bill No. 2167, Mississippi One Hundred Thirty-First Legislative Session, Feb. 29, 2016, VERSION: Engrossed, Amended,
Updating Legislation: **2016 Miss. Laws S.B. 2167**

**14.** 2016 MS S.B. 2167 (NS)
2016 Mississippi Senate Bill No. 2167, Mississippi One Hundred Thirty-First Legislative Session, Feb. 05, 2016, VERSION: Introduced, Amended,
Updating Legislation: **2016 Miss. Laws S.B. 2167**

**15.** 2010 MS H.B. 905 (NS)
2010 Mississippi House Bill No. 905, Mississippi One Hundred Twenty-Fifth Legislative Session (FULL TEXT - NETSCAN), Mar. 10, 2010, VERSION: Adopted, Amended,

**16.** 2010 MS H.B. 905 (NS)
2010 Mississippi House Bill No. 905, Mississippi One Hundred Twenty-Fifth Legislative Session (FULL TEXT - NETSCAN), Mar. 03, 2010, VERSION: Enrolled, Amended,

**17.** 2010 MS H.B. 905 (NS)
2010 Mississippi House Bill No. 905, Mississippi One Hundred Twenty-Fifth Legislative Session (FULL TEXT - NETSCAN), Feb. 09, 2010, VERSION: Engrossed, Amended,

**18.** 2010 MS H.B. 905 (NS)
2010 Mississippi House Bill No. 905, Mississippi One Hundred Twenty-Fifth Legislative Session (FULL TEXT - NETSCAN), Jan. 18, 2010, VERSION: Introduced, Amended,

**19.** 2008 MS H.B. 703 (NS)
2008 Mississippi House Bill No. 703, Mississippi One Hundred Twenty-Third Legislative Session (FULL TEXT - NETSCAN), May 10, 2008, VERSION: Adopted, Amended,

**20.** 2008 MS H.B. 703 (NS)
2008 Mississippi House Bill No. 703, Mississippi One Hundred Twenty-Third Legislative Session (FULL TEXT - NETSCAN), Apr. 23, 2008, VERSION: Adopted, Amended,

**21.** 2008 MS H.B. 703 (NS)
2008 Mississippi House Bill No. 703, Mississippi One Hundred Twenty-Third Legislative Session (FULL TEXT - NETSCAN), Apr. 23, 2008, VERSION: Enrolled, Amended,

**22.** 2008 MS H.B. 703 (NS)
2008 Mississippi House Bill No. 703, Mississippi One Hundred Twenty-Third Legislative Session (FULL TEXT - NETSCAN), Feb. 28, 2008, VERSION: Engrossed, Amended,

**23.** 2008 MS H.B. 703 (NS)
2008 Mississippi House Bill No. 703, Mississippi One Hundred Twenty-Third Legislative Session (FULL TEXT - NETSCAN), Feb. 04, 2008, VERSION: Introduced, Amended,

**24.** 2007 MS S.B. 2056 (NS)
2007 Mississippi Senate Bill No. 2056, Mississippi One Hundred Twenty-Second Legislative Session (FULL TEXT - NETSCAN), Apr. 21, 2007, VERSION: Adopted, Amended,

**25.** 2007 MS S.B. 2056 (NS)

WESTLAW © 2024 Thomson Reuters. No claim to original U.S. Government Works.

2007 Mississippi Senate Bill No. 2056, Mississippi One Hundred Twenty-Second Legislative Session (FULL TEXT - NETSCAN), Apr. 05, 2007, VERSION: Enrolled, Amended,

**26.** 2007 MS S.B. 2056 (NS)
2007 Mississippi Senate Bill No. 2056, Mississippi One Hundred Twenty-Second Legislative Session (FULL TEXT - NETSCAN), Feb. 01, 2007, VERSION: Engrossed, Amended,

**27.** 2007 MS S.B. 2056 (NS)
2007 Mississippi Senate Bill No. 2056, Mississippi One Hundred Twenty-Second Legislative Session (FULL TEXT - NETSCAN), Jan. 02, 2007, VERSION: Introduced, Amended,

**28.** 2007 MS S.B. 2233 (NS)
2007 Mississippi Senate Bill No. 2233, Mississippi One Hundred Twenty-Second Legislative Session (FULL TEXT - NETSCAN), Apr. 21, 2007, VERSION: Adopted, Amended,

**29.** 2007 MS S.B. 2233 (NS)
2007 Mississippi Senate Bill No. 2233, Mississippi One Hundred Twenty-Second Legislative Session (FULL TEXT - NETSCAN), Apr. 03, 2007, VERSION: Enrolled, Amended,

**30.** 2007 MS S.B. 2233 (NS)
2007 Mississippi Senate Bill No. 2233, Mississippi One Hundred Twenty-Second Legislative Session (FULL TEXT - NETSCAN), Feb. 01, 2007, VERSION: Engrossed, Amended,

**31.** 2007 MS S.B. 2233 (NS)
2007 Mississippi Senate Bill No. 2233, Mississippi One Hundred Twenty-Second Legislative Session (FULL TEXT - NETSCAN), Feb. 01, 2007, VERSION: Amended/Subbed, Amended,

**32.** 2007 MS S.B. 2233 (NS)
2007 Mississippi Senate Bill No. 2233, Mississippi One Hundred Twenty-Second Legislative Session (FULL TEXT - NETSCAN), Jan. 04, 2007, VERSION: Introduced, Amended,

**33.** 2006 MS S.B. 2809 (NS)
2006 Mississippi Senate Bill No. 2809, Mississippi One Hundred Twenty-First Legislative Session (FULL TEXT - NETSCAN), Apr. 24, 2006, VERSION: Adopted, Amended,
Updating Legislation: **2006 Miss. Laws Ch. 574 (S.B. 2809)**

**34.** 2006 MS S.B. 2809 (NS)
2006 Mississippi Senate Bill No. 2809, Mississippi One Hundred Twenty-First Legislative Session (FULL TEXT - NETSCAN), Apr. 04, 2006, VERSION: Enrolled, Amended,

# 2024 Thomson Reuters. No claim to original U.S. Government Works.

§ 23-15-359. Names placed on ballot; petitions for office; fees; local issues; sp...

**Legislative History Materials (1)**

| Title | Date | Law | Type |
|---|---|---|---|
| 1. 2019 MS S.B. 2237 (NS)<br>SUMMARY: AN ACT TO CLARIFY THAT PERSONS WHO HAVE BEEN CONVICTED OF EMBEZZLEMENT OF PUBLIC FUNDS ARE NOT ELIGIBLE TO HOLD PUBLIC OFFICE; TO AMEND SECTIONS 23-15-299 AND 23-15-359,... | Mar. 21, 2019 | Laws 2019, Ch. 362 (S.B. No. 2237), § 2, eff. July 1, 2019 | Reports |

WESTLAW © 2024 Thomson Reuters. No claim to original U.S. Government Works.

PTX-119-011

 KeyCite Yellow Flag - Negative Treatment
Proposed Legislation

West's Annotated Mississippi Code
Title 23. Elections
Chapter 15. Mississippi Election Code (Refs & Annos)
Article 25. Vacancies in Office

Miss. Code Ann. § 23-15-833

§ 23-15-833. Special elections generally

Currentness

Except as otherwise provided by law, the first Tuesday after the first Monday in November of each year shall be designated the regular special election day, and on that day an election shall be held to fill any vacancy in county, county district, and district attorney elective offices, and any vacancy in the office of circuit judge or chancellor.

All special elections, or elections to fill vacancies, shall in all respects be held, conducted and returned in the same manner as general elections, except that where no candidate receives a majority of the votes cast in the election, a runoff election shall be held three (3) weeks after the election. The two (2) candidates who receive the highest popular votes for the office shall have their names submitted as the candidates to the runoff and the candidate who leads in the runoff election shall be elected to the office. When there is a tie in the first election of those receiving the next highest vote, these two (2) and the one receiving the highest vote, none having received a majority, shall go into the runoff election and whoever leads in the runoff election shall be entitled to the office.

In those years when the regular special election day shall occur on the same day as the general election, the names of candidates in any special election and the general election shall be placed on the same ballot, but shall be clearly distinguished as general election candidates or special election candidates. At any time a special election is held on the same day as a party primary election, the names of the candidates in the special election may be placed on the same ballot, but shall be clearly distinguished as special election candidates or primary election candidates.

**Credits**

Laws 1986, Ch. 495, § 249, eff. January 1, 1987. Amended by Laws 2007, Ch. 434, § 1, eff. June 15, 2007; Laws 2011, Ch. 509, § 3, eff. July 26, 2011; Laws 2017, Ch. 441 (H.B. No. 467), § 133, eff. July 1, 2017.

Notes of Decisions (8)

Miss. Code Ann. § 23-15-833, MS ST § 23-15-833
The Statutes and Constitution are current with laws from the 2023 Regular Session effective through July 1, 2023. Some statute sections may be more current, see credits for details. The statutes are subject to changes provided by the Joint Legislative Committee on Compilation, Revision and Publication of Legislation.

End of Document

© 2024 Thomson Reuters. No claim to original U.S. Government Works.

 © 2024 Thomson Reuters. No claim to original U.S. Government Works.

Notes Of Decisions

**Construction and application**

Newly registered electors were allowed to vote in upcoming special election, which was ordered as remedy for tainted votes in certain precincts for county sheriff election, despite contention that special election was continuation of prior election and that election should be limited to same registered voters; statute allowed qualified electors to vote in "any" election, and claim that citizens would move to affected precincts in order to affect special election was highly speculative and unsupported by evidence. Folson v. Fulco (Miss. 2020) 2020 WL 6498629 . Election Law 131

**Construction with other laws**

The first Tuesday after the first Monday in November of every year is set in statute as the "regular special election day." It is thus a regularly scheduled election, even if no vacancy exists requiring the election to be conducted.The provisions of Section 23-15-807(b)(i) apply both to special elections held on the regular special election day and to called special elections, such as those to fill vacancies in municipal office or the Legislature. Op.Atty.Gen No. 2010-00324, Hillman, June 18, 2010, 2010 WL 2795653 .

**School bond issues and local referenda**

In providing in Section 23-15-833 that the names of candidates in special elections to fill vacancies could be placed on the general election ballot in those years when the regular special election day occurs on the same day as the general election, the Mississippi Legislature did not make provision to allow for special election questions involving school bond issues and other local referenda to be placed on the general election ballot. Section 23-15-833 concerns the filling of vacancies and is not intended to cover all matters that can be placed on a general election ballot. Op.Atty.Gen. Ward, Jan. 19, 1989.

**Time of election**

If a county attorney resigns more than 90 days prior to November 6, 2001, the special election to fill the vacancy in that office must be held, pursuant to Sections 23-15-839 and 23-15-833 , on that date. Op.Atty.Gen. No. 2001-0020, Kilpatrick, January 26, 2001.

Where vacancy occurred too late for it to be filled on 1990 Special Election Day and the regular special election day on which the vacancy was to be filled would be in 1991, since the regular election for the office of tax assessor was scheduled for 1991, the person appointed to serve in that office would be entitled to serve for the remainder of the term. Op.Atty.Gen. Gore, Dec. 4, 1990.

Where school board member resigned her position on Tuesday, September 3, 1991, and an appointment was made to fill the vacancy until such time as an election could be held, the election could not be held until November of 1992 since the notice requirements of section 37-5-9 could not be complied with; also, the special election to fill the vacancy on the school board was to be designated "Special Election" pursuant to this section. Op.Atty.Gen., Cook, Sept. 25, 1991.

The provisions of Sections 23-15-833 and 23-15-839 do not permit the holding of special elections to fill vacancies in county offices on a date other than the November Special Election date. Op.Atty.Gen. Gex, Jan. 26, 1989.

**Persons eligible to register to vote**

A person who will be eighteen years of age on or before the date of the special election may register to vote thirty (30) days or more prior to a special election. Op.Atty.Gen. No. 97-0725, Wilson, Nov. 14.

WESTLAW © 2024 Thomson Reuters. No claim to original U.S. Government Works.

## Validity (9)

### Proposed Legislation (9)

2024 MS H.B. 860 (NS)
2024 Mississippi House Bill No. 860, Mississippi One Hundred Thirty-Ninth Legislative Session, (Feb. 02, 2024), VERSION: Introduced, PROPOSED ACTION: Amended

2024 MS H.B. 949 (NS)
2024 Mississippi House Bill No. 949, Mississippi One Hundred Thirty-Ninth Legislative Session, (Feb. 02, 2024), VERSION: Introduced, PROPOSED ACTION: Amended

2024 MS S.B. 2144 (NS)
2024 Mississippi Senate Bill No. 2144, Mississippi One Hundred Thirty-Ninth Legislative Session, (Jan. 31, 2024), VERSION: Introduced, PROPOSED ACTION: Amended

2024 MS H.B. 689 (NS)
2024 Mississippi House Bill No. 689, Mississippi One Hundred Thirty-Ninth Legislative Session, (Jan. 29, 2024), VERSION: Introduced, PROPOSED ACTION: Amended

2024 MS H.B. 613 (NS)
2024 Mississippi House Bill No. 613, Mississippi One Hundred Thirty-Ninth Legislative Session, (Jan. 24, 2024), VERSION: Introduced, PROPOSED ACTION: Amended

2024 MS H.B. 448 (NS)
2024 Mississippi House Bill No. 448, Mississippi One Hundred Thirty-Ninth Legislative Session, (Jan. 22, 2024), VERSION: Introduced, PROPOSED ACTION: Amended

2024 MS H.B. 166 (NS)
2024 Mississippi House Bill No. 166, Mississippi One Hundred Thirty-Ninth Legislative Session, (Jan. 17, 2024), VERSION: Introduced, PROPOSED ACTION: Amended

2024 MS H.B. 172 (NS)
2024 Mississippi House Bill No. 172, Mississippi One Hundred Thirty-Ninth Legislative Session, (Jan. 17, 2024), VERSION: Introduced, PROPOSED ACTION: Amended

2024 MS S.B. 2058 (NS)
2024 Mississippi Senate Bill No. 2058, Mississippi One Hundred Thirty-Ninth Legislative Session, (Jan. 17, 2024), VERSION: Introduced, PROPOSED ACTION: Amended

WESTLAW © 2024 Thomson Reuters. No claim to original U.S. Government Works.

**Versions (1)**

§ 23-15-833. Special elections generally
**MS ST § 23-15-833**
**Effective [See Text Amendments]**
Enacted Legislation Laws 2017, Ch. 441 (H.B. No. 467), § 133, eff. July 1, 2017

WESTLAW © 2024 Thomson Reuters. No claim to original U.S. Government Works.

## Editor's and Revisor's Notes (2)

### HISTORICAL AND STATUTORY NOTES

Laws 2007, Ch. 434, § 1 amended this section as to the time for holding a runoff election. Sections 6 and 7 of Laws 2007, Ch. 434 provide:

"SECTION 6. The Attorney General of the State of Mississippi shall submit this act, immediately upon approval by the Governor, or upon approval by the Legislature subsequent to a veto, to the Attorney General of the United States or to the United States District Court for the District of Columbia in accordance with the provisions of the Voting Rights Act of 1965, as amended and extended.

"SECTION 7. This act shall take effect and be in force from and after the date it is effectuated under Section 5 of the Voting Rights Act of 1965, as amended and extended."

On June 15, 2007, the United States Attorney General interposed no objection to the amendment of this section by Laws 2007, Ch. 434, § 1 .

At its August 5, 2008 meeting, pursuant to its authority under Section 1-1-109, the Joint Legislative Committee on Compilation, Revision and Publication of Legislation ratified the correction of a typographical error in the second paragraph. The words "receiving next highest vote" were changed to "receiving the next highest vote".

Sections 6 and 7 of Laws 2011, Ch. 509 provide:

"SECTION 6. The Attorney General of the State of Mississippi shall submit this act, immediately upon approval by the Governor, or upon approval by the Legislature subsequent to a veto, to the Attorney General of the United States or to the United States District Court for the District of Columbia in accordance with the provisions of the Voting Rights Act of 1965, as amended and extended.

"SECTION 7. This act shall take effect and be in force from and after the date it is effectuated under Section 5 of the Voting Rights Act of 1965, as amended and extended."

On July 26, 2011, the United States Attorney General interposed no objection to the amendment of this section by Laws 2011, Ch. 509, § 3 .

WESTLAW © 2024 Thomson Reuters. No claim to original U.S. Government Works.

**Bill Drafts (12)**

1. 2017 MS H.B. 467 (NS)
2017 Mississippi House Bill No. 467, Mississippi One Hundred Thirty-Second Legislative Session, Apr. 18, 2017, VERSION: Adopted, Amended,
Updating Legislation: **2017 Miss. Laws H.B. 467**

2. 2017 MS H.B. 467 (NS)
2017 Mississippi House Bill No. 467, Mississippi One Hundred Thirty-Second Legislative Session, Apr. 03, 2017, VERSION: Enrolled, Amended,
Updating Legislation: **2017 Miss. Laws H.B. 467**

3. 2017 MS H.B. 467 (NS)
2017 Mississippi House Bill No. 467, Mississippi One Hundred Thirty-Second Legislative Session, Feb. 07, 2017, VERSION: Engrossed, Amended,
Updating Legislation: **2017 Miss. Laws H.B. 467**

4. 2017 MS H.B. 467 (NS)
2017 Mississippi House Bill No. 467, Mississippi One Hundred Thirty-Second Legislative Session, Feb. 07, 2017, VERSION: Amended/Substituted, Amended,
Updating Legislation: **2017 Miss. Laws H.B. 467**

5. 2017 MS H.B. 467 (NS)
2017 Mississippi House Bill No. 467, Mississippi One Hundred Thirty-Second Legislative Session, Jan. 09, 2017, VERSION: Introduced, Amended,
Updating Legislation: **2017 Miss. Laws H.B. 467**

6. 2011 MS H.B. 773 (NS)
2011 Mississippi House Bill No. 773, Mississippi One Hundred Twenty-Sixth Legislative Session, Apr. 26, 2011, VERSION: Adopted, Amended,

7. 2011 MS H.B. 773 (NS)
2011 Mississippi House Bill No. 773, Mississippi One Hundred Twenty-Sixth Legislative Session, Apr. 04, 2011, VERSION: Enrolled, Amended,

8. 2011 MS H.B. 773 (NS)
2011 Mississippi House Bill No. 773, Mississippi One Hundred Twenty-Sixth Legislative Session, Feb. 09, 2011, VERSION: Engrossed, Amended,

9. 2011 MS H.B. 773 (NS)
2011 Mississippi House Bill No. 773, Mississippi One Hundred Twenty-Sixth Legislative Session, Jan. 14, 2011, VERSION: Introduced, Amended,

10. 2007 MS S.B. 2831 (NS)
2007 Mississippi Senate Bill No. 2831, Mississippi One Hundred Twenty-Second Legislative Session (FULL TEXT - NETSCAN), Mar. 15, 2007, VERSION: Enrolled, Amended,

11. 2007 MS S.B. 2831 (NS)
2007 Mississippi Senate Bill No. 2831, Mississippi One Hundred Twenty-Second Legislative Session (FULL TEXT - NETSCAN), Feb. 01, 2007, VERSION: Engrossed, Amended,

12. 2007 MS S.B. 2831 (NS)
2007 Mississippi Senate Bill No. 2831, Mississippi One Hundred Twenty-Second Legislative Session (FULL TEXT - NETSCAN), Jan. 15, 2007, VERSION: Introduced, Amended,

# 2024 Thomson Reuters. No claim to original U.S. Government Works.

WESTLAW © 2024 Thomson Reuters. No claim to original U.S. Government Works.

**Legislative History Materials (1)**

| Title | Date | Law | Type |
|---|---|---|---|
| 1. 2017 MS H.B. 467 (NS)<br><br>SUMMARY: AN ACT TO AMEND SECTIONS 23-15-3, 23-15-5 AND 23-15-7, MISSISSIPPI CODE OF 1972, TO REVISE THE GENERAL PROVISIONS; TO AMEND SECTIONS 23-15-15 AND 23-15-19, MISSISSIPPI... | Apr. 18, 2017 | Laws 2017, Ch. 441 (H.B. No. 467), § 133, eff. July 1, 2017 | Reports |

 © 2024 Thomson Reuters. No claim to original U.S. Government Works.

**Context and Analysis (5)**

**Cross References (1)**

District attorneys,

Legal assistant appointed to fill vacancy until election held, authority to engage in private practice of law, see §§ 25-31-35, 25-31-36.

Vacancies, part-time district attorneys or legal assistants, see § 25-31-39.

**Encyclopedias (1)**

4 Encyclopedia of Mississippi Law § 29A:54 (3d ed.), County Offices, Circuit Judges, or Chancellors.

**United States Supreme Court (2)**

Section 1981 Civil Rights Act, scope, employment related retaliation claims, see Crocs West, Inc. v. Humphries, 2008, 128 S.Ct. 1951, 553 U.S. 442, 170 L.Ed.2d 864.

Voting rights, preclearance requirement, baseline practice in force or effect, local law struck down at first opportunity, special election held pursuant to invalid law, see Riley v. Kennedy, 2008, 128 S.Ct. 1970, 553 U.S. 406, 170 L.Ed.2d 837.

WESTLAW © 2024 Thomson Reuters. No claim to original U.S. Government Works.

West's Annotated Mississippi Code
Title 23. Elections
Chapter 15. Mississippi Election Code (Refs & Annos)
Article 25. Vacancies in Office

Miss. Code Ann. § 23-15-837

§ 23-15-837. Only one qualified candidate

Currentness

(1) When a special election is called to fill any state district office or legislative office and where only one (1) person has duly qualified with the State Board of Election Commissioners to be a candidate in the special election within the time prescribed by law for qualifying as a candidate, the State Board of Election Commissioners shall make a finding and determination of that fact, which shall be duly entered upon its official minutes.

(2) A finding and determination and certification to office by the State Board of Election Commissioners, as herein provided, shall dispense with the holding of the special election.

(3) A certified copy of the finding and determination of the State Board of Election Commissioners shall be filed with the Governor, and the Governor shall appoint the candidate so certified to fill the unexpired term.

**Credits**

Laws 1986, Ch. 495, § 251, eff. January 1, 1987. Amended by Laws 2017, Ch. 441 (H.B. No. 467), § 135, eff. July 1, 2017.

Miss. Code Ann. § 23-15-837, MS ST § 23-15-837
The Statutes and Constitution are current with laws from the 2023 Regular Session effective through July 1, 2023. Some statute sections may be more current, see credits for details. The statutes are subject to changes provided by the Joint Legislative Committee on Compilation, Revision and Publication of Legislation.

End of Document © 2024 Thomson Reuters. No claim to original U.S. Government Works.

**Versions (1)**

§ 23-15-837. Only one qualified candidate
**MS ST § 23-15-837**
**Effective [See Text Amendments]**
Enacted Legislation Amended by Laws 2017, Ch. 441 (H.B. No. 467), § 135, eff. July 1, 2017

WESTLAW © 2024 Thomson Reuters. No claim to original U.S. Government Works.

§ 23-15-837. Only one qualified candidate

## Editor's and Revisor's Notes (1)

### HISTORICAL AND STATUTORY NOTES

**Derivation:**

Code 1972, § 23-5-196 ; Laws 1979, Ch. 343, §§ 1, 3; Laws 1981, Ch. 303, § 1.

WESTLAW © 2024 Thomson Reuters. No claim to original U.S. Government Works.

PTX-119-022

**Bill Drafts (5)**

1. 2017 MS H.B. 467 (NS)
2017 Mississippi House Bill No. 467, Mississippi One Hundred Thirty-Second Legislative Session, Apr. 18, 2017, VERSION: Adopted, Amended,
Updating Legislation: **2017 Miss. Laws H.B. 467**

2. 2017 MS H.B. 467 (NS)
2017 Mississippi House Bill No. 467, Mississippi One Hundred Thirty-Second Legislative Session, Apr. 03, 2017, VERSION: Enrolled, Amended,
Updating Legislation: **2017 Miss. Laws H.B. 467**

3. 2017 MS H.B. 467 (NS)
2017 Mississippi House Bill No. 467, Mississippi One Hundred Thirty-Second Legislative Session, Feb. 07, 2017, VERSION: Engrossed, Amended,
Updating Legislation: **2017 Miss. Laws H.B. 467**

4. 2017 MS H.B. 467 (NS)
2017 Mississippi House Bill No. 467, Mississippi One Hundred Thirty-Second Legislative Session, Feb. 07, 2017, VERSION: Amended/Substituted, Amended,
Updating Legislation: **2017 Miss. Laws H.B. 467**

5. 2017 MS H.B. 467 (NS)
2017 Mississippi House Bill No. 467, Mississippi One Hundred Thirty-Second Legislative Session, Jan. 09, 2017, VERSION: Introduced, Amended,
Updating Legislation: **2017 Miss. Laws H.B. 467**

# 2024 Thomson Reuters. No claim to original U.S. Government Works.

WESTLAW © 2024 Thomson Reuters. No claim to original U.S. Government Works.

**Legislative History Materials (1)**

| Title | Date | Law | Type |
|---|---|---|---|
| 1. 2017 MS H.B. 467 (NS)<br>SUMMARY: AN ACT TO AMEND SECTIONS 23-15-3, 23-15-5 AND 23-15-7, MISSISSIPPI CODE OF 1972, TO REVISE THE GENERAL PROVISIONS; TO AMEND SECTIONS 23-15-15 AND 23-15-19, MISSISSIPPI... | Apr. 18, 2017 | Laws 2017, Ch. 441 (H.B. No. 467), § 135, eff. July 1, 2017 | Reports |

WESTLAW © 2024 Thomson Reuters. No claim to original U.S. Government Works.

§ 23-15-837. Only one qualified candidate

**Notes of Decisions**

There are no Notes of Decisions for this citation.

**Validity**

There are no Validity results for this citation.

**Context & Analysis**

There are no Context & Analysis results for this citation.

WESTLAW © 2024 Thomson Reuters. No claim to original U.S. Government Works.

PTX-119-025

KeyCite Yellow Flag - Negative Treatment
Proposed Legislation

West's Annotated Mississippi Code
Title 23. Elections
Chapter 15. Mississippi Election Code (Refs & Annos)
Article 25. Vacancies in Office

Miss. Code Ann. § 23-15-851

§ 23-15-851. Legislative vacancies

Currentness

(1) Except as otherwise provided in subsection (2) of this section, within thirty (30) days after vacancies occur in either house of the Legislature, the Governor shall issue writs of election to fill the vacancies on a day specified in the writ of election. At least sixty (60) days' notice shall be given of the election in each county or part of a county in which the election shall be held. The qualifying deadline for the election shall be fifty (50) days before the election. Notice of the election shall be posted at the courthouse and in each supervisors district in the county or part of county in which such election shall be held for as near sixty (60) days as may be practicable. The election shall be prepared for and held as in the case of a general election.

(2) If a vacancy occurs in a calendar year in which the general election for state officers is held, the Governor may elect not to issue a writ of election to fill the vacancy.

**Credits**

Laws 1986, Ch. 495, § 258, eff. January 1, 1987. Amended by Laws 2007, Ch. 570, § 1, eff. September 10, 2007; Laws 2017, Ch. 441 (H.B. No. 467), § 139, eff. July 1, 2017.

Miss. Code Ann. § 23-15-851, MS ST § 23-15-851

The Statutes and Constitution are current with laws from the 2023 Regular Session effective through July 1, 2023. Some statute sections may be more current, see credits for details. The statutes are subject to changes provided by the Joint Legislative Committee on Compilation, Revision and Publication of Legislation.

End of Document © 2024 Thomson Reuters. No claim to original U.S. Government Works.

## Validity (5)

### Proposed Legislation (5)

2024 MS H.B. 949 (NS)
2024 Mississippi House Bill No. 949, Mississippi One Hundred Thirty-Ninth Legislative Session, (Feb. 02, 2024), VERSION: Introduced, PROPOSED ACTION: Amended

2024 MS H.B. 448 (NS)
2024 Mississippi House Bill No. 448, Mississippi One Hundred Thirty-Ninth Legislative Session, (Jan. 22, 2024), VERSION: Introduced, PROPOSED ACTION: Amended

2024 MS H.B. 166 (NS)
2024 Mississippi House Bill No. 166, Mississippi One Hundred Thirty-Ninth Legislative Session, (Jan. 17, 2024), VERSION: Introduced, PROPOSED ACTION: Amended

2024 MS H.B. 172 (NS)
2024 Mississippi House Bill No. 172, Mississippi One Hundred Thirty-Ninth Legislative Session, (Jan. 17, 2024), VERSION: Introduced, PROPOSED ACTION: Amended

2024 MS S.B. 2006 (NS)
2024 Mississippi Senate Bill No. 2006, Mississippi One Hundred Thirty-Ninth Legislative Session, (Jan. 15, 2024), VERSION: Introduced, PROPOSED ACTION: Amended

WESTLAW © 2024 Thomson Reuters. No claim to original U.S. Government Works.

**Versions (1)**

**§ 23-15-851. Legislative vacancies**
**MS ST § 23-15-851**
**Effective [See Text Amendments]**
Enacted Legislation Laws 2017, Ch. 441 (H.B. No. 467), § 139, eff. July 1, 2017

WESTLAW © 2024 Thomson Reuters. No claim to original U.S. Government Works.

## Editor's and Revisor's Notes (2)

### HISTORICAL AND STATUTORY NOTES

**Derivation:**

Code 1930, § 6266; Code 1942, § 3295; Laws 1956, Ch. 405, § 1; Code 1972, § 23-5-201 .

Laws 2007, Ch. 570, § 1 amended this section. Sections 3 and 4 of Laws 2007, Ch. 570 provide:

"SECTION 3. The Attorney General of the State of Mississippi shall submit this act, immediately upon approval by the Governor, or upon approval by the Legislature subsequent to a veto, to the Attorney General of the United States or to the United States District Court for the District of Columbia in accordance with the provisions of the Voting Rights Act of 1965, as amended and extended.

"SECTION 4. This act shall take effect and be in force from and after the date it is effectuated under Section 5 of the Voting Rights Act of 1965, as amended and extended."

On September 10, 2007, the United States Attorney General interposed no objection to the amendment of this section by Laws 2007, Ch. 570, § 1 .

WESTLAW © 2024 Thomson Reuters. No claim to original U.S. Government Works.

**Bill Drafts (9)**

**1. 2017 MS H.B. 467 (NS)**
2017 Mississippi House Bill No. 467, Mississippi One Hundred Thirty-Second Legislative Session, Apr. 18, 2017, VERSION: Adopted, Amended,
Updating Legislation: **2017 Miss. Laws H.B. 467**

**2. 2017 MS H.B. 467 (NS)**
2017 Mississippi House Bill No. 467, Mississippi One Hundred Thirty-Second Legislative Session, Apr. 03, 2017, VERSION: Enrolled, Amended,
Updating Legislation: **2017 Miss. Laws H.B. 467**

**3. 2017 MS H.B. 467 (NS)**
2017 Mississippi House Bill No. 467, Mississippi One Hundred Thirty-Second Legislative Session, Feb. 07, 2017, VERSION: Engrossed, Amended,
Updating Legislation: **2017 Miss. Laws H.B. 467**

**4. 2017 MS H.B. 467 (NS)**
2017 Mississippi House Bill No. 467, Mississippi One Hundred Thirty-Second Legislative Session, Feb. 07, 2017, VERSION: Amended/Substituted, Amended,
Updating Legislation: **2017 Miss. Laws H.B. 467**

**5. 2017 MS H.B. 467 (NS)**
2017 Mississippi House Bill No. 467, Mississippi One Hundred Thirty-Second Legislative Session, Jan. 09, 2017, VERSION: Introduced, Amended,
Updating Legislation: **2017 Miss. Laws H.B. 467**

**6. 2007 MS S.B. 2233 (NS)**
2007 Mississippi Senate Bill No. 2233, Mississippi One Hundred Twenty-Second Legislative Session (FULL TEXT - NETSCAN), Apr. 21, 2007, VERSION: Adopted, Amended,

**7. 2007 MS S.B. 2233 (NS)**
2007 Mississippi Senate Bill No. 2233, Mississippi One Hundred Twenty-Second Legislative Session (FULL TEXT - NETSCAN), Apr. 03, 2007, VERSION: Enrolled, Amended,

**8. 2007 MS S.B. 2233 (NS)**
2007 Mississippi Senate Bill No. 2233, Mississippi One Hundred Twenty-Second Legislative Session (FULL TEXT - NETSCAN), Feb. 01, 2007, VERSION: Engrossed, Amended,

**9. 2007 MS S.B. 2233 (NS)**
2007 Mississippi Senate Bill No. 2233, Mississippi One Hundred Twenty-Second Legislative Session (FULL TEXT - NETSCAN), Feb. 01, 2007, VERSION: Amended/Subbed, Amended,

# 2024 Thomson Reuters. No claim to original U.S. Government Works.

**Legislative History Materials (1)**

| Title | Date | Law | Type |
| --- | --- | --- | --- |
| **1.** 2017 MS H.B. 467 (NS)<br>SUMMARY: AN ACT TO AMEND SECTIONS 23-15-3, 23-15-5 AND 23-15-7, MISSISSIPPI CODE OF 1972, TO REVISE THE GENERAL PROVISIONS; TO AMEND SECTIONS 23-15-15 AND 23-15-19, MISSISSIPPI... | Apr. 18, 2017 | Laws 2017, Ch. 441 (H.B. No. 467), § 139, eff. July 1, 2017 | Reports |

WESTLAW © 2024 Thomson Reuters. No claim to original U.S. Government Works.

**Context and Analysis (2)**

**Cross References (1)**

Ballots, names of candidates, filing of petitions and payment of fees, see § 23-15-359.

**Encyclopedias (1)**

4 Encyclopedia of Mississippi Law § 29A:57 (3d ed.), State Senators or State Representatives.

 © 2024 Thomson Reuters. No claim to original U.S. Government Works.

§ 23-15-851. Legislative vacancies

**Notes of Decisions**

There are no Notes of Decisions for this citation.

WESTLAW © 2024 Thomson Reuters. No claim to original U.S. Government Works.

PTX-119-033