EXHIBIT NO. PTX-128 evid.
CAUSE NO. 3:22cv734-DPJ-HSO-LHS
WITNESS Dr. Marvin King
CLERK: SHONE POWELL

FEB 29 2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
Candice Crane, REPORTER

Marvin P. King, Jr.
Associate Professor | African American Studies & Political Science
Senior Faculty Fellow | Residential College South 126
Residential College South
University, MS 38677 662-715-9423
marvin@olemiss.edu

## EDUCATION

University of North Texas – Denton, TX, Ph.D. Political Science

## UNIVERSITY ADMINISTRATIVE EXPERIENCE

University of Mississippi, Senior Faculty Fellow, Residential College South (2013- Present)
- Direct and organize academic and other activities for a 466-bed co-ed residence hall.
- Budgetary oversight, personnel supervision, alumni engagement, and interaction with various UM units (e.g., Housing, Aramark, Outreach) in support of the mission to improve student engagement and retention.
- Founding Organizer of TEDxUniversityofMississippi. Views of videos through year-7 top 5 million.
- Organize a networking road trip for students to meet with University of Mississippi alumni.
- Established a Chess Club, Garden Club, Cooking Club, Knitting Club, Movie Club, and Study Groups.
- Established service requirement leading to more than 10,000 hours of community service.
- Established Carolyn Ellis Staton Undergraduate Travel Fund.

## CURRENT PROJECTS

Research
King, Marvin P. Jr. "The Perplexing Roots of Black Economic Inequality." *The Review of Black Political Economy* - Revise and Resubmit

*Mississippi's Mess: Political Inequality, Stratification Economics, and Inadequate Economic Development.* Under contract with Lexington Books. Due Summer, 2024

*The Politics of Stratification Economics.* Under contract with Palgrave Macmillan. Due Summer, 2025

3:22-cv-734
PTX-128

Grants

$10,000 Skoll Foundation Grant (2022). As a member of the TED Global Insights Initiative, I was able to apply for and was awarded funds to host a conference centered on Sustainable Economies.

$5,000 SMBHC Summer Stipend (2021). $5,000. I developed a class that studied and researched institutional commitments to diversity at the congressional and legislative level.

Teaching
Currently developing two new political science classes:
    Politics of Protest
    African American Law
    Teaching a new course: LIBA 102 – Political Leadership

Service
    Organized four-stop roadshow on inclusive economic development (2023) in partnership with Mississippi Secretary of State's Office and MS Alliance for Nonprofits and Philanthropy

## PUBLICATIONS

King, Marvin P. Jr. 2011. The Continued Relevance of the Congressional Black Caucus: A Study of Bill Preference." Politics & Policy 39: 421-439

Allen, Marcus and Marvin P. King, Jr. Winter 2010-2011. "The Electoral Geography of Black Electoral Success." American Review of Politics 31: 333-356

King, Marvin P. Jr. 2010. "The Misrepresentation of the Black Poor." Journal of Black Studies 40: 835-850.

King, Marvin P. Jr. 2009. "Reluctant Donors: The (Lack of) an Obama Effect on African American Campaign Donors." Souls 11: 389-406.

Forgette, Richard and Marvin P. King, Jr. 2009. "Political-Racial Cycles? Electoral Cycles in Racial Polarization and the 2006 Senate Elections." National Political Science Review 12: 111-122.

Forgette, Richard, Marvin P. King, Jr. and Bryan Dettrey. 2008. "Race, Hurricane Katrina, and Government Satisfaction: Examining the Role of Race in Assessing Blame." Publius 38: 671 - 691

Book Chapters
McLean, Stephanie and Marvin P. King, Jr. 2011. "The American Path to Democracy," in Democratization in Theory and Practice, ed. Mary Fran T. Malone. Continuum Books: New York

King, Marvin P. Jr. 2008. "African Americans and the Right to Vote: A Look at the Voting Rights Act Then and Now," in Voting in America, Vol. 1. Editor Morgan E. Felchner. Praeger: Westport, CT.

Miscellaneous Publications

King, Marvin P. Jr. review of The Triumph of the Voting Rights Act in the South, by Charles Bullock and R. Keith Gaddie, American Politics Review 31: 377-379

King, Marvin P. Jr., foreword to 2009. African Americans in Georgia: A Reflection of Politics and Policy in the New South, editor: Pearl K. Ford.

King, Marvin P. Jr. 2008. "Race and Politics," in The New Encyclopedia of Southern Culture. University of North Carolina Press, vol. 10

King, Marvin P. Jr. 2008. "The Republican Party," in The New Encyclopedia of Southern Culture. University of North Carolina Press, vol. 10

Non-Academic Publications
King, Marvin P. Jr. "In Defense of Higher Education." Jackson Clarion-Ledger, February 2009.

King, Marvin P. Jr. "Obama and Managing Expectations." Jackson Clarion-Ledger, January 2009.

King, Marvin P. Jr. "Lessons Democrats Should Heed." Jackson Clarion-Ledger, December 2008.

King, Marvin P. Jr. "The Incredibly Shrinking GOP." Jackson Clarion-Ledger, November 2008.

King, Marvin P. Jr. "Mississippi in the Eye of the (Presidential) Storm." Jackson Clarion- Ledger, September 2008.

King, Marvin P. Jr. "Minority Politics are American Politics." Daily Journal (Tupelo, MS), September 2008.

King, Marvin P. Jr. "Unemployment and Voting." Oxford Eagle, September 2008.

## ADDITIONAL ACADEMIC WORK

Grants
1. Applied for an NSF NRT grant (2014)
2. King, Marvin P. Jr. 2006. Principal Investigator. "How Do Majority-Minority Districts Affect African American Political Power." Granting Agency: Office of Research and Sponsored Projects, University of Mississippi. Award: $7,645

    3. King, Marvin P. Jr. 2008. Principal Investigator. "An Investment Theory of Federalism." Granting Agency: College of Liberal Arts, University of Mississippi. Award: $7,200

Selected Conference Presentations

"The Mixed Roots of Black Political Economy," Paper presented at the National Conference of Black Political Scientists, 2023

"The Mixed Roots of Black Political Economy," Paper presented at the Northeastern Political Science Association Annual Conference, 2022

"Politics, Economic Health, or Progressivity: What Matters Most in Higher Education Financing," Paper presented at the Southern Political Science Association, 2015

"Student Retention and State Legislative Solutions: Is it real or just rhetoric?" Paper presented at the Southern Political Science Association, 2014

"Barack Obama and African American Efficacy." Paper presented at the Annual Meeting of the Midwest Political Science Association. 2011

"The Geography of Black Electoral Success." Paper Presented at the National Conference of Black Political Scientists, 2010

"A Black Preference for Redistributive Economic Justice, or Economic Populism and the Continued Relevance of the Congressional Black Caucus." Paper presented at the Annual Meeting of the Midwest Political Science Association, 2009

"Reluctant Donors: The (Lack of) An Obama Effect on African American Campaign Donors." Paper Presented at the National Conference of Black Political Scientists, 2009

"Race, Hurricane Katrina, and Government Satisfaction: Examining the Role of Race in Assessing Blame." Paper presented at the Southern Political Science Association, 2008.

"Political-Racial Cycles? Electoral Cycles in Racial Polarization and the 2006 Senate Elections." Poster presented at the American Political Science Association, 2007.

"Black Ideology: Don't Forget Populism," Paper Presented at the National Conference of Black Political Scientists, 2007.

"Political Parties, Redistricting and African American Political Power," Paper presented at the Annual Meeting of the Southern Political Science Association, 2007.

"An Empirical Consideration of Racial Affect," Paper presented at the American Political Science Association, 2006 (with John Bruce).

"The Black Church, Partisanship and Populism," Paper presented at the Annual Meeting of the Midwest Political Science Association, 2006.

"Political Power of the Black Middle Class and the Misrepresentation of the Black Poor," Paper presented at the National Conference of Black Political Scientists, 2006.

"Interest Groups, Black Legislators and Substantive Representation," Paper presented at the Citadel Symposium on Southern Politics, 2006.

Classroom Experience

University of Mississippi
    African American Studies 350: Evolution of Black Political Leadership
    African American Studies 350: Black Political Institutions
    African American Studies 390: The Presidency and Civil Rights
    Liba 102: Political Leadership
    Political Science 101: Introduction to American Politics
    Political Science 313: American Federalism
    Political Science 318: Politics of the American South
    Political Science 320: African-American Politics (In-Person)
    Political Science 320: African-American Politics (Web)
    Political Science 398: Political Inequality
    Political Science 398: Applied Politics (Study USA/Washington, DC)
    Political Science 398: Labor Union Politics (Study USA/Washington, DC)
    Political Science 398: Politics of Gay Rights (Study USA/Washington, DC)
    Political Science 398: The Politics of Money (Study USA/Washington, DC)
    Political Science 398: Political Media (Study USA/Washington, DC)
    Political Science 398: Campaigns and Elections (Study USA/Washington, DC)
    Political Science 609: Politics of the American South

Texas Christian University, 2004-5
    Introduction to American and Texas Government

University of North Texas, 2001–5
    Introduction to American & Texas Government & Politics: Institutions
    Introduction to American & Texas Government & Politics: Policy

## UNIVERSITY OF MISSISSIPPI SERVICE

University
    1.    Organizer, Inclusive Economies Roadshow (2023)

2.  Chair, Living Learning Task Force (2022-2023)
3.  Mock Trial Judge (2022)
4.  Business Model Competition Judge (2022)
5.  Member, Outreach - Assistant Director College Programs, Search Committee (2022)
6.  Member, Community Engaged Leader Minor Affiliated Faculty Committee (2021)
7.  Member, Bonner Scholars Program Committee (2020-2021)
8.  Member, Student Disability Services Committee (2019-2020)
9.  Presenter, REBS, Student-Athlete Academic Preparedness Seminars (2014-2019)
10. Member, Multiple Faculty Search Committees, School of Applied Sciences
11. Member, Multiple Staff Search Committees, Division of Outreach and Development
12. Founding Organizer, TEDxUniversityofMississippi (2015-Present)
13. Member, SMB Honors College Admissions Committee (2014-2015 and 2017-2018)
14. TEDx Prison Initiative, Marshall County Correctional Facility (2017 – 2019)
15. Established TED-Ed program at Lafayette Middle School (2016 – 2018)
16. More than 160 radio, television and print interviews
17. More than 160 student recommendation letters since
18. Member, Honors Council (2013 – 2015)
19. Member, Undergraduate Council (2013 – Present)
20. Member, Extended Sensitivity & Respect Committee (2013- 2015)
21. Member, Incident Review Committee (2012-2013)
22. Member, Critical Race Studies Group (2011-2014)
23. Guest lecturer at Mississippi Outreach to Scholastic Talent Conference (2010 and 2014)
24. Member, Traffic and Parking Committee (2007-2008)
25. Co-host of weekly Ole Miss produced talk show, Sports Doctors (2007-2008)
26. Member, Faculty Senate (2006-2008)
27. Member, Black History Month Committee (2005-2007)

Department
1.  African American Studies Exit Interviews, Annually in May
2.  Member, Undergraduate Studies Committee (2007-2008)
3.  Member, Multiple Political Science Search Committees, Various
4.  Committee Member, African American Studies Symposium, 2007

Graduate Thesis/Dissertation Committee Member
1.  Molly Wickenhauser (Psychology - 2023)
2.  Sarah Scott (Psychology – 20xx)
3.  Maarten Zweirs, Southern Studies (2007)
4.  Jonathan Hutchins, History (2008)
5.  J. Colby Winzer (2008)
6.  Alyson Kennedy, Political Science (2009)
7.  Gray Young, Southern Studies (2009)
8.  Matthew Bailey, History (2011)
9.  J.D. Griffin, Political Science (2010)

Honors College Thesis Committee Chair
      1.     Grace Brian (expected Spring 2024 completion)
      2.     Savannah Davis (expected Spring 2024 completion)
      3.     Katelyn Wall (expected Spring 2024 completion)
      4.     Rabria Moore (2023)
      5.     James Purvis (2023)
      6.     Brenley Rinaudo (2023)
      7.     Shauna Lee Vaughn (2023)
      8.     Taylor Harris (2021)
      9.     Jacob Gleason (2019)
      10.    Catrina Curtis (2019)
      11.    Bess Nichols (2017)
      12.    Katelin Davis (2017)
      13.    Tim Abram (2014)
      14.    Evan Brewster (2014)
      15.    Daniel Roberts (2014)
      16.    Emily Morton (2011)
      17.    Kate Weston (2010)
      18.    Kyle Robbins (2010)

Honors College Thesis Reader
      1.     Andrew Foxworth (2023)
      2.     Susan Shea (2015)
      3.     Phillip Waller (2015)
      4.     Jakira Davis (2015)
      5.     Christine Dickason (2014)
      6.     Kaitlyn Barton (2014)
      7.     Gabriella Barrientos (2014)
      8.     Madison Coburn (2014)
      9.     Hope Owens-Wilson (2014)
      10.    Charles Owen (2014)
      11.    David Trewolla (2010)
      12.    T. Benton York (2008)
      13.    Randall Watkins (2007)

Faculty Advisor
      1.     Chess Club (2018 – 2020, 2022 – Present)
      2.     UM College Democrats (2013 – 2015)
      3.     UM Racquetball Club (2014 – 2015)
      4.     UM Miss Pre-Law Society (2009-2010)
      5.     UM Campus Chapter of the NAACP (2006-2007)

Speaker/Panelist

1. New Albany Rotary Club (2023)
2. Guest Speaker – Yvette Butler's UM Law Class (2022)
3. Guest Speaker – Curtis Wilkie's UM SMBHC Class (2022)
4. Public Service Announcements, MPB/Mississippi Humanities Council (2021)
5. Panelist, UM Athletics, Why Vote? (2020)
6. Oxford to the Ballot Box, Keynote Speaker (2020)
7. Moderator, Square Books, Book Club with Stuart Stevens (2020)
8. Panelist, Mississippi Humanities Council, Ideas on Tap (2020)
9. Presenter, Division of Outreach, Study USA (2020)
10. Panelist, Overby Center Panel (2017)
11. Moderator, Just Mercy Panel (2017)
12. Phi Kappa Phi, Keynote Address (2016)
13. Multiple Community Events, Various Dates
14. Residence Hall Association (2009)
15. Trent Lott Leadership Conference (2007)
16. Multiple Black History Month Panels (2006-9)
17. Orientation, University of Mississippi Football Team (2006, 2007, 2009)

Mentor
Student Accountability/Changing Attitudes (2006)

Professional Development
Developed a series of online lectures for Soomo Publishing (2009)

Memberships
National Conference of Black Political Scientists

Manuscript/Textbook Reviews
1. American Politics Review
2. Political Behavior
3. Political Science Quarterly
4. Politics and Policy
5. Social Studies Quarterly
6. Textbooks for Thomson Higher Education Publishing, Houghton Mifflin, Routledge and Soomo

College Board/Advanced Placement
1. Reader: Government and Politics: United States, 2002-4
2. Table Leader: Government and Politics: United States, 2005-13

SELECTED SERVICE TO THE COMMUNITY

American Civil Liberties Union (2022 - 2023)

Assist with various research projects related to federal redistricting trials and will serve as expert witness.

Lafayette County Resolution Board, November 3, 2021
Worked Election Day. Our task was opening and verifying 6,500 absentee ballots.

Oxford Planning Commission, Commissioner (2017 – 2021)
Commissioner on a 7-member board responsible for considering ordinances, the land development code, and working with the Planning Department in the implementation of the orderly development of Oxford.

Run Oxford, Race and Timing Director (2018 – 2020)
Responsible for organizing The Great 38 Race Weekend in support of the Chucky Mullins Endowment. Responsible for the operations of Run Oxford Timing as this non-profit organized various running road races in north Mississippi.

Run Oxford, Founder and President (2014 – 2017)
Created a sustainable organization devoted to running. This club has 100+ dues paying members and generates $60,000 + annually.
Responsible for raising more than 2,000 donated books and $54,00 for local charities.

Oxford Park Commission, Board Member (2012 - 2017)
Served on a 5-member board in charge of Oxford's recreation sports leagues.
Oversaw $1.3 million budget.
Responsible for personnel decisions.
Created a Walk-to-Run program.

Oxford Taste Society, President (2006 – 2015)
Founded, organized, publicized, and maintained budget for a long-running social gathering of Oxford professionals.

Friends Board, Mississippi Public Broadcasting (2010-2011)
Assisted in raising funds and the profile of public radio and television in Mississippi.