EXHIBIT NO. PTX-129 evid.
CAUSE NO. 3:22cu 734-DPJ-HSO-LHS
WITNESS Dr. Robert Luckett
CLERK: _____ SHONE POWELL

FEB 27 2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
Candice Clare , REPORTER

**Robert E. Luckett, Jr.**
robbyms@aya.yale.edu
625 Chickasaw Avenue, Jackson, MS 39206
601-826-8600 (cell), 601-979-3935 (work)
www.jsums.edu/margaretwalkercenter

| | |
|---|---|
| **Education:** | University of Georgia, Athens, GA<br>PhD in History, May 2009, 20th Century American History: The Modern Civil Rights Movement<br>Dissertation, *Yapping Dogs: Joe T. Patterson and the Limits of Massive Resistance* |

Yale University, New Haven, CT          Columbia University in Paris, Reid Hall
BA in Political Science, May 1999       L'Institut d'Etudes Politiques, Paris, France
                                        Junior Term Abroad, Spring 1998

**Work
Experience:**  Jackson State University, Jackson, MS
Professor/Graduate Faculty with tenure, Department of History (2009-Present)
Director, Margaret Walker Center for the Study of the African American Experience (2009-Present)

Jackson Public School District, Jackson, MS
Member, Board of Trustees (2017-2021) Secretary, Board of Trustees (2021-2023)

Yale University, New Haven, CT, *Assistant Director of Undergraduate Admissions* (1999-2001)

**Books:**  *Redefining Liberal Arts Education in the 21st Century*
(Jackson: University Press of Mississippi, 2021)

*Joe T. Patterson and the White South's Dilemma: Evolving Resistance to Black Advancement*
(Jackson: University Press of Mississippi, 2015)

**Book
Chapters:**  "Historical Memory and the Meredith Monument at Ole Miss"
*Redefining Liberal Arts Education in the 21st Century*, (Chapter 17, pp.280-301)
(Jackson: University Press of Mississippi, 2021)

"Conflict and Change, Bombs and Boycotts"
*A Past That Won't Rest: Images of the Civil Rights Movement in Mississippi* (Chapter 5, pp.114-143)
(Jackson: University Press of Mississippi, 2018)

"'Hell Fired out of Him': The Muting of James Silver in Mississippi"
*The Civil Rights Movement in Mississippi*, Ted Ownby, ed. (Chapter 5, pp.123-137)
(Jackson: University Press of Mississippi, 2013)

"Natural Disasters, Katrina and Barry" chapter
*Foundations in Global Inquiry*. Robert Luckett, et al. Robert Blaine, ed.
(Jackson: Jackson State University, 2011)

"Charles Sherrod and Martin Luther King, Jr.: Mass Action and Nonviolence in Albany"
*The Human Tradition in the Civil Rights Movement*, Susan Glisson, ed. (Chapter 9, pp.181-195)
(New York: Rowman and Littlefield, 2006)

**Peer-reviewed
Articles:**  "James P. Coleman (1956-1960) and Mississippi Poppycock," article
*Journal of Mississippi History* (Spring/Summer 2019)

3:22-cv-734

**PTX-129**

Robert E. Luckett, Jr.                                                                                    2

"For My People: The Margaret Walker Center," article
*The Public Historian* (August 2018)

"The Rise of a 'Little Harlem' in Mississippi: The Farish Street Historic District," article
*Fire!!! The Multimedia Journal of Black Studies* (Volume 4, Issue 1, 2017)

"Margaret Walker: The Voice of the Invisible Woman," article
*Journal of Ethnic American Literature* (Issue 7, 2017)

"The Southern Manifesto as Education Policy in Mississippi," article
*The Journal of School Choice* (Volume 10, Number 4, Fall 2016)

JSU Researcher: An Interdisciplinary Journal
*Volume 25, Number 2, Summer 2012,* Foreword/Guest Editor

"Annie Devine:  A Mother in and of the Civil Rights Movement," article
*Journal of Mississippi History* (Fall 2008)

**Reviews:**     *Journal of Southern History*, book review (February 2020)
William Sturkey, *Hattiesburg: An American City in Black and White*

Klansville U.S.A., Directed by Callie T. Wiser, movie review
*Journal of American History* (December 2015, Volume 102, No.3)

Freedom Summer, Directed by Stanley Nelson, movie review
*Journal of American History* (December 2014, Volume 101, No. 3)

*Review of Politics*, book reviews (Winter 2011)
Charles Eagles.  *The Price of Defiance: James Meredith and the Integration of Ole Miss*
Frank Lambert.  *The Battle of Ole Miss: Civil Rights v. States' Rights*

*The Register of the Kentucky Historical Society*, book review (Summer 2010, Vol.108, No.3)
Jenny Irons.  *Reconstituting Whiteness: The Mississippi State Sovereignty Commission.*

**Other
Articles:**     "Doris Derby: The Lifework of an Activist and Artist"
*Folklife and the Civil Rights Movement in Mississippi* (October 2021) Mississippi Arts Commission

"Mississippi College Professors: Watson's 'Woke` Comment a Tired, Political Dog Whistle"
*Clarion Ledger* (April 16, 2021)

"When Black Americans Demand Change, White People Call It a 'Riot'"
*Mississippi Free Press* (June 16, 2020)

"Why We Must Not Forget the Jackson State Massacre"
*New York Times* (May 14, 2020)

"In 50 Years from Gibbs-Green Deaths to Ahmaud Arbery Killing, White Supremacy Still Lives"
*Jackson Free Press* (May 8, 2020)

"Charlottesville and the Mississippi Flag," article
*Jackson Free Press and the Associated Press* (August 21, 2017)

"The Enduring Legacy of Emmett Till," article, *Jackson Free Press* (April 5, 2017)

"From Council Schools to Today's Fight for Public Ed," article
*Jackson Free Press* (February 15, 2017)

"An Elegiac Valedictory," poem, Margaret Walker, *Oxford American* (Spring 2017) co-editor

"Remembering Chokwe Lumumba: A Revolutionary Politician," article, *The Root* (March 6, 2014)

"The Sustainability and Growth of the Margaret Walker Center," blog (October 2012)
U.S. Institute of Museum and Library Services—African American History and Culture Grant Program

*The Clarion-Ledger*, book review (November 2, 2014)
Carolyn J. Brown. *Song of My Life: A Biography of Margaret Walker.*

*Mississippi Reading Journal*, Volume 10, No. 1 (2010) *The Southern Register* (Summer 2010) article
*A Biography: Margaret Walker Alexander and the Study of the 20th Century African American*

**Grants:**      Scott Ford House: $14,816 (2023-2024) Project Director
Granny Midwives Oral History Project

Geneviève McMillan-Reba Stewart Foundation: $30,000 (2023-2024) Project Director
COFO Center Pocket Park and Façade Renovations

National Museum of African American History and Culture: $227,400 (2023-2024)
Project Director, History and Culture Access Consortium

Princeton Alliance for Collaborative Research and Innovation: $135,522.21 (2023-2024) Project Director
Sustaining Black History through a Regenerative Future: The Margaret Walker Center at JSU

Smithsonian's Our Shared Future: Reckoning with Our Racial Past: $25,000 (2023)
Project Director, 50th Anniversary Reconvening of the Phillis Wheatley Poetry Festival

City of Starkville: $10,000 (2023) Project Director
African American Civil Rights Sites Driving Tour

Millsaps College: $5,000 (2023) Project Director
Sponsorship, Phillis Wheatley Poetry Festival

Center for the Study of Southern Culture: $2,500 (2023) Project Director
Sponsorship, Phillis Wheatley Poetry Festival

National Endowment for the Humanities: $30,000 (2022-2023) Project Director
50th Anniversary Reconvening of the Phillis Wheatley Poetry Festival

Andrew W. Mellon Foundation: $450,000 (2022-2024) Project Director
Long-term Sustainability at the Margaret Walker Center

National Museum of African American History and Culture: $151,739 (2022-2023)
Project Director, History and Culture Access Consortium

Robert E. Luckett, Jr.                                                                                          4

Mississippi Arts Commission: $4,750 (2022-2023) Project Director
17th Annual Creative Arts and Scholarly Engagement Festival

Geneviève McMillan-Reba Stewart Foundation: $30,000 (2022-2023) Project Director
Community Engagement at the Margaret Walker and COFO Centers

Andrew W. Mellon Foundation: $650,000 (2022-2025) Project Director
Capacity Building for the Margaret Walker Center and COFO Civil Rights Education Center

National Museum of African American History and Culture: $128,250 (2021-2022)
Project Director, History and Culture Access Consortium

Community Foundation for Mississippi: $8,500 (2021) Project Director
51st Gibbs-Green Commemoration and Class of 1970 Commencement Ceremony

Mississippi Department of Archives and History: $10,000 (2020-2021) Project Director
Jackson State and the Civil Rights Movement on the Lynch Street Corridor Exhibition

Mississippi Humanities Council: $7,500 (2020-2021) Project Director
Evicted: An Exhibition of the National Building Museum

Black Voters Matter: $500 (2020) Project Director
Get-Out-The-Vote Campaign

Visionary Justice Story Lab: $1,500 (2019-2020) Project Director
GRRL Justice Documentary Community Screening

Andrew W. Mellon Foundation: $450,000 (2019-2022) Project Director
Capacity Building for the Margaret Walker Center and COFO Civil Rights Education Center

Mississippi Humanities Council: $4,500 (2019) Project Director
Let Us March On: Prayer Pilgrimage for Freedom, The Photographs of Lee Friedlander

Mississippi Humanities Council: $2,000 (2019) Project Director
Everywhere with Roy Lewis Exhibition

Greater Jackson Arts Council: $3,000 (2018-2019) Project Director
Kevin Powell: Art as Activism / Activism as Art

Mississippi Humanities Council: $1,000 (2018) Project Director
Prison-to-College Pipeline

Mississippi Humanities Council: $3,630 (2017) Project Director
A Place for All People: Traveling Exhibition

National Endowment for the Humanities: $39,600 (2017-2019) Project Director
This Is My Century: The Life and Legacy of Margaret Walker

NoVo Foundation: $300,000 (2017-2018) Project Director
The Lighthouse Initiative to Advance Adolescent Girls' Rights

**PTX-129-004**

Robert E. Luckett, Jr.                                                                                              5

Kellogg Foundation and the Mississippi Department of Archives & History: $9,200 (2017)
Project Director, Civil Rights: It's Happening Now
Dr. Doris A. Derby & the Farish Street Historic District: Public Symposium and Photography Exhibition

Mississippi Arts Commission: $1,000 (2017) Project Director
75th Anniversary of *For My People*

Mississippi Humanities Council: $2,000 (2015) Project Director
This Is My Century: The Life and Times of Margaret Walker

Mississippi Arts Commission: $4,500 (2014) Project Director
8th Annual Creative Arts Festival: The Legacy of Freedom Summer

National Endowment for the Humanities: $100,000 (2009-2013) Project Director
Collaboration for Digital Access for Margaret Walker Archives

Institute of Museum & Library Services: $48,525 (2011-2013) Project Director
The Margaret Walker Center and the Museum of the African American Experience

Mississippi Arts Commission: $2,900 (2013) Project Director
7th Annual Creative Arts Festival: The Legacy of Medgar Evers

Mississippi Arts Commission: $3,200 (2012) Project Director
6th Annual Creative Arts Festival: The 50th Anniversary of the Meredith Crisis

Mississippi Department of Archives & History: $15,550 (2012) Project Director
Mississippi Civil Rights Museum Interim Project Manager (Angela Stewart)

Jackson Convention & Visitors Bureau: $2,500 (2012-2013) Project Director
The Legacy of Margaret Walker

Jackson Convention & Visitors Bureau: $2,000 (2010-2011) Project Director
The Legacy of Margaret Walker Alexander

Mississippi Arts Commission: $4,750 (2011) Project Director
5th Annual Creative Arts Festival: The 50th Anniversary of the Freedom Rides

Mississippi Humanities Council: $1,500 (2010) Project Director
4th Annual Creative Arts Festival: The Sit-in Movement and Student Activism Fifty Years Later

Ford Foundation: $100,000 (2008-2011) Project Director
Margaret Walker Digital Archives and Workshop Project

**Presentations and Lectures:** "Working Across Institutions"
Amherst College (April 2024) Center for Humanistic Inquiry Conference Panel

"Grand Challenge Lecture"
Carnegie Mellon University (October 2023)

"I, Too, Am America"
American Association for State and Local History, Boise (September 2023) Opening Plenary

"The Harvest: Integrating Mississippi's Schools" – WGBH American Experience
Two Mississippi Museums (August 2023)

"A New Model of Practice HBCU History and Culture Access Consortium"
Association of African American Museums (August 2023)

Standing Together: Culturally Specific Museums as Allies for a Sustainable Future
Association of African American Museums (August 2023)

"From Ally to Activist: Mississippi as an American Case Study"
Ohio State University (May 2023)

"Jackson State and the Lynch Street Corridor: The Epicenter of Civil Rights Organizing in Mississippi"
Columbus-Lowndes Public Library (February 2023)

"Where Public History and Academia Collide: The Margaret Walker Center at Jackson State University"
University of Georgia (February 2023)

"Standing Together"
Council of American Jewish Museums Conference, New York City (November 2022)

"The Rise of Jim Crow in Mississippi"
Rankin County Kiwanis Club (September 2022)

"The Mississippi Plan"
Rochester Community and Technical College (September 2022)

"(Re)Shaping Public Discourse"
Mississippi Book Festival (August 2022)

"The Burden We Carry: Critical Race Theory and the Role of Black Museums"
Association of African American Museums (August 2022)

"The Legacy of Jim Crow in Mississippi"
Canopy Children's Solutions (June 2022)

"A History of Allyship: From the Colonial Era to Today"
Allies in Action (April 2022)

"Housing Insecurity in Mississippi"
Mississippi State University School of Architecture, Starkville (March 2022)

"Margaret Walker and Eudora Welty: Remembering Medgar Evers"
Eudora Welty House and Gardens, Jackson (March 2022)

"The Intersection of Critical Race Theory and Mississippi Civil Rights Education"
Overby Center, University of Mississippi, Oxford (March 2022)

Robert E. Luckett, Jr.                                                                                          7

"Margaret Walker: Food, Fellowship, and Forms of Activism"
Catfish Row Museum, Vicksburg (February 2022)

"Margaret Walker: This Is My Century"
William Holtzclaw Lecture (October 2021) Hinds Community College, Utica Campus

"Expert Witness: The Role of the Scholar in Social Justice Litigation"
Thomas K. Hudson Inauguration Research Symposium (October 2021)

"University Press of Mississippi at 50"
Mississippi Book Festival, Jackson (August 2021)

"Creating a Historical Record: The Gibbs-Green Tragedy at Jackson State"
Association of African American Museums (August 2021)

"Institutional Commitments to Inclusivity and Equity"
Gardner Institute Transformative Conversations (September 2020)

"Margaret Walker and the Margaret Walker Center"
Center for Curatorial Leadership (September 2020)

"Black Lives Matter: No More Happy Talk Virtual Panel"
San Jose, California (August 2020)

"Margaret Walker's *Jubilee*: #WeltyatHome Book Club Discussion"
Eudora Welty House and Garden (August 2020)

"Virtual Civil Rights Conversation with Robert Luckett and Judge LaDoris Cordell"
Commonwealth Club of San Francisco (June 2020)

"Nation Travels: André Robert Lee and Robert Luckett"
The Nation Magazine Virtual Discussion (June 2020)

"This Is My Century: Margaret Walker and the Black Arts Movement"
Mississippi Library Commission Virtual Lecture Series (June 2020)

"Resistance and Resilience: Staying Strong in Difficult Times"
National Network of Young Adults (May 2020)

"50th Commemoration of the Gibbs-Green Tragedy at Jackson State: A Virtual Town Hall"
Jackson State University (May 2020)

"Plattsburgh State's 50th Commemoration of the Shootings at Jackson State and Kent State"
SUNY Plattsburgh (May 2020)

"Hiram Revels: 150th Anniversary of the Election of the First Black U.S. Senator"
Copiah-Lincoln Community College, Natchez (February 2020)

"Privilege in the Black Community and Its White Supremacist Roots"
Mississippi University for Women, Columbus (January 2020)

"Claiming Our Voices: Historians and Public History in the 21st Century"
Southern Historical Association, Louisville (November 2019)

"New Symphony of Time: Margaret Walker's Century"
Mississippi Museum of Art, Jackson (September 2019)

"The Practice of Oral History"
Catfish Row Museum, Vicksburg (July 2019)

"The Margaret Walker Center & the Development of an African American Archive"
Society of Mississippi Archivists, Mississippi State University (April 2019)

"For All the World to See: Visual Culture and the Struggle for Civil Rights"
Museum of the Mississippi Delta, Greenwood (April 2019)

"Greenville and The Great Flood of 1927"
History Is Lunch, MDAH (January 2019)

"The Prison to College Pipeline: Diversity and Inclusion"
Equity Summit, University of South Carolina (November 2018)

"The Modern Movement on the Mississippi Gulf Coast"
Ohr-O'Keefe Museum of Art, Biloxi, Mississippi (August 2018)

"The Public Historian – State of Black Museums"
Association of African American Museums Annual Meeting, Hampton, Virginia (August 2018) Panelist

"Education as a Cause for Civil Rights in Mississippi"
Mississippi Parent Teacher Association Annual Meeting, Greenville, Mississippi (April 2018)

"Building Racial Justice in Mississippi: Law and Social Action"
Reed College, Portland, Oregon (February 2018) Panelist

"The Civil Rights Movement in Mississippi"
Sunflower County Freedom Project, Indianola, MS (October 2017)

"Phillip Gibbs and James Green: Unwilling Martyrs of a Student Movement"
Association for the Study of African American Life and History, Cincinnati (September 2017)

"Southern History"
Mississippi Book Festival, Jackson (August 2017) Moderator, panelist

"Interpreting Mississippi Civil Rights History"
Association of African American Museums, Washington, D.C. (August 2017)

"The Long Fight for Equitable Access to Public Education in Mississippi"
St. George Tucker Society, Jackson (July 2017)

"Teaching History within the Carceral State: Mississippi's Prison-to-College-Pipeline Program"
Organization of American Historians, New Orleans (April 2017) Panelist

Robert E. Luckett, Jr.                                                                                                    9

"The Enduring Legacy of Emmett Till"
The Rally for Emmett Till, Mississippi State Capitol (February 2017)

"*Jubilee* at 50 and the Margaret Walker Papers at Jackson State University"
College Language Association Conference, Houston (March 2016)

"The Southern Manifesto at 60: Tales from the Past, Lessons for the Future"
"The Southern Manifesto as State Education Policy"
American Enterprise Institute, Washington, D.C. (March 2016)

"The Civil Rights Movement in Southwest Mississippi"
Mississippi Cultural Crossroads, Port Gibson, MS (February 2016)

"Joe T. Patterson and the White South's Dilemma"
Lemuria Bookstore, Jackson (December 2015)

"Oral History as a Means of Empowerment"
U.C. Berkeley Oral History Center (November 2015)

"Margaret Walker: This Is My Century"
Association for the Study of African American Life and History, Atlanta (September 2015)

"Civil Rights History"
Mississippi Book Festival, Jackson (August 2015) Moderator/panelist

"Margaret Walker Alexander, Eudora Welty, and the Making of Literary Jackson," Moderator/panelist,
Mississippi Book Festival, Jackson (August 2015)

"Margaret Walker: In Her Own Words"
History Is Lunch, Mississippi Department of Archives and History (July 2015)

"Historiography of the Modern Civil Rights Movement"
Prison-to-College Pipeline, Parchman Penitentiary (July 2015)

"Margaret Walker: Reflections"
Oxford Conference for the Book, Oxford, MS (March 2015)

"Margaret Walker Personal Papers Digital Archives Project"
American Historical Association Conference, New York (January 2015)

"Literary and Historical Importance of Margaret Walker's Life"
Margaret Walker Centennial, Jackson-Hinds Public Library System (January 2015)

"What You Don't Know or Understand about Racial Politics in Mississippi"
The Trotter Group, Jackson State University, Jackson (November 2014)

"Behind the Veil: The Black Experience in Jim Crow Mississippi"
Oral History Association Conference, Madison, WI (October 2014)

"The Historical Roots of Freedom Summer"
Prison-to-College Pipeline, Parchman Penitentiary (July 2014)

"The Delta in Diaspora: The Great Migration and the Mississippi Delta"
*Most Southern Place* NEH Workshop, Delta State University (July 2014)

"Margaret Walker: Prose and Poetry of Jackson"
Southern Foodways Alliance Symposium, Jackson (June 2014)

"Rabbi Philip Posner and the 1961 Freedom Rides"
Blacks, Jews, and Social Justice in America Conference, Brandeis University (June 2014)

"The Exceptional South in a Post-Racial America"
Yale University, New Haven (May 2014)

"Margaret Walker: The Voice of the Invisible Woman in the 20th Century Black Arts Movement"
Multi-Ethnic Literature of the United States (MELUS) Annual Meeting, Oklahoma City (March 2014)

"Margaret Walker Center: The Feasibility of a 21st Century Museum and Archive"
Association of African American Museums Annual Meeting, Charlotte (August 2013)

"Margaret Walker, Autobiography, and Historic Preservation"
Mississippi Philological Association Conference, Hattiesburg (February 2013)

"The Margaret Walker Center: The Sustainability & Growth of Black Cultural Institutions"
Association for the Study of African American Life and History, Pittsburgh (September 2012)

"The Life and Work of Margaret Walker"
Association of African American Museums Annual Meeting, Baltimore (August 2012)

"Joe Patterson, Massive Resistance, and Memory"
Oral History Association Conference, Denver (October 2011)

"Archival Digitization and HBCUs: The Margaret Walker Papers and Jackson State"
National Council for Black Studies Conference, Cincinnati (March 2011)

"Braying at Each Other: The Meredith Crisis and Massive Resistance"
National Association of African American Studies Conference, Baton Rouge (February 2011)

The Media and Black Equality, commentator
Roundtable Discussion on Professional Development, panelist
Graduate Assoc. for African American History Conference, University of Memphis (November 2010)

The Civil Rights Movement in Mississippi, moderator
Porter Fortune Jr. History Symposium and Future of the South Conference
University of Mississippi (February 2010)

The Ford Foundation/JSU Partnership: Sharing Humanities Best Practices in Digital Technology
Association for the Study of African American Life and History, Cincinnati (October 2009) panel chair

"Ole Miss and Racial Reconciliation: From James Silver to the Meredith Monument"
Southern Historical Association Conference, New Orleans (October 2008)

Robert E. Luckett, Jr.                                                                                          11

"Yapping Dogs: Joe T. Patterson and the Mississippian's Dilemma"
American Historical Association Conference, Atlanta (January 2007)

**Curated Exhibitions:**

*For My People: Margaret Walker and the Power of Words*
Ayer Hall, Jackson State University (2023)

*A Decade of Action: Jackson State, Lynch Street, and the Civil Rights Movement*
Ayer Hall, Jackson State University (2022) Mississippi College (2023) University of Mississippi (2024)

*Evicted: An Exhibition of the National Building Museum*
Johnson Hall Art Gallery, Jackson State University (2021)

*50th Commemoration of the Gibbs-Green Tragedy: The Photographs of Doris Derby*
Johnson Hall Art Gallery, Jackson State University (2021)

*Cyborgs and Crossroads: The Speculative Design of John Jennings*
Virtual Exhibition, Jackson State University (2020)

*Tragedy and Triumph: The Lives of the Gibbs-Green Survivors*
Virtual Exhibition, Jackson State University (2020)

*Tragedy and Triumph: The Lives of the Gibbs-Green Survivors*
Ayer Hall, Jackson State University (2020)

*River Road on the Mississippi: Roy Lewis Photography Exhibition*
Ayer Hall, Jackson State University (2019)

*Prayer Pilgrimage for Freedom: The Photographs of Lee Friedlander*
Johnson Hall Art Gallery, Jackson State University (2019)

*Everywhere with Roy Lewis*
Johnson Hall Art Gallery, Jackson State University (2019)

*I Too Am Mississippi* (2019)
Ayer Hall, Jackson State University

*Civil Rights, Civil Wrongs* (2016, 2018-2019)
Ayer Hall, Jackson State University

*A Place for All People: The National Museum of African American History & Culture* (2017-2018)
Central Mississippi Correctional Facility, Parchman Penitentiary, and Ayer Hall at JSU

*Farish Street Historic District: Dr. Doris A. Derby Photography Exhibit* (2017)
Johnson Hall Art Gallery, Jackson State University

*Mississippi Witness: The Life of Julius Thompson* (2016-2017)
Ayer Hall, Jackson State University

*An Ordinary Hero* (2016)
Ayer Hall, Jackson State University

Robert E. Luckett, Jr.                                                                                          12

         *Aron and Karen Primack African Art Exhibit* (2015)
         Ayer Hall, Jackson State University

         *The Black Arts Movement, Black Power and the Struggle for Civil Rights in America*
         Dr. Doris A. Derby Photograph Exhibit (2015) Johnson Hall Art Gallery, Jackson State University

         *Saving Ourselves America: Dr. Doris A. Derby Photograph Exhibit* (2014)
         Ayer Hall, Jackson State University

         *Women: Agents of Change in the American Civil Rights Movement*
         Dr. Doris A. Derby Photograph Exhibit (2014) Johnson Hall Art Gallery, Jackson State University

         *Outside the Protective Circle of Humanity: Scottsboro Boys* (2013) The Fred Hiroshige Photographs
         Johnson Hall Art Gallery, Jackson State University

         *Tracing the Roots of African Americans*
         Drs. Noble and Jean Endicott & Robert E. Navin Family African Art Collections (2013)
         Ayer Hall, Jackson State University

         *40th Anniversary of the 1973 Phillis Wheatley Poetry Festival: Photography Exhibit* (2013)
         Ayer Hall, Jackson State University

         *Frankye Adams-Johnson Black Panther Party Collection Exhibit* (2012)
         Ayer Hall, Jackson State University

         *William Lamson Manuscript Collection: Cartography Exhibit* (2011)
         Ayer Hall, Jackson State University

         *Breach of Peace: Portraits of the 1961 Freedom Riders* (2011)
         Ayer Hall, Jackson State University

         *Levi Rowan Photograph Collection* (2010; traveling exhibition 2016-2017)
         Ayer Hall, Jackson State University

**Teaching**
**Experience:**   **Jackson State University,** *Professor and Graduate Faculty:*
         History 302, Local History: The Civil Rights Movement in Mississippi
         History/Political Science 309, Modern Civil Rights Movement History
         History/Political Science 309 Online, Modern Civil Rights Movement History
         History 325: History of Mississippi
         History 360, African American History to 1877
         History 361, African American History since 1877
         History 361 Online, African American History since 1877
         History 382, History of the Modern South
         History 450, Black Political and Social History
         History 505 Online, Introduction to Public History
         History 506 Online, Introduction to Museology
         History 507, Graduate Seminar: Archives and Records Management
         History 522, Graduate Seminar: African American History to 1877
         History 522 Online, Graduate Seminar: African American History to 1877
         History 523, Graduate Seminar: African American History since 1877
         History 523 Online, Graduate Seminar: African American History since 1877

Robert E. Luckett, Jr.                                                                                               13

History 530, Graduate Seminar: History of the Modern South
History 530 Online, Graduate Seminar: History of the Modern South
History 545, Graduate Seminar: Historiography and Historical Criticism
History 545 Online, Graduate Seminar: Historiography and Historical Criticism
History 546, Historical Research for MA Thesis Track
History 546 Online, Historical Research for MA Thesis Track
History 547, Historical Research for MA Project Track
History 547 Online, Historical Research for MA Project Track
History 550, Graduate Seminar: Oral History
History 552, Graduate Seminar: Problems in American History
History 552 Online, Graduate Seminar: Problems in American History
History 593, Graduate Seminar: Independent Study

**Smithsonian: The History, Presence, and Possibility of Black Museums**
Harvard University, Museum E-230 (Spring 2019) Margaret Walker Center and COFO Center
Dr. Deborah Mack, Associate Director, National Museum of African American History and Culture

**Prison to College Pipeline Program:** Central Mississippi Correctional Facility
History 211, U.S. History to 1877 (Summer 2017) 25 incarcerated women
History 212, U.S. History since 1877 (Summer 2018) 25 incarcerated women

**Justice Brandeis Semester**
*Co-Director, Summer Research Project in Mississippi &* Massachusetts (Summer 2014)
14 JSU and Brandeis students

*Co-Director, Summer Research Project in Mississippi* (Summer 2011)
17 JSU and Brandeis students

**University of Georgia,** *Instructor:*
Graduate School 7770, Graduate School Teaching Seminar       History 3102, Modern Black America
History 3073, U.S. History since 1945       History 2112, U.S. History since 1865

**Thesis Committees, Jackson State University**
*History Department* (2009-Present) daniel johnson [chair], Caleb Bates [chair],
Jada Wright-Green [chair], Chris DiGiovanni [chair], Chioma Ajuonuma [chair]
Asha McDowell-Sellers, Lauren Barksdale, Jameson Montgomery, Dorothy McGee, Timeka Burston,
Chauncey Spears

> *Completed Theses* (2009-Present): Sasha Goodlett [chair], Jason Gibson [chair],
> James Theres [chair], Alan Wheat [chair], Andrew Gardner [chair]
> Garrad Lee, Tanja Parson, Rachel Drake, Shawn Hughes, Kimberly Jacobs, Will Wilson,
> Te'Ambera Ware, Sarah Waters, Darius Caleb Smith, Candice Brent, Adrienne Norwood,
> Edward Saint Pé, Bequita Pegram, Detrice Roberts, Zachary Gleaton, Michael McKnight,
> Angelic Willingham, Shavonne Bailey, George Welch

Service:       *Jackson State University*, Jackson, MS
Project Director, 50th Anniversary Reconvening of the Phillis Wheatley Poetry Festival (2021-2023)
Member, College of Liberal Arts, Tenure and Promotion Committee (2023-2024)
Member, Department of Art, Search Committee for Chair (2023-2024)
Member, University Success 200 Committee (2023-2024)
Member, Department of English, Tenure and Promotion Committee (2022-2023)

**PTX-129-013**

Robert E. Luckett, Jr.                                                                            14

Member, Search Committee, Assistant Professor, Department of History (2022)
Member, Committee to Promote Interdisciplinary Research (2022)
Member, University Tenure and Promotion Appeals Committee (2021-2023)
Mentor, Faculty Development for Student Success (2022-Present) Dr. Craig Meyer
Member, University Strategic Plan Committee (2021)
Member, Search Committee, Dean, College of Liberal Arts (2021)
Member, Commencement Committee, University Committee (2020-2021)
Chair, Class of 1970 Commencement, University Committee (2020-2021)
Co-Chair, SACSCOC Reaccreditation, Committee on Faculty (2019-2021)
Quality Enhancement Plan, University Committee (2018-2021)
Quality Enhancement Plan, Resources/Budget Subcommittee (2020-2021)
Chair, Gibbs-Green 50th Commemoration Commission (2019-2020)
Title IX Sexual Assault Adjudication Board (2016-Present)
Research Integrity Committee (2019-Present)
University Strategic Plan: Academic and Research Excellence Subcommittee (2019-2021)
Co-Chair, Search Committee, Dean, College of Business (2019)
Member, University Honorary Degree Recommendation Committee (2019)
Member, Search Committee, Assistant Professor, Department of History (2019)
Member, Tenure and Promotion Review Committee, Jackson State University (2019-2020)
Founder's Day, Chair (2018, 2019, 2020, 2021)
College of Liberal Arts Day Committee (2018-2019)
University Promotion & Tenure Committee (2017-2018)
Faculty Personnel Committee (2017-2018)
Member, Tenure and Promotion Committee, College of Liberal Arts (2017-2018)
Search Committee, President, Jackson State University (2017)
Advance Development Group (2017) Academic Affairs Committee
University Scholarships Committee (2017-2018)
Search Committee, Associate Director of Service Learning and Community Engagement (2017)
Exploratory Committee, Africana Studies Department (2016-2021) College of Liberal Arts
Excellence in Government Awards Nomination and Selection Committee (2016-2017)
Member, Advisory Board, Public Market (2016-2019) Center for University Based Development
Member, Tenure and Promotion Committee, Department of History (2016-2017) Mark Bernhardt
Member, Tenure and Promotion Committee, Department of Art (2015-2017) Mark Geil, Yumi Park
Advisor, St. Mark's Campus Ministry (2016-2017)
Academic Coach, Academy for Research and Scholarly Engagement (2013-2017)
University Grievance Committee (2010-2011, 2015-2016)
Chair, Search Committee, Associate Dean of the College of Liberal Arts (2015-2016)
Co-chair, Conference on the Liberal Arts (2015-2016)
Search Committee, Assistant Professor of Public History (2015)
Chair, College of Liberal Arts Festival (2015)
Chair, Search Committee, Dean of the College of Liberal Arts (2014)
Search Committee, Associate Dean of the College of Liberal Arts (2014)
Search Committee, Assistant Professor of African History (2014)
Search Committee, Assistant Professor of Philosophy (2014)
Non-Academic Peer Review Committee (2015-Present)
Curriculum Committee, Department of History and Philosophy (2014-Present)
Polling Center Oversight Committee, JSU Institute of Government (2014-2017)
Think Tank Committee, JSU Institute of Government (2014-2017)
Associate, JSU Institute of Government (2013-2018)
CyberLearning Research Group (2013-2014)
Academy for Research and Scholarly Engagement (2012-2013)

**PTX-129-014**

Robert E. Luckett, Jr.                                                                                          15

Library of the Future Committee (2012-2013)
Jake Ayer Institute Activities Committee (2012-2018)
President's Administrative Council (2011-Present)
GEAR Leadership Committee (2011-2015)
GIFTS Selection Committee (2011-2015)
Research Advisory Council (2011-2015)
Gibbs-Green Annual Steering Committee (2010-Present)
Presidential Inauguration Planning Committee (2012)
Presidential Inauguration Symposium Subcommittee (2012)
Search Committee, Dean of the College of Liberal Arts (2011-2012)
Campus Ministry Faculty Adviser (2010-2012)
Mississippi Philological Association Conference Committee (2010-2011)
Higher Education Appreciation Day Committee (2010-2011)
SACS Reaccreditation—Global Inquiry Task Force (2009-2011), QEP Subcommittee (2009-2011)
Global Inquiry Faculty Training Seminar—GIFTS (2010 & 2011)

*Jackson Public School District*
Board of Trustees (2017-Present) Secretary (2021-Present)
Policy Committee (2017-Present)
Literacy Campaign Committee (2021-Present)
Committee to Rename Robert E. Lee Elementary School (2020) Aaron and Ollie Shirley Elementary
Committee to Rename John Logan Power Elementary School (2020) Ida B. Wells Elementary

*Anti-Defamation League*
South Central Regional Advisory Board (2023-Present)
Education Committee (2023-Present)

*Girl Scouts of Greater Mississippi*
Board of Directors (2023-Present)
Strategic Planning Committee (2023-Present)
Community Partnerships Committee (2023-Present)

*Federal Bureau of Investigation*
Civil Rights Working Group (2023-Present)

*Jackie Robinson Museum*
Advisory Board (2023-Present)

*Association of African American Museums*
Board of Directors, Member-At-Large (2015-2017) Secretary (2018-2022)
Conference Chair (2019-2020) 2020 Annual Meeting, Virtual Convening
Host Committee, Chair (2018-2019) 2019 Annual Meeting, Jackson
Program Committee, Chair (2021-2022) 2022 Annual Meeting, Miami
Program Committee, Co-Chair (2017-2018) 2018 Annual Meeting, Hampton, VA
Program Committee, Co-Chair (2016-2017) 2017 Annual Meeting, Washington, D.C.
Program Committee (2014-2015) 2015 Annual Meeting, Memphis

*W.K. Kellogg Foundation Community Leadership Network*
Racial Equity Fellow (2018-2021)

**PTX-129-015**

Robert E. Luckett, Jr.                                                                                    16

*Mississippi Civil Rights Museum*
State Advisory Commission (2011-2017)
Audio-Visual Consultant/Reviewer (2016-2017)
Exhibition Text Consultant/Reviewer (2015-2017)
Exhibits & Content Committee (2012-2017)

*Common Cause Mississippi*
Board of Directors (2009-2022)
Acting President, Board of Directors (2022)
Vice-President, Board of Directors (2017-2022)

*National Park Service, Cultural Resources Division*
Mississippi Civil Rights Sites Special Resource Study (2018-Present) Focus Group Member
Medgar and Myrlie Evers Home National Monument (2021-Present) Foundation Document Member

*Mississippi Book Festival*
Advisory Board (2014-Present)
Programming Committee (2014-2015)

*Ida B. Wells Center*
Feasibility Study Consultant (2022-Present) Rust College

*Mississippi Freedom Trail*
Scholars Committee (2022-Present)

*Center for the Study of Southern Culture*
Advisory Committee (2021-Present) University of Mississippi

*Emmett Till Interpretive Center*
Affiliated Scholar (2020-Present)

*Mississippi Free Press*
Advisory Board (2019-Present) Resident Historians

*Center for Creative Partnerships*
Advisory Council (2020-Present)

*Mississippi College African American Studies*
Advisory Board (2022-Present)

*Fire!!! The Multimedia Journal of Black Studies*
Advisory Board (2019-Present)
Peer Reviewer (2019-Present)

*Mississippi Museum of Art*
Advisory Committee (2018-Present) "New Symphony of Time" permanent collection installation

*Delta Blues Museum*, Clarksdale, MS
Scholar Consultant (2015-2021) NEH grant

**PTX-129-016**

*Mississippi Encyclopedia*
Editorial Board (2018-Present)

*American Civil Liberties Union (ACLU)*
Redistricting Litigation (2021-Present) Expert Witness, Senate Factors

*Federal Defender Service of Eastern Tennessee*
State of Arizona v. Isiah Patterson (2020-Present) Expert Witness

*Mississippi Center for Justice*
Harness v. Hosemann (2017-2019) Expert Witness
Great Mississippi Road Trip (2014, 2017, 2018, 2019) Civil Rights Tour Guide

*Yale University*, New Haven, CT
Alumni Schools Committee Director (2009-Present) Lead interviewer for State of Mississippi
ASC Interviewer (2001-Present)
Silliman College Fellow (1999-2003) Academic advisor
Chair of Agents, Class of 1999 (1999-2002) Lead class fundraiser
Agent, Class of 1999 (2002-2011)

*Mississippi Humanities Council*
Speakers Bureau (2009-Present)

*University of Mississippi Medical Center*
Asylum Hill Consortium Member and Partner (2018-2021)
Summer Bioethics Discussant (2013-Present)

*University of Tennessee at Chattanooga*
External Reviewer, Promotion and Tenure (2019) Department of History

*Southeastern Museums Conference*
Selection Review Committee (2019-2020) Leadership Institute
Host Committee (2017-2018) 2018 Annual Meeting

*City of Jackson*, Mayor Chokwe A. Lumumba
Chairman, Human and Cultural Services, Transition Team (2017-2018)

*Leadership Greater Jackson*
Immediate-Past Chairman of the Board (2017-2018)
Chairman of the Board (2016-2017)
Board of Directors (2012-2018)
Participant (2011-2012)

*Mississippi Department of Archives & History*
Advisory Committee (2013-Present) National Digital Newspaper Project
Grant Consultant (2010-2011) 50th Anniversary of the Freedom Rides Exhibit

*Jackson Zoological Park*
City of Jackson Review Committee (2018-2019) Request for Professional Services

Robert E. Luckett, Jr.                                                                                           18

*American Philosophical Society*
Grant Reviewer (2015-Present) Franklin Research Grants

*National Endowment for the Humanities*
Grant Reviewer (2024) Sustaining Cultural Heritage Collections
Grant Reviewer (2018) Humanities Initiatives at HBCUs

*Oral History Association*
Program Committee (2016-2017) 2017 Annual Meeting, Minneapolis
Grant Reviewer (2022) Diversifying Oral History Practice

*Robert Rauschenberg Foundation*
Application Reviewer (2016-2017) Artist as Activist Fellowships

*Greater Jackson Chamber Partnership*
Board of Directors (2016)

*Museum of Mississippi History*
Exhibition Text Consultant (2015-2017)

*Dialogue Institute of Mississippi*
Mississippi Voice Against Extremism (2015) Committee Member

*Farish Street/Main Street Project*, Jackson, MS
Treasurer, Board of Directors (2009-2014)

*U.S. Institute of Museum & Library Services*
Museum Grants for African American History and Culture
Grant Reviewer (2012, 2014-2017, 2020, 2023)

*Mississippi Historical Society*
Board of Directors (2011-2014)
Glover Moore Prize Chair (2010-2014, 2016-2018)
Nominations Committee (2015-2016)
Conference Program Committee (2012-2013)
Awards Committee (2010-2011)

*Southern Historical Association*
Membership Committee (2011-2018)

*Oxford University Press* (2019-Present) Outside Reader
The Jackson State Shootings of May 1970, Nancy Bristow (2019)

*University Press of Mississippi* (2010-Present) Outside Reader
Queen's College: Bedrock of Student Civil Rights Activism in the US, Magnus Bassey (2020)
Soul of the Court: The Life and Times of Judge William Benson Bryant, Tonya Bolden (2018)
Tangled Vines: A Bloodline Shaped by Slavery, Grant Hayter-Menzies (2017)
Civil Rights Lawyers in the South: The Untold Story, Lawrence A. Aschenbrenner (2016)
One Mississippi, Many Stories (2016) Two Mississippi Museums
Edge City Chronicle, Dan Morrison (2016)
Freedom Summer: Citizenship Extreme, Stewart Burns (2014)

Robert E. Luckett, Jr.                                                                                                    19

Justice for Ella, Pam Johnson (2013)
Lifting the Color Bar, Carter Dalton Lyon (2012)
This Light of Ours, Matt Herron (2011)
James Meredith and the Ole Miss Riot, Henry T. Gallagher (2010)

*University of Georgia Press* (2013-Present) Outside Reader
Tithe, Time, and Talent, Rhonda D. Jones (2017)
The Politics of White Rights, Joseph Bagley (2016)
Womanpower Unlimited, Tiyi Morris (2013)

*Bedford/St. Martin's* (2015-Present) Outside Reader
Freedom Summer: A Brief History with Documents, John Dittmer, et al. (2015)

*Journal of Mississippi History* (2010-Present) Outside Reader
Book Review Editor (2010-2017)

*Journal of Southern History* (2017-Present)
Outside Reader

*Mississippi Delta National Heritage Area*
Interpretation and Visitor Experience Committee (2012-2017)

*Vicksburg Interpretive Center*
Advisory Board (2012-2017)

*Mississippi Department of Education*
African American Studies Curriculum Committee (2010)

*Mississippi Arts Commission*
Grant Panelist (2010)
Governor's Arts Awards Judge (2010)

*Communication Arts Company*, Jackson, MS
Secretary, Board of Directors (2004-2007) Vice President, Board of Directors (2002-2004)

Films and
Interviews:    <u>*Rising Hope: A Documentary*</u>
Historian, Commentator (2024)

<u>*Dr. Robert Luckett, Director of the Margaret Walker Center and the COFO Center*</u>
JSU Need 2 Know (December 7, 2023)

<u>*Foote and Luckett*</u>
Mississippi Insight (November 19, 2023) WAPT

<u>*Remembering Martin Luther King, Jr.*</u>
Mississippi Edition (January 16, 2023) Mississippi Public Broadcasting

<u>*Mississippi Revealed*</u>
NHK Japan Broadcasting Corporation (October 2022)

<u>*Jackson Water Crisis Flows from a Century of Poverty, Neglect and Racism*</u>
USA Today (October 26, 2022)

**PTX-129-019**

Robert E. Luckett, Jr.                                                                                    20

*Jackson, Mississippi Boil Water Advisory Lifted as Residents Remain Wary*
NBC Nightly News with Lester Holt (September 15, 2022) NBC

*Jackson's Water Crisis Is Latest in History of Infrastructure Issues for City*
Morning Joe (September 14, 2022) MSNBC

*Confederate Memorial Day* (April 2022) Mississippi Public Broadcasting

*After a Wave of HBCU Bomb Threats, A Look at Another Era of Violence at Jackson State*
Mississippi Public Broadcasting (March 2022)

*A Brief History of the Great Migration* (February 2022) NBC LX

*All Eyes on Mississippi* (February 2022) U.S. Civil Rights Trail Podcast

*Organizing the Movement* (February 2022) U.S. Civil Rights Trail Podcast

*Now You're Talking with Marshall Ramsey* (January 2022) Mississippi Public Broadcasting
16th Annual Case Festival with Dr. Robert Luckett

*How a State Capital Became One of the Deadliest U.S. Cities* (December 28, 2021) CNN

*Velshi Across America* (October 24, 2021) MSNBC
"Race in the South, Sundown Towns, White Guilt"

*Velshi Across America* (October 23, 2021) MSNBC
"How U.S. History Is Taught in Jackson, MS"

*They Held a 'Read-in' at a Whites-only Library in 1961 and Helped End Segregation.*
*Meet the Tougaloo Nine.* (October 3, 2021) USA Today

*Now You're Talking with Marshall Ramsey* (January 2021) Mississippi Public Broadcasting
Dr. Robert Luckett

*The Movement in Mississippi* (October 2020)
Institute of Southern Jewish Life Virtual Vacation

*Let's Talk Jackson Podcast* (October 2020)
Jackson Free Press

*Equality, Identity and Hope: Race in America* (September 2020) NBC Universal
Comcast Newsmakers: Voices of the Civil Rights Movement

*Love First Podcast* (July 2020) North Atlanta Church of Christ
"Kent State, Jackson State, and the White South's Dilemma"

*Love First Podcast* (July 2020) North Atlanta Church of Christ
"John Lewis, the Confederate Flag, and the Justice Generation"

*Mississippi Edition* (June 2020) Mississippi Public Broadcasting

**PTX-129-020**

Robert E. Luckett, Jr.                                                                          21

Racial Injustice in Context Part I

*Mississippi Edition* (June 2020) Mississippi Public Broadcasting
Racial Injustice in Context Part II

*Now You're Talking with Marshall Ramsey* (June 2020) Mississippi Public Broadcasting
Racial Inequalities in America with Dr. Robert Luckett

*Annie Devine and the Movement in Canton* (January 2020)
Be in the Know Radio

*Reveal from the Center for Investigative Reporting* (November 2019)
"Development Arrested"

*Now You're Talking with Marshall Ramsey* (April 2018) Mississippi Public Broadcasting
Dr. Robert Luckett, An Advocate for Equality

*@Issue with Wilson Stribling* (September 2017)
The State Flag, Mississippi Public Broadcasting

*Red Flag Podcast: Podastery* (September 2017)
Historical Impact and Fallout from the State Flag of Mississippi

*Life Preservers Podcast: Episode 10* (February 2017)
*Exploring Black History and the Margaret Walker Center*

*Life Preservers Podcast: Episode 9* (January 2017)
*An Interview about the History, Legacy, and Struggle for Civil Rights*

*Daughters of the Struggle: Surviving in the Tumultuous Civil Rights Era* (2016-2017)
Consultant, scholar

*The Parchman Ordeal: The Untold Story* (2016)
Documentary, consultant, scholar

*Kendrick Is from Compton: The Underexposure of Conscious Southern Artists* (2015-2016)
Documentary, commentator

*The Free State of Jones*, Mississippi Public Broadcasting documentary (2015-2016)
Consultant, scholar

*Wednesdays in Mississippi*
Firelight Media documentary (2014) Consultant, commentator

*Spies of Mississippi*, PBS Independent Lens documentary, Trilogy Films (2013-2014)
Consultant, commentator

*An Ordinary Hero*, Joan Trumpauer Mulholland documentary (2011-2013)
Consultant, commentator, assistant producer

*State of Siege: Mississippi Whites and the Civil Rights Movement*

**PTX-129-021**

Robert E. Luckett, Jr.                                                                                      22

        NPR American Public Media documentary (2010-2011) Consultant, commentator

        *The Murder of Emmett Till*
        PBS American Experience documentary (2003) Consultant

**Recognitions:** **International Design Awards**
        *A Decade of Action* (2023) Exhibit Design Honorable Mention

        **Mississippi Historical Society**
        *Journal of Mississippi History* (2021) Article of the Year Award

        **Hometown Hero Award**
        Excellence in Hospitality and Tourism Industry (2020) Visit Jackson

        **Best of Jackson**
        Best Professor (2019) *Jackson Free Press*
        Best Professor (2018) *Jackson Free Press*

        **Diversity Award for Excellence**
        Mississippi Board of Trustees of State Institutions of Higher Learning (2018) Jackson State University

        **Association of Yale Alumni**
        Alumni Schools Committee Ambassador Award (2017) Recognition for work in Mississippi

        **Dialogue Jackson/Jackson 2000**
        Friendship Ball Honoree (2017) Contributions to racial reconciliation.

        **Mississippi Institute of Arts and Letters**
        Nonfiction Achievement, finalist (2016) *Joe T. Patterson and the White South's Dilemma*

        **Association of African American Museums**
        Pace Setter Award (2015) Exceptional innovation and dedication to African American museums

        **Mississippi Historical Records Advisory Board**
        Documenting Mississippi's History Award of Excellence (2015) Margaret Walker Center

        **Mississippi Humanities Council**
        Humanities Scholar Award (2014)

        **Mississippi Historical Society**
        Franklin L. Riley Prize (2010) Best dissertation on a topic in Mississippi history

        **Southern Historical Association Conference,** New Orleans
        William F. Holmes Award (2008) Best paper by a graduate student/junior faculty member