EXHIBIT NO. DX-6 evid.
CAUSE NO. 3:22cv734-DPJ-HSO-LHS
WITNESS _____
CLERK: _____ SHONE POWELL _____

MAR -6 2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
Candice Crane, REPORTER



U.S. Department of Justice

Civil Rights Division

*Office of the Assistant Attorney General*    *Washington, D.C. 20530*

SEP 1 4 2012

The Honorable Chris McDaniel
Chairperson, Mississippi Senate Elections Committee
P.O. Box 1018
Jackson, Mississippi  39215-1018

The Honorable William C. Denny, Jr.
Chairperson, Mississippi House of Representatives
    Apportionment and Elections Committee
P.O. Box 12185
Jackson, Mississippi  39236-2185

Dear Senator McDaniel and Representative Denny:

    This refers to Joint Resolution No. 201 (2012), which provides the 2012 redistricting plan for the Senate, and Joint Resolution No. 1 (2012), which provides the 2012 redistricting plan for the House of Representatives, for the State of Mississippi, submitted to the Attorney General pursuant to Section 5 of the Voting Rights Act of 1965, 42 U.S.C. 1973c.  We received your submission on July 16, 2012; additional information was received through September 11, 2012.

    The Attorney General does not interpose any objection to the specified changes. However, we note that Section 5 expressly provides that the failure of the Attorney General to object does not bar subsequent litigation to enjoin the enforcement of the changes. *Procedures for the Administration of Section 5 of the Voting Rights Act of 1965*, 28 C.F.R. 51.41.

    Sincerely,

    Thomas E. Perez
    Assistant Attorney General

EXHIBIT
DX-6