EXHIBIT NO. DX-7 evid.
CAUSE NO. 3:22cv734DPJ-HSO-LHS
WITNESS _____
CLERK: ___SHONE POWELL___

MAR -6 2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
Corlice Crane, REPORTER



U.S. Department of Justice

Civil Rights Division

*Office of the Assistant Attorney General*  *Washington, D.C. 20035*

JUN 17 2002

The Honorable Hob Bryan
Chairperson, Mississippi Senate Elections Committee
P.O. Box 1018
Jackson, Mississippi 39215-1018

The Honorable Thomas U. Reynolds II
Chairperson, Mississippi House of Representatives
   Apportionment and Elections Committee
P.O. Box 220
Charleston, Mississippi 38921

Dear Senator Bryan and Representative Reynolds:

   This refers to Joint Resolution No. 201 (2002), which embodies the 2002 redistricting plan for the Senate, and Joint Resolution No. 1 (2002), which embodies the 2002 redistricting plan for the House of Representatives for the State of Mississippi, submitted to the Attorney General pursuant to Section 5 of the Voting Rights Act, 42 U.S.C. 1973c. We received your submissions on April 17, 2002; supplemental information was received through May 30, 2002.

   The Attorney General does not interpose any objection to the specified changes. However, we note that Section 5 expressly provides that the failure of the Attorney General to object does not bar subsequent litigation to enjoin the enforcement of the changes. See the Procedures for the Administration of Section 5 (28 C.F.R. 51.41).

Sincerely,

Ralph F. Boyd, Jr.
Assistant Attorney General

**EXHIBIT
DX-7**



U.S. Department of Justice

Civil Rights Division

*Voting Section - GSt.*
*950 Pennsylvania Avenue, N.W.*
*Washington, DC 20530*

## FAX TRANSMITTAL SHEET

**DATE:** June 17, 2002

**TO:** Tommie S. Carden, Esq., 601-985-4555
Sen. Hob Bryan
Rep. Thomas U. Reynolds
c/o Ted Booth, Esq., 601-359-1420

**FROM:** Chris Herren
Voting Section

**TELEPHONE #** 202-514-1416

**FAX #** 202-307-3961

**Number of pages transmitted (including this sheet): 2**

**SUBJECT:** DOJ Determination Letter on 2002-2366, 2002-2367