EXHIBIT NO. DX-8 evid.
CAUSE NO. 3:22cv734-DPJ-HSO-LHS
WITNESS Dr. Jordan Ragusa
CLERK: SHONE POWELL

MAR -4 2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
Candice Crane, REPORTER

### Summary of Dr. Ragusa's Model Findings of Statistical Significance

|  |  | BVAP | Trump Vote |
|---|---|---|---|
| HD 22 | Model 1 | No | Yes |
|  | Model 2 | Yes | Yes |
|  | Model 3 | No | Yes |
| HD 34 | Model 1 | Yes | Yes |
|  | Model 2 | No | Yes |
|  | Model 3 | Yes | Yes |
| HD 64 | Model 1 | Yes | Yes |
|  | Model 2 | No | Yes |
|  | Model 3 | Yes | No |
| SD 2 | Model 1 | Yes | Yes |
|  | Model 2 | Yes | Yes |
|  | Model 3 | No | No |
| SD 48 | Model 1 | Yes | Yes |
|  | Model 2 | Yes | No |
|  | Model 3 | No | Yes |

| | |
|---|---|
| BVAP & Trump Vote Significant | 46.7% [7] |
| BVAP not Sig./Trump Vote Sig. | 33.3% [5] |
| BVAP Sig./Trump Vote not Sig. | 13.3% [2] |
| Neither BVAP or Trump Vote Sig. | 6.7% [1] |
| Total | 15 |

84878614.v1

**EXHIBIT DX-8**



DX-008-001