EXHIBIT NO. DX-13 evid.
CAUSE NO. 3:22cv734-DPJ-HSO-LHS
WITNESS _____
CLERK: SHONE POWELL

FEB 26 2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
Candice Crane, REPORTER

**Prof. Orey .do file for Rebuttal Report of November 22, 2023**

```
keep if inputstate == 28
gen turnout=0
replace turnout = 1 if CL_2020gvm >= 1 & CL_2020gvm <= 5
keep if race == 1 | race == 2

keep if cit1 == 1
svyset [pw=commonweight]
svy: tab turnout race, col se
svy: reg turnout i.race
```

---

```
keep if inputstate == 28
gen turnout=0
replace turnout = 1 if CL_2020gvm >= 1 & CL_2020gvm <= 5
keep if race == 1 | race == 2
svyset [pw=commonweight]
svy: tab turnout race, col se
svy: reg turnout i.race
```

**EXHIBIT DX-13**



EXHIBIT 12
Dr. Orey
12/19/23
Robin Burwell, CCR
Brooks Court Reporting