# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

MISSISSIPPI STATE CONFERENCE OF THE NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE; DR. ANDREA WESLEY; DR. JOSEPH WESLEY; ROBERT EVANS; GARY FREDERICKS; PAMELA HAMNER; BARBARA FINN; OTHO BARNES; SHIRLINDA ROBERTSON; SANDRA SMITH; DEBORAH HULITT; RODESTA TUMBLIN; DR. KIA JONES; MARCELEAN ARRINGTON; VICTORIA ROBERTSON,

*Plaintiffs*,

vs.

STATE BOARD OF ELECTION COMMISSIONERS; TATE REEVES, *in his official capacity as Governor of Mississippi*; LYNN FITCH, *in her official capacity as Attorney General of Mississippi*; MICHAEL WATSON, *in his official capacity as Secretary of State of Mississippi*,

*Defendants,*

AND

MISSISSIPPI REPUBLICAN EXECUTIVE COMMITTEE,

*Intervenor-Defendant.*

**CIVIL ACTION NO.
3:22-cv-734-DPJ-HSO-LHS**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
**FILED**
Jul 08 2025
Arthur Johnston, Clerk
By: _____, Deputy Clerk

**DEFENDANTS' EXHIBIT LIST**

|  | Document Description | Sponsor | ID. | EVID. |
|---|---|---|---|---|
| DX-1 | October 16, 2023, Expert Report of Dr. John R. Alford and all exhibits and appendices thereto | ———— |  | X  *2-26-2024* |
| DX-2 | October 23, 2023, Supplemental Expert Report of Dr. Thomas L. Brunell including all exhibits and appendices thereto | ———— |  | X  *2-26-2024* |
| DX-3 | November 17, 2023, Amended Expert Report of Dr. Thomas L. Brunell including all exhibits and appendices thereto | ———— |  | X  *2-26-2024* |
| DX-4 | December 6, 2023, Second Supplemental Expert Report of Dr. Thomas L. Brunell, including all exhibits and appendices thereto | ———— |  | X  *2-26-2024* |
| DX-5 | November 7, 2023, Election Returns from Mississippi Secretary of State for SD7 | ———— | X | *3-6-2024* |
| DX-6 | U.S. Department of Justice Preclearance Letter September 14, 2012/ Senate/House Plan | ———— |  | X  *3-6-2024* |
| DX-7 | U.S. Department of Justice Preclearance Letter June 17, 2002/ Senate/House Plan | ———— |  | X  *3-6-2024* |
| DX-8 | Exhibit 3 to Deposition of Dr. Ragusa, Summary of Dr. Ragusa's Model Findings of Statistical Significance | Dr. Jordan Ragusa |  | X  *3-4-2024* |
| DX-9 | Exhibit 4 to Deposition of Dr. Orey, Chapter 4, *Participation in Electoral Politics* from Book titled <u>African Americans and Political Participation, A Reference Handbook</u> (excerpt pp. 13-241) |  |  |  |
| DX-10 | Exhibit 5 to Deposition of Dr. Orey, Article titled *Mississippi and the Great* |  |  |  |

2

|  | Document Description | Sponsor | ID. | EVID. |
|---|---|---|---|---|
|  | *White Switcheroo* in Commentary on "The Changing South" (excerpt pp. 234-238) |  |  |  |
| DX-11 | Exhibit 6 to Deposition of Dr. Orey, Chapter 4, *The Evolution and Devolution of the Voting Rights Act: Black Descriptive and Substantive Representation* from Book titled <u>Minority Voting in the United States, African American, Women, and Latino/Latina Voters – Vol. I</u> (excerpt pp. 56-77) |  |  |  |
| DX-12 <br>2-26-2024 | Exhibit 7 to Deposition of Dr. Orey, Cooperative Election Study, Guide to the 2020 Cooperative Election Study, Data Release No. 2 | —— |  | X |
| DX-13 <br>2-26-2024 | Exhibit 12 to Deposition of Dr. Orey, Prof. Orey Do File for Rebuttal Report of Nov. 22, 2023 | —— |  | X |
| DX-14 | Exhibit 13 to Deposition of Dr. Orey, Orey Article titled *Racial Identity and Emotional Responses to Confederate Symbols* |  |  |  |
| DX-15 | Exhibit 14 to Deposition of Dr. Orey, Orey Research Note titled *White Racial Attitudes and Support for the Mississippi State Flag* |  |  |  |
| DX-16 <br>2-26-2024 | Nonprofit Certificate for Planning and Development Districts, North Delta Planning and Development District, Inc., Central Mississippi Planning and Development District, Inc., Southern Mississippi Planning and Development District, Inc., East Central Planning and Development District, Inc., Golden Triangle Planning and Development District, Inc., Three Rivers Planning and | —— |  | X |

|  | Document Description | Sponsor | ID. | EVID. |
|---|---|---|---|---|
|  | Development District, Inc., Secretary of State Filings |  |  |  |
| DX-17 | Jack Levin and James Alan Fox. Elementary Statistics in Social Research, 9th ed. |  |  |  |
| DX-18 | Chava Frankfort-Nachmias and David Nachmias, Research Methods in the Social Sciences, 6th ed. |  |  |  |
| DX-19 | SJC Congressional Map of Population Increase/Decrease |  |  |  |
| DX-20 | Exhibit 3 to Deposition of Dr. Lisa Handley, Endogenous Elections Chart |  |  |  |
| DX-21 | Exhibit 20 to Deposition of Ms. Madalan Lennep | ———— |  | X [2-26-2024] |
| DX-22 | Mississippi House Roster | ———— |  | X [2-26-2024] |
| DX-23 | Mississippi House Committee Chair List | ———— |  | X [2-26-2024] |
| DX-24 | Mississippi Senate Roster | ———— |  | X [2-26-2024] |
| DX-25 | Mississippi Senate Committee Chair List | ———— |  | X [2-26-2024] |
| DX-26 | Summary Table – Political Participation by Race, Mississippi Since 1986 | Dr. Byron Orey |  | X [2-28-2024] |
| DX-27 | United States Census Current Population Survey's Reported Voting and Registration, by Sex, Race and Hispanic Origin, Table 4, 1986 |  |  |  |
| DX-28 | United States Census Current Population Survey's Reported Voting and Registration, by Sex, Race and Hispanic Origin, Table 4, 1988 |  |  |  |
| DX-29 | United States Census Current Population Survey's Reported Voting and Registration, by Sex, Race and Hispanic Origin, Table 4, 1990 |  |  |  |

|  | Document Description | Sponsor | ID. | EVID. |
|---|---|---|---|---|
| DX-30 | United States Census Current Population Survey's Reported Voting and Registration, by Sex, Race and Hispanic Origin, Table 4, 1992 | | | |
| DX-31 | United States Census Current Population Survey's Reported Voting and Registration, by Sex, Race and Hispanic Origin, Table 4, 1994 | | | |
| DX-32 | United States Census Current Population Survey's Reported Voting and Registration, by Sex, Race and Hispanic Origin, Table 4A 1996 | | | |
| DX-33 | United States Census Current Population Survey's Reported Voting and Registration, by Sex, Race and Hispanic Origin, Table 4, 1998 | | | |
| DX-34 | United States Census Current Population Survey's Reported Voting and Registration, by Sex, Race and Hispanic Origin, Table 4a, 2000 | | | |
| DX-35 | United States Census Current Population Survey's Reported Voting and Registration, by Sex, Race and Hispanic Origin, Table 4a, 2002 | | | |
| DX-36 | United States Census Current Population Survey's Reported Voting and Registration, by Sex, Race and Hispanic Origin, Table 4a, 2004 | | | |
| DX-37 | United States Census Current Population Survey's Reported Voting and Registration, by Sex, Race and Hispanic Origin, Table 4b, 2006 | | | |
| DX-38 | United States Census Current Population Survey's Reported Voting and Registration, by Sex, Race and Hispanic Origin, Table 4b, 2008 | | | |
| DX-39 | United States Census Current Population Survey's Reported Voting and Registration, by Sex, Race and Hispanic Origin, Table 4b, 2010 | | | |
| DX-40 | United States Census Current Population Survey's Reported Voting | | | |

|  | Document Description | Sponsor | ID. | EVID. |
|---|---|---|---|---|
|  | and Registration, by Sex, Race and Hispanic Origin, Table 4b, 2012 |  |  |  |
| DX-41 | United States Census Current Population Survey's Reported Voting and Registration, by Sex, Race and Hispanic Origin, Table 4b, 2014 |  |  |  |
| DX-42 | United States Census Current Population Survey's Reported Voting and Registration, by Sex, Race and Hispanic Origin, Table 4b, 2016 |  |  |  |
| DX-43 | United States Census Current Population Survey's Reported Voting and Registration, by Sex, Race and Hispanic Origin, Table 4b, 2018 |  |  |  |
| DX-44 | United States Census Current Population Survey's Reported Voting and Registration, by Sex, Race and Hispanic Origin, Table 4b, 2020 |  |  |  |
| DX-45 | United States Census Current Population Survey's Reported Voting and Registration, by Sex, Race and Hispanic Origin, Table 4b, 2022 |  |  |  |
| DX-46 | *NAACP v. Fordice*, No. 3:92-CV-250-LN (S.D. Miss. July 7, 1999) (District Court Opinion) |  |  |  |
| DX-47 | *Shelby County, Ala. v. Holder*, 570 U.S. 529 (2013) |  |  |  |
| DX-48 | *U.S. v. Brown*, 494 F. Supp. 2d 440 (S.D. Miss. 2007) |  |  |  |
| DX-49 | Report of Oliver E. Diaz, Jr., 10.3.2022 |  |  |  |
| DX-50 | Full 2020 CES Dataset for Mississippi Sample | ———— |  | X |
| DX-51 | Catalist Records Request Email |  |  |  |
| DX-52 | Statewide Voter Files |  |  |  |
| DX-53 | Representative Bennie Thompson Sample Ballot |  |  |  |

2-26-2024 (handwritten, next to DX-50)

6

|       | Document Description | Sponsor | ID. | EVID. |
|-------|---------------------|---------|-----|-------|
| DX-54 | Public Hearings – Sign-in Sheets & Cards, SDT-SJLCRR-002071-2107 | | | |
| DX-55 | Gary Fredericks Response and Objections to Requests for Admission | | | |
| DX-56 | Gary Fredericks Response and Objections to First Set of Interrogatories | | | |
| DX-57 | Voter Profile Gary Fredericks | | | |
| DX-58 | Joseph Wesley Response and Objections to Requests for Admission | | | |
| DX-59 | Joseph Wesley Response and Objections to First Set of Interrogatories | | | |
| DX-60 | Voter Profile Dr. Joseph Wesley | | | |
| DX-61 | Kia Jones Response and Objections to Requests for Admissions | | | |
| DX-62 | Kia Jones Response and Objections to First Set of Interrogatories | | | |
| DX-63 | Voter Profile Dr. Kia Jones | | | |
| DX-64 | Pamela Hamner Response and Objections to Requests for Admission | | | |
| DX-65 | Pamela Hamner Response and Objections to First Set of Interrogatories | | | |
| DX-66 | Voter Profile Pamela Hamner | | | |
| DX-67 | Voter Profile Mamie Cunningham | | | |
| DX-68 | Voter Profile Ashley Wilson | | | |
| DX-69 | Voter Profile Sharon Moman | | | |
| DX-70 | Hamner Email 8.9.21 | | | |

|            | Document Description | Sponsor | ID. | EVID. |
|------------|----------------------|---------|-----|-------|
| DX-71      | Hamner Photos        |         |     |       |
| DX-72      | J Wesley Memorandum 8.12.2021 |  |     |       |
| DX-73      | J Wesley Memorandum 7.29.2021 |  |     |       |
| DX-74      | A Wesley Memorandum 8.26.2021 |  |     |       |
| DX-75      | Fredericks Social Media Post  |  |     |       |
| DX-76 *(2-26-2024)* | YouTube Video of Senate Floor Debate | William Cooper |     | X |
| DX-77 *(2-26-2024)* | YouTube Video of House Floor Debate | William Cooper |     | X |
| DX-78 *(2-26-2024)* | Deposition Transcript of Mr. William Cooper | William Cooper | X |   |
| DX-79 *(2-27-2024)* | Deposition Transcript of Dr. Lisa Handley | Dr. Lisa Handley | X |   |
| DX-80 *(2-28-2024)* | Deposition Transcript of Dr. Byron D'Andra Orey | Dr. Bryon Orey | X |   |
| DX-81 *(3-5-2024)* | Brennan Center for Justice, *Growing Racial Disparities in Voter Turnout, 2008-2022* (Mar. 2024), https://www.brennancenter.org/our-work/research-reports/growing-racial-disparities-voter-turnout-2008-2022 | Dr. Thomas Brunell | X |   |

86086188.v1