EXHIBIT NO. DX-16 evid.
CAUSE NO. 3:22cv 734-DPJ-HSO-LHS
WITNESS
CLERK:         SHONE POWELL

FEB 26 2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
Candice Crane, REPORTER

BOOK 229 PAGE 249



# State of Mississippi



## EXECUTIVE OFFICE

### Jackson

*The within and foregoing Amendment to the Charter of Incorporation of*

GOLDEN TRIANGLE PLANNING AND DEVELOPMENT DISTRICT, INC.

*is hereby approved.*



*In Testimony Whereof, I have hereunto set my hand and caused the Great Seal of the State of Mississippi to be affixed, this the* 26th *day of* October, 1976.

Attest:

*Heber Ladner*
Secretary of State.

LIEUTENANT AND ACTING Governor.

**EXHIBIT DX-16**

DX-016-001

BOOK 229 PAGE 250

### RESOLUTION OF GOLDEN TRIANGLE PLANNING AND
### DEVELOPMENT DISTRICT, INC.

WHEREAS, the Golden Triangle Planning and Development District was incorporated on the 8th day of June, 1972, and

WHEREAS, it is the desire of the Golden Triangle Planning and Development District, Inc., to amend its Articles of Incorporation as follows:

Delete: Wording contained in Article 4. Substitute the following: "This corporation is organized exclusively for charitable purposes within the meaning of Section 501(c)(3) of the Internal Revenue Code of 1954 by lessening the burdens of government."

Delete: First sentence in Article 6(a).

Add: Article 6(h) - "Notwithstanding any other provisions of these articles, this corporation shall not carry on any other activities not permitted to be carried on by (a) a corporation exempt from Federal income tax under section 501(c)(3) of the Internal Revenue Code of 1954 or the corresponding provisions of any future United States Internal Revenue Law or (b) a corporation contributions to which are deductible under section 170(c)(2) of the Internal Revenue Code of 1954 or any other corresponding provision of any future United States Law."

Add: Article 6(i) - "In the event of dissolution, the residual assets of the organization will be turned over to one or more organizations which themselves are exempt as organizations described in sections 501(c)(3) and 170(c)(2) of the Internal Revenue Code of 1954 or corresponding sections of any prior or future Internal Revenue Code, or to the Federal, State, or Local government for exclusive public purpose."

BOOK 229 PAGE 251

NOW THEREFORE, BE IT RESOLVED that the Secretary of the Golden Triangle Planning and Development District, Inc., who is an adult resident citizen of the State of Mississippi, be authorized and directed to apply for and secure from the appropriate officials of the State of Mississippi, an amendment to the Articles of Incorporation of the Golden Triangle Planning and Development District, Inc., and to execute and deliver all necessary applications, certificates, and documents to accomplish said purpose as well as any and all other things necessary to secure approval thereof and effectuate the intent expressed in this resolution.

RESOLVED on this the 30 day of ___September___, 19 76.

### CERTIFICATE

I, _James B. Stark_, Secretary of Golden Triangle Planning and Development District, Inc., do hereby certify that the above foregoing is a true and correct copy of a resolution of the Golden Triangle Planning and Development District, Inc., unanimously adopted and approved by the more than two-thirds membership thereof present on September 30, 1976 in a regular business meeting as the same appears in the Minute Book of said association. I further certify that the Minute Book of said corporation is in my custody and that the resolution, as adopted, has not been repealed, amended, or modified.

WITNESS MY SIGNATURE hereunto affixed this 30 day of September, 19 76.

James B. Stark
Secretary, Golden Triangle Planning
and Development District, Inc.

DX-016-003

BOOK 229 PAGE 252

ARTICLES OF AMENDMENT TO THE
ARTICLES OF INCORPORATION
OF
GOLDEN TRIANGLE PLANNING AND DEVELOPMENT DISTRICT, INC.

Pursuant to the provisions of Section 79-11-9, Mississippi Code of
1972, the undersigned corporation adopts the following Articles of Amend-
ment to its Articles of Incorporation.

First: The corporation is amended to

Delete: Wording contained in Article 4. Substitute the
following: "This corporation is organized exclusively for chari-
table purposes within the meaning of Section 501(c)(3) of the In-
ternal Revenue Code of 1954 by lessening the burdens of government."

Delete: First sentence in Article 6(a).

Add: Article 6(h) - "Notwithstanding any other provisions
of these articles, this corporation shall not carry on any other
activities not permitted to be carried on by (a) a corporation ex-
empt from Federal income tax under section 501(c)(3) of the Internal
Revenue Code of 1954 or the corresponding provisions of any future
United States Internal Revenue Law or (b) a corporation contributions
to which are deductible under section 170(c)(2) of the Internal
Revenue Code of 1954 or any other corresponding provision of any
future United States Law."

Add: Article 6(i) - "In the event of dissolution, the resi-
dual assets of the organization will be turned over to one or more
organizations which themselves are exempt as organizations described
in sections 501(c)(3) and 170(c)(2) of the Internal Revenue Code of
1954 or corresponding sections of any prior or future Internal Rev-
enue Code, or to the Federal, State, or Local government for exclu-
sive public purpose."

Second: This amendment of the Articles of Incorporation was adopted
by the members of the corporation on September 30, 1976, at a regular
meeting of the members of the corporation at Mississippi State, Missis-
sippi.

BOOK 229 PAGE 253

DATED: This the 2nd day of _____ October _____ , 19 76 .

SIGNED: __Golden Triangle Planning and__

__Development District, Inc.__

BY: _M M Pearson_
President

### ACKNOWLEDGEMENT

STATE OF MISSISSIPPI
COUNTY OF OKTIBBEHA

    This day personally appeared before me, the undersigned authority in and for the jurisdiction aforesaid, M. M. Pearson, President of the Golden Triangle Planning and Development District, Inc., who acknowledges that he signed and executed the above and foregoing Articles of Amendment to the Articles of Incorporation of the Golden Triangle Planning and Development District, Inc., on this the __2__ day of __October__ , 19 76 .

SIGNED: _R. L. McDonald_
Notary Public

My Commission Expires:

BOOK 229 PAGE 254

Received at the office of the Secretary of State, this the _14_ day of _Oct_

A. D., 19_76_, together with the sum of $ _10.00_ deposited to cover the recording fee, and referred to the Attorney General for his opinion.

_Helen Bodner_
SECRETARY OF STATE.

Jackson, Miss.,

_Oct 21, 1976_

I have examined this _amendment of the_ Charter of incorporation, and am of the opinion that it is not violative of the Constitution and laws of this State, or of the United States.

_A. F. Summer_
ATTORNEY GENERAL.

By _George M. Summer_
Assistant Attorney General.

C-64

BOOK 217 PAGE 587

# State of Mississippi



### EXECUTIVE OFFICE

## Jackson

*The within and foregoing Amendment to the Charter of Incorporation of*

CENTRAL MISSISSIPPI PLANNING AND DEVELOPMENT DISTRICT, INC.

*is hereby approved.*



In Testimony Whereof, *I have hereunto set my hand and caused the Great Seal of the State of Mississippi to be affixed, this the* 14th day of April A.D., 1975.

BOOK **217** PAGE **588**

CERTIFIED COPY OF RESOLUTIONS
ADOPTED BY

CENTRAL MISSISSIPPI
PLANNING AND DEVELOPMENT DISTRICT, INC.
AT A MEETING HELD ON MARCH 19, 1975
AUTHORIZING AND DIRECTING THE ADOPTION OF
THE FOLLOWING RESOLUTIONS

WHEREAS, Central Mississippi Planning and Development District, Inc., is a voluntary, non-profit, incorporation chartered by the State of Mississippi, and

WHEREAS, after thorough discussion in a duly held meeting this corporation desires to adopt the following Resolutions.

THEREFORE, BE IT RESOLVED by Central Mississippi Planning and Development District, Inc., that:

(1) In the event of dissolution, the residual assets of the organization will be turned over to one or more organizations which themselves are exempt as organizations described in Sections 501 (c)(3) and 170 (c)(2) of the Internal Revenue Code of 1954 or corresponding sections of any prior or future Internal Revenue Code, or to the Federal, State, or Local Government for exclusive public purpose.

(2) Notwithstanding any other provision of these articles, this corporation shall not carry on any other activities not permitted to be carried on by (a) a corporation exempt from Federal Income Tax under Section 501 (c)(3) of the Internal Revenue Code of 1954 or the corresponding provision of any

DX-016-008

poration contributions to which are deductible under Section

170 (c)(2) of the Internal Revenue Code of 1954 or any other

corresponding provision of any future United States Internal

Revenue Law.


# C E R T I F I C A T E


I, Robert L. Davis, President of Central Mississippi Planning and

Development District, Inc., do hereby certify that the above and foregoing

resolutions are true and correct copies of certain resolutions adopted by

Central Mississippi Planning and Development District, Inc., in a meeting

assembled on the 19th day of    March   , 197 5 , in Jackson, Mississippi.

WITNESS MY SIGNATURE,  THIS 19th day of    March   , 197 5 .

Robert L. Davis
PRESIDENT

BOOK **217** PAGE **590**

ARTICLES OF AMENDMENT TO THE

ARTICLES OF INCORPORATION

OF

Central Mississippi Planning and Development District, Inc.

Pursuant to the provisions of Section 79-11-9 of the 1972

Mississippi Code, Annotated, the undersigned corporation adopts the

following Articles of Amendment to its Articles of Incorporation.

First:    (1) In the event of dissolution, the residual assets of

the organization will be turned over to one or more organizations which

themselves are exempt as organizations described in Sections 501 (c)(3)

and 170 (c)(2) of the Internal Revenue Code of 1954 or corresponding

sections of any prior or future Internal Revenue Code, or to the Federal,

State, or Local Government for exclusive public purpose.

    (2) Notwithstanding any other provision of these articles,

this corporation shall not carry on any other activities not permitted to be

carried on by  (a)  a corporation exempt from Federal Income Tax under

Section 501 (c)(3) of the Internal Revenue Code of 1954 or the corresponding

provision of any future United States Internal Revenue Law or  (b)  a cor-

poration contributions to which are deductible under Section 170 (c)(2) of the

Internal Revenue Code of 1954 or any other corresponding provision of any

future United States Internal Revenue Law.

    Second:    The following amendment of the Articles of Incorporation

was adopted by the members of the corporation on March 19th, 197 5 , at a

regular meeting of the members of the corporation at Jackson, Mississippi:

    (1) In the event of dissolution, the residual assets of

the organization will be turned over to one or more organizations which

DX-016-010

-2-

BOOK 217 PAGE 591

and 170 (c)(2) of the Internal Revenue Code of 1954 or corresponding sections of any prior or future Internal Revenue Code, or to the Federal, State, or Local Government for exclusive public purpose.

(2)  Notwithstanding any other provision of these articles, this corporation shall not carry on any other activities not permitted to be carried on by  (a)  a corporation exempt from Federal Income Tax under Section 501 (c)(3) of the Internal Revenue Code of 1954 or the corresponding provision of any future United States Internal Revenue Law or  (b)  a corporation contributions to which are deductible under Section 170 (c)(2) of the Internal Revenue Code of 1954 or any other corresponding provision of any future United States Internal Revenue Law.

DATED:  This the _19th_ day of _March_ , 197_5_ .

SIGNED:    Central Mississippi Planning and Development District, Inc.

BY:    _Robert L. Dann_
PRESIDENT

BOOK 217 PAGE 592

## A C K N O W L E D G M E N T

STATE OF MISSISSIPPI

COUNTY OF <u>HINDS</u>

     This day personally appeared before me, the undersigned authority in and for the jurisdiction aforesaid, <u>Robert L. Davis</u>, President of <u>Central Mississippi Planning and Development District, Inc.</u>, who acknowledges that he signed and executed the above and foregoing Articles of Amendment to the Articles of Incorporation of <u>Central Mississippi Planning and Development District, Inc.</u>, on this, the <u>19th</u> day of <u>March</u>, 197<u>5</u>.

*Ethel E. Eubanks*
NOTARY PUBLIC
2/21/76

BOOK **217** PAGE **593**

Received at the office of the Secretary of State, this the 7th day of April

A. D., 19 75, together with the sum of $ 10.00 deposited to cover the recording fee, and referred to the Attorney General for his opinion.

_____
**SECRETARY OF STATE.**

Jackson, Miss.,

_April 9, 1975_

I have examined this **AMENDMENT OF THE** Charter of incorporation, and am of the opinion that it is not violative of the Constitution and laws of this State, or of the United States.

A.F. Summer
_____
**ATTORNEY GENERAL.**

By George M. _____
**Assistant Attorney General.**

DX-016-013

Business ID: 403877
Date Filed: 09/27/2013 05:00 PM
C. Delbert Hosemann, Jr.
Secretary of State



### DELBERT HOSEMANN
*Secretary of State*

11 F0010

## OFFICE OF THE MISSISSIPPI SECRETARY OF STATE
### P O BOX 136, JACKSON, MS 39205-0136 (601)359-1633

#### Registered Agent/Office Statement of Change

1. Company Name

**East Central Planning and Development District, Inc.**

☐ corporation  ☑ nonprofit  ☐ limited liability company  ☐ limited partnership

☐ limited liability partnership  ☐ foreign business trust

☑ domestic  ☐ foreign

2. Name of the Current Registered Agent and Registered Office (as on file with the Secretary of State)

Name  **Secretary of State, Jackson, MS**

3. New Registered Agent's Name and Registered Office

Name  **Levera Chapman**

Physical Address  **280 Commercial Drive, Newton, MS 39345**

P.O. Box  **499**

City, State, Zip5, Zip4  **Newton**  **MS**  **39345**

4. ☐  The undersigned certifies that:  1) he/she has notified the above-named registered agent of this appointment; 2) he/she has provided the agent an address for the company, and; 3) the agent has agreed to serve as registered agent for this company.

By:  Signature  *Bill Richardson*

Printed name  **Bill Richardson**  Title  **Executive Director**

**Mail completed form with the $10 fee to SECRETARY OF STATE, PO BOX 136, JACKSON, MS 39205-0136. For assistance contact a customer service representative at (800) 256-3494. Visit our website at www.sos.ms.gov for forms and instructions.**

2902231

2013 SEP 27  PM 3:12

DX-016-014

**F0012 - Page 1 of 3**

Business ID: 201350
Date Filed: 11/28/2005 05:00 PM
Eric Clark
Secretary of State

# OFFICE OF THE MISSISSIPPI SECRETARY OF STATE
**P.O. BOX 136, JACKSON, MS 39205-0136    (601) 359-1333**
### Articles of Amendment

The undersigned persons, pursuant to Section 79-4-10.06 (if a profit corporation) or Section 79-11-305 (if a nonprofit corporation) of the Mississippi Code of 1972, hereby execute the following document and set forth:

**1. Type of Corporation**

☐ Profit    ☒ Nonprofit

**2. Name of Corporation**

North Delta Planning & Development District, Inc.

**3. The future effective date is**
   **(Complete if applicable)**

**4. Set forth the text of each amendment adopted. (Attach page)**

**5. If an amendment for a business corporation provides for an exchange, reclassification, or cancellation of issued shares, set forth the provisions for implementing the amendment if they are not contained in the amendment itself. (Attach page)**

**6. The amendment(s) was (were) adopted on**

9/27/2005                                                        Date(s)

FOR PROFIT CORPORATION (Check the appropriate box)

Adopted by ☐ the incorporators    ☐ directors without shareholder action and shareholder action was not required.

FOR NONPROFIT CORPORATION (Check the appropriate box)

Adopted by ☐ the incorporators    ☒ board of directors without member action and member action was not required.

FOR PROFIT CORPORATION

**7. If the amendment was approved by shareholders**
(a) The designation, number of outstanding shares, number of votes entitled to be cast by each voting group entitled to vote separately on the amendment, and the number of votes of each voting group indisputably represented at the meeting were

| Designation | No. of outstanding shares | No. of votes entitled to be cast | No. of votes indisputably represented |
|---|---|---|---|
|  |  |  |  |

Rev. 01/96

759106 NOV 28 05

**F0012 - Page 2 of 3**

# OFFICE OF THE MISSISSIPPI SECRETARY OF STATE
**P.O. BOX 136, JACKSON, MS 39205-0136    (601) 359-1333**
**Articles of Amendment**

| | | | |
|---|---|---|---|
| | | | |

**(b) EITHER**
   (i) the total number of votes cast for and against the amendment by each voting group entitled to vote separately on the amendment was

| Voting group | Total no. of votes cast FOR | Total no. of votes cast AGAINST |
|---|---|---|
| | | |
| | | |

**OR**
   (ii) the total number of undisputed votes cast for the amendment by each voting group was

| Voting group | Total no. of undisputed votes cast FOR the plan |
|---|---|
| | |
| | |

and the number of votes cast for the amendment by each voting group was sufficient for approval by that voting group.

FOR NONPROFIT CORPORATION

**8. If the amendment was approved by the members**
(a) The designation, number of memberships outstanding, number of votes entitled to be cast by each class entitled to vote separately on the amendment, and the number of votes of each class indisputably represented at the meeting were

| Designation | No. of memberships outstanding | No. of votes entitled to be cast | No. of votes indisputably represented |
|---|---|---|---|
| | | | |
| | | | |

759105 NOV 28 05

Rev. 01/96

**F0012 - Page 3 of 3**



**OFFICE OF THE MISSISSIPPI SECRETARY OF STATE**
P.O. BOX 136, JACKSON, MS 39205-0136    (601) 359-1333
**Articles of Amendment**

**(b) EITHER**
   (i) the total number of votes cast for and against the amendment by each class entitled to vote separately on the amendment was

| Voting class | Total no. of votes cast FOR | Total no. of votes cast AGAINST |
|---|---|---|
|  |  |  |
|  |  |  |

**OR**
   (ii) the total number of undisputed votes cast for the amendment by each class was

| Voting class | Total no. of undisputed votes cast FOR the amendment |
|---|---|
|  |  |
|  |  |

and the number of votes cast for the amendment by each voting group was sufficient for approval by that voting group.

**By:** Signature                                        (Please keep writing within blocks)

*James B. Sowell*

**Printed Name**  James B. Sowell        Title    President

759 105 NOV 20 05

Rev. 01/96

## AMENDMENT TO THE CHARTER OF INCORPORATION OF
## NORTH DELTA PLANNING & DEVELOPMENT DISTRICT, INC.

The Charter of Incorporation of North Delta Planning & Development District, Inc. contains the following language:

**The Current Language:**

Upon dissolution of this corporation none of the assets of this corporation shall be distributed to or go to any member thereof, but same shall be distributed to those corporations exempt under the provisions of the U.S. Revenue Code.

**The above language in the Charter of Incorporation of North Delta Planning & Development District, Inc. is hereby deleted and replaced with the following:**

**The Amendment Adopted:**

**DISSOLUTION OF THE CORPORATION**

Upon the dissolution of this corporation, assets shall be distributed for one or more exempt purposes within the meaning of section 501(c)(3) of the Internal Revenue Code, or corresponding section of any future federal tax code, or shall be distributed to the federal government, or to a state or local government, for a public purpose.

The date of this adoption of the foregoing amendment by the Board of Directors of this corporation was September 27, 2005.

(SEAL)

_James B. Sowell_
James B. Sowell, President

ATTEST:

Board Member

JACKSON 1082984v1

759106 NOV 28 05

# BUTLER, SNOW, O'MARA, STEVENS & CANNADA, PLLC

### ATTORNEYS AT LAW

POST OFFICE BOX 22567
JACKSON, MISSISSIPPI 39225-2567

AMSOUTH PLAZA
17TH FLOOR
210 EAST CAPITOL STREET
JACKSON, MISSISSIPPI 39201

TELEPHONE: (601) 948-5711
FACSIMILE: (601) 985-4500

www.butlersnow.com

November 28, 2005

Writer's Direct Number
(601) 985-4302

**VIA HAND DELIVERY**

Mississippi Secretary of State
Corporations Division
700 North Street
Jackson, MS 39202

      Re:    North Delta Planning & Development District, Inc.

Dear Sir:

    Enclosed herewith please find the duly executed Articles of Amendment for the above captioned corporation and a check in the amount of $50.00 in payment of your filing fees.  Please review the Articles of Amendment and, if they meet with your approval, file them of record in your office.  Please hold the "filed" stamped copy for the undersigned to be picked up by our messenger.

    If you have any questions or if you need any additional information with respect to this matter, please do not hesitate to contact us.

          Very truly yours,

          *Marcie Davant*

          Marcie D. Davant
          Legal Assistant

MDD:wp
Enclosures

::ODMA\MHODMA\Jackson;71361;1

JACKSON, MISSISSIPPI        GULFPORT, MISSISSIPPI        MEMPHIS, TENNESSEE

I O 2 I 6 O O 5 4

Business ID: 402246
Date Filed: 04/20/2009 08:00 AM
C. Delbert Hosemann, Jr.
Secretary of State

**F0012 - Page 1 of 3**

# OFFICE OF THE MISSISSIPPI SECRETARY OF STATE
**P.O. BOX 136, JACKSON, MS 39205-0136    (601) 359-1333**
## Articles of Amendment

The undersigned persons, pursuant to Section 79-4-10.06 (if a profit corporation) or Section 79-11-305 (if a nonprofit corporation) of the Mississippi Code of 1972, hereby execute the following document and set forth:

**1. Type of Corporation**

[ ] Profit          [X] Nonprofit

**2. Name of Corporation**

Southern Mississippi Planning and Development District,Inc

**3. The future effective date is
   (Complete if applicable)**

**4. Set forth the text of each amendment adopted. (Attach page)**

**5. If an amendment for a business corporation provides for an exchange, reclassification, or cancellation of issued shares, set forth the provisions for implementing the amendment if they are not contained in the amendment itself. (Attach page)**

**6. The amendment(s) was (were) adopted on**

February 11, 2009          Date(s)

FOR PROFIT CORPORATION (Check the appropriate box)

Adopted by [ ] the incorporators [ ] directors without shareholder action and shareholder action was not required.

FOR NONPROFIT CORPORATION (Check the appropriate box)

Adopted by [ ] the incorporators [X] board of directors without member action and member action was not required.

FOR PROFIT CORPORATION

**7. If the amendment was approved by shareholders**
(a) The designation, number of outstanding shares, number of votes entitled to be cast by each voting group entitled to vote separately on the amendment, and the number of votes of each voting group indisputably represented at the meeting were

| Designation | No. of outstanding shares | No. of votes entitled to be cast | No. of votes indisputably represented |
|---|---|---|---|
| | | | |

Rev. 01/96

102160054

**OFFICE OF THE MISSISSIPPI SECRETARY OF STATE**
P.O. BOX 136, JACKSON, MS 39205-0136     (601) 359-1333
**Articles of Amendment**

| | | | |
|---|---|---|---|
| | | | |

**(b) EITHER**
(i) the total number of votes cast for and against the amendment by each voting group entitled to vote separately on the amendment was

| Voting group | Total no. of votes cast FOR | Total no. of votes cast AGAINST |
|---|---|---|
| | | |
| | | |

**OR**
(ii) the total number of undisputed votes cast for the amendment by each voting group was

| Voting group | Total no. of undisputed votes cast FOR the plan |
|---|---|
| | |
| | |

and the number of votes cast for the amendment by each voting group was sufficient for approval by that voting group.

FOR NONPROFIT CORPORATION

**8. If the amendment was approved by the members**
(a) The designation, number of memberships outstanding, number of votes entitled to be cast by each class entitled to vote separately on the amendment, and the number of votes of each class indisputably represented at the meeting were

| Designation | No. of memberships outstanding | No. of votes entitled to be cast | No. of votes indisputably represented |
|---|---|---|---|
| | | | |
| | | | |

Rev. 01/96

I02I60054

**F0012 - Page 3 of 3**



**OFFICE OF THE MISSISSIPPI SECRETARY OF STATE**
P.O. BOX 136, JACKSON, MS 39205-0136    (601) 359-1333
**Articles of Amendment**

**(b) EITHER**

(i) the total number of votes cast for and against the amendment by each class entitled to vote separately on the amendment was

| Voting class | Total no. of votes cast FOR | Total no. of votes cast AGAINST |
|---|---|---|
|  |  |  |
|  |  |  |

**OR**

(ii) the total number of undisputed votes cast for the amendment by each class was

| Voting class | Total no. of undisputed votes cast FOR the amendment |
|---|---|
|  |  |
|  |  |

and the number of votes cast for the amendment by each voting group was sufficient for approval by that voting group.

By:    Signature                                                    (Please keep writing within blocks)

*Lynn Cartlidge*

Printed Name    Lynn Cartlidge        Title    President

Rev. 01/96

DX-016-022

102160054

RESOLUTION OF THE BOARD OF DIRECTORS

OF

SOUTHERN MISSISSIPPI PLANNING AND DEVELOPMENT DISTRICT, INC.

WHEREAS, Southern Mississippi Planning and Development District, Inc., a Mississippi non-profit corporation, (the "District") is desirous of Amending its Charter of Incorporation to reflect its current domicile; and

WHEREAS the District is further desirous of amending its Charter to expand the areas of the State of Mississippi for which it is authorized to provide civic improvement and economic development, housing and other benevolent activities and services and in which it may operate in doing so; and

WHEREAS the District has been requested by the State of Mississippi to provide certain services and perform certain functions in areas beyond those currently specified in the District's Charter of Incorporation as currently stated.

NOW, THEREFORE, BE IT RESOLVED:

1. That Section 3 of the Charter of Incorporation be amended to provide that the domicile of the corporation is at 9229 Highway 49, Gulfport, Mississippi 39503;

2. That Section 4 of the Charter of Incorporation, regarding the type of corporation as set out therein, is the same except the corporation is now organized to develop the State of Mississippi and its regions, including, but not limited to the following fifteen (15) counties: Covington, Forrest, George, Greene, Hancock, Harrison, Jackson, Jefferson Davis, Jones, Lamar, Marion, Pearl River, Perry, Stone and Wayne counties;

3. That Section 6 of the Charter of Incorporation be amended and enlarged to provide that the Corporation is now organized for the civic improvement, economic development, housing and other benevolent and/or charitable activities in the State of Mississippi and its regions, including, but not limited to the following fifteen (15) counties: Covington, Forrest, George, Greene, Hancock, Harrison, Jackson, Jefferson Davis, Jones, Lamar, Marion, Pearl River, Perry, Stone and Wayne counties;

4. That all other matters not specifically amended shall remain in full force and effect; and

5. That the Executive Director or his designee shall take such steps to have the Amendment of the Charter of Incorporation of Southern Mississippi Planning and Development District be filed and recorded with the Secretary of State of the State of Mississippi and such other offices as required by law.

102160054



M SOUTHERN MISSISSIPPI PLANNING AND DEVELOPMENT DISTRICT • 9229 HIGHWAY 49 • GULFPORT, MISSISSIPPI 39503 • (228) 868-2311 FAX (228) 868-7094

April 16, 2009

Office of the Mississippi Secretary of State
Attn:  Corporations Division
P. O. Box 136
Jackson, MS 39205-0136

Re:    Articles of Amendment to the Charter of Incorporation of
       Southern Mississippi Planning and Development District, Inc.,
       A non-profit corporation

Dear Sirs and Madams:

Enclosed with this letter please find for filing the original Articles of Amendment as set forth above.  We are also enclosing our check, numbered 011854, in the amount of $50.00 submitted in payment of the filing fees.

Also enclosed is an extra copy of the Articles of Amendment which we would appreciate your stamping "Filed" and returning to us.

If anything further is required of us, please let me know.

Sincerely,

William W. Abbott, Jr.
Director of Human Resources
And Special Project Manager

Enclosures (3)

www.smpdd.com

DX-016-024



## State of Mississippi

EXECUTIVE                    OFFICE

JACKSON

The within and foregoing Charter of Incorporation of

THREE RIVERS PLANNING & DEVELOPMENT DISTRICT

is hereby approved.

In testimony whereof, I have hereunto set my hand and caused the Great Seal of the State of Mississippi to be affixed this 12th day of October A. D. 1971.

Governor

By the Governor

Secretary of State

BOOK 191 PAGE 20

## THE CHARTER OF INCORPORATION
## THREE RIVERS PLANNING & DEVELOPMENT DISTRICT

1. The corporate title of said company is: Three Rivers Planning & Development District.

2. The names of the incorporators are:

| Name | Street & No. | City | State |
|------|-------------|------|-------|
| J. W. Kirkpatrick | Route 1 | Amory | Mississippi |
| Charles R. Gray | | Pontotoc | Mississippi |
| James A. King, III | | Egypt | Mississippi |

All of the incorporators are adult resident citizens of the State of Mississippi.

3. The domicile of the corporation is at Pontotoc, Pontotoc County, Mississippi.

4. The corporation is a non-profit, non-share civic improvement organization and shall not have any capital or stock.

5. The period of existence of the corporation shall be perpetual.

6. The purposes for which the corporation is created, not contrary to law, including a statement of the rights and powers that are to be exercised by said corporation, which said rights and powers shall be limited to those reasonably necessary to accomplish the stated purposes of the association being incorporated are:

(a) This corporation is organized as a non-profit, non-share, civic-improvement corporation and no member of the corporation shall receive any profit from the operation of the corporation. This corporation is organized for the civic improvement in the following eight counties comprising the District: Calhoun, Chickasaw, Itawamba, Lafayette, Lee, Monroe, Pontotoc and Union with the privilege of adding adjoining and adjacent counties upon request by the Board of Supervisors of any such adjoining or adjacent county.

(b) The qualifications for membership in this corpo-

ration shall be determined by its by-laws. Among those
eligible for membership, provided they meet the qualifi-
cations of membership as set forth in the by-laws, shall
be elected officials of public and private entities; mem-
bers to represent major business classifications and mem-
bers to represent minority groups; underemployed and un-
employed persons if any, and members to represent other
organizations and any other groups as provided in the by-
laws of this corporation.

(c) The representative or representatives from each
county may compose the membership of this corporation and
shall act in formulating plans and programs for adoption
in various areas in the district and the formulation of
an overall economic development plan for the district to
assist in alleviating the underemployed and unemployed of
the district.

(d) To carry out the purposes of this corporation,
within a reasonable time after the issuance of this
charter of incorporation, the members of the corporation
shall meet upon call of any one or more of the incorpo-
rators and organize the corporation under this charter
including the election of officers and directors and
make the report of organization of non-profit or non-
share corporation required by Section 5320 of the Mis-
sissippi Code Annotated of 1942, Recompiled, as Amended.

(e) This corporation may receive money, materials,
labor and any and all other real and personal property
from private individuals, private corporations, and any
and all city, county, state and federal governmental
agencies in any lawful manner, such receipts or acqui-
sitions as may be received by the corporation to be
expended under the direction of the Board of Directors
of the corporation. The corporation may exercise all
of the rights and powers herein specified, as well as
all others not contrary to law or the by-laws of the cor-
poration, including the right to sue and be sued and con-

6½ 191 ⅝ 32

plain and defend in its corporate name in all of the courts,
and to deal with the corporate assets in the manner as pro-
vided in the by-laws, not contrary to law, and, in general,
exercise all of the rights and powers reasonable necessary
to accomplish the stated purposes of the corporation and
which are not contrary to the laws and statutes of the
State of Mississippi applicable to nonprofit nonshare cor-
porations.

(f)  This corporation is formed for the further purpose
of receiving and taking advantage of all of the benefits
monetary and otherwise, provided or available under the
provisions of the Public Works and Economic Development
Act of 1965, Public Law 89-136, as promulgated by the
89th Congress of the United States of America, and all
subsequently enacted federal and state legislation re-
lated to such purposes, and the Appalachia Regional Develop-
ment Act of 1965, Public Law 89-4, as promulgated by the
89th Congress of the United States of America.

(g)  The corporation may adopt, alter and amend by-
laws, by majority vote of the membership at any regular
or special meeting to regulate the internal affairs of
the corporation and may specify the qualifications for
membership in the corporation including the officers,
directors, and agents to be elected and appointed and the
duties and responsibilities of each, including any other
matters which the members deem necessary to be set out in
such by-laws; and to levy and enforce collection of assess-
ments, as distinguised from dues, as provided in the by-laws.

7.  This corporation shall not be required to make
publication of its charter, shall issue no shares of stock, shall
divide no dividends or profits among its members, shall make
expulsion the only remedy for nonpayment of dues, shall vest
in each member the right to one vote in the election of all
officers, shall make the loss of membership by death or other-



BOOK 191 PAGE 34

wise, the termination of all interest of such members in the corporation assets, and there shall be no individual liabilities against the members for corporate debts, but the entire corporate property shall be liable for the claims of creditors. Upon dissolution of this corporation none of the assets of this corporation shall be distributed to or go to any member thereof, but same shall be distributed to those corporations exempt under the provisions of the United States Internal Revenue Code, to be selected by the membership.

BK 191 PG 81

## A RESOLUTION OF
## THREE RIVERS PLANNING & DEVELOPMENT DISTRICT

WHEREAS, Three Rivers Planning & Development District is an un-incorporated civic improvement society heretofore formed for the purpose of improving and enlarging on the economic development and civic improvement in the following counties: Calhoun, Chickasaw, Itawamba, Lafayette, Lee, Monroe, Pontotoc and Union as delineated in Executive Order No. 81, State of Mississippi, dated June 11, 1971, and,

WHEREAS, it is the desire of Three Rivers Planning & Development District that it organize and obtain a corporate charter or incorporation as a non-profit, non-share corporation under Section 5310.1 of the Mississippi Code Annotated of 1942 as amended;

NOW THEREFORE, BE IT RESOLVED that the following named eight (8) members in good standing of Three Rivers Planning & Development District who are all adult resident citizens of the State of Mississippi, be and they are hereby authorized and directed to apply for and secure from the appropriate officials of the State of Mississippi, a Charter of Incorporation for the Three Rivers Planning & Development District and to execute and deliver all necessary applications, certificates, and documents to accomplish said purpose as well as any and all other things necessary to secure approval thereof and effectuate the intent expressed in this resolution, to-wit:

(1) _____
(2) _____
(3) _____
(4) _____
(5) _____
(6) _____
(7) _____
(8) _____

RESOLVED on this the _____ day of _____, 19___

BOOK 191 PAGE 33

wise, the termination of all interest of such members in the
corporation assets, and there shall be no individual liabilities
against the members for corporate debts, but the entire corporate
property shall be liable for the claims of creditors. Upon dis-
solution of this corporation none of the assets of this corporation
shall be distributed to or go to any member thereof, but same shall
be distributed to those corporations exempt under the provisions
of the United States Internal Revenue Code, to be selected by the
membership.



### CERTIFICATE

I, Miss Kayron Wood, Secretary of Three Rivers Planning & Development District, do hereby certify that the above and foregoing is a true and correct copy of a resolution of Three Rivers Planning & Development District unanimously adopted and approved by the membership thereof on Sept. 20, 1971 in a regular business meeting as the same appears in the Minute Book of said association. I further certify that the Minute Book of said association is in my custody and that the resolution, as adopted, has not been repealed, amended or modified.

WITNESS MY SIGNATURE hereunto affixed this 20th day of September, 1971.

Kayron Wood
Secretary, Three Rivers Planning
& Development District

BOOK **191** PAGE **36**

Received at the office of the Secretary of State, this the 9th day of Oct

A.D. 19 71, together with the sum of $20.00 deposited to cover the recording fee, and referred to the Attorney General for his opinion.

*Heber Ladner*
SECRETARY OF STATE.

Jackson, Miss.

*october 9, 1971*

I have examined this _____ Charter of Incorporation, and am of the opinion that it is not violative of the Constitution and laws of this State, or of the United States.

*A. F. Summer*
ATTORNEY GENERAL

By *Maurice R. Black*
Assistant Attorney General.