The original will be
held by the Court until the
close of the case



# DX-21

Provided in Native Format for MadalanLennep_20_Pdf (1)_85990683_1