EXHIBIT NO. DX-22 evid.
CAUSE NO. 3:22cv734-DPJ-HSO-LHS
WITNESS _____
CLERK: _____ SHONE POWELL _____

FEB 26 2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
Candice Crone, REPORTER

# Mississippi House

| Name/Address | District/County | Party | Phone (W) | Phone (H) | Capitol Off/Phone and Email address |
|---|---|---|---|---|---|
| Shane Aguirre<br>709 Highland Circle<br>Tupelo, MS 38804 | District 17<br>Lee | Rep | | | saguirre@house.ms.gov |
| Brent D. Anderson<br>19033 Hwy 603<br>Kiln, MS 39556 | District 122<br>Hancock | Rep | | | banderson@house.ms.gov |
| Jeramey D. Anderson<br>P.O. Box 311<br>Escatawpa, MS 39562 | District 110<br>Jackson | Dem | (228) 285-8183 | | 400-F<br>(601) 359-2438<br>janderson@house.ms.gov |
| Otis L. Anthony II<br>P.O. Box 962<br>Indianola, MS 38751 | District 31<br>Sunflower, Bolivar | Dem | | (662) 452-5064 | oanthony@house.ms.gov |
| William Tracy Arnold<br>301 Wyninegar Rd.<br>Booneville, MS 38829 | District 3<br>Alcorn, Prentiss, Tishomingo | Rep | | (662) 728-9951 | 400-E<br>(601) 359-9390<br>warnold@house.ms.gov |
| Willie L. Bailey<br>P.O. Box 189<br>Greenville, MS 38702-0189 | District 49<br>Washington | Dem | | (662) 335-5310 | 100-C<br>(601) 359-3363<br>wbailey@house.ms.gov |
| Earle S. Banks<br>P.O. Box 2539<br>Jackson, MS 39215 | District 67<br>Hinds | Dem | (601) 713-2223 | (601) 355-5574 | 102-C<br>(601) 359-3399<br>ebanks@house.ms.gov |
| Shane Barnett<br>P.O. Box 621<br>Waynesboro, MS 39367 | District 86<br>Greene, Perry, Wayne | Rep | (601) 735-4047 | | 400-F<br>(601) 359-2426<br>sbarnett@house.ms.gov |
| Manly Barton<br>7905 Pecan Ridge<br>Moss Point, MS 39562 | District 109<br>George, Jackson | Rep | | (228) 588-2763 | 203<br>(601) 359-3014<br>mbarton@house.ms.gov |
| Christopher M. Bell<br>510 George St., Ste 239<br>Jackson, MS 39202 | District 65<br>Hinds | Dem | (601) 918-8633 | | 400-F<br>(601) 359-2461<br>cbell@house.ms.gov |
| Donnie Bell<br>836 Tucker Road<br>Fulton, MS 38843 | District 21<br>Itawamba, Monroe | Rep | | (662) 862-3385 | 400-A<br>(601) 359-3396<br>dbell@house.ms.gov |
| Richard Bennett<br>20108 Daugherty Rd.<br>Long Beach, MS 39560 | District 120<br>Harrison | Rep | | (228) 863-6483 | 201-M3<br>(601) 359-2860<br>rbennett@house.ms.gov |

**EXHIBIT DX-22**

| Name/Address | District/County | Party | Phone (W) | Phone (H) | Capitol Off/Phone and Email address |
|---|---|---|---|---|---|
| Lawrence Blackmon<br>907 W. Peace Street<br>Canton, MS 39046 | District 57<br>Madison | Dem | | | lblackmon@house.ms.gov |
| Chuck Blackwell<br>50 Blackwell Loop<br>Ellisville, MS 39437 | District 88<br>Jones | Rep | | | cblackwell@house.ms.gov |
| C. Scott Bounds<br>45 Carla Drive<br>Philadelphia, MS 39350 | District 44<br>Leake, Neshoba | Rep | | (601) 656-1765 | 115-B<br>(601) 359-3334<br>sbounds@house.ms.gov |
| Andy Boyd | District 37<br>Clay, Lowndes, Monroe | Rep | | | aboyd@house.ms.gov |
| Randy P. Boyd<br>P.O. Box 157<br>Mantachie, MS 38855 | District 19<br>Itawamba, Lee | Rep | (662) 231-0133 | (662) 282-4045 | 400-E<br>(601) 359-3373<br>rboyd@house.ms.gov |
| Bo Brown<br>P.O. Box 3434<br>Jackson, MS 39207 | District 70<br>Hinds | Dem | | (601) 366-4774 | bbrown@house.ms.gov |
| Elliot Burch<br>P. O. Box 1215<br>Lucedale, MS 39452 | District 105<br>Greene, Perry, George | Rep | | | eburch@house.ms.gov |
| Cedric Burnett<br>P.O. Box 961<br>Tunica, MS 38676 | District 9<br>Coahoma, DeSoto, Quitman, Tate, Tunica | Dem | (662) 363-2531 | | Bsmt<br>(601) 359-3259<br>cburnett@house.ms.gov |
| Grace Butler-Washington<br>P.O. Box 2035<br>Jackson, MS 39209 | District 69<br>Hinds | Dem | | | gbutlerwashington@house.ms.gov |
| Larry Byrd<br>17 Byrd Rd.<br>Petal, MS 39465 | District 104<br>Forrest | Rep | | (601) 544-1877 | 400-B<br>(601) 359-3337<br>lbyrd@house.ms.gov |
| Billy Adam Calvert<br>P.O. Box 5774<br>Meridian, MS 39302 | District 83<br>Kemper, Lauderdale, Newton | Rep | (601) 485-2447 | | bcalvert@house.ms.gov |
| Lester "Bubba" Carpenter<br>128 Jefferson Street<br>Burnsville, MS 38833 | District 1<br>Alcorn, Tishomingo | Rep | | (662) 427-8281 | Bsmt<br>(601) 359-4073<br>lcarpenter@house.ms.gov |
| Bryant W. Clark<br>271 Clark Road<br>Pickens, MS 39146 | District 47<br>Attala, Holmes, Yazoo | Dem | (662) 834-6133 | (662) 834-4074 | Bsmt B<br>(601) 359-2845<br>bclark@house.ms.gov |
| Angela Cockerham<br>P O Box 613<br>Magnolia, MS 39652 | District 96<br>Adams, Amite, Pike, Wilkinson | Ind | (601) 783-6600 | (601) 783-4979 | 201<br>(601) 359-3333<br>acockerham@house.ms.gov |

| Name/Address | District/County | Party | Phone (W) | Phone (H) | Capitol Off/Phone and Email address |
|---|---|---|---|---|---|
| Carolyn Crawford<br>23155 Stablewood Cir<br>Pass Christian, MS 39571 | District 121<br>Harrison | Rep | | (228) 452-5029 | 201-M7<br>(601) 359-2582<br>ccrawford@house.ms.gov |
| Sam J. Creekmore IV<br>1315 South Central Avenue<br>New Albany, MS 38652 | District 14<br>Union | Rep | (662) 534-9280 | | screekmore@house.ms.gov |
| Ronnie Crudup, Jr.<br>P.O. Box 7003<br>Jackson, MS 39282 | District 71<br>Hinds | Dem | (601) 371-1427 | | rcrudup@house.ms.gov |
| Becky Currie<br>407 Oliver Drive<br>Brookhaven, MS 39601 | District 92<br>Copiah, Lawrence, Lincoln | Rep | | (601) 833-5953 | 401-C<br>(601) 359-3131<br>bcurrie@house.ms.gov |
| Oscar Denton<br>5024 Rollingwood Est Dr.<br>Vicksburg, MS 39180 | District 55<br>Warren | Dem | | (601) 638-4007 | 400-F<br>(601) 359-2438<br>odenton@house.ms.gov |
| Clay Deweese<br>5006 Bluff Cove<br>Oxford, MS 38655 | District 12<br>Lafayette | Rep | (662) 281-1200 | | cdeweese@house.ms.gov |
| Jim Estrada<br>25732 Hwy 53<br>Saucier, MS 39574 | District 33<br>Harrison | Rep | | | jestrada@house.ms.gov |
| Dan Eubanks<br>P.O. Box 184<br>Walls, MS 38680 | District 25<br>DeSoto | Rep | (662) 374-0035 | | Bsmt<br>(601) 359-4082<br>deubanks@house.ms.gov |
| Casey Eure<br>11839 Sleeping Deer Lane<br>Saucier, MS 39574 | District 116<br>Harrison | Rep | (228) 297-2849 | (228) 297-2849 | 201-M5<br>(601) 359-9466<br>ceure@house.ms.gov |
| Bob Evans<br>P. O. Box 636<br>Monticello, MS 39654 | District 91<br>Covington, Jefferson Davis, Lawrence, Simpson | Dem | (601) 587-0615 | (601) 587-9313 | 400-F<br>(601) 359-2433<br>bevans@house.ms.gov |
| John G. Faulkner<br>P. O. Box 5995<br>Holly Springs, MS 38634 | District 5<br>Benton, Lafayette, Marshall | Dem | | | 400-F<br>(601) 359-2432<br>jfaulkner@house.ms.gov |
| Kevin W. Felsher<br>P.O. Box 4721<br>Biloxi, MS 39535 | District 117<br>Harrison | Rep | | | kfelsher@house.ms.gov |
| Jimmy Fondren<br>906 Convent Avenue<br>Pascagoula, MS 39567 | District 111<br>Jackson | Rep | (228) 762-5110 | | jfondren@house.ms.gov |
| Jill Ford<br>P.O. Box 1018<br>Jackson, MS 39215 | District 73<br>Madison | Rep | | | jford@house.ms.gov |

| Name/Address | District/County | Party | Phone (W) | Phone (H) | Capitol Off/Phone and Email address |
|---|---|---|---|---|---|
| Kevin Ford<br>206 Willow Way<br>Vicksburg, MS 39183 | District 54<br>Issaquena, Warren, Yazoo | Rep | (601) 218-8185 | | kford@house.ms.gov |
| Stephanie McKenzie Foster<br>120 Western Hills Drive<br>Jackson, MS 39212 | District 63<br>Hinds | Dem | | | sfoster@house.ms.gov |
| Justis Gibbs<br>1223 Hallmark Drive<br>Jackson, MS | District 72<br>Hinds | Dem | (601) 827-1691 | | jgibbs@house.ms.gov |
| Karl Gibbs<br>543 George Walker Rd.<br>West Point, MS 39773 | District 36<br>Chickasaw, Clay, Monroe, Otibbeha | Dem | | (662) 494-3669 | 400-F<br>(601) 359-3253<br>kgibbs@house.ms.gov |
| Zack Grady<br>11122 Wieck Road<br>D'Iberville, MS 39540 | District 115<br>Harrison | Rep | | | zgrady@house.ms.gov |
| Jeffrey S. Guice<br>P.O. Box 549<br>Ocean Springs, MS 39566 | District 114<br>Jackson | Rep | (228) 875-1114 | | Bsmt<br>(601) 359-2420<br>jguice@house.ms.gov |
| Jeff Hale<br>2303 Westwind Dr<br>Nesbit, MS 38651 | District 24<br>DeSoto | Rep | (901) 461-6673 | | 400-F<br>(601) 359-9395<br>jhale@house.ms.gov |
| Rodney Hall<br>P.O. Box 1301<br>Southaven, MS 38671 | District 20<br>DeSoto | Rep | | | rhall@house.ms.gov |
| Greg Haney<br>104-45th Street<br>Gulfport, MS 39507 | District 118<br>Harrison | Rep | (228) 380-1825 | | 400-F<br>(601) 359-3338<br>ghaney@house.ms.gov |
| Jeffery Harness<br>P.O. Box 758<br>Fayette, MS 39069 | District 85<br>Claiborne, Franklin, Jefferson, Warren | Dem | (601) 446-6769 | (601) 762-1947 | jharness@house.ms.gov |
| W. I. "Doc" Harris, Jr.<br>1966 Robertson Road<br>Hernando, MS 38632 | District 28<br>DeSoto | Rep | | | dharris@house.ms.gov |
| Josh Hawkins<br>1164 Avery Road<br>Batesville, MS 38606 | District 10<br>Panola, Lafayette | Rep | (662) 563-2223 | | jhawkins@house.ms.gov |
| John W. Hines<br>P. O. Box 114<br>Greenville, MS 38701 | District 50<br>Bolivar, Issaquena, Washington | Dem | (662) 334-9444 | (662) 335-9704 | 100-C<br>(601) 359-3285<br>jhines@house.ms.gov |
| Kenji Holloway<br>143 Yellow Creek Road<br>Carthage, MS 39501 | District 27<br>Leake, Scott, Madison, Attala | Dem | | | kholloway@house.ms.gov |

| Name/Address | District/County | Party | Phone (W) | Phone (H) | Capitol Off/Phone and Email address |
|---|---|---|---|---|---|
| Gregory Holloway, Sr.<br>115 Edgewood Dr.<br>Hazlehurst, MS 39083 | District 76<br>Copiah, Hinds | Dem | | (601) 894-4228 | 400-F<br>(601) 359-2435<br>gholloway@house.ms.gov |
| Joey Hood<br>P.O. Box 759<br>Ackerman, MS 39735 | District 35<br>Choctaw, Oktibbeha, Webster, Winston | Rep | (662) 285-4663 | (662) 547-9818 | 112-E<br>(601) 359-3742<br>jhood@house.ms.gov |
| Kevin Horan<br>P.O. Box 2166<br>Grenada, MS 38901 | District 34<br>Carroll, Grenada, Lafayette, Yalobusha | Rep | (662) 226-2185 | (662) 226-1817 | 400-F<br>(601) 359-3311<br>khoran@house.ms.gov |
| Steve Horne<br>5904 Causeyville Road<br>Meridian, MS 39301 | District 81<br>Clarke, Lauderdale, Newton | Rep | | (601) 644-9974 | 100-C<br>(601) 359-9392<br>shorne@house.ms.gov |
| Jeffrey Hulum, III<br>1410 Genevieve Drive<br>Gulfport, MS 39501 | District 119<br>Harrison | Dem | | | jhulum@house.ms.gov |
| Celeste Hurst<br>P. O. Box 475<br>Sandhill, MS 39161 | District 75<br>Madison, Rankin, Scott | Rep | | | churst@house.ms.gov |
| Keith K. Jackson<br>95 Zackery Road<br>Preston, MS 39354 | District 45<br>Kemper, Lauderdale, Winston, Neshoba | Dem | | | jkeith@house.ms.gov |
| Lataisha Jackson<br>P.O. Box 358<br>Como, MS 38619 | District 11<br>Panola, Tate | Dem | | (662) 526-1122 | 201-M7<br>(601) 359-3348<br>ljackson@house.ms.gov |
| Hester Jackson-McCray<br>3420 Laurelwood Street<br>Horn Lake, MS 38637 | District 40<br>DeSoto | Dem | | | hjackson-mccray@house.ms.gov |
| Timaka James-Jones<br>210 Central Avenue<br>Belzoni, MS 39037 | District 51<br>Humphreys, Sharkey, Holmes, Yazoo, Leflore | Dem | (622) 247-3065 | (662) 247-1827 | tjamesjones@house.ms.gov |
| Robert L. Johnson, III<br>P. O. Box 1678<br>Natchez, MS 39121 | District 94<br>Adams, Franklin, Jefferson | Dem | (601) 442-9371 | (601) 445-5690 | 102-C<br>(601) 359-3252<br>rjohnson@house.ms.gov |
| Kabir Karriem<br>1326 15th St. North<br>Columbus, MS 39701 | District 41<br>Lowndes | Dem | (662) 328-3063 | (662) 400-0873 | 400-F<br>(601) 359-3339<br>kkarriem@house.ms.gov |
| Justin Keen<br>14277 Flynn Valley S<br>Byhalia, MS 38611 | District 6<br>DeSoto | Rep | | | jkeen@house.ms.gov |
| Bill Kinkade<br>71 Peachtree Road<br>Byhalia, MS 38611 | District 52<br>DeSoto, Marshall | Rep | (901) 365-4830 | (901) 870-2726 | 112-C<br>(601) 359-3367<br>bkinkade@house.ms.gov |

Monday, January 15, 2024    Page 5 of 9

| Name/Address | District/County | Party | Phone (W) | Phone (H) | Capitol Off/Phone and Email address |
|---|---|---|---|---|---|
| Shane Aguirre<br>709 Highland Circle<br>Tupelo, MS 38804 | District 17<br>Lee | Rep | | | 102-C<br>(601) 359-3374<br>saguirre@house.ms.gov |
| Timmy Ladner<br>6 Michael D. Smith Rd<br>Poplarville, MS 39470 | District 93<br>Hancock, Pearl River, Stone | Rep | | (228) 518-0878 | 201-M7<br>(601) 359-2422<br>tladner@house.ms.gov |
| John Thomas "Trey" Lamar, III<br>214 South Ward Street<br>Senatobia, MS 38668 | District 8<br>Lafayette, Tate | Rep | (662) 562-6537 | (662) 562-0434 | 201<br>(601) 359-3343<br>jlamar@house.ms.gov |
| Jon Lancaster<br>463 CR 85<br>Houston, MS 38851 | District 22<br>Chickasaw, Monroe, Pontotoc | Rep | | (662) 631-5065 | jlancaster@house.ms.gov |
| Steve Lott<br>125 Ashton Drive<br>Lucedale, MS 39452 | District 107<br>George, Stone | Rep | | (601) 766-3053 | slott@house.ms.gov |
| Vince Mangold<br>1276 Wellman Dr. SE<br>Brookhaven, MS 39601 | District 53<br>Franklin, Lawrence, Lincoln, Pike | Rep | (601) 833-9155 | (601) 835-2681 | Bsmt<br>(601) 359-5140<br>vmangold@house.ms.gov |
| Clay Mansell<br>105 E. Main Street<br>Clinton, MS 39056 | District 56<br>Hinds, Madison | Rep | (601) 990-9511 | (601) 924-9059 | cmansell@house.ms.gov |
| Steve Massengill<br>424 Massengill Road<br>Hickory Flat, MS 38633 | District 13<br>Benton, Lafayette, Marshall, Pontotoc, Union | Rep | (662) 815-5000 | | 400-E<br>(601) 359-3353<br>smassengill@house.ms.gov |
| Bradford L Mattox<br>427 CR 560<br>Corinth, MS 38334 | District 2<br>Alcorn | Rep | (662) 594-8255 | | bmattox@house.ms.gov |
| Kent McCarty<br>13 Leaf Lane<br>Hattiesburg, MS 39402 | District 101<br>Lamar | Rep | (601) 550-2470 | | kmccarty@house.ms.gov |
| Missy W. McGee<br>P.O. Box 19089<br>Hattiesburg, MS 39404 | District 102<br>Forrest, Lamar | Rep | | | mmcgee@house.ms.gov |
| Jay McKnight<br>22160 Highway 53<br>Gulfport, MS 39503 | District 95<br>Harrison, Hancock | Rep | | | jmcknight@house.ms.gov |
| Dana Underwood McLean<br>332 Williamsburg Road<br>Columbus, MS 39705 | District 39<br>Lowndes, Monroe | Rep | | | dmclean@house.ms.gov |
| Jonathan McMillan<br>483 Cherry Hill Drive<br>Madison, MS 39110 | District 58<br>Madison | Rep | (601) 889-0020 | | jmcmillan@house.ms.gov |

| Name/Address | District/County | Party | Phone (W) | Phone (H) | Capitol Off/Phone and Email address |
|---|---|---|---|---|---|
| Carl L. Mickens<br>P.O. Box 427<br>Brooksville, MS 39739 | District 42<br>Kemper, Lowndes, Noxubee, Winston | Dem | (662) 425-1804 | (662) 726-9506 | 400-F<br>(601) 359-2439<br>cmickens@house.ms.gov |
| Sam C. Mims, V<br>605 Lakeshore Drive<br>McComb, MS 39648 | District 97<br>Adams, Amite, Franklin, Pike | Rep | | (601) 684-0281 | 104-B<br>(601) 359-3320<br>smims@house.ms.gov |
| Ken Morgan<br>1640 Highway 587<br>Morgantown, MS 39483 | District 100<br>Lamar, Marion | Rep | | (601) 736-9688 | 119-C<br>(601) 359-5334<br>kmorgan@house.ms.gov |
| Fabian Adonis Nelson<br>118 Byram Parkway, Ste. C<br>Byram, MS 39272 | District 66<br>Hinds | Dem | | | fnelson@house.ms.gov |
| Gene Newman<br>801 Country Place Drive<br>Pearl, MS 39208 | District 61<br>Rankin | Rep | | | gnewman@house.ms.gov |
| Karl Oliver<br>P.O. Box 95<br>Winona, MS 38967 | District 46<br>Carroll, Grenada, Leflore, Montgomery, Webster | Rep | (662) 283-2121 | | 400-F<br>(601) 359-2430<br>koliver@house.ms.gov |
| Solomon C. Osborne<br>216 Star Street<br>Greenwood, MS 38930 | District 32<br>Leflore | Dem | | (662) 453-9112 | sosborne@house.ms.gov |
| Jansen T. Owen<br>P.O. Box 249<br>Poplarville, MS 39470 | District 106<br>Pearl River, Lamar | Rep | (601) 746-5201 | | jowen@house.ms.gov |
| Orlando W. Paden<br>3731 Stovall Rd.<br>Clarksdale, MS 38614 | District 26<br>Bolivar, Coahoma, Sunflower | Dem | | | 400-F<br>(601) 359-2439<br>opaden@house.ms.gov |
| Bill Pigott<br>92 Pigott-Easterling Rd<br>Tylertown, MS 39667 | District 99<br>Lamar, Lawrence, Marion, Walthall | Rep | | (601) 303-0988 | 119-B<br>(601) 359-3332<br>bpigott@house.ms.gov |
| Daryl L. Porter, Jr.<br>P.O. Box 772<br>Summit, MS 39666 | District 98<br>Pike, Walthall | Dem | | | dporter@house.ms.gov |
| Brent Powell<br>P.O. Box 5454<br>Brandon, MS 39047 | District 59<br>Rankin | Rep | | | 119<br>(601) 359-3349<br>bpowell@house.ms.gov |
| John O. Read<br>2396 Robert Hiram Dr<br>Gautier, MS 39552 | District 112<br>Jackson | Rep | (228) 497-3845 | | 201-M2<br>(601) 359-3321<br>jread@house.ms.gov |
| Kimberly Remak<br>5240 Wedgewood Drive<br>Olive Branch, MS 38654 | District 7<br>DeSoto | Rep | | | kremak@house.ms.gov |

| Name/Address | District/County | Party | Phone (W) | Phone (H) | Capitol Off/Phone and Email address |
|---|---|---|---|---|---|
| Rob Roberson<br>212 East Main Street<br>Starkville, MS 39759 | District 43<br>Oktibbeha | Rep | (662) 324-3810 | (662) 418-2914 | 201-M7<br>(601) 359-9465<br>rroberson@house.ms.gov |
| Tracey T. Rosebud<br>P.O. Box 181<br>Tutwiler, MS 38963 | District 30<br>Tallahatchie,<br>Sunflower, Grenada | Dem | | | trosebud@house.ms.gov |
| Randy Rushing<br>P.O. Box 424<br>Decatur, MS 39327 | District 78<br>Leake, Newton, Scott | Rep | | (601) 635-2044 | 400-H<br>(601) 359-3371<br>rrushing@house.ms.gov |
| Robert L. Sanders<br>925 South Martin Luther King<br>Cleveland, MS 38732 | District 29<br>Bolivar, Sunflower | Dem | | (662) 719-9906 | rsanders@house.ms.gov |
| Noah L. Sanford<br>P.O. Box 1900<br>Collins, MS 39428 | District 90<br>Covington, Forrest,<br>Jefferson Davis,<br>Jones, Simpson | Rep | (601) 517-6622 | | 400-F<br>(601) 359-9489<br>nsanford@house.ms.gov |
| Donnie Scoggin<br>1203 Pine Street<br>Ellisville MS 39437 | District 89<br>Jones | Rep | (601) 477-8553 | (601) 319-5421 | dscoggin@house.ms.gov |
| Omeria Scott<br>615 East 19th St.<br>Laurel, MS 39440 | District 80<br>Clarke, Jasper, Jones | Dem | | (601) 649-7677 | Bsmt<br>(601) 359-4084<br>oscott@house.ms.gov |
| Fred Shanks<br>107 Lori Circle<br>Brandon, MS 39042 | District 60<br>Rankin | Rep | | (601) 540-0041 | fshanks@house.ms.gov |
| Troy Smith<br>320 Smith Ridge Lane<br>Enterprise, MS 39330 | District 84<br>Clarke, Jasper, Newton | Rep | | | tsmith@house.ms.gov |
| Andy Stepp<br>P.O. Box 656<br>Bruce, MS 38915 | District 23<br>Calhoun, Lafayette,<br>Pontotoc, Webster | Rep | (662) 983-4011 | | astepp@house.ms.gov |
| Jody Steverson<br>125 Woodridge<br>Ripley, MS 38663 | District 4<br>Alcorn, Tippah | Rep | (662) 837-9332 | (662) 837-0194 | 201-M7<br>(601) 359-3457<br>jsteverson@house.ms.gov |
| Zakiya Summers<br>P.O. Box 21210<br>Jackson, MS 39289 | District 68<br>Hinds, Rankin | Dem | (769) 224-0554 | | zsummers@house.ms.gov |
| Cheikh A. Taylor<br>383 Steele Road<br>Starkville, MS 39759 | District 38<br>Clay, Lowndes,<br>Oktibbeha | Dem | (662) 617-8125 | | ctaylor@house.ms.gov |
| Rickey W. Thompson<br>191 County Road 301<br>Shannon, MS 38868 | District 16<br>Chickasaw, Lee,<br>Monroe | Dem | | (662) 767-3480 | rthompson@house.ms.gov |

Monday, January 15, 2024

| Name/Address | District/County | Party | Phone (W) | Phone (H) | Capitol Off/Phone and Email address |
|---|---|---|---|---|---|
| Joseph Tubb<br>30 Pin Oak Lane<br>Purvis, MS 39475 | District 87<br>Lamar, Forest | Rep | (601) 336-3660 | | jtubb@house.ms.gov |
| Mark K. Tullos<br>P.O. Box 505<br>Raleigh MS 39153 | District 79<br>Jasper, Smith, Rankin, Scott | Rep | (601) 782-4587 | (601) 782-9167 | 400-F<br>(601) 359-2431<br>mtullos@house.ms.gov |
| Jerry R. Turner<br>1290 Carrollville Ave.<br>Baldwyn, MS 38824 | District 18<br>Lee, Prentiss | Rep | (662) 365-8484 | (662) 365-5135 | 119-A<br>(601) 359-9473<br>jturner@house.ms.gov |
| Lance Varner<br>1072 Hwy 462 South<br>Florence, MS 39073 | District 62<br>Rankin, Simpson, Cophiah | Rep | | | lvarner@house.ms.gov |
| Beth Luther Waldo<br>4004 Hwy 9 South<br>Pontotoc, MS 38863 | District 15<br>Pontotoc | Rep | | | bwaldo@house.ms.gov |
| Price Wallace<br>125 Price Wallace Drive<br>Mendenhall, MS 39114 | District 77<br>Rankin, Simpson | Rep | | (601) 847-5696 | pwallace@house.ms.gov |
| Percy W. Watson<br>P.O. Box 1767<br>Hattiesburg, MS 39403 | District 103<br>Forrest | Dem | (601) 545-1051 | (601) 544-6490 | 100-C<br>(601) 359-3354<br>pwatson@house.ms.gov |
| Jason White<br>P.O. Box 246<br>West, MS 39192 | District 48<br>Attala, Carroll, Holmes, Leake | Rep | (662) 289-8888 | (662) 967-2015 | 201<br>(601) 359-3359<br>jwhite@house.ms.gov |
| Stacey Hobgood Wilkes<br>P.O. Box 1165<br>Picayune MS 39466 | District 108<br>Pearl River | Rep | (601) 798-3334 | | swilkes@house.ms.gov |
| Lee Yancey<br>P.O. Box 4215<br>Brandon, MS 39047 | District 74<br>Rankin | Rep | | | lyancey@house.ms.gov |
| Shanda Yates<br>P.O. Box 16409<br>Jackson, MS 39236 | District 64<br>Hinds, Madison | Ind | (601) 487-6997 | | syates@house.ms.gov |
| Charles Young, Jr.<br>P.O. Box 5393<br>Meridian, MS 39302 | District 82<br>Lauderdale | Dem | (601) 693-1961 | | 400-F<br>(601) 359-2432<br>cyoung@house.ms.gov |
| H.B. "Hank" Zuber, III<br>503 Minor Lane<br>Ocean Springs, MS 39564 | District 113<br>Jackson | Rep | (228) 875-1097 | (228) 875-4866 | 402-C<br>(601) 359-3328<br>hzuber@house.ms.gov |