EXHIBIT NO. DX-23 evid.
CAUSE NO. 3:22cv734-DPJ-HSO-LHS
WITNESS
CLERK: SHONE POWELL

FEB 26 2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
Candice Crane, REPORTER

# House of Representatives
# Committee Listing

**Accountability, Efficiency, Transparency**
*Kevin Ford, Chairman; Daryl Porter, Vice-Chairman*
Members: Randy P. Boyd; Billy Adam Calvert; Ronnie C. Crudup; Becky Currie; Stacey Hobgood-Wilkes; Clay Mansell; Kent McCarty; Orlando Paden; Kimberly Remak

**Agriculture**
*Bill Pigott, Chairman; Vince Mangold, Vice-Chairman*
Members: C. Scott Bounds; Elliot Burch; Larry Byrd; Lester Carpenter; Karl Gibbs; Jeffery Harness; Josh Hawkins; Kenji Holloway; Gregory Holloway, Sr.; Keith Jackson; Justin Keen; Bill Kinkade; Jonathan Ray Lancaster; Steve Massengill; Brad Mattox; Dana McLean; Jonathan McMillan; Ken Morgan; Karl Oliver; Solomon C. Osborne; Jansen Owen; Tracey T. Rosebud; Robert L. Sanders; Donnie Scoggin; Rickey Thompson; Joesph Tubb; Mark Tullos; Jerry R. Turner; Lance Varner; Beth Luther Waldo; Price Wallace

**Apportionment and Elections**
*Noah Sanford, Chairman; Mark Tullos, Vice-Chairman*
Members: Willie Bailey; Lawrence Blackmon; Tamarra Butler-Washington; Angela Cockerham; Becky Currie; Dan Eubanks; Bob Evans; Jill Ford; Timaka James-Jones; Kent McCarty; Gene Newman; Jansen Owen; John Read; Price Wallace; Shanda Yates

**Appropriations A**
*John Read, Chairman; Angela Cockerham, Vice-Chairman*
Members: Brent Anderson; William Tracy Arnold; Manly Barton; Richard Bennett; C. Scott Bounds; Randy P. Boyd; Bryant W. Clark; Sam Creekmore IV; Becky Currie; Clay Deweese; Casey Eure; John G. Faulkner; Jeff Hale; John W. Hines, Sr.; Joey Hood; Lataisha Jackson; Vince Mangold; Steve Massengill; Missy McGee; Jay McKnight; Sam C. Mims, V; Karl Oliver; Orlando Paden; Bill Pigott; Rob Roberson; Randy Rushing; Donnie Scoggin; Omeria Scott; Jerry R. Turner; Percy W. Watson; Charles Young, Jr.

**Appropriations B**
*C. Scott Bounds, Chairman*
Members: Brent Anderson; Bryant W. Clark; Casey Eure; Jeff Hale; Lataisha Jackson; Orlando Paden; Bill Pigott; John Read

**Appropriations C**
*Clay Deweese, Chairman*
Members: Richard Bennett; Sam Creekmore IV; Becky Currie; Missy McGee; John Read; Omeria Scott; Jerry R. Turner; Charles Young, Jr.

**EXHIBIT DX-23**

**Appropriations D**
*Sam C. Mims, V, Chairman*
<u>Members</u>: Manly Barton; Angela Cockerham; John G. Faulkner; Joey Hood; Jay McKnight; John Read; Randy Rushing; Percy W. Watson

**Appropriations E**
*Karl Oliver, Chairman*
<u>Members</u>: William Tracy Arnold; Randy P. Boyd; John W. Hines, Sr.; Vince Mangold; Steve Massengill; John Read; Rob Roberson; Donnie Scoggin

**Banking and Financial Services**
*Shane Aguirre, Chairman; Andy Boyd, Vice-Chairman*
<u>Members</u>: Otis Anthony; William Tracy Arnold; Donnie Bell; Christopher M. Bell; Cedric Burnett; Jim Estrada; Dan Eubanks; Justis Gibbs; Jeff Hale; Rodney Hall; Josh Hawkins; John W. Hines, Sr.; Stacey Hobgood-Wilkes; Brad Mattox; Kent McCarty; Kimberly Remak; Jerry R. Turner; Lance Varner; Percy W. Watson

**Business and Commerce**
*Lee Yancey, Chairman; Billy Adam Calvert, Vice-Chairman*
<u>Members</u>: Shane Aguirre; Willie Bailey; Donnie Bell; Randy P. Boyd; Bryant W. Clark; Clay Deweese; Kevin Ford; Jeffrey S. Guice; Greg Haney; Josh Hawkins; Clay Mansell; Jonathan McMillan; Jansen Owen; Noah Sanford; Henry Zuber III

**Conservation and Water Resources**
*Timmy Ladner, Chairman; Josh Hawkins, Vice-Chairman*
<u>Members</u>: Randy P. Boyd; Billy Adam Calvert; Bryant W. Clark; Sam Creekmore IV; Bob Evans; Kenji Holloway; Justin Keen; Vince Mangold; Clay Mansell; Hester Jackson McCray; Jonathan McMillan; Ken Morgan; Bill Pigott; Price Wallace; Shanda Yates

**Constitution**
*Price Wallace, Chairman; Cheikh Taylor, Vice-Chairman*
<u>Members</u>: Charles Blackwell; Elliot Burch; Dan Eubanks; Rodney Hall; Keith Jackson; Fred Shanks; Shanda Yates

**Corrections**
*Becky Currie, Chairman; Charles Young, Jr., Vice-Chairman*
<u>Members</u>: Richard Bennett; Elliot Burch; Angela Cockerham; John G. Faulkner; Kevin Felsher; Zachary Grady; Kevin Horan; Celeste Hurst; Keith Jackson; Kabir Karriem; Carl Mickens; Gene Newman; Randy Rushing; Robert L. Sanders; Fred Shanks

**County Affairs**
*Larry Byrd, Chairman; Troy Smith, Vice-Chairman*
<u>Members</u>: Charles Blackwell; Andy Boyd; Elliot Burch; Carolyn Crawford; Karl Gibbs; Timaka James-Jones; Justin Keen; Solomon C. Osborne; Kimberly Remak; Rob Roberson; Randy Rushing; Robert L. Sanders; Donnie Scoggin; Zakiya Summers; Cheikh Taylor; Mark Tullos; Beth

...ushing; Robert L. Sanders; Dennis Coggin; Zakiya Summers; Cheikh Taylor; Mark Tullos; Beth Luther Waldo

**Drug Policy**
*Stacey Hobgood-Wilkes, Chairman; Christopher M. Bell, Vice-Chairman*
<u>Members</u>: Jeramey Anderson; Brent Anderson; Elliot Burch; Bryant W. Clark; Becky Currie; Oscar Denton; Jeffrey S. Guice; Kabir Karriem; Hester Jackson McCray; Andrew Stepp; Zakiya Summers; Beth Luther Waldo; Lee Yancey

**Education**
*Rob Roberson, Chairman; Kent McCarty, Vice-Chairman*
<u>Members</u>: Manly Barton; Richard Bennett; Charles Blackwell; Randy P. Boyd; Sam Creekmore IV; Becky Currie; Kevin Felsher; Jimmy Fondren; Stephanie Foster; Justis Gibbs; Zachary Grady; Jeffery Harness; Kenji Holloway; Gregory Holloway, Sr.; Celeste Hurst; Vince Mangold; Brad Mattox; Dana McLean; Carl Mickens; Jansen Owen; Kimberly Remak; Robert L. Sanders; Cheikh Taylor; Beth Luther Waldo; Percy W. Watson

**Energy**
*Jeff Hale, Chairman; Tracey T. Rosebud, Vice-Chairman*
<u>Members</u>: Otis Anthony; William Tracy Arnold; Shane Barnett; Christopher M. Bell; Cedric Burnett; Jim Estrada; Dan Eubanks; Kevin Ford; Karl Gibbs; Joey Hood; Timaka James-Jones; Justin Keen; Bill Kinkade; Steve Lott; Hester Jackson McCray; Jonathan McMillan; Carl Mickens; Bill Pigott; Brent Powell; Noah Sanford

**Enrolled Bills**
*Stephen A. Horne, Chairman; Rickey Thompson, Vice-Chairman*
<u>Members</u>: C. Scott Bounds; Sam C. Mims, V; Troy Smith

**Ethics**
*Vince Mangold, Chairman; Percy W. Watson, Vice-Chairman*
<u>Members</u>: Manly Barton; Angela Cockerham; Jill Ford; Kimberly Remak; Robert L. Sanders; Charles Young, Jr.

**Executive Contingent Fund**
*Carolyn Crawford, Chairman; Hester Jackson McCray, Vice-Chairman*
<u>Members</u>: Casey Eure; Stephen A. Horne; John Thomas "Trey" Lamar, III

**Forestry**
*Ken Morgan, Chairman; Jonathan McMillan, Vice-Chairman*
<u>Members</u>: Billy Adam Calvert; W.I. Harris; Keith Jackson; Justin Keen; Bill Kinkade; Timmy Ladner; Vince Mangold; Bill Pigott; Troy Smith

**Gaming**
*Casey Eure, Chairman; Jay McKnight, Vice-Chairman*
<u>Members</u>: Shane Aguirre; Brent Anderson; Willie Bailey; Cedric Burnett; Carolyn Crawford;

Oscar Denton; Kevin Felsher; Kevin Ford; Karl Gibbs; Zachary Grady; Jeffrey S. Guice; Jeffrey Hulum III; Robert L. Johnson III; Bill Kinkade; Hester Jackson McCray; Daryl Porter; Henry Zuber III

**Housing**
*Carl Mickens, Chairman; Orlando Paden, Vice-Chairman*
   Members: Randy P. Boyd; Clay Deweese; John W. Hines, Sr.; Fabian Nelson; Omeria Scott

**Insurance**
*Jerry R. Turner, Chairman; William Tracy Arnold, Vice-Chairman*
   Members: Otis Anthony; Earle S. Banks; Christopher M. Bell; Andy Boyd; Elliot Burch; Oscar Denton; Clay Deweese; Dan Eubanks; Jimmy Fondren; Kevin Ford; Jeff Hale; Jeffery Harness; Josh Hawkins; John W. Hines, Sr.; Stacey Hobgood-Wilkes; Jay McKnight; Jody Steverson; Lee Yancey; Henry Zuber III

**Interstate Cooperation**
*Cedric Burnett, Chairman; Robert L. Sanders, Vice-Chairman*
   Members: Stephen A. Horne; Steve Massengill; Bill Pigott; Tracey T. Rosebud; Omeria Scott

**Investigate State Offices**
*Randy P. Boyd, Chairman; Dan Eubanks, Vice-Chairman*
   Members: Jeramey Anderson; C. Scott Bounds; Stacey Hobgood-Wilkes; Stephen A. Horne; Lataisha Jackson; John Thomas "Trey" Lamar, III; Fred Shanks

**Judiciary A**
*Joey Hood, Chairman; Shanda Yates, Vice-Chairman*
   Members: Shane Aguirre; Earle S. Banks; Lawrence Blackmon; Charles Blackwell; Bryant W. Clark; Angela Cockerham; Jim Estrada; Kevin Felsher; Jimmy Fondren; Kevin Ford; Justis Gibbs; Jeffery Harness; Robert L. Johnson III; Clay Mansell; Karl Oliver; Rob Roberson; Robert L. Sanders; Noah Sanford; Andrew Stepp; Mark Tullos; Beth Luther Waldo; Percy W. Watson; Lee Yancey

**Judiciary B**
*Kevin Horan, Chairman; Jansen Owen, Vice-Chairman*
   Members: Jeramey Anderson; Shane Barnett; Bo Brown; Elliot Burch; Sam Creekmore IV; Casey Eure; Bob Evans; Jill Ford; Zachary Grady; Rodney Hall; Celeste Hurst; Lataisha Jackson; Keith Jackson; John Thomas "Trey" Lamar, III; Kent McCarty; Jay McKnight; Dana McLean; Fabian Nelson; Gene Newman; Daryl Porter; Donnie Scoggin; Rickey Thompson; Lance Varner

**Local and Private Legislation**
*Shane Barnett, Chairman; John W. Hines, Sr., Vice-Chairman*
   Members: Richard Bennett; Sam Creekmore IV; Jeff Hale; Lataisha Jackson; Kimberly Remak

**Management**
 *Manly Barton, Chairman; Steve Massengill, Vice-Chairman*
  Members: Shane Barnett; Donnie Bell; Lester Carpenter; John W. Hines, Sr.; Brent Powell; Rob Roberson; Tracey T. Rosebud; Jason White; Henry Zuber III

**Marine Resources**
 *Brent Anderson, Chairman; Jeffrey Hulum III, Vice-Chairman*
  Members: Jeramey Anderson; Larry Byrd; Carolyn Crawford; Kevin Felsher; Jimmy Fondren; Zachary Grady; Greg Haney; Timmy Ladner; Jay McKnight

**Medicaid**
 *Missy McGee, Chairman; Clay Mansell, Vice-Chairman*
  Members: Donnie Bell; Bo Brown; Bryant W. Clark; Becky Currie; Bob Evans; John W. Hines, Sr.; Joey Hood; Robert L. Johnson III; Sam C. Mims, V; Brent Powell; Rob Roberson; Donnie Scoggin; Omeria Scott; Andrew Stepp; Jerry R. Turner; Lee Yancey; Charles Young, Jr.

**Military Affairs**
 *Lester Carpenter, Chairman; Rodney Hall, Vice-Chairman*
  Members: Manly Barton; Larry Byrd; John G. Faulkner; Stephanie Foster; Karl Gibbs; W.I. Harris; Jeffrey Hulum III; Kabir Karriem; Fabian Nelson; Gene Newman; Bill Pigott; Randy Rushing; Mark Tullos

**Municipalities**
 *Randy Rushing, Chairman; Ronnie C. Crudup, Vice-Chairman*
  Members: Lawrence Blackmon; Tamarra Butler-Washington; John G. Faulkner; Stephanie Foster; Jeff Hale; Greg Haney; W.I. Harris; Timaka James-Jones; Kabir Karriem; Daryl Porter; Rob Roberson; Jody Steverson; Mark Tullos; Lance Varner; Shanda Yates

**Ports, Harbors and Airports**
 *Jeffrey S. Guice, Chairman; Willie Bailey, Vice-Chairman*
  Members: William Tracy Arnold; Lester Carpenter; Oscar Denton; Jimmy Fondren; Greg Haney; Jeffrey Hulum III; Robert L. Johnson III; Steve Lott; Brad Mattox

**Public Health and Human Services**
 *Sam Creekmore IV, Chairman; Kevin Felsher, Vice-Chairman*
  Members: Shane Aguirre; Christopher M. Bell; Tamarra Butler-Washington; Bryant W. Clark; Becky Currie; Dan Eubanks; Kevin Ford; John W. Hines, Sr.; Joey Hood; Kevin Horan; Jonathan Ray Lancaster; Steve Massengill; Missy McGee; Dana McLean; Sam C. Mims, V; Daryl Porter; Brent Powell; John Read; Noah Sanford; Donnie Scoggin; Omeria Scott; Fred Shanks; Andrew Stepp; Rickey Thompson; Beth Luther Waldo; Lee Yancey; Charles Young, Jr.

**Public Property**
 *Richard Bennett, Chairman; Gene Newman, Vice-Chairman*
  Members: Earle S. Banks; Ronnie C. Crudup; Oscar Denton; Kevin Felsher; Gregory

Holloway, Sr.; Lataisha Jackson; Timaka James-Jones; Bill Kinkade; Ken Morgan; Karl Oliver; John Read; Troy Smith; Price Wallace

**Public Utilities**
*Brent Powell, Chairman; Jonathan Ray Lancaster, Vice-Chairman*
<u>Members</u>: Brent Anderson; Earle S. Banks; C. Scott Bounds; Andy Boyd; Casey Eure; Karl Gibbs; Rodney Hall; Kenji Holloway; Joey Hood; Celeste Hurst; Steve Massengill; Jay McKnight; Carl Mickens; Solomon C. Osborne; Daryl Porter; Tracey T. Rosebud; Fred Shanks; Andrew Stepp; Jody Steverson; Cheikh Taylor; Lee Yancey

**Rules**
*Fred Shanks, Chairman; Bryant W. Clark, Vice-Chairman*
<u>Members</u>: Manly Barton; Sam Creekmore IV; Clay Deweese; Gregory Holloway, Sr.; Missy McGee; Jay McKnight; Jansen Owen; Jason White; Lee Yancey

**State Affairs**
*Henry Zuber III, Chairman; Robert L. Johnson III, Vice-Chairman*
<u>Members</u>: Willie Bailey; Donnie Bell; Bryant W. Clark; Joey Hood; Kevin Horan; Jonathan Ray Lancaster; Steve Massengill; Jansen Owen; Omeria Scott; Fred Shanks; Shanda Yates

**State Library**
*Karl Gibbs, Chairman; Stephanie Foster, Vice-Chairman*
<u>Members</u>: Greg Haney; Stephen A. Horne; Kabir Karriem

**Technology**
*Jill Ford, Chairman; John G. Faulkner, Vice-Chairman*
<u>Members</u>: Lawrence Blackmon; Larry Byrd; Jim Estrada; W.I. Harris; Celeste Hurst; Justin Keen; Clay Mansell; Fabian Nelson; Zakiya Summers

**Tourism**
*Greg Haney, Chairman; Oscar Denton, Vice-Chairman*
<u>Members</u>: Randy P. Boyd; Carolyn Crawford; Sam Creekmore IV; Ronnie C. Crudup; Jim Estrada; Kevin Felsher; Jill Ford; Justis Gibbs; Zachary Grady; W.I. Harris; Jeffrey Hulum III; Timaka James-Jones; Brad Mattox; Orlando Paden; Tracey T. Rosebud; Robert L. Sanders; Zakiya Summers; Joesph Tubb; Beth Luther Waldo

**Transportation**
*Steve Massengill, Chairman; Joesph Tubb, Vice-Chairman*
<u>Members</u>: Otis Anthony; William Tracy Arnold; Bo Brown; Larry Byrd; Lester Carpenter; Bryant W. Clark; Ronnie C. Crudup; Clay Deweese; Casey Eure; John G. Faulkner; Rodney Hall; Josh Hawkins; Stacey Hobgood-Wilkes; Kenji Holloway; Robert L. Johnson III; Justin Keen; Timmy Ladner; John Thomas "Trey" Lamar, III; Jonathan Ray Lancaster; Steve Lott; Vince Mangold; Missy McGee; Jonathan McMillan; Orlando Paden; Kimberly Remak; Rob Roberson; Randy Rushing; Troy Smith; Jody Steverson; Lance Varner; Price Wallace

**Universities and Colleges**
*Donnie Scoggin, Chairman; Gregory Holloway, Sr., Vice-Chairman*
Members: Jeramey Anderson; C. Scott Bounds; Randy P. Boyd; Tamarra Butler-Washington; Billy Adam Calvert; Carolyn Crawford; Clay Deweese; Jim Estrada; Casey Eure; John G. Faulkner; Stephanie Foster; W.I. Harris; Josh Hawkins; Celeste Hurst; Lataisha Jackson; Steve Lott; Kent McCarty; Missy McGee; Dana McLean; Orlando Paden; Rob Roberson; Robert L. Sanders; Cheikh Taylor; Lance Varner; Charles Young, Jr.

**Ways and Means**
*John Thomas "Trey" Lamar, III, Chairman; Jody Steverson, Vice-Chairman*
Members: Shane Aguirre; Otis Anthony; Willie Bailey; Earle S. Banks; Shane Barnett; Donnie