EXHIBIT NO. DX-24 evid.
CAUSE NO. 3:22cv734-DPJ-HSO-LHS
WITNESS
CLERK: SHONE POWELL

FEB 26 2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
Candice Crane, REPORTER

| | | | | | |
|---|---|---|---|---|---|
|  | **Mississippi State Senate 2024 - 2028**<br>**Post Office Box 1018**<br>**Jackson Mississippi 39215-1018** | | | | |
| **Juan Barnett**<br>P.O. Box 407<br>Heidelberg MS 39439 | **District 34**<br>Forrest, Jasper, Jones | Corrections (C); Enrolled Bills (V); Appropriations; Economic & Workforce Development; Energy; Judiciary A; Judiciary B; Public Health & Welfare; Wildlife, Fisheries & Parks | D | Room 405<br>S Office: (601) 359-2224 | jbarnett@senate.ms.gov |
| **Jason Barrett**<br>P.O. Box 729<br>Brookhaven MS 39601 | **District 39**<br>Amite, Franklin, Lawrence, Lincoln, Pike | Labor (C); Accountability, Efficiency & Transparency (V); Corrections; Finance; Highways & Transportation; Housing; Judiciary A, Judiciary B; Medicaid | R | Room 212-C<br>S Office: (601) 359-2886 | jbarrett@senate.ms.gov |
| **Andy Berry**<br>P.O. Box 1018<br>Jackson MS 39215 | **District 35**<br>Copiah, Jefferson Davis, Lawrence, Simpson | Agriculture (V); County Affairs; Economic & Workforce Development; Environmental Protection, Conservation & Water Resources; Finance; Forestry; Highways & Transportation; Investigate State Offices; Judiciary B | R | Room 212-C<br>S Office: (601) 359-2886 | aberry@senate.ms.gov |
| **Bradford Blackmon**<br>P.O. Box 105<br>Canton MS 39046 | **District 21**<br>Attala, Holmes, Leake, Madison | Technology (V); Finance; Highways & Transportation; Insurance; Judiciary A; Labor; Medicaid; Public Property | D | Room 405<br>S Office: (601) 359-2224 | bblackmon@senate.ms.gov |
| **Kevin Blackwell**<br>P.O. Box 1412<br>Southaven MS 38671 | **District 19**<br>DeSoto | Medicaid (C); Elections (V); Accountability, Efficiency & Transparency; Appropriations; Business & Financial Institutions; Constitution; Highways & Transportation; Public Health & Welfare | R | Room 215<br>S Office: (601) 359-2395 | kblackwell@senate.ms.gov |
| **David Blount**<br>P.O. Box 1018<br>Jackson MS 39215 | **District 29**<br>Hinds | Gaming (C); Education (V); Accountability; Efficiency & Transparency; Elections; Finance; Government Structure; Highways & Transportation; Medicaid; Public Health & Welfare | D | Room 407<br>S Office: (601) 359-2220 | dblount@senate.ms.gov |

**EXHIBIT DX-24**

| Name / Address | District | Committees | Party | Office | Email |
|---|---|---|---|---|---|
| Nicole Boyd<br>P.O. Box 1018<br>Jackson MS 39215 | District 9<br>Lafayette, Panola | Universities & Colleges (C); Medicaid (V); Business & Financial Institutions; County Affairs; Drug Policy; Education; Finance; Judiciary A | R | Room 212-C<br>S Office: (601) 359-2886 | nboyd@senate.ms.gov |
| Jenifer Branning<br>235 West Beacon Street<br>Philadelphia MS 39350 | District 18<br>Leake, Neshoba, Winston | Highways & Transportation (C); Government Structure (V); Accountability, Efficiency & Transparency; Appropriations; Business & Financial Institutions; Economic & Workforce Development; Forestry; Judiciary A | R | Room 212-C<br>S Office: (601) 359-2886 | jbranning@senate.ms.gov |
| Gary Brumfield<br>P.O. Box 1018<br>Jackson MS 39215 | District 38<br>Adams, Amite, Pike, Walthall, Wilkinson | Ethics (V); Corrections; Economic & Workforce Development; Finance; Forestry; Highways & Transportation; Ports & Marine Resources; Technology; Wildlife, Fisheries & Parks | D | Room 409<br>S Office: (601) 359-3237 | gbrumfield@senate.ms.gov |
| Hob Bryan<br>P.O. Box 75<br>Amory MS 38821 | District 7<br>Itawamba, Lee, Monroe | Public Health & Welfare (C); Constitution; Education; Elections; Finance; Highways & Transportation; Public Property; Wildlife, Fisheries & Parks | D | Room 215<br>S Office: (601)359-2395 | hbryan@senate.ms.gov |
| Albert Butler<br>P.O. Box 614<br>Port Gibson MS 39150 | District 37<br>Adams, Claiborne, Copiah, Franklin, Hinds, Jefferson | Investigate State Offices (C); Public Property (V); Accountability, Efficiency & Transparency; Agriculture; Appropriations; Ethics; Highways & Transportation; Tourism; Universities & Colleges | D | Room 405<br>S Office: (601) 359-2224 | abutler@senate.ms.gov |
| Joel R. Carter, Jr.<br>P.O. Box 1300<br>Gulfport MS 39502 | District 49<br>Harrison | Energy (C); Business & Financial Institutions; Economic & Workforce Development; Finance; Highways & Transportation; Municipalities; Ports & Marine Resources; Universities & Colleges | R | Room 215<br>Office: (601) 359-2395 | jcarter@senate.ms.gov |

| Name/Address | District | Committees | Party | Room/Office | Email |
|---|---|---|---|---|---|
| Lydia Chassaniol<br>P.O. Box 211<br>Winona MS 38967 | District 14<br>Attala, Carroll, Grenada, Leflore, Montgomery | Tourism (C); Corrections (V); Agriculture; Constitution; Elections; Energy; Finance; Gaming; Interstate & Federal Cooperation | R | Room 215<br>Office: (601) 359-2395 | lchassaniol@senate.ms.gov |
| Kathy L. Chism<br>P.O. Box 1018<br>Jackson MS 39215 | District 3<br>Benton, Marshall, Pontotoc, Prentiss, Union | Enrolled Bills; Ethics; Executive Contingent Fund; Investigate State Offices; Labor; State Library | R | Room 404<br>Office: (601) 359-3232 | kchism@senate.ms.gov |
| Dennis DeBar, Jr.<br>P.O. Box 1090<br>Leakesville MS 39451 | District 43<br>George, Greene, Wayne | Education (C); Appropriations; Energy; Gaming; Judiciary A; Judiciary B; Public Health & Welfare; Rules | R | Room 214-B<br>S Office: (601) 359-3221 | ddebar@senate.ms.gov |
| Scott DeLano<br>2310 19th Street<br>Gulfport, MS 39501 | District 50<br>Harrison | Environmental Protection, Conservation, & Water Resources (C); Universities & Colleges (V); Appropriations; Education; Highways & Transportation; Insurance; Ports & Marine Resources; Technology | R | Room 407<br>S Office: (601) 359-2220 | sdelano@senate.ms.gov |
| Jeremy England<br>P.O. Box 6363<br>Vancleave MS 39565 | District 51<br>Jackson | Elections (C); Ports & Marine Resources (V); Enrolled Bills; Finance; Highways & Transportation; Judiciary A; Judiciary B; Tourism; Wildlife, Fisheries & Parks | R | Room 409<br>S Office: (601) 359-3237 | jengland@senate.ms.gov |
| Joey Fillingane<br>8 Westbrook Drive<br>Sumrall MS 39482 | District 41<br>Covington, Lamar, Marion, Walthall | Judiciary B (C); Corrections; Drug Policy; Elections; Energy; Finance; Local & Private; Municipalities; Public Health & Welfare | R | Room 409<br>S Office: (601) 359-3237 | jfillingane@senate.ms.gov |
| Hillman T. Frazier<br>P.O. Box 1018<br>Jackson MS 39215 | District 27<br>Hinds | Interstate & Federal Cooperation (C); Appropriations; Constitution; Elections; Energy; Insurance; Public Health & Welfare; Rules; Universities & Colleges | D | Room: 407<br>S Office: (601) 359-2220 | hfrazier@senate.ms.gov |

| Name / Address | District | Committees | Party | Office | Email |
|---|---|---|---|---|---|
| Josh Harkins<br>P.O. Box 320374<br>Flowood MS 39232 | District 20<br>Rankin | Finance (C); Energy; Environmental Protection, Conservation & Water Resources; Highways & Transportation; Housing; Public Health & Welfare; Public Property; Universities & Colleges; Wildlife, Fisheries & Parks | R | Room 215<br>Office: (601) 359-2395 | jharkins@senate.ms.gov |
| Rod Hickman<br>2829 Jefferson Street<br>Macon MS 39341 | District 32<br>Kemper, Lauderdale, Noxubee, Winston | Municipalities (V); Appropriations; Business & Financial Institutions; Drug Policy; Education; Forestry; Judiciary B, Medicaid, Public Health & Welfare | D | Room 409<br>S Office: (601) 359-3237 | rhickman@senate.ms.gov |
| Angela Burks Hill<br>P.O. Box 1018<br>Jackson MS 39215 | District 40<br>Pearl River, Stone | Constitution (C); Drug Policy (V); Agriculture; Appropriations; Corrections; Investigate State Offices; Judiciary B; Municipalities; Public Health & Welfare | R | Room 404<br>S Office: (601) 359-3232 | ahill@senate.ms.gov |
| Briggs Hopson<br>1201 Cherry Street<br>Vicksburg MS 39183 | District 23<br>Issaquena, Madison, Warren, Yazoo | Appropriations (C); Accountability, Efficiency & Transparency; Education; Energy; Judiciary A; Ports & Marine Resources; Public Health & Welfare; Universities & Colleges | R | Room 214-B<br>Office: (601) 359-3250 | bhopson@senate.ms.gov |
| John Horhn<br>P.O. Box 2030<br>Jackson MS 39225 | District 26<br>Hinds, Madison | Housing (C); Veterans & Military Affairs (V); Business & Financial Institution; Energy; Finance; Labor; Medicaid; Tourism | D | Room 215<br>S Office: (601) 359-2395 | jhorhn@senate.ms.gov |
| Reginald Jackson<br>P.O. Box 258<br>Marks MS 38646 | District 11<br>Coahoma, DeSoto, Quitman, Tate, Tunica | State Library (V); Agriculture; Appropriations; Corrections; County Affairs; Drug Policy; Environmental Protection, Conservation & Water Resources, Ethics, Gaming | D | Room 404<br>S Office: (601) 359-3232 | rjackson@senate.ms.gov |
| Chris Johnson<br>P.O. Box 18247<br>Hattiesburg MS 39404 | District 45<br>Forrest, Perry | Government Structure (C); Finance (V); Constitution; Economic & Workforce Development; Insurance; Investigate State Offices; Medicaid; Public Health & Welfare; Public Property | R | Room 407<br>S Office: (601) 359-2220 | chjohnson@senate.ms.gov |

| Name | District | Committees | Party | Office | Email |
|---|---|---|---|---|---|
| David L. Jordan<br>P.O. Box 8173<br>Greenwood MS 38930 | District 24<br>Leflore, Panola, Tallahatchie | Enrolled Bills (C); Agriculture; Drug Policy; Environmental Protection, Conservation & Water Resources; Finance; Housing; Municipalities; State Library; Veterans & Military Affairs | D | Room 405<br>S Office: (601) 359-2224 | djordan@senate.ms.gov |
| Dean Kirby<br>P.O. Box 54099<br>Pearl MS 39288 | District 30<br>Rankin | Rules (C); Corrections; County Affairs; Ethics; Finance; Insurance; Interstate & Federal Cooperation; Judiciary A; Municipalities | R | Room 307<br>S Office: (601) 359-4089 | dkirby@senate.ms.gov |
| Philman Ladner<br>P.O. Box 1018<br>Jackson MS 39215 | District 46<br>Hancock, Harrison | Wildlife, Fisheries & Parks (V); Agriculture; Finance; Gaming; Municipalities; Ports & Marine Resources; Public Property; Tourism | R | Room 213<br>Office: (601) 359-4088 | pladner@senate.ms.gov |
| Tyler McCaughn<br>P.O. Box 28<br>Newton MS 39345 | District 31<br>Lauderdale, Newton, Rankin, Scott | Forestry (C); Judiciary A (V); Agriculture; Appropriations; Energy; Government Structure; Judiciary B; Universities & College | R | Room 407<br>S Office: (601) 359-2220 | tmccaughn@senate.ms.gov |
| Michael W. McLendon<br>P.O. Box 1018<br>Jackson MS 39215 | District 1<br>DeSoto | State Library (C); Insurance (V); Appropriatons; Education; Environmental Protection, Conservation & Water Resources; Gaming; Labor; Veterans & Military Affairs; Wildlife, Fisheries & Parks | R | Room 404<br>S Office: (601) 359-3232 | mmclendon@senate.ms.gov |
| Chad McMahan<br>P.O. Box 1018<br>Jackson MS 39215 | District 6<br>Lee | Municipalities (C); Business & Financial Institutions (V); Education; Energy; Executive Contingent Fund; Finance; Insurance; Medicaid; Public Health & Welfare | R | Room 212-C<br>S Office: (601) 359-2886 | cmcmahan@senate.ms.gov |
| J. Walter Michel<br>241 Richardson Road<br>Ridgeland MS 39157 | District 25<br>Hinds, Madison | Insurance (C); Rules (V); Appropriations; Energy; Forestry; Housing; Interstate & Federal Cooperation; Universities & Colleges; Veterans & Military Affairs | R | Room 212-C<br>S Office: (601) 359-2886 | wmichel@senate.ms.gov |

| Name/Address | District | Committees | Party | Office | Email |
|---|---|---|---|---|---|
| **Sollie B. Norwood**<br>P.O. Box 20192<br>Jackson MS 39289 | District 28<br>Hinds | Executive Contingent Fund (C); Interstate and Federal Cooperation (V); Appropriations; Education; Government Structure; Judiciary B; Municipalities; Tourism; Universities & Colleges | D | Room 405<br>S Office: (601) 359-2224 | snorwood@senate.ms.gov |
| **David L. Parker**<br>6947 Crumpler Blvd.<br>Olive Branch MS 38654 | District 2<br>DeSoto | Accountability, Efficiency & Transparency (C); Public Health & Welfare (V); Appropriations; Drug Policy; Economic & Workforce Development; Education; Elections; Government Structure; Judiciary A | R | Room 213<br>Office: (601) 359-4088 | dparker@senate.ms.gov |
| **Rita Potts Parks**<br>P.O. Box 303<br>Corinth MS 38835 | District 4<br>Alcorn, Tippah | Local & Private (C); Highways & Transportation (V); Appropriations; Business & Financial Institutions; County Affairs; Energy; Investigate State Offices; Medicaid; Public Health & Welfare | R | Room 404<br>S Office:(601)359-3232 | rparks@senate.ms.gov |
| **John Polk**<br>P.O. Box 1018<br>Jackson MS 39215 | District 44<br>Lamar | Business & Financial Institutions (C); Appropriations (V); Education; Environmental Protection, Conservation & Water Resources; Finance; Medicaid; Public Health & Welfare; Universities & Colleges | R | Room 212-C<br>S Office: (601) 359-2886 | jpolk@senate.ms.gov |
| **Brian Rhodes**<br>P.O. Box 1018<br>Jackson MS 39215 | District 36<br>Rankin, Smith | Forestry (V); Agriculture; County Affairs; Drug Policy; Finance; Highways & Transportation; Insurance; Labor; Technology | R | Room 213<br>Office: (601) 359-4088 | brhodes@senate.ms.gov |
| **Robin Robinson**<br>P.O. Box 1963<br>Laurel MS 39441 | District 42<br>Forrest, Greene, Jones, Wayne | Tourism (V); Appropriations; Drug Policy; Economic & Workforce Development; Education; Environmental Protection, Conservation & Water Resources; Municipalities; Technology; Veterans & Military Affairs | R | Room 407<br>S Office: (601) 359-2220 | rrobinson@senate.ms.gov |

| Name & Address | District | Committees | Party | Office | Email |
|---|---|---|---|---|---|
| Joseph M. "Mike" Seymour<br>P.O. Box 1018<br>Jackson MS 39215 | District 47<br>Harrison, Jackson, Stone | Ethics (C); County Affairs (V); Agriculture; Appropriations; Forestry; Investigate State Offices; Ports & Marine Resources; Wildlife, Fisheries & Parks | R | Room 405<br>S Office: (601) 359-2224 | mseymour@senate.ms.gov |
| Derrick T. Simmons<br>P.O. Box 1854<br>Greenville MS 38702 | District 12<br>Bolivar, Coahoma, Washington | County Affairs (C); Constitution (V); Finance; Gaming; Judiciary A; Judiciary B; Municipalities; Ports & Marine Resources | D | Room 405<br>S Office: (601) 359-2224 | dsimmons@senate.ms.gov |
| Sarita Simmons<br>P.O. Box 1813<br>Cleveland MS 38732 | District 13<br>Bolivar, Sunflower, Tallahatchie | Investigate State Offices (V); Agriculture; Appropriations; Corrections; Education;Ethics; Housing; Labor;Tourism | D | Room 404<br>S Office: (601) 359-3232 | ssimmons@senate.ms.gov |
| Daniel Sparks<br>P.O. Box 218<br>Belmont MS 38827 | District 5<br>Itawamba, Prentiss, Tishomingo | Economic & Workforce Development (C); Judiciary B (V); Business & Financial Institutions; Corrections; Drug Policy; Finance; Government Structure; Ports & Marine Resources; Universities & Colleges | R | Room 409<br>S Office: (601) 359-3237 | dsparks@senate.ms.gov |
| Benjamin Suber<br>P.O. Box 8<br>Bruce MS 38915 | District 8<br>Calhoun, Chickasaw, Lafayette, Pontotoc, Yalobusha | Public Property (C); Economic & Workforce Development (V); Accountability, Efficiency & Transparency; Business & Financial Institution; Constitution; Finance; Insurance; Judiciary B; Wildlife, Fisheries & Parks | R | Room 213<br>S Office: (601) 359-4088 | bsuber@senate.ms.gov |
| Jeff Tate<br>P.O. Box 1005<br>Meridian MS 39302 | District 33<br>Clarke, Lauderdale | Veterans & Military Affairs (C); Housing (V); Appropriations; Elections; Highways & Transportation; Local & Private; Public Health & Welfare; Technology; Tourism | R | Room 405<br>S Office: (601) 359-2224 | jtate@senate.ms.gov |
| Joseph C. Thomas, Sr.<br>P.O. Box 524<br>Yazoo City MS 39194 | District 22<br>Humphreys, Madison, Sharkey, Yazoo | Labor (V); Business & Financial Institution; Corrections; Finance; Forestry; Insurance; Investigate State Offices; Judiciary B | D | Room 404<br>S Office: (601) 359-3232 | jthomas@senate.ms.gov |

| Name/Address | District | Committees | Party | Office | Email |
|---|---|---|---|---|---|
| Mike Thompson<br>P.O. Box 280<br>Gulfport MS 39502 | District 48<br>Hancock, Harrison | Ports & Marine Resources (C); Environmental Protection, Conservation & Water Resources (V); Accountability, Efficiency & Transparency; Appropriations; Constitution; Enrolled Bills; Gaming; Judiciary A; Veterans & Military Affairs | R | Room 213<br>S Office: (601) 359-4088 | mthompson@senate.ms.gov |
| Angela Turner Ford<br>P.O. Drawer 1500<br>West Point MS 39773 | District 16<br>Clay, Lowndes, Noxubee, Oktibbeha | Drug Policy (C); Executive Contingent Fund (V); Accountability, Efficiency & Transparency; Appropriations; County Affairs; Environmental Protection, Conservation & Water Resources; Judiciary A; Local & Private; Public Health & Welfare | D | Room 409<br>S Office: (601) 359-3237 | aford@senate.ms.gov |
| Neil S. Whaley<br>P.O. Box 1018<br>Jackson MS 39215 | District 10<br>Lafayette, Marshall, Tate, Union | Wildlife, Fisheries & Parks (C); Local & Private (V); Agriculture; Business & Financial Institution; Ethics; Finance; Highways & Transportation; Insurance; Rules | R | Room 213<br>S Office: (601) 359-4088 | nwhaley@senate.ms.gov |
| Brice Wiggins<br>1201 Farnsworth Avenue<br>Pascagoula MS 39567 | District 52<br>Jackson | Judiciary A (C); Appropriations; Education; Executive Contingent Fund; Judiciary B; Labor; Ports & Marine Resources; Public Health & Welfare; Tourism | R | Room 409<br>S Office: (601) 359-3237 | bwiggins@senate.ms.gov |
| Bart Williams<br>3111 Old Hwy 12<br>Starkville MS 39759 | District 15<br>Choctaw, Montgomery, Oktibbeha, Webster | Technology (C); Energy (V); Accountability, Efficiency & Transparency; Appropriations; Economic & Workforce Development; Environmental Protection, Conservation & Water Resources; Highways & Transportation; Tourism; Universities & Colleges | R | Room 213<br>S Office: (601) 359-4088 | bwilliams@senate.ms.gov |
| Charles A. "Chuck" Younger<br>P.O. Box 1018<br>Jackson MS 39215 | District 17<br>Lowndes, Monroe, Oktibbeha | Agriculture (C); Gaming (V); Energy; Ethics; Finance; Highways & Transportation; Insurance; State Library; Wildlife, Fisheries & Parks | R | Room 404<br>S Office: (601) 359-3232 | cyounger@senate.ms.gov |