EXHIBIT NO. DX-25 evid.
CAUSE NO. 3:22cv734-DPJ-HSO-LHS
WITNESS:
CLERK: SHONE POWELL

FEB 26 2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
Candice Crane, REPORTER

# Mississippi State Senate
# Committee Listing

**Accountability, Efficiency, Transparency**
*David Parker, Chairman; Jason Barrett, Vice-Chairman*
  Members: Kevin Blackwell; David Blount; Jenifer B. Branning; Albert Butler; Briggs Hopson; Benjamin Suber; Mike Thompson; Angela Turner-Ford; Bart Williams

**Agriculture**
*Chuck Younger, Chairman; Andy Berry, Vice-Chairman*
  Members: Albert Butler; Lydia Graves Chassaniol; Angela Burks Hill; Reginald Jackson; David Jordan; Philman Ladner; Tyler McCaughn; Brian Rhodes; Joseph M. Seymour; Sarita Simmons; Neil S. Whaley

**Appropriations**
*Briggs Hopson, Chairman; John A. Polk, Vice-Chairman*
  Members: Juan Barnett; Kevin Blackwell; Jenifer B. Branning; Albert Butler; Dennis DeBar, Jr.; Scott DeLano; Hillman Terome Frazier; Rod Hickman; Angela Burks Hill; Reginald Jackson; Tyler McCaughn; Michael McLendon; J. Walter Michel; Sollie B. Norwood; David Parker; Rita Potts Parks; Robin Robinson; Joseph M. Seymour; Sarita Simmons; Jeff Tate; Mike Thompson; Angela Turner-Ford; Brice Wiggins; Bart Williams

**Business and Financial Institutions**
*John A. Polk, Chairman; Chad McMahan, Vice-Chairman*
  Members: Kevin Blackwell; Nicole Boyd; Jenifer B. Branning; Joel R. Carter, Jr.; Rod Hickman; John Horhn; Rita Potts Parks; Daniel H. Sparks; Benjamin Suber; Joseph Thomas; Neil S. Whaley

**Constitution**
*Angela Burks Hill, Chairman; Derrick T. Simmons, Vice-Chairman*
  Members: Kevin Blackwell; Hob Bryan; Lydia Graves Chassaniol; Hillman Terome Frazier; Chris Johnson; Benjamin Suber; Mike Thompson

**Corrections**
*Juan Barnett, Chairman; Lydia Graves Chassaniol, Vice-Chairman*
  Members: Jason Barrett; Gary Brumfield; Joey Fillingane; Angela Burks Hill; Reginald Jackson; Dean Kirby; Sarita Simmons; Daniel H. Sparks; Joseph Thomas

**County Affairs**
*Derrick T. Simmons, Chairman; Joseph M. Seymour, Vice-Chairman*
  Members: Andy Berry; Nicole Boyd; Reginald Jackson; Dean Kirby; Rita Potts Parks; Brian Rhodes; Angela Turner-Ford

**EXHIBIT DX-25**

**Drug Policy**
*Angela Turner-Ford, Chairman; Angela Burks Hill, Vice-Chairman*
<u>Members</u>: Nicole Boyd; Joey Fillingane; Rod Hickman; Reginald Jackson; David Jordan; David Parker; Brian Rhodes; Robin Robinson; Daniel H. Sparks

**Economic and Workforce Development**
*Daniel H. Sparks, Chairman; Benjamin Suber, Vice-Chairman*
<u>Members</u>: Juan Barnett; Andy Berry; Jenifer B. Branning; Gary Brumfield; Joel R. Carter, Jr.; Chris Johnson; David Parker; Robin Robinson; Bart Williams

**Education**
*Dennis DeBar, Jr., Chairman; David Blount, Vice-Chairman*
<u>Members</u>: Nicole Boyd; Hob Bryan; Scott DeLano; Rod Hickman; Briggs Hopson; Michael McLendon; Chad McMahan; Sollie B. Norwood; David Parker; John A. Polk; Robin Robinson; Sarita Simmons; Brice Wiggins

**Elections**
*Jeremy England, Chairman; Kevin Blackwell, Vice-Chairman*
<u>Members</u>: David Blount; Hob Bryan; Lydia Graves Chassaniol; Joey Fillingane; Hillman Terome Frazier; David Parker; Jeff Tate

**Energy**
*Joel R. Carter, Jr., Chairman; Bart Williams, Vice-Chairman*
<u>Members</u>: Juan Barnett; Lydia Graves Chassaniol; Dennis DeBar, Jr.; Joey Fillingane; Hillman Terome Frazier; Josh Harkins; Briggs Hopson; John Horhn; Tyler McCaughn; Chad McMahan; J. Walter Michel; Rita Potts Parks; Chuck Younger

**Enrolled Bills**
*David Jordan, Chairman; Juan Barnett, Vice-Chairman*
<u>Members</u>: Kathy L. Chism; Jeremy England; Mike Thompson

**Environment Prot, Cons and Water Res**
*Scott DeLano, Chairman; Mike Thompson, Vice-Chairman*
<u>Members</u>: Andy Berry; Josh Harkins; Reginald Jackson; David Jordan; Michael McLendon; John A. Polk; Robin Robinson; Angela Turner-Ford; Bart Williams

**Ethics**
*Joseph M. Seymour, Chairman; Gary Brumfield, Vice-Chairman*
<u>Members</u>: Albert Butler; Kathy L. Chism; Reginald Jackson; Dean Kirby; Sarita Simmons; Neil S. Whaley; Chuck Younger

**Executive Contingent Fund**
*Sollie B. Norwood, Chairman; Angela Turner-Ford, Vice-Chairman*
<u>Members</u>: Kathy L. Chism; Chad McMahan; Brice Wiggins

~~Members: Kathy L. Chism; Chad McMahan; Brice Wiggins~~

### Finance
*Josh Harkins, Chairman; Chris Johnson, Vice-Chairman*
<u>Members</u>: Jason Barrett; Andy Berry; Bradford Blackmon; David Blount; Nicole Boyd; Gary Brumfield; Hob Bryan; Joel R. Carter, Jr.; Lydia Graves Chassaniol; Jeremy England; Joey Fillingane; John Horhn; David Jordan; Dean Kirby; Philman Ladner; Chad McMahan; John A. Polk; Brian Rhodes; Derrick T. Simmons; Daniel H. Sparks; Benjamin Suber; Joseph Thomas; Neil S. Whaley; Chuck Younger

### Forestry
*Tyler McCaughn, Chairman; Brian Rhodes, Vice-Chairman*
<u>Members</u>: Andy Berry; Jenifer B. Branning; Gary Brumfield; Rod Hickman; J. Walter Michel; Joseph M. Seymour; Joseph Thomas

### Gaming
*David Blount, Chairman; Chuck Younger, Vice-Chairman*
<u>Members</u>: Lydia Graves Chassaniol; Dennis DeBar, Jr.; Reginald Jackson; Philman Ladner; Michael McLendon; Derrick T. Simmons; Mike Thompson

### Government Structure
*Chris Johnson, Chairman; Jenifer B. Branning, Vice-Chairman*
<u>Members</u>: David Blount; Tyler McCaughn; Sollie B. Norwood; David Parker; Daniel H. Sparks

### Highways and Transportation
*Jenifer B. Branning, Chairman; Rita Potts Parks, Vice-Chairman*
<u>Members</u>: Jason Barrett; Andy Berry; Bradford Blackmon; Kevin Blackwell; David Blount; Gary Brumfield; Hob Bryan; Albert Butler; Joel R. Carter, Jr.; Scott DeLano; Jeremy England; Josh Harkins; Brian Rhodes; Jeff Tate; Neil S. Whaley; Bart Williams; Chuck Younger

### Housing
*John Horhn, Chairman; Jeff Tate, Vice-Chairman*
<u>Members</u>: Jason Barrett; Josh Harkins; David Jordan; J. Walter Michel; Sarita Simmons

### Insurance
*J. Walter Michel, Chairman; Michael McLendon, Vice-Chairman*
<u>Members</u>: Bradford Blackmon; Scott DeLano; Hillman Terome Frazier; Chris Johnson; Dean Kirby; Chad McMahan; Brian Rhodes; Benjamin Suber; Joseph Thomas; Neil S. Whaley; Chuck Younger

### Interstate and Federal Cooperation
*Hillman Terome Frazier, Chairman; Sollie B. Norwood, Vice-Chairman*
<u>Members</u>: Lydia Graves Chassaniol; Dean Kirby; J. Walter Michel

### Investigate State Offices

*Albert Butler, Chairman; Sarita Simmons, Vice-Chairman*
   Members: Andy Berry; Kathy L. Chism; Angela Burks Hill; Chris Johnson; Rita Potts Parks; Joseph M. Seymour; Joseph Thomas

**Judiciary, Division A**
   *Brice Wiggins, Chairman; Tyler McCaughn, Vice-Chairman*
   Members: Juan Barnett; Jason Barrett; Bradford Blackmon; Nicole Boyd; Jenifer B. Branning; Dennis DeBar, Jr.; Jeremy England; Briggs Hopson; Dean Kirby; David Parker; Derrick T. Simmons; Mike Thompson; Angela Turner-Ford

**Judiciary, Division B**
   *Joey Fillingane, Chairman; Daniel H. Sparks, Vice-Chairman*
   Members: Juan Barnett; Jason Barrett; Andy Berry; Dennis DeBar, Jr.; Jeremy England; Rod Hickman; Angela Burks Hill; Tyler McCaughn; Sollie B. Norwood; Derrick T. Simmons; Benjamin Suber; Joseph Thomas; Brice Wiggins

**Labor**
   *Jason Barrett, Chairman; Joseph Thomas, Vice-Chairman*
   Members: Bradford Blackmon; Kathy L. Chism; John Horhn; Michael McLendon; Brian Rhodes; Sarita Simmons; Brice Wiggins

**Local and Private**
   *Rita Potts Parks, Chairman; Neil S. Whaley, Vice-Chairman*
   Members: Joey Fillingane; Jeff Tate; Angela Turner-Ford

**Medicaid**
   *Kevin Blackwell, Chairman; Nicole Boyd, Vice-Chairman*
   Members: Jason Barrett; Bradford Blackmon; David Blount; Rod Hickman; John Horhn; Chris Johnson; Chad McMahan; Rita Potts Parks; John A. Polk

**Municipalities**
   *Chad McMahan, Chairman; Rod Hickman, Vice-Chairman*
   Members: Joel R. Carter, Jr.; Joey Fillingane; Angela Burks Hill; David Jordan; Dean Kirby; Philman Ladner; Sollie B. Norwood; Robin Robinson; Derrick T. Simmons

**Ports and Marine Resources**
   *Mike Thompson, Chairman; Jeremy England, Vice-Chairman*
   Members: Gary Brumfield; Joel R. Carter, Jr.; Scott DeLano; Briggs Hopson; Philman Ladner; Joseph M. Seymour; Derrick T. Simmons; Daniel H. Sparks; Brice Wiggins

**Public Health and Welfare**
   *Hob Bryan, Chairman; David Parker, Vice-Chairman*
   Members: Juan Barnett; Kevin Blackwell; David Blount; Dennis DeBar, Jr.; Joey Fillingane; Hillman Terome Frazier; Josh Harkins; Rod Hickman; Angela Burks Hill; Briggs Hopson; Chris Johnson; Chad McMahan; Rita Potts Parks; John A. Polk; Jeff Tate; Angela Turner-Ford; Brice

Johnson, Chad McMahan, Rita Potts Parks, John A. Polk, Jeff Tate, Angela Turner-Ford, Brice Wiggins

**Public Property**
*Benjamin Suber, Chairman; Albert Butler, Vice-Chairman*
<u>Members</u>: Bradford Blackmon; Hob Bryan; Josh Harkins; Chris Johnson; Philman Ladner

**Rules**
*Dean Kirby, Chairman; J. Walter Michel, Vice-Chairman*
<u>Members</u>: Dennis DeBar, Jr.; Hillman Terome Frazier; Neil S. Whaley

**State Library**
*Michael McLendon, Chairman; Reginald Jackson, Vice-Chairman*
<u>Members</u>: Kathy L. Chism; David Jordan; Chuck Younger

**Technology**
*Bart Williams, Chairman; Bradford Blackmon, Vice-Chairman*