EXHIBIT NO. DX-26 evid.
CAUSE NO. 3:22cv734-DPJ-HSO-LHS
WITNESS Dr. Byron Occay
CLERK: SHONE POWELL

FEB 28 2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
Candice Crane, REPORTER

| Political Participation by Race, Mississippi Since 1986 ||||||||
| Voter Registration (Persons 18+) |||| Voter Turnout (Persons 18+) ||||
| Year | % White (NH) | % Black (AP) | Black minus White | Year | % White (NH) | % Black (AP) | Black minus White |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 1986 | 77.3% | 75.9% | -1.4% | 1986 | 45.8% | 40.2% | -5.6% |
| 1988 | 80.5% | 74.2% | -6.3% | 1988 | 64.2% | 60.3% | -3.9% |
| 1990 | 70.8% | 71.4% | 0.6% | 1990 | 35.8% | 32.5% | -3.3% |
| 1992 | 80.2% | 78.5% | -1.7% | 1992 | 69.4% | 61.9% | -7.5% |
| 1994 | 74.6% | 69.9% | -4.7% | 1994 | 46.2% | 41.7% | -4.5% |
| 1996 | 75.0% | 67.4% | -7.6% | 1996 | 59.3% | 48.8% | -10.5% |
| Voter Registration (Citizens 18+) |||| Voter Turnout (Citizens 18+) ||||
| 1998 | 75.8% | 71.3% | -4.5% | 1998 | 41.1% | 40.4% | -0.7% |
| 2000 | 72.6% | 73.7% | 1.1% | 2000 | 61.9% | 58.5% | -3.4% |
| 2002 | 72.1% | 67.9% | -4.2% | 2002 | 44.6% | 40.2% | -4.4% |
| 2004 | 73.6% | 76.2% | 2.6% | 2004 | 60.0% | 66.6% | 6.6% |
| 2006 | 71.0% | 72.2% | 1.2% | 2006 | 39.9% | 50.5% | 10.6% |
| 2008 | 75.0% | 81.9% | 6.9% | 2008 | 68.4% | 73.1% | 4.7% |
| 2010 | 74.2% | 73.6% | -0.6% | 2010 | 47.7% | 48.1% | 0.4% |
| 2012 | 82.4% | 90.8% | 8.4% | 2012 | 71.8% | 82.7% | 10.9% |
| 2014 | 72.8% | 83.2% | 10.4% | 2014 | 40.3% | 46.6% | 6.3% |
| 2016 | 78.8% | 81.3% | 2.5% | 2016 | 67.7% | 69.2% | 1.5% |
| 2018 | 71.8% | 77.9% | 6.1% | 2018 | 51.7% | 59.8% | 8.1% |
| 2020 | 79.2% | 83.4% | 4.2% | 2020 | 69.8% | 72.9% | 3.1% |
| 2022 | 74.3% | 72.2% | -2.1% | 2022 | 47.6% | 47.0% | -0.6% |

**EXHIBIT DX-26**