The original will be
held by the Court until the
close of the case



# DX-50

# Provided in Native Format for MS CES 2020