The original will be
held by the Court until the
close of the case



# DX-76

# YouTube Video of Senate Floor Debate