The original will be held by the Court until the close of the case



# DX-77

# YouTube Video of House Floor Debate