# Supreme Court of the United States
## Office of the Clerk
## Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

May 18, 2026

Clerk
United States District Court for the Southern
District of Mississippi
Thad Cochran United States Courthouse
501 E. Court St.
Suite 2.500
Jackson, MS  39201



SOUTHERN DISTRICT OF MISSISSIPPI
FILED

MAY 2 6 2026

Re:  State Board of Election Commissioners, et al.
v. Mississippi State Conference of the National Association for the
Advancement of Colored People, et al.
No. 25-234
(Your No. 3:22-cv-00734-DPJ-HSO-LHS)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The judgment is vacated, and the case is remanded to the United
States District Court for the Southern District of Mississippi for further
consideration in light of *Louisiana*  v. *Callais*, 608 U. S. ___ (2026).  Justice
Jackson, dissenting:  This case presents only the question of Section 2's
private enforceability, which our decision in *Louisiana* v. *Callais*, 608 U. S.
___ (2026), did not address.  Thus I see no basis for vacating the lower court's
judgment.  Instead, in light of *Morse* v. *Republican Party of Va.*, 517 U. S. 186
(1996), I would summarily affirm.

The judgment or mandate of this Court will not issue for at least
thirty-two days pursuant to Rule 45.  Should a petition for rehearing be filed
timely, the judgment or mandate will be further stayed pending this Court's
action on the petition for rehearing.

Sincerely,

*Scott S. Harris*

**Scott S. Harris**, Clerk