OFFICE OF THE CLERK
# SUPREME COURT OF THE UNITED STATES
WASHINGTON, DC 20543-0001

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300



CAPITAL DISTRICT 208

18 MAY 2026PM 1 L

quadient

FIRST-CLASS MAIL
IMI
**$000.74**
05/18/2026 ZIP 20543
043M31266310

US POSTAGE

RECEIVED

MAY 26 2026

U.S. DISTRICT COURT
SOUTHERN DISTRICT OF MISS.