# Supreme Court of the United States

No.  25–234

**STATE BOARD OF ELECTION COMMISSIONERS, ET AL.,**

Appellants,

*v.*

**MISSISSIPPI STATE CONFERENCE OF THE NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, ET AL.**

**ON APPEAL** from the United States District Court for the Southern District of Mississippi.

**THIS CAUSE** having been submitted on the statement as to jurisdiction and the response thereto.

**ON CONSIDERATION WHEREOF**, it is ordered and adjudged by this Court that the judgment of the United States District Court for the Southern District of Mississippi is vacated with costs, and the case is remanded to the United States District Court for the Southern District of Mississippi for further consideration in light of *Louisiana* v. *Callais*, 608 U. S. ___ (2026).

**IT IS FURTHER ORDERED** that the appellants, State Board of Election Commissioners, et al., recover from Mississippi State Conference of the National Association for the Advancement of Colored People, et al., Three Hundred Dollars ($300.00) for costs herein expended.

May 18, 2026

**Clerk's Costs:** $300.00
**Total** $300.00

A True copy SCOTT S. HARRIS

Clerk of the Supreme Court of the United States