# Supreme Court of the United States
## Office of the Clerk
## Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

June 22, 2026

Clerk
United States District Court
Thad Cochran United States Courthouse
501 E. Court Street
Suite 2.500
Jackson, MS 39201

> **Re:  Bd. of Election Comm'rs, et al.**
> **v. NAACP, et al.**
> **No. 25-234 (Your docket No. 3:22-cv-00734-DPJ-HSO-LHS)**

Dear Clerk:

Attached please find a certified copy of the judgment of this Court in the above-entitled case.

Sincerely,

SCOTT S. HARRIS, Clerk

By

M. Altner
Assistant Clerk – Judgments

Enc.
cc:   All counsel of record

# Supreme Court of the United States
## Office of the Clerk
## Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

June 22, 2026

Mr. Scott Grant Stewart, Esq.
Mississippi Attorney General's Office
PO Box 220
Jackson, MS 39205-0220

Mr. Ari Joseph Savitzky, Esq.
American Civil Liberties Union
125 Broad Street
New York, NY 10004

Mr. Michael Brunson Wallace, Esq.
Wise Carter Child & Caraway, P.A.
401 E. Capitol Street
Suite 600
Jackson, MS 39201

   **Re:   Bd. of Election Comm'rs, et al.**
        **v. NAACP, et al.**
        **No. 25-234**

Dear Counsel:

Attached please find a certified copy of the judgment of this Court in the above-entitled case.

The petitioners are given recovery of costs in this Court as follows:

| | |
|---|---|
| **Clerk's Costs:** | **$300.00** |
| **Total** | **$300.00** |

This amount may be recovered from the respondents.

Sincerely,

SCOTT S. HARRIS, Clerk

By

M. Altner
Assistant Clerk – Judgments

cc:  Clerk, S.D. Miss.
     (Your docket No. 3:22-cv-00734-DPJ-HSO-LHS)