UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

MISSISSIPPI STATE CONFERENCE OF
THE NATIONAL ASSOCIATION FOR THE
ADVANCEMENT OF COLORED
PEOPLE, ET AL.                                                           PLAINTIFFS

V.                                        CIVIL ACTION NO. 3:22-CV-734-DPJ-HSO-LHS

STATE BOARD OF ELECTION
COMMISSIONERS, ET AL.                                              DEFENDANTS

ORDER

On May 18, 2026, the United States Supreme Court vacated the judgment in this action

and remanded the case for further consideration under *Louisiana v. Callais*, 146 S. Ct. 1131

(2026).  USSC J. [302] at 1.  The parties are directed to file simultaneous briefs by 5:00 p.m. on

July 29, 2026, providing the status of the case and the anticipated next steps.

**SO ORDERED AND ADJUDGED** this the 14th day of July, 2026.

s/ *Daniel P. Jordan III*
UNITED STATES DISTRICT JUDGE