

**FOR IMMEDIATE RELEASE**
July 24, 2026

**CONTACT:** Taylor Spillman
tspillman@house.ms.gov

**Speaker Jason White Names House Appointees to the Mississippi Standing Joint Legislative Committee on Reapportionment and Redistricting**

Jackson, Mississippi – Speaker Jason White states, "In accordance with state statute, I am naming the following State Representatives as House appointees to the Mississippi Standing Joint Legislative Committee on Reapportionment and Redistricting:

Noah Sanford, Chairman, House Committee on Reapportionment and Elections
Mark Tullos, Vice Chairman, House Committee on Reapportionment and Elections

Congressional District 1: Donnie Bell, Rodney Hall
Congressional District 2: Kevin Horan, Tracy Rosebud
Congressional District 3: Scott Bounds, Carl Mickens
Congressional District 4: Jay McKnight, Missy McGee

These House members represent a diverse set of skills and backgrounds. The Joint Committee will explore the best path forward to establish principles for redistricting based on the recent *Callais* Supreme Court decision. I'm confident these members will review all relevant information, listen to the constituencies across our state, and come forward with a plan that reflects the requirements of the post-*Callais* landscape."

###



EXHIBIT
A