

## DELBERT HOSEMANN
### LIEUTENANT GOVERNOR
#### STATE OF MISSISSIPPI

**FOR IMMEDIATE RELEASE**
Tuesday, July 28, 2026

**Media Contact:**
Hannah Milliet
Communications Director
(228) 669-1813
hmilliet@senate.ms.gov

### Lieutenant Governor Hosemann Names Appointees to Joint Committee on Reapportionment and Redistricting

JACKSON, Miss. — Lieutenant Governor Delbert Hosemann has appointed members to the Mississippi Joint Committee on Reapportionment and Redistricting to address redistricting following the U.S. Supreme Court's ruling in *Louisiana v. Callais*.

"I have full confidence these members will respectfully and thoroughly study redistricting, understanding the magnitude of this responsibility," said Lieutenant Governor Hosemann. "Just as the committee brought forward thoughtful proposals in 2022, I expect this committee to do the same."

Pursuant to Mississippi law establishing the Mississippi Joint Committee on Reapportionment and Redistricting, the Senate appointments are as follows:

Congressional District 1:
Senator Daniel Sparks
Senator Angela Turner-Ford

Congressional District 3:
Senator Josh Harkins
Senator Dean Kirby

Congressional District 2:
Senator Briggs Hopson
Senator Albert Butler

Congressional District 4:
Senator Brice Wiggins
Senator Mike Thompson

Senator Jeremy England, Chairman, Elections Committee
Senator Lane Taylor, Vice-Chairman, Elections Committee

For more information about Lt. Governor Delbert Hosemann, visit www.ltgovhosemann.ms.gov.

###



EXHIBIT
B