

# Mississippi State Legislature

**Post Office Box 1018**
**Jackson, Mississippi   39215-1018**

July 27, 2026

To whom it may concern,

Pursuant to Sections 5-3-91 through 5-3-101 of the Mississippi Code, we the undersigned hereby call a meeting of the Mississippi Joint Committee on Reapportionment and Redistricting to be held on August 3, 2026 at 2:00 pm in Room 216 of the New Capitol Building.

Signed,

_____
C. Delbert Hosemann, Jr.
Lieutenant Governor
State of Mississippi

_____
Jason White
Speaker of the House of Representatives
State of Mississippi

**EXHIBIT**

**C**