

## Michael Watson
### SECRETARY OF STATE

June 9, 2026                                          (via hand delivery and email)

The Honorable Delbert Hosemann          The Honorable Jason White
Lieutenant Governor                     Speaker of the House
Post Office Box 1018                     Post Office Box 1018
Jackson, MS 39215                        Jackson, MS 39215

Re: Redistricting (Reversion to 2022 legislative district maps in light of *Louisiana v. Callais et al.*)

Dear Lieutenant Governor Hosemann and Speaker White:

In light of the recent ruling by the United States Supreme Court in *Louisiana v. Callais et al.* and its direct impact on the existing legislative district maps, coupled with my statutory duty as Mississippi's Chief Elections Officer, I write to inform you I have instructed my team to begin preparing the Statewide Elections Management System (SEMS) for a reversion to the original 2022 legislative district maps adopted by the Mississippi Legislature.

As you both may be aware, no SEMS redistricting changes may be made while an election is in process. For the 2026 election, this means changes will be prohibited from 60 days before Election Day (November 3, 2026) until the election is certified in mid-December. Regarding the 2027 election calendar, SEMS redistricting changes will similarly be prohibited from early June 2027 through mid-December 2027. Additionally, our staff estimates at least one month of preparation time will be needed for circuit clerks to reinstall the 2022 legislative district maps and comply with all other statutorily imposed duties.

If you have any questions or need additional information, please do not hesitate to contact me.

Sincerely,

Michael Watson

cc:    The Honorable Tate Reeves, Governor (via email only)
       The Honorable Lynn Fitch, Attorney General (via email only)



**EXHIBIT**
**D**