IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DISTRICT

MISSISSIPPI STATE CONFERENCE OF THE
NATIONAL ASSOCIATION FOR THE
ADVANCEMENT OF COLORED PEOPLE;
DR. ANDREA WESLEY; DR. JOSEPH
WESLEY; ROBERT EVANS; GARY FREDRICKS;
PAMELA HAMNER; BARBARA FINN; OTHO BARNES;
SHIRLINDA ROBERTSON; SANDRA SMITH;
DEBORAH HJULITT; RODESTA TUMBLIN;
DR. KIA JONES; ANGELA GRAYSON;
MARCHELEAN ARRINGTON; AND
VICTORIA ROBERTSON                                              PLAINTIFFS

 VS.                                    CIVIL ACTION NO.  3:22-CV-734-DPJ-HSO-LHS

STATE BOARD OF ELECTION
COMMISSIONERS; TATE REEVES, *in his
official capacity as Governor of Mississippi*;
LYNN FITCH, *in her official capacity as
Attorney General of Mississippi*; MICHAEL
WATSON, *in his official capacity as Secretary of
State of Mississippi*                                           DEFENDANTS

AND

MISSISSIPPI REPUBLICAN
EXECUTIVE COMMITTEE                              INTERVENOR-DEFENDANT

## JOINDER OF MISSISSIPPI REPUBLICAN EXECUTIVE COMMITTEE

COMES NOW the Mississippi Republican Executive Committee, one of the Defendants

in this action, and respectfully joins the response to Order [303] regarding status of the case filed

by the other Defendants herein.  *See* [Dkt. 306].

1

RESPECTFULLY SUBMITTED, this the 29th day of July, 2026.

**MISSISSIPPI REPUBLICAN
EXECUTIVE COMMITTEE
INTERVENOR-DEFENDANT**

By:    */s/ Michael B. Wallace*
      MICHAEL B. WALLACE

**OF COUNSEL:**

Michael B. Wallace (MSB #6904)
Charles E. Cowan (MSB #104478)
WISE CARTER CHILD & CARAWAY, P.A.
Post Office Box 651
Jackson, Mississippi 39205-0651
Ph: (601) 968-5500
Fax: (601) 968-5519
mbw@wisecarter.com
cec@wisecarter.com

## CERTIFICATE OF SERVICE

I, Michael B. Wallace, one of the attorneys for the Mississippi Republican Executive Committee, do hereby certify that I have this date filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record.

**SO CERTIFIED**, this the 29th day of July, 2026.

*/s/ Michael B. Wallace*
MICHAEL B. WALLACE

2