**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION**

MISSISSIPPI STATE CONFERENCE OF THE
NATIONAL ASSOCIATION FOR THE
ADVANCEMENT OF COLORED PEOPLE; DR.
ANDREA WESLEY; DR. JOSEPH WESLEY;
ROBERT EVANS; GARY FREDERICKS; PAMELA
HAMNER; BARBARA FINN; OTHO BARNES;
SHIRLINDA ROBERTSON; SANDRA SMITH;
DEBORAH HULITT; RODESTA TUMBLIN; DR.
KIA JONES; ANGELA GRAYSON; MARCELEAN
ARRINGTON; VICTORIA ROBERTSON,

*Plaintiffs*,

vs.

STATE BOARD OF ELECTION COMMISSIONERS;
TATE REEVES, *in his official capacity as Governor of
Mississippi*; LYNN FITCH, *in her official capacity as
Attorney General of Mississippi*; MICHAEL WATSON,
*in his official capacity as Secretary of State of
Mississippi*,

*Defendants,*

AND

MISSISSIPPI REPUBLICAN EXECUTIVE
COMMITTEE,

*Intervenor-Defendant.*

**CIVIL ACTION NO.
3:22-cv-734-DPJ-HSO-LHS**

**PLAINTIFFS' URGENT AND NECESSITIOUS MOTION
FOR A TEMPORARY RESTRAINING ORDER**

Plaintiffs respectfully move this Court pursuant to Local Rule 7(b)(8) and Federal Rule of

Civil Procedure 65 for a Temporary Restraining Order or any other appropriate injunctive relief.

In support of this Motion, Plaintiffs state as follows:

1

1. Defendant Secretary of State Michael Watson has issued a letter via an email sent by Laura Henderson-Courtney of his office to Circuit Clerks in Mississippi directing them to impose changes in the Statewide Election Management System (SEMS) to revert to the state legislative districting lines enacted in 2022, and claiming that this reversion was justified by the U.S. Supreme Court's vacatur order in this case.

2. The text of the letter is reproduced in the Declaration of Ari Joseph Savitzky, which is attached as Exhibit A, and a copy of the email is appended to that Declaration.

3. A copy of the Declaration of Johnny Dupree, a State Senator from Hattiesburg, is attached as Exhibit B.

4. Reversion to the 2022 lines would be unlawful for the reasons substantially set forth in Plaintiffs' Brief Regarding Next Steps, Dkt. 305.  The lines enacted by the Legislature in 2025 are currently in effect as a matter of Mississippi law, and no order in this case requires or authorizes reversion to the 2022 lines.  Accordingly, Plaintiffs are likely to succeed on the merits.

5. Plaintiffs will be irreparably harmed if Defendant Secretary Watson is not enjoined in these actions.  Moreover, the balance of harms and the public interest favor granting the relief sought, which is limited to maintaining the status quo until this Court can resolve the question of which district lines are currently in effect.  That question has already been briefed by the parties and is currently *sub judice* and set for a hearing on August 28, 2026.

6. Plaintiffs' arguments are more fully set forth in a separate Memorandum of Law that is being filed herewith.

7. In light of the urgent and necessitous nature of this motion, Plaintiffs respectfully request that Defendants' response to this Motion be due by noon on August 13, 2026.

WHEREFORE, Plaintiffs respectfully request that the Court enter an order (1) temporarily restraining Secretary of State Watson from ordering the re-installation of the 2022 lines pending this Court's decision regarding the effect, if any, of the U.S. Supreme Court's order on the operative state legislative lines, and (2) ordering Defendant Secretary Watson to cause any changes to the state legislative lines in SEMS that have already been instituted as a result of his email to be reversed and returned to the *status quo ante* prior to his email in advance of the August 28, 2026 hearing scheduled in this case and until such time as the Court determines the effect, if any, of the U.S. Supreme Court's vacatur order in this case on the 2025 lines.

Respectfully submitted,

This the 11th day of August, 2026.

/s/  Ari J. Savitzky
Ari J. Savitzky
*asavitzky@aclu.org*
Ming Cheung
*mcheung@aclu.org*
Nina Nayiri McKay*
*nmckay@aclu.org*
ACLU FOUNDATION
125 Broad Street, 18th Floor
New York, New York 10004
(212) 549-2500

Robert B. McDuff, MSB 2532
*rbm@mcdufflaw.com*
MISSISSIPPI CENTER FOR JUSTICE
767 North Congress Street
Jackson, MS 39202
(601) 969-0802

Carroll Rhodes, MSB 5314
Law Offices of Carroll Rhodes
*crhodes6@bellsouth.net*
PO Box 588

Joshua Tom, MSB 105392
*jtom@aclu-ms.org*
ACLU OF MISSISSIPPI
101 South Congress Street
Jackson, MS 39201
(601) 354-3408

Jennifer Nwachukwu
*jnwachukwu@lawyerscommittee.org*
David Rollins-Boyd
*drollins-boyd@lawyerscommittee.org*
Javon Davis
*jdavis@lawyerscommittee.org*
LAWYERS' COMMITTEE FOR CIVIL RIGHTS
UNDER LAW
1500 K Street NW Suite 900
Washington, DC 20005
(202) 662-8600

Hazlehurst, MS 39083
(601) 894-1464

John P. Lavelle, Jr.
MORGAN, LEWIS & BOCKIUS LLP
2222 Market Street
Philadelphia, PA 19103-2921
Telephone:        +1.215.963.4824
Facsimile:        +1.215.963.5001
*john.lavelle@morganlewis.com*

Drew C. Jordan
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Ave. NW
Washington, DC 20004-2541
Telephone:        +1.202.739.5962            *\*Pro hac vice motion forthcoming*
Facsimile:        +1.202.739.3001            *Attorneys for Plaintiffs*
*drew.jordan@morganlewis.com*

## <u>CERTIFICATE OF SERVICE</u>

I, Ari J. Savitzky, do certify that on this day I caused to be served a true and correct copy of the foregoing by electronic mail to all counsel of record.

This the 11th day of August, 2026.

*/s/  Ari J. Savitzky*
Ari J. Savitzky