**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION**

| | |
|---|---|
| MISSISSIPPI STATE CONFERENCE OF THE NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE; DR. ANDREA WESLEY; DR. JOSEPH WESLEY; ROBERT EVANS; GARY FREDERICKS; PAMELA HAMNER; BARBARA FINN; OTHO BARNES; SHIRLINDA ROBERTSON; SANDRA SMITH; DEBORAH HULITT; RODESTA TUMBLIN; DR. KIA JONES; MARCELEAN ARRINGTON; VICTORIA ROBERTSON, <br><br> *Plaintiffs*, <br><br> vs. <br><br> STATE BOARD OF ELECTION COMMISSIONERS; TATE REEVES, *in his official capacity as Governor of Mississippi*; LYNN FITCH, *in her official capacity as Attorney General of Mississippi*; MICHAEL WATSON, *in his official capacity as Secretary of State of Mississippi,* <br><br> *Defendants,* <br> AND <br><br> MISSISSIPPI REPUBLICAN EXECUTIVE COMMITTEE, <br><br> *Intervenor-Defendant.* | **CIVIL ACTION NO.** <br> **3:22-cv-734-DPJ-HSO-LHS** |

**DECLARATION OF ARI JOSEPH SAVITZKY**

I, Ari Joseph Savitzky, declare as follows:

1.      I am a U.S. citizen, over the age of 18, and am competent to testify. I have personal knowledge of the facts and information set forth in this declaration.

2.      I am counsel for the Plaintiffs in the above captioned case.

1

3.  On August 10, 2026, I learned from multiple sources that Defendant Mississippi Secretary of State Michael Watson had sent an email to Circuit Clerks ordering them to change the Mississippi House and Senate lines in Mississippi's Statewide Election Management System (SEMS) to revert from the lines that were put in place in 2025 to the 2022 lines that were challenged by the Plaintiffs in this action.

4.  I reviewed an image of that email that was posted at approximately noon on August 10 on the Facebook page of "Hattiesburg Patriot News Media." The image appeared to depict an email sent by Laura Henderson-Courtney, who I know to be the acting director of the Elections Division of Defendant Secretary Watson's office. The image appeared to me to be genuine, and the text was subsequently confirmed to me and my co-counsel by additional sources.

5.  The email was later forwarded to me. A true and correct copy of the portion of the forwarded chain containing the email is attached. The email appears to have been sent on July 24, 2026, and the subject line is, "Redistricting needed." The email states as follows:

> Dear Circuit Clerks:
>
> Your counties were redistricted in 2025 pursuant to legislative redistricting and a Court order entered in NAACP v. SBEC, Civil No. 3:22-CV-734-DPJ-HSO-LHS on May 7, 2025. The United States Supreme Court vacated that judgment and the case has been remanded back to the United States District Court for further consideration. The last legislative redistricting for your counties that was not ordered by the Court was in 2022, and therefore, those House and Senate district lines should be restored to what they were prior to the redistricting in 2025. The Maris maps showing the current lines are located here:
>
> MS Redistricting 2025
>
> There is a layer list, and you will need to select MS Voting Precincts and MS Senate Districts 2025 and MS county Boundaries in your layer to see the State Senate Districts. If you wish to view the State House Districts, you will do the same with the layers, substituting MS House Districts May 2025 instead of Senate.
>
> The 2022 maps are located here:   Redistricting Benchmark 2020   These were

adopted on March 29, 2022.

If you need assistance in restoring voter registration information in SEMS to the 2022 redistricting lines, please reach out to Madalan Lennep to discuss how she can assist you.

6.       Based on conversations between election administrators and my co-counsel, I understand that at least one Circuit Clerk has already reached out to Madalen Lennep regarding altering SEMS in response to Defendant Secretary Watson's email.

7.       I conferred with counsel for Defendants in this case, who confirmed that Defendant Secretary Watson had sent the email.

8.       On August 11, 2026, I informed counsel for Defendants that Plaintiffs would file an urgent and necessitous motion seeking a temporary restraining order or other relief to maintain the status quo.

I declare under penalty of perjury that the foregoing is true and correct.


Executed August 11, 2026, in Brooklyn, New York.



_____

Ari J. Savitzky, Esq.

3

# Exhibit 1



**From:** Laura Henderson-Courtney <Laura.Courtney@sos.ms.gov>
**Sent:** Friday, July 24, 2026 2:44 PM
**Cc:** Madalan Lennep <Madalan.Lennep@sos.ms.gov>
**Subject:** Redistricting Needed

**Warning: Unusual link**
This message contains an unusual link, which may lead to a malicious site. Confirm the message is safe before clicking any links.

Dear Circuit Clerks:

Your counties were redistricted in 2025 pursuant to legislative redistricting and a Court order entered in NAACP v. SBEC, Civil No. 3:22-CV-734-DPJ-HSO-LHS on May 7, 2025. The United States Supreme Court vacated that judgment and the case has been remanded back to the United States District Court for further consideration. The last legislative redistricting for your counties that was not ordered by the Court was in 2022, and therefore, those House and Senate district lines should be restored to what they were prior to the redistricting in 2025. The Maris maps showing the current lines are located here: [MS Redistricting 2025](MS Redistricting 2025)

There is a layer list, and you will need to select MS Voting Precincts and MS Senate Districts 2025 and MS county Boundaries in your layer to see the State Senate Districts. If you wish to view the State House Districts, you will do the same with the layers, substituting MS House Districts May 2025 instead of Senate.

The 2022 maps are located here:  Redistricting Benchmark 2020  These were adopted on March 29, 2022.

If you need assistance in restoring voter registration information in SEMS to the 2022 redistricting lines, please reach out to Madalan Lennep to discuss how she can assist you.

Sincerely,

Laura Henderson-Courtney

**Laura Henderson-Courtney,**
**Senior Attorney**
**Elections Division**
Direct: 601-359-1298
Fax: 601-576-2545
Email: Laura.Courtney@sos.ms.gov
www.sos.ms.gov



*Confidentiality Notice:* *This electronic mail transmission (email) and all attachments are confidential and proprietary to the Office of the Secretary of State and may be legally protected from disclosure and protected by the attorney-client privilege and other privileges. The information contained in and attached to this email is intended for the exclusive use of the intended recipient. If you are not the intended recipient, this email is not intended for transmission to you nor to be read, reviewed, used, copied, distributed, or received by any other unauthorized persons. If you have received this email in error, please promptly delete it from your system without copying, reading, or disseminating it, and notify the sender by reply email to correct our address records. Receipt by an unintended recipient does not waive attorney-client privilege, attorney work product privilege, or any other exemption from disclosure.*