**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION**

MISSISSIPPI STATE CONFERENCE OF THE
NATIONAL ASSOCIATION FOR THE
ADVANCEMENT OF COLORED PEOPLE; DR.
ANDREA WESLEY; DR. JOSEPH WESLEY;
ROBERT EVANS; GARY FREDERICKS; PAMELA
HAMNER; BARBARA FINN; OTHO BARNES;
SHIRLINDA ROBERTSON; SANDRA SMITH;
DEBORAH HULITT; RODESTA TUMBLIN; DR.
KIA JONES; MARCELEAN ARRINGTON;
VICTORIA ROBERTSON,

      *Plaintiffs*,

      vs.

STATE BOARD OF ELECTION COMMISSIONERS;
TATE REEVES, *in his official capacity as Governor of
Mississippi*; LYNN FITCH, *in her official capacity as
Attorney General of Mississippi*; MICHAEL WATSON,
*in his official capacity as Secretary of State of
Mississippi,*

      *Defendants,*
AND

MISSISSIPPI REPUBLICAN EXECUTIVE
COMMITTEE,

*Intervenor-Defendant.*

**CIVIL ACTION NO.
3:22-cv-734-DPJ-HSO-LHS**

**DECLARATION OF JOHNNY DUPREE**

Pursuant to 28 U.S.C. § 1746, I, Johnny Dupree, declare as follows:

1.    I am over the age of eighteen, and I am competent to make this declaration.  I provide this

declaration based upon my personal knowledge.  I would testify to the facts in this

declaration under oath if called upon to do so.

1

2.    I am a resident of Hattiesburg, Mississippi, where I served as mayor from 2001 to 2017. I also previously served on the Hattiesburg School Board, the Forrest County Board of Supervisors; I was also a nominee for Congressional District 4 for the U.S. House of Representatives, for Mississippi Secretary of State, and for Governor of Mississippi.  I have been involved in electoral politics in Mississippi for nearly forty years.

3.    I am currently serving as the Senator for District 45 in the Mississippi State Senate.

4.    District 45 was one of the districts redrawn by the Mississippi Legislature in 2025 following this Court's ruling that the previous districts violated Section 2 of the Voting Rights Act, and I won the special election that was held in the district in November 2025.

5.    On August 10, 2026, I reviewed an email that was transmitted to circuit clerks in Mississippi by Ms. Laura Henderson-Courtney from the Elections Division of the Mississippi Secretary of State's Office, dated July 24, 2026.  The email instructs circuit clerks to change district lines back to what they were prior to the redistricting in 2025.

6.    My understanding is that the lines for the district I represent, District 45, remain unchanged from 2025, because no new legislation has been passed to change those lines.

7.    The Secretary of State's instruction will cause confusion for voters in District 45 and disrupt my reelection campaign for 2027.  If election officials re-implement the 2022 district lines, voters will be confused as to whether or not they will be able to vote for me in 2027, and I will have to work to assure voters that they are still my constituents.  There will be significant confusion in the provision of constituent services, because both legislators and voters will be unclear about who is representing whom.  In my experience serving as a senator and working with constituents, I believe voters will be confused by the constant and unnecessary changes in districting that the Secretary's actions will

2

cause.  Confusion complicates the voting process, which is likely to deter voters from participating in elections.

8. Uncertainty in the district lines also interferes with my ability to plan my reelection campaign, as I would not know which area in which to campaign, whether I would be facing an incumbent opponent, and whether I continue to have a meaningful opportunity to win reelection.  Under the 2022 district lines, I would reside in Senate District 34, which covers parts of Forrest, Jasper, and Jones Counties.  That district covers a much larger geographic area, and running a campaign in that area would dramatically differ from a campaign in the Hattiesburg area.

9. Unnecessarily reverting the district lines to the 2022 map also wastes public resources and strains the capacity of local election officials, who work on a part-time basis.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 11th day of August, 2026, in __Hattiesburg_____, Mississippi.

Johnny L. DuPree (Aug 11, 2026 15:54:27 CDT)

Johnny Dupree, PhD

3