AO 458 (REV. 06/09) APPEARANCE OF COUNSEL

# UNITED STATES DISTRICT COURT

for the
Southern District of Mississippi
Northern Division

MISSISSIPPI STATE CONFERENCE OF THE
NATIONAL ASSOCIATION FOR THE
ADVANCEMENT OF COLORED PEOPLE

)

*Plaintiffs*

)

v.

)   Civil Action No.  3:22-CV-00734-DPJ-HSO-LHS

STATE BOARD OF ELECTION
COMMISSIONERS, ET AL

)
)

*Defendants*

)

## NOTICE OF APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Amicus Curiae, DeSoto County, Mississippi

Date:   08/12/2026                          */s/ Sonya C. Dickson*

*Attorney's Signature*

Sonya C. Dickson, MB #106284

*Printed name and bar number*

PHELPS DUNBAR LLP
1905 Community Bank Way, Suite 200
Flowood, Mississippi 39232

*Address*

Sonya.dickson@phelps.com

*E-mail address*

(601) 352-2300

*Telephone number*

(601) 360-9777

*FAX number*

## CERTIFICATE OF SERVICE

I certify that, on August 12, 2026, I electronically filed the above and foregoing *NOTICE OF ENTRY OF APPEARANCE OF COUNSEL* with the Clerk of the Court using the CM/ECF system which sent notification to all counsel of record.

/s/ Sonya C. Dickson
Sonya C. Dickson