**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**NORTHERN DISTRICT**

**MISSISSIPPI STATE CONFERENCE OF THE NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE; DR. ANDREA WESLEY; DR. JOSEPH WESLEY; ROBERT EVANS; GARY FREDRICKS; PAMELA HAMNER; BARBARA FINN; OTHO BARNES; SHIRLINDA ROBERTSON; SANDRA SMITH; DEBORAH HJULITT; RODESTA TUMBLIN; DR. KIA JONES; ANGELA GRAYSON; MARCHELEAN ARRINGTON; AND VICTORIA ROBERTSON** **PLAINTIFFS**

**VS.** **CIVIL ACTION NO. 3:22-CV-734-DPJ-HSO-LHS**

**STATE BOARD OF ELECTION COMMISSIONERS; TATE REEVES,** ***in his official capacity as Governor of Mississippi*****; LYNN FITCH,** ***in her official capacity as Attorney General of Mississippi*****; MICHAEL WATSON,** ***in his official capacity as Secretary of State of Mississippi*** **DEFENDANTS**

**AND**

**MISSISSIPPI REPUBLICAN EXECUTIVE COMMITTEE** **INTERVENOR-DEFENDANT**

**JOINDER OF MISSISSIPPI STATE REPUBLICAN EXECUTIVE COMMITTEE**

COMES NOW the Mississippi State Republican Executive Committee, one of the Defendants in this action, and respectfully joins the Brief in Support of Response in Opposition to Plaintiffs' Urgent and Necessitous Motion for a Temporary Restraining Order or other Injunctive Relief [Dkt. 311] in opposition to Plaintiffs' motion [Dkt. 308] filed by the other Defendants herein.

RESPECTFULLY SUBMITTED, this the 17th day of August, 2026.

**MISSISSIPPI REPUBLICAN EXECUTIVE COMMITTEE**

By: */s/ Michael B. Wallace*
MICHAEL B. WALLACE

**OF COUNSEL:**

Michael B. Wallace (MSB #6904)
Charles E. Cowan (MSB #104478)
WISE CARTER CHILD & CARAWAY, P.A.
Post Office Box 651
Jackson, Mississippi 39205-0651
Ph: (601) 968-5500
Fax: (601) 968-5519
mbw@wisecarter.com
cec@wisecarter.com

**CERTIFICATE OF SERVICE**

I, Charles E. Cowan, one of the attorneys for the Mississippi Republican Executive Committee, do hereby certify that I have this date filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record.

**SO CERTIFIED**, this the 17th day of August, 2026.

*/s/ Michael B. Wallace*
MICHAEL B. WALLACE