**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**SOUTHERN DIVISION**

MISSISSIPPI STATE CONFERENCE OF THE NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE; DR. ANDREA WESLEY; DR. JOSEPH WESLEY; ROBERT EVANS; GARY FREDERICKS; PAMELA HAMNER; BARBARA FINN; OTHO BARNES; SHIRLINDA ROBERTSON; SANDRA SMITH; DEBORAH HULITT; RODESTA TUMBLIN; DR. KIA JONES; MARCELEAN ARRINGTON; VICTORIA ROBERTSON,

*Plaintiffs*,

vs.

STATE BOARD OF ELECTION COMMISSIONERS; TATE REEVES, *in his official capacity as Governor of Mississippi*; LYNN FITCH, *in her official capacity as Attorney General of Mississippi*; MICHAEL WATSON, *in his official capacity as Secretary of State of Mississippi,*

*Defendants,*

AND

MISSISSIPPI REPUBLICAN EXECUTIVE COMMITTEE,

*Intervenor-Defendant.*

**CIVIL ACTION NO.**
**3:22-cv-734-DPJ-HSO-LHS**

**<u>SUPPLEMENTAL DECLARATION OF JOHNNY DUPREE</u>**

Pursuant to 28 U.S.C. § 1746, I, Johnny DuPree, declare as follows:

1. I am over the age of eighteen, and I am competent to make this declaration. I provide this declaration based upon my personal knowledge. I would testify to the facts in this declaration under oath if called upon to do so.

2. I submit this declaration to supplement the information contained in my earlier declaration.

3. I am an active member of the Forrest County branch of the National Association for the Advancement of Colored People (NAACP), which is a unit of the Mississippi State Conference of the NAACP. I first became a member of the NAACP over forty years ago, and I have been a life member for over thirty years.

4. I reside in Forrest County, and I am aware that voters can contact the Forrest County Circuit Clerk to identify their district assignments based on the information contained in Mississippi's Statewide Election Management System (SEMS).

5. Prior to Mississippi enacting new senate district lines in 2025, I was assigned to Senate District 34.

6. Under the districts enacted in 2025, I am assigned to Senate District 45, which I currently represent in the Mississippi State Senate after prevailing in the November 2025 special election.

7. I am aware that Secretary of State Michael Watson has directed circuit clerks to re-implement the pre-2025 districts.

8. On August 18, 2026, I visited the Forrest County Circuit Clerk's Office in person to determine whether my voter information in SEMS has been changed to re-assign me to Senate District 34 under the pre-2025 lines. I requested and obtained from the Deputy Clerk a Voter Profile Report generated from SEMS as of August 18, 2026, indicating that I have in fact been re-assigned to Senate District 34. A copy of that report is attached to this declaration as Exhibit A. According to that report, I am in Senate District 34, which the report incorrectly shows as having no incumbent.

9. These changes in SEMS will cause voter confusion, because voters like me who inquire about their district assignment will be told incorrect information about their district and their current incumbent. The districting changes required by the Secretary are unnecessary and will confuse voters about who they can vote for in future elections.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 18th day of August, 2026, in Hattiesburg, Mississippi.

(Aug 18, 2026 12:36:05 CDT)

Johnny DuPree, PhD

# Exhibit A

County: Forrest

# Voter Profile Report

Date : 08/18/2026
Report No: VR-005

XXXXX

## Voter Information

| Voter ID | Last Name | First Name | Middle Name | Suffix | Date of Birth | Driver License |
|---|---|---|---|---|---|---|
| XXXXX | DUPREE | JOHNNY | LEE | | XXXXX | XXXXX |

**Residence Address** 1028 N MAIN ST HATTIESBURG MS 39401

**Precinct** HCC-Hattiesburg Cultural

**Mailing Address** 1028 N Main St HATTIESBURG MS 39401

## Registration Information

**Status** Active

**Last Voted Date** 03/10/2026

**Reasons** Data Migration (Active)

**Eff Regn Date** 02/05/1987

**Reg Source** Over the Counter

## Miscellaneous Information

**Secondary Language**

**Gender** Not Specified

**Assistance**

## Districts

| District Name | Position | Position Holder |
|---|---|---|
| United States | President | Presidential Electors for Donald J. Trump for President and JD Vance for Vice President |
| United States | Senate | Roger F. Wicker |
| United States | Senate | Cindy Hyde-Smith |
| State Of Mississippi | Attorney General | Lynn Fitch |
| State Of Mississippi | Commissioner Of Agriculture & Commerce | Andy Gipson |
| State Of Mississippi | Commissioner Of Insurance | Mike Chaney |
| State Of Mississippi | Governor | Tate Reeves |
| State Of Mississippi | Lieutenant Governor | Delbert Hosemann |
| State Of Mississippi | Secretary Of State | Michael Watson |
| State Of Mississippi | State Auditor | Shad White |
| State Of Mississippi | State Treasurer | David McRae |
| US House Of Rep 04 | 4th Congressional District | Mike Ezell |
| Southern District | Supreme Court District 2(Southern) Position 1 | David M. Ishee |
| Southern District | Supreme Court District 2(Southern) Position 2 | David P. Sullivan |

County: Forrest

# Voter Profile Report

Date : 08/18/2026
Report No: VR-005

XXXXX

| | | |
|---|---|---|
| Southern District | Supreme Court District 2(Southern) Position 3 | Mike Randolph |
| Public Service Commissioner | Southern District | Nelson Wayne Carr |
| Transportation Commissioner | Southern District | Charles Busby |
| District Attorney 12 | District 12 | Lin Carter |
| State Senate 34 | | |
| State House Of Rep 103 | District 103 | Percy W. Watson |
| Court Of Appeals 05 | District 5 Position 1 | Anthony N. Lawrence, III |
| Court Of Appeals 05 | District 5 Position 2 | Joel Smith, Amy Lassitter St. Pe' |
| Chancery Court 13 | Chancery District 13 Place 1 | David Shoemake |
| Chancery Court 13 | Chancery District 13 Place 2 | Gerald M. Martin |
| Circuit Court 12 | Circuit District 12 Place 1 | Bob Helfrich |
| Circuit Court 12 | Circuit District 12 Place 2 | Jon Mark Weathers, Wes Curry |
| Forrest | Chancery Clerk | Lance C. Reid |
| Forrest | Circuit Clerk | Gwen Wilks |
| Forrest | Coroner | Lisa Klem |
| Forrest | County & Youth Court Judge | CAROL JONES RUSSELL |
| Forrest | County Prosecutor | MARY LEE HOLMES, Jack Denton |
| Forrest | Sheriff | Charlie Sims |
| Forrest | Tax Assessor | Mary Ann Palmer |
| Forrest | Tax Collector | Zac Howell |
| Judicial District 1 | | |
| Supervisor District 2 | Supervisor District 2 | Sharon A. Thompson |
| Election Commissioner District 2 | ELECTION COMMISSIONER DISTRICT 2 | Johniece DuPree |
| Justice Court Judge District 4 | Justice Court Judge Post 4 | Decarlo C. Hood |
| Constable District 4 | Constable Post 4 | Tommy Joe 'Cookie' Cook |
| Hattiesburg | Mayor | TOBY BARKER |
| HCW2 | COUNCIL MEMBER WARD 2 | ERIC K. BONEY |
| Eureka School | | |
| Hattiesburg | | |
| Hattiesburg Public School | | |
| Southern | | |

County: Forrest

# Voter Profile Report

Date : 08/18/2026
Report No: VR-005

XXXXX

**Alternate Names**

| Last Name | First Name | Middle Name | Suffix |
|---|---|---|---|

**Voting Histories**

| Date | Election Description |
|---|---|
| 12/31/1899 | |
| 12/31/1899 | |
| 06/06/2006 | DEMOCRATIC PRIMARY |
| 06/27/2006 | Run Off Election for '6/6/2006 - DEMOCRATIC PRIMARY' |
| 11/07/2006 | CONGRESSIONAL |
| 11/07/2006 | SENATE DISTRICT 41 |
| 11/21/2006 | Run Off Election for '11/7/2006 - CONGRESSIONAL' |
| 11/21/2006 | Run Off Election for '11/7/2006 - SENATE DISTRICT 41' |
| 08/07/2007 | 2007 PRIMARY ELECTION |
| 08/28/2007 | Run Off Election for '8/7/2007 - 2007 PRIMARY ELECTION' |
| 11/06/2007 | 2007 General Election |
| 03/11/2008 | Presidential Primary 2008 |
| 11/04/2008 | General Election 2008 |
| 11/02/2010 | 2010 General Election |
| 11/23/2010 | Run Off Election for '11/2/2010 - 2010 General Election' |
| 08/02/2011 | 2011 Primary Election |
| 08/23/2011 | Run Off Election for '8/2/2011 - 2011 Primary Election' |
| 11/08/2011 | 2011 General Election |
| 03/13/2012 | 2012 PRESIDENTAL PRIMARY |
| 11/06/2012 | 2012 Presidential Election |
| 05/07/2013 | Hattiesburg 2013 Primary Election |
| 06/04/2013 | Hattitesburg General Election |
| 09/24/2013 | 2013 Special Election Mayor City of Hattiesburg |
| 06/03/2014 | 2014 Primary Election |
| 08/25/2015 | Run Off Election for '8/4/2015 - 2015 Primary Election' |
| 11/03/2015 | 2015 General Election |
| 03/08/2016 | 2016 PRESIDENTIAL PRIMARY ELECTION |
| 11/08/2016 | 2016 General Election |
| 05/02/2017 | 2017 HATTIESBURG PRIMARY |

County: Forrest

# Voter Profile Report

Date : 08/18/2026
Report No: VR-005

XXXXX

| | |
|---|---|
| 06/06/2017 | 2017 HATTIESBURG MUNICIPAL GENERAL |
| 06/05/2018 | 2018 PRIMARY ELECTION |
| 06/26/2018 | Run Off Election for '6/5/2018 - 2018 PRIMARY ELECTION' |
| 11/06/2018 | 2018 GENERAL ELECTION |
| 11/27/2018 | Run Off Election 11/27/2018 for '2018 GENERAL ELECTION' |
| 04/23/2019 | ONE (1%) PERCENT BALLOT TAX LEVY ON THE GROSS PROCEEDS FROM |
| 08/06/2019 | 2019 PRIMARY ELECTION |
| 08/27/2019 | Run Off Election 8/27/2019 for '2019 PRIMARY ELECTION' |
| 11/05/2019 | 2019 General Election |
| 08/25/2020 | MS POWER FRANCHISE |
| 11/03/2020 | 2020 General Election |
| 04/06/2021 | Primary Election for City of Hattiesburg |
| 04/27/2021 | Run Off Election 4/27/2021 for 'Primary Election for City of Hattiesburg' |
| 06/08/2021 | HATTIESBURG MUNICIPAL GENERAL |
| 06/07/2022 | June 7, 2022 Primary Election |
| 11/08/2022 | 2022 GENERAL ELECTION |
| 08/08/2023 | 2023 PRIMARY ELECTION |
| 08/29/2023 | Run Off Election 8/29/2023 for '2023 PRIMARY ELECTION' |
| 11/07/2023 | 2023 GENERAL ELECTION |
| 03/12/2024 | 2024 PRIMARY ELECTION |
| 11/05/2024 | Federal General Election |
| 11/26/2024 | Run Off Election 11/26/2024 for 'Federal General Election' |
| 04/01/2025 | CITY OF HATTIESBURG PRIMARY ELECTION |
| 06/03/2025 | CITY OF HATTIESBURG GENERAL ELECTION |
| 11/04/2025 | 2025 SPECIAL GENERAL ELECTION |
| 03/10/2026 | 2026 PRIMARY ELECTION |

**Petition Sign History**

| Petition Number | Petition Title | Valid Signatures |
|---|---|---|

**Move History**

| Eff Regn Date | Residence Address |
|---|---|
| 08/23/2023 | 1028 N MAIN ST HATTIESBURG MS 39401 |

| County: Forrest | Voter Profile Report | Date : 08/18/2026<br>Report No: VR-005 |
|---|---|---|

XXXXX

**Custom Information**

**Contact Information**