**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**SOUTHERN DIVISION**

MISSISSIPPI STATE CONFERENCE OF THE NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE; DR. ANDREA WESLEY; DR. JOSEPH WESLEY; ROBERT EVANS; GARY FREDERICKS; PAMELA HAMNER; BARBARA FINN; OTHO BARNES; SHIRLINDA ROBERTSON; SANDRA SMITH; DEBORAH HULITT; RODESTA TUMBLIN; DR. KIA JONES; MARCELEAN ARRINGTON; VICTORIA ROBERTSON,

*Plaintiffs*,

vs.

STATE BOARD OF ELECTION COMMISSIONERS; TATE REEVES, *in his official capacity as Governor of Mississippi*; LYNN FITCH, *in her official capacity as Attorney General of Mississippi*; MICHAEL WATSON, *in his official capacity as Secretary of State of Mississippi,*

*Defendants,*

AND

MISSISSIPPI REPUBLICAN EXECUTIVE COMMITTEE,

*Intervenor-Defendant.*

**CIVIL ACTION NO.**
**3:22-cv-734-DPJ-HSO-LHS**

**DECLARATION OF MAMIE CUNNINGHAM**

Pursuant to 28 U.S.C. § 1746, I, Mamie Cunningham, declare as follows:

1. I am over the age of eighteen, and I am competent to make this declaration. I provide this declaration based upon my personal knowledge. I would testify to the facts in this declaration under oath if called upon to do so.

2. I previously testified at trial in this matter.

3. I am 86 years old, an African-American woman, and a lifelong resident of Chickasaw County, MS.

4. I am a retired public-school teacher, with a master's degree in education from Mississippi State. I taught high school students in Monroe County, in the Aberdeen School District.

5. I am an active member of the Mississippi State Conference of the National Association for the Advancement of Colored People.

6. I have been an advocate for voting rights and racial and social justice in Mississippi ever since I was a college student during the Civil Rights Movement in the 1960s. Ever since I was 19 years old, I have been active in helping to register voters and advocating for civil rights in Mississippi.

7. Based on my work helping people register and vote, I am aware that one can contact the circuit clerk to identify the districts to which a voter is assigned.

8. Prior to Mississippi enacting new district lines in 2025, I was assigned to House District 36.

9. Under the districts enacted in 2025, I am assigned to House District 22, which held a special election in November 2025.

10. I am aware of recent news reports that circuit clerks may be re-implementing the pre-2025 districts.

11. On August 14, 2026, I contacted the Chickasaw County Circuit Clerk, Cassandra Pulliam to determine whether the district lines are in fact being changed. I asked the Clerk whether the changes are voluntary, and the Clerk stated that the changes are mandatory, because they have been ordered by the Secretary of State. I asked the Clerk what legal

authority the Secretary had to order those changes, and the Clerk responded that she was following orders.

12. Earlier today, August 18, 2026, I contacted the Chickasaw County Circuit Clerk to determine whether I have been re-assigned to my former house district, House District 36. The Clerk informed me that, as of today, I am in House District 22, but that the district assignments are being changed as we speak because of the Secretary's order and that I will be assigned to House District 36 sometime before November 2026.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 18th day of August, 2026, in Okolona, Mississippi.

Mamie Cunningham (Aug 18, 2026 11:05:25 CDT)

Mamie Cunningham