**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**NORTHERN DIVISION**

MISSISSIPPI STATE CONFERENCE OF THE NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE; DR. ANDREA WESLEY; DR. JOSEPH WESLEY; ROBERT EVANS; GARY FREDERICKS; PAMELA HAMNER; BARBARA FINN; OTHO BARNES; SHIRLINDA ROBERTSON; SANDRA SMITH; DEBORAH HULITT; RODESTA TUMBLIN; DR. KIA JONES; MARCELEAN ARRINGTON; VICTORIA ROBERTSON,

*Plaintiffs*,

vs.

STATE BOARD OF ELECTION COMMISSIONERS; TATE REEVES, *in his official capacity as Governor of Mississippi*; LYNN FITCH, *in her official capacity as Attorney General of Mississippi*; MICHAEL WATSON, *in his official capacity as Secretary of State of Mississippi,*

*Defendants,*

AND

MISSISSIPPI REPUBLICAN EXECUTIVE COMMITTEE,

*Intervenor-Defendant.*

**CIVIL ACTION NO.**
**3:22-cv-734-DPJ-HSO-LHS**

**<u>DEFENDANTS' RESPONSE IN OPPOSITION TO PLAINTIFFS' URGENT AND NECESSITOUS MOTION FOR SCHEDULING ORDER</u>**

Defendants State Board of Election Commissioners, Governor Tate Reeves, Attorney General Lynn Fitch, and Secretary of State Michael Watson submit this Response in Opposition to Plaintiffs' Urgent and Necessitous Motion for Scheduling Order [319]. For the reasons stated in the accompanying memorandum, the Motion should be denied.

1. Plaintiffs seek opening expert reports within weeks, completion of all discovery by December 18, 2026, and a merits trial in December 2026 or January 11–15, 2027. That timetable is designed to alter the 2027 election cycle, but it is neither practical nor feasible.

2. The Supreme Court vacated the judgment in light of *Louisiana v. Callais*, 608 U.S. 85, 146 S. Ct. 1131 (2026). Before any merits schedule can be set, Plaintiffs must define the claims they intend to pursue under *Callais*, state whether Count II will be retried, amended, or dismissed, and address the final pretrial order and any resulting three-judge panel issues. The parties must then receive a fair opportunity for necessary fact discovery, expert work, and motion practice.

3. Compressing those threshold, discovery, expert, motion, and trial phases into Plaintiffs' proposed schedule would substantially prejudice Defendants. The Court has already held that no affected regular legislative election will occur in 2026 and that no imminent electoral injury exists. [318]. The prior expedited proceedings also required more than two years from complaint to final remedial order—before *Callais* introduced the additional issues now presented.

4. The Legislature is actively considering whether to replace the 2022 Plans. *See* Joint Committee on Reapportionment and Redistricting Hearing Schedule attached as Exhibit A. Defendants do not ask the Court to predict enactment or decide mootness now. Immediate discovery and trial risk adjudicating lines that may soon be superseded, while a short stay preserves the parties' rights and permits the Court to determine what plan, if any, requires adjudication. Defendants have contemporaneously moved for a finite stay through December 28, 2026, subject to earlier terminating events.

WHEREFORE, Defendants respectfully request that the Court deny Plaintiffs' Urgent and Necessitous Motion for Scheduling Order [319], decline to impose a schedule designed to alter the

2027 election cycle, grant Defendants' contemporaneous Motion to Stay, and award such other relief as the Court deems appropriate.

THIS the 25th day of September, 2026.

Respectfully submitted,

STATE BOARD OF ELECTION COMMISSIONERS; TATE REEVES, IN HIS OFFICIAL CAPACITY AS GOVERNOR OF MISSISSIPPI; LYNN FITCH, IN HER OFFICIAL CAPACITY AS ATTORNEY GENERAL OF MISSISSIPPI; MICHAEL WATSON, IN HIS OFFICIAL CAPACITY AS SECRETARY OF STATE, DEFENDANTS

By: */s/ Tommie S. Cardin*
Tommie S. Cardin (MB #5863)
ONE OF THEIR COUNSEL

OF COUNSEL:

Tommie S. Cardin (MB #5863)
P. Ryan Beckett (MB #99524)
B. Parker Berry (MB #104251)
J. Dillon Pitts (MB #106399)
**BUTLER SNOW LLP**
1020 Highland Colony Parkway, Suite 1400
Ridgeland, MS 39157
P.O. Box 6010, Ridgeland, MS 39158-6010
Phone: 601.948.5711
Fax: 601.985.4500
tommie.cardin@butlersnow.com
ryan.beckett@butlersnow.com
parker.berry@butlersnow.com
dillon.pitts@butlersnow.com

Douglas T. Miracle (MB #9648)
**STATE OF MISSISSIPPI**
**OFFICE OF THE ATTORNEY GENERAL**
Post Office Box 220
Jackson, Mississippi 39205-0220
Tel.: (601) 359-4184
Fax: (601) 359-2003
doug.miracle@ago.ms.gov

**CERTIFICATE OF SERVICE**

I, Tommie S. Cardin, one of the attorneys for the Defendants, do hereby certify that I have this day filed the above and foregoing document with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record.

This the 25th day of September, 2026.

*/s/ Tommie S. Cardin*
Tommie S. Cardin

102758457.v1