**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**NORTHERN DIVISION**

MISSISSIPPI STATE CONFERENCE OF THE NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE; DR. ANDREA WESLEY; DR. JOSEPH WESLEY; ROBERT EVANS; GARY FREDERICKS; PAMELA HAMNER; BARBARA FINN; OTHO BARNES; SHIRLINDA ROBERTSON; SANDRA SMITH; DEBORAH HULITT; RODESTA TUMBLIN; DR. KIA JONES; MARCELEAN ARRINGTON; VICTORIA ROBERTSON,

*Plaintiffs*,

vs.

STATE BOARD OF ELECTION COMMISSIONERS; TATE REEVES, *in his official capacity as Governor of Mississippi*; LYNN FITCH, *in her official capacity as Attorney General of Mississippi*; MICHAEL WATSON, *in his official capacity as Secretary of State of Mississippi,*

*Defendants,*

AND

MISSISSIPPI REPUBLICAN EXECUTIVE COMMITTEE,

*Intervenor-Defendant.*

**CIVIL ACTION NO.**
**3:22-cv-734-DPJ-HSO-LHS**

**DEFENDANTS' MOTION TO STAY**

Defendants State Board of Election Commissioners, Governor Tate Reeves, Attorney General Lynn Fitch, and Secretary of State Michael Watson move to stay further proceedings until the earliest of: (1) enactment of new legislative redistricting plans; (2) Defendants' filing of notice that no new plans will be considered before the 2027 Regular Session; or (3) December 28, 2026. This Motion is supported by the accompanying memorandum.

1. The Supreme Court vacated the prior judgment in light of *Louisiana v. Callais*, and the prior findings and relief no longer carry legal force. [302] (citing *Callais*, 608 U.S. 85, 146 S. Ct. 1131 (2026)). Before any merits schedule can be set, Plaintiffs must define the claims they intend to pursue under *Callais*, including the status of Count II, and the Court must address the final pretrial order and any resulting three-judge court issues.

2. Any renewed merits process will require substantial fact discovery, expert work, motion practice, and trial preparation. The Legislature is also actively considering plans that may replace the 2022 Plans. *See* Joint Committee on Reapportionment and Redistricting Hearing Schedule attached as Exhibit A. Defendants do not ask the Court to predict enactment or decide mootness now. Immediate proceedings therefore risk substantial duplication and the expenditure of resources on claims or plans that may soon change.

3. A short stay will not materially prejudice Plaintiffs. The Court has held that no affected regular legislative election will occur in 2026 and that no imminent electoral injury exists. The stay does not concede that a merits trial can or should occur on a timetable designed to alter the 2027 elections.

4. During the stay, merits discovery, expert disclosures, dispositive and evidentiary motions, and trial proceedings should be paused. Existing preservation obligations will remain in effect. Defendants will promptly notify the Court of an official special session call or cancellation, enactment of new plans, or a decision not to proceed. The parties will file a joint status report by December 28, 2026, and within seven days after any earlier terminating event. The stay will expire on December 28, 2026, absent further order; any request for additional time must be made by separate motion supported by concrete developments and good cause.

WHEREFORE, Defendants respectfully request that the Court enter an order staying further proceedings on the terms stated above and grant such other relief as the Court deems appropriate.

THIS the 25th day of September, 2026.

Respectfully submitted,

STATE BOARD OF ELECTION COMMISSIONERS; TATE REEVES, IN HIS OFFICIAL CAPACITY AS GOVERNOR OF MISSISSIPPI; LYNN FITCH, IN HER OFFICIAL CAPACITY AS ATTORNEY GENERAL OF MISSISSIPPI; MICHAEL WATSON, IN HIS OFFICIAL CAPACITY AS SECRETARY OF STATE, DEFENDANTS

By: *\/s/ Tommie S. Cardin*
Tommie S. Cardin (MB #5863)
ONE OF THEIR COUNSEL

OF COUNSEL:

Tommie S. Cardin (MB #5863)
P. Ryan Beckett (MB #99524)
B. Parker Berry (MB #104251)
J. Dillon Pitts (MB #106399)
**BUTLER SNOW LLP**
1020 Highland Colony Parkway, Suite 1400
Ridgeland, MS 39157
P.O. Box 6010, Ridgeland, MS 39158-6010
Phone: 601.948.5711
Fax: 601.985.4500
tommie.cardin@butlersnow.com
ryan.beckett@butlersnow.com
parker.berry@butlersnow.com
dillon.pitts@butlersnow.com

Douglas T. Miracle (MB #9648)
**STATE OF MISSISSIPPI**
**OFFICE OF THE ATTORNEY GENERAL**
Post Office Box 220
Jackson, Mississippi 39205-0220
Tel.: (601) 359-4184
Fax: (601) 359-2003
doug.miracle@ago.ms.gov

**CERTIFICATE OF SERVICE**

I, Tommie S. Cardin, one of the attorneys for the Defendants, do hereby certify that I have this day filed the above and foregoing document with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record.

This the 25th day of September, 2026.

*/s/ Tommie S. Cardin*
Tommie S. Cardin

102758457.v1
102758745.v1