**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**NORTHERN DISTRICT**

**MISSISSIPPI STATE CONFERENCE OF THE NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE; DR. ANDREA WESLEY; DR. JOSEPH WESLEY; ROBERT EVANS; GARY FREDRICKS; PAMELA HAMNER; BARBARA FINN; OTHO BARNES; SHIRLINDA ROBERTSON; SANDRA SMITH; DEBORAH HJULITT; RODESTA TUMBLIN; DR. KIA JONES; ANGELA GRAYSON; MARCHELEAN ARRINGTON; AND VICTORIA ROBERTSON** **PLAINTIFFS**

**VS.** **CIVIL ACTION NO. 3:22-CV-734-DPJ-HSO-LHS**

**STATE BOARD OF ELECTION COMMISSIONERS; TATE REEVES,** ***in his official capacity as Governor of Mississippi*****; LYNN FITCH,** ***in her official capacity as Attorney General of Mississippi*****; MICHAEL WATSON,** ***in his official capacity as Secretary of State of Mississippi*** **DEFENDANTS**

**AND**

**MISSISSIPPI REPUBLICAN EXECUTIVE COMMITTEE** **INTERVENOR-DEFENDANT**

**<u>JOINDER OF MISSISSIPPI STATE REPUBLICAN EXECUTIVE COMMITTEE</u>**

COMES NOW the Mississippi State Republican Executive Committee, one of the Defendants in this action, and respectfully joins the Reply to the Response to the Motion to Stay Proceedings [Dkt. #329] filed by the other Defendants herein.

RESPECTFULLY SUBMITTED, this the 2nd day of October, 2026.

**MISSISSIPPI REPUBLICAN EXECUTIVE COMMITTEE**

By: */s/ Michael B. Wallace*
MICHAEL B. WALLACE

**OF COUNSEL:**

Michael B. Wallace (MSB #6904)
Charles E. Cowan (MSB #104478)
WISE CARTER CHILD & CARAWAY, P.A.
Post Office Box 651
Jackson, Mississippi 39205-0651
Ph: (601) 968-5500
Fax: (601) 968-5519
mbw@wisecarter.com
cec@wisecarter.com

**CERTIFICATE OF SERVICE**

I, Michael B. Wallace, one of the attorneys for the Mississippi Republican Executive Committee, do hereby certify that I have this date filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record.

**SO CERTIFIED**, this the 2nd day of October, 2026.

*/s/ Michael B. Wallace*
MICHAEL B. WALLACE