AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Southern District of Mississippi

Miss. State Conf. NAACP, et al
*Plaintiff*
v.
State Bd. of Election Comm'rs, et al
*Defendant*

Case No. 3:22-CV-734-DPJ-HSO-LHS

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

MISSISSIPPI STATE CONFERENCE OF THE NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE; DR. ANDREA WESLEY; DR. JOSEPH WESLEY; ROBERT EVANS; GARY FREDERICKS; PAMELA HAMNER; BARBARA FINN; OTHO BARNES; SHIRLINDA ROBERTSON; SANDRA SMITH; DEBORAH HULITT; RODESTA TUMBLIN; DR. KIA JONES; MARCELEAN ARRINGTON; VICTORIA ROBERTSON

Date: 10/14/2026

/s/ Kelli Slater
*Attorney's signature*

Kelli Madison Slater, 106157
*Printed name and bar number*

915 15th St NW, Washington, DC 20005
*Address*

kslater@aclu.org
*E-mail address*

(202) 715-0815
*Telephone number*

(332) 234-9285
*FAX number*