**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**NORTHERN DIVISION**

MISSISSIPPI STATE CONFERENCE OF THE NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE; DR. ANDREA WESLEY; DR. JOSEPH WESLEY; ROBERT EVANS; GARY FREDERICKS; PAMELA HAMNER; BARBARA FINN; OTHO BARNES; SHIRLINDA ROBERTSON; SANDRA SMITH; DEBORAH HULITT; RODESTA TUMBLIN; DR. KIA JONES; MARCELEAN ARRINGTON; VICTORIA ROBERTSON,

*Plaintiffs*,

vs.

STATE BOARD OF ELECTION COMMISSIONERS; TATE REEVES, *in his official capacity as Governor of Mississippi*; LYNN FITCH, *in her official capacity as Attorney General of Mississippi*; MICHAEL WATSON, *in his official capacity as Secretary of State of Mississippi,*

*Defendants,*

AND

MISSISSIPPI REPUBLICAN EXECUTIVE COMMITTEE,

*Intervenor-Defendant.*

**CIVIL ACTION NO. 3:22-cv-734-DPJ-HSO-LHS**

## DEFENDANTS' UNOPPOSED MOTION TO AMEND SCHEDULING ORDER TO EXTEND EXPERT REPORT DEADLINES

COMES NOW Defendants State Board of Election Commissioners, Governor Tate Reeves, Attorney General Lynn Fitch, and Secretary Michael Watson (collectively, "Defendants"), pursuant to Federal Rule of Civil Procedure 6(b)(1)(A) and file their Unopposed Motion to Amend

Scheduling Order to Extend Expert Report Deadlines, set forth in the Court's Order [336]. In support thereof, Defendants state as follows:

1. On October 30, 2026, Plaintiffs served supplemental reports from Dr. Lisa Handley, William Cooper, and Dr. Marvin King, and a report from Dr. Traci Burch, a newly disclosed expert in this case. [337].

2. Defendants' responsive expert reports are presently due November 30, 2026. [336]. Counsel for Defendants have reviewed Plaintiffs' reports with their experts and need additional time to prepare responsive reports. The requested extension accounts for the four reports from Plaintiffs, including the report from a new expert, Defendants' consideration of additional experts, Dr. John Alford's scheduled testimony in another matter in November, and the Thanksgiving Holiday.

3. Defendants request that the Court extend the deadline for Defendants' responsive expert reports to December 16, 2026, and the deadline for Plaintiffs' rebuttal expert reports to January 7, 2027. Defendants' counsel conferred with Plaintiffs' counsel, who confirmed that Plaintiffs do not oppose the requested extensions.

4. The requested extensions affect only these deadlines. All other deadlines, including the close of discovery at the end of January 2027, would remain unchanged. Defendants seek this limited relief to complete the expert disclosures without altering the remainder of the schedule.

5. Further, this request is not interposed for purposes of delay and will not cause prejudice to any party. Pursuant to Federal Rule Civil Procedure 6(b)(1)(A), good cause exists for the extension.

6. Due to the nature of this Motion and Plaintiffs' consent, Defendants also request that they be relieved of the requirement to submit a supporting memorandum pursuant to L.U.CIV.R. 7(b)(4).

WHEREFORE, Defendants respectfully request that the Court extend the deadline for Defendant's responsive expert reports to December 16, 2026, and the deadline for Plaintiffs' rebuttal expert reports to January 7, 2027, leaving all other deadlines unchanged, and waive the requirement of a separate memorandum brief.

THIS the 12th day of November, 2026.

Respectfully submitted,

STATE BOARD OF ELECTION COMMISSIONERS; TATE REEVES, IN HIS OFFICIAL CAPACITY AS GOVERNOR OF MISSISSIPPI; LYNN FITCH, IN HER OFFICIAL CAPACITY AS ATTORNEY GENERAL OF MISSISSIPPI; MICHAEL WATSON, IN HIS OFFICIAL CAPACITY AS SECRETARY OF STATE, DEFENDANTS

By: */s/ Tommie S. Cardin*
Tommie S. Cardin (MB #5863)
ONE OF THEIR COUNSEL

OF COUNSEL:

Tommie S. Cardin (MB #5863)
P. Ryan Beckett (MB #99524)
B. Parker Berry (MB #104251)
J. Dillon Pitts (MB #106399)
**BUTLER SNOW LLP**
1020 Highland Colony Parkway, Suite 1400
Ridgeland, MS 39157
P.O. Box 6010, Ridgeland, MS 39158-6010
Phone: 601.948.5711
Fax: 601.985.4500
tommie.cardin@butlersnow.com
ryan.beckett@butlersnow.com
parker.berry@butlersnow.com
dillon.pitts@butlersnow.com

Douglas T. Miracle (MB #9648)
**STATE OF MISSISSIPPI**
**OFFICE OF THE ATTORNEY GENERAL**
Post Office Box 220
Jackson, Mississippi 39205-0220
Tel.: (601) 359-4184
Fax: (601) 359-2003
doug.miracle@ago.ms.gov

**CERTIFICATE OF SERVICE**

I, Tommie S. Cardin, one of the attorneys for the Defendants, do hereby certify that I have this day filed the above and foregoing document with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record.

This the 12th day of November, 2026.

*/s/ Tommie S. Cardin*
Tommie S. Cardin